2

United States District Court
Southern District of Texas
FILED

SEP 15 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | |
| PETITION OF BROWN WATER | § | C. A. NO. **B-01-157** |
| TOWING 1, INC., AS OWNER, AND | § | (Subject to Rule 9 (h) |
| BROWN WATER MARINE SERVICE, | § | of the Federal Rules |
| INC., AS BAREBOAT CHARTERER, OF | § | of Civil Procedure) |
| THE BROWN WATER V, ITS ENGINES, | § | Admiralty |
| TACKLE, ETC. IN A CAUSE OF | § | |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

### AFFIDAVIT OF VALUE AND PENDING FREIGHT

BEFORE ME, the undersigned authority, personally appeared Stephen Mosher, who, after being duly sworn, did depose and say.

I am employed by Brown Water Marine Service, Inc. as Vice President, and as part of my job, I regularly buy and sell vessels such as the BROWN WATER V. I have inspected the BROWN WATER V and I am also generally familiar with market conditions involving similar vessels. In my opinion, the BROWN WATER V had a fair market value of $250,000.00 on or about September 15, 2001.

At the time of the occurrence and at the conclusion of the voyage, the vessel was moving barges for a flat rate of $20,000.00.

_____
STEPHEN MOSHER
Vice President, Brown Water Marine Service, Inc.

Taken and acknowledged before me, the undersigned authority on this 15th day of September, 2001.

**ADELA G. RICO**
Notary Public, State of Texas
My Commission Expires
February 12, 2005

_____
Notary Public in and for the
State of Texas
My Commission Expires: 2/12/05

00000:98303C 1:091501