RRV&W

3

United States District Court
Southern District of Texas
FILED

SEP 15 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

B-01-157

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | |
| PETITION OF BROWN WATER | § | C. A. NO. _____ |
| TOWING I, INC., AS OWNER, AND | § | (Subject to Rule 9 (h) |
| BROWN WATER MARINE SERVICE, | § | of the Federal Rules |
| INC., AS BAREBOAT CHARTERER, OF | § | of Civil Procedure) |
| THE BROWN WATER V, ITS ENGINES, | § | Admiralty |
| TACKLE, ETC. IN A CAUSE OF | § | |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

## LETTER OF UNDERTAKING

On or about September 15, 2001, the BROWN WATER V was in navigable waters in or near Port Isabel, Texas. The voyage commenced on or about September 14, 2001 and terminated on or about September 15, 2001. During the voyage, the vessel struck the Port Isabel causeway. As a result of this incident, persons may file or cause to be filed, actions under the laws of the United States, General Maritime Law, or the laws of the State of Texas for damages resulting from the above incident.

For Brown Water Towing I, Inc. and Brown Water Marine Service, Inc., (collectively referred to as "the Petitioners"), to file an action for exoneration from or limitation of liability, as required by 46 U.S.C., § 186, et seq., the undersigned party hereby agrees to the following undertaking:

(1) To file an action by Brown Water Towing, I, Inc. as owner, and Brown Water Marine Service, Inc., as bareboat charterer, of the BROWN WATER V, seeking exoneration from or limitation of

091501

-2-

liability in the United States District Court for the Southern District of Texas, Brownsville Division, Texas.

(2) In the event a final decree (after appeal, if any) be entered in favor of any claimant in the action described in paragraph 1, then the undersigned party agrees to pay and satisfy up to (and not exceeding) the sum of TWO HUNDRED AND SEVENTY THOUSAND AND 00/100 DOLLARS ($270,000.00) with interest at 6%, court costs, any said final decree after appeals, if any, decreed by the Court or settled between the parties, where said settlement has been made with the approval of the undersigned party, without any final decree being rendered

(3) Upon demand to cause to be filed in said action, a bond with an approved corporate surety in the amount of TWO HUNDRED AND SEVENTY THOUSAND AND 00/100 DOLLARS ($270,000.00), with interest at 6% to satisfy all statutory requirements in said action described in paragraph (1) above. In the event that the bond referred to in this paragraph is filed, the undersigned party shall have no further obligation under this Letter of Undertaking.

This letter is to be binding whether the BROWN WATER V is lost or not lost, in port or not in port, and is given without prejudice to all rights or defenses which the BROWN WATER V and/or her owners or charterers, or others at interest may have, none of which is to be regarded as waived.

It is understood and agreed that the execution of this letter by Will W. Pierson on behalf of the undersigned party shall not be construed as binding upon him personally, nor binding upon the firm of Royston, Rayzor, Vickery & Williams, L.L.P. but is to be binding only upon Zurich-American Insurance Group.

Dated this **15th** day of **September**, 2001.

Very truly yours,

By: _____
Will W. Pierson
As Attorney-in-Fact for Zurich
American Insurance Group, for the
above limited purpose only, per
authority received on September 15, 2001.