5

United States District Court
Southern District of Texas
FILED

SEP 1 8 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE THE COMPLAINT AND § 
PETITION OF BROWN WATER § C. A. NO. **B-01-157**
TOWING I, INC., AS OWNER, AND § (Subject to Rule 9 (h)
BROWN WATER MARINE SERVICE, § of the Federal Rules
INC., AS BAREBOAT CHARTERER, OF § of Civil Procedure)
THE BROWN WATER V, ITS ENGINES, § ADMIRALTY
TACKLE, ETC. IN A CAUSE OF §
EXONERATION FROM OR §
LIMITATION OF LIABILITY §

**UNOPPOSED
PETITIONERS' MOTION FOR LEAVE
TO ISSUE SUBPOENAS**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW Brown Water Marine Towing I and Brown Water Marine Service, Inc., Petitioners herein, and makes this their Unopposed Motion for Leave pursuant to Rule 26(d) and request leave of Court to issue a limited number of subpoenas and in support thereof would show the Court more fully as follows:

**I.**

On September 15, 2001, an allision occurred between the BROWN WATER V and the Queen Isabella Causeway. An intensive investigation has ensued which has raised issues regarding lighting, the condition of the bridge, and the condition of the channel of the Intercoastal Waterway where the BROWN WATER V and its tow were sailing. Alterations of the conditions which were present at the time of the incident have already begun. For example, the barge Mallet has been observed installing a new channel marker.

49477:983363.1:091801

**II.**

There is documentary evidence in the hands of the parties who are to be subpoenaed which is directly related to the allision. It is important that this documentary evidence be preserved. Different entities have varying policies regarding the retention of this type of documentary evidence. It is essential that the evidence be preserved and not be destroyed or altered in the regular course of business.

**III.**

Petitioners have been contacted by two attorneys, Ray Marchan and Michael Cowen. Ray Marchan will be filing claims on behalf of at least two (2) claimants who he has powers of attorney with. Michael Owen represents two (2) of the deceased in another matter and may be representing their interest herein. These attorneys have been contacted regarding this Motion. Both agree that the documents sought need to be preserved and are in favor of the Motion.

**IV.**

Rule 26(d) provides that this Court may authorize discovery before the parties have met and conferred for the Rule 26(f) Conference. Consequently, Petitioners move for leave of court to issue the subpoenas to the parties listed in Exhibit "A" attached hereto so that important and pertinent evidence can be preserved.

**WHEREFORE, PREMISES CONSIDERED**, Petitioners, **Brown Water Marine Towing I and Brown Water Marine Service, Inc.** request that the Court, pursuant to Rule 26(d) authorize Petitioners to issue subpoenas to the entities listed in Exhibit "A", and for such other and further

relief, both general and special, at law and in equity, to which Petitioners may show themselves justly entitled.

Respectfully submitted,

_____
Will W. Pierson
State Bar No. 16003100
Federal ID 1931
Keith N. Uhles
State Bar No. 20371100
Federal ID 1936
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
(361) 884-8808
(361) 884-7261 Facsimile
Attorneys for the Petitioners, Brown Water Towing I, Inc., as Owner, and Brown Water Marine Service, Inc., as Bareboat Charterer, of the BROWN WATER V, Its Engines, Tackle, etc.

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

### CERTIFICATE OF SERVICE

No other parties have appeared in this case. Nonetheless, the following attorneys have indicated that it is likely they will represent Claimants in this matter and consequently, are being served with a copy of this Motion.

Ray R. Marchan
Watts & Heard, L.L.P.
1926 E. Elizabeth St.
Brownsville, Texas 78520

Michael Cowen
765 E. 7th Street
Brownsville, Texas 78520

_____
Of Royston, Rayzor, Vickery & Williams, L.L.P.

## CERTIFICATE OF CONSULTATION

No other parties have appeared in this case. Nonetheless, the undersigned has consulted with the two attorneys who have contacted the Petitioners indicating that it is likely they will represent Claimants in this case. These attorneys, Ray R. Marchan and Michael Cowen are **NOT OPPOSED** to this Motion.

_____
Keith N. Uhles

# EXHIBIT "A"

1. A.G. Hill Power;

2. Central Power & Light;

3. Texas Department of Transportation;

4. Texas Parks & Wildlife Department;

5. Outdoor Resorts;

6. Port Isabel-San Benito Navigation District;

7. Long Island Swing Bridge Co.; and

8. United States Department of Transportation.

49477:983369.1:091801