7

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 8 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| IN RE THE COMPLAINT AND § | |
| PETITION OF BROWN WATER § | |
| TOWING I, INC., AS OWNER, § | |
| AND BROWN WATER MARINE SERVICE, § | |
| INC., AS BAREBOAT CHARTERER, § | CIVIL ACTION |
| OF THE BROWN WATER V, ITS ENGINES, § | |
| TACKLE, ETC., IN A CAUSE OF § | NO. B-01-157 |
| EXONERATION FROM OR § | |
| LIMITATION OF LIABILITY § | |

**PROOF OF CLAIM**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **ESTEBAN F. RIVAS AND MARIA MIRIAM RIVAS INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF STVAN F. RIVAS**, Claimant in the above entitled and numbered cause and files this Proof of Claim and would respectfully show unto the Honorable Court the following:

I.

ESTEVAN F. RIVAS AND MARIA MIRIAM RIVAS INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF STVAN F. RIVAS, are residents of Texas.

II.

That on or about September 15, 2001, while operating his motor vehicle and while travelling along and upon the Queen Isabella Causeway in Port Isabel, Cameron County, Texas, Stvan F. Rivas was severely and fatally injured as a result of the acts and/or conditions of the Brown Water V, it's owners, masters, charterers and/or their employees.

Stvan F. Rivas' injuries and damages as well as those of the claimants, were caused by the negligence of Brown Water Towing I, Inc., Brown Water Marine Service, Inc. and/or the unseaworthiness of Brown Water Marine Service, Inc.'s, and/or Brown Water Towing I, Inc.'s vessels and equipment making up the tow flotilla of that company. Claimants would show that

because of the condition of the tug boat and its accompanying barges and prior knowledge of such conditions by Brown Water Towing I, Inc., and/or Brown Water Marine Service, Inc. evidences those companies' disregard for the rights, safety, and welfare of Stvan F. Rivas as same were wilful, wanton, and flagrant to such an extent as to constitute gross negligence.

III.

The injuries and damages of claimants far exceeds the value of the vessel plead by Brown Water Marine Service, Inc. and/or Brown Water Towing I, Inc. for the damages. These damages include pecuniary losses from the death of Stvan F. Rivas including loss of care, maintenance, support, services, advice, counsel, loss of companionship and society, mental anguish and contributions of a pecuniary value that Claimants should, in reasonable probability, have received from Stvan F. Rivas during his lifetime. Claimants also seek any and other damages provided under any applicable laws, including Texas State law, regarding this incident.

. Claimants Esteban F. Rivas and Maria Miriam Rivas Individually and as Representative of the Estate of Stvan F. Rivas, as a result of Petitioner's negligence and resulting injuries therefrom have been damaged in that they have lost their son's consortium, including: affection, solace, comfort, assistance, emotional support, love and felicity.

Claimants Esteban F. Rivas and Maria Miriam Rivas Individually and as Representative of the Estate of Stvan F. Rivas, seek to recover damages for their mental anguish, emotional pain, suffering and bereavement, as well as, for the loss of companionship, love support and society that they have experienced in the past and will, in all reasonable probability, experience in the future.

### IV. DAMAGES TO THE ESTATE OF STVAN F. RIVAS

As a result of the incident in question, **Stvan F. Rivas** suffered injuries which caused him severe and excruciating physical pain and mental anguish prior to his death. As a result, his estate is entitled to recover damages for physical pain and mental anguish, and funeral and burial expenses, for which recovery is sought herein.

Claimants would show that by reason of the injuries sustained as above alleged, **Stvan F. Rivas** suffered serious injuries to his body including disfigurement, mental anguish and physical pain and suffering prior to his death. By reason of the foregoing, **Stvan F. Rivas** has been damaged by and seeks from the Petitioners an amount in excess of the minimum jurisdictional limits of this court.

On account of the nature, seriousness, and severity of **Stvan F. Rivas's** injuries, he required medical services care. **Stvan F. Rivas'** estate has been required to pay and incur liability to pay the charges which have been and will be made for such medical care services.

The charges which have been and will be made for services rendered to Claimants have represented and will represent the usual, reasonable and customary charges for like or similar services in the vicinity where they have been and will be rendered. All of these services, both past and future, have been and will be made necessary in connection with the proper treatment of the injuries sustained and suffered by Claimants because of **Stvan F. Rivas'** death.

Plaintiffs would further show that in the event **Stvan F. Rivas** had pre-existing conditions in his body prior to the incident made the basis of this suit, that such conditions were aggravated and/or re-injured and worsened by the injuries sustained as a result of the negligence of the Petitioners.

On the date of the incident out of which this suit arises, Claimant **Stvan F. Rivas** was a man of the age of 22 and had a life expectancy in excess of 51.9 according to the U.S. Life Tables of 1995.

Claimants would further show that a result of the Petitioners' negligence, claimants have suffered a loss of future services that would have been provided by **Stvan F. Rivas** had he not died.

Claimants seek damages for total loss of past wages and future earning capacity which was proximately caused by the negligence of Petitioners.

WHEREFORE, PREMISES CONSIDERED, Claimant, STVAN F. RIVAS presents this claim and prays that the claim be acknowledge and for such other and further relief as the court may deem just and proper.

Respectfully submitted this the __18__ day of September, 2001.

WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
(956) 544-0500
(956) 541-0255 FAX

_____
RAY R. MARCHAN
For the Firm
State Bar No. 12969050
Fed. I.D. No. 9522

CERTIFICATE OF SERVICE

I hereby certify that on this the __18__ day of September 17, 2001, a true and correct copy of the foregoing instrument was forwarded to opposing counsel via fax, by hand-delivery or by certified mail, return receipt requested.

_____
RAY R. MARCHAN