8

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

SEP 18 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | |
| PETITION OF BROWN WATER | § | C. A. NO. B-01-157 |
| TOWING I, INC., AS OWNER, AND | § | (Subject to Rule 9 (h) |
| BROWN WATER MARINE SERVICE, | § | of the Federal Rules |
| INC., AS BAREBOAT CHARTERER, OF | § | of Civil Procedure) |
| THE BROWN WATER V, ITS ENGINES, | § | Admiralty |
| TACKLE, ETC. IN A CAUSE OF | § | |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

## PETITIONERS' SUPPLEMENTAL BRIEF

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW Brown Water Marine Towing I and Brown Water Marine Service, Inc., Petitioners herein, and file this their Supplemental Brief and would show the Court more fully as follows:

### I.

The statute, 46 U.S.C. § 185 provides that a Petition for Limitation of Liability may be filed within six (6) months from receipt of claim. However, the filing of the petition without waiting for suit to be brought is not premature. <u>The Alcyone</u>, 50 F.2d 186 (E.D. N.Y. 1931). Similarly, a Petition for Lmitation of Liability may be filed even if no claim has yet been made. <u>In re Trojan</u>, 1959 AMC. 201 (N.D. CA. 1958); <u>In re Paul F. Wood</u>, 124 F.Supp. 540 (S.D. N.Y. 1954).

### II.

Paragraph 4 of Supplemental Admiralty Rule F provides that the date set by the Court for filing claims "shall not be less than thirty (30) days after issuance of the notice." Under the

49477:983288.1:091801

circumstances of this case, a time of 90 to 120 days may be more appropriate than the minimum 30 days set fort in the rule.

Respectfully submitted,

_____
Will W. Pierson
State Bar No. 16003100
Federal ID 1931
Keith N. Uhles
State Bar No. 20371100
Federal ID 1936
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
(361) 884-8808
(361) 884-7261 Facsimile
Attorney for the Petitioners, Brown Water Towing I, Inc., as Owner, and Brown Water Marine Service, Inc., as Bareboat Charterer, of the BROWN WATER V, Its Engines, Tackle, etc.

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.