9

United States District Court
Southern District of Texas
ENTERED

SEP 1 9 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND § <br> PETITION OF BROWN WATER § <br> TOWING I, INC., AS OWNER, AND § <br> BROWN WATER MARINE SERVICE § <br> INC., AS BAREBOAT CHARTERER, OF § <br> THE BROWN WATER V, IT ENGINES, § <br> TACKLE, ETC. IN A CAUSE OF § <br> EXONERATION FROM OR § <br> § | CIVIL ACTION NO. B-01-157 |

## ORDER

BE IT REMEMBERED that before the Court is the Complaint and Petition of Brown Water Towing I Inc., as Owner, and Brown Water Marine Service, Inc., as Bareboat Charterer, of the Brown Water V, its Engines, Tackle, etc. in a Cause of Exoneration from or Limitation of Liability, Civil and Maritime [Dkt. No. 1], and its Unopposed Petitioners' Motion for Leave to Issue Subpoenas [Dkt. No. 5], identifying certain parties which Petitioners seek to serve subpoenas upon. In the interests of justice, the Court hereby **ORDERS** Petitioners to serve all pleadings filed in this cause upon the entities named in their Unopposed Petitioners' Motion for Leave to Issue Subpoenas. The Court will not proceed further in this matter until Petitioners provide proof of service in compliance with this order.

DONE at Brownsville, Texas, this 19th day of September 2001.

Hilda G. Tagle
United States District Judge