10

United States District Court
Southern District of Texas
FILED

SEP 1 9 2001

Michael N. Milby
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

IN RE THE COMPLAINT AND
PETITION OF BROWN WATER
TOWING I, INC., AS OWNER, AND
BROWN WATER MARINE SERVICE,
INC., AS BAREBOAT CHARTERER, OF
THE BROWN WATER V, ITS ENGINES,
TACKLE, ETC. IN A CAUSE OF
EXONERATION FROM OR
LIMITATION OF LIABILITY

§
§
§
§
§
§
§
§
§
§
§

C. A. NO. B-01-157
(Subject to Rule 9 (h)
of the Federal Rules
of Civil Procedure)
Admiralty

## PETITIONERS' NOTICE OF COMPLIANCE
## WITH COURT'S ORDER

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW Brown Water Towing I, Inc. and Brown Water Marine Service, Inc.,

Petitioners herein, and hereby notify the Court that it has complied with the Court's Order of

September 19, 2001 by serving every known party and every entity named in the Petitioners' Motion

for Leave with a copy of all known pleadings filed in the case together with this notice. The

documents served are listed below:

1.    Complaint and Petition of Brown Water Towing I, Inc., As Owner, and Brown Water

Marine Service, Inc., As Bareboat Charterer, of the BROWN WATER V, Its

Engines, Tackle, Etc. In a Cause of Exoneration from or Limitation of Liability, Civil

and Maritime;

2.    Affidavit of Value and Pending Freight;

3.    Letter of Undertaking;

4.    Order Approving Letter of Undertaking;

5.    Order Directing Claimants to File and Make Proof of Claims, Directing the Issuance

of Monition, and Restraining Prosecution of Claims;

6.    Petitioners' Memorandum of Law Regarding Limitation of Liability;

49477:983638.1:091901

7.    Petitioners' Supplemental Brief;

8.    Unopposed Petitioners' Motion for Leave to Issue Subpoenas; and

9.    Proof of Claim filed by Esteban F. Rivas and Maria Miriam Rivas, Individually and as Representative of the Estate of Stevan F. Rivas;

10.   Court's Order of September 19, 2001;

11.   Petitioners' Notice of Compliance with Court's Order;

12.   Answer of Esteban F. Rivas and Maria Miriam Rivas, Individually and as Representative of the Estate of Stevan F. Rivas to the Libel and Petition of Brown Water Towing I, Inc. as Owner, and Brown Water Marine Service, Inc. as Bareboat Charterer of the Brown Water V, Its Engines, Tackle, etc. in a Cause of Exoneration From or Limitation of Liability.

Respectfully submitted,

*Will W. Pierson*

Will W. Pierson
State Bar No. 16003100
Federal ID 1931
Keith N. Uhles
State Bar No. 20371100
Federal ID 1936
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
(361) 884-8808
(361) 884-7261 Facsimile
Attorney for the Petitioners, Brown Water Towing I, Inc., as Owner, and Brown Water Marine Service, Inc., as Bareboat Charterer, of the BROWN WATER V, Its Engines, Tackle, etc.

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

## CERTIFICATE OF SERVICE

I do hereby certify that on this ___ day of September, 2001, a true and correct copy of the above and foregoing document has been provided to the following, via Overnight Delivery:

Hon. Mark J. Spansel
ADAMS & REESE, L.L.P.
4500 One Shell Square
New Orleans, LA 70139
Attorney for Texas Department of Transportation

Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
*Attorney for Esteban F. Rivas and Maria Miriam Rivas, Individually and as Representative of the Estate of Stevan F. Rivas;*

Mr. William R. Edwards
The Edwards Law Firm, L.L.P.
1400 Frost Bank Plaza
Corpus Christi, Texas 78403-0480
*Attorney for potential claimants*

Michael R. Cowen
Michael R. Cowen, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
*Attorney for potential claimants*

United States Department of Transportation
c/o Hon. Greg Serres, United States Attorney
600 East Harrison, Suite 201
Brownsville, Texas 78520-7114

A.G. Hill Power
c/o Jack H. Bennett
112 Lakeshore Drive
Corpus Christi, Texas 78413

Central Power & Light
c/o C.T. Corporation System
350 N. St. Paul Street
Dallas, Texas 75201

Outdoor Resorts of Texas
c/o E. Randall Henderson, Jr.
Post Office Box 2093
South Garcia
Port Isabel, Texas 78578

Long Island Bridge Company
c/o John R. Freeland
806 Pecan
McAllen, Texas 78501

Port Isabel-San Benito Navigation District
250 Industrial Drive
Port Isabel, Texas 78578
Attn: Mr. Robert Corneliuson

Texas Parks & Wildlife Department
5541 Bear Lane, Suite 232
Corpus Christi, Texas 78405


Keith N. Uhles