12

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 21 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | |
| PETITION OF BROWN WATER | § | |
| TOWING I, INC., AS OWNER, AND | § | |
| BROWN WATER MARINE SERVICE | § | |
| INC., AS BAREBOAT CHARTERER, OF | § | CIVIL ACTION NO. B-01-157 |
| THE BROWN WATER V, IT ENGINES, | § | |
| TACKLE, ETC. IN A CAUSE OF | § | |
| EXONERATION FROM OR | § | |
| | § | |

## ORDER

BE IT REMEMBERED that in the interests of justice and in order to protect the rights of all concerned, the Court ORDERED Petitioners to desist from ex parte communication with the Court regarding any matters related to this petition. The Court will not consider any request for relief until all claimants known by Petitioners to likely be asserting claims against Petitioners are notified of such request for relief.

DONE at Brownsville, Texas, this 21 day of September, 2001.

Hilda G. Tagle
United States District Judge