United States District Court
Southern District of Texas
ENTERED

SEP 2 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND § <br> PETITION OF BROWN WATER § <br> TOWING I, INC., AS OWNER, AND § <br> BROWN WATER MARINE SERVICE § <br> INC., AS BAREBOAT CHARTERER, OF § <br> THE BROWN WATER V, IT ENGINES, § <br> TACKLE, ETC. IN A CAUSE OF § <br> EXONERATION FROM OR § <br> § | CIVIL ACTION NO. B-01-157 |

## ORDER DIRECTING CLAIMANTS TO
## FILE AND MAKE PROOF OF CLAIMS,
## DIRECTING THE ISSUANCE OF MONITION,
## AND RESTRAINING PROSECUTION OF CLAIMS

A Petition and Complaint having been filed on the 15th day of September 2001, by Brown Water Towing I, Inc., as owner, and Brown Water Marine Service, Inc., as bareboat charterer of the BROWN WATER V (collectively referred to as "the Petitioners"), claiming the benefit of Exoneration from or Limitation of Liability as provided for in the Act of Congress entitled "An Act to Limit the Liability of Shipowner and for Other Purposes" passed March 3, 1851, now embodied in Section 4282 to 4289 inclusive, of the Revised Statutes of the United States (46 U.S.C. §§ 182 to 189, inclusive), and statutes supplementary thereto, and amendatory thereof, and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and also contesting its liability by claiming exoneration from all liability independently of the limitation of liability claim under said Act for any loss, damage or destruction arising during the voyage described in said Petition and Complaint which commenced on or about September 14, 2001, and terminated on or about September 15, 2001, and said Petition and Complaint also stating the facts and circumstances on which such exoneration from and limitation of liability are claimed; and on considering the Petition and the Affidavit of Value and Pending Freight, which are on file, and the Petitioners having filed a Letter of Undertaking in the amount of TWO HUNDRED AND SEVENTY THOUSAND AND 00/100 DOLLARS ($270,000.00), in addition to interest at the rate of 6% per annum and costs of Court, on the 15th day

-2-

of September, 2001, and the Court having approved the Letter of Undertaking for value executed on the 15th day of September, 2001, and with the Petitioners subject to such increases and decreases in the amount of such Letter of Undertaking, together with adequate surety, as the Court may from time to time order, undertaking to pay into Court within ten days after the entry of an Order confirming the report of the Commissioner, if one be appointed, to appraise the amount of value of the Petitioners' interest in the said BROWN WATER V and its pending freight, the aggregate amount or value of such interest as thus ascertained or to file in this proceeding a bond or stipulation for value in the usual form with surety in said amount, or agreeing to permit the Letter of Undertaking to stand as a stipulation for value if found sufficient in amount, or the amount thereof to be uncontested; and that pending payment into Court of the amount or value of the Petitioners' interest in the said BROWN WATER V and its pending freight, as ascertained or the giving of a stipulation for the value thereof, this Letter of Undertaking shall stand as security for all claims in this proceeding;

Now, on Motion of Royston, Rayzor, Vickery & Williams, attorneys for the Petitioners, it is hereby

ORDERED, that a Monition issue out of and under the seal of this Court against all persons or entities claiming civil damages for any and all losses, damages, deaths, personal injuries, cargo damage or destruction of property occasioned as alleged in said Petition and Complaint during the voyage of the BROWN WATER V which commenced on or about September 14, 2001, and terminated on or about September 15, 2001 and citing them to file their respective claims with the Clerk of the Court and to serve on or mail to Royston, Rayzor, Vickery & Williams, L.L.P., attorneys for Petitioners, a copy thereof, on or before 10:00 a.m. on the 14th of March, 2002, at their offices at 1700 Wilson Plaza West, 606 N. Carancahua, Corpus Christi, Texas 78476, subject to the rights of any person or entity claiming damages as aforesaid who shall have presented a claim under oath to answer said Petition and Complaint and to controvert or question the same; and it is further

ORDERED, that public notice of such Monition shall be given by publication hereof in the Brownsville Herald and the Valley Morning Star, newspapers published in

the Rio Grande Valley, within the southern District of Texas, such publication in said papers to be once each week until the return day and for at least four successive weeks before the return date of such Monition; and it is further

ORDERED, that not later than the day of the second publication of such notice of the Monition, the Petitioners shall mail a copy of the Notice of Petition for Exoneration from or Limitation of Liability and a copy of the Monition, together with a copy of this Order, to every person or entity known to have made any claim or filed any action against the BROWN WATER V or the Petitioners arising out of the voyage described in the Petition and Complaint herein, and to any such person's or entity's attorney, if known, and in connection with any death, property damage or personal injury resulting from the voyage of the BROWN WATER V which commenced on September 14, 2001 and ended on or about September 15, 2001. The Petitioners shall mail a copy of the Notice of Petition for Exoneration from or Limitation of Liability, a copy of the Monition, and a copy of this Order, together with a copy of Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure to any persons known to have made any claim on account of an injury or damage, and it is further

ORDERED, that the beginning or continued prosecution of any and all suits, actions or legal proceedings of a civil nature, except in the present proceeding, in respect to any claim arising out of, consequent upon, or in connection with the aforesaid voyage of the BROWN WATER V, which commenced on or about September 14, 2001, be, and they are hereby stayed, and restrained until the hearing and termination of this proceeding; and it is further

-4-

ORDERED, that service of this Order as a Restraining Order may be made within this District in the usual manner and in any other District by the United States Marshal for such District by delivering a certified copy of this Order to the person or entity to be restrained or to that person or entity's respective attorneys.

DONE at Brownsville, Texas, this 24th day of September, 2001.

*[signature]*

Hilda G. Tagle

United States District Judge