

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND § | |
| PETITION OF BROWN WATER § | |
| TOWING I, INC., AS OWNER, § | |
| AND BROWN WATER MARINE SERVICE, § | |
| INC., AS BAREBOAT CHARTERER, § | CIVIL ACTION |
| OF THE BROWN WATER V, ITS ENGINES, § | |
| TACKLE, ETC., IN A CAUSE OF § | NO. B-01-157 |
| EXONERATION FROM OR § | |
| LIMITATION OF LIABILITY § | |

## PROOF OF CLAIM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW GUSTAVO MORALES and BIGO'S INTERNATIONAL, L.L.C., Claimants in the above entitled and numbered cause and files this Proof of Claim and would respectfully show unto the Honorable Court the following:

I.

GUSTAVO MORALES, reside in Port Isabel, Cameron County, Texas.

BIGO'S INTERNATIONAL, L.L.C. is a Texas corporation with its principle place of business in Cameron County, Texas.

II.

That on or about September 15, 2001, while operating a motor vehicle owned by BIGO'S INTERNATIONAL L.L.C. and while travelling along and upon the Queen Isabella Causeway in Port Isabel, Cameron County, Texas, Gustavo Morales was severely injured as a result of the acts and/or conditions of the Brown Water V, its owners, masters, charters and/or their employees.

Gustavo Morales' injuries and damages, as well as those of the claimants, were caused by the negligence of Brown Water Towing I, Inc., Brown Water Marine Service, Inc. and/or the unseaworthiness of Brown Water Marine Service, Inc.'s, and/or Brown Water Towing I, Inc.'s vessels and equipment making up the dredge flotilla of that company. Claimant would show that

because of the condition of the tug boat and its accompanying barges and prior knowledge of such conditions by Brown Water Towing I, Inc. and/or Brown Water Marine Service, Inc. evidences those companies disregard for the rights, safety, and welfare of Gustavo Morales as same were wilful, wanton, and flagrant to such an extent as to constitute gross negligence.

III.

The injuries and damages of claimant far exceeds the value of the vessel pled by Brown Water Marine Service, Inc. and/or Brown Water Towing I, Inc. for the damages. These damages include pecuniary losses from the death of Gustavo Morales including loss of care, maintenance, support, services, advice, counsel and contributions of a pecuniary value that Claimant should, in reasonable probability, have received from Gustavo Morales during his lifetime. Claimant also seeks any and other damages provided under any applicable laws including those of the State of Texas regarding this incident.

Claimant **Gustavo Morales** would show that by reason of the injuries sustained as above alleged, he has suffered serious and painful injuries to his body and **Gustavo Morales** has and will suffer a physical impairment. As a result of such injuries, Claimant **Gustavo Morales** has been so disabled that his earning capacity has been and will be in the future be materially diminished and impaired. Claimant **Gustavo Morales** has suffered, suffers, and will continue to suffer great and excruciating physical pain and/or mental anguish. By reason of the foregoing, Claimant **Gustavo Morales** has been damaged by the Petitioners in an amount in excess of the minimum jurisdictional limits of this Court.

Claimant **Gustavo Morales** would further show that in the event he had pre-existing conditions in his body prior to the incident made the basis of this suit, that such conditions were aggravated and/or re-injured and worsened by the injuries sustained as a result of the negligence and/or gross negligence of the Petitioners.

On account of the nature, seriousness, and severity of **Gustavo Morales** injuries, he has required medical care and will require medical care and nursing services.

**Gustavo Morales** has been required to pay and incur liability to pay the charges which have been made for such medical care services and nursing services.

The charges which have been made for services rendered to **Gustavo Morales** has represented and will represent the usual, reasonable and customary charges for like or similar services in the vicinity where they have been rendered. All of these services have been made necessary in connection with the proper treatment of the injuries sustained and suffered by **Gustavo Morales** because of his severe injuries.

Claimant **Gustavo Morales** would further show that in the event **Gustavo Morales** had pre-existing conditions in his body prior to the incident made the basis of this suit, that such conditions were aggravated and/or re-injured and worsened by the injuries sustained as a result of the Petitioner's negligence.

At the time of the occasion in question, Claimant **Gustavo Morales** was a man of the age of 36 year and had a reasonable life expectancy in excess of 39.2 according to the U.S. Life Tables of 1995.

Bigo's International, L.L.C. seeks to recover from the Petitioners property damages for the damage loss of their vehicle and lost monies located in the vehicle representing proceeds from their business which were in the possession of Gustavo Morales at the time of the collapse of the causeway.

WHEREFORE, PREMISES CONSIDERED, Claimants, GUSTAVO MORALES and BIGO'S INTERNATIONAL, L.L.C. present this claim and prays that the claim be acknowledge and for such other and further relief as the court may deem just and proper.

Respectfully submitted this the __20__ day of September, 2001.

> WATTS & HEARD, L.L.P.
> 1926 E. Elizabeth
> Brownsville, Texas  78520
> (956) 544-0500
> (956) 541-0255  FAX
>
> _____
> RAY R. MARCHAN
> State Bar No. 12969050
> Federal I.D. No. 9522

## CERTIFICATE OF SERVICE

I hereby certify that on this the __20__ day of September 17, 2001, a true and correct copy of the foregoing instrument was forwarded to opposing counsel via fax, by hand-delivery or by certified mail, return receipt requested.

> _____
> RAY R. MARCHAN

ClibPDF - www.fastio.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | |
| PETITION OF BROWN WATER | § | |
| TOWING I, INC., AS OWNER, | § | |
| AND BROWN WATER MARINE SERVICE, | § | |
| INC., AS BAREBOAT CHARTERER, | § | CIVIL ACTION |
| OF THE BROWN WATER V, ITS ENGINES, | § | |
| TACKLE, ETC., IN A CAUSE OF | § | NO. B-01-157 |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

## ORDER

On this the _____ day of _____, 2001, came on to be heard Claimant's Proof of Claim and, after careful review and consideration of the pleadings, the Court is of the opinion that said Proof of Claim be granted.

IT IS HEREBY, ORDERED, ADJUDGED, AND DECREED that said Claimant's Proof of Claim is GRANTED.

Signed this the _____ day of _____, 2001.

_____
JUDGE PRESIDING