

**COPY**

United States District Court
Southern District of Texas
FILED

SEP 2 8 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | |
| PETITION OF BROWN WATER | § | |
| TOWING I, INC., AS OWNER, | § | |
| AND BROWN WATER MARINE SERVICE, | § | |
| INC., AS BAREBOAT CHARTERER, | § | CIVIL ACTION |
| OF THE BROWN WATER V, ITS ENGINES, | § | |
| TACKLE, ETC., IN A CAUSE OF | § | NO. B-01-157 |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

## MOTION TO APPOINT ATTORNEY AD LITEM

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Claimants and files this their motion to appoint attorney ad litem and in support thereof would respectfully show the court as follows:

### I.

William Welch is a minor seeking the recovery of a monetary award as a result of the causeway collapse which occurred on September 15, 2001.

### II.

William Welch's interests are such that a conflict actually does or may exist between the minor and his Legal Guardian, Jacqueline Paddock, who is suing individually and as his next friend.

**WHEREFORE, PREMISES CONSIDERED,** Claimants would respectfully request that this Honorable Court appoint _____ _____ or another member in good standing of the local bar to act as Attorney Ad Litem and represent the interests of the minor child, William Welch, in the above-entitled and numbered cause.

Respectfully submitted this the \_\_\_\_28\_\_\_\_ day of September, 2001.

> WATTS & HEARD, L.L.P.
> 1926 E. Elizabeth
> Brownsville, Texas 78520
> (956) 544-0500
> (956) 541-0255 Facsimile
>
> _____
> RAY R. MARCHAN
> State Bar no. 12969050
> Federal I.D. No.9522

## CERTIFICATE OF SERVICE

On this the \_\_\_28\_\_\_ day of September, 2001, a true and correct copy of the foregoing instrument was forwarded to opposing counsel via fax, by hand-delivery or by certified mail, return receipt requested.

_____
RAY R. MARCHAN

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND § | |
| PETITION OF BROWN WATER § | |
| TOWING I, INC., AS OWNER, § | |
| AND BROWN WATER MARINE SERVICE, § | |
| INC., AS BAREBOAT CHARTERER, § | CIVIL ACTION |
| OF THE BROWN WATER V, ITS ENGINES, § | |
| TACKLE, ETC., IN A CAUSE OF § | NO. B-01-157 |
| EXONERATION FROM OR § | |
| LIMITATION OF LIABILITY § | |

## ORDER APPOINTING ATTORNEY AD LITEM

BE IT REMEMBERED that on this _____ day of _____ 2001, came on to be considered the Motion to Appoint an Attorney Ad Litem filed herein by Claimant, in the above-referenced cause of action. The Court, after review of all the pleadings on file in this cause, is of the opinion that such Motion should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that _____ _____, a member in good standing of the local Bar of Cameron County, Texas, and duly licensed in the State of Texas, be appointed as Attorney Ad Litem to represent the interests of the minor child, William Welch, in the above-entitled and numbered cause.

SIGNED on this _____ day of _____ 2001.

_____
JUDGE PRESIDING