21

United States District Court
Southern District of Texas
FILED

OCT 0 1 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION | § | |
| OF BROWN WATER TOWING I, INC. AS | § | |
| OWNER, AND BROWN WATER MARINE | § | CIVIL ACTION |
| SERVICE, INC., AS BAREBOAT | § | |
| CHARTERER, OF THE BROWN WATER V, | § | NO. B-01-157 |
| ITS ENGINES, TACKLE, ETC., IN A | § | |
| CAUSE OF EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

### ANSWER OF LAGUNA MADRE WATER DISTRICT
### TO THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, and BROWN WATER MARINE SERVICE, INC., as BAREBOAT CHARTERED, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY, CIVIL OR MARITIME

TO THE HONORABLE JUDGE OF SAID COURT:

THE ANSWER OF **LAGUNA MADRE WATER DISTRICT** TO THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, and BROWN WATER MARINE SERVICE, INC., as BAREBOAT CHARTERED, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY, CIVIL OR MARITIME, on information and belief respectfully allege:

### I.

Claimants can neither admit nor deny the allegations contained in paragraph I of Petitioner's pleading.

### II.

Claimants can neither admit nor deny the allegations in paragraph II of Petitioner's pleading as to the length, width, tonnage and breadth, as well as, the home port of THE BROWN WATER V. However, Claimants deny that THE BROWN WATER V was at all times material hereto and

in all respects seaworthy and properly and efficiently manned, supplied, equipped and furnished, and well and sufficiently fitted and supplied with suitable engines, machinery, tackle, apparel, appliance and furniture, all in good order and condition, and suitable for the service in which she was engaged.

### III.

Claimants do not deny the allegations contained in paragraph III, however, claimants request that a more definite statement be made so as to elaborate particularly the facts of the casualty.

### IV.

Claimants deny the allegations contained in paragraph number IV., however claimants request that a more definite statement be set out with particularity elaborating on the voyage in which the casualty for which the owner and/or bareboat charterer seek limitation or exoneration from liability occurred, as well as the dates and place of the termination of the voyage in which the casualty occurred. Additionally, claimant contends that any limitation of liability allegation by petitioner must include the value of all owner's vessels as its home port should be made part of the limitation fund. However, claimant does not admit that limitation should apply even if the entire value of the flotilla is computed for the limitation.

### V.

The Claimants deny the allegations contained in paragraph number V.

### VI.

The Claimants deny the allegations contained in paragraph number VI.

### VII.

The Claimants can neither admit nor deny the allegations contained in paragraph number VII of petitioner's pleading.

## VIII.

Claimants deny the allegations contained in paragraph number VIII of petitioner's pleading.

## IX.

Claimants do not deny the allegations contained in paragraph number IX of petitioner's pleading.

## X.

Claimants deny the allegations contained in paragraph number X of petitioner's pleading.

## XI.

Claimants deny the allegations contained in paragraph number XI of petitioner's pleading.

## XII.

The Claimants deny the allegations contained in paragraph number XII.

## XIII.

Claimants can neither admit nor deny the allegations contained in paragraph number XIII of petitioner's pleading.

## XIV.

Claimants deny that the amount alleged in paragraph number XIV of petitioner's pleading is sufficient.

## XV.

Claimants can neither admit nor deny the allegations contained in paragraph number XV of petitioner's pleading.

## XVI.

Claimant can neither admit nor deny the allegations contained in paragraph number XVI of petitioner's pleading.

## XVII.

Claimants can neither admit nor deny at this time those allegations contained in paragraph number XVII.

## XVIII.

(1) Claimant admits those allegations contained in paragraph XVIII (1) of petitioner's pleading;

(2) Claimant admits those allegations contained in paragraph XVIII (2) of petitioner's pleading;

(3) Claimant admits those allegations contained in paragraph XVIII (3) of petitioner's pleading;

(4) Claimant denies those allegations contained in paragraph XVIII (4) of petitioner's pleading;

(5) Claimant denies those allegations contained in paragraph XVIII (5) of petitioner's pleading; and

(6) Claimant denies those allegations contained in paragraph XVIII (6) of petitioner's pleading.

## XIX.

**WHEREFORE PREMISES CONSIDERED**, Respondent/Claimant **LAGUNA MADRE WATER DISTRICT** prays that this court deny petitioner's claim for limitation of liability and that respondent/claimant be allowed to recover the full amount of damages as determined by a jury of the claimant's peers and for such other and further relief as the claimant can be justly entitled.

Respectfully submitted on this the _____ day of October, 2001.

MAGALLANES, HINOJOSA & MANCIAS, P.C.
A Professional Corporation
1713 Boca Chica Blvd.
Brownsville, TX 78520
(956) 544-6571                    (956) 544-4290

By:_____
Juan A. Magallanes, Attorney For Plaintiff
State Bar No. 12879500
Federal ID No. 3306

## CERTIFICATE OF SERVICE

I hereby certify that on this the _1st_ day of October, 2001, a true and correct copy of the foregoing instrument was forwarded to opposing counsel via fax, by hand delivery or by certified mail, return receipt requested.

_____
J.A. MAGALLANES

Ray Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas  78520
Fax (956) 541-0255

Will Pierson
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas  78476
Fax (361) 884-7261