22

United States District Court
Southern District of Texas
FILED

OCT 0 1 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION | § | |
| OF BROWN WATER TOWING I, INC. AS | § | |
| OWNER, AND BROWN WATER MARINE | § | CIVIL ACTION |
| SERVICE, INC., AS BAREBOAT | § | |
| CHARTERER, OF THE BROWN WATER V, | § | NO. B-01-157 |
| ITS ENGINES, TACKLE, ETC., IN A | § | |
| CAUSE OF EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

## PROOF OF CLAIM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **LAGUNA MADRE WATER DISTRICT,** Claimant in the above entitled and numbered cause and files this Proof of Claim and would respectfully show unto the Honorable Court the following:

I.

LAGUNA MADRE WATER DISTRICT is a municipal utility district with its offices located in Port Isabel, Cameron County, Texas.

II.

That on or about September 15, 2001, **LAGUNA MADRE WATER DISTRICT** owned and maintained a water pipe line along the Queen Isabella Causeway in Port Isabel, Cameron County, Texas, **LAGUNA MADRE WATER DISTRICT'S** water pipe line was severely damaged as a result of the acts, omissions, and/or conditions of the Brown Water V, its owners, masters, charterers and/or their employees.

**LAGUNA MADRE WATER DISTRICT'S** damages, were caused by the negligence of Brown Water Towing I, Inc., Brown Water Marine Service, Inc. and/or the unseaworthiness of

Brown Water Marine Service, Inc.'s, and/or Brown Water Towing I, Inc.'s vessels and equipment making up the tow flotilla of that company. Claimant would show that because of the condition of the tug boat and its accompanying barges and prior knowledge of such conditions by Brown Water Towing I, Inc., and/or Brown Water Marine Service, Inc. evidences those companies' disregard for the rights, of **LAGUNA MADRE WATER DISTRICT** as same were wilful, wonton, and flagrant to such and extent as to constitute gross negligence and/or malice.

### III.

The damages of claimant far exceeds the value of the vessel plead by BrownWater Marine Service, Inc. and/or Brown Water Towing I, Inc. These damages include repair costs, as well as any resulting diminution in monthly sales and related tax revenues. Claimants also seek any and other damages provided under any applicable laws, including Texas State law, regarding this incident.

**WHEREFORE, PREMISES CONSIDERED**, Claimant, **LAGUNA MADRE WATER DISTRICT** presents this claim and prays that the claim be acknowledge and for such other and further relief as the court may deem just and proper.

Respectfully submitted this the _____ day of October, 2001

```
                              MAGALLANES, HINOJOSA & MANCIAS, P.C.
                              A Professional Corporation
                              1713 Boca Chica Blvd.
                              Brownsville, TX 78520
                              (956) 544-6571
                              By:_____
                                   Juan A. Magallanes,
                                   State Bar No.12879500
                                   Federal ID No. 3306
                                   Attorney For Plaintiff
```

## CERTIFICATE OF SERVICE

I hereby certify that on this the **1st** day of October, 2001, a true and correct copy of the foregoing instrument was forwarded to opposing counsel via fax, by hand delivery or by certified mail, return receipt requested.

_____
J.A. MAGALLANES

Ray Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas  78520
Fax (956) 541-0255

Will Pierson
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas  78476
Fax (361) 884-7261