25

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | |
| PETITION OF BROWN WATER | § | |
| TOWING I, INC., AS OWNER, | § | |
| AND BROWN WATER MARINE SERVICE, | § | |
| INC., AS BAREBOAT CHARTERER, | § | CIVIL ACTION |
| OF THE BROWN WATER V, ITS ENGINES, | § | |
| TACKLE, ETC., IN A CAUSE OF | § | NO. B-01-157 |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

### ORDER APPOINTING ATTORNEY AD LITEM

BE IT REMEMBERED that on this 17th day of October 2001, came on to be considered the Motion to Appoint an Attorney Ad Litem filed herein by Claimant, in the above-referenced cause of action. The Court, after review of all the pleadings on file in this cause, is of the opinion that such Motion should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that _____ Veronica Farias _____, a member in good standing of the local Bar of Cameron County, Texas, and duly licensed in the State of Texas, be appointed as Attorney Ad Litem to represent the interests of the minor child, William Welch, in the above-entitled and numbered cause.

SIGNED on this 17 day of October 2001.

_____
JUDGE PRESIDING