

26

United States District Court
Southern District of Texas
FILED

OCT 1 8 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION | § | |
| OF BROWN WATER TOWING I, INC. AS | § | |
| OWNER, AND BROWN WATER MARINE | § | CIVIL ACTION |
| SERVICE, INC., AS BAREBOAT | § | |
| CHARTERER, OF THE BROWN WATER V, | § | NO. B-01-157 |
| ITS ENGINES, TACKLE, ETC., IN A | § | |
| CAUSE OF EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

### LAGUNA MADRE WATER DISTRICT'S
### LIST OF ENTITIES FINANCIALLY INTERESTED

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Respondent/Claimant **LAGUNA MADRE WATER DISTRICT** and pursuant to paragraph 2 of the Court's October 5, 2001 Order, files this its List of Entities Financially Interested and would show unto the Court as follows:

I.

The **LAGUNA MADRE WATER DISTRICT** is aware of the following entities that are financially interested in this litigation:

a) BROWN WATER TOWING I, INC.;

b) BROWN WATER TOWING I, INC., AS OWNER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC.;

c) BROWN WATER MARINE SERVICE, INC.;

d) BROWN WATER MARINE SERVICE, INC., as BAREBOAT CHARTERED, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC.;

e) LAGUNA MADRE WATER DISTRICT;

f)  THE STATE OF TEXAS;

g)  TEXAS DEPARTMENT OF TRANSPORTATION;

h)  UNITED STATES DEPARTMENT OF TRANSPORTATION;

i)  A.G. HILL POWER;

j)  CENTRAL POWER AND LIGHT;

k)  LONG ISLAND BRIDGE COMPANY;

l)  OUTDOOR RESORTS OF TEXAS;

m)  PORT ISABEL - SAN BENITO NAVIGATION DISTRICT;

n)  TEXAS PARKS AND WILDLIFE

The above list of interested entities is not all inclusive and is subject to amendment and supplementation as per the Court's October 5, 2001 Order. The **LAGUNA MADRE WATER DISTRICT** reserves its right to amend and supplement this list of financially interested entities as further such entities are identified. The **LAGUNA MADRE WATER DISTRICT** is not aware of whether any of the above listed entities are corporations with publically traded securities.

Aside from claimants, Esteban F. Rivas and Maria Miriam Rivas individually and as representative of the Estate of [sic] Stvan F. Rivas, the **LAGUNA MADRE WATER DISTRICT** is also aware of a number of persons who, sustained injuries and/or incurred damages arising out of the incident made the basis of this lawsuit, that will likely file suit against parties listed herein. However, the **LAGUNA MADRE WATER DISTRICT** is not yet aware of the said persons identities.

WHEREFORE PREMISES CONSIDERED, Respondent/Claimant **LAGUNA MADRE WATER DISTRICT** respectfully submits its List of Financially Interested Entities.

Respectfully submitted on this the __18th__ day of October, 2001.

          MAGALLANES, HINOJOSA & MANCIAS, P.C.
          A Professional Corporation
          1713 Boca Chica Blvd.
          Brownsville, TX 78520
          (956) 544-6571
          (956) 544-4290 F

By: _____
      Juan A. Magallanes,
      Attorney for The Laguna
      Madre Water District
      State Bar No. 12879500
      Federal ID No. 2258

## CERTIFICATE OF SERVICE

I hereby certify that on this the __18th__ day of October, 2001, a true and correct copy of the foregoing instrument was forwarded to opposing counsel via certified mail, return receipt requested.

_____
J.A. MAGALLANES

Hon. Mark J. Spansel
ADAMS & REESE, L.L.P.
4500 One Shell Square
New Orleans, LA 70139
Attorney for Texas Department of Transportation

Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
*Attorney for Esteban F. Rivas and Maria Miriam Rivas, Individually and as Representative of the Estate of Stevan F. Rivas;*

Mr. William R. Edwards
The Edwards Law Firm, L.L.P.
1400 Frost Bank Plaza
Corpus Christi, Texas 78403-0480
*Attorney for potential claimants*

Michael R. Cowen
Michael R. Cowen, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
*Attorney for potential claimants*

United States Department of Transportation
c/o Hon. Greg Serres, United States Attorney
600 East Harrison, Suite 201
Brownsville, Texas 78520-7114

A.G. Hill Power
c/o Jack H. Bennett
112 Lakeshore Drive
Corpus Christi, Texas 78413

Central Power & Light
c/o C.T. Corporation System
350 N. St. Paul Street
Dallas, Texas 75201

Outdoor Resorts of Texas
c/o E. Randall Henderson, Jr.
Post Office Box 2093
South Garcia
Port Isabel, Texas 78578

Long Island Bridge Company
c/o John R. Freeland
806 Pecan
McAllen, Texas 78501

Port Isabel-San Benito Navigation District
250 Industrial Drive
Port Isabel, Texas 78578
Attn: Mr. Robert Corneliuson

Texas Parks & Wildlife Department
5541 Bear Lane, Suite 232
Corpus Christi, Texas 78405

ClibPDF - www.fastio.com