IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
ENTERED

OCT 19 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

Brown Water Towing I Inc., et al

Vs.

Esteban Rivas, et al

CV ACTION NO. B-01-157

## ORDER STRIKING FILINGS

BE IT REMEMBERED, that on Oct. 16, 2001, the Court STRUCK the filing entitled #24 Claimants' Claim and Answer to Petitioners' Verified Complaint and Petition for Exoneration From and/or Limitation of Liability, because it did not comply with one or more of the following Local Rules:

1. \_\_\_\_ Complaint lists more than one attorney, but does not designate the attorney-in-charge (LR 11.1).

2. \_\_\_\_ Filing in not signed by, or by permission of, the attorney-in-charge. (LR 11.3).

3. _X_ One or more of the following are not included beneath the attorney's signature:
   (a)   state bar number; or
   (b)   Southern District of Texas Federal Bar Number; or
   (c)   office address including zip code; or
   (d)   telephone and facsimile numbers with area codes (LR 11.3(A)).

4. \_\_\_\_ A copy of the filing was not provided (LR 5.2).

5. \_\_\_\_ No certificate of service, or an explanation why service is not required (LR 5.4, CrLR 12.4).

6. \_\_\_\_ No certificate of conference, and the motion is not a motion to dismiss, a motion for summary judgment, a motion for a more definite statement, or a motion to strike (LR7.l (D), CrLR12.2).

7. \_\_\_\_ Motion is unopposed, and does not state "unopposed" in its caption (LR 7.2, CrLR 12.2).

8. \_\_\_\_ A separate proposed order was not attached (LR 7.1, CrLR 12.2).

DONE at Brownsville, Texas, this _18th_ day of _October, 2001_.

Hilda G. Tagle
United States District Judge