2



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 9 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | C. A. NO.  B-01-157 |
| PETITION OF BROWN WATER | § | (Subject to Rule 9 (h) |
| TOWING I, INC., AS OWNER, AND | § | of the Federal Rules |
| BROWN WATER MARINE SERVICE, | § | of Civil Procedure) |
| INC., AS BAREBOAT CHARTERER, OF | § | Admiralty |
| THE BROWN WATER V, ITS ENGINES, | § | |
| TACKLE, ETC. IN A CAUSE OF | § | |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

## PETITIONERS BROWN WATER TOWING I, INC. AND BROWN WATER MARINE SERVICE, INC.'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW the Petitioners, Brown Water Towing I, Inc. and Brown Water Marine Service, Inc., and state that the following entities are or may be financially interested in the outcome of this action:

1.    A.G. Hill Power

2.    American Commercial Barge Lines;

3.    Heather Askwig;

4.    Attorney General of Texas;

5.    Bigo's International, L.L.C.;

6.    Brown Water V;

7.    Brown Water Marine Services, Inc.;

8.    Brown Water Towing I, Inc.;

9.    Cameron County

49477:987133.1:101601

10.    Central Power & Light

11.    Edith Curtis;

12.    Department of the Army, Corps of Engineers

13.    Daisy Harris as Administrator of the Estate of Robert Victor Harris;

14.    Robert Victor Harris, The Estate of;

15.    Kay Keese;

16.    Laguna Madre Water District of Port Isabel;

17.    Carol Leavell, Individually and as Representative of the Estate of Robin Faye Leavell, Deceased;

18.    Ricky Leavell, Individually and as Representative of the Estate of Robin Faye Leavell, Deceased;

19.    Liberty Insurance Underwriters, Inc.

20.    Long Island Bridge Company

21.    Outdoor RV Resorts of South Padre

22.    Doyle McClendon;

23.    Romeo Miller;

24.    Gustavo Morales;

25.    Charles Nathanson;

26.    Darla Nathason;

27.    Jacqueline Paddock, Individually and as Next Friend of William B. Welch and as Representative of the Estate of Chelsea Welch;

28.    Annaca Page;

29.    Port Isabel-San Benito Navigation District;

30.  Esteban F. Rivas, Individually and as Representative of the Estate of Stevan F. Rivas;

31.  Maria Miriam Rivas, Individually and as Representative of the Estate of Stevan F. Rivas;

32.  N. Fay Rutledge;

33.  Robert Sandrich;

34.  Virginia Sandrich;

35.  SBC Management Services;

36.  Texas Department of Public Safety

37.  Texas Department of Transportation;

38.  Texas Parks & Wildlife Department

39.  United States Coast Guard

40.  United States Department of Transportation

41.  William Morris Welch;

42.  Lydia Zamora, Individually and as Representative of the Estate of Hector Martinez, Jr., Deceased;

43.  ZT, Inc. d/b/a Wings and Mirage.

44.  Zurich American Insurance Company

45.  Veronica Farias

Pursuant to the Court's Order Directing Claimants to File and Make Proof of Claims, Directing the Issuance of Monition and Restraining Prosecution of Claims which was entered on September 24, 2001, the deadline to file claims is March 14, 2002. Thus, the Petitioners anticipate

additional claims may be forthcoming. If so, the Petitioners will periodically file a Supplemental

Certificate of Interested Parties.

Respectfully submitted,

Will W. Pierson
State Bar No. 16003100
Federal ID 1931
Keith N. Uhles
State Bar No. 20371100
Federal ID 1936
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
(361) 884-8808
(361) 884-7261 Facsimile
Attorneys for the Petitioners, Brown Water Towing I,
Inc., as owner, and Brown Water Marine Service, Inc.,
as bareboat charterer, of the BROWN WATER V, its
engines, tackle, etc.

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

# CERTIFICATE OF SERVICE

I do hereby certify that on this *19th* day of October, 2001, a true and correct copy of the above and foregoing document has been provided to the following, regardless as to whether they have entered an appearance, as follows:

## VIA REGULAR MAIL:

Hon. Mark J. Spansel
ADAMS & REESE, L.L.P.
4500 One Shell Square
New Orleans, LA 70139
*Attorney for Texas Department of Transportation*

Mr. James B. Manley
Attorneys at Law
3616 Preston Road
Pasadena, Texas 77505
*Attorney for William Morris Welch*

Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
*Attorney for Plaintiffs Lydia Zamora, Individually and as Representative of the Estate of Hector Martinez,*
*Jr., Deceased; Gustavo Morales; Bigo's International, L.L.C.; Esteban F. Rivas and Maria Miriam Rivas,*
*Individually and as Respresentative of the Estate of Stevan F. Rivas; Jacqueline Paddock, Individually and*
*as Next Friend of William B. Welch and as Representative of the Estate of Chelsea Welch*

William Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206
*Attorney for Ricky Leavell and Carol Leavell,*
*Individually and as Representative of the*
*Estate of Robin Faye Leavell, Deceased*

Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550
*Attorney for the Estate of Robert Harris*

Phil A. Bellamy
Law Office of Phil A. Bellamy
815 Ridgewood
Brownsville, Texas 78520
*Attorney for ZT, Inc. d/b/a Wings and Mirage*

Mr. William R. Edwards
The Edwards Law Firm, L.L.P.
1400 Frost Bank Plaza
Corpus Christi, Texas 78403-0480

Mr. Glen Goodier
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100
*Attorney for American Commercial Barge Lines*

Sandra D. Laurel
Snow & Laurel, L.L.P.
310 West Sunset
San Antonio, Texas 78209
*Attorney for Daisy Harris as Administrator of the*
*Estate of Robert Victor Harris*

United States Department of Transportation
c/o Hon. Greg Serres, United States Attorney
600 East Harrison, Suite 201
Brownsville, Texas 78520-7114

A.G. Hill Power
c/o Ms. Janet Thompson
6654 Leopard Street
Corpus Christi, Texas 78409

Central Power & Light
c/o C.T. Corporation System
350 N. St. Paul Street
Dallas, Texas 75201

Outdoor RV Resorts South Padre
c/o Dave Fletcher
900 South Garcia Street
Port Isabel, Texas 78578

Long Island Bridge Company
c/o John R. Freeland
806 Pecan
McAllen, Texas 78501

Mr. Brian G. Janis
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
*Attorney for Port Isabel-San Benito Navigation District*

Heather Askwig
2332 West Solano Drive
Phoenix, AZ 85015

Ms. Edith Curtis
4268 Airport Road
Tioga, Texas 76271

Ms. Kay Keese
Post Office Box 457
Bells, Texas 75414

Mr. Doyle McClendon
3211 North Inspiration Road, Apt. 2
Mission, Texas 78572

Robert and Virginia Sandrich
5101 Berdi Way
Stockton, CA 95207

Charles and Darla Nathanson,
23102 Botkins Road
Hockley, Texas 77447

Annaca Page
16810 Tranquil Drive
Sugar Land, Texas 77478


N. Fay Rutledge
726 Partridge Lane
Eagle Lake, Texas 77434

49477:987133.1:101601

-7-

Mr. Romeo Miller
3106 Barnes Bridge
Dallas, Texas 75228

Mr. J. A. Magallanes
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Cica
Post Office Box 4901
Brownsville, Texas 78520
*Attorney for Laguna Madre Water District of Port Isabel*

Mr. Geoffrey Amsel
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78209
*Attorney for Southwestern Bell Telephone*

Mr. George C. Kraehe
Willette & Guerra, L.L.P.
3505 Boca Chica Boulevard, Suite 460
Brownsville, Texas 78521
*Attorney for Cameron County*

Department of the Army
Corps of Engineers
1920 North Chaparral Street
Corpus Christi, Texas 78401
ATTN: Mr. Elijio Garza
          Area Engineer

Texas Parks & Wildlife Department
4200 Smith School Road
Austin, Texas 78744
ATTN: Mr. Boyd Kennedy
          Staff Attorney,Law Enforcement Division

Commanding Officer
United States Coast Guard
Marine Safety Office-Corpus Christi
400 Mann Street, Suite 210
Corpus Christi, Texas 78401

49477:987133.1:101601                    -8-

Ms. Mary Ann Courter
Texas Department of Public Safety
5805 Lamar Boulevard
Post Office Box 4087
Austin, Texas 78773-0001

Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, TX 78521

Of Royston, Rayzor, Vickery & Williams, L.L.P.