United States District Court
Southern District of Texas
FILED

OCT 2 5 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION § | |
| FOR BROWN WATER TOWING I, INC., § | |
| AS OWNER, AND BROWN WATER § | |
| MARINE SERVICE, INC., AS § | C.A. NO. B-01-157 |
| BAREBOAT CHARTERERS, § | (Subject to Rule 9(h) |
| OF THE BROWN WATER V, ITS § | of the Federal Rules of |
| ENGINES, TACKLE, ETC., IN A § | Civil Procedure) |
| CAUSE OF EXONERATION FROM § | Admiralty |
| OR LIMITATION OF LIABILITY § | |

## CLAIMANTS' DISCLOSURE OF FINANCIALLY INTERESTED ENTITIES

Pursuant to Paragraph 2 of the Order of Conference recently received, Claimants Raquel Teran Hinojosa, Individually and on behalf of the Estate of Gaspar Hinojosa Deceased, Clarissa Hinojosa, Omar Hinojosa and Gaspar Hinojosa, II, Each Individually, state they are currently aware of the following persons, association of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that they believe may be financially interested in the outcome of this litigation:

    Raquel Teran Hinojosa, Individually and on behalf of the Estate of Gaspar Hinojosa Deceased

    Clarissa Hinojosa

    Omar Hinojosa

    Gaspar Hinojosa, II

    Brown Water Towing, I, Inc.

    Brown Water Marine Services, Inc.

    United States Department of Transportation

    Claimants are unaware of any other financially interested parties at this time.

Respectfully submitted,

STEVENSON & AMMONS, L.C.

_____
Robert E. Ammons
State Bar No. 01159820
Federal I.D. 1742
3700 Montrose Boulevard
Houston, TX 77006
Telephone:  713-523-3030
Facsimile:  713-523-4747
Counsel for Claimants


LAW OFFICES OF RAMON GARCIA, P.C.

_____
Ramon Garcia
State Bar No. 07641800
Federal I.D. 3936
222 West University Drive
Edinburg, TX 78539
Telephone:  956-383-7441
Facsimile:  956-381-0825


**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record via first class mail, courier, certified mail, return receipt requested or facsimile in accordance with the Federal Rules of Civil Procedure on October 23, 2001.

_____
Robert E. Ammons

ClibPDF - www.fastio.com