33

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

OCT 2 9 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| IN RE THE COMPLAINT AND § | |
| PETITION OF BROWN WATER § | |
| TOWING I, INC., AS OWNER, § | |
| AND BROWN WATER MARINE SERVICE, § | |
| INC., AS BAREBOAT CHARTERER, § | CIVIL ACTION |
| OF THE BROWN WATER V, ITS ENGINES, § | |
| TACKLE, ETC., IN A CAUSE OF § | NO. B-01-157 |
| EXONERATION FROM OR § | |
| LIMITATION OF LIABILITY § | |

## PROOF OF CLAIM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW BRIDGETTE GOZA, Claimant in the above entitled and numbered cause and files this Proof of Claim and would respectfully show unto the Honorable Court the following:

I.

BRIDGETTE GOZA, resids in Port Isabel, Cameron County, Texas.

II.

That on or about September 15, 2001, while operating a her motor vehicle and while travelling along and upon the Queen Isabella Causeway in Port Isabel, Cameron County, Texas, Bridgette Goza was severely injured as a result of the acts and/or conditions of the Brown Water V, its owners, masters, charters and/or their employees.

Bridgette Goza's injuries and damages, as well as those of the claimants, were caused by the negligence of Brown Water Towing I, Inc., Brown Water Marine Service, Inc. and/or the unseaworthiness of Brown Water Marine Service, Inc.'s, and/or Brown Water Towing I, Inc.'s vessels and equipment making up the dredge flotilla of that company. Claimant would show that because of the condition of the tug boat and its accompanying barges and prior knowledge of such conditions by Brown Water Towing I, Inc. and/or Brown Water Marine Service, Inc.

evidences those companies disregard for the rights, safety, and welfare of Bridgette Goza as same were wilful, wanton, and flagrant to such an extent as to constitute gross negligence.

III.

The injuries and damages of claimant far exceeds the value of the vessel pled by Brown Water Marine Service, Inc. and/or Brown Water Towing I, Inc. for the damages. These damages include pecuniary losses from the death of Bridgette Goza including loss of care, maintenance, support, services, advice, counsel and contributions of a pecuniary value that Claimant should, in reasonable probability, have received from Bridgette Goza during her lifetime. Claimant also seeks any and other damages provided under any applicable laws including those of the State of Texas regarding this incident.

Claimant Bridgette Goza would show that by reason of the injuries sustained as above alleged, she has suffered serious and painful injuries to her body and Bridgette Goza has and will suffer a physical impairment. As a result of such injuries, Claimant Bridgette Goza has been so disabled that her earning capacity has been and will be in the future be materially diminished and impaired. Claimant Bridgette Goza has suffered, suffers, and will continue to suffer great and excruciating physical pain and/or mental anguish. By reason of the foregoing, Claimant Bridgette Goza has been damaged by the Petitioners in an amount in excess of the minimum jurisdictional limits of this Court.

Claimant Bridgette Goza would further show that in the event she had pre-existing conditions in her body prior to the incident made the basis of this suit, that such conditions were aggravated and/or re-injured and worsened by the injuries sustained as a result of the negligence and/or gross negligence of the Petitioners.

On account of the nature, seriousness, and severity of Bridgette Goza's injuries, she has required medical care and will require medical care and nursing services. Bridgette Goza has been required to pay and incur liability to pay the charges which have been made for such medical care services and nursing services.

The charges which have been made for services rendered to Bridgette Goza has represented and will represent the usual, reasonable and customary charges for like or similar services in the vicinity where they have been rendered. All of these services have been made necessary in connection with the proper treatment of the injuries sustained and suffered by Bridgette Goza because of her severe injuries.

Claimant Bridgette Goza would further show that in the event Bridgette Goza had pre-existing conditions in her body prior to the incident made the basis of this suit, that such conditions were aggravated and/or re-injured and worsened by the injuries sustained as a result of the Petitioner's negligence.

At the time of the occasion in question, Claimant Bridgette Goza was a woman of the age of 33 year and had a reasonable life expectancy in excess of 47.3 according to the U.S. Life Tables of 1995.

WHEREFORE, PREMISES CONSIDERED, Claimant, Bridgette Goza present this claim and prays that the claim be acknowledge and for such other and further relief as the court may deem just and proper.

Respectfully submitted this the _25_ day of October, 2001.

WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
(956) 544-0500
(956) 541-0255 FAX

_____
RAY R. MARCHAN
State Bar No. 12969050
Federal I.D. No. 9522

## CERTIFICATE OF SERVICE

I hereby certify that on this the ___25___ day of October, 2001, a true and correct copy of the foregoing instrument was forwarded to opposing counsel via fax, by hand-delivery or by certified mail, return receipt requested.

_____
RAY R. MARCHAN