United States District Court
Southern District of Texas
FILED

NOV 13 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | |
| PETITION OF BROWN WATER | § | C. A. NO. **B-01-157** |
| TOWING I, INC., AS OWNER, AND | § | (SUBJECT TO RULE 9 (H) OF THE |
| BROWN WATER MARINE SERVICE, | § | FEDERAL RULES OF CIVIL PROCEDURE) |
| INC., AS BAREBOAT CHARTERER, OF | § | ADMIRALTY |
| THE BROWN WATER V, ITS ENGINES, | § | |
| TACKLE, ETC. IN A CAUSE OF | § | |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

PETITIONERS, BROWN WATER TOWING I, INC. AND BROWN
WATER MARINE SERVICE, INC.'S FIRST SUPPLEMENTAL
CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW the Petitioners, Brown Water Towing I, Inc. and Brown Water Marine Service, Inc., and state that the following entities are or may be financially interested in the outcome of this action:

1. Raquel Teran Hinojosa, Individually and on Behalf of the Estate of Gaspar Hinojosa, Deceased, Clarissa Hinojosa, Omar Hinojosa and Gaspar Hinojosa, II, each Individually; and

2. Omar Hinojosa and the Estate of Gaspar Hinojosa and the Hinojosa Family;

3. Ms. Colleen Forster;

4. Ms. Eileen Peeples;

5. Mr. Dimas Mora.

Pursuant to the Court's Order Directing Claimants to File and Make Proof of Claims, Directing the Issuance of Monition and Restraining Prosecution of Claims which was entered on September 24, 2001, the deadline to file claims is March 14, 2002. Thus, the Petitioners anticipate

49477:990434.1:111201

additional claims may be forthcoming. If so, the Petitioners will periodically file a Supplemental Certificate of Interested Parties.

        Respectfully submitted,

        ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

By: _____
        Will W. Pierson
        State Bar No. 16003100
        Federal ID 1931
        1700 Wilson Plaza West
        606 N. Carancahua
        Corpus Christi, Texas 78476
        Telephone: (361) 884-8808
        Telecopier: (361) 884-7261

_____
        Keith N. Uhles
        State Bar No. 20371100
        Federal ID No. 1936
        James H. Hunter, Jr.
        State Bar No. 00784311
        Federal ID No. 15703
        55 Cove Circle
        P. O. Box 3509
        Brownsville, Texas 78523-3509
        Telephone: (956) 542-4377
        Telecopier: (956) 542-4370

**Attorneys for the Petitioners, Brown Water Towing I, Inc., as owner, and Brown Water Marine Service, Inc., as bareboat charterer, of the BROWN WATER V, its engines, tackle, etc.**

# CERTIFICATE OF SERVICE

I do hereby certify that on this **13th** day of November, 2001, a true and correct copy of the above and foregoing document has been provided to the following, via U.S. First Class Mail, regardless as to whether they have entered an appearance, as follows:

Hon. Mark J. Spansel
ADAMS & REESE, L.L.P.
4500 One Shell Square
New Orleans, LA 70139
*Attorney for Texas Department of Transportation*

Mr. James B. Manley
Attorneys at Law
3616 Preston Road
Pasadena, Texas 77505
*Attorney for William Morris Welch*

Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
*Attorney for Plaintiffs Lydia Zamora, Individually and as Representative of the Estate of Hector Martinez, Jr., Deceased; Gustavo Morales; Bigo's International, L.L.C.; Jacqueline Paddock, Individually and as Next Friend of William B. Welch and as Representative of the Estate of Chelsea Welch; Bridgette Goza*

John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501
*Esteban F. Rivas and Maria Miriam Rivas, Individually and as Representative of the Estate of Stevan F. Rivas;*

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381
*Esteban F. Rivas and Maria Miriam Rivas, Individually and as Representative of the Estate of Stevan F. Rivas;*

William Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206
*Attorney for Ricky Leavell and Carol Leavell, Individually and as Representative of the Estate of Robin Faye Leavell, Deceased*

Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550
*Attorney for the Estate of Robert Harris*

Phil A. Bellamy
Law Office of Phil A. Bellamy
815 Ridgewood
Brownsville, Texas 78520
*Attorney for ZT, Inc. d/b/a Wings and Mirage*

Mr. William R. Edwards
The Edwards Law Firm, L.L.P.
1400 Frost Bank Plaza
Corpus Christi, Texas 78403-0480

Mr. Glen Goodier
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100
*Attorney for American Commercial Barge Lines*

Sandra D. Laurel
Snow & Laurel, L.L.P.
310 West Sunset
San Antonio, Texas 78209
*Attorney for Daisy Harris as Administrator of the Estate of Robert Victor Harris*

United States Department of Transportation
c/o Hon. Greg Serres, United States Attorney
600 East Harrison, Suite 201
Brownsville, Texas 78520-7114

A.G. Hill Power
c/o Ms. Janet Thompson
6654 Leopard Street
Corpus Christi, Texas 78409

Central Power & Light
c/o C.T. Corporation System
350 N. St. Paul Street
Dallas, Texas 75201

Outdoor RV Resorts South Padre
c/o Dave Fletcher
900 South Garcia Street
Port Isabel, Texas 78578

49477:990434.1:111201

-4-

Long Island Bridge Company
c/o John R. Freeland
806 Pecan
McAllen, Texas 78501

Mr. Brian G. Janis
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
*Attorney for Port Isabel-San Benito Navigation District*

Texas Parks & Wildlife Department
5541 Bear Lane, Suite 232
Corpus Christi, Texas 78405

John Cornyn
Attorney General of Texas
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548

Heather Askwig
2332 West Solano Drive
Phoenix, AZ 85015

Ms. Edith Curtis
4268 Airport Road
Tioga, Texas 76271

Ms. Kay Keese
Post Office Box 457
Bells, Texas 75414

Mr. Doyle McClendon
3211 North Inspiration Road, Apt. 2
Mission, Texas 78572

Robert and Virginia Fandrich *(PREVIOUSLY LISTED AS ROBERT AND VIRGINIA SANDRICH)*
5101 Berdi Way
Stockton, CA 95207

Charles Nathanson,
23102 Botkins Road
Hockley, Texas 77447

Annaca Page
16810 Tranquil Drive
Sugar Land, Texas 77478

N. Fay Rutledge
726 Partridge Lane
Eagle Lake, Texas 77434

Mr. Romeo Miller
3106 Barnes Bridge
Dallas, Texas 75228

Mr. J. A. Magallanes
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Blvd.
Post Office Box 4901
Brownsville, Texas 78520
*Attorney for Laguna Madre Water District of Port Isabel*

Mr. Geoffrey Amsel
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78209
*Attorney for Southwestern Bell Telephone*

Ms. Yolanda De Leon, County Attorney
Cameron County Courthouse
974 E. Harrison Street
Brownsville, Texas 78520-7198

Department of the Army
Corps of Engineers
1920 North Chaparral Street
Corpus Christi, Texas 78401
ATTN: Mr. Elijio Garza
         Area Engineer

Texas Parks & Wildlife Department
4200 Smith School Road
Austin, Texas 78744
ATTN: Mr. Boyd Kennedy, Staff Attorney
         Law Enforcement Division

Commanding Officer
United States Coast Guard
Marine Safety Office-Corpus Christi
400 Mann Street, Suite 210
Corpus Christi, Texas 78401
ATTN: Lt. D. J. Fassero
         Freedom of Information Act Coordinator

Texas Department of Transportation
600 West US 83 Expressway
P. O. Drawer EE
Pharr, Texas 78577
ATTN: Amadeo Saenz, District Engineer

Robert E. Ammons
Stevenson & Ammons
3700 Montrose Boulevard
Houston, Texas 77006
*Attorney for Raquel Teran Hinojosa, Individually and on Behalf of the Estate of Gaspar Hinojosa, Deceased, Clarissa Hinojosa, Omar Hinojosa and Garspar Hinojosa, II, each Individually*

Ramon Garcia
Law Offices of Ramon Garcia, P.C.
222 West University Drive
Edinburg, Texas 78539
*Attorney for Raquel Teran Hinojosa, Individually and on Behalf of the Estate of Gaspar Hinojosa, Deceased, Clarissa Hinojosa, Omar Hinojosa and Garspar Hinojosa, II, each Individually*

Mr. George C. Kraehe
Willette & Guerra, L.L.P.
3505 Boca Chica Boulevard, Suite 460
Brownsville, Texas 78521
*Attorney for Cameron County*

Mr. Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501
*Attorney for Omar Hinojosa and the Estate of Gaspar Hinojosa and the Hinojosa Family*

Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

Ms. Colleen Forster
5652 Pinon Vista Drive
Austin, Texas 78724

Ms. Mary Ann Courter
Texas Department of Public Safety
5805 Lamar Boulevard
Post Office Box 4087
Austin, Texas 78773-0001

Ms. Eileen Peeples
Post Office Box 2283
New Caney, Texas 77357

W. Lamoine Holland
1920 Nacogdoches Road, Suite 100
San Antonio, Texas 78209

                                     *[signature]*
                                  **Of Royston, Rayzor, Vickery & Williams, L.L.P.**