37

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 4 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| IN RE THE COMPLAINT AND § | |
| PETITION OF BROWN WATER § | |
| TOWING I, INC., AS OWNER, AND § | |
| BROWN WATER MARINE SERVICE, § | CIVIL ACTION B-01-157 |
| INC., AS BAREBOAT CHARTERER, OF § | |
| THE BROWN WATER V, ITS ENGINES, § | |
| TACKLE, ETC. IN A CAUSE OF § | |
| EXONERATION FROM OR § | |
| LIMITATION OF LIABILITY § | |

## MOTION OF ESTEBAN RIVAS AND MIRIAM RIVAS, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE OF STVAN RIVAS FOR ORDER SUBSTITUTING ATTORNEYS

TO THE HONORABLE JUDGE OF SAID COURT:

Esteban Rivas and Miriam Rivas, individually and as representatives of the Estate of Stvan Rivas move the Court for an order substituting John David Franz and J. Chad Gauntt as their attorneys of record herein, in place of Ray Marchan and the Watts & Heard law firm, on the ground that Esteban Rivas and Miriam Rivas, individually and as representatives of the Estate of Stvan Rivas desire such substitution.

1.  Esteban Rivas and Miriam Rivas are the parents of Stvan Rivas (deceased). Esteban Rivas and Miriam Rivas are representatives of the Estate of Stvan Rivas. Esteban Rivas and Miriam Rivas, individually and as representatives of the Estate of Stvan Rivas entered into an attorney/client relationship with Ray R. Marchan of the Watts & Heard law firm within forty-eight hours of the death of Stvan Rivas. Ray R. Marchan and the Watts & Heard law firm currently represent five

groups of claimants in this civil action, including (1) Gustavo Morales; (2) Bigo's International, LLC; (3) Lydia Zamora, individually and as representative of the Estate of Hector Martinez, Jr.; (4) Bridgette Goza; and (5) Jacqueline Paddock, individually and as next friend of William B. Welch and as representative of the Estate of Chelsea Welch.

2.  Esteban Rivas and Miriam Rivas, individually and as representatives of the Estate of Stvan Rivas believe that Ray R. Marchan and Watts & Heard's representation of five additional groups of claimants in this action constitutes a representation of interests that are materially and directly adverse to the interests of Movants. Petitioners Brown Water Towing I, Inc., et. al. have filed pleadings requesting a limitation of liability in this case. Esteban Rivas and Miriam Rivas, individually and as representatives of the Estate of Stvan Rivas maintain that their collective damages exceed the limitation of liability amount pled by Petitioners Brown Water Towing I, Inc., et. al. Furthermore, it is the belief of movants that the damages of all claimants, resulting from the Petitioners' flotilla striking the Port Isabel/South Padre Island Causeway on September 15, 2001 greatly exceed any resources available for payment of said damages. As such, it is anticipated that all claimants will be competing for limited funds, even if Petitioner fails to limit its liability in this case. In the event of such competition, the interests of Movants will be materially and directly adverse to the interests of other claimants represented by Ray R. Marchan and Watts & Heard. Esteban Rivas and Miriam Rivas, individually and as representatives of the Estate of Stvan Rivas wish to have independent counsel, void of any conflict of interest or potential for conflict of interest.

**Rule 1.06(b)(1) and (2)** of the **Texas Disciplinary Rules of Professional Conduct** provides:

"… a lawyer shall not represent a person if the representation of that person:

(1) involves a substantially related matter in which that person's interests are materially and directly adverse to the interests of another client of the lawyer or the lawyer's firm; or

(2) reasonably appears to be or become adversely limited by the lawyer's or law firm's responsibilities to another client…"

3.      On November 1, 2001, Esteban Rivas and Miriam Rivas, individually and as representatives of the Estate of Stvan Rivas mailed a letter addressed to Ray R. Marchan and the Watts & Heard law firm wherein they notified Ray R. Marchan and Watts & Heard that they no longer wished Mr. Marchan and the Watts & Heard law firm to represent them in connection with the death of Stvan Rivas.

4.      Following the termination of the attorney/client relationship with Ray R. Marchan and the Watts & Heard law firm, Esteban Rivas and Miriam Rivas, individually and as representatives of the Estate of Stvan Rivas, retained J. Chad Gauntt of Gauntt & Kruppstadt, LLP and John David Franz of the Law Office of John David Franz to represent them in all proceedings related to the death of Stvan Rivas.

5.      Information on counsel currently representing Esteban Rivas and Miriam Rivas, individually and as representatives of the Estate of Stvan Rivas is as follows:

>   John David Franz
>   *Attorney in Charge*
>   State Bar No. 07389200
>   Federal I.D. No. 1190
>   **The Law Offices of John David Franz**
>   400 N. McColl
>   McAllen, Texas 78501
>   Tel. (956) 686-3300
>   Fax (956) 686-3578
>
>   J. Chad Gauntt
>   *Of Counsel*
>   State Bar No. 07765990
>   Federal I.D. No. 14135
>   **Gauntt & Kruppstadt, L.L.P.**
>   9004 Forest Crossing Dr., Suite C
>   The Woodlands, Texas 77381
>   Tel. (281) 367-6555
>   Fax (281) 367-3705

6.      Esteban Rivas and Miriam Rivas, individually and as representatives of the Estate of Stvan Rivas hereby request that the Court consider this motion in an expedited fashion and that the Court enter the attached order permitting J. Chad Gauntt and John David Franz to substitute as counsel for Ray R. Marchan and the Watts & Heard law firm.

7.      John David Franz, counsel for movant, pursuant to **Local Rule 7.1D(1)** has conferred with Ray R. Marchan of the Watts & Heard law firm with regard to this motion, and Ray R. Marchan is neither opposed nor unopposed to the motion for substitution of counsel. Mr. Marchan has advised counsel for movant that he takes no position on this motion.

Movants pray that the Court grant the relief requested without hearing, or alternatively, that the Court set this matter for hearing at the Court's earliest convenience.

Respectfully Submitted,

**The Law Offices of John David Franz**
400 N. McColl
McAllen, Texas 78501
Tel. (956) 686-3300
Fax (956) 686-3578

_____
John David Franz
State Bar No. 07389200
Federal I.D. No. 1190
Attorney in Charge

and

**Gauntt & Kruppstadt, L.L.P.**
9004 Forest Crossing Dr., Suite C
The Woodlands, Texas 77381
Tel. (281) 367-6555
Fax (281) 367-3705

_____
J. Chad Gauntt
State Bar No. 07765990
Federal I.D. No. 14135
Of Counsel

## CERTIFICATE OF SERVICE

I certify that on this 14th day of November, 2001, a true and correct copy of the above and foregoing document has been provided to the following, via Regular Mail, unless otherwise indicated:

Will W. Pierson
Royston, Razor, Vickery & Williams
606 N. Carancahua, Ste 1700
Corpus Christi, Texas 78476
*Attorneys for Brown Water Towing I, Inc.,*
*Brown Water Marine Inc. and Brown Water V*

Keith N. Uhles
Royston Razor, Vickery & Williams
P.O. Box 3509
Brownsville, Texas 78523
*Attorneys for Brown Water Towing I, Inc.,*
*Brown Water Marine Inc. and Brown Water V*

Veronica Farias
Attorney at Law
2854 Boca Chica Blvd.
Brownsville, Texas 78520
*Attorney Ad Litem for William Welch*

Ray R. Marchan
Watts & Heard
1926 E. Elizabeth
Brownsville, Texas 78520
*Attorneys for Gustavo Morales, Bigo's International, Inc.,*
*Lydia Zamora, individually and as representative of the Estate*
*of Hector Martinez, Jr., Jacqueline Paddock, individually and*
*as next friend of William B. Welch and as representative of the Estate*
*of Chelsea Welch, William Welch, a minor, and Bridgette Goza*

Juan A. Magallanes
**Magallanes, Hinojosa & Mancias**
1713 Boca Chica Blvd.
Brownsville, Texas 78520
*Attorneys for Laguna Madre Water District*

6769.motion to substitute counsel                        6

Robert E. Ammons
Stevenson & Ammons
3700 Montrose
Houston, Texas 77006
*Attorneys for Raquel Teran Hinojosa, individually
and on behalf of the Estate of Gaspar Hinojosa, Clarissa Hinojosa,
Omar Garcia Hinojosa and Gaspar Hinojosa II*

Ramon Garcia
Attorney at Law
222 W. University Dr.
Edinburg, Texas 78539
*Attorneys for Raquel Teran Hinojosa, individually
and on behalf of the Estate of Gaspar Hinojosa, Clarissa Hinojosa,
Omar Garcia Hinojosa and Gaspar Hinojosa II*

John David Franz