38

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 2 1 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | |
| PETITION OF BROWN WATER | § | |
| TOWING I, INC., AS OWNER, AND | § | |
| BROWN WATER MARINE SERVICE, | § | CIVIL ACTION B-01-157 |
| INC., AS BAREBOAT CHARTERER, OF | § | |
| THE BROWN WATER V, ITS ENGINES, | § | |
| TACKLE, ETC. IN A CAUSE OF | § | |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

**ORDER SUBSTITUTING ATTORNEYS FOR ESTEBAN RIVAS AND MIRIAM RIVAS, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE OF STVAN RIVAS**

BE IT REMEMBERED that on this 15 day of November, 2001 on Motion of Esteban Rivas and Miriam Rivas, individually and as representatives of the Estate of Stvan Rivas, claimants herein, for a substitution of attorneys; and good cause appearing therefore;

IT IS ORDERED that:

 John David Franz
 State Bar No. 07389200
 Southern District of Texas Bar No. 1190
 The Law Offices of John David Franz
 400 N. McColl
 McAllen, Texas 78501
 Tel. (956) 686-3300
 Fax (956) 686-3578

 and

 J. Chad Gauntt
 State Bar No. 07765990
 Southern District of Texas Bar No. 14135
 Gauntt & Kruppstadt, LLP
 9004 Forest Crossing Dr., Suite C,
 The Woodlands, Texas 77381
 Tel. (281) 367-6555
 Fax (281) 367-3705

are, and they are hereby substituted for Ray R. Marchan and Watts & Heard as attorneys of record for Esteban Rivas and Miriam Rivas, individually and as representatives of the Estate of Stvan Rivas in this action.

SIGNED on this 15 day of November, 2001.

_____
JUDGE PRESIDING