39

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 26 2001

Michael N. Milby
Clerk of Court

**In re the Complaint and
Petition of Brown Water
Towing I, Inc., As Owner, and
Brown Water Marine Service,
Inc., As Bareboat Charterer of
the BROWN WATER V, Its
Engines, Tackles, Etc. In a
Cause of Exoneration From or
Limitation of Liability**

## PROOF OF CLAIM AND STATEMENT OF FACTS

RE: C.A. No. B-01-157                                   November 20, 2001

Robert A. and Virginia Fandrich
5101 Verdi Way
Stockton, California 95207-5319

UNDER PENALTY OF PERJURY, WE CERTIFY THAT:

Subsequent to the events of September 15, 2001 Robert A. and Virginia Fandrich claim to have incurred additional costs and expenditures that relate to being stranded on South San Padre Island after the destruction of a section of the Queen Isabella Causeway. We, therefore look to hold Brown Water Marine Service, Inc. as charterer of the Brown Water V and Brown Water Towing I, Inc. as its owner, liable for these costs. We therefore petition the Court to accept these statements as our claim in this matter.

We arrived on South San Padre Island the night before the barge collided with the Causeway structure. We had rented a vehicle from Thrifty Car Rental in Austin, Texas who charged us $42.33 per day until we were able to get the vehicle off the island and return it to them 13 days later. We paid $550.29 for the time that we did not have use of the vehicle.



Three VTC (Valley Transit Co.) passenger tickets, each marked VOID:

Ticket 1 (18502555): Fare $45.00, Total $45.00, Place of Issue: Port Isabel, TX 7-16-01, From: San Antonio, TX, Endorsement: 1-WAY 1-ADULT

Ticket 2 (18502553): Fare $45.00, Total $45.00, Place of Issue: Port Isabel, TX 7-16-01, From: San Antonio, TX, Endorsement: 1-WAY 1-ADULT

Ticket 3 (18502554): Fare $45.00, Total $45.00, Place of Issue: Port Isabel, TX 7-16-01, From: San Antonio, TX, Endorsement: 1-WAY 1-ADULT

My wife, my brother-in-law and myself spent a total of $135.00 in arranging bus transportation back to the Austin/San Antonio area. I also paid $98.75 to fly my brother-in-law back to Harlingen, Texas to reclaim the vehicle in order to return it to the Thrifty Car Rental Agency. These expenditures, plus over $50.00 in long distance toll charges all relate to the events brought about by the actions of Brown Water navigation Services on or about September 15, 2001.

By statement of these facts we look for the court to set aside $834.04 for payment of our expenses. Attached are copies of our receipts that document our expenditures.

In consideration of payment of the aforesaid amount, the undersigned, does hereby agree to release and forever discharge Brown Water Towing I, Inc. and Brown Water Marine Service, Inc., their respective officers, directors, parents, subdivisions, subsidiaries or successors in interest or assigns, and does thereby release and forever discharge all of the above from any and all actions, claims or liabilities of any nature whatsoever which relate to or arise out of the transactions and occurrences that for the basis for this claim.

We certify under penalty of perjury that to the best of our knowledge, information and belief the information on this claim form is true and correct and that this is the only claim made with respect to these losses.

Executed this 20th day of November, 2001

_____
Robert A. Fandrich

In Stockton, California  USA

_____
Virginia Fandrich

# Thrifty

**THRIFTY-AUSTIN AIRPORT**
AIRPORT LOCATION
AUSTIN, TEXAS
(512) 530-6812

ALL CHARGES SUBJECT TO FINAL AUDIT
LICENSEE:

Open/Exp. 0777

**CUSTOMER INFORMATION**

FANDRICH   ROBERT         CUST NO:
5101 VERDI WAY   STOCKTON   CA   95207
A0387291         CA   09/28/04  (209)478-4135
PERS                              (209)929-1401
HILTON

ADD'L RENTER: None

RESERVATION NO: 353217

4305 7215 6396 2005
03/01-05/31/03 ✓
ROBERT A FANDRICH

**Rental Agreement Number:** N513028878

Rental Expires On: 14:00

Car To Be Returned To Address Only

| | | | ESTIMATED CHARGES |
|---|---|---|---|
| PA OUT: 4410029 AUS | | | |
| DUE Vehicle Information: AUS | | | |
| | | | |
| VEH.#: 190107   STALL#: 29 | | | |
| LIC.#: TEMP   VOYAGE | | | |
| 1  CHRY | | | |
| Fuel out 8/8   Mileage o  5131 | | | |
| | TIME OUT | | |
| LIC.#:     STALL#: | 09/09/01  14:00 | | |
| | Per Mile | | |
| Fuel out   Mileage | Per Hour  10.00 | | |
| I HAVE DECLINED PDW | Per Day   29.99 | | 329.89 |
| I am responsible for all | Per Week | | |
| loss to the vehicle. | Per Mnth | | |
| | Wknd Day | | |
| I HAVE DECLINED PAI/PEP | | | |
| I HAVE DECLINED SLI | ** NET ITEM | | 329.89 |
| | Fuel   3.49 P/G | | |
| CC Exp Date: 5/03  Conf#: | Drop Fee | | |
| Auth# 225020  Aut: 565.00 Auth | | | |
| | Airport Fee  10.00 % | | 34.06 |
| SOURCE: 200 937   937 | State Surchg  1.95 per day | | 21.45 |
| | Sales Tax  15.000% | | 60.74 |
| | VLF  1.70 per day | | 18.70 |

Total $4804.28

* LESS PAID DEPOSITS *       465.64
* TOTAL ESTIMATED CHARGES    465.64
* ESTIMATED DUE

I understand that if I decline PDW, I am responsible for all loss regardless of fault. Only an authorized renter may drive the car. Rates are subject to change if the vehicle is not returned as stated above. Minimum one day rental charge. All the information provided to you in connection with this rental is true.

By signature below, I acknowledge that I have read and agree to the terms and conditions, both printed and written, including Physical Damage Waiver, that appear on this rental statement and on the separate rental jacket. All the information provided by Me is true. I know that if I decline the option PDW, I am responsible for all loss regardless of fault. I AUTHORIZE THRIFTY TO PROCESS OR SUBMIT A CHARGE TO MY CREDIT, DEBIT OR CHARGE CARD FOR THE ESTIMATED CHARGES FOR THIS RENTAL UPON MY SIGNING THIS RENTAL STATEMENT AND FOR ALL ADDITIONAL CHARGES UPON RETURN OF THE VEHICLE.

I authorize Thrifty to process a credit charge voucher in my name for charges, if any, for unpaid traffic/parking violations.

X _____   RENTER SIGNATURE

X _____   ADDITIONAL AUTHORIZED RENTER

**SOUTHWEST AIRLINES**
ISSUED BY AND VALID ONLY ON

TICKETLESS ITINERARY                    AGENT 3098
NOT VALID FOR TRANSPORTATION DATE 27SEP01

REFERENCE NUMBER  CONFIRMATION NUMBER
526/27746036703         MXJ965

CUSTOMER NAME
YBARRA/JACINTO

ITINERARY
FROM            TO
SAN ANTONIO TX  HARLINGEN TX

FLIGHT  DATE    FARE BASIS  TIME   STATUS  PRICE     XF
WN0153  27 SEP  YL          0855A  HK      0098.75   00.00

PRINTED IN U.S.A. BY MAGNETIC TICKET & LABEL CORP., AO-167TH (REV. 3/00)