4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 18 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | |
| PETITION FOR BROWN WATER | § | C.A. NO B-01-157 |
| TOWING I, INC., AS OWNER, AND | § | (Subject to Rule 9(h) |
| BROWN WATER MARINE SERVICE, | § | of the Federal Rules |
| INC., AS BAREBOAT CHARTERERS, | § | of Civil Procedure) |
| OF THE BROWN WATER V, IT'S | § | Admiralty |
| ENGINES, TACKLE, ETC., IN A | § | |
| CAUSE OF EXONERATION FROM | § | |
| OR LIMITATION OF LIABILITY | § | |

## MOTION FOR WITHDRAWAL AND MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW COMES, ROBERT E. AMMONS AND RAMON GARCIA**, asks this Court to allow them to withdraw as attorneys for to claimants **RAQUEL TERAN HINOJOSA INDV. AND ON BEHALF OF THE ESTATE OF GASPAR HINOJOSA, DECEASED, CLARISSA HINOJOSA, OMAR HINOJOSA AND GASPAR HINOJOSA, II, each INDIVIDUALLY.**

I.

On September 15, 2001 the deceased was killed as a result of the collapse of the Queen Isabella Causeway. On the day of the collapse a Petition was filed by all the parties stated above to exonerate them and or limit their liability for causing all the injuries suffered by the claimants and their families.

II.

**JULIAN RODRIGUEZ, JR.** attorney for the Hinojosa family has now been employed to represent the claimants **RAQUEL TERAN HINOJOSA INDV. AND ON BEHALF OF THE ESTATE OF GASPAR HINOJOSA, DECEASED, CLARISSA HINOJOSA, OMAR HINOJOSA AND GASPAR HINOJOSA, II, each INDIVIDUALLY.**, as further evidenced by

1

the correspondence sent to Hinojosa's prior attorneys of record.

### III.

**JULIAN RODRIGUEZ, JR.** will be substituted as the attorney in charge for the claimants **RAQUEL TERAN HINOJOSA INDV. AND ON BEHALF OF THE ESTATE OF GASPAR HINOJOSA, DECEASED, CLARISSA HINOJOSA, OMAR HINOJOSA AND GASPAR HINOJOSA, II, each INDIVIDUALLY.**, to represent their interest in this case. His Texas State Bar number is 17146770 and his federal bar number is 15112 and his office address, telephone number and fax number are as follows: 100 W. Pecan McAllen, Texas 78501 office (956) 682-8801 fax (956) 682-4544.

### IV.

The claimants approve of the substitution and are requesting that the court's records reflect that the new attorney of record is the honorable **JULIAN RODRIGUEZ, JR..** The withdrawal and substitution of attorney will not delay these proceedings.

**WHEREFORE, PREMISES CONSIDERED, ROBERT E. AMMONS AND RAMON GARCIA** requests the court grant their motion to withdraw and substitute **JULIAN RODRIGUEZ, JR.** as attorney in charge for claimants **RAQUEL TERAN HINOJOSA INDV. AND ON BEHALF OF THE ESTATE OF GASPAR HINOJOSA, DECEASED, CLARISSA HINOJOSA, OMAR HINOJOSA AND GASPAR HINOJOSA, II, each INDIVIDUALLY.**

Respectfully Submitted,

LAW OFFICE OF JULIAN RODRIGUEZ, JR
100 W. PECAN
MCALLEN, TEXAS 78501
TELE NO.: (956) 682-8801

2

FAX NO.: (956) 682-4544

BY: _____
JULIAN RODRIGUEZ, JR.
Texas State Bar No. 17146770
Federal Bar No. 15112

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been sent by certified mail return receipt requested on this the 15th day of December, 2001 to the counsel listed below:

| | |
|---|---|
| **WATTS & HEARD**<br>Attn: Mr. Ray Marchan<br>1926 E. Elizabeth<br>Brownsville, Texas 78520 | **VIA FIRST CLASS MAIL** |
| **STEVENSON & AMMONS**<br>Attn: Mr. Robert Ammons<br>3700 Montrose Blvd<br>Houston, Texas 77006 | **VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED** |
| **LAW OFFICE OF RAMON GARCIA**<br>Attn: Mr. Ramon Garcia<br>222 W. University Drive<br>Edinburg, Texas 78539 | **VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED** |
| **MAGALLANES, HINOJOSA & MANCIAS**<br>Attn: Mr. J.A. Magallanes<br>1713 Boca Chica Blvd<br>PO Box 4901<br>Brownsville, Texas 78520 | **VIA FIRST CLASS MAIL** |
| **ROYSTON, RAYZOR, VICKERY & WILLIAMS**<br>Attn: Mr. Will W. Pierson<br>1700 Wilson Plaza West<br>606 N. Carancahua<br>Corpus Christi, Texas 78476 | **VIA FIRST CLASS MAIL** |
| **ROYSTON, RAYZOR, VICKERY & WILLIAMS**<br>Attn: Mr. Keith N. Uhles<br>55 Cove Circle<br>P.O. Box 3509<br>Brownsville, Texas 78523-3509 | **VIA FIRST CLASS MAIL** |

JULIAN RODRIGUEZ, JR.