42

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

JAN 1 4 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | C. A. NO.  B-01-157 |
| PETITION OF BROWN WATER | § | (Subject to Rule 9 (h) |
| TOWING I, INC., AS OWNER, AND | § | of the Federal Rules |
| BROWN WATER MARINE SERVICE, | § | of Civil Procedure) |
| INC., AS BAREBOAT CHARTERER, OF | § | Admiralty |
| THE BROWN WATER V, ITS ENGINES, | § | |
| TACKLE, ETC. IN A CAUSE OF | § | |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

**PETITIONERS BROWN WATER TOWING I, INC. AND BROWN WATER**
**MARINE SERVICE, INC.'S MOTION FOR EXPEDITED RULING ON**
**CONTINUANCE OF INITIAL PRETRIAL CONFERENCE AND NOTICE OF FILING**
**OF**
**PROPOSED JOINT DISCOVERY/CASE MANAGEMENT PLAN**

TO THE HONORABLE UNITED STATES JUDGE OF SAID COURT:

COMES NOW, the Petitioners Brown Water Marine Service, Inc. and Brown Water Towing

I, Inc. and file this their Motion for Expedited Ruling on Continuance of the Initial Pretrial

Conference and Notice of Filing of Proposed Joint Discovery/Case Management showing as follows:

**I.**

There is an Initial Pretrial Conference scheduled in the captioned matter for January 28,

2002. Petitioners request a continuance of this hearing to allow all parties to make an appearance.

Specifically, pursuant to the Court's Order entered on September 24, 2001 directing Claimants to

File and Make Proof of Claim, Directing the Issuance of Monition, and Restraining the Prosecution

of Claims, the deadline for the filing of claims is March 14, 2002. Monitions are currently being

49477:996858.1:011402

published in the Brownsville Herald and Valley Morning Star advising claimants of the March 14, 2002 claim deadline.

At this point, the Petitioners have only received 14 claims, to date. Numerous additional claims are expected. Specifically, Petitioner has been contacted by many attorneys and individuals who have indicated that it is likely they will be filing claims. Immediately after the collision, Petitioners, through counsel, conducted an extensive investigation of this matter. During the course of the investigation, counsel heard rumors of attorneys holding meetings on South Padre Island in an attempt to sign up residents and business owners as potential claimants. In addition, witnesses in Port Isabel indicated that business people and/or attorneys were going door to door in an attempt to sign up local businesses as potential claimants. Accordingly, it is believed that the majority (most likely a substantial majority) of claimants have yet to appear.

Since many parties have not appeared in the action at this time it is impossible to conduct a meaningful meeting pursuant to Federal Rule of Civil Procedure § 26(f). Further, it is not possible for the parties to enter a Joint Discovery/Case Management Order as not all parties are present. Thus, the Petitioners request the Court to continue the Initial Pretrial Conference in the captioned matter until after March 14, 2002.

The Petitioners have attached a proposed Joint Discovery/Case Management Plan for consideration by the Court and other parties. None of the other parties have expressed agreement or disagreement with the proposed plan.

WHEREFORE, PREMISES CONSIDERED, the Petitioners request that the Court continue the Initial Pre-Trial Conference in the captioned matter until a time after March 14, 2002. In

addition, the Petitioners request that the parties and the Court take notice of the proposed Joint

Discovery/Case Management Plan as well as the Petitioners' disclosures.

Respectfully submitted,

Will W. Pierson
State Bar No. 16003100
Federal I.D. No. 1931
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
(361) 884-8808
(361) 884-7261 Facsimile

Keith N. Uhles
State Bar No. 20371100
Federal ID No. 1936
James H. Hunter, Jr.
State Bar No. 00784311
Federal ID No. 15703
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78523-3509
(956) 542-4377
(956) 542-4370 Facsimile

**Attorneys for Petitioners, Brown Water Towing I,
Inc. and Brown Water Marine Service, Inc.**

**OF COUNSEL:**

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

## CERTIFICATE OF CONFERENCE

Petitioners were contacted by attorneys Ray Marchan and Mark J. Spansel on January 10, 2002 about scheduling a Rule 26 Conference. They were advised of Petitioners intent to file this Motion and they indicated they are not opposed to this Motion. J. Chad Gauntt, Mark J. Spansel, James B. Manley, Ray R. Marchan, William Q. McManus, Heriberto Medrano, Glen Goodier, Brian G. Janis, Geoffrey Amsel, Mr. and Mrs. Virginia Fandvich, and Thomas E. Quirk, who were contacted do not oppose this Motion. However, despite several attempts, the remaining parties and/or potential parties could not be contacted and/or did not respond and, therefore, it is not known if they are opposed.

**Of Royston, Rayzor, Vickery & Williams, L.L.P.**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by the method indicated to all counsel or representatives of record on this the 14th day of **January, 2002**:

## Via U.S. FIRST CLASS MAIL:

Hon. Mark J. Spansel
ADAMS & REESE, L.L.P.
4500 One Shell Square
New Orleans, LA 70139

Mr. Michael Ratliff
Office of the Attorney General - State of Texas
Post Office Box 12548
Austin, Texas 78711-2548

Mr. James B. Manley
Attorneys at Law
3616 Preston Road
Pasadena, Texas 77505

Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381

William Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550

Mr. Glen Goodier
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100

United States Department of Transportation
c/o Hon. Greg Serres, United States Attorney
600 East Harrison, Suite 201
Brownsville, Texas 78520-7114

A.G. Hill Power
c/o Ms. Janet Thompson
6654 Leopard Street
Corpus Christi, Texas 78409

Central Power & Light
c/o C.T. Corporation System
350 N. St. Paul Street
Dallas, Texas 75201

Outdoor RV Resorts South Padre
c/o Dave Fletcher
900 South Garcia Street
Port Isabel, Texas 78578

Long Island Bridge Company
c/o John R. Freeland
806 Pecan
McAllen, Texas 78501

Mr. Brian G. Janis
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284

Texas Parks & Wildlife Department
5541 Bear Lane, Suite 232
Corpus Christi, Texas 78405

Heather Askwig
2332 West Solano Drive
Phoenix, AZ 85015

Ms. Edith Curtis
4268 Airport Road
Tioga, Texas 76271

Ms. Kay Keese
Post Office Box 457
Bells, Texas 75414

Mr. Doyle McClendon
3211 North Inspiration Road, Apt. 2
Mission, Texas 78572

Robert and Virginia Fandrich
5101 Berdi Way
Stockton, CA 95207

Charles Nathanson
23102 Botkins Road
Hockley, Texas 77447

Annaca Page
16810 Tranquil Drive
Sugar Land, Texas 77478

N. Fay Rutledge
726 Partridge Lane
Eagle Lake, Texas 77434

Mr. Romeo Miller
3106 Barnes Bridge
Dallas, Texas 75228

Mr. J. A. Magallanes
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Blvd.
Post Office Box 4901
Brownsville, Texas 78520

Mr. Geoffrey Amsel
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78209

Ms. Yolanda De Leon, County Attorney
Cameron County Courthouse
974 E. Harrison Street
Brownsville, Texas 78520-7198

Department of the Army
Corps of Engineers
1920 North Chaparral Street
Corpus Christi, Texas 78401
ATTN: Mr. Elijio Garza
            Area Engineer

Texas Parks & Wildlife Department
4200 Smith School Road
Austin, Texas 78744
ATTN: Mr. Boyd Kennedy, Staff Attorney
            Law Enforcement Division

Commanding Officer
United States Coast Guard
Marine Safety Office-Corpus Christi
400 Mann Street, Suite 210
Corpus Christi, Texas 78401
ATTN: Lt. D. J. Fassero
            Freedom of Information Act Coordinator

Texas Department of Transportation
600 West US 83 Expressway
P. O. Drawer EE
Pharr, Texas 78577
ATTN: Amadeo Saenz, District Engineer

Julian Rodriguez, Jr.
Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501

Mr. George C. Kraehe
Willette & Guerra, L.L.P.
3505 Boca Chica Boulevard, Suite 460
Brownsville, Texas 78521

Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307

Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

Ms. Colleen Forster
5652 Pinon Vista Drive
Austin, Texas 78724

Ms. Mary Ann Courter
Texas Department of Public Safety
5805 Lamar Boulevard
Post Office Box 4087
Austin, Texas 78773-0001

Ms. Eileen Peeples
Post Office Box 2283
New Caney, Texas 77357

W. Lamoine Holland
1920 Nacogdoches Road, Suite 100
San Antonio, Texas 78209

S. Mark Strawn, Esq.
Schirrmeister Ajamie, L.L.P.
711 Louisiana Street, Suite 2150
Houston, Texas 77002

Mr. and Mrs. Virginia Fandvich
5101 Verdi Way
Stockton, California 95207

Mr. Raymond Thomas
Mr. Andres Gonzalez
Kittleman, Thomas, Ramirez & Gonzales
4900-B N. 10th Street
McAllen, Texas 78504

**Of Royston, Rayzor, Vickery & Williams, L.L.P.**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | |
| PETITION OF BROWN WATER | § | C. A. NO. B-01-157 |
| TOWING I, INC., AS OWNER, AND | § | (Subject to Rule 9 (h) |
| BROWN WATER MARINE SERVICE, | § | of the Federal Rules |
| INC., AS BAREBOAT CHARTERER, OF | § | of Civil Procedure) |
| THE BROWN WATER V, ITS ENGINES, | § | Admiralty |
| TACKLE, ETC. IN A CAUSE OF | § | |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

## PROPOSED DISCOVERY/CASE MANAGEMENT PLAN

TO THE HONORABLE JUDGE OF SAID COURT:

    COME NOW the Petitioners, Brown Water Towing I, Inc., as owner, and Brown Water

Marine Service, Inc., as bareboat charterer, of the BROWN WATER V, and file this their Proposed

Discovery/Case Management Plan.

1.    State where and when the meeting of the parties required by Rule 26 was held, and identify the counsel who attended for each party.

    Petitioners propose that a meeting of the parties be held at its counsel's office in Brownsville, Texas shortly after March 14, 2002, the deadline established by the Court to file claims in the present lawsuit. Parties for which it is a hardship to be present can attend by telephone. At this time, not all parties have appeared to allow a true joint meeting.

2.    List the cases related to this one that are pending in any state or federal court, with the case number and court.

    Cause No. 2001-09-4137-A, *The State of Texas vs. Brown Water Towing I, Inc. and Brown Water Marine Service, Inc.*, in the 107th Judicial District Court of Cameron County, Texas.

    Cause No. B-02-004, *In Re American Commercial Lines;* in the United States District Court for the Southern District of Texas, Brownsville Division.

3.   Briefly describe what this case is about.

This is a maritime limitation of liability case arising from an allision on September 15, 2001 between the Brown Water V an the Queen Isabella Causeway.

4.   Specify the allegation of federal jurisdiction.

28 U.S.C. § 1333; 28 U.S.C. 1331; 46 U.S.C. § 181, et. seq.

5.   Name the parties who disagree and the reasons.

No known party disagrees with this Court's jurisdiction.

6.   List anticipated additional parties that should be included, when they will be added, and by whom they are wanted.

Pursuant to the Court's Order of September 24, 2001, all persons or entities claiming civil damages as a result of the voyage of the BROWN WATER V which began on or about September 14, 2001 and terminated on or about September 15, 2001, must file their respective claims with the Clerk of the Court on or before 10:00 a.m. on March 14, 2002. The Petitioners have been contacted by numerous persons and entities regarding assertion of claims and believe that most claims are not yet asserted.

7.   List anticipated interventions.

None.

8.   Describe class-action issues.

None.

9.   State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, state why not, and describe the arrangements that have been made to complete the disclosures.

Not all parties have appeared yet.  The Petitioners are producing disclosures and anticipate exchanging them before the initial pretrial conference.

10.   Describe the proposed agreed discovery plan, including:

A.      Responses to all the matters raised in Rule 26(f).

49477:996203.1:011402                              -2-

See Exhibit "A" which is a list of persons with knowledge of relevant facts and Exhibit "B" which is a list of the physical evidence produced at the U.S. Coast Guard formal hearing which is now public record.

B.    When and to whom the plaintiff anticipates it may send interrogatories.

Petitioners propose Claimants propound written discovery on Brown Tide, Inc. and Brown Water Marine Service, Inc. on or before December 20, 2002.

C.    When and to whom the defendant anticipates it may send interrogatories.

The Brown Water entities will propound written discovery on claimants on or before December 20, 2002.

D.    Of whom and when the plaintiff anticipates taking oral depositions.

Petitioners propose that the parties take the depositions, on or before May 31, 2002, of all claimants necessary to prepare for mediation so that the parties can attend mediation in late May of 2002. All other discovery not needed for immediate evaluation of the case should be deferred until after mediation. The Petitioners would eventually need to take the deposition of the Claimants, all eyewitnesses, experts and all medical providers, and representatives of the companies involved by December 20, 2002.

E.    Of whom and when the defendant [Claimants] anticipates taking oral depositions.

Unknown.

F.    When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26 (a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports.

The claimants will designate experts by June 30, 2002. The Petitioners will designate experts by July 31, 2002.

G.    List expert depositions the plaintiff anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

Petitioners may take the deposition of opposing counsel's experts, all medical doctors and all of its experts by December 20, 2002.

H.   List expert depositions the opposing party anticipates taking and their anticipated completion date.  See Rule 26(a)(2)(B) (expert report).

Unknown.

11.   If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

There is no known disagreement.

12.   Specify the discovery beyond initial disclosures that has been undertaken to date.

United States Coast Guard hearings were held on October 9, 10, 11, 12 and November 5, 2001.  A list of the documents produced at the United States Coast Guard hearing is attached as Exhibit "B" and these documents are now public record.  In addition, the transcript of the proceeding is available through Ak/Ret Reporting, Records & Video, Inc., Certified Court Reporters, 880 Tower II, 555 N. Carancahua, corpus Christi, Texas 78478; (361) 882-9037; (800) 388-9037.

13.   State the date the planned discovery can reasonably be completed.

Petitioners propose a discovery deadline of December 20, 2002.

14.   Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

The Petitioners are agreeable to mediation in late May of 2002.

15.   Describe what each party has done or agreed to do to bring about a prompt resolution.

The Petitioners are agreeable to mediation in late May of 2002.

16.   From the attorneys' discussions with their respective clients, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.

The Petitioners are agreeable to mediation in late May of 2002.

17.   Magistrate judges may hear jury and non-jury trials.  Indicate the parties' joint position on a trial before a magistrate judge.

The Petitioners are agreeable to trial before the Magistrate.

49477:996203.1:011402                            -4-

18.   State whether a jury demand has been made and it was made on time.

      This is a nonjury matter.

19.   Specify the number of hours it will take to present the evidence in this case.

      120 hours (15 trial days).

20.   List pending motions that could be ruled on at the initial pretrial and scheduling conference.

      None.

21.   List other motions pending.

      None.

22.   Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the Court at the conference.

      The Petitioners propose that the case can be structured for an early mediation before substantial costs are incurred by any party. It is anticipated by Petitioners that this could occur in late May of 2002.

23.   Certify that all parties have filed Disclosures of Interested Parties as directed in the Order of Conference and Disclosure of Interested Parties, listing the date of filing for original and any amendments.

      A Disclosure of Interested Parties was filed by Brown Water Towing I, Inc. and Brown Water Marine Service, Inc. on or about October 19, 2001.

      A Disclosure of Interested Parties was filed by Raquel Teran Hinojosa, Clarissa Hinojosa, Omar Hinojosa and Gaspar Hinojosa, II or about October 23, 2001.

24.   List the names, bar numbers, addresses, and telephone numbers of all counsel.

For Claimants Esteban Rivas and Miriam Rivas:

> John David Franz
> State I.D. No. 07389200
> Federal I.D. No. 1190
> The Law Offices of John David Franz
> 400 N. McColl
> McAllen, Texas 78501
> (956) 686-3300
> (956) 686-3578 (Facsimile)

> J. Chad Gauntt
> State I.D. No. 07765990
> Federal I.D. No. 14125
> Gauntt & Kruppstadt, L.L.P.
> 9004 Forest Crossing Drive, Suite C
> The Woodlands, Texas 77381
> (281) 367-6555
> (281) 367-3705 (Facsimile)

For Claimant Texas Department of Transportation:

> Mark J. Spansel
> ADAMS & REESE, L.L.P.
> 4500 One Shell Square
> New Orleans, LA 70139

For Claimant William Morris Welch:

> Mr. James B. Manley
> Attorneys at Law
> 3616 Preston Road
> Pasadena, Texas 77505

For Claimants Lydia Zamora, Gustavo Morales, Bigo's International, L.L.C.; Jacqueline
Paddock and Bridgette Goza:

> Mr. Ray R. Marchan
> State I.D. No. 12969050
> Federal I.D. No. 9522
> WATTS & HEARD, L.L.P.
> 1926 E. Elizabeth
> Brownsville, Texas 78520
> (956) 544-0500
> (956) 541-0255 (Facsimile)

For Claimants Ricky Leavell and Carol Leavell:

> William Q. McManus
> McManus & Crane, L.L.P.
> 209 West Juan Linn
> Post Office Box 2206
> Victoria, Texas 77902-2206

For the Estate of Robert Harris:

> Mr. Heriberto Medrano
> Law Offices of Heriberto Medrano
> 1101 West Tyler
> Harlingen, Texas 78550

For American Commercial Barge Lines:

> Mr. Glen Goodier
> Jones, Walker, Waechter, Poitevent, Carrere & Denegre,
> L.L.P.
> 201 St. Charles Avenue, 48th Floor
> New Orleans, Louisiana 70170-5100

For Port Isabel-San Benito Navigation District:

> Mr. Brian G. Janis
> Sanchez, Whittington, Janis & Zabarte, L.L.P.
> 100 North Expressway 83
> Brownsville, Texas 78521-2284

For Laguna Madre Water District of Port Isabel:

>       Mr. J. A. Magallanes
>       State I.D. No. 12879500
>       Federal I.D. No. 2258
>       Magallanes, Hinojosa & Mancias, P.C.
>       1713 Boca Chica
>       Post Office Box 4901
>       Brownsville, Texas 78520
>       (956) 544-6571
>       (956) 544-4290 (Facsimile)

For Claimant Southwestern Bell Telephone:

>       Mr. Geoffrey Amsel
>       State I.D. No. 01161570
>       SBC Management Services
>       1010 N. St. Mary's, Room 1403
>       San Antonio, Texas 78209
>       (210) 886-4805
>       (210) 222-7194 (Facsimile)

For Claimants Raquel Teran Hinojosa, Clarissa Hinojosa, Omar Hinojosa and Gaspar Hinojosa, II:

>       Julian Rodriguez, Jr.
>       Law Office of Julian Rodriguez, Jr.
>       100 W. Pecan
>       McAllen, Texas 78501

For Cameron County:

>       Mr. George C. Kraehe
>       Willette & Guerra, L.L.P.
>       3505 Boca Chica Boulevard, Suite 460
>       Brownsville, Texas 78521

For minor Claimant William Welch:

>       Ms. Veronica Farias
>       Law Office of Veronica Farias
>       2854 Boca Chica Blvd.
>       Brownsville, Texas 78521

For Claimant Dimas Mora:

        W. Lamoine Holland
        1920 Nacogdoches Road, Suite 100
        San Antonio, Texas 78209

For Allstate Insurance Company:

        Thomas E. Quirk
        Aaron & Quirk
        901 N.E. Loop 410, Suite 903
        San Antonio, Texas 78209-1307

For Claimants Rene Mata and Frank Mata:

        Raymond L. Thomas
        Andres H. Gonzalez, Jr.
        Kittleman, Thomas, Ramirez & Gonzales, PLLC
        4900-B North 10th Street
        McAllen, Texas 78504

For Brown Tide, Inc., and Brown Water Marine Service, Inc.:

        Will W. Pierson
        State Bar No. 16003100
        Federal I.D. No. 1931
        Keith Uhles
        State Bar No. 20371100
        Federal I.D. No. 1936
        James Hunter
        State Bar No. 00784311
        Federal I.D. No. 15703
        ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
        1700 Wilson Plaza West
        606 N. Carancahua
        Corpus Christi, Texas 78476
        (361) 884-8808
        (361) 884-7261 (Facsimile)

Respectfully submitted,

Will W. Pierson
State Bar No. 16003100
Federal I.D. No. 1931
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
(361) 884-8808
(361) 884-7261 Facsimile

Keith N. Uhles
State Bar No. 20371100
Federal ID No. 1936
James H. Hunter, Jr.
State Bar No. 00784311
Federal ID No. 15703
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78523-3509
(956) 542-4377
(956) 542-4370 Facsimile

**Attorneys for Petitioners, Brown Water Towing I,
Inc. and Brown Water Marine Service, Inc.**

**OF COUNSEL:**

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

# PERSONS WITH KNOWLEDGE

The following persons or entities may have discoverable information regarding relevant facts:

*A.G. Hill Power*
c/o Ms. Janet Thompson
6654 Leopard Street
Corpus Christi, Texas 78409
*Potential Claimant*

*Allstate Insurance Company*
c/o Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307
*Insurer for claimant, Bridgette Goza*

*American Commercial Barge Lines*
c/o Mr. Glen Goodier
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100
*Owner of barges pulled by BROWN WATER V at the time of the accident.*

*Eddie Arriola*
1616 Michigan
Port Isabel, Texas
*Mr. Arriola is the supervisor of the Long Island Swing Bridge in Port Isabel, Texas. He has knowledge of different barge configurations passing through the area and of the circumstances surrounding the accident.*

*Heather Askwig*
2332 West Solano Drive
Phoenix, AZ 85015
*Potential claimant*

*Attorney General of Texas*
c/o Mr. Michael Ratliff
Post Office Box 12548
Austin, Texas 78711-2548

*Bigo's International, L.L.C.*
c/o Mr. Ray R. Marchan

49477:997326.1:011402



WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
*Claimant*

*Joe W. Blocker*
301 N. Chaparral
Fulton, Texas 78358
(361) 790-9350
*Mr. Blocker was a deck hand on board the BROWN WATER V at the time of the accident.*

*Agustin Briseno*
6684 Monte Vello
Brownsville, Texas
*Mr. Briseno works at the Long Island Swing Bridge in Port Isabel, Texas. He has knowledge of the configuration of barges passing through the area and of the circumstances surrounding the area.*

*Rafael Briseno*
1015 Timeer Drive
Brownsville, Texas
*Mr. Briseno works at the Long Island Swing Bridge in Port Isabel, Texas. He has knowledge of the configuration of barges passing through the area and of the circumstances surrounding the area.*

*Steve Mosher*
320 Cove Harbor
Post Office Box 2205
Rockport, Texas 78381-2205
*Mr. Mosher is the President of Brown Water Towing I, Inc.*

*Captain Daniel Bryant*
422 Palm
Laguna Vista, Texas
*Captain Bryant has knowledge of the circumstances surrounding the accident.*

*Captain Joe Lee Bryant*
104 Hwy 100 Lot 1
Port Isabel, Texas
*Captain Bryant has knowledge of the circumstances surrounding the accident.*

*Cameron County*
c/o Mr. George C. Kraehe
Willette & Guerra, L.L.P.
3505 Boca Chica Boulevard, Suite 460

49477:997326.1:011402                              -2-

Brownsville, Texas 78521

*Cameron County Attorney*
c/o Yolanda De Leon
Courthouse
974 E. Harrison Street
Brownsville, Texas 78520-7198

*Daniel Ceballos*
c/o Burns International Security Services
Long Island, Texas
*Mr. Ceballos has knowledge of the circumstances surrounding the accident.*

*Central Power & Light*
c/o C.T. Corporation System
350 N. St. Paul Street
Dallas, Texas 75201
*Potential claimant*

*Captain Phil Colo*
416 Barker Street
Laguna Vista, Texas
*Captain Colo has knowledge of the circumstances surrounding the accident.*

*Edith Curtis*
4268 Airport Road
Tioga, Texas 76271
*Potential claimant*

*Department of the Army*
Corps of Engineers
1920 North Chaparral Street
Corpus Christi, Texas 78401
ATTN: Mr. Elijio Garza
         Area Engineer

*Captain Steve Ellis*
1016 Tarpon, #9
Port Isabel, Texas
*Captain Ellis has knowledge of the circumstances surrounding the accident.*

*Robert and Virginia Fandrich*
5101 Verdi Way

49477:997326.1:011402                    -3-

Stockton, California 95207
*Claimants*

*Cliff Fleming*
721 Palm Boulevard
Laguna Vista, Texas
*Mr. Fleming has knowledge of the circumstances surrounding the accident.*

*Colleen Forster*
5652 Pinon Vista Drive
Austin, Texas 78724
*Potential claimant*

*Captain David Fowler*
860 Debonair Drive
Mobile, Alabama 36695
(334) 639-1747
*Captain Fowler was at the wheel of the BROWN WATER V at the time of the accident.*

*Captain James Franceschi*
34 Sunburst Lane
Brownsville, Texas 78520
(956) 546-6103
*Captain Franceshi was piloting the Irini F out through the Brownsville Ship Channel when he heard Brown Water V's mayday call. He has personal knowledge of Captain Fowler's radio conversations subsequent to the accident. Captain Franceshi also has knowledge of the circumstances surrounding the accident and of previous groundings in the channel area.*

*Victor Franco*
c/o Burns International Security Services
Long Island, Texas
*Mr. Franco has knowledge of the circumstances surrounding the accident.*

*Gustavo Garcia*
6939 West Business 83
Harlingen, Texas
*Mr. Garcia has knowledge of the circumstances surrounding the accident.*

*Dolores Goette*
410 Morris Street
Laguna Vista, Texas
*Ms. Goette has knowledge of the circumstances surrounding the accident.*

*Captain Harry Goette*
410 Morris Street
Laguna Vista, Texas
*Captain Goette has knowledge of the circumstances surrounding the accident.*


*Bridgette Goza*
c/o Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
*Claimant*

*Mark Guillot*
5705 Laguna Circle South, #202
South Padre Island, Texas
*Mr. Guillot has knowledge of the circumstances surrounding the accident.*

*Daisy Harris*
Address and telephone number unknown
*Claimant*

*Raquel Teran Hinojosa*
c/o Julian Rodriguez, Jr.
Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501
*Claimant*

*Clarissa Hinojosa*
c/o Julian Rodriguez, Jr.
Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501
*Claimant*

*Omar Hinojosa*
c/o Julian Rodriguez, Jr.
Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501
*Claimant*

*Gaspar Hinojosa, II*
c/o Julian Rodriguez, Jr.
Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501
*Claimant*

*Ms. Kay Keese*
Post Office Box 457
Bells, Texas 75414
*Potential claimant*

*Laguna Madre Water District of Port Isabel*
c/o Mr. J. A. Magallanes
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Cica
Post Office Box 4901
Brownsville, Texas 78520
*Claimant*

*Captain Phillip Langley*
3326 Lakeside Drive
Rockwall, Texas 75087
(800) 873-9823
*Captain Langley was the relief captain on board the tug boat Bruce Bordelon at the time of the accident. He has knowledge of the circumstances surrounding the accident.*

*Ricky Leavell*
c/o William Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206
*Claimant*

*Carol Leavell*
c/o William Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206
*Claimant*

*Long Island Bridge Company*
c/o John R. Freeland
806 Pecan
McAllen, Texas 78501
(956) 943-1622
*Employees of Long Island Bridge Company witnessed the four barges and tug pass under the bridge immediately prior to the accident. They also have knowledge of the configuration of barges passing through the area and of the circumstances surrounding the accident*

*Doyle McClendon*
3211 North Inspiration Road, Apt. 2
Mission, Texas 78572
*Potential claimant*

*Romeo Miller*
3106 Barnes Bridge
Dallas, Texas 75228
*Potential claimant*

*Mr. and Mrs. Mireles*
305 W. 10th Street
Los Fresnos, Texas 78566
c/o Mark Strawn
711 Louisiana Street
Houston, Texas 77002
(713) 860-1600
*Potential claimants*

*Captain Joseph Mock*
Post Office Box 572
Port Isabel, Texas
*Captain Mock has knowledge of the circumstances surrounding the accident.*

*Gustavo Morales*
c/o Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
*Claimant*

*Dimas Mora*
c/o W. Lamoine Holland
1920 Nacogdoches Road, Suite 100

49477:997326.1:011402                                    -7-

San Antonio, Texas 78209
*Potential claimant*

*Ramon Moreno*
Rt. 3, Box 708F
Los Fresnos, Texas
*Mr. Moreno has knowledge of the circumstances surrounding the accident.*

*Dr. Donald Jay Mulkerne*
Spring Hill Behavioral Health
100 Memorial Hospital Drive, Ste. 1-B
Mobil, Alabama 36608
*Dr. Mulkerne is Capt. David Fowler's treating psychologist and has knowledge of the impact of the accident on Capt. Fowler's emotional and psychological well-being.*

*Charles Nathanson*
23102 Botkins Road
Hockley, Texas 77447
*Potential claimant*

*Levie Paul Old*
1200 N. Magnolia, #26
Rockport, Texas 78382
(361) 727-9165
*Mr. Old was a deck hand on board the BROWN WATER V at the time of the accident.*

*Outdoor RV Resorts South Padre*
c/o Dave Fletcher
900 South Garcia Street
Port Isabel, Texas 78578
*Potential claimant*

*Jacqueline Paddock*
c/o Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
*Claimant*

*Annaca Page*
16810 Tranquil Drive
Sugar Land, Texas 77478
*Potential claimant*

*Ms. Eileen Peeples*
Post Office Box 2283
New Caney, Texas 77357
*Potential claimant*


*Port Isabel-San Benito Navigation District*
c/o Mr. Brian G. Janis
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284


*Daniel Pugh*
Telephone and address unknown
*Mr. Pugh has knowledge of the circumstances surrounding the accident.*


*Dan Reeves*
1806 Illinois
Port Isabel, Texas
*Mr. Reeves has knowledge of the circumstances surrounding the accident.*


*Captain Russell Robinson*
c/o R & R Hi-Way Baitstand
Port Isabel, Texas
*Captain Robinson has knowledge of the circumstances surrounding the accident.*


*Esteban F. Rivas*
c/o John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501
and
c/o J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381
*Claimant*


*Maria Miriam Rivas*
c/o John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

49477:997326.1:011402                              -9-

and
c/o J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381
*Claimant*

*N. Fay Rutledge*
726 Partridge Lane
Eagle Lake, Texas 77434
*Potential claimant*

*Security Systems*
*Southwestern Bell Telephone*
c/o Mr. Geoffrey Amsel
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78209
*Claimant*

*Dale Ray Stockton*
14648 Arroyo Drive
Harlingen, Texas
*Mr. Stockton has knowledge of prior collisions of tugboats and barges with the Queen Isabella Causeway.*

*Russell Stockton*
208 West Mesquite
South Padre Island, TX
*Mr. Stockton has knowledge of the circumstances surrounding the accident.*

*Texas Department of Public Safety*
c/o Mary Ann Courter
5805 Lamar Boulevard
Post Office Box 4087
Austin, Texas 78773-0001

*Texas Department of Transportation*
c/o Mark J. Spansel
ADAMS & REESE, L.L.P.
4500 One Shell Square
New Orleans, LA 70139
and

Amadeo Saenz, District Engineer
600 West US 83 Expressway
P. O. Drawer EE
Pharr, Texas 78577
*Potential claimant*

*Texas Parks & Wildlife Department*
c/o Boyd Kennedy
  Staff Attorney
  Law Enforcement Division
5541 Bear Lane, Suite 232
Corpus Christi, Texas 78405
and
4200 Smith School Road
Austin, Texas 78744

*Captain Dewitt Thomas*
121 Channel
Port Isabel, Texas
*Captain Thomas has knowledge of the circumstances surrounding the accident.*

*United States Coast Guard*
Commanding Officer
Marine Safety Office-Corpus Christi
400 Mann Street, Suite 210
Corpus Christi, Texas 78401
*The United States Coast Guard performed an investigation of the accident.*

*Janie Valdez*
7300 North Padre Boulevard
South Padre Island, Texas
*Ms. Valdez has knowledge of the circumstances surrounding the accident.*

*Ross Valigura*
828 Hughes
Box 429
Palacios, Texas 77465
(979) 578-1864
*Mr. Valigura was a deck hand on board the BROWN WATER V at the time of the accident.*

*Sheldon Weisfeld*
855 East Harrison Street
Brownsville, Texas 78520

49477:997326.1:011402       -11-

*Mr. Weisfeld is Captain Fowler's criminal attorney.*

*Jim Wilson*
*United States Coast Guard*
800 David Drive, Room 232
Morgan City, Louisiana 70380
*Mr. Wilson conducted the U.S.C.G. investigative hearings.*

*Captain Rocky Lee Wilson*
Post Office Box 2166
Port Aransas, Texas 78373
(361) 749-3633
*Captain Wilson was the captain on board the BROWN WATER V at the time of the accident.*

*United States Department of Transportation*
c/o Hon. Greg Serres, United States Attorney
600 East Harrison, Suite 201
Brownsville, Texas 78520-7114

*William Welch*
c/o Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521
*Claimant*

*William Morris Welch*
c/o Mr. James B. Manley
Attorneys at Law
3616 Preston Road
Pasadena, Texas 77505
*Claimant*

*Lydia Zamora*
c/o Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
*Claimant*

*Craig Zimmerman*
1/4 Mile North 100 on FM 1575
Post Office Box 4025

| EVIDENCE # | DATE | TIME | DESCRIPTION |
|---|---|---|---|
| ACOE-02 | ********** | 1122 | Army Corps of Engineer Post Allision survey. |
| BW-01 | ********** | 1303 | Employment Resume for Douglas W. Swain (Brown Water Marine Expert Witness). |
| BW-03 | ********** | 1312 | Port Isabel, TX image (Brown Water Marine Service, Inc. Survey) |
| BW-05 | ********** | 1315 | "Multibeam Depth Sounder" (Brown Water Marine Services, Inc. survey of the subject area). |
| BW-07 | ********** | 1326 | Survey vessel "R/V Mullet" (Brown Water Marine Service, Inc. Survey) |
| BW-09 | ********** | 1333 | "Dredge Template" (Brown Water Marine Service, Inc. Survey). |
| BW-11 | ********** | 1350 | "Holes in Bottom" (Brown Water Marine Service, Inc. Survey). |
| BW-13 | ********** | 1433 | "Hole Contours 1ft. Intervals" (Brown Water Marine Service, Inc. Survey) |
| BW-15 | ********** | 1445 | Photograph of barge transiting toward Queen Isabella Causeway #2. |
| BW-17 | ********** | 1445 | Photograph of barge transiting toward Queen Isabella Causeway #4. |
| BW-19 | ********** | 1447 | Photograph of barge transiting toward Queen Isabella Causeway #6. |
| BW-21 | ********** | 1450 | Photograph of barge transiting toward Queen Isabella Causeway #8. |
| BW-23 | ********** | 817 | Affidavit of James Franceschi. |
| BW-25 | ********** | 945 | Witness statement, Phil Colo, 3 pages. |
| BW-27 | ********** | 945 | Witness statement, Daniel Bryant, 3 pages. |
| BW-29 | ********** | 945 | Witness statement, Cliff Fleming, 2 pages. |
| BW-31 | ********** | 945 | Witness statement, Mark Guillat, 2 pages. |
| BW-33 | ********** | 945 | Witness statement, Dewitt Thomas, 2 pages. |
| BW-36 | ********** | 1110 | Physical Oceanographic Real-Time system, current meter. |
| Day 01 | | | |
| Day 02 | | | |
| Day 03 | | | |
| Day 04 | | | |

| ID | No. | Description |
|---|---|---|
| Fowler-02 | 1240 | Letter from Physician, James A. Freeberg, Ed.D.,P.C., Psychologist. |
| Fowler-04 | 1244 | Search and Seizure Warrant. |
| IO-01 | 1100 | Letter of Appointment to Mr. James Wilson from the Commander 8thCG District. |
| IO-03 | 1100 | Notification to the State of Texas as a Party-in-Interest. |
| IO-05 | 1100 | Notification to Brown Water Marine Service, Inc. as a Party-in-Interest. |
| IO-07 | 1100 | Texas Peace Officer's Accident Report, Fatality Accident, form: ST-3(EFF. 1/1/96). |
| IO-09 | 1052 | Written Statement and Drug Screening for J.W. Blocker, crew member on Brown Water V. |
| IO-11 | 1000 | Laguna Madre Chart (Large). |
| IO-13 | 1005 | Laguna Madre Chart (Medium). |
| IO-15 | 1020 | Port Isabel Channel Film (CWO Grodecki filming, fixed and unfixed view abord CG small Boat). |
| IO-17 | 1315 | Transcription, Interview with Captain David Fowler and crew on 15Sep01. |
| IO-19 | 1315 | Mini Cassette, CWO Grodecki and LT Helton, Interview with Captain David Fowler on 17Sep01. |
| IO-21 | 1315 | Normal cassette, Interview with Captain David Fowler on 17Sep01. |
| IO-23 | 1425 | Coast Guard Alcosensor and Field Sobriety Test results, Conducted by CWO Grodecki. |
| IO-25 | 1555 | Written witness statement from Levi Old (crew member on the Brown Water V). |
| IO-27 | 1613 | Coast Guard Regional Exam Center File for Captain Fowler. |
| IO-29 | 1616 | Tankerman License (copy) for Captain Rocky L. Wilson. |
| IO-31 | 1742 | CG-2692, Report of Marine Injury or Death, Submitted by Brown Water Marine Service, Inc. |
| IO-34 | 1053 | Transcription of interview with Brown Water V crew on 15Sep01, continued. |
| IO-36 | 1104 | Queen Isabella Causeway Bridge large view chart. |
| IO-38 | 1512 | Uninspected Towing Vessel Exam Checklist Deficiencies, Brown Water V. |
| IO-40 | 1619 | Blown up view of subject area from the NOAA chart 11302. |
| IO-43 | 1110 | Resume and licenses, Ronald W. Yates, 15 pages. |

| NOAA-02 | ********* | 815 | Federal Agencies Involved in Nautical Charting. |
| NOAA-04 | ********* | 815 | NOAA Hydrographic Survey. |
| NOAA-06 | ********* | 815 | Results of NOAA Hydrographic Survey (Depths in ft. at time of incident, +2.1 ft tide). |
| NOAA-08 | ********* | 815 | Results of NOAA Hydrographic Survey (Depths in ft. at time of incident, +2.1 ft tide). |
| NOAA-10 | ********* | 815 | Results of NOAA Hydrographic Survey (Depth in ft. at MLLW), close color coded depth view. |
| NOAA-12 | ********* | 815 | Results of NOAA Hydrographic Survey, Depth less than or equal to 12 ft. at MLLW. |
| NOAA-14 | ********* | 815 | Wind speed and direction, Port Isabel NOAA Tide Guide (Sep 15, 2001-0100 Standard Time, 0700 UTC). |
| NOAA-16 | ********* | 815 | Summary of NOAA Results. |
| NOAA-18 | ********* | 1015 | View of channel, custom view (extremely close view of scour area). |
| NOAA-20 | ********* | 1031 | NOAA Tide Data for Port Isabel tide guage #8779770. |
| TX-01 | ********* | 1010 | Stewart Jenkins, notes regarding inspection of Queen Isabella bridge nav lights, 3 pages. |
| TX-03 | ********* | 1105 | Brown Water Marine Service, Inc. record of incidents (Coast Guard Records). |