43

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 5 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | * | |
| PETITION OF BROWN WATER | * | |
| TOWING I, INC. AS OWNER, AND | * | |
| BROWN WATER MARINE SERVICE, | * | CIVIL ACTION |
| INC., AS BAREBOAT CHARTERER, OF | * | |
| THE BROWN WATER V, ITS ENGINES | * | NO. B-01-157 |
| TACKLE, ETC., IN A CAUSE OF | * | |
| EXONERATION FROM OR | * | |
| LIMITATION OF LIABILITY | * | |

**PROOF OF CLAIM**

TO THE HONORABLE JUDGE OF SAID COURT;

Comes now Mrs. Anita Harris, Individually and as Next Friend of Victor Justin Harris, and as Representative of the Estate of Robert V. Harris, (hereafter 'Claimants') and files this Proof of Claim against Brown Water Towing I, Inc. and Brown Water Marine Service for the injuries and death of Robert V. Harris caused by the motor vessel Brown Water V, and would state the following in support thereof:

I.

At all times, Robert V. Harris, Mrs. Anita Harris and Justin V. Harris were residents of Cameron County, Texas.

II.

At the time of the injuries and resulting death of Robert V. Harris, Anita Harris was his wife and Justin V. Harris was his ten (10) year old minor son.

III.

Claimants allege that on or about September 15, 2001, Robert V. Harris was driving his pick-up truck along and upon the Queen Isabella Causeway in Cameron

County, Texas, when he was seriously injured and subsequently died as a direct result of the collapse of a portion of that causeway bridge caused by the collision of the motor vessel Brown Water V with the causeway. Claimants allege that the Brown Water V's collision with the Queen Isabella Causeway was a direct result of the negligent and gross negligent acts and/or omissions of Brown Water Towing I, Inc. and Brown Water Marine Service, Inc. in maintaining, operating and staffing the Brown Water V and its tow barge flotilla, and making same unseaworthy and unsafe to operate.

Claimants further allege that Brown Water Towing I, Inc. and Brown Water Marine Service, Inc. knew of and had prior knowledge of these negligent and gross negligent acts and/or omissions in the maintenance, operation and staffing of the Brown Water V and its tow barge flotilla and evidences these companies' disregard for the safety and welfare of its employees, the general public and of Robert V. Harris.

IV.

Claimants allege that the injuries and damages suffered by them as a result of Robert V. Harris' injuries and resulting death far exceeds the value of the vessel plead by Brown Water Marine Service, Inc. and/or Brown Water Towing I, Inc. in seeking limitation of liability. Claimants damages include loss of love, care, maintenance, support, services, advice, counsel, loss of companionship and society, mental anguish, loss of inheritance and contributions of a pecuniary value that Claimants should have received from Robert V. Harris as husband and father. Claimants also seek any and all other damages provided for under any applicable laws of the State of Texas and the United States arising from the injuries to and death of Robert V. Harris caused by Brown Water Towing I, Inc. and Brown Water Marine Service, Inc.

Claimants also include a claim for damages resulting from the injuries sustained and experienced by Robert V. Harris prior to his death, including physical pain and mental anguish.

Wherefore, premises considered, 'Claimants', Anita Harris, Individually and as Next Friend of Victor Justin Harris, and as Representative of the Estate of Robert V. Harris, present and file this claim against Brown Water Towing I, Inc. and Brown Water Marine Servie, Inc., as owners/operators of the Brown Water V and its engines, tackle, etc., and pray that said claim be acknowledged and that Claimants be awarded any and all relief the Court may deem just and proper.

Respectfully submitted,

_____
Heriberto 'Eddie' Medrano

Texas Bar #13897800
Federal Bar I.D. #5952

1101 West Tyler St.
Harlingen, Texas 78550
Tel. (956) 428-2412
Fax (956) 428-2495

Attorney for Anita Harris, Individually and as Next Friend of Victor Justin Harris, and as Representative of the Estate of Robert V. Harris.

## CERTIFICATE OF SERVICE

I, Heriberto 'Eddie' Medrano, hereby certify that a true and correct copy of the above and foregoing ***Proof of Claim*** was on this 15th day of January, 2002, forwarded to the following counsel via certified mail, return receipt requested or regular mail.

_____
HERIBERTO 'EDDIE' MEDRANO

# SERVICE LIST

Will W Pierson  
ROYSTON, RAYZOR, VICKERY  
  &WILLIAMS, L.L.P.  
1700 Wilson Plaza West  
606 N. Carancahua  
Corpus Christi, Texas 78476

**CMRRR NO. 7000 1530 0004 6479 1348**

Hon. Mark J. Spansel  
ADAMS & REESE, L.L.P.  
4500 One Shell Square  
New Orleans, LA 70139

United States Department of Transportation  
c/o Hon. Greg Serres, United States Attorney  
600 East Harrison, Suite 201  
Brownsville, Texas 78520-7114

Mr. James B. Manley  
Attorneys at Law  
3616 Preston Road  
Pasadena, Texas 77505

A.G Hill Power  
c/o Ms Janet Thompson  
6654 Leopard Street  
Corpus Christi, Texas 78409

Mr Ray R. Marchan  
WATTS & HEARD, L.L.P.  
1926 E. Elizabeth  
Brownsville, Texas 78520

Central Power & Light  
c/o C.T Corporation System  
350 N. St. Paul Street  
Dallas, Texas 75201

Mr. William Q. McManus  
McManus & Crane, L.L.P.  
209 West Juan Linn  
Post Office Box 2206  
Victoria, Texas 77902-2206

Outdoor RV Resorts South Padre  
c/o Mr. Dave Fletcher  
900 South Garcia Street  
Port Isabel, Texas 78578

Ramon Garcia  
Law Ofices of Ramon Garcia, P.C.  
222 West University Drive  
Edinburg, Texas 78539

Long Island Bridge Company  
c/o Mr. John R. Freeland  
806 Pecan  
McAllen, Texas 78501

Mr. Phil A. Bellamy  
Law Office of Phil A. Bellamy  
815 Ridgewood  
Brownsville, Texas 78520

Mr. Brian G. Janis  
Sanchez, Whittington, Janis & Zabarte, L.L.P.  
100 North Expressway 83  
Brownsville, Texas 78521-2284

Mr. Glen Goodier  
Jones, Walker, Waechter, Poitevent,  
Carrere & Denegre, L.L.P.  
201 St. Charles Avenue, 48th Floor  
New Orleans, Louisiana 70170-5100

Ms Heather Askwig  
2332 West Solano Drive  
Phoenix, AZ 85015

Ms.Edith Curtis  
4268 Airport Road  
Tioga, Texas 76271

Ms. Sandra D. Laurel  
Snow & Laurel, L.L.P.  
310 West Sunset  
San Antonio, Texas 78209

Ms. Kay Keese  
P O Box 457  
Bells, Texas 75414

Mr. Doyle McClendon
3211 North Inspiration Road, Apt. 2
Mission, Texas 78572

Mr Robert and Mrs. Virginia Sandrich
5101 Berdi Way
Stockton, CA  95207

Mr. Charles and Ms. Darla Nathanson
23102 Botkins Road
Hockley, Texas 77447

Ms. Annaca Page
16810 Tranquil Drive
Sugar Land, Texas 77478

Ms. N. Fay Rutledge
726 Partridge Lane
Eagle Lake, Texas 77434

Mr. Romeo Miller
3106 Barnes Bridge
Dallas, Texas 75228

Mr. J.A. Magallanes
Magallanes, Hinojosa & Mancias, P.C
1713 Boca Chica
Post Office Box 4901
Brownsville, Texas 78520

Mr. Geoffrey Amsel
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78209

Mr. George C. Kraeche
Willette & Guerra, L.L.P.
3505 Boca Chica Boulevard, Ste. 460
Brownsville, Texas 78521

Ms. Colleen Forster
5652 Pinon Vista Drive
Austin, Texas 78724

Mr. William R. Edwards
THE EDWARDS LAW FIRM, L.L.P
1400 Frost Bank Plaza
Corpus Christi, Texas 78403-0480

Department of the Army
Corps of Engineers
1920 North Chaparral Street
Corpus Christi, Texas 78401
ATTN: Mr. Elijio Garza, Area Engineer

Texas Parks & Wildlife Department
4200 Smith School Road
Austin, Texas 78744
ATTN: Mr. Boyd Kennedy
         Staff Attorney, Law Enforcement Division

Commanding Officer
United States Coast Guard
Marine Safety Office – Corpus Christi
400 Mann Street, Ste. 210
Corpus Christi, Texas 78401

Ms. Mary Ann Courter
Texas Department of Public Safety
5805 Lamar Boulevard
Post Office Box 4087
Austin, Texas 78773-0001

Ms Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

Mr. Robert E. Ammons
Stevenson & Ammons
3700 Montrose Boulevard
Houston, Texas 77006

Mr. Julian Rodriguez, Jr
100 W Pecan
McAllen, Texas 78501

Mr John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

Mr. J Chad Gauntt
GAUNTT & KRUPPSTADT, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381