44

United States District Court
Southern District of Texas
ENTERED

JAN 16 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | |
| PETITION OF BROWN WATER | § | C. A. NO. B-01-157 |
| TOWING I, INC., AS OWNER, AND | § | (Subject to Rule 9 (h) |
| BROWN WATER MARINE SERVICE, | § | of the Federal Rules |
| INC., AS BAREBOAT CHARTERER, OF | § | of Civil Procedure) |
| THE BROWN WATER V, ITS ENGINES, | § | Admiralty |
| TACKLE, ETC. IN A CAUSE OF | § | |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

## ORDER

CAME ON before the Court, Petitioners Brown Water Towing I, Inc. and Brown Water Marine Service, Inc.'s Motion for Continuance of Initial Pre-trial Conference and Notice of Filing of Proposed Joint Discovery/Case Management Plan. The Court finds that pursuant to the Order Directing Claimants to File and Make Proof of Claims, Directing the Issuance of Monition, and Restraining Prosecution of Claims, the deadline for assertion of claims is March 14, 2002. Thus, the Court continues the Initial Pre-Trial Conference scheduled in the captioned matter for January 28, 2002 until April 22d, 2002 at 2:00 pm. to allow all parties to make an appearance and to allow the parties to have a meeting to comply with the provisions of Federal Rules of Civil Procedure § 26(f) and formulate a Joint Discovery/Case Management Plan.

SIGNED on this the 16 day of January, 2002, in Brownsville, Texas.

The Honorable Hilda J. Tagle
United District Judge