48

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION § | |
| OF BROWN WATER TOWING I, INC., § | |
| AS OWNER, AND BROWN WATER § | |
| MARINE SERVICE INC., AS BAREBOAT § | |
| CHARTERERS, OF THE BROWN § | CIVIL ACTION NO. B-01-157 |
| WATER V, ITS ENGINES, TACKLE, § | |
| ETC., IN A CAUSE OF EXONERATION § | |
| FROM OR LIMITATION OF LIABILITY § | |

## ORDER

BE IT REMEMBERED that on February 4th, 2002, the Court considered the Motion for Withdrawal and Motion to Substitute Counsel [Dkt. No. 40] filed by Julian Rodriguez, Jr. and the Response to the Motion for Withdrawal and Motion to Substitute Counsel, Motion to Strike, and Alternatively, Motion for Leave to Intervene [Dkt. No. 46] filed by Robert E. Ammons and Ramon Garcia. For the reasons that follow, the Court **STRIKES** the Motion for Withdrawal and Motion to Substitute Counsel [Dkt. No. 40].

Robert E. Ammons and Ramon Garcia are the attorneys of record for Raquel Teran Hinojosa, et al., having signed the initial pleadings on their behalf. The Motion for Withdrawal is signed only by Julian Rodriguez, Jr., although it represents that the motion is brought by Ammons and Garcia. The motion is therefore not in conformance with Rule 11 of the Federal Rules of Procedure or Local Rule 11.3, which requires that "[e]very document filed must be signed by, or by permission of, the attorney in charge." Therefore, in conformance with Local Rule 11.4, the motion is stricken.

The Court further notes that pursuant to Rule 11 of the Federal Rules of Procedure, Rodriguez has a good faith duty to make accurate representations to the Court. Here, Rodriguez purports to represent the wishes of Ammons and Garcia in seeking withdrawal. However, in their response, Ammons and Garcia claim that Rodriguez did not have their permission to file the instant motion. The Court finds that Rodriguez' motion fails to satisfy the good faith requirement of Rule 11. Therefore, the Court hereby forewarns Rodriguez that any future failure to adhere to the Federal Rules of Civil Procedure and the Local Rules of this Court may result in sanctions.

In sum, the Court **STRUCK** the Motion for Withdrawal and Motion to Substitute Counsel [Dkt. No. 40]. The Response to the Motion for Withdrawal and Motion to Substitute Counsel, Motion to Strike, and Alternatively, Motion for Leave to Intervene [Dkt. No. 46] is therefore **MOOT**.

DONE at Brownsville, Texas, this 4th day of February, 2002.

Hilda G. Tagle
United States District Judge