5l

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas

FEB 1 3 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | |
| PETITION FOR BROWN WATER | § | C.A. NO B-01-157 |
| TOWING I, INC., AS OWNER, AND | § | (Subject to Rule 9(h) |
| BROWN WATER MARINE SERVICE, | § | of the Federal Rules |
| INC., AS BAREBOAT CHARTERERS, | § | of Civil Procedure) |
| OF THE BROWN WATER V, IT'S | § | Admiralty |
| ENGINES, TACKLE, ETC., IN A | § | |
| CAUSE OF EXONERATION FROM | § | |
| OR LIMITATION OF LIABILITY | § | |

## ATTORNEY AND CLAIMANTS' REQUEST FOR EXPEDIATED HEARING

### TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Comes now Attorney Julian Rodriguez, Jr. and files Counsel's and Claimants' Motion and Memorandum In Support of Motion for Reconsideration of Order to Strike and Motion to Designate Attorney in Charge and states as follows:

Although an evidentiary hearing may not be necessary in this case in light of the evidence attached to the motions, counsel believes that an expedited hearing to the court to allow the lawyers to argue their respective positions would be helpful to the court.

Attorney Julian Rodriguez, Jr., and these claimants' therefore, asks the court to set the Motion for Reconsideration of the Order To Strike and the Motion to Designate a New Attorney in Charge for hearing.

Respectfully Submitted,

BY: _____

JULIAN RODRIGUEZ, JR.
Texas State Bar No. 17146770
Federal Bar No. 15112

1

**LAW OFFICE OF JULIAN RODRIGUEZ, JR**
**100 W. PECAN**
**MCALLEN, TEXAS 78501**
**TEL. NO.: (956) 682-8801**
**FAX NO.: (956) 682-4544**

**ATTORNEY FOR CLAIMANTS'**

2

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above foregoing document and

marked exhibits have  been sent to the counsel listed below pursuant to the federal rules

of civil procedure in the manner indicated on this the 13th day of February 2002:

**WATTS & HEARD**                                          **VIA FIRST CLASS MAIL**
Attn: Mr. Ray Marchan
1926 E. Elizabeth
Brownsville, Texas 78520

**LAW OFFICE OF RAMON GARCIA**                   **VIA HAND DELIVERY**
Attn: Mr. Ramon Garcia
222 W. University Drive
Edinburg, Texas 78539

**MAGALLANES, HINOJOSA & MANCIAS**        **VIA FIRST CLASS MAIL**
Attn: Mr. J.A. Magallanes
1713 Boca Chica Blvd
P.O. Box 4901
Brownsville, Texas 78520

**ROYSTON, RAYZOR, VICKERY & WILLIAMS**    **VIA FIRST CLASS MAIL**
Attn: Mr. Keith N. Uhles
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78523-3509

**ROYSTON, RAYZOR, VICKERY & WILLIAMS**    **VIA FIRST CLASS MAIL**
Attn: Mr. Will Pierson
606 N. Carancahua Suite 1700
Wilson Plaza West
Corpus Christi, Texas 78476-1702

**AARON & QUIRK**                                        **VIA FIRST CLASS MAIL**
Attn: Mr. Thomas E. Quirk
901 N.E. Loop 410 Suite 903
San Antonio, Texas 78209-1307

3

**STEVENSON & AMMONS**
Attn: Mr. Robert Ammons
3700 Montrose Blvd
Houston, Texas 77006

**VIA CERTIFIED MAIL RETURN
RECEIPT REQUESTED**

_____

**JULIAN RODRIGUEZ, JR.
ATTORNEY FOR CLAIMANTS**

4