# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

5

| | | |
|---|---|---|
| PLAINTIFF | Brown Water Towing I, Inc. and Brown Water Marine Service, Inc. | COURT CASE NUMBER<br>C.A. No. B-01-157 |
| DEFENDANT | Esteban Rivas, et al. | TYPE OF PROCESS<br>Notice of Publication |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
The Brownsville Herald

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1135 E. Van Buren, Brownsville, Texas 78520

United States District Court
Southern District of Texas
FILED
FEB 27 2002
Michael N. Milby
Clerk of Court

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Will W. Pierson
Royston, Rayzor, Vickery & Williams L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476

| | |
|---|---|
| Number of process to be served with this Form - 285 | attached Order |
| Number of parties to be served in this case | General Public |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please publish the attached Notice of Petition for Exoneration from or Limitation of Liability, as per the Order directing to file and make proof of claims, directing the issuance of Monition, and restraining prosecution of claims. Publication is requested in Brownsville, Texas through the listed newspaper.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (361) 884-8808
DATE: 11/26/01

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. 79 | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date 12/13/01 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode

Address (complete only if different than shown above)

| Date of Service | Time | |
|---|---|---|
| 01/02/02 | 3:00 | pm |

Signature of U.S. Marshal or Deputy
Mark Walker

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | $3,048.00 | | |

**REMARKS:**
**ENDEAVOR:** 01/02/02 3:00 PM. Notice served at the Brownsville Herald to be published once each week for four successive weeks. 1 mile round trip. 1 DUSM. MW

01/29/02 After speaking to attorneys for the plaintiffs, the publication was continued until the March 14, 2002 return date. No mileage. MW

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|