57

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Brown Water Towing I. Inc. and<br>Brown Water Marine Service, Inc. | COURT CASE NUMBER<br>C.A. No. B-01-157 |
|---|---|
| DEFENDANT<br>Esteban Rivas, et al. | TYPE OF PROCESS<br>Notice of Publication |

| **SERVE** ► | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>The Valley Morning Star |
|---|---|
| **AT** | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>1310 S. Commerce, Harlingen, Texas 78551 |

United States District Court
Southern District of Texas
FILED

FEB 27 2002

Michael N. Milby
Clerk of Court

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | Number of process to be<br>served with this Form 285 |
|---|---|
| Will W. Pierson<br>Royston, Rayzor, Vickery & Williams L.L.P.<br>1700 Wilson Plaza West<br>606 N. Carancahua<br>Corpus Christi, Texas 78476 | Number of parties to be<br>served in this case |
| | Check for service<br>on U.S.A. |

Published
Order
General
Public

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please publish the attached Notice of Petition for Exoneration from or Limitation of Liability, as per the Order directing to file and make proof of claims, directing the issuance of Monition, and restraining prosecution of claims. Publication is requested in Harlingen, Texas through the listed newspaper.

| Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(361) 884-8808 | DATE<br>11/26/01 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total<br>number of process indicated.<br>(Sign only first USM 285 if more<br>than one USM 285 is submitted) | Total Process | District<br>of Origin<br>No. 79 | District<br>to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date<br>12/13/01 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode |
|---|---|
| Address (complete only if different than shown above) | Date of Service<br>01/02/02 | Time<br>3:00 pm |
| | Signature of U.S. Marshal or Deputy<br>Mark Walker |

| Service Fee | Total Mileage Charges<br>(including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | $3,048.00 | | |

REMARKS:
**ENDEAVOR: 01/02/02 3:00 PM. Noticed served upon the Brownsville Herald to be published once for four successive weeks, in The Valley Morning Star. Mileage charged on the USM28 for the Brownsville Herald. 1 DUSM. MBW**
**01/29/02 After speaking to attorneys for the plaintiff, the publication was continued until the March 14, 2002 return date. No mileage MBW**

| PRIOR EDITIONS<br>MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|