```
                                              United States District Court
                                              Southern District of Texas
                                                     ENTERED

                                                  MAR 0 5 2002

                                              Michael N. Milby, Clerk of Court
                                              By Deputy Clerk
```

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| BROWN WATER TOWING I, INC.,ET.AL. § | |
| § | |
| versus § | CIVIL ACTION NO. B-01-CV-157 |
| ESTEBAN RIVAS, ET. AL. § | |
| § | |

## ORDER STRIKING DOCUMENT

The Clerk has filed your __#58 CLAIM AND ANSWER__; however, it is deficient as checked. (L.R. refers to the Local Rule of this District).

1. ☐ Document is not signed (L.R. 11.3).

2. ☒ Document does not comply with L.R.11.3.A.

3. ☐ Caption of the document is incomplete (L.R.10.1).

4. ☐ No certificate of service or explanation why service is not required (L.R. 5.4).

5. ☐ Motion does not comply with L.R.7.

   a. ☐ No statement of opposition or non-opposition (L.R.7.2).

   b. ☐ No statement of conference between counsel (L.R. 7.1.D(1)).

   c. ☐ No separate proposed order attached (L.R. 7.1.C).

6. ☐ Motion to consolidate does not comply with L.R.7.6.

7. ☐ Document does not comply with L.R. 83.2.

8. ☒ Other: __NO FEDERAL ID #__

The document is stricken from the record.

Date: __3/5/02__

_____
UNITED STATES DISTRICT JUDGE