69

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
FILED

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

MAR 0 8 2002

Michael N. Milby
Clerk of Court

| | B | | 01-CV-157 |

In Re the Complaint and Petition of Brown Water Towing, I, Inc., et al

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | Mark J. Spansel |
| | Adams and Reese LLP |
| | 4500 One Shell Square |
| | New Orleans, Louisiana  70139 |
| | (504) 581-3234 |
| | Louisiana Bar No. 12314 |
| | Eastern District of Louisiana |

Seeks to appear as the attorney for this party:

State of Texas, through its Department of Transportation

Dated: _____    Signed: _____

**ORDER**

This lawyer is admitted *pro hac vice*.

Signed on _____, _____.    _____
United States District Judge

SDTX (d_prohac.ord)
02/03/98