70

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
# FOR ADMISSION *PRO HAC VICE*

United States District Court
Southern District of Texas
FILED

MAR 0 8 2002

Michael N. Milby
Clerk of Court

| | B | | 01-CV-157 |
|---|---|---|---|

In Re the Complaint and Petition of Brown Water Towing, I, Inc., et al

**This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:**

| | Edwin C. Laizer |
|---|---|
| | Adams and Reese LLP |
| | 4500 One Shell Square |
| | New Orleans, Louisiana 70139 |
| | (504) 581-3234 |
| | Louisiana Bar No. 17014 |
| | Eastern District of Louisiana |

**Seeks to appear as the attorney for this party:**

State of Texas, through its Department of Transportation

| Dated: _____ | Signed: *[signature]* |
|---|---|

## ORDER

This lawyer is admitted *pro hac vice*.

Signed on _____, _____.    _____
                                                                                           United States District Judge

SDTX (d_prohac.ord)
02/03/98