71

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 8 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| IN THE MATTER OF AMERICAN § <br> COMMERCIAL LINES LLC AS OWNER § <br> And AMERICAN COMMERCIAL BARGE § <br> LINE LLC AS CHARTERER OF THE § <br> BARGES NM-315, VLB-9182, § <br> ACL-9933B, VLB-9173, PRAYING § <br> FOR EXONERATION FROM AND/OR § <br> LIMITATION OF LIABILITY § | CIVIL ACTION <br><br> NO. B-02-004  B-01-157 |

## PROOF OF CLAIM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **JACQUELINE PADDOCK INDIVIDUALLY AND AS NEXT FRIEND OF WILLIAM B. WELCH AND AS REPRESENTATIVE OF THE ESTATE CHEALSA WELCH** Claimants in the above entitled and numbered cause and file this Proof of Claim and would respectfully show unto the Honorable Court the following:

I.

JACQUELINE PADDOCK INDIVIDUALLY AND AS NEXT FRIEND OF WILLIAM B. WELCH AND AS REPRESENTATIVE OF THE ESTATE OF CHEALSA WELCH are residents of Texas.

II.

That on or about September 15, 2001, while in a motor vehicle, Chealsea and Barry Welch while travelling along and upon the Queen Isabella Causeway in Port Isabel, Cameron County, Texas, were severely and fatally injured as a result of the acts and/or conditions of the American Commercial Barge Lines, it's owners, masters, charterers and/or their employees.

Chealsa and Barry Welch's injuries and damages as well as those of the claimants, were caused by the negligence of American Commercial Barge Lines and/or

the unseaworthiness of American Commercial Barge Line's vessels and equipment making up the tow flotilla of that company. Claimants would show that because of the condition of the tug boat and its accompanying barges and prior knowledge of such conditions by American Commercial Barge Lines evidences those companies' disregard for the rights, safety, and welfare of William Welch as same were wilful, wanton, and flagrant to such an extent as to constitute gross negligence.

III.

The injuries and damages of claimants far exceeds the value of the vessel plead by American Commercial Barge Lines for the damages. These damages include pecuniary losses from the death of Chealsa Paddock Welch including loss of care, maintenance, support, services, advice, counsel, loss of companionship and society, mental anguish and contributions of a pecuniary value that Claimant Jacqueline Paddock should, in reasonable probability, have received from Chealsa Paddock Welch during her lifetime. Claimant Jacqueline Paddock Individualy and as Representative of the Estate of Chealsa Paddock and as next friend of William B. Welch also seek any and other damages provided under any applicable laws, including Texas State law, regarding this incident.

Additionally, Claimant **Jacqueline Paddock as next friend of William B. Welch**, the minor child of Barry Welch and Chealsa Welch has suffered pecuniary losses including the loss of care, maintenance, support, services, advice, counsel, and reasonable contributions of a pecuniary value that he would, in reasonable probability, have received from his mother and father had they lived. **Jacqueline Paddock as next friend of William B. Welch** seeks these damages from the Petitioner. Additionally, Claimants Jacqueline Paddock as next friend of William B. Welch seek nonpecuniary damages from the Petitioner for the child's loss of companionship and society as a result of the untimely death of his father and mother Barry Welch and Chealsa Welch.

This element of damages includes the love, comfort, companionship and society of the decedents, Barry Welch and Chealsa Welch.

**Jacqueline Paddock Individually and as next friend of William B. Welch and as Representative of the Estate of Chealsa Welch,** also seek from Petitioner damages for their mental anguish that is, emotional pain, torment and suffering experienced because of their family member's deaths. In regards to Petitioner, Claimants **Jacqueline Paddock as next friend of William B. Welch, a Minor** seeks damages for their loss of inheritance, that is, the loss of the present value of the assets, in excess of family living expenses that the decedents, Barry Welch and Chealsa Welch would, in reasonably probability would have added to their estates and that, in reasonable probability, would have been inherited by the Claimants **Jacqueline Paddock as next friend of William B. Welch, a Minor** at the end of the Decedants, natural lives. By reason of the foregoing, Claimant **Jacqueline Paddock Individually and as next friend of William B. Welch, a Minor and as Representative of the Estate of Chealsa Welch,** have been damaged by the Claimants in an amount in excess of the minimum jurisdictional limits of this court. Claimants **Jacqueline Welch Invidiually and as next friend of William Welch, a Minor and as Representative of the Estate of Chealsa Welch** also seek punitive damages from all the defendants.

## IV. DAMAGES TO THE ESTATE OF CHEALSA WELCH

As a result of the incident in question, **Chealsa Welch** suffered injuries which caused her severe and excruciating physical pain and mental anguish prior to her death, including the contemporaneous perception of injury and death of her husband. As a result, her estate is entitled to recover damages for physical pain and mental anguish, and funeral and burial expenses, for which recovery is sought herein.

Claimants would show that by reason of the injuries sustained as above alleged, **Chealsa Welch** suffered serious injuries to her body including disfigurement, mental anguish and physical pain and suffering prior to her death. By reason of the foregoing,

**Chealsa Welch** has been damaged by and seeks from the Petitioners an amount in excess of the minimum jurisdictional limits of this court.

On account of the nature, seriousness, and severity of **Chealsa Welch's** injuries, she required funeral and burial services. **Chealsa Welch's** estate has been required to pay and incur liability to pay the charges which have been and will be made for such funeral and burial services.

The charges which have been and will be made for services rendered to Claimants have represented and will represent the usual, reasonable and customary charges for like or similar services in the vicinity where they have been and will be rendered. The Estate of Chealsa Welch seeks these damages.

Claimants would further show that in the event **Chealsa Welch** had pre-existing conditions in her body prior to the incident made the basis of this suit, that such conditions were aggravated and/or re-injured and worsened by the injuries sustained as a result of the negligence of the Petitioners.

On the date of the incident out of which this suit arises, Claimant **Chealsa Welch** was a woman of the age of 22 and had a life expectancy in excess of 51.9 according to the U.S. Life Tables of 1995.

Claimants would further show that a result of the Petitioners' negligence, claimants have suffered a loss of future services that would have been provided by **Chealsa Welch** had she not died.

Claimants seek damages for total loss of past wages and future earning capacity which was proximately caused by the negligence of Petitioners.

WHEREFORE, PREMISES CONSIDERED, Claimant, Jacqueline Welch Individually and as next friend of William Welch and as Representative of the Estate of Chealsa Welch presents this claim and prays that the claim be acknowledge and for such other and further relief as the court may deem just and proper.

Respectfully submitted this the ___8___ day of March, 2002.

        WATTS & HEARD, L.L.P.
        1926 E. Elizabeth
        Brownsville, Texas 78520
        (956) 544-0500
        (956) 541-0255 FAX

        _____
        RAY R. MARCHAN
        For the Firm
        State Bar No. 12969050
        Fed. I.D. No. 9522
        Attorney in Charge for claimants
        Jacqueline Paddock Ind. And as next
        Friend of William B. Welch and as
        Representative of the Estate of
        Chealsa Welch

## CERTIFICATE OF SERVICE

I hereby certify that on this the ___8___ day of March, 2002, a true and correct copy of the foregoing instrument was forwarded to opposing counsel via fax, by hand-delivery or by certified mail, return receipt requested.

        _____
        RAY R. MARCHAN

# SERVICE LIST

Hon. Mark J. Spansel
ADAMS & REESE, L.L.P.
4500 One Shell Square
New Orleans, LA 70139

Mr. Michael Ratliff
Office of the Attorney General - State of Texas
Post Office Box 12548
Austin, Texas 78711-2548

Mr. James B. Manley
Attorneys at Law
3616 Preston Road
Pasadena, Texas 77505

Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381

William Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550

Phil A. Bellamy
Law Office of Phil A. Bellamy
815 Ridgewood
Brownsville, Texas 78520

Mr. Glen Goodier
Jones, Walker, Waechter, Poitevent, Carrere &
Denegre, L.L.P.
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100

Sandra D. Laurel
Snow & Laurel, L.L.P.
310 West Sunset
San Antonio, Texas 78209

United States Department of Transportation
c/o Hon. Greg Serres, United States Attorney
600 East Harrison, Suite 201
Brownsville, Texas 78520-7114

A.G. Hill Power
c/o Ms. Janet Thompson
6654 Leopard Street
Corpus Christi, Texas 78409

Central Power & Light
c/o C.T. Corporation System
350 N. St. Paul Street
Dallas, Texas 75201

Outdoor RV Resorts South Padre
c/o Dave Fletcher
900 South Garcia Street
Port Isabel, Texas 78578

Long Island Bridge Company
c/o John R. Freeland
806 Pecan
McAllen, Texas 78501

49477:987830.1:110701

Mr. Brian G. Janis
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284

Texas Parks & Wildlife Department
5541 Bear Lane, Suite 232
Corpus Christi, Texas 78405

Heather Askwig
2332 West Solano Drive
Phoenix, AZ 85015

Ms. Edith Curtis
4268 Airport Road
Tioga, Texas 76271

Ms. Kay Keese
Post Office Box 457
Bells, Texas 75414

Mr. Doyle McClendon
3211 North Inspiration Road, Apt. 2
Mission, Texas 78572

Robert and Virginia Fandrich
5101 Berdi Way
Stockton, CA 95207

Charles Nathanson
23102 Botkins Road
Hockley, Texas 77447

Annaca Page
16810 Tranquil Drive
Sugar Land, Texas 77478

N. Fay Rutledge
726 Partridge Lane
Eagle Lake, Texas 77434

Mr. Romeo Miller
3106 Barnes Bridge
Dallas, Texas 75228

Mr. J. A. Magallanes
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Blvd.
Post Office Box 4901
Brownsville, Texas 78520

Mr. Geoffrey Amsel
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78209

Ms. Yolanda De Leon, County Attorney
Cameron County Courthouse
974 E. Harrison Street
Brownsville, Texas 78520-7198

Department of the Army
Corps of Engineers
1920 North Chaparral Street
Corpus Christi, Texas 78401
ATTN: Mr. Elijio Garza
        Area Engineer

Texas Parks & Wildlife Department
4200 Smith School Road
Austin, Texas 78744
ATTN: Mr. Boyd Kennedy, Staff Attorney
        Law Enforcement Division

Commanding Officer
United States Coast Guard
Marine Safety Office-Corpus Christi
400 Mann Street, Suite 210
Corpus Christi, Texas 78401
ATTN: Lt. D. J. Fassero
        Freedom of Information Act Coordinator

Texas Department of Transportation
600 West US 83 Expressway
P. O. Drawer EE
Pharr, Texas 78577
ATTN: Amadeo Saenz, District Engineer

Robert E. Ammons
Stevenson & Ammons
3700 Montrose Boulevard
Houston, Texas 77006

Ramon Garcia
Law Offices of Ramon Garcia, P.C.
222 West University Drive
Edinburg, Texas 78539

Mr. George C. Kraehe
Willette & Guerra, L.L.P.
3505 Boca Chica Boulevard, Suite 460
Brownsville, Texas 78521

Mr. Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501

Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

Ms. Colleen Forster
5652 Pinon Vista Drive
Austin, Texas 78724

Ms. Mary Ann Courter
Texas Department of Public Safety
5805 Lamar Boulevard
Post Office Box 4087
Austin, Texas 78773-0001

Ms. Eileen Peeples
Post Office Box 2283
New Caney, Texas 77357

W. Lamoine Holland
1920 Nacogdoches Road, Suite 100
San Antonio, Texas 78209