77

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN THE MATTER OF AMERICAN | § | |
| COMMERCIAL LINES LLC AS OWNER | § | |
| And AMERICAN COMMERCIAL BARGE | § | |
| LINE LLC AS CHARTERER OF THE | § | CIVIL ACTION |
| BARGES NM-315, VLB-9182, | § | |
| ACL-9933B, VLB-9173, PRAYING | § | NO. B-02-004 |
| FOR EXONERATION FROM AND/OR | § | |
| LIMITATION OF LIABILITY | § | |

B-01-157

## PROOF OF CLAIM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOWS **BRIDGETTE GOZA** Claimant in the above entitled and numbered cause and file this Proof of Claim and would respectfully show unto the Honorable Court the following:

I.

**BRIDGETTE GOZA** is a resident of Texas.

II.

That on or about September 15, 2001, while in a motor vehicle, Bridgette Goza while travelling along and upon the Queen Isabella Causeway in Port Isabel, Cameron County, Texas, were severely and fatally injured as a result of the acts and/or conditions of the American Commercial Barge Lines, it's owners, masters, charterers and/or their employees.

Bridgette Goza's injuries and damages were caused by the negligence of American Commercial Barge Lines and/or the unseaworthiness of American Commercial Barge Line's vessels and equipment making up the tow flotilla of that company. Claimant would show that because of the condition of the tug boat and its accompanying barges and prior knowledge of such conditions by American Commercial Barge Lines evidences those companies' disregard for the rights, safety,

and welfare of Bridgette Goza as same were wilful, wanton, and flagrant to such an extent as to constitute gross negligence.

## III

.   The injuries and damages of claimant far exceeds the value of the vessel pled by Brown Water Marine Service, Inc. and/or Brown Water Towing I, Inc. for the damages. These damages include pecuniary losses from the death of Bridgette Goza including loss of care, maintenance, support, services, advice, counsel and contributions of a pecuniary value that Claimant should, in reasonable probability, have received from Bridgette Goza during her lifetime. Claimant also seeks any and other damages provided under any applicable laws including those of the State of Texas regarding this incident.

Claimant Bridgette Goza would show that by reason of the injuries sustained as above alleged, she has suffered serious and painful injuries to her body and Bridgette Goza has and will suffer a physical impairment. As a result of such injuries, Claimant Bridgette Goza has been so disabled that her earning capacity has been and will be in the future be materially diminished and impaired. Claimant Bridgette Goza has suffered, suffers, and will continue to suffer great and excruciating physical pain and/or mental anguish. By reason of the foregoing, Claimant Bridgette Goza has been damaged by the Petitioners in an amount in excess of the minimum jurisdictional limits of this Court.

Claimant Bridgette Goza would further show that in the event she had pre-existing conditions in her body prior to the incident made the basis of this suit, that such conditions were aggravated and/or re-injured and worsened by the injuries sustained as a result of the negligence and/or gross negligence of the Petitioners.

On account of the nature, seriousness, and severity of Bridgette Goza's injuries, she has required medical care and will require medical care and nursing services. Bridgette Goza has been required to pay and incur liability to pay the charges which have been made for such medical care services and nursing services.

The charges which have been made for services rendered to Bridgette Goza has represented and will represent the usual, reasonable and customary charges for like or similar services in the vicinity where they have been rendered. All of these services have been made necessary in connection with the proper treatment of the injuries sustained and suffered by Bridgette Goza because of her severe injuries.

Claimant Bridgette Goza would further show that in the event Bridgette Goza had pre-existing conditions in her body prior to the incident made the basis of this suit, that such conditions were aggravated and/or re-injured and worsened by the injuries sustained as a result of the Petitioner's negligence.

At the time of the occasion in question, Claimant Bridgette Goza was a woman of the age of 33 year and had a reasonable life expectancy in excess of 47.3 according to the U.S. Life Tables of 1995.

WHEREFORE, PREMISES CONSIDERED, Claimant, Bridgette Goza presents this claim and prays that the claim be acknowledge and for such other and further relief as the court

Respectfully submitted this the ___8___ day of March, 2002.

WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
(956) 544-0500
(956) 541-0255 FAX

_____
RAY R. MARCHAN
For the Firm
State Bar No. 12969050
Fed. I.D. No. 9522
Attorney in Charge for Bridgette Goza

## CERTIFICATE OF SERVICE

I hereby certify that on this the \_\_\_8\_\_\_ day of March, 2002, a true and correct copy of the foregoing instrument was forwarded to opposing counsel via fax, by hand-delivery or by certified mail, return receipt requested.

_____
RAY R. MARCHAN

# SERVICE LIST

Hon. Mark J. Spansel
ADAMS & REESE, L.L.P.
4500 One Shell Square
New Orleans, LA 70139

Mr. Michael Ratliff
Office of the Attorney General - State of Texas
Post Office Box 12548
Austin, Texas 78711-2548

Mr. James B. Manley
Attorneys at Law
3616 Preston Road
Pasadena, Texas 77505

Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381

William Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550

Phil A. Bellamy
Law Office of Phil A. Bellamy
815 Ridgewood
Brownsville, Texas 78520

Mr. Glen Goodier
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100

Sandra D. Laurel
Snow & Laurel, L.L.P.
310 West Sunset
San Antonio, Texas 78209

United States Department of Transportation
c/o Hon. Greg Serres, United States Attorney
600 East Harrison, Suite 201
Brownsville, Texas 78520-7114

A.G. Hill Power
c/o Ms. Janet Thompson
6654 Leopard Street
Corpus Christi, Texas 78409

Central Power & Light
c/o C.T. Corporation System
350 N. St. Paul Street
Dallas, Texas 75201

Outdoor RV Resorts South Padre
c/o Dave Fletcher
900 South Garcia Street
Port Isabel, Texas 78578

Long Island Bridge Company
c/o John R. Freeland
806 Pecan
McAllen, Texas 78501

49477:987830.1:110701

Mr. Brian G. Janis
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284

Texas Parks & Wildlife Department
5541 Bear Lane, Suite 232
Corpus Christi, Texas 78405

Heather Askwig
2332 West Solano Drive
Phoenix, AZ 85015

Ms. Edith Curtis
4268 Airport Road
Tioga, Texas 76271

Ms. Kay Keese
Post Office Box 457
Bells, Texas 75414

Mr. Doyle McClendon
3211 North Inspiration Road, Apt. 2
Mission, Texas 78572

Robert and Virginia Fandrich
5101 Berdi Way
Stockton, CA 95207

Charles Nathanson
23102 Botkins Road
Hockley, Texas 77447

Annaca Page
16810 Tranquil Drive
Sugar Land, Texas 77478

N. Fay Rutledge
726 Partridge Lane
Eagle Lake, Texas 77434

Mr. Romeo Miller
3106 Barnes Bridge
Dallas, Texas 75228

Mr. J. A. Magallanes
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Blvd.
Post Office Box 4901
Brownsville, Texas 78520

Mr. Geoffrey Amsel
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78209

Ms. Yolanda De Leon, County Attorney
Cameron County Courthouse
974 E. Harrison Street
Brownsville, Texas 78520-7198

Department of the Army
Corps of Engineers
1920 North Chaparral Street
Corpus Christi, Texas 78401
ATTN: Mr. Elijio Garza
        Area Engineer

Texas Parks & Wildlife Department
4200 Smith School Road
Austin, Texas 78744
ATTN: Mr. Boyd Kennedy, Staff Attorney
        Law Enforcement Division

Commanding Officer
United States Coast Guard
Marine Safety Office-Corpus Christi
400 Mann Street, Suite 210
Corpus Christi, Texas 78401
ATTN: Lt. D. J. Fassero
        Freedom of Information Act Coordinator

Texas Department of Transportation
600 West US 83 Expressway
P. O. Drawer EE
Pharr, Texas 78577
ATTN: Amadeo Saenz, District Engineer

Robert E. Ammons
Stevenson & Ammons
3700 Montrose Boulevard
Houston, Texas 77006

Ramon Garcia
Law Offices of Ramon Garcia, P.C.
222 West University Drive
Edinburg, Texas 78539

Mr. George C. Kraehe
Willette & Guerra, L.L.P.
3505 Boca Chica Boulevard, Suite 460
Brownsville, Texas 78521

Mr. Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501

Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

Ms. Colleen Forster
5652 Pinon Vista Drive
Austin, Texas 78724

Ms. Mary Ann Courter
Texas Department of Public Safety
5805 Lamar Boulevard
Post Office Box 4087
Austin, Texas 78773-0001

Ms. Eileen Peeples
Post Office Box 2283
New Caney, Texas 77357

W. Lamoine Holland
1920 Nacogdoches Road, Suite 100
San Antonio, Texas 78209

49477:987830.1:110701                                              -3-