69

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
FILED

MAR 0 8 2002

Michael N. Milby
Clerk of Court

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| B | | 01-CV-157 |

In Re the Complaint and Petition of Brown Water Towing, I, Inc., et al

**This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:**

Mark J. Spansel
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139
(504) 581-3234
Louisiana Bar No. 12314
Eastern District of Louisiana

United States District Court
Southern District of Texas
ENTERED

MAR 1 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

80

**Seeks to appear as the attorney for this party:**

State of Texas, through its Department of Transportation

Dated: _____   Signed: /s/ Mark Spansel

### ORDER

This lawyer is admitted *pro hac vice*.

Signed on  3/11 , 02 .   _____
United States District Judge

SDTX (d_prohac.ord)
02/03/98