70

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

MAR 0 8 2002

Michael N. Milby
Clerk of Court

| B | | 01-CV-157 |

In Re the Complaint and Petition of Brown Water Towing, I, Inc., et al

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

Edwin C. Laizer
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139
(504) 581-3234
Louisiana Bar No. 17014
Eastern District of Louisiana

United States District Court
Southern District of Texas
ENTERED

MAR 11 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

81

Seeks to appear as the attorney for this party:

State of Texas, through its Department of Transportation

Dated: _____   Signed: _____

## ORDER

This lawyer is admitted *pro hac vice*.

Signed on 3/11, 02.

_____
United States District Judge

SDTX (d_prohac.ord)
02/03/98