U.S. DISTRICT COURT
SOUTHERN DISTRICT TEXAS

MAR 12 2002

MICHAEL N. MILBY, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | |
| PETITION OF BROWN WATER | § | C.A. NO. B-01-157 |
| TOWING I, INC., AS OWNER, AND | § | (Subject to Rule 9 (h) |
| BROWN WATER MARINE SERVICE, | § | Of the Federal Rules |
| INC., AS BAREBOAT CHARTERER, OF | § | Of Civil Procedure) |
| THE BROWN WATER V, ITS ENGINES, | § | |
| TACKLE, ETC. IN A CAUSE OF | § | |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

## ANSWER AND PROOF OF CLAIM

1. John and Mary McCoy file this proof of claim.

2. Attached to this Proof of Claim are Exhibit A, a letter explaining our claim, and Exhibit B, a list of our expenses and other financial losses caused by Brown Water Towing I, Inc., Brown Water Marine Service, Inc., and the BROWN WATER V.

3. We oppose any limitation of liability.

Respectfully submitted,

John R. McCoy, Jr. and Mary McCoy
514 Brookside Pass
Cedar Park, Texas 78613
(512) 336-5535

*Mary M. McCoy* [signature]
Mary M. McCoy

## VERIFICATION

I swear that the facts stated in this Proof of Claim and supporting exhibits are true and correct.

Mary M. McCoy

SUBSCRIBED AND SWORN TO BEFORE ME on the 7th day of March, 2002, to which witness my hand and seal of office.



Elli Nadimi
Notary Public – State of Texas
My Commission Expires: Sept 24, 2002

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by U.S. Mail to Royston, Rayzor, Vickery & Williams, L.L.P., 1700 Wilson Plaza West, 606 N. Carancahua, Corpus Christi, Texas 78476, on this the 7th day of March, 2002.

Mary M. McCoy

Personal\poc_answer.doc

JOHN AND MARY MCCOY

January 17, 2002

CERTIFIED MAIL/RRR [7000 1530 0005 4563 0795]

Brown Water Marine Service, Inc.
Registered Agent, Hugh T. Chapman
320 Cove Harbor
Box 2205
Rockport, TX 78382

Dear Sir :

Please be advised that my family was vacationing on South Padre Island the weekend of the causeway collapse. Due to this unfortunate mishap, we were caused to suffer unforeseen financial burden.

As you may know, the hotel services were essentially shut down due to staff members not being able to get to the island to work. Therefore, the meals we pre-paid for in the hotel package, were not received. Also, various vendors along the beach were not available to provide beach activities and rentals. We also spent the majority of the days trying to obtain information and standing in line to get a boat off the island instead of vacationing with our three children.

Therefore, without having to resort to a lawsuit, we would appreciate it if Brown Water Marine Service, Inc. would reimburse our family for these expenses. I have enclosed a breakdown of these costs for your review and consideration. You will notice that we did not request reimbursement for a rental car for the period of time our van was on the island due to the fact that my husband was out of town for one month and, therefore, a second vehicle was not necessary. In exchange for full reimbursement of these expenses, we will sign a release provided by your legal counsel.

Should you need clarification on these numbers, please feel free to contact us at the above address and phone numbers. We look forward to an amicable resolution.

Sincerely,

Mary M.C. McCoy

EXHIBIT A

South Padre Island Expenses  John and Mary McCoy

| Date | Payee | Reason for Expense | Cost | Explanation |
|---|---|---|---|---|
| 09/14/01 | Bahia Mar Resort | lodging | $189.84 | [weekend package] |
| 09/15/01 | Blackbeard's | family dinner | $37.13 | [dinner outside hotel] |
| 09/15/01 | Chili's | dinner with Rich | $57.02 | [dinner with additional driver] |
| 09/16/01 | Beach shop | beach umbrella, etc. | $19.46 | [beach accessories not available from hotel] |
| 09/16/01 | Bahia Breeze Lounge | breakfast drinks | $10.50 | [breakfast not available in hotel-no cook] |
| 09/16/01 | Enterprise Rental Car | return to Cedar Park | $220.57 | [rental from Austin to So. Padre to Austin] |
| 09/16/01 | Texaco | gas | $25.38 | [fuel for rental vehicle] |
| 09/18/01 | Exxon | gas | $19.00 | [fuel for rental vehicle] |
| 10/23/01 | Greyhound | bus to Port Isabel to retrieve van | $58.00 | [transportation to Port Isabel to get van] |
| 11/12/01 | Southwestern Bell | Telephone call to Brownsville | $0.12 | [accident inquiry] |
| 11/12/01 | Southwestern Bell | Telephone call to Port Isabel | $0.06 | [accident inquiry] |
| 11/12/01 | Southwestern Bell | Telephone call to Pharr | $0.18 | [accident inquiry] |
| 09/22/01 | Southwestern Bell | Telephone call to Port Isabel | $0.18 | [accident inquiry] |
| 09/25/01 | Southwestern Bell | Telephone call to Port Isabel | $0.06 | [accident inquiry] |
| 09/16/01 | HEB | Food | $15.00 | [groceries thrown away/couldn't bring on boat] |
| 10/23/01 | John McCoy | day's wages | $133.33 | [daily wage unearned due to travel] |
| | | | $785.83 | |

EXHIBIT B