IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 2 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| IN RE THE COMPLAINT AND § | |
| PETITION OF BROWN WATER § | |
| TOWING I, INC., AS OWNER, § | |
| AND BROWN WATER MARINE SERVICE, § | |
| INC., AS BAREBOAT CHARTERER, § | CIVIL ACTION |
| OF THE BROWN WATER V, ITS ENGINES, § | |
| TACKLE, ETC., IN A CAUSE OF § | NO. B-01-157 |
| EXONERATION FROM OR § | |
| LIMITATION OF LIABILITY § | |

**FIRST AMENDED PROOF OF CLAIM**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW **ESTEBAN F. RIVAS AND MIRIAM RIVAS, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE OF STVAN F. RIVAS**, Claimants in the above entitled and numbered cause with the written consent of OPPOSING COUNSEL, and files this First Amended Proof of Claim and would respectfully show unto the Honorable Court the following:

I.

Esteban F. Rivas and Miriam Rivas are residents of the State of Texas.

Esteban F. Rivas and Miriam Rivas have initiated probate proceedings in Cameron County, Texas and are currently representatives of the Estate of Stvan Rivas.

II.

On or about September 15, 2001, while operating a motor vehicle on the Queen Isabella Causeway from South Padre Island, Texas to Port Isabel, Texas, in Cameron County, Stvan F. Rivas was severely and fatally injured as a result of the negligent acts and/or omissions of the owners, masters, charterers, agents, representatives and/or employees of the Brown Water V in operating, equipping and/or maintaining the Brown Water V.

Stvan F. Rivas' injuries, death and damages, as well as those of the claimants, were caused by the negligent acts and/or omissions of the owners, masters, charterers, agents, representatives and/or employees of Brown Water Towing 1, Inc., Brown Water Marine Service, Inc. and/or the unseaworthiness of Brown Water Marine Service, Inc.'s, and/or Brown Water Towing I, Inc.'s vessels and equipment making up the tow flotilla of that company.

Claimants would show that the condition of the vessel and its accompanying barges, including the loads being transported in the barges, the decision to attempt to tug the number of barges involved and the incompetence and/or inability of the crew assigned, all with prior knowledge of such conditions on the part of the owners, masters, charterers, agents, representatives and/or employees of Brown Water Towing I, Inc., and/or Brown Water Marine Service, Inc., evidences a knowing and flagrant disregard for the rights, safety, and welfare of Stvan F. Rivas. This flagrant disregard of rights was willful, wanton, and flagrant to such an extent as to constitute gross negligence on the part of the owners, masters and/or charterers.

III.

The injuries and damages of claimants far exceed the value of the vessels plead by Brown Water Marine Service, Inc. and/or Brown Water Towing I, Inc. for the damages. These damages include pecuniary losses resulting from the death of Stvan F. Rivas including loss of care, maintenance, support, services, advice, counsel, loss of companionship and society, mental anguish and contributions of a pecuniary value that Claimants should, in reasonable probability, have received from Stvan F. Rivas during his lifetime. Claimants also seek any and all other damages provided under any applicable laws, including Texas State law, regarding this incident.

Claimants Esteban F. Rivas and Miriam Rivas, Individually, have been damaged in that they have lost their son's affection, solace, comfort, assistance, emotional support, love and felicity. As a result of Petitioners' negligence and the resulting death of Stvan Rivas, Esteban F. Rivas and Miriam Rivas seek to recover damages for their mental anguish, emotional pain, suffering and bereavement, as well as, for the loss of companionship, love support and society that they have experienced in the past and will, in reasonable probability, experience in the future.

## IV. DAMAGES TO THE ESTATE OF STVAN F. RIVAS

As a result of the incident in question, Stvan F. Rivas suffered injuries which caused him severe and excruciating physical pain and mental anguish prior to his death. Stvan Rivas suffered for several minutes as he experienced an excruciating death underwater. As a result, his estate is entitled to recover damages for physical pain and mental anguish suffered prior to his death. The Estate of Stvan Rivas makes claim for funeral and burial expenses.

Claimants would show that by reason of the injuries sustained as above alleged, Stvan F. Rivas suffered serious injuries to his body including disfigurement, mental anguish and physical pain and suffering prior to his death. The Estate of Stvan Rivas sues for said damages in an amount in excess of the minimum jurisdictional limits of this court.

On account of the nature, seriousness, and severity of Stvan F. Rivas' injuries, he required medical attention. Stvan F. Rivas' estate has been required to pay and incur liability to pay the charges which have been and will be made for such medical care services. The Estate of Stvan Rivas sues for these damages.

On the date of the death of Stvan F. Rivas, Decedent was a twenty-two year old man who had a life expectancy in excess of fifty-one and nine/tenths years according to the U.S. Life

Tables of 1995. Claimants would further show that as a result of the Petitioners' negligence, claimants have suffered a loss of future services that would have been provided by Stvan F. Rivas had he not died.

Claimants seek damages for total loss of past wages and future earning capacity which was proximately caused by the negligence of Petitioners.

WHEREFORE, PREMISES CONSIDERED, Claimants present this claim and pray that the claim be acknowledged and for such other and further relief as the court may deem just and proper.

Respectfully submitted on this the 12th day of March, 2002.

                                      Respectfully submitted,

_____
John David Franz
State Bar No. 07389200
Fed. I.D. No. 1190

**Law Offices of John David Franz**
400 North McColl
McAllen, Texas 78501
(956) 686-3300
(956) 686-3578 (fax)
Attorney in Charge

J. Chad Gauntt
State Bar No. 07765990
Federal I.D. No. 14135
**Gauntt & Kruppstadt, L.L.P.**
9004 Forest Crossing Dr., Suite C
The Woodlands, Texas 77381
Tel. (281) 367-6555
Fax (281) 367-3705
Attorneys for Esteban F. Rivas and
Miriam Rivas, Individually and as
Representative of the Estate of Stvan F. Rivas

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument was served on all parties, or their attorneys of record, in compliance with the Texas Rules of Civil Procedure on this 12th day of March, 2002 as indicated below:

Will W. Pierson
**Royston, Razor, Vickery & Wiliams, LLP**
1700 Wilson Plaza
606 Carancahua
Corpus Christi, Texas 78476

Keith N. Uhles
**Royston, Razor, Vickery & Williams, LLP**
P.O. Box 3509
Brownsville, Texas 78523

Veronica Farias
Attorney at Law
2854 Boca Chica Blvd.
Brownsville, Texas 78520

Ray R. Marchan
**Watts & Heard**
1926 E. Elizabeth
Brownsville, Texas 78520

Juan A. Magallanes
**Magallanes, Hinojosa & Mancias**
1713 Boca Chica Blvd.
Brownsville, Texas 78520

Robert E. Ammons
**Stevenson & Ammons**
3700 Montrose
Houston, Texas 77006

Ramon Garcia
Attorney at Law
222 W. University Dr.
Edinburg, Texas 78539


John David Franz