IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 2 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION | § | |
| FOR BROWN WATER TOWING I, INC., | § | |
| AS OWNER AND | § | C.A. No. B-01-157 |
| BROWN WATER MARINE SERVICE, INC., | § | (Subject to Rule 9(h) |
| AS BAREBOAT CHARTERERS, OF THE | § | of the Federal Rules |
| OF THE BROWN WATER V, | § | of Civil Procedure) |
| ITS ENGINES, TACKLE, ETC., | § | Admiralty |
| IN A CAUSE OF EXONERATION FROM | § | |
| OR LIMITATION OF LIABILITY | § | |

## CLAIMANTS' CLAIMS AND JOINT ANSWER TO PETITIONERS' VERIFIED COMPLAINT AND PETITION FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY

TO THEN HONORABLE JUDGE OF SAID COURT:

COME NOW, all Claimants identified in Exhibit A attached hereto, and file their claims and answers to the Verified Complaint and Petition for Exoneration From And/Or Limitation of Liability of Brown Water Towing I, Inc., as Owner, and Brown Water Marine Services, Inc., as Bareboat Charterer, of the Brown Water V, Its Engines, Tackle, Etc., (herein Petitioners). In support thereof, Claimants would show the Court as follows:

## I.

### Claim for Damages

1.    On or about September 15, 2001, a portion of the Queen Isabella Causeway collapsed when barges were pushed by a tugboat owned by Petitioners collided with the causeway. As a result of the negligence by Petitioners, Claimants sustained damages.

2.    As a result of Petitioners' negligence, carelessness and/or unseaworthiness of the vessel, Claimants sustained damages, including loss of profits, business interruption and personal loss of income.

3.     Claimants are entitled to bring an action and claim for the damages they sustained.

4.     Each Claimant identified in Exhibit A asserts a distinct and separate claim from all of the other Claimants.

5.     Nothing Claimants did or failed to do on the occasion in question caused or in any way contributed to the damages sustained by Claimants.

6.     These claims are being made without prejudice to Claimants' position that Petitioners' exoneration from and/or limitation of liability proceeding is improper and should be dismissed.

7.     Similarly, these claims are being made without prejudice to Claimants' challenging the sufficiency of Petitioners' limitation fund by written motion and/or moving this Court for an order to increase the value of Petitioners' limitation fund.

## II.
### Answer to Complaint

COME NOW, all Claimants identified in Exhibit A attached hereto, and file their answers to the Verified Complaint of Brown Water Towing I, Inc., as Owner, and Brown Water Marine Services, Inc., as Bareboat Charterer, of the Brown Water V, Its Engines, Tackle, Etc., (herein Petitioners).  In support thereof, each Claimant would show the Court  and allege the following:

1.     Claimants can neither admit nor deny the allegations contained in paragraph I of Petitioners' Complaint.

2.      Claimants can neither admit nor deny the allegations contained in paragraph II of Petitioners' Complaint that Petitioner's vessel was a tug boat and had a gross registered tonnage of approximately 84 tons and approximate net registered tonnage of 57 net tons and had an official number of 580422.  Claimants deny that Petitioners were at all times seaworthy and that it was efficiently manned, supplied, equipped, and furnished and well sand sufficient fitted and supplied with suitable engines, machinery, tackle, apparel, appliances and furniture, all in good order and condition and suitable for the service in which the vessel was engaged.

3.      Claimants admit the allegations contained in paragraph III of Petitioners' Complaint to the extent of information available to Claimants.

4.      Claimants deny the allegations contained in paragraph IV of Petitioners' Complaint.

5.      Claimants deny the allegations contained in paragraph V of Petitioners' Complaint.

6.      Claimants deny the allegations contained in paragraph VI of Petitioners' Complaint.

7.      Claimants deny the allegations contained in paragraph VII of Petitioners' Complaint.

8.      Claimants deny the allegations contained in paragraph VIII of Petitioners' Complaint.

9.      Claimants admit the allegations contained in paragraph IX of Petitioners' Complaint.

10.    Claimants deny the allegations contained in paragraph X of Petitioners' Complaint.

11.    Claimants deny the allegations contained in paragraph XI of Petitioners' Complaint.

12.    Claimants deny the allegations contained in paragraph XII of Petitioners' Complaint.

13.    Claimants can neither admit nor deny the allegations contained in paragraph XIII of Petitioners' Complaint.

14.    Claimants can neither admit nor deny the allegations contained in paragraph XIV of Petitioners' Complaint.

15.    Claimants can neither admit nor deny the allegations contained in paragraph XV of Petitioners' Complaint.

16.    Claimants deny the allegations contained in paragraph XVI of Petitioners' Complaint.

17.    Claimants can neither admit nor deny the allegations contained in paragraph XVII of Petitioners' Complaint.

18.    Claimants can neither admit nor deny the allegations contained in paragraph XVIII of Petitioners' Complaint.

WHEREFORE, PREMISES CONSIDERED, Claimants pray that Petitioners' complaint be dismissed and grant Claimants any other relief, both legal and equitable, to which they may show themselves entitled.

Respectfully submitted,

SLACK & DAVIS, L.L.P.

By _____

MICHAEL L. SLACK
State Bar No. 18476800
Federal ID No.
8911 Capital of Texas Highway
Building Two, Suite 2110
Austin, TX 78759
(512) 795-8686
(512) 795-8787 (fax)

ATTORNEY-IN-CHARGE FOR CLAIMANTS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument has been served on all counsel of record on this the ___11___ day of March, 2002.

_____
MICHAEL L. SLACK

C.A. NO. B-01-157
EXHIBIT "A"

| No. | CLAIMANT | TYPE OF LOSS | AMOUNT OF LOSS (UNLIQUIDATED CLAIM IN EXCESS OF STATED AMOUNT) |
|---|---|---|---|
| 1 | 202 Bayside Bar & Grill<br>944 Marine Dr.<br>Brownsville, TX   78521 | Economic Loss, Lost Profits & Business Interruption | > $100,000.00 |
| 2 | A-1 Taxi & A-1 Limousine<br>5312 Padre Blvd.<br>South Padre Island, TX   78597 | Economic Loss,  Lost Profits & Business Interruption | > $25,000.00 |
| 3 | Amberjack's Bar and Grill, Inc.<br>209 W. Whiting<br>South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | > $100,000.00 |
| 4 | Charlie Armendariz<br>Charter Captain<br>1178 Boca Chica<br>Brownsville, TX   78520 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 5 | BK's Beach to Bay Enterprises, Inc., dba<br>BK's Carpet & Upholstery Cleaning<br>104 E. Tarpon CL-1, #44<br>South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 6 | Rodolfo Barrera<br>215 Dodds<br>Los Fresnos, TX   78566 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 7 | Rick and Brenda Bays<br>12619 #2 Fitzhugh Rd.<br>Austin, TX   78736 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 8 | Bubba's Bayside Bar-B-Que Restaurant<br>209 W. Whiting<br>South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| 9 | Buena Suerte Sport Fishing Charters<br>209 W. Whiting<br>South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 10 | Cactus Flower Interiors<br>3009 Padre Blvd.<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $50,000.00 |
| 11 | Capt. Thomas Charter Fishing<br>P. O. Box 1247<br>Port Isabel, TX   78578 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 12 | Casa de Siesta Bed & Breakfast<br>4610 Padre Blvd.<br>South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | > $100,000.00 |

| No. | CLAIMANT | TYPE OF LOSS | AMOUNT OF LOSS (UNLIQUIDATED CLAIM IN EXCESS OF STATED AMOUNT) |
|---|---|---|---|
| 13 | Dolly Castillo<br>814 Ebony Lane<br>Laguna Vista, TX   78578 | Personal Loss of Income | > $5,000.00 |
| 14 | Coffey Construction<br>P. O. Box 3405<br>South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | > $1,000,000.00 |
| 15 | Rae Déjur<br>210 Magnolia Creek Rd.<br>Santa Rosa Beach, FL   32459 | Personal Loss of Income | > $5,000.00 |
| 16 | Designer's Discount Showroom<br>222 N. Expressway<br>Brownsville, TX   78521 | Economic Loss, Lost Profits & Business Interruption | > $50,000.00 |
| 17 | Edelstein's Better Furniture and Show Case<br>222 N. Expressway<br>Brownsville, TX   78521 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| 18 | Fedigan Construction<br>P. O. Box 3244<br>South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | Undetermined |
| 19 | Adrian Flandes<br>Charter Guide<br>302 Mesquite Dr.<br>Laguna Vista, TX   78578 | Economic Loss, Lost Profits & Business Interruption; Personal Loss of Income | > $5,000.00 |
| 20 | Furcron Realtors<br>4800 Padre Blvd.<br>South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| 21 | Pedro Garcia, III<br>Charter Guide<br>207 Abony Lane<br>Laguna Vista, TX   78578 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 22 | Ghilain, Inc.<br>209 W. Whiting<br>South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | > $15,000.00 |
| 23 | Risa Ann Ghilain<br>209 W. Whiting<br>South Padre Island, TX   78597 | Personal Loss of Income | > $5,000.00 |
| 24 | Mark A. Guillot<br>Charter Guide<br>P. O. Box 2236<br>South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 25 | Joe Gutierrez, III<br>P. O. Box 890<br>Port Isabel, TX   78578 | Economic Loss, Lost Profits & Business Interruption | > $2,000.00 |

| No. | CLAIMANT | TYPE OF LOSS | AMOUNT OF LOSS (UNLIQUIDATED CLAIM IN EXCESS OF STATED AMOUNT) |
|---|---|---|---|
| 26 | Adam and Marcela Hancock<br>CL 1, Box 1<br>109 W. Tarpon<br>South Padre Island, TX   78597 | Personal Loss of Income | > $5,000.00 |
| 27 | Island Market<br>5312 Padre Blvd.<br>South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | > $50,000.00 |
| 28 | Island Pharmacy<br>P. O. Box 3134<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 29 | J. W. Properties, Inc.<br>P. O. Box 2100<br>South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 30 | J. W. Restaurants, Inc.<br>P. O. Box 2100<br>South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | > $50,000.00 |
| 31 | Jim Reynolds Hair Design<br>P. O. Box 2658<br>South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 32 | Jim's Pier, Inc.<br>209 W. Whiting<br>South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| 33 | Joseph's Restaurant<br>P. O. Box 3557<br>South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | > $100,000.00 |
| 34 | Kelly's Irish Pub<br>101 E. Morningside Dr.<br>South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | > $50,000.00 |
| 35 | Kohnami Restaurant<br>1933 S. 10th St.<br>McAllen, TX 78503 | Economic Loss, Lost Profits & Business Interruption | > $50,000.00 |
| 36 | La Jaiba Seafood Restaurant and Lounge<br>2001 Padre Blvd.<br>South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| 37 | LaVina's Natural Nail Care<br>P. O. Box 2582<br>South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | > $4,000.00 |
| 38 | Michael and Judy Lemmons<br>P. O. Box 2762<br>South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption; Personal Loss of Income | > $25,000.00 |
| 39 | Miramar Resort<br>P. O. Box 2100<br>South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruptions | > $25,000.00 |

| No. | CLAIMANT | TYPE OF LOSS | AMOUNT OF LOSS (UNLIQUIDATED CLAIM IN EXCESS OF STATED AMOUNT) |
|---|---|---|---|
| 40 | Marina Village, Inc. c/o 1 Padre Blvd. South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 41 | Massage & Healing Arts Center 2100 Padre Blvd. South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| 42 | Andrew L. Minkler P. O. Box 164 Port Isabel, TX   78578 | Personal Loss of Income | > $5,000.00 |
| 43 | Padre Island Brewing Co., Inc. 3400 Padre Blvd. South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| 44 | Glen and Joyce Pfeil 755 Katy Fwy, #153 Houston, TX   77024 | Economic Loss, Lost Profits & Business Interruption | > $3,000.00 |
| 45 | Pro-Fit Gym 5800 Padre Blvd. South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| 46 | Property Management Co. 4800 Padre Blvd. South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| 47 | Richard Stockton Photography P. O. Box 3893 South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| 48 | Sangria Condominium, Inc. 1400 Gulf Blvd. South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 49 | Sea Ranch Enterprises, Inc. c/o 1 Padre Blvd. South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | > $50,000.00 |
| 50 | South Padre Island Fishing Center Joint Venture c/o 1 Padre Blvd. South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | > $50,000.00 |
| 51 | SPI Management d/ba Radisson Resort SPI 500 Padre Blvd. South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | > $100,000.00 |
| 52 | SPI Security 1004 Padre Blvd. South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |

| No. | CLAIMANT | TYPE OF LOSS | AMOUNT OF LOSS (UNLIQUIDATED CLAIM IN EXCESS OF STATED AMOUNT) |
|---|---|---|---|
| 53 | SPI Texas Enforcement Group, Inc., dba Mail Boxes Etc. #4075 1004 Padre Island, TX  78597 South Padre Island, TX  78597 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 54 | Lee Roy Summerlin Charter Guide P. O. Box 2614 South Padre Island, TX  78597 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 55 | T-Brent 702-2 Continental Circle Brownsville, TX  78521 | Economic Loss, Lost Profits & Business Interruption | > $50,000.00 |
| 56 | Ted's Restaurant, Inc. P. O. Box 2527 South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $50,000.00 |
| 57 | Texas Beach House CL8, Box 2 South Padre Island, TX  78597 | Economic Loss, Lost Profits & Business Interruption | > $4,000.00 |
| 58 | The Coastal Current P. O. Box 2429 South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $50,000.00 |
| 59 | The Town of South Padre Island c/o Paul Y. Cunningham P. O. Box 2729 South Padre Island, TX  78597 | Economic Loss & Lost Revenues | > $500,000.00 |
| 60 | Uncle Buggies Beach Buggy Rentals 1612 Padre Blvd. South Padre Island, TX  78597 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| 61 | Gilbert Vela Charter Captain Box 6803 Port Isabel, TX  78578 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| 62 | Ybarra's Tire Busters 203 Maxan St. Port Isabel, TX  78578 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |