IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 3 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C. A. NO. B-01-157<br>Admiralty<br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315,VLB-9182,ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C. A. NO. B-02-004<br>Admiralty |

## VERIFIED CLAIM OF BROWN WATER TOWING I, INC.

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, the Claimant, Brown Water Towing I, Inc., and makes this its claim against the Petitioners American Commercial Lines, L.L.C. and American Commercial Barge Line, L.L.C., showing as follows:

I.

This claim arises out of the allision with the Queen Isabella Causeway on or about September 15, 2001, which is the date this claim accrued. In the unlikely event that any claimants are successful in establishing a claim against Brown Water Towing I, Inc., then Brown Water Towing I, Inc. claims contribution and/or indemnity from the Petitioners American Commercial Lines, L.L.C. and American Commercial Barge Line, L.L.C.

49477:1003969.1:031302

WHEREFORE, PREMISES CONSIDERED, Brown Water Towing I, Inc. requests that the Court file its Claim among the papers in this cause, that the Claim be acknowledged and that Brown Water Towing I, Inc. recover on its Claim for contribution and indemnity in the unlikely event that Claimants are successful in proving a claim against Brown Water Towing I, Inc. Further, Brown Water Towing I, Inc. requests all other relief to which it may be entitled at law, in equity, or in admiralty.

Respectfully submitted,

*Will W. Pierson by permission by Keith N. Uhles*

Will W. Pierson
State Bar No. 16003100
Federal ID 1931
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
(361) 884-8808
(361) 884-7261 Facsimile

Keith N. Uhles
State Bar No. 20371100
Federal ID No. 1936
James H. Hunter, Jr.
State Bar No. 00784311
Federal ID No. 15703
55 Cove Circle
P. O. Box 3509
Brownsville, Texas 78523-3509
Telephone: (956) 542-4377
Telecopier: (956) 542-4370

ATTORNEYS FOR BROWN WATER TOWING I, INC.

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

## CERTIFICATE OF SERVICE

I certify that the foregoing was mailed by the means indicated to the counsel listed below on this 13th day of March, 2002.

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Hon. Mark J. Spansel
ADAMS & REESE, L.L.P.
4500 One Shell Square
New Orleans, LA 70139

Mr. Michael Ratliff
Office of the Attorney General - State of Texas
Post Office Box 12548
Austin, Texas 78711-2548

Mr. James B. Manley
Attorneys at Law
3616 Preston Road
Pasadena, Texas 77505

Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381

William Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550

Mr. Glen Goodier
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100

Mr. Les Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471

United States Department of Transportation
c/o Hon. Greg Serres, United States Attorney
600 East Harrison, Suite 201
Brownsville, Texas 78520-7114

A.G. Hill Power
c/o Ms. Janet Thompson
6654 Leopard Street
Corpus Christi, Texas 78409

Central Power & Light
c/o C.T. Corporation System
350 N. St. Paul Street
Dallas, Texas 75201

Outdoor RV Resorts South Padre
c/o Dave Fletcher
900 South Garcia Street
Port Isabel, Texas 78578

Long Island Bridge Company
c/o John R. Freeland
806 Pecan
McAllen, Texas 78501

Mr. Brian G. Janis
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284

Texas Parks & Wildlife Department
5541 Bear Lane, Suite 232
Corpus Christi, Texas 78405

Ms. Heather Askwig
2332 West Solano Drive
Phoenix, AZ 85015

Ms. Edith Curtis
4268 Airport Road
Tioga, Texas 76271

Ms. Kay Keese
Post Office Box 457
Bells, Texas 75414

Mr. Doyle McClendon
3211 North Inspiration Road, Apt. 2
Mission, Texas 78572

Robert and Virginia Fandrich
5101 Berdi Way
Stockton, CA 95207

Charles Nathanson
23102 Botkins Road
Hockley, Texas 77447

Annaca Page
16810 Tranquil Drive
Sugar Land, Texas 77478

N. Fay Rutledge
726 Partridge Lane
Eagle Lake, Texas 77434

Mr. Romeo Miller
3106 Barnes Bridge
Dallas, Texas 75228

Mr. J. A. Magallanes
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Blvd.
Post Office Box 4901
Brownsville, Texas 78520

Mr. Geoffrey Amsel
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78215

Ms. Yolanda De Leon, County Attorney
Cameron County Courthouse
974 E. Harrison Street
Brownsville, Texas 78520-7198

Department of the Army
Corps of Engineers
1920 North Chaparral Street
Corpus Christi, Texas 78401
ATTN: Mr. Elijio Garza
　　　　Area Engineer

Texas Parks & Wildlife Department
4200 Smith School Road
Austin, Texas 78744
ATTN: Mr. Boyd Kennedy, Staff Attorney
　　　　Law Enforcement Division

Commanding Officer
United States Coast Guard
Marine Safety Office-Corpus Christi
555 N. Carancahua St., #500
Corpus Christi, Texas 78478-0012
ATTN: Lt. D. J. Fassero
　　　　Freedom of Information Act Coordinator

Texas Department of Transportation
600 West US 83 Expressway
P. O. Drawer EE
Pharr, Texas 78577
ATTN: Amadeo Saenz, District Engineer

Robert E. Ammons
Stevenson & Ammons, L.C.
3700 Montrose Boulevard
Houston, Texas 77006

Ramon Garcia
Law Offices of Ramon Garcia, P.C.
222 West University Drive
Edinburg, Texas 78539

Mr. George C. Kraehe
Willette & Guerra, L.L.P.
3505 Boca Chica Boulevard, Suite 460
Brownsville, Texas 78521

Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

Ms. Colleen Forster
5652 Pinon Vista Drive
Austin, Texas 78724

Ms. Mary Ann Courter
Texas Department of Public Safety
5805 Lamar Boulevard
Post Office Box 4087
Austin, Texas 78773-0001

Ms. Eileen Peeples
Post Office Box 2283
New Caney, Texas 77357

W. Lamoine Holland
1920 Nacogdoches Road, Suite 100
San Antonio, Texas 78209

John and Mary McCoy
514 Brookside Pass
Cedar Park, Texas 78613

Mr. Raymond Thomas
Mr. Andres Gonzalez
Kittleman, Thomas, Ramirez & Gonzales
4900-B N. 10th Street
McAllen, Texas 78504

S. Mark Strawn, Esq.
Schirrmeister Ajamie, L.L.P.
Pennzoil Place-South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002

Julio Cesar Mireles, Deceased
305 W. 10th Street
Los Fresnos, Texas 78566

Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307

Mr. Max Key
K/R Electrical Services
3722 Pinemont Drive
Houston, Texas 77018

Mr. Cliff Garrard
Independence Plumbers of South Texas
8602 Robindell
Houston, Texas 77074

Julian Rodriguez, Jr.
Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501

_____
Of Royston, Rayzor, Vickery & Williams, L.L.P.

## VERIFICATION

STATE OF TEXAS         §
                       §
COUNTY OF ARANSAS      §

Before me the undersigned authority, on this day personally appeared Stephen Mosher, who is personally known to me, and who first been duly sworn according to law upon his oath swore that the facts stated herein are true and correct and said:

My name is Stephen Mosher. I am a U.S. citizen and am over the age of 18 years of age. I am an authorized representative of the Claimant Brown Water Towing I, Inc. in the captioned matter. I am duly authorized and fully capable of making this verification. In the event that the claimants prevail on a claim against Brown Water Towing I, Inc., Brown Water Towing I, Inc. seeks contribution and indemnity from American Commercial Lines, L.L.C. and American Commercial Barge Line, L.L.C. as provided by law.

_____
Stephen Mosher, authorized representative
of Brown Water Towing I, Inc.

SUBSCRIBED AND SWORN TO BEFORE ME this 12th day of March, 2002.

_____
Notary Public in and for the State of Texas

My Commission expires: 4/25-2002