United States District Court
Southern District of Texas
FILED.

MAR 1 3 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND § | |
| PETITION OF BROWN WATER § | |
| TOWING I, INC., AS OWNER, AND § | C.A. NO. B-01-157 |
| BROWN WATER MARINE SERVICE, § | (SUBJECT TO RULE 9 (h) |
| INC., AS BAREBOAT CHARTERER, § | OF THE FEDERAL RULES |
| OF THE BROWN WATER V, ITS § | OF CIVIL PROCEDURE) |
| ENGINES, TACKLE, ETC. IN A § | ADMIRALTY |
| CAUSE OF EXONERATION FROM § | |
| OR LIMITATION OF LIABILITY § | |

## FIRST AMENDED PROOF OF CLAIM AND OBJECTION TO EXONERATION

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Southwestern Bell Telephone, L.P. ("SWBT") and files this Proof of Claim and Objection to Exoneration against Brown Water Towing I, Inc. and Brown Water Marine Service for damages caused by the motor vessel Brown Water V, and would state the following in support thereof:

I.

SWBT alleges that on or about September 15, 2001, SWBT's fiber optic cables were damaged and/or destroyed as a direct result of the collapse of a portion of the causeway bridge caused by the collision of the motor vessel Brown Water V with the causeway. SWBT alleges that the Brown Water V's collision with the Queen Isabella Causeway was a direct result of the negligent and grossly negligent acts and/or omissions of Brown Water Towing I, Inc. and Brown Water Marine Service, Inc. in maintaining, operating and staffing the Brown Water V and its tow barge flotilla, and making same unseaworthy and unsafe to operate.

II.

SWBT further alleges that Brown Water Towing I, Inc. and Brown Water Marine Service, Inc. knew, had prior knowledge, had constructive knowledge, and reasonably should have known of these negligent and gross negligent acts and/or omissions in the maintenance,

operation and staffing of the Brown Water V and its tow barge flotilla. Such prior knowledge evidences these companies' disregard for the safety and welfare of its employees, the general public and the commercial interests of SWBT and other companies adversely affected by the collapse.

### III.

SWBT alleges that the injuries and damages suffered by it far exceed the value of the vessel plead by Brown Water Marine Service, Inc. and/or Brown Water Towing I, Inc. in seeking limitation or exoneration of liability. SWBT further alleges that under the applicable legal standard, plaintiffs have no basis to maintain this action to exonerate or limit their liability. SWBT's damages include loss of use, revenue, and repair costs far in excess of the value of the vessel. SWBT estimates its total claim at $231,294.74, plus applicable reasonable attorneys' fees and pre-judgment interest. SWBT seeks any and all other damages provided for under any applicable laws of the State of Texas and the United States arising from the incident caused by Brown Water Towing I, Inc. and Brown Water Marine Service, Inc.

### PRAYER

SWBT presents and files this claim and objection against Brown Water Towing I, Inc. and Brown Water Marine Service, Inc., as owners/operators of the Brown Water V and its engines, tackle, etc., prays that its claim be acknowledged, and that SWBT be awarded any and all relief the Court may deem just and proper.

Respectfully submitted,

By _____
Geoffrey Amsel
State Bar No. 01161570
1010 N. St. Mary's Street, Room 1403
San Antonio, Texas 78215
Telephone: (210) 886-4805
Telecopier: (210) 222-7194

ATTORNEY FOR
SOUTHWESTERN BELL TELEPHONE, L.P.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice of Appearance and Designation of Lead Counsel was mailed on March ___7___, 2002, by United States, first class to the following counsel and parties of record:

Will W. Pierson
Royston, Rayzor, Vickery & Williams, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
*Attorneys for Petitioners*

Keith N. Uhles
Royston, Rayzor, Vickery & Williams, L.L.P.
55 Cove Circle
Brownsville, Texas 78521
*Attorneys for Petitioners*

Hon. Mark J. Spansel
Adams & Reese, L.L.P.
4500 One Shell Square
New Orleans, LA 70139
*Attorneys for Texas Dept. of Transportation*

James B. Manley
Attorney at Law
3616 Preston Road
Pasadena, Texas 77505
*Attorney for William Morris Welch*

Heriberto Medrano
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550
*Attorney for the Estate of Robert Harris*

William Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
PO Box 2206
Victoria, Texas 77902-2206
*Attorneys for Ricky Leavell and
Carol Leavell, Indv. and as Rep. of the
Estate of Robin Faye Leavell, Deceased*

Ray R. Marchan
Watts & Heard, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
*Attorneys for Plaintiffs Lydia Zamora, Indv. and as
Rep of the Estate of Hector Martinez, Jr., Deceased;
Gustavo Morales; Bigo's International, L.L.C.;
Esteban F. Rivas and Maria Miriam Rivas, Indv. and
as Rep. of the Estate of Stevan F. Rivas; Jacqueline
Paddock, Indv. and A/N/F of William B. Welch and
as Rep. of the Estate of Chelsea Welch.*

Phil A. Bellamy
Law Offices of Phil A. Bellamy
815 Ridgewood
Brownsville, Texas 78520
*Attorney for ZT, Inc. d/b/a Wings and Mirage*

MIDWEST8968.v1                                  3

William R. Edwards
The Edwards Law Firm, L.L.P.
1400 Frost Bank Plaza
Corpus Christi, Texas 78403-0480

Glen Goodier
Jones, Walker, Waechter,
Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100
*Attorney for American Commercial Barge Lines*

Sandra D. Laurel
Snow & Laurel, L.L.P.
310 West Sunset
San Antonio, Texas 78209
*Attorney for Daisy Harris as Administrator of the Estate of Robert Victor Harris*

United States Department of Transportation
c/o Hon. Greg Serres, United States Attorney
600 East Harrison, Suite 201
Brownsville, Texas 78520-7114

Attn: Amadeo Saenz, District Engineer
Texas Department of Transportation
P.O. Drawer EE
Pharr, Texas 78577

A.G. Hill Power
c/o Janet Thompson
6654 Leopard Street
Corpus Christi, Texas 78409

Central Power & Light
c/o/ C.T. Corporation System
350 N. St. Paul Street
Dallas, Texas 75201

Outdoor RV Resorts South Padre
c/o Dave Fletcher
900 South Garcia Street
Port Isabel, Texas 78578

Long Island Bridge Company
c/o John R. Freeland
806 Pecan Street
McAllen, Texas 78501

Brian G. Janis
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
*Attorney for
Port Isabel-San Benito Navigation District*

Heather Askwig
2332 West Solano Drive
Phoenix, AZ 85015

Edith Curtis
4268 Airport Road
Tioga, Texas 76271

Kay Keese
P.O. Box 457
Bells, Texas 75414

Doyle McClendon
3211 North Inspiration Road, Apt. 2
Mission, Texas 78572

Robert and Virginia Sandrich
5101 Berdi Way
Stockton, CA 95207

Charles and Darla Nathanson
23102 Botkins Road
Hockley, Texas 77447

Annaca Page
16810 Tranquil Drive
Sugar Land, Texas 77478

N. Fay Rutledge
726 Partridge Lane
Eagle Lake, Texas 77434

Romeo Miller
3106 Barnes Bridge
Dallas, Texas 75228

J.A. Magallanes
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Cica
P.O. Box 4901
Brownsville, Texas 78520
*Attorney for
Laguna Madre Water District of Port Isabel*

George C. Kraehe
Willette & Guerra, L.L.P.
3505 Boca Chica Blvd., Suite 460
Brownsville, Texas 78521
*Attorney for Cameron County*

Ms. Colleen Forster
5652 Pinon Vista Drive
Austin, Texase 78724

Attn: Elijio Garza, Area Engineer
Department of the Army
Corps of Engineers
1920 N. Chaparral Street
Corpus Christi, Texas 78404

Attn: Boyd Kennedy
Staff Attorney, Law Enforcement Division
Texas Parks & Wildlife Department
420 Smith School Road
Austin, Texas 78744

Texas Parks & Wildlife Department
5541 Bear Lane, Suite 232
Corpus Christi, Texas 78405

Commanding Officer
Attn: Lt. D.J. Fassero
Freedom of Information Coordinator
United States Coast Guard
Marine Safety Office-Corpus Christi
400 Mann Street, Suite 210
Corpus Christi, Texas 78401

Mary Ann Courter
Texas Department of Public Safety
5805 Lamar Blvd.
P.O. Box 4087
Austin, Texas 78773-0001

Veronica Farias
Law Offices of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

Robert E. Ammons
Stevenson & Ammons
3700 Montrose Blvd.
Houston, Texas 77006

Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501

John David Franz
Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

J. Chad Gauntt
Gauntt & Kruppstadt, LLP
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381

Ramon Garcia
Law Offices of Ramon Garcia, PC
222 West University Drive
Edinburg, Texas 78539

Thomas E. Quirk
Aaron & Quirk
901 NE Loop 410, Suite 903
San Antonio, Texas 78209-1307
*Attorney for Bridgette M. Goza*

Attn: Michael Ratliff
Office of Attorney General-State of Texas
P.O. Box 12548
Austin, Texas 78711-2548

Eileen Peeples
P.O. Box 2283
New Caney, Texas 77357

W. Lamoine Holland
1920 Nacogdoches Road, Suite 100
San Antonio, Texas 78209

S. Mark Strawn
Schirrmeister Ajamie, L.L.P.
711 Louisiana Street, Suite 2150
Houston, Texas 77002

Raymond Thomas
Andres Gonzales
Kittleman, Thomas, Ramirez & Gonzales
4900-B N. 10th Street
McAllen, Texas 78504

Yolanda De Leon
County Attorney
Cameron County Courthouse
974 E. Harrison Street
Brownsville, Texas 78520-7190

_____
Geoffrey Amsel