IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 4 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| IN RE THE COMPLAINT AND *  | |
| PETITION OF BROWN WATER *  | |
| TOWING I, INC., AS OWNER, AND *  | |
| BROWN WATER MARINE SERVICE, * | CIVIL ACTION |
| INC., AS BAREBOAT CHARTERER, OF * | |
| THE BROWN WATER V, ITS ENGINES * | NO. B-01-157 |
| TACKLE, ETC., IN A CAUSE OF * | |
| EXONERATION FROM OR * | |
| LIMITATION OF LIABILITY * | |

**<u>ANSWER OF ANITA HARRIS, INDIVIDUALLY AND AS NEXT FRIEND OF VICTOR JUSTIN HARRIS, AND AS REPRESENTATIVE OF THE ESTATE OF ROBERT V. HARRIS
TO THE LIBEL AND PETITION OF
BROWN WATER TOWING I, INC. AS OWNER, AND
BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

THE ANSWER OF **ANITA HARRIS, INDIVIDUALLY AND AS NEXT FRIEND OF VICTOR JUSTIN HARRIS, AND AS REPRESENTATIVE OF THE ESTATE OF ROBERT V. HARRIS, (hereafter 'CLAIMANTS')** TO THE LIBEL AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION OR LIMITATION OF LIABILITY, on information and belief respectfully allege the following.

"CLAIMANTS" cannot fully answer any of the allegations made by Petitioners Brown Water Towing I, Inc. and Brown Water Marine Service, Inc. as <u>no</u> discovery has been conducted and all pleadings normally filed by CLAIMANTS have been stayed by

Order of the Court.

Therefore, subject to filing amended answers as discovery proceeds CLAIMANTS file the following answers to Petitioners claims as stated in their original complaint.

### I.

Claimants can neither admit nor deny the allegations contained in paragraph I of Petitioner's complaint.

### II.

Claimants can neither admit nor deny the allegations contained in paragraph II of Petitioner's complaint. However, Claimant denies that The BROWN WATER V was at all times material hereto and in all respects seaworthy and properly and efficiently manned, supplied, equipped and furnished, and well sufficiently fitted and supplied with suitable engines, machinery, tackle, apparel, appliance and furniture, all in good order and condition, and suitable for the service in which she was engaged.

### III.

Claimants do not deny the allegations contained in paragraph III, however, Claimants request that a more definite statement be made by Petitioners as to what caused the collision of their vessel and barges with the Port Isabel causeway.

### IV.

Claimants deny the allegations contained in paragraph number IV.

### V.

Claimants deny the allegations contained in paragraph number V.

### VI.

Claimants deny the allegations contained in paragraph number VI.

## VII.

Claimants can neither admit nor deny the allegations contained in paragraph number VII of petitioner's complaint.

## VIII.

Claimants deny the allegations contained in paragraph number VIII of petitioner's complaint.

## IX.

Claimants do not deny the allegations contained in paragraph number IX of Petitioner's complaint.

## X.

Claimants can neither admit nor deny the allegations contained in paragraph number X of Petitioner's complaint.

## XI.

Claimants deny the allegations contained in paragraph number XI of Petitioner's complaint.

## XII.

Claimants deny the allegations contained in paragraph XII.

## XIII.

Claimants can neither admit nor deny the allegations contained in paragraph number XIII of petitioner's complaint.

## XIV.

Claimants deny that the amount alleged in paragraph number XIV of petitioner's

complaint is sufficient.

## XV.

Claimants can neither admit nor deny the allegations contained in paragraph number XV of petitioner's complaint.

## XVI.

Claimants can neither admit nor deny the allegations contained in paragraph number XVI of petitioner's complaint.

## XVII.

Claimants can neither admit nor deny at this time those allegations contained in paragraph number XVII.

## XVIII.

Claimants can neither admit nor deny at this time those allegations contained in paragraph number XVIII.

## XIX.

WHEREFORE, PREMISES CONSIDERED, Respondent/Claimant **Anita Harris**, Individually and as Next Friend of Victor Justin Harris, and as Representative of the Estate of Robert V. Harris, prays that this Court deny petitioner's claim for limitation of liability and that respondent/claimant be allowed to recover the full amount of damages as determined by a jury of the claimant's peers and for such other and further relief as the claimant can be justly entitled.

Respectfully submitted,

Law Offices of
Heriberto 'Eddie' Medrano
1101 West Tyler
Harlingen, Texas 78550
Telephone:   (956) 428-2412
Facsimile:    (956) 428-2495

_____
HERIBERTO 'EDDIE' MEDRANO
State Bar No. 13897800
Federal Bar No. 5952

Attorney for Anita Harris, Individually and as Next Friend of Victor Justin Harris, and as Representative of the Estate of Robert V. Harris.

5

## CERTIFICATE OF SERVICE

I, Heriberto 'Eddie' Medrano, hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to the following counsel on this 14th day of March 2002, via certified mail and regular mail to the following counsel.

*(signature)*

HERIBERTO 'EDDIE' MEDRANO

## SERVICE LIST

Mr. Will W. Pierson
ROYSTON, RAYZOR, VICKERY
 & WILLIAMS, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476

**CMRRR NO. 7000 1530 0004 6479 1416**

Mr. Keith N. Uhles
Mr. James H. Hunter, Jr.
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78520-3509

**CMRRR NO. 7000 1530 0004 6479 1423**

Mr. Mark J. Spansel
ADAMS & REESE, L.L.P.
4500 One Shell Square
New Orleans, LA 70139

United States Department of Transportation
c/o Hon. Greg Serres, United States Attorney
600 East Harrison, Suite 201
Brownsville, Texas 78520-7114

Mr. James B. Manley
Attorneys at Law
3616 Preston Road
Pasadena, Texas 77505

A.G. Hill Power
c/o Ms. Janet Thompson
6654 Leopard Street
Corpus Christi, Texas 78409

Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

Central Power & Light
c/o C.T. Corporation System
350 N. St. Paul Street
Dallas, Texas 75201

Mr. William Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

Outdoor RV Resorts South Padre
c/o Mr. Dave Fletcher
900 South Garcia Street
Port Isabel, Texas 78578

Ramon Garcia
Law Ofices of Ramon Garcia, P.C.
222 West University Drive
Edinburg, Texas 78539

Long Island Bridge Company
c/o Mr. John R. Freeland
806 Pecan
McAllen, Texas 78501

Mr. Phil A. Bellamy
Law Office of Phil A. Bellamy
815 Ridgewood
Brownsville, Texas 78520

Mr. Brian G. Janis
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284

Mr. Glen Goodier
Jones, Walker, Waechter, Poitevent,
Carrere & Denegre, L.L.P.
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100

Ms. Heather Askwig
2332 West Solano Drive
Phoenix, AZ 85015

Ms. Edith Curtis
4268 Airport Road
Tioga, Texas 76271

Ms. Sandra D. Laurel
Snow & Laurel, L.L.P.
310 West Sunset
San Antonio, Texas 78209

Mr. Doyle McClendon
3211 North Inspiration Road, Apt. 2
Mission, Texas 78572

Mr. Robert and Mrs. Virginia Sandrich
5101 Berdi Way
Stockton, CA 95207

Mr. Charles and Ms. Darla Nathanson
23102 Botkins Road
Hockley, Texas 77447

Ms. Annaca Page
16810 Tranquil Drive
Sugar Land, Texas 77478

Ms. N. Fay Rutledge
726 Partridge Lane
Eagle Lake, Texas 77434

Mr. Romeo Miller
3106 Barnes Bridge
Dallas, Texas 75228

Mr. J.A. Magallanes
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica
Post Office Box 4901
Brownsville, Texas 78520

Mr. Geoffrey Amsel
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78209

Mr. George C. Kraeche
Willette & Guerra, L.L.P.
3505 Boca Chica Boulevard, Ste. 460
Brownsville, Texas 78521

Ms. Colleen Forster
5652 Pinon Vista Drive
Austin, Texas 78724

Mr. William R. Edwards
THE EDWARDS LAW FIRM, L.L.P.
1400 Frost Bank Plaza
Corpus Christi, Texas 78403-0480

Ms. Kay Keese
P.O. Box 457
Bells, Texas 75414

Department of the Army
Corps of Engineers
1920 North Chaparral Street
Corpus Christi, Texas 78401
ATTN: Mr. Elijio Garza, Area Engineer

Texas Parks & Wildlife Department
4200 Smith School Road
Austin, Texas 78744
ATTN: Mr. Boyd Kennedy
        Staff Attorney, Law Enforcement Division

Commanding Officer
United States Coast Guard
Marine Safety Office – Corpus Christi
400 Mann Street, Ste. 210
Corpus Christi, Texas 78401
ATTN: Lt. D.J. Fassero
        Freedom of Information Act Coordinator

Ms. Mary Ann Courter
Texas Department of Public Safety
5805 Lamar Boulevard
Post Office Box 4087
Austin, Texas 78773-0001

Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

Mr. Robert E. Ammons
Stevenson & Ammons
3700 Montrose Boulevard
Houston, Texas 77006

Mr. Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501

Mr. John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

Mr. J. Chad Gauntt
GAUNTT & KRUPPSTADT, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381


Mr. Michael Ratliff
Office of the Attorney General
State of Texas
P.O. Box 12548
Austin, Texas 78711-2548

Texas Parks & Wildlife Dept.
5541 Bear Lane, Ste. 232
Corpus Christi, Texas 78405

Texas Department of Transportation
600 West US 83 Expressway
P.O. Drawer EE
Pharr, Texas 78577
ATTN: Amadeo Saenz, District Engineer

W. Lamoine Holland
1920 Nacogdoches Road, Ste. 100
San Antonio, Texas 78209

Mr. Raymond Thomas
Mr. Andres Gonzalez
Kittleman, Thomas, Ramirez & Gonzales
4900-BN 10th Street
McAllen, Texas 78504

Leslie D. Cassidy, III
Woolsey & Cassidy
500 N. Water Street, Suite 1020
Corpus Christi, Texas 78471

Ms. Yolanda De Leon, County Attorney
Cameron County Courthouse
974 E. Harrison Street
Brownsville, Texas 78520

Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Ste. 903
San Antonio, Texas 78209-1307

Ms. Eileen Peeples
Post Office Box 2283
New Caney, Texas 77357

S. Mark Strawn, Esq.
Schirrmeister Ajamie, L.L.P.
911 Louisiana Street, Ste. 2150
Houston, Texas 77002

Mr. Jim S. Hart
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017