IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 19 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION | § | |
| OF BROWN WATER TOWING I, INC., | § | |
| AS OWNER, AND BROWN WATER | § | |
| MARINE SERVICE INC., AS BAREBOAT | § | |
| CHARTERERS, OF THE BROWN | § | CIVIL ACTION NO. B-01-157 |
| WATER V, ITS ENGINES, TACKLE, | § | |
| ETC., IN A CAUSE OF EXONERATION | § | |
| FROM OR LIMITATION OF LIABILITY | § | |

## ORDER

BE IT REMEMBERED that on March 18, 2002, the Court **GRANTED** Petitioners' Unopposed Motion for Leave to File Subpoenas pursuant to Fed. R. Civ. P. 26(d).

DONE at Brownsville, Texas, this 18th day of March, 2002.

Hilda G. Tagle
United States District Judge