IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION § <br> FOR BROWN WATER TOWING I, INC., § <br> AS OWNER AND § <br> BROWN WATER MARINE SERVICE, INC.,§ <br> AS BAREBOAT CHARTERERS, OF THE § <br> OF THE BROWN WATER V, § <br> ITS ENGINES, TACKLE, ETC., § <br> IN A CAUSE OF EXONERATION FROM § <br> OR LIMITATION OF LIABILITY § | C.A. No. B-01-157 <br> (Subject to Rule 9(h) <br> of the Federal Rules <br> of Civil Procedure) <br> Admiralty |

United States District Court
Southern District of Texas
FILED

MAR 1 8 2002

Michael N. Milby
Clerk of Court

## AFFIDAVIT AND VERIFICATION OF MICHAEL L. SLACK
## TO PROOF OF CLAIMS AND JOINT ANSWER OF CLAIMANTS

THE STATE OF TEXAS      §
                        §       AFFIDAVIT
COUNTY OF TRAVIS        §

BEFORE ME, the undersigned authority, on this day personally appeared Michael L. Slack, who, first being duly sworn, on oath stated that he prepared the Claimants' Claims and Joint Answer to Petitioners' Verified Complaint and Petition for Exoneration From and/or Limitation of Liability on behalf of 202 Bayside Bar & Grill, et al., previously filed in this cause, knows the contents thereof, and that the statements therein are true and correct to the best of his knowledge and belief.

_____
MICHAEL L. SLACK

SUBSCRIBED AND SWORN TO BEFORE ME by the said Michael L. Slack on this the 15th day of March, 2002, to certify which witness my hand and seal of office.



ROSIE LACHICO
Notary Public
STATE OF TEXAS
My Comm. Exp. 09 - 28 2005

_____
NOTARY PUBLIC, STATE OF TEXAS

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument has been served on all counsel of record on this the 18th day of March, 2002.

_____
MICHAEL L. SLACK