IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION § | |
| OF BROWN WATER TOWING I, INC., § | |
| AS OWNER, AND BROWN WATER § | |
| MARINE SERVICE INC., AS BAREBOAT § | |
| CHARTERERS, OF THE BROWN § | CIVIL ACTION NO. B-01-157 |
| WATER V, ITS ENGINES, TACKLE, § | (consolidated with |
| ETC., IN A CAUSE OF EXONERATION § | CIVIL ACTION NO. B-02-004) |
| FROM OR LIMITATION OF LIABILITY § | |

United States District Court
Southern District of Texas
ENTERED

MAR 1 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

BE IT REMEMBERED that on March 14, 2002, the Court considered Michael L. Slack's Motion Requesting Admission Pro Hac Vice [Dkt. No. 88]. The Court **GRANTS** the Motion and **ORDERS** that Michael L. Slack be admitted to practice in the United States District Court, Southern District of Texas, and before this Court in conjunction with the above-styled litigation.

The Court notes that Exhibit "A", attached to the Motion purports to list the claimants represented by Mr. Slack. This Exhibit is not a substitute for the proof of claims required by this Court's Order of September 24, 2001 [Dkt. No. 13] and will not be accepted as such.

DONE at Brownsville, Texas, this 19th day of March, 2002.

Hilda G. Tagle
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 1 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION § | |
| OF BROWN WATER TOWING I, INC., § | |
| AS OWNER, AND BROWN WATER § | |
| MARINE SERVICE INC., AS BAREBOAT § | |
| CHARTERERS, OF THE BROWN § | CIVIL ACTION NO. B-01-157 |
| WATER V, ITS ENGINES, TACKLE, § | |
| ETC., IN A CAUSE OF EXONERATION § | |
| FROM OR LIMITATION OF LIABILITY § | |

## ORDER

BE IT REMEMBERED that on March 18, 2002, the Court **GRANTED** Petitioners' Unopposed Motion for Leave to File Subpoenas pursuant to Fed. R. Civ. P. 26(d).

DONE at Brownsville, Texas, this 18th day of March, 2002.

_____
Hilda G. Tagle
United States District Judge