/0

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 19 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION § | |
| OF BROWN WATER TOWING I, INC., § | |
| AS OWNER, AND BROWN WATER § | |
| MARINE SERVICE INC., AS BAREBOAT § | |
| CHARTERERS, OF THE BROWN § | CIVIL ACTION NO. B-01-157 |
| WATER V, ITS ENGINES, TACKLE, § | (consolidated with |
| ETC., IN A CAUSE OF EXONERATION § | CIVIL ACTION NO. B-02-004) |
| FROM OR LIMITATION OF LIABILITY § | |

## ORDER

BE IT REMEMBERED that on March 14, 2002, the Court considered the Answer of Anita Harris, Individually and as Next Friend of Victor Justin Harris, and as Representative of the Estate of Robin V. Harris [Dkt. No. 101]. The Court advises the Claimant that Civil Action No. B-02-004 has been consolidated with B-01-157 by this Court's Order of February 1st, 2002 [Dkt. No. 47] and **ORDERS** the Claimants to comply with the proper style of the case in any future filings.

DONE at Brownsville, Texas, this 14 day of March, 2002.

Hilda G. Tagle
United States District Judge