| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
FILED

MAR 2 0 2002

Michael N. Milby
Clerk of Court

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | B | Case Number | 01-CV-157 |
|---|---|---|---|

| In Re the Complaint and Petition of Brown Water Towing, I, Inc., et al |
|---|
| versus |
| |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Admitted U.S. District Court for: | Michael Ratliff<br>Office of the Attorney General-<br>State of Texas<br>300 W. 15th Street, 14th Floor<br>Austin, Texas 78701<br>(512) 463-2004<br>Texas Bar No. 16564300<br>State Bar of Texas |
|---|---|

Seeks to appear as the attorney for this party:

| State of Texas, through its Department of Transportation |
|---|

| Dated: March 12, 2002 | Signed: *[signature]* |
|---|---|

### ORDER

This lawyer is admitted *pro hac vice*.

Signed on _____, _____.    _____
                                  United States District Judge

SDTX (d_prohac.ord)
02/03/98