IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 2 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| IN RE THE COMPLAINT AND § <br> PETITION FOR BROWN WATER § <br> TOWING I, INC., AS OWNER, § <br> AND BROWN WATER MARINE § <br> SERVICE, INC., AS THE BAREBOAT § <br> CHARTERS, OF THE BROWN § <br> WATER V, ITS ENGINES, § <br> TACKLE, ETC., IN A CAUSE OF § <br> EXONERATION FROM OR § <br> LIMITATION OF LIABILITY § | C.A. NO. B-01-157 <br> (Subject to rule 9(h) <br> of the Federal Rules <br> of Civil Procedure) <br> Admiralty |

**PROOF OF CLAIM AND ANSWER**

THE HONORABLE JUDGE OF THIS COURT:

COME NOW DIMAS MORA, and files this Proof of Claim and answer to the Verified Complaint filed by BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICES, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., AND AMERICAN COMMERCIAL LINES LLC AS OWNER AND AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-912, ACL-9993B AND VLB-9173 *("Petitioners"),* herein, and in support thereof, would show the Court the following:

I.
**PROOF OF CLAIM**

**Facts**

On or about September 15, 2001, the Queen Isabella Causeway, connecting South Padre Island with the City of Port Isabel, was struck by commercial barges. The barges, owned by American Commercial Lines LLC, were being pushed by a tugboat owned/operated by Petitioners, BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICES, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. As a result of this collision, a section of the causeway was destroyed, leaving a large chasm in the roadway. As a result of the negligent conduct of

Petitioners and the resulting collapse of the causeway, Claimant suffered inconvenience and costs.

## II.

**Damages**

Claimant and his family were already across the bridge and suffered no personal injury. However, Claimant was due to return to San Antonio, TX, but could not drive by car across the bridge because of the accident. Claimant, by necessity, left his vehicle and returned by Southwest Airlines to San Antonio and later retrieved his vehicle when the ferry started operating.

Claimant incurred the following necessary expenses:

```
Southwest Airlines (Dimas).....................$101.75
Southwest Airlines (Family Member).............. 101.75
Southwest Airlines (Family Member).............. 101.75
Rent A Wreck (Auto)............................ 176.80
Race Trac (Fuel)................................. 9.00
Race Trac (Fuel)................................ 13.00
Sam's Club (Fuel)................................14.30
Circle K (Fuel)................................. 29.33
Budget Host Inn..................................39.55

                      Total:..........$587.23
```

Plus Reasonable Attorney's Fees.

## III.
### ANSWER TO COMPLAINT

Claimant enters a General Denial

Respectfully submitted,

_LAMOINE HOLLAND_
Attorney for Petitioner
LAW OFFICE OF W. LAMOINE HOLLAND
1920 Nacogdoches Road, Suite 100
San Antonio, Texas 78209
TELEPHONE (210)824-7474
FACSIMILE (210)824-8141
Bar Code No. 09856000

# SERVICE LIST

Mr. Will W. Pierson
ROYSTON, RAYZOR, VICKERY
  & WILLIAMS, L.L.P.
1700 Wilson Plaza West
606 N Carancahua
Corpus Christi, Texas 78476

Mr. Keith N. Uhles
Mr. James H. Hunter, Jr.
55 Cove Circle
P O. Box 3509
Brownsville, Texas 78520-3509

Mr. Mark J. Spansel
ADAMS & REESE, L.L.P.
4500 One Shell Square
New Orleans, LA 70139

Mr. James B. Manley
Attorneys at Law
3616 Preston Road
Pasadena, Texas 77505

Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

Mr. William Q McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

Ramon Garcia
Law Ofices of Ramon Garcia, P.C.
222 West University Drive
Edinburg, Texas 78539

Mr. Phil A. Bellamy
Law Office of Phil A. Bellamy
815 Ridgewood
Brownsville, Texas 78520

Mr Glen Goodier
Jones, Walker, Waechter, Poitevent,
Carrere & Denegre, L L.P.
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100

United States Department of Transportation
c/o Hon. Greg Serres, United States Attorney
600 East Harrison, Suite 201
Brownsville, Texas 78520-7114

A.G. Hill Power
c/o Ms. Janet Thompson
6654 Leopard Street
Corpus Christi, Texas 78409

Central Power & Light
c/o C.T. Corporation System
350 N. St. Paul Street
Dallas, Texas 75201

Outdoor RV Resorts South Padre
c/o Mr. Dave Fletcher
900 South Garcia Street
Port Isabel, Texas 78578

Long Island Bridge Company
c/o Mr. John R. Freeland
806 Pecan
McAllen, Texas 78501

Mr. Brian G Janis
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284

Ms. Heather Askwig
2332 West Solano Drive
Phoenix, AZ 85015

Ms. Edith Curtis
4268 Airport Road
Tioga, Texas 76271

Ms Sandra D. Laurel
Snow & Laurel, L.L.P.
310 West Sunset
San Antonio, Texas 78209

Mr. Doyle McClendon
3211 North Inspiration Road, Apt. 2
Mission, Texas 78572

Mr. Robert and Mrs. Virginia Sandrich
5101 Berdi Way
Stockton, CA 95207

Mr. Charles and Ms. Darla Nathanson
23102 Botkins Road
Hockley, Texas 77447

Ms. Annaca Page
16810 Tranquil Drive
Sugar Land, Texas 77478

Ms. N. Fay Rutledge
726 Partridge Lane
Eagle Lake, Texas 77434


Mr. Romeo Miller
3106 Barnes Bridge
Dallas, Texas 75228

Mr. J.A. Magallanes
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica
Post Office Box 4901
Brownsville, Texas 78520

Mr. Geoffrey Amsel
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78209

Mr. George C. Kraeche
Willette & Guerra, L.L.P.
3505 Boca Chica Boulevard, Ste. 460
Brownsville, Texas 78521

Ms. Colleen Forster
5652 Pinon Vista Drive
Austin, Texas 78724

Mr. William R. Edwards
THE EDWARDS LAW FIRM, L.L.P.
1400 Frost Bank Plaza
Corpus Christi, Texas 78403-0480

Ms. Kay Keese
P.O. Box 457
Bells, Texas 75414

Department of the Army
Corps of Engineers
1920 North Chaparral Street
Corpus Christi, Texas 78401
ATTN: Mr. Elijio Garza, Area Engineer

Texas Parks & Wildlife Department
4200 Smith School Road
Austin, Texas 78744
ATTN: Mr. Boyd Kennedy
       Staff Attorney, Law Enforcement Division

Commanding Officer
United States Coast Guard
Marine Safety Office – Corpus Christi
400 Mann Street, Ste. 210
Corpus Christi, Texas 78401
ATTN: Lt. D.J. Fassero
       Freedom of Information Act Coordinator

Ms. Mary Ann Courter
Texas Department of Public Safety
5805 Lamar Boulevard
Post Office Box 4087
Austin, Texas 78773-0001

Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521


Mr. Robert E. Ammons
Stevenson & Ammons
3700 Montrose Boulevard
Houston, Texas 77006

Mr. Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501


Mr. John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

Mr. J Chad Gauntt
GAUNTT & KRUPPSTADT, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381

Mr. Michael Ratliff
Office of the Attorney General
State of Texas
P.O. Box 12548
Austin, Texas 78711-2548

Texas Parks & Wildlife Dept.
5541 Bear Lane, Ste. 232
Corpus Christi, Texas 78405

Texas Department of Transportation
600 West US 83 Expressway
P.O. Drawer EE
Pharr, Texas 78577
ATTN: Amadeo Saenz, District Engineer

W. Lamoine Holland
1920 Nacogdoches Road, Ste. 100
San Antonio, Texas 78209

Mr. Raymond Thomas
Mr. Andres Gonzalez
Kittleman, Thomas, Ramirez & Gonzales
4900-BN 10th Street
McAllen, Texas 78504

Leslie D. Cassidy, III
Woolsey & Cassidy
500 N. Water Street, Suite 1020
Corpus Christi, Texas 78471

Ms. Yolanda De Leon, County Attorney
Cameron County Courthouse
974 E. Harrison Street
Brownsville, Texas 78520

Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Ste. 903
San Antonio, Texas 78209-1307

Ms. Eileen Peeples
Post Office Box 2283
New Caney, Texas 77357

S. Mark Strawn, Esq.
Schirrmeister Ajamie, L.L.P.
911 Louisiana Street, Ste. 2150
Houston, Texas 77002

Mr. Jim S. Hart
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017