UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

MAR 2 0 2002

Michael N. Milby
Clerk of Court

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE***

| Division | B | Case Number | 01-CV-157 |
|---|---|---|---|

In Re the Complaint and Petition of Brown Water Towing, I, Inc., et al

*versus*

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| Name / Firm / Street / City & Zip Code / Telephone / Licensed State & Number / Admitted U.S. District Court for: | Michael Ratliff<br>Office of the Attorney General-<br>State of Texas<br>300 W. 15th Street, 14th Floor<br>Austin, Texas  78701<br>(512) 463-2004<br>Texas Bar No. 16564300<br>State Bar of Texas |
|---|---|

112

Seeks to appear as the attorney for this party:

United States District Court
Southern District of Texas
ENTERED

MAR 2 6 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| State of Texas, through its Department of Transportation |
|---|
| Dated: March 12, 2002 | Signed: [signature] |

**ORDER**

This lawyer is admitted *pro hac vice*.

Signed on  March 25, 2002   [signature]

United States District Judge

SDTX (d_prohac.ord)
02/03/98