IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 2 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C. A. NO. B-01-157 Admiralty<br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | C. A. NO. B-02-004 Admiralty |

**PETITIONERS BROWN WATER MARINE SERVICE, INC.'S AND BROWN WATER TOWING I, INC.'S MOTION FOR SUMMARY JUDGMENT ON THE PURELY ECONOMIC DAMAGE CLAIMS ASSERTED BY CERTAIN CLAIMANTS WHO RECEIVED NO PERSONAL INJURY OR PROPERTY DAMAGE**

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, the Petitioners, Brown Water Towing I, Inc., and Brown Water Marine Service, Inc., pursuant to FED. R. CIV. P. 56 and file this their Motion for Summary Judgment on the Purely Economic Damage Claims Asserted by Certain Claimants Who Received No Personal Injury or Property Damage, showing as follows:

**I.
FACTUAL BACKGROUND**

On September 15, 2001, the BROWN WATER V allided with the Queen Isabella Causeway near Port Isabel, Texas. As a result of the allision, numerous claims were asserted against the

49477:1005839.1:032602

Petitioners for purely economic losses. These purely economic non-personal injury and non-property damage losses are not recoverable under the maritime law. See State of Louisiana v. M/V TESTBANK, 752 F. 2d 1019 (5th Cir. 1985) (*en banc*).

## II.
## NO RECOVERY FOR ECONOMIC LOSSES UNASSOCIATED WITH PHYSICAL DAMAGE TO PROPRIETARY INTEREST OF THE CLAIMANTS

Under the maritime law, a claimant may not recover for economic losses which are not associated with physical damage to a proprietary interest. Reserve Mooring, Inc. v. American Commercial Barge Line, 251 F.3d 1069, 1072 (5th Cir. 2001); Akron Corporation v. M/V CANTIGNY, 706 F. 2d 151, 153 (5th Cir. 1983), citing, Robins Dry Dock & Repair Co., v. Flint, 275 U.S. 303, 48 S. Ct. 134, 72 L. Ed. 290 (1927). The lead Fifth Circuit case discussing this issue is State of Louisiana v. M/V TESTBANK, 752 F. 2d 1019 (5th Cir. 1985) (*en banc*). In TESTBANK, there was a ship collision which resulted in a chemical spill in the Mississippi River Gulf outlet. Id. at 1020. Due to the spill, all vessel traffic, fishing and related activities were temporarily suspended until the extent of the spill could be determined. Id. Numerous claims similar to those in the current case were asserted by fishermen, seafood restaurants, bait shops, recreational fishermen and a variety of other entities. Id. at 1021. In response to these claims, the Fifth Circuit *en banc* held that claimants could not recover consequential economic loss absent physical damage to proprietary interests. Id. at 1028-29. The only exception considered was claims of commercial fishermen, oystermen, shrimpers and crabbers for lost profits during the time the waters were closed.[1] Id. at 1027. The rationale for the TESTBANK line of cases is that without

---

[1] In this case, this alleged exception is not applicable as there was no damage to the fishing grounds or fishing stocks. In addition, the closure of the channel was such a small portion of the waterway such that this exception is not applicable.

physical damage to a proprietary interest, there is no rational and determinable limit on foreseeability. See Id. at 1023. The rule alleviates the potential for "limitless" and endless extensions of liability for a single allegedly negligent act. See Consolidated Aluminum Corp. v. C.F. Bean Corp., 772 F. 2d 1217, 1222 (5th Cir. 1985).

### III.
### THE CURRENT CASE

The Claimants listed on Exhibit "A" assert claims for non-personal injury and non property damage economic losses. These Claimants consist of restaurants, businesses related to tourism, tourists stranded on South Padre Island, hotels, wholesalers, etc. who have suffered no physical damage to a proprietary interest. TESTBANK excludes these types of claims. See TESTBANK, 752 F. 2d. at 1021, n. 3.

WHEREFORE, PREMISES CONSIDERED, the Petitioners seek Summary Judgment against the Claims listed on Exhibit "A". The Petitioners also seek all other relief to which they may be entitled at law, in equity, or in admiralty.

Respectfully submitted,

*Will W. Pierson* (signature by permission Ken Keeth)

Will W. Pierson
State Bar No. 16003100
Federal ID 1931
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
(361) 884-8808
(361) 884-7261 Facsimile

_____
Keith N. Uhles
State Bar No. 20371100
Federal ID No. 1936
55 Cove Circle
P. O. Box 3509
Brownsville, Texas 78523-3509
Telephone: (956) 542-4377
Telecopier: (956) 542-4370

ATTORNEYS FOR PETITIONERS BROWN WATER TOWING I, INC. AND BROWN WATER MARINE SERVICE, INC.

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

### CERTIFICATE OF CONFERENCE

No consultation is required for a Motion asserted under FED. R. CIV. P. 56.

_____
OF ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

## CERTIFICATE OF SERVICE

I certify that the foregoing was mailed by the means indicated to the counsel listed below on this 2nd day of April, 2002.

## SERVICE LIST

Mr. Michael Ratliff
Office of the Attorney General - State of Texas
Post Office Box 12548
Austin, Texas 78711-2548

Mr. James B. Manley
Attorneys at Law
3616 Preston Road
Pasadena, Texas 77505

Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381

William Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550

Mr. Les Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471

Robert and Virginia Fandrich
5101 Berdi Way
Stockton, CA 95207

Robert E. Ammons
Stevenson & Ammons, L.C.
3700 Montrose Boulevard
Houston, Texas 77006

Ramon Garcia
Law Offices of Ramon Garcia, P.C.
222 West University Drive
Edinburg, Texas 78539

Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

John and Mary McCoy
514 Brookside Pass
Cedar Park, Texas 78613

Mr. Raymond Thomas
Mr. Andres Gonzalez
Kittleman, Thomas, Ramirez & Gonzales
4900-B N. 10th Street
McAllen, Texas 78504

S. Mark Strawn, Esq.
Schirrmeister Ajamie, L.L.P.
Pennzoil Place-South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002

Julian Rodriguez, Jr.
Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501

Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307

Mr. Cliff Garrard
Independence Plumbers of South Texas
8602 Robindell Drive
Houston, Texas 77074

Mr. Michael L. Slack
SLACK & DAVIS, L.L.P.
Building Two, Suite 2110
8911 Capital of Texas Highway, North
Austin, Texas 78759

Jim S. Hart
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

Frank Enriquez
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

Richard Leo Harrell
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 1400 (78470)
P.O. Box 480
Corpus Christi, Texas 78403-0480

Mr. J. A. Magallanes
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Blvd.
Post Office Box 4901
Brownsville, Texas 78520

Mr. Geoffrey Amsel
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78215

Lamoine Holland
Law Office of W. Lamoine Holland
1920 Nacogdoches Rd., # 100
San Antonio, Texas 78209

Mark J. Spansel
Adams & Reese, L.L.P.
4500 One Shell Square
New Orleans, Louisiana 70139

_____
OF ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

**EXHIBIT "A"**

Bigo's International, LLC

Robert A. Fandrich and Virginia Fandrich

Independent Plumbers of South Texas

John McCoy and Mary McCoy

Dimas Mora

202 Bayside Bar & Grill

A-1 Taxi & A-1 Limousine

Amberjack's Bar and Grill, Inc.

Charlie Armendariz

BK's Beach to Bay Enterprises, Inc., d/b/a BK's Carpet & Upholstery Cleaning

Rodolfo Barrera

Rick and Brenda Bays

Bubba's Bayside Bar-B-Que Restaurant

Buena Suerte Sport Fishing Charters

Cactus Flower Interiors

Capt. Thomas Charter Fishing

Casa de Siesta Bed & Breakfast

Dolly Castillo

Coffey Construction

Rae Dejur

Designer's Discount Showroom

Edelstein's Better Furniture and Show Case

Fedigan Construction

Adrian Flandes

Furcron Realtors

Pedro Garcia, III

Ghilain, Inc.

Risa Ann Ghilain

Mark A. Guillot

Joe Gutierrez, III

Adam and Marcela Hancock

Island Market

Island Pharmacy

J. W. Properties, Inc.

J. W. Restaurants, Inc.

Jim Reynolds Hair Design

Jim's Pier, Inc.

Joseph's Restaurant

Kelly's Irish Pub

Kohnami Restaurant

La Jaiba Seafood Restaurant and Lounge

La Vina's Natural Nail Care

Michael and Judy Lemmons

Miramar Resort

Marina Village, Inc.

Massage & Healing Arts Center

Andrew L. Minkler

Padre Island Brewing Co., Inc.

Glen and Joyce Pfeil

Pro-Fit Gym

Property Management Co.

Richard Stockton Photography

Sangria Condominium, Inc.

Sea Ranch Enterprises, Inc.

South Padre Island Fishing Center Joint Venture

SPI Management

SPI Security

SPI Texas Enforcement Group, Inc.

Lee Roy Summerlin

T-Brent

Ted's Restaurant, Inc.

Texas Beach House

The Coastal Current

The Town of South Padre Island

Uncle Buggies Beach Buggy Rentals

Gilbert Vela

Ybarra's Tire Busters