114

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 2 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C. A. NO. B-01-157<br>Admiralty<br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315,VLB-9182,ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | C. A. NO. B-02-004<br>Admiralty |

**REQUEST OF PETITIONERS BROWN WATER MARINE
SERVICE, INC. AND BROWN WATER TOWING I, INC.
FOR CLERK'S ENTRY OF DEFAULT**

COMES NOW the Petitioners, Brown Water Marine Service, Inc. and Brown Water Towing I, Inc., pursuant to FED. R. CIV. P. 55, and respectfully request that the United States District Clerk enter a default against all non-appearing claimants. The Petitioners show as follows:

**I.**

On September 15, 2001 the Petitioners, Brown Water Towing I, Inc., as owner, and Brown Water Marine Service, Inc., as bareboat charterer, of the BROWN WATER V, its engines, tackle, etc., ("the Petitioners") filed a Complaint and Petition seeking Exoneration from or Limitation of Liability pursuant to 46 U.S.C. § 181 *et seq.* Through an Order dated September 24, 2001, the Court

49477:1007291.1:032802

ordered Monitions to issue requiring all persons claiming damages arising from the voyage of the BROWN WATER V described in the Petition and Complaint to file their respective claims with the Clerk of the Court on or before 10:00 a.m. on March 14, 2002 or forever be defaulted. As reflected on Exhibit "A," public notice of the Order was given by publication in the <u>Brownsville Herald</u> and <u>Valley Morning Star</u> as required by Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims. The period for filing claims has now expired and the only claims filed to date are those of the claimants listed on Exhibit "B". No other person, firm or corporation has filed a claim with respect to the voyage of the BROWN WATER V described in the Petition and Complaint. Further, no known claimant and/or potential claimant that is in default is known to be an infant, incompetent, or in the military.

WHEREFORE , PREMISES CONSIDERED, the Petitioners hereby request that the Clerk of the Court enter a default of all persons, firms or corporations claiming damages for any and all loss, damages or injuries caused by or resulting from the casualty made the basis of this proceeding, with the exception of the claims filed by the claimants listed on Exhibit "B". The Petitioners further seek all relief to which they may be entitled at law, in equity, or in admiralty.


Respectfully submitted,

*Will W. Pierson* By permission
By Keith N. Uhles

Will W. Pierson
State Bar No. 16003100
Federal I.D. No. 1931
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
(361) 884-8808 Office
(361) 884-7261 Facsimile

*Keith N. Uhles*

Keith N. Uhles
State Bar No. 20371100
Federal ID No. 1936
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78523-3509
(956) 542-4377 Office
(956) 542-4370 Facsimile
Attorneys for Petitioners, Brown Water Towing I,
Inc. and Brown Water Marine Service, Inc.

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

### CERTIFICATE OF CONSULTATION

Movants advised all attorneys of record by telefax of March 29, 2002 that this Motion would be filed on April 2, 2002 and asked that Movants be advised by noon on April 2, 2002 whether the party was opposed or not opposed to this Motion. No attorney has advised Movants that he/she is opposed to this Motion. The following have advised that they are <u>not opposed</u> to this Motion: Jim Hart, Lamoine Holland, Richard Harrell, Michael Slack, William Q. McManus, Heriberto Medrano, Ray Marchan, Michael Ratliff and Jack Gilbert. The remaining parties have not advised whether they are opposed or not opposed.

Of Royston, Rayzor, Vickery & Williams, L.L.P.

## CERTIFICATE OF SERVICE

I certify that the foregoing was mailed by the means indicated to the counsel listed below on this 2nd day of ~~March~~ *April*, 2002.

### SERVICE LIST

Mr. Michael Ratliff
Office of the Attorney General - State of Texas
Post Office Box 12548
Austin, Texas 78711-2548

Mr. James B. Manley
Attorneys at Law
3616 Preston Road
Pasadena, Texas 77505

Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381

William Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550

Mr. Les Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471

Robert and Virginia Fandrich
5101 Berdi Way
Stockton, CA 95207

Robert E. Ammons
Stevenson & Ammons, L.C.
3700 Montrose Boulevard
Houston, Texas 77006

Ramon Garcia
Law Offices of Ramon Garcia, P.C.
222 West University Drive
Edinburg, Texas 78539

Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

John and Mary McCoy
514 Brookside Pass
Cedar Park, Texas 78613

Mr. Raymond Thomas
Mr. Andres Gonzalez
Kittleman, Thomas, Ramirez & Gonzales
4900-B N. 10th Street
McAllen, Texas 78504

S. Mark Strawn, Esq.
Schirrmeister Ajamie, L.L.P.
Pennzoil Place-South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002

Julian Rodriguez, Jr.
Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501

Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307

Mr. Cliff Garrard
Independence Plumbers of South Texas
8602 Robindell Drive
Houston, Texas 77074

Mr. Michael L. Slack
SLACK & DAVIS, L.L.P.
Building Two, Suite 2110
8911 Capital of Texas Highway, North
Austin, Texas 78759

Mark J. Spansel
Adams & Reese, L.L.P.
4500 One Shell Square
New Orleans, Louisiana 70139

Jim S. Hart
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

Frank Enriquez
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

Richard Leo Harrell
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 1400 (78470)
P.O. Box 480
Corpus Christi, Texas 78403-0480

Mr. J. A. Magallanes
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Blvd.
Post Office Box 4901
Brownsville, Texas 78520

Mr. Geoffrey Amsel
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78215

Lamoine Holland
Law Office of W. Lamoine Holland
1920 Nacogdoches Rd., # 100
San Antonio, Texas 78209

U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form

| | |
|---|---|
| PLAINTIFF: Brown Water Towing I. Inc. and Brown Water Marine Service, Inc. | COURT CASE NUMBER: C.A. No. B-01-157 |
| DEFENDANT: Esteban Rivas, et al. | TYPE OF PROCESS: Notice of Publication |

SERVE →  AT

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
The Valley Morning Star

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1310 S. Commerce, Harlingen, Texas 78551

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Will W. Pierson
Royston, Rayzor, Vickery & Williams L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476

Number of process to be served with this Form - 285: As per attached Order
Number of parties to be served in this case: General Public
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please publish the attached Notice of Petition for Exoneration from or Limitation of Liability, as per the Order directing to file and make proof of claims, directing the issuance of Monition, and restraining prosecution of claims. Publication is requested in Harlingen, Texas through the listed newspaper.

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (361) 884-8808
DATE: 11/26/01

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process:
District of Origin No. 79
District to Serve No. ___
Signature of Authorized USMS Deputy or Clerk
Date: 12/13/01

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode

Address (complete only if different than shown above)
Date of Service: 01/02/02
Time: 3:00 pm
Signature of U.S Marshal or Deputy: Mark Walker

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | $3048.00 | | |

REMARKS:
ENDEAVOR: 01/02/02 3:00 PM. Noticed served upon the Brownsville Herald to be published once for four successive weeks, in The Valley Morning Star. Mileage charged on the USM285 for the Brownsville Herald. 1 DUSM.
01/29/02 After speaking to attorneys for the plaintiff, the publication was continued until the March 14, 2002 return date. No mileage.

PRIOR EDITIONS MAY BE USED     1. CLERK OF THE COURT     FORM USM-285 (Rev. 12/15/80)

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. ||
|---|---|---|
| PLAINTIFF<br>Brown Water Towing I, Inc. and Brown Water Marine Service, Inc. | COURT CASE NUMBER<br>C.A. No. B-01-157 ||
| DEFENDANT<br>Esteban Rivas, et al. | TYPE OF PROCESS<br>Notice of Publication ||

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>The Brownsville Herald |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>1135 E. Van Buren, Brownsville, Texas 78520 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | Number of process to be served with this Form - 285 | As per attached ~~Order~~ |
|---|---|---|
| Will W. Pierson<br>Royston, Rayzor, Vickery & Williams L.L.P.<br>1700 Wilson Plaza West<br>606 N. Carancahua<br>Corpus Christi, Texas 78476 | Number of parties to be served in this case | General Public |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)

Please publish the attached Notice of Petition for Exoneration from or Limitation of Liability, as per the Order directing to file and make proof of claims, directing the issuance of Monition, and restraining prosecution of claims. Publication is requested in Brownsville, Texas through the listed newspaper.

| Signature of Attorney or other Originator requesting service on behalf of: | X PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(361) 884-8808 | DATE<br>11/26/01 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 79 | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date 12/12/01 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, XX have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode | |
|---|---|---|
| Address (complete only if different than shown above) | Date of Service<br>01/02/02 | Time<br>3:00 pm |
| | Signature of U.S. Marshal or Deputy<br>Mark Walker | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits<br>$3,048.00 | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
ENDEAVOR: 01/02/02 3:00 PM. Notice served at the Brownsville Herald to be published once each week for four successive weeks. 1 mile round trip. 1 DUSM. MW

01/29/02 After speaking to attorneys for the plaintiffs, the publication was continued until the March 14, 2002 return date. No mileage. MW

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

## EXHIBIT "B"

Anita Harris, Individually, as Representative of the Estate of Robert V. Harris and as Next Friend of Victor Justin Harris

Clarissa Hinojosa

Gaspar Hinojosa, II

Martin D. Hinojosa, Individually and as Heir of the Estate of Gaspar Hinojosa, Deceased

Omar Hinojosa

Raquel Teran Hinojosa, Individually and on Behalf of the Estate of Gaspar Hinojosa, Deceased

Rita S. Hinojosa, Individually and as Heir of the Estate of Gaspar Hinojosa, Deceased

Carol Leavell, Individually and as Representative of the Estate of Robin Faye Leavell

Ricky Leavell, Individually and as Representative of the Estate of Robin Faye Leavell

Hector Martinez, Sr., as surviving father of Hector Martinez, Jr.

Lydia Zamora, Individually and as Representative of the Estate of Hector Martinez, Jr.

J. Antonio Mireles, as Personal Representative of the Estate of Julio Cesar Mireles

Juan Antonio Mireles, as surviving father of Julio Cesar Mireles

Soledad Gonzalez Mireles, as surviving mother of Julio Cesar Mireles

Esteban F. Rivas, Individually and as Representative of the Estate of Stvan F. Rivas

Maria Miriam Rivas, Individually and as Representative of the Estate of Stvan F. Rivas

William B. Welch, Minor (parents died in allision)

William Morris Welch, as surviving father of Barry Rena Welch

William E. Kimbrell, as surviving father of Chealsa Louise Welch

Jacqueline Paddock, Individually, as Representative of the Estate of Chealsa Welch and as Next Friend of William B. Welch

Bridgette Goza

49477:1007305.1:032802

Rene Mata

Gustavo Morales

Roberto Espericueta

Alberto Leroy Moya

Rolando Lee Moya

Antonio Salinas, Jr.

American Commercial Lines, L.L.C.

American Commercial Barge Line, L.L.C.

Allstate Insurance Company, insurer of Bridgette Goza

Laguna Madre Water District

Frank Mata

Southwestern Bell Telephone Company

Bigo's International, LLC

Robert A. Fandrich and Virginia Fandrich

Independent Plumbers of South Texas

John McCoy and Mary McCoy

Dimas Mora

State of Texas

202 Bayside Bar & Grill

A-1 Taxi & A-1 Limousine

Amberjack's Bar and Grill, Inc.

Charlie Armendariz

BK's Beach to Bay Enterprises, Inc., d/b/a BK's Carpet & Upholstery Cleaning

-9-

Rodolfo Barrera

Rick and Brenda Bays

Bubba's Bayside Bar-B-Que Restaurant

Buena Suerte Sport Fishing Charters

Cactus Flower Interiors

Capt. Thomas Charter Fishing

Casa de Siesta Bed & Breakfast

Dolly Castillo

Coffey Construction

Rae Dejur

Designer's Discount Showroom

Edelstein's Better Furniture and Show Case

Fedigan Construction

Adrian Flandes

Furcron Realtors

Pedro Garcia, III

Ghilain, Inc.

Risa Ann Ghilain

Mark A. Guillot

Joe Gutierrez, III

Adam and Marcela Hancock

Island Market

Island Pharmacy

J. W. Properties, Inc.

J. W. Restaurants, Inc.

Jim Reynolds Hair Design

Jim's Pier, Inc.

Joseph's Restaurant

Kelly's Irish Pub

Kohnami Restaurant

La Jaiba Seafood Restaurant and Lounge

La Vina's Natural Nail Care

Michael and Judy Lemmons

Miramar Resort

Marina Village, Inc.

Massage & Healing Arts Center

Andrew L. Minkler

Padre Island Brewing Co., Inc.

Glen and Joyce Pfeil

Pro-Fit Gym

Property Management Co.

Richard Stockton Photography

Sangria Condominium, Inc.

Sea Ranch Enterprises, Inc.

South Padre Island Fishing Center Joint Venture

SPI Management

-11-

SPI Security

SPI Texas Enforcement Group, Inc.

Lee Roy Summerlin

T-Brent

Ted's Restaurant, Inc.

Texas Beach House

The Coastal Current

The Town of South Padre Island

Uncle Buggies Beach Buggy Rentals

Gilbert Vela

Ybarra's Tire Busters