115

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 2 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C. A. NO. B-01-157 Admiralty<br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315,VLB-9182,ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | C. A. NO. B-02-004 Admiralty |

MOTION OF PETITIONERS BROWN WATER MARINE
SERVICE, INC. AND BROWN WATER TOWING I, INC. TO
<u>REFER THE CASE TO MEDIATION</u>

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, Brown Water Marine Service, Inc. and Brown Water Towing I, Inc.

("the Petitioners") and file this their Motion to refer the case to mediation, showing as follows:

I.

The Court entered an Order on September 24, 2001 providing for the issuance of monitions

and providing a deadline of March 14, 2002 for the assertion of claims. Numerous claimants have

asserted claims. The deadline for assertion of claims has now expired. The Petitioners have filed

49477:1006929.1:032602

a Motion to Default all non-appearing claimants. At this point, all parties should be present in the litigation so that a global resolution of the matter is possible.

## II.

The United States Coast Guard has performed a comprehensive inquiry into the captioned matter including over a week of hearings in which witnesses testified and were cross-examined by other interested parties. This testimony was transcribed by a court reporter and is available to all the parties to this action. Thus, all of the parties have access to significant discovery regarding the facts and circumstances of the accident.

## III.

All parties benefit from an early resolution of this matter. The Petitioners, Brown Water Marine Service, Inc., Brown Water Towing I, Inc., have limited insurance coverage. All policies which may provide coverage have been exchanged by the Petitioners as Initial Disclosures. The Petitioners insurance carriers have taken the position that these policies contain provisions such that defense costs may erode the money available to resolve claims. Thus, an early resolution of this matter benefits all parties.

WHEREFORE, PREMISES CONSIDERED, the Petitioners Brown Water Marine Service, Inc. and Brown Water Towing I, Inc. request that the Court enter an Order providing as follows:

1.  Referring this case to non-binding mediation;

2.  Appointing a third-party agreed to by the parties or some other impartial third-party selected by the Court to serve as a mediator;

3.  Directing the parties to participate in the mediation in good faith;

4.  Providing that the payment of fees and expenses be borne equally by each party; and

5.    Ordering that the mediation proceedings remain strictly confidential between the

parties, their counsel and the mediator.

The Petitioners also request all other relief to which it may be entitled at law, in equity, or in

admiralty.

Respectfully submitted,

Will W. Pierson
State Bar No. 16003100
Federal ID 1931
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
(361) 884-8808
(361) 884-7261 Facsimile

Keith N. Uhles
State Bar No. 20371100
Federal ID No. 1936
55 Cove Circle
P. O. Box 3509
Brownsville, Texas 78523-3509
Telephone: (956) 542-4377
Telecopier: (956) 542-4370

ATTORNEYS FOR PETITIONERS BROWN WATER
TOWING I, INC. AND BROWN WATER MARINE
SERVICE, INC.

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

## CERTIFICATE OF CONSULTATION

Movants advised all attorneys of record by telefax of March 29, 2002 that this Motion would be filed on April 2, 2002 and asked that Movants be advised by noon on April 2, 2002 whether the party was opposed or not opposed to this Motion. No attorney has advised Movants that he/she is opposed to this Motion. The following have advised that they are not opposed to this Motion: Jim Hart, Lamoine Holland, Richard Harrell, Michael Slack, William Q. McManus, Heriberto Medrano, Ray Marchan, Michael Ratliff and Jack Gilbert. The remaining parties have not advised whether they are opposed or not opposed.

_____

Of Royston, Rayzor, Vickery & Williams, L.L.P.

## CERTIFICATE OF SERVICE

I certify that the foregoing was mailed by the means indicated to the counsel listed below on this _2nd_ day of April, 2002.

### SERVICE LIST

Mr. Michael Ratliff
Office of the Attorney General - State of Texas
Post Office Box 12548
Austin, Texas 78711-2548

Mr. James B. Manley
Attorneys at Law
3616 Preston Road
Pasadena, Texas 77505

Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C

The Woodlands, Texas 77381

William Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550

Mr. Les Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471

Robert and Virginia Fandrich
5101 Berdi Way
Stockton, CA 95207

Robert E. Ammons
Stevenson & Ammons, L.C.
3700 Montrose Boulevard
Houston, Texas 77006

Ramon Garcia
Law Offices of Ramon Garcia, P.C.
222 West University Drive
Edinburg, Texas 78539

Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

John and Mary McCoy
514 Brookside Pass
Cedar Park, Texas 78613

Mr. Raymond Thomas
Mr. Andres Gonzalez
Kittleman, Thomas, Ramirez & Gonzales
4900-B N. 10th Street
McAllen, Texas 78504

S. Mark Strawn, Esq.
Schirrmeister Ajamie, L.L.P.
Pennzoil Place-South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002

Julian Rodriguez, Jr.
Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501

Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307

Mr. Cliff Garrard
Independence Plumbers of South Texas
8602 Robindell Drive
Houston, Texas 77074

Mr. Michael L. Slack
SLACK & DAVIS, L.L.P.
Building Two, Suite 2110
8911 Capital of Texas Highway, North
Austin, Texas 78759

Jim S. Hart
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

Frank Enriquez
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

Richard Leo Harrell
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 1400 (78470)
P.O. Box 480
Corpus Christi, Texas 78403-0480

Mr. J. A. Magallanes
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Blvd.
Post Office Box 4901
Brownsville, Texas 78520

Mr. Geoffrey Amsel
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78215

Lamoine Holland
Law Office of W. Lamoine Holland
1920 Nacogdoches Rd., # 100
San Antonio, Texas 78209

OF ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.