IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF AMERICAN § <br> COMMERCIAL LINES LLC AS OWNER § <br> And AMERICAN COMMERCIAL BARGE § <br> LINE LLC AS CHARTERER OF THE § <br> BARGES NM-315, VLB-9182, § <br> ACL-9933B, VLB-9173, PRAYING § <br> FOR EXONERATION FROM AND/OR § <br> LIMITATION OF LIABILITY § | CIVIL ACTION <br><br> NO. B-02-004 B-01-157 |

### PETITION IN INTERVENTION IN THE CLAIM OF
### ESTEBAN F. RIVAS AND MIRIAM RIVAS INDIVIDUALLY AND
### AS REPRESENTATIVE OF THE ESTATE OF STVAN F. RIVAS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Watts & Heard, L.L.P., hereinafter referred to as Intervenors in the claim of ESTEBAN F. RIVAS AND MIRIAM RIVAS INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE OF STVAN F. RIVAS, and file this Petition In Intervention and show unto this Honorable Court as follows:

I.

Intervenors, Ray R. Marchan and Watts & Heard, L.L.P., are residents of Brownsville, Cameron County, Texas whose address is reflected in this pleadings. Intervenors are attorneys licensed to practice law in the State of Texas who maintain an office at 1926 E. Elizabeth, Brownsville, Texas.

Esteban F. Rivas and Miriam Rivas Individually and as Representatives of the Estate of Stvan F. Rivas are being represented by John David Franz, at the Law Offices of John David Franz, 400 North McColl, McAllen, Texas 78501, where service of process may be had.



II.

Intervenors hereby adopts and incorporates herein for all intents and purposes, the allegations contained in the claims filed by Esteban F. Rivas and Miriam Rivas Individually and as Representatives of the Estate of Stvan F. Rivas, and any amended claims which may be filed herein by Esteban F. Rivas and Miriam Rivas Individually and as Representatives of the Estate of Stvan F. Rivas, complaining of actions of Defendants the same if same allegations were fully copied and set out herein.

II

Intervenors Ray R. Marchan and Watts & Heard, L.L.P. have a justifiable interest in the matters in controversy in this litigation in that the above referenced Esteban F. Rivas and Miriam Rivas Individually and as Representatives of the Estate of Stvan F. Rivas entered into a contractual agreement with Intervenors Ray R. Marchan and Watts & Heard, L.L.P. Said contractual agreement entails a partial assignment of interest in this case from Esteban F. Rivas and Miriam Rivas Individually and as Representatives of the Estate of Stvan F. Rivas who now are being represented by John David Franz. Intervenors herein seek with this Intervention to protect their interest in the attorney fees to be received in this case by the Plaintiffs Esteban F. Rivas and Miriam Rivas Individually and as Representatives of the Estate of Stvan F. Rivas.

Alternatively, Intervenors requests that their interests in the attorney fees, be protected under the legal theory of Quantum Meruit.

WHEREFORE PREMISES CONSIDERED, Intervenors respectfully pray this Honorable Court protect Intervenors' interest and for such other and further relief at law or in equity to which they may show themselves to be justly entitled to receive.

Respectfully submitted on this the ___3 day of April, 2002.

WATTS & HEARD, L.L.P
1926 E. Elizabeth
Brownsville, Texas 78520
(956) 544-0500
(956) 541-0255 Fax

_____
RAY R. MARCHAN, Intervenors
For the Firm
State Bar No. 12969050
Fed. I.D. No. 9522

## CERTIFICATE OF SERVICE

I hereby certify that on this the ___3 day of April, 2002, a true and correct copy of the foregoing instrument was forwarded to opposing counsel via fax, by hand-delivery or by certified mail, return receipt requested.

Mr. Will Pierson
Royston, Rayzor, Vickery & Williams
606 N. Carancahua, Ste 1700
Corpus Christi, Texas 78476

Mr. Keith N. Uhles
Royston, Rayzor, Vickery & Williams
55 Cove Circle
P. O. Box 3509
Brownsville, Texas 78520

Central Power & Light
C/o C. T. Corporation Systems
350 N. St. Paul Street
Dallas, Texas 785201

Mr. Ramon Garcia
Attorney at Law
222 W. University Drive
Edinburg, Texas 78539

Mr. Juan Magallanes
Attorney at Law
1713 Boca Chica Blvd.
P. O. Box 4901
Brownsville, Texas 78520

Ms. Leslie D. Cassity
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471

SW Bell
Attn: Mr. Geoffrey Amsel
Attorney at Law
1010 N. St. Mary's Street Room 1403
San Antonio, Texas 78215

Mr. Heriberto Medrano
Attorney at Law
1101 W. Tyler
Harlingen, Texas 78550

Mr. William Q. McManus
McManus & Crane
209 West San Linn
P. O. Box 2206
Victoria, Texas 77902-2206

Mr. Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307

Mr. Robert E. Ammons
Stevenson & Ammons
3700 Montrose Blvd.
Houston, Texas 77006

Mr. Julian Rodriguez, Jr.
Attorney at Law
100 W. Pecan
McAllen, Texas 78501

Mr. Frank Enriquez
Attorney at Law
4200-B North Bicentennial
McAllen, Texas 78504

Mr. John David Franz
Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

Raymond L. Thomas
Kittleman, Thomas, Ramirez & Gonzalez
4900-B North 10th Street
McAllen, Texas 78504

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381

Thoms E. Quirk
Law Offices of Aaron & Quirk
901 N.E. Loop 410, Ste 903
San Antonio, Texas 78209-1308

Daryl G. Darsum
Adams & Reese, L.Lp.
4400 One Houston Center
1221 McKinney
Houston, Texas 77010

Geoffrey Amsel
SBC Managements Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78209

A. G. Hill Power
C/o Jack H. Bennett
112 Lakeshore Drive
Corpus Christi, Texas 78413

George Kraehe
Willette & Guerra, L.L.P.
3505 Boca Chica Blvd., Ste 460
Brownsville, Texas 78521

Veronica Farias
Law Offices of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78520

Ramon Garcia
Attorney at Law
222 West University Drive
Edinburg, texas 78539

Long Island Bridge Co.
c/o John R. Freeland
806 Pecan
McAllen, Texas 78501

Robert Ammons
3770 Montrose Blvd.
Houston, Texas 77006

John Cornyn
Attorney General of Texas
Office of the Attorney General
P. O. Box 12548
Austin, Texas 78711-2548

William R. Edwards
The Edwards Law Firm, L.L.P.
1400 Frost Bank Plaza
Corpus Christi, Texas 78403

Michael R. Cowen
Michael R. Cowen, P.C.
765 E. 7th Street, Ste A
Brownsville, Texas 78520

U.S. Dept. of Transportation
c/o Hon. Greg Serres, US Attorney
600 E. Harrison, Ste 201
Brownsville, Texas 78520-7114

James B. Manley
3616 Preston Road
Pasadena, Texas 77505

Texas Parks & Wildlife Dept.
5541 Bear Lane, Ste 232
Corpus Christi, Texas 78405

Outdoor Resorts of Texas
C/o Randall Henderson, Jr.
P. O. Box 2093
South Garcia
Port Isabel, Texas  78578

William Q. McManus
McManus & Crane, L.L.p.
209 West Juan Linn
P. O. Box 2206
Victoria, Texas  77902-2206

Heriberto Medrano
Attorney at Law
1101 West Tyler
Harlingen, Texas  78550

Phil A. Bellamy
Law Offices of Phil A. Bellamy
815 Ridgewood
Brownsville, Texas  78520

Glen Goodier
Jones, Walker, Waechter, Poitevent
Carrere & Denegre, L.L.P.
201 St. Charles Avenue, 48th Floor
New Orleans, LA  70170-5100

Edith Curtis
4268 Airport Drive
Tioga, Texas  76271

Doyle McClendon
3211 North Inspiration Road, Apt. 2
Mission, Texas  78572

Charles and Darla Nathanson
23102 Botkins Road
Hockley, Texas  77447

N. Fay Rutledge
726 Partridge Lane
Eagle Lake, Texas  77434

Kay Keese
P. O. Box 457
Bells, Texas  75414

Sandra D. Laurel
Snow & Laurel, L.L.P.
310 West Sunset
San Antonio, Texas  78209

Mark J. Spansel
Adams & Reese, L.L.P.
4500 One Shell Square
New Orleans, LA  70139

Mary Ann Courter
Texas. Dept. of Public Safety
5805 Lamar Blvd.
P. O. Box 4087
Austin, Texas  78773-001

Elijo Garza, Area Engineer
Dept. of the Army
Corps of Engineers
1920 North Chaparrel Street
Corpus Christi, Texas  78401

Heather Askwig
2332 West Solano Drive
Phoenix, AZ  85015

Robert and Virginia Fandrich
5101 Berdi Way
Stockton, CA  985207

Annaca Page
16810 Tranquil Drive
Sugar Land, Texas  77478

Romeo Miller
3106 Barnes Bridge
Dallas, Texas  75228

Colleen Forster
565 Pinon Vista Drove
Austin, Texas 78724

Yolanda de Leon, Cam. Cty. Dist. Atty
Cameron County Courthouse
974 E. Harrison
Brownsville, Texas 78520

Mr. Boyd Kennedy, Staff Attorneys
Law Enforcement Division
Texas Parks & Wildlife Dept.
4200 Smith School Road
Austin, Texas 78744

Jim S. Hart
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Ste 600
Houston, Texas 77017

Lt. D. J. Fassero
Freedom of Info Act Coordinator
Commanding Officer
United States Coast Guard
Marine Safety Office -- Corpus Christi
400 Mann Street, Ste 210
Corpus Christi, Texas 78401

Eileen Peeples
P. O. Box 2283
New Caney, Texas 77357

S. Mark Strawn
Shirmeister Ajamie, L.L.P.
711 Louisiana Street, Ste 2150
Houston, Texas 77002

Amadeo Saenz, District Engineer
Tex. Dept. of Transportation
600 West US 83 Expressway
P. O. Drawer EE
Pharr, Texas 78577

Less Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471

W. Lamoine Holland
1920 Nacogdoches Road, Ste 100
San Antonio, Texas 78209

_____
RAY R. MARCHAN