United States District Court
Southern District of Texas
FILED

APR 0 8 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION | § | |
| OF BROWN WATER TOWING I, INC. AS | § | |
| OWNER, AND BROWN WATER MARINE | § | CIVIL ACTION |
| SERVICE, INC., AS BAREBOAT | § | NO. B-01-157 |
| CHARTERER, OF THE BROWN WATER V, | § | (Subject to Rule 9(h) |
| ITS ENGINES, TACKLE, ETC., IN A | § | of the Federal Rules |
| CAUSE OF EXONERATION FROM OR | § | of Civil Procedure) |
| LIMITATION OF LIABILITY | § | Admiralty |

## NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Respondent/Claimant **LAGUNA MADRE WATER DISTRICT**, and files this its Notice of Appearance and would respectfully show the Court as follows:

**Carlos Escobar of Magallanes, Hinojosa & Mancias, 1713 Boca Chica Blvd., Brownsville, Texas** hereby enters his appearance as co-counsel for Respondent/Claimant **LAGUNA MADRE WATER DISTRICT**.

WHEREFORE, PREMISES CONSIDERED, **Carlos Escobar** respectfully requests that his name be entered as of-counsel for Respondent/Claimant **LAGUNA MADRE WATER DISTRICT**.

Respectfully submitted,

MAGALLANES, HINOJOSA & MANCIAS
1713 Boca Chica Blvd.
Brownsville, TX 78520
(956) 544-6571 - telephone
(956) 544-4290 - fax

By: _____
Carlos Escobar
State Bar No. : 24025351
Federal Id No.: 25649

## CERTIFICATE OF SERVICE

I, **Carlos Escobar**, hereby certify that on the  8th  day of April, 2002, a true and correct copy of the foregoing document was served on the counsel of record as indicated on the attached service list via certified mail, return receipt requested:

_____
Carlos Escobar

For Claimants Esteban Rivas and Miriam Rivas:

>John David Franz
>State I.D. No. 07389200
>Federal I.D. No. 1190
>The Law Offices of John David Franz
>400 N. McColl
>McAllen, Texas 78501
>(956) 686-3300
>(956) 686-3578 (Facsimile)
>
>J. Chad Gauntt
>State I.D. No. 07765990
>Federal I.D. No. 14125
>Gauntt & Kruppstadt, L.L.P.
>9004 Forest Crossing Drive, Suite C
>The Woodlands, Texas 77381
>(281) 367-6555
>(281) 367-3705 (Facsimile)

For Claimant State of Texas:

>Mr. Jack F. Gilbert
>State I.D. No. 00786946
>Federal I.D. No. 16701
>Office of the Attorney General
>Transportation Division
>Post Office Box 12548
>Austin, Texas 78711-2548
>(512) 463-2004
>(512) 472-3855
>
>Mark J. Spansel
>ADAMS & REESE, L.L.P.
>4500 One Shell Square
>New Orleans, LA 70139
>(504) 585-0215
>(504) 566-0210 Facsimile

For Claimant William Morris Welch:

        Mr. James B. Manley
        State I.D. No. 12915000
        Federal I.D. No. 3286
        Attorneys at Law
        3616 Preston Road
        Pasadena, Texas 77505
        (713) 947-1670
        (713) 947-6956 Facsimile

For Claimants Lydia Zamora, Gustavo Morales, Bigo's International, L.L.C.; Jacqueline Paddock and Bridgette Goza:

        Mr. Ray R. Marchan
        State I.D. No. 12969050
        Federal I.D. No. 9522
        WATTS & HEARD, L.L.P.
        1926 E. Elizabeth
        Brownsville, Texas 78520
        (956) 544-0500
        (956) 541-0255 Facsimile

For Claimants Ricky Leavell and Carol Leavell:

        Steve Q. McManus
        State I.D. No. 13784700
        Federal I.D. No. 5889
        McManus & Crane, L.L.P.
        209 West Juan Linn
        Post Office Box 2206
        Victoria, Texas 77902-2206
        (361) 575-6764
        (361) 575-84554 Facsimile

For Claimant Anita Harris:

        Mr. Heriberto Medrano
        State I.D. No. 13897800
        Federal I.D. No. 5952
        Law Offices of Heriberto Medrano
        1101 West Tyler
        Harlingen, Texas 78550
        (956) 428-2412
        (956) 428-2495 Facsimile

For Claimants American Commercial Barge Lines and American Commercial Lines :

> Mr. Les Cassidy
> State I.D. No. 03979270
> Federal I.D. No. 5931
> Woolsey & Cassidy, P.C.
> 1020 Bank of America
> 500 North Water Street
> Corpus Christi, Texas 78471
> (361) 887-2965
> (361) 887-6521 Facsimile

For Claimant Southwestern Bell Telephone:

> Mr. Geoffrey Amsel
> State I.D. No. 01161570
> SBC Management Services
> 1010 N. St. Mary's, Room 1403
> San Antonio, Texas 78209
> (210) 886-4805
> (210) 222-7194 (Facsimile)

For Claimants Raquel Teran Hinojosa, Clarissa Hinojosa, Omar Hinojosa and Gaspar Hinojosa, II:

> Robert E. Ammons
> State I.D. No. 01159820
> Federal I.D. No. 11742
> Stevenson & Ammons, L.C.

Ramon:

    You and I have had a friendship for a long time. But, it has become increasing apparent that you do not share my professional philosophy. It is with much regret, that I will ask you to find another job. I am humbled by the fact that you and I have known each other for so long, yet, as you know, my integrity as well as my livelihood is at stake. I do not believe that you can help with this endeavor. I am sorry.

    Thank you very much for everything you have done for me and my family. I will take care of the remaining note balance and of coarse, your bonus for this year. Please let me know how much time you need to clean your office out and make sure the girls know where you are at.

    3700 Montrose Boulevard
    Houston, Texas 77006
    (713) 523-3030
    (713) 523-4747 Facsimile

    Ramon Garcia
    State I.D. No. 07641800
    Federal I.D. No. 3936
    Law Offices of Ramon Garcia, P.C.
    222 West University Drive
    Edinburg, Texas 78539
    (956) 383-7441
    (956) 381-0825 Facsimile

For Claimants Martin D. Hinojosa and Rita S. Hinojosa:

    Julian Rodriguez, Jr.
    State I.D. No. 17146770
    Federal I.D. No. 15112
    Law Office of Julian Rodriguez, Jr.
    100 W. Pecan
    McAllen, Texas 78501
    (956) 682-8801
    (956) 682-4544 Facsimile

For minor Claimant William Welch:

    Ms. Veronica Farias
    Law Office of Veronica Farias
    2854 Boca Chica Blvd.
    Brownsville, Texas 78521
    (956) 546-1537

For Claimant Dimas Mora:

    W. Lamoine Holland
    State I.D. No. 09856000
    1920 Nacogdoches Road, Suite 100
    San Antonio, Texas 78209
    (210) 824-7474
    (210) 824-8141 Facsimile

For Allstate Insurance Company:

        Thomas E. Quirk
        State I.D. No. 16437700
        Federal I.D. No. 29509
        Aaron & Quirk
        901 N.E. Loop 410, Suite 903
        San Antonio, Texas 78209-1307
        (210) 820-0211
        (210) 820-0214 Facsimile

For Claimants Rene Mata and Frank Mata:

        Raymond L. Thomas
        Federal I.D. No. 10715
        Andres H. Gonzalez, Jr.
        Federal I.D. No. 22196
        Kittleman, Thomas, Ramirez & Gonzales, PLLC
        4900-B North 10th Street
        McAllen, Texas 78504
        (956) 686-8797
        (956) 630-5199 Facsimile

For Claimant Hector Martinez, Sr.:

        Jim S. Hart
        State I.D. No. 09147400
        Federal I.D. No. 14548
        Williams Bailey Law Firm, L.L.P.
        8441 Gulf Freeway, Suite 600
        Houston, Texas 77017
        (713) 230-2312
        (713) 643-6226 Facsimile

For Claimants J. Antonio Mireles, Juan Antonio Mireles and Soledad Gonzalez Mireles:

        Thomas R. Ajamie
        State I.D. No. 00952400
        S. Mark Strawn
        State I.D. No. 19374325
        Schirrmeister Ajamie, L.L.P.
        Pennzoil Place - South Tower
        711 Louisiana, Suite 2150
        Houston, Texas 77002

For Claimant William E. Kimbrell:

>Richard Leo Harrell
>State I.D. No. 09041320
>The Edwards Law Firm
>Post Office Box 480
>Corpus Christi, Texas 78403
>(361) 698-7600
>(361) 698-7615 Facsimile

For Claimants Roberto Espericueta, Alberto Leroy Moya, Rolando Lee Moya and Antonio Salinas, Jr.:

>Frank Enriquez
>State I.D. No. 06630500
>Federal I.D. No. 3734
>Law Offices of Frank Enriquez
>4200-B North Bicentennial
>McAllen, Texas 78504
>(956) 686-5291
>(956) 618-5064 Facsimile

For Petitioners Brown Tide, Inc., and Brown Water Marine Service, Inc.:

>Will W. Pierson
>State Bar No. 16003100
>Federal I.D. No. 1931
>Keith Uhles
>State Bar No. 20371100
>Federal I.D. No. 1936
>James Hunter
>State Bar No. 00784311
>Federal I.D. No. 15703
>ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
>1700 Wilson Plaza West
>606 N. Carancahua
>Corpus Christi, Texas 78476
>(361) 884-8808
>(361) 884-7261 (Facsimile)

Sixty-two (62) businesses are represented by:

> Michael L. Slack
> Slack & Davis, L.L.P.
> 8911 Capital of Texas Hwy
> Building 2, Suite 2110
> Austin, Texas 78759
> (512) 795-8686
> (512) 795-8787 Facsimile

The following Claimants have appeared pro se:

> Robert A. Fandrich and Virginia Fandrich
> 5101 Verdi Way
> Stockton, California 95207
>
> Cliff Garrard
> Independent Plumbers of South Texas
> 8602 Robindell Drive
> Houston, Texas 77074
>
> John McCoy and Mary McCoy
> 514 Brookside Pass
> Cedar Park, Texas 78613