121

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § | C.A. B-01-157<br>Admiralty |

**Consolidated with**

| | | |
|---|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER and AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § | CA NO. B-02-004<br>Admiralty |

**PETITIONERS' MOTION FOR ADMISSION PRO HAC VICE - UNOPPOSED**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:

NOW COMES Attorney Les Cassidy, Attorney for Petitioners, and requests Attorney Glenn G. Goodier, who is admitted and is a member in good standing of the Louisiana State Bar and the United States District Court for the Eastern District of Louisiana, among others (copy of Certificate of Good Standing is attached hereto), and seeks to appear as the Attorney-in-Charge for Petitioners, American Commercial Lines LLC and American Commercial Barge Lines LLC, Petitioners, in the above styled and numbered cause.

Information for Attorney Glenn G. Goodier is as follows:

Glenn G. Goodier

Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.

201 St. Charles Avenue, 48th Floor

New Orleans, Louisiana 70170-5100

Telephone (504) 582-8145

Facsimile (504) 582-8010

Licensed: Louisiana - Number 06130

Eastern District of Louisiana

WHEREFORE, PREMISES CONSIDERED, Attorney Glenn G. Goodier requests permission to represent Petitioners as Attorney-in-Charge.

Respectfully submitted,

Les Cassidy
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
(361) 887-2965 office
(361) 887-6521 fax

State Bar Number 03979270
Federal Identification 5931
Attorney in Charge for Petitioners
American Commercial Lines LLC and
American Commercial Barge Lines LLC

OF COUNSEL:

Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
(361) 887-2965 office
(361) 887-6521 fax

GLENN G. GOODIER
Jones, Walker, Waechter, Poitevent,
Carrere & Denegre, L.L.P.
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8174
Facsimile: (504) 582-8010

**Certificate of Consultation**

I have consulted with all counsel and parties present at the Rule 26 Conference on April 5, 2002, and have determined that this motion is unopposed.

Les Cassidy

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing was forwarded this 5th day of April, 2002, by U.S. Mail, to those listed on the following "Service List."

Les Cassidy

AO 136
(Rev. 6/82)

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA
EASTERN DISTRICT OF LOUISIANA

I, ***LORETTA G. WHYTE***, Clerk of the United States District Court, Eastern District of Louisiana,

DO HEREBY CERTIFY That ***GLENN GILL GOODIER*** was duly admitted to practice in said Court on ***September 22, 1971***, and is in good standing as a member of the bar of said Court.

Dated at *New Orleans, LA*

on February 5, 2002

LORETTA G. WHYTE
CLERK

By B. Pisciotta
Deputy Clerk

**SERVICE LIST**

Hon. Mark J. Spansel
ADAMS & REESE, L.L.P.
4500 One Shell Square
New Orleans, LA 70139

Mr. Michael Ratliff
Office of the Attorney General - State of Texas
Post Office Box 12548
Austin, Texas 78711-2548

Mr. James B. Manley
Attorneys at Law
3616 Preston Road
Pasadena, Texas 77505

Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381

William Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550

Mr. Glen Goodier
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100

Will Pierson
Royston Rayzor Vickery & Williams LLP
606 N. Carancahua
1700 Wilson Plaza West
Corpus Christi, Texas 78476

United States Department of Transportation
c/o Hon. Greg Serres, United States Attorney
600 East Harrison, Suite 201
Brownsville, Texas 78520-7114

A.G. Hill Power
c/o Ms. Janet Thompson
6654 Leopard Street
Corpus Christi, Texas 78409

Central Power & Light
c/o C.T. Corporation System
350 N. St. Paul Street
Dallas, Texas 75201

Outdoor RV Resorts South Padre
c/o Dave Fletcher
900 South Garcia Street
Port Isabel, Texas 78578

Long Island Bridge Company
c/o John R. Freeland
806 Pecan
McAllen, Texas 78501

Mr. Brian G. Janis
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284

Texas Parks & Wildlife Department
5541 Bear Lane, Suite 232
Corpus Christi, Texas 78405

Ms. Heather Askwig
2332 West Solano Drive
Phoenix, AZ 85015

Ms. Edith Curtis
4268 Airport Road
Tioga, Texas 76271

Ms. Kay Keese
Post Office Box 457
Bells, Texas 75414

Mr. Doyle McClendon
3211 North Inspiration Road, Apt. 2
Mission, Texas 78572

Robert and Virginia Fandrich
5101 Berdi Way
Stockton, CA 95207

Charles Nathanson
23102 Botkins Road
Hockley, Texas 77447

Annaca Page
16810 Tranquil Drive
Sugar Land, Texas 77478

N. Fay Rutledge
726 Partridge Lane
Eagle Lake, Texas 77434

Mr. Romeo Miller
3106 Barnes Bridge
Dallas, Texas 75228

Mr. J. A. Magallanes
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Blvd.
Post Office Box 4901
Brownsville, Texas 78520

Mr. Geoffrey Amsel
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78215

Ms. Yolanda De Leon, County Attorney
Cameron County Courthouse
974 E. Harrison Street
Brownsville, Texas 78520-7198

Department of the Army
Corps of Engineers
1920 North Chaparral Street
Corpus Christi, Texas 78401
ATTN: Mr. Elijio Garza
Area Engineer

Texas Parks & Wildlife Department
4200 Smith School Road
Austin, Texas 78744
ATTN: Mr. Boyd Kennedy, Staff Attorney
Law Enforcement Division

Commanding Officer
United States Coast Guard
Marine Safety Office-Corpus Christi
555 N. Carancahua St., #500
Corpus Christi, Texas 78478-0012
ATTN: Lt. D. J. Fassero
Freedom of Information Act Coordinator

Texas Department of Transportation
600 West US 83 Expressway
P. O. Drawer EE
Pharr, Texas 78577
ATTN: Amadeo Saenz, District Engineer

Robert E. Ammons
Stevenson & Ammons, L.C.
3700 Montrose Boulevard
Houston, Texas 77006

Ramon Garcia
Law Offices of Ramon Garcia, P.C.
222 West University Drive
Edinburg, Texas 78539

Mr. George C. Kraehe
Willette & Guerra, L.L.P.
3505 Boca Chica Boulevard, Suite 460
Brownsville, Texas 78521

Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

Ms. Colleen Forster
5652 Pinon Vista Drive
Austin, Texas 78724

Ms. Mary Ann Courter
Texas Department of Public Safety
5805 Lamar Boulevard
Post Office Box 4087
Austin, Texas 78773-0001

Ms. Eileen Peeples
Post Office Box 2283
New Caney, Texas 77357

W. Lamoine Holland
1920 Nacogdoches Road, Suite 100
San Antonio, Texas 78209

John and Mary McCoy
514 Brookside Pass
Cedar Park, Texas 78613

Mr. Raymond Thomas
Mr. Andres Gonzalez
Kittleman, Thomas, Ramirez & Gonzales
4900-B N. 10th Street
McAllen, Texas 78504

S. Mark Strawn, Esq.
Schirrmeister Ajamie, L.L.P.
Pennzoil Place-South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002

Julio Cesar Mireles, Deceased
305 W. 10th Street
Los Fresnos, Texas 78566

Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307

Mr. Max Key
K/R Electrical Services
3722 Pinemont Drive
Houston, Texas 77018

Mr. Cliff Garrard
Independence Plumbers of South Texas
8602 Robindell
Houston, Texas 77074

Julian Rodriguez, Jr.
Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501

Mr. Michael L. Slack
SLACK & DAVIS, L.L.P.
Building Two, Suite 2110
8911 Capital of Texas Highway,North
Austin, Texas 78759

Jim S. Hart
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

Frank Enriquez
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

Richard Leo Harrell
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 1400 (78470)
P.O. Box 480
Corpus Christi, Texas 78403-0480

| | | | | | |
|---|---|---|---|---|---|
| **Page** | : | 1 of 2 | | | |
| **Printed** | : | 04/02/2002 14:50 | **Ad Number** | : | 64352608 |
| **Order Number** | : | 64352607 | **Publication** | : | Valley Morning Star |
| **PO Number** | : | | **Category** | : | 101 Legal Notices |
| **Customer** | : | 13680 - Woolsey & Cassidy, P.C. | **First Pub** | : | 02/11/2002 |
| **Contact** | : | Joan for Les Cassidy | **Last Pub** | : | 03/04/2002 |
| **Address1** | : | 1020 Bank of America | **Days** | : | 4 |
| **Address2** | : | 500 North Water Street | **Size** | : | 5 x 11.00, 76 lines |
| **City** | : | Corpus Christi, TX 78471 | **Ad Rate** | : | open |
| **Phone** | : | (361) 887-2965 | **Ad Price** | : | 2312.20 |
| **Fax** | : | (361) 887-6521 | **Order Price** | : | 2312.20 |
| | | | **Amount Paid** | : | 0.00 |
| | | | **Amount Due** | : | 2312.20 |

**Keywords** : UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS BROWNSVILLE DIV
**Printed By** : Martha Longoria
**Entered By** : Marivel Soto

---

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF AMERICAN** | § | |
| **COMMERCIAL LINES LLC AS OWNER** | § | |
| **and AMERICAN COMMERCIAL BARGE** | § | **C.A. NO. B-02-004** |
| **LINE LLC AS CHARTERER OF THE** | § | **(Subject to Rule 9 (h)** |
| **BARGES NM-315, VLB-9182** | § | **of the Federal Rules** |
| **ACL-9933B, VLB-9173, PRAYING** | § | **of civil Procedures)** |
| **FOR EXONERATION FROM AND/ OR** | § | **Admiralty** |
| **LIMITATION OF LIABILITY** | § | |

**NOTICE TO CLAIMANTS OF COMPLAINT**
**FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

Notice is given that American Commercial Lines LLC ("ACL") and American Commercial Barge Line LLC ("ACBL"), as owner and charterer of the Barges NM-315, VLB-9182. ACL-9933B, and VLB-9173 respectively filed a Complaint pursuant to 46 U.S.C. 183 et seq., claiming the right to exoneration from or limitation of liability for all claims for loss, damage, death, injury or destruction allegedly caused or arising out of or resulting from the allision of the M/B FROWN WATER V with the Queen Isabela causeway on September 15, 2001, all as is more fully set forth in the Complaint.

All persons, firms or corporations asserting claims with respect t which the Complaint seeks limitations are admonished to file their respective claims under oath with the Clerk of Court, United States District Court for the Southern District of Texas, Brownsville Division, 600 Harrison Street, Brownsville, Texas 78520, and to serve on the attorneys for ACL and ACBL, Leslie D. Cassidy, III, 500 N. Water Street, Corpus Christi, Texas 78471, a copy thereof on or before the 14th day of March, 2002, at 5:00 p.m. or be defaulted.

Personal attendance is not required.

Any claimant desiring to contest either the right of exoneration from or the right ot limitation of liability of liability shall file and serve an Answer to the Complaint, unless his claim has included an Answer, all as required by Rule F of the Supplemental Rules of the Federal Rules of Civil Procedure for Certain Admiralty and Maritime Claims, or be defaulted.

ENTERED at Brownsville, Texas, this **31st** day of **JANUARY**, 2002.

| | | | | | |
|---|---|---|---|---|---|
| **Page** | : | 2 of 2 | | | |
| **Printed** | : | 04/02/2002 14:50 | **Ad Number** | : | 64352608 |
| **Order Number** | : | 64352607 | **Publication** | : | Valley Morning Star |
| **PO Number** | : | | **Category** | : | 101 Legal Notices |
| **Customer** | : | 13680 - Woolsey & Cassidy, P.C. | **First Pub** | : | 02/11/2002 |
| **Contact** | : | Joan for Les Cassidy | **Last Pub** | : | 03/04/2002 |
| **Address1** | : | 1020 Bank of America | **Days** | : | 4 |
| **Address2** | : | 500 North Water Street | **Size** | : | 5 x 11.00, 76 lines |
| **City** | : | Corpus Christi, TX 78471 | **Ad Rate** | : | open |
| **Phone** | : | (361) 887-2965 | **Ad Price** | : | 2312.20 |
| **Fax** | : | (361) 887-6521 | **Order Price** | : | 2312.20 |
| | | | **Amount Paid** | : | 0.00 |
| | | | **Amount Due** | : | 2312.20 |

**Keywords** : UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS BROWNSVILLE DIV
**Printed By** : Martha Longoria
**Entered By** : Marivel Soto

---

UNITED STATES DISTRICT JUDGE

Respectfully submitted,

Les Cassidy
Attorney-in-Charge for Petitioner
State Bar Number: 03979270
Federal Identification:5931
WOOLSEY & CASSIDY,P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
Telephone: (361)887-2965
Fax: (361)887-6521

OF COUNSEL:

WOOLSEY & CASSIDY, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
Telephone: (361)887-2965
Fax: (361)887-6521

GLENN G. GOODIER
Jones, Walker,Waechter, Poitevent,
Carrere & Denegre, L.L.P.
201 St. Charles Avenue-48th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8174

IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER and AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182 ACL-9933B, VLB-9173, PRAYING FOR EXONERATION FROM AND/ OR LIMITATION OF LIABILITY § § § § § § § §

C.A. NO. B-02-004
(Subject to Rule 9 (h) of the Federal Rules of civil Procedures)
Admiralty

## NOTICE TO CLAIMANTS OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

Notice is given that American Commercial Lines LLC ("ACL") and American Commercial Barge Line LLC ("ACBL"), as owner and charterer of the Barges NM-315, VLB-9182. ACL-9933B, and VLB-9173 respectively filed a Complaint pursuant to 46 U.S.C. 183 et seq., claiming the right to exoneration from or limitation of liability for all claims for loss, damage, death, injury or destruction allegedly caused or arising out of or resulting from the allision of the M/B FROWN WATER V with the Queen Isabela causeway on September 15, 2001, all as is more fully set forth in the Complaint.

All persons, firms or corporations asserting claims with respect t which the Complaint seeks limitations are admonished to file their respective claims under oath with the Clerk of Court, United States District Court for the Southern District of Texas, Brownsville Division, 600 Harrison Street, Brownsville, Texas 78520, and to serve on the attorneys for ACL and ACBL, Leslie D. Cassidy, III, 500 N. Water Street, Corpus Christi, Texas 78471, a copy thereof on or before the 14th day of March, 2002, at 5:00 p.m. or be defaulted.

Personal attendance is not required.

Any claimant desiring to contest either the right of exoneration from or the right ot limitation of liability of liability shall file and serve an Answer to the Complaint, unless his claim has included an Answer, all as required by Rule F of the Supplemental Rules of the Federal Rules of Civil Procedure for Certain Admiralty and Maritime Claims, or be defaulted.

ENTERED at Brownsville, Texas, this 31st day of JANUARY, 2002.

UNITED STATES DISTRICT JUDGE

Respectfully submitted,

Les Cassidy
Attorney-in-Charge for Petitioner
State Bar Number: 03979270
Federal Identification:5931
WOOLSEY & CASSIDY,P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
Telephone: (361)887-2965
Fax: (361)887-6521

OF COUNSEL:

WOOLSEY & CASSIDY, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
Telephone: (361)887-2965
Fax: (361)887-6521

GLENN G. GOODIER
Jones, Walker,Waechter, Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue-48th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8174

| | | |
|---|---|---|
| COMMERCIAL LINES LLC AS OWNER | § | |
| and AMERICAN COMMERCIAL BARGE | § | C.A. NO. B-02-004 |
| LINE LLC AS CHARTERER OF THE | § | (Subject to Rule 9 (h) |
| BARGES NM-315, VLB-9182 | § | of the Federal Rules |
| ACL-9933B, VLB-9173, PRAYING | § | of civil Procedures) |
| FOR EXONERATION FROM AND/ OR | § | Admiralty |
| LIMITATION OF LIABILITY | § | |

## NOTICE TO CLAIMANTS OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

Notice is given that American Commercial Lines LLC ("ACL") and American Commercial Barge Line LLC ("ACBL"), as owner and charterer of the Barges NM-315, VLB-9182. ACL-9933B, and VLB-9173 respectively filed a Complaint pursuant to 46 U.S.C. 183 et seq., claiming the right to exoneration from or limitation of liability for all claims for loss, damage, death, injury or destruction allegedly caused or arising out of or resulting from the allision of the M/B FROWN WATER V with the Queen Isabela causeway on September 15, 2001, all as is more fully set forth in the Complaint.

All persons, firms or corporations asserting claims with respect t which the Complaint seeks limitations are admonished to file their respective claims under oath with the Clerk of Court, United States District Court for the Southern District of Texas, Brownsville Division, 600 Harrison Street, Brownsville, Texas 78520, and to serve on the attorneys for ACL and ACBL, Leslie D. Cassidy, III, 500 N. Water Street, Corpus Christi, Texas 78471, a copy thereof on or before the 14th day of March, 2002, at 5:00 p.m. or be defaulted.

Personal attendance is not required.

Any claimant desiring to contest either the right of exoneration from or the right ot limitation of liability of liability shall file and serve an Answer to the Complaint, unless his claim has included an Answer, all as required by Rule F of the Supplemental Rules of the Federal Rules of Civil Procedure for Certain Admiralty and Maritime Claims, or be defaulted.

ENTERED at Brownsville, Texas, this **31st** day of **JANUARY**, 2002.

UNITED STATES DISTRICT JUDGE

Respectfully submitted,

Les Cassidy
Attorney-in-Charge for Petitioner
State Bar Number: 03979270
Federal Identification:5931
WOOLSEY & CASSIDY,P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
Telephone: (361)887-2965
Fax: (361)887-6521

OF COUNSEL:

WOOLSEY & CASSIDY, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
Telephone: (361)887-2965
Fax: (361)887-6521

GLENN G. GOODIER
Jones, Walker,Waechter, Poitevent,
Carrere & Denegre, L.L.P.
201 St. Charles Avenue-48th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8174

## UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS BROWNSVILLE DIVISION

**IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER and AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182 ACL-9933B, VLB-9173, PRAYING FOR EXONERATION FROM AND/ OR LIMITATION OF LIABILITY** § § § § § § § §

**C.A. NO. B-02-004 (Subject to Rule 9 (h) of the Federal Rules of civil Procedures) Admiralty**

## NOTICE TO CLAIMANTS OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

Notice is given that American Commercial Lines LLC ("ACL") and American Commercial Barge Line LLC ("ACBL"), as owner and charterer of the Barges NM-315, VLB-9182. ACL-9933B, and VLB-9173 respectively filed a Complaint pursuant to 46 U.S.C. 183 et seq., claiming the right to exoneration from or limitation of liability for all claims for loss, damage, death, injury or destruction allegedly caused or arising out of or resulting from the allision of the M/B FROWN WATER V with the Queen Isabela causeway on September 15, 2001, all as is more fully set forth in the Complaint.

All persons, firms or corporations asserting claims with respect t which the Complaint seeks limitations are admonished to file their respective claims under oath with the Clerk of Court, United States District Court for the Southern District of Texas, Brownsville Division, 600 Harrison Street, Brownsville, Texas 78520, and to serve on the attorneys for ACL and ACBL, Leslie D. Cassidy, III, 500 N. Water Street, Corpus Christi, Texas 78471, a copy thereof on or before the 14th day of March, 2002, at 5:00 p.m. or be defaulted.

Personal attendance is not required.

Any claimant desiring to contest either the right of exoneration from or the right ot limitation of liability of liability shall file and serve an Answer to the Complaint, unless his claim has included an Answer, all as required by Rule F of the Supplemental Rules of the Federal Rules of Civil Procedure for Certain Admiralty and Maritime Claims, or be defaulted.

ENTERED at Brownsville, Texas, this **31st** day of **JANUARY**, 2002.

UNITED STATES DISTRICT JUDGE

Respectfully submitted,

Les Cassidy
Attorney-in-Charge for Petitioner
State Bar Number: 03979270
Federal Identification:5931
WOOLSEY & CASSIDY,P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
Telephone: (361)887-2965
Fax: (361)887-6521

OF COUNSEL:

WOOLSEY & CASSIDY, P.C.
1020 Bank of America
500 North Water Street

PUBLISI

STATE OF TEXAS
COUNTY OF CAMERON

Ricardo Acosta
the bookkeeper of the Brownsville Hera

Notice

appeared in the following issues

#7294

Subscribed and sworn before me this
A.D. 2002




UNITED STATES DISTRICT COURT
FOR THE S ERN DISTRICT OF TEXAS
BR WNSVILLE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER and AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § | C.A. NO. B-02-004 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |

**NOTICE TO CLAIMANTS OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

Notice is given that American Commercial Lines LLC ("ACL") and Americ Commercial Barge Line LLC ("ACBL"), as owner and charterer of the Barges N 315, VLB-9182, ACL-9933B, and VLB-9173 respectively filed a Complaint p suant to 46 U.S.C. §183 et seq.; claiming the right to exoneration from or limi tion of liability for all claims for loss, damage, death, injury or destruction allege ly caused or arising out of or resulting from the allision of the M/B BROV WATER V with the Queen Isabela Causeway on September 15, 2001, all as more fully set forth in the Complaint.

All persons, firms or corporations asserting claims with respect to which t Complaint seeks limitation are admonished to file their respective claims unc oath with the Clerk of Court, United States Court for the Southern District Texas, Brownsville Division, 600 Harrison Street, Brownsville, Texas 78520, a to serve on the attorneys for ACL and ACBL, Leslie D. Cassidy, III, 500 N. Wa Street, Corpus Christi, Texas 78471, a copy thereof on or before the 14th day March, 2002, at 5:00 p.m. or be defaulted. Personal attendance is not requirec

Any claimant desiring to contest either the right of exoneration from or the ri to limitation of liability shall file and serve an Answer to the Complaint, unless claim has included an Answer, all as required by Rule F of the Supplemer Rules of the Federal Rules of Civil Procedure for Certain Admiralty and Mariti Claims, or be defaulted.

ENTERED at Brownsville, Texas, this 31st day of January, 2002.

UNITED STATES DISTRICT JUDGE

Respectfully submitted,

Les Cassidy
Attorney-in-Charge for Petitioner
State Bar Number: 03979270
Federal Identification: 5931
**WOOLSEY & CASSIDY, P.C.**
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
Telephone: (361) 887-2965
Fax: (361) 887-6521

**OF COUNSEL:**

**WOOLSEY & CASSIDY, P.C.**
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
Telephone: (361) 887-2965
Fax: (361) 887-6521

**GLENN G. GOODIER**
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8174

PUBLISI

STATE OF TEXAS
COUNTY OF CAMERON

Ricardo Acosta
the bookkeeper of the Brownsville Heral

Notice To Claimants Of Complaint For

appeared in the following issues

#7294

Subscribed and sworn before me
A.D. 2002




UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER and AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § | C.A. NO. B-02-004 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |

**NOTICE TO CLAIMANTS OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

Notice is given that American Commercial Lines LLC ("ACL") and Americ Commercial Barge Line LLC ("ACBL"), as owner and charterer of the Barges N 315, VLB-9182, ACL-9933B, and VLB-9173 respectively filed a Complaint pu suant to 46 U.S.C. §183 et seq.; claiming the right to exoneration from or limit tion of liability for all claims for loss, damage, death, injury or destruction allege ly caused or arising out of or resulting from the allision of the M/B BROW WATER V with the Queen Isabela Causeway on September 15, 2001, all as more fully set forth in the Complaint.

All persons, firms or corporations asserting claims with respect to which t Complaint seeks limitation are admonished to file their respective claims unc oath with the Clerk of Court, United States Court for the Southern District Texas, Brownsville Division, 600 Harrison Street, Brownsville, Texas 78520, a to serve on the attorneys for ACL and ACBL, Leslie D. Cassidy, III, 500 N. Wa Street, Corpus Christi, Texas 78471, a copy thereof on or before the 14th day March, 2002, at 5:00 p.m. or be defaulted. Personal attendance is not required

Any claimant desiring to contest either the right of exoneration from or the ri to limitation of liability shall file and serve an Answer to the Complaint, unless claim has included an Answer, all as required by Rule F of the Supplemen Rules of the Federal Rules of Civil Procedure for Certain Admiralty and Maritir Claims, or be defaulted.

ENTERED at Brownsville, Texas, this 31st day of January, 2002.

UNITED STATES DISTRICT JUDGE

Respectfully submitted,
Les Cassidy
Attorney-in-Charge for Petitioner
State Bar Number: 03979270
Federal Identification: 5931
**WOOLSEY & CASSIDY, P.C.**
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
Telephone: (361) 887-2965
Fax: (361) 887-6521

**OF COUNSEL:**

**WOOLSEY & CASSIDY, P.C.**
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
Telephone: (361) 887-2965
Fax: (361) 887-6521

**GLENN G. GOODIER**
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8174

PUBLISI

STATE OF TEXAS
COUNTY OF CAMERON

Ricardo Acosta
the bookkeeper of the Brownsville Heral

Notice

appeared in the following issues

#7294

Subscribed and sworn before me this
A.D. 2002




UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER and AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § | C.A. NO. B-02-004 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |

**NOTICE TO CLAIMANTS OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

Notice is given that American Commercial Lines LLC ("ACL") and America Commercial Barge Line LLC ("ACBL"), as owner and charterer of the Barges NM 315, VLB-9182, ACL-9933B, and VLB-9173 respectively filed a Complaint pu suant to 46 U.S.C. §183 et seq.; claiming the right to exoneration from or limit tion of liability for all claims for loss, damage, death, injury or destruction allege ly caused or arising out of or resulting from the allision of the M/B BROW WATER V with the Queen Isabela Causeway on September 15, 2001, all as more fully set forth in the Complaint.

All persons, firms or corporations asserting claims with respect to which th Complaint seeks limitation are admonished to file their respective claims und oath with the Clerk of Court, United States Court for the Southern District Texas, Brownsville Division, 600 Harrison Street, Brownsville, Texas 78520, a to serve on the attorneys for ACL and ACBL, Leslie D. Cassidy, III, 500 N. Wa Street, Corpus Christi, Texas 78471, a copy thereof on or before the 14th day March, 2002, at 5:00 p.m. or be defaulted. Personal attendance is not required

Any claimant desiring to contest either the right of exoneration from or the rig to limitation of liability shall file and serve an Answer to the Complaint, unless h claim has included an Answer, all as required by Rule F of the Supplemen Rules of the Federal Rules of Civil Procedure for Certain Admiralty and Maritir Claims, or be defaulted.

ENTERED at Brownsville, Texas, this 31st day of January, 2002.

UNITED STATES DISTRICT JUDGE

Respectfully submitted,
Les Cassidy
Attorney-in-Charge for Petitioner
State Bar Number: 03979270
Federal Identification: 5931
**WOOLSEY & CASSIDY, P.C.**
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
Telephone: (361) 887-2965
Fax: (361) 887-6521

**OF COUNSEL**:

**WOOLSEY & CASSIDY, P.C.**
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
Telephone: (361) 887-2965
Fax: (361) 887-6521

**GLENN G. GOODIER**
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8174

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER and AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § | C.A. NO. B-02-004 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |

**NOTICE TO CLAIMANTS OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

Notice is given that American Commercial Lines LLC ("ACL") and Americ Commercial Barge Line LLC ("ACBL"), as owner and charterer of the Barges N 315, VLB-9182, ACL-9933B, and VLB-9173 respectively filed a Complaint p suant to 46 U.S.C. §183 et seq.; claiming the right to exoneration from or lim tion of liability for all claims for loss, damage, death, injury or destruction alleg ly caused or arising out of or resulting from the allision of the M/B BROV WATER V with the Queen Isabela Causeway on September 15, 2001, all as more fully set forth in the Complaint.

All persons, firms or corporations asserting claims with respect to which Complaint seeks limitation are admonished to file their respective claims un oath with the Clerk of Court, United States Court for the Southern District Texas, Brownsville Division, 600 Harrison Street, Brownsville, Texas 78520, a to serve on the attorneys for ACL and ACBL, Leslie D. Cassidy, III, 500 N. Wa Street, Corpus Christi, Texas 78471, a copy thereof on or before the 14th day March, 2002, at 5:00 p.m. or be defaulted. Personal attendance is not required

Any claimant desiring to contest either the right of exoneration from or the ri to limitation of liability shall file and serve an Answer to the Complaint, unless claim has included an Answer, all as required by Rule F of the Suppleme Rules of the Federal Rules of Civil Procedure for Certain Admiralty and Mariti Claims, or be defaulted.

ENTERED at Brownsville, Texas, this 31st day of January, 2002.

UNITED STATES DISTRICT JUDGE

Respectfully submitted,
Les Cassidy
Attorney-in-Charge for Petitioner
State Bar Number: 03979270
Federal Identification: 5931
**WOOLSEY & CASSIDY, P.C.**
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
Telephone: (361) 887-2965
Fax: (361) 887-6521

**OF COUNSEL:**

**WOOLSEY & CASSIDY, P.C.**
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
Telephone: (361) 887-2965
Fax: (361) 887-6521

**GLENN G. GOODIER**
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8174

PUBLISI

STATE OF TEXAS
COUNTY OF CAMERON

Ricardo Acosta
the bookkeeper of the Brownsville Heral

Notice

appeared in the following issues

#7294

Subscribed and sworn before me this
A.D. 2002

