IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 23 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § § | C.A. NO. B-01-157

Consolidated with |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER and AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-912, ACL-9993B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § | C.A. NO. B-02-004


ADMIRALTY
C.A. NO. B-02-004
(SUBJECT TO RULE 9 (h)
OF THE FEDERAL RULES
OF CIVIL PROCEDURE) |

**CLAIMANT SOUTHWESTERN BELL TELEPHONE, L.P.'S
DESIGNATION OF EXPERTS**

Claimant Southwestern Bell Telephone, L.P. ("SWBT") serves its Designation of Experts in accordance with the Second Amended Joint Discovery/Case Management Plan

## I.
### Expert Designation

SWBT would show that certain fact witnesses disclosed above may have special and unique knowledge regarding the engineering, construction, installation, and repair of telecommunications equipment and associated costs, accounting, and record keeping principles that could arguably make them experts in those fields. Specifically, SWBT's employees as disclosed herein have such knowledge within their job functions for SWBT and therefore are additionally identified as potential expert witnesses.

*Lee E. Brandt*
*Southwestern Bell Telephone*
*Director-Central Office who has knowledge of damages resulting from collapse of bridge*
One SBC Plaza #3322, Dallas, Texas 75202, (214) 464-2500

MIDWEST 10616.1                                    1

*Reynaldo Champion*
*Southwestern Bell Telephone*
*Manager-Construction/Splicing who has knowledge of damages resulting from collapse of bridge*
    701 E. Washington Street, Brownsville, Texas 78520, (956) 541-0530

*William E. Eisele*
*Southwestern Bell Telephone*
*Director-Engineering & Construction who has knowledge of damages resulting from collapse of bridge*
    4119 Broadway #741, San Antonio, Texas 78209, (210) 820-7300

*Grace Escobedo*
*Southwestern Bell Telephone*
*Manager-Risk Management Services who has knowledge of damages resulting from collapse of bridge*
    1010 N. St. Mary's #1001, San Antonio, Texas 78215, (10) 222-3856

*Stephen A. Flach*
*Southwestern Bell Telephone*
*Manager-Special Services who has knowledge of damages resulting from collapse of bridge*
    1112 Peters Street, Dallas, Texas 75215, (214) 464-2869

*Stephanie C. Freeman*
*Southwestern Bell Telephone*
*Director-Expense & Capital who has knowledge of damages resulting from collapse of bridge*
    One SBC Plaza #2440, Dallas, Texas 75202, (214) 464-5934

*Miguel A. Garcia*
*Southwestern Bell Telephone*
*Cable Splicing Technician who has knowledge of damages resulting from collapse of bridge*
    721 Beech Avenue, McAllen, Texas 78501, (956) 282-0351

*Ruben D. Gonzalez*
*Southwestern Bell Telephone*
*Area Manager-Engineering & Construction who has knowledge of damages resulting from collapse of bridge*
    401 E. Van Buren Avenue, Floor 2, Harlingen, Texas 78550, (956) 421-7423

*Alex Jimenez*
*Southwestern Bell Telephone*
*Systems Technician who has knowledge of damages resulting from collapse of bridge*
    1210 S. 12th Street, Harlingen, Texas  78550, (956) 421-7167

*Peggy J. Mitchell*
*Southwestern Bell Telephone*
*Area Manager-Network Engineering Financial Management who has knowledge of damages resulting from collapse of bridge*
    One SBC Plaza #2440, Dallas, Texas  75202, (214) 464-1257

*Kim W. Mosley*
*Southwestern Bell Telephone*
*Area Manager-Special Services who has knowledge of damages resulting from collapse of bridge*
    9110 Autobahn Drive, Dallas, Texas  75237, (24) 841-7656

*Paul M. Paulsen*
*Southwestern Bell Telephone*
*Director-Central Office Operations who has knowledge of damages resulting from collapse of bridge*
    1616 Guadalupe Street #220, Austin, Texas  78701, (512) 870-2003

*Joe Petrarca*
*Southwestern Bell Telephone*
*Cable Splicing Technician who has knowledge of damages resulting from collapse of bridge*
    735 E. Washington Street, Brownsville, Texas  78520, (956) 541-0417

*James Rasco*
*Southwestern Bell Telephone*
*Manager-Engineering Design who has knowledge of damages resulting from collapse of bridge*
    401 E. Van Buren Avenue, 2nd Floor, Harlingen, Texas  78550, (956) 421-7445

*Daniel Eduardo Reyes*
*Southwestern Bell Telephone*
*Systems Technician who has knowledge of damages resulting from collapse of bridge*
    735 E. Washington Street, Brownsville, Texas  78520, (956) 541-0559

*Mary Ruzicka*
*Southwestern Bell Telephone*
*Claims Representative who has knowledge of damages resulting from collapse of bridge*
    One SBC Center #39S01, St. Louis, Missouri  63101, (314) 235-6176

*Juan Sandoval*
*Southwestern Bell Telephone*
*Systems Technician who has knowledge of damages resulting from collapse of bridge*
    721 Beech Avenue, McAllen, Texas 78501, (956) 630-8126

*Jesus Sandoval, Jr.*
*Southwestern Bell Telephone*
*Manager-Loop Electronics who has knowledge of damages resulting from collapse of bridge*
    721 Beech Avenue, McAllen, Texas 78501, (956) 630-8800

*Jimmy F. Tatum*
*Southwestern Bell Telephone*
*Manager-Network Operations Center who has knowledge of damages resulting from collapse of bridge*
    6000 Las Colinas Boulevard #2122, Irving, Texas 75039, (214) 286-2918

## II.
## Expert Report

Although not technically an expert report, a breakdown of charges for damages incurred by SWBT is attached hereto. Such report has been compiled from all available information by Grace Escobedo of the SWBT's Claims Department.

Respectfully submitted,

By _____
Geoffrey Amsel
Attorney in Charge
State Bar No. 01161570
Southern Dist of Texas Bar No. 22716
1010 N. St. Mary's Street, Room 1403
San Antonio, Texas 78215
Telephone: (210) 886-4805
Telecopier: (210) 222-7194

ATTORNEY FOR DEFENDANT
SOUTHWESTERN BELL TELEPHONE, L.P.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **Claimant Southwestern Bell Telephone, L.P.'s Designation of Experts** was mailed on January 21, 2003, by United States Mail, first class to the following counsel and parties of record:

Will W. Pierson
Royston, Rayzor, Vickery & Williams, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
*Attorneys for Petitioners*

Keith N. Uhles
Royston, Rayzor, Vickery & Williams, L.L.P.
55 Cove Circle
Brownsville, Texas 78521
*Attorneys for Petitioners*

Hon. Mark J. Spansel
Adams & Reese, L.L.P.
4500 One Shell Square
New Orleans, LA 70139
*Attorneys for Texas Dept. of Transportation*

James B. Manley
Attorney at Law
3616 Preston Road
Pasadena, Texas 77505
*Attorney for William Morris Welch*

Heriberto Medrano
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550
*Attorney for the Estate of Robert Harris*

William Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
PO Box 2206
Victoria, Texas 77902-2206
*Attorneys for Ricky Leavell and Carol Leavell, Indv. and as Rep. of the Estate of Robin Faye Leavell, Deceased*

Ray R. Marchan
Watts & Heard, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
*Attorneys for Plaintiffs Lydia Zamora, Indv. and as Rep of the Estate of Hector Martinez, Jr., Deceased; Gustavo Morales; Bigo's International, L.L.C.; Esteban F. Rivas and Maria Miriam Rivas, Indv. and as Rep. of the Estate of Stevan F. Rivas; Jacqueline Paddock, Indv. and A/N/F of William B. Welch and as Rep. of the Estate of Chelsea Welch.*

Phil A. Bellamy
Law Offices of Phil A. Bellamy
815 Ridgewood
Brownsville, Texas 78520
*Attorney for ZT, Inc. d/b/a Wings and Mirage*

William R. Edwards
The Edwards Law Firm, L.L.P.
1400 Frost Bank Plaza
Corpus Christi, Texas 78403-0480

Glen Goodier
Jones, Walker, Waechter,
Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100
*Attorney for American Commercial Barge Lines*

Sandra D. Laurel
Snow & Laurel, L.L.P.
310 West Sunset
San Antonio, Texas 78209
*Attorney for Daisy Harris as Administrator of the Estate of Robert Victor Harris*

United States Department of Transportation
c/o Hon. Greg Serres, United States Attorney
600 East Harrison, Suite 201
Brownsville, Texas 78520-7114

Attn: Amadeo Saenz, District Engineer
Texas Department of Transportation
P.O. Drawer EE
Pharr, Texas 78577

A.G. Hill Power
c/o Janet Thompson
6654 Leopard Street
Corpus Christi, Texas 78409

Central Power & Light
c/o/ C.T. Corporation System
350 N. St. Paul Street
Dallas, Texas 75201

MIDWEST 10616.1                                 5

Outdoor RV Resorts South Padre
c/o Dave Fletcher
900 South Garcia Street
Port Isabel, Texas 78578

Long Island Bridge Company
c/o John R. Freeland
806 Pecan Street
McAllen, Texas 78501

Brian G. Janis
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
*Attorney for*
*Port Isabel-San Benito Navigation District*

Heather Askwig
2332 West Solano Drive
Phoenix, AZ 85015

Edith Curtis
4268 Airport Road
Tioga, Texas 76271

Kay Keese
P.O. Box 457
Bells, Texas 75414

Doyle McClendon
3211 North Inspiration Road, Apt. 2
Mission, Texas 78572

Robert and Virginia Fandrich
5101 Verdi Way
Stockton, CA 95207

Charles and Darla Nathanson
23102 Botkins Road
Hockley, Texas 77447

Annaca Page
16810 Tranquil Drive
Sugar Land, Texas 77478

N. Fay Rutledge
726 Partridge Lane
Eagle Lake, Texas 77434

Romeo Miller
3106 Barnes Bridge
Dallas, Texas 75228

J.A. Magallanes
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Cica
P.O. Box 4901

Brownsville, Texas 78520
*Attorney for*
*Laguna Madre Water District of Port Isabel*

George C. Kraehe
Willette & Guerra, L.L.P.
3505 Boca Chica Blvd., Suite 460
Brownsville, Texas 78521
*Attorney for Cameron County*

Ms. Colleen Forster
5652 Pinon Vista Drive
Austin, Texase 78724

Attn: Elijio Garza, Area Engineer
Department of the Army
Corps of Engineers
1920 N. Chaparral Street
Corpus Christi, Texas 78404

Attn: Boyd Kennedy
Staff Attorney, Law Enforcement Division
Texas Parks & Wildlife Department
420 Smith School Road
Austin, Texas 78744

Texas Parks & Wildlife Department
5541 Bear Lane, Suite 232
Corpus Christi, Texas 78405

Commanding Officer
Attn: Lt. D.J. Fassero
Freedom of Information Coordinator
United States Coast Guard
Marine Safety Office-Corpus Christi
400 Mann Street, Suite 210
Corpus Christi, Texas 78401

Mary Ann Courter
Texas Department of Public Safety
5805 Lamar Blvd.
P.O. Box 4087
Austin, Texas 78773-0001

Veronica Farias
Law Offices of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501
*Attorneys for Omar Hinojosa, Indv. And as Administrator of the Estate of Gaspar Hinojosa, Raquel Hinojosa, Clarissa Hinojosa, Gaspar Hinojosa II, Rita Hinojosa and Martin Hinojosa*

John David Franz
Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

J. Chad Gauntt
Gauntt & Kruppstadt, LLP
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381

Thomas E. Quirk
Aaron & Quirk
901 NE Loop 410, Suite 903
San Antonio, Texas 78209-1307
*Attorney for Bridgette M. Goza*

Attn: Michael Ratliff
Office of Attorney General-State of Texas
P.O. Box 12548
Austin, Texas 78711-2548

Eileen Peeples
P.O. Box 2283
New Caney, Texas 77357
W. Lamoine Holland

1920 Nacogdoches Road, Suite 100
San Antonio, Texas 78209

S. Mark Strawn
Schirrmeister Ajamie, L.L.P.
711 Louisiana Street, Suite 2150
Houston, Texas 77002

Raymond Thomas
Andres Gonzales
Kittleman, Thomas, Ramirez & Gonzales
4900-B N. 10th Street
McAllen, Texas 78504

Yolanda De Leon
County Attorney
Cameron County Courthouse
974 E. Harrison Street
Brownsville, Texas 78520-7190

John and Mary McCoy
514 Brookside Pass
Cedar Park, Texas 78613

_____
Geoffrey Amsel

SOUTHWESTERN BELL TELEPHONE  
BREAKDOWN OF CHARGES FOR DAMAGES

Page -1 of 1  
RUN DATE: 3/6/2002

CLAIM NUMBER:    SWBT-08-200109-05-0042

TIME

| EMPLOYEE | DATE OF REPAIR | REG HRS | REG RATE | OVT HRS | OVT RATE | DBL HRS | DBL RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| JP | 9/15/2001 | 14.00 | 85.06 | | | | | $1,190.70 |
| JP | 9/16/2001 | 7.00 | 85.06 | | | | | $595.35 |
| JP | 9/17/2001 | 9.00 | 85.06 | | | | | $765.44 |
| JP | 9/19/2001 | 8.00 | 85.06 | | | | | $680.40 |
| JP | 9/20/2001 | 8.00 | 85.06 | | | | | $680.40 |
| JP | 9/21/2001 | 8.00 | 85.06 | | | | | $680.40 |
| JP | 9/24/2001 | 8.00 | 85.06 | | | | | $680.40 |
| JP | 9/25/2001 | 8.00 | 85.06 | | | | | $680.40 |
| JP | 9/26/2001 | 8.00 | 85.06 | | | | | $680.40 |
| JP | 9/27/2001 | 6.00 | 85.06 | | | | | $510.30 |
| JP | 9/28/2001 | 6.25 | 85.06 | | | | | $531.55 |
| JP | 1/10/2002 | 4.25 | 85.06 | | | | | $361.47 |
| JP | 1/11/2002 | 5.25 | 85.06 | | | | | $446.49 |
| JP | 1/19/2002 | 5.00 | 85.06 | | | | | $425.26 |
| JP | 2/1/2002 | 6.50 | 85.06 | | | | | $552.84 |
| JP | 2/6/2002 | 8.00 | 85.06 | | | | | $680.40 |
| JS | 9/15/2001 | 12.00 | 85.06 | | | | | $1,020.61 |
| AJ | 9/15/2001 | 12.50 | 85.06 | | | | | $1,063.13 |
| DR | 9/15/2001 | 12.00 | 85.06 | | | | | $1,020.61 |
| DR | 9/17/2001 | 9.00 | 85.06 | | | | | $765.44 |
| DR | 9/19/2001 | 8.00 | 85.06 | | | | | $680.40 |
| DR | 9/20/2001 | 8.00 | 85.06 | | | | | $680.40 |
| MG | 9/19/2001 | 12.50 | 85.06 | | | | | $1,063.13 |
| DR | 9/21/2001 | 8.00 | 85.06 | | | | | $680.40 |
| DR | 9/25/2001 | 8.00 | 85.06 | | | | | $680.40 |
| DR | 9/26/2001 | 8.00 | 85.06 | | | | | $680.40 |
| DR | 9/27/2001 | 6.00 | 85.06 | | | | | $510.30 |
| DR | 9/28/2001 | 6.25 | 85.06 | | | | | $531.55 |
| DR | 10/1/2001 | 9.00 | 85.06 | | | | | $765.44 |
| DR | 1/10/2002 | 9.25 | 85.06 | | | | | $786.71 |
| DR | 1/11/2002 | 8.00 | 85.06 | | | | | $680.40 |
| DR | 1/19/2002 | 8.00 | 85.06 | | | | | $680.40 |
| DR | 2/1/2002 | 6.50 | 85.06 | | | | | $552.84 |
| DR | 2/6/2002 | 8.00 | 85.06 | | | | | $680.40 |
| JP | 10/1/2001 | 9.00 | 85.06 | | | | | $765.44 |
| RM | 10/15/2001 | 7.50 | 85.06 | | | | | $637.88 |
| AJ | 1/11/2002 | 2.50 | 85.06 | | | | | $212.64 |

|  |  | LABOR SUB-TOTAL | $25,281.12 |
|---|---|---|---|

MATERIAL

| DESCRIPTION | QUANTITY | UNIT COST | AMOUNT |
|---|---|---|---|
| CONNECTOR KIT | 1,786 | $6.03 | $10,760.75 |
| FOSC D5 | 2 | $414.92 | $829.83 |
| FIBER TERM CAB | 2 | $382.40 | $764.81 |
| LSC24 02415 LIGHTGUIDE SHELF | 1 | $173.67 | $173.67 |
| FOSC D2 | 1 | $195.39 | $195.39 |
| FIBER SLEEVE | 52 | $0.27 | $13.91 |
| PIGTAIL SINGLE MEDE | 20 | $7.58 | $151.54 |
| FUSION, SPLICER, FSM-30S | 1 | $28,359.51 | $28,359.50 |
| UMBRELLA, D | 2 | $74.38 | $148.75 |
| HACKSAW, FRAME B | 1 | $6.30 | $6.30 |
| CORD, EXTENSION OUTDOOR | 4 | $20.26 | $81.03 |
| HAMMER, DRIVING | 1 | $11.43 | $11.43 |

|  | MATERIAL SUB-TOTAL | $41,496.91 |
|---|---|---|

SOUTHWESTERN BELL TELEPHONE  
BREAKDOWN OF CHARGES FOR DAMAGES

Page -1 of 1  
RUN DATE: 3/ 6/2002

CLAIM NUMBER:   SWBT-08-200109-05-0042  
CONTRACTOR

| CONTRACTOR NAME | AMOUNT |
|---|---|
| LA FERIA CONTRACTOR | $8,326.50 |
| LA FERIA CONTRACTOR | $3,960.50 |
| B & B SERVICES INC | $17,541.44 |
| LA FERIA CONTRATOR | $9,681.10 |
| LA FERIA | $964.18 |
| B & B SERVICES INC | $896.08 |
| R & G CONSTRUCTION | $68.92 |
| CIRCLE L SERVICE | $9,202.20 |
| US FILTER DISTRIBUTION | $6,650.61 |
| CONTRACTOR SUB-TOTAL | **$57,291.53** |

LOSS OF USE

| DESCRIPTION | QUANTITY | UNIT COST | AMOUNT |
|---|---|---|---|
| DS3 CIRCUIT TRUNK AND TOLL | 24 | $178.37 | $4,280.88 |
| | | LOSS OF USE SUB-TOTAL | **$4,280.88** |

OTHER ITEMS

| DESCRIPTION | AMOUNT |
|---|---|
| DARK FO LEASE-AMERICAN ELECTRIC POWER | $32,000.00 |
| LOSS OF USE ON MICROWAVE TOWERS | $35,000.00 |
| PLCG AND REMOVING MICROWAVE TOWER | $34,449.30 |
| SAWS-STX09-33 | $1,495.00 |
| OTHER ITEMS SUB-TOTAL | **$102,944.30** |

TOTAL TIME, MATERIAL, CONTRACTOR, LOSS OF USE, OTHER ITEMS    **$231,294.74**