United States District Court
Southern District of Texas
FILED

APR 1 1 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | CIVIL ACTION B-01-157 |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES, LLC, AS OWNER and AMERICAN COMMERCIAL BARGE LINE, LLC AS CHARTERER, OF BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | CONSOLIDATED WITH CIVIL ACTION B-02-004 |

MOTION OF ESTEBAN RIVAS AND MIRIAM RIVAS, INDIVIDUALLY
AND AS REPRESENTATIVES OF THE ESTATE OF
STVAN RIVAS TO STRIKE PETITIONS IN INTERVENTION
OF WATTS & HEARD L.L.P.

TO THE HONORABLE JUDGE OF SAID COURT:

Esteban Rivas and Miriam Rivas, individually and as representatives of the Estate of Stvan Rivas move the Court for an Order striking the "PETITION IN INTERVENTION IN THE CLAIM OF ESTEBAN F. RIVAS AND MIRIAM RIVAS INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF STVAN RIVAS" filed under Civil Action B-01-157 and "PETITION IN INTERVENTION IN THE CLAIM OF ESTEBAN F. RIVAS AND MIRIAM RIVAS INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF STVAN RIVAS, filed in Civil Action B-02-004, on the ground that Intervenor Watts & Heard,

L.L.P. has filed both Petitions in Intervention in violation of Federal Rule of Civil Procedure 24(c). Movants respectfully show the court the following:

1.   Federal Rule of Civil Procedure 24(c) establishes the procedure for the filing of an intervention. The rule expressly provides that:

> *"A person desiring to intervene shall serve a motion to intervene upon the parties as provided in Rule 5. The motion shall state the grounds therefore and shall be accompanied by a pleading setting forth the claim...for which the intervention is sought." **FRCP 24(c).***

The Intervening Party has failed to file a Motion to Intervene as required by the Federal Rules of Civil Procedure governing interventions and therefore both Petitions in Intervention should be stricken. Alternatively, Watts & Heard should be Ordered to file a Motion seeking the Court's permission to intervene. At that point, the Rivas claimants can respond to the motion and present the court with argument and authorities establishing good cause for the Rivas' decision to terminate the attorney client relationship with Watts & Heard, L.L.P., including but not limited to the existence of a conflict of interest between the Rivas claimants and other claimants represented by Watts & Heard in this same litigation, violations of the Texas Disciplinary Rules of Professional Conduct and other legitimate reasons which preclude Watts & Heard from charging or collecting any attorneys fees from the Rivas claimants. Furthermore, the claim of Watts & Heard in this case has not been timely filed as the deadline for filing proofs of claim was 10:00 a.m. on March 14, 2002.

2.   John David Franz, counsel for movant, pursuant to **Local Rule 7.1D(1)** has conferred with Ray R. Marchan of the Watts & Heard law firm with regard to this motion and he is opposed to this motion.

Movants pray that the Court grant the relief requested without hearing, or alternatively, that the Court set this matter for hearing at the Court's earliest convenience.

Respectfully Submitted,

**The Law Offices of John David Franz**
400 N. McColl
McAllen, Texas 78501
Tel. (956) 686-3300
Fax (956) 686-3578

_____
John David Franz
State Bar No. 07389200
Federal I.D. No. 1190
Attorney in Charge

and

**Gauntt & Kruppstadt, L.L.P.**
9004 Forest Crossing Dr., Suite C
The Woodlands, Texas 77381
Tel. (281) 367-6555
Fax (281) 367-3705

_____
J. Chad Gauntt
State Bar No. 07765990
Federal I.D. No. 14135
Of Counsel

## CERTIFICATE OF SERVICE

I certify that on this 10th day of April, 2002, a true and correct copy of the above and foregoing document has been provided to the following, via Regular Mail, unless otherwise indicated:

Will W. Pierson
Royston, Razor, Vickery & Williams
606 N. Carancahua, Ste 1700
Corpus Christi, Texas 78476

Keith N. Uhles
Royston Razor, Vickery & Williams
P.O. Box 3509
Brownsville, Texas 78523

Veronica Farias
Attorney at Law
2854 Boca Chica Blvd.
Brownsville, Texas 78520

Ray R. Marchan
Watts & Heard
1926 E. Elizabeth
Brownsville, Texas 78520

Juan A. Magallanes
Magallanes, Hinojosa & Mancias
1713 Boca Chica Blvd.
Brownsville, Texas 78520

Robert E. Ammons
Stevenson & Ammons
3700 Montrose
Houston, Texas 77006

Ramon Garcia
Attorney at Law
222 W. University Dr.
Edinburg, Texas 78539

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Dr., Suite C
The Woodlands, Texas 77381

Jack F. Gilbert
Office of the Attorney General
Transportation Division
Post Office Box 12548
Austin, Texas 78711-2548

Mark J. Spansel
Adams & Reed
4500 One Shell Square
New Orleans, LA 70139

Daryl Dursum
4400 One Houston Center
1221 McKinney
Houston, Texas 77010

Raymond L. Thomas
Kittleman, Thomas, Ramirez & Gonzalez, PLLC
4900-B North 10th St.
McAllen, Texas 78504

Jim S. Hart
Williams Bailey Law Firm, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

Thomas R. Ajamie
Mark Strawn
Schirrmeister Ajamie, LLP
Pennzoil Place- South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002

Richard Leo Harrell
The Edwards Law Firm
Post Office Box 480
Corpus Christi, Texas 78403

Frank Enriquez
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

Steve Q. McManus
McManus & Crane
209 W. Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

Heriberto Medrano
Law Offices of Heriberto Medrano
1101 W. Tyler
Harlingen, Texas 78550

Les Cassidy
Woolsey & Cassidy
1020 Bank of America
500 N. Water Street
Corpus Christi, Texas 78471

Glenn Goodier
Jones, Walker, Waechter, Poitevent, Carrere & Denegre
201 St. Charles Ave., 48th Floor
New Orleans, La. 70170-5100

Geoffrey Amsel
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78209

Michael Slack
Slack & Davis, LLP
8911 Capital of Texas Hwy
Building 2, Suite 210
Austin, Texas 78759

Julian Rodriguez, Jr.
Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501

W. Lamoine Holland
1920 Nacogdoches Rd., Suite 100
San Antonio, Texas 78209

Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209

Robert A. and Virginia Fandrich
2101 Verdi Way
Stockton, California 95207

Cliff Garrard
Independent Plumbers of South Texas
8602 Robindell Drive
Houston, Texas 77074

John and Mary McCoy
514 Brookside Pass
Cedar Park, Texas 78613

                                              _____
                                              John David Franz