*124*

United States District Court
Southern District of Texas
FILED

APR 1 2 2002

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | |
| PETITION OF BROWN WATER | § | C. A. NO. B-01-157 |
| TOWING I, INC., AS OWNER, AND | § | Admiralty |
| BROWN WATER MARINE SERVICE, | § | |
| INC., AS BAREBOAT CHARTERER, OF | § | |
| THE BROWN WATER V, ITS ENGINES, | § | |
| TACKLE, ETC. IN A CAUSE OF | § | |
| EXONERATION FROM OR | § | Consolidated with |
| LIMITATION OF LIABILITY | § | |

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | |
| PETITION OF AMERICAN | § | C. A. NO. B-02-004 |
| COMMERCIAL LINES LLC AS | § | Admiralty |
| OWNER, AND, and AMERICAN | § | |
| COMMERCIAL BARGE LINES, LLC, | § | |
| AS CHARTERER OF THE BARGES | § | |
| NM-315,VLB-9182,ACL-9933B, | § | |
| VLB-9173, IN A CAUSE OF | § | |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

## FIRST AMENDED
## JOINT DISCOVERY/CASE MANAGEMENT PLAN

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW all parties, and file this their First Amended Joint Discovery/Case Management

Plan.


1.      State where and when the meeting of the parties required by Rule 26 was held, and identify

the counsel who attended for each party.

A meeting of the parties was held at Petitioners Brown Water Marine Service, Inc. and

Brown Water Towing I, Inc.'s counsel's office in Brownsville, Texas on April 5, 2002.

Some out of town parties participated by telephone. The persons who participated are listed

as Exhibit "A" attached hereto.

2.    List the cases related to this one that are pending in any state or federal court, with the case

number and court.

Cause No. 2001-09-4137-A, *The State of Texas vs. Brown Water Towing I, Inc. and Brown

Water Marine Service, Inc.*, in the 107th Judicial District Court of Cameron County, Texas.

3.    Briefly describe what this case is about.

This is a maritime limitation of liability case arising from an allision on September 15, 2001

between the Brown Water V and the barge owned by American Commercial Barge Line and

the Queen Isabella Causeway.

4.    Specify the allegation of federal jurisdiction.

28 U.S.C. § 1333; 28 U.S.C. 1331; 46 U.S.C. § 181, et. seq.

5.    Name the parties who disagree and the reasons.

49477:1008598.1:040902                         -2-

No known party disagrees with this Court's jurisdiction. However, the State of Texas reserves its 11th Amendment defense.

6.      List anticipated additional parties that should be included, when they will be added, and by whom they are wanted.

No additional Claimants are expected. The Petitioners have filed a Motion to Default all Non-Appearing Claimants

7.      List anticipated interventions.

None.

8.      Describe class-action issues.

None.

9.      State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, state why not, and describe the arrangements that have been made to complete the disclosures.

All Petitioners have made their disclosures. Claimants reserve the right to challenge the adequacy of the Petitioners' disclosures. Claimants will make their disclosures on or before May 7, 2002 unless otherwise ordered by the Court.

10.    Describe the proposed agreed discovery plan, including:

A.    Responses to all the matters raised in Rule 26(f).

See Exhibit "B" which is a list of persons with knowledge of relevant facts and Exhibit "D" which is a list of the physical evidence produced at the U.S. Coast Guard formal hearing which is now public record.

B.    When and to whom the Claimants anticipate they may send interrogatories.

Claimants will propound written discovery to the Petitioners and any other parties on or before June 1, 2002. Claimants and Petitioners agree that Petitioners answer one master set of 25 Interrogatories and 25 Requests for Production as to each set of Petitioners and up to 3 additional Interrogatories and 3 additional Requests for Production to each set of Petitioners from each Claimant. Claimants reserve the right to petition the Court for additional written discovery.

C.    When and to whom the Petitioners anticipate they may send interrogatories.

The two sets of Petitioners will propound written discovery to Claimants and any other parties on or before June 30, 2002. The two sets of Petitioners propose that they propound one master set of 25 Interrogatories and 25 Requests for Production to the personal injury and death Claimants, one master set of 25 Interrogatories and 25 Requests for Production to the economic damages Claimants and one set of 25 Interrogatories and 25 Requests for Production to the State of Texas. In addition, each set of Petitioners will be allowed to propound 3 additional Interrogatories and 3 additional Requests for Production as to each Claimant served with a master set of Interrogatories.

D.      Of whom and when the Claimants anticipate taking oral depositions.

The depositions of the Captain and the crew, the corporate representatives and the management personnel of the Petitioners, medical providers, all persons with knowledge of relevant facts will be taken on or before December 20, 2002. Economic damage claimants may need to depose persons with knowledge relevant to the Petitioners' Motion for Summary Judgment prior to economic damages Claimants' response date.

E.      Of whom and when the Petitioners anticipate taking oral depositions.

Petitioners propose that the parties take the depositions, on or before May 31, 2002, of all claimants necessary to prepare for mediation so that the parties can attend mediation in early June of 2002. All other discovery not needed for immediate

evaluation of the case should be deferred until after mediation. The Petitioners would eventually need to take the deposition of the Claimants, all eyewitnesses, all medical providers, persons with knowledge of relevant facts and representatives of the companies involved by December 20, 2002.

F.      When the Claimants (or the parties with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26 (a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports.

The Claimants will designate experts and provide reports by January 20, 2003. The Petitioners will designate experts and provide reports by February 20, 2003.

G.      List expert depositions the Claimants anticipate taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

Claimants anticipate taking the deposition of opposing counsel's experts, all medical doctors, the coroners and their own experts by April 20, 2003.

H.      List expert depositions the Petitioners anticipate taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

Petitioners anticipate taking the deposition of opposing counsel's experts, all medical

doctors, the coroners and their own experts by March 20, 2002.

11.    If the parties are not agreed on a part of the discovery plan, describe the separate views and

proposals of each party.

There is no known disagreement.

12.    Specify the discovery beyond initial disclosures that has been undertaken to date.

United States Coast Guard hearings were held on October 9, 10, 11, 12 and November 5,

2001. A list of the documents produced at the United States Coast Guard hearing is attached

as Exhibit "D" and these documents are now public record. In addition, the transcript of the

proceeding is available through Ak/Ret Reporting, Records & Video, Inc., Certified Court

Reporters, 880 Tower II, 555 N. Carancahua, Corpus Christi, Texas 78478; (361) 882-9037;

(800) 388-9037.

13.    State the date the planned discovery can reasonably be completed.

The Parties propose a discovery deadline of April 20, 2003.

14.    Describe the possibilities for a prompt settlement or resolution of the case that were
       discussed in your Rule 26(f) meeting.

       The Parties are agreeable to mediation in June of 2002.

15.    Describe what each party has done or agreed to do to bring about a prompt resolution.

       The Parties are agreeable to mediation in June of 2002.

16.    From the attorneys' discussions with their respective clients, state the alternative dispute
       resolution techniques that are reasonably suitable, and state when such a technique may be
       effectively used in this case.

       The Parties are agreeable to mediation in June of 2002.

17.    Magistrate judges may hear jury and non-jury trials.  Indicate the parties' joint position on
       a trial before a magistrate judge.

       The Parties do not agree to trial before the Magistrate at this time.

18.    State whether a jury demand has been made and it was made on time.

As to the Claimants, yes. The Petitioners contend this is a nonjury matter.

19. Specify the number of hours it will take to present the evidence in this case.

Approximately 120 hours (15 trial days).

20. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

- Petitioners' Unopposed Motion to Refer the Case to Mediation;
- Petitioners' Motion for Summary Judgment on the Purely Economic Damage Claims Asserted by Certain Claimants Who Received No Personal Injury or Property Damage (the economic damage Claimants contend that the Motion is not ripe for resolution);
- Petitioners' Motion for Default Judgment as to all Non-Appearing Claimants;
- Petitioners' Request for Clerk's Entry of Default;
- American Commercial Barge Lines's Motion to Substitute Attorney in Charge;
- American Commercial Barge Lines's Motion for Glenn Goodier to Appear Pro Hac Vice;
- The Rivas Claimants anticipate filing a Motion to Strike the Intervention of Watts & Heard, L.L.P. and a Motion for Summary Judgment on the Intervention;
- The Hinojosa Claimants' Motion for Reconsideration and Motion for Designation of Attorney in Charge

21.    List other motions pending.

None.

22.    Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the Court at the conference.

The Parties will discuss the discovery limits of Rule 30 and make a recommendation to the Court at a later time.

23.    Certify that all parties have filed Disclosures of Interested Parties as directed in the Order of Conference and Disclosure of Interested Parties, listing the date of filing for original and any amendments.

A Disclosure of Interested Parties was filed by Brown Water Towing I, Inc. and Brown Water Marine Service, Inc. on or about October 19, 2001.

A Supplemental Disclosure of Interested Parties was filed by Brown Water Towing I, Inc. and Brown Water Marine Service, Inc. on or about November 12, 2001.

A Disclosure of Interested Parties was filed by Laguna Madre Water District on October 19, 2001.

A Disclosure of Interested Parties was filed by Raquel Teran Hinojosa, Clarissa Hinojosa, Omar Hinojosa and Gaspar Hinojosa, II on or about October 23, 2001.

A Disclosure of Interested Parties was filed by American Commercial Lines, L.L.C. and American Commercial Barge Line, L.L.C. on January 23, 2002.

All Claimants will file their Disclosures of Interested Parties before April 22, 2002.

24.    List the names, bar numbers, addresses, and telephone numbers of all counsel.

See attached Exhibit "C".

Respectfully submitted,

Will W. Pierson
State Bar No. 16003100
Federal I.D. No. 1931
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
(361) 884-8808
(361) 884-7261 Facsimile

Keith N. Uhles
State Bar No. 20371100
Federal ID No. 1936
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78523-3509
(956) 542-4377
(956) 542-4370 Facsimile

**Attorneys for Petitioners, Brown Water Towing I, Inc. and Brown Water Marine Service, Inc.**

**OF COUNSEL:**

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

John David Franz
State I.D. No. 07389200
Federal I.D. No. 1190
400 N. McColl
McAllen, Texas 78501
(956) 686-3300
(956) 686-3578 (Facsimile)

**Attorney for Claimants Esteban Rivas and Miriam Rivas, Individually and as Representatives of the Estate of Stvan F. Rivas**

**OF COUNSEL:**

**THE LAW OFFICES OF JOHN DAVID FRANZ**

49477:996203.1:011402                         -12-

J. Chad Gauntt
State I.D. No. 07765990
Federal I.D. No. 14125
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381
(281) 367-6555
(281) 367-3705 (Facsimile)

**Attorney for Claimants Esteban Rivas and Miriam Rivas, Individually and as Representatives of the Estate of Stvan F. Rivas**

OF COUNSEL:

GAUNTT & KRUPPSTADT, L.L.P.

49477:996203.1:011402                              -13-

JOHN CORNYN
Attorney General of Texas

HOWARD G. BALDWIN, JR.
First Assistant Attorney General

JEFFREY S. BOYD
Deputy Attorney General for Litigation

GRADY CLICK
Assistant Attorney General
Chief, Transportation Division

MICHAEL RATLIFF
Assistant Attorney General


JACK F. GILBERT
Assistant Attorney General
Attorney-in-Charge
State I.D. No. 00786946
Federal I.D. No. 16701

OF COUNSEL:

MARGIE MANZANO CORBETT
Assistant Attorney General
State I.D. No. 24001927
Federal I.D. No. 22121

Office of the Attorney General
Transportation Division
Post Office Box 12548
Austin, Texas 78711-2548
(512) 463-2004
(512) 472-3855 (Facsimile)

49477:986203.1:011402

-14-

AND OF COUNSEL:

ADAMS & REESE LLP


DARYL G. DURSUM
State I.D. No. 06287900
Federal I.D. No. 6198
4400 One Houston Center
1221 McKinney
Houston, Texas 77010
(713) 652-5151
(713) 652-5152 (Facsimile)


MARK J. SPANSEL
Louisiana Bar No.12314
EDWIN C. LAIZER, APLC
Louisiana Bar No. 17014
4500 One Shell Square
New Orleans, LA 70139
(504) 581-3234
(504) 566-0210 (Facsimile)

**ATTORNEYS FOR CLAIMANT
STATE OF TEXAS**



Mr. James B. Manley
State I.D. No. 12915000
Federal I.D. No. 3286
3616 Preston Road
Pasadena, Texas 77505
(713) 947-1670
(713) 947-6956 Facsimile

Attorney for Claimant William Morris Welch and the
Estate of Barry Eans Welch

OF COUNSEL:

LAW OFFICES OF JAMES B. MANLEY

Mr. Ray R. Marchan
State I.D. No. 12969050
Federal I.D. No. 9522
1926 E. Elizabeth
Brownsville, Texas 78520
(956) 544-0500
(956) 541-0255 Facsimile

**Attorney for Claimants Lydia Zamora, Individually and as Representative of the Estate of Hector Martinez, Jr., Gustavo Morales, Bigo's International, L.L.C.; Jacqueline Paddock, Individually and as Representative of the Estate of Chealsa Welch and as Next Friend of William B. Welch and Bridgette Goza**

OF COUNSEL:

WATTS & HEARD, L.L.P.

04/10/2002 15:45 FAX 956 5424370    ROYSTON RAYZOR  BRO    ☑008
Case 1:01-cv-00157   Document 124   Filed in TXSD on 04/12/2002   Page 18 of 70

FROM: McManus&Crane                 FAX NO.: 361 575 8454              04-08-02  11:51A  P.02

Steve Q. McManus
State I.D. No. 13784700
Federal I.D. No. 5889
William Q. McManus
State I.D. No. 24008619
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206
(361) 575-6764
(361) 575-8454 Facsimile

**Attorney for Claimants Ricky Leavell and Carol Leavell,
Individually and as Representatives of the Estate of Robin
Faye Leavell**

**OF COUNSEL:**

**MCMANUS & CRANE, L.L.P.**

49477:998203.1:011402                    -18-

_Heriberto Medrano, by perm._

Mr. Heriberto Medrano
State I.D. No. 13897800
Federal I.D. 5952
1101 West Tyler
Harlingen, Texas 78550
(956) 428-2412
(956) 428-2495 Facsimile
**Attorney for Claimant Anita Harris, Individually,
as Next Friend of Victor Justin Harris and as
Representative of the Estate of Robert V. Harris**

OF COUNSEL:

**LAW OFFICES OF HERIBERTO MEDRANO**

Les Cassidy, by perm.
Mr. Les Cassidy
State I.D. No. 03979270
Federal I.D. No. 5931
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
(361) 887-2965
(361) 887-6521 Facsimile
**Attorney for Petitioners and Claimants American Commercial Barge Lines and American Commercial Lines**

**OF COUNSEL:**

**WOOLSEY & CASSIDY, P.C.**

49477:996203.1:011402                    -20-

_Glenn Goodier_ by permission sous P...

Mr. Glenn G. Goodier
State I.D. No. 06130
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100
(504) 582-8174
(504) 582-8010 (Facsimile)

**Attorney for Petitioners and Claimants American Commercial Barge Lines and American Commercial Lines**

**OF COUNSEL:**

**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, L.L.P.**

Mr. J. A. Magallanes
State I.D. No. 12879500
Federal I.D. No. 2258
Mr. Carlos Escobar
State I.D. No. 24025351
1713 Boca Chica
Post Office Box 4901
Brownsville, Texas 78520
(956) 544-6571
(956) 544-4290 Facsimile
**Attorney for Laguna Madre Water District of Port Isabel**

**OF COUNSEL:**

**MAGALLANES, HINOJOSA & MANCIAS, P.C.**

49477:996203.1:011402                    -22-

_Geoffrey Amsel, by perm._

Mr. Geoffrey Amsel
State I.D. No. 01161570
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78209
(210) 886-4805
(210) 222-7194 (Facsimile)
**Attorney for Claimant Southwestern Bell Telephone**

**OF COUNSEL:**

**SBC MANAGEMENT SERVICES**

Julian Rodriguez, Jr.
State I.D. No. 17146770
Federal I.D. No. 15112
100 W. Pecan
McAllen, Texas 78501
(956) 682-8801
(956) 682-4544 Facsimile
**Attorney for Claimants Martin D. Hinojosa and Rita S.
Hinojosa, Individually and as Heirs of the Estate of
Gaspar Hinojosa**

OF COUNSEL:

LAW OFFICE OF JULIAN RODRIGUEZ, JR.

49477:986203.1:011402                    -24-

04/10/2002 15:48 FAX 956 5424370          ROYSTON RAYZOR BRO     Case 1:01-cv-00157   Document 124   Filed in TXSD on 04/12/2002   Page 25 of 70   ✏015

04/08/2002 09:12 FAX 36185   .36          R.R.V.& W.                                                                                        ✏002

04/08/2002 08:14 FAX 361 884 7261         RRV&W                                                                                             ✏002/002

Ms. Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521
(956) 546-1677
(956) 546-2234 Facsimile
Attorney for minor Claimant William Welch

**OF COUNSEL:**

**LAW OFFICE OF VERONICA FARIAS**

48477;990203.1|011402                     -25-

W. Lamoine Holland
State I.D. No. 09856000
1920 Nacogdoches Road, Suite 100
San Antonio, Texas 78209
(210) 824-7474
(210) 824-8141 Facsimile

**Attorney for Claimant Dimas Mora**

**OF COUNSEL:**

**LAW OFFICES OF W. LAMOINE HOLLAND**

04/10/2002 15:40 FAX 858 5424370   ROYSTON RAYZOR BRO   Case 1:01-cv-00157   Document 124   Filed in TXSD on 04/12/2002   Page 27 of 70   ☒017

APR-08-02 08:52 AM   IRON & QUIRK   ..0 820 0211   P.01

04/08/2002 08:37 FAX 361 884 7261   RRV&W   ☒002/002

Thomas E. Quirk
State I.D. No. 16437700
Federal I.D. No. 29509
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307
(210) 820-0211
(210) 820-0214 Facsimile
**Attorney for Allstate Insurance Company**

**OF COUNSEL:**

**AARON & QUIRK**

_____

Raymond L. Thomas
Federal I.D. No. 10715
Andres H. Gonzalez, Jr.
Federal I.D. No. 22196
4900-B North 10th Street
McAllen, Texas 78504
(956) 686-8797
(956) 630-5199 Facsimile
**Attorneys for Claimants Rene Mata and Frank Mata**

**OF COUNSEL:**

**KITTLEMAN, THOMAS, RAMIREZ & GONZALES, PLLC**

49477:998203.1:011402                    -28-

04/10/2002 15:48 FAX 956-5424370    ROYSTON RAYZOR BRO    Case 1:01-cv-00157  Document 124  Filed in TXSD on 04/12/2002    Page 29 of 70    @019

APR-08-2002  09:43    WILLIAMS BAILEY LLP    P.02/02

Jim S. Hart
State I.D. No. 09147400
Federal I.D. No. 14548
Ms. Nejd Yaziji
State I.D. No. 24029914
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
(713) 230-2312
(713) 643-6226 Facsimile
Attorney for Claimant Hector Martinez, Sr.

OF COUNSEL:

WILLIAMS BAILEY LAW FIRM, L.L.P.

49477:996203.1:011402

-29-

04/10/2002 09:23 FAX 058 5424370      ROYSTON RAYZOR BRO      ☒003
Case 1:01-cv-00157   Document 124   Filed in TXSD on 04/12/2002   Page 30 of 70

APR.10.2002 10:06 713-860169      SCHIRRMEISTER      #1591 P.003/003

04/08/2002 06:26 FAX 361 884 7261      RRV&W      ☒002/002

Thomas R. Ajamie
State I.D. No. 00952400
S. Mark Strawn
State I.D. No. 19374325
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
(713) 860-1600
(713) 860-1699 Facsimile
Attorneys for Claimants J. Antonio Mireles, as Representative of the Estate of Julio Cesar Mireles, Juan Antonio Mireles and Soledad Gonzalez Mireles

OF COUNSEL:

SCHIRRMEISTER AJAMIE, L.L.P.

-30-

04/10/2002 15:46 FAX 856 5424370   ROYSTON RAYZOR - BRO   Case 1:01-cv-00157   Document 124   Filed in TXSD on 04/12/2002   Page 31 of 70

04/08/2002 10:29 FAX 361 6 7615   EDWARDS LAW FIRM   @002
@002/002

Richard Leo Harrell
State I.D. No. 09041320
Post Office Box 480
Corpus Christi, Texas 78403
(361) 698-7600
(361) 698-7615 Facsimile
**Attorney for Claimant William E. Kimbrell, as Surviving Father of Chealsa Louise Welch**

**OF COUNSEL:**

**THE EDWARDS LAW FIRM**

49477:996203.1:011402                         -31-

Frank Enriquez
State I.D. No. 06630508
Federal I.D. No. 3734
Robert Puente
4200-B North Bicentennial
McAllen, Texas 78504
(956) 686-5291
(956) 618-5064 Facsimile
**Attorney for Claimants Roberto Espericueta, Alberto Leroy Moya, Rolando Lee Moya and Antonio Salinas, Jr.**

**OF COUNSEL:**

**LAW OFFICES OF FRANK ENRIQUEZ**

*Case Management Plan*

Robert E. Ammons
State I.D. No. 01159820
Federal I.D. No. 11742
3700 Montrose Boulevard
Houston, Texas 77006
(713) 523-3030
(713) 523-4747 Facsimile

**Attorneys for Claimants Raquel Teran Hinojosa, Individually and as Representative of the Estate of Gaspar Hinojosa, Clarissa Hinojosa, Omar Hinojosa and Gaspar Hinojosa, II**

**OF COUNSEL:**

**STEVENSON & AMMONS, L.C.**

TOTAL P.02

04/08/2002 MON 11:35  [TX/RX NO 8430]  ⌐002

*Case management Plan*

Ramon Garcia
State I.D. No. 07641800
Federal I.D. No. 3936
222 West University Drive
Edinburg, Texas 78539
(956) 383-7441
(956) 381-0825 Facsimile
**Attorneys for Claimants Raquel Teran Hinojosa,**
**Individually and as Representative of the Estate of**
**Gaspar Hinojosa, Clarissa Hinojosa, Omar Hinojosa and**
**Gaspar Hinojosa, II**

OF COUNSEL:

LAW OFFICES OF RAMON GARCIA, P.C.

_Michael L Slack, by perm._

Michael L. Slack
State I.D. No. 18476800
Michael Davis
8911 Capital of Texas Hwy
Building 2, Suite 2110
Austin, Texas 78759
(512) 795-8686
(512) 795-8787 Facsimile

**Attorneys for Sixty-two (62) businesses**

**OF COUNSEL:**

**SLACK & DAVIS, L.L.P.**

49477:996203.1:011402

-35-

_____

Robert A. Fandrich
Virginia Fandrich
5101 Verdi Way
Stockton, California 95207
*Pro se*

Cliff Garrard
Independent Plumbers of South Texas
8602 Robindell Drive
Houston, Texas 77074
(713) 484-6842
(713) 665-6912 Facsimile
*Pro se*

_____

John McCoy
Mary McCoy
514 Brookside Pass
Cedar Park, Texas 78613
*Pro se*

## EXHIBIT "A"

Mr. Jack F. Gilbert
Margie Manzano Corbett
Office of the Attorney General
Transportation Division
Post Office Box 12548
Austin, Texas 78711-2548

Mark J. Spansel
Edwin C. Laizer
Adams & Reese, L.L.P.
4500 One Shell Square
New Orleans, LA 70139

Mr. James B. Manley
Attorneys at Law
3616 Preston Road
Pasadena, Texas 77505

Helen Delgadillo for Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381

William Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550

49477:1008598.1:040902                    -39-

Mr. Les Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471

Mr. Raymond Thomas
Kittleman, Thomas, Ramirez & Gonzales
4900-B N. 10th Street
McAllen, Texas 78504

S. Mark Strawn, Esq.
Schirrmeister Ajamie, L.L.P.
Pennzoil Place-South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002

Julian Rodriguez, Jr.
Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501

Michael L. Slack
Michael Davis
SLACK & DAVIS, L.L.P.
Building Two, Suite 2110
8911 Capital of Texas Highway, North
Austin, Texas 78759

Nejd Yaziji
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

Frank Enriquez
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

Richard Leo Harrell
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 1400 (78470)
P.O. Box 480
Corpus Christi, Texas 78403-0480

Carlos Escobar
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Blvd.

Post Office Box 4901
Brownsville, Texas 78520

Mr. Geoffrey Amsel
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78215

Mr. Glenn G. Goodier
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, LLP
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100

Will W. Pierson
Jack C. Partridge
Royston, Rayzor, Vickery & Williams, LLP
606 N. Carancahua, Suite 1700
Corpus Christi, Texas 78476

## EXHIBIT "B"
## PERSONS WITH KNOWLEDGE

The following persons or entities may have discoverable information regarding relevant facts:

*A.G. Hill Power*
c/o Ms. Janet Thompson
6654 Leopard Street
Corpus Christi, Texas 78409
*Company believed to have repaired and/or maintained the street lights on the bridge.*

*Allstate Insurance Company*
c/o Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307
*Subrogation claimant for property damages of Bridgette Goza*

*American Commercial Barge Lines*
*American Commercial Lines*
c/o Mr. Glen Goodier
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100
*Owner of barges pushed by BROWN WATER V at the time of the accident.*

*Eddie Arriola*
1616 Michigan
Port Isabel, Texas
*Mr. Arriola is the supervisor of the Long Island Swing Bridge in Port Isabel, Texas. He has knowledge of different barge configurations passing through the area and of the circumstances surrounding the accident.*

*State of Texas*
c/o Mr. Jack F. Gilbert
Post Office Box 12548
Austin, Texas 78711-2548

*Bigo's International, L.L.C.*
c/o Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
*Claimant*

*Joe W. Blocker*
301 N. Chaparral
Fulton, Texas 78358
(361) 790-9350
*Mr. Blocker was a deck hand on board the BROWN WATER V at the time of the accident.*

*Agustin Briseno*
6684 Monte Vello
Brownsville, Texas
*Mr. Briseno works at the Long Island Swing Bridge in Port Isabel, Texas. He has knowledge of the configuration of barges passing through the area and of the circumstances surrounding the area.*

*Rafael Briseno*
1015 Timeer Drive
Brownsville, Texas
*Mr. Briseno works at the Long Island Swing Bridge in Port Isabel, Texas. He has knowledge of the configuration of barges passing through the area and of the circumstances surrounding the area.*

*Captain Daniel Bryant*
422 Palm
Laguna Vista, Texas
*Captain Bryant has knowledge of the circumstances surrounding the accident.*

*Captain Joe Lee Bryant*
104 Hwy 100 Lot 1
Port Isabel, Texas
*Captain Bryant has knowledge of the circumstances surrounding the accident.*

*Cameron County*
c/o Mr. George C. Kraehe
Willette & Guerra, L.L.P.
3505 Boca Chica Boulevard, Suite 460
Brownsville, Texas 78521

*Daniel Ceballos*
c/o Burns International Security Services
Long Island, Texas
*Mr. Ceballos has knowledge of the circumstances surrounding the accident.*

*Central Power & Light*
c/o C.T. Corporation System
350 N. St. Paul Street
Dallas, Texas 75201
*Has knowledge regarding the street lights on the causeway*

*Captain Phil Colo*
416 Barker Street
Laguna Vista, Texas
*Captain Colo has knowledge of the circumstances surrounding the accident.*

*Department of the Army*
Corps of Engineers
1920 North Chaparral Street
Corpus Christi, Texas 78401
ATTN: Mr. Elijio Garza
      Area Engineer

*Captain Steve Ellis*
1016 Tarpon, #9
Port Isabel, Texas
*Captain Ellis has knowledge of the circumstances surrounding the accident.*

*Robert Espericueta*
c/o Frank Enriquez
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504
*Claimant*

*Robert and Virginia Fandrich*
5101 Verdi Way
Stockton, California 95207
*Claimants*

*Cliff Fleming*
721 Palm Boulevard
Laguna Vista, Texas
*Mr. Fleming has knowledge of the circumstances surrounding the accident.*

*Captain David Fowler*
860 Debonair Drive
Mobile, Alabama 36695
(334) 639-1747
*Captain Fowler was at the wheel of the BROWN WATER V at the time of the accident.*

*Captain James Franceschi*
34 Sunburst Lane
Brownsville, Texas 78520
(956) 546-6103

*Captain Franceshi was piloting the Irini F out through the Brownsville Ship Channel when he heard Brown Water V's mayday call. He has knowledge of Captain Fowler's radio conversations subsequent to the accident. Captain Franceshi also has knowledge of the circumstances surrounding the accident and of previous groundings in the channel area.*

*Victor Franco*
c/o Burns International Security Services
Long Island, Texas
*Mr. Franco has knowledge of the circumstances surrounding the accident.*

*Gustavo Garcia*
6939 West Business 83
Harlingen, Texas
*Mr. Garcia has knowledge of the circumstances surrounding the accident.*

*Dolores Goette*
410 Morris Street
Laguna Vista, Texas
*Ms. Goette has knowledge of the circumstances surrounding the accident.*

*Captain Harry Goette*
410 Morris Street
Laguna Vista, Texas
*Captain Goette has knowledge of the circumstances surrounding the accident.*

*Bridgette Goza*
c/o Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
*Claimant*

*Mark Guillot*
5705 Laguna Circle South, #202
South Padre Island, Texas
*Mr. Guillot has knowledge of the circumstances surrounding the accident.*

*Anita Harris*
c/o Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550
*Claimant*

*Raquel Teran Hinojosa*
c/o Robert E. Ammons
Stevenson & Ammons, L.C.
3700 Montrose Boulevard
Houston, Texas 77006;
Ramon Garcia
Law Offices of Ramon Garcia, P.C.
222 West University Drive
Edinburg, Texas 78539
*Claimant*

*Clarissa Hinojosa*
c/o Robert E. Ammons
Stevenson & Ammons, L.C.
3700 Montrose Boulevard
Houston, Texas 77006;
Ramon Garcia
Law Offices of Ramon Garcia, P.C.
222 West University Drive
Edinburg, Texas 78539
*Claimant*

*Martin D. Hinojosa*
c/o Julian Rodriguez, Jr.
Attorney at Law
100 W. Pecan
McAllen, Texas 78501
*Claimant*

*Omar Hinojosa*
c/o Robert E. Ammons
Stevenson & Ammons, L.C.
3700 Montrose Boulevard
Houston, Texas 77006;
Ramon Garcia
Law Offices of Ramon Garcia, P.C.
222 West University Drive
Edinburg, Texas 78539
*Claimant*

*Gaspar Hinojosa, II*
c/o Robert E. Ammons
Stevenson & Ammons, L.C.
3700 Montrose Boulevard

Houston, Texas 77006;
Ramon Garcia
Law Offices of Ramon Garcia, P.C.
222 West University Drive
Edinburg, Texas 78539
*Claimant*

*Rita S. Hinojosa*
c/o Julian Rodriguez, Jr.
Attorney at Law
100 W. Pecan
McAllen, Texas 78501
*Claimant*

*Independent Plumbers of South Texas*
c/o Cliff Garrard
8602 Robindell Drive
Houston, Texas 77074
*Claimant*

*William E. Kimbrell*
c/o Richard Leo Harrell
The Edwards Law Firm
Post Office Box 480
Corpus Christi, Texas 78403
*Claimant*

*Laguna Madre Water District of Port Isabel*
c/o Mr. J. A. Magallanes
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Cica
Post Office Box 4901
Brownsville, Texas 78520
*Claimant*

*Captain Phillip Langley*
3326 Lakeside Drive
Rockwall, Texas 75087
(800) 873-9823
*Captain Langley was the relief captain on board the tug boat Bruce Bordelon at the time of the accident. He has knowledge of the circumstances surrounding the accident.*

*Ricky Leavell*
c/o William Q. McManus

49477:984315.1:092401

-47-

McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206
*Claimant*

*Carol Leavell*
c/o William Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206
*Claimant*

*Long Island Bridge Company*
c/o John R. Freeland
806 Pecan
McAllen, Texas 78501
(956) 943-1622
*Employees of Long Island Bridge Company witnessed the four barges and tug pass under the bridge immediately prior to the accident. They also have knowledge of the configuration of barges passing through the area and of the circumstances surrounding the accident*

*Hector Martinez, Sr.*
c/o Jim S. Hart
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
*Claimant*

*Rene and Frank Mata*
c/o Mr. Raymond Thomas
Mr. Andres Gonzalez
Kittleman, Thomas, Ramirez & Gonzales
4900-B N. 10th Street
McAllen, Texas 78504
*Claimants*

*John and Mary McCoy*
514 Brookside Pass
Cedar Park, Texas 78613
*Claimants*

*J. Antonio Mireles*

c/o S. Mark Strawn
Schirrmeister Ajamie, L.L.P.
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
*Claimant*

*Juan Antonio Mireles*
c/o S. Mark Strawn
Schirrmeister Ajamie, L.L.P.
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
*Claimant*

*Soledad Gonzalez Mireles*
c/o S. Mark Strawn
Schirrmeister Ajamie, L.L.P.
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
*Claimant*

*Captain Joseph Mock*
Post Office Box 572
Port Isabel, Texas
*Captain Mock has knowledge of the circumstances surrounding the accident.*

*Gustavo Morales*
c/o Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
*Claimant*

*Dimas Mora*
c/o W. Lamoine Holland
1920 Nacogdoches Road, Suite 100
San Antonio, Texas 78209
*Claimant*

*Ramon Moreno*
Rt. 3, Box 708F
Los Fresnos, Texas

*Mr. Moreno has knowledge of the circumstances surrounding the accident.*

*Alberto Leroy Moya*
c/o Frank Enriquez
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504
*Claimant*

*Rolando Lee Moya*
c/o Frank Enriquez
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504
*Claimant*

*Dr. Donald Jay Mulkerne*
Spring Hill Behavioral Health
100 Memorial Hospital Drive, Ste. 1-B
Mobil, Alabama 36608
*Dr. Mulkerne is Capt. David Fowler's treating psychologist and has knowledge of the impact of the accident on Capt. Fowler's emotional and psychological well-being.*

*Levie Paul Old*
1200 N. Magnolia, #26
Rockport, Texas 78382
(361) 727-9165
*Mr. Old was a deck hand on board the BROWN WATER V at the time of the accident.*

*Jacqueline Paddock*
c/o Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
*Claimant*

*Port Isabel-San Benito Navigation District*
c/o Mr. Brian G. Janis
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284

*Daniel Pugh*
Telephone and address unknown

*Mr. Pugh has knowledge of the circumstances surrounding the accident.*

*Dan Reeves*
1806 Illinois
Port Isabel, Texas
*Mr. Reeves has knowledge of the circumstances surrounding the accident.*

*Captain Russell Robinson*
c/o R & R Hi-Way Baitstand
Port Isabel, Texas
*Captain Robinson has knowledge of the circumstances surrounding the accident.*

*Esteban F. Rivas*
c/o John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501
and
c/o J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381
*Claimant*

*Maria Miriam Rivas*
c/o John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501
and
c/o J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381
*Claimant*

*Antonio Salinas, Jr.*
c/o c/o Frank Enriquez
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504
*Claimant*

*Security Systems*

*Southwestern Bell Telephone*
c/o Mr. Geoffrey Amsel
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78209
*Claimant*

*Dale Ray Stockton*
14648 Arroyo Drive
Harlingen, Texas
*Mr. Stockton has knowledge of prior collisions of tugboats and barges with the Queen Isabella Causeway.*

*Russell Stockton*
208 West Mesquite
South Padre Island, TX
Mr. Stockton has knowledge of the circumstances surrounding the accident.

*Texas Department of Public Safety*
c/o Mary Ann Courter
5805 Lamar Boulevard
Post Office Box 4087
Austin, Texas 78773-0001

*Texas Department of Transportation*
c/o Mr. Jack F. Gilbert
Post Office Box 12548
Austin, Texas 78711-2548;
Mark J. Spansel
ADAMS & REESE, L.L.P.
4500 One Shell Square
New Orleans, LA 70139
and
Amadeo Saenz, District Engineer
600 West US 83 Expressway
P. O. Drawer EE
Pharr, Texas 78577

*Texas Parks & Wildlife Department*
c/o Boyd Kennedy
        Staff Attorney
        Law Enforcement Division
5541 Bear Lane, Suite 232
Corpus Christi, Texas 78405

and
4200 Smith School Road
Austin, Texas 78744

*Captain Dewitt Thomas*
121 Channel
Port Isabel, Texas
*Captain Thomas has knowledge of the circumstances surrounding the accident.*

*United States Coast Guard*
Commanding Officer
Marine Safety Office-Corpus Christi
400 Mann Street, Suite 210
Corpus Christi, Texas 78401
*The United States Coast Guard performed an investigation of accident.*

*Janie Valdez*
7300 North Padre Boulevard
South Padre Island, Texas
*Ms. Valdez has knowledge of the circumstances surrounding the accident.*

*Ross Valigura*
828 Hughes
Box 429
Palacios, Texas 77465
(979) 578-1864
*Mr. Valigura was a deck hand on board the BROWN WATER V at the time of the accident.*

*Sheldon Weisfeld*
855 East Harrison Street
Brownsville, Texas 78520
*Mr. Weisfeld is Captain Fowler's criminal attorney.*

*Jim Wilson*
*United States Coast Guard*
800 David Drive, Room 232
Morgan City, Louisiana 70380
*Mr. Wilson conducted the U.S.C.G. investigative hearings.*

*Captain Rocky Lee Wilson*
Post Office Box 2166
Port Aransas, Texas 78373
(361) 749-3633
*Captain Wilson was the captain on board the BROWN WATER V at the time of the accident.*

*United States Department of Transportation*
c/o Hon. Greg Serres, United States Attorney
600 East Harrison, Suite 201
Brownsville, Texas 78520-7114

*William B. Welch, Minor*
c/o Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521
*Claimant*

*William Morris Welch*
c/o Mr. James B. Manley
Attorneys at Law
3616 Preston Road
Pasadena, Texas 77505
*Claimant*

*Lydia Zamora*
c/o Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
*Claimant*

*Craig Zimmerman*
1/4 Mile North 100 on FM 1575
Post Office Box 4025
Los Fresnos, Texas
*Mr. Zimmerman has knowledge of the circumstances surrounding the accident.*

*William Zimmerman*
706 North Shore Drive
Port Isabel, Texas
*Mr. Zimmerman has knowledge of the circumstances surrounding the accident.*

*Sixty-two (62) businesses*
c/o Michael L. Slack
Michael Davis
Slack & Davis, L.L.P.
8911 Capital of Texas Hwy
Building 2, Suite 2110

Austin, Texas 78759
*Claimants (See Exhibit "E" attached)*

## EXHIBIT "C"

For Claimants Esteban Rivas and Miriam Rivas, Individually and as Representative of the Estate of Stvan F. Rivas:

John David Franz
State I.D. No. 07389200
Federal I.D. No. 1190
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501
(956) 686-3300
(956) 686-3578 (Facsimile)

J. Chad Gauntt
State I.D. No. 07765990
Federal I.D. No. 14125
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381
(281) 367-6555
(281) 367-3705 (Facsimile)

For Claimant State of Texas:

Mr. Jack F. Gilbert
State I.D. No. 00786946
Federal I.D. No. 16701
Margie Manzano Corbett
State I.D. No. 24001927
Federal I.D. No. 22121
Office of the Attorney General
Transportation Division
Post Office Box 12548
Austin, Texas 78711-2548
(512) 463-2004
(512) 472-3855 (Facsimile)

Mark J. Spansel
Louisiana Bar No.12314
Adams & Reese, L.L.P.
4500 One Shell Square
New Orleans, LA 70139
(504) 585-0215
(504) 566-0210 (Facsimile)

Daryl G. Dursum
State I.D. No. 06287900
Federal I.D. No. 6198
Adams & Reese, L.L.P.
4400 One Houston Center
1221 McKinney
Houston, Texas 77010
(713) 652-5151
(713) 652-5152 (Facsimile)

For Claimant William Morris Welch, as Representative of the Estate of Barry Rena Welch:

Mr. James B. Manley
State I.D. No. 12915000
Federal I.D. No. 3286
Attorneys at Law
3616 Preston Road
Pasadena, Texas 77505
(713) 947-1670
(713) 947-6956 Facsimile

For Claimants Lydia Zamora, Individually and as Representative of the Estate of Hector Martines, Jr. Gustavo Morales, Bigo's International, L.L.C.; Jacqueline Paddock, Individually and as Representative of the Estate of Chealsa Louise Welch and as Next Friend of William B. Welch and Bridgette Goza:

Mr. Ray R. Marchan
State I.D. No. 12969050
Federal I.D. No. 9522
Watts & Heard, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
(956) 544-0500
(956) 541-0255 Facsimile

For Claimants Ricky Leavell and Carol Leavell, Individually and as Representatives of the Estate of Robin Faye Leavell:

> Steve Q. McManus
> State I.D. No. 13784700
> Federal I.D. No. 5889
> William Q. McManus
> State I.D. No. 24008619
> McManus & Crane, L.L.P.
> 209 West Juan Linn
> Post Office Box 2206
> Victoria, Texas 77902-2206
> (361) 575-6764
> (361) 575-8454 Facsimile

For Claimant Anita Harris, Individually, as Next Friend of Victor Justin Harris, and as Representative of the Estate of Robert V. Harris:

> Mr. Heriberto Medrano
> State I.D. No. 13897800
> Federal I.D. No. 5952
> Law Offices of Heriberto Medrano
> 1101 West Tyler
> Harlingen, Texas 78550
> (956) 428-2412
> (956) 428-2495 Facsimile

For Claimants American Commercial Barge Lines and American Commercial Lines :

> Mr. Les Cassidy
> State I.D. No. 03979270
> Federal I.D. No. 5931
> Woolsey & Cassidy, P.C.
> 1020 Bank of America
> 500 North Water Street
> Corpus Christi, Texas 78471
> (361) 887-2965
> (361) 887-6521 Facsimile

Mr. Glenn G. Goodier
State I.D. No. 06130
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, LLP
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100
(504) 582-8174
(504) 582-8010 (Facsimile)

For Laguna Madre Water District of Port Isabel:

Mr. J. A. Magallanes
State I.D. No. 12879500
Federal I.D. No. 2258
Carlos Escobar
State I.D. No. 24025351
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica
Post Office Box 4901
Brownsville, Texas 78520
(956) 544-6571
(956) 544-4290 (Facsimile)

For Claimant Southwestern Bell Telephone:

Mr. Geoffrey Amsel
State I.D. No. 01161570
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78209
(210) 886-4805
(210) 222-7194 (Facsimile)

For Claimants Raquel Teran Hinojosa, Individually and as Representative of the Estate of Gaspar Hinojosa, Clarissa Hinojosa, Omar Hinojosa and Gaspar Hinojosa, II:

Robert E. Ammons
State I.D. No. 01159820
Federal I.D. No. 11742
Stevenson & Ammons, L.C.
3700 Montrose Boulevard
Houston, Texas 77006
(713) 523-3030
(713) 523-4747 Facsimile

Ramon Garcia
State I.D. No. 07641800
Federal I.D. No. 3936
Law Offices of Ramon Garcia, P.C.
222 West University Drive
Edinburg, Texas 78539
(956) 383-7441
(956) 381-0825 Facsimile

For Claimants Martin D. Hinojosa and Rita S. Hinojosa, Individually and as Heirs of the Estate of Gaspar Hinojosa:

Julian Rodriguez, Jr.
State I.D. No. 17146770
Federal I.D. No. 15112
Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501
(956) 682-8801
(956) 682-4544 Facsimile

For minor Claimant William Welch:

Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521
(956) 546-1537
(956) 546-2234 Facsimile

For Claimant Dimas Mora:

W. Lamoine Holland
State I.D. No. 09856000
1920 Nacogdoches Road, Suite 100
San Antonio, Texas 78209
(210) 824-7474
(210) 824-8141 Facsimile

For Allstate Insurance Company:

>Thomas E. Quirk
>State I.D. No. 16437700
>Federal I.D. No. 29509
>Aaron & Quirk
>901 N.E. Loop 410, Suite 903
>San Antonio, Texas 78209-1307
>(210) 820-0211
>(210) 820-0214 Facsimile

For Claimants Rene Mata and Frank Mata:

>Raymond L. Thomas
>Federal I.D. No. 10715
>Andres H. Gonzalez, Jr.
>Federal I.D. No. 22196
>Kittleman, Thomas, Ramirez & Gonzales, PLLC
>4900-B North 10th Street
>McAllen, Texas 78504
>(956) 686-8797
>(956) 630-5199 Facsimile

For Claimant Hector Martinez, Sr., as Representative of the Estate of Hector Martinez, Jr.:

>Jim S. Hart
>State I.D. No. 09147400
>Federal I.D. No. 14548
>Nejd Yaziji
>State I.D. No. 24029914
>Williams Bailey Law Firm, L.L.P.
>8441 Gulf Freeway, Suite 600
>Houston, Texas 77017
>(713) 230-2312
>(713) 643-6226 Facsimile

For Claimants J. Antonio Mireles, as Representative of the Estate of Julio Cesar Mireles, Juan Antonio Mireles and Soledad Gonzalez Mireles:

>Thomas R. Ajamie
>State I.D. No. 00952400
>S. Mark Strawn
>State I.D. No. 19374325
>Schirrmeister Ajamie, L.L.P.

Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
(713) 860-1600
(713) 860-1699 Facsimile

For Claimant William E. Kimbrell as Surviving Father of Chealsa Louise Welch:

Richard Leo Harrell
State I.D. No. 09041320
The Edwards Law Firm
Post Office Box 480
Corpus Christi, Texas 78403
(361) 698-7600
(361) 698-7615 Facsimile

For Claimants Roberto Espericueta, Alberto Leroy Moya, Rolando Lee Moya and Antonio Salinas, Jr.:

Frank Enriquez
State I.D. No. 06630500
Federal I.D. No. 3734
Robert Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504
(956) 686-5291
(956) 618-5064 Facsimile

For Petitioners Brown Tide, Inc., and Brown Water Marine Service, Inc.:

Will W. Pierson
State Bar No. 16003100
Federal I.D. No. 1931
Keith Uhles
State Bar No. 20371100
Federal I.D. No. 1936
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
(361) 884-8808
(361) 884-7261 (Facsimile)

| EVIDENCE # | SUBMITTED BY: | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| **Day 01** | | | | |
| IO-01 | Mr. Wilson, James | 9-Oct-01 | 1100 | Letter of Appointment to Mr. James Wilson from the Commander 8thCG District. |
| IO-02 | Mr. Wilson, James | 9-Oct-01 | 1100 | ░░░░░░░░░░░░░░░░ |
| IO-03 | Mr. Wilson, James | 9-Oct-01 | 1100 | Notification to the State of Texas as a Party-in-Interest. |
| IO-04 | Mr. Wilson, James | 9-Oct-01 | 1100 | ░░░░░░░░░░░░░░░░ |
| IO-05 | Mr. Wilson, James | 9-Oct-01 | 1100 | Notification to Brown Water Marine Service, Inc. as a Party-in-Interest. |
| IO-06 | Mr. Wilson, James | 9-Oct-01 | 1100 | ░░░░░░░░░░░░░░░░ |
| IO-07 | Mr. Wilson, James | 9-Oct-01 | 1100 | Texas Peace Officer's Accident Report, Fatality Accident, form: ST-3(EFF. 1/1/96). |
| IO-08 | Mr. Wilson, James | 9-Oct-01 | 1100 | ░░░░░░░░░░░░░░░░ |
| IO-09 | Mr. Wilson, James | 11-Oct-01 | 1052 | Written Statement and Drug Screening for J.W. Blocker, crew member on Brown Water V. |
| IO-10 | Mr. Wilson, James | 9-Oct-01 | 1052 | ░░░░░░░░░░░░░░░░ |
| IO-11 | Mr. Wilson, James | 9-Oct-01 | 1000 | Laguna Madre Chart (Large). |
| IO-12 | Mr. Wilson, James | 9-Oct-01 | 1005 | ░░░░░░░░░░░░░░░░ |
| IO-13 | Mr. Wilson, James | 9-Oct-01 | 1005 | Laguna Madre Chart (Medium). |
| IO-14 | Mr. Wilson, James | 9-Oct-01 | 1005 | ░░░░░░░░░░░░░░░░ |
| IO-15 | Mr. Wilson, James | 9-Oct-01 | 1020 | Port Isabel Channel Film (CWO Grodecki filming, fixed and unfixed view abord CG small Boat). |
| IO-16 | Mr. Wilson, James | 9-Oct-01 | 1020 | ░░░░░░░░░░░░░░░░ |
| Fowler-02 | Weisfeld, Sheldon, Attorney for Capt Fowler | 9-Oct-01 | 1240 | Letter from Physician, James A. Freeberg, Ed.D., P.C., Psychologist. |
| Fowler-03 | Weisfeld, Sheldon, Attorney for Capt Fowler | 9-Oct-01 | 1242 | ░░░░░░░░░░░░░░░░ |
| Fowler-04 | Weisfeld, Sheldon, Attorney for Capt Fowler | 9-Oct-01 | 1244 | Search and Seizure Warrant. |
| IO-17 | Mr. Wilson, James | 9-Oct-01 | 1315 | Mini cassette, CWO Grodecki interview with Captain David Fowler on 15Sep01. |
| IO-18 | Mr. Wilson, James | 9-Oct-01 | 1315 | Transcription, Interview with Captain David Fowler and crew on 15Sep01. |
| IO-19 | Mr. Wilson, James | 9-Oct-01 | 1315 | ░░░░░░░░░░░░░░░░ |
| IO-20 | Mr. Wilson, James | 9-Oct-01 | 1315 | Mini Cassette, CWO Grodecki and LT Helton, Interview with Captain David Fowler on 17Sep01. |
| IO-21 | Mr. Wilson, James | 9-Oct-01 | 1315 | ░░░░░░░░░░░░░░░░ |
| IO-22 | Mr. Wilson, James | 9-Oct-01 | 1315 | Normal cassette, Interview with Captain David Fowler on 17Sep01. |
| IO-23 | Mr. Wilson, James | 9-Oct-01 | 1425 | Coast Guard Alcosensor and Field Sobriety Test results, Conducted by CWO Grodecki. |
| IO-24 | Mr. Wilson, James | 9-Oct-01 | 1425 | ░░░░░░░░░░░░░░░░ |
| IO-25 | Mr. Wilson, James | 9-Oct-01 | 1555 | Written witness statement from Levi Old (crew member on the Brown Water V). |
| IO-26 | Mr. Wilson, James | 9-Oct-01 | 1555 | ░░░░░░░░░░░░░░░░ |
| IO-27 | Mr. Wilson, James | 9-Oct-01 | 1613 | Coast Guard Regional Exam Center File for Captain Fowler. |
| IO-28 | Mr. Wilson, James | 9-Oct-01 | 1613 | ░░░░░░░░░░░░░░░░ |
| IO-29 | Mr. Wilson, James | 9-Oct-01 | 1616 | Tankerman License (copy) for Captain Rocky L. Wilson. |
| IO-30 | Mr. Wilson, James | 9-Oct-01 | 1742 | ░░░░░░░░░░░░░░░░ |
| IO-31 | Mr. Wilson, James | 9-Oct-01 | 1742 | CG-2692, Report of Marine Injury or Death. Submitted by Brown Water Marine Service, Inc. |
| IO-32 | Mr. Wilson, James | 9-Oct-01 | 1825 | ░░░░░░░░░░░░░░░░ |
| **Day 02** | | | | |
| NOAA-01 | Capt Perugini, Nicholas E., NOAA | 10-Oct-01 | 815 | ░░░░░░░░░░░░░░░░ |
| NOAA-02 | Capt Perugini, Nicholas E., NOAA | 10-Oct-01 | 815 | Federal Agencies Involved in Nautical Charting. |
| NOAA-03 | Capt Perugini, Nicholas E., NOAA | 10-Oct-01 | 815 | ░░░░░░░░░░░░░░░░ |
| NOAA-04 | Capt Perugini, Nicholas E., NOAA | 10-Oct-01 | 815 | NOAA Hydrographic Survey. |
| NOAA-05 | Capt Perugini, Nicholas E., NOAA | 10-Oct-01 | 815 | ░░░░░░░░░░░░░░░░ |
| NOAA-06 | Capt Perugini, Nicholas E., NOAA | 10-Oct-01 | 815 | Results of NOAA Hydrographic Survey (Depths in ft. at time of Incident, +2.1 ft (tide). |
| NOAA-07 | Capt Perugini, Nicholas E., NOAA | 10-Oct-01 | 815 | ░░░░░░░░░░░░░░░░ |



| ID | Name | Date | No. | Description |
|---|---|---|---|---|
| NOAA-08 | Capt Perugini, Nicholas E., NOAA | 10-Oct-01 | 815 | Results of NOAA Hydrographic Survey (Depths in ft. at time or incident, +z...true). |
| NOAA-09 | Capt Perugini, Nicholas E., NOAA | 10-Oct-01 | 815 | [redacted] |
| NOAA-10 | Capt Perugini, Nicholas E., NOAA | 10-Oct-01 | 815 | Results of NOAA Hydrographic Survey (Depth in ft. at MLLW), close color coded depth view. |
| NOAA-11 | Capt Perugini, Nicholas E., NOAA | 10-Oct-01 | 815 | [redacted] |
| NOAA-12 | Capt Perugini, Nicholas E., NOAA | 10-Oct-01 | 815 | Results of NOAA Hydrographic Survey, Depth less than or equal to 12 ft. at MLLW. |
| NOAA-13 | Capt Perugini, Nicholas E., NOAA | 10-Oct-01 | 815 | [redacted] |
| NOAA-14 | Capt Perugini, Nicholas E., NOAA | 10-Oct-01 | 815 | Wind speed and direction, Port Isabel NOAA Tide Guide (Sep 15, 2001-0100 Standard Time, 0700 UTC). |
| NOAA-15 | Capt Perugini, Nicholas E., NOAA | 10-Oct-01 | 815 | [redacted] |
| NOAA-16 | Capt Perugini, Nicholas E., NOAA | 10-Oct-01 | 815 | Summary of NOAA Results. |
| NOAA-17 | Capt Perugini, Nicholas E., NOAA | 10-Oct-01 | | [redacted] |
| NOAA-18 | Capt Perugini, Nicholas E., NOAA | 10-Oct-01 | 1015 | View of channel, custom view (extremely close view of scour area). |
| NOAA-19 | Capt Perugini, Nicholas E., NOAA | 10-Oct-01 | | [redacted] |
| NOAA-20 | Capt Perugini, Nicholas E., NOAA | 10-Oct-01 | 1031 | NOAA Tide Data for Port Isabel tide guage #8779770. |
| ACOE-01 | Mr. Garza, ACOE | 10-Oct-01 | | [redacted] |
| ACOE-02 | Mr. Garza, ACOE | 10-Oct-01 | 1122 | Army Corps of Engineer Post Allision survey. |
| ACOE-03 | Mr. Garza, ACOE | 10-Oct-01 | | [redacted] |
| BW-01 | Mr. Pierson, Will; Attorney, Brown Water | 10-Oct-01 | 1303 | Employment Resume for Douglas W. Swain (Brown Water Marine Expert Witness). |
| BW-02 | Mr. Pierson, Will; Attorney, Brown Water | 10-Oct-01 | 1310 | [redacted] |
| BW-03 | Mr. Pierson, Will; Attorney, Brown Water | 10-Oct-01 | 1312 | Port Isabel, TX image (Brown Water Marine Service, Inc. Survey) |
| BW-04 | Mr. Pierson, Will; Attorney, Brown Water | 10-Oct-01 | 1313 | [redacted] |
| BW-05 | Mr. Pierson, Will; Attorney, Brown Water | 10-Oct-01 | 1315 | "Multibeam Depth Sounder" (Brown Water Marine Services, Inc. survey of the subject area). |
| BW-06 | Mr. Pierson, Will; Attorney, Brown Water | 10-Oct-01 | 1320 | [redacted] |
| BW-07 | Mr. Pierson, Will; Attorney, Brown Water | 10-Oct-01 | 1326 | Survey vessel "R/V Mullet" (Brown Water Marine Service, Inc. Survey) |
| BW-08 | Mr. Pierson, Will; Attorney, Brown Water | 10-Oct-01 | | [redacted] |
| BW-09 | Mr. Pierson, Will; Attorney, Brown Water | 10-Oct-01 | 1333 | "Dredge Template" (Brown Water Marine Service, Inc. Survey). |
| BW-10 | Mr. Pierson, Will; Attorney, Brown Water | 10-Oct-01 | 1335 | [redacted] |
| BW-11 | Mr. Pierson, Will; Attorney, Brown Water | 10-Oct-01 | 1350 | "Holes in Bottom" (Brown Water Marine Service, Inc. Survey). |
| BW-12 | Mr. Pierson, Will; Attorney, Brown Water | 10-Oct-01 | | [redacted] |
| BW-13 | Mr. Pierson, Will; Attorney, Brown Water | 10-Oct-01 | 1433 | "Hole Contours 1ft. Intervals" (Brown Water Marine Service, Inc. Survey) |
| BW-14 | Mr. Pierson, Will; Attorney, Brown Water | 10-Oct-01 | | [redacted] |
| BW-15 | Mr. Pierson, Will; Attorney, Brown Water | 10-Oct-01 | 1445 | Photograph of barge transiting toward Queen Isabella Causeway #2. |
| BW-16 | Mr. Pierson, Will; Attorney, Brown Water | 10-Oct-01 | 1445 | [redacted] |
| BW-17 | Mr. Pierson, Will; Attorney, Brown Water | 10-Oct-01 | 1445 | Photograph of barge transiting toward Queen Isabella Causeway #4. |
| BW-18 | Mr. Pierson, Will; Attorney, Brown Water | 10-Oct-01 | 1447 | [redacted] |
| BW-19 | Mr. Pierson, Will; Attorney, Brown Water | 10-Oct-01 | 1447 | Photograph of barge transiting toward Queen Isabella Causeway #6. |
| BW-20 | Mr. Pierson, Will; Attorney, Brown Water | 10-Oct-01 | 1450 | [redacted] |
| BW-21 | Mr. Pierson, Will; Attorney, Brown Water | 10-Oct-01 | 1450 | Photograph of barge transiting toward Queen Isabella Causeway #8. |

**Day 03**

| ID | Name | Date | No. | Description |
|---|---|---|---|---|
| IO-34 | Mr. Wilson, James | 11-Oct-01 | 1053 | Transcription of interview with Brown Water V crew on 15Sep01, continued. |
| IO-35 | Mr. Wilson, James | 11-Oct-01 | 1059 | [redacted] |
| IO-36 | Mr. Wilson, James | 11-Oct-01 | 1104 | Queen Isabella Causeway Bridge large view chart. |
| IO-37 | Mr. Wilson, James | 11-Oct-01 | 1125 | [redacted] |
| IO-38 | Mr. Wilson, James | 11-Oct-01 | 1512 | Uninspected Towing Vessel Exam Checklist Deficiencies, Brown Water V. |
| IO-39 | Mr. Wilson, James | 11-Oct-01 | 1514 | [redacted] |

| Exhibit | Name / Attorney | Date | No. | Description |
|---|---|---|---|---|
| IO-40 | Mr. Wilson, James | 11-Oct-01 | 1619 | Blown up view of subject area from the NOAA chart 11302. |
| IO-?? | Mr. Wilson, James | *(redacted)* | | *(redacted)* |
| **Day 04** | | | | |
| BW-?? | Mr. Hunter, Jim; Attorney, Brown Water | *(redacted)* | | *(redacted)* |
| BW-23 | Mr. Hunter, Jim; Attorney, Brown Water | 12-Oct-01 | 817 | Affidavit of James Franceschi. |
| BW-24 | Mr. Pierson, Will; Attorney, Brown Water | 12-Oct-01 | 945 | *(redacted)* |
| BW-25 | Mr. Pierson, Will; Attorney, Brown Water | 12-Oct-01 | 945 | Witness statement, Phil Colo. 3 pages. |
| BW-26 | Mr. Pierson, Will; Attorney, Brown Water | 12-Oct-01 | 945 | *(redacted)* |
| BW-27 | Mr. Pierson, Will; Attorney, Brown Water | 12-Oct-01 | 945 | Witness statement, Daniel Bryant. 3 pages. |
| BW-28 | Mr. Pierson, Will; Attorney, Brown Water | 12-Oct-01 | 945 | *(redacted)* |
| BW-29 | Mr. Pierson, Will; Attorney, Brown Water | 12-Oct-01 | 945 | Witness statement, Cliff Fleming. 2 pages. |
| BW-30 | Mr. Pierson, Will; Attorney, Brown Water | 12-Oct-01 | 945 | *(redacted)* |
| BW-31 | Mr. Pierson, Will; Attorney, Brown Water | 12-Oct-01 | 945 | Witness statement, Mark Guillat. 2 pages. |
| BW-32 | Mr. Pierson, Will; Attorney, Brown Water | 12-Oct-01 | 945 | *(redacted)* |
| BW-33 | Mr. Pierson, Will; Attorney, Brown Water | 12-Oct-01 | 945 | Witness statement, Dewitt Thomas. 2 pages. |
| BW-34 | Mr. Pierson, Will; Attorney, Brown Water | 12-Oct-01 | 1006 | *(redacted)* |
| TX-01 | Mr. Gilbert, Jack F.; Attorney, TX DOT | 12-Oct-01 | 1010 | Stewart Jenkins, notes regarding inspection of Queen Isabella bridge nav lights, 3 pages. |
| TX-02 | Mr. Gilbert, Jack F.; Attorney, TX DOT | 12-Oct-01 | 1010 | *(redacted)* |
| TX-03 | Mr. Spansel, Mark J.; Attorney, TX DOT | 12-Oct-01 | 1105 | Brown Water Marine Service, Inc. record of incidents (Coast Guard Records). |
| IO-42 | Mr. Wilson, James | 12-Oct-01 | 1110 | *(redacted)* |
| IO-43 | Mr. Wilson, James | 12-Oct-01 | 1110 | Resume and licenses, Ronald W. Yates, 15 pages. |
| BW-35 | Mr. Pierson, Will; Attorney, Brown Water | 12-Oct-01 | 1110 | *(redacted)* |
| BW-36 | Mr. Pierson, Will; Attorney, Brown Water | 12-Oct-01 | 1110 | Physical Oceanographic Real-Time system, current meter. |

C.A. NO. B-01-157
EXHIBIT "A"

| No. | CLAIMANT | TYPE OF LOSS | AMOUNT OF LOSS (UNLIQUIDATED CLAIM IN EXCESS OF STATED AMOUNT) |
|---|---|---|---|
| | 202 Bayside Bar & Grill 944 Marine Dr. Brownsville, TX  78521 | Economic Loss, Lost Profits & Business Interruption | > $100,000.00 |
| 2 | A-1 Taxi & A-1 Limousine 5312 Padre Blvd. South Padre Island, TX  78597 | Economic Loss,  Lost Profits & Business Interruption | > $25,000.00 |
| 3 | Amberjack's Bar and Grill, Inc. 209 W. Whiting South Padre Island, TX  78597 | Economic Loss, Lost Profits & Business Interruption | > $100,000.00 |
| 4 | Charlie Armendariz Charter Captain 1178 Boca Chica Brownsville, TX  78520 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 5 | BK's Beach to Bay Enterprises, Inc., dba BK's Carpet & Upholstery Cleaning 104 E. Tarpon CL-1, #44 South Padre Island, TX  78597 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 6 | Rodolfo Barrera 215 Dodds Los Fresnos, TX  78566 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 7 | Rick and Brenda Bays 12619 #2 Fitzhugh Rd. Austin, TX  78736 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 8 | Bubba's Bayside Bar-B-Que Restaurant 209 W. Whiting South Padre Island, TX  78597 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| 9 | Buena Suerte Sport Fishing Charters 209 W. Whiting South Padre Island, TX  78597 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 10 | Cactus Flower Interiors 3009 Padre Blvd. South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $50,000.00 |
| 11 | Capt. Thomas Charter Fishing P. O. Box 1247 Port Isabel, TX  78578 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 12 | Casa de Siesta Bed & Breakfast 4610 Padre Blvd. South Padre Island, TX  78597 | Economic Loss, Lost Profits & Business Interruption | > $100,000.00 |

| No. | CLAIMANT | TYPE OF LOSS | AMOUNT OF LOSS (UNLIQUIDATED CLAIM IN EXCESS OF STATED AMOUNT) |
|---|---|---|---|
| 13 | Dolly Castillo<br>814 Ebony Lane<br>Laguna Vista, TX  78578 | Personal Loss of Income | > $5,000.00 |
| 14 | Coffey Construction<br>P. O. Box 3405<br>South Padre Island, TX  78597 | Economic Loss, Lost Profits & Business Interruption | > $1,000,000.00 |
| 15 | Rae Déjur<br>210 Magnolia Creek Rd.<br>Santa Rosa Beach, FL  32459 | Personal Loss of Income | > $5,000.00 |
| 16 | Designer's Discount Showroom<br>222 N. Expressway<br>Brownsville, TX  78521 | Economic Loss, Lost Profits & Business Interruption | > $50,000.00 |
| 17 | Edelstein's Better Furniture and Show Case<br>222 N. Expressway<br>Brownsville, TX  78521 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| 18 | Fedigan Construction<br>P. O. Box 3244<br>South Padre Island, TX  78597 | Economic Loss, Lost Profits & Business Interruption | Undetermined |
| 19 | Adrian Flandes<br>Charter Guide<br>302 Mesquite Dr.<br>Laguna Vista, TX  78578 | Economic Loss, Lost Profits & Business Interruption; Personal Loss of Income | > $5,000.00 |
| 20 | Furcron Realtors<br>4800 Padre Blvd.<br>South Padre Island, TX  78597 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| 21 | Pedro Garcia, III<br>Charter Guide<br>207 Abony Lane<br>Laguna Vista, TX  78578 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 22 | Ghilain, Inc.<br>209 W. Whiting<br>South Padre Island, TX  78597 | Economic Loss, Lost Profits & Business Interruption | > $15,000.00 |
| 23 | Risa Ann Ghilain<br>209 W. Whiting<br>South Padre Island, TX  78597 | Personal Loss of Income | > $5,000.00 |
| 24 | Mark A. Guillot<br>Charter Guide<br>P. O. Box 2236<br>South Padre Island, TX  78597 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 25 | Joe Gutierrez, III<br>P. O. Box 890<br>Port Isabel, TX  78578 | Economic Loss, Lost Profits & Business Interruption | > $2,000.00 |

| No. | CLAIMANT | TYPE OF LOSS | AMOUNT OF LOSS (UNLIQUIDATED CLAIM IN EXCESS OF STATED AMOUNT) |
|---|---|---|---|
| 26 | Adam and Marcela Hancock<br>CL 1, Box 1<br>109 W. Tarpon<br>South Padre Island, TX 78597 | Personal Loss of Income | > $5,000.00 |
| 27 | Island Market<br>5312 Padre Blvd.<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $50,000.00 |
| 28 | Island Pharmacy<br>P. O. Box 3134<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 29 | J. W. Properties, Inc.<br>P. O. Box 2100<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 30 | J. W. Restaurants, Inc.<br>P. O. Box 2100<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $50,000.00 |
| 31 | Jim Reynolds Hair Design<br>P. O. Box 2658<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 32 | Jim's Pier, Inc.<br>209 W. Whiting<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| 33 | Joseph's Restaurant<br>P. O. Box 3557<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $100,000.00 |
| 34 | Kelly's Irish Pub<br>101 E. Morningside Dr.<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $50,000.00 |
| 35 | Kohnami Restaurant<br>1933 S. 10th St.<br>McAllen, TX 78503 | Economic Loss, Lost Profits & Business Interruption | > $50,000.00 |
| 36 | La Jaiba Seafood Restaurant and Lounge<br>2001 Padre Blvd.<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| 37 | LaVina's Natural Nail Care<br>P. O. Box 2582<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $4,000.00 |
| 38 | Michael and Judy Lemmons<br>P. O. Box 2762<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption; Personal Loss of Income | > $25,000.00 |
| 39 | Miramar Resort<br>P. O. Box 2100<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruptions | > $25,000.00 |

| No. | CLAIMANT | TYPE OF LOSS | AMOUNT OF LOSS (UNLIQUIDATED CLAIM IN EXCESS OF STATED AMOUNT) |
|---|---|---|---|
| 40 | Marina Village, Inc.<br>c/o 1 Padre Blvd.<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 41 | Massage & Healing Arts Center<br>2100 Padre Blvd.<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| 42 | Andrew L. Minkler<br>P. O. Box 164<br>Port Isabel, TX 78578 | Personal Loss of Income | > $5,000.00 |
| 43 | Padre Island Brewing Co., Inc.<br>3400 Padre Blvd.<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| 44 | Glen and Joyce Pfeil<br>755 Katy Fwy, #153<br>Houston, TX 77024 | Economic Loss, Lost Profits & Business Interruption | > $3,000.00 |
| 45 | Pro-Fit Gym<br>5800 Padre Blvd.<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| 46 | Property Management Co.<br>4800 Padre Blvd.<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| 47 | Richard Stockton Photography<br>P. O. Box 3893<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| 48 | Sangria Condominium, Inc.<br>1400 Gulf Blvd.<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 49 | Sea Ranch Enterprises, Inc.<br>c/o 1 Padre Blvd.<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $50,000.00 |
| 50 | South Padre Island Fishing Center Joint Venture<br>c/o 1 Padre Blvd.<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $50,000.00 |
| 51 | SPI Management<br>d/ba Radisson Resort SPI<br>500 Padre Blvd.<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $100,000.00 |
| 52 | SPI Security<br>1004 Padre Blvd.<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |

| CLAIMANT | TYPE OF LOSS | AMOUNT OF LOSS (UNLIQUIDATED CLAIM IN EXCESS OF STATED AMOUNT) |
|---|---|---|
| SPI Texas Enforcement Group, Inc., dba Mail Boxes Etc. #4075 1004 Padre Island, TX 78597 South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| Lee Roy Summerlin Charter Guide P. O. Box 2614 South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| T-Brent 702-2 Continental Circle Brownsville, TX 78521 | Economic Loss, Lost Profits & Business Interruption | > $50,000.00 |
| Ted's Restaurant, Inc. P. O. Box 2527 South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $50,000.00 |
| Texas Beach House CL8, Box 2 South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $4,000.00 |
| The Coastal Current P. O. Box 2429 South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $50,000.00 |
| The Town of South Padre Island c/o Paul Y. Cunningham P. O. Box 2729 South Padre Island, TX 78597 | Economic Loss & Lost Revenues | > $500,000.00 |
| Uncle Buggies Beach Buggy Rentals 1612 Padre Blvd. South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| Gilbert Vela Charter Captain Box 6803 Port Isabel, TX 78578 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| Ybarra's Tire Busters 203 Maxan St. Port Isabel, TX 78578 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |