IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 5 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION § <br> FOR BROWN WATER TOWING I, INC., § <br> AS OWNER AND § <br> BROWN WATER MARINE SERVICE, INC.,§ <br> AS BAREBOAT CHARTERERS, OF THE § <br> OF THE BROWN WATER V, § <br> ITS ENGINES, TACKLE, ETC., § <br> IN A CAUSE OF EXONERATION FROM § <br> OR LIMITATION OF LIABILITY § | C.A. No. B-01-157 <br> (Subject to Rule 9(h) <br> of the Federal Rules <br> of Civil Procedure) <br> Admiralty |
| IN RE THE COMPLAINT AND § <br> PETITION OF AMERICAN § <br> COMMERCIAL LINES LLC, AS § <br> OWNER and AMERICAN COMMERCIAL § <br> BARGE LINES, LLC, AS CHARTERER § <br> OF THE BARGES NM-315, VLB-9182, § <br> ACL-9933B, VLB-9173, IN A CAUSE OF § <br> EXONERATION FROM OR LIMITATION § <br> OF LIABILITY | Consolidated With <br><br> C.A. NO. B-02-004 <br> Admiralty |

**MOTION FOR EXTENSION OF TIME IN WHICH TO REPLY TO PETITIONERS BROWN WATER MARINE SERVICE, INC. AND BROWN WATER TOWING I, INC.'S MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

Come now, Claimants (Attached as Exhibit A) and file this their Motion for Extension of Time in Which to Reply to Petitioners Brown Water Marine Service, Inc. and Brown Water Towing I, Inc.'s Motion for Summary Judgment, showing as follows:

I.

On April 2, 2002, Petitioners Brown Water Marine Service, Inc. and Brown Water Towing I, Inc. filed a motion for summary judgment directed at Claimants' claim. Claimants' current response date is April 22, 2002.

**II.**

Petitioners seek to have Claimants claims dismissed pursuant to Petitioners' interpretation of State of *Louisiana v. M/V Testbank*, 752 F.2d 1019 (5th Cir. 1985) (en banc). The circumstances of each individual claimant's claim, however, make the claims distinguishable from those dismissed in *Testbank*. To establish the distinguishing characteristics for each of these 62 Claimants will reasonably require more than 20 days. In addition to obtaining evidence from each of the 62 individual Claimants, Claimants' counsel anticipate the need to take several third-party depositions to provide evidence supportive of these Claimants' right to recovery.

**III.**

Claimants are mindful of the concerns expressed by Petitioners and other Claimants that Petitioners' liability insurance policy may be an eroding policy under which defense costs may deplete the pool of insurance coverage available to pay claims. Claimants do not want to unnecessarily cause the expenditure of defense monies that might erode Petitioners' liability insurance policy limits, and therefore, request the Court to extend Claimants' response time 100 days to August 1, 2002. This extension will allow the parties to participate in the mediation of all claims, planned for mid-June, without eroding Petitioners' liability insurance policy limits. If Claimants' cases are not resolved at mediation, they will have approximately 45 days to obtain the evidence necessary to defend Petitioners' motion.

**IV.**

In the alternative, if the Court is not inclined to grant the requested 100 day extension, Claimants request that the current response date be extended to June 1, 2002, in order to allow them sufficient time to gather the necessary evidence for 62 individual Claimants and to conduct the necessary third-party depositions.

## V.

This extension of time is not being sought solely for purposes of delay; instead, it is necessary to provide Claimants a fair and reasonable opportunity to defend against Petitioners' motion. Moreover, Claimants anticipate that Petitioners American Commercial Barge Lines, LLC will be filing a similar motion for summary judgment, and the requested extension of time will lead to judicial economy and efficiency by allowing one response and one hearing for both motions.

WHEREFORE, PREMISES CONSIDERED, Claimants pray that this Court grant their extension and for such other and further relief to which they may be justly entitled.

Respectfully submitted,

SLACK & DAVIS, L.L.P.

By _____
MICHAEL L. SLACK
State Bar No. 18476800
8911 Capital of Texas Highway
Building Two, Suite 2110
Austin, TX 78759
(512) 795-8686
(512) 795-8787 (fax)

ATTORNEY-IN-CHARGE FOR CLAIMANTS

## CERTIFICATE OF CONFERENCE

Counsel for Claimants have conferred with counsel for Petitioners, Brown Water Marine Service, Inc. and Brown Water Towing I, Inc. Petitioners are unable to agree to Claimants' extension request at this time.

_____
MICHAEL L. SLACK

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument has been served on all counsel of record on this the 15th day of April, 2002.

_____
MICHAEL L. SLACK

C.A. NO. B-01-157
EXHIBIT "A"

| No. | Claimant |
|---|---|
| 1 | 202 Bayside Bar & Grill<br>944 Marine Dr.<br>Brownsville, TX 78521 |
| 2 | A-1 Taxi & A-1 Limousine<br>5312 Padre Blvd.<br>South Padre Island, TX 78597 |
| 3 | Amberjack's Bar and Grill, Inc.<br>209 W. Whiting<br>South Padre Island, TX 78597 |
| 4 | Charlie Armendariz<br>Charter Captain<br>1178 Boca Chica<br>Brownsville, TX 78520 |
| 5 | BK's Beach to Bay Enterprises, Inc., dba<br>BK's Carpet & Upholstery Cleaning<br>104 E. Tarpon CL-1, #44<br>South Padre Island, TX 78597 |
| 6 | Rodolfo Barrera<br>215 Dodds<br>Los Fresnos, TX 78566 |
| 7 | Rick and Brenda Bays<br>12619 #2 Fitzhugh Rd.<br>Austin, TX 78736 |
| 8 | Bubba's Bayside Bar-B-Que Restaurant<br>209 W. Whiting<br>South Padre Island, TX 78597 |
| 9 | Buena Suerte Sport Fishing Charters<br>209 W. Whiting<br>South Padre Island, TX 78597 |
| 10 | Cactus Flower Interiors<br>3009 Padre Blvd.<br>South Padre Island, TX 78597 |
| 11 | Capt. Thomas Charter Fishing<br>P. O. Box 1247<br>Port Isabel, TX 78578 |
| 12 | Casa de Siesta Bed & Breakfast<br>4610 Padre Blvd.<br>South Padre Island, TX 78597 |

| No. | Claimant |
|---|---|
| 13 | Dolly Castillo<br>814 Ebony Lane<br>Laguna Vista, TX 78578 |
| 14 | Coffey Construction<br>P. O. Box 3405<br>South Padre Island, TX 78597 |
| 15 | Rae Déjur<br>210 Magnolia Creek Rd.<br>Santa Rosa Beach, FL 32459 |
| 16 | Designer's Discount Showroom<br>222 N. Expressway<br>Brownsville, TX 78521 |
| 17 | Edelstein's Better Furniture and Show Case<br>222 N. Expressway<br>Brownsville, TX 78521 |
| 18 | Fedigan Construction<br>P. O. Box 3244<br>South Padre Island, TX 78597 |
| 19 | Adrian Flandes<br>Charter Guide<br>302 Mesquite Dr.<br>Laguna Vista, TX 78578 |
| 20 | Furcron Realtors<br>4800 Padre Blvd.<br>South Padre Island, TX 78597 |
| 21 | Pedro Garcia, III<br>Charter Guide<br>207 Abony Lane<br>Laguna Vista, TX 78578 |
| 22 | Ghilain, Inc.<br>209 W. Whiting<br>South Padre Island, TX 78597 |
| 23 | Risa Ann Ghilain<br>209 W. Whiting<br>South Padre Island, TX 78597 |
| 24 | Mark A. Guillot<br>Charter Guide<br>P. O. Box 2236<br>South Padre Island, TX 78597 |
| 25 | Joe Gutierrez, III<br>P. O. Box 890<br>Port Isabel, TX 78578 |

| No. | CLAIMANT |
|---|---|
| 26 | Adam and Marcela Hancock<br>CL 1, Box 1<br>109 W. Tarpon<br>South Padre Island, TX 78597 |
| 27 | Island Market<br>5312 Padre Blvd.<br>South Padre Island, TX 78597 |
| 28 | Island Pharmacy<br>P. O. Box 3134<br>South Padre Island, TX 78597 |
| 29 | J. W. Properties, Inc.<br>P. O. Box 2100<br>South Padre Island, TX 78597 |
| 30 | J. W. Restaurants, Inc.<br>P. O. Box 2100<br>South Padre Island, TX 78597 |
| 31 | Jim Reynolds Hair Design<br>P. O. Box 2658<br>South Padre Island, TX 78597 |
| 32 | Jim's Pier, Inc.<br>209 W. Whiting<br>South Padre Island, TX 78597 |
| 33 | Joseph's Restaurant<br>P. O. Box 3557<br>South Padre Island, TX 78597 |
| 34 | Kelly's Irish Pub<br>101 E. Morningside Dr.<br>South Padre Island, TX 78597 |
| 35 | Kohnami Restaurant<br>1933 S. 10th St.<br>McAllen, TX 78503 |
| 36 | La Jaiba Seafood Restaurant and Lounge<br>2001 Padre Blvd.<br>South Padre Island, TX 78597 |
| 37 | LaVina's Natural Nail Care<br>P. O. Box 2582<br>South Padre Island, TX 78597 |
| 38 | Michael and Judy Lemmons<br>P. O. Box 2762<br>South Padre Island, TX 78597 |
| 39 | Miramar Resort<br>P. O. Box 2100<br>South Padre Island, TX 78597 |

| No. | CLAIMANT |
|---|---|
| 40 | Marina Village, Inc.<br>c/o 1 Padre Blvd.<br>South Padre Island, TX 78597 |
| 41 | Massage & Healing Arts Center<br>2100 Padre Blvd.<br>South Padre Island, TX 78597 |
| 42 | Andrew L. Minkler<br>P. O. Box 164<br>Port Isabel, TX 78578 |
| 43 | Padre Island Brewing Co., Inc.<br>3400 Padre Blvd.<br>South Padre Island, TX 78597 |
| 44 | Glen and Joyce Pfeil<br>755 Katy Fwy, #153<br>Houston, TX 77024 |
| 45 | Pro-Fit Gym<br>5800 Padre Blvd.<br>South Padre Island, TX 78597 |
| 46 | Property Management Co.<br>4800 Padre Blvd.<br>South Padre Island, TX 78597 |
| 47 | Richard Stockton Photography<br>P. O. Box 3893<br>South Padre Island, TX 78597 |
| 48 | Sangria Condominium, Inc.<br>1400 Gulf Blvd.<br>South Padre Island, TX 78597 |
| 49 | Sea Ranch Enterprises, Inc.<br>c/o 1 Padre Blvd.<br>South Padre Island, TX 78597 |
| 50 | South Padre Island Fishing Center Joint Venture<br>c/o 1 Padre Blvd.<br>South Padre Island, TX 78597 |
| 51 | SPI Management<br>d/ba Radisson Resort SPI<br>500 Padre Blvd.<br>South Padre Island, TX 78597 |
| 52 | SPI Security<br>1004 Padre Blvd.<br>South Padre Island, TX 78597 |
| 53 | SPI Texas Enforcement Group, Inc.,<br>dba Mail Boxes Etc. #4075<br>1004 Padre Island, TX 78597<br>South Padre Island, TX 78597 |

| No. | CLAIMANT |
|---|---|
| 54 | Lee Roy Summerlin<br>Charter Guide<br>P. O. Box 2614<br>South Padre Island, TX  78597 |
| 55 | T-Brent<br>702-2 Continental Circle<br>Brownsville, TX  78521 |
| 56 | Ted's Restaurant, Inc.<br>P. O. Box 2527<br>South Padre Island, TX 78597 |
| 57 | Texas Beach House<br>CL8, Box 2<br>South Padre Island, TX  78597 |
| 58 | The Coastal Current<br>P. O. Box 2429<br>South Padre Island, TX 78597 |
| 59 | The Town of South Padre Island<br>c/o Paul Y. Cunningham<br>P. O. Box 2729<br>South Padre Island, TX  78597 |
| 60 | Uncle Buggies Beach Buggy Rentals<br>1612 Padre Blvd.<br>South Padre Island, TX  78597 |
| 61 | Gilbert Vela<br>Charter Captain<br>Box 6803<br>Port Isabel, TX  78578 |
| 62 | Ybarra's Tire Busters<br>203 Maxan St.<br>Port Isabel, TX  78578 |