UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 7 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION FOR BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERERS, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § | C.A. NO. B-01-157 Admiralty |

**Consolidated with**

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC, AS OWNER, and AMERICAN COMMERCIAL BARGE LINE LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § | C.A. NO. B-02-004 Admiralty |

## CLAIMANT'S CERTIFICATE OF FINANCIAL INTEREST

COME NOW, Claimants in the above-styled and numbered cause and would show the Court that to the best of their knowledge the following is a list of all persons, associations, firms, partnerships, corporations, affiliates, parent corporations or other entities that are financially interested in the outcome of this litigation:

**CLAIMANT**

      1.    William Eugene Kimbrell
               1214 Seneca Street
               Buffalo, NY

## CLAIMANT'S COUNSEL

2. Richard Leo Harrell
   THE EDWARDS LAW FIRM, L.L.P.
   1400 Frost Bank Plaza
   802 North Carancahua Street
   P. O. Box 480
   Corpus Christi, Texas 78403-0480
   Telephone: (361) 698-7600

## PETITIONERS

3. Brown Water Towing I, Inc. and Brown Water Marine Service, Inc.

4. American Commercial Lines LLC and American Commercial Barge Line, LLC

## PETITIONER'S COUNSEL

5. Will W. Pierson
   Keith Uhles
   James Hunter
   ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
   1700 Wilson Plaza West
   606 N. Carancahua
   Corpus Christi, Texas 78476
   Telephone: (361) 884-8808

6. Leslie D. Cassidy, III
   WOOLSEY & CASSIDY
   500 N. Water Street, Ste. 1020
   Corpus Christi, Texas 78471
   Telephone: (361) 887-2965

Respectfully submitted,

THE EDWARDS LAW FIRM, L. L.P.
1400 Frost Bank Plaza
802 North Carancahua Street
P. O. Box 480
Corpus Christi, TX 78403-0480
Telephone: (361) 698-7600
Facsimile:   (361) 698-7615

By: _____
Richard Leo Harrell
ATTORNEY-IN-CHARGE FOR CLAIMANT
LEAD COUNSEL
TBA No. 09041320

OF COUNSEL:

THE EDWARDS LAW FIRM, L.L.P.
1400 Frost Bank Plaza
802 North Carancahua Street
P. O. Box 480
Corpus Christi, TX 78403-0480
Telephone: (361) 698-7600
Facsimile:   (361) 698-7615

ATTORNEY FOR CLAIMANT