130

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

APR 1 7 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION | § | |
| OF BROWN WATER TOWING I, INC. AS | § | |
| OWNER, AND BROWN WATER MARINE | § | CIVIL ACTION |
| SERVICE, INC., AS BAREBOAT | § | NO. B-01-157 |
| CHARTERER, OF THE BROWN WATER V, | § | (Subject to Rule 9(h) |
| ITS ENGINES, TACKLE, ETC., IN A | § | of the Federal Rules |
| CAUSE OF EXONERATION FROM OR | § | of Civil Procedure) |
| LIMITATION OF LIABILITY | § | Admiralty |

**LAGUNA MADRE WATER DISTRICT'S
NOTICE OF FILING AND SUBMISSION OF AFFIDAVIT AND VERIFICATION OF
PROOF OF CLAIM**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Respondent/Claimant **LAGUNA MADRE WATER DISTRICT**, and files this its Notice of Filing and Submission of Affidavit and Verification of Proof of Claim and would respectfully show the Court as follows:

**I.**

Respondent/Claimant **LAGUNA MADRE WATER DISTRICT**, hereby provides notice to Petitioner and all parties to this litigation of Respondent/Claimant **LAGUNA MADRE WATER DISTRICT'S** filing of "Affidavit and Verification of Eddie Hernandez to Proof of Claim and Amended Answer of Laguna Madre Water District", attached hereto as Exhibit "1" and incorporated herein by reference for all purposes.

**II.**

Respondent/Claimant **LAGUNA MADRE WATER DISTRICT**, hereby submits its "Affidavit and Verification of Eddie Hernandez to Proof of Claim and Amended Answer of Laguna Madre Water District" attached hereto As Exhibit "1".

WHEREFORE, Respondent/Claimant **LAGUNA MADRE WATER DISTRICT**, respectfully submits its Notice of Filing and Submission of Affidavit and Verification of Proof of Claim to this honorable Court.

Respectfully submitted,

MAGALLANES, HINOJOSA & MANCIAS
1713 Boca Chica Blvd.
Brownsville, TX 78520
(956) 544-6571 - telephone
(956) 544-4290 - fax

By: _____ by CE
Juan A. Magallanes,  with permission
Attorney for The Laguna
Madre Water District
State Bar No.12879500
Federal ID No. 2258

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION | § | |
| OF BROWN WATER TOWING 1, INC. AS | § | |
| OWNER, AND BROWN WATER MARINE | § | CIVIL ACTION |
| SERVICE, INC., AS BAREBOAT | § | NO. B-01-157 |
| CHARTERER, OF THE BROWN WATER V, | § | (Subject to Rule 9(h) |
| ITS ENGINES, TACKLE, ETC., IN A | § | of the Federal Rules |
| CAUSE OF EXONERATION FROM OR | § | of Civil Procedure) |
| LIMITATION OF LIABILITY | § | Admiralty |

**AFFIDAVIT AND VERIFICATION OF EDDIE HERNANDEZ
TO PROOF OF CLAIM AND AMENDED ANSWER OF LAGUNA MADRE WATER
DISTRICT**

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | § | AFFIDAVIT |
| COUNTY OF CAMERON | § | |

BEFORE ME, the undersigned authority, on this day personally appeared Eddie Hernandez, General Manager of Laguna Madre Water District, who, first being duly sworn, on oath stated that he has read Laguna Madre Water District's Proof of Claim and Amended Answer to Petitioners' Verified Complaint and petition for Exoneration From and/or Limitation of Liability, previously filed in this cause and as further set out in attached Exhibit "A", incorporated herein, knows the contents thereof, and that the statements therein are true and correct.

_____
Eddie Hernandez, General Manager
Laguna Madre Water District

SUBSCRIBED AND SWORN TO BEFORE ME by the said Eddie Hernandez on this the 5th day of April 2002, to certify which witness my hand and seal of office.



_____
NOTARY PUBLIC, STATE OF TEXAS

DOLLY CANTU
Notary Public, State of Texas
My Commission Expires 05-19-05



# Laguna Madre Water District
### Causeway Emergency Disaster
### Overall Actual and Estimated Cost

| Boat Rental, Gas/Oil, Slip | |
|---|---|
| Pablo Villarreal | $232.98 |
| Sergio Cisneros | $350.00 |
| Boat Rental Sept.19,01 to Oct.19,01 | $600.00 |
| Slip Sept.19,01 to Oct.19, 01 | $65.00 |
| Gas/Oil | $100.00 |
| Total | $1,347.98 |

| Water Loss Cost | |
|---|---|
| Water Loss from pipe leaking from 9/15/01 to 10/17/01. | |
| 4,326,200gal. at $2.00 per thousand gallons | $8,652.40 |
| Total | $8,652.40 |

| Laguna Madre Water District Labor | |
|---|---|
| Sept. 15, 2001: | |
| Joel Lopez 4hrs. X $8.75 (3am-7am) | $35.00 |
| Jimmy Ochoa 5hrs. X $17.60 (6am-11am) | $88.00 |
| Rudy Garza 5hrs. X $17.60 (6am-11am) | $88.00 |
| Ruben Villarreal 5hrs. X $17.60 (6am-11am) | $88.00 |
| Frankie Cisneros 5hrs. X $17.60 (6am-11am) | $88.00 |
| Carlos J. Galvan, Jr. 8hrs. X $15.50 (3am-11am) | $124.00 |
| Juan Fernandez 8hrs. X $17.60 (3am-11am) | $140.80 |
| Luis Barberena 8hrs. X $17.60 (3am-11am) | $140.80 |
| Memo Perez 7hrs. X $21.24 (4am-11am) | $148.68 |
| Arturo Martinez 7hrs X $26.44 (4am-11am) | $185.08 |
| Mr. Hernandez 7hrs. X $43.27 (4am-11am) | $302.89 |
| Breakfast Meeting | $50.72 |
| Sept. 16, 2001: | |
| Carlos J. Galvan, Jr. 3hrs. X $15.50 (6pm-9pm) | $46.50 |
| Luis Barberena 3hrs. X $17.60 (6pm-9pm) | $52.80 |
| Arturo Martinez 3hrs. X 26.44 (6pm-9pm) | $79.32 |
| Total | $1,658.59 |

| 16" pipe line | |
|---|---|
| 500 linear feet of C900(DR-25) PVC Pipe | $12,000.00 |
| Total | $12,000.00 |

| Laguna Madre Water District | |
|---|---|
| Loss of Revenue | $134,224.00 |
| Total | $134,224.00 |
| **Grand Total** | **$157,882.97** |



## CERTIFICATE OF SERVICE

    I, **J.A. Magallanes**, hereby certify that on the __17th__ day of April, 2002, a true and correct copy of the foregoing document was served on the counsel of record as indicated on the attached service list via fax and/or certified mail, return receipt requested:

                                                 J.A. Magallanes

For Claimants Estaben F. Rivas and Miriam Rivas:

John David Franz
State I.D. No. 07389200
Federal I.D. NO. 1190
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501
(956) 686-3300
(956) 686-3578 - facsimile

J. Chad Gauntt
State I.D. No. 07765990
Federal I.D. No. 14125
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Ste. C
The Woodlands, Texas 77381
(281) 367-6555
(281) 367-3705 - facsimile

For Claimant State of Texas:

Mr. Jack F. Gilbert
State I. D. No. 00786946
Federal I. D. No. 16701
Office of the Attorney General
Transportation Division
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2004
(512) 472-3855 - facsimile

Mark J. Spanesl
ADAMS & REESE, L.L.P.
4500 One Shell Square
New Orleans, LA 70139
(504) 585-0215
(504) 566-0210- facsimile

Mr. James Manley
State I. D. No. 12915000
Federal I. D. No. 3286
Attorneys at Law
3616 Preston Road
Pasadena, Texas 77505

(713) 947-1670
(713) 947-6956 - facsmilie

For Claimants Lydia Zamora, Gustavo Morales, Bigo's International, L.L.C.; Jacqueline Paddock and Bridgette Goza:

Mr. Ray R. Marchan
State I. D. No. 12969050
Federal I. D. No. 9522
WATTS & HEARD, L.L.P.
1926 Elizabeth
Brownsville, Texas 78520
(956) 544-0500
(956) 541-0255 - facsimile

For Claimants Ricky Leavell and Carol Leavell:

William Q. McManus
State I. D. No. 13784700
Federal I. D. No. 5889
McManus & Crane, L.L.P.
209 West Juan Linn
P.O. Box 2206
Victoria, Texas 77902-2206
(361) 575-6764
(361) 575-8454 - facsimile

For Claimant Anita Harris:

Mr. Heriberto Medrano
State I. D. No. 13897800
Federal I. D. No. 5952
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550
(956) 428-2412
(956) 428-2495 - facsimile

For Claimants American Commercial Barge Lines and American Commercial Line:

Mr. Les Cassidy
State I. D. No. 03979270
Federal I. D. No. 5931
Woolsey & Cassidy, P.C.
1020 Bank of America

500 North Water Street
Corpus Christi, Texas 78471
(361) 887-2965
(361) 887-6521 - facsimile

For claimant Southwestern Bell Telephone:

Mr. Geoffrey Amsel
State I. D. No. 01161570
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78209
(210) 886-4805
(210) 222-7194 - facsimile

For Claimants Raquel Teran Hinojosa, Clarissa Hinojosa, Omar Hinojosa and Gaspar Hinojosa, III:

Robert E. Ammons
State I.D. No. 01159820
Federal I. D. No. 11742
Stevenson & Ammons, L.C.
3700 Montrose Boulevard
Houston, Texas 77006
(713) 523-3030
(713) 523-4747 - facsimile

Ramon Garcia
State I.D. No. 07641800
Federal I.D. No. 3936
Law Offices of Ramon Garcia, P.C.
222 West University Drive
Edinburg, Texas 78539
(956) 383-7441
(956) 381-0825 - facsimile

For claimants Martin D. Hinojosa and Rita S. Hinojosa:

Julian Rodriguez, Jr.
State I. D. No. 17146770
Federal I. D. No. 15112
Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501
(956) 682-8801

(956) 682-4544 -facsimile

For minor Claimant William Welch:

Ms Veronica Farias
Law Offices of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521
(956) 546-1537
(956) 546-2234 - facsimile

For Claimant Dimas Mora:

W. Lamoine Holland
State I.D. No. 09856000
1920 Nacogdoches Road, Ste. 100
San Antonio, Texas 78209
(210) 824-7474
(210) 824-8141- facsimile

For Allstate Insurance Company:

Thomas E. Quirk
State I. D. No. 16437700
Federal I. D. No. 29509
Aaron & Quirk
901 N. E. Loop 410, Ste. 903
San Antonio, Texas 78209-1307
(210) 820-0211
(210) 820-0214 - facsimile

For Claimants Rene Mata and Frank Mata:

Mr. Raymond Thomas
Federal I.D. No. 10715
Mr. Andres H. Gonzalez, Jr.
Federal I.D. No. 22196
Kittleman, Thomas, Ramirez & Gonzales
4900-B N. 10th Street
McAllen, Texas 78504
(956) 686-8797
(956) 630-5199 -facsimile

For Claimant Hector Martinez, Sr.:

Jim S. Hart
State I. D. No. 09147400
Federal I.D. No. 14548
Williams, Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Ste. 600
Houston, Texas 77017
(713) 230-2312
(713) 643-6226 -facsimile

For Claimants J. Antonio Mireles, Juan Antonio Mireles and Soledad Gonzalez Mireles:

Thomas R. Ajamie
State I.D. No. 00952400
S. Mark Strawn
State I.D. No. 19374325
Schirmeister Ajamie, L.L.P.
Pennzoil Place - South Tower
711 Louisiana, Ste. 2150
Houston, Texas 77002

For Claimant William E. Kimbrell:

Richard Leo Harrell
State I.D. No. 09041320
The Edwards Law Firm
P.O. Box 480
Corpus Christi, Texas 78403
(361) 698-7600
(361) 698-7615 - facsimile

For Claimants Roberto Espericueta, Alberto Leroy Moya, Rolando Lee Moya and Antonio Salinas, Jr.:

Frank Enriquez
State I.D. No. 06630500
Federal I.D. No. 3734
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504
(956) 686-5291
(956) 618-5064 - facsimile

For Petitioners Brown Tide, Inc., and Brown Water Marine Services, Inc.:

Will W. Pierson
State Bar No. 16003100
Federal I.D. No. 1931
Keith Uhles
State Bar No. 20371100
Federal I.D. No. 1936
James Hunter
State Bar No. 00784311
Federal I.D. No. 15703
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
(361) 884-8808
(361) 884-7261 - facsimile

Sixty - two (62) businesses are represented by:

Michael L. Slack
Slack & Davis, L.L.P.
8911 Capital of Texas Hwy
Building 2, Ste. 2110
Austin, Texas 78759
(512) 795-8686
(512) 795-8787 - facsimile

The following claimants have appeared pro se:

Robert A. Fandrich and Virginia Fandrich
5101 Verdi Way
Stockton, California 95207

Cliff Garrard
Independent Plumbers of South Texas
8602 Robindell Drive
Houston, Texas 77074

John McCoy and Mary McCoy
514 Brookside Pass
Cedar Park, Texas 78613