# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**APR 1 8 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION | § | |
| OF BROWN WATER TOWING I, INC., | § | |
| AS OWNER, AND BROWN WATER | § | |
| MARINE SERVICE INC., AS BAREBOAT | § | |
| CHARTERERS, OF THE BROWN | § | **CIVIL ACTION NO. B-01-157** |
| WATER V, ITS ENGINES, TACKLE, | § | |
| ETC., IN A CAUSE OF EXONERATION | § | **Consolidated with** |
| FROM OR LIMITATION OF LIABILITY | § | |
| | § | |
| IN THE MATTER OF AMERICAN | § | **Civil Action No. B-02-004** |
| COMMERCIAL LINES LLC AS OWNER | § | |
| and AMERICAN COMMERCIAL BARGE | § | **(Subject to Rule 9(h)** |
| LINE LLC AS CHARTERER OF THE | § | **of the Federal Rules of** |
| BARGES NM-315, VLB-912, ACL-9993B, | § | **Civil Procedure) Admiralty** |
| VLB-9173, PRAYING FOR EXONERATION | § | |
| FROM AND/OR LIMITATION OF LIABILITY | § | |

## ORDER

BE IT REMEMBERED that on April 18, 2002, the Court considered the Motion for Extension of Time in which to Reply to Petitioners Brown Water Marine Service, Inc. and Brown Water Towing I, Inc.'s Motion for Summary Judgment [Dkt. No. 125].   After consideration, the Court hereby **DENIES** the Motion.

DONE at Brownsville, Texas, this 18th day of April, 2002.

Hilda G. Tagle
United States District Judge