133

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND § | | |
| PETITION OF BROWN WATER § | C.A. NO. B-01-157 | |
| TOWING I, INC., AS OWNER, AND § | Admiralty | |
| BROWN WATER MARINE SERVICE, § | | |
| INC., AS BAREBOAT CHARTERER, § | | |
| OF THE BROWN WATER V, ITS § | | |
| ENGINES, TACKLE, ETC. IN A § | | |
| CAUSE OF EXONERATION FROM § | Consolidated with | |
| OR LIMITATION OF LIABILITY § | | |
| | | |
| IN RE THE COMPLAINT AND § | | |
| PETITION OF AMERICAN § | C.A. NO. B-02-004 | |
| COMMERCIAL LINES LLC AS § | Admiralty | |
| OWNER, and AMERICAN § | | |
| COMMERCIAL BARGE LINES, LLC, § | | |
| AS CHARTERER OF THE BARGES § | | |
| NM-315, VLB-9182, ACL-9933B, § | | |
| VLB-9173, IN A CAUSE OF § | | |
| EXONERATION FROM OR § | | |
| LIMITATION OF LIABILITY § | | |

**MOTION REQUESTING ADMISSION PRO HAC VICE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, William Q. McManus, a non-resident of this District and Division, representing Claimants, **ESTATE OF ROBIN FAYE LEAVELL, CAROL LEAVELL, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ROBIN FAYE LEAVELL and RICKY LEAVELL, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ROBIN FAYE LEAVELL,** in the above-styled and numbered cause, and hereby files his sworn Motion Requesting Admission Pro Hac Vice in order to practice in the United States District Court of the Southern District of Texas, and for such request, would respectfully show unto this Honorable Court the following:

1. The office address of William Q. McManus is Law Office of McManus & Crane, L.L.P., 209 W. Juan Linn, P.O. Box 2206, Victoria, Texas 77902-2206.

2. William Q. McManus is associated in the trial of the above litigation with Steve Q. McManus, an attorney who is duly licensed to practice law in the United States District Court for the Southern District of Texas, and whose office address is Law Office of McManus & Crane, L.L.P., 209 W. Juan Linn, P.O. Box 2206, Victoria, Texas 77902-2206.

3. William Q. McManus is a member of the firm Law Office of McManus & Crane, L.L.P., 209 W. Juan Linn, P.O. Box 2206, Victoria, Texas 77902-2206. He is a member "in good standing" to practice law in the State of Texas.

4. William Q. McManus has not been, nor is he currently, subject to disciplinary action instituted by any state court.

5. William Q. McManus has never been denied admission, disbarred, suspended from practice, reprimanded or denied "in good standing" status by any court, bar association, grievance committee or administrative body.

6. In the past three years, William Q. McManus has not applied to appear pro hac vice before this court.

7. William Q. McManus has read and understands the Local Rules for this Court and will abide by all rules of this Court.

## Prayer

8. For these reasons, William Q. McManus, asks the court to grant this motion to appear pro hac vice and allow him to appear before this court until the conclusion of this case.

Respectfully submitted,

BY: _____
WILLIAM Q. McMANUS
State Bar No. 24008619
209 W. Juan Linn
P.O. Box 2206
Victoria, Texas 77902-2206
(361) 575-6764 - Telephone
(361) 575-8454 - Facsimile


BY: _____
STEVE Q. McMANUS
ATTORNEY-IN-CHARGE
Federal I.D. No. 5889
State Bar No. 13784700
209 W. Juan Linn
P.O. Box 2206
Victoria, Texas 77902-2206
(361) 575-6764 - Telephone
(361) 575-8454 - Facsimile

OF COUNSEL:
LAW OFFICE OF McMANUS & CRANE, L.L.P

**ATTORNEYS FOR CLAIMANTS,
ESTATE OF ROBIN FAYE LEAVELL,
CAROL LEAVELL, INDIVIDUALLY
AND AS REPRESENTATIVE OF THE
ESTATE OF ROBIN FAYE LEAVELL,
RICKY LEAVELL, INDIVIDUALLY
AND AS REPRESENTATIVE OF THE
ESTATE OF ROBIN FAYE LEAVELL**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing was this 17th day of April, 2002, forwarded to the following by the method indicated next to the attorney's name.

Will W. Pierson *by **REGULAR U.S. MAIL***
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476

Keith N. Uhles *by **REGULAR U.S. MAIL***
James H. Hunter, Jr.
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
P.O. Box 3509
Brownsville, Texas 78523-3509

Les Cassidy *by **REGULAR U.S. MAIL***
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471

Glen Goodier *by **REGULAR U.S. MAIL***
Jones, Walker, Waechter, Poitevent,
  Carrere & Denegre, L.L.P.
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100

James B. Manley *by **REGULAR U.S. MAIL***
Law Offices of James B. Manley
3616 Preston Road
Pasadena, Texas 77505

Ray R. Marchan *by **REGULAR U.S. MAIL***
Watts & Heard, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

Heriberto Medrano *by **REGULAR U.S. MAIL***
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550

Jack F. Gilbert *by **REGULAR U.S. MAIL***
Office of the Attorney General
Transportation Division
P. O. Box 12548
Austin, Texas 78711-2548

Mark J. Spansel *by **REGULAR U.S. MAIL***
Adams & Reese, LLP
4500 One Shell Square
New Orleans, LA 70139

J.A. Magallanes *by **REGULAR U.S. MAIL***
Carlos Escobar
Magallanes, Hinojosa & Mancias, PC
1713 Boca Chica
P. O. Box 4901
Brownsville, Texas 78520

Geoffrey Amsel *by **REGULAR U.S. MAIL***
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78215

Thomas E. Quirk *by **REGULAR U.S. MAIL***
Aaron & Quirk
901 NE Loop 410, Suite 903
San Antonio, Texas 78209-1307

Julian Rodriguez, Jr. *by **REGULAR U.S. MAIL***
Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501

Robert E. Ammons *by **REGULAR U.S. MAIL***
Stevenson & Ammons, LC
3700 Montrose Boulevard
Houston, Texas 77006

Ramon Garcia *by **REGULAR U.S. MAIL***
Law Offices of Ramon Garcia, PC
222 West University Drive
Edinburg, Texas 78539

Veronica Farias *by **REGULAR U.S. MAIL***
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

John David Franz *by **REGULAR U.S. MAIL***
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

J. Chad Gauntt *by **REGULAR U.S. MAIL***
Gauntt & Kruppstadt, LLP
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381

W. Lamoine Holland *by **REGULAR U.S. MAIL***
Law Office of W. Lamoine Holland
1920 Nacogdoches Road, Suite 100
San Antonio, Texas 78209

Thomas R. Ajamie *by **REGULAR U.S. MAIL***
S. Mark Strawn
Schirrmeister Ajamie, LLP
Pennzoil Place – South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002

Raymond L. Thomas *by **REGULAR U.S. MAIL***
Andres H. Gonzalez, Jr.
Kittleman, Thomas, Ramirez & Gonzales
4900-B N. 10th Street
McAllen, Texas 78504

Frank Enriquez *by **REGULAR U.S. MAIL***
Roberto D. Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

Richard Leo Harrell *by **REGULAR U.S. MAIL***
The Edwards Law Firm, LLP
P. O. Box 480
Corpus Christi, Texas 78403-0480

Jim S. Hart *by **REGULAR U.S. MAIL***
Nejd Yaziji
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

John and Mary McCoy *by **REGULAR U.S. MAIL***
514 Brookside Pass
Cedar Park, Texas 78613

Cliff Garrard *by **REGULAR U.S. MAIL***
Independent Plumbers of South Texas
8602 Robindell Drive
Houston, Texas 77074

Robert & Virginia Fandrich *by **REGULAR U.S. MAIL***
5101 Verdi Way
Stockton, CA 95207

Michael L. Slack *by **REGULAR U.S. MAIL***
Michael Davis
Slack & Davis, LLP
Building Two, Suite 2110
8911 Capital of Texas Highway, North
Austin, Texas 78759

_____
STEVE Q. McMANUS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND § | | |
| PETITION OF BROWN WATER § | C.A. NO. B-01-157 | |
| TOWING I, INC., AS OWNER, AND § | Admiralty | |
| BROWN WATER MARINE SERVICE, § | | |
| INC., AS BAREBOAT CHARTERER, § | | |
| OF THE BROWN WATER V, ITS § | | |
| ENGINES, TACKLE, ETC. IN A § | | |
| CAUSE OF EXONERATION FROM § | Consolidated with | |
| OR LIMITATION OF LIABILITY § | | |
| | | |
| IN RE THE COMPLAINT AND § | | |
| PETITION OF AMERICAN § | C.A. NO. B-02-004 | |
| COMMERCIAL LINES LLC AS § | Admiralty | |
| OWNER, and AMERICAN § | | |
| COMMERCIAL BARGE LINES, LLC, § | | |
| AS CHARTERER OF THE BARGES § | | |
| NM-315, VLB-9182, ACL-9933B, § | | |
| VLB-9173, IN A CAUSE OF § | | |
| EXONERATION FROM OR § | | |
| LIMITATION OF LIABILITY § | | |

## AFFIDAVIT

BEFORE ME, the undersigned Notary Public in and for the State of Texas, personally appeared WILLIAM Q. McMANUS, known to me to be the person whose name is subscribed hereto, who being first duly sworn in the manner provided by law, on oath states as follows:

1. My name is William Q. McManus. I am over the age of 21 years and have personal knowledge of, and am competent and authorized to testify to, the facts set forth herein.

2. I have read the foregoing Motion Request Admission Pro Hac Vice, and all statements and assertions contained therein are true and correct to the best of my knowledge.

_____
WILLIAM Q. McMANUS

1

2

SWORN TO AND SUBSCRIBED BEFORE ME on this 17th day of April, 2002, to certify which witness my hand and seal of office.



Notary Public, State of Texas

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C.A. NO. B-01-157<br>Admiralty<br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | C.A. NO. B-02-004<br>Admiralty |

**ORDER GRANTING MOTION REQUESTING ADMISSION PRO HAC VICE**

ON this _____ day of _____, 2002, came on to be considered William Q. McManus' Motion Requesting Admission Pro Hac Vice, and after having considered same, the Court is of the opinion that said Motion should be granted; it is therefore,

ORDERED, ADJUDGED and DECREED that William Q. McManus be admitted Pro Hac Vice to practice in the United States District Court, Southern District of Texas, and before this Court in conjunction with the above-styled litigation.

SIGNED and ENTERED this _____ day of _____, 2002.

_____
JUDGE PRESIDING