United States District Court
Southern District of Texas
FILED

APR 18 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C.A. NO. B-01-157<br>Admiralty<br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § § | C.A. NO. B-02-004<br>Admiralty |

<u>CLAIMANTS', ESTATE OF ROBIN FAYE LEAVELL,
CAROL LEAVELL, INDIVIDUALLY AND AS REPRESENTATIVE OF THE
ESTATE OF ROBIN FAYE LEAVELL AND RICKY LEAVELL, INDIVIDUALLY
AND AS REPRESENTATIVE OF THE ESTATE OF ROBIN FAYE LEAVELL,
CERTIFICATE OF FINANCIAL INTEREST</u>

COME NOW, **ESTATE OF ROBIN FAYE LEAVELL, CAROL LEAVELL, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ROBIN FAYE LEAVELL** and **RICKY LEAVELL, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ROBIN FAYE LEAVELL,** Claimants in the above-styled and numbered cause and would show the Court that to the best of their knowledge the following is a list of all persons, associations, firms, partnerships, corporations, affiliates, parent corporations or other entities that are financially interested in the outcome of this litigation:

1

**CLAIMANTS**:

1. Estate of Robin Faye Leavell
   Route 6, Box 209
   Mercedes, Texas 78570

2. Carol Leavell, Individually and As Representative of the Estate of Robin Faye Leavell
   Route 6, Box 209
   Mercedes, Texas 78570

3. Ricky Leavell, Individually and As Representative of the Estate of Robin Faye Leavell
   Route 6, Box 209
   Mercedes, Texas 78570

**CLAIMANTS COUNSEL**:

4. Steve Q. McManus
   William Q. McManus
   LAW OFFICE OF McMANUS & CRANE, L.L.P.
   209 W. Juan Linn
   P.O. Box 2206
   Victoria, Texas 77902-2206
   (361) 575-6764 – Telephone
   (361) 575-8454 – Facsimile

**PETITIONERS**:

5. Brown Water Towing I, Inc. and Brown Water Marine Service, Inc.

6. American Commercial Lines LLC and American Commercial Barge Line, LLC

**PETITIONERS COUNSEL**:

7. Will W. Pierson
   ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
   1700 Wilson Plaza West
   606 N. Carancahua
   Corpus Christi, Texas 78476
   (361) 884-8808 - Telephone
   (361) 884-7261 – Facsimile

8.     Keith N. Uhles
       James H. Hunter, Jr.
       ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
       P.O. Box 3509
       Brownsville, TX 78523-3509
       (956) 542-4377 - Telephone
       (956) 542-4370 - Facsimile

9.     Les Cassidy
       WOOLSEY & CASSIDY, P.C.
       1020 Bank of America
       500 North Water Street
       Corpus Christi, Texas 78471
       (361) 887-2965 - Telephone
       (361) 887-6521 – Facsimile

10.    Glenn G. Goodier
       JONES, WALKER, WAECHTER, POITEVENT,
         CARRERA & DENEGRE, L.L.P.
       201 St. Charles Avenue – 48th Floor
       New Orleans, Louisiana 70170-5100
       (504) 582-8174 - Telephone
       (504) 582-8010 – Facsimile

                              Respectfully submitted,

                              BY: _____
                              STEVE Q. McMANUS
                              ATTORNEY-IN-CHARGE
                              Federal I.D. No. 5889
                              State Bar No. 13784700
                              209 W. Juan Linn
                              P.O. Box 2206
                              Victoria, Texas 77902-2206
                              (361) 575-6764 - Telephone
                              (361) 575-8454 - Facsimile

OF COUNSEL:
WILLIAM Q. McMANUS
State Bar No. 24008619
LAW OFFICE OF McMANUS & CRANE, L.L.P

**ATTORNEYS FOR CLAIMANTS,
ESTATE OF ROBIN FAYE LEAVELL,
CAROL LEAVELL, INDIVIDUALLY
AND AS REPRESENTATIVE OF THE
ESTATE OF ROBIN FAYE LEAVELL,
RICKY LEAVELL, INDIVIDUALLY
AND AS REPRESENTATIVE OF THE
ESTATE OF ROBIN FAYE LEAVELL**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing was this 17th day of April, 2002, forwarded to the following by the method indicated next to the attorney's name.

Will W. Pierson *by* **_CERTIFIED MAIL/7001 0360 0002 1189 9339/R.R.R._**
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476

Keith N. Uhles *by* **_CERTIFIED MAIL/7001 0360 0002 1189 9346/R.R.R._**
James H. Hunter, Jr.
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
P.O. Box 3509
Brownsville, Texas 78523-3509

Les Cassidy *by* **_CERTIFIED MAIL/7001 0360 0002 1189 9353/R.R.R._**
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471

Glen Goodier *by* **_CERTIFIED MAIL/7001 0360 0002 1189 9360/R.R.R._**
Jones, Walker, Waechter, Poitevent,
 Carrere & Denegre, L.L.P.
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100

James B. Manley *by* **_REGULAR U.S. MAIL_**
Law Offices of James B. Manley
3616 Preston Road
Pasadena, Texas 77505

Ray R. Marchan *by **REGULAR U.S. MAIL***
Watts & Heard, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

Heriberto Medrano *by **REGULAR U.S. MAIL***
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550

Jack F. Gilbert *by **REGULAR U.S. MAIL***
Office of the Attorney General
Transportation Division
P. O. Box 12548
Austin, Texas 78711-2548

Mark J. Spansel *by **REGULAR U.S. MAIL***
Adams & Reese, LLP
4500 One Shell Square
New Orleans, LA 70139

J.A. Magallanes *by **REGULAR U.S. MAIL***
Carlos Escobar
Magallanes, Hinojosa & Mancias, PC
1713 Boca Chica
P. O. Box 4901
Brownsville, Texas 78520

Geoffrey Amsel *by **REGULAR U.S. MAIL***
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78215

Thomas E. Quirk *by **REGULAR U.S. MAIL***
Aaron & Quirk
901 NE Loop 410, Suite 903
San Antonio, Texas 78209-1307

Julian Rodriguez, Jr. *by **REGULAR U.S. MAIL***
Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501

Robert E. Ammons *by **REGULAR U.S. MAIL***
Stevenson & Ammons, LC
3700 Montrose Boulevard
Houston, Texas 77006

Ramon Garcia *by **REGULAR U.S. MAIL***
Law Offices of Ramon Garcia, PC
222 West University Drive
Edinburg, Texas 78539

Veronica Farias *by **REGULAR U.S. MAIL***
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

John David Franz *by **REGULAR U.S. MAIL***
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

J. Chad Gauntt *by **REGULAR U.S. MAIL***
Gauntt & Kruppstadt, LLP
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381

W. Lamoine Holland *by **REGULAR U.S. MAIL***
Law Office of W. Lamoine Holland
1920 Nacogdoches Road, Suite 100
San Antonio, Texas 78209

Thomas R. Ajamie *by **REGULAR U.S. MAIL***
S. Mark Strawn
Schirrmeister Ajamie, LLP
Pennzoil Place – South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002

Raymond L. Thomas *by **REGULAR U.S. MAIL***
Andres H. Gonzalez, Jr.
Kittleman, Thomas, Ramirez & Gonzales
4900-B N. 10th Street
McAllen, Texas 78504

United States District Court
Southern District of Texas
FILED

APR 17 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**PAUL BOULS AND KIKO'S MEXICAN RESTAURANT** §
§
VS. § CIVIL ACTION NO. **B-02- 078**
§
**CITY OF HARLINGEN AND HARLINGEN POLICE** §
**CHIEF** §

ORDER FOR CONFERENCE
AND
DISCLOSURE OF INTERESTED PARTIES

1. Counsel or Pro Se Party shall appear for an initial pretrial and scheduling conference before:
   The Honorable John Wm. Black
   United States Magistrate Judge
   on August 21, 2002 at 1:30 P.M.
   in the Second Floor Courtroom, No. 2
   United States Federal Courthouse
   600 E. Harrison Street
   Brownsville, Texas

2. After the parties meet as required by Fed.R.Civ.P.26(f), counsel shall prepare and file, not less than 10 days before this conference the JOINT REPORT ON MEETING REQUIRED BY RULE 26(f) AND JOINT DISCOVERY/CASE MANAGEMENT PLAN attached to this ORDER.

3. Counsel shall file with the clerk within 15 days from receipt of this ORDER a certificate listing all persons, associations of persons, firms, partnership, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation. If a group can be specified by a general description, individual listing is not necessary. <u>Underline the name of each corporation whose securities are publicly traded.</u> If new parties are added or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, then each counsel shall promptly file an amended certificate with the clerk.

4. The court will enter a scheduling order and may rule on any pending motions at the conference.

5. The Plaintiff(s), or the party removing this suit from state court, **SHALL SERVE THE OPPOSING PARTY OR PARTIES** with copies of:
   a. this ORDER FOR CONFERENCE,
   b. the form for the JOINT REPORT ON MEETING REQUIRED BY RULE 26(f) AND JOINT DISCOVERY/CASE MANAGEMENT PLAN,

6. These papers **SHALL BE SERVED CONTEMPORANEOUSLY WITH THE SUMMONS AND COMPLAINT.**

7. The parties will be bound by the provisions contained in this ORDER, the papers mentioned in No. 4 above, and the dates set out in the scheduling order to be entered in this case.

By Order of the Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **PAUL BOULS AND KIKO'S MEXICAN RESTAURANT** § § | | |
| VS. § § | CIVIL ACTION NO. | B-02- 078 |
| CITY OF HARLINGEN AND HARLINGEN POLICE § CHIEF | | |

JOINT DISCOVERY/CASE MANAGEMENT PLAN
UNDER RULE 26(f)
FEDERAL RULES OF CIVIL PROCEDURE

Please restate the instruction before furnishing the information.

1. State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

2. List the cases related to this one that are pending in any state or federal court, with the case number and court.

3. Specify the allegation of federal jurisdiction.

4. Name the parties who disagree and the reasons.

5. List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.

6. List anticipated interventions.

7. Describe class-action issues.

8. State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

9. Describe the proposed agreed discovery plan, including:

    A. Responses to all the matters raised in Rule 26(f).

    B. When and to whom the plaintiff anticipates it may send interrogatories.

    C. When and to whom the defendant anticipates it may send interrogatories.

    D. Of whom and by when the plaintiff anticipates taking oral depositions.

    E. Of whom and by when the defendant anticipates taking oral depositions.

    F. List expert depositions the plaintiff anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

      G. List expert depositions the defendant anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

10. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

11. Specify the discovery beyond initial disclosures that has been undertaken to date.

12. State the date the planned discovery can reasonably be completed.

13. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

14. Describe what each party has done or agreed to do to bring about a prompt resolution.

15. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable.

16. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

17. State whether a jury demand has been made and if it was made on time.

18. Specify the number of hours it will take to present the evidence in this case.

19. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

20. List other motions pending.

21. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

22. List the names, bar numbers, addresses, and telephone numbers of all counsel.

Frank Enriquez *by **REGULAR U.S. MAIL***
Roberto D. Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

Richard Leo Harrell *by **REGULAR U.S. MAIL***
The Edwards Law Firm, LLP
P. O. Box 480
Corpus Christi, Texas 78403-0480

Jim S. Hart *by **REGULAR U.S. MAIL***
Nejd Yaziji
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

John and Mary McCoy *by **REGULAR U.S. MAIL***
514 Brookside Pass
Cedar Park, Texas 78613

Cliff Garrard *by **REGULAR U.S. MAIL***
Independent Plumbers of South Texas
8602 Robindell Drive
Houston, Texas 77074

Robert & Virginia Fandrich *by **REGULAR U.S. MAIL***
5101 Verdi Way
Stockton, CA 95207

Michael L. Slack *by **REGULAR U.S. MAIL***
Michael Davis
Slack & Davis, LLP
Building Two, Suite 2110
8911 Capital of Texas Highway, North
Austin, Texas 78759

STEVE Q. McMANUS