IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



APR 19 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C.A. NO. B-01-157
Admiralty


Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § § | C.A. NO. B-02-004
Admiralty |

### CLAIMANT LEAVELLS' REQUESTED SUPPLEMENT TO SECOND AMENDED JOINT DISCOVERY/CASE MANAGEMENT PLAN UNDER RULE 26(f), FEDERAL RULES OF CIVIL PROCEDURE

TO THE HONORABLE JUDGE OF SAID COURT:

Claimant Leavell requests that the following be added to "No. 21. List other motions pending" of the Plan:

"Subsequent to mediation, Motions to attack the sufficiency of the Limitation Fund, Motions to defeat the concursus, Motions to bifurcate the issue of limitation of liability from damage claims, Motions for right to a jury trial on all evidentiary issues bifurcated from pure admiralty questions under the Savings to Suitors clause of 28 USC § 1333 and the 7th Amendment of the U.S. Constitution, Motions to lift the rule F(4) stay pursuant to Stipulation

1

(see In re Two "R" Drilling Co., Inc.) or Motions to Contest or Dismiss Petitioners Limitation of Liability Proceeding may be filed by a claimant or claimants, if necessary, and subsequently heard and determined by this Court."

Respectfully submitted,

BY: _____
STEVE Q. McMANUS
ATTORNEY-IN-CHARGE
Federal I.D. No. 5889
State Bar No. 13784700
209 W. Juan Linn
P.O. Box 2206
Victoria, Texas 77902-2206
(361) 575-6764 - Telephone
(361) 575-8454 - Facsimile

OF COUNSEL:
WILLIAM Q. McMANUS
State Bar No. 24008619
LAW OFFICE OF McMANUS & CRANE, L.L.P

**ATTORNEYS FOR CLAIMANTS,
ESTATE OF ROBIN FAYE LEAVELL,
CAROL LEAVELL, INDIVIDUALLY
AND AS REPRESENTATIVE OF THE
ESTATE OF ROBIN FAYE LEAVELL,
RICKY LEAVELL, INDIVIDUALLY
AND AS REPRESENTATIVE OF THE
ESTATE OF ROBIN FAYE LEAVELL**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing was this 18th day of April, 2002, forwarded to the following by the method indicated next to the attorney's name.

Will W. Pierson *by **CERTIFIED MAIL/7001 0360 0002 1189 9377/R.R.R.***
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476

Keith N. Uhles *by **CERTIFIED MAIL/7001 0360 0002 1189 9384/R.R.R.***
James H. Hunter, Jr.
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
P.O. Box 3509
Brownsville, Texas 78523-3509

Les Cassidy *by **CERTIFIED MAIL/7001 0360 0002 1189 9391/R.R.R.***
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471

Glen Goodier *by **CERTIFIED MAIL/7001 0360 0002 1189 9407/R.R.R.***
Jones, Walker, Waechter, Poitevent,
  Carrere & Denegre, L.L.P.
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100

James B. Manley *by **REGULAR U.S. MAIL***
Law Offices of James B. Manley
3616 Preston Road
Pasadena, Texas 77505

Ray R. Marchan *by **REGULAR U.S. MAIL***
Watts & Heard, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

Heriberto Medrano *by **REGULAR U.S. MAIL***
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550

Jack F. Gilbert *by **REGULAR U.S. MAIL***
Office of the Attorney General
Transportation Division
P. O. Box 12548
Austin, Texas 78711-2548

Mark J. Spansel *by **REGULAR U.S. MAIL***
Adams & Reese, LLP
4500 One Shell Square
New Orleans, LA 70139

J.A. Magallanes *by **REGULAR U.S. MAIL***
Carlos Escobar
Magallanes, Hinojosa & Mancias, PC
1713 Boca Chica
P. O. Box 4901
Brownsville, Texas 78520

Geoffrey Amsel *by **REGULAR U.S. MAIL***
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78215

Thomas E. Quirk *by **REGULAR U.S. MAIL***
Aaron & Quirk
901 NE Loop 410, Suite 903
San Antonio, Texas 78209-1307

Julian Rodriguez, Jr. *by **REGULAR U.S. MAIL***
Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501

Robert E. Ammons *by **REGULAR U.S. MAIL***
Stevenson & Ammons, LC
3700 Montrose Boulevard
Houston, Texas 77006

Ramon Garcia *by **REGULAR U.S. MAIL***
Law Offices of Ramon Garcia, PC
222 West University Drive
Edinburg, Texas 78539

Veronica Farias *by **REGULAR U.S. MAIL***
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

John David Franz *by **REGULAR U.S. MAIL***
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

J. Chad Gauntt *by **REGULAR U.S. MAIL***
Gauntt & Kruppstadt, LLP
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381

4

W. Lamoine Holland *by **REGULAR U.S. MAIL***
Law Office of W. Lamoine Holland
1920 Nacogdoches Road, Suite 100
San Antonio, Texas 78209

Thomas R. Ajamie *by **REGULAR U.S. MAIL***
S. Mark Strawn
Schirrmeister Ajamie, LLP
Pennzoil Place – South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002

Raymond L. Thomas *by **REGULAR U.S. MAIL***
Andres H. Gonzalez, Jr.
Kittleman, Thomas, Ramirez & Gonzales
4900-B N. 10th Street
McAllen, Texas 78504

Frank Enriquez *by **REGULAR U.S. MAIL***
Roberto D. Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

Richard Leo Harrell *by **REGULAR U.S. MAIL***
The Edwards Law Firm, LLP
P. O. Box 480
Corpus Christi, Texas 78403-0480

Jim S. Hart *by **REGULAR U.S. MAIL***
Nejd Yaziji
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

John and Mary McCoy *by **REGULAR U.S. MAIL***
514 Brookside Pass
Cedar Park, Texas 78613

Cliff Garrard *by **REGULAR U.S. MAIL***
Independent Plumbers of South Texas
8602 Robindell Drive
Houston, Texas 77074

Robert & Virginia Fandrich *by **REGULAR U.S. MAIL***
5101 Verdi Way
Stockton, CA 95207

Michael L. Slack *by **REGULAR U.S. MAIL***
Michael Davis
Slack & Davis, LLP
Building Two, Suite 2110
8911 Capital of Texas Highway, North
Austin, Texas 78759

                                                STEVE Q. McMANUS