136

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 19 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION FOR BROWN WATER TOWING I, INC., AS OWNER AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERERS, OF THE OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § | C.A. No. B-01-157 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| | | Consolidated With |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC, AS OWNER and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § | C.A. NO. B-02-004 Admiralty |

**MOTION REQUESTING ADMISSION PRO HAC VICE**

TO THEN HONORABLE JUDGE OF SAID COURT:

COMES NOW, Mike Davis, a non-resident of this District and Division, representing Claimants in attached Exhibit A in the above-styled and numbered cause, and hereby files his sworn Motion Requesting Admission Pro Hac Vice in order to practice in the United States District Court of the Southern District of Texas, and for such request, would respectfully show unto this Honorable Court the following:

1. The office address of Mike Davis is Slack & Davis, L.L.P., 8911 Capital of Texas Highway, Building Two, Suite 2110, Austin, TX, 78759.

2. Mike Davis is associated in the trial of the above litigation with Michael L. Slack, an attorney who is duly licensed to practice law in the United States District Court for the

Southern District of Texas, and whose office address is Slack & Davis, L.L.P., 8911 Capital of Texas Highway, Building Two, Suite 2110, Austin, TX, 78759.

3. Mr. Davis is a member of the firm Slack & Davis, L.L.P., 8911 Capital of Texas Highway North, Suite 2110, Austin, Texas. He is a member "in good standing" to practice law in the State of Texas, U. S. Supreme Court, U. S. Court of Appeals, Fifth, 11th and D.C Circuit Courts, and Western District of Texas.

4. Mr. Davis has not been, nor is he currently, subject to disciplinary action instituted by any of such Courts.

5. Mr. Davis has never been denied admission, disbarred, suspended from practice, reprimanded or denied "in good standing" status by any court, bar association, grievance committee or administrative body.

6. Mr. Davis has read and understands the Local Rules for this Court and will abide by all rules of this Court.

WHEREFORE, PREMISES CONSIDERED, Mike Davis prays that this Honorable Court grant this sworn Motion Requesting Admission Pro Hac Vice, to practice before this Court in the above-referenced case.

Respectfully submitted,

SLACK & DAVIS, L.L.P.

By____________________

MICHAEL L. SLACK
State Bar #18476800
Federal ID #30906
8911 Capital of Texas Highway
Building Two, Suite 2110
Austin, TX 78759
(512) 795-8686
(512) 795-8787 (fax)

ATTORNEY-IN-CHARGE FOR CLAIMANTS

CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that a true and correct copy of the foregoing instrument has been served on all counsel of record on this the 19 day of April, 2002.

MICHAEL L. SLACK

**C.A. NO. B-01-157**
**EXHIBIT "A"**

| NO. | CLAIMANT |
|---|---|
| 1 | 202 Bayside Bar & Grill<br>944 Marine Dr.<br>Brownsville, TX 78521 |
| 2 | A-1 Taxi & A-1 Limousine<br>5312 Padre Blvd.<br>South Padre Island, TX 78597 |
| 3 | Amberjack's Bar and Grill, Inc.<br>209 W. Whiting<br>South Padre Island, TX 78597 |
| 4 | Charlie Armendariz<br>Charter Captain<br>1178 Boca Chica<br>Brownsville, TX 78520 |
| 5 | BK's Beach to Bay Enterprises, Inc., dba<br>BK's Carpet & Upholstery Cleaning<br>104 E. Tarpon CL-1, #44<br>South Padre Island, TX 78597 |
| 6 | Rodolfo Barrera<br>215 Dodds<br>Los Fresnos, TX 78566 |
| 7 | Rick and Brenda Bays<br>12619 #2 Fitzhugh Rd.<br>Austin, TX 78736 |
| 8 | Bubba's Bayside Bar-B-Que Restaurant<br>209 W. Whiting<br>South Padre Island, TX 78597 |
| 9 | Buena Suerte Sport Fishing Charters<br>209 W. Whiting<br>South Padre Island, TX 78597 |
| 10 | Cactus Flower Interiors<br>3009 Padre Blvd.<br>South Padre Island, TX 78597 |
| 11 | Capt. Thomas Charter Fishing<br>P. O. Box 1247<br>Port Isabel, TX 78578 |
| 12 | Casa de Siesta Bed & Breakfast<br>4610 Padre Blvd.<br>South Padre Island, TX 78597 |

| No. | CLAIMANT |
|---|---|
| 13 | Dolly Castillo<br>814 Ebony Lane<br>Laguna Vista, TX 78578 |
| 14 | Coffey Construction<br>P. O. Box 3405<br>South Padre Island, TX 78597 |
| 15 | Rae Déjur<br>210 Magnolia Creek Rd.<br>Santa Rosa Beach, FL 32459 |
| 16 | Designer's Discount Showroom<br>222 N. Expressway<br>Brownsville, TX 78521 |
| 17 | Edelstein's Better Furniture and Show Case<br>222 N. Expressway<br>Brownsville, TX 78521 |
| 18 | Fedigan Construction<br>P. O. Box 3244<br>South Padre Island, TX 78597 |
| 19 | Adrian Flandes<br>Charter Guide<br>302 Mesquite Dr.<br>Laguna Vista, TX 78578 |
| 20 | Furcron Realtors<br>4800 Padre Blvd.<br>South Padre Island, TX 78597 |
| 21 | Pedro Garcia, III<br>Charter Guide<br>207 Abony Lane<br>Laguna Vista, TX 78578 |
| 22 | Ghilain, Inc.<br>209 W. Whiting<br>South Padre Island, TX 78597 |
| 23 | Risa Ann Ghilain<br>209 W. Whiting<br>South Padre Island, TX 78597 |
| 24 | Mark A. Guillot<br>Charter Guide<br>P. O. Box 2236<br>South Padre Island, TX 78597 |
| 25 | Joe Gutierrez, III<br>P. O. Box 890<br>Port Isabel, TX 78578 |

| No. | CLAIMANT |
|---|---|
| 26 | Adam and Marcela Hancock<br>CL 1, Box 1<br>109 W. Tarpon<br>South Padre Island, TX 78597 |
| 27 | Island Market<br>5312 Padre Blvd.<br>South Padre Island, TX 78597 |
| 28 | Island Pharmacy<br>P. O. Box 3134<br>South Padre Island, TX 78597 |
| 29 | J. W. Properties, Inc.<br>P. O. Box 2100<br>South Padre Island, TX 78597 |
| 30 | J. W. Restaurants, Inc.<br>P. O. Box 2100<br>South Padre Island, TX 78597 |
| 31 | Jim Reynolds Hair Design<br>P. O. Box 2658<br>South Padre Island, TX 78597 |
| 32 | Jim's Pier, Inc.<br>209 W. Whiting<br>South Padre Island, TX 78597 |
| 33 | Joseph's Restaurant<br>P. O. Box 3557<br>South Padre Island, TX 78597 |
| 34 | Kelly's Irish Pub<br>101 E. Morningside Dr.<br>South Padre Island, TX 78597 |
| 35 | Kohnami Restaurant<br>1933 S. 10th St.<br>McAllen, TX 78503 |
| 36 | La Jaiba Seafood Restaurant and Lounge<br>2001 Padre Blvd.<br>South Padre Island, TX 78597 |
| 37 | LaVina's Natural Nail Care<br>P. O. Box 2582<br>South Padre Island, TX 78597 |
| 38 | Michael and Judy Lemmons<br>P. O. Box 2762<br>South Padre Island, TX 78597 |
| 39 | Miramar Resort<br>P. O. Box 2100<br>South Padre Island, TX 78597 |

| No. | CLAIMANT |
|---|---|
| 40 | Marina Village, Inc.<br>c/o 1 Padre Blvd.<br>South Padre Island, TX 78597 |
| 41 | Massage & Healing Arts Center<br>2100 Padre Blvd.<br>South Padre Island, TX 78597 |
| 42 | Andrew L. Minkler<br>P. O. Box 164<br>Port Isabel, TX 78578 |
| 43 | Padre Island Brewing Co., Inc.<br>3400 Padre Blvd.<br>South Padre Island, TX 78597 |
| 44 | Glen and Joyce Pfeil<br>755 Katy Fwy, #153<br>Houston, TX 77024 |
| 45 | Pro-Fit Gym<br>5800 Padre Blvd.<br>South Padre Island, TX 78597 |
| 46 | Property Management Co.<br>4800 Padre Blvd.<br>South Padre Island, TX 78597 |
| 47 | Richard Stockton Photography<br>P. O. Box 3893<br>South Padre Island, TX 78597 |
| 48 | Sangria Condominium, Inc.<br>1400 Gulf Blvd.<br>South Padre Island, TX 78597 |
| 49 | Sea Ranch Enterprises, Inc.<br>c/o 1 Padre Blvd.<br>South Padre Island, TX 78597 |
| 50 | South Padre Island Fishing Center Joint Venture<br>c/o 1 Padre Blvd.<br>South Padre Island, TX 78597 |
| 51 | SPI Management<br>d/ba Radisson Resort SPI<br>500 Padre Blvd.<br>South Padre Island, TX 78597 |
| 52 | SPI Security<br>1004 Padre Blvd.<br>South Padre Island, TX 78597 |
| 53 | SPI Texas Enforcement Group, Inc.,<br>dba Mail Boxes Etc. #4075<br>1004 Padre Island, TX 78597<br>South Padre Island, TX 78597 |

| No. | CLAIMANT |
|---|---|
| 54 | Lee Roy Summerlin<br>Charter Guide<br>P. O. Box 2614<br>South Padre Island, TX 78597 |
| 55 | T-Brent<br>702-2 Continental Circle<br>Brownsville, TX 78521 |
| 56 | Ted's Restaurant, Inc.<br>P. O. Box 2527<br>South Padre Island, TX 78597 |
| 57 | Texas Beach House<br>CL8, Box 2<br>South Padre Island, TX 78597 |
| 58 | The Coastal Current<br>P. O. Box 2429<br>South Padre Island, TX 78597 |
| 59 | The Town of South Padre Island<br>c/o Paul Y. Cunningham<br>P. O. Box 2729<br>South Padre Island, TX 78597 |
| 60 | Uncle Buggies Beach Buggy Rentals<br>1612 Padre Blvd.<br>South Padre Island, TX 78597 |
| 61 | Gilbert Vela<br>Charter Captain<br>Box 6803<br>Port Isabel, TX 78578 |
| 62 | Ybarra's Tire Busters<br>203 Maxan St.<br>Port Isabel, TX 78578 |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION FOR BROWN WATER TOWING I, INC., AS OWNER AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERERS, OF THE OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § | C.A. No. B-01-157 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| | | Consolidated With |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC, AS OWNER and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § | C.A. NO. B-02-004 Admiralty |

**AFFIDAVIT**

BEFORE ME, the undersigned Notary Public in and for the State of Texas, personally appeared MIKE DAVIS, known to me to be the person whose name is subscribed hereto, who being first duly sworn in the manner provided by law, on oath states as follows:

1. My name is Mike Davis. I am over the age of 21 years and have personal knowledge of, and am competent and authorized to testify to, the facts set forth herein.

2. I have read the foregoing Motion Requesting Admission Pro Hac Vice, and all statements and assertions contained there are true and correct to the best of my knowledge.

MIKE DAVIS

SWORN TO AND SUBSCRIBED BEFORE me on this 18th day of April, 2002, to certify which witness my hand and seal of office.

ROSIE LACHICO
Notary Public
STATE OF TEXAS
My Comm. Exp. 09 - 28 2005

NOTARY PUBLIC, STATE OF TEXAS