IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

APR 1 9 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| IN RE THE COMPLAINT AND §<br>PETITION OF BROWN WATER §<br>TOWING I, INC., AS OWNER, AND §<br>BROWN WATER MARINE SERVICE, §<br>INC., AS BAREBOAT CHARTERER, §<br>OF THE BROWN WATER V, ITS §<br>ENGINES, TACKLE, *ETC.* IN A §<br>CAUSE OF EXONERATION FROM §<br>OR LIMITATION OF LIABILITY § | C.A. NO. B-01-157<br><br>ADMIRALTY |

### THE STATE OF TEXAS' CERTIFICATE OF INTERESTED PARTES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the State of Texas and states that the following entities are or may be financially interested in the outcome of this action:

1. A.G. Hill Power

2. American Commercial Barge Lines

3. Heather Askwig

4. Attorney General of Texas

5. Bigo's International, L.L.C.

6. Brown Water V

7. Brown Water Marine Services, Inc.

8. Brown Water Marine Services, Inc., as Bareboat Chartered of the Brown Water V, Its Engines, Tackle, etc.

9. Brown Water Towing I, Inc.

10. Brown Water Towing I., Inc., as Owner of the Brown Water V, Its Engines, Tackle, etc.

11. Cameron County

12. Central Power & Light

13. Edith Curtis

14. Department of the Army, Corps of Engineers

15. Daisy Harris as Administrator of the Estate of Robert Victor Harris

16. Robert Victor Harris, The Estate of

17. Kay Keese

18. Laguna Madre Water District of Port Isabel

19. Carol Leavell, Individually and as Representative of the Estate of Robin Faye Leavell, Deceased

20. Ricky Leavell, Individually and as Representative of the Estate of Robin Faye Leavell, Deceased

21. Liberty Insurance Underwriters, Inc.

22. Long Island Bridge Company

23. Outdoor RV Resorts of South Padre

24. Doyle McClendon

25. Romeo Miller

26. Gustavo Morales

27. Charles Nathanson

28. Darla Nathason

29. Jacqueline Paddock, Individually and as Next Friend of William B. Welch and as Representative of the Estate of Chelsea Welch

30. Annaca Page

31. Port Isabel-San Benito Navigation District

32. Estaban F. Rivas, Individually and as Representative of the Estate of Stevan F. Rivas

33. Maria Miriam Rivas, Individually and as Representative of the Estate of Stevan F. Rivas

34. N. Fay Rutledge

35. Robert Sandrich

36. Virginia Sandrich

37. SBC Managment Services

38. Texas Department of Public Safety

39. Texas Department of Transportation

40. Texas Parks & Wildlife Department

41. United States Coast Guard

42. United States Department of Transportation

43. William Morris Welch

44. Lydia Zamora, Individually and as Representative of the Estate of Hector Martinez, Jr., Deceased

45. ZT, Inc., d/b/a Wings and Mirage

46. Zurich American Insurance Company

47. Veronica Farias

48. State of Texas

49. Texas Comptroller of Public Accounts

50. Colleen Forster

51. Eileen Peeples

52. Dimas Mora

53. Omar Hinojosa and the Estate of Gaspar Hinojosa and the Hinojosa Family

54. Raquel Teran Hinojosa, Individually and on Behalf of the Estate of Gaspar Hinojosa,

Deceased, Clarissa Hinojosa, Omar Hinojosa and Gaspar Hinojosa, II, each Individually.

The above list of interested entities is not all inclusive and is subject to amendment and supplementation as per the Court's October 5, 2001 Order. The State of Texas reserves its right to amend and supplement this list of financially interested entities as further such entities are identified.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

HOWARD G. BALDWIN, JR.
First Assistant Attorney General

JEFFREY S. BOYD
Deputy Attorney General for Litigation

GRADY CLICK
Assistant Attorney General
Chief, Transportation Division

*Margie Manzano Corbett*
for JACK E. GILBERT with permission
Assistant Attorney General
Attorney-in-Charge
Texas Bar No. 00786946
Federal Bar No. 16701

OF COUNSEL:

MARGIE MANZANO CORBETT
Assistant Attorney General
Texas Bar No. 24001927
Federal Bar No. 22121

Office of The Attorney General
Transportation Division
P.O. Box 12548
Austin, Texas 78711-2548
Ph.: 512.463.2004
Fax: 512.472.3855

AND OF COUNSEL:

ADAMS AND REESE LLP

DARYL G. DURSUM
Texas Bar No. 06287900
Federal Bar No. 6198
4400 One Houston Center
1221 McKinney
Houston, TX 77010
Ph.: 713.652.5151
Fax: 713.652-5152

**ATTORNEYS FOR THE STATE OF TEXAS**

## CERTIFICATE OF SERVICE

I certify that on the 18th day of April, 2002, a true and correct copy of the foregoing document was served upon all counsel of record, VIA US Mail, return receipt requested, and/or via first class US Mail, as indicated below, pursuant to Fed. R. Civ. P. 5 as follows:

**VIA CERTIFIED US MAIL, RRR:**

**Attorneys for Petitioners Brown Water:**

Will W. Pierson
Royston, Rayzor, Vickery & Williams, L.L.P.
1700 Wilson Palza West
606 N. Crancahua
Corpus Christi, Texas 78476

Keith N. Uhles
Royston, Rayzor, Vickery & Williams, L.L.P.
55 Cove Circle
Brownsville, Texas 78521

**Attorneys for American Commercial Barge Lines:**

Leslie D Cassidy, III
Woolsey & Cassidy, PC
1020 Bank of America
500 North Water St.
Corpus Christi, TX 78471

Glen Goodier
Jones, Walker, Waechter,
    Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100

**VIA FIRST CLASS US MAIL:**
**Attorney for William Welch, Minor:**

Veronica Farias
Attorney-at-Law
2854 Boca Chica Blvd
Brownsville, Texas 78520

**Attorney for William Morris Welch:**

James B. Manley
Attorneys at Law
3616 Preston Road
Pasadena, Texas 77505

**Attorneys for Lydia Zamora, Indiv., and as Rep of the Estate of Hector Martinez, Jr., deceased; Gustavo Morales; Bigo's Inter., L.L.C.; Estaban F. Rivas & Maria Miriam Rivas, Inv. And as Rep. of Estate of Stevan F. Rivas; Jacqueline Paddock, Indv. and A/N/F of William B. Welch as Rep. of the Estate of Chelsea Welch:**
Ray R. Marchan
Watts & Heard, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

**Attorneys for Estaban F. Rivas & Maria Miriam Rivas, Inv. And as Rep. of Estate of Stevan F. Rivas:**
John David Franz
Attorney at Law
400 N. McCool
McAllen, Texas 78501

John Chadwick Gauntt
Guantt & Kuppstadt
9004 Forest Crossing Drive
Suite C
The Woodlands, Texas 77381

**Attorney for Laguna Madre Water District:**
Juan A. Magallanes
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Blvd.
P.O. Box 4901
Brownsville, Texas 78520

**Attorney for Southwestern Bell Telephone Co.:**

Geoffrey Amsel
Southwestern Bell
1010 N. St. Mary's St.. Rm. 1403
San Antonio, Texas 78215

**Attorneys for Raquel Teran Hinojosa, Indv. and on behalf of the Estate of Gaspar Hinojosa, deceased, Clarissa Hinojosa, Omar Garcia Hinojosa, and Gaspar Hinjosa II:**

Robert E. Ammons
Stevenson & Ammons
3700 Montrose Blvd.
Houston, Texas 77006

Julian Rodriguez, Jr.
Barrera & Tijerina
100 W. Pecan
McAllen, Texas 78501

Ramon Garcia
Attorney at Law
222 W. University Dr.
Edinburg, Texas 78539

**Attorney for Martin D. Hinojosa, Indv. and as heirs of the Estate of Gaspar Hinojosa, and Rita S. Hinojosa, Indv. and as heirs of the Estate of Gaspar Hinojosa:**

Julian Rodriguez, Jr.
Barrera & Tijerina
100 W. Pecan
McAllen, Texas 78501

**Attorneys for Bridgette Goza:**

Ray R. Marchan
Watts & Heard, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

Thomas E. Quirk
Aaron & Quirk
901 NE Loop 410
San Antonio, Texas 78209

**Attorney for Rene Mata and Frank Mata:**

Raymond L. Thomas, Jr.
Andres H. Gonzalez, Jr.
Kittlemean, Thomas, Ramirez & Gonzalez
4900-B North 10th St.
McAllen, Texas 78504

**Attorney for Anita Harris, Indv. and as Next Friend of Victor Justin Harris and as Rep. of the Estate of Robert V. Harris:**

Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550

**Attorney for Hector Martinez, Sr.:**

Jim Hart
William Bailey Law Firm
8441 Gulf Freeway
Suite 600
Houston, Texas 77017-5001

**Robert and Virginia Fandrich:**

Robert and Virginia Fandrich
5101 Verdi Way
Stockton, California 95207-5319

**Attorney for Ricky Leavall and Carol Leavall, Indv. and as Rep. of the Estate of Robin Faye Leavall, deceased:**

Steve Q. McManus
William Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
P.O. Box 2206

Victoria, Texas 77902-2206

**Attorney for ZT, Inc. d/b/a Wings & Mirage**

Mr. Phil A. Bellamy
Law Office of Phil A. Bellamy
815 Ridgewood
Brownsville, Texas 78520

**Attorney for Daisy Harris as Admn. of the Estate of Robert Victor Harris:**

Ms. Sandra D. Laurel
Snow & Laurel, L.L.P.
310 West Sunset
San Antonio, Texas 78209

**Attorney for Port Isabel:**

Mr. Brian G. Janis
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284

**Attorney for Cameron County:**

George C. Kraehe
Willette & Guerra, L.L.P.
3505 Boca Chica Blvd., Ste. 460
Brownsville, Texas 78521

**INTERESTED PARTIES:**

Mr. William R. Edwards
The Edwards Law Firm, L.L.P.
1400 Frost Bank Plaza
Corpus Christi, Texas 78403-0480

United States Department of Transportation
c/o Hon. Greg Serres, United States Attorney
600 East Harrison, Suite 201
Brownsville, Texas 78520-7114

A.G. Hill Power

c/o Ms. Janet Thompson
6654 Leopard Street
Corpus Christi, Texas 78409

Central Power & Light
c/o C.T. Corporation System
350 N. St. Paul Street
Dallas, Texas 75201

Outdoor RV Resorts South Padre
c/o Mr. Dave Fletcher
900 South Garcia Street
Port Isabel, Texas 78578

Long Island Bridge Company
c/o Mr. John R. Freeland
806 Pecan St.
McAllen, Texas 78501

Ms. Heather Askwig
2332 West Solano Drive
Phoenix, Arizona 85015

Ms. Edith Curtis
4268 Airport Road
Tioga, Texas 76271

Ms. Kay Keese
P.O. Box 457
Bells, Texas 75414

Mr. Doyle McClendon
3211 North Inspiration Road, Apt. 2
Mission, Texas 78572

Charles and Darla Nathanson
23102 Botkins Road
Hockley, Texas 77447

Ms. Annaca Page
16810 Tranquil Drive
Sugar Land, Texas 77478

Ms. N. Fay Rutledge
726 Partridge Lane

Eagle Lake, Texas 77434

Mr. Romeo Miller
3106 Barnes Bridge
Dallas, Texas 75228

Department of the Army
Corps of Engineers
ATTN: Mr. Elijio Garza, Area Engineer
1920 North Chaparral Street
Corpus Christi, Texas 78401

Texas Parks & Wildlife Department
ATTN: Mr. Boyd Kennedy, Staff Attorney,
Law Enforcement Division
4200 Smith School Road
Austin, Texas 78744

Commanding Officer
Attn: Lt. D.J. Fassero
United States Coast Guard
Marine Safety Office-Corpus Christi
400 Mann Street, Ste. 210
Corpus Christi, Texas 78401

Ms. Mary Ann Courter
Texas Department of Public Safety
5805 Lamar Boulevard

P.O. Box 4087
Austin, Texas 78773-0001

Colleen Forster
5652 Pinon Vista Drive
Austin, Texas 78724

Eileen Peeples
P.O. Box 283
New Caney, Texas 77357

W. Lamoine Holland
1920 Nacogdoches Road, suite 100
San Antonio, Texas 78209

S. Mark Strawn
Schirremeister Ajamie, L.L.P.
711 Louisiana St., suite 2150
Houston, Texas 77002

Yolanda De Leon
District Attorney
Cameron County Courthouse
974 E. Harrison St.
Brownsville, Texas 78520-7190

*Margie Manzano Corbett*
for JACK F. GILBERT  with permission
Assistant Attorney General