IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 19 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION § | |
| OF AMERICAN COMMERCIAL LINES § | |
| LLC AS OWNER, AND, AMERICAN § | |
| COMMERCIAL BARGE LINES, LLC § | CIVIL ACTION |
| AS CHARTERER OF THE BARGES § | |
| NM-315,VLB-9182, ACL-9933B, VLB-9173, § | NO. B-02-004 Consol. w/ |
| IN A CAUSE OF EXONERATION FROM § | ADMIRALTY |
| OR LIMITATION OF LIABILITY § | CA B-01-157 |
| § | |

## VERIFIED CLAIM OF LAGUNA MADRE WATER DISTRICT
## TO THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC
## AS OWNER, AND, AMERICAN COMMERCIAL BARGE LINES, LLC AS
## CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A
## CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Claimant **LAGUNA MADRE WATER DISTRICT** and files this its Verified Claim to the Complaint and Petition of American Commercial Lines LLC as owner and American Commercial Barge Lines LLC as Charterer of the Barges NM-315, VLB-9182, ACL-9933B, VLB-9173, in a Cause of Exoneration from or Limitation of Liability and for Claim would respectfully show the Court the following:

### I.

LAGUNA MADRE WATER DISTRICT is a municipal utility district with its offices located in Port Isabel, Cameron County, Texas.

### II.

On September 15, 2001, **LAGUNA MADRE WATER DISTRICT** owned and maintained a water pipe line along the Queen Isabella Causeway in Port Isabel, Cameron County, Texas. Also on September 15, 2001, the **LAGUNA MADRE WATER DISTRICT'S** water pipe line was

severely damaged as a result of the acts, omissions, and/or conditions of American Commercial Lines LLC as owner and American Commercial Barge Lines LLC as Charterer of the Barges NM-315, VLB-9182, ACL-9933B, VLB-9173. American Commercial Lines LLC as owner and American Commercial Barge Lines LLC as Charterer of the Barges NM-315, VLB-9182, ACL-9933B, VLB-9173's by and through their respective acts and/or omissions also caused the **LAGUNA MADRE WATER DISTRICT** to lose revenue since the water pipe line was rendered inoperable. The **LAGUNA MADRE WATER DISTRICT** hereby provides verified proof of its claims for damages and losses against American Commercial Lines LLC as owner and American Commercial Barge Lines LLC as Charterer of the Barges NM-315, VLB-9182, ACL-9933B, VLB-9173 as provided by the "Affidavit and Verification of Eddie Hernandez to Proof of Claim and Amended Answer of Laguna Madre Water District", attached hereto as Exhibit "1" and incorporated herein by reference for all purposes.

**LAGUNA MADRE WATER DISTRICT'S** damages, were caused by the negligence of American Commercial Barge Lines LLC as Charterer of the Barges NM-315, VLB-9182, ACL-9933B, VLB-9173's and the tortious management, condition and unseaworthiness of American Commercial Lines LLC as owner and American Commercial Barge Lines LLC as Charterer of the Barges NM-315, VLB-9182, ACL-9933B, VLB-9173's vessels and equipment. Claimant would show that because of the condition of the tug boat and its accompanying barges and prior knowledge of such conditions by American Commercial Lines LLC as owner and American Commercial Barge Lines LLC as Charterer of the Barges NM-315, VLB-9182, ACL-9933B, VLB-9173, evidences those companies' disregard for the rights, of **LAGUNA MADRE WATER DISTRICT** as same were wilful, wonton, and flagrant to such and extent as to constitute gross negligence and/or malice.

**III.**

The damages of claimant far exceeds the value of the vessel plead by American Commercial Lines LLC as owner and American Commercial Barge Lines LLC as Charterer of the Barges NM-315, VLB-9182, ACL-9933B, VLB-9173.  These damages include repair costs, as well as any resulting diminution in monthly sales and related tax revenues. See Exhibit "1".  Claimants also seek any and other damages provided under any applicable laws, including Texas State law, regarding this incident.

**WHEREFORE, PREMISES CONSIDERED**, Claimant, **LAGUNA MADRE WATER DISTRICT** presents this claim against American Commercial Lines LLC as owner and American Commercial Barge Lines LLC as Charterer of the Barges NM-315, VLB-9182, ACL-9933B, VLB-9173 and prays that the claim be acknowledged and for such other and further relief as the court may deem just and proper.

Respectfully submitted this the ___19th___ day of April, 2002.

MAGALLANES, HINOJOSA & MANCIAS, P.C.
A Professional Corporation
1713 Boca Chica Blvd.
Brownsville, TX 78520
(956) 544-6571
By:_____ by permission
Juan A. Magallanes
State Bar No.12879500
Federal ID No. 3306
Attorney For Plaintiff

## CERTIFICATE OF SERVICE

I, **J.A. Magallanes**, hereby certify that on the 19th day of April, 2002, a true and correct copy of the foregoing document was served on the counsel of record as indicated on the attached service list via fax and/or certified mail, return receipt requested:

_____
J.A. Magallanes   by permission

# Service List

John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501
(956) 686-3578 - facsimile

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Ste. C
The Woodlands, Texas 77381
(281) 367-3705 - facsimile

Mr. Jack F. Gilbert
Office of the Attorney General
Transportation Division
P.O. Box 12548
Austin, Texas 78711-2548
(512) 472-3855 - facsimile

Mark J. Spanesl
ADAMS & REESE, L.L.P.
4500 One Shell Square
New Orleans, LA 70139
(504) 566-0210- facsimile

Mr. James Manley
Attorneys at Law
3616 Preston Road
Pasadena, Texas 77505
(713) 947-6956 - facsmilie

Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 Elizabeth
Brownsville, Texas 78520
(956) 541-0255 - facsimile

William Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
P.O. Box 2206
Victoria, Texas 77902-2206
(361) 575-8454 - facsimile

Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550
(956) 428-2495 - facsimile

Mr. Les Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
(361) 887-6521 - facsimile

Mr. Geoffrey Amsel
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78209
(210) 222-7194 - facsimile

Robert E. Ammons
Stevenson & Ammons, L.C.
3700 Montrose Boulevard
Houston, Texas 77006
(713) 523-4747 - facsimile

Ramon Garcia
Law Offices of Ramon Garcia, P.C.
222 West University Drive
Edinburg, Texas 78539
(956) 381-0825 - facsimile

Julian Rodriguez, Jr.
Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501
(956) 682-4544 -facsimile

Ms Veronica Farias
Law Offices of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521
(956) 546-2234 - facsimile

W. Lamoine Holland
State I.D. No. 09856000
1920 Nacogdoches Road, Ste. 100
San Antonio, Texas 78209
(210) 824-8141- facsimile

Thomas E. Quirk
Aaron & Quirk
901 N. E. Loop 410, Ste. 903
San Antonio, Texas 78209-1307
(210) 820-0214 - facsimile

Mr. Raymond Thomas
Mr. Andres H. Gonzalez, Jr.
Kittleman, Thomas, Ramirez & Gonzales
4900-B N. 10th Street
McAllen, Texas 78504
(956) 630-5199 -facsimile

Jim S. Hart
Williams, Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Ste. 600
Houston, Texas 77017
(713) 643-6226 -facsimile

Thomas R. Ajamie
S. Mark Strawn
Schirmeister Ajamie, L.L.P.
Pennzoil Place - South Tower
711 Louisiana, Ste. 2150
Houston, Texas 77002

Richard Leo Harrell
The Edwards Law Firm
P.O. Box 480
Corpus Christi, Texas 78403
(361) 698-7615 - facsimile

Frank Enriquez
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504
(956) 618-5064 - facsimile

Will W. Pierson
Keith Uhles
James Hunter
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
(361) 884-7261 - facsimile

Michael L. Slack
Slack & Davis, L.L.P.
8911 Capital of Texas Hwy
Building 2, Ste. 2110
Austin, Texas 78759
(512) 795-8787 - facsimile

Robert A. Fandrich and Virginia Fandrich
5101 Verdi Way
Stockton, California 95207

Cliff Garrard
Independent Plumbers of South Texas
8602 Robindell Drive
Houston, Texas 77074

John McCoy and Mary McCoy
514 Brookside Pass
Cedar Park, Texas 78613

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION | § | |
| OF BROWN WATER TOWING I, INC. AS | § | |
| OWNER, AND BROWN WATER MARINE | § | CIVIL ACTION |
| SERVICE, INC., AS BAREBOAT | § | NO. B-01-157 |
| CHARTERER, OF THE BROWN WATER V, | § | (Subject to Rule 9(h) |
| ITS ENGINES, TACKLE, ETC., IN A | § | of the Federal Rules |
| CAUSE OF EXONERATION FROM OR | § | of Civil Procedure) |
| LIMITATION OF LIABILITY | § | Admiralty |

### AFFIDAVIT AND VERIFICATION OF EDDIE HERNANDEZ
### TO PROOF OF CLAIM AND AMENDED ANSWER OF LAGUNA MADRE WATER DISTRICT

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | § | AFFIDAVIT |
| COUNTY OF CAMERON | § | |

BEFORE ME, the undersigned authority, on this day personally appeared Eddie Hernandez, General Manager of Laguna Madre Water District, who, first being duly sworn, on oath stated that he has read Laguna Madre Water District's Proof of Claim and Amended Answer to Petitioners' Verified Complaint and petition for Exoneration From and/or Limitation of Liability, previously filed in this cause and as further set out in attached Exhibit "A", incorporated herein, knows the contents thereof, and that the statements therein are true and correct.

Eddie Hernandez, General Manager
Laguna Madre Water District

SUBSCRIBED AND SWORN TO BEFORE ME by the said Eddie Hernandez on this the 5th day of April 2002, to certify which witness my hand and seal of office.

NOTARY PUBLIC, STATE OF TEXAS



DOLLY CANTU
Notary Public, State of Texas
My Commission Expires 05-19-05



EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION | § | |
| OF BROWN WATER TOWING I, INC. AS | § | |
| OWNER, AND BROWN WATER MARINE | § | CIVIL ACTION |
| SERVICE, INC., AS BAREBOAT | § | NO. B-01-157 |
| CHARTERER, OF THE BROWN WATER V, | § | (Subject to Rule 9(h) |
| ITS ENGINES, TACKLE, ETC., IN A | § | of the Federal Rules |
| CAUSE OF EXONERATION FROM OR | § | of Civil Procedure) |
| LIMITATION OF LIABILITY | § | Admiralty |

## AFFIDAVIT AND VERIFICATION OF EDDIE HERNANDEZ
## TO PROOF OF CLAIM AND AMENDED ANSWER OF LAGUNA MADRE WATER DISTRICT

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | § | AFFIDAVIT |
| COUNTY OF CAMERON | § | |

BEFORE ME, the undersigned authority, on this day personally appeared Eddie Hernandez, General Manager of Laguna Madre Water District, who, first being duly sworn, on oath stated that he has read Laguna Madre Water District's Proof of Claim and Amended Answer to Petitioners' Verified Complaint and petition for Exoneration From and/or Limitation of Liability, previously filed in this cause and as further set out in attached Exhibit "A", incorporated herein, knows the contents thereof, and that the statements therein are true and correct.

_____
Eddie Hernandez, General Manager
Laguna Madre Water District

SUBSCRIBED AND SWORN TO BEFORE ME by the said Eddie Hernandez on this the 5th day of April 2002, to certify which witness my hand and seal of office.



_____
NOTARY PUBLIC, STATE OF TEXAS

