United States District Court
Southern District of Texas
FILED

APR 1 9 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION § | | |
| FOR BROWN WATER TOWING I, INC., § | | |
| AS OWNER AND § | C.A. No. B-01-157 | |
| BROWN WATER MARINE SERVICE, INC.,§ | (Subject to Rule 9(h) | |
| AS BAREBOAT CHARTERERS, OF THE § | of the Federal Rules | |
| OF THE BROWN WATER V, § | of Civil Procedure) | |
| ITS ENGINES, TACKLE, ETC., § | Admiralty | |
| IN A CAUSE OF EXONERATION FROM § | | |
| OR LIMITATION OF LIABILITY § | | |
| § | Consolidated With | |
| IN RE THE COMPLAINT AND § | | |
| PETITION OF AMERICAN § | | |
| COMMERCIAL LINES LLC, AS § | C.A. NO. B-02-004 | |
| OWNER and AMERICAN COMMERCIAL § | Admiralty | |
| BARGE LINES, LLC, AS CHARTERER § | | |
| OF THE BARGES NM-315, VLB-9182, § | | |
| ACL-9933B, VLB-9173, IN A CAUSE OF § | | |
| EXONERATION FROM OR LIMITATION § | | |
| OF LIABILITY | | |

## CLAIMAINTS' DISCLOSURE OF FINANCIALLY INTERESTED PARTIES

TO THEN HONORABLE JUDGE OF SAID COURT:

COME NOW, the 62 Claimants (Exhibit A) and pursuant to paragraph 2 of the Court's Order of October 5, 2001, file their list of financially interested parties and would show the Court as follows:

I.

Claimants are aware of the following entities that are financially interested in this litigation:

    202 Bayside Bar & Grill
    A-1 Taxi & A-1 Limousine
    Amberjack's Bar and Grill, Inc.
    Charlie Armendariz
    BK's Beach to Bay Enterprises, Inc., d/ba/ BK's Carpet & Upholstery Cleaning

Rodolfo Barrera
Rick and Brenda Bays
Bubba's Bayside Bar-B-Que Restaurant
Buena Suerte Sport Fishing Charters
Cactus Flower Interiors
Capt. Thomas Charter Fishing
Casa de Siesta Bed & Breakfast
Dolly Castillo
Coffey Construction
Rae Déjur
Designer's Discount Showroom
Edelstein's Better Furniture and Show Case
Fedigan Construction
Adrian Flandes
Furcron Realtors
Pedro Garcia, III
Ghilain, Inc.
Risa Ann Ghilain
Mark A. Guillot
Joe Gutierrez, III
Adam and Marcela Hancock
Island Market
Island Pharmacy
J. W. Properties, Inc.
J. W. Restaurants, Inc.
Jim Reynolds Hair Design
Jim's Pier, Inc.
Joseph's Restaurant
Kelly's Irish Pub
Kohnami Restaurant
La Jaiba Seafood Restaurant and Lounge
LaVina's Natural Nail Care
Michael and Judy Lemmons
Miramar Resort
Marina Village, Inc.
Massage & Healing Arts Center
Andrew L. Minkler
Padre Island Brewing Co., Inc.
Glen and Joyce Pfeil
Pro-Fit Gym
Property Management Co.
Richard Stockton Photography
Sangria Condominium, Inc.
Sea Ranch Enterprises, Inc.
South Padre Island Fishing Center Joint Venture
SPI Management d/b/a Radisson Resort South Padre Island

SPI Security
SPI Texas Enforcement Group, Inc., d/b/a Mail Boxes Etc.
Lee Roy Summerlin
T-Brent
Ted's Restaurant, Inc.
Texas Beach House
The Coastal Current
The Town of South Padre Island
Uncle Buggies Beach Buggy Rentals
Gilbert Vela
Ybarra's Tire Busters;

Claimants are unaware of any other financially interest parties at this time.

Respectfully submitted,

SLACK & DAVIS, L.L.P.

By _____
MICHAEL L. SLACK
State Bar #18476800
Federal ID #30906
8911 Capital of Texas Highway
Building Two, Suite 2110
Austin, TX  78759
(512) 795-8686
(512) 795-8787 (fax)

ATTORNEY-IN-CHARGE FOR CLAIMANTS

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that a true and correct copy of the foregoing instrument has been served on all counsel of record on this the _19_ day of April, 2002.

_____
MICHAEL L. SLACK

C.A. NO. B-01-157
EXHIBIT "A"

| No. | CLAIMANT |
|---|---|
| 1 | 202 Bayside Bar & Grill<br>944 Marine Dr.<br>Brownsville, TX 78521 |
| 2 | A-1 Taxi & A-1 Limousine<br>5312 Padre Blvd.<br>South Padre Island, TX 78597 |
| 3 | Amberjack's Bar and Grill, Inc.<br>209 W. Whiting<br>South Padre Island, TX 78597 |
| 4 | Charlie Armendariz<br>Charter Captain<br>1178 Boca Chica<br>Brownsville, TX 78520 |
| 5 | BK's Beach to Bay Enterprises, Inc., dba<br>BK's Carpet & Upholstery Cleaning<br>104 E. Tarpon CL-1, #44<br>South Padre Island, TX 78597 |
| 6 | Rodolfo Barrera<br>215 Dodds<br>Los Fresnos, TX 78566 |
| 7 | Rick and Brenda Bays<br>12619 #2 Fitzhugh Rd.<br>Austin, TX 78736 |
| 8 | Bubba's Bayside Bar-B-Que Restaurant<br>209 W. Whiting<br>South Padre Island, TX 78597 |
| 9 | Buena Suerte Sport Fishing Charters<br>209 W. Whiting<br>South Padre Island, TX 78597 |
| 10 | Cactus Flower Interiors<br>3009 Padre Blvd.<br>South Padre Island, TX 78597 |
| 11 | Capt. Thomas Charter Fishing<br>P. O. Box 1247<br>Port Isabel, TX 78578 |
| 12 | Casa de Siesta Bed & Breakfast<br>4610 Padre Blvd.<br>South Padre Island, TX 78597 |

| No. | Claimant |
|---|---|
| 13 | Dolly Castillo<br>814 Ebony Lane<br>Laguna Vista, TX   78578 |
| 14 | Coffey Construction<br>P. O. Box 3405<br>South Padre Island, TX   78597 |
| 15 | Rae Déjur<br>210 Magnolia Creek Rd.<br>Santa Rosa Beach, FL   32459 |
| 16 | Designer's Discount Showroom<br>222 N. Expressway<br>Brownsville, TX   78521 |
| 17 | Edelstein's Better Furniture and Show Case<br>222 N. Expressway<br>Brownsville, TX   78521 |
| 18 | Fedigan Construction<br>P. O. Box 3244<br>South Padre Island, TX   78597 |
| 19 | Adrian Flandes<br>Charter Guide<br>302 Mesquite Dr.<br>Laguna Vista, TX   78578 |
| 20 | Furcron Realtors<br>4800 Padre Blvd.<br>South Padre Island, TX   78597 |
| 21 | Pedro Garcia, III<br>Charter Guide<br>207 Abony Lane<br>Laguna Vista, TX   78578 |
| 22 | Ghilain, Inc.<br>209 W. Whiting<br>South Padre Island, TX   78597 |
| 23 | Risa Ann Ghilain<br>209 W. Whiting<br>South Padre Island, TX   78597 |
| 24 | Mark A. Guillot<br>Charter Guide<br>P. O. Box 2236<br>South Padre Island, TX   78597 |
| 25 | Joe Gutierrez, III<br>P. O. Box 890<br>Port Isabel, TX   78578 |

| No. | CLAIMANT |
|---|---|
| 26 | Adam and Marcela Hancock<br>CL 1, Box 1<br>109 W. Tarpon<br>South Padre Island, TX 78597 |
| 27 | Island Market<br>5312 Padre Blvd.<br>South Padre Island, TX 78597 |
| 28 | Island Pharmacy<br>P. O. Box 3134<br>South Padre Island, TX 78597 |
| 29 | J. W. Properties, Inc.<br>P. O. Box 2100<br>South Padre Island, TX 78597 |
| 30 | J. W. Restaurants, Inc.<br>P. O. Box 2100<br>South Padre Island, TX 78597 |
| 31 | Jim Reynolds Hair Design<br>P. O. Box 2658<br>South Padre Island, TX 78597 |
| 32 | Jim's Pier, Inc.<br>209 W. Whiting<br>South Padre Island, TX 78597 |
| 33 | Joseph's Restaurant<br>P. O. Box 3557<br>South Padre Island, TX 78597 |
| 34 | Kelly's Irish Pub<br>101 E. Morningside Dr.<br>South Padre Island, TX 78597 |
| 35 | Kohnami Restaurant<br>1933 S. 10th St.<br>McAllen, TX 78503 |
| 36 | La Jaiba Seafood Restaurant and Lounge<br>2001 Padre Blvd.<br>South Padre Island, TX 78597 |
| 37 | LaVina's Natural Nail Care<br>P. O. Box 2582<br>South Padre Island, TX 78597 |
| 38 | Michael and Judy Lemmons<br>P. O. Box 2762<br>South Padre Island, TX 78597 |
| 39 | Miramar Resort<br>P. O. Box 2100<br>South Padre Island, TX 78597 |

| No. | CLAIMANT |
|---|---|
| 40 | Marina Village, Inc.<br>c/o 1 Padre Blvd.<br>South Padre Island, TX  78597 |
| 41 | Massage & Healing Arts Center<br>2100 Padre Blvd.<br>South Padre Island, TX  78597 |
| 42 | Andrew L. Minkler<br>P. O. Box 164<br>Port Isabel, TX  78578 |
| 43 | Padre Island Brewing Co., Inc.<br>3400 Padre Blvd.<br>South Padre Island, TX  78597 |
| 44 | Glen and Joyce Pfeil<br>755 Katy Fwy, #153<br>Houston, TX  77024 |
| 45 | Pro-Fit Gym<br>5800 Padre Blvd.<br>South Padre Island, TX  78597 |
| 46 | Property Management Co.<br>4800 Padre Blvd.<br>South Padre Island, TX  78597 |
| 47 | Richard Stockton Photography<br>P. O. Box 3893<br>South Padre Island, TX  78597 |
| 48 | Sangria Condominium, Inc.<br>1400 Gulf Blvd.<br>South Padre Island, TX 78597 |
| 49 | Sea Ranch Enterprises, Inc.<br>c/o 1 Padre Blvd.<br>South Padre Island, TX  78597 |
| 50 | South Padre Island Fishing Center Joint Venture<br>c/o 1 Padre Blvd.<br>South Padre Island, TX  78597 |
| 51 | SPI Management<br>d/ba Radisson Resort SPI<br>500 Padre Blvd.<br>South Padre Island, TX  78597 |
| 52 | SPI Security<br>1004 Padre Blvd.<br>South Padre Island, TX  78597 |
| 53 | SPI Texas Enforcement Group, Inc.,<br>dba Mail Boxes Etc. #4075<br>1004 Padre Island, TX  78597<br>South Padre Island, TX  78597 |

| No. | CLAIMANT |
|---|---|
| 54 | Lee Roy Summerlin<br>Charter Guide<br>P. O. Box 2614<br>South Padre Island, TX   78597 |
| 55 | T-Brent<br>702-2 Continental Circle<br>Brownsville, TX   78521 |
| 56 | Ted's Restaurant, Inc.<br>P. O. Box 2527<br>South Padre Island, TX 78597 |
| 57 | Texas Beach House<br>CL8, Box 2<br>South Padre Island, TX   78597 |
| 58 | The Coastal Current<br>P. O. Box 2429<br>South Padre Island, TX 78597 |
| 59 | The Town of South Padre Island<br>c/o Paul Y. Cunningham<br>P. O. Box 2729<br>South Padre Island, TX   78597 |
| 60 | Uncle Buggies Beach Buggy Rentals<br>1612 Padre Blvd.<br>South Padre Island, TX   78597 |
| 61 | Gilbert Vela<br>Charter Captain<br>Box 6803<br>Port Isabel, TX   78578 |
| 62 | Ybarra's Tire Busters<br>203 Maxan St.<br>Port Isabel, TX   78578 |