IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 9 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | |
| PETITION OF BROWN WATER | § | |
| TOWING I, INC., AS OWNER, AND | § | |
| BROWN WATER MARINE SERVICE, | § | CIVIL ACTION B-01-157 |
| INC., AS BAREBOAT CHARTERER, OF | § | |
| THE BROWN WATER V, ITS ENGINES, | § | |
| TACKLE, ETC. IN A CAUSE OF | § | |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | |
| PETITION OF AMERICAN | § | |
| COMMERCIAL LINES, LLC, AS | § | CONSOLIDATED |
| OWNER and AMERICAN COMMERCIAL | § | WITH CIVIL ACTION B-02-004 |
| BARGE LINE, LLC AS CHARTERER, OF | § | |
| BARGES NM-315, VLB-9182, ACL-9933B, | § | |
| VLB-9173, IN A CAUSE OF | § | |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

**CERTIFICATE OF INTERESTED PARTIES FILED BY ESTEBAN RIVAS AND MIRIAM RIVAS, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE OF STVAN RIVAS**

TO THE HONORABLE JUDGE OF SAID COURT:

Come Now Claimants, Esteban Rivas and Miriam Rivas, individually and as Representatives of the Estate of Stvan Rivas, and state that the following entities are or may be financially interested in the outcome of this action:

**WRONGFUL DEATH CLAIMANTS:**

Esteban Rivas

Miriam Rivas

Juan Antonio Mireles

Soledad Gonzalez Mireles

Lydia Zamora

Hector Martinez, Sr.

Jacqueline Paddock

William E. Kimbrell

William Morris Welch

Richard Leavell

Carol Leavell

Rita Hinojosa

Martin Hinojosa

William B. Welch

Victor Justin Harris

Anita Harris

Raquel Teran Hinojosa

Gaspar Hinojosa II

Omar Garcia Hinojosa

Clarissa Hinojosa

**PERSONAL INJURY CLAIMANTS**

Frank Mata

Rene Mata

Gustavo Morales

**PROPERTY DAMAGE CLAIMANTS**

State of Texas

Texas Department of Transportation

Texas Attorney General

Laguna Madre Water Supply

Allstate Insurance Company (Bridgette Goza)

Frank Mata

Bigo's International

Southwestern Bell Telephone Corporation

**BYSTANDER CLAIMANTS**

Roberto Espiricueta

Albert Leroy Moya

Antonio Salinas, Jr.

**PETITIONERS**

Brown Water V

Brown Water Marine Services, Inc.

Brown Water Towing I, Inc.

American Commercial Barge Lines, LLC

American Commercial Lines, LLC

**ECONOMIC LOSS CLAIMANTS**

Robert Fandrich

Virginia Fandrich

Independent Plumbers of South Texas

John McCoy

Mary McCoy

Dimas Mora

62 Businesses (See Exhibit A for a listing)

**OTHER INTERESTED PARTIES**

Cameron County

Respectfully Submitted,

**The Law Offices of John David Franz**
400 N. McColl
McAllen, Texas 78501
Tel. (956) 686-3300
Fax (956) 686-3578

_____
John David Franz
State Bar No. 07389200
Federal I.D. No. 1190
Attorney in Charge

and

**Gauntt & Kruppstadt, L.L.P.**
9004 Forest Crossing Dr., Suite C
The Woodlands, Texas 77381
Tel. (281) 367-6555
Fax (281) 367-3705

_____ with Permission from M. Gauntt
J. Chad Gauntt
State Bar No. 07765990
Federal I.D. No. 14135
Of Counsel

## CERTIFICATE OF SERVICE

I certify that on this 19th day of April, 2002, a true and correct copy of the above and foregoing document has been provided to the following, via Regular Mail, unless otherwise indicated:

Will W. Pierson
Royston, Razor, Vickery & Williams
606 N. Carancahua, Ste 1700
Corpus Christi, Texas 78476

Keith N. Uhles
Royston Razor, Vickery & Williams
P.O. Box 3509
Brownsville, Texas 78523

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Dr., Suite C
The Woodlands, Texas 77381

Jack F. Gilbert
Office of the Attorney General
Transportation Division
Post Office Box 12548
Austin, Texas 78711-2548

Mark J. Spansel
Adams & Reed
4500 One Shell Square
New Orleans, LA 70139

Daryl Dursum
4400 One Houston Center
1221 McKinney
Houston, Texas 77010

Raymond L. Thomas
Kittleman, Thomas, Ramirez & Gonzalez, PLLC
4900-B North 10th St.
McAllen, Texas 78504

Jim S. Hart
Williams Bailey Law Firm, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

Thomas R. Ajamie
Mark Strawn
Schirrmeister Ajamie, LLP
Pennzoil Place- South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002

Richard Leo Harrell
The Edwards Law Firm
Post Office Box 480
Corpus Christi, Texas 78403

Frank Enriquez
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

Steve Q. McManus
McManus & Crane
209 W. Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

Heriberto Medrano
Law Offices of Heriberto Medrano
1101 W. Tyler
Harlingen, Texas 78550

Les Cassidy
Woolsey & Cassidy
1020 Bank of America
500 N. Water Street
Corpus Christi, Texas 78471

Glenn Goodier
Jones, Walker, Waechter, Poitevent, Carrere & Denegre
201 St. Charles Ave., 48th Floor
New Orleans, La. 70170-5100

Geoffrey Amsel
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78209

Michael Slack
Slack & Davis, LLP
8911 Capital of Texas Hwy
Building 2, Suite 210
Austin, Texas 78759

Julian Rodriguez, Jr.
Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501

Veronica Farias
Attorney at Law
2854 Boca Chica Blvd.
Brownsville, Texas 78520

Ray R. Marchan
Watts & Heard
1926 E. Elizabeth
Brownsville, Texas 78520

Juan A. Magallanes
Magallanes, Hinojosa & Mancias
1713 Boca Chica Blvd.
Brownsville, Texas 78520

Robert E. Ammons
Stevenson & Ammons
3700 Montrose
Houston, Texas 77006

Ramon Garcia
Attorney at Law
222 W. University Dr.
Edinburg, Texas 78539

W. Lamoine Holland
1920 Nacogdoches Rd., Suite 100
San Antonio, Texas 78209

Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209

Robert A. and Virginia Fandrich
2101 Verdi Way
Stockton, California 95207

Cliff Garrard
Independent Plumbers of South Texas
8602 Robindell Drive
Houston, Texas 77074

John and Mary McCoy
514 Brookside Pass
Cedar Park, Texas 78613

_____
John David Franz