*144*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 2 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERERS, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER AND AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-912, ACL-9993B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § | CIVIL ACTION NO. B-01-157<br><br>Consolidated with<br><br>Civil Action No. B-02-004<br><br>(Subject to Rule 9(h)<br>of the Federal Rules of<br>Civil Procedure) Admiralty |

**CERTIFICATE OF INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:

COMES NOW HECTOR MARTINEZ, SR., one of the Claimants herein, files and certifies that the following are believed to be interested parties in this litigation:

1.   Hector Martinez, Sr.
     417 Jefferson
     Port Isabell, Texas 78578
     **Claimant**

2.   Williams Bailey Law Firm, L.L.P.
     8441 Gulf Freeway, Suite 600
     Houston, Texas 77017
     Telephone: (713) 230-2200
     **Attorneys for Claimant Hector Martinez, Sr.**

3. Brown Water Marine Service, Inc.

4. Brown Water Towing I, Inc.

5. American Commercial Lines LLC

6. American Commercial Barge Line LLC

7. Will W. Pierson
   Keith Uhles
   James Hunter
   Royston, Rayzor, Vickery & Williams, L.L.P.
   1700 Wilson Plaza West
   606 N. Carancahua
   Corpus Christi, Texas 78476
   Telephone: (361) 884-8808
   **Attorney for Petitioners Brown Water Marine Service, Inc. and Brown Water Towing I, Inc.**

8. Leslie D. Cassidy, III
   Woolsey & Cassidy
   500 N. Water Street, Suite 1020
   Corpus Christi, Texas 78471
   Telephone: (361) 887-2965
   **Attorney for Petitioners, American Commercial Lines LLC and American Commercial Barge Line, LLC**

Respectfully submitted,

*[signature]*

JIM HART
TBN: **09147400**
Federal I.D. **14548**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
(713) 230-2312 - Telephone
(713) 643-6226 - Facsimile
**ATTORNEY IN CHARGE**

Of Counsel:

WILLIAMS BAILEY LAW FIRM, L.L.P.
NEJD YAZIJI
TBN: 24029914
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
(713) 230-2312 - Telephone
(713) 643-6226 - Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Certificate of Financial Interest was forwarded via facsimile, regular mail, certified mail, return receipt requested and/or hand-delivery this 19th day of April, 2002 to all attorneys of record and interested parties on the attached Service List.

_____
JIM HART

## SERVICE LIST

Will W. Pierson
Royster Rayzor
Wilson Plaza West
606 N. Carancahua, Suite 1700
Corpus Christi, TX 78476

Jack F. Gilbert
Office of the Attorney General
Transportation Division
P.O. Box 12548
Austin, TX 78711-2548

Leslie D. Cassidy, III
Woolsey & Cassidy
500 N. Water Street, Suite 1020
Corpus Christi, TX 78471

Hon. Mark J. Spansel
Adams & Reese, LLP
4500 One Shell Square
New Orleans, LA 70139

James B. Manley
Attorney at Law
3616 Preston Road
Pasadena, TX 77505

Ray R. Marchan
Watts & Hearad, L.L.P.
1926 E. Elizabeth
Brownsville, TX 78520

John David Franz
Attorney at Law
400 N. McColl
McAllen, TX 78501

J. Chad Gauntt
Gauntt & Kruppstadt, LLP
9004 Forest Crossing Drive, Suite C
The Woodlands, TX  77381

William Q. McManus
McManus & Crane, LLP
209 West Juan Linn
Victoria, TX 77902

Heriberto Medrano
Attorney at Law
1101 W. Tyler
Harlingen, TX 78550

Robert and Virginia Fandrich
5101 Verdi Way
Stockton, CA 95207-5319

Robert Ammons
Stevenson & Ammons, LC
3700 Montrose Blvd.
Houston, TX 77006

Ramon Garcia
Law Offices of Ramon Garcia, PC
222 West University Drive
Edinburg, TX 78539

Veronica Farias
Law Offices of Veronica Farias
2854 Boca Chica Blvd
Brownsville, TX 78520

John and Mary McCoy
514 Brookside Pass
Cedar Park, TX 78613

Raymond L. Thomas/Andres Gonzales.
Kittleman, Thomas, Ramirez & Gonzales
4900-B N. 10th Street
McAllen, TX 78504

Thomas R. Ajamie
S. Mark Strawn
Schirrmeister Ajamie, LLP
711 Louisiana Street, Suite 2150
Houston, TX 77002

Julian Rodriguez, Jr.
Barrera & Jijerina Ba
100 W. Pecan
McAllen, TX 78501

Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, TX 78209-1307

Cliff Garrard
Independence Plumbers of South Texas
8602 Robindell Drive
Houston, TX 77074

Michael L. Slack
Slack & Davis, LLP
Building Two, Suite 2110
8911 Capital of Texas Highway, North
Austin, TX 78759

Frank Enriquez
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, TX 78504

Richard Leo Harrell
The Edwards Law Firm, LLP
802 N. Carancahua, Suite 1400
Corpus Christi, TX 78470

Juan A. Magallanes
Magallanes Hinojosa
1713 Boca Chica Blvd
Brownsville, TX 78520

Geoffrey Amsel
SBC Management Services
1010 N. St. Mary's St, Room 1403
San Antonio, TX 78215

W. Lamoine Holland
1920 Nacogdoches Road, Suite 100
San Antonio, TX 78208

Glen G. Goodier
Jones, Walker, Waechter
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100

Phil A. Bellamy
Law Office of Phil A. Bellamy
815 Ridgewood
Brownsville, Texas 78520

United States Dept. of Transportation
c/o Hon. Greg Serres, United States Attorney
600 East Harrison, Ste. 201
Brownsville, Texas 78520-7114

Michael Ratliff
Office of the Attorney General
State of Texas
P. O. Box 12548
Austin, Texas 78711-2548

Yolanda DeLeon
County Attorney
Cameron County Courthouse
974 E. Harrison Street
Brownsville, Texas 78520-7190

A. G. Hill Power
c/o Janet Thompson
6654 Leopard St.
Corpus Christi, Texas 78409

Commanding Officer
Attn: Lt. D. J. Fassero
Freedom of Information Coordinator
United States Coast Guard
Marine Safety Office
400 Mann St., Ste. 210
Corpus Christi, Texas 78401

Central Power & Light
c/o C.T. Corporation System
350 N. St. Paul Street
Dallas, Texas 75201

Romeo Miller
3106 Barnes Bridge
Dallas, Texas 75228

Brian G. Janis
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 N. Expressway 83
Brownsville, Texas 78521-2284

George C. Kraehe
Willette & Guerra, L.L.P.
3505 Boca Chica Blvd., Ste. 460
Brownsville, Texas 78521

Outdoor RV Resorts South Padre
c/o Dave Fletcher
900 Garcia St.
Port Isabel, Texas 78578

Long Island Bridge Company
c/o John R. Freeland
806 Pecan
McAllen, Texas 78501

Sandra D. Laurel
Snow & Laurel, L.L.P.
310 West Sunset
San Antonio, Texas 78209

Kay Keese
P. O. Box 457
Bells, Texas 75414

Colleen Forster
5652 Pinon Vista Drive
Austin, Texas 78724

Texas Parks & Wildlife Department
Boyd Kennedy, Staff Attorney
4200 Smith School Road
Austin, Texas 78744

Doyle McClendon
3211 N. Inspiration Road, Apt. 2
Mission, Texas 78572

Texas Parks & Wildlife
5541 Bear Lane, Ste. 232
Corpus Christi, Texas 78405

N. Fay Rutledge
726 Partridge Lane
Eagle Lake, Texas 77434

George C. Kraeche
Willette & Guerra, L.L.P.
3505 Boca Chica Blvd., Ste. 460
Brownsville, Texas 78521

Heather Askwig
2332 West Solano Drive
Phoenix, Arizona 85015

Edith Curtis
4268 Airport Road
Tioga, Texas 76271

Dept. of the Army Corps of Engineers
Eligio Garza, Area Engineer
1920 N. Chaparral Street
Corpus Christi, Texas 78401

Annaca Page
16810 Tranquil Drive
Sugarland, Texas 77478

Charles & Darla Nathanson
23102 Botkins Road
Hockley, Texas 77447

Mary Ann Courter
Texas Department of Public Safety
5805 Lamar Blvd.
P. O. Box 4087
Austin, Texas 78773-0001

Eileen Peeples
P. O. Box 2283
New Caney, Texas 77357

Amadeo Saenz, District Engineer
Texas Department of Transportation
P. O. Drawer EE
Pharr, Texas 78577

Ricardo J. Navarro
Denton, Navarro & Bernal
222 East Van Buren, Ste. 405
Harlingen, Texas 78550-6804