| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

MOTION & ORDER
FOR ADMISSION *PRO HAC VICE*

United States District Court
Southern District of Texas
FILED

APR 2 2 2002

Michael N. Milby
Clerk of Court

| Division | Brownsville | Action Number | C.A. NO. B-01-157 Admiralty; Consolidated with C.A. NO. B-02-004 Admiralty |
|---|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY ||||
| *versus* ||||
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY ||||

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

147

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Admitted US District Court for: | Nejd Isber Yaziji<br>Williams Bailey Law Firm, L.L.P.<br>8441 Gulf Freeway, Suite 600<br>Houston, Texas 77017-5001<br>(713) 230-2200<br>24029914<br><br>Texas Bar No: 24029914 |

United States District Court
Southern District of Texas
ENTERED

APR 2 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

Seeks to appear as the attorney for this party:

**HECTOR MARTINEZ, SR.**

| Dated: April 19 02 | Signed: Nejd Yaziji |

ORDER

This lawyer is admitted *pro hac vice*.

Signed on April 22, 2002.

_____
United States District Judge

SDTX AA-6 (8/98)

## SERVICE LIST

Jack F. Gilbert
Office of the Attorney General
Transportation Division
Post Office Box 12548
Austin, TX 78711-2548

Mark J. Spansel
Adams & Reese, L.L.P.
4500 One Shell Square
New Orleans, LA 70139

James B. Manley
Attorneys at Law
3616 Preston Road
Pasadena, TX 77505

Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, TX 78520

John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, TX 78501

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, TX 77381

William Q. McManus
Steve Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, TX 77902-2206

Heriberto Medrano
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, TX 78550

Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, TX 78209-1307

Les Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, TX 78471

Robert and Virginia Fandrich
5101 Verdi Way
Stockton, CA 95207

Robert E. Ammons
Stevenson & Ammons, L.C.
3700 Montrose Boulevard
Houston, TX 77006

Ramon Garcia
Law Offices of Ramon Garcia, P.C.
222 West University Drive
Edinburg, TX 78539

Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, TX 78521

John and Mary McCoy
514 Brookside Pass
Cedar Park, TX 78613

Raymond Thomas/Andres Gonzalez
Kittleman, Thomas, Ramirez & Gonzales
4900-B N. 10th Street
McAllen, TX 78504

Thomas R. Ajamie
S. Mark Strawn, Esq.
Schirrmeister Ajamie, L.L.P.
Pennzoil Place-South Tower
711 Louisiana Street, Suite 2150
Houston, TX 77002

Julian Rodriguez, Jr.
Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, TX 78501

Cliff Garrard
Independence Plumbers of South Texas
8602 Robindell Drive
Houston, TX 77074

Michael L. Slack
Michael Davis
SLACK & DAVIS, L.L.P.
Building Two, Suite 2110
8911 Capital of Texas Highway, North
Austin, TX 78759

Geoffrey Amsel
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, TX 78215

Lamoine Holland
Law Office of W. Lamoine Holland
1920 Nacogdoches Rd., #100
San Antonio, TX 78209

Will W. Pierson
ROYSTON, RAYZOR, VICKERY &
 WILLIAMS, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, TX 78476

Richard Leo Harrell
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 1400 (78470)
P. O. Box 480
Corpus, Christi, TX 78403-0480

J. A. Magallanes
Carlos Escobar
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Blvd.
Post Office Box 4901
Brownsville, TX 78520

Frank Enriquez
Robert Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, TX 78504

Glenn G. Goodier
Jones, Walker, Waechter, Poitevent,
 Carrere & Denegre, L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100