United States District Court
Southern District of Texas
FILED

APR 22 2002

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION FOR BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERS, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY § § § § § § § § § § | C.A. NO. B-01-157 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| AND § | |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER AND AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-912, ACL-9993B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY § § § § § § § § | (consolidated with C.A. No. B-02-004) |

# MATA CLAIMANTS' RULE 1 MOTION TO APPEAR

TO THE UNITED STATES FEDERAL DISTRICT JUDGE:

COME NOW FRANK MATA and RENE MATA and pursuant to Rule 1 of the Local Rules for the Southern District of Texas, files this their Rule 1 Motion to Appear for participation of the Initial Pretrial and Scheduling Conference set for April 22, 2002, and in support of this would respectfully show the Court as follows:

I.

Raymond L. Thomas, State Bar No. State Bar No. 19865350, Federal Bar No. 10715, is the Attorney in Charge in this cause for Claimants FRANK MATA and RENE MATA. The Initial Pretrial/Scheduling Conference is set before this Court on April 22, 2002 at 2:00 p.m. Raymond L. Thomas will not be able to

attend.

## II.

Andres H. Gonzalez, Jr., Texas State Bar No. 24002156, Federal Bar No. 22196, is an attorney in good standing in the United States District court for the Southern District of Texas. Movant respectfully requests that Andres H. Gonzalez, Jr. be allowed to participate in place of Raymond L. Thomas for the scheduled hearing on April 22, 2002.

WHEREFORE, PREMISES CONSIDERED, Claimants FRANK MATA and RENE MATA request that Andres H. Gonzalez, Jr. be allowed to attend in place of Raymond L. Thomas at this schedule hearing before the Court in this civil action on April 22, 2002 at 2:00 p.m..

Respectfully submitted,

By: *(signature)*

Raymond L. Thomas
Attorney-in-Charge
Texas State Bar No. 19865350
Federal Bar No. 10715
**Andres H. Gonzalez, Jr.**
Texas State Bar No. 24002156
Federal Bar No. 22196

*KITTLEMAN, THOMAS, RAMIREZ & GONZALES, PLLC*
4900-B North 10th Street
McAllen, Texas 78504
(956) 686-8797
(956) 630-5199 (fax)

**ATTORNEYS FOR CLAIMANTS**