IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 2 2002

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION FOR BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERS, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § | C.A. NO. B-01-157 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| AND | § § | |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER AND AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-912, ACL-9993B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § | (consolidated from C.A. No. B-02-004) |

**CLAIMANT'S DISCLOSURE OF FINANCIALLY INTERESTED PARTIES**

Pursuant to the Order of Conference received, Claimants RENE MATA and FRANK MATA, state that they are currently aware of the following persons, association of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that they believe may be financially interested in the outcome of this litigation:

<u>CLAIMANTS</u>

Rene Mata
214 Ebony
Laguna Vista, Texas

Frank Mata
214 Ebony
Laguna Vista, Texas

**MEDICAL LIEN HOLDER**

Blue Cross Blue Shield of Texas
(A Division of Health Care Service Corp.)
2329 S. MacArthur Blvd.
Springfield, Illinois

**PETITIONERS**

Brown Water Towing I, Inc.

Brown Water Marine Services, Inc.

American Commercial Lines, LLC and American Commercial Barge Line, LLC

Claimants are unaware of any other financially interested parties as to Claimants' claims against Petitioners at this time.

Respectfully submitted,

By: _____
Raymond L. Thomas
Attorney-in-Charge
Texas State Bar No. 19865350
Federal Bar No. 10715
**Andres H. Gonzalez, Jr.**
Texas State Bar No. 24002156
Federal Bar No. 22196

*KITTLEMAN, THOMAS, RAMIREZ & GONZALES, PLLC*
4900-B North 10th Street
McAllen, Texas 78504
(956) 686-8797
(956) 630-5199 (fax)

**ATTORNEYS FOR CLAIMANTS**