United States District Court
Southern District of Texas
ENTERED

APR 2 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION FOR BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERERS, OF THE BROWN WATER V, IT'S ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY § § § § § § § § § § § | CIVIL ACTION NO. B-01-157<br><br>CONSOLIDATED WITH |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND AMERICAN COMMERCIAL BARGE LINES LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, AND VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY § § § § § § § § § § § § | CIVIL ACTION B-02-004<br>ADMIRALTY |

## ORDER

**CAME ON TO BE** considered the Motion filed by Plaintiffs, Raquel Teran Hinojosa, Individually & on Behalf of the Estate of Gaspar Hinojosa, Deceased, Clarissa Hinojosa, Omar Hinojosa & Gaspar Hinojosa, II, each Individually, to designate Julian Rodriguez, Jr., as their lead counsel of record, and withdraw the designation of Ramon Garcia and Robert E. Ammons as counsel of record, and the Court after review of same finds that the motion should be, in all respects, granted.

It is, therefore, ORDERED that Julian Rodriguez, Jr., is hereby designated as counsel of record for Plaintiffs, Raquel Teran Hinojosa, Individually & on Behalf of the Estate of Gaspar Hinojosa, Deceased, Clarissa Hinojosa, Omar Hinojosa & Gaspar

1

Hinojosa, II, each Individually.

It is, further, ORDERED that Ramon Garcia and Robert E. Ammons are hereby withdrawn as counsel of record for Plaintiffs, Raquel Teran Hinojosa, Individually & on Behalf of the Estate of Gaspar Hinojosa, Deceased, Clarissa Hinojosa, Omar Hinojosa & Gaspar Hinojosa, II, each Individually.

SIGNED on this _____ day of __April__, 2002.

_____
**JUDGE PRESIDING**

APPROVED AS TO FORM AND SUBSTANCE:

STEVENSON & AMMONS, L.C.

_____
ROBERT E. AMMONS
State Bar No. 01159820
Federal I.D. 11742
3700 Montrose
Houston, Texas 77006
Telephone:   713-523-3030
Facsimile:   713-523-4747


LAW OFFICE OF RAMON GARCIA, P.A.

_____
Ramon Garcia
State Bar No. 07641800
Federal I.D. 3936
Law Office of Ramon Garcia, P.A.
222 West University Drive
Edinburg, TX 78539
Telephone:   956-383-7441
Facsimile:   956-381-0825


LAW OFFICE OF JULIAN RODRIGUEZ, JR.

_____
Julian Rodriguez, Jr.
State Bar No. 17146770
Federal I.D. 15112
100 West Pecan
McAllen, TX 78501
Telephone:   956-682-8801
Facsimile:   956-682-4544