153

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

**APR 23 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION | § | |
| OF BROWN WATER TOWING I, INC., | § | |
| AS OWNER, AND BROWN WATER | § | |
| MARINE SERVICE INC., AS BAREBOAT | § | |
| CHARTERERS, OF THE BROWN | § | **CIVIL ACTION NO. B-01-157** |
| WATER V, ITS ENGINES, TACKLE, | § | |
| ETC., IN A CAUSE OF EXONERATION | § | **Consolidated with** |
| FROM OR LIMITATION OF LIABILITY | § | |
| | § | |
| IN THE MATTER OF AMERICAN | § | **Civil Action No. B-02-004** |
| COMMERCIAL LINES LLC AS OWNER | § | |
| and AMERICAN COMMERCIAL BARGE | § | **Admiralty** |
| LINE LLC AS CHARTERER OF THE | § | |
| BARGES NM-315, VLB-912, ACL-9993B, | § | |
| VLB-9173, PRAYING FOR EXONERATION | § | |
| FROM AND/OR LIMITATION OF LIABILITY | § | |

## ORDER

BE IT REMEMBERED that on April 22, 2002, the Court **GRANTED** Petitioners' Unopposed Motion for Substitution of Attorney-in-Charge [Dkt. No. 120].  Attorney Les Cassidy is permitted to withdraw as Attorney-in-Charge for Petitioners American Commercial Lines, LLC, and American Commercial Barge Lines, LLC .  Attorney Glenn G. Goodier will be substituted in as Attorney-in Charge.

DONE at Brownsville, Texas, this 22nd day of April, 2002.

Hilda G. Tagle
United States District Judge