IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION FOR BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERS, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY<br><br>AND<br><br>IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER AND AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-912, ACL-9993B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § § § § § § | C.A. NO. B-01-157<br>(Subject to Rule 9(h) of the Federal Rules of Civil Procedure)<br>Admiralty<br><br>(consolidated from C.A. No. B-02-004) |

## ORDER

On this the 23 day of April, 2002, came on to be considered Defendants' Rule 1 Motion to Appear for purposes of the INITIAL PRETRIAL AND SCHEDULING CONFERENCE set before this Court on April 22, 2002 at 2:00 p.m. The Court, after considering the Motion before it and being of the opinion that said Motion is well taken, hereby ORDERS that Andres H. Gonzalez, Jr. be allowed to appear for Raymond L. Thomas for purposes of the scheduled hearing on April 22, 2002 at 2:00 p.m.

ORDERED on this the 23 day of April 2002.

HONORABLE UNITED STATES DISTRICT JUDGE

1