IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 2 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § | C. A. NO. B-01-157<br>Admiralty<br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315,VLB-9182,ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C. A. NO. B-02-004<br>Admiralty |

**CLERK'S ENTRY OF DEFAULT**

All claimants except those listed on Exhibit "B" to the Request of Petitioners Brown Water Marine Service, Inc. and Brown Water Towing I, Inc. for Clerk's Entry of Default did not file an appearance before the deadline designated by the Court. As a result, the United States District Clerk enters on the docket of the Court the default of all claimants except those listed on Exhibit "B" to the Request of Petitioners Brown Water Marine Service, Inc. and Brown Water Towing I, Inc. for Clerk's Entry of Default.

SIGNED this the 22nd day of April, 2002, in Brownsville, Texas.

Michael N. Milby, Clerk
United States District Clerk

By: Oliver Gutierrez
Deputy Clerk

49477:1007159.1:032702