United States District Court
Southern District of Texas
ENTERED

APR 2 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C. A. NO. B-01-157<br>Admiralty<br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315,VLB-9182,ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | C. A. NO. B-02-004<br>Admiralty |

## DEFAULT JUDGMENT

Before the Court is the Unopposed Motion of the Petitioners Brown Water Marine Service, Inc. and Brown Water Towing I, Inc. for a Default Judgment as to all non-appearing claimants. It appearing to the Court that said Motion is well taken, it is therefore,

ORDERED, ADJUDGED and DECREED that the Petitioners, Brown Water Marine Service, Inc. and Brown Water Towing I, Inc.'s Unopposed Motion for Default is in all things GRANTED; Further, it is

ORDERED, ADJUDGED and DECREED that the Petitioners, Brown Water Marine Service, Inc. and Brown Water Towing I, Inc. be granted Judgment against the non-appearing claimants and that, as to these claims only, the Petitioners, Brown Water Marine Service, Inc. and Brown Water

49477:1007168.1:032702

Towing I, Inc. be exonerated from any further liability. In addition, the surety, Zurich-America Insurance Group, is released from any further obligation pursuant to its Letter of Undertaking filed in the captioned matter with respect to these non-appearing claimants only. Further, it is

ORDERED, ADJUDGED and DECREED that all persons or entities that are not listed on Exhibit "B" are forever barred and foreclosed from asserting claims against the Petitioners, Brown Water Marine Service, Inc. and Brown Water Towing I, Inc., in connection with any claims that have been or could be asserted as a result of the BROWN WATER V alliding with the Queen Isabella Causeway.

SIGNED this the _____ day of ___April___, 2002 in Brownsville, Texas.

_____
Hilda Tagle
United States District Judge

49477:1007168.1:032702