## Civil Courtroom Minutes



United States District Court
Southern District of Texas
FILED

APR 2 2 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■Roberts   □ Lehrman |
| DATE | 04 — 22 — 02 |
| TIME | 11:30 a.m. — 11:40 a.m. |
| CIVIL ACTION | B — 01 — 157 |
| STYLE | In re Brown Water Towing, Inc. |

DOCKET ENTRY

(HGT)   ■Hearing on Hinojosa Claimants Attorney Intervention;   (Court Reporter: Breck Record)

Attorneys:   Julian Rodriguez, Jr.
             Robert Ammons
             Ramon Garcia

■   Conference held: Comments:

The Judge called the case for the limited purpose of hearing only the motions regarding representation of the Hinojosa Claimants.

Attorney Rodriguez indicated to the Court that the matter had been settled, that he would be the lead attorney, and that he had an Order prepared for submission to the Court designating him as attorney-in-charge.

The Judge indicated that she would **GRANT** this Order.