IN THE UNTIED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

APR 2 5 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | |
| PETITION OF BROWN WATER | § | C.A. NO. B-01-157 |
| TOWING I, INC., AS OWNER, AND | § | (Subject to Rule 9(h) |
| BROWN WATER MARINE SERVICE, | § | of the Federal Rules |
| INC., AS BAREBOAT CHARTERER, OF | § | of Civil Procedure) |
| THE BROWN WATER V, ITS ENGINES | § | Admiralty |
| TACKLE, ETC. IN A CAUSE OF | § | |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |
| | § | |
| consolidated with: | § | |
| | § | |
| IN THE MATTER OF AMERICAN | § | |
| COMMERCIAL LINES LLC AS OWNER | § | |
| and AMERICAN COMMERCIAL BARGE | § | C.A. NO. B-02-004 |

**CLAIMANTS' CERTIFICATE OF FINANCIAL INTEREST**

COMES NOW, Claimants J. Antonio Mireles as Personal Representative of the Estate of Julio Cesar Mireles, Juan Antonio Mireles and Soledad Mireles and would show the Court that to the best of their knowledge the following is a list of persons, associations, firms, partnerships, corporations, affiliates, parent corporations or other entities that are financially interested in the outcome of this litigation;

### CLAIMANTS

J. Antonio Mireles
as Personal Representative of the Estate of Julio Cesar Mireles
1112 First Street, #270
Coronado, CA 92118

Juan Antonio Mireles and Soledad Mireles
305 W. 10th Street
Los Fresnos, TX 78566

## CLAIMANTS' COUNSEL

Tom Ajamie
S. Mark Strawn
Schirrmeister Ajamie, L.L.P.
711 Louisiana, Suite 2150
Houston, TX 77002
(713) 860-1600

## PETITIONERS

Brown Water I, Inc., Brown Water Marine Service, Inc.

American Commercial Lines, L.L.C. and American Commercial Barge Line, L.L.C.

## PETITIONERS' COUNSEL

Will W. Pierson
Keith Uhles
James Hunter
Royston, Rayzor, Vickery & Williams, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, TX 78476
(361) 884-8808

Leslie D. Cassidy, III
Woolsey & Cassidy
500 N. Water Street, Suite 1020
Corpus Christi, TX 78471
(361) 887-2965

Glenn Goodier
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100

Respectfully submitted,

SCHIRRMEISTER AJAMIE, L.L.P.

By: _____
S. Mark Strawn
State Bar No. 19374325
Southern District of Texas Bar No. 9996
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699

Attorney-in-Charge for Claimants,
J. Antonio Mireles, As Personal Representative
of the Estate of Julio Cesar Mireles,
Juan Antonio Mireles, and Soledad
Gonzalez Mireles

OF COUNSEL:

SCHIRRMEISTER AJAMIE, L.L.P.
Thomas R. Ajamie
State Bar No. 00952400
Southern District of Texas Bar No. 6165
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699

## Certificate of Service

  I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record via certified mail, return receipt requested, in accordance with the Federal Rules of Civil Procedure, on this 24th day of April, 2002.

                _____
                S. Mark Strawn