United States District Court
Southern District of Texas
FILED

APR 2 6 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C. A. NO. B-01-157<br>Admiralty<br><br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315,VLB-9182,ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § § | C. A. NO. B-02-004<br>Admiralty |

PETITIONERS' ADVISORY TO THE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Brown Water Marine Service, Inc. and Brown Water Towing I, Inc. ("the Petitioners"), and file this their Advisory to the Court, showing as follows:

I.

As directed by the Court, the Petitioners reconciled the addresses contained in their file for the pro se Claimants, Robert Fandrich, Virginia Fandrich, John McCoy and Mary McCoy with the addresses of said Claimants contained in the Court's file. The Petitioners' file and the Court's file contain the same addresses for these Claimants as shown below:

49477:1010754.1:042502

>Robert and Virginia Fandrich:
>5101 Verdi Way
>Stockton, CA 95207
>
>John and Mary McCoy
>514 Brookside Pass
>Cedar Park, TX 78613

## II.

As to the pro se Claimant, Cliff Garrard, the Court's file reflected no address. Petitioners' file reflects the following address for Mr. Garrard:

>Cliff Garrard
>Independence Plumbers of South Texas
>8602 Robindell Drive
>Houston, Texas 77074

WHEREFORE, PREMISES CONSIDERED, the Petitioners seek Summary Judgment against the Claims listed on Exhibit "A" of Petitioners' Motion for Summary Judgment on the Purely Economic Damage Claims Asserted by Certain Claimants Who Received No Personal Injury or Property Damage, including the pro se Claimants Robert A. Fandrich and Virginia Fandrich, Independent Plumbers of South Texas and John McCoy and Mary McCoy. The Petitioners also seek all other relief to which they may be entitled at law, in equity, or in admiralty.

Respectfully submitted,

*/s/ Will W. Pierson*
Will W. Pierson
State Bar No. 16003100
Federal ID 1931
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
(361) 884-8808
(361) 884-7261 Facsimile

*/s/ Keith Uhles by permission WWP*
Keith N. Uhles
State Bar No. 20371100
Federal ID No. 1936
55 Cove Circle
P. O. Box 3509
Brownsville, Texas 78523-3509
Telephone: (956) 542-4377
Telecopier: (956) 542-4370

ATTORNEYS FOR PETITIONERS BROWN WATER TOWING I, INC. AND BROWN WATER MARINE SERVICE, INC.

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

## CERTIFICATE OF SERVICE

I certify that the foregoing was mailed via regular mail to the counsel listed below on this _____ day of April, 2002.

_____
Of ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

## SERVICE LIST

Mr. Jack F. Gilbert
Office of the Attorney General
Transportation Division
Post Office Box 12548
Austin, Texas 78711-2548

Mark J. Spansel
Adams & Reese, L.L.P.
4500 One Shell Square
New Orleans, LA 70139

Mr. James B. Manley
Attorneys at Law
3616 Preston Road
Pasadena, Texas 77505

Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381

William Q. McManus
Steve Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn

Post Office Box 2206
Victoria, Texas 77902-2206

Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550

Mr. Les Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471

Robert and Virginia Fandrich
5101 Verdi Way
Stockton, CA 95207

Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

John and Mary McCoy
514 Brookside Pass
Cedar Park, Texas 78613

Mr. Raymond Thomas/Mr. Andres Gonzalez
Kittleman, Thomas, Ramirez & Gonzales
4900-B N. 10th Street
McAllen, Texas 78504

Thomas R. Ajamie
S. Mark Strawn, Esq.
Schirrmeister Ajamie, L.L.P.
Pennzoil Place-South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002

Julian Rodriguez, Jr.
Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501

Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307

Cliff Garrard
Independence Plumbers of South Texas
8602 Robindell Drive
Houston, Texas 77074

Michael L. Slack
Michael Davis
SLACK & DAVIS, L.L.P.
Building Two, Suite 2110
8911 Capital of Texas Highway, North
Austin, Texas 78759

Jim S. Hart
Nejd Yaziji
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

Frank Enriquez
Robert Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

Richard Leo Harrell
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 1400 (78470)
P.O. Box 480
Corpus Christi, Texas 78403-0480

Mr. J. A. Magallanes
Carlos Escobar
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Blvd.
Post Office Box 4901
Brownsville, Texas 78520

Mr. Geoffrey Amsel
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78215

Lamoine Holland
Law Office of W. Lamoine Holland
1920 Nacogdoches Rd., # 100
San Antonio, Texas 78209

Glenn G. Goodier
Jones, Walker, Waechter, Poitevent, Carrere
    & Denegre, L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100