United States District Court
Southern District of Texas
FILED

MAY 0 2 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND § | | |
| PETITION OF BROWN WATER § | C. A. NO. B-01-157 | |
| TOWING I, INC., AS OWNER, AND § | Admiralty | |
| BROWN WATER MARINE SERVICE, § | | |
| INC., AS BAREBOAT CHARTERER, OF § | | |
| THE BROWN WATER V, ITS ENGINES, § | | |
| TACKLE, ETC. IN A CAUSE OF § | | |
| EXONERATION FROM OR § | Consolidated with | |
| LIMITATION OF LIABILITY § | | |
| | | |
| IN RE THE COMPLAINT AND § | | |
| PETITION OF AMERICAN § | C. A. NO. B-02-004 | |
| COMMERCIAL LINES LLC AS § | Admiralty | |
| OWNER, AND, and AMERICAN § | | |
| COMMERCIAL BARGE LINES, LLC, § | | |
| AS CHARTERER OF THE BARGES § | | |
| NM-315,VLB-9182,ACL-9933B. § | | |
| VLB-9173, IN A CAUSE OF § | | |
| EXONERATION FROM OR § | | |
| LIMITATION OF LIABILITY § | | |

**NOTICE OF SCRIVENER'S ERROR
REGARDING PETITIONERS BROWN WATER MARINE SERVICE, INC.'S AND
BROWN WATER TOWING I, INC.'S MOTION FOR SUMMARY JUDGMENT ON
THE PURELY ECONOMIC DAMAGE CLAIMS ASSERTED BY CERTAIN
CLAIMANTS WHO RECEIVED NO PERSONAL INJURY OR
PROPERTY DAMAGE**

TO THE HONORABLE COURT:

COMES NOW, Hector Martinez, Sr., Claimant in the above-styled and numbered case, and files this Notice of Scrivener's Error Regarding *Petitioners Brown Water Marine Service, Inc.'s and Brown Water Towing I, Inc.'s Motion for Summary Judgment on the Purely Economic Damage Claims Asserted by Certain Claimants Who Received No Personal Injury or Property Damage* to advise the Court that due to an administrative oversight, the name of the firm representing Claimant

Hector Martinez, Sr., **Williams Bailey Law Firm, L.L.P.**, was inadvertently left off the list of Claimants who support the Motion for Summary Judgment. Claimant Martinez, through his attorney of record and the **Williams Bailey Law Firm, L.L.P.**, specifically joins all other Claimants in support of Petitioners' Motion for Summary Judgment for Purely Economic Damages.

Petitioners' motion was filed on April 2, 2002.

On April 17, 2002, Claimants filed their Motion, *Certain Personal Injury Claimants' and Property Damage Claimants' Motion and Brief in Support of Petitioners' Motion for Summary Judgment as to Purely Economic Claims*. Attached to that Motion was a list of Claimants' names who wished to join Petitioners Brown Water Marine Service, Inc.'s and Brown Water Towing I, Inc.'s Motion For Summary Judgment. Due to a scrivener's error, that list failed to mention Claimant Martinez' name on that list.

Claimant Martinez apologizes for such administrative oversight and requests that the Clerk add his name to the list of names of Claimants who wish to join Petitioners' Motion for Summary Judgment.

Respectfully submitted,

WILLIAMS ✦ BAILEY LAW FIRM, L.L.P.

By: _____NejdYaz_____
NEJD YAZIJI
TBN: 24029914
JIM HART
Fed. I.D. 14548
TBN: 09147400
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
(713) 230-2200 - Telephone
(713) 643-6226 - Facsimile

**ATTORNEYS FOR CLAIMANT HECTOR MARTINEZ**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served by facsimile on all parties and/or attorneys of record on this 2nd day of May, 2002.

_____
Nejd Yaziji