/64

# WILLETTE & GUERRA, L.L.P.
## ATTORNEYS AT LAW

CHARLES WILLETTE, JR.
R. D. "BOBBY" GUERRA*
HUGH P. TOUCHY
EILEEN M. LEEDS

ELIZABETH SANDOVAL CANTU*
ROMAN "DINO" ESPARZA
EDUARDO G. GARZA
AMY LAWLER GONZALES
RYAN HENRY
SETH MOORE
JACQUELINE R. SALINAS*

INTERNATIONAL PLAZA, SUITE 460
3505 BOCA CHICA BOULEVARD
BROWNSVILLE, TEXAS 78521
TELEPHONE: (956) 541-1846
FACSIMILE: (956) 541-1893

*MCALLEN OFFICE:
801 NOLANA, SUITE 320-A
MCALLEN, TEXAS 78504
TELEPHONE: (956) 686-2266
FACSIMILE (956) 686-5913

United States District Court
Southern District of Texas
FILED

**MAY 0 3 2002**

Michael N. Milby
Clerk of Court

April 29, 2002

To All Counsel of Record:

Re:     Case No. : B-01-157
        Isabella Causeway
        Cameron County, Texas
        Our File No. 01-223 CW/GK

To All:

Please be advised that neither George Kraehe or my law firm have ever been an attorney of record for any party in the above-referenced case. While we appeared at the Coast Guard hearings on behalf of Cameron County, Cameron County is not a party or a claimant in the above referenced cause.

Accordingly, while I do not mind receiving any correspondence, pleadings, etc., please keep in mind that I am not an attorney representing a party in this matter. Also, please be advised that George Kraehe is no longer with our firm, and anything regarding Cameron County should be sent directly to myself. I am sending this to all counsel and the court for clarification only. Thank you for your consideration and attention to this matter.

Very Truly Yours,

WILLETTE & GUERRA, L.L.P.

By: _____
Charles Willette, Jr.

CW/lb

xc:

Keith N. Uhles
James H. Hunter, Jr.
Royston, Rayzor, Vickery & Williams, L.L.P.
55 Cove Circle
Brownsville, Texas 78521

Will W. Pierson
Royston, Rayzor, Vickery & Williams, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476

Mr. James B. Manley
Attorneys at Law
3616 Preston Road
Pasadena, Texas 77505

Mr. Ray R. Marchan
Watts & Heard, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

J. Chad Gauntt
Gauntt & Kruppstadt,. L.L.P.
9004 forest Crossing Drive, Ste.C
The Woodlands, Texas 77381

William Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
P.O. Box 2206
Victoria, Texas 77902-2206

Heriberto Medrano
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550

Glen Goodier
Jones, Walker, Waechter, Poitevent, Carrere
& Denegre, L.L.P.
201 St. Charles Avenue, 48th Floor
New Orleans, Louisian 70170-5100

United Stated Department of Transportation
c/o Hon. Greg Serres, US Attorney
600 East Harrison, Ste. 201
Brownsville, Texas 78520-7114

A.G. Hill Power
c/o Janet Thompson
6654 Leopard Street
Corpus Christi, Texas 78409

Central Power & Light
c/o/ C.T. Corporation System
350 N. St. Paul Street
Dallas, Texas 75201

Outdoor R.V. Resorts South Padre
c/o/ Dave Fletcher
900 South Garcia Street
Port Isabel, Texas 78578

Long Island Bridge Company
c/o John R. Freeland
806 Pecan
McAllen, Texas 78501

Mr. Brian G. Janis
Sanchez, Whittington, Janis & Zabarte
100 N. 83
Brownsville, Texas 78521-2284

Texas Parks & Wildlife Department
5541 Bear Lane, Ste. 232
Corpus Christi, Texas 78405

Heather Askwig
2332 West Solano Drive
Phoenix, Arizona 85015

Ms. Edith Curtis
4268 Airport Rd.
Tioga, Texas 75414

Mr. Doyle McClendon
3211 N. Inspiration Rd., Spt2
Mission, Texas78572

Robert and Virginia Fandrich
5101 Berdi Way
Stockton, CA 95207

Charles Nathonson
23102 Botkins Rd
Hockley, TX 77447

Annaca Page
16810 Tranquil Dr.
Sugar Land, Texas 77478

N. Fay Ruthledge
726 Partridge Lane
Eagle Lake, Texas 77434

Mr. Romero Miller
3106 Barnes Bridge
Dallas, Texas 75228

Mr. J.A. Magallanes
Law office of J.A. Magallanes
1713 Boca Chica Blvd.
P.O. Box 4901
Brownsville, TX 78520

Geoffrey Amsel
SBC Management Services
1010 N. St. Mary's , Room 1403
San Antonio, Texas 78209

Yolanda De Leon
Cameron County Courthouse
974 E. Harrison
Brownsville, Texas 78520-7198

Department of the Army
Corps of Endigneers
Attn: Elijio Garza
1920 N. Chaparral Street
Corpus Christi, TX 78401

Texas Parks & Wildlife Department
Law Enforcement Division
Attn: Mr. Boyd Kennedy
4200 Smith School Road
Austin, Texas 78744

Commanding Officer
United States Coast Guard
Marine Safety Office-Corpus Christi
Attn: Lt. D.J. Fassero
400 Mann Street, Ste. 210
Corpus Chsiti, Texas 78401

Texas Department of Transportation
600 West US 83 Expressway
Attn: Amadeo Saenz, District Engineer
P.O. Drawer EE
Pharr, Texas 78577

Julian Rodriguez, Jr.
Law Office Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501

Thomas E. Quirk
Aaron & Quirk
901 N. E. Loop 410, Ste. 903
San Antonio, Texas 78521

Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

Ms. Colleen Forster
5652 Pinon Vista Drive
Austin, Texas 78724

Ms. Mary Ann Courter
Texas Department of Public Safety
5805 Lamar Blvd.
P.O. Box 4087
Austin, Texas 78773-0001

Ms. Eileen Peeples
P.O. Box 2283
New Caney, Texas 77357

W. Lamoine Holland
1920 Nacagdoches Rd., Ste. 100
San Antonio, Texas 78209

S. Mark Strwan, Esq.
Schirrmeister Ajamie, L.L.P.
711 Louisiana Street, Ste. 2150
Houston, Texas 77002

Mr. and Mrs. Virginia Fandvich
5101 Verdi Way
Stockton, California 95207

Mr. Raymond Thomas
Mr. Andres Gonzalez
Kittlemen, Tomas, Ramirez & Gonzales
4900-B N. 10th Street
McAllen, Texas 78504