IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 6 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION FOR BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERS, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY § § § § § § § § § | C.A. No: B-01-157 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| AND § | |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER AND AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-912, ACL-9993B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY § § § § § § § § | (Consolidated with C.A. No: B-02-004) |

## CLAIMANTS' DISCLOSURE OF FINANCIALLY INTERESTED PARTIES

Pursuant to the Order of conference received, claimants OMAR HINOJOSA IND. AND AS ADMINISTRATOR OF THE ESTATE OF GASPAR HINOJOSA, RAQUEL HINOJOSA, CLARISSA HINOJOSA, GAPSAR HINOJOSA II, MARTIN HINOJOSA AND RITA HINOJOSA , state that they are currently aware of the following persons, association of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that they believe may be financially interested in the outcome of this litigation:

### CLAIMANTS

Omar Hinojosa Individually
c/o Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501

Omar Hinojosa as Administrator of the Estate of Gaspar Hinjosa
c/o Law Office of Julian Rodriguez, Jr.

Raquel Hinojosa
c/o Law Office of Julian Rodriguez, Jr.

Clarissa Hinojosa
c/o Law Office of Julian Rodriguez, Jr.

Gaspar Hinojosa II
c/o Law Office of Julian Rodriguez, Jr.

Rita Hinojosa
c/o Law Office of Julian Rodriguez, Jr.

Martin Hinojosa
c/o Law Office of Julian Rodriguez, Jr.

**PETITIONERS**

Brown Water Towing I, Inc.

Brown Water Marines Services, Inc.

American Commercial Lines, LLC and American Commercial Barge Line, LLC

Claimants are unaware of any other financially interested parties as to Claimants' claims against Petitioners at this time.

Respectfully submitted,

By: _____
JULIAN RODRIGUEZ, JR.
Attorney in Charge
Texas State Bar No: 17146770
Federal ID No. 15112

**LAW OFFICE OF JULIAN RODRIGUEZ, JR.**
**100 W. Pecan**
**McAllen, Texas 78501**

**(956) 682-8801 Office**
**(956) 682-4544 Fax**

**ATTORNEY FOR CLAIMANTS**

## SERVICE LIST

Office of the Attorney General
Transportation Division
Attn: Mr. Jack F. Gilbert
P.O. Box 12548
Austin, Texas 78711-2548

Adams & Reese, L.L.P.
Attn: Mr. Mark J. Spansel
4500 One Shell Square
New Orleans, LA 70139

Law Office of James Manley
Attn: Mr. James Manley
3616 Preston
Pasadena, Texas 77505

The Edwards Law Firm
Attn: Mr. Richard Leo Harrell
P.O. Box 480
Corpus Christi, Texas 78403

Schirrmeister Ajamie, L.L.P.
Attn: mr. Thomas R. Ajamie
Attn: Mr. S. Mark Strawn
Pennzoil Place-South Tower
711 Louisiana, Ste. 2150
Houston, Texas 77002

Slack & Davis, L.L.P.
Attn: Mr. Michael L. Stack
8911 Capital of Texas Hwy
Building 2, Ste. 2110
Austin, Texas 78759

SBC Management Services
Attn: Mr. Geoffrey Amsel
1010 N. St. Mary's, Room 1403.
San Antonio, Texas 78209

Law Offices of Veronica Farias
Attn: Ms. Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

Wliams, Bailey Law Firm, L.L.P.
Attn: Mr. Jim S. Har
8441 Gulf Freeway, Ste. 600
Houston, Texas 77017

Kittleman, Thomas, Ramirez & Gonzalez
Attn: Mr. Raymond Thomas
Attn: Mr. Andres H. Gonzalez, Jr.
4900-B N. 10th Street
McAllen, Texas 78504

McManus & Crane, L.L.P.
Attn: Mr. William Q. McManus
209 West Juan Linn
P.O. Box 2206
Victoria, Texas 77902-2206

Watts & Heard, L.L.P.
Attn: Mr. Ray R. Marchan
1926 Elizabeth
Brownsville, Texas 78520

Aaron & Quirk
Attn: Mr. Thomas E. Quirk
901 N.E. Loop, Ste. 903
San Antonio, Texas 78209-1307

The Law Office of John D. Franz
Attn: Mr. John D. Franz
400 N. McColl
McAllen, Texas 78501

### ATTORNEY FOR DEFENDANTS

Royston, Rayzor, Vickery & Williams, L.L.P.
Attn: Mr. Will W. Pierson
Attn: Mr. Keith Uhles
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476

### ATTORNEY FOR DEFENDANTS

Woolsey & Cassidy, P.C.
Attn: Mr. Les Cassidy
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471