*166*

United States District Court
Southern District of Texas
FILED

MAY 0 7 2002

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | |
| PETITION OF BROWN WATER | § | |
| TOWING I, INC., AS OWNER, AND | § | |
| BROWN WATER MARINE SERVICE, | § | |
| INC., AS BAREBOAT CHARTERER | § | |
| OF THE BROWN WATER V, ITS | § | |
| ENGINES, TACKLE, ETC., IN A | § | |
| CAUSE OF EXONERATION FROM | § | |
| OR LIMITATION OF LIABILITY | § | CIVIL ACTION NO. B-01-157 |
| | § | |
| IN RE THE COMPLAINT AND PETITION | § | Consolidated with |
| OF AMERICAN COMMERCIAL | § | |
| LINES, LLC, AS OWNER AND AMERICAN | § | Civil Action No. B-02-004 |
| COMMERCIAL BARGE LINES, LLC, AS | § | |
| CHARTERER OF THE BARGES NM-315, | § | (Subject to Rule 9(h) |
| VLB-9182, ACL-9933B, VLB-9173, IN A | § | of the Federal Rules of |
| CAUSE OF EXONERATION FROM OR | § | Civil Procedure) Admiralty |
| LIMITATION OF LIABILITY | § | |

## CLAIMANT HECTOR MARTINEZ, SR.'S INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Claimant, Hector

Martinez, Sr. makes the following initial disclosures:

(A)    The name, and if known, address and phone number of each individual likely to

have discoverable information relevant to disputed facts alleged with particularity in the

pleadings, identifying the subjects of information.

1

**RESPONSE:**

See Exhibit A regarding persons with knowledge of relevant facts.

(B)    A copy of, or a description by category and location of all documents, date compilation, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings.

**RESPONSE:**

Claimant may rely upon the following documents which are either within their possession or subject to their control:

1.    Income tax returns of Hector Martinez, Jr.;

2.    Autopsy report regarding the autopsy of Hector Martinez, Jr.;

3.    Photographs of the vehicle being driven by Hector Martinez, Jr. at the time of his death;

4.    Documents demonstrating Hector Martinez, Jr.'s support of his parent Hector Martinez, Sr.;

5.    Various photographs of Hector Martinez, Jr. with his family and friends;

6.    The automobile, and photographs thereof, that Hector Martinez, Jr. was driving at the time of his death; and

7.    Death Certificate of Hector Martinez, Jr.

Also, Claimant may rely upon any of the documents and items in the list attached as "Exhibit B."

(C)    A computation of any category of damages claimed by the disclosing party, making available for inspection and copying under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials

bearing on the nature and extent of injuries suffered.

**RESPONSE:**

See Claimant's claim filed herein regarding the category of damages claimed. Claimant has not retained an expert in economics or related fields to compare the dollar value of his economic losses at this time. Claimant's non-economic damages are in an amount to be determined by a jury of their peers.

(D)     For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy all or part of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**RESPONSE:**

Not applicable.

Respectfully submitted,

JIM HART
TBN: **09147400**
Federal I.D. **14548**
8441 Gulf Freeway, Suite 600
Houston, Texas  77017
(713) 230-2312 - Telephone
(713) 643-6226 - Facsimile
**ATTORNEY IN CHARGE**

Of Counsel:

WILLIAMS BAILEY LAW FIRM, L.L.P.
NEJD YAZIJI
TBN: 24029914
8441 Gulf Freeway, Suite 600
Houston, Texas  77017
(713) 230-2312 - Telephone
(713) 643-6226 - Facsimile

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Claimant's Initial Disclosures was forwarded via facsimile, regular mail, certified mail, return receipt requested and/or hand-delivery this _6th_ day of May, 2002 to all attorneys of record and interested parties on the attached Service List.

JIM HART

4

## SERVICE LIST

Will W. Pierson
Royster Rayzor
Wilson Plaza West
606 N. Carancahua, Suite 1700
Corpus Christi, TX 78476

Jack F. Gilbert
Office of the Attorney General
Transportation Division
P.O. Box 12548
Austin, TX 78711-2548

Leslie D. Cassidy, III
Woolsey & Cassidy
500 N. Water Street, Suite 1020
Corpus Christi, TX 78471

Hon. Mark J. Spansel
Adams & Reese, LLP
4500 One Shell Square
New Orleans, LA 70139

James B. Manley
Attorney at Law
3616 Preston Road
Pasadena, TX 77505

Ray R. Marchan
Watts & Heard, L.L.P.
1926 E. Elizabeth
Brownsville, TX 78520

John David Franz
Attorney at Law
400 N. McColl
McAllen, TX 78501

J. Chad Gauntt
Gauntt & Kruppstadt, LLP
9004 Forest Crossing Drive, Suite C
The Woodlands, TX   77381

William Q. McManus
McManus & Crane, LLP
209 West Juan Linn
Victoria, TX 77902

Heriberto Medrano
Attorney at Law
1101 W. Tyler
Harlingen, TX 78550

Robert and Virginia Fandrich
5101 Verdi Way
Stockton, CA 95207-5319

Robert Ammons
Stevenson & Ammons, LC
3700 Montrose Blvd.
Houston, TX 77006

Julian Rodriguez, Jr.
Law Offices of Julian Rodriguez, Jr.
100 West Pecan
McAllen, TX 78501

Veronica Farias
Law Offices of Veronica Farias
2854 Boca Chica Blvd
Brownsville, TX 78520

John and Mary McCoy
514 Brookside Pass
Cedar Park, TX 78613

Raymond L. Thomas/Andres Gonzales.
Kittleman, Thomas, Ramirez & Gonzales
4900-B N. 10th Street
McAllen, TX 78504

Thomas R. Ajamie
S. Mark Strawn
Schirrmeister Ajamie, LLP
711 Louisiana Street, Suite 2150
Houston, TX 77002
Julian Rodriguez, Jr.

Barrera & Jijerina Ba
100 W. Pecan
McAllen, TX 78501

Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, TX 78209-1307

Cliff Garrard
Independence Plumbers of South Texas
8602 Robindell Drive
Houston, TX 77074

Michael L. Slack
Slack & Davis, LLP
Building Two, Suite 2110
8911 Capital of Texas Highway, North
Austin, TX 78759

Frank Enriquez
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, TX 78504

Richard Leo Harrell
The Edwards Law Firm, LLP
802 N. Carancahua, Suite 1400
Corpus Christi, TX 78470

Juan A. Magallanes
Magallanes Hinojosa
1713 Boca Chica Blvd
Brownsville, TX 78520

Geoffrey Amsel
SBC Management Services
1010 N. St. Mary's St, Room 1403
San Antonio, TX 78215

W. Lamoine Holland
1920 Nacogdoches Road, Suite 100
San Antonio, TX 78208

Glen G. Goodier
Jones, Walker, Waechter
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100

Phil A. Bellamy
Law Office of Phil A. Bellamy
815 Ridgewood
Brownsville, Texas 78520

United States Dept. of Transportation
c/o Hon. Greg Serres, United States Attorney
600 East Harrison, Ste. 201
Brownsville, Texas 78520-7114

Michael Ratliff
Office of the Attorney General
State of Texas
P. O. Box 12548
Austin, Texas 78711-2548

Yolanda DeLeon
County Attorney
Cameron County Courthouse
974 E. Harrison Street
Brownsville, Texas 78520-7190

A. G. Hill Power
c/o Janet Thompson
6654 Leopard St.
Corpus Christi, Texas 78409

Commanding Officer
Attn: Lt. D. J. Fassero
Freedom of Information Coordinator
United States Coast Guard
Marine Safety Office
400 Mann St., Ste. 210
Corpus Christi, Texas 78401

Central Power & Light
c/o C.T. Corporation System
350 N. St. Paul Street
Dallas, Texas 75201

Romeo Miller
3106 Barnes Bridge
Dallas, Texas 75228

Brian G. Janis
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 N. Expressway 83
Brownsville, Texas 78521-2284

George C. Kraehe
Willette & Guerra, L.L.P.
3505 Boca Chica Blvd., Ste. 460
Brownsville, Texas 78521

Outdoor RV Resorts South Padre
c/o Dave Fletcher
900 Garcia St.
Port Isabel, Texas 78578

Long Island Bridge Company
c/o John R. Freeland
806 Pecan
McAllen, Texas 78501

Sandra D. Laurel
Snow & Laurel, L.L.P.
310 West Sunset
San Antonio, Texas 78209

Kay Keese
P. O. Box 457
Bells, Texas 75414

Colleen Forster
5652 Pinon Vista Drive
Austin, Texas 78724

Texas Parks & Wildlife Department
Boyd Kennedy, Staff Attorney
4200 Smith School Road
Austin, Texas 78744

Doyle McClendon
3211 N. Inspiration Road, Apt. 2
Mission, Texas 78572

Texas Parks & Wildlife
5541 Bear Lane, Ste. 232
Corpus Christi, Texas 78405

N. Fay Rutledge
726 Partridge Lane
Eagle Lake, Texas 77434

George C. Kraeche
Willette & Guerra, L.L.P.
3505 Boca Chica Blvd., Ste. 460
Brownsville, Texas 78521

Heather Askwig
2332 West Solano Drive
Phoenix, Arizona 85015

Edith Curtis
4268 Airport Road
Tioga, Texas 76271

Dept. of the Army Corps of Engineers
Eligio Garza, Area Engineer
1920 N. Chaparral Street
Corpus Christi, Texas 78401

Annaca Page
16810 Tranquil Drive
Sugarland, Texas 77478

Charles & Darla Nathanson
23102 Botkins Road
Hockley, Texas 77447

Mary Ann Courter
Texas Department of Public Safety
5805 Lamar Blvd.
P. O. Box 4087
Austin, Texas 78773-0001

Eileen Peeples
P. O. Box 2283
New Caney, Texas 77357

Amadeo Saenz, District Engineer
Texas Department of Transportation
P. O. Drawer EE
Pharr, Texas 78577

Ricardo J. Navarro
Denton, Navarro & Bernal
222 East Van Buren, Ste. 405
Harlingen, Texas 78550-6804

# EXHIBIT A

The following persons or entities have discoverable information regarding relevant facts:

A.G. Hill Power
c/o Ms. Janet Thompson
6654 Leopard Street
Corpus Christi, Texas 78409
Potential Claimant

Allstate Insurance Company
c/o Thomas E. Quick
Aaron & Quick
901 N.E. Loop 410, Ste 903
San Antonio, Texas 78209-1307
Insurer for Claimant, Bridgette Goza

American Commercial Barge Lines
c/o Mr. Glen Goodier
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, LLP
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100
Owner of barges pulled by BROWN WATER V at the time of the accident.

Eddie Arriole
1616 Michigan
Port Isabel, Texas
Mr. Arriola is the supervisor of the Long Island Swing Bridge in Port-Isabel, Texas. He has knowledge of different barge configurations passing through the area and of the circumstances surrounding the accident.

Heather Askwig
2332 West Solano Drive
Phoenix, Arizona 85015
Potential Claimants

Attorney General of Texas
c/o Mr. Michael Ratliff
PO Box 12548
Austin, Texas 78711-2548

Bigo's International, LLC
c/o Mr. Ray R. Marchan
WATTS & HEARD, LLP
1926 E. Elizabeth
Brownsville, Texas 78520
Claimant

Joe W. Blocker
301 N. Chaparral
Fulton, Texas 78358
(361)-790-9350
Mr. Blocker was a deck hand on board the BROWN WATER V at the time of the accident.

Agustin Briseno
6684 Monte Vello
Brownsville, Texas
Mr. Briseno works at the Long Island Swing Bridge in Port Isabel, Texas. He had knowledge of the
configuration of barges passing through the area dn of the circumstances surrounding the area.

Rafael Briseno
1015 Timeer Drive
Brownsville, Texas
Mr. Briseno works at the Long Island Swing Bridge in Port Isabel, Texas. He had knowledge of the
configuration of barges passing through the area dn of the circumstances surrounding the area.

Steve Mosher
320 Cove Harbor
PO Box 2205
Rockport, Texas 78381-2205
Mr. Mosher is the President of Brown Water Towing I, Inc.

Captain Daniel Bryant
422 Palm
Laguna Vista, Texas
Captain Bryant has knowledge of the circumstances surrounding the accident.

Captain Joe Lee Bryant
104 Hwy 100 Lot 1
Port Isabel, Texas
Captain Bryant has knowledge of the circumstances surrounding the accident.

Cameron County
c/o Mr. George C. Kraehe
Willette & Guerra, LLP
3505 Boca Chica Blvd., Ste 460
Brownsville, Texas 78521

Cameron County Attorney
c/o Yolanda De Leon
Courthouse
974 E. Harrison Street
Brownsville, Texas 78520-7198

Daniel Ceballos
c/o Burns International Security Services
Long Island, Texas
Mr. Ceballos has knowledge of the circumstances surrounding the accident.

Central Power & Light
c/o C.T. Corporation System
350 N. St. Paul Street
Dallas, Texas 75201
Potential Claimant

Captain Phil Colo
416 Barker Street
Laguna, Texas
Captain Colo has knowledge of the circumstances surrounding the accident.

Edith Curtis
4268 Airport Road
Tioga, Texas 76271
Potential Claimant

Department of the Army
Corps of Engineers
1920 North Chaparral Street
Corpus Christi, Texas 78401
Attn: Mr. Elijio Garza, Area Engineer

Captain Steve Ellis
1016 Tarpon, #9
Port Isabel, Texas
Captain Ellis has knowledge of the circumstances surrounding the accident.

Robert and Virginia Fandrich
5101 Verdi Way
Stockton, CA 95207
Claimants

Cliff Fleming
721 Palm Blvd.
Laguna Vista, Texas
Mr. Fleming has knowledge of the circumstances surrounding the accident.

Colleen Forster
5652 Pinon Vista Drive
Austin, Texas 78724
Potential Claimant

Captain David Fowler
860 Debonair Drive
Mobile, Alabama 36695
334-639-1747
Captain Fowler was at the wheel of the BROWN WATER V at the time of the accident.

Captain James Franceschi
34 Sunburst Lane
Brownsville, Texas 78520
956-546-6103
Captain Franceshi was piloting the Irini Fout through the Brownsville Ship Channel when he heard Brown Water V's mayday call. He has personal knowledge of Captain Fowler's radio conversations subsequent to the accident. Captain Franceshi also has knowledge of the circumstances surrounding the accident and of previous groundings in the channel area.

Victor Franco
c/o Burns International Security Services
Long Island, Texas
Mr. Franco has knowledge of the circumstances surrounding the accident.

4

Gustavo Garcia
6939 West Business 83
Harlingen, Texas
Mr. Garcia has knowledge of the circumstances surrounding the accident.

Dolores Goette
410 Morris Street
Laguna Vista, Texas
Ms. Goette has knowledge of the circumstances surrounding the accident.

Captain henry Goette
410 Morris Street
Laguna Vista, Texas
Mr. Goette has knowledge of the circumstances surrounding the accident.

Bridgette Goza
c/o Mr. Ray R. Marchan
Watts & Heard, LLP
1926 E. Elizabeth
Brownsville, Texas 78520
Claimant

Mark Guillot
5705 Laguna Circle Sount, #202
South Padre Island, Texas
Mr. Guillot has knowledge of the circumstances surrounding the accident.

Daisy Harris
Address and telephone number unknown
Claimant

Raquel Teran Hinojosa
c/o Julian Rodriguez, Jr.
Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501
Claimant

Clarissa Hinojosa
c/o Julian Rodriguez, Jr.
Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501
Claimant

Omar Hinojosa
c/o Julian Rodriguez, Jr.
Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501
Claimant

Gaspar Hinojosa, II
c/o Julian Rodriguez, Jr.
Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501
Claimant

Ms. Kay Keese
PO Box 457
Bells, Texas 75414
Potential Claimant

Laguna Madre Water District of Port Isabel
c/o Mr. J.A. Magallanes
Magallanes, Hinojosa & Mancias, PC
1713 Boca Cica
PO Box 4901
Brownsville, Texas 78520
Claimant

Captain Phillip Langley
3326 Lakeside Drive
Rockwall, Texas 75087
(800) 873-9823
Captain Langley was the relief captain on board the tugboat Bruce Bordelon at the time of the
accident. He has knowledge of the circumstances surrounding the accident.

Ricky Leavell
c/o William Q. McManus
McManus & Crane, LLP
209 West Juan Linn
PO Box 2206
Victoria, Texas 77902-2206
Claimant

Carol Leavell
c/o William Q. McManus
McManus & Crane, LLP
209 West Juan Linn
PO Box 2206
Victoria, Texas 77902-2206
Claimant

Long Island Bridge Company
c/o John R. Freeland
806 Pecan
McAllen, Texas 78501
(956) 943-1622
Employees of Long Island Bridge Company witnessed the four barges and tug pass under the bridge
immediately prior to the accident. They also have knowledge of the configuration of barges passing
through the area of the circumstances surrounding the accident.

Mr. Hector Martinez
P. O. Box 212
Port Isabell, Texas 78578
(956) 943-5118
Claimant

Doyle McClendon
3211 North Inspiration Road, Apt. 2
Mission, Texas 78572
Potential Claimant

Romeo Miller
3106 Barnes Bridge
Dallas, Texas 75228
Potential Claimant

Juan Antonio Mireles and Soleded Gonzales Mireles
305 W. 10th Street
Los Fresons, Texas 78566
Claimants

J. Antonio Mireles
1112 First Street, #270
Coronado, CA 92118
Claimant, Personal Representative of the
Estate of Julio Cesar Mireles; Brother of Antonio Mireles

Captain Joseph Mock
Post Office Box 572
Port Isabel, Texas
Captain Mock has knowledge of the circumstances surrounding the accident.

Gustavo Mireles
c/o Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
Claimant

Dimas Mora
c/o W. Lamoine Holland
1920 Nacogdoches Road, Ste. 100
San Antonio, Texas 78209
Potential Claimant

Ramon Moreno
Rt. 3, Box 708F
Los Fresnos, Texas
Mr. Moreno has knowledge of the circumstances surrounding the accident.

Dr. Donald Jay Mulkerne
Spring Hill Behavioral Health
100 Memorial Hospital Drive, Ste. 1-B
Mobile, Alabama 36608
Dr. Mulkerne is Capt. David Fowler's treating psychologist and has knowledge of the impact of the accident on Capt. Fowler's emotional and psychological well-being.

8

Charles Nathanson
23102 Botkins Road
Hockley, Texas 77477
Potential Claimant

Levie Paul Old
1200 N. Magnolia, #26
Rockport, Texas 78382
(361) 727-9165
Mr. Old was a deck hand on board the BROWN WATER V at the time of the accident.

Outdoor RV Resorts South Padre
c/o Dave Fletcher
900 South Garcia Street
Port Isabel, Texas 78578
Potential Claimant

Jacqueline Paddock
c/o Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
Claimant

Annaca Page
16810 Tranquil Drive
Sugar Land, Texas 77478
Potential Claimant

Ms. Eileen Peeples
Post Office Box 2283
New Caney, Texas 77357
Potential Claimant

Port Isabel-San Benito Navigation District
c/o Mr. Brian G. Janis
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284

Daniel Pugh
(Telephone and address unknown)
Mr. Pugh has knowledge of the circumstances surrounding the accident.

Dan Reeves
1806 Illinois
Port Isabel, Texas
Mr. Reeves has knowledge of the circumstances surrounding the accident.

Captain Russell Robinson
c/o R&R Hi-Way Baitstand
Port Isabel, Texas
Captain Robinson has knowledge of the circumstances surrounding the accident.

Esteban F. Rivas
c/o John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501
and
c/o J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Ste. C
The Woodlands, Texas 77381
Claimant

Maria Miriam Rivas
c/o John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501
and
c/o J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Ste. C
The Woodlands, Texas 77381
Claimant

N. Fay Rutledge
726 Patridge Lane
Eagle Park, Texas 77434
Potential Claimant

10

Security Systems
Southwestern Bell Telephone
c/o Mr. Geoffrey Amsel
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78209
Claimant

Dale Ray Stockton
14648 Arroyo Drive
Harlingen, Texas
Mr. Stockton has knowledge of prior collisions of tugboats and barges with the Queen Isabella Causeway.

Russell Stockton
208 West Mesquite
South Padre Island, Texas
Mr. Stockton has knowledge of the circumstances surrounding the accident.

Texas Department of Public Safety
c/o Mary Ann Courter
5805 Lamar Blvd.
Post Office Box 4087
Austin, Texas 78773-0001

Texas Department of Transportation
c/o Mark J. Spansel
ADAMS & REESE, L.L.P.
4500 One Shell Square
New Orleans, LA 70139
and
Amadeo Saenz, District Engineer
600 West US 83 Expressway
P. O. Drawer EE
Pharr, Texas 78577
Potential Claimant

Texas Parks & Wildlife Department
c/o Boyd Kennedy
Staff Attorney
Law Enforcement Division
5541 Bear Lane, Ste. 232
Corpus Christi, Texas 78405

and
4200 Smith School Road
Austin, Texas 78744

Captain Dewitt Thomas
121 Channel
Port Isabel, Texas
Captain Thomas has knowledge of the circumstances surrounding the accident.

United States Coast Guard
Commanding Officer
Marine Safety Office - Corpus Christi
400 Mann Street, Ste. 210
Corpus Christi, Texas 78401
The United States Coast Guard performed an investigation of the accident.

Janie Valdez
7300 North Padre Blvd.
South Padre Island, Texas
Ms. Valdez has knowledge of the circumstances surrounding the accident.

Ross Viligura
828 Hughes
Box 429
Palacios, Texas 77465
(979) 578-1864
Mr. Villigura was a deck hand on board the BROWN WATER V at the time of the accident.

Sheldon Weisfield
855 East Harrison Street
Brownsville, Texas 78520
Mr. Weisfield is Captain Fowler's criminal attorney

Jim Wilson
United States Coast Guard
800 David Drive, Room 232
Morgan City, LA 70380
Mr. Wilson conducted the U.S.C.G. investigative hearings

Captain Rocky Lee Wilson
Post Office Box 2166
Port Aransas, Texas 78373
(361) 749-3633
Captain Wilson was the captain on board the BROWN WATER V at the time of the accident.

United States Department of Transportation
c/o Hon. Greg Serres, United States Attorney
600 East Harrison, Ste. 201
Brownsville, Texas 78520-7114

William Welch
c/o Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521
Claimant

William Morris Welch
c/o Mr. James B. Manley
Attorney at Law
3616 Preston Road
Pasadena, Texas 77505
Claimant

13

Lydia Zamora
c/o Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
Claimant

Craig Zimmerman
1/4 Mile North 10 on FM 1575
Post Office Box 4025
Los Fresnos, Texas
Mr. Zimmerman has knowledge of the circumstances surrounding the accident.

William Zimmerman
706 North Shore Drive
Port Isabel, Texas
Mr. Zimmerman has knowledge of the circumstances surrounding the accident.

All persons who have provided testimony at the United States Coast Guard hearings.

14



| EVIDENCE # | DATE | TIME | DESCRIPTION |
|---|---|---|---|
| ACOE-02 | ********* | 1122 | Army Corps of Engineer Post Allision survey. |
| BW-01 | ********* | 1303 | Employment Resume for Douglas W. Swain (Brown Water Marine Expert Witness). |
| BW-03 | ******** | 1312 | Port Isabel, TX Image (Brown Water Marine Service, Inc.) |
| BW-05 | ********* | 1315 | "Multibeam Depth Sounder" (Brown Water Marine Services, Inc. survey of the subject area) |
| BW-07 | ********* | 1326 | Survey vessel "R/V Mullet" (Brown Water Marine Service, Inc. Survey) |
| BW-09 | ********* | 1333 | "Dredge Template" (Brown Water Marine Service, Inc. Survey). |
| BW-11 | ********* | 1350 | "Holes in Bottom" (Brown Water Marine Service, Inc. Survey). |
| BW-13 | ********* | 1433 | "Hole Contours 1ft. Intervals" (Brown Water Marine Service, Inc. Survey) |
| BW-15 | ********* | 1445 | Photograph of barge transitting toward Queen Isabella Causeway #2. |
| BW-17 | ********* | 1445 | Photograph of barge transitting toward Queen Isabella Causeway #4. |
| BW-19 | ********* | 1447 | Photograph of barge transitting toward Queen Isabella Causeway #6. |
| BW-21 | ********* | 1450 | Photograph of barge transitting toward Queen Isabella Causeway #8. |
| BW-23 | ********* | 817 | Affidavit of James Franceschi. |
| BW-25 | ********* | 946 | Witness statement, Phil Colo, 3 pages. |
| BW-27 | ********* | 945 | Witness statement, Daniel Bryant, 3 pages. |
| BW-29 | ********* | 945 | Witness statement, Cliff Fleming, 2 pages. |
| BW-31 | ********* | 945 | Witness statement, Mark Guillat, 2 pages. |
| BW-33 | ********* | 945 | Witness statement, Dewitt Thomas, 2 pages. |
| BW-36 | ********* | 1110 | Physical Oceanographic Real-Time system, current meter. |

Day 01
Day 02
Day 03
Day 04



EXHIBIT
B

Fowler-02   *********   1240   Letter from Physician, James A. Freeberg, Ed.D.,P.C., Psychologist.

Fowler-04   *********   1244   Search and Seizure Warrant.

IO-01   *********   1100   Letter of Appointment to Mr. James Wilson from the Commander 8thCG District.

IO-03   *********   1100   Notification to the State of Texas as a Party-in-Interest.

IO-05   *********   1100   Notification to Brown Water Marine Service, Inc. as a Party-in-Interest.

IO-07   *********   1100   Texas Peace Officer's Accident Report, Fatality Accident, form: ST-3(EFF. 1/1/96).

IO-09   *********   1052   Written Statement and Drug Screening for J.W. Blocker, crew member on Brown Water V.

IO-11   *********   1000   Laguna Madre Chart (Large).

IO-13   *********   1005   Laguna Madre Chart (Medium).

IO-15   *********   1020   Port Isabel Channel Film (CWO Grodecki filming, fixed and unfixed view abord CG small Boat).

IO-17   *********   1315   Transcription, Interview with Captain David Fowler and crew on 16Sep01.

IO-19   *********   1315   Mini Cassette, CWO Grodecki and LT Helton, Interview with Captain David Fowler on 17Sep01.

IO-21   *********   1315   Normal cassette, Interview with Captain David Fowler on 17Sep01.

IO-23   *********   1425   Coast Guard Alcosensor and Field Sobriety Test results, Conducted by CWO Grodecki.

IO-25   *********   1555   Written witness statement from Levi Old (crew member on the Brown Water V).

IO-27   *********   1613   Coast Guard Regional Exam Center File for Captain Fowler.

IO-29   *********   1616   Tankerman License (copy) for Captain Rocky L. Wilson.

IO-31   *********   1742   CG-2692, Report of Marine Injury or Death, Submitted by Brown Water Marine Service, Inc.

IO-33   *********   1053   Transcription of Interview with Brown Water V crew on 15Sep01, continued.

IO-34   *********   1104   Queen Isabella Causeway Bridge large view chart.

IO-36   *********   1512   Uninspected Towing Vessel Exam Checklist Deficiencies, Brown Water V.

IO-38   *********   1619   Blown up view of subject area from the NOAA chart 11302.

IO-40   *********   1110   Resume and licenses, Ronald W. Yates, 15 pages.

| ID | | Description |
|---|---|---|
| NOAA-02 | 815 | Federal Agencies Involved In Nautical Charting. |
| NOAA-04 | 815 | NOAA Hydrographic Survey. |
| NOAA-06 | 815 | Results of NOAA Hydrographic Survey (Depths in ft. at time of incident, +2.1 ft tide). |
| NOAA-08 | 815 | Results of NOAA Hydrographic Survey (Depths in ft. at time of incident, +2.1 ft tide). |
| NOAA-10 | 815 | Results of NOAA Hydrographic Survey (Depth in ft. at MLLW), close color-coded depth view. |
| NOAA-12 | 815 | Results of NOAA Hydrographic Survey, Depth less than or equal to 12 ft. at MLLW. |
| NOAA-14 | 815 | Wind speed and direction, Port Isabel NOAA Tide Guide (Sep 15, 2001-0100 Standard Time, 0700 UTC). |
| NOAA-16 | 815 | Summary of NOAA Results. |
| NOAA-18 | 1016 | View of channel, custom view (extremely close view of scour area). |
| NOAA-20 | 1031 | NOAA Tide Data for Port Isabel tide guage #8779770. |
| TX-01 | 1010 | Stewart Jenkins, notes regarding inspection of Queen Isabella bridge nav lights, 3 pages. |
| TX-03 | 1105 | Brown Water Marine Service, Inc. record of incidents (Coast Guard Records). |