/67

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

**MAY 0 7 2002**

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | |
| PETITION OF BROWN WATER | § | |
| TOWING I, INC., AS OWNER, | § | |
| AND BROWN WATER MARINE | § | |
| SERVICE, INC., AS BAREBOAT | § | |
| CHARTERS, OF THE BROWN | § | CIVIL ACTION NO. B- 01-157 |
| WATER V, ITS ENGINES, | § | |
| TACKLE, ETC., IN A CAUSE OF | § | |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | CONSOLIDATED WITH |
| | § | |
| IN THE MATTER OF AMERICAN | § | |
| COMMERCIAL LINES LLC AS | § | |
| OWNER AND AMERICAN | § | CIVIL ACTION NO. B-02-004 |
| COMMERCIAL BARGE LINE LLC | § | |
| AS CHARTER OF THE BARGES | § | |
| NM-315, VLB-912, ACL-9993B, | § | (Subject to Rule 9(h) of the |
| VLB-9173, PRAYING FOR | § | of the Federal Rules of |
| EXONERATION FROM AND/OR | § | of Civil Procedure) Admiralty |
| LIMITATIONOF LIABILITY | § | |

## INITIAL DISCLOSURES OF CLIAMANTS

COME NOW Claimants, Rolando Lee Moya, Alberto Leroy Moya, Antonio Salinas Jr., and Roberto Espericueta, pursuant to Rule 26 of the Federal Rules of Civil Procedure and herby submit their initial disclosures.

### A. RESERVATION OF PRIVILEGES

The following Rule 26(a)(6) disclosures are submitted subject to and without waiving any right to assert as to any document or communication all applicable privileges and exemptions to disclosure pursuant to any applicable statute or rule of procedure, including, but not limited to, the attorney/client privilege, the attorney work product privilege, the party communication privilege and the consulting expert privilege.

## B. INCORPORATION OF OTHER RULE 26 DISCLOSURES

Claimants incorporate all persons designated by all other parties to this action as persons who may have knowledge of information relevant to the factual issues presented by this action.

## C. PERSONS WITH KNOWLEDGE

The following persons or entities may have discoverable information regarding relevant facts:

*A.G. Hill Power*
c/o Ms. Janet Thompson
6654 Leopard Street
Corpus Christi, Texas 78409
*Company believed to have repaired and/or maintained the street lights on the bridge.*

*Allstate Insurance Company*
c/o Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307
*Subrogation claimant for property damages of Bridgette Goza*

*American Commercial Barge Lines*
*American Commercial Lines*
c/o Mr. Glen Goodier
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100
*Owner of barges pushed by Brown Water V at the time of the accident.*

*Eddie Arriola*
1616 Michigan
Port Isabel, Texas
*Mr. Arriola is the supervisor of the Long Island Swing Bridge in Port Isabel, Texas. He has knowledge of different barge configurations passing through the area and of the circumstances surrounding the accident.*

*State of Texas*
c/o Mr. Jack F. Gilbert
Post Office Box 12548
Austin, Texas 78711-2548

*Bigo's International, L.L.C.*
c/o Mr. Ray R. Marchan
Watts & Heard, L.L.P.
1926 Elizabeth
Brownsville, Texas 78520
*Claimant*

*Joe W. Blocker*
301 N. Chaparral
Fulton, Texas 78358
(361) 790-9350
*Mr. Blocker was a deck hand on board the BROWN WATER V at the time of the accident.*

*Agustin Briseno*
6684 Monte Vello
Brownsville, Texas
*Mr. Briseno works at the Long Island Swing Bridge in Port Isabel, Texas. He has knowledge of the configuration of barges passing through the area and of the circumstances surrounding the area.*

*Rafael Briseno*
1015 Timeer Drive
Brownsville, Texas
*Mr. Briseno works at the Long Island Swing Bridge in Port Isabel, Texas. He has knowledge of the configuration of barges passing through the area and of the circumstances surrounding the area.*

*Captain Daniel Bryant*
422 Palm
Laguna Vista, Texas
*Captain Bryant has knowledge of the circumstances surrounding the accident.*

*Captain Joe Lee Bryant*
104 Hwy 100 Lot 1
Port Isabel, Texas
*Captain Bryant has knowledge of the circumstances surrounding the accident.*

*Cameron County*
c/o Mr. George C. Kraehe
Willette & Guerra, L.L.P.
3505 Boca Chica Boulevard, Suite 460
Brownsville, Texas 78521

*Daniel Ceballos*
c/o Burns International Security Services
Long Island, Texas
*Mr. Ceballos has knowledge of the circumstances surrounding the accident.*

*Central Power & Light*
c/o C.T. Corporation System
350 N. St. Paul Street
Dallas, Texas 75201
*Has knowledge regarding the street lights on the causeway.*

*Captain Phil Colo*
416 Barker Street
Laguna Vista, Texas
*Captain Colo has knowledge of the circumstances surrounding the accident.*

*Department of the Army*
Corps of Engineers
1920 North Chaparral Street
Corpus Christi, Texas 78401
Attn: Mr. Elijio Garza, Area Engineer

*Captain Steve Ellis*
1016 Tarpon, #9
Port Isabel, Texas
*Captain Ellis has knowledge of the circumstances surrounding the accident.*

*Robert Espericueta*
c/o Mr. Frank Enriquez
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504
*Claimant*

*Robert and Virginia Fandrich*
5101 Verdi Way
Stockton, California 95207
*Claimants*

*Cliff Fleming*
721 Palm Boulevard
Laguna Vista, Texas
*Mr. Fleming has knowledge of the circumstances surrounding the accident.*

*Captain David Fowler*
860 Debonair Drive
Mobile, Alabama 36695
(334) 639-1747
*Captain Fowler was at the wheel of the BROWN WATER V at the time of the accident.*

*Captain James Franceschi*
34 Sunburst Lane
Brownsville, Texas 78520
(956) 546-6103
*Captain Franceshi was piloting the Irini F out through the Brownsville Ship Channel when he heard Brown Water V's mayday call. He has knowledge of Captain Fowler's radio conversations subsequent to the accident. Captain Franceshi also has knowledge of the circumstances surrounding the accident and of previous groundings in the channel area.*

*Victor Franco*
c/o Burns International Security Services
Long Island, Texas
*Mr. Franco has knowledge of the circumstances surrounding the accident.*

*Gustavo Garcia*
6939 West Business 83
Harlingen, Texas
*Mr. Garcia has knowledge of the circumstances surrounding the accident.*

*Dolores Goette*
410 Morris Street
Laguna Vista, Texas
*Ms. Goette has knowledge of the circumstances surrounding the accident.*

*Captain Harry Goette*
410 Morris Street
Laguna Vista, Texas
*Captain Goette has knowledge of the circumstances surrounding the accident.*

*Bridgette Goza*
c/o Mr. Ray R. Marchan
Watts & Heard, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
*Claimant*

*Mark Guillot*
5705 Laguna Circle South, #202
South Padre Island, Texas
*Mr. Guillot has knowledge of the circumstances surrounding the accident.*

*Anita Harris*
c/o Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550
*Claimant*

*Raquel Terran Hinojosa*
c/o Robert E. Ammons
Stevenson & Ammons, L.C.
3700 Montrose Boulevard
Houston, Texas 77006;
Ramon Garcia
Law Offices of Ramon Garcia, P.C.
222 West University Drive
Edinburg, Texas 78539
*Claimant*

*Clarissa Hinojosa*
c/o Robert E. Ammons
Stevenson & Ammons, L.C.
3700 Montrose Boulevard
Houston, Texas 77006;
Ramon Garcia
Law Offices of Ramon Garcia, P.C.
222 West University Drive
Edinburg, Texas 78539
*Claimant*

*Martin D. Hinojosa*
c/o Julian Rodriguez, Jr.
Attorney at Law
100 W. Pecan
McAllen, Texas 78501
*Claimant*

*Omar Hinojosa*
c/o Robert E. Ammons
Stevenson & Ammons, L.C.
3700 Montrose Boulevard
Houston, Texas 77006;

Ramon Garcia
Law Offices of Ramon Garcia, P.C.
222 West University Drive
Edinburg, Texas 78539
*Claimant*

*Gaspar Hinojosa II*
c/o Robert E. Ammons
Stevenson & Ammons, L.C.
3700 Montrose Boulevard
Houston, Texas 77006;
Ramon Garcia
Law Offices of Ramon Garcia, P.C.
222 West University Drive
Edinburg, Texas 78539
*Claimant*

*Rita S. Hinojosa*
c/o Julian Rodriguez, Jr.
Attorney at Law
100 W. Pecan
McAllen, Texas 78501
*Claimant*

*Independent Plumbers of South Texas*
c/o Cliff Garrard
8602 Robindell Drive
Houston, Texas 77074
*Claimant*

*William E. Kimbrell*
c/o Richard Leo Harrell
The Edwards Law Firm
Post Office Box 480
Corpus Christi, Texas 78403
*Claimant*

*Laguna Madre Water District of Port Isabel*
c/o Mr. J. A. magallanes
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Cica
Post Office Box 4901
Brownsville, Texas 78520
*Claimant*

*Captain Phillip Langley*
3326 Lakeside Drive
Rockwall, Texas 75087
(800) 873-9823
*Captain Langley was the relief captain on board the tug boat Bruce Bordelon at the time of the accident. He has knowledge of the circumstances surrounding the accident.*

*Ricky Leavell*
c/o William Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206
*Claimant*

Carol Leavell
c/o William Q. McManus
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206
*Claimant*

*Long Island Bridge Company*
c/o John R. Freeland
806 Pecan
McAllen, Texas 78501
(956) 943-1622
*Employees of Long Island Bridge Company witnessed the four barges and tug pass under the bridge immediately prior to the accident. They also have knowledge of the configuration of barges passing through the area and of the circumstances surrounding the accident.*

*Hector Martinez, Sr.*
c/o Jim S. Hart
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
*Claimant*

*Rene and Frank Mata*
c/o Mr. Raymond Thomas
Mr. Andres Gonzalez
Kittleman, Thomas, Ramirez & Gonzalez
4900-B North 10th Street
McAllen, Texas 78504
*Claimants*

*J. Antonio Mireles*
c/o S. Mark Strawn
Schirrmieister Ajamie, L.L.P.
Pennzoil Place – South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
*Claimant*

*Juan Antonio Mireles*
c/o S. Mark Strawn
Schirrmieister Ajamie, L.L.P.
Pennzoil Place – South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
*Claimant*

*Soledad Gonzalez Mireles*
c/o S. Mark Strawn
Schirrmieister Ajamie, L.L.P.
Pennzoil Place – South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
*Claimant*

*Captain Joseph Mock*
Post Office Box 572
Port Isabel, Texas
*Captain Mock has knowledge of the circumstances surrounding the accident.*

*Gustavo Morales*
c/o Mr. Ray R. Marchan
Watts & Heard, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
*Claimant*

*Dimas Mora*
c/o W. Lamonie Holland
1920 Nacogdoches road, Suite 100
San Antonio, Texas 78209
*Claimant*

*Ramon Moreno*
Rt. 3 box 708F
Los Fresnos, Texas
*Mr. Moreno has knowledge of the circumstances surrounding the accident.*

*Alberto Leroy Moya*
c/o Mr. Frank Enriquez
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504
*Claimant*

*Rolando Lee Moya*
c/o Mr. Frank Enriquez
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504
*Claimant*

*Dr. Donald Jay Mulkerne*
Spring Hill Behavioral Health
100 Memorial Hospital Drove, Ste. 1-B
Mobil, Alabama 36608
*Dr. Mulkerne is Capt. David Fowler's Treating psychologist and has knowledge of the impact of the accident on Capt. Fowler's emotional and psychological well-being.*

*Levie Paul Old*
1200 N. Magnolia, #26
Rockport, Texas 78382
(361) 727-9165
*Mr. Old was a deck hand on board the BROWN WATER V at the time of the accident.*

*Jacqueline Paddock*
c/o Mr. Ray R. Marchan
Watts & Heard, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
*Claimant*

*Port Isabel-San Benito Navigation District*
c/o Mr. Brian G. Janis
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284

*Daniel Pugh*
Telephone and address unknown
*Mr. Pugh has knowledge of the circumstances surrounding the accident.*

*Dan Reeves*
1806 Illinois
Port Isabel, Texas
*Mr. Reeves has knowledge of the circumstances surrounding the accident*

*Captain Russell Robinson*
c/o R & R Hi-Way Baitstand
Port Isabel, Texas
*Captain Robinson has knowledge of the circumstances surrounding the accident.*

*Esteban F. Rivas*
c/o John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501
and
c/o J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381
*Claimant*

Maria Miriam Rivas
c/o John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501
and
c/o J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381
*Claimant*

*Antonio Salinas Jr.*
c/o Mr. Frank Enriquez
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78/504
*Claimant*

*Security Systems*
*Southwestern Bell Telephone*
c/o Mr. Geoffrey Amsel
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78209
*Claimant*

*Dale Ray Stockton*
14648 Arroyo Drive
Harlingen, Texas
*Mr. Stockton has knowledge of prior collisions of tugboats and barges with the Queen Isabella Causeway.*

*Russell Stockton*
208 West Mesquite
South Padre Island, Texas
*Mr. Stockton has knowledge of the circumstances surrounding the accident.*

*Texas Department of Public Safety*
c/o Mary Ann Courter
5805 Lamar Boulevard
Post Office Bos 4087
Austin, Texas 78773-001

*Texas Department of Transportation*
c/o Mr. Jack F. Gilbert
Post Office Box 12548
Austin, Texas 78711-2548;
Mark J. Spansel
Adams & Reese, L.L.P.
4500 One Shell Square
New Orleans, LA 70139
and
Amadeo Saenz, District Engineer
600 West US 83 Expressway
P.O. Drawer EE
Pharr, Texas 78577

*Texas Parks & Wildlife Department*
c/o Boyd Kennedy
Staff Attorney
Law Enforcement Division
5541 Bear Lane, Suite 232
Corpus Christi, Texas 78405
and

4200 Smith School Road
Austin, Texas 78744

*Captain Dewitt Thomas*
121 Channel
Port Isabel, Texas
*Captain Thomas has knowledge of the circumstances surrounding the accident.*

*United States Coast Guard*
Commanding Officer
Marine Safety Office – Corpus Christi
400 Mann Street, Suite 210
Corpus Christi, Texas 78401
*The United States Coast Guard performed an investigation of the accident.*

*Janie Valdez*
7300 North Padre Boulevard
South Padre Island, Texas
*Ms. Valdez has knowledge of the circumstances surrounding the accident.*

*Ross Valigura*
828 Huges
Box 429
Palacios, Texas 77465
(979) 578-1864
*Mr. Valigura was a deck hand on board the BROWN WATER V at the time of the accident*

*Sheldon Weisfeld*
855 East Harrison Street
Brownsville, Texas 78520
*Mr. Weisfeld is Captain Fowler's criminal attorney*

*Jim Wilson*
*United States Coast Guard*
800 David Drive, Room 232
Morgan City, Louisiana 70380
*Mr. Wilson conducted the U.S.C.G. investigative hearings.*

*Captain Rocky Lee Wilson*
Post Office Box 2166
Port Aransas, Texas 78373
(361) 749-3633
*Captain Wilson was the captain on board the BROWN WATER V at the time of the accident.*

*United States Department of Transportation*
c/o Hon. Greg Serres, United States Attorney
600 East Harrison, Suite 201
Brownsville, Texas 78520-7114

*William B. Welch, Minor*
c/o Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521
*Claimant*

*William Morris Welch*
c/o Mr. James B. Manley
Attorneys at Law
3616 Preston Road
Pasadena, Texas 77505
*Claimant*

*Lydia Zamora*
c/o Mr. Ray R. Marchan
Watts & Heard, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
*Claimant*

*Craig Zimmerman*
1/4 Mile North 100 on FM 1575
Post Office Box 4025
Los Fresnos, Texas
*Mr. Zimmerman has knowledge of the circumstances surrounding the accident*

*William Zimmerman*
706 North Shore Drive
Port Isabel, Texas
*Mr. Zimmerman has knowledge of the circumstances surrounding the accident.*

*Sixty-two (62) businesses*
C/o Michael L. Slack
Slack & Davis, L.L.P.
8911 Capital of Texas Hwy
Building 2, Suite 2110
Austin, Texas 78759
*Claimants (See Exhibit "A" attached)*

## D. DAMAGES

A computation of any category of damages claimed by the disclosing party: Currently known to date: Claimant's Proof of Claim has been filed with the Court. Personal injury damages to be determined by fact finder.

## E. DISCLOSURE OF EXPENT TESTIMNY

None at this time; will supplement in accordance with the Rules.

## F. DOCUMENTS PRODUCED

The documents and tangible things required to be disclosed are available at Claimants' attorneys' office in McAllen, Texas upon reasonable notice. Claimants also refer all parties to the exhibits produced at the United States Coast Guard hearings which took place on October 9, 10, 11, 12, 2001 and November 5, 2001.

## G. INSURANCE POLICIES

None applicable.

Respectfully submitted,

LAW OFFICES OF FRANK ENRIQUEZ
4200-B North Bicentennial
McAllen, Texas 78504
Tele: (956) 686-5291
Fax: (956) 618-5064

By: _____
FRANK ENRIQUEZ, Attorney in Charge
State Bar No. 06630500
Federal Bar No. 3784
ROBERTO D. PUENTE
State Bar No. 24013359
Federal Bar No. 24238

ATTORNEYS FOR CLAIMANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this the _____ day of May 2002, a true and correct copy of

the foregoing instrument was forwarded to all counsel of record pursuant to the Federal

Rules of Civil Procedure.

| | |
|---|---|
| Will W. Pierson | Raymond L. Thomas |
| Royston, Razor, Vickery & Williams | Kittleman, Thomas, Ramirez & |
| 1700 Wilson Plaza West | Gonzalez |
| 606 N. Carancahua | 4900-B North 10th Street |
| Corpus Christi, Texas 78476 | McAllen, Texas 78504 |
| | |
| Keith N. Uhles | John David Franz |
| Royston, Razor, Vickery & Williams | Law Offices of John David Franz |
| P.O. Box 3509 | 400 N. McColl |
| Brownsville, Texas 78523 | McAllen, Texas 78501 |
| | |
| Ray R. Marchan | J. Chad Gauntt |
| Watts & Heard, L.L.P. | Gauntt & Kruppstadt, L.L.P. |
| 1926 E. Elizabeth | 9004 Forest Crossing Dr. Suite C |
| Brownsville, Texas 78520 | The Woodlands, Texas 77381 |
| | |
| Geoffrey Amsel | Thomas E. Quirk |
| SBC Management Services | Law Offices of Aaron & Quirk |
| 1010 N. St. Mary's, Room 1403 | 901 N.E. Loop 410, Suite 903 |
| San Antonio, Texas 78209 | San Antonio, Texas 78209-1308 |
| | |
| Julian Rodriguez, Jr. | John and Mary McCoy |
| 100 W. Pecan | 514 Brookside Pass |
| McAllen, Texas 78501 | Cedar Park, Texas 78613 |
| | |
| Juan A. Magallanes | Veronica Farias |
| Magallanes, Hinojosa & Mancias, P.C. | Law Office of Veronica Farias |
| 1713 Boca Chica Blvd. | 2854 Boca Chica Blvd. |
| Brownsville, Texas 78520 | Brownsville, Texas 78521 |
| | |
| S. Mark Strawn | Sandra D. Laurel |
| Schirmeister Ajamie, L.L.P. | Snow & Laurel, L.L.P. |
| 711 Louisiana Street, Suite 2150 | 310 West Sunset |
| Houston, Texas 77002 | San Antonio, Texas 78209 |

Richard Leo Harrell
The Edwards Law Frim, L.L.P.
802 N. Carancahua, Suite 1400 (78470)
P.O. Box 480
Corpus Christi, Texas 78403-0480

James B. Manley
3616 Preston Road
Pasadena, Texas 77505

Heriberto Merdarno
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550

Glen Goodier
Jones, Walker, Waechter, Poitevent,
Carrere & Denegre, L.L.P.
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100

Jim S. Hart
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

Jack F. Gilbert
Office of the Attorney General
Transportation Division
Post Office Box 12548
Austin, Texas 78711-2548

Cliff Garrard
Independence Plumbers of South Texas
8602 Robindell Drive
Houston, Texas 77074

William Q. McManus
McManus & Crane. L.L.P.
209 West Juan Linn
P.O. Box 2206
Victoria, Texas 77902-2206

Robert and Virginia Fandrich
5101 Berdi Way
Stockton, CA 985207

Mark J. Spansel
Adams & Reese, L.L.P.
4500 One Shell Square
New Orleans, LA 70139

Less Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471

W. Lamoine Holland
Law Office of W. Lamonie Holland
1920 Nacogdoches Road, Suite 100
San Antonio, Texas 78209

Michael L. Slack
Slack & Davis, L.L.P.
Building Two, Suite 2110
8911 Capital of Texas Highway, N.
Austin, Texas 78759

FRANK ENRIQUEZ

C.A. NO. B-01-157
EXHIBIT "A"

| No. | CLAIMANT | TYPE OF LOSS | AMOUNT OF LOSS (UNLIQUIDATED CLAIM IN EXCESS OF STATED AMOUNT) |
|---|---|---|---|
| 1 | 202 Bayside Bar & Grill<br>944 Marine Dr.<br>Brownsville, TX  78521 | Economic Loss, Lost Profits & Business Interruption | > $100,000.00 |
| 2 | A-1 Taxi & A-1 Limousine<br>5312 Padre Blvd.<br>South Padre Island, TX  78597 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| 3 | Amberjack's Bar and Grill, Inc.<br>209 W. Whiting<br>South Padre Island, TX  78597 | Economic Loss, Lost Profits & Business Interruption | > $100,000.00 |
| 4 | Charlie Armendariz<br>Charter Captain<br>1178 Boca Chica<br>Brownsville, TX  78520 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 5 | BK's Beach to Bay Enterprises, Inc., dba<br>BK's Carpet & Upholstery Cleaning<br>104 E. Tarpon CL-1, #44<br>South Padre Island, TX  78597 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 6 | Rodolfo Barrera<br>215 Dodds<br>Los Fresnos, TX  78566 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 7 | Rick and Brenda Bays<br>12619 #2 Fitzhugh Rd.<br>Austin, TX  78736 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 8 | Bubba's Bayside Bar-B-Que Restaurant<br>209 W. Whiting<br>South Padre Island, TX  78597 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| 9 | Buena Suerte Sport Fishing Charters<br>209 W. Whiting<br>South Padre Island, TX  78597 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 10 | Cactus Flower Interiors<br>3009 Padre Blvd.<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $50,000.00 |
| 11 | Capt. Thomas Charter Fishing<br>P. O. Box 1247<br>Port Isabel, TX  78578 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 12 | Casa de Siesta Bed & Breakfast<br>4610 Padre Blvd.<br>South Padre Island, TX  78597 | Economic Loss, Lost Profits & Business Interruption | > $100,000.00 |



| No. | CLAIMANT | TYPE OF LOSS | AMOUNT OF LOSS (UNLIQUIDATED CLAIM IN EXCESS OF STATED AMOUNT) |
|---|---|---|---|
| 13 | Dolly Castillo<br>814 Ebony Lane<br>Laguna Vista, TX   78578 | Personal Loss of Income | > $5,000.00 |
| 14 | Coffey Construction<br>P. O. Box 3405<br>South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | > $1,000,000.00 |
| 15 | Rae Déjur<br>210 Magnolia Creek Rd.<br>Santa Rosa Beach, FL   32459 | Personal Loss of Income | > $5,000.00 |
| 16 | Designer's Discount Showroom<br>222 N. Expressway<br>Brownsville, TX   78521 | Economic Loss, Lost Profits & Business Interruption | > $50,000.00 |
| 17 | Edelstein's Better Furniture and Show Case<br>222 N. Expressway<br>Brownsville, TX   78521 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| 18 | Fedigan Construction<br>P. O. Box 3244<br>South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | Undetermined |
| 19 | Adrian Flandes<br>Charter Guide<br>302 Mesquite Dr.<br>Laguna Vista, TX   78578 | Economic Loss, Lost Profits & Business Interruption; Personal Loss of Income | > $5,000.00 |
| 20 | Furcron Realtors<br>4800 Padre Blvd.<br>South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| 21 | Pedro Garcia, III<br>Charter Guide<br>207 Abony Lane<br>Laguna Vista, TX   78578 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 22 | Ghilain, Inc.<br>209 W. Whiting<br>South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | > $15,000.00 |
| 23 | Risa Ann Ghilain<br>209 W. Whiting<br>South Padre Island, TX   78597 | Personal Loss of Income | > $5,000.00 |
| 24 | Mark A. Guillot<br>Charter Guide<br>P. O. Box 2236<br>South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 25 | Joe Gutierrez, III<br>P. O. Box 390<br>Port Isabel, TX   78578 | Economic Loss, Lost Profits & Business Interruption | > $2,000.00 |

| No. | CLAIMANT | TYPE OF LOSS | AMOUNT OF LOSS (UNLIQUIDATED CLAIM IN EXCESS OF STATED AMOUNT) |
|---|---|---|---|
| 26 | Adam and Marcela Hancock<br>CL 1, Box 1<br>109 W. Tarpon<br>South Padre Island, TX 78597 | Personal Loss of Income | > $5,000.00 |
| 27 | Island Market<br>5312 Padre Blvd.<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $50,000.00 |
| 28 | Island Pharmacy<br>P. O. Box 3134<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 29 | J. W. Properties, Inc.<br>P. O. Box 2100<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 30 | J. W. Restaurants, Inc.<br>P. O. Box 2100<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $50,000.00 |
| 31 | Jim Reynolds Hair Design<br>P. O. Box 2658<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 32 | Jim's Pier, Inc.<br>209 W. Whiting<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| 33 | Joseph's Restaurant<br>P. O. Box 3557<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $100,000.00 |
| 34 | Kelly's Irish Pub<br>101 E. Morningside Dr.<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $50,000.00 |
| 35 | Kohnami Restaurant<br>1933 S. 10th St.<br>McAllen, TX 78503 | Economic Loss, Lost Profits & Business Interruption | > $50,000.00 |
| 36 | La Jaiba Seafood Restaurant and Lounge<br>2001 Padre Blvd.<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| 37 | LaVina's Natural Nail Care<br>P. O. Box 2582<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $4,000.00 |
| 38 | Michael and Judy Lemmons<br>P. O. Box 2762<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption; Personal Loss of Income | > $25,000.00 |
| 39 | Miramar Resort<br>P. O. Box 2100<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruptions | > $25,000.00 |

- 3 -

| No. | CLAIMANT | TYPE OF LOSS | AMOUNT OF LOSS (UNLIQUIDATED CLAIM IN EXCESS OF STATED AMOUNT) |
|---|---|---|---|
| 40 | Marina Village, Inc. c/o 1 Padre Blvd. South Padre Island, TX  78597 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 41 | Massage & Healing Arts Center 2100 Padre Blvd. South Padre Island, TX  78597 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| 42 | Andrew L. Minkler P. O. Box 164 Port Isabel, TX  78578 | Personal Loss of Income | > $5,000.00 |
| 43 | Padre Island Brewing Co., Inc. 3400 Padre Blvd. South Padre Island, TX  78597 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| 44 | Glen and Joyce Pfeil 755 Katy Fwy, #153 Houston, TX  77024 | Economic Loss, Lost Profits & Business Interruption | > $3,000.00 |
| 45 | Pro-Fit Gym 5800 Padre Blvd. South Padre Island, TX  78597 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| 46 | Property Management Co. 4800 Padre Blvd. South Padre Island, TX  78597 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| 47 | Richard Stockton Photography P. O. Box 3893 South Padre Island, TX  78597 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| 48 | Sangria Condominium, Inc. 1400 Gulf Blvd. South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 49 | Sea Ranch Enterprises, Inc. c/o 1 Padre Blvd. South Padre Island, TX  78597 | Economic Loss, Lost Profits & Business Interruption | > $50,000.00 |
| 50 | South Padre Island Fishing Center Joint Venture c/o 1 Padre Blvd. South Padre Island, TX  78597 | Economic Loss, Lost Profits & Business Interruption | > $50,000.00 |
| 51 | SPI Management d/ba Radisson Resort SPI 500 Padre Blvd. South Padre Island, TX  78597 | Economic Loss, Lost Profits & Business Interruption | > $100,000.00 |
| 52 | SPI Security 1004 Padre Blvd. South Padre Island, TX  78597 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |

- 4 -

| | CLAIMANT | TYPE OF LOSS | AMOUNT OF LOSS (UNLIQUIDATED CLAIM IN EXCESS OF STATED AMOUNT) |
|---|---|---|---|
| 53 | SPI Texas Enforcement Group, Inc., dba Mail Boxes Etc. #4075 1004 Padre Island, TX 78597 South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 54 | Lee Roy Summerlin Charter Guide P. O. Box 2614 South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 55 | T-Brent 702-2 Continental Circle Brownsville, TX 78521 | Economic Loss, Lost Profits & Business Interruption | > $50,000.00 |
| 56 | Ted's Restaurant, Inc. P. O. Box 2527 South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $50,000.00 |
| 57 | Texas Beach House CL8, Box 2 South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $4,000.00 |
| 58 | The Coastal Current P. O. Box 2429 South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $50,000.00 |
| 59 | The Town of South Padre Island c/o Paul Y. Cunningham P. O. Box 2729 South Padre Island, TX 78597 | Economic Loss & Lost Revenues | > $500,000.00 |
| 60 | Uncle Buggies Beach Buggy Rentals 1612 Padre Blvd. South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| 61 | Gilbert Vela Charter Captain Box 6803 Port Isabel, TX 78578 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| 62 | Ybarra's Tire Busters 203 Maxan St. Port Isabel, TX 78578 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |