United States District Court
Southern District of Texas
FILED

MAY 0 7 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERS, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | CIVIL ACTION NO. B-01-157<br><br>CONSOLIDATED WITH |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER AND AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTER OF THE BARGES NM-315, VLB-912, ACL-9993B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § | CIVIL ACTION NO. B-02-004<br><br>(Subject to Rule 9(h) of the of the Federal Rules of of Civil Procedure) Admiralty |

## CLAIMANT'S DISCLOSURE OF FINANCIALLY INTERESTED PARTIES

Pursuant to the Order of Conference received, Claimants ROLANDO LEE MOYA, ALBERTO LEROY MOYA, ANTONIO SALINAS JR., and ROBERTO ESPERICUETA, state that they are currently aware of the following persons, association of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that they believe may be financially interested in the outcome of this litigation:

CLAIMANTS

Rolando Lee Moya
P.O. Box 1326
Edinburg, Texas 78540

Alberto Leroy Moya
4607 W. University Drive
Edinburg, Texas 78539

Antonio Salinas Jr.
1216 Hunters Chase Drive
Edinburg, Texas 78539

Roberto Espericueta
RR. 25 Box 1170
Mission, Texas 78572

**PETITIONERS**

Brown Water Towing I, Inc.

Brown Water Marine Services, Inc.

American Commercial Lines, LLC and American Commercial Barge Line, LLC

  Claimants are unaware of any financially interested parties as to Claimants' claim against Petitioners at this time.

              Respectfully submitted,

              LAW OFFICES OF FRANK ENRIQUEZ
              4200-B North Bicentennial
              McAllen, Texas 78504
              Tele: (956) 686-5291
              Fax: (956) 618-5064

By: _____
   FRANK ENRIQUEZ
   State Bar No. 06630500
   Federal Bar No. 3734
   ROBERTO D. PUENTE
   State Bar No. 24013359
   Federal Bar No. 24238

              ATTORNEYS FOR CLAIMANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this the ___7th___ day of May 2002, a true and correct copy of the foregoing instrument was forwarded to all counsel of record pursuant to the Federal Rules of Civil Procedure.

Will W. Pierson
Royston, Razor, Vickery & Williams
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476

Keith N. Uhles
Royston, Razor, Vickery & Williams
P.O. Box 3509
Brownsville, Texas 78523

Ray R. Marchan
Watts & Heard, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

Geoffrey Amsel
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78209

Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501

Juan A. Magallanes
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Blvd.
Brownsville, Texas 78520

S. Mark Strawn
Schirmeister Ajamie, L.L.P.
711 Louisiana Street, Suite 2150
Houston, Texas 77002

Raymond L. Thomas
Kittleman, Thomas, Ramirez & Gonzalez
4900-B North 10th Street
McAllen, Texas 78504

John David Franz
Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Dr. Suite C
The Woodlands, Texas 77381

Thomas E. Quirk
Law Offices of Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1308

John and Mary McCoy
514 Brookside Pass
Cedar Park, Texas 78613

Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

Sandra D. Laurel
Snow & Laurel, L.L.P.
310 West Sunset
San Antonio, Texas 78209

Richard Leo Harrell
The Edwards Law Frim, L.L.P.
802 N. Carancahua, Suite 1400 (78470)
P.O. Box 480
Corpus Christi, Texas 78403-0480

James B. Manley
3616 Preston Road
Pasadena, Texas 77505

Heriberto Merdarno
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550

Glen Goodier
Jones, Walker, Waechter, Poitevent,
Carrere & Denegre, L.L.P.
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100

Jim S. Hart
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

Jack F. Gilbert
Office of the Attorney General
Transportation Division
Post Office Box 12548
Austin, Texas 78711-2548

Cliff Garrard
Independence Plumbers of South Texas
8602 Robindell Drive
Houston, Texas 77074

William Q. McManus
McManus & Crane. L.L.P.
209 West Juan Linn
P.O. Box 2206
Victoria, Texas 77902-2206

Robert and Virginia Fandrich
5101 Berdi Way
Stockton, CA 985207

Mark J. Spansel
Adams & Reese, L.L.P.
4500 One Shell Square
New Orleans, LA 70139

Less Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471

W. Lamoine Holland
Law Office of W. Lamonie Holland
1920 Nacogdoches Road, Suite 100
San Antonio, Texas 78209

Michael L. Slack
Slack & Davis, L.L.P.
Building Two, Suite 2110
8911 Capital of Texas Highway, N.
Austin, Texas 78759

_____
FRANK ENRIQUEZ