IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 7 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION § <br> FOR BROWN WATER TOWING I, INC., § <br> AS OWNER AND § <br> BROWN WATER MARINE SERVICE, INC.,§ <br> AS BAREBOAT CHARTERERS, OF THE § <br> OF THE BROWN WATER V, § <br> ITS ENGINES, TACKLE, ETC., § <br> IN A CAUSE OF EXONERATION FROM § <br> OR LIMITATION OF LIABILITY § | C.A. No. B-01-157 <br> (Subject to Rule 9(h) <br> of the Federal Rules <br> of Civil Procedure) <br> Admiralty |
| IN RE THE COMPLAINT AND § <br> PETITION OF AMERICAN § <br> COMMERCIAL LINES LLC, AS § <br> OWNER and AMERICAN COMMERCIAL § <br> BARGE LINES, LLC, AS CHARTERER § <br> OF THE BARGES NM-315, VLB-9182, § <br> ACL-9933B, VLB-9173, IN A CAUSE OF § <br> EXONERATION FROM OR LIMITATION § <br> OF LIABILITY | Consolidated With <br><br> C.A. NO. B-02-004 <br> Admiralty |

## **CLAIMANTS' RULE 26 DISCLOSURES**

TO THE HONORABLE JUDGE OF SAID COURT:

Come now, Claimants (Attached as Exhibit A) and file this their disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure:

A.  The following individuals have or may have information supportive to Claimant's claims:

    1    202 Bayside Bar & Grill
         944 Marine Dr.
         Brownsville, TX  78521

    2    A-1 Taxi & A-1 Limousine
         5312 Padre Blvd.
         South Padre Island, TX  78597

    3    Amberjack's Bar and Grill, Inc.
         209 W. Whiting
         South Padre Island, TX  78597

| | |
|---|---|
| 4 | Charlie Armendariz<br>Charter Captain<br>1178 Boca Chica<br>Brownsville, TX 78520 |
| 5 | BK's Beach to Bay Enterprises, Inc., dba<br>BK's Carpet & Upholstery Cleaning<br>104 E. Tarpon CL-1, #44<br>South Padre Island, TX 78597 |
| 6 | Rodolfo Barrera<br>215 Dodds<br>Los Fresnos, TX 78566 |
| 7 | Rick and Brenda Bays<br>12619 #2 Fitzhugh Rd.<br>Austin, TX 78736 |
| 8 | Bubba's Bayside Bar-B-Que Restaurant<br>209 W. Whiting<br>South Padre Island, TX 78597 |
| 9 | Buena Suerte Sport Fishing Charters<br>209 W. Whiting<br>South Padre Island, TX 78597 |
| 10 | Cactus Flower Interiors<br>3009 Padre Blvd.<br>South Padre Island, TX 78597 |
| 11 | Capt. Thomas Charter Fishing<br>P. O. Box 1247<br>Port Isabel, TX 78578 |
| 12 | Casa de Siesta Bed & Breakfast<br>4610 Padre Blvd.<br>South Padre Island, TX 78597 |
| 13 | Dolly Castillo<br>814 Ebony Lane<br>Laguna Vista, TX 78578 |
| 14 | Coffey Construction<br>P. O. Box 3405<br>South Padre Island, TX 78597 |
| 15 | Rae Déjur<br>210 Magnolia Creek Rd.<br>Santa Rosa Beach, FL 32459 |
| 16 | Designer's Discount Showroom<br>222 N. Expressway<br>Brownsville, TX 78521 |

| | |
|---|---|
| 17 | Edelstein's Better Furniture and Show Case<br>222 N. Expressway<br>Brownsville, TX 78521 |
| 18 | Fedigan Construction<br>P. O. Box 3244<br>South Padre Island, TX 78597 |
| 19 | Adrian Flandes<br>Charter Guide<br>302 Mesquite Dr.<br>Laguna Vista, TX 78578 |
| 20 | Furcron Realtors<br>4800 Padre Blvd.<br>South Padre Island, TX 78597 |
| 21 | Pedro Garcia, III<br>Charter Guide<br>207 Abony Lane<br>Laguna Vista, TX 78578 |
| 22 | Ghilain, Inc.<br>209 W. Whiting<br>South Padre Island, TX 78597 |
| 23 | Risa Ann Ghilain<br>209 W. Whiting<br>South Padre Island, TX 78597 |
| 24 | Mark A. Guillot<br>Charter Guide<br>P. O. Box 2236<br>South Padre Island, TX 78597 |
| 25 | Joe Gutierrez, III<br>P. O. Box 890<br>Port Isabel, TX 78578 |
| 26 | Adam and Marcela Hancock<br>CL 1, Box 1<br>109 W. Tarpon<br>South Padre Island, TX 78597 |
| 27 | Island Market<br>5312 Padre Blvd.<br>South Padre Island, TX 78597 |
| 28 | Island Pharmacy<br>P. O. Box 3134<br>South Padre Island, TX 78597 |

| | |
|---|---|
| 29 | J. W. Properties, Inc.<br>P. O. Box 2100<br>South Padre Island, TX  78597 |
| 30 | J. W. Restaurants, Inc.<br>P. O. Box 2100<br>South Padre Island, TX  78597 |
| 31 | Jim Reynolds Hair Design<br>P. O. Box 2658<br>South Padre Island, TX  78597 |
| 32 | Jim's Pier, Inc.<br>209 W. Whiting<br>South Padre Island, TX  78597 |
| 33 | Joseph's Restaurant<br>P. O. Box 3557<br>South Padre Island, TX  78597 |
| 34 | Kelly's Irish Pub<br>101 E. Morningside Dr.<br>South Padre Island, TX  78597 |
| 35 | Kohnami Restaurant<br>1933 S. 10th St.<br>McAllen, TX 78503 |
| 36 | La Jaiba Seafood Restaurant and Lounge<br>2001 Padre Blvd.<br>South Padre Island, TX  78597 |
| 37 | LaVina's Natural Nail Care<br>P. O. Box 2582<br>South Padre Island, TX  78597 |
| 38 | Michael and Judy Lemmons<br>P. O. Box 2762<br>South Padre Island, TX  78597 |
| 39 | Miramar Resort<br>P. O. Box 2100<br>South Padre Island, TX  78597 |
| 40 | Marina Village, Inc.<br>c/o 1 Padre Blvd.<br>South Padre Island, TX  78597 |
| 41 | Massage & Healing Arts Center<br>2100 Padre Blvd.<br>South Padre Island, TX  78597 |

| | |
|---|---|
| 42 | Andrew L. Minkler<br>P. O. Box 164<br>Port Isabel, TX  78578 |
| 43 | Padre Island Brewing Co., Inc.<br>3400 Padre Blvd.<br>South Padre Island, TX  78597 |
| 44 | Glen and Joyce Pfeil<br>755 Katy Fwy, #153<br>Houston, TX  77024 |
| 45 | Pro-Fit Gym<br>5800 Padre Blvd.<br>South Padre Island, TX  78597 |
| 46 | Property Management Co.<br>4800 Padre Blvd.<br>South Padre Island, TX  78597 |
| 47 | Richard Stockton Photography<br>P. O. Box 3893<br>South Padre Island, TX  78597 |
| 48 | Sangria Condominium, Inc.<br>1400 Gulf Blvd.<br>South Padre Island, TX 78597 |
| 49 | Sea Ranch Enterprises, Inc.<br>c/o 1 Padre Blvd.<br>South Padre Island, TX  78597 |
| 50 | South Padre Island Fishing Center Joint Venture<br>c/o 1 Padre Blvd.<br>South Padre Island, TX  78597 |
| 51 | SPI Management<br>d/ba Radisson Resort SPI<br>500 Padre Blvd.<br>South Padre Island, TX  78597 |
| 52 | SPI Security<br>1004 Padre Blvd.<br>South Padre Island, TX  78597 |
| 53 | SPI Texas Enforcement Group, Inc.,<br>dba Mail Boxes Etc. #4075<br>1004 Padre Island<br>South Padre Island, TX  78597 |

54  Lee Roy Summerlin
    Charter Guide
    P. O. Box 2614
    South Padre Island, TX 78597

55  T-Brent
    702-2 Continental Circle
    Brownsville, TX 78521

56  Ted's Restaurant, Inc.
    P. O. Box 2527
    South Padre Island, TX 78597

57  Texas Beach House
    CL8, Box 2
    South Padre Island, TX 78597

58  The Coastal Current
    P. O. Box 2429
    South Padre Island, TX 78597

59  The Town of South Padre Island
    c/o Paul Y. Cunningham
    P. O. Box 2729
    South Padre Island, TX 78597

60  Uncle Buggies Beach Buggy Rentals
    1612 Padre Blvd.
    South Padre Island, TX 78597

61  Gilbert Vela
    Charter Captain
    Box 6803
    Port Isabel, TX 78578

62  Ybarra's Tire Busters
    203 Maxan St.
    Port Isabel, TX 78578

The above are Claimants who have made a claim for economic damages. Each Claimant will have information to the amount and extent of damages sustained by each one.

Eddie Hernandez, Manager
Laguna Madre Water District
105 Port Road
Port Isabel, TX 78578

Mr. Hernandez will have information of the utility service provided to South Padre Island as result of the collision made the basis of this suit.

Paul Y. Cunningham, Jr., attorney and formerly general counsel for
Laguna Madre Water District
1 Padre Blvd.
South Padre Island, TX
   Mr. Cunningham will have information of utility service provided to South Padre Island as a result of the collision made the basis of this suit.

Edmund K. Cyganiewicz, Mayor
Town of South Padre Island
P. O. Box 3410
South Padre Island, TX  78597
   Mr. Cyganiewicz will have information in support of the economic damages sustained by the Claimants as a result of the collision made the basis of this suit.

Mr. Kendall, Manager
Town of South Padre Island
P. O. Box 3410
South Padre Island, TX  78597
   Mr. Kendall will have information of utility service provided to South Padre Island as a result of the collision made the basis of this suit.

Commander and/or Investigating Officers
Coast Guard
District 8
501 Magazine Street,
New Orleans, LA 70130
   The Commander and/or investigating officers will have information about the events surrounding the accident.

M/V Brown Water V Crew
Address Unknown
   The crew will have information about the events surrounding the accident.

Brown Water
Officers
P. O. Box 2269
Rockport, TX  78381
   The officers of Brown Water may have information as to Brown Water's operations, the crew, vessel and events surrounding the accident.

American Commercial Barge Line, LLC
Officers
5600 River Road
Harahan, LA
   The officers of American Commercial may have information as to American Commercial's operations and events surrounding the accident.

14,948

-7-

Claimants incorporate all persons designated by all other parties to this action as persons who may have knowledge of information relevant to the factual issues made the basis of this suit.

B.  There are no documents available at this time regarding the claims of Claimants. However, Claimants reserve the right to supplement consistent with ongoing discovery.

C.  Claimants have sustained damages as follows:

| No. | CLAIMANT | TYPE OF LOSS | AMOUNT OF LOSS (UNLIQUIDATED CLAIM IN EXCESS OF STATED AMOUNT) |
|---|---|---|---|
| 63 | 202 Bayside Bar & Grill<br>944 Marine Dr.<br>Brownsville, TX  78521 | Economic Loss, Lost Profits & Business Interruption | > $100,000.00 |
| 64 | A-1 Taxi & A-1 Limousine<br>5312 Padre Blvd.<br>South Padre Island, TX  78597 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| 65 | Amberjack's Bar and Grill, Inc.<br>209 W. Whiting<br>South Padre Island, TX  78597 | Economic Loss, Lost Profits & Business Interruption | > $100,000.00 |
| 66 | Charlie Armendariz<br>Charter Captain<br>1178 Boca Chica<br>Brownsville, TX  78520 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 67 | BK's Beach to Bay Enterprises, Inc., dba<br>BK's Carpet & Upholstery Cleaning<br>104 E. Tarpon CL-1, #44<br>South Padre Island, TX  78597 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 68 | Rodolfo Barrera<br>215 Dodds<br>Los Fresnos, TX  78566 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 69 | Rick and Brenda Bays<br>12619 #2 Fitzhugh Rd.<br>Austin, TX  78736 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 70 | Bubba's Bayside Bar-B-Que Restaurant<br>209 W. Whiting<br>South Padre Island, TX  78597 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |

| No. | CLAIMANT | TYPE OF LOSS | AMOUNT OF LOSS (UNLIQUIDATED CLAIM IN EXCESS OF STATED AMOUNT) |
|---|---|---|---|
| 71 | Buena Suerte Sport Fishing Charters<br>209 W. Whiting<br>South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 72 | Cactus Flower Interiors<br>3009 Padre Blvd.<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $50,000.00 |
| 73 | Capt. Thomas Charter Fishing<br>P. O. Box 1247<br>Port Isabel, TX   78578 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 74 | Casa de Siesta Bed & Breakfast<br>4610 Padre Blvd.<br>South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | > $100,000.00 |
| 75 | Dolly Castillo<br>814 Ebony Lane<br>Laguna Vista, TX   78578 | Personal Loss of Income | > $5,000.00 |
| 76 | Coffey Construction<br>P. O. Box 3405<br>South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | > $1,000,000.00 |
| 77 | Rae Déjur<br>210 Magnolia Creek Rd.<br>Santa Rosa Beach, FL   32459 | Personal Loss of Income | > $5,000.00 |
| 78 | Designer's Discount Showroom<br>222 N. Expressway<br>Brownsville, TX   78521 | Economic Loss, Lost Profits & Business Interruption | > $50,000.00 |
| 79 | Edelstein's Better Furniture and Show Case<br>222 N. Expressway<br>Brownsville, TX   78521 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| 80 | Fedigan Construction<br>P. O. Box 3244<br>South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | Undetermined |
| 81 | Adrian Flandes<br>Charter Guide<br>302 Mesquite Dr.<br>Laguna Vista, TX   78578 | Economic Loss, Lost Profits & Business Interruption; Personal Loss of Income | > $5,000.00 |
| 82 | Furcron Realtors<br>4800 Padre Blvd.<br>South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |

| No. | Claimant | Type of Loss | Amount of Loss (Unliquidated Claim in Excess of Stated Amount) |
|---|---|---|---|
| 83 | Pedro Garcia, III<br>Charter Guide<br>207 Abony Lane<br>Laguna Vista, TX 78578 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 84 | Ghilain, Inc.<br>209 W. Whiting<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $15,000.00 |
| 85 | Risa Ann Ghilain<br>209 W. Whiting<br>South Padre Island, TX 78597 | Personal Loss of Income | > $5,000.00 |
| 86 | Mark A. Guillot<br>Charter Guide<br>P. O. Box 2236<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 87 | Joe Gutierrez, III<br>P. O. Box 890<br>Port Isabel, TX 78578 | Economic Loss, Lost Profits & Business Interruption | > $2,000.00 |
| 88 | Adam and Marcela Hancock<br>CL 1, Box 1<br>109 W. Tarpon<br>South Padre Island, TX 78597 | Personal Loss of Income | > $5,000.00 |
| 89 | Island Market<br>5312 Padre Blvd.<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $50,000.00 |
| 90 | Island Pharmacy<br>P. O. Box 3134<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 91 | J. W. Properties, Inc.<br>P. O. Box 2100<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 92 | J. W. Restaurants, Inc.<br>P. O. Box 2100<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $50,000.00 |
| 93 | Jim Reynolds Hair Design<br>P. O. Box 2658<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 94 | Jim's Pier, Inc.<br>209 W. Whiting<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |

| No. | Claimant | Type of Loss | Amount of Loss (Unliquidated Claim in Excess of stated amount) |
|---|---|---|---|
| 95 | Joseph's Restaurant<br>P. O. Box 3557<br>South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | > $100,000.00 |
| 96 | Kelly's Irish Pub<br>101 E. Morningside Dr.<br>South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | > $50,000.00 |
| 97 | Kohnami Restaurant<br>1933 S. 10th St.<br>McAllen, TX 78503 | Economic Loss, Lost Profits & Business Interruption | > $50,000.00 |
| 98 | La Jaiba Seafood Restaurant and Lounge<br>2001 Padre Blvd.<br>South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| 99 | LaVina's Natural Nail Care<br>P. O. Box 2582<br>South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | > $4,000.00 |
| 100 | Michael and Judy Lemmons<br>P. O. Box 2762<br>South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption; Personal Loss of Income | > $25,000.00 |
| 101 | Miramar Resort<br>P. O. Box 2100<br>South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruptions | > $25,000.00 |
| 102 | Marina Village, Inc.<br>c/o 1 Padre Blvd.<br>South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 103 | Massage & Healing Arts Center<br>2100 Padre Blvd.<br>South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| 104 | Andrew L. Minkler<br>P. O. Box 164<br>Port Isabel, TX   78578 | Personal Loss of Income | > $5,000.00 |
| 105 | Padre Island Brewing Co., Inc.<br>3400 Padre Blvd.<br>South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| 106 | Glen and Joyce Pfeil<br>755 Katy Fwy, #153<br>Houston, TX   77024 | Economic Loss, Lost Profits & Business Interruption | > $3,000.00 |
| 107 | Pro-Fit Gym<br>5800 Padre Blvd.<br>South Padre Island, TX   78597 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |

| No. | Claimant | Type of Loss | Amount of Loss (Unliquidated Claim in Excess of stated amount) |
|---|---|---|---|
| 108 | Property Management Co.<br>4800 Padre Blvd.<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| 109 | Richard Stockton Photography<br>P. O. Box 3893<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| 110 | Sangria Condominium, Inc.<br>1400 Gulf Blvd.<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 111 | Sea Ranch Enterprises, Inc.<br>c/o 1 Padre Blvd.<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $50,000.00 |
| 112 | South Padre Island Fishing Center Joint Venture<br>c/o 1 Padre Blvd.<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $50,000.00 |
| 113 | SPI Management<br>d/ba Radisson Resort SPI<br>500 Padre Blvd.<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $100,000.00 |
| 114 | SPI Security<br>1004 Padre Blvd.<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 115 | SPI Texas Enforcement Group, Inc.,<br>dba Mail Boxes Etc. #4075<br>1004 Padre Island<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 116 | Lee Roy Summerlin<br>Charter Guide<br>P. O. Box 2614<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $5,000.00 |
| 117 | T-Brent<br>702-2 Continental Circle<br>Brownsville, TX 78521 | Economic Loss, Lost Profits & Business Interruption | > $50,000.00 |
| 118 | Ted's Restaurant, Inc.<br>P. O. Box 2527<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $50,000.00 |
| 119 | Texas Beach House<br>CL8, Box 2<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $4,000.00 |

| No. | CLAIMANT | TYPE OF LOSS | AMOUNT OF LOSS (UNLIQUIDATED CLAIM IN EXCESS OF STATED AMOUNT) |
|---|---|---|---|
| 120 | The Coastal Current<br>P. O. Box 2429<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $50,000.00 |
| 121 | The Town of South Padre Island<br>c/o Paul Y. Cunningham<br>P. O. Box 2729<br>South Padre Island, TX 78597 | Economic Loss & Lost Revenues | > $500,000.00 |
| 122 | Uncle Buggies Beach Buggy Rentals<br>1612 Padre Blvd.<br>South Padre Island, TX 78597 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| 123 | Gilbert Vela<br>Charter Captain<br>Box 6803<br>Port Isabel, TX 78578 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |
| 124 | Ybarra's Tire Busters<br>203 Maxan St.<br>Port Isabel, TX 78578 | Economic Loss, Lost Profits & Business Interruption | > $25,000.00 |

Respectfully submitted,

SLACK & DAVIS, L.L.P.

By *Michael L. Slack permission DB*
MICHAEL L. SLACK
State Bar No. 18476800
Federal I.D. No. 30906
8911 Capital of Texas Highway
Building Two, Suite 2110
Austin, TX 78759
(512) 795-8686
(512) 795-8787 (fax)

ATTORNEY-IN-CHARGE FOR CLAIMANTS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument has been served on all counsel of record on this the 7th day of May, 2002.

_Michael L. Slack_ permission DB
MICHAEL L. SLACK

C.A. NO. B-01-157
EXHIBIT "A"

| No. | CLAIMANT |
|---|---|
| 1 | 202 Bayside Bar & Grill<br>944 Marine Dr.<br>Brownsville, TX 78521 |
| 2 | A-1 Taxi & A-1 Limousine<br>5312 Padre Blvd.<br>South Padre Island, TX 78597 |
| 3 | Amberjack's Bar and Grill, Inc.<br>209 W. Whiting<br>South Padre Island, TX 78597 |
| 4 | Charlie Armendariz<br>Charter Captain<br>1178 Boca Chica<br>Brownsville, TX 78520 |
| 5 | BK's Beach to Bay Enterprises, Inc., dba<br>BK's Carpet & Upholstery Cleaning<br>104 E. Tarpon CL-1, #44<br>South Padre Island, TX 78597 |
| 6 | Rodolfo Barrera<br>215 Dodds<br>Los Fresnos, TX 78566 |
| 7 | Rick and Brenda Bays<br>12619 #2 Fitzhugh Rd.<br>Austin, TX 78736 |
| 8 | Bubba's Bayside Bar-B-Que Restaurant<br>209 W. Whiting<br>South Padre Island, TX 78597 |
| 9 | Buena Suerte Sport Fishing Charters<br>209 W. Whiting<br>South Padre Island, TX 78597 |
| 10 | Cactus Flower Interiors<br>3009 Padre Blvd.<br>South Padre Island, TX 78597 |
| 11 | Capt. Thomas Charter Fishing<br>P. O. Box 1247<br>Port Isabel, TX 78578 |
| 12 | Casa de Siesta Bed & Breakfast<br>4610 Padre Blvd.<br>South Padre Island, TX 78597 |

| No. | CLAIMANT |
|---|---|
| 13 | Dolly Castillo<br>814 Ebony Lane<br>Laguna Vista, TX  78578 |
| 14 | Coffey Construction<br>P. O. Box 3405<br>South Padre Island, TX  78597 |
| 15 | Rae Déjur<br>210 Magnolia Creek Rd.<br>Santa Rosa Beach, FL  32459 |
| 16 | Designer's Discount Showroom<br>222 N. Expressway<br>Brownsville, TX  78521 |
| 17 | Edelstein's Better Furniture and Show Case<br>222 N. Expressway<br>Brownsville, TX  78521 |
| 18 | Fedigan Construction<br>P. O. Box 3244<br>South Padre Island, TX  78597 |
| 19 | Adrian Flandes<br>Charter Guide<br>302 Mesquite Dr.<br>Laguna Vista, TX  78578 |
| 20 | Furcron Realtors<br>4800 Padre Blvd.<br>South Padre Island, TX  78597 |
| 21 | Pedro Garcia, III<br>Charter Guide<br>207 Abony Lane<br>Laguna Vista, TX  78578 |
| 22 | Ghilain, Inc.<br>209 W. Whiting<br>South Padre Island, TX  78597 |
| 23 | Risa Ann Ghilain<br>209 W. Whiting<br>South Padre Island, TX  78597 |
| 24 | Mark A. Guillot<br>Charter Guide<br>P. O. Box 2236<br>South Padre Island, TX  78597 |
| 25 | Joe Gutierrez, III<br>P. O. Box 890<br>Port Isabel, TX  78578 |

| No. | CLAIMANT |
|---|---|
| 26 | Adam and Marcela Hancock<br>CL 1, Box 1<br>109 W. Tarpon<br>South Padre Island, TX  78597 |
| 27 | Island Market<br>5312 Padre Blvd.<br>South Padre Island, TX  78597 |
| 28 | Island Pharmacy<br>P. O. Box 3134<br>South Padre Island, TX 78597 |
| 29 | J. W. Properties, Inc.<br>P. O. Box 2100<br>South Padre Island, TX  78597 |
| 30 | J. W. Restaurants, Inc.<br>P. O. Box 2100<br>South Padre Island, TX  78597 |
| 31 | Jim Reynolds Hair Design<br>P. O. Box 2658<br>South Padre Island, TX  78597 |
| 32 | Jim's Pier, Inc.<br>209 W. Whiting<br>South Padre Island, TX  78597 |
| 33 | Joseph's Restaurant<br>P. O. Box 3557<br>South Padre Island, TX  78597 |
| 34 | Kelly's Irish Pub<br>101 E. Morningside Dr.<br>South Padre Island, TX  78597 |
| 35 | Kohnami Restaurant<br>1933 S. 10th St.<br>McAllen, TX 78503 |
| 36 | La Jaiba Seafood Restaurant and Lounge<br>2001 Padre Blvd.<br>South Padre Island, TX  78597 |
| 37 | LaVina's Natural Nail Care<br>P. O. Box 2582<br>South Padre Island, TX  78597 |
| 38 | Michael and Judy Lemmons<br>P. O. Box 2762<br>South Padre Island, TX  78597 |
| 39 | Miramar Resort<br>P. O. Box 2100<br>South Padre Island, TX  78597 |

| No. | CLAIMANT |
|---|---|
| 40 | Marina Village, Inc.<br>c/o 1 Padre Blvd.<br>South Padre Island, TX   78597 |
| 41 | Massage & Healing Arts Center<br>2100 Padre Blvd.<br>South Padre Island, TX   78597 |
| 42 | Andrew L. Minkler<br>P. O. Box 164<br>Port Isabel, TX   78578 |
| 43 | Padre Island Brewing Co., Inc.<br>3400 Padre Blvd.<br>South Padre Island, TX   78597 |
| 44 | Glen and Joyce Pfeil<br>755 Katy Fwy, #153<br>Houston, TX   77024 |
| 45 | Pro-Fit Gym<br>5800 Padre Blvd.<br>South Padre Island, TX   78597 |
| 46 | Property Management Co.<br>4800 Padre Blvd.<br>South Padre Island, TX   78597 |
| 47 | Richard Stockton Photography<br>P. O. Box 3893<br>South Padre Island, TX   78597 |
| 48 | Sangria Condominium, Inc.<br>1400 Gulf Blvd.<br>South Padre Island, TX 78597 |
| 49 | Sea Ranch Enterprises, Inc.<br>c/o 1 Padre Blvd.<br>South Padre Island, TX   78597 |
| 50 | South Padre Island Fishing Center Joint Venture<br>c/o 1 Padre Blvd.<br>South Padre Island, TX   78597 |
| 51 | SPI Management<br>d/ba Radisson Resort SPI<br>500 Padre Blvd.<br>South Padre Island, TX   78597 |
| 52 | SPI Security<br>1004 Padre Blvd.<br>South Padre Island, TX   78597 |
| 53 | SPI Texas Enforcement Group, Inc.,<br>dba Mail Boxes Etc. #4075<br>1004 Padre Island<br>South Padre Island, TX   78597 |

| No. | Claimant |
|-----|----------|
| 54 | Lee Roy Summerlin<br>Charter Guide<br>P. O. Box 2614<br>South Padre Island, TX   78597 |
| 55 | T-Brent<br>702-2 Continental Circle<br>Brownsville, TX   78521 |
| 56 | Ted's Restaurant, Inc.<br>P. O. Box 2527<br>South Padre Island, TX 78597 |
| 57 | Texas Beach House<br>CL8, Box 2<br>South Padre Island, TX   78597 |
| 58 | The Coastal Current<br>P. O. Box 2429<br>South Padre Island, TX 78597 |
| 59 | The Town of South Padre Island<br>c/o Paul Y. Cunningham<br>P. O. Box 2729<br>South Padre Island, TX   78597 |
| 60 | Uncle Buggies Beach Buggy Rentals<br>1612 Padre Blvd.<br>South Padre Island, TX   78597 |
| 61 | Gilbert Vela<br>Charter Captain<br>Box 6803<br>Port Isabel, TX   78578 |
| 62 | Ybarra's Tire Busters<br>203 Maxan St.<br>Port Isabel, TX   78578 |