*171*

United States District Court
Southern District of Texas
FILED

MAY 0 7 2002

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | C.A. NO. B-01-157 |
| PETITION OF BROWN WATER | § | **Admiralty** |
| TOWING I, INC., AS OWNER, AND | § | |
| BROWN WATER MARINE SERVICE, INC., | § | |
| AS BAREBOAT CHARTERER, OF THE | § | |
| BROWN WATER V, ITS ENGINES, TACKLE, | § | |
| ETC. IN A CAUSE OF EXONERATION FROM | § | |
| OR LIMITATION OF LIABILITY | § | |
| | § | |
| IN THE MATTER OF AMERICAN | | **Consolidated with** |
| COMMERCIAL LINES LLC AS OWNER And | § | |
| AMERICAN COMMERCIAL BARGE LINES | § | |
| LLC AS CHARTERER OF THE BARGES NM- | § | |
| 315, VLB-9182, ACL-9933B,     And VLB- | § | C.A. No. B-02-004 |
| 9173, PRAYING FOR EXONERATION FROM | § | **Admiralty** |
| AND/OR LIMITATION OF LIABILITY | § | |
| | § | |

<u>**INITIAL DISCLOSURES OF CLAIMANT STATE OF TEXAS**</u>

COMES NOW Claimant, State of Texas, pursuant to Rule 26 of the Federal Rules of Civil

Procedure and hereby submits its initial disclosures.

<u>**A. Individuals with Discoverable Information**</u>

1.    The following persons or entities may have discoverable information regarding relevant facts which

this claimant may use to support its claims:

A.G. Hill Power
c/o Ms. Janet Thompson
6654 Leopard Street
Corpus Christi, TX 78409
*Company believed to have repaired and/or maintained the street lights on the bridge.*

American Commercial Barge Lines
American Commercial Lines
c/o Mr. Glen Goodier
Jones, Walker, Waechter, Poitevant, Carrere & Denegre, L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100
*Owner of barges pushed by BROWN WATER V at the time of the allision.*

Eddie Arriola
1616 Michigan
Port Isabel, TX
*Mr. Arriola is the supervisor of the Long Island Swing Bridge in Port Isabel, Texas. He has knowledge of the types and make-up of tugs and barges passing through the area and of the circumstances surrounding the allision.*

State of Texas
c/o Mr. Jack F. Gilbert
PO Box 12548
Austin, TX 78711-2548
*Claimant*

Bigo's International, L.L.C.
c/o Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, TX 78520
*Claimant*

Joe W. Blocker
301 N. Chaparral
Fulton, TX 78358
(361) 790-9350
*Mr. Blocker was a deck hand on board the BROWN WATER V at the time of the allision.*

Agutin Briseno
6684 Monte Vello
Brownsville, TX
*Mr. Briseno works at the Long Island Swing Bridge in Port Isabel, Texas. He has knowledge of the types and make-up of tugs and barges passing through the area and of the circumstances*

Page -2-

*surrounding the allision.*

Rafael Briseno
1015 Timeer Dr.
Brownsville, TX
*Mr. Briseno works at the Long Island Swing Bridge in Port Isabel, Texas. He has knowledge of the types and make-up of tugs and barges passing through the area and of the circumstances surrounding the allision.*

Cameron County
c/o Willette & Guerra, L.L.P.
3505 Boca Chica Blvd., Suite 460
Brownsville, TX 78521

Central Power & Light
c/o C.T. Corporation System
350 N. St. Paul Street
Dallas, TX 75201
*Has knowledge regarding the street lights on the causeway.*

Department of the Army
Corps of Engineers
1920 North Chaparral Street
Corpus Christi, TX 78401
Attn: Mr. Elijio Garza, Area Engineer
*Has knowledge of intercoastal waterway and dredging operations on channel.*

Robert Espericueta
c/o Frank Enriquez
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, TX 78504
*Claimant*

Robert and Virginia Fandrich
5101 Verdi Way
Stockton, CA 95207
*Claimant*

Captain David Fowler
860 Debonair Dr.
Mobile, Alabama 36695
(334) 639-1747
*Captain Fowler was at the wheel of the BROWN WATER V on September 15, 2001, at the time of the allision.*

Bridgette Goza
c/o Mr. Ray R. Marchan
WATTS & HEARD,L.L.P.
1926 E. Elizabeth
Brownsville, TX 78520
*Claimant*

Anita Harris
c/o Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, tX 78550
*Claimant*

Raquel Teran Hinojosa
c/o Robert E. Ammons
Stevenson & Ammon, L.C.
3700 Montrose Blvd.
Houston, TX 77006;
Ramon Garcia
Law Offices of Ramon Garcia, P.C.
222 West University Dr.
Edinburg, TX 78539
*Claimant*

Clarissa Hinojosa
c/o Robert E. Ammons
Stevenson & Ammon, L.C.
3700 Montrose Blvd.
Houston, TX 77006;
Ramon Garcia
Law Offices of Ramon Garcia, P.C.
222 West University Dr.
Edinburg, TX 78539

*Claimant*

Martin D. Hinojosa
c/o Julian Rodriguez, Jr.
Attorney at Law
100 W. Pecan
McAllen, TX 78501
*Claimant*

Omar Hinojosa
c/o Robert E. Ammons
Stevenson & Ammon, L.C.
3700 Montrose Blvd.
Houston, TX 77006;
Ramon Garcia
Law Offices of Ramon Garcia, P.C.
222 West University Dr.
Edinburg, TX 78539
*Claimant*

Gaspar Hinojosa, II
c/o Robert E. Ammons
Stevenson & Ammon, L.C.
3700 Montrose Blvd.
Houston, TX 77006;
Ramon Garcia
Law Offices of Ramon Garcia, P.C.
222 West University Dr.
Edinburg, TX 78539
*Claimant*

Rita S. Hinojosa
c/o Julian Rodriguez, Jr.
Attorney at Law
100 W. Pecan
McAllen, TX 78501
*Claimant*

Independent Plumbers of South Texas
c/o Cliff Garrard
8602 Robindell Dr.

Houston, TX 77074
*Claimant*


William E. Kimbrell
c/o Richard Leo Harrell
The Edwards Law Firm
PO Box 480
Corpus Christi, TX 78403
*Claimant*


Laguna Madre Water District of Port Isabel
c/o Mr.J.A. Magallanes
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica
PO Box 4901
Brownsville, TX 78520
*Claimant*


Ricky Leavell
c/o William Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
PO Box 2206
Victoria, TX 77902-2206
*Claimant*


Carol Leavell
c/o William Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
PO Box 2206
Victoria, TX 77902-2206
*Claimant*


Long Island Bridge Company
c/o John R.Freeland
806 Pecan
McAllen, TX 78501
(956) 943-1622
*Employees of Long Island Bridge Company witnessed the four barges and tug pass under the bridge*

Page -6-

*immediately prior to the allision. They also allegedly have knowledge of the configuration of barges passing through the area and of the circumstances surrounding the allision.*

Hector Martinez, Sr.
c/o Jim S. Hart
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, TX 77017
*Claimant*

Rene and Frank Mata
c/o Mr. Raymond Thomas
Mr. Andres Gonzalez
Kittleman, Thomas, Ramirez & Gonzales
4900-B N. 10th Street
McAllen, TX 78504
*Claimants*

John and Mary McCoy
514 Brookside Pass
Cedar Park, TX 78613
*Claimants*

J. Antonio Mireles
c/o S. Mark Strawn
Schirrmeister Ajamie, L.L.P.
Penzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, TX 77002
*Claimant*

Juan Antonio Mireles
c/o S. Mark Strawn
Schirrmeister Ajamie, L.L.P.
Penzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, TX 77002
*Claimant*

Soledad Gonzalez Mireles
c/o S. Mark Strawn

Schirrmeister Ajamie, L.L.P.
Penzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, TX 77002
*Claimant*

Stephen Mosher
Brown Water Marine
c/o Royston Razor Vicery & Williams
1700 Wilson Plaza Wesr
606 N. Carancahua
Corpus Christi, Texas 78476

Gustavo Morales
c/o Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, TX 78520
*Claimant*

Dimas Mora
c/o W. Lamoine Holland
1920 Nacogdoches Rd., Suite 100
San Antonio, TX 78209
*Claimant*

Alberto Leroy Moya
c/o Frank Enriquez
Law Offices of  Frank Enriquez
4200-B North Bicentennial
McAllen, TX 78504
*Claimant*

Rolando Lee Moya
c/o Frank Enriquez
Law Offices of  Frank Enriquez
4200-B North Bicentennial
McAllen, TX 78504
*Claimant*

Dr. Donald Jay Mulkerne
Spring Hill Behavioral Health
100 Memorial Hospital Dr., Ste. 1-B
Mobil, Alabama 366008
*Dr. Mulkerne is Capt. David Fowler's treating psychologist and has knowledge of Capt. Fowler's
emotional and psychological state and perhaps information on the cause of the allision.*

Levie Paul Old
1200 N. Magnolia #26
Rockport, TX 78382
(361) 727-9165
*Mr. Old was a deck hand on board the BROWN WATER V at the time of the allision.*

Jacqueline Paddock
c/o Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, TX 78520
*Claimant*

Port Isabel-San Benito Navigation District
c/o Mr. Brian G. Janis
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, TX 78521-2284

Esteban F. Rivas
c/o John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, TX 78501
and
c/o J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
90047 Forest Crossing Dr., Suite C
The Woodland, TX 77381
*Claimant*

Maria Miriam Rivas
c/o John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, TX 78501
c/o J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
90047 Forest Crossing Dr., Suite C
The Woodland, TX 77381
*Claimant*

Antonio Salinas, Jr.
c/o Frank Enriquez
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, TX 78504
*Claimant*

Security Systems
Southwestern Bell Telephone
c/o Mr. Geoffrey Amsel
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, TX 78209
*Claimant*

Richard Silloway
Engineering Partners, Inc.
1302 Kingwood Drive
P.O. Box 6180
Kingwood, Texas 77325
*Factual knowledge of condition of Brown Water V shortly after the allision*

Texas Department of Public Safety
c/o Mary Ann Courter
5805 Lamar Blvd.
PO Box 4087
Austin, TX 78773-0001

Texas Department of Transportation
c/o Mr. Jack F. Gilbert

PO Box 12548
Austin, TX 78711-2548;
Mark J. Spansel
ADAMS & REESE, L.L.P.
4500 One Shell Square
New Orleans, LA 70139
and
Amadeo Saenz
and
Mario Jorge, District Engineer
Arnoldo Cortez
Stuart Jenkins
600 West US 83 Expressway
PO Drawer EE
Pharr, TX 78577

Texas Parks & Wildlife Department
c/o Boyd Kennedy
Staff Attorney
Law Enforcement Division
5541 Bear Lane, Suite 232
Corpus Christi, TX 78405
and
4200 Smith School Rd.
Austin, TX 78744

United States Coast Guard
Commanding Officer
Marine Safety Office-Corpus Christi
400 Mann St., Suite 210
Corpus Christi, TX 78401
*The United States Coast Guard performed an investigation of allision.*

Ross Valigura
828 Hughes
Box 429
Palacios, TX 77465
(979) 578-1864
*Mr. Valigura was a deck hand on board the BROWN WATER V at the time of the allision.*

Sheldon Weisfeld
855 East Harrison St.
Brownville, TX 78520
*Mr. Weisfeld is Captain Fowler's attorney representing him in regards to the criminal investigation.*

Jim Wilson
United States Coast Guard
800 David Dr., Room 232
Morgan City, LA 70380
*Mr. Wilson is the hearing officer appointed by the U.S. Coast Guard and conducted the USCG investigative hearing.*

Captain Rocky Lee Wilson
PO Box 2166
Port Aransas, TX 78373
(361) 749-3633
*Captain Wilson was the captain on board the BROWN WATER V at the time of the allision.*

United State Department of Transportation
c/o Hon. Greg Serres, United States Attorney
600 East Harrison, Suite 201
Brownsville, TX 78520-7114

William B. Welch, Minor
c/o Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, TX 78521
*Claimant*

Williams Morris Welch
c/o Mr. James B. Manley
Attorneys at Law
3616 Preston Rd.
Pasadena, TX 77505
*Claimant*

Lydia Zamora
c/o Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth

Brownsville, TX 78520
*Claimant*

202 Bayside Bar & Grill
944 Marine Dr.
Brownsville, TX 78521
*Claimant*

A-1 Taxi & A-1 Limousine
5312 Padre Blvd.
South Padre Island, TX 78597
*Claimant*

Amberjack's Bar And Grill, Inc.
209 W. Whiting
South Padre Island, TX 78597
*Claimant*

Charlie Armendariz
Charter Captain
1178 Boca Chica
Brownsville, TX 78520
*Claimant*

BK's Beach to Bay Enterprises, Inc., d/b/a BK's Carpet & Upholstery Cleaning
104 E. Tarpon CL-1 #44
South Padre Island, TX 78597
*Claimant*

Rodolfo Barrera
215 Dodds
Los Fresnos, TX 78566
*Claimant*

Rick and Brenda Bays
12619 #2 Fitzhugh Rd.
Austin, TX 78736
*Claimant*

Bubba's Bayside Bar-B-Que Restaurant

209 W. Whiting
South Padre Island, TX 78597
*Claimant*

Buena Suerte Sport Fishing Charters
209 W. Whiting
South Padre Island, TX 78597
*Claimant*

Cactus Flower Interiors
3009 Padre Blvd.
South Padre Island, TX 78597
*Claimant*

Capt. Thomas Charter Fishing
PO Box 1247
Port Isabel, TX 78578
*Claimant*

Casa De Siesta Bed & Breakfast
4610 Padre Blvd.
South Padre Island, TX 78597
*Claimant*

Dolly Castillo
814 Ebony Lane
Laguna Vista, TX 78578
*Claimant*

Coffey Construction
PO Box 3405
South Padre Island, TX 78597
*Claimant*

Rae Dejur
210 Magnolia Creek Rd.
Santa Rosa Beach, FL 32459
*Claimant*

Designer's Discount Showroom
222 N. Expressway

Brownsville, TX 78521
*Claimant*

Edelstein's Better Furniture and Show Case
222 N. Expressway
Brownsville, TX 78521
*Claimant*

Fedigan Construction
PO Box 3244
South Padre Island, TX 78597
*Claimant*

Adrian Flandes
Charter Guide
302 Mesquite Dr.
Laguna Vista, TX 78578
*Claimant*

Furcron Realtors
4800 Padre Blvd.
South Padre Island, TX 78597
*Claimant*

Pedro Garcia, III
Charter Guide
207 Abony Lane
Laguna Vista, TX 78578
*Claimant*

Ghilain, Inc.
209 W. Whiting
South Padre Island, TX 78597
*Claimant*

Risa Ann Ghilain
209 W. Whiting
South Padre Island, TX 78597
*Claimant*

Mark A. Guillot

Charter Guide
PO Box 2236
South Padre Island, TX 78597
*Claimant*

Joe Gutierrez, III
PO Box 890
Port Isabel, TX 78578
*Claimant*

Adam and Marcela Hancock
CL 1m Box 1
109 W. Tarpon
South Padre Island, TX 78597
*Claimant*

Island Market
5312 Padre Blvd.
South Padre Island, TX 78597
*Claimant*

Island Pharmacy
PO Box 3134
South Padre Island, TX 78597
*Claimant*

J.W. Properties, Inc.
PO Box 2100
South Padre Island, TX 78597
*Claimant*

J.W. Restaurants, Inc.
PO Box 2100
South Padre Island, TX 78597
*Claimant*

Jim Reynolds Hair Design
PO Box 2658
South Padre Island, TX 78597
*Claimant*

Jim's Pier, Inc.
209 W. Whiting
South Padre Island, TX 78597
*Claimant*

Joseph's Restaurant
PO Box 3557
South Padre Island, TX 78597
*Claimant*

Kelly's Irish Pub
101 E. Morningside Dr.
South Padre Island, TX 78597
*Claimant*
Kohnami Restaurant
1399 S. 10th St.
McAllen, TX 78503
*Claimant*

La Jaiba Seafood Restaurant and Lounge
2001 Padre Blvd.
South Padre Island, TX 78597
*Claimant*

LaVina's Natural Nail Care
PO Box 2582
South Padre Island, TX 78597
*Claimant*

Michael and Judy Lemmons
PO Box 2762
South Padre Island, TX 78597
*Claimant*

Miramar Resort
PO Box 2100
South Padre Island, TX 78597
*Claimant*

Miranc Village, Inc.
c/o 1 Padre Blvd.

South Padre Island, TX 78597
*Claimant*

Massage & Healing Arts Center
2100 Padre Blvd.
South Padre Island, TX 78597
*Claimant*

Andrew L. Minkler
PO Box 164
Port Isabel, TX 78578
*Claimant*

Padre Island Brewing Co., Inc.
3400 Padre Blvd.
South Padre Island, TX 78597
*Claimant*

Glen and Joyce Pfeil
755 Katy Fwy, #153
Houston, TX 77024
*Claimant*

Pro-Fit Gym
5800 Padre Blvd.
South Padre Island, TX 78597
*Claimant*

Property Management Co.
4800 Padre Blvd.
South Padre Island, TX 78597
*Claimant*

Richard Stockton Photography
PO Box 3893
South Padre Island, TX 78597
*Claimant*

Sangria Condominium, Inc.
1400 Gulf Blvd.

South Padre Island, TX 78597
*Claimant*

Sea Ranch Enterprises, Inc.
c/o 1 Padre Blvd.
South Padre Island, TX 78597
*Claimant*

South Padre Island Fishing Center Joint Venture
c/o 1 Padre Blvd.
South Padre Island, TX 78597
*Claimant*

SPI Management
dba Radisson Resort SPI
500 Padre Blvd.
South Padre Island, TX 78597
*Claimant*

SPI Security
1004 Padre Blvd.
South Padre Island, TX 78597
*Claimant*

SPI Texas Enforcement Group, Inc.
dba Mail Boxes Etc #4075
1004 Padre Island
South Padre Island, TX 78597
*Claimant*

Lee Roy Summerlin
Charter Guide
PO Box 2614
South Padre Island, TX 78597
*Claimant*

T-Brent
702-2 Continental Circle
Brownsville, TX 78521

*Claimant*

Ted's Restaurant, Inc.
po Box 2527
South Padre Island, TX 78597
*Claimant*

Texas Beach House
CL8, Box 2
South Padre Island, TX 78597
*Claimant*

The Coastal Current
PO Box 2429
South Padre Island, TX 78597
*Claimant*

The Town of South Padre Island
c/o Paul Y. Cunningham
PO Box 2729
South Padre Island, TX 78597
*Claimant*

Uncle Buggies Beach Buggy Rentals
1612 Padre Blvd.
South Padre Island, TX 78597
*Claimant*

Gilbert Vela
Charter Captain
Box 6803
Port Isabel, TX 78578
*Claimant*

Ybarra's Tire Busters
203 Maxan St.
Port Isabel, TX 78578
*Claimant*

2.    Discovery has yet to commence and this claimant anticipates the addition of other possible

witnesses with knowledge of relevant facts. Claimant will timely supplement.

## B.  Relevant Documents and Tangible Things

The following is a list of documents, data compilations, and tangible things in the State of Texas'

possession, custody or control, described by category and location, that the State of Texas may use to

support its claims in this matter:

1.    The following documents were generated and maintained by the U.S. Coast Guard with certain
copies of these records being in the possession of the Office of the Attorney General, 300 W. 15th St, 14th
Floor, Austin, Texas 78701

Records, documents, reports etc., re Brown Water Towing I, Inc., Brown Water Marine Service,
Inc., and the Brown Water V. This includes ship licensing and registration records, inspections records,
incident records, marine casualty reports, etc. These records were marked and made available to all parties
at the USCG hearing held in Corpus Christi during October 2001.

Records, documents, reports, licenses, testing information, re David Fowler. They include his
licenses, incident reports, testing records, etc. These records were marked and made available to all parties
at the USCG hearing held in Corpus Christi during October 2001.

Records, documents, reports, photos, videos, audio tapes etc., re allision of September 15, 2001
between the M/V Brown Water V and the Queen Isabella Causeway. Investigation materials generated
by USCG in their investigation. They inlcude reports, notes, incident reports on Brown Water and David
Fowler. These records were marked and made available to all parties at the USCG hearing held in Corpus
Christi during October 2001.

2.    The following documents were generated and maintained by the Texas Department of
Transportation with certain copies of these records being in the possession of the Office of the Attorney
General, 300 W. 15th St, 14th Floor, Austin, Texas 78701.

Records relating to construction of causeway bridge - Plans, contract items, correspondence, utility
agreements, etc.

Records relating to maintenance on bridge and lighting systems - correspondence, agreements,
contracts, inspection reports, maintenance logs,  system information, etc.

Records relating to repairs on bridge from September 15, 2001 - contracts, plan sheets, logs,

photos, correspondence, surveys, bridge examination reports, invoices, bills, receipts, etc.

Records relating to transportation issues and assistance pending completion of bridge repairs - contracts, agreements, plans, bills, invoices, bills, receipts, correspondence, reports, spreadsheets, etc., with various third party entities.

3.      The following documents were generated and maintained by the Texas Department of Public Safety certain copies of these records being in the possession of the Office of the Attorney General, 300 W. 15th St, 14th Floor, Austin, Texas 78701.

Accident reports and records relating to incident of September 15, 2001.

4.      The following documents were generated and maintained by the Texas Department of Parks and Wildlife certain copies of these records being in the possession of the Office of the Attorney General, 300 W. 15th St, 14th Floor, Austin, Texas 78701.

Reports and records relating to the incident of September 15, 2001 and follow-up inspection records and photos of Brown Water V.

5.      Discovery has yet to commence and this claimant anticipates the production of numerous other documents not yet in its possession, custody and control. Claimant will timely supplement.

## C.  Information relating to the Calculation of Damages

1.      Attached, as Exhibit A, is a summary computation of this claimants damages. All nonprivileged documents upon which this preliminary calculation is based are available for inspection and copying. Damages information is preliminary and subject to addition and revision.

## D.  Insurance

1.      Not relevant as to this party. See Brown Water and ACBL Initial Disclosures.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

HOWARD G. BALDWIN, JR.
First Assistant Attorney General

OF COUNSEL

*[signature]*

Please
Sign & Return

JEFFREY S. BOYD
Deputy Attorney General for Litigation

GRADY CLICK
Assistant Attorney General
Chief, Transportation Division


- - - - - - - - - - - - - - - - - - - - - - - - - - -
JACK F. GILBERT
Assistant Attorney General
Attorney-in-Charge
Texas Bar No. 00786946
Federal Bar No. 16701

OF COUNSEL:                          MARGIE MANZANO CORBETT
                                     Assistant Attorney General
                                     Texas Bar No. 24001927
                                     Federal Bar No. 22121

                                     Office of the Attorney General
                                     Transportation Division
                                     P.O. Box 12548
                                     Austin, Texas 78711-2548
                                     Ph.: 512.463.2004
                                     Fax: 512.472.3855


                                     AND OF COUNSEL:

                                     ADAMS AND REESE LLP

                                     DARYL G. DURSUM
                                     Texas Bar No. 06287900
                                     Federal Bar No. 6198
                                     4400 One Houston Center
                                     1221 McKinney
                                     Houston, TX 77010
                                     Ph.: 713.652.5151
                                     Fax: 713.652-5152

**ATTORNEYS FOR THE STATE OF TEXAS**

**CERTIFICATE OF SERVICE**

I certify that on the 7th day of May, 2002, a true and correct copy of the foregoing document was served upon all counsel of record, VIA US Mail, as indicated below,  pursuant to Fed. R. Civ. P. 5 as follows:

**VIA FIRST CLASS US MAIL:**

**Attorneys for Petitioner American Commercial Barge Lines et al:**

Leslie D Cassidy, III
Woolsey & Cassidy, PC
1020 Bank of America
500 North Water St.
Corpus Christi, TX 78471

Glen Gowdar
Jones, Walker, Waechter,
            Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100

**Attorneys for Brown Water et al:**

Will W. Pierson
Royston, Rayzor, Vickery & Williams, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476

Keith N. Uhles
Royston, Rayzor, Vickery & Williams, L.L.P.
55 Cove Circle
Brownsville, Texas 78521

**Attorney for William Welch, Minor:**

Veronica Farias
Attorney-at-Law
2854 Boca Chica Blvd
Brownsville, Texas 78520

**Attorney for William Morris Welch:**

James B. Manley
Attorney at Law
3616 Preston Road
Pasadena, Texas 77505

**Attorneys for Lydia Zamora, Indiv., and as Rep. of the Estate of Hector Martinez, Jr., deceased;Gustavo Morales; Bigo's Inter., L.L.C.;Estaban F. Rivas & Maria Miriam Rivas, Inv. And as Rep. of Estate of Stevan F. Rivas; Jacqueline Paddock, Indv. and A/N/F of William B. Welch as Rep. of the  Estate of Chelsea Welch:**

Ray R. Marchan
Watts & Heard, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

**Attorneys for Estaban F. Rivas & Maria Miriam Rivas, Inv. And as Rep. of Estate of Stevan F. Rivas:**

John David Franz
Attorney at Law
400 N. McCoul
McAllen, Texas 78501

John Chadwick Cunett
Cunett & Leppelaid
9004 Forest Crossing Drive
Suite C
The Woodlands, Texas 77381

**Attorney for Laguna Madre Water District:**

32

Case 1:01-cv-00157  Document 171  Filed in TXSD on 05/07/2002  Page 26 of 28

Juan A. Magallanes
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Blvd.
P.O. Box 4901
Brownsville, Texas 78520

**Attorney for Southwestern Bell Telephone Co.:**

Geoffrey Amsel
Southwestern Bell
1010 N. St. Mary's St. Rm. 1403
San Antonio, Texas 78215

**Attorneys for Raquel Teran Hinojosa, Indv. and on behalf of the Estate of Gaspar Hinojosa, deceased, Clarissa Hinojosa, Omar Garcia Hinojosa, and Gaspar Hinjosa II:**

Robert E. Ammons
Stevenson & Ammons
3700 Montrose Blvd.
Houston, Texas 77006

Julian Rodriguez, Jr.
Barrera & Tijerina
100 W. Pecan
McAllen, Texas 78501

Ramon Garcia
Attorney at Law
222 W. University Dr.
Edinburg, Texas 78539

**Attorney for Martin D. Hinojosa, Indv. and as heirs of the Estate of Gaspar Hinojosa, and Rita S. Hinojosa, Indv. and as heirs of the Estate of Gaspar Hinojosa:**

Julian Rodriguez, Jr.
Barrera & Tijerina
100 W. Pecan
McAllen, Texas 78501

**Attorneys for Bridgette Goza:**

Ray R. Marchan
Watts & Heard, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

Thomas E. Quirk
Aaron & Quirk
901 NE Loop 410
San Antonio, Texas 78209

**Attorney for Rene Mata and Frank Mata:**

Raymond L. Thomas, Jr.
Andres H. Gonzalez, Jr.
Kittleman, Thomas, Ramirez & Gonzalez
4900-B North 10th St.
McAllen, Texas 78504

**Attorney for Anita Harris, Indv. and as Next Friend of Victor Justin Harris and as Rep. of the Estate of Robert V. Harris:**

Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550

**Attorney for Hector Martinez, Sr.:**

Jim Hart
William Bailey Law Firm
8441 Gulf Freeway
Suite 600
Houston, Texas 77017-5001

**Robert and Virginia Fandrich:**

Robert and Virginia Fandrich
5901 Vycali Way
Stockton, California 95207-5319

Page -25-

**Attorney for Ricky Leavall and**
**Carol Leavall, Indv. and as Rep. of**
<u>**the Estate of Robin Faye Leavall, deceased:**</u>

Steve Q. McManus
William Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
P.O. Box 2206
Victoria, Texas 77902-2206

<u>**Attorney for 62 Claimant Businesses**</u>
Michael Slack
Slack & Davis, L.L.P.
Building Two, Suite 2110
8911 Capital of Texas Hwy, North
Austin, Texas 78759

**Attorney for Claimant;**
S. Mark Strawn
Schirrmeister Ajamie, L.L.P.
711 Louisiana St., suite 2150
Houston, Texas 77002

**Attorney for Daisy Harris as Admn.**
<u>**of the Estate of Robert Victor Harris:**</u>
Ms. Sandra D. Laurel
Snow & Laurel, L.L.P.
310 West Sunset
San Antonio, Texas 78209

_Jack F. Gilbert_

J ACK F. GILBERT

# EXHIBIT A

## STATE OF TEXAS - SUMMARY OF DAMAGES - PRELIMINARY

## QUEEN ISABELLA CAUSEWAY

---

| 1. TxDOT | Emergency contract with William Brothers Construction | $5,517,304.90 |
| 2. TxDOT | Ferry Contracts - emergency transportation items - | $2,442,547.62 |
| 3. TxDOT | Causeway repair charges - 3rd parties - incurred | $1,845,779.84 |
| 4. TxDOT | Cameron County for transportation services | $ 276,812.87 |
| 5. TxDOT | Long Island Swing Bridge | $ 11,090.60 |
| 6. TxDOT | Port Isabel ISD - transportation costs for students | $ 27,700.00 |
| 7. State | Tax Revenues | $ ??? |
| 8. State | Unemployment Compensation | $ ??? |
| 9. State | Other State agency losses-damages | $ ??? |

$10,370,535.63*

*Charges listed not complete. No costs listed for TxDOT overtime, internal costs, expenses directly related to bridge salvage and repair operations, etc. Charges/expenses for other agencies not yet calculated. Tax revenues and additional unemployment compensation paid out still being calculated. All estimates and costs subject to revision.