**ORIGINAL**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 7 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | C.A. NO. B-01-157 |
| PETITION OF BROWN WATER | § | (Subject to Rule 9(h) |
| TOWING I, INC., AS OWNER, AND | § | of the Federal Rules |
| BROWN WATER MARINE SERVICE, | § | of Civil Procedure) |
| INC., AS BAREBOAT CHARTERER, OF | § | Admiralty |
| THE BROWN WATER V, ITS ENGINES, | § | |
| TACKLE, ETC. IN A CAUSE OF | § | |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

Consolidated with:

| | | |
|---|---|---|
| IN THE MATTER OF AMERICAN | § | C.A. NO. B-02-004 |
| COMMERCIAL LINES LLC AS OWNER | § | (Subject to Rule 9(h) |
| and AMERICAN COMMERCIAL BARGE | § | of the Federal Rules |
| LINE LLC AS CHARTERER OF THE | § | of Civil Procedure) |
| BARGES NM-315, VLB-9182, | § | Admiralty |
| ACL-9933B, VLB-9173, PRAYING | § | |
| FOR EXONERATION FROM AND/OR | § | |
| LIMITATION OF LIABILITY | § | |

## MATA CLAIMANTS' INITIAL DISCLOSURES

Claimants FRANK MATA and RENE MATA make these initial disclosures pursuant to FRCP 26 (a) as follows:

(A)    The name, and, if known, the address and telephone number of each individual likely

to have discoverable information that the disclosing party may use to support its claims or

defenses, unless solely for impeachment, identifying the subjects of the information;

**RESPONSE:**

See **Exhibit "A"** regarding persons with knowledge of relevant facts.

(B)     A copy of, or description by category and location of, all documents, data compilations, and

tangible things that are in the possession, custody, or control of the party and that the disclosing party

may use to support its claims or defenses, unless solely for impeachment.

**RESPONSE:**

Claimants may rely upon the following documents which are either within their

possession or subject to their control:

1.    Medical Records for Rene Mata from the providers listed on **Exhibit "B"**;

2.    Photographs of the vehicle being driven by Rene Mata at the time of the incident;

3.    Various photographs of Rene Mata before and after the incident in question;

4.    The transcript and attached exhibits to the U.S. Coast Guard inquiry into the incident in question;

5.    Newspaper articles and media reports regarding the incident in question.

Also, Claimants may rely upon any of the documents and items in the list attached

as **Exhibit "C"**.

(C)     A computation of any category of damages claimed by the disclosing party, making available

for inspection and copying as under Rule 34 the documents or other evidentiary material, not

privileged or protected from disclosure, on which such computation is based, including

materials bearing on the nature and extent of injuries suffered;

**RESPONSE:**

See Claimants' claim, filed herein regarding the category of damages claimed. Claimants have not retained an expert in economics or related fields to compute the dollar value of Rene Mata's economic losses at this time. Furthermore, Rene Mata is still undergoing continuing medical and psychological treatment and the total amount of related costs and expenses have not yet been determined. Rene Mata's non-economic damages are in an amount to be determined by a jury of his peers.

(D)     For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy all or part of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgement.

**RESPONSE:**

Not applicable.

Respectfully submitted,

By: _____
Raymond L. Thomas
Attorney-in-Charge
Texas State Bar No. 19865350
Federal Bar No. 10715
Andres H. Gonzalez, Jr.
Texas State Bar No. 24002156
Federal Bar No. 22196

***KITTLEMAN, THOMAS, RAMIREZ &***
***GONZALES, PLLC***
4900-B  North 10th Street
McAllen, Texas  78504
(956) 686-8797
(956) 630-5199 (fax)

**ATTORNEYS FOR CLAIMANTS**

**IN RE BROWN WATER**
*Initial Disclosures*                                                          *Page -3-*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on opposing counsel via certified mail, return receipt requested, and on all other counsel by regular U.S. mail in accordance with the Federal Rules of Civil Procedure, on this 7th day of May, 2002.

_____
Raymond L. Thomas

## SERVICE LIST

Mr. Mark J. Spansel
Adams & Reese, L.L.P.
4500 One Shell Square
New Orleans, LA 70139

Mr. James B. Manley
Attorneys at Law
3616 Preston Road
Pasadena, Texas 77505

Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381

William Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550

Mr. Glen Goodier
Jones, Walker, Waechter, Poitevent,
    Carrere & Denegre, L.L.P.
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100

Mr. Les Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Chrisit, Texas 78471

Mr. Jack F. Gilbert
Office of the Attorney General
Transportation Department
Post Office Box 12548
Austin, Texas 78711-2548

W. Lamoine Holland
Law Office of W. Lamoine Holland
1920 Nacogdoches Rd., Suite 100
San Antonio, Texas 78209

Frank Enriquez
Roberto D. Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

Richard Leo Harrell
The Edwards Law Firm, L.L.P.
P.O. Box 480
Corpus Christi, Texas 78403-0480

Jim S. Hart
Nejd Yaziji
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

Cliff Gerrard
Independence Plumbers of South Texas
8602 Robindell Drive
Houston, Texas 77074

Michael L. Slack
Micheal Davis
Slack & Davis, L.L.P.
Building Two, Suite 2110
8911 Capital of Texas Hwy., North
Austin, Texas 78759

Robert and Virginia Fandrich
5101 Berdi Way
Stockton, CA 95207

Mr. J. A. Magallanes
Carlos Escobar
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Blvd./P.O. Box 4901
Brownsville, Texas 78520

Mr. Geoffrey Amsel
SBC Management Services
1010 N. St. Mary'ss Room 1403
San Antonio, Texas 78209

Julian Rodriguez, Jr.
Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501

Ms. Veronica Farias
Law Of fice of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

John and Mary McCoy
514 Brookside Pass
Cedar Park, Texas 78613

Thomas R. Ajamie
S. Mark Strawn, Esq.
Schirmeister Ajamie, L.L.P.
711 Louisiana Street, Suite 2150
Houston, Texas 77002

Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209- 1307

Will Pierson
Royston, Rayzor, Vickery & Williams, L.L.P.
606 North Carancahua, Suite 1700
Corpus Christi, Texas 78476

Keith N. Uhles
James H. Hunter , Jr.
Royston, Rayzor, Vickery & Williams, L.L.P.
55 Cove Circle
Brownsville, Texas 78521

## EXHIBIT "A"

The following persons or entities may have discoverable information regarding relevant facts:

Rene Mata
c/o
Raymond L. Thomas
Andres H. Gonzalez, Jr.
***KITTLEMAN, THOMAS, RAMIREZ &***
    ***GONZALES, PLLC***
4900-B  North 10th Street
McAllen, Texas  78504
(956) 686-8797
*Claimant*

Frank Mata
c/o
Raymond L. Thomas
Andres H. Gonzalez, Jr.
***KITTLEMAN, THOMAS, RAMIREZ &***
    ***GONZALES, PLLC***
4900-B  North 10th Street
McAllen, Texas  78504
(956) 686-8797
*Claimant*

Blue Cross Blue Shield of Texas
(A Division of Health Care Service Corp.)
2329 S. MacArthur Blvd.
Springfield, Illinois
*Medical lien holder for Rene Mata.*

American Commercial Barge Lines
c/o Mr. Glen Goodier Jones, Walker, Waechter, Poitevent, Carrere & Denegre, LLP
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100
*Owner of barges pulled by BROWN WATER V at the time of the accident.*

Eddie Arriola
1616 Michigan
Port Isabel, Texas
*Mr. Arriola is the supervisor of the Long Island Swing Bridge in Port Isabel, Texas. He has knowledge of different barge cor~igurations passing through the area and of the circumstances surrounding the accident.*

Attorney General of Texas
c/o Mr. Michael Ratliff
Post Office Box 12548
Austin, Texas 78711- 2548
*Claimant*

Bigo's International, LLC
c/o Mr. Ray R. Marchan
WATTS & HEARD, LLP
1926 E. Elizabeth
Brownsville, Texas 78520
*Claimant*

Joe W. Blocker
301 N. Chaparral
Fulton, Texas 78358
(361) 790-9350
*Mr. Blocker was a deck hand on board the BROWN WATER V at the time of the accident.*

Agustin Briseno
6684 Monte Vello
Brownsville, Texas
*Mr. Briseno works at the Long Island Swing Bridge in Port Isabel, Texas. He has knowledge of*
*the configuration of barges passing through the area and of the circumstances surrounding the area.*

Rafael Briseno
1015 Timeer Drive
Brownsville, Texas
*Mr. Briseno works at the Long Island Swing Bridge in Port Isabel, Texas. He has knowledge of the configuration of barges passing through the area and of the cirGumstances surrounding the area.*

**IN RE BROWN WATER**
*Initial Disclosures*                                                      *Page -6-*

Steve Mosher
320 Cove Harbor
Post Office Box 2205
Rockport, Texas 78381-2205
*Mr. Mosher is the President of Brown Water Towing I, Inc.*

Captain Daniel Bryant
422 Palm
Laguna Vista, Texas
*Captain Bryant has knowledge of the circumstances surrounding the accident.*

Captain Joe Lee Bryant
104 Hwy 100 Lot 1
Port Isabel, Texas
*Captain Bryant has knowledge of the circumstances surrounding the accident.*

Daniel Ceballos
c/o Burns International Security Services
Long Island, Texas
*Mr. Ceballos has knowledge of the circumstances surrounding the accident.*

Central Power & Light
c/o C.T. Corporation System
350 N. St. Paul Street
Dallas, Texas 75201
*Potential Claimant*

Captain Phil Colo
416 Barker Street
Laguna Vista, Texas
*Captain Colo has knowledge of the circumstances surrounding the accident.*

Edith Curtis
4268 Airport Road
Tioga, Texas 76271
*Potential Claimant*

Department of the Army
Corps of Engineers
1920 North Chaparral Street
Corpus Christi, Texas 78401
Attn: Mr. Elijio Garza, Area Engineer
*May have knowledge has to the contributing factors for the accident.*

**IN RE BROWN WATER**
*Initial Disclosures*                                                                      *Page -7-*

Captain Steve Ellis
1016 Tarpon, #9
Port Isabel, Texas
***Captain Ellis has knowledge of the circumstances surrounding the accident.***

Robert and Virginia Fandrich
5101 Verdi Way
Stockton, CA 95207
***Claimants***

Cliff Fleming
721 Palm Blvd.
Laguna Vista, Texas
***Mr. Fleming has knowledge of the circumstances surrounding the accident.***

Colleen Forster
5652 Pinon Vista Drive
Austin, Texas 78724
***Potential Claimant***

Captain David Fowler
860 Debonair Drive
Mobile, Alabama 36695
(334) 639-1747
***Captain Fowler was at the wheel of the BROWN WATER V at the time of the accident.***

Captain James Franceschi
34 Sunburst Lane
Brownsville, Texas 78520
(956) 546-6103
***Captain Franceshi was piloting the Irini Fout through the Brownsville Ship Channel when he heard Brown Water V's mayday call. He has personal knowledge of Captain Fowler's radio conversations subsequent to the accident. Captain Franceshi also has knowledge of the circumstances surrounding the accident and of previous groundings in the channel area.***

Victor Franco
c/o Burns International Security Services
Long Island, Texas
***Mr. Franco has knowledge of the circumstances surrounding the accident.***

**IN RE BROWN WATER**
*Initial Disclosures*                                                             *Page -8-*

Gustavo Garcia
6939 West Business 83
Harlingen, Texas
*Mr. Garcia has knowledge of the circumstances surrounding the accident.*

Dolores Goette
410 Morris Street
Laguna Vista, Texas
*Ms. Goette has knowledge of the circumstances surrounding the accident.*

Captain Henry Goette
410 Morris Street
Laguna Vista, Texas
*Captain Goette has knowledge of the circumstances surrounding the accident.*

Bridgette Goza
c/o Mr. Ray R. Marchan
WATTS & HEARD, LLP
1926 E. Elizabeth
Brownsville, Texas 78520
*Claimant*

Mark Guillot
5705 Laguna Circle South, #202
South Padre Island, Texas
*Mr. Guillot has knowledge of the circumstances surrounding the accident.*

Daisy Harris
Address and telephone number unknown
*Claimant*

Raquel Teran Hinojosa
c/o Julian Rodriguez, Jr.
Law Of fice of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501
*Claimant*

**IN RE BROWN WATER**
*Initial Disclosures*                                                       *Page -9-*

Clarissa Hinojosa
c/o Julian Rodriguez, Jr.
Law Of fice of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501
*Claimant*

Omar Hinojosa
c/o Julian Rodriguez, Jr.
Law Of fice of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501
*Claimant*

Gaspar Hinojosa, II
c/o Julian Rodriguez, Jr. Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501
*Claimant*

Ms. Kay Keese
Post Office Box 457
Bells, Texas 75414
*Potential Claimant*

Laguna Madre Water District of Port Isabel
c/o Mr. J.A. Magallanes Magallanes, Hinojosa & Mancias, PC
1713 Boca Cica
Post Office Box 4901
Brownsville, Texas 78520
*Claimant*

Captain Phillip Langley
3326 Lakeside Drive
Rockwall, Texas 75087
(800) 873-9823
*Captain Langley was the relief captain on board the tugboat Bruce Bordelon at the time of the accident. He has knowledge of the circumstances surrounding the accident.*

Ricky Leavell
c/o William Q. McManus McManus & Crane, LLP
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206
*Claimant*

Carol Leavell
c/o William Q. McManus McManus & Crane, LLP
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206
*Claimant*

Long Island Bridge Company
c/o John R. Freeland
806 Pecan
McAllen, Texas 78501
(956) 943-1622
*Employees of Long Island Bridge Company witnessed the four barges and tug pass under the bridge immediately prior to the accident. They also have knowledge of the configuration of barges passing through the area and of the circumstances surrounding the accident.*

Doyle McClendon
3211 North Inspiration Road, Apt. 2
Mission, Texas 78572
*Potential Claimant*

Romeo Miller
3106 Barnes Bridge
Dallas, Texas 75228
*Potential Claimant*

Juan Antonio Mireles and Soleded Gonzalez Mireles
305 W. 10th Skeet
Los Fresons, Texas 78566
*Claimants*

J. Antonio Mireles
1112 First Street, #270
Coronado, CA 92118
*Claimant, Personal Representative of the
Estate of Julio Cesar Mireles, Brother of Antonio Mireles*

Captain Joseph Mock
Post Office Box 572
Port Isabel, Texas
*Captain Mock has knowledge of the circumstances surrounding the accident.*

Gustavo Mireles
c/o Mr. Ray R. Marchan
WATTS & HEARD, LLP
1926 E. Elizabeth
Brownsville, Texas 78520
*Claimant*

Dimas Mora
c/o W. Lamoine Holland
1920 Nacogdoches Road, Ste. 100
San Antonio, Texas 78209
*Potential claimant*

Ramon Moreno
Rt. 3, Box 708F
Los Fresnos, Texas
*Mr. Moreno has knowledge of the circumstances surrounding the accident.*

Dr. Donald Jay Mulkerne
Spring Hill Behavioral Health
100 Memorial Hospital Drive, Ste. 1-B
Mobile, Alabama 36608
*Dr. Mulkerne is Capt. David Fowler's treating psychologist and has knowledge of the impact of the accident on Capt. Fowler's emotional and psychological well-being.*

Charles Nathanson
23102 Botkins Road
Hockley, Texas 77477
*Potential Claimant*

Levie Paul Old
1200 N. Magnolia, #26
Rockport, Texas 78382
(361) 727-9165
*Mr. Old was a deck hand on board the BROWN WATER V at the time of the accident.*

**IN RE BROWN WATER**
*Initial Disclosures*

*Page -12-*

Outdoor RV Resorts South Padre
c/o Dave Fletcher
900 South Garcia Street
Port Isabel, Texas 78578
***Potential Claimant***

Jacqueline Paddock
c/o Mr. Ray R. Marchan
WATTS & HEARD, LLP
1926 E. Elizabeth
Brownsville, Texas 78520
Claimant
 Annaca Page
16810 Tranquil Drive
Sugar Land, Texas 77478
***Potential Claimant***

Ms. Eileen Peeples
Post Office Box 2283
New Caney, Texas 77357
***Potential Claimant***

Port Isabel-San Benito Navigation District
c/o Mr. Brian G. Janis
Sanchez, Whittington, Janis & Zabarte, LLP
100 North Expressway 83
Brownsville, Texas 78521-2284
***May have knowledge of the circumstances surrounding the accident.***

Daniel Pugh
Telephone and address unknown
***Mr. Pugh has knowledge of the circumstances surrounding the accident.***

Dan Reeves
1806 Illinois
Port Isabel, Texas
***Mr. Reeves has knowledge of the circumstances surrounding the accident.***

Captain Russell Robinson
c/o R&R Hi-Way Baitstand
Port Isabel, Texas
***Captain Robinson has knowledge of the circumstances surrounding the accident.***

**IN RE BROWN WATER**
***Initial Disclosures***                                              ***Page -13-***

Esteban F. Rivas
c/o John David Franz
The Law Offices of John David Franz
400 N. McColl McAllen, Texas 78501
and
c/o J. Chad Gauntt Gauntt & Kruppstadt, LLP
9004 Forest Crossing Drive, Ste. C
The Woodlands, Texas 77381
*Claimant*

Maria Miriam Rivas
c/o John David Franz
The Law Of fices of John David Franz
400 N. McColl
McAllen, Texas 78501
and
c/o J. Chad Gauntt
Gauntt & Kruppstadt, LLP
9004 Forest Crossing Drive, Ste.
The Woodlands, Texas 77381
*Claimant*

N. Fay Rutledge
726 Partridge Lane
Eagle Lake, Texas 77434
*Potential Claimant*

Security Systems Southwestern Bell Telephone
c/o Mr. Geoffrey Amsel
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78209
*Claimant*

Dale Ray Stockton
14648 Arroyo Drive
Harlingen, Texas
*Mr. Stockton has knowledge of prior collisions of tugboats and barges with the Queen Isabella Causeway.*

Russell Stockton
208 West Mesquite
South Padre Island, Texas
*Mr. Stockton has knowledge of the circumstances surrounding the accident.*

Texas Department of Public Safety
c/o Mary Ann Courter
5805 Lamar Blvd
Post Office Box 4087
Austin, Texas 78773-0001
*May have knowledge of the circumstances surrounding the accident.*

Texas Department of Transportation
c/o Mark J. Spansel
ADAMS & REESE, LLP
4500 One Shell Square
New Orleans, LA 70139
and
Amadeo Saenz, District Engineer
600 West US 83 Expressway
PO Drawer EE
Pharr, Texas 78577
*Potential Claimant*

Texas Parks & Wildlife Department
c/o Boyd Kennedy
Staff Attorney
Law Enforcement Division
5541 Bear Lane, Ste. 232
Corpus Christi, Texas 78405
and
4200 Smith School Road
Austin, Texas 78744
*May have knowledge of the circumstances surrounding the accident.*

Captain Dewitt Thomas
121 Channel
Port Isabel, Texas
*Captain Thomas has knowledge of the circumstances surrounding the accident.*

United States Coast Guard
Commanding Officer
Marine Safety Office - Corpus Christi
400 Mann Street, Ste. 210
Corpus Christi, Texas 78401
*The United States Coast Guard performed an investigation of the accident.*

Janie Valdez
7300 North Padre Blvd.
South Padre Island, Texas
*Ms. Valdez has knowledge of the circumstances surrounding the accident.*

Ross Viligura
828 Hughes
Box 429
Palacios, Texas 77465
(979) 578-1864
*Mr. Villigura was a deck hand on board the BROWN WATER V at the time of the accident.*

Sheldon Weisfeld
855 East Harrison Street
Brownsville, Texas 78520
*Mr. Weisfeld is Captain Fowler's criminal attorney*

Jim Wilson
United States~Coast Guard
800 David Drive, Room 232
Morgan City, LA 70380
*Mr. Wilson conducted the U.S.C.G. investigative hearings*

Captain Rocky Lee Wilson
Post Office Box 2166
Port Aransas, Texas 78373
(361) 749-3633
*Captain Wilson was the captain on board the BROWN WATER V at the time of the accident.*

United States Department of Transportation
c/o Hon. Greg Serres, United States Attorney
600 East Harrison, Ste. 201
Brownsville, Texas 78520-7114
*May have knowledge of the circumstances surrounding the accident.*

William Welch
c/o Ms. Veronica Farias
Law Of fice of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521
***Claimant***

William Morris Welch
c/o Mr. James B. Manley
Attorneys at Law
3616 Preston Road
Pasadena, Texas 77505
***Claimant***

Lydia Zamora
c/o Mr. Ray R. Marchan
WATTS & HEARD, LLP
1926 E. Elizabeth
Brownsville, Texas 78520
***Claimant***

Craig Zimmerman
1/4 Mile North 100onFM 1575
Post Office Box 4025
Los Fresnos, Texas
***Mr. Zimmerman has knowledge of the circumstances surrounding the accident.***

William Zimmerman
706 North Shore Drive
Port Isabel, Texas
***Mr. Zimmerman has knowledge of the circumstances surrounding the accident.***

All persons who have provided testimony at the United States coast Guard hearings.

All persons listed as medical providers for Rene Mata on **Exhibit "B"**.

EXHIBIT "B"

| LIST OF MEDICAL PROVIDERS- RENE MATA |
|---|
| Cardiovascular Association<br>Ruben M. Lopez, M.D.<br>2121 Pease Street, Suite 207<br>Harlingen, Texas 78550<br>(956) 425-5144 |
| Valley Orthopedic Surgery<br>1629 Treasure Hills Blvd., Suite B1<br>Harlingen, Texas 78550<br>(956) 364-1510 |
| Brownsville Neurological Institute<br>800 West Jefferson Street, Suite 140<br>Brownsville, Texas 78520<br>(956) 504-1322 |
| EMCare Emergency<br>P.O. Box 13826<br>Philadelphia, PA 19101-3826 |
| South Texas Emergency Care Foundation<br>1705 Vermont<br>P.O. Box 533668<br>Harlingen, Texas 78553-3668<br>(956) 364-2711 |
| Medical Homecare, Inc.<br>2202 S. 77 Sunshine Strip, Suite E<br>Harlingen, Texas 78550<br>(956) 412-3424 |
| Valley Baptist Medical Center<br>P.O. Box 2588<br>Harlingen, Texas 78551-2588<br>(956) 389-1718 |

| |
|---|
| Jefferson Cartwright, M.D.<br>1629 Treasure Hills Blvd., Suite B1<br>Harlingen, Texas 78550<br>(956) 364-1510 |
| Harlingen Anesthesia<br>1702 Ed Carey Drive<br>Harlingen, Texas 78550-8202<br>(956) 423-4589 |
| Heart Clinic, P.A.<br>2310 N. Ed Carey Drive, Suite 1A<br>Harlingen, Texas 78550<br>(956) 428-5522 |
| Coastal Radiology Consultants, P.A.<br>P.O. Box 201178<br>Houston, Texas 77216<br>(956) 550-8944 |
| Pathology Laboratories<br>1620 N. Ed Carey Drive<br>Harlingen, Texas 78550-8286<br>(956) 423-3335 |
| Valley Regional Medical Center<br>P.O. Box 406655<br>Atlanta, GA 30384-6655<br>(956) 350-7436 |
| Valley Comprehensive Management Center<br>1100 N. Expressway, Suite 3<br>Brownsville, Texas 78521<br>(956) 504-3200 |
| Columbia Valley Healthcare System<br>100 East Alton Gloor Blvd., Bldg. A<br>Brownsville, Texas 78526 |
| Harlingen Community Emergency Care Foundation<br>2733 S. 77 Sunshine Strip<br>Harlingen, Texas 78550 |
| |
| |

| EVIDENCE # | DATE | TIME | DESCRIPTION |
|---|---|---|---|
| ACOE-02 | | 1122 | Army Corps of Engineer Post Allison survey. |
| BW-01 | | 1303 | Employment Resume for Douglas W. Swain (Brown Water Marine Expert Witness). |
| BW-03 | | 1312 | Port Isabel, TX Image (Brown Water Marine Service, Inc. Survey) |
| BW-05 | | 1315 | "Multibeam Depth Sounder" (Brown Water Marine Services, Inc. survey of the subject area). |
| BW-07 | | 1326 | Survey vessel "R/V Muller" (Brown Water Marine Service, Inc. Survey) |
| BW-09 | | 1333 | "Dredge Template" (Brown Water Marine Service, Inc. Survey) |
| BW-11 | | 1350 | "Holes in Bottom" (Brown Water Marine Service, Inc. Survey). |
| BW-13 | | 1433 | "Hole Contours 1ft. Intervals" (Brown Water Marine Service, Inc. Survey) |
| BW-15 | | 1445 | Photograph of barge transiting toward Queen Isabella Causeway #2. |
| BW-17 | | 1445 | Photograph of barge transiting toward Queen Isabella Causeway #4. |
| BW-19 | | 1447 | Photograph of barge transiting toward Queen Isabella Causeway #6. |
| BW-21 | | 1450 | Photograph of barge transiting toward Queen Isabella Causeway #8. |
| BW-23 | | 817 | Affidavit of James Franceschi. |
| BW-25 | | 945 | Witness statement, Phil Colo, 3 pages. |
| BW-27 | | 945 | Witness statement, Daniel Bryant, 3 pages. |
| BW-29 | | 945 | Witness statement, Cliff Fleming, 2 pages. |
| BW-31 | | 945 | Witness statement, Mark Guillat, 2 pages. |
| BW-33 | | 945 | Witness statement, Dewitt Thomas, 2 pages. |
| BW-36 | | 1110 | Physical Oceanographic Real-Time system, current meter. |

Day 01
Day 02
Day 03
Day 04



EXHIBIT
C

| ID | No. | Description |
|---|---|---|
| Fowler-02 | 1240 | Letter from Physician, James A. Freeberg, Ed.D.,P.C., Psychologist. |
| Fowler- | | ██████████████████████████████████████ |
| Fowler-04 | 1244 | Search and Seizure Warrant. |
| IO-01 | 1100 | Letter of Appointment to Mr. James Wilson from the Commander 8thCG District. |
| IO- | | ██████████████████████████████████████ |
| IO-03 | 1100 | Notification to the State of Texas as a Party-in-Interest. |
| IO- | | ██████████████████████████████████████ |
| IO-05 | 1100 | Notification to Brown Water Marine Service, Inc. as a Party-in-Interest. |
| IO- | | ██████████████████████████████████████ |
| IO-07 | 1100 | Texas Peace Officer's Accident Report, Fatality Accident, form: ST-3(EFF. 1/1/96). |
| IO- | | ██████████████████████████████████████ |
| IO-09 | 1052 | Written Statement and Drug Screening for L.W. Blocker, crew member on Brown Water V |
| IO- | | ██████████████████████████████████████ |
| IO-11 | 1000 | Laguna Madre Chart (Large). |
| IO- | | ██████████████████████████████████████ |
| IO-13 | 1005 | Laguna Madre Chart (Medium). |
| IO- | | ██████████████████████████████████████ |
| IO-15 | 1020 | Port Isabel Channel Film (CWO Grodecki filming, fixed and unfixed view aboard CG small Boat). |
| IO- | | ██████████████████████████████████████ |
| IO-17 | 1315 | Transcription, Interview with Captain David Fowler and crew on 15Sep01. |
| IO- | | ██████████████████████████████████████ |
| IO-19 | 1315 | Mini Cassette, CWO Grodecki and LT Helton, Interview with Captain David Fowler on 17Sep01. |
| IO- | | ██████████████████████████████████████ |
| IO-21 | 1315 | Normal cassette, Interview with Captain David Fowler on 17Sep01. |
| IO- | | ██████████████████████████████████████ |
| IO-23 | 1425 | Coast Guard Alcosensor and Field Sobriety Test results, Conducted by CWO Grodecki. |
| IO- | | ██████████████████████████████████████ |
| IO-25 | 1555 | Written witness statement from Levi Old (crew member on the Brown Water V). |
| IO- | | ██████████████████████████████████████ |
| IO-27 | 1613 | Coast Guard Regional Exam Center File for Captain Fowler. |
| IO- | | ██████████████████████████████████████ |
| IO-29 | 1616 | Tankerman License (copy) for Captain Rocky L. Wilson. |
| IO- | | ██████████████████████████████████████ |
| IO-31 | 1742 | CG-2692, Report of Marine Injury or Death, Submitted by Brown Water Marine Service, Inc. |
| IO- | | ██████████████████████████████████████ |
| IO- | | ██████████████████████████████████████ |
| IO-34 | 1053 | Transcription of interview with Brown Water V crew on 15Sep01, continued. |
| IO- | | ██████████████████████████████████████ |
| IO-36 | 1104 | Queen Isabella Causeway Bridge large view chart. |
| IO- | | ██████████████████████████████████████ |
| IO-38 | 1512 | Uninspected Towing Vessel Exam Checklist Deficiencies, Brown Water V. |
| IO- | | ██████████████████████████████████████ |
| IO-40 | 1619 | Blown up view of subject area from the NOAA chart 11302. |
| IO- | | ██████████████████████████████████████ |
| IO-43 | 1110 | Resume and licenses, Ronald W. Yates, 15 pages. |

[REDACTED]

NOAA-02   *********   815   Federal Agencies Involved in Nautical Charting.

[REDACTED]

NOAA-04   *********   815   NOAA Hydrographic Survey.

[REDACTED]

NOAA-06   *********   815   Results of NOAA Hydrographic Survey (Depths in ft. at time of Incident, +2.1 ft tide).

[REDACTED]

NOAA-08   *********   815   Results of NOAA Hydrographic Survey (Depths in ft. at time of Incident, +2.1 ft tide).

[REDACTED]

NOAA-10   *********   815   Results of NOAA Hydrographic Survey (Depth in ft. at MLLW), close color-coded depth view.

[REDACTED]

NOAA-12   *********   815   Results of NOAA Hydrographic Survey, Depth less than or equal to 12 ft. at MLLW.

[REDACTED]

NOAA-14   *********   815   Wind speed and direction, Port Isabel NOAA Tide Guide (Sep 16, 2001-0100 Standard Time, 0700 UTC).

[REDACTED]

NOAA-16   *********   815   Summary of NOAA Results.

NOAA-18   *********   1015   View of channel, custom view (extremely close view of scour area).

[REDACTED]

NOAA-20   *********   1031   NOAA Tide Data for Port Isabel tide guage #8779770.

TX-01   *********   1010   Stewart Jenkins, notes regarding inspection of Queen Isabella bridge nav lights, 3 pages.

[REDACTED]

TX-03   *********   1105   Brown Water Marine Service, Inc. record of incidents (Coast Guard Records).