IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 7 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | |
| PETITION OF BROWN WATER | § | |
| TOWING I, INC., AS OWNER, AND | § | |
| BROWN WATER MARINE SERVICE, | § | CIVIL ACTION B-01-157 |
| INC., AS BAREBOAT CHARTERER, OF | § | |
| THE BROWN WATER V, ITS ENGINES, | § | |
| TACKLE, ETC. IN A CAUSE OF | § | |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | |
| PETITION OF AMERICAN | § | |
| COMMERCIAL LINES, LLC, AS | § | CONSOLIDATED |
| OWNER and AMERICAN COMMERCIAL | § | WITH CIVIL ACTION B-02-004 |
| BARGE LINE, LLC AS CHARTERER, OF | § | |
| BARGES NM-315, VLB-9182, ACL-9933B, | § | |
| VLB-9173, IN A CAUSE OF | § | |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

### INITIAL DISCLOSURES OF ESTEBAN RIVAS AND MIRIAM RIVAS, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE OF STVAN RIVAS

TO THE HONORABLE JUDGE OF SAID COURT:

Come Now Claimants, Esteban Rivas and Miriam Rivas, individually and as Representatives of the Estate of Stvan Rivas, pursuant to Rule 26 of the Federal Rules of Civil Procedure and hereby submit their initial disclosures.

A. RESERVATION OF PRIVILEGES

The following Rule 26(a)(6) disclosures are submitted subject to an without waiving any right to assert as to any document or communication all applicable privileges and exemptions to disclosure pursuant to any applicable statute or rule of procedure, including, but not limited to, the

attorney/client privilege, the atttorney work product privilege, the party communication privilege and the consulting expert privilege.

B. INCORPORATION OF OTHER RULE 26 DISCLOSURES

Claimants Esteban Rivas and Miriam Rivas, individually and as Representatives of the Estate of Stvan Rivas incorporate all persons designated by all other parties to this action as persons who may have knowledge of information relevant to the factual issues presented by this action.

C. PERSONS WITH KNOWLEDGE

The following persons or entities either have or may have discoverable information regarding relevant facts:

Mr. Esteban Rivas
20307 Beigewood Lane
Humble, Texas 77338

Father of Stvan Rivas and representative of his estate. Mr. Rivas will testify as to his relationship with Stvan and the loss he has suffered as a result of Stvan's death.

Miriam Rivas
20307 Beigewood Lane
Humble, Texas 77338

Mother of Stvan Rivas and representative of his estate. Mr. Rivas will testify as to his relationship with Stvan and the loss he has suffered as a result of Stvan's death.

Melanie Beltran
8315 Opalwood
Humble 77338

Family Friend, Stvan's girlfriend, has knowledge of Stvan's character, personality and familial relationship with his father and mother.

Manuel Morales, Area Manager
Eyemasters
Valle Vista Mall
Harlingen, Texas
428-7991

Stvan Rivas worked at Eyemasters under the supervision of Mr. Morales. Mr. Morales will testify as to Stvan's work ethic, his personality and character.

Paula Alvarez - Brownsville Store Manager
Eyemasters
Sunsrise Mall
Expressway 83
Brownsville, Texas
544-6405

Stvan worked at Eyemasters at Sunrise Mall. He worked alongside Paula Alvarez. Ms. Alvarez will testify as to Stvan's work ethic, his personality and his character.

Norma Gray
44 Saqua Ct.
Brownsville, Texas 78521
(956) 546-6362
Lived with Stvan, has knowledge of his personality, character and familial relationship

Billy Gray
44 Saqua Ct.
Brownsville, Texas 78521
(956) 546-6362
Lived with Stvan, had knowledge of his personality, character and familial relationship

Alejandro Del Toro
address unknown
Diver involved in rescue and recovery.

Lynn Dixon
DPS Diver
Austin, Texas
Recovered Rivas vehicle, leader of DPS dive team.

Juan Rodriguez, Jr.
I.D. No. 7928
DPS Investigating Officer
District 3C02
Harlingen, Texas

Mr. Rodriguez is the Investigating DPS Trooper who prepared the police report for this case. He has knowledge of the events causing the allision.

Margie W. Cornwell, M.D.
Pathologist
P.O. Drawer 2588
Harlingen, Texas 78551

Dr. Cornwell will testify as to the cause of Stvan's death.

Captain Rocky Lee Wilson
Post Office Box 2166
Port Aransas, Texas 78373
(361) 749-3633

Captain Wilson was the captain on board the Brown Water V at the time of the allision. He chose to go to sleep when he knew or should have known the tug would be facing difficult currents, knowing the Brown Water V was under powered, knowing that the four barges the Brown Water V was pushing were overloaded with up to 1,700 tons each of steel or phosphates and knowing that pushing these four barges would make it very dangerous to safely steer the barges under the causeway. With this knowledge, he entrusted the wheel of the Brown Water V to Relief Captain David Fowler who had experienced three groundings in the previous thirteen months. He also knows that everyone on board the Brown Water V was asleep except for the Relief Captain. and yet or failing to check on currents approaching the causeway. He chose to go to sleep knowing that there was a significant risk of losing control due to the underpowered tug, strong currents and further, knowing that once a captain loses control, the barges and tug are going to go where where nature or the current take them.

Relief Captain David Fowler
860 Debonair Drive
Mobile, Alabama 36695

Relief Captain David Fowler was supposed to be at the wheel of the Brown Water V prior to and at the time of the allision. He knows he failed to control the the Brown Water V in a manner which would have resulted in the safe passage of the Brown Water V and the four barges it was pushing under the Queen Isabella Causeway. He also knew that the Brown Water V was underpowered to safely transport the overloaded barges in question.

Levi Paul Old
1200 N. Magnolia, #26
Rockport, Texas 78382

Mr. Old was a deck hand on board the Brown Water V at the time of the allision. He too, claims to have been asleep in the wheelhouse prior to the allision.

Ross Villigura
828 Hughes
Palacios, Texas 77465

Mr. Villigura was a deckhand on the Brown Water V at the time of the allision.

Joe W. Blocker
301 N. Chapparal
Fulton, Texas 78358

Mr. Blocker was a deck hand on board the Brown Water V at the time of the accident.

Eddie Arriola
1616 Michigan
Port Isabel, Texas

Mr. Arriola is the supervisor of the Long Island Swing Bridge in Port Isabel, Texas. He has knowledge of different barge configurations passing through the area and circumstances surrounding the allision.

Agustin Briseno
6684 Monte Vello
Brownsville, Texas

Rafael Briseno
1015 Timeer Dr.
Brownsville, Texas

The Briseno's work at the Long Island Swing Bridge in Port Isabel, Texas. They have knowledge of the configuration of barges passing through the area and the circumstances surrounding the area.

Steve Mosher
320 Cove Harbor
Post Office Box 2205
Rockport, Texas 78381-2205

Captain Daniel Bryant
422 Palm
Laguna Vista, Texas

Captain Bryant has knowledge of the circumstances surrounding the allision.

Daniel Ceballos
Burns International Security Services
Long Island, Texas
Mr. Ceballos has knowledge of the circumstances surrounding the allision.

Captain Phil Colo
416 Barker St.
Laguna Vista, Texas

Captain Colo has knowledge of the circumstances surrounding the allision.

Elijio Garza, Area Engineer
Army Corps of Engineers
1920 North Chaparral Street
Corpus Christi, Texas 78401

Captain Steve Ellis
1016 Tarpon, #9
Port Isabel, Texas

Captain Ellis has knowledge of the circumstances surrounding the allision.

Cliff Fleming
721 Palm Blvd.
Laguna Vista, Texas

Mr. Flemming has knowledge of the circumstances surrounding the allision.

Captain James Franceschi
34 Sunburst Lane
Brownsville, Texas 78520

Captain Franceschi was piloting the Irini Fout through the Brownsville Ship Channel when he heard the Brown Water V's mayday call. He heard Captain Fowlers radio conversations.

Victor Franco
Burns International Security Services
Long Island, Texas

Mr. Franco has knowledge of the circumstances surrounding the allision.

Gustavo Garcia
6939 West Business 83
Harlingen, Texas

Mr. Garcia has knowledge of the circumstances surrounding the allision.

J.P. Burlette
Brownsville F.D. Diver
Brownsville, Texas

Discovered Stvan's Body

Omar Alegria
Brownsville F.D. Diver
Brownsville, Texas

Recored Stvan's body

John Zimmeran
Brownsville F.D. Dive Supervisor
Brownsville, Texas

Supervised the rescue and recovery efforts.

Captain Harry Goette
410 Morris Street
Laguna Vista, Texas

Captain Goette has knowledge of the circumstances surrounding the allision.

Mark Guillot
5705 Laguna Circle South, #202
South Padre Island, Texas

Mr. Guillot has knowledge of the circumstances surrounding the allision.

Captain Phillip Langley
3326 Lakeside Dr.
Rockwall, Texas 75087

Captain Langley has knowledge of the circumstances surrounding the allision.

Captain Joseph Mock
Post Office Box 572
Port Isabel, Texas

Captain Mock has knowledge of the circumstances surrounding the allision.

Dale Ray Stockton
14648 Arroyo Dr.
Harlingen, Texas

Mr. Stockton has knowledge of prior collisions of tugboats and barges with the Queen Isabella Causeway.

Captain Dewitt Thomas
121 Channel
Port Isabel, Texas

Captain Thomas has knowledge of the circumstances surrounding the allision.

United States Coast Guard Commanding Officer

Marine Safety Office- Corpus Christi
400 Mann Street, Ste. 210
Corpus Christi, Texas 78401

The United States Coast Guard investigated this alllision.

Jim Wilson
United States Coast Guard
800 David Drive, Room 232
Morgan City, LA 70380

Mr. Wilson conducted the Coast Guard Hearings and has knowledge of all testimony and exhibits involved.

Janie Valdez
7300 N. Padre Blvd.
South Padre Island, Texas

Ms. Valdez has knowledge of the circumstances surrounding the allision.

Craig Zimmerman
¼ Mile North 100 on FM 1575
Lost Fresnos, Texas
Mr. Zimmerman has knowledge of the circumstances surrounding the allision.

D. DOCUMENTS PRODUCED

The documents and tangible things to be disclosed are available at Claimants' attorneys offices in McAllen, Texas upon reasonable notice. Claimants also refer all parties to the exhibits produced at the United States Coast Guard Hearings which took place on October 9, 10, 11, 12, 2001 and November 5, 2001. The vehicle Stvan Rivas was operating at the time of his death is available for inspection, but, to prevent multiple inspections, the Claimants request that all parties conduct one inspection with enough advance notice for all experts to attend and enough notice to prevent hardship to the Brown Water Petitioners.

Documents Claimants intend to use at trial include:

1. Birth Certificate

2. Death Certificate of Stvan Rivas;

3. Autopsy Report on Stvan Rivas;

4. Texas Department of Public Safety generated Texas Peace Officers Accident Report on this incident;

5. Texas Department of Public Safety Dive Team reports, documents, photographs and video related to the allision.

6. Port Isabel Police and Fire Department Records related to the allision.

7. Brownsville Fire Department records related to the rescue and recovery efforts following the allision.

8. Texas Parks & Wildlife Department records relating to the allision;

9. Texas Department of Transportation documents, photographs and videotapes relating to the allision;

10. Coast Guard Hearing Transcripts and exhibits related to this allision;

11. Photographs and videotape of allision scene, recovery and rescue efforts, photographs of the Brown Water V and the barges involved in the collision, photographs of the Rivas vehicle

12. Family photographs, video-tapes, special occasion cards which evidence the familial relationship between Stvan Rivas and his parents.

13. U.S. Lifetables

E. INSURANCE POLICIES

The claimants' vehicle was insured by Travelers Insurance. A copy of the policy has been requested and will be produced shortly after receipt.

Respectfully Submitted,

**The Law Offices of John David Franz**
400 N. McColl
McAllen, Texas 78501
Tel. (956) 686-3300
Fax (956) 686-3578

_____
John David Franz
State Bar No. 07389200
Federal I.D. No. 1190
Attorney in Charge

and

**Gauntt & Kruppstadt, L.L.P.**
9004 Forest Crossing Dr., Suite C
The Woodlands, Texas 77381
Tel. (281) 367-6555
Fax (281) 367-3705

_____ w/ permission
J. Chad Gauntt by JDF
State Bar No. 07765990
Federal I.D. No. 14135
Of Counsel

## CERTIFICATE OF SERVICE

I certify that on this 7th day of May, 2002, a true and correct copy of the above and foregoing document has been provided to the following, via Regular Mail, unless otherwise indicated:

Will W. Pierson
Royston, Razor, Vickery & Williams
606 N. Carancahua, Ste 1700
Corpus Christi, Texas 78476

Keith N. Uhles
Royston Razor, Vickery & Williams
P.O. Box 3509
Brownsville, Texas 78523

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Dr., Suite C
The Woodlands, Texas 77381

Jack F. Gilbert
Office of the Attorney General
Transportation Division
Post Office Box 12548
Austin, Texas 78711-2548

Mark J. Spansel
Adams & Reed
4500 One Shell Square
New Orleans, LA 70139

Daryl Dursum
4400 One Houston Center
1221 McKinney
Houston, Texas 77010

Raymond L. Thomas
Kittleman, Thomas, Ramirez & Gonzalez, PLLC
4900-B North 10th St.
McAllen, Texas 78504

Jim S. Hart
Williams Bailey Law Firm, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

Thomas R. Ajamie
Mark Strawn
Schirrmeister Ajamie, LLP
Pennzoil Place- South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002

Richard Leo Harrell
The Edwards Law Firm
Post Office Box 480
Corpus Christi, Texas 78403

Frank Enriquez
Law Offices of Frank Enriquez
4200-B North Bicentennial

McAllen, Texas 78504

Steve Q. McManus
McManus & Crane
209 W. Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

Heriberto Medrano
Law Offices of Heriberto Medrano
1101 W. Tyler
Harlingen, Texas 78550

Les Cassidy
Woolsey & Cassidy
1020 Bank of America
500 N. Water Street
Corpus Christi, Texas 78471

Glenn Goodier
Jones, Walker, Waechter, Poitevent, Carrere & Denegre
201 St. Charles Ave., 48th Floor
New Orleans, La. 70170-5100

Geoffrey Amsel
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78209

Michael Slack
Slack & Davis, LLP
8911 Capital of Texas Hwy
Building 2, Suite 210
Austin, Texas 78759

Julian Rodriguez, Jr.
Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501

Veronica Farias
Attorney at Law
2854 Boca Chica Blvd.
Brownsville, Texas 78520

Ray R. Marchan
Watts & Heard
1926 E. Elizabeth
Brownsville, Texas 78520

Juan A. Magallanes
Magallanes, Hinojosa & Mancias
1713 Boca Chica Blvd.
Brownsville, Texas 78520

Robert E. Ammons
Stevenson & Ammons
3700 Montrose
Houston, Texas 77006

Ramon Garcia
Attorney at Law
222 W. University Dr.
Edinburg, Texas 78539

W. Lamoine Holland
1920 Nacogdoches Rd., Suite 100
San Antonio, Texas 78209

Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209

Robert A. and Virginia Fandrich
2101 Verdi Way
Stockton, California 95207

Cliff Garrard
Independent Plumbers of South Texas
8602 Robindell Drive
Houston, Texas 77074

John and Mary McCoy
514 Brookside Pass
Cedar Park, Texas 78613

_____
John David Franz