UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 08 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION | § | |
| FOR BROWN WATER TOWING I, INC., | § | |
| AS OWNER, AND BROWN WATER | § | C.A. NO. B-01-157 |
| MARINE SERVICE, INC., AS BAREBOAT | § | Admiralty |
| CHARTERERS, OF THE BROWN WATER | § | |
| V, ITS ENGINES, TACKLE, ETC., IN A | § | |
| CAUSE OF EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | | |

**Consolidated with**

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION | § | |
| OF AMERICAN COMMERCIAL LINES | § | C.A. NO. B-02-004 |
| LLC, AS OWNER, and AMERICAN | § | Admiralty |
| COMMERCIAL BARGE LINE LLC, AS | § | |
| CHARTERER OF THE BARGES NM-315, | § | |
| VLB-9182, ACL-9933B, VLB-9173, IN A | § | |
| CAUSE OF EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

## INITIAL DISCLOSURES OF
## WILLIAM KIMBRELL, CLAIMANT

NOW INTO COURT, through undersigned counsel, comes Claimant, William Kimbrell, who makes the following disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure:

### A. RESERVATIONS OF PRIVILEGES

The following Rule 26(a)(6) disclosures are submitted subject to and without waiving any right to assert as to any document or communication all applicable privileges and exemptions to disclosure pursuant to any applicable statute or rule of procedure, including, by not limited to, the attorney/client privilege, the attorney work product privilege, the party communication privilege and the consulting expert privilege.

## B.  INCORPORATION OF OTHER RULE 26 DISCLOSURES

Claimants incorporate all persons designated by all other parties to this action as persons who may have knowledge of information relevant to the factual issues presented by this action.

## C.  PERSONS WITH KNOWLEDGE

The following individuals are likely to have information which may support Claimant:

     1.     A.G. Hill Power
              c/o Ms. Janet Thompson
              6654 Leopard St.
              Corpus Christi, TX 78409
              Company believed to have repaired and/or maintained the street lights on the bride

     2.     Allstate Insurance Company
              c/o Thomas E. Quirk
              Aaron & Quirk
              901 N.E. Loop 1410, Suite 903
              San Antonio, TX 78209-1307
              Subrogation claimant for property damages of Bridgette Goza

     3.     American Commercial Barge Lines
              American Commercial Lines
              c/o Mr. Glen Goodier
              Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
              201 St. Charles Avenue, 48th Floor
              New Orleans, LA 70170-5100
              Owner of barges pushed by BROWN WATER V at the time of the accident

     4.     Geoffrey Amsel
              SBC Management Services
              1010 N. St. Mary's, Room 1403
              San Antonio, TX 78215

5.    Eddie Arriola
      1616 Michigan
      Port Isabel, TX
      Mr. Arriola is the supervisor of the Long Island Swing Bridge in Port
      Isabel, TX.  He has knowledge of different barge configurations passing
      through the area and of the circumstances surrounding the accident

6.    Bigo's International, L.L.C.
      c/o Mr. Ray R. Marchan
      Watts & Heard, L.L.P.
      1926 E. Elizabeth
      Brownsville, TX 78520
      Claimant

7.    Joe W. Blocker
      301 N. Chaparral
      Fulton, TX 78358
      (361) 790-9350
      Mr. Blocker was a deck hand on board the BROWN WATER V at the time
      of the accident

8.    Agustin Briseno
      6684 Monte Vello
      Brownsville, TX
      Mr. Briseno works at the Long Island Swing Bridge in Port Isabel, TX.  He
      has knowledge of the configuration of barges passing through the area and
      of the circumstances surrounding the area

9.    Rafael Briseno
      1015 Timeer Dr.
      Brownsville, TX
      Mr. Briseno works at the Long Island Swing Bridge in Port Isabel, TX.  He
      has knowledge of the configuration of barges passing through the area and
      of the circumstances surrounding the area

10.   Captain Daniel Bryant
      422 Palm
      Laguna Vista, TX
      Captain Bryant has knowledge of the circumstances surrounding the
      accident

11.    Captain Joe Lee Bryant
       104 Hwy 100 Lot 1
       Port Isabel, TX
       Captain Bryant has knowledge of the circumstances surrounding the
       accident

12.    Debra Butler
       1724 Ginger Court
       Orange Parks, FL 32065
       (904) 272-8363
       This witness has knowledge of Chealsa Kimbrell Welch & William E.
       Kimbrell's relationship

13.    Cameron County
       c/o Mr. George C. Kraehe
       Willette & Guerra, L.L.P.
       3505 Boca Chica Blvd., Suite 460
       Brownsville, TX 78521

14.    Les Casidy
       Woolsey & Cassidy, P.C.
       1020 Bank of America
       500 N. Water St.
       Corpus Christi, TX 78471

15.    Daniel Ceballos
       c/o Burns International Security Services
       Long Island, TX
       Mr. Ceballos had knowledge of the circumstances surrounding the accident

16.    Central Power & Light
       c/o C.T. Corporation System
       350 N. St. Paul Street
       Dallas, TX 75201
       Has knowledge regarding the street lights on the causeway

17.    Alton Jewel Chadwick
       Address & Phone Number Unknown
       Name taken from list of exhibits produced at the United States Coast Guard
       hearings

18.    Betty & Sam Chase
       4210 Paramount # 241
       Amarillo, TX 79109
       These witnesses have knowledge of Chealsa Kimbrell Welch & William E.
       Kimbrell's relationship; Grandparents of Chealsa Kimbrell Welch

19.    Captain Phil Colo
       416 Barker Street
       Laguna Vista, TX
       Captain Colo has knowledge of the circumstances surrounding the accident

20.    Helen Delgadillo for Ray R. Marchan
       Watts & Heard, L.L.P.
       1926 E. Elizabeth
       Brownsville, TX 78520

21.    Department of the Army
       Corps of Engineers
       1920 N. Chaparral Street
       Corpus Christi, TX 78401
       Attn: Mr. Elijio Garza
       Area Engineer

22.    Captain Steve Ellis
       1016 Tarpon, #9
       Port Isabel, TX
       Captain Ellis has knowledge of the circumstances surrounding the accident

23.    Frank Enriquez
       Law Offices of Frank Enriquez
       4200-B North Bicentennial
       McAllen, TX 78504

24.    Carlos Escobar
       Magallanes, Hinojosa & Mancias, P.C.
       P.O. Box 4901
       Brownsville, TX 78520

25.    Robert Espericueta
c/o Frank Enriquez
Law Offices of Frank Enriquez
4200-B N. Bicentennial
McAllen, TX 78504
Claimant

26.    Robert and Virginia Fandrich
5101 Verdi Way
Stockton, CA 95207
Claimants

27.    Cliff Fleming
721 Palm Blvd.
Laguna Vista, TX
Mr. Fleming has knowledge of the circumstances surrounding the accident

28.    Captain David Fowler
860 Debonair Dr.
Mobile, AL 36695
(334) 639-1747
Captain Fowler was at the wheel of the BROWN WATER V at the time of
the accident

29.    Captain James Franceschi
34 Sunburst Lane
Brownsville, TX 78520
(956) 546-6103
Captain Franceshi was piloting the Irini F out through the Brownsville Ship
Channel when he heard Brown Water V mayday call.  He has knowledge of
Captain Fowler's radio conversations subsequent to the accident.  Captain
Franceshi also has knowledge of the circumstances surrounding the
accident and of previous groundings in the channel area

30.    Victor Franco
c/o Burns International Security Services
Long Island, TX
Mr. Franco has knowledge of the circumstances surrounding the accident

31.    John David Franz
       The Law Offices of John David Franz
       400 N. McColl
       McAllen, TX 78501

32.    James A. Freeburg, Ed.D., P.C.
       Address & Phone Number Unknown
       Name taken from list of exhibits produced at the United States Coast Guard
       hearings

33.    Gustavo Garcia
       6939 West Business 83
       Harlingen, TX
       Mr. Garcia has knowledge of the circumstances surrounding the accident

34.    J. Chad Gauntt
       Gauntt & Kruppstadt, L.L.P.
       9004 Forest Crossing Drive, Suite C
       The Woodlands, TX 77381

35.    Jack F. Gilbert
       Margie Manzano Corbett
       Office of the Attorney General
       Transportation Division
       P.O. Box 12548
       Austin, TX 78711-2548

36.    Dolores Goette
       410 Morris St.
       Laguna Vista, TX
       Ms. Goette has knowledge of the circumstances surrounding the accident

37.    Captain Harry Goette
       410 Morris St.
       Laguna Vista, TX
       Captain Goette has knowledge of the circumstances surrounding the
       accident

38.   Glenn G. Goodier
      Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
      201 St. Charles Avenue, 48th Floor
      New Orleans, LA 70170-5100

39.   Bridgette Goza
      c/o Mr. Ray R. Marchan
      Watts & Heard, L.L.P.
      1926 Elizabeth
      Brownsville, TX 78520
      Claimant

40.   CWO Grodecki
      Address & Phone Number Unknown
      Name taken from list of exhibits produced at the United States Coast Guard
      hearings; Had an interview with Captain David Fowler on 09/17/01

41.   Mark Guillot
      5705 Laguna Circle South, #202
      South Padre Island, TX
      Mr. Guillot has knowledge of the circumstances surrounding the accident

42.   Richard Leo Harrell
      The Edwards Law Firm, L.L.P.
      802 N. Carancahua, Suite 2100 (78470)
      P.O. Box 480
      Corpus Christi, TX 78403-0480

43.   Anita Harris
      c/o Mr. Heriberto Medrano
      Law Offices of Heriberto Medrano
      1101 West Tyler
      Harlingen, TX 78550
      Claimant

44.   LT Helton
      Address & Phone Number Unknown
      Name taken from list of exhibits produced at the United States Coast Guard
      hearings; Had an interview with Captain David Fowler on 09/17/01

45.   Clarissa Hinojosa
      c/o Robert E. Ammons
      Stevenson & Ammons, L.C.
      3700 Montrose Blvd.
      Houston, TX 77006;
      Ramon Garcia
      Law Offices of Ramon Garcia, P.C.
      222 West University Dr.
      Edinburg, TX 78539
      Claimant

46.   Gaspar Hinojosa, II
      c/o Robert E. Ammons
      Stevenson & Ammons, L.C.
      3700 Montrose Blvd.
      Houston, TX 77006;
      Ramon Garcia
      Law Offices of Ramon Garcia, P.C.
      222 West University Dr.
      Edinburg, TX 78539
      Claimant

47.   Martin Hinojosa
      c/o Julian Rodriguez, Jr.
      Attorney at Law
      100 W. Pecan
      McAllen, TX 78501
      Claimant

48.   Omar Hinojosa
      c/o Robert E. Ammons
      Stevenson & Ammons, L.C.
      3700 Montrose Blvd.
      Houston, TX 77006;
      Ramon Garcia
      Law Offices of Ramon Garcia, P.C.
      222 West University Dr.
      Edinburg, TX 78539
      Claimant

49.    Raquel Teran Hinojosa
       c/o Robert E. Ammons
       Stevenson & Ammons, L.C.
       3700 Montrose Blvd.
       Houston, TX 77006;
       Ramon Garcia
       Law Offices of Ramon Garcia, P.C.
       222 West University Dr.
       Edinburg, TX 78539
       Claimant

50.    Rita Hinojosa
       c/o Julian Rodriguez, Jr.
       Attorney at Law
       100 W. Pecan
       McAllen, TX 78501
       Claimant

51.    Jim Hunter
       Address & Phone Number Unknown
       Name taken from list of exhibits produced at the United States Coast Guard
       hearings; Attorney for Brown Water

52.    Independent Plumbers of South Texas
       c/o Cliff Garrard
       8602 Robindell Dr.
       Houston, TX 78501
       Claimant

53.    Jeff Ingram
       Address & Phone Number Unknown
       Name taken from list of exhibits produced at the United States Coast Guard
       hearings

54.    Stewart Jenkins
       Address & Phone Number Unknown
       Name taken from list of exhibits produced at the United States Coast Guard
       hearings

55.    Andy & Peggy Kimbrell
       1428 Agnes St.
       Corpus Christi, TX 78401
       (361) 883-9339
       This witness has knowledge of Chealsa Kimbrell Welch & William E.
       Kimbrell's relationship

56.    William E. & Krystyne Kimbrell
       1214 Seneca St.
       Buffalo, N.Y.  14210
       Father and stepmother of Chealsa Kimbrell Welch.  These witnesses have
       knowledge of the relationship between themselves and Chealsa Kimbrell
       Welch

57.    Laguna Madre Water District of Port Isabel
       c/o Mr. J.A. Magallanes
       Magallanes, Hinojosa & Mancias, P.C.
       1713 Boca Cica
       P.O. Box 4901
       Brownsville, TX 78520
       Claimant

58.    Captain Phillip Langley
       3326 Lakeside Dr.
       Rockwall, TX 75087
       (800) 873-9823
       Captain Langley was the relief captain on board the tug boat Bruce
       Bordelon at the time of the accident.  He has knowledge of the
       circumstances surrounding the accident

59.    Carol Leavell
       c/o William Q. McManus
       McManus & Crane, L.L.P.
       209 West Juan Linn
       P.O. Box 2206
       Victoria, TX 77902-2206
       Claimant

60.    Ricky Leavell
       c/o William Q. McManus
       McManus & Crane, L.L.P.
       209 West Juan Linn
       P.O. Box 2206
       Victoria, TX 77902-2206
       Claimant

61.    Long Island Bridge Company
       c/o John R. Freeland
       806 Pecan
       McAllen, TX 78501
       (956) 943-1622
       Employees of Long Island Bridge Company witnessed the four barges and
       tug pass under the bridge immediately prior to the accident. They also have
       knowledge of the configuration of barges passing through the area and of
       the circumstances surrounding the accident

62.    James B. Manley
       Attorneys at Law
       3616 Preston Road
       Pasadena, TX 77505

63.    Hector Martinez, Sr.
       c/o Jim S. Hart
       Williams Bailey Law Firm, L.L.P.
       8441 Gulf Freeway, Suite 600
       Houston, TX 77017
       Claimant

64.    Rene & Frank Mata
       c/o Mr. Raymond Thomas
       Mr. Andres Gonzalez
       Kittleman, Thomas, Ramirez, & Gonzales
       4900-B N. 10th Street
       McAllen, TX 78504
       Claimants

65.    John & Mary McCoy
       514 Brookside Pass
       Cedar Park, TX 78613
       Claimants

66.    William Q. McManus
       McManus & Crane, L.L.P.
       209 West Juan Linn
       P.O. Box 2206
       Victoria, TX 77902-2206

67.    Heriberto Medrano
       Law Offices of Heriberto Medrano
       1101 West Tyler
       Harlingen, TX 78550

68.    J. Antonio Mireles
       c/o S. Mark Strawn
       Schirrmeister Ajamie, L.L.P.
       Pennzoil Place - South Tower
       711 Louisiana, Suite 2150
       Houston, TX 77002
       Claimant

69.    Juan Antonio Mireles
       c/o S. Mark Strawn
       Schirrmeister Ajamie, L.L.P.
       Pennzoil Place - South Tower
       711 Louisiana, Suite 2150
       Houston, TX 77002
       Claimant

70.    Soledad Gonzalez Mireles
       c/o S. Mark Strawn
       Schirrmeister Ajamie, L.L.P.
       Pennzoil Place - South Tower
       711 Louisiana, Suite 2150
       Houston, TX 77002
       Claimant

71.    Captain Joseph Mock
       P.O. Box 572
       Port Isabel, TX
       Captain Mock has knowledge of the circumstances surrounding the accident

72.    Dimas Mora
       c/o W. Lamoine Holland
       1920 Nacogdoches Rd., Suite 100
       San Antonio, TX 78209
       Claimant

73.    Gustavo Morales
       c/o Mr. Ray R. Marchan
       Watts & Heard, L.L.P.
       1926 E. Elizabeth
       Brownsville, TX 78520
       Claimant

74.    Ramon Moreno
       Rt. 3, Box 708 F
       Los Fresnos, TX
       Mr. Moreno has knowledge of the circumstances surrounding the accident

75.    Alberto Leroy Moya
       c/o Frank Enriquez
       Law Offices of Frank Enriquez
       4200-B North Bicentennial
       McAllen, TX 78504
       Claimant

76.    Rolando Lee Moya
       c/o Frank Enriquez
       Law Offices of Frank Enriquez
       4200-B North Bicentennial
       McAllen, TX 78504
       Claimant

77.    Dr. Donald Jay Mulkerne
       Spring Hill Behavioral Health
       100 Memorial Hospital Drive, Ste. 1-B
       Mobile, AL 36608
       Dr. Mulkerne is Capt. David Fowler's treating psychologist and has
       knowledge of the impact of the accident on Capt. Fowler's emotional and
       psychological well-being

78.    Angel & Mark Norstnett
       323 Bahia
       Port Isabell, TX
       (956) 943-7113
       These witnesses have knowledge of Chealsa Kimbrell Welch & William E.
       Kimbrell's relationship

79.    Levie Paul Old
       1200 N. Magnolia, #26
       Rockport, TX 78382
       (361) 727-9165
       Mr. Old was a deck hand on board the BROWN WATER V at the time of
       the accident

80.    Jacqueline Paddock
       c/o Mr. Ray R. Marchan
       Watts & Heard, L.L.P.
       1926 E. Elizabeth
       Brownsville, TX 78520
       Claimant

81.    Capt. Nicholas E. Perugini
       Address & Phone Number Unknown
       Name taken from list of exhibits produced at the United States Coast Guard
       hearings

82.    Will W. Pierson
       Jack C. Partridge
       Royston, Rayzor, Vickery & Williams, L.L.P.
       606 N. Carancahua, Suite 1700
       Corpus Christi, TX 78476

83.    Port Isabel-San Benito Navigation District
       c/o Mr. Brian G. Janis
       Sanchez, Whittington, Janis & Zabarte, L.L.P.
       100 North Expressway 83
       Brownsville, TX 78521-2284

84.    Cheryl Powell
       2415 E. Santa Gertrudus # 97
       Kingsville, TX
       (361) 516-1588
       This witness has knowledge of Chealsa Kimbrell Welch & William E.
       Kimbrell's relationship; Chealsa's cousin and daughter to Andy & Peggy
       Kimbrell

85.    Daniel Pugh
       Telephone & Address Unknown
       Mr. Pugh has knowledge of the circumstances surrounding the accident

86.    Dan Reeves
       1806 Illinois
       Port Isabel, TX
       Mr. Reeves has knowledge of the circumstances surrounding the accident

87.    Esteban F. Rivas
       c/o John David Franz
       The Law Offices of John David Franz
       400 N. McColl
       McAllen, TX 78501
       and
       c/o J. Chad Gauntt
       Gauntt & Druppstadt, L.L.P.
       9004 Forest Crossing Drive, Suite C
       The Woodlands, TX 77381
       Claimant

88.  Maria Miriam Rivas
     c/o John David Franz
     The Law Offices of John David Franz
     400 N. McColl
     McAllen, TX 78501
     and
     c/o J. Chad Gauntt
     Gauntt & Druppstadt, L.L.P.
     9004 Forest Crossing Drive, Suite C
     The Woodlands, TX 77381
     Claimant

89.  Captain Russell Robinson
     c/o R & R Hi-Way Baitstand
     Port Isabel, TX
     Captain Robinson has knowledge of the circumstances surrounding the
     accident

90.  Julian Rodriguez, Jr.
     Law Office of Julian Rodriguez, Jr.
     100 W. Pecan
     McAllen, TX 78501

91.  Antonio Salinas, Jr.
     c/o Frank Enriquez
     Law Offices of Frank Enriquez
     4200-B North Bicentennial
     McAllen, TX 78504
     Claimant

92.  Security Systems
     Southwestern Bell Telephone
     c/o Geoffrey Amsel
     SBC Management Services
     1010 N. St. Mary's, Room 1403
     San Antonio, TX 78209
     Claimant

93.    Richard Frank Silloway
       Address & Phone Number Unknown
       Name taken from list of exhibits produced at the United States Coast Guard
       hearings

94.    Michael L. Slack
       Michael Davis
       Slack & Davis, L.L.P.
       Building Two, Suite 2110
       8911 Capital of Texas Highway, North
       Austin, TX 78759

95.    Mark J. Spansel
       Edwin C. Laizer
       Adams & Reese, L.L.P.
       4500 One Shell Square
       New Orleans, LA 70139

96.    Stacy & Robert Spinks
       1218 Mango Court
       Laguna Vista, TX 78578
       (956) 943-6832
       These witnesses have knowledge of Chealsa Kimbrell Welch & William E.
       Kimbrell's relationship

97.    State of Texas
       c/o Mr. Jack F. Gilbert
       P.O. Box 12548
       Austin, TX 78711-2548

98.    Dale Ray Stockton
       14648 Arroyo Drive
       Harlingen, TX
       Mr. Stockton has knowledge of prior collisions of tugboats and barges with
       the Queen Isabella Causeway

99.    Russell Stockton
       208 West Mesquite
       South Padre Island, TX
       Mr. Stockton has knowledge of the circumstances surrounding the accident

100.   S. Mark Strawn, Esq.
       Schirrmeister Ajamie, L.L.P.
       Pennzoil Place-South Tower
       711 Louisiana Street, Suite 2150
       Houston, TX 77002

101.   Douglas A. Swain
       Address & Phone Number Unknown
       Name taken from list of exhibits produced at the United States Coast Guard
       hearings; Brown Water Marine Expert Witness

102.   Texas Department of Public Safety
       c/o Mary Ann Courter
       5805 Lamar Blvd.
       P.O. Box 4087
       Austin, TX 78773-0001

103.   Texas Department of Transportation
       c/o Mr. Jack F. Gilbert
       P.O. Box 12548
       Austin, TX 78711-2548;
       Mark J. Spansel
       Adams & Reese, L.L.P.
       4500 One Shell Square
       New Orleans, LA 70139
       and
       Amadeo Saenz, District Engineer
       600 West US 83 Expressway
       P.O. Drawer EE
       Pharr, TX 78577

104.   Texas Parks & Wildlife Department
       c/o Boyd Kennedy
       Staff Attorney
       Law Enforcement Division
       5541 Bear Lane, Suite 232
       Corpus Christi, TX 78405
       and
       4200 Smith School Road
       Austin, TX 78744

105.   Captain Dewitt Thomas
       121 Channel
       Port Isabel, TX
       Captain Thomas has knowledge of the circumstances surrounding the
       accident

106.   Raymond Thomas
       Kittleman, Thomas, Ramirez & Gonzales
       4900-B N. 10th Street
       McAllen, TX 78504

107.   United States Coast Guard
       Commanding Officer
       Marine Safety Office - Corpus Christi
       400 Mann Street, Suite 210
       Corpus Christi, TX 78401
       The United States Coast Guard performed an investigation of the accident

108.   Janie Valdez
       7300 North Padre Boulevard
       South Padre Island, TX
       Ms. Valdez has knowledge of the circumstances surrounding the accident

109.   Ross Valigura
       828 Hughes
       Box 429
       Palacios, TX 77465-
       (979) 578-1864
       Mr. Valigura was a deck hand on board the BROWN WATER V at the time
       of the accident

110.   Sheldon Weisfeld
       855 East Harrison Street
       Brownsville, TX 78520
       Mr. Weisfeld is Captain Fowler's criminal attorney

111.   Jim Wilson
       United States Coast Guard
       800 David Drive, Room 232
       Morgan City, LA 70380
       Mr. Wilson conducted the U.S.C.G. investigative hearings

112.  Captain Rocky Lee Wilson
      P.O. Box 2166
      Port Aransas, TX 78373
      (361) 749-3633
      Captain Wilson was the captain on board the BROWN WATER V at the
      time of the accident

113.  United States Department of Transportation
      c/o Hon. Greg Serres, United States Attorney
      600 East. Harrison, Suite 201
      Brownsville, TX 78520-7114

114.  William Morris Welch
      c/o Mr. James B. Manley
      Attorneys at Law
      3616 Preston Rd.
      Pasadena, TX 77505
      Claimant; This witness may have knowledge about the relationship between
      William E. Kimbrell and Cheasla Kimbrell Welch

115.  Ronald W. Yates
      Address & Phone Number Unknown
      Name taken from list of exhibits produced at the United States Coast Guard
      hearings

116.  Nejd Yaziji
      Williams Bailey Law Firm, L.L.P.
      8441 Gulf Freeway, Suite 600
      Houston, TX 77017

117.  Lydia Zamora
      c/o Mr. Ray R. Marchan
      Watts & Heard, L.L.P.
      1926 E. Elizabeth
      Brownsville, TX 78520
      Claimant

118.  Craig Zimmerman
      1/4 Mile North 100 on FM 1575
      P.O. Box 4025
      Los Fresnos, TX
      Mr. Zimmerman has knowledge of the circumstances surrounding the
      accident

119.  William Zimmerman
      706 North Shore Drive
      Port Isabel, TX
      Mr. Zimmerman has knowledge of the circumstances surrounding the
      accident

120.  Sixty-Two (62) Businesses
      c/o Michael L. Slack
      Slack & Davis, L.L.P.
      8911 Capital of Texas Hwy
      Building 2, Suite 2110
      Austin, TX 78759
      Claimants

121.  Claimants reserve the right to supplement this list of witnesses as additional
      information is gathered.

### D.  DESCRIPTION OF DOCUMENTS BEING DISCLOSED:

1.    Letter written by Chealsa Kimbrell Welch on 06-28-97 to her Father.

2.    Letters to Gene Kimbrell from Betty Chase.

3.    Claimants also refer all parties to the exhibits produced at the United States
      Coast Guard hearings which took place on October 9, 10, 11, 12, 2001 and
      November 5, 2001, a list of which is attached hereto as Exhibit A.

## E. DESCRIPTION OF PHOTOS BEING DISCLOSED:

1.    Family Photos of Chealsa Kimbrell Welch, including Husband & Son

2.    Wedding Photos of Chealsa & Barry Welch.

3.    Barry Welch's Tattoo Place taken by Charlie Johnson on 1/10/02

4.    Photographs of the Queen Isabella Bridge after the allision

## F. MANNER OF PRODUCTION:

The documents and tangible things referenced above, with the exception of those items listed on Exhibit "A" are available at Claimants attorneys' offices in Corpus Christi, TX upon reasonable notice. As for those items listed on Exhibit "A", those items are matter of public record and are as easily acquired by Petitioners as by Claimant.

Respectfully submitted,

By:_____

Richard Leo Harrell
Attorney-in-Charge for Claimant
William E. Kimbrell
Texas Bar No.: 09041320
802 N. Carancahua, Suite 2100
P. O. Box 480
Corpus Christi, TX 78403-0480
Telephone: (361) 698-7600
Facsimile: (361) 698-7614

OF COUNSEL:

THE EDWARDS LAW FIRM, L.L.P.
802 N. Carancahua, Suite 1400  (78470)
P. O. Box 480
Corpus Christi, TX  78403-0480
Telephone No.: (361) 698-7600
Facsimile No.:   (361) 698-7615

## CERTIFICATE OF SERVICE

The undersigned attorney, attorney-in-charge for Claimant and Claimant-respondent, hereby certifies that a true and correct copy of the above and foregoing pleading has been served upon all counsel of record on this ⁀Ⅳ⁀ day of May, 2002.

Richard Leo Harrell

## CERTIFIED MAIL RETURN RECEIPT REQUESTED

Will W. Pierson                          CM/RRR # 7002 0460 0000 6541 4021
Keith Uhles
James Hunter
ROYSTON, RAYZOR, VICKERY
& WILLIAMS, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476

Leslie D. Cassidy, III                   CM/RRR # 7002 0460 0000 6541 4038
WOOLSEY & CASSIDY
500 N. Water Street, Ste. 1020
Corpus Christi, Texas 78471

## REGULAR MAIL

Mark J. Spansel                          Phil A. Bellamy
ADAMS & REESE, L.L.P.                     LAW OFFICE OF PHIL A. BELLAMY
4500 One Shell Square                    815 Ridgewood
New Orleans, LA 70139                     Brownsville, Texas 78520

Glen Goodier                             Michael Ratliff
JONES, WALKER, WAECHTER,                  OFFICE OF THE ATTORNEY GENERAL
POITEVENT,                               STATE OF TEXAS
CARRERE & DENEGRE, L.L.P.                 P.O. Box 12548
201 St. Charles Ave., 48th Floor         Austin, Texas 78711-2548
New Orleans, LA 70170-5100

James B. Manley
ATTORNEY AT LAW
3616 Preston Road
Pasadena, Texas 77505

UNITED STATES DEPT. OF
TRANSPORTATION
c/o Greg Serres, United States Attorney
600 East Harrison, Ste. 201
Brownsville, Texas 78520-7114

Yolanda DeLeon
County Attorney
CAMERON COUNTY COURTHOUSE
974 E. Harrison Street
Brownsville, Texas 78520-7190

Commanding Officer
Attn: Lt. D.J. Fassero
Freedom of Information Coordinator
UNITED STATES COAST GUARD
Marine Safety Office
400 Mann St., Ste. 210
Corpus Christi, Texas 78401

CENTRAL POWER & LIGHT
c/o C.T. Corporation System
350 N. St. Paul Street
Dallas, Texas 75201

George C. Kraehe
WILLETTE & GUERRA, L.L.P.
3505 Boca Chica Blvd., Ste. 460
Brownsville, Texas 78521

Sandra D. Laurel
SNOW & LAUREL, L.L.P.
310 West Sunset
San Antonio, Texas 78209

Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

Heriberto "Eddie" Medrano
1101 West Tyler Street
Harlingen, Texas 78550

A.G. HILL POWER
c/o Janet Thompson
6654 Leopard St.
Corpus Christi, Texas 78409

J.A. Magallanes
Carlos Escobar
MAGALLANES, HINOJOSA & MANCIAS,
PC
1713 Boca Chica Blvd.
P.O. Box 4901
Brownsville, Texas 78520

Brian G. Janis
SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, L.L.P.
100 N. Expressway 83
Brownsville, Texas 78521-2284

OUTDOOR RV RESORTS SOUTH PADRE
c/o Dave Fletcher
900 S. Garcia St.
Port Isabel, Texas 78578

LONG ISLAND BRIDGE COMPANY
c/o John R. Freeland
806 Pecan
McAllen, Texas 78501

Kay Keese
P.O. Box 457
Bells, Texas 75414

Geoffrey Amsel
SBC MANAGEMENT SERVICES
SBC SOUTHWESTERN BELL TELEPHONE
CO.
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78215

Heather Askwig
2332 West Solano Drive
Phoenix, Arizona 85015

Eligio Garza, Area Engineer
DEPT. OF THE ARMY CORPS OF
ENGINEERS
1920 N. Chaparral Street
Corpus Christi, Texas 78401

TEXAS PARKS & WILDLIFE
5541 Bear Lane, Ste. 232
Corpus Christi, Texas 78405

Doyle McClendon
3211 N. Inspiration Road, Apt. 2
Mission, Texas 78572

Annaca Page
16810 Tranquil Drive
Sugarland, Texas 77478

Charles & Darla Nathanson
23102 Botkins Road
Hockley, Texas 77447

Romeo Miller
3106 Barnes Bridge
Dallas, Texas 75228

George C. Kraeche
WILLETTE & GUERRA, L.L.P.
3505 Boca Chica Blvd., Ste. 460
Brownsville, Texas 78521

Colleen Forster
5652 Pinon Vista Drive
Austin, Texas 78724

Edith Curtis
4268 Airport Road
Tioga, Texas 76271

Robert & Virginia Fandrich
5101 Berdi Way
Stockton, CA 95207

Thomas E. Quirk
AARON & QUIRK
901 NE Loop 410, Ste. 903
San Antonio, Texas 78209-1307

N. Fay Rutledge
726 Partridge Lane
Eagle Lake, Texas 77434

John David Franz
THE LAW OFFICES OF JOHN DAVID FRANZ
400 N. McColl
McAllen, Texas 78501

J. Chad Guantt
GUANTT & KRUPPSTADT, L.L.P.
9004 Forest Crossing Drive, Ste. C
The Woodlands, Texas 77381

Amadeo Saenz, District Engineer
TEXAS DEPARTMENT OF
TRANSPORTATION
P.O. Drawer EE
Pharr, Texas 78577

W. Lamoine Holland
LAW OFFICES OF W. LAMOINE HOLLAND
1920 Nacogdoches Road, Ste. 100
San Antonio, Texas 78209

Mary Ann Courter
TEXAS DEPARTMENT OF PUBLIC SAFETY
5805 Lamar Blvd.
P.O. Box 4087
Austin, Texas 78773-0001

William Q. McManus
LAW OFFICE OF MCMANUS & CRANE,
L.L.P.
209 West Juan Linn
P.O. Box 2206
Victoria, Texas 77902-2206

Thomas R. Ajamie
S. Mark Strawn
SCHIRRMEISTER AJAMIE, L.L.P.
711 Louisiana Street, Ste. 2150
Houston, Texas 77002

Veronica Farias
LAW OFFICE OF VERONICA FARIAS
2854 Boca Chica
Brownsville, Texas 78521

Boyd Kennedy, Staff Attorney
TEXAS PARKS & WILDLIFE DEPARTMENT
4200 Smith School Road
Austin, Texas 78744

Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501

Jim S. Hart
WILLIAMS BAILEY LAW FIRM, L.L.P.
8441 Gulf Freeway, Ste. 600
Houston, Texas 77017

Raymond Thomas
Andres Gonzales
KITTLEMAN, THOMAS, RAMIREZ &
GONZALES
4900-B N. 10th Street
McAllen, Texas 78504

Eileen Peeples
P.O. Box 2283
New Caney, Texas 77357

Michael L. Slack
SLACK & DAVIS, L.L.P.
8911 Capital of Texas Hwy, North
Bldg. 2, Ste. 2110
Austin, Texas 78759

Ricardo J. Navarro
DENTON, NAVARRO & BERNAL
222 East Van Buren, Ste. 405
Harlingen, Texas 78550-6804

Frank Enriquez
LAW OFFICES OF FRANK ENRIQUEZ
4200-B North Bicentennial
McAllen, Texas 78504

Jack F. Gilbert
OFFICE OF THE ATTORNEY GENERAL
TRANSPORTATION DIVISION
P.O. Box 12548
Austin, Texas 78714-2548

John and Mary McCoy
514 Brookside Pass
Cedar Park, Texas 78613

Cliff Garrard
INDEPENDENCE PLUMBERS OF SOUTH
TEXAS
8602 Robindell Drive
Houston, Texas 77074

*Exhibit "A"*

| EVIDENCE # | SUBMITTED BY | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| **Day 1** | | | | |
| 10-01 | Mr. Wilson, James | 10/9/01 | 1100 | Letter of Appointment to Mr. James Wilson from the Commander 8th CG District |
| 10-02 | Mr. Wilson, James | 10/9/01 | 1100 | Notification to Cameron County as a Party-in-Interest |
| 10-03 | Mr. Wilson, James | 10/9/01 | 1100 | Notification to the State of Texas as a Party-in-Interest |
| 10-04 | Mr. Wilson, James | 10/9/01 | 1100 | Notification to Capt David Fowler as a Party-in-Interest |
| 10-05 | Mr. Wilson, James | 10/9/01 | 1100 | Notification to Brown Water Marine Service, Inc. as a Party-in-Interest |
| 10-06 | Mr. Wilson, James | 10/9/01 | 1100 | Notification to the City of South Padre Island as a Party-in-Interest |
| 10-07 | Mr. Wilson, James | 10/9/01 | 1100 | Texas Peace Officer's Accident Report, Fatality Accident, form ST-3(EFF 1/1/96) |
| 10-08 | Mr. Wilson, James | 10/9/01 | 1032 | |
| 10-09 | Mr. Wilson, James | 10/11/01 | 1052 | Written Statement and Drug Screening for J.W. Blocker, crew member on Brown Water V |
| 10-10 | Mr. Wilson, James | 10/11/01 | 1052 | Written Statement and Drug Screening on Rocky Wilson on Brown Water V |
| 10-11 | Mr. Wilson, James | 10/9/01 | 1000 | Laguna Madre Chart (Large) |
| 10-12 | Mr. Wilson, James | 10/9/01 | 1005 | Laguna Madre Chart (Small) |
| 10-13 | Mr. Wilson, James | 10/9/01 | 1005 | Laguna Madre Chart (Medium) |
| 10-14 | Mr. Wilson, James | | | |
| 10-15 | Mr. Wilson, James | 10/9/01 | 1020 | Port Isabel Channel Firm (CWO Grodecki firming, fixed and unfixed view aboard CG small Boat) |
| Fowler-... | Wiesfeld, Sheldon Attorney for Capt Fowler | | | |
| Fowler-02 | Wiesfeld, Sheldon Attorney for Capt Fowler | 10/9/01 | 1240 | Letter From Physician, James A. Freeberg, Ed D , P C , |
| Fowler-... | Wiesfeld, Sheldon Attorney for Capt Fowler | | 1242 | |
| Fowler-04 | Wiesfeld, Sheldon Attorney for Capt Fowler | 10/9/01 | 1244 | Search and Seizure Warrant |
| 10-16 | Mr. Wilson, James | 10/9/01 | 1315 | |
| 10-17 | Mr. Wilson, James | 10/9/01 | 1315 | Transcription, Interview with Captain David Fowler and crew on 09/15/01 |
| 10-18 | Mr. Wilson, James | 10/9/01 | | Normal Cassette, Interview with Captain David Fowler and crew |
| 10-19 | Mr. Wilson, James | 10/9/01 | 1315 | Mini Cassette, CWO Grodecki and LT Helton, Interview with Captain David Fowler on 09/17/01 |
| 10-20 | Mr. Wilson, James | 10/9/01 | 1315 | Transcription, Interview with Captain David Fowler and crew on 09/17/01 |
| 10-21 | Mr. Wilson, James | 10/9/01 | 1315 | Normal Cassette, Interview with Captain David Fowler on 09/17/01 |
| 10-22 | Mr. Wilson, James | | | |
| 10-23 | Mr. Wilson, James | 10/9/01 | 1425 | Coast Guard Accelerator and Field Sobriety Test results, Conducted by CWO Grodecki |
| 10-24 | Mr. Wilson, James | | | Coast Guard Drug Screening form |
| 10-25 | Mr. Wilson, James | 10/9/01 | 1555 | Written witness statement from Levi Old (crew member on the Brown Water V) |
| 10-26 | Mr. Wilson, James | | | Coast Guard Drug Screening Center File for Captain Fowler |
| 10-27 | Mr. Wilson, James | 10/9/01 | 1613 | Coast Guard Regional Exam Center File for Captain Fowler |
| 10-28 | Mr. Wilson, James | | | |
| 10-29 | Mr. Wilson, James | 10/9/01 | 1616 | Tankerman License (copy) for Captain Rocky L. Wilson |
| 10-30 | Mr. Wilson, James | | | |
| 10-31 | Mr. Wilson, James | 10/9/01 | 1742 | CG-2692, Report of Marine Injury or Death, Submitted by Brown Water Marine Service, Inc. |
| 10-32 | Mr. Wilson, James | | | Report for the Brown Water V |
| **Day 2** | | | | |
| NOAA-... | Capt Pengin, Nicholas, E. NOAA | 10/10/01 | 815 | |
| NOAA-2 | Capt Pengin, Nicholas, E. NOAA | 10/10/01 | 815 | Federal Agencies involved in Nautical Charting |
| NOAA-3 | Capt Pengin, Nicholas, E. NOAA | 10/10/01 | 815 | |
| NOAA-4 | Capt Pengin, Nicholas, E. NOAA | 10/10/01 | 815 | NOAA Hydrographic Survey |
| NOAA-5 | Capt Pengin, Nicholas, E. NOAA | 10/10/01 | 815 | |
| NOAA-6 | Capt Pengin, Nicholas, E. NOAA | 10/10/01 | 815 | Results of NOAA Hydrographic Survey (Depths in ft at time of incident 2.1 ft tide) |
| NOAA-7 | Capt Pengin, Nicholas, E. NOAA | 10/10/01 | 815 | |
| NOAA-8 | Capt Pengin, Nicholas, E. NOAA | 10/10/01 | 815 | Results of NOAA Hydrographic Survey |

| ID | Witness | Date | No. | Description |
|---|---|---|---|---|
| NOAA-8 | Capt Pengrin, Nicholas, E. NOAA | 10/10/01 | 815 | Results of NOAA Hydrographic Survey (Depths in ft at time of incident, 2.1 ft) |
| NOAA-9 | Capt Pengrin, Nicholas, E. NOAA | 10/10/01 | 815 | |
| NOAA-10 | Capt Pengrin, Nicholas, E. NOAA | 10/10/01 | 815 | Results of NOAA Hydrographic Survey (depth in ft at MLLW) close color coded depth view |
| NOAA-11 | Capt Pengrin, Nicholas, E. NOAA | 10/10/01 | 815 | Results of NOAA Hydrographic Survey (Depth in ft. at time of incident, 2.1 ft low) close color code |
| NOAA-12 | Capt Pengrin, Nicholas, E. NOAA | 10/10/01 | 815 | Results of NOAA Hydrographic Survey: Depth less than or equal to 12 ft. at MLLW |
| NOAA-13 | Capt Pengrin, Nicholas, E. NOAA | 10/10/01 | 815 | |
| NOAA-14 | Capt Pengrin, Nicholas, E. NOAA | 10/10/01 | 815 | Wind speed and direction, Port Isabel NOAA Tide Guide (Sep 15, 2001 - 0100 Standard Time 0700 UTC |
| NOAA-15 | Capt Pengrin, Nicholas, E. NOAA | 10/10/01 | 815 | Water level Height at Port Isabel Tide Gauge (Sep 15, 2001-0100 Standard Time 0700 UTC) |
| NOAA-16 | Capt Pengrin, Nicholas, E. NOAA | 10/10/01 | 815 | Summary of NOAA Results |
| NOAA-17 | Capt Pengrin, Nicholas, E. NOAA | 10/10/01 | 1005 | View of Channel, custom view (close view of the incident area) |
| NOAA-18 | Capt Pengrin, Nicholas, E. NOAA | 10/10/01 | 1015 | View of channel, custom view (extremely close view of scour area) |
| NOAA-19 | Capt Pengrin, Nicholas, E. NOAA | 10/10/01 | 1024 | |
| NOAA-20 | Capt Pengrin, Nicholas, E. NOAA | 10/10/01 | 1031 | NOAA Tide Data for Port Isabel tide gauge # 8779770 |
| ACOE-01 | Mr. Garza, ACOE | 10/10/01 | 1122 | Army Corps of Engineer Survey Results |
| ACOE-02 | Mr. Garza, ACOE | 10/10/01 | 1122 | Army Corps of Engineer Post Allaison survey |
| ACOE-03 | Mr. Garza, ACOE | 10/10/01 | 1122 | Army Corps of Engineers Final survey |
| BW-01 | Mr. Pierson, Will Attorney for Brown Water | 10/10/01 | 1303 | Employment Resume for Douglas W. Swann (Brown Water Marine Expert Witness) |
| BW-02 | Mr. Pierson, Will Attorney for Brown Water | 10/10/01 | 1310 | Brown Water Marine Survey Introduction Multibeam Survey Overview |
| BW-03 | Mr. Pierson, Will Attorney for Brown Water | 10/10/01 | 1312 | Port Isabel, TX image (Brown Water Marine Service, Inc. Survey) |
| BW-04 | Mr. Pierson, Will Attorney for Brown Water | 10/10/01 | | |
| BW-05 | Mr. Pierson, Will Attorney for Brown Water | 10/10/01 | 1315 | Single Beam Depth Sounder (Brown Water Marine Services, Inc survey of the subject area) |
| BW-06 | Mr. Pierson, Will Attorney for Brown Water | 10/10/01 | 1318 | "Multibeam Depth Sounder" (Brown Water Marine Service, Inc. Survey) |
| BW-07 | Mr. Pierson, Will Attorney for Brown Water | 10/10/01 | 1326 | Survey vessel "R/V Mullet" (Brown Water Marine Service, Inc. Survey) |
| BW-08 | Mr. Pierson, Will Attorney for Brown Water | 10/10/01 | 1328 | |
| BW-09 | Mr. Pierson, Will Attorney for Brown Water | 10/10/01 | 1331 | Coast Guard Hole Photography (Brown Water Marine Service, Inc. Survey) |
| BW-10 | Mr. Pierson, Will Attorney for Brown Water | 10/10/01 | 1333 | "Dredge Template" (Brown Water Marine Service, Inc. Survey) |
| BW-11 | Mr. Pierson, Will Attorney for Brown Water | 10/10/01 | 1335 | Full Survey Area (Brown Water Marine Service, Inc. Survey) |
| BW-12 | Mr. Pierson, Will Attorney for Brown Water | 10/10/01 | 1350 | "Holes in Bottom" (Brown Water Marine Service, Inc. Survey) |
| BW-13 | Mr. Pierson, Will Attorney for Brown Water | 10/10/01 | 1433 | "Hole Contours 1 ft. Intervals" (Brown Water Marine Service, Inc Survey) |
| BW-14 | Mr. Pierson, Will Attorney for Brown Water | 10/10/01 | | Photograph of barge transiting toward Queen Isabella Causeway #1 |
| BW-15 | Mr. Pierson, Will Attorney for Brown Water | 10/10/01 | 1445 | Photograph of barge transiting toward Queen Isabella Causeway #2 |
| BW-16 | Mr. Pierson, Will Attorney for Brown Water | 10/10/01 | 1445 | Photograph of barge transiting toward Queen Isabella Causeway #3 |
| BW-17 | Mr. Pierson, Will Attorney for Brown Water | 10/10/01 | 1445 | Photograph of barge transiting toward Queen Isabella Causeway #4 |
| BW-18 | Mr. Pierson, Will Attorney for Brown Water | 10/10/01 | 1445 | Photograph of barge transiting toward Queen Isabella Causeway #5 |
| BW-19 | Mr. Pierson, Will Attorney for Brown Water | 10/10/01 | 1447 | Photograph of barge transiting toward Queen Isabella Causeway #6 |
| BW-20 | Mr. Pierson, Will Attorney for Brown Water | 10/10/01 | 1449 | Photograph of barge transiting toward Queen Isabella Causeway #7 |
| BW-21 | Mr. Pierson, Will Attorney for Brown Water | 10/10/01 | 1450 | Photograph of barge transiting toward Queen Isabella Causeway #8 |
| ATCH-01 | Jeff Ingram | 10/10/01 | 919 | Aids to Navigation Survey (10 pages) |

**Day 3**

| ID | Witness | Date | No. | Description |
|---|---|---|---|---|
| 10-33 | Mr. Wilson, James | 10/11/01 | 919 | Long Island Swing Bridge log entries from September 14 & 15, 2001 |
| 10-34 | Mr. Wilson, James | 10/11/01 | 1059 | Transcription of interview with Brown Water / Conmor September 15, 2001, continued |
| 10-35 | Mr. Wilson, James | 10/11/01 | 1059 | Gary Phillip Langley (witness) Coast Guard Captains License (copy) CG2838 |

| No. | Witness | Date | | Description |
|---|---|---|---|---|
| 10-36 | Mr. Wilson, James | 10/11/01 | 1104 | Queen Isabella Causeway Bridge aerial view chart |
| 10-37 | Mr. Wilson, James | 10/11/01 | 1125 | Port of Brownsville Harbor master Log (3 pages) |
| 10-38 | Mr. Wilson, James | 10/11/01 | 1512 | Brown Water |
| 10-39 | Mr. Wilson, James | 10/11/01 | 1614 | Alton Jewel Chadwick captains License and various training certificates (9 pages) |
| 10-40 | Mr. Wilson, James | 10/11/01 | 1614 | Brown |
| 10-41 | Mr. Wilson, James | 10/11/01 | 1635 | Measuring Paperwork |
| **Day 4** | | | | |
| BW-22 | Attorney for Brown Water | 10/12/01 | 817 | |
| BW-23 | Mr. Hunter, Jim / Attorney for Brown Water | 10/12/01 | 817 | Affidavit of James Franceschi |
| BW-24 | Attorney for Brown Water | | | |
| BW-25 | Mr. Pierson, Will / Attorney for Brown Water | 10/12/01 | 945 | Witness Statement, Phil Colo, 3 pages |
| BW-26 | Mr. Pierson, Will / Attorney for Brown Water | 10/12/01 | 945 | Witness Statement, Daniel Casson, 3 pages |
| BW-27 | Mr. Pierson, Will / Attorney for Brown Water | 10/12/01 | 945 | Witness Statement, Daniel Bryant, 3 pages |
| BW-28 | Mr. Pierson, Will / Attorney for Brown Water | 10/12/01 | 945 | Witness Statement, Daniel Casson, 2 pages |
| BW-29 | Mr. Pierson, Will / Attorney for Brown Water | 10/12/01 | 945 | Witness Statement, Cliff Fleming, 2 pages |
| BW-30 | Mr. Pierson, Will / Attorney for Brown Water | 10/12/01 | 945 | Witness Statement, Harry George, 2 pages |
| BW-31 | Mr. Pierson, Will / Attorney for Brown Water | 10/12/01 | 945 | Witness Statement, Mark Guillat, 2 pages |
| BW-32 | Mr. Pierson, Will / Attorney for Brown Water | 10/12/01 | 945 | Witness Statement, Dewitt Thomas, 2 pages |
| BW-33 | Mr. Pierson, Will / Attorney for Brown Water | 10/12/01 | 945 | Witness Statement, Dewitt Thomas, 2 pages |
| TX-01 | Mr. Gilbert, Jack F. / Attorney, TX DOT | 10/12/01 | 1010 | Stewart Jenkins, notes regarding inspection of Queen Isabella bridge nav lights, 3 pages |
| TX-02 | Mr. Spansel, Mark J. / Attorney, TX DOT | 10/12/01 | 1010 | |
| TX-03 | Mr. Spansel, Mark J. / Attorney, TX DOT | 10/12/01 | 1105 | Brown Water Marine Service, Inc. record of incidents (Coast Guard Records) |
| 10-42 | Mr. Wilson, James | 10/12/01 | 1110 | Resume and licenses, Ronald W. Yates, 15 pages |
| 10-43 | Mr. Wilson, James | 10/12/01 | 1110 | Resume and licenses, Ronald W. Yates, 15 pages |
| BW-35 | Mr. Pierson, Will / Attorney for Brown Water | | | |
| BW-36 | Mr. Pierson, Will / Attorney for Brown Water | 10/12/01 | 1110 | Physical Oceanographic Real-Time system, current meter |