*175*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION | § | |
| OF BROWN WATER TOWING I, INC. AS | § | |
| OWNER, AND BROWN WATER MARINE | § | C. A. NO. B-01-157 |
| SERVICE, INC., AS BAREBOAT | § | Admiralty |
| CHARTERER, OF THE BROWN WATER V, | § | |
| ITS ENGINES, TACKLE, ETC., IN A | § | |
| CAUSE OF EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |
| | § | Consolidated with |
| | § | |
| IN RE THE COMPLAINT AND PETITION OF | § | |
| AMERICAN COMMERCIAL LINES LLC AS | § | C. A. No. B-02-004 |
| OWNER and AMERICAN COMMERCIAL | § | Admiralty |
| BARGE LINES, LLC AS CHARTERER OF THE | § | |
| BARGES NM-315, VLB-9182, ACL-9933B, | § | |
| VLB-9173, IN A CAUSE OF EXONERATION | § | |
| FROM OR LIMITATION OF LIABILITY | § | |

## PLAINTIFF'S F.R.C.P. 26(a)(1) and (2) INITIAL DISCLOSURES

To:    Brown Water Towing I, Inc. as Owner, and Brown Water Marine Service, Inc. as
Bareboat Charterer, of the Brown Water V., its Engines, Tackle, etc. by and
through its attorney of record, Will Pierson, Royston, Rayzor, Vickery &
Williams, L.L.P., 1700 Wilson Plaza West, 606 N. Carancahua, Corpus Christi,
Texas 78476; and

American Commercial Lines LLC as Owner and American Commercial Barge
Lines, LLC as Charterer of the Barges by and through its attorney of record,
Leslie D. Cassidy, III, Woolsey & Cassidy, 500 N. Water Street, Suite 1020,
Corpus Christi, Texas 78471.

NOW COMES, Jacqueline Paddock, Individually and as Next friend of William

B. Welch and as Representative of the Estate of Chealsa and Barry Welch, Deceased,

Lydia Zamora Individually and as Representative of the Estate of Hector Martinez, Jr.

Deceased, Gustavo Morales, Bridgette Goza, and Bigo's International LLC,

CLAMINANTS, Pursuant to F.R.C.P. 26(a)(1) and (2), and makes this their "Initial

Disclosures" as required by said rules as follows:

(A)    Individuals Likely to Have Knowledge of Discoverable Information
[F.R.C.P. 26(a)(1)(A)].

*See* Exhibit A-List of Persons with Relevant Facts.


(B)    Documents, etc. in Plaintiff's Possession Relevant to the Disputed Facts [F.R.C.P.
26(a)(1) (B).

*See* Exhibit C-List of Documents.


(C)    Computation of Damages [F.R.C.P. 26(a)(1) (C).

For wrongful death claimants: Jacqueline Paddock, Individually and as Next
friend of William B. Welch and as Representative of the Estate of Chealsa and
Barry Welch, Deceased, Lydia Zamora Individually and as Representative of the
Estate of Hector Martinez, Jr. Deceased:
        Method of Calculation:      Medical expenses in the past; funeral expenses;
conscious pain and suffering; physical impairment in the past; loss of
consortium; loss of household service; loss of love; hedonic value of life; loss of
wages and wage earning capacity; disfigurement and punitive damages; and any
and all elements of damages Plaintiff may recover under the Federal Rules of
Civil Procedure.

For personal injury claimants (Brigette Goza and Gustavo Morales):
        Method of Calculation:      Past and future medical expenses; past and
future physical impairment; loss of future wage earning capacity; past and future
physical pain and suffering; any and all elements of    damages Plaintiff may
recover under the Federal Rules of Civil Procedure.

For Property Damage Claimant (Bigo's International, LLC):
        Method of Calculation:      Property Damage and Loss of Business
Income.


(A-C)  Disclosure of Expert Testimony [F.R.C.P. 26(a)(2) (A-C).

*See* Exhibit B-List of Experts.

                Respectfully submitted this the ___8th___ day of May, 2002.

                        Watts & Heard, L.L.P.
                        1926 E. Elizabeth
                        Brownsville, Texas  78520
                        (956) 544-0500 Telephone
                        (956) 541-0255 Facsimile

Ray R. Marchan
State Bar No. 12969050
Federal Bar No. 9522

## CERTIFICATE OF SERVICE

I hereby certify that on this the ___8th___ day of May, 2002, a true and correct copy of the foregoing instrument was forwarded to opposing counsel via fax, by hand-delivery or by certified mail, return receipt requested.

Mr. Will Pierson
Royston, Rayzor, Vickery & Williams
606 N. Carancahua, Ste 1700
Corpus Christi, Texas 78476

Mr. Keith N. Uhles
Royston, Rayzor, Vickery & Williams
55 Cove Circle
P. O. Box 3509
Brownsville, Texas 78520

Central Power & Light
C/o C. T. Corporation Systems
350 N. St. Paul Street
Dallas, Texas 785201

Mr. Ramon Garcia
Attorney at Law
222 W. University Drive
Edinburg, Texas 78539

Mr. Juan Magallanes
Attorney at Law
1713 Boca Chica Blvd.
P. O. Box 4901
Brownsville, Texas 78520

Ms. Leslie D. Cassity
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471

SW Bell
Attn: Mr. Geoffrey Amsel
Attorney at Law
1010 N. St. Mary's Street Room 1403
San Antonio, Texas 78215

Mr. Heriberto Medrano
Attorney at Law
1101 W. Tyler
Harlingen, Texas 78550

Mr. William Q. McManus
McManus & Crane
209 West San Linn
P. O. Box 2206
Victoria, Texas 77902-2206

Mr. Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307

Mr. Robert E. Ammons
Stevenson & Ammons
3700 Montrose Blvd.
Houston, Texas 77006

Mr. Julian Rodriguez, Jr.
Attorney at Law
100 W. Pecan
McAllen, Texas 78501

Mr. John David Franz
Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

Raymond L. Thomas
Kittleman, Thomas, Ramirez & Gonzalez
4900-B North 10th Street
McAllen, Texas 78504

Mr. Frank Enriquez
Attorney at Law
4200-B North Bicentennial
McAllen, Texas 78504

Ramon Garcia
Attorney at Law
222 West University Drive
Edinburg, texas 78539

Long Island Bridge Co.
c/o John R. Freeland
806 Pecan
McAllen, Texas 78501

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas  77381

Thoms E. Quirk
Law Offices of Aaron & Quirk
901 N.E. Loop 410, Ste 903
San Antonio, Texas  78209-1308

Daryl G. Darsum
Adams & Reese, L.Lp.
4400 One Houston Center
1221 McKinney
Houston, Texas  77010

Geoffrey Amsel
SBC Managements Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas  78209

A. G. Hill Power
C/o Jack H. Bennett
112 Lakeshore Drive
Corpus Christi, Texa s  78413

George Kraehe
Willette & Guerra, L.L.P.
3505 Boca Chica Blvd., Ste 460
Brownsville, Texas  78521

Veronica Farias
Law Offices of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas  78520

Outdoor Resorts of Texas
C/o Randall Henderson, Jr.
P. O. Box 2093
South Garcia
Port Isabel, Texas  78578

Robert Ammons
3770 Montrose Blvd.
Houston, Texas  77006

John Cornyn
Attorney General of Texas
Office of the Attorney General
P. O. Box 12548
Austin, Texas  78711-2548

William R. Edwards
The Edwards Law Firm, L.L.P.
1400 Frost Bank Plaza
Corpus Christi, Texas  78403

Michael R. Cowen
Michael R. Cowen, P.C.
765 E. 7th Street, Ste A
Brownsville, Texas 78520

U.S. Dept. of Transportation
c/o Hon. Greg Serres, US Attorney
600 E. Harrison, Ste 201
Brownsville, Texas  78520-7114

James B. Manley
3616 Preston Road
Pasadena, Texas  77505

Texas Parks & Wildlife Dept.
5541 Bear Lane, Ste 232
Corpus Christi, Texas  78405

Kay Keese
P. O. Box 457
Bells, Texas  75414

William Q. McManus
McManus & Crane, L.L.p.
209 West Juan Linn
P. O. Box 2206
Victoria, Texas  77902-2206

Heriberto Medrano
Attorney at Law
1101 West Tyler
Harlingen, Texas  78550

Phil A. Bellamy
Law Offices of Phil A. Bellamy
815 Ridgewood
Brownsville, Texas  78520

Glen Goodier
Jones, Walker, Waechter, Poitevent
Carrere & Denegre, L.L.P.
201 St. Charles Avenue, 48th Floor
New Orleans, LA  70170-5100

Edith Curtis
4268 Airport Drive
Tioga, Texas  76271

Doyle McClendon
3211 North Inspiration Road, Apt. 2
Mission, Texas  78572

Charles and Darla Nathanson
23102 Botkins Road
Hockley, Texas  77447

N. Fay Rutledge
726 Partridge Lane
Eagle Lake, Texas  77434

Colleen Forster
565 Pinon Vista Drove
Austin, Texas  78724

Sandra D. Laurel
Snow & Laurel, L.L.P.
310 West Sunset
San Antonio, Texas  78209

Mark J. Spansel
Adams & Reese, L.L.P.
4500 One Shell Square
New Orleans, LA  70139

Mary Ann Courter
Texas. Dept. of Public Safety
5805 Lamar Blvd.
P. O. Box 4087
Austin, Texas  78773-001

Elijo Garza, Area Engineer
Dept. of the Army
Corps of Engineers
1920 North Chaparrel Street
Corpus Christi, Texas  78401

Heather Askwig
2332 West Solano Drive
Phoenix, AZ  85015

Robert and Virginia Fandrich
5101 Berdi Way
Stockton, CA  985207

Annaca Page
16810 Tranquil Drive
Sugar Land, Texas  77478

Romeo Miller
3106 Barnes Bridge
Dallas, Texas  75228

Eileen Peeples
P. O. Box 2283
New Caney, Texas  77357

Yolanda de Leon, Cam. Cty. Dist. Atty
Cameron County Courthouse
974 E. Harrison
Brownsville, Texas  78520

Mr. Boyd Kennedy, Staff Attorneys
Law Enforcement Division
Texas Parks & Wildlife Dept.
4200 Smith School Road
Austin, Texas  78744

Jim S. Hart
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Ste 600
Houston, Texas  77017

Lt. D. J. Fassero
Freedom of Info Act Coordinator
Commanding Officer
United States Coast Guard
Marine Safety Office -- Corpus Christi
400 Mann Street, Ste 210
Corpus Christi, Texas  78401

S. Mark Strawn
Shirmeister Ajamie, L.L.P.
711 Louisiana Street, Ste 2150
Houston, Texas  77002

Amadeo Saenz, District Engineer
Tex. Dept. of Transportation
600 West US 83 Expressway
P. O. Drawer EE
Pharr, Texas  78577

Less Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas  78471

W. Lamoine Holland
1920 Nacogdoches Road, Ste 100
San Antonio, Texas  78209

RAY R. MARCHAN

## EXHIBIT A-PERSONS WITH RELEVANT KNOWLEDGE

A. G. Hill Power
c/o Ms. Janet Thompson
6654 Leopard Street
Corpus Christi, Texas 78409
Company believed to have repaired and/or maintained the street lights on the
bridge.

Allstate Insurance Company
c/o Thomas E. Quirk
Aaron & Quirk
901 N. E. Loop 410, Ste 903
San Antonio, Texas 78209-1307
Subrogation claimant for property damages of Bridgette Goza.

American Commercial Barge Line
American Commercial Lines
c/o Mr. Glen Goodier
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, LLP
210 St. Charles Ave., 48th Floor
New Orelans, Louisiana 70170-5100
Owner of barges pushed by BROWN WATER V at the time of the accident.

John Deck
Jay Disler
American Admiralty Bureau
P.O. Box 372
East Claridon, Ohio
or
12236 Old State Road
Chardon, Ohio 44024

Eddie Arriloa
1616 Michigan
Port Isabel, Texas
Mr. Arriloa is the supervisor of the Long Swing Bridge in Port Isabel, Texas. He
has knowledge of different barge configurations passing through the area and of
the circumstances surrounding the accident.

William Raymond Aston
Harlingen EMS
1705 Vermont Street
Harlingen, Texas 78550
or
P. O. Box 533668
Harlingen, Texas 78553
(956) 864-2711

Executive Director

Attorney General of Texas
c/o Mr. Michael Ratliff
P. O. Box 12548
Austin, Texas 78711-2548
Claimant

State of Texas
c/o Mr. Jack F. Gilbert
P. O. Box 12548
Austin, Texas 78711-2548

Hector Bennett
Port Isabel Fire Department
204 Musina
Port Isabel, Texas 78578
(956) 943-3523
Custodian of Records

Bigo's International LLC
c/o Mr. Ray R. Marchan
WATTS & HEARD, LLP
1926 E. Elizabeth
Brownsville, Texas 78520
Claimant

Joe W. Blocker
301 N. Chaparral
Fulton, Texas 78358
(361) 790-9350
Mr. Blocker was a deck hand on board the BROWN WATER V at the time of the
accident.

Blue Cross Blue Shield of Texas
(A Division of Health Care Service Corp)
2329 S. MacArthur Blvd.
Springfield, Illinois
Medical lien holder for Rene Mata

Agustin Briseno
6684 Monte Vello
Brownsville, Texas 78520
Mr. Briseno works at the Long Island Swing Bridge in Port Isabel, Texas He has
knowledge of the configuration of barges passing through the area and of the
circumstances surrounding the area.

Rafael Briseno
1015 Tineer Drive
Brownsville, Texas 78520
Mr. Briseno works at the Long Island Swing Bridge in Port Isabel, Texas. He has
knowledge of the configuration of barges passing through the area and of the
circumstances surrounding the area.

Brownsville Fire Department
1010 E. Adams Street
Brownsville, Texas 78520
(956) 546-3195

Buena Vista Funeral Home
125 McDavitt Blvd.
Brownsville, Texas 78520
956-541-5400

Mark N. Swaney
Calvary Hill Funeral Home and Cemetery
21723 Aldine Westfield
Humble, Texas  77338
281-445-3340

Captain Daniel Bryant
422  Palm
Laguna Vista, Texas
Captain Bryant has knowledge of the circumstances surrounding the accident.

Captain Joe Lee Bryant
104 Hwy 100 Lot 1
Port Isabel, Texas
Captain Bryant has knowledge of the circumstances surrounding the accident.

Cameron County
c/o Mr. George C. Kraehe
Charles Willette, Jr.
Willette & Guerra, LLP
3505 Boca Chica Blvd., Ste. 460
Brownsville, Texas 78521

Sigifredo C. Cantu,  Fire Chief
Harlingen Fire Department
3510 E. Grimes
Harlingen, Texas 78550
(956) 427-8885

Daniel Ceballos
c/o Burns International Security Services
Long Island, Texas
Mr. Ceballos has knowledge of the circumstances surrounding the accident.

Central Power & Light
c/o C. T. Corporation System
350 N. St. Paul Street
Dallas, Texas 75201
Has knowledge regarding the street lights on the causeway

Captain Phil Colo
416 Barker Street
Laguna Vista, Texas
Captain Collo has knowledge of the circumstances surrounding the accident.

Commercial General Liability Policy Declaration

Minerva G. Coronado
Valley Regional Medical Center
100-A Alton Gloor Blvd.
Brownsville, Texas 78520
Director of Patients Accounts

Edith Curtis
4268 Airport Road
Tioga, Texas 76271
Potential Claimant

Department of the Army
Corps of Engineer
1920 North Chaparral Street
Corpus Christi, Texas 78401
attn: Mr. Elijio Garza, Area Engineer

Captain Steve Ellis
1016 Tarpon, # 9
Port Isabel, Texas
Captain Ellis has knowledge of the circumstances surrounding the accident.

Robert Eapericueta
c/o Frank Enriquez
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504
Claimant

Robert and Virginia Fandrich
5101 Verdi Way
Stockton, California 95207
Claimants

H. David Feltoon, Ph. D.
Clinical & Neuropsychology
8025 Chalk Knoll
Austin, Texas 78735
512-750-7164
Psychological Evaluations of Jacqueline Paddock, Brigette M. Goza, Gustavo A.
Morales, William Barrett Welch, Lydia Zamora

Fire Marshall
Port Isabel Fire Department
204 Musina
Port Isabel, Texas 78578
(956) 943-3523

Cliff Fleming
721 Palm Boulevard
Laguna Vista, Texas
Mr. Fleming has knowledge of the circumstances surrounding the accident.

Colleen Forster
5652 Pinon Vista Drive
Austin, Texas 78724
Potential Claimant

Richard L. Fremaux
Valley Regional Medical Center
100-A Alton Gloor Blvd.
Brownsville, Texas 78520
Performed CT Spine of Bridgette Goza

Captain David Fowler
860 Debonair Drive
Mobile, Alabama 36695
(334) 639-1747
Captain Fowler was at the wheel of the BROWN WATER V at the time of the
accident.

Captain James Franceschi
34 Sunburst Lane
Brownsville, Texas 78520
(956) 546-6103
Captain Franceschi was piloting thhe Irini F out through the Broownsville Ship
Channel when he heard Brown Water V's mayday call. He has knowledge of
Captain Fowler's radio conversations subsequent to the accident. Captain
Franceschi also has knowledge of the circumstances surrounding the accident
and of previous groundings in the channel area.

Victor Franco
c/o Burns International Security Services
Long Island, Texas
Mr. Franco has knowledge of the circumstances surrounding the accident.

Gustavo Garcia
6939 West Business 83
Harlingen, Texas
Mr. Garcia has knowledge of the circumstances surrounding the accident.

Dolores Goette
410 Morris Street
Laguna Vista, Texas
Ms. Goette has knowledge of the circumstances surrounding the accident.

Captain Harry Goette
410 Morris Street
Laguna Vista, Texas
Captain Goette has knowledge of the circumstances surrounding the accident.

Jacinto Gonzalez
Texas Parks & Wildlife Dept.
805 W. Price
Brownsville, Texas 78521
(956) 546-1952
Game Warden IV

Bridgette Goza
c/o Ray R. Marchan
WATTS & HEARD, LLP
1926 E. Elizabeth Street
Brownsville, Texas 78520
Claimant

Edward Grafwallnes
Fire Chief
Los Fresnos Volunteer Fire Department
200 N. Brazil
Los Fresnos, Texas 78566

or
P. O. Box 777
Los Fresos, Texas 78566
(956) 233-4751

Mark Guillot
5707 Laguna Circle South, #202
South Padre Island, Texas
Mr. Guilllot has knowledge of the circumstances surrounding the accident.

Ana Gutierrez, M. D.
1313 Alton Gloor Blvd., Ste. C.
Brownsville, Texas 78521
Treated Brigette Goza and Gustavo Morales

Anita Harris
c/o Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550
Claimant

Daisy Harris
Address and telephone number unknown
Claimant

Harlingen EMS
1705 Vermont Street
Harlingen, Texas 78550
or
P. O. Box 533668
Harlingen, Texas 78553
(956) 864-2711

Harlingen Fire Department
3510 E. Grimes
Harlingen, Texas 78550
(956) 427-8885

Barbara J. Hausman, M. T. (ASCP)
Valley Regional Medical Center
Pathology Department
100 A Alton Gloor
Brownsville, Texas 78526
Lab Director

Raquel Teran Hinojosa
c/o Robert E. Ammons
Stevenson & Ammons, L. C.
3700 Montrose Boulevard
Houston, Texas 77006

Ramon Garcia
Law Offices of Ramon Garcia, P. C.
222 West University Drive
Edinburg, Texas 78539
Claimant

Clarissa Hinojosa
c/o Robert E. Ammons
Stevenson & Ammons, L. C.
3700 Montrose Boulevard
Houston, Texas 77006

Ramon Garcia
Law Offices of Ramon Garcia, P. C.
222 West University Drive
Edinburg, Texas 78539
Claimant

Martin D. Hinojosa
c/o Julian Rodriguez, Jr.
Attorney at Law
100 W. Pecan
McAllen, Texas 78501
Claimant

Omar Hinojosa
c/o Robert E. Ammons
Stevenson & Ammons, L. C.
3700 Montrose Boulevard
Houston, Texas 77006

Ramon Garcia
Law Offices of Ramon Garcia, P. C.
222 West University Drive
Edinburg, Texas 78539
Claimant

Gaspar Hinojosa, II
c/o Robert E. Ammons
Stevenson & Ammons, L. C.
3700 Montrose Boulevard
Houston, Texas 77006

Ramon Garcia
Law Offices of Ramon Garcia, P. C.
222 West University Drive
Edinburg, Texas 78539
Claimant

Rita S. Hinojosa
c/o Julian Rodriguez
Attorney at Law
100 W. Pecan
McAllen, Texas 78501
Claimant

Independent Plumbers of South Texas
c/o Cliff Garrard
8602 Robindell Drive
Houston, Texas 77074
Claimant

Ms. Kay Keese
P. O. Box 457
Bells, Texas 75414
Potential Claimant

William E. Kimbrell
c/o Richard Leo Harrell
The Edwards Law Firm
P. O. Box 480
Corpus Christi, Texas 78403
Claimant

Laguna Madre Water District of Port Isabel
c/o Mr. J. A. Magalllanes
Magalanes, Hinojosa & Mancias, P. C.
1713 Boca Chica Blvd.
Brownsville, Texas 78520
Claimant

Eduardo "Eddie" Hernandez
105 Port Road
Port Isabel, Texas 78578
(956) 943-2626
General Manager of Laguna Madre Water District of Port Isabel has knowledge
of the circumstances surrounding the accident and losses sustained by the Water
District.

Carlos J. Galvan, Jr.
105 Port Road
Port Isabel, Texas 78578
(956) 943-2626
Assistant Director of Operations of Laguna Madre Water District of Port Isabel
has knowledge of the circumstances surrounding the accident and losses
sustained by the Water District.

Daniel Mena
105 Port Road
Port Isabel, Texas 78578
(956) 943-2626
Director of Finance of Laguna Madre Water District of Port Isabel
has knowledge of the circumstances surrounding the accident and losses
sustained by the Water District.

J. A. Magallanes
Magallanes, Hinojosa & Mancias, P. C.
1713 Boca Chica Blvd.
Brownsville, Texas 78520
(956) 544-6571
Mr. Magallanes will testify to the necessity and reasonable attorneys fees.

Horacio L. Barrera
1203 E. Van Buren
Brownsville, Texas 78520
(956) 546-7159
Mr. Barrera will testify to the necessity and reasonable attorneys fees.

Justice of Peace Benny Ochoa, III
302 Queen Isabella Blvd.
Port Isabel, Texas  78578
956-943-2520

Captain Phillip Langley
3326 Lakeside Drive
Rockwall, Texas 75087
(800) 873-9823
Captain Langley was the relief captain on board the tug boat Bruce Bordelon at
the time of the accident.he has knowledge of the circumstances surrounding the
accident.

Rick Leavell
c/o William Q. McManus
McManus & Crane, LLP
209 West Juan Linn
P. O. Box 2206
Victoria, Texas 77902-2206
Claimant

Carol Leavell
c/o William Q. McManus
McManus & Crane, LLP
209 West Juan Linn
P. O. Box 2206
Victoria, Texas 77902-2206
Claimant

Lt. D. Lompra
Harlingen Fire Department
3510 E. Grimes
Harlingen, Texas 78550
(956) 427-8885

Long Island Bridge Company
c/o John R. Freeland
806 Pecan
McAllen, Texas 78501
(956) 943-1622
Employees of Long Island Bridge Company witnessed the four barges and tug
pass under the bridge immediately prior too the accident. They also have
knowledge of the configuration of barges passing through the area and of the
circumstances surrounding the accident.

Los Fresnos Volunteer Fire Department
200 N. Brazil
Los Fresnos, Texas 78566
or
P. O. Box 777
Los Fresos, Texas 78566
(956) 233-4751

Los Fresnos Family Health Clinic
503 A West Ocean Blvd.
Los Fresnos, Texas 78566

Hector Martinez, Sr.
c/o Jim Hart
Williams, Bailey Law Firm, LLP
8441 Gulf Freeway, Ste. 600
Houston, Texas 77017
Claimant

Rene and Frank Mata
c/o Mr. Raymond Thomas
Mr. Andres Gonzalez
Kittleman, Thomas, Ramirez & Gonzales
4900-B N. 10th Street
McAllen, Texas 78504
Claimants

Doyle McClendon
3211 North Inspiration Road, Apt. 2
Mission, Texas 78572
Potential Claimant

John and Mary McCoy
514 Brookside Pass
Cedar Park, Texas 78613
Claimants

Romeo Miller
3106 Barnes Bridge
Dallas, Texas 75228
Potential Claimant

Juan Antonio Mireles and Soledad Gonzalez Mireles
305 W. 10th Street
Los Fresnos, Texas 78566
Claimants

J. Antonio Mireles
c/o S. Mark Strawn
Schhimeister Ajamie, LLP
Pennzooil Place-South Tower
711 Louisiana, Ste. 2150
Houston, Texas
Claimant

Soledad Gonzalez Mireles
c/o S. Mark Strawn
Schhimeister Ajamie, LLP
Pennzooil Place-South Tower
711 Louisiana, Ste. 2150
Houston, Texas
Claimant

Captain Joseph Mock
P. O. Box 572
Port Isabel, Texas
Captain Mock has knowledge of the circumstances surrounding the accident.

Gustavo Morales
c/o Ray R. Marchan
WATTS & HEARD, LLP
1926 East Elizabeth
Brownsville, Texas 78520
Claimant

Dimas Mora
c/o W. Lamoine Holland
1920 Nacogdoches Road, Ste. 100
San Antonio, Texas 78209
Claimant

Ramon Moreno
Rt. Box 708F
Los Fresnos, Texas
Mr. Moreno has knowledge of the circumstances surrounding the accident.

Alberto Leroy Moya
c/o Frank Enriquez
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504
Claimant

Rolando Lee Moya
c/o Frank Enriquez
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504
Claimant

Dr. Donald Jay Mulkene
Spring Hill Behavioral Health
100 Memorial Hospital Drive, Ste. 1-B
Mobil, Alabama 36608
Dr. Mulkene is Capt. David Fowler's treating psychologist and has knowledge of the impact of the accident on Capt. Fowler's emotional and psychological well-being.

Charles Nalhanson
23102 Botkins Road
Hockley, Texas 77477
Potential Claimant

Ben Nunez
Brownsville Fire Department
1010 E. Adams Street
Brownsville, Texas 78520
(956) 546-3195
Acting Fire Marshall

Levie Paul Old
1200 N. Magnolia # 26
Rockport, Texas 78382
(361) 727-9165
Mr. Old was a deck hand on board the BROWN WATER V at the time of the
accident.

Regina Ortiz
Los Fresnos Family Health Clinic
503 A West Ocean Blvd.
Los Fresnos, Texas 78566
Custodian of Records

Outdoor RV Resorts South Padre
c/o Dave Fletcher
900 South Garcia Street
Port Isabel, Texas 78578
Potential Claimant

Yolanda Padilla
Harlingen EMS
1705 Vermont Street
Harlingen, Texas 78550
or
P. O. Box 533668
Harlingen, Texas 78553
(956) 864-2711
Custodian of Records

Jacqueline Paddock
c/o Ray R. Marchan
WATTS & HEARD, LLP
1926 East Elizabeth
Brownsville, Texas 78520
Claimant

L. R. Pelly, M. D.
P. O. Box 3190
585 W. Jefferson
Brownsville, Texas 78523-3190
(956) 544-0755
Treated Gustavo Morales

Ms. Eileen Peoples
Post Office Box 2283
New Caney, Texas 77357
Potential Claimant
Port Isabel EMS
305 E. Maxan
Port Isabel, Texas 78578
(956) 943-7829

Port Isabel Fire Department
204 Musina
Port Isabel, Texas 78578
(956) 943-3523

Port Isabel-San Benito Navigation District
c/o Mr. Brian G. Janis
Sanchez, Whittington, Janis & Zabarte, LLP
100 North Expressway 83
Brownsville, Texas 78521-2284

Daniel Pugh
telephone and address unknown
Mr. Pugh has knowledge of the circumstances surrounding the accident.

Dan Reeves
1806 Illinois
Port Isabel, Texas
Mr. Reeves has knowledge of the circumstances surrounding the accident.

Reliance National Risk Specialists
4 Penn Center Plaza
Philadelphia, PA 19103
or
77 Water Street
New York, NY 10005

Captain Russell Robinson
c/o R & R Hi-Way Baitstand
Port Isabel, Texas
Captain Robinson has knowledge of the circumstances surrounding the accident.

Esteban F. Rivas
c/o John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501
and

c/o J. Chad Gauntt
Gauuntt & Kruppstadt, LLP
9004 Forest Crossing Drive, Ste. C
The Woodlands, Texas 77381
Claimant

Maria Miriam Rivas
c/o John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501
and
c/o J. Chad Gauntt
Gauuntt & Kruppstadt, LLP
9004 Forest Crossing Drive, Ste. C
The Woodlands, Texas 77381
Claimant

Clifford a. Rowell
South Padre Island Fire Department
P. O. Box 3410
South Padre Island, Texas 78597
(956) 761-5454 Ext 325
Fire Chief

N. Fay Rutledge
726 Partridge Lane
Eagle Lake, Texas 77434
Potential Claimant

Antonio Salinas, Jr.
c/o Frank Enriquez
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504
Claimant

Diana Sanchez
Harlingen Fire Department
3510 E. Grimes
Harlingen, Texas 78550
(956) 427-8885
Dispatcher

Jaime L. Silva, M. D.
Los Fresnos Family Health Clinic
503 A West Ocean Blvd.
Los Fresnos, Texas 78566

Security Systems
Southwestern Bell Telephone
c/o Mr. Geoffreyy Amsel
SBC  Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78209
Claimant

South Padre Island Fire Department
P. O. Box 3410
South Padre Island, Texas 78597
(956) 761-5454 Ext 325

Dale Ray Stockton
14648 Arroyo Drive
Harlingen, Texas 78550
Mr. Stockton has knowledge of prior collisions of tugboats and barges with the
Queen Isabella Causeway.

Russell Stockton
208 West Mesquite
South Padre Island, Texas
Mr. Stockton has knowledge of the circumstances surrounding the accident.

Mary Ann Courter
Juan Rodriguez, Jr.
Texas Department of Public Safety
5805 Lamar Blvd.
P. O. Box 4087
Austin, Texas 78773-0001

Texas Department of Transportation
c/o Mr. Jack F. Gilbert
P. O. Box 12548
Austin, Texas 78711-2548

Mark J. Spansel
Adams & Reese, LLP
4500 One Shell Square
New Orleans, LA 70139
and
Amadeo Sanez, District Engineer
600 West US 83 Expressway
P. O. Drawer EE
Pharr, Texas 78577

Texas Parks & Wildlife Department
c/o Boyd Kennedy
Staff Attorney
Law Enforcement Division
5541 Bear Lane, Ste. 232
Corpus Christi, Texas 78405
and 4200 Smith School Road
Austin, Texas 78744

Captain Dewitt Thomas
121 Channel
Port Isabel, Texas
Captain Thomas has knowledge of the circumstances surrounding the accident.

Randle Thompson, LPC, LMFT
Bienestar Counseling Centre
P. O. Box 298
Olmito, Texas 78575

Carolyn Thompson
Randle Thompson, LPC, LMFT
Bienestar Counseling Centre
P. O. Box 298
Olmito, Texas 78575
Office Manager

United States Coast Guard
Commanding Officer
Marine Safety Office-Corpus Christi
400 Man Street, Ste. 210 or
555 Carancahua Street, Suite 500
Corpus Christi, Texas 78401
The United States Coast Guard performed an investigation of the accident.

Janie Valdez
7300 North Padre Blvd.
South Padre Island, Texas
Mr. Valdez has knowledge of the circumstances surrounding the accident.

Ross Valigura
828 Hughes
Box 429
Palacios, Texas 77465
(979) 578-1864
Mr. Valigura was a deck hand on board the BROWN WATER V at the time of the accident.

Juan Carlos Villarreal
City of Port Isabel EMS
305 E. Maxan
Port Isabel, Texas 78578
(956) 943-7829
EMS Director

Sheldon Weisfeld
855 E. Harrison Street
Brownsville, Texas 78520
Mr. Weisfeld is Captain Fowler's criminal attorney.

Jim Wilson
United States Coast Guard
800 David Drive, Room 232
Morgan City, Louisiana 70380
Mr. Wilson conducted the U. S. C. G. investigation hearings.

Captain Rocky Lee Wilson
P. O. Box 2166
Port Aransas, Texas 78373
(361) 749-3633
Captain Wilson was the captain on board the BROWN WATER V at the time of
the accident.

United States Department of Transportation
c/o Hon. Greg Serres, United States Attorney
600 E. Harrison, Ste. 201
Brownsville, Texas 78520-7114

Valley Regional Medical Center
Pathology Department
100-A Alton Gloor Blvd.
Brownsville, Texas 78520

William B. Welch, Minor
c/o Ms. Veronica Farias
Law Offices of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521
Claimant

William Morris Welch
c/o Mr. James B. Manley
Attorneys at Law
3616 Preston Road
Pasadena, Texas 77505
Claimant

**Dr. She Ling Wong**
Valley Regional Medical Center
100-A Alton Gloor Blvd.
Brownsville, Texas 78520
Treated Brigette Goza

Lydia Zamora
c/o Mr. Ray R. Marchan
WATTS & HEARD, LLP
1926 East Elizabeth Street
Brownsville, Texas 78520
Claimant

Craig Zimmerman
1/4 Mile North 100 on FM 1575
P. O. Box 4025
Los Fresnos, Texas
Mr. Zimmerman has knowledge of the circumstances surrounding the accident.

William Zimmerman
706 North Shore Drive
Port Isabel, Texas
Mr. Zimmerman has knowledge of the circumstances surrounding the accident.

Steven Mosher
P. O. Box 2269
Rockport, Texas 78381
Vice-President of Operations of Brown Water who has information about Brown
Water's operations, the crew, the vessel, and certain events surrounding the
accident.

Patrick D. Hoessle
P. O. Box 610
Jeffersonville, Indiana 47130-4717
ACBL dispatcher who has information about the dispatching of the barges in
question.

Warren Bourgeois
American Commercial Barge Line LLC
5600 River Road
Harahan, Louisiana
ACBL Barge Maintenance Supervisor who has information about the barges.

Duane Krohn
American Commercial Barge Line LLC
P. O. Box 610
Jeffersonville, Indiana 47130-4717
ACBL Risk Annalyst who has information about the valuation of the barges and
the pending freight, as well qas the damages to the Barge NM-315 and
damages sustained by ACBL.

Joe Hargiss
P. O. Box 1272
Henderson, Kentucky
Expert surveyor who has information about the damages to the Barge NM-315
and the value of all four barges.

Sixty-two (62) business
c/o Michael L. Slack
Slack & Davis, LLP
8911 Capital of Texas Hwy
Building 2, Ste. 2110
Austin, Texas 78759
Claimants

## EXHIBIT B-EXPERTS

Allstate Insurance Company
c/o Thomas E. Quirk
Aaron & Quirk
901 N. E. Loop 410, Ste 903
San Antonio, Texas 78209-1307
Subrogation claimant for property damages of Bridgette Goza.

John Deck
Jay Disler
American Admiralty Bureau
P.O. Box 372
East Claridon, Ohio
or
12236 Old State Road
Chardon, Ohio 44024

Eddie Arriloa
1616 Michigan
Port Isabel, Texas
Mr. Arriloa is the supervisor of the Long Swing Bridge in Port Isabel, Texas. He
has knowledge of different barge configurations passing through the area and of
the circumstances surrounding the accident.

William Raymond Aston
Harlingen EMS
1705 Vermont Street
Harlingen, Texas 78550
or
P. O. Box 533668
Harlingen, Texas 78553
(956) 864-2711
Executive Director

Attorney General of Texas
c/o Mr. Michael Ratliff
P. O. Box 12548
Austin, Texas 78711-2548
Claimant

State of Texas
c/o Mr. Jack F. Gilbert
P. O. Box 12548
Austin, Texas 78711-2548

Hector Bennett

Port Isabel Fire Department
204 Musina
Port Isabel, Texas 78578
(956) 943-3523
Custodian of Records

Blue Cross Blue Shield of Texas
(A Division of Health Care Service Corp)
2329 S. MacArthur Blvd.
Springfield, Illinois
Medical lien holder for Rene Mata

Agustin Briseno
6684 Monte Vello
Brownsville, Texas 78520
Mr. Briseno works at the Long Island Swing Bridge in Port Isabel, Texas He has
knowledge of the configuration of barges passing through the area and of the
circumstances surrounding the area.

Rafael Briseno
1015 Tineer Drive
Brownsville, Texas 78520
Mr. Briseno works at the Long Island Swing Bridge in Port Isabel, Texas. He has
knowledge of the configuration of barges passing through the area and of the
circumstances surrounding the area.

Brownsville Fire Department
1010 E. Adams Street
Brownsville, Texas 78520
(956) 546-3195

Buena Vista Funeral Home
125 McDavitt Blvd.
Brownsville, Texas  78520
956-541-5400

Mark N. Swaney
Calvary Hill Funeral Home and Cemetery
21723 Aldine Westfield
Humble, Texas  77338
281-445-3340

Sigifredo C. Cantu,  Fire Chief
Harlingen Fire Department
3510 E. Grimes
Harlingen, Texas 78550
(956) 427-8885

Minerva G. Coronado
Valley Regional Medical Center
100-A Alton Gloor Blvd.
Brownsville, Texas 78520
Director of Patients Accounts

Department of the Army
Corps of Engineer
1920 North Chaparral Street
Corpus Christi, Texas 78401
attn: Mr. Elijio Garza, Area Engineer

H. David Feltoon, Ph. D.
Clinical & Neuropsychology
8025 Chalk Knoll
Austin, Texas 78735
512-750-7164
Psychological Evaluations of Jacqueline Paddock, Brigette M. Goza, Gustavo A.
Morales, William Barrett Welch, Lydia Zamora

Fire Marshall
Port Isabel Fire Department
204 Musina
Port Isabel, Texas 78578
(956) 943-3523

Richard L. Fremaux
Valley Regional Medical Center
100-A Alton Gloor Blvd.
Brownsville, Texas 78520
Performed CT Spine of Bridgette Goza

Jacinto Gonzalez
Texas Parks & Wildlife Dept.
805 W. Price
Brownsville, Texas 78521
(956) 546-1952
Game Warden IV

Edward Grafwallnes
Fire Chief
Los Fresnos Volunteer Fire Department
200 N. Brazil
Los Fresnos, Texas 78566
or
P. O. Box 777
Los Fresos, Texas 78566
(956) 233-4751

Ana Gutierrez, M. D.
1313 Alton Gloor Blvd., Ste. C.
Brownsville, Texas 78521
Treated Brigette Goza and Gustavo Morales

Harlingen EMS
1705 Vermont Street
Harlingen, Texas 78550
or
P. O. Box 533668
Harlingen, Texas 78553
(956) 864-2711

Harlingen Fire Department
3510 E. Grimes
Harlingen, Texas 78550
(956) 427-8885

Barbara J. Hausman, M. T. (ASCP)
Valley Regional Medical Center
Pathology Department
100 A Alton Gloor
Brownsville, Texas 78526
Lab Director

Justice of Peace Benny Ochoa, III
302 Queen Isabella Blvd.
Port Isabel, Texas  78578
956-943-2520

Lt. D. Lompra
Harlingen Fire Department
3510 E. Grimes
Harlingen, Texas 78550
(956) 427-8885

Los Fresnos Volunteer Fire Department
200 N. Brazil
Los Fresnos, Texas 78566
or
P. O. Box 777
Los Fresos, Texas 78566
(956) 233-4751

Los Fresnos Family Health Clinic
503 A West Ocean Blvd.
Los Fresnos, Texas 78566

Ben Nunez
Brownsville Fire Department
1010 E. Adams Street
Brownsville, Texas 78520
(956) 546-3195
Acting Fire Marshall

Regina Ortiz
Los Fresnos Family Health Clinic
503 A West Ocean Blvd.
Los Fresnos, Texas 78566
Custodian of Records

Yolanda Padilla
Harlingen EMS
1705 Vermont Street
Harlingen, Texas 78550
or
P. O. Box 533668
Harlingen, Texas 78553
(956) 864-2711
Custodian of Records

L. R. Pelly, M. D.
P. O. Box 3190
585 W. Jefferson
Brownsville, Texas 78523-3190
(956) 544-0755
Treated Gustavo Morales

Port Isabel Fire Department
204 Musina
Port Isabel, Texas 78578
(956) 943-3523

Port Isabel-San Benito Navigation District
c/o Mr. Brian G. Janis
Sanchez, Whittington, Janis & Zabarte, LLP
100 North Expressway 83
Brownsville, Texas 78521-2284

Reliance National Risk Specialists
4 Penn Center Plaza
Philadelphia, PA 19103
or
77 Water Street
New York, NY 10005

Clifford a. Rowell
South Padre Island Fire Department
P. O. Box 3410
South Padre Island, Texas 78597
(956) 761-5454 Ext 325
Fire Chief

Diana Sanchez
Harlingen Fire Department
3510 E. Grimes
Harlingen, Texas 78550
(956) 427-8885
Dispatcher

Jaime L. Silva, M. D.
Los Fresnos Family Health Clinic
503 A West Ocean Blvd.
Los Fresnos, Texas 78566

Security Systems
Southwestern Bell Telephone
c/o Mr. Geoffreyy Amsel
SBC  Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78209
Claimant

South Padre Island Fire Department
P. O. Box 3410
South Padre Island, Texas 78597
(956) 761-5454 Ext 325

Mary Ann Courter
Juan Rodriguez, Jr.
Texas Department of Public Safety
5805 Lamar Blvd.
P. O. Box 4087
Austin, Texas 78773-0001

Texas Department of Transportation
c/o Mr. Jack F. Gilbert
P. O. Box 12548
Austin, Texas 78711-2548

Amadeo Sanez, District Engineer
600 West US 83 Expressway
P. O. Drawer EE
Pharr, Texas 78577

Texas Parks & Wildlife Department
c/o Boyd Kennedy
Staff Attorney
Law Enforcement Division
5541 Bear Lane, Ste. 232
Corpus Christi, Texas 78405
and 4200 Smith School Road
Austin, Texas 78744

Randle Thompson, LPC, LMFT
Bienestar Counseling Centre
P. O. Box 298
Olmito, Texas 78575

Carolyn Thompson
Randle Thompson, LPC, LMFT
Bienestar Counseling Centre
P. O. Box 298
Olmito, Texas 78575
Office Manager

United States Coast Guard
Commanding Officer
Marine Safety Office-Corpus Christi
400 Man Street, Ste. 210 or
555 Carancahua Street, Suite 500
Corpus Christi, Texas 78401
The United States Coast Guard performed an investigation of the accident.

Jim Wilson
United States Coast Guard
800 David Drive, Room 232
Morgan City, Louisiana 70380
Mr. Wilson conducted the U. S. C. G. investigation hearings.

United States Department of Transportation
c/o Hon. Greg Serres, United States Attorney
600 E. Harrison, Ste. 201
Brownsville, Texas 78520-7114

Valley Regional Medical Center
Pathology Department
100-A Alton Gloor Blvd.
Brownsville, Texas 78520

Dr. She Ling Wong
Valley Regional Medical Center
100-A Alton Gloor Blvd.
Brownsville, Texas 78520
Treated Brigette Goza

Joe Hargiss
P. O. Box 1272
Henderson, Kentucky
Expert surveyor who has information about the damages to the Barge NM-315
and the value of all four barges.

# EXHIBIT C-LIST OF DOCUMENTS

a.    Los Fresnos Volunteer Fire Department Emergency Response Report;

b.    Harlingen EMS report;

c.    Texas Parks & Wildlife Dept. report;

d.    Brownsville Fire Department report;

e.    Harlingen Fire Department report;

f.    Port Isabel Fire Department report;

g.    South Padre Island Fire Dept. report;

h.    Port Isabel EMS;

i.    Valley Regional Medical Center records and bills;
      re:    Brigette Goza
             Gustavo O. Morales

j.    Los Fresnos Family Health Care Center records and bills;
      re:    Brigette Goza

k.    Randle Thompson, Counselor;
      re:    Brigette Goza

l.    South Texas Emergency Care Foundation-Ambulance charges
      re:    Brigette Goza

m.    Ana Gutierrez, M.D. records and bills
      re:    Brigette Goza
             Gustavo O. Morales

n.    Coastal Radiology Consultants, P.A. records and bills
      re:    Brigette Goza

o.    L.R. Pelly, M.D.
      re:    Gustavo O. Morales

p.    Feltoon & Associates, P.C.;
      Psychological Evaluation
      re:    Jacqueline Paddock
             Brigette M. Goza
             Gustavo A. Morales
             William Barrett Welch
             Lydia Zamora

q.    Coast Guard Marine Hearings, Volumes 1-5

r.    Funeral Videotapes
      re:    Hector Martinez, Jr.
             Chealsa and Barry Welch

s.    Videotapes of Causeway Dedication;

t.    Family Photographs
      re:    Chealsa and Barry Welch
             Hector Martinez, Jr.

u.    Diploma and Certificate
      re:    Hector Martinez, Jr.

v.    Funeral Photographs
      re:    Hector Martinez, Jr.
             Chealsa and Barry Welch

w.    Photographs
      re:    AG Hill Power Electric Contractor

x.    Photographs
      re:    Causeway after collapse

y.    Newspaper Articles;

z.    Internet Documents
      re:    Causeway Collapse

aa.   Texas Department of Public Safety accident/incident report

bb.   Death Certificates
      re:    Barry Rena Welch
             Chealsa Louise Welch
             Hector Martinez, Jr.

cc.   Birth Certificates
      re:    William Barrett Welch

dd.    Estate Papers
       re:    Estate of Chealsa and Barry Welch
              Estate of Hector Martinez, Jr.

ee.    Guardianship Papers
       re:    William Welch, minor

ff.    Commercial General Liability Policy Declaration;

gg.    Reliance National Risk Specialists
       re:    Brown Water Marine Service

hh.    American Admiralty Bureau's Preview of a Tow Configuration and Power Guide

ii.    American Admiralty Bureau's Interim Recommendations for Tow Powering and Configuration for Western Rivers Push Tows

jj.    United States Coast Guard Job I Documents