*177*

United States District Court
Southern District of Texas
FILED

MAY 0 9 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C.A. NO. B-01-157<br>Admiralty<br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § § | C.A. NO. B-02-004<br>Admiralty |

<u>CLAIMANTS', ESTATE OF ROBIN FAYE LEAVELL,
CAROL LEAVELL, INDIVIDUALLY AND AS REPRESENTATIVE OF THE
ESTATE OF ROBIN FAYE LEAVELL AND
RICKY LEAVELL, INDIVIDUALLY AND AS REPRESENTATIVE OF THE
ESTATE OF ROBIN FAYE LEAVELL, CERTIFICATE OF DISCLOSURE</u>

TO THE HONORABLE JUDGE OF SAID COURT:

Claimants, **ESTATE OF ROBIN FAYE LEAVELL, CAROL LEAVELL, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ROBIN FAYE LEAVELL AND RICKY LEAVELL, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ROBIN FAYE LEAVELL**, certify that they served the Initial Disclosures on Petitioners on May 7, 2002, as required by Federal Rule of Civil Procedure 26(a)(1).

1

Respectfully submitted,

BY: _____
STEVE Q. McMANUS
ATTORNEY-IN-CHARGE
Federal I.D. No. 5889
State Bar No. 13784700
209 W. Juan Linn
P.O. Box 2206
Victoria, Texas 77902-2206
(361) 575-6764 - Telephone
(361) 575-8454 - Facsimile

OF COUNSEL:
WILLIAM Q. McMANUS
State Bar No. 24008619
LAW OFFICE OF McMANUS & CRANE, L.L.P

**ATTORNEYS FOR CLAIMANTS,
ESTATE OF ROBIN FAYE LEAVELL,
CAROL LEAVELL, INDIVIDUALLY
AND AS REPRESENTATIVE OF THE
ESTATE OF ROBIN FAYE LEAVELL,
RICKY LEAVELL, INDIVIDUALLY
AND AS REPRESENTATIVE OF THE
ESTATE OF ROBIN FAYE LEAVELL**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing was this 7th day of May, 2002, forwarded to the following by the method indicated next to the attorney's name.

Will W. Pierson *by* **_CERTIFIED MAIL/7001 0360 0002 1189 9483/R.R.R._**
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476

Keith N. Uhles *by* **_CERTIFIED MAIL/7001 0360 0002 1189 9490/R.R.R._**
James H. Hunter, Jr.
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
P.O. Box 3509
Brownsville, Texas 78523-3509

2

Les Cassidy *by* **<u>CERTIFIED MAIL/7001 0360 0002 1189 9506/R.R.R.</u>**
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471

Glen Goodier *by* **<u>CERTIFIED MAIL/7001 0360 0002 1189 9513/R.R.R.</u>**
Jones, Walker, Waechter, Poitevent,
 Carrere & Denegre, L.L.P.
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100

James B. Manley *by* **<u>REGULAR U.S. MAIL</u>**
Law Offices of James B. Manley
3616 Preston Road
Pasadena, Texas 77505

Ray R. Marchan *by* **<u>REGULAR U.S. MAIL</u>**
Watts & Heard, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

Heriberto Medrano *by* **<u>REGULAR U.S. MAIL</u>**
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550

Jack F. Gilbert *by* **<u>REGULAR U.S. MAIL</u>**
Office of the Attorney General
Transportation Division
P. O. Box 12548
Austin, Texas 78711-2548

Mark J. Spansel *by* **<u>REGULAR U.S. MAIL</u>**
Adams & Reese, LLP
4500 One Shell Square
New Orleans, LA 70139

J.A. Magallanes *by* **<u>REGULAR U.S. MAIL</u>**
Carlos Escobar
Magallanes, Hinojosa & Mancias, PC
1713 Boca Chica
P. O. Box 4901
Brownsville, Texas 78520

Geoffrey Amsel *by **REGULAR U.S. MAIL***
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78215

Thomas E. Quirk *by **REGULAR U.S. MAIL***
Aaron & Quirk
901 NE Loop 410, Suite 903
San Antonio, Texas 78209-1307

Julian Rodriguez, Jr. *by **REGULAR U.S. MAIL***
Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501

Veronica Farias *by **REGULAR U.S. MAIL***
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

John David Franz *by **REGULAR U.S. MAIL***
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

J. Chad Gauntt *by **REGULAR U.S. MAIL***
Gauntt & Kruppstadt, LLP
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381

W. Lamoine Holland *by **REGULAR U.S. MAIL***
Law Office of W. Lamoine Holland
1920 Nacogdoches Road, Suite 100
San Antonio, Texas 78209

Thomas R. Ajamie *by **REGULAR U.S. MAIL***
S. Mark Strawn
Schirrmeister Ajamie, LLP
Pennzoil Place – South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002

Raymond L. Thomas *by **REGULAR U.S. MAIL***
Andres H. Gonzalez, Jr.
Kittleman, Thomas, Ramirez & Gonzales
4900-B N. 10th Street
McAllen, Texas 78504

Frank Enriquez *by **REGULAR U.S. MAIL***
Roberto D. Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

Richard Leo Harrell *by **REGULAR U.S. MAIL***
The Edwards Law Firm, LLP
P. O. Box 480
Corpus Christi, Texas 78403-0480

Jim S. Hart *by **REGULAR U.S. MAIL***
Nejd Yaziji
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

John and Mary McCoy *by **REGULAR U.S. MAIL***
514 Brookside Pass
Cedar Park, Texas 78613

Cliff Garrard *by **REGULAR U.S. MAIL***
Independent Plumbers of South Texas
8602 Robindell Drive
Houston, Texas 77074

Robert & Virginia Fandrich *by **REGULAR U.S. MAIL***
5101 Verdi Way
Stockton, CA 95207

Michael L. Slack *by **REGULAR U.S. MAIL***
Michael Davis
Slack & Davis, LLP
Building Two, Suite 2110
8911 Capital of Texas Highway, North
Austin, Texas 78759

_____
STEVE Q. McMANUS