IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER And AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § | CAB-01-157<br>CIVIL ACTION<br>Consol- w/<br>NO. B-02-004 |

United States District Court
Southern District of Texas
FILED
MAY 13 2002
Michael N. Milby
Clerk of Court

### AMENDED ANSWER OF JACQUELINE PADDOCK INDIVIDUALLY AND AS NEXT FRIEND OF WILLIAM WELCH, A MINOR AND AS REPRESENTATIVE OF THE ESTATE OF CHEALSA AND BARRY WELCH TO THE COMPLAINT OF AMERICAN COMMERCIAL BARGE LINES IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY

TO THE HONORABLE JUDGE OF SAID COURT:

THE AMENDED ANSWER OF **JACQUELINE PADDOCK INDIVIDUALLY AND AS NEXT FRIEND OF WILLIAM B. WELCH, A MINOR AND AS REPRESENTATIVE OF THE ESTATE OF CHEALSA AND BARRY WELCH** TO THE COMPLAINT OF AMERICAN COMMERCIAL BARGE LINES, IN A CAUSE OF EXONERATION OR LIMITATION OF LIABILITY, on information and belief respectfully allege:

I.

Claimants can neither admit nor deny the allegations contained in paragraph I of Petitioner's pleading.

II.

Claimants can neither admit nor deny the allegations contained in Paragraph II of Petitioner's pleading

III.

Claimants do not deny the allegations contained in paragraph III, however, claimants request that a more definite statement be made so as to elaborate particularly the facts of the casualty.

IV.

Claimants deny the allegations contained in paragraph number IV.

V.

The Claimants deny the allegations contained in paragraph number V.

VI.

The Claimants admit the allegations contained in paragraph number VI.

VII.

The Claimants deny the allegations contained in paragraph number VII of petitioner's pleading.

VIII.

Claimants deny the allegations contained in paragraph number VIII of petitioner's pleading.

IX.

Claimants do not deny the allegations contained in paragraph number IX of Petitioner's pleading.

X.

Claimants deny the allegations contained in paragraph number X of Petitioner's pleading.

XI.

Claimants deny the allegations contained in paragraph number XI of Petitioner's pleading

XII.

The Claimants can neither admit nor deny the allegations contained in paragraph XII.

XIII.

Claimants can neither admit nor deny the allegations contained in paragraph number XIII. of petitioner's pleadings.

XIV.

Claimants can neither admit nor deny the allegations contained in paragraph number XIII. of petitioner's pleadings.

XV.

Claimant can neither admit nor deny the allegations contained in paragraph number XV. of petitioner's pleading.

XVI.

Claimant can neither admit nor deny the allegations contained in paragraph number XVI of petitioner's pleading.

XVII.

Claimant can neither admit nor deny at this time those allegations contained in paragraph number XVII.

XVIII.

Claimant deny those allegations contained in paragraph XVIII of petitioner's pleading.

WHEREFORE PREMISES CONSIDERED, Respondent/Claimants **Jacqueline Paddock Individually and as next friend of William B. Welch and as Representative of the Estate of Chealsa and Barry Welch** pray that this court deny petitioner's claim for limitation of liability and that respondent/claimant be allowed to recover the full amount of damages as determined by a jury of the claimant's peers and for such other and further relief as the claimant can be justly entitled.

Respectfully submitted on this the __13__ day of May, 2002.

        WATTS & HEARD, L.L.P
        1926 E. Elizabeth
        Brownsville, Texas 78520
        (956) 544-0500
        (956) 541-0255 Fax

        _____
        RAY R. MARCHAN
        For the Firm
        State Bar No. 12969050
        Fed. I.D. No. 9522
        Attorney in Charge for Jacqueline Paddock Ind.
        And ANF of William B. Welch and as Rep.
        of the Estate of Chealsa and Barry Welch

## CERTIFICATE OF SERVICE

I hereby certify that on this the __13__ day of May, 2002, a true and correct copy of the foregoing instrument was forwarded to opposing counsel via fax, by hand-delivery or by certified mail, return receipt requested.

        _____
        RAY R. MARCHAN

## LIST OF COUNSEL

Mr. Will Pierson
Royston, Rayzor, Vickery & Williams
606 N. Carancahua, Ste 1700
Corpus Christi, Texas 78476

Mr. Keith N. Uhles
Royston, Rayzor, Vickery & Williams
55 Cove Circle
P. O. Box 3509
Brownsville, Texas 78520

Central Power & Light
C/o C. T. Corporation Systems
350 N. St. Paul Street
Dallas, Texas 785201

Mr. Ramon Garcia
Attorney at Law
222 W. University Drive
Edinburg, Texas 78539

Mr. Juan Magallnes
Attorney at Law
1713 Boca Chica Blvd.
P. O. Box 4901
Brownsville, Texas 78520

Ms. Leslie D. Cassity
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471

SW Bell
Attn: Mr. Geoffrey Amsel
Attorney at Law
1010 N. St. Mary's Street Room 1403
San Antonio, Texas 78215

Mr. Heriberto Medrano
Attorney at Law

1101 W. Tyler
Harlingen, Texas 78550

Mr. William Q. McManus
McManus & Crane
209 West San Linn
P. O. Box 2206
Victoria, Texas 77902-2206

Mr. Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307

Mr. Robert E. Ammons
Stevenson & Ammons
3700 Montrose Blvd.
Houston, Texas 77006

Mr. Julian Rodriguez, Jr.
Attorney at Law
100 W. Pecan
McAllen, Texas 78501

Mr. Frank Enriquez
Attorney at Law
4200-B North Bicentennial
McAllen, Texas 78504

Mr. John David Franz
Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

Ramon Garcia
Attorney at Law
222 West University Drive
Edinburg, texas 78539

Raymond L. Thomas
Kittleman, Thomas, Ramirez & Gonzalez
4900-B North 10th Street
McAllen, Texas 78504

Long Island Bridge Co.
c/o John R. Freeland
806 Pecan
McAllen, Texas 78501

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381

Robert Ammons
3770 Montrose Blvd.
Houston, Texas 77006

Thoms E. Quirk
Law Offices of Aaron & Quirk
901 N.E. Loop 410, Ste 903
San Antonio, Texas 78209-1308

John Cornyn
Attorney General of Texas
Office of the Attorney General
P. O. Box 12548

Daryl G. Darsum
Adams & Reese, L.Lp.
4400 One Houston Center
1221 McKinney
Houston, Texas 77010

Geoffrey Amsel
SBC Managements Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78209

A. G. Hill Power
C/o Jack H. Bennett
112 Lakeshore Drive
Corpus Christi, Texa s 78413

George Kraehe
Willette & Guerra, L.L.P.
3505 Boca Chica Blvd., Ste 460
Brownsville, Texas 78521

Veronica Farias
Law Offices of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78520

Outdoor Resorts of Texas
C/o Randall Henderson, Jr.
P. O. Box 2093
South Garcia
Port Isabel, Texas 78578

William Q. McManus
McManus & Crane, L.L.p.
209 West Juan Linn
P. O. Box 2206
Victoria, Texas 77902-2206

Heriberto Medrano
Attorney at Law
1101 West Tyler
Harlingen, Texas 78550

Phil A. Bellamy

Austin, Texas 78711-2548

William R. Edwards
The Edwards Law Firm, L.L.P.
1400 Frost Bank Plaza
Corpus Christi, Texas 78403

Michael R. Cowen
Michael R. Cowen, P.C.
765 E. 7th Street, Ste A
Brownsville, Texas 78520

U.S. Dept. of Transportation
c/o Hon. Greg Serres, US Attorney
600 E. Harrison, Ste 201
Brownsville, Texas 78520-7114

James B. Manley
3616 Preston Road
Pasadena, Texas 77505

Texas Parks & Wildlife Dept.
5541 Bear Lane, Ste 232
Corpus Christi, Texas 78405

Kay Keese
P. O. Box 457
Bells, Texas 75414

Sandra D. Laurel
Snow & Laurel, L.L.P.
310 West Sunset
San Antonio, Texas 78209

Mark J. Spansel
Adams & Reese, L.L.P.
4500 One Shell Square
New Orleans, LA 70139

Mary Ann Courter

Law Offices of Phil A. Bellamy
815 Ridgewood
Brownsville, Texas 78520

Glen Goodier
Jones, Walker, Waechter, Poitevent
Carrere & Denegre, L.L.P.
201 St. Charles Avenue, 48th Floor
New Orleans, LA 70170-5100

Edith Curtis
4268 Airport Drive
Tioga, Texas 76271

Doyle McClendon
3211 North Inspiration Road, Apt. 2
Mission, Texas 78572

Charles and Darla Nathanson
23102 Botkins Road
Hockley, Texas 77447

N. Fay Rutledge
726 Partridge Lane
Eagle Lake, Texas 77434

Colleen Forster
565 Pinon Vista Drove
Austin, Texas 78724

Yolanda de Leon, Cam. Cty. Dist. Atty
Cameron County Courthouse
974 E. Harrison
Brownsville, Texas 78520

Mr. Boyd Kennedy, Staff Attorneys
Law Enforcement Division
Texas Parks & Wildlife Dept.
4200 Smith School Road
Austin, Texas 78744

Texas. Dept. of Public Safety
5805 Lamar Blvd.
P. O. Box 4087
Austin, Texas 78773-001

Elijo Garza, Area Engineer
Dept. of the Army
Corps of Engineers
1920 North Chaparrel Street
Corpus Christi, Texas 78401

Heather Askwig
2332 West Solano Drive
Phoenix, AZ 85015

Robert and Virginia Fandrich
5101 Berdi Way
Stockton, CA 985207

Annaca Page
16810 Tranquil Drive
Sugar Land, Texas 77478

Romeo Miller
3106 Barnes Bridge
Dallas, Texas 75228

Eileen Peeples
P. O. Box 2283
New Caney, Texas 77357

S. Mark Strawn
Shirmeister Ajamie, L.L.P.
711 Louisiana Street, Ste 2150
Houston, Texas 77002

Amadeo Saenz, District Engineer
Tex. Dept. of Transportation
600 West US 83 Expressway
P. O. Drawer EE
Pharr, Texas 78577

Jim S. Hart
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Ste 600
Houston, Texas 77017

Lt. D. J. Fassero
Freedom of Info Act Coordinator
Commanding Officer
United States Coast Guard
Marine Safety Office -- Corpus Christi
400 Mann Street, Ste 210
Corpus Christi, Texas 78401

Less Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471

W. Lamoine Holland
1920 Nacogdoches Road, Ste 100
San Antonio, Texas 78209