185

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C. A. NO. B-01-157 Admiralty  Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315,VLB-9182,ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | C. A. NO. B-02-004 Admiralty |

## PETITIONERS BROWN WATER MARINE SERVICE, INC.
## AND BROWN WATER TOWING I, INC.'S AMENDED MOTION TO SEVER

TO THE HONORABLE JUDGE OF THIS COURT:

COME NOW, Brown Water Marine Service, Inc. and Brown Water Towing I, Inc.

("the Petitioners") and file this their Amended Motion to Sever pursuant to FED. R. CIV. P. 21 and

FED. R. CIV. P. 54(b):

### I.

The Court entered an Order on May 9, 2002 granting Petitioners Brown Water Marine

Service, Inc. and Brown Water Towing I, Inc.'s Motion for Summary Judgment on the purely

economic damage claims asserted by certain claimants who received no personal injury or property

damage.  This Order resolved the claims of sixty-seven claimants listed on Exhibit "A".  The

Petitioners request that claims of the claimants listed on Exhibit "A" be severed and that the Court

49477:1013150.1:051402

make an express direction for the entry of judgment, such that the ruling will become a final judgment as to the claimants listed on Exhibit "A".

## II.

A severance of the claims listed on Exhibit "A" will result in a simplification of this complex case, will save all the parties expense by decreasing service costs which have been substantial, will simplify the conference requirements presumably resulting in more unopposed Motions by severing from the main case the *pro se* claimants who have not responded to prior conference requests, and will streamline the case for the mediation expected to occur on June 17, 2002.

WHEREFORE, PREMISES CONSIDERED, the Petitioners request that the Court sever from the main case the claims against all Petitioners made by the claimants listed on Exhibit "A". In addition, the Petitioners request that the Court expressly direct an entry of judgment against the claimants listed on Exhibit "A" all other relief to which they may be entitled at law, in equity, or admiralty.

Respectfully submitted,

Will W. Pierson
State Bar No. 16003100
Federal ID 1931
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
(361) 884-8808 Office
(361) 884-7261 Facsimile

Keith N. Uhles
State Bar No. 20371100
Federal ID No. 1936
55 Cove Circle
P. O. Box 3509
Brownsville, Texas 78523-3509
Telephone: (956) 542-4377
Telecopier: (956) 542-4370

ATTORNEYS FOR PETITIONERS BROWN WATER TOWING I, INC. AND BROWN WATER MARINE SERVICE, INC.

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

## CERTIFICATE OF CONSULTATION

Movants sent a letter asking all parties to advise Movants by 5:00 p.m. on May 17, 2002 whether they were opposed to this Motion. The following have advised that they are not opposed to this Motion: Julian Rodriguez, James Manley, Heriberto Medrano, Michael Slack and Jim Hart. The remaining parties have not advised whether they are opposed or not opposed. No attorney or Claimant has advised Movants that he/she is opposed to this Motion.

OF ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

## CERTIFICATE OF SERVICE

I certify that the foregoing was mailed by certified mail return receipt requested to the below listed persons on this **24** day of May, 2002.

## SERVICE LIST

Mr. Jack F. Gilbert
Office of the Attorney General
Transportation Division
Post Office Box 12548
Austin, Texas 78711-2548

Mr. James B. Manley
Attorneys at Law
3616 Preston Road
Pasadena, Texas 77505

Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381

William Q. McManus
Steve Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550

Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

Mr. Raymond Thomas/Mr. Andres Gonzalez
Kittleman, Thomas, Ramirez & Gonzales
4900-B N. 10th Street
McAllen, Texas 78504

Thomas R. Ajamie
S. Mark Strawn, Esq.
Schirrmeister Ajamie, L.L.P.
Pennzoil Place-South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002

Jim S. Hart
Nejd Yaziji
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

Frank Enriquez
Robert Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

Richard Leo Harrell
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 1400 (78470)
P.O. Box 480
Corpus Christi, Texas 78403-0480

Julian Rodriguez, Jr.
Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501

Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307

Mr. J.A. Magallanes
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Cica
P.O. Box 4901
Brownsville, Texas 78520

Mr. Geoffrey Amsel
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78215

Lamoine Holland
Law Office of W. Lamoine Holland
1920 Nacogdoches Rd., # 100
San Antonio, Texas 78209

Cliff Garrard
Independence Plumbers of South Texas
8602 Robindell Drive
Houston, Texas 77074

Robert and Virginia Fandrich
5101 Verdi Way
Stockton, CA 95207

John and Mary McCoy
514 Brookside Pass
Cedar Park, Texas 78613

Michael L. Slack
Michael Davis
SLACK & DAVIS, L.L.P.
Building Two, Suite 2110
8911 Capital of Texas Highway, North
Austin, Texas 78759

Mr. Les Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471

Glenn G. Goodier
Jones, Walker, Waechter, Poitevent, Carrere
    & Denegre, L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100

Mark J. Spansel
Adams & Reese, L.L.P.
4500 One Shell Square
New Orleans, LA 70139

OF ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

## EXHIBIT "A"

Robert A. Fandrich and Virginia Fandrich

John McCoy and Mary McCoy

Dimas Mora

202 Bayside Bar & Grill

A-1 Taxi & A-1 Limousine

Amberjack's Bar and Grill, Inc.

Charlie Armendariz

BK's Beach to Bay Enterprises, Inc., d/b/a BK's Carpet & Upholstery Cleaning

Rodolfo Barrera

Rick and Brenda Bays

Bubba's Bayside Bar-B-Que Restaurant

Buena Suerte Sport Fishing Charters

Cactus Flower Interiors

Capt. Thomas Charter Fishing

Casa de Siesta Bed & Breakfast

Dolly Castillo

Coffey Construction

Rae Dejur

Designer's Discount Showroom

Edelstein's Better Furniture and Show Case

Fedigan Construction

Adrian Flandes

Furcron Realtors

Pedro Garcia, III

Ghilain, Inc.

Risa Ann Ghilain

Mark A. Guillot

Joe Gutierrez, III

Adam and Marcela Hancock

Island Market

Island Pharmacy

J. W. Properties, Inc.

J. W. Restaurants, Inc.

Jim Reynolds Hair Design

Jim's Pier, Inc.

Joseph's Restaurant

Kelly's Irish Pub

Kohnami Restaurant

La Jaiba Seafood Restaurant and Lounge

La Vina's Natural Nail Care

Michael and Judy Lemmons

Miramar Resort

Marina Village, Inc.

Massage & Healing Arts Center

Andrew L. Minkler

Padre Island Brewing Co., Inc.

Glen and Joyce Pfeil

Pro-Fit Gym

Property Management Co.

Richard Stockton Photography

Sangria Condominium, Inc.

Sea Ranch Enterprises, Inc.

South Padre Island Fishing Center Joint Venture

SPI Management

SPI Security

SPI Texas Enforcement Group, Inc.

Lee Roy Summerlin

T-Brent

Ted's Restaurant, Inc.

Texas Beach House

The Coastal Current

The Town of South Padre Island

Uncle Buggies Beach Buggy Rentals

Gilbert Vela

Ybarra's Tire Busters