UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 8 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION § <br> FOR BROWN WATER TOWING I, INC., § <br> AS OWNER, AND BROWN WATER § <br> MARINE SERVICE, INC., AS BAREBOAT § <br> CHARTERERS, OF THE BROWN WATER § <br> V, ITS ENGINES, TACKLE, ETC., IN A § <br> CAUSE OF EXONERATION FROM OR § <br> LIMITATION OF LIABILITY | C.A. NO. B-01-157 <br> Admiralty |

**Consolidated with**

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION § <br> OF AMERICAN COMMERCIAL LINES § <br> LLC, AS OWNER, and AMERICAN § <br> COMMERCIAL BARGE LINE LLC, AS § <br> CHARTERER OF THE BARGES NM-315, § <br> VLB-9182, ACL-9933B, VLB-9173, IN A § <br> CAUSE OF EXONERATION FROM OR § <br> LIMITATION OF LIABILITY | C.A. NO. B-02-004 <br> Admiralty |

## WILLIAM E. KIMBRELL'S CERTIFICATE OF DISCLOSURE

Claimant, William E. Kimbrell, certifies that he served the First Amended Initial Disclosures of William E. Kimbrell, Claimant, on Mr. Will W. Pierson, Mr. Keith Uhles, Mr. James Hunter, ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P., 1700 Wilson Plaza West, 606 N. Carancahua, Corpus Christi, Texas 78476 and Mr. Leslie D. Cassidy, III, WOOLSEY & CASSIDY, 500 N. Water Street, Ste. 1020, Corpus Christi, Texas 78471 on May 24, 2002, as required by Federal Rule of Civil Procedure

Respectfully submitted,

By: _____
Richard Leo Harrell
Attorney-in-Charge for Claimant
William E. Kimbrell
Texas Bar No.: 09041320
802 N. Carancahua, Suite 2100
P. O. Box 480
Corpus Christi, TX 78403-0480
Telephone: (361) 698-7600
Facsimile: (361) 698-7614

OF COUNSEL:

THE EDWARDS LAW FIRM, L.L.P.
802 N. Carancahua, Suite 1400  (78470)
P. O. Box 480
Corpus Christi, TX  78403-0480
Telephone No.:  (361) 698-7600
Facsimile No.:   (361) 698-7615

### CERTIFICATE OF SERVICE

The undersigned attorney, attorney-in-charge for Claimant and Claimant-respondent, hereby certifies that a true and correct copy of the above and foregoing pleading has been served upon all counsel of record on this 24th day of May, 2002.

_____
Richard Leo Harrell

**CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Will W. Pierson                                           CM/RRR 7001 2510 0004 0013 2824
Keith Uhles
James Hunter
ROYSTON, RAYZOR, VICKERY
& WILLIAMS, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476

Leslie D. Cassidy, III                                    CM/RRR 7001 2510 0004 0013 2831
WOOLSEY & CASSIDY
500 N. Water Street, Ste. 1020
Corpus Christi, Texas 78471

**REGULAR MAIL**

Mark J. Spansel                                           Phil A. Bellamy
ADAMS & REESE, L.L.P.                                     LAW OFFICE OF PHIL A. BELLAMY
4500 One Shell Square                                     815 Ridgewood
New Orleans, LA 70139                                     Brownsville, Texas 78520

Glen Goodier                                              Michael Ratliff
JONES, WALKER, WAECHTER,                                  OFFICE OF THE ATTORNEY GENERAL
POITEVENT,                                                STATE OF TEXAS
CARRERE & DENEGRE, L.L.P.                                 P.O. Box 12548
201 St. Charles Ave., 48th Floor                          Austin, Texas 78711-2548
New Orleans, LA 70170-5100

James B. Manley                                           Ray R. Marchan
ATTORNEY AT LAW                                           WATTS & HEARD, L.L.P.
3616 Preston Road                                         1926 E. Elizabeth
Pasadena, Texas 77505                                     Brownsville, Texas 78520

UNITED STATES DEPT. OF                                    Heriberto "Eddie" Medrano
TRANSPORTATION                                            1101 West Tyler Street
c/o Greg Serres, United States Attorney                   Harlingen, Texas 78550
600 East Harrison, Ste. 201
Brownsville, Texas 78520-7114

Yolanda DeLeon
County Attorney
CAMERON COUNTY COURTHOUSE
974 E. Harrison Street
Brownsville, Texas 78520-7190

Commanding Officer
Attn: Lt. D.J. Fassero
Freedom of Information Coordinator
UNITED STATES COAST GUARD
Marine Safety Office
400 Mann St., Ste. 210
Corpus Christi, Texas 78401

CENTRAL POWER & LIGHT
c/o C.T. Corporation System
350 N. St. Paul Street
Dallas, Texas 75201


George C. Kraehe
WILLETTE & GUERRA, L.L.P.
3505 Boca Chica Blvd., Ste. 460
Brownsville, Texas 78521

Sandra D. Laurel
SNOW & LAUREL, L.L.P.
310 West Sunset
San Antonio, Texas 78209

Kay Keese
P.O. Box 457
Bells, Texas 75414

Geoffrey Amsel
SBC MANAGEMENT SERVICES
SBC SOUTHWESTERN BELL TELEPHONE CO.
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78215

A.G. HILL POWER
c/o Janet Thompson
6654 Leopard St.
Corpus Christi, Texas 78409

J.A. Magallanes
Carlos Escobar
MAGALLANES, HINOJOSA & MANCIAS, PC
1713 Boca Chica Blvd.
P.O. Box 4901
Brownsville, Texas 78520

Brian G. Janis
SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, L.L.P.
100 N. Expressway 83
Brownsville, Texas 78521-2284

OUTDOOR RV RESORTS SOUTH PADRE
c/o Dave Fletcher
900 S. Garcia St.
Port Isabel, Texas 78578

LONG ISLAND BRIDGE COMPANY
c/o John R. Freeland
806 Pecan
McAllen, Texas 78501

Romeo Miller
3106 Barnes Bridge
Dallas, Texas 75228

George C. Kraeche
WILLETTE & GUERRA, L.L.P.
3505 Boca Chica Blvd., Ste. 460
Brownsville, Texas 78521

Heather Askwig
2332 West Solano Drive
Phoenix, Arizona 85015

Eligio Garza, Area Engineer
DEPT. OF THE ARMY CORPS OF
ENGINEERS
1920 N. Chaparral Street
Corpus Christi, Texas 78401

TEXAS PARKS & WILDLIFE
5541 Bear Lane, Ste. 232
Corpus Christi, Texas 78405

Doyle McClendon
3211 N. Inspiration Road, Apt. 2
Mission, Texas 78572

Annaca Page
16810 Tranquil Drive
Sugarland, Texas 77478

Charles & Darla Nathanson
23102 Botkins Road
Hockley, Texas 77447

J. Chad Guantt
GUANTT & KRUPPSTADT, L.L.P.
9004 Forest Crossing Drive, Ste. C
The Woodlands, Texas 77381

W. Lamoine Holland
LAW OFFICES OF W. LAMOINE HOLLAND
1920 Nacogdoches Road, Ste. 100
San Antonio, Texas 78209

Colleen Forster
5652 Pinon Vista Drive
Austin, Texas 78724

Edith Curtis
4268 Airport Road
Tioga, Texas 76271

Robert & Virginia Fandrich
5101 Berdi Way
Stockton, CA 95207

Thomas E. Quirk
AARON & QUIRK
901 NE Loop 410, Ste. 903
San Antonio, Texas 78209-1307

N. Fay Rutledge
726 Partridge Lane
Eagle Lake, Texas 77434

John David Franz
THE LAW OFFICES OF JOHN DAVID FRANZ
400 N. McColl
McAllen, Texas 78501

Amadeo Saenz, District Engineer
TEXAS DEPARTMENT OF
TRANSPORTATION
P.O. Drawer EE
Pharr, Texas 78577

Mary Ann Courter
TEXAS DEPARTMENT OF PUBLIC SAFETY
5805 Lamar Blvd.
P.O. Box 4087
Austin, Texas 78773-0001

William Q. McManus
LAW OFFICE OF MCMANUS & CRANE, L.L.P.
209 West Juan Linn
P.O. Box 2206
Victoria, Texas 77902-2206

Veronica Farias
LAW OFFICE OF VERONICA FARIAS
2854 Boca Chica
Brownsville, Texas 78521

Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501

Raymond Thomas
Andres Gonzales
KITTLEMAN, THOMAS, RAMIREZ & GONZALES
4900-B N. 10th Street
McAllen, Texas 78504

Michael L. Slack
SLACK & DAVIS, L.L.P.
8911 Capital of Texas Hwy, North
Bldg. 2, Ste. 2110
Austin, Texas 78759

Frank Enriquez
LAW OFFICES OF FRANK ENRIQUEZ
4200-B North Bicentennial
McAllen, Texas 78504

John and Mary McCoy
514 Brookside Pass
Cedar Park, Texas 78613

Thomas R. Ajamie
S. Mark Strawn
SCHIRRMEISTER AJAMIE, L.L.P.
711 Louisiana Street, Ste. 2150
Houston, Texas 77002

Boyd Kennedy, Staff Attorney
TEXAS PARKS & WILDLIFE DEPARTMENT
4200 Smith School Road
Austin, Texas 78744

Jim S. Hart
WILLIAMS BAILEY LAW FIRM, L.L.P.
8441 Gulf Freeway, Ste. 600
Houston, Texas 77017

Eileen Peeples
P.O. Box 2283
New Caney, Texas 77357

Ricardo J. Navarro
DENTON, NAVARRO & BERNAL
222 East Van Buren, Ste. 405
Harlingen, Texas 78550-6804

Jack F. Gilbert
OFFICE OF THE ATTORNEY GENERAL
TRANSPORTATION DIVISION
P.O. Box 12548
Austin, Texas 78714-2548

Cliff Garrard
INDEPENDENCE PLUMBERS OF SOUTH TEXAS
8602 Robindell Drive
Houston, Texas 77074