IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 9 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION | * | |
| OF BROWN WATER TOWING I, INC., | * | |
| AS OWNER, AND BROWN WATER | * | |
| MARINE SERVICE INC., AS BAREBOAT | * | |
| CHARTERERS, OF THE BROWN | * | CIVIL ACTION NO. B-01-157 |
| WATER V, ITS ENGINES, TACKLE, ETC., | * | |
| IN A CAUSE OF EXONERATION | * | Consolidated with |
| FROM OR LIMITATION OF LIABILITY | * | |
| | * | |
| IN THE MATTER OF AMERICAN | * | CIVIL ACTION NO. B-02-004 |
| COMMERCIAL LINES LLC AS OWNER | * | |
| And AMERICAN COMMERCIAL BARGE | * | Admiralty |
| LINE LLC AS CHARTERER OF THE | * | |
| BARGES NM-315, VLB-912, ACL-9993B, | * | |
| VLB-9173, PRAYING FOR EXONERATION | * | |
| FROM AND/OR LIMITATION OF LIABILITY | * | |

## MOTION TO POSTPONE AND RE-SCHEDULE MEDIATION

COMES NOW ALL PARTIES in the above entitled cause and file this Motion To Postpone and Re-Schedule Mediation currently set for June 17, 2002 and would state the following in support thereof:

I.

### Responses To Written Discovery Requests

All parties' responses to written discovery requests are scheduled to be submitted to opposing sides within the first week of June, 2002. Because of same, the 'limited' number of depositions parties believe necessary for a successful mediation to occur cannot be completed prior to the scheduled June 17, 2002 mediation date.

II.

## Filing Deadline and Hearing on Pre- Mediation Motions To Compel Discovery

It is hoped that all parties will make a good faith effort to be forthcoming and fully answer all requested discovery. However, it is imperative that any Pre-Mediation Motions To Compel Discovery be filed as soon as possible after having received the answers to discovery.

Accordingly, all parties request the Court set a deadline of no later than 5 p.m. Wednesday June 12, 2002 for all parties to file Pre-Mediation Motions To Compel Discovery with responses to same due no later than Wednesday June 19, 2002 and a hearing by the Court on same for Tuesday June 25, 2002.

By dealing expeditiously with any discovery questions, the Court will facilitate the depositions of the 'limited' number of persons necessary prior to mediation.

III.

## Re-Scheduling Mediation

All parties request the Court to Re-Schedule the Court Ordered Mediation currently set for June 17, 2002 to no later than the week of September 9, 2002. By setting this deadline, all parties will have the opportunity to decide when said mediation can best take place within the allotted time.

Wherefore, premises considered, All Parties to this cause pray that said Motion be in all things granted.

Respectfully submitted,

Heriberto 'Eddie' Medrano

*Attorney for Anita Harris, Individually and as Next Friend of Victor Justin Harris, and as Representative of the Estate of Robert V. Harris*

**Also By permission – On behalf of the following Personal Injury and Property Claimants**

*J. Antonio Mireles, as Personal Representative of the Estate of Julio Cesar Mireles, Juan Antonio Mireles and Soldedad Gonzalez Mireles* represented by:
S. Mark Strawn
Schirrmeister Ajamie
Pennzoil Place – South Tower
711 Lousiana, Ste 2150
Houston, Texas  77002

*Hector Martinez, Sr.* represented by:
Jim Hart
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas  77017

*Esteban Rivas and Miriam Rivas Individually and as Representatives of the Estate of Stvan Rivas* represented by:
John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas  78501

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Dr., Suite C
The Woodlands, Texas  77381

*Estate of Robin Faye Leavell, Carol Leavell, Individualy and as Representative of the Estate of Robin Faye Leavell, Ricky Leavell, Individually and as Representative of the Estate of Robin Faye Leavell* represented by:
Steve Q. McManus
Law Offices of McManus & Crane, L.L.P.
209 W. Juan Linn
P.O. Box 2206
Victoria, Texas  77902-2206

*Omar Hinojosa, Individually and as Administrator of the Estate of Gaspar Hinojosa, Raquel Hinojosa, Clarissa Hinojosa and Gaspar Hinojosa II* being represented by:
Julian Rodriguez, Jr.
Attorney At Law
100 W. Pecan
McAllen, Texas  78501

*Rene Mata and Frank Mata* represented by:
Raymond Thomas and Andres Gonzalez, Jr.
Kittleman, Thomas, Ramirez & Gonzalez, PLLC
4900-B North 10th Street
McAllen, Texas  78504

*Southwestern Bell Telephone, L.P.* represented by:
Geoffrey Amsel
1010 N. St. Mary's Street, Room 1403
San Antonio, Texas  78215

*State of Texas* respresented by:
Mark Spansel and Jack Gilbert
Office of the Attorney General
Transportation Division
P.O. Box 12548
Austin, Texas  78711-2548

*Rolando Lee Moya, Alberto Leroy Moya, Antonio Salinas, Jr., and Roberto Espericueta* represented by :
Frank Enriquez
Law Offices of Frank Enriquez
4200 – B North Bicentennial
McAllen, Texas  78504

*Gustavo Morales and Bigos International* represented by:
Ray Marchan
Watts & Heard, L.L.P.
1926 East Elizabeth Street
Brownsville, Texas  78520

*Bridgette Goza* represented by:
Ray Marchan
Watts & Heard, L.L.P.
1926 East Elizabeth Street
Brownsville, Texas  78520

*Jacqueline Paddock Individually and as Representative of the Estate of Chelsea and Barry Welch and as Next Friend of William B. Welch* represented by:
Ray Marchan
Watts & Heard, L.L.P.
1926 East Elizabeth
Brownsville, Texas  78520

*Lydia Zamora Individually and as Representative of the Estate of Hector Martinez, Jr.* represented by:
Ray Marchan
Watts & Heard, L.L.P.
1926 East Elizabeth
Brownsville, Texas  78520

## Certificate of Consultation

I, Heriberto Medrano the undersigned, do hereby state that I have consulted with attorneys for Petitioners Brown Water Inc. and American Commercial Barge Lines and hereby inform the Court that they are OPPOSED to this Motion To Postpone and Re-Schedule Mediation.

I further state that I have been unable to contact with attorneys for the Laguna Madre Water District and determine their position on this Motion.

## **CERTIFICATE OF SERVICE**

I, Heriberto 'Eddie' Medrano, hereby certify that a true and correct copy of

the above and foregoing *Motion to Postpone and Re-Schedule Mediation*

was on this 29th day of May, 2002, via certified mail or hand delivery to the

following counsel:

(Please see the attached service list.)

HERIBERTO 'EDDIE' MEDRANO

## SERVICE LIST

### CERTIFIED MAIL

Mr. Will W. Pierson
ROYSTON, RAYZOR, VICKERY
  & WILLIAMS, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476

Mr. Glen Goodier
Jones, Walker, Waechter, Poitevent,
Carrere & Denegre, L.L.P.
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100
Ms.Edith Curtis
4268 Airport Road
Tioga, Texas 76271

### HAND DELIVERY

Mr. Mark J. Spansel
ADAMS & REESE, L.L.P.
4500 One Shell Square
New Orleans, LA 70139

Mr. James B. Manley
Attorneys at Law
3616 Preston Road
Pasadena, Texas 77505

Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

Mr. William Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

Long Island Bridge Company
c/o Mr. John R. Freeland
806 Pecan
McAllen, Texas 78501

United States Department of Transportation
c/o Hon. Greg Serres, United States Attorney
600 East Harrison, Suite 201
Brownsville, Texas 78520-7114

A.G. Hill Power
c/o Ms. Janet Thompson
6654 Leopard Street
Corpus Christi, Texas 78409

Central Power & Light
c/o C.T. Corporation System
350 N. St. Paul Street
Dallas, Texas 75201

Outdoor RV Resorts South Padre
c/o Mr. Dave Fletcher
900 South Garcia Street
Port Isabel, Texas 78578

Mr. Phil A. Bellamy
Law Office of Phil A. Bellamy
815 Ridgewood
Brownsville, Texas 78520

Ms. Heather Askwig
2332 West Solano Drive
Phoenix, AZ 85015

Ms. Sandra D. Laurel
Snow & Laurel, L.L.P.
310 West Sunset
San Antonio, Texas 78209

Mr. Doyle McClendon
3211 North Inspiration Road, Apt. 2
Mission, Texas 78572

Mr. Robert and Mrs. Virginia Fandrich
5101 Berdi Way
Stockton, CA  95207

Mr. Charles and Ms. Darla Nathanson
23102 Botkins Road
Hockley, Texas 77447

Ms. Annaca Page
16810 Tranquil Drive
Sugar Land, Texas 77478

Ms. N. Fay Rutledge
726 Partridge Lane
Eagle Lake, Texas 77434


Mr. Romeo Miller
3106 Barnes Bridge
Dallas, Texas 75228




Mr. J.A. Magallanes
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica
Post Office Box 4901
Brownsville, Texas 78520

Mr. Geoffrey Amsel
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78209

Mr. Brian G. Janis
Sanchez, Whittington, Janis & Zabarte, LLP
100 North Expressway 83
Brownsville, Texas 78521-2284




Ms. Kay Keese
P.O. Box 457
Bells, Texas 75414


Department of the Army
Corps of Engineers
1920 North Chaparral Street
Corpus Christi, Texas 78401
ATTN: Mr. Elijio Garza, Area Engineer

Texas Parks & Wildlife Department
4200 Smith School Road
Austin, Texas 78744
ATTN: Mr. Boyd Kennedy
        Staff Attorney, Law Enforcement Division

Commanding Officer
United States Coast Guard
Marine Safety Office – Corpus Christi
400 Mann Street, Ste. 210
Corpus Christi, Texas 78401
ATTN: Lt. D.J. Fassero
        Freedom of Information Act Coordinator

Ms. Mary Ann Courter
Texas Department of Public Safety
5805 Lamar Boulevard
Post Office Box 4087
Austin, Texas 78773-0001




Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

Mr. George C. Kraeche
Willette & Guerra, L.L.P.
3505 Boca Chica Boulevard, Ste. 460
Brownsville, Texas 78521

Ms. Colleen Forster
5652 Pinon Vista Drive
Austin, Texas 78724

Mr. William R. Edwards
THE EDWARDS LAW FIRM, L.L.P.
1400 Frost Bank Plaza
Corpus Christi, Texas 78403-0480

Mr. Jack F. Gilbert
Mr. Michael Ratliff
Office of the Attorney General
State of Texas
P.O. Box 12548
Austin, Texas 78711-2548

Texas Parks & Wildlife Dept.
5541 Bear Lane, Ste. 232
Corpus Christi, Texas 78405

Texas Department of Transportation
600 West US 83 Expressway
P.O. Drawer EE
Pharr, Texas 78577
ATTN: Amadeo Saenz, District Engineer

W. Lamoine Holland
1920 Nacogdoches Road, Ste. 100
San Antonio, Texas 78209

Mr. Raymond Thomas
Mr. Andres Gonzalez
Kittleman, Thomas, Ramirez & Gonzales
4900-BN 10th Street
McAllen, Texas 78504

Michael L. Slack
Slack & Davis, L.L.P.
8911 Capital of Texas Hwy., North
Bldg. 2, Ste. 2110
Austin, Texas 78759

Ricardo J. Navarro
Denton, Navarro & Bernal
222 E. Van Buren, Ste. 405
Harlingen, Texas 7855

Mr. Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501

Mr. John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

Mr. J. Chad Gauntt
GAUNTT & KRUPPSTADT, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381

Ms. Yolanda De Leon, County Attorney
Cameron County Courthouse
974 E. Harrison Street
Brownsville, Texas 78520

Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Ste. 903
San Antonio, Texas 78209-1307

Ms. Eileen Peeples
Post Office Box 2283
New Caney, Texas 77357

Thomas R. Ajamie
S. Mark Strawn, Esq.
Schirrmeister Ajamie, L.L.P.
911 Louisiana Street, Ste. 2150
Houston, Texas 77002

Mr. Jim S. Hart
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

Frank Enriquez
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

Cliff Garrard
Independence Plumbers of South Texas
8602 Robindell Drive
Houston, Texas 77074

John & Mary McCoy
514 Brrokside Pass
Cedar Park, Texas 78613

Leslie D. Cassidy, III
Woolsey & Cassidy
500 N. Water Street, Suite 1020
Corpus Christi, Texas 78471

Mr. Keith N. Uhles
Mr. James H. Hunter, Jr.
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78520-3509

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

IN RE THE COMPLAINT AND PETITION    *
OF BROWN WATER TOWING I, INC.,    *
AS OWNER, AND BROWN WATER    *
MARINE SERVICE INC., AS BAREBOAT    *
CHARTERERS, OF THE BROWN    *   CIVIL ACTION NO. B-01-157
WATER V, ITS ENGINES, TACKLE, ETC.,    *
IN A CAUSE OF EXONERATION    *   Consolidated with
FROM OR LIMITATION OF LIABILITY    *
   *
IN THE MATTER OF AMERICAN    *   CIVIL ACTION NO. B-02-004
COMMERCIAL LINES LLC AS OWNER    *
And AMERICAN COMMERCIAL BARGE    *   Admiralty
LINE LLC AS CHARTERER OF THE    *
BARGES NM-315, VLB-912, ACL-9993B,    *
VLB-9173, PRAYING FOR EXONERATION    *
FROM AND/OR LIMITATION OF LIABILITY    *

## ORDER

ON THIS DAY, came for review the Motion To Postpone And Re-Schedule

Mediation filed by All Parties involved and after due consideration it is hereby

ORDERED that said Motion be in all things (GRANTED) (DENIED).

All parties are ORDERED to file Pre-Trial Motions To Compel Discovery by 5p.m.

June 12, 2002 with responses due by 5 p.m. June 19, 2002. The Court will conduct a

hearing on said Motions on June 25, 2002 at _____ p.m.

It is further ORDERED that the scheduled mediation now set for June 17, 2002 is

hereby re-scheduled to occur no later than the week of September 9, 2002.

SIGNED AND ENTERED, this _____ day of May, 2002.

_____
UNITED STATES DISTRICT COURT JUDGE