*189*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 6 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C. A. NO. B-01-157 Admiralty<br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTER OF THE BARGES NM-315,VLB-9182,ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C. A. NO. B-02-004 Admiralty |

PETITIONERS BROWN WATER MARINE SERVICE, INC. AND BROWN
WATER TOWING I, INC.'S RESPONSE TO CERTAIN CLAIMANT'S
MOTION TO POSTPONE AND RE-SCHEDULE MEDIATION

COME NOW the Petitioners, Brown Water Marine Service, Inc. and Brown Water Towing

I, Inc., and file this their Response to the Motion to Re-Schedule Mediation, showing as follows:

**I.**

The Motion to Re-Schedule Mediation filed by certain claimants states that its filed on behalf

of "ALL PARTIES" which is not correct. The Petitioners sent opposing counsel the correspondence

attached as Exhibit "A", which is incorporated by reference, which expresses the Petitioners'

opposition to this Motion. The Petitioners note that the certificate of consultation does state that

"Petitioners Brown Water Inc. and American Commercial Barge Lines" oppose the Motion and that

they were unable to contact one claimant.

49477:1015970.1:060502

## II.

Mediation should not be delayed. The parties met in April of 2002 and agreed to mediation during the month of June. Subsequently, the parties agreed to a June 17, 2002 mediation date. The Court was advised of the agreed mediation date at the initial pretrial conference on April 22, 2002. Nothing has transpired since that time to necessitate re-scheduling mediation. The claimants refer to the need for the Court to hear Motions to Compel but the claimants are merely speculating as the Petitioners' discovery responses are not due until June 10, 2002. The Petitioners timely propounded their discovery and have received responses which they are evaluating for mediation.

## III.

The case has also been fully discovered through an extensive United States Coast Guard inquiry in which witnesses were cross-examined by the United States Coast Guard, attorneys for numerous interested parties and by the State of Texas. Over 1000 pages of transcribed testimony was obtained as well as an extensive amount of exhibits. These materials have been available to all parties since the hearings were concluded in November, 2001. Further, the captain and crew of the vessels involved gave extensive statements to the United States Coast Guard. Additionally, all crew members except the relief captain, who claimed Fifth Amendment protection, were questioned extensively and subjected to cross-examination during the Coast Guard hearings.

## IV.

The Petitioners have limited insurance and their insurers have taken the position that the coverage is being eroded by defense costs paid to defend the two Brown Water Petitioners as well as by defense costs associated with defending the two ACBL entities who are additional insureds under the policies. Further, as can be seen by Exhibit "B," the Petitioners are receiving settlement

demands timed to expire before mediation in a "gold rush" type mentality which, if they are accepted

by the Petitioners' insurers, will exhaust the coverage and make a later global settlement impossible.

**V.**

All things considered, it is in all parties best interest to proceed to mediation on the date

originally agreed to by the parties.

WHEREFORE, PREMISES CONSIDERED, the Petitioners Brown Water Marine Service,

Inc. and Brown Water Towing I, Inc. request that the Court deny the Motion to Postpone and Re-

Schedule Mediation and require that the parties proceed to mediation as agreed in the Second

Amended Joint Discovery/Case Management Plan and represented to the Court at the Initial Pre-

Trial Conference. In addition, the Petitioners request all other relief to which they may be entitled

at law, in equity, or in admiralty.

Respectfully submitted,

Will W. Pierson
State Bar No. 16003100
Federal I.D. No. 1931
1700 Wilson Plaza West
606 North Carancahua
Corpus Christi, Texas 78476
(361) 884-8808 Office
(361) 884-7261 Facsimile

49477:1015970.1:060502                    -3-

Keith N. Uhles
State Bar No. 20371100
Federal ID No. 1936
James H. Hunter, Jr.
State Bar No. 00784311
Federal ID No. 15703
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78523-3509
(956) 542-4377 Office
(956) 542-4370 Facsimile

**Attorneys for Petitioners, Brown Water Towing I,
Inc. and Brown Water Marine Service, Inc.**

**OF COUNSEL:**

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

## CERTIFICATE OF SERVICE

I certify that the foregoing was mailed by the means indicated to the counsel listed below on this **6th** day of June, 2002.

*[signature]*

OF ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

**VIA FACSIMILE: (956) 428-2495**
Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550

**CERTIFIED MAIL,**
**RETURN RECEIPT REQUESTED**
Mr. Jack F. Gilbert
Office of the Attorney General
Transportation Division
Post Office Box 12548
Austin, Texas 78711-2548

Mark J. Spansel
Adams & Reese, L.L.P.
4500 One Shell Square
New Orleans, LA 70139

Mr. James B. Manley
Attorneys at Law
3616 Preston Road
Pasadena, Texas 77505

Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381

William Q. McManus
Steve Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

Mr. Les Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471

Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

Mr. Raymond Thomas/Mr. Andres Gonzalez
Kittleman, Thomas, Ramirez & Gonzales
4900-B N. 10th Street
McAllen, Texas 78504

Thomas R. Ajamie
S. Mark Strawn, Esq.
Schirrmeister Ajamie, L.L.P.
Pennzoil Place-South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002

49477:1015970.1:060502                    -5-

Julian Rodriguez, Jr.
Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501

Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307

Jim S. Hart
Nejd Yaziji
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

Frank Enriquez
Robert Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

Richard Leo Harrell
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 1400 (78470)
P.O. Box 480
Corpus Christi, Texas 78403-0480

Glenn G. Goodier
Jones, Walker, Waechter, Poitevent, Carrere
    & Denegre, L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100

# ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
### ATTORNEYS AT LAW

HOUSTON, TEXAS
  TELEPHONE 713-224-8380
  FACSIMILE 713-225-9945

RIO GRANDE VALLEY, TEXAS
  TELEPHONE 956-542-4377
  FACSIMILE  956-542-4370

1700 WILSON PLAZA WEST
606 N. CARANCAHUA
CORPUS CHRISTI, TEXAS 78476
TELEPHONE 361-884-8808
FACSIMILE 361-884-7261
INTERNET www.roystonlaw.com

GALVESTON, TEXAS
  TELEPHONE 409-763-1623
  FACSIMILE 409-763-3853

*Will W. Pierson*
will.pierson@roystonlaw.com



May 24, 2002

**FACSIMILE TO:  (956) 428-2495**
Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550

> RE:    C.A. No. B-01-157; *In Re: The Complaint and Petition of Brown Water Towing I, Inc., As Owner, and Brown Water Marine Service, Inc., As Bareboat Charterer of the BROWN WATER V, Its Engines, Tackle, Etc. In A Cause of Exoneration From or Limitation of Liability*
> Our File:  49,477

Dear Eddie:

\*    My clients, Brown Water Marine Service, Inc. and Brown Water Towing, I, Inc. are opposed to the Motion to Postpone Mediation.  Please note our opposition in the Motion when you file it.

Thank you for your professional courtesy and cooperation.

Very truly yours,

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

By: _Will W. Pierson_
        Will W. Pierson

WWP/clo
\*    enclosure



FACSIMILE TO ALL COUNSEL                                                    Page 2
May 24, 2002

| | | | |
|---|---|---|---|
| TO: | Jack F. Gilbert | FAX NO.: | (512) 472-3855 |
| TO: | Mark J. Spansel | FAX NO.: | (504) 566-0210 |
| TO: | Les Cassidy | FAX NO.: | (361) 887-6521 |
| TO: | James B. Manley | FAX NO.: | (713) 947-6956 |
| TO: | John D. Franz | FAX NO.: | (956) 686-3578 |
| TO: | J. Chad Gauntt | FAX NO.: | (281) 367-3705 |
| TO: | William Q. McManus | FAX NO.: | (361) 575-8454 |
| TO: | Veronica Farias | FAX NO.: | (956) 546-2234 |
| TO: | Raymond Thomas/Andres Gonzalez | FAX NO.: | (956) 630-5199 |
| TO: | S. Mark Strawn | FAX NO.: | (713) 860-1699 |
| TO: | Julian Rodriguez, Jr. | FAX NO.: | (956) 682-4544 |
| TO: | Thomas E. Quirk | FAX NO.: | (210) 820-0214 |
| TO: | Cliff Garrard | FAX NO.: | (713) 665-6912 |
| TO: | Michael L. Slack | FAX NO.: | (512) 795-8787 |
| TO: | Jim S. Hart | FAX NO.: | (713) 643-6226 |
| TO: | Frank Enriquez | FAX NO.: | (956) 618-5064 |
| TO: | Richard Leo Harrell | FAX NO.: | (361) 698-7615 |
| TO: | J. A. Magallanes | FAX NO.: | (956) 544-4290 |
| TO: | Geoffrey Amsel | FAX NO.: | (210) 222-7194 |
| TO: | Lamoine Holland | FAX NO.: | (210) 824-8141 |
| TO: | Glenn Goodier | FAX NO.: | (504) 582-8010 |

## FIRST CLASS MAIL TO:

Robert and Virginia Fandrich
5101 Verdi Way
Stockton, CA 95207

John and Mary McCoy
514 Brookside Pass
Cedar Park, Texas 78613

49477:1014852.1:052402

```
*****************************
***   MULTI TX/RX REPORT   ***
*****************************
```

TX/RX NO              4642
PGS.                  2
TX/RX INCOMPLETE   (2) 15124723855pp49477
                   (4) 8876521
TRANSACTION OK     (1) 19564282495pp49477
                   (3) 15045660210pp49477
                   (5) 17139476956pp49477
                   (6) 19566863578pp49477
ERROR INFORMATION  (7) 121

# ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

### ATTORNEYS AT LAW

HOUSTON, TEXAS
TELEPHONE 713-224-8380
FACSIMILE 713-225-9945

RIO GRANDE VALLEY, TEXAS
TELEPHONE 956-542-4377
FACSIMILE 956-542-4370

1700 WILSON PLAZA WEST
606 N. CARANCAHUA
CORPUS CHRISTI, TEXAS 78476
TELEPHONE 361-884-8808
FACSIMILE 361-884-7261
INTERNET www.roystonlaw.com

GALVESTON, TEXAS
TELEPHONE 409-763-1623
FACSIMILE 409-763-3853

*Will W. Pierson*
will.pierson@roystonlaw.com

May 24, 2002

**FACSIMILE TO: (956) 428-2495**
Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550

RE:   C.A. No. B-01-157; *In Re: The Complaint and Petition of Brown Water Towing I, Inc., As Owner, and Brown Water Marine Service, Inc., As Bareboat Charterer of the BROWN WATER V, Its Engines, Tackle, Etc. In A Cause of Exoneration From or Limitation of Liability*
Our File: 49,477

Dear Eddie:

*       My clients, Brown Water Marine Service, Inc. and Brown Water Towing, I, Inc. are opposed to the Motion to Postpone Mediation. Please note our opposition in the Motion when you file it.

Thank you for your professional courtesy and cooperation.

Very truly yours,

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

```
                    *******************************
                    ***   MULTI TX/RX REPORT   ***
                    *******************************

TX/RX NO              4644
PGS.                  2
TX/RX INCOMPLETE      -----
TRANSACTION OK        (1)   12813673705pp49477
                      (2)   13615758454pp49477
                      (3)   19565462234pp49477
                      (4)   19566305199pp49477
                      (5)   17138601699pp49477
                      (6)   19566824544pp49477
                      (7)   12108200214pp49477

ERROR INFORMATION     -----
```

# ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

### ATTORNEYS AT LAW

HOUSTON, TEXAS
TELEPHONE 713-224-8380
FACSIMILE 713-225-9945

RIO GRANDE VALLEY, TEXAS
TELEPHONE 956-542-4377
FACSIMILE  956-542-4370

1700 WILSON PLAZA WEST
608 N. CARANCAHUA
CORPUS CHRISTI, TEXAS 78476
TELEPHONE 361-884-8808
FACSIMILE 361-884-7261
INTERNET www.roystonlaw.com

GALVESTON, TEXAS
TELEPHONE 409-763-1623
FACSIMILE 409-763-3853

*Will W. Pierson*
will.pierson@roystonlaw.com

May 24, 2002

**FACSIMILE TO: (956) 428-2495**
Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550

RE:   C.A. No. B-01-157; *In Re: The Complaint and Petition of Brown Water Towing I, Inc., As Owner, and Brown Water Marine Service, Inc., As Bareboat Charterer of the BROWN WATER V, Its Engines, Tackle, Etc. In A Cause of Exoneration From or Limitation of Liability*
Our File: 49.477

Dear Eddie:

*        My clients, Brown Water Marine Service, Inc. and Brown Water Towing, I, Inc. are opposed to the Motion to Postpone Mediation.  Please note our opposition in the Motion when you file it.

Thank you for your professional courtesy and cooperation.

Very truly yours,

```
*******************************
***   MULTI TX/RX REPORT   ***
*******************************
```

TX/RX NO              4645
PGS.                  2
TX/RX INCOMPLETE      -----
TRANSACTION OK        (1)  17136656912pp49477
                      (2)  15127958787pp49477
                      (3)  17136436226pp49477
                      (4)  19566185064pp49477
                      (5)  6987615
                      (6)  19565444290pp49477
                      (7)  12102227194pp49477
                      (8)  12108248141pp49477
                      (9)  15045828010pp49477

ERROR INFORMATION     -----

# ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

## ATTORNEYS AT LAW

HOUSTON, TEXAS
TELEPHONE 713-224-8380
FACSIMILE 713-225-9945

RIO GRANDE VALLEY, TEXAS
TELEPHONE 956-542-4377
FACSIMILE 956-542-4370

1700 WILSON PLAZA WEST
606 N. CARANCAHUA
CORPUS CHRISTI, TEXAS 78476
TELEPHONE 361-884-8808
FACSIMILE 361-884-7261
INTERNET www.roystonlaw.com

GALVESTON, TEXAS
TELEPHONE 409-763-1623
FACSIMILE 409-763-3853

*Will W. Pierson*
will.pierson@roystonlaw.com

May 24, 2002

**FACSIMILE TO: (956) 428-2495**
Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550

RE:    C.A. No. B-01-157; *In Re: The Complaint and Petition of Brown Water Towing I, Inc., As Owner, and Brown Water Marine Service, Inc., As Bareboat Charterer of the BROWN WATER V, Its Engines, Tackle, Etc. In A Cause of Exoneration From or Limitation of Liability*
Our File: 49,477

Dear Eddie:

*       My clients, Brown Water Marine Service, Inc. and Brown Water Towing, I, Inc. are opposed to the Motion to Postpone Mediation. Please note our opposition in the Motion when you file it.

Thank you for your professional courtesy and cooperation.

Law Office
of

# McManus & Crane, L.L.P.

**Steve Q. McManus** *¤
**Mike Crane** *¤

_____
**Scott Kimball III***
**William Q. McManus**

*Board Certified - Personal Injury Trial Law
   Texas Board of Legal Specialization
¤Board Certified - Civil Trial
   National Board of Trial Advocacy

**209 West Juan Linn**
**P.O. Box 2206**
**Victoria, Texas 77902-2206**

Telephone:  (361) 575-6764
Facsimile:  (361) 575-8454

May 15, 2002

***CERTIFIED MAIL/7001 0360 0002 1189 9605/R.R.R.***
Mr. Will W. Pierson
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476

> RE:  C.A. No. B-01-157; *In Re the Complaint and Petition of Brown Water Towing I, Inc., As Owner, and Brown Water Marine Service, Inc., as Bareboat Charterer of the BROWN WATER V, Its Engines, Tackle, Etc. In a Cause of Exoneration from or Limitation of Liability; and*
>
> *In Re The Complaint and Petition of American Commercial Lines LLC As Owner and American Commercial Barge Line, LLC, As Charterer of the Barges NM-315, VLB-9182, ACL-9933B, VLB-9173, In A Cause of Exoneration From or Limitation of Liability*

Dear Mr. Pierson:

The purpose of this letter is to communicate to you our position with reference to a settlement with your clients of the above-captioned case. As you know, the circumstances of this accident are such that your clients are liable for the incident and resulting death of Robin Faye Leavell, and resulting injuries and damages to Richard Leavell and his wife, Carol Leavell.

Robin was a young lady in the prime of her life, with an outstanding attitude and outlook on life. She was a volunteer in many community activities, including her work with children in the church she attended as well as the many other activities she participated in, including the TIFT Tournament in South Padre Island. At the time of this tragic incident Robin was escorting



LAW OFFICE OF McMANUS & CRANE, L.L.P.

Mr. Will W. Pierson
Page 2
May 15, 2002

a friend to the Island to help him cope with the recent loss of his mother to a brain aneurysm.  Robin was a very caring person, always looking out for friends and family.

   Rick and Carol Leavell, Robin's parents, have a small home in Port Isabel where they spent most weekends with family.  Robin and her father were exceptionally close in their relationship and spent most weekends fishing together with friends and family.

   As a background to Robin's upbringing, she was raised in Mercedes where her father, Rick, worked for Mid-Valley Electric Co-op, and her mom, Carol, worked for the Agricultural Extension Agency in Weslaco.  Robin attended and graduated from the Weslaco Independent School District.  After graduating Robin worked in a variety of fields, but her main interest and focus centered around care for young children.

   After being notified of this tragic and fatal disaster, Rick and Carol immediately left their home in Mercedes and went to Port Isabel where they waited several grueling days for news about their oldest daughter.  Robin was listed as a survivor initially, which created even more havoc in such a close knit family.  It was not until three days later that Robin's body was recovered.  According to the death certificate and resulting autopsy Robin had no traumatic physical injuries and ultimately drowned, therefore we believe there was substantial conscious pain and suffering before Robin's death.

   At this time we believe this case has a value of at least $8,007,983.47.  This amount is based on what we believe is a minimal jury verdict directly related to your clients liability as well as the community outrage resulting from this disaster. The damages sustained by our clients are outlined as follows:

Funeral Expenses...................................$    7,983.47

Pain and mental anguish of Robin Faye Leavell:
"pain and mental anguish" means the conscious
physical pain and emotional pain, torment, and
and suffering experienced by Robin Faye Leavell
before her death as a result of the occurrence
in question.......................................$2,000,000.00

LAW OFFICE OF McMANUS & CRANE, L.L.P.

Mr. Will W. Pierson
Page 3
May 15, 2002

Pecuniary loss, loss of companionship and society,
and mental anguish suffered by Ricky Leavell
because of the death of Robin Faye Leavell.........$3,000,000.00

Pecuniary loss, loss of companionship and society,
and mental anguish suffered by Carol Leavell
because of the death of Robin Faye Leavell.........$3,000,000.00

Total...........................................$8,007,983.47

     Because of the circumstances surrounding this case, the
limited insurance coverage of your client Brown Water Marine, and
the additional existing claim against American Barge Lines, we
are offering to settle the Leavells' claim against Brown Water
Marine at the present time for the sum of $2,225,000.00.  This
settlement offer is extended only to your client Brown Water
Marine, with the Leavells retaining all existing claims against
American Barge Lines, or any other party, and shall remain open
for a period of fourteen (14) days from the date of this letter.
This settlement will completely release Brown Water Marine from
any and all liability to the Leavells for any claim by or through
them, including all expenses, assignments or liens.

                    Sincerely,

                    LAW OFFICE OF McMANUS & CRANE, L.L.P.

                    BY: _____
                         STEVE Q. McMANUS

SQM/lr