United States District Court
Southern District of Texas
FILED

JUN 0 7 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | C. A. NO. B-02-004 Admiralty<br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, and BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C. A. NO. B-01-157 Admiralty |

## MEMORANDUM IN OPPOSITION TO
## PLAINTIFFS' MOTION TO POSTPONE AND RESCHEDULE MEDIATION

Petitioners, American Commercial Lines LLC and American Commercial Barge Lines LLC have not as yet received a copy of the Motion to Postpone and Reschedule Mediation, as provided to the Court by claimants. Claimants' counsel did send a draft copy of a proposed Motion to Postpone and Reschedule Mediation asking whether or not American Commercial Barge Lines LLC and/or American Commercial Lines LLC would have opposition to the motion.

Undersigned counsel advised counsel for claimants by letter (attached as Exhibit "A") that he could not agree to the statement made in the motion that petitioners' discovery was due the first

N0835580.1

week of June, 2002 and, that he would be unable to agree to a deadline for filing motions to compel discovery, as set forth in the draft motion.

The motion as filed to the Court indicates that all parties are presenting the motion and, this is an incorrect statement and must have been inadvertently placed into the motion by counsel for claimants. Counsel for claimants does properly indicate, in his Certificate of Consultation, that undersigned counsel did oppose the motion for the reasons set forth above, and continues in that opposition.

Respectfully submitted:

_____
GLENN G. GOODIER (#06130)
Jones, Walker, Waechter, Poitevent, Carrere
& Denegre, L.L.P.
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8174
Facsimile: (504) 582-8010


LES CASSIDY
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
Telephone: (361) 887-2969
Fax: (361) 886-3299

**OF COUNSEL:**

**WOOLSEY & CASSIDY, P.C.**
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
Telephone: (361) 887-2969
Fax: (361) 886-3299

**CERTIFICATE OF SERVICE**

I certify that the foregoing was mailed by the means indicated to the counsel listed below on this 7th day of June, 2002.

_____
GLENN G. GOODIER

# JONES
# WALKER

Glenn G. Goodier
Direct Dial 504-582-8174
Fax 504-582-8010
ggoodier@joneswalker.com

May 24, 2002

**VIA TELEFAX NO. (956) 428-2495**

Mr. Heriberto (Eddie) Medrano
1101 West Tyler
Harlingen, Texas 78550

    Re:   American Commercial Barge Line LLC -
           M/V BROWN WATER V and Tow in
           Collision with Queen Isabela Causeway,
           South Padre Island, Texas
           September 15, 2001
           Our File No.: 94547-00/00775

Dear Mr. Medrano:

I have had a chance to review the motion you faxed to me late yesterday afternoon. I cannot grant permission to you to sign this motion on my behalf.

I do not agree that ACBL's responses to claimants' discovery is due the first week of June. I do not believe that I will have sufficient time to review the discovery from all claimants and file motions to compel, if necessary, in the time period you have set out.

    With kindest regards, I remain

                            Very truly yours,

                            Glenn G. Goodier

GGG/dr
cc:  Mr. Ray R. Marchan - **VIA TELEFAX NO. (956) 541-0255**
      Jack F. Gilbert - **VIA TELEFAX NO. (512) 472-3855**
      Mark J. Spansel - **VIA TELEFAX NO. 566-0210**
      Leslie D. Cassidy, III - **VIA TELEFAX NO. (361) 887-6521**

EXHIBIT "A"

JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

201 ST. CHARLES AVENUE · NEW ORLEANS, LOUISIANA 70170-5100 · 504-582-8000 · FAX 504-582-8583 · E-MAIL info@joneswalker.com · www.joneswalker.com

N0830096.1    BATON ROUGE   HOUSTON   LAFAYETTE   MIAMI   NEW ORLEANS   WASHINGTON, D.C.

Mr. Heriberto (Eddie) Medrano
May 24, 2002
Page 2

    Will W. Pierson - **VIA TELEFAX NO. (361) 884-7261**
    James B. Manley - **VIA TELEFAX NO. (713) 947-6956**
    John D. Franz - **VIA TELEFAX NO. (956) 686-3578**
    J. Chad Gauntt - **VIA TELEFAX NO. (281) 367-3705**
    William Q. McManus - **VIA TELEFAX NO. (361) 575-8454**
    Veronica Farias - **VIA TELEFAX NO. (956) 546-2234**
    Raymond Thomas/Andres Gonzalez - **VIA TELEFAX NO. (956) 630-5199**
    S. Mark Strawn - **VIA TELEFAX NO. (713) 860-1699**
    Julian Rodriguez, Jr. - **VIA TELEFAX NO. (956) 682-4544**
    Thomas E. Quirk - **VIA TELEFAX NO. (210) 820-0214**
    Cliff Garrard - **VIA TELEFAX NO. (713) 665-6912**
    Michael L. Slack - **VIA TELEFAX NO. (512) 795-8787**
    Jim S. Hart - **VIA TELEFAX NO. (713) 643-6226**
    Frank Enriquez - **VIA TELEFAX NO. (956) 618-5064**
    Richard Leo Harrell - **VIA TELEFAX NO. (361) 698-7615**
    J. A. Magallanes - **VIA TELEFAX NO. (956) 544-4290**
    Geoffrey Amsel - **VIA TELEFAX NO. (210) 222-7194**
    Lamoine Holland - **VIA TELEFAX NO. (210) 824-8141**

**VIA FIRST CLASS MAIL:**

Robert & Virginia Fandrich
5101 Verdi Way
Stockton, CA 95207

John & Mary McCoy
514 Brookside Pass
Cedar Park, TX 78613

N0830096.1