IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 0 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION § <br> OF BROWN WATER TOWING I, INC. AS § <br> OWNER, AND BROWN WATER MARINE § <br> SERVICE, INC., AS BAREBOAT § <br> CHARTERER, OF THE BROWN WATER V, § <br> ITS ENGINES, TACKLE, ETC., IN A § <br> CAUSE OF EXONERATION FROM OR § <br> LIMITATION OF LIABILITY § <br> § <br> and § <br> § <br> IN THE MATTER OF AMERICAN § <br> COMMERCIAL LINES LLC AS OWNER AND § <br> AMERICAN COMMERCIAL BARGE LINE LLC § <br> AS CHARTERER OF THE BARGES NM-315, § <br> VLB-912, ACL-9993B, VLB-9173, IN A CAUSE § <br> OF EXONERATION FROM OR LIMITATION § <br> OF LIABILITY § | C.A. NO. B-01-157 <br> (Subject to Rule 9(h) <br> of the Federal Rules <br> of Civil Procedure <br> Admiralty) <br><br><br> (consolidate from <br> C.A. NO. B-02-004) |

### LAGUNA MADRE WATER DISTRICT'S FIRST
### AMENDED LIST OF ENTITIES FINANCIALLY INTERESTED

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Respondent/Claimant **LAGUNA MADRE WATER DISTRICT** and pursuant to paragraph 2 of the Court's October 5, 2001 Order, files this its First Amended List of Entities Financially Interested and would show unto the Court as follows:

**I.**

The **LAGUNA MADRE WATER DISTRICT** is aware of the following entities that are financially interested in the outcome of this litigation:

a)  BROWN WATER TOWING I, INC.;

b)  BROWN WATER TOWING I, INC., AS OWNER, OF THE BROWN WATER V, ITS

ENGINES, TACKLE, ETC.;

c) BROWN WATER MARINE SERVICE, INC.;

d) BROWN WATER MARINE SERVICE, INC., as BAREBOAT CHARTERED, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC.;

e) LAGUNA MADRE WATER DISTRICT;

f) THE STATE OF TEXAS;

g) TEXAS DEPARTMENT OF TRANSPORTATION;

h) UNITED STATES DEPARTMENT OF TRANSPORTATION;

i) A.G. HILL POWER;

j) CENTRAL POWER AND LIGHT;

k) LONG ISLAND BRIDGE COMPANY;

l) OUTDOOR RESORTS OF TEXAS;

m) PORT ISABEL - SAN BENITO NAVIGATION DISTRICT;

n) TEXAS PARKS AND WILDLIFE

o) AMERICAN COMMERCIAL BARGE LINES;

p) HEATHER ASKWIG;

q) CAMERON COUNTY

r) EDITH CURTIS;

s) DEPARTMENT OF THE ARMY, CORPS OF ENGINEERS

t) DAISY HARRIS as ADMINISTRATOR OF THE ESTATE OF ROBERT VICTOR HARRIS;

u) ROBERT VICTOR HARRIS, THE ESTATE OF;

v) KAY KEESE;

w)   CAROL LEAVELL, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ROBIN FAYE LEAVELL, DECEASED;

x)   RICKY LEAVELL, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ROBIN FAYE LEAVELL, DECEASED;

y)   LIBERTY INSURANCE UNDERWRITERS, INC.

z)   DOYLE McCLENDON;

aa)  ROMEO MILLER;

bb)  GUSTAVO MORALES;

cc)  CHARLES NATHANSON;

dd)  DARLA NATHASON;

ee)  JACQUELINE PADDOCK, INDIVIDUALLY AND AS NEXT FRIEND OF WILLIAM B. WELCH AND AS REPRESENTATIVE OF THE ESTATE OF CHELSEA WELCH;

ff)  ANNACA PAGE;

gg)  PORT ISABEL-SAN BENITO NAVIGATION DISTRICT;

hh)  ESTEBAN F. RIVAS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF STEVAN F. RIVAS;

ii)  MARIA M. RIVAS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF STEVAN F. RIVAS;

jj)  N. FAY RUTLEDGE;

kk)  ROBERT SANDRICH;

ll)  VIRGINIA SANDRICH;

mm)  SBC MANAGEMENT SERVICES;

nn)  TEXAS DEPARTMENT OF PUBLIC SAFETY;

oo) UNITED STATES COAST GUARD;

pp) WILLIAM MORRIS WELCH;

qq) LYDIA ZAMORA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF HECTOR MARTINEZ, JR., DECEASED;

rr) ZT, INC. d/b/a WINGS and MIRAGE;

ss) ZURICH AMERICAN INSURANCE COMPANY;

tt) VERONICA FARIAS;

uu) RAQUEL TERAN HINOJOSA, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF GASPAR HINOJOSA, DECEASED, CLARISSA HINOJOSA, OMAR HINOJOSA AND GASPAR HINOJOSA, II, EACH INDIVIDUALLY;

vv) OMAR HINOJOSA AND THE ESTATE OF GASPAR HINOJOSA AND THE HINOJOSA FAMILY;

ww) MS. COLLEEN FORSTER;

xx) MS. EILEEN PEEPLES; and

yy) MR. DIMAS MORA.

The above list of interested entities is subject to amendment and supplementation as per the Court's October 5, 2001 Order. The **LAGUNA MADRE WATER DISTRICT** reserves its right to amend and supplement this list of financially interested entities. The **LAGUNA MADRE WATER DISTRICT** is not aware of whether any of the above listed entities are corporations with publically traded securities.

**WHEREFORE PREMISES CONSIDERED**, Respondent/Claimant **LAGUNA MADRE WATER DISTRICT** respectfully submits its First Amended List of Entities Financially Interested.

Respectfully submitted on this the 10th day of June, 2002.

MAGALLANES, HINOJOSA & MANCIAS, P.C.
A Professional Corporation
1713 Boca Chica Blvd.
Brownsville, TX 78520
(956) 544-6571


By: _____
    Juan A. Magallanes,
    State Bar No.12879500
    Federal ID No. 2258
    Carlos Escobar
    State Bar No. 24025351
    Federal ID 25649
    Attorneys for The Laguna
    Madre Water District

## CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of June, 2002, a true and correct copy of the foregoing instrument was forwarded to opposing counsel attached to service list.

J.A. MAGALLANES
CARLOS ESCOBAR

## Service List

John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501
(956) 686-3578 - facsimile

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Ste. C
The Woodlands, Texas 77381
(281) 367-3705 - facsimile

Mr. Jack F. Gilbert
Office of the Attorney General
Transportation Division
P.O. Box 12548
Austin, Texas 78711-2548
(512) 472-3855 - facsimile

Mark J. Spanesl
ADAMS & REESE, L.L.P.
4500 One Shell Square
New Orleans, LA 70139
(504) 566-0210- facsimile

Mr. James Manley
Attorneys at Law
3616 Preston Road
Pasadena, Texas 77505
(713) 947-6956 - facsmilie

Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 Elizabeth
Brownsville, Texas 78520
(956) 541-0255 - facsimile

William Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
P.O. Box 2206
Victoria, Texas 77902-2206
(361) 575-8454 - facsimile

Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550
(956) 428-2495 - facsimile

Mr. Les Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
(361) 887-6521 - facsimile

Mr. Geoffrey Amsel
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78209
(210) 222-7194 - facsimile

Julian Rodriguez, Jr.
Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501
(956) 682-4544 -facsimile

Ms Veronica Farias
Law Offices of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521
(956) 546-2234 - facsimile

W. Lamoine Holland
State I.D. No. 09856000
1920 Nacogdoches Road, Ste. 100
San Antonio, Texas 78209
(210) 824-8141- facsimile

Thomas E. Quirk
Aaron & Quirk
901 N. E. Loop 410, Ste. 903
San Antonio, Texas 78209-1307
(210) 820-0214 - facsimile

Mr. Raymond Thomas
Mr. Andres H. Gonzalez, Jr.
Kittleman, Thomas, Ramirez & Gonzales
4900-B N. 10th Street
McAllen, Texas 78504
(956) 630-5199 -facsimile

Jim S. Hart
Williams, Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Ste. 600
Houston, Texas 77017
(713) 643-6226 -facsimile

Thomas R. Ajamie
S. Mark Strawn
Schirmeister Ajamie, L.L.P.
Pennzoil Place - South Tower
711 Louisiana, Ste. 2150
Houston, Texas 77002

Richard Leo Harrell
The Edwards Law Firm
P.O. Box 480
Corpus Christi, Texas 78403
(361) 698-7615 - facsimile

Frank Enriquez
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504
(956) 618-5064 - facsimile

Will W. Pierson
Keith Uhles
James Hunter
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
(361) 884-7261 - facsimile

Cliff Garrard
Independent Plumbers of South Texas
8602 Robindell Drive
Houston, Texas 77074

Glenn G. Goodier
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100