IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE INC., AS BAREBOAT CHARTERERS, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO. B-01-157<br><br>Consolidated with |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER and AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-912, ACL-9993B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION NO. B-02-004<br><br>Admiralty |

## ORDER

BE IT REMEMBERED that on June 12, 2002, the Court considered Claimants' Motion to Postpone and Re-Schedule Mediation [Dkt. No. 187] and Petitioners' Response [Dkt. No. 189] and Memorandum in Opposition [Dkt. No. 190]. Claimants argue that because all parties' discovery requests "are scheduled to be submitted to opposing sides within the first week of June, 2002, . . . the 'limited' number of depositions parties believe necessary for a successful mediation to occur cannot be completed prior to the June 17, 2002 mediation date" [Dkt. No. 187 at 1]. The Petitioners dispute the need for postponement. The Court believes that an immediate hearing is warranted to determine the merit of this contention, specifically whether more time is needed to complete depositions and any other relevant discovery, and therefore

**ORDERS** all parties to appear on June 14, 2002 at 9:00 a.m.

DONE at Brownsville, Texas, this 12th day of June 2002.

_____
Hilda G. Tagle
United States District Judge