```
         IN THE UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF TEXAS
                 BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

JUN 1 4 2002

Michael N. Milby
Clerk of Court

```
                                    )
IN RE:  BROWN WATER TOWING, ET AL ) CIVIL ACTION NO.
                                    ) B-01-157
                                    )
```

PRETRIAL CONFERENCE
BEFORE THE HONORABLE HILDA G. TAGLE
APRIL 22, 2002

APPEARANCES:

For the Plaintiff,
William Welch,
Minor:

        MRS. VERONICA FARIAS
        Attorney at Law
        Brownsville, Texas

For the
Intervenor-Plaintif,
Watts & Heard, and,
Lydia Zamora,
Individually and as
representative of
the Estate of Hector
Martinez, Jr.;
Jacqueline Paddock,
Individually and as
next friend of
William B. Welch,
and as
representative of
the Estate of
Chealsa Welch;
Gustavo Morales;
Bridgette Goza; and
Bigo's
International, Inc.:

        MR. RAY MARCHAN
        Attorney at Law
        Brownsville, Texas

Captured and Transcribed by Computer - Eclipse