IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION § <br> OF BROWN WATER TOWING I, INC., § <br> AS OWNER, AND BROWN WATER § <br> MARINE SERVICE INC., AS BAREBOAT § <br> CHARTERERS, OF THE BROWN § <br> WATER V, ITS ENGINES, TACKLE, § <br> ETC., IN A CAUSE OF EXONERATION § <br> FROM OR LIMITATION OF LIABILITY § <br> § <br> IN THE MATTER OF AMERICAN § <br> COMMERCIAL LINES LLC AS OWNER § <br> and AMERICAN COMMERCIAL BARGE § <br> LINE LLC AS CHARTERER OF THE § <br> BARGES NM-315, VLB-912, ACL-9993B, § <br> VLB-9173, PRAYING FOR EXONERATION § <br> FROM AND/OR LIMITATION OF LIABILITY § | CIVIL ACTION NO. B-01-157 <br><br> Consolidated with <br><br><br> CIVIL ACTION NO. B-02-004 <br><br> Admiralty |

### ORDER

BE IT REMEMBERED that on June 14, 2002, the Court held a hearing for the limited purpose of considering the Claimants' Motion to Postpone and Re-schedule Mediation [Dkt. 187]. Also before the Court were Brown Water's Response [Dkt. 189], and American Commercial Lines Memorandum in Opposition [Dkt. 190]. After consideration, the Court

**GRANTED** Claimants' Motion to Postpone and Re-schedule Mediation to September 9th, 2002, before James DeAnda [Dkt. 187] and **ORDERED** all trial dates to be set back 90 days.

DONE at Brownsville, Texas, this 19th day of June, 2002.

Hilda G. Tagle
United States District Judge