IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 1 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| IN RE THE COMPLAINT AND § <br> PETITION OF BROWN WATER § <br> TOWING I, INC., AS OWNER, AND § <br> BROWN WATER MARINE SERVICE, § <br> INC., AS BAREBOAT CHARTERER, § <br> THE BROWN WATER V, ITS § <br> ENGINES, TACKLE, ETC., IN A § <br> CAUSE OF EXONERATION FROM § <br> OR LIMITATION OF LIABILITY § <br> § <br> § <br> § <br> IN RE THE COMPLAINT AND § <br> PETITION OF AMERICAN § <br> COMMERCIAL LINES LLC AS § <br> OWNER, AND AMERICAN § <br> COMMERCIAL BARGE LINES, LLC, § <br> AS CHARTERER OF THE BARGES § <br> NM-315, VLB-9182, ACL-9933B, § <br> VLB-9173, IN A CAUSE OF § <br> EXONERATION FROM OR § <br> LIMITATIONOF LIABILITY § | CIVIL ACTION NO. B- 01-157 <br> ADMIRALTY <br><br><br> CONSOLIDATED WITH <br><br><br><br> CIVIL ACTION NO. B-02-004 <br> ADMIRALTY |

**UNOPPOSED MOTION FOR LEAVE TO FILE RESCUER-CLAIMANTS
RESPONSE AND BRIEF IN OPPOSITION TO PETITIONERS BROWN WATER
MARINE SERVICE, INC.'S AND BROWN WATER TOWING I, INC.'S
MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Rolando Lee Moya, Alberto Leroy Moya, Antonio Salinas Jr. and Roberto Espericueta, Claimants in the above entitled and numbered cause, and file this their unopposed Motion for Leave to file Rescuer-Claimants' Response and Brief in Opposition to Petitioners Brown Water Marine Service, Inc.'s and Brown Water Towing I, Inc.'s Motion for Summary Judgment. Claimants were unable to file this motion sooner due of the following:

1. Petitioner Brown Water's Motion for Summary Judgment was not received until May 30, 2002, and

2. Claimants' counsel was in trial on June 3, 2002 through June 12, 2002 in the 92nd Judicial District Court for the Cause No. C-3823-99-A; In the Interest of Shane Taylor Freeland, A Minor.

Petitioner Brown Water's Counsel, Mr. Will W. Pierson is unopposed to Claimants' Motion for Leave to file Rescuer-Claimants' Response and Brief in Opposition to Petitioners Brown Water Marine Service, Inc.'s and Brown Water Towing I, Inc.'s Motion for Summary Judgment no later than June 26, 2002.

**WHEREFORE, PREMISES CONSIDERED**, Claimants Rolando Lee Moya, Alberto Leroy Moya, Antonio Salinas Jr. and Roberto Espericueta respectfully requests that this court grant them their Motion for Leave to File Rescuers-Claimants' Response and Brief in Opposition to Petitioners Brown Water Marine Service, Inc.'s and Brown Water Towing I, Inc.'s Motion for Summary Judgment.

Respectfully submitted,

LAW OFFICES OF FRANK ENRIQUEZ
4200-B North Bicentennial
McAllen, Texas 78504
Tel. (956) 686-5291
Fax (956) 618-5064

By: /s/ Francisco J. Enriquez
Francisco J. Enriquez
State Bar No.: 06630500
Federal Bar No.: 3734
Roberto D. Puente
State Bar No.: 24013359
Federal Bar No.: 24238

ATTORNEY FOR CLAIMANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this the 20th day of June 2002, a true and correct copy of the foregoing instrument was forwarded to all counsel of record pursuant to the Federal Rules of Civil Procedure.

Will W. Pierson
Royston, Razor, Vickery & Williams
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476

Glen Goodier
Jones, Walker, Waechter, Poitevent,
Carrere & Denegre, L.L.P.
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100

Raymond L. Thomas
Kittleman, Thomas, Ramirez & Gonzalez
4900-B North 10th Street
McAllen, Texas 78504

Ray R. Marchan
Watts & Heard, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

Geoffrey Amsel
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78215

Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501

Juan A. Magallanes
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Blvd.
Brownsville, Texas 78520

Keith N. Uhles
Royston, Razor, Vickery & Williams
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78523

Less Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471

John David Franz
Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Dr. Suite C
The Woodlands, Texas 77381

Thomas E. Quirk
Law Offices of Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307

John and Mary McCoy
514 Brookside Pass
Cedar Park, Texas 78613

Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

S. Mark Strawn
Schirmeister Ajamie, L.L.P.
711 Louisiana Street, Suite 2150
Houston, Texas 77002

Richard Leo Harrell
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 1400 (78470)
P.O. Box 480
Corpus Christi, Texas 78403-0480

James B. Manley
3616 Preston Road
Pasadena, Texas 77505

Heriberto Medrano
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550

Jack F. Gilbert
Office of the Attorney General
Transportation Division
Post Office Box 12548
Austin, Texas 78711-2548

Jim S. Hart
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

William Q. McManus
McManus & Crane. L.L.P.
209 West Juan Linn
P.O. Box 2206
Victoria, Texas 77902-2206

Robert and Virginia Fandrich
5101 Verdi Way
Stockton, CA 985207

Mark J. Spansel
Adams & Reese, L.L.P.
4500 One Shell Square
New Orleans, LA 70139

_____
FRANK ENRIQUEZ

## CERTIFICATE OF CONSULTATION

The undersigned attorney hereby certifies that on the 19th day of June, 2002, he conferred with Mr. Will W. Pierson who represents the Petitioners Brown Water Marine Service, Inc. and Brown Water Towing I, Inc., via telephone concerning the attached Motion and that Mr. Pierson was unopposed.

FRANK ENRIQUEZ