MAIL

United States District Court
Southern District of Texas
RECEIVED

JUN 2 5 2002

Michael N. Milby, Clerk

Robert A. Fandrich
5101 Verdi Way
Stockton, CA. 95207

June 17, 2002

United States District Court
Southern District of Texas
FILED

JUN 2 5 2002

Michael N. Milby
Clerk of Court

Mr. Juan Barbosa, Chief Deputy Clerk
U S District Clerks Office
600 E Harrison St.
Brownsville, Texas 78520

RE: Civil Action No. B-01-157; In Re: The Complaint and Petition of Brown Water Towing, etc.

Dear Sir:

    Please remove me from your service list. We no longer wish to pursue a claim in this matter and believe our claim has been severed by the rulings of the court.

Sincerely,

Robert A. Fandrich