*199*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 1 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | * | C.A. NO. B-01-157 |
| PETITION OF BROWN WATER | * | |
| TOWING I, INC., AS OWNER, AND | * | |
| BROWN WATER MARINE SERVICE, | * | |
| INC., AS BAREBOAT CHARTERER, | * | |
| OF THE BROWN WATER V, ITS | * | |
| ENGINES, TACKLE, *ETC.* IN A | * | Consolidated with |
| CAUSE OF EXONERATION FROM | * | |
| OR LIMITATION OF LIABILITY | * | |

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | * | C.A. NO. B-02-004 |
| PETITION OF AMERICAN | * | Admiralty |
| COMMERCIAL LINES LLC AS | * | |
| OWNER, AND, AMERICAN | * | |
| COMMERCIAL BARGE LINES LLC, | * | |
| AS CHARTERER OF THE BARGES | * | |
| NM-315, VLB-9182, ACL-9933B, AND | * | |
| VLB-9173, IN A CAUSE OF | * | |
| EXONERATION FROM OR | * | |
| LIMITATION OF LIABILITY | * | |

## CLAIMANTS UNOPPOSED MOTION FOR APPOINTMENT OF CLAIMANTS' STEERING COMMITTEE, LEAD TRIAL ATTORNEY & LEAD LIASON ATTORNEY

TO THE HONORABLE JUDGE OF THIS COURT:

COME NOW all Claimants,[1] through undersigned counsel, who move this

Honorable Court to appoint a Claimants' Steering Committee in this matter for the following

reasons:

---

[1] The Movers include all claimants whose claims remain pending in these consolidated cases. In particular, the Movers include: Jacqueline Paddock Individually and as Next Friend of William B. Welch and as Representative of the Estate of Chelsea Welch; Gustavo Morales; Bigo's International, L.L.C.; Rene Mata; Frank Mata; Hector Martinez, Sr.; Lydia Zamora Individually and as Representative of the Estate of Hector Martinez, Jr., Deceased;

1.

As the Court is aware, these consolidated limitation of liability actions arise out of the

September 15, 2001 allision of the BROWN WATER V and her tow with the Queen Isabella

Causeway.

2.

This case is on an aggressive schedule. All parties have entered into a Joint Case

Management Order that will serve to have the case in a posture for trial of the limitation issues in

the fall of 2003. More immediately, by virtue of this Honorable Court's Order of June 19, 2002,

this case is scheduled for mediation the week of September 9, 2002.

3.

In order for this case to be mediated in September, a substantial amount of discovery

must be accomplished between now and then. Given the number of parties in these cases,

scheduling and coordination are difficult. During the June 14, 2002 hearing on the motion to

continue the mediation, Your Honor noted that the appointment of coordinating counsel for

claimants might be in order to help alleviate the difficulties inherent in managing this litigation.

---

Bridgette Goza; Anita Harris, Individually and as Next Friend of Victor Justin Harris, and Representative of the
Estate of Robert V. Harris; Esteban F. Rivas and Maria Miriam Rivas Individually and as Representative of the
Estate of Stvan F. Rivas; J. Antonio Mireles, as Personal Representative of the Estate of Julio Cesar Mireless, Juan
Antonio Mireles, and Soledad Gonzales Mireles; Laguna Madre Water District; Southwestern Bell Telephone
Company; Raquel Teran Hinojosa, Individually and on behalf of the Estate of Gaspar Hinojosa, Deceased, Clarissa
Hinojosa, Omar Hinojosa and Gaspar Hinojosa, III, each Individually; Martin D. Hinojosa and Rita S. Hinojosa,
Individually and as heirs of the Estate of Gaspar Hinojosa, Deceased; Richard Leavell and Carol Leavell,
Individually and as Representatives of the Estate of Roby Faye Leavell, Deceased; Rolando Lee Moya, Alberto
Leroy Moya, Antonio Salinas, Jr. and Roberto Espericueta; William Morris Welch; and the State of Texas. By
joining in this motion and agreeing to appointment of its counsel to the steering committee, the State of Texas does
not consent to jurisdiction or waive its sovereign immunity; on the contrary, as it has from the time when it filed its
initial answers and claims in these consolidated cases, the State of Texas expressly reserves its rights under the
Eleventh Amendment of the United States Constitution. The economic damage claimants, whose claims have been
dismissed on summary judgment and severed into a separate action (Rec. Docs. 176 and 188) are not included
among the Movers.

Having recently had the opportunity to meet and discuss the matter in detail, the Movers/Claimants are in agreement.

4.

All Movers agree that the most efficient and effective way for the Movers to manage and coordinate their activities in this case is for this Honorable Court to appoint and recognize a Claimants' Steering Committee comprised of certain Claimant attorneys who will manage, coordinate and facilitate motion practice, discovery, and all other matters related to the prosecution of the common issues involved in the claims of all Movers/Claimants (*i.e.*- the issues related to whether Brown Water and ACBL are entitled to exoneration and/or limitation of liability).  The purpose of the Committee will be to coordinate the efforts of counsel for the individual Claimants, streamline litigation, prevent needless repetition of filing similar motions and making similar arguments, coordinate and avoid duplication of discovery, coordinate scheduling of depositions and conferences, maintain document repositories, reduce case expenses to the benefit of all Claimants, and generally to promote judicial economy and efficiency.

5.

Counsel for all Movers/Claimants have conferred and are in agreement that the Claimants Steering Committee should be comprised of the following attorneys:

> **Mikal Watts**- Counsel for Claimants Lydia Zamora, Individually and as Representative of the Estate of Hector Martines, Jr., Gustavo Morales, Bigo's International, L.L.C.; Jacqueline Paddock, Individually and as Representative of the Estate of Chelsea Welch and as Next Friend of William B. Welch and Bridgette Goza;

> **Heriberto Medrano**- Counsel for Claimant Anita Harris, Individually, as Next Friend of Victor Justin Harris and as Representative of the Estate of Robert V. Harris;

3

**Jack Gilbert-** Counsel for Claimant State of Texas; and

**Stephen Mark Strawn-** Counsel for Antonio Mireles, as Representative of the Estate of Julio Cesar Mireles, Juan Antonio Mireles and Soledad Gonzales Mireles.

These attorneys are highly experienced in the prosecution of significant cases and all have committed to invest the time and effort needed to accomplish the purposes of the Claimants Steering Committee. Additionally, these attorneys have agreed to undertake their roles on the Claimants Steering Committee without seeking any additional compensation from the other Claimants.

6.

Movers/Claimants have agreed that Mikal Watts should be designated as Lead Trial Attorney for Claimants, and that Heriberto Medrano should be designated as Claimants' Lead Liaison Attorney with the Court and Petitioners.

WHEREFORE, for the reasons set forth above, the Claimants, through undersigned counsel, respectfully request that 'Claimants' Motion for Appointment of Claimants' Steering Committee, Lead Trial Attorney and Lead Liason Attorney be granted and that the attached Order be entered in this matter.

Respectfully submitted,

Mikal Watts
State I.D. No. 20981820
Federal I.D. No. 1241
Ray R. Marchan
State I.D. No. 12969050
Federal I.D. No. 9522

4

1926 E. Elizabeth
Brownsville, TX  78520
Phone:   956.544.0500
Fax:      956.541.0255
*Attorneys for Claimants Lydia Zamora, Individually*
*and as Representative of the Estate of Hector*
*Martines, Jr., Gustavo Morales, Bigo's International,*
*L.L.C.; Jacqueline Paddock, Individually and as*
*Representative of the Estate of Chelsea Welch and as*
*Next Friend of William B. Welch and Bridgette Goza*


_____

Heriberto Medrano
State I.D. No. 13897800
Federal I.D. No. 5952
1101 West Tyler
Harlingen, TX  78550
Phone:   956.428.2412
Fax:      956.428.2495
*Attorney for Claimant Anita Harris, Individually, as*
*Next Friend of Victor Justin Harris and as*
*Representative of the Estate of Robert V. Harris*


_____

John David Franz
State I.D. No. 07389200
Federal I.D. No. 1190
400 North McColl
McAllen, TX  78501
Phone:   956.686.3300
Fax:      956.686.3578
*Attorney for Claimants Esteban Rivas and Miriam*
*Rivas, Individually and as Representatives of the*
*Estate of Stvan F. Rivas*


_____

Thomas R. Ajamie
State I.D. No. 00952400

5

S. Mark Strawn
State I.D. No. 19374325
Pennzoil Place – South Tower
711 Louisiana, Suite 2150
Houston, TX 77002
Phone:     713.860.1600
Fax:        713.860.1699
*Attorneys for Claimants J. Antonio Mireles, as*
*Representative of the Estate of Julio Cesar Mireles,*
*Juan Antonio Mireles and Soledad Gonzales Mireles*


Juan A. Magallanes
State I.D. No. 12879500
Federal I.D. No. 2258
Mr. Carlos Escobar
State I.D. No. 24025351
1713 Boca Chita
P.O. Box 4901
Brownsville, TX 78520
Phone:     956.544.6571
Fax:        956.544.4290
*Attorney for Laguna Madre Water District of Port*
*Isabel*


Geoffrey Amsel
State I.D. No. 01161570
Federal I.D. No. 22716
Southwestern Bell Telephone Company
1010 N. St. Mary's Street
Room 1403
San Antonio, TX 78215
Phone:     210.886.4805
Fax:        210.222.7194
*Attorney for Southwestern Bell Telephone Company*

6

Raymond L. Thomas
State I.D. No.19865350
Federal I.D. No. 10715
Kittleman Thomas et al
4900-B North Tenth Street
Suite 204
McAllen, TX  78504-1416
Phone:    956.686.8797
Fax:        956.630.5199
*Attorney for Rene Mata and Frank Mata*


Jim Hart
State I.D. No.09147400
Federal I.D. No.14548
Williams Bailey
8441 Gulf Fwy
Suite 600
Houston, TX  77017-5001
Phone:    713.230.2312
Fax:        713.643.6226
*Attorney for Hector Martinez, Sr.*


Julian Rodriguez, Jr.
State I.D. No. 17146770
Federal I.D. No. 15112
100 W. Pecan
McAllen, TX  78501
Phone:    956.682.8801
Fax:        956.682.4544
*Attorney for Raquel Teran Hinojosa, Individually and*
*on behalf of the Estate of Gaspar Hinojosa; Clarissa*
*Hinojosa, Omar Hinojosa, Gaspar Hinojosa, III, each*
*individually; Claimants Martin D. Hinojosa and Rita*
*S. Hinojosa, Individually and as Heirs of the Estate of*
*Gaspar Hinojosa*

7

_by _____ w/ per._

Steve Q. McManus
State I.D. No. 13784700
Federal I.D. No. 5889
William Q. McManus
State I.D. No. 24008619
209 West Juan Linn
P.O. Box 2206
Victoria, TX 77902-2206
Phone:    361.575.6764
Fax:        361.575.8454
*Attorneys for Claimants Ricky Leavell and Carol*
*Leavell, Individually and as Representatives of the*
*Estate of Robin Raye Leavell*


_by _____ w/ per._

Frank Enriquez
State I.D. No. 06630500
Federal I.D. No. 3734
Robert Puente
4200-B North Bicentennial
McAllen, TX 78504
Phone:    956.686.5291
Fax:        956.618.5064
*Attorney for Claimants Roberto Espericueta, Albert*
*Leroy Moya, Rolando Lee Moya and Antonio Salinas,*
*Jr.*


_by _____ w/ per._

Mr. James B. Manley
State I.D. No. 12915000
Federal I.D. No. 3286
3616 Preston Road
Pasadena, TX 77505
Phone:    713.947.1670
Fax:        713.947.6956
*Attorney for Claimant William Morris Welch*

8

JOHN CORNYN
Attorney General of Texas

HOWARD G. BALDWIN, JR.
First Assistant Attorney General

JEFFREY S. BOYD
Deputy Attorney General for Litigation

GRADY CLICK
Assistant Attorney General
Chief, Transportation Division

JACK F. GILBERT
Assistant Attorney General
Attorney-in-Charge
Texas Bar No. 00786946
Federal Bar No. 16701
Office of the Attorney General
Transportation Division
P.O. Box 12548
Austin, TX  78711-2548
Phone:    512.463.2004
Fax:      512.472.3855


OF COUNSEL:

MICHAEL RATLIFF
Assistant Attorney General
Texas Bar No. 16564300

And

MARGIE MANZANO CORBETT
Assistant Attorney General
Texas Bar No. 24001927
Federal Bar No. 22121
Office of the Attorney General

9

Transportation Division
P.O. Box 12548
Austin, TX 78711-2548
Phone:     512.463.2004
Fax:       512.472.3855

AND OF COUNSEL:

ADAMS AND REESE LLP

DARYL G. DURSUM
Texas Bar No. 06287900
Federal Bar No. 6198
4400 One Houston Center
1221 McKinney
Houston, TX 77010
Phone:     713.652.5151
Fax:       713.652-5152

MARK J. SPANSEL
Louisiana Bar No. 12314
EDWIN C. LAIZER, APLC
Louisiana Bar No. 17014
4500 One Shell Square
New Orleans, LA 70139
Phone:     504.581.3234
Fax:       504.566.0210

*Attorneys for Claimant State Of Texas*

<u>CERTIFICATE OF CONSULTATION</u>

I hereby certify that I have consulted with Mr. Glenn G. Goodier, Mr. Les Cassidy and

Mr. Will Pierson, all attorneys representing their respective Petitioners and do state that all

Petitioners to this action are NOT OPPOSED to this Motion filed by Claimants.

Heriberto 'Eddie' Medrano

10

I, Heriberto 'Eddie' Medrano, hereby certify that a true and correct copy of

the above and foregoing ***Claimants Unopposed Motion for Appointment of***

***Claimants' Steering Committee, Lead Trial Attorney & Lead Liaison Attorney***

was on this _____1st_____ day of July, 2002, forwarded via certified mail to the

following counsel:

Will W. Pierson
Royston, Rayzor, Vickery & Williams, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476

Keith N. Uhles
Royston, Rayzor, Vickery & Williams, L.L.P.
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78523

Les Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471

Glen Goodier
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue – 48th Floor
New Orleans, Louisiana 70170

HERIBERTO 'EDDIE' MEDRANO

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | * | C.A. NO. B-01-157 |
| PETITION OF BROWN WATER | * | |
| TOWING I, INC., AS OWNER, AND | * | |
| BROWN WATER MARINE SERVICE, | * | |
| INC., AS BAREBOAT CHARTERER, | * | |
| OF THE BROWN WATER V, ITS | * | |
| ENGINES, TACKLE, *ETC.* IN A | * | Consolidated with |
| CAUSE OF EXONERATION FROM | * | |
| OR LIMITATION OF LIABILITY | * | |
| | | |
| IN RE THE COMPLAINT AND | * | C.A. NO. B-02-004 |
| PETITION OF AMERICAN | * | Admiralty |
| COMMERCIAL LINES LLC AS | * | |
| OWNER, AND, AMERICAN | * | |
| COMMERCIAL BARGE LINES LLC, | * | |
| AS CHARTERER OF THE BARGES | * | |
| NM-315, VLB-9182, ACL-9933B, AND | * | |
| VLB-9173, IN A CAUSE OF | * | |
| EXONERATION FROM OR | * | |
| LIMITATION OF LIABILITY | * | |

## ORDER APPOINTING
## CLAIMANTS'STEERING COMMITTEE, LEAD TRIAL ATTORNEY
## AND LEAD LIASON ATTORNEY

BE IT REMEMBERED that the "Claimants' Motion for Appointment of Claimants'

Steering Committee, Lead Trial Attorney and Lead Liason Attorney" came on for consideration

by the Court.  The Court agrees that the most efficient and effective way for the Claimants to

manage and coordinate their activities in this case is for the Court to appoint and recognize a

Claimants Steering Committee comprised of certain claimant's attorneys who will manage,

coordinate and facilitate motion practice, discovery, and all other matters related to the

prosecution of the common issues involved in the claims of all Claimants (*i.e.*- the issues related

to whether Brown Water and ACBL are entitled to exoneration and/or limitation of liability). The purpose of the committee is to coordinate the efforts of counsel for the individual claimants, streamline litigation, prevent needless repetition of filing similar motions and making similar arguments, coordinate and avoid duplication of discovery, coordinate scheduling of depositions and conferences, maintain document repositories, reduce case expenses to the benefit of all claimants, and generally to promote judicial economy and efficiency. Consequently, the Claimants' motion is **GRANTED** and it is hereby **ORDERED** that the following attorneys are hereby appointed to the Claimants' Steering Committee:

> Mikal Watts
>
> Heriberto Medrano
>
> Jack Gilbert
>
> Stephen Mark Strawn

Mikal Watts is appointed and designated as Lead Counsel for the Claimants. Heriberto Medrano is appointed and designated as Claimants' Liaison Counsel to the Court and Petitioners.

**IT IS FURTHER ORDERED** that all counsel for claimants shall cooperate fully with the Committee to assist and allow the Committee to carry out its responsibilities under this Order. Failure of a party or attorney to cooperate under certain circumstances might result in sanctions being imposed by the Court.

DONE at Brownsville, Texas, this ____ day of _____, 2002.

_____
Hon. Hilda G. Tagle
United States District Judge

2