Case 1:01-cv-00157    Document 200    Filed in TXSD on 07/03/2002    Page 1 of 5

200

United States District Court
Southern District of Texas
FILED

JUL 0 3 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | C. A. NO. B-02-004 Admiralty<br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, and BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | C. A. NO. B-01-157 Admiralty |

**LOCAL RULE 7.2 CERTIFICATE**

In accordance with Local Rule 7.2, undersigned counsel for Petitioners, American Commercial Lines LLC and American Commercial Barge Line LLC (hereinafter sometimes jointly referred to as "Petitioners"), certifies that on June 21, 2002 he circulated the letter attached as Exhibit A to all counsel of record forwarding a copy of the proposed Amended Complaint and requesting that counsel advise within 7 days thereof whether or not there was any objection to the filing of the Amended Complaint. Counsel's letter further states that if he did not receive anything within seven days he would assume there was no objection and would so indicate to the Court. As

N0847165.1

of this writing 11 days have elapsed from the circulation of said letter and there has been no objection received from any counsel of record and, accordingly, counsel for Petitioners believes that this Motion is unopposed.

                          Respectfully submitted,

                          *[signature]*

                          GLENN G. GOODIER, Attorney-in-Charge
                          Admitted *Pro Hac Vice*
                          By Order Entered April 23, 2002
                          Jones, Walker, Waechter, Poitevent,
                            Carrère & Denègre, L.L.P.
                          201 St. Charles Avenue - 48th Floor
                          New Orleans, Louisiana 70170-5100
                          Telephone:  (504) 582-8174
                          Facsimile:   (504) 582-8010

                          LES CASSIDY
                          State Bar Number 03979270
                          Federal Identification Number 5931
                          1020 Bank of America
                          500 North Water Street
                          Corpus Christi, Texas 78471
                          Telephone: (361) 887-2969
                          Facsimile: (361) 886-3299

OF COUNSEL:

WOOLSEY & CASSIDY, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
Telephone: (361) 887-2969
Facsimile: (361) 886-3299

Counsel for Petitioners,
American Commercial Lines LLP and
American Commercial Barge Line LLC

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing has been properly mailed to all known potential parties and/or their counsel on this 2nd day of July, 2002.

                                                         GLENN G. GOODIER

# JONES WALKER

Glenn G. Goodier
Direct Dial 504-582-8174
Fax 504-582-8010
ggoodier@joneswalker.com

June 21, 2002

**VIA TELEFAX**

TO: ALL COUNSEL OF RECORD

Re: In Re The Complaint and Petition of Brown Water Towing I, Inc., as Owner, et al. and
In the Matter of American Commercial Lines LLC as Owner, et al.
Civil Action No. B-02-004, c/w: B-01-157
Our File No.: 94547-00/00775

Dear Counsel:

I enclose an Amended Complaint which I intend to file into the record. I would appreciate your advising me within seven (7) days of whether or not you object to the filing of this Amended Complaint. If I have not heard from you within seven (7) days, I will assume that you have no objections and will so indicate to the Court.

Thank you for your cooperation in this matter.

With kindest regards, I remain

Very truly yours,

Glenn G. Goodier

GGG/dr
Enclosure



JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

201 ST. CHARLES AVENUE · NEW ORLEANS, LOUISIANA 70170-5100 · 504-582-8000 · FAX 504-582-8583 · E-MAIL info@joneswalker.com · www.joneswalker.com

N0843324.1    BATON ROUGE    HOUSTON    LAFAYETTE    MIAMI    NEW ORLEANS    WASHINGTON, D.C.

TO: ALL COUNSEL OF RECORD
June 21, 2002
Page 2

**VIA UNITED STATES MAIL:**

John & Mary McCoy
Ms. Sandra D. Laurel

N0843324.1