201



United States District Court
Southern District of Texas
FILED

JUL 0 3 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | C. A. NO. B-02-004<br>Admiralty<br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, and BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | C. A. NO. B-01-157<br>Admiralty |

PETITIONERS AMERICAN COMMERCIAL LINES LLC AND
AMERICAN COMMERCIAL BARGE LINE LLC'S UNOPPOSED
MOTION TO FILE AMENDED COMPLAINT FOR
EXONERATION FROM AND/OR LIMITATION OF LIABILITY

Petitioners, American Commercial Lines LLC and American Commercial Barge Line LLC (hereinafter sometimes jointly referred to as "Petitioners"), move for leave of Court to file the attached Amended Complaint for Exoneration from and/or Limitation of Liability in connection with Civil Action No. B-02-004 consolidated with Civil Action No. B-01-157. On June 21, 2002, undersigned counsel for Petitioners circulated a letter, copy attached hereto Exhibit A, to all counsel of record forwarding a copy of the proposed Amended Complaint and requesting that counsel advise

N0846987.1

within 7 days thereof whether or not there was any objection to the filing of the Amended Complaint. Counsel's letter further states that if he did not receive anything within seven days he would assume there was no objection and would so indicate to the Court. As of this writing 11 days have elapsed from the circulation of said letter and there has been no objection received from any counsel of record and, accordingly, counsel for Petitioners believes that this Motion is unopposed and respectfully requests that the Court grant same.

The Court will note that the purpose of the Amended Complaint in Civil Action No. B-02-004 is to correct certain name designations originally appearing in that action in view of the filing of the Complaint for Exoneration/Limitation of Liability in Civil Action No. 01-125 on June 10, 2002, consolidated with these proceedings by Order entered June 17, 2002, on behalf of Deere Credit Inc. (Formerly Senstar Finance Company), the owner of record of the Barge NM-315, State Street Bank and Trust Company of Connecticut, National Association, Owner Trustee of Barge ACL-9933B, and not in its individual capacity, and General Electric Capital Corporation, as the Beneficial Owner of Barge ACL-9933B.

In view of the above, Petitioners move that the Court enter the attached Order allowing for the filing of the Amended Complaint for Exoneration from and/or Limitation of Liability as prayed for herein.

Respectfully submitted,

*/s/ Glenn G. Goodier*

GLENN G. GOODIER, Attorney-in-Charge
Admitted *Pro Hac Vice*
By Order Entered 4/23/02
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre, L.L.P.
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8174
Facsimile: (504) 582-8010

LES CASSIDY
State Bar Number 03979270
Federal Identification Number 5931
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
Telephone: (361) 887-2969
Facsimile: (361) 886-3299

OF COUNSEL:

WOOLSEY & CASSIDY, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
Telephone: (361) 887-2969
Facsimile: (361) 886-3299

Counsel for Petitioners,
American Commercial Lines LLP and
American Commercial Barge Line LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been properly mailed to all known potential parties and/or their counsel on this 2nd day of July, 2002.

/s/ Glenn G. Goodier
_____
GLENN G. GOODIER