IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 3 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | C. A. NO. B-02-004
Admiralty


Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, and BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | C. A. NO. B-01-157
Admiralty |

### AMENDED COMPLAINT FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY

NOW COMES, American Commercial Lines LLC ("ACL") and American Commercial Barge Line LLC ("ACBL") (jointly referred to as "Petitioners") who amend their original Complaint for Exoneration from and/or Limitation of Liability as follows:

I.

Petitioners adopt, reallege and reaver each and every allegation and defense made by them in their original Complaint for Exoneration from and/or Limitation of Liability except as amended by the following articles.

{N0843294.1}

II.

Petitioners amend the caption of the Complaint in Civil Action No. B-02-004 to read as follows:

"In the Matter of American Commercial Lines LLC as Owner of the Barges VLB-9182 and VLB-9173, and American Commercial Barge Line LLC as Charterer of the Barges NM-315, VLB-9182, ACL-9933B, VLB-9173, Praying for Exoneration from and/or Limitation of Liability".

III.

Petitioners amend II of the original Complaint as follows:

ACL was and now is the owner of the Barges VLB-9182 and VLB-9173 and ACBL was and now is the bareboat charterer and owner *pro hac vice* of the Barges NM-315, VLB-9182, ACL-9933B, and VLB-9173.

IV.

Petitioners amend Article XI of the original Complaint as follows:

Petitioners show if they should be held liable in any degree to any party, which is denied, then their liability should be limited to and not exceed the amount of the value of their interest in the respective barges and those respective barges' pending freight, for a total for ACL of $344,503.00 for the Barges VLB-9182 and VLB-9933B and, for ACBL, as bareboat charterer of the barges owned by ACL, in the same amount and further, as a bareboat charterer of the NM-315, and ACL-9933B, in the amount of $443,976.00, for the total amount of the value of the four barges plus their pending freight of $788,479.00, with interest at 6% per annum and for all costs for payment of Petitioners' interest, as aforesaid.

WHEREFORE, Petitioners pray:

1. That this their Amended Complaint be filed into the record and that after due proceedings had there be judgment in their favor for exoneration and, in the alternative, for limitation of liability.

2. For all relief as prayed for in the original Complaint.

Respectfully submitted,

*/s/ Glenn G. Goodier/*

GLENN G. GOODIER, Attorney-in-Charge
Admitted *Pro Hac Vice*
By Order Entered April 23, 2002
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre, L.L.P.
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8174
Facsimile: (504) 582-8010

LES CASSIDY
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
Telephone: (361) 887-2969
Facsimile: (361) 886-3299

OF COUNSEL:

WOOLSEY & CASSIDY, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
Telephone: (361) 887-2969
Facsimile: (361) 886-3299

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been properly mailed to all known potential parties and/or their counsel on this 2nd day of July, 2002.

_____
GLENN G. GOODIER

# JONES WALKER

Glenn G. Goodier
Direct Dial 504-582-8174
Fax 504-582-8010
ggoodier@joneswalker.com

June 21, 2002

**VIA TELEFAX**

TO: ALL COUNSEL OF RECORD

    Re:  In Re The Complaint and Petition of Brown Water Towing I,
Inc., as Owner, et al. and
In the Matter of American Commercial Lines LLC as Owner, et al.
Civil Action No. B-02-004, c/w: B-01-157
Our File No.: 94547-00/00775

Dear Counsel:

I enclose an Amended Complaint which I intend to file into the record. I would appreciate your advising me within seven (7) days of whether or not you object to the filing of this Amended Complaint. If I have not heard from you within seven (7) days, I will assume that you have no objections and will so indicate to the Court.

Thank you for your cooperation in this matter.

With kindest regards, I remain

                          Very truly yours,

                          Glenn G. Goodier

GGG/dr
Enclosure



JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

201 ST. CHARLES AVENUE • NEW ORLEANS, LOUISIANA 70170-5100 • 504-582-8000 • FAX 504-582-8583 • E-MAIL info@joneswalker.com • www.joneswalker.com

N0843324.1      BATON ROUGE   HOUSTON   LAFAYETTE   MIAMI   NEW ORLEANS   WASHINGTON, D.C.

TO: ALL COUNSEL OF RECORD
June 21, 2002
Page 2

## VIA UNITED STATES MAIL:

John & Mary McCoy
Ms. Sandra D. Laurel

N0843324.1