IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | * | C.A. NO. B-01-157 |
| PETITION OF BROWN WATER | * | |
| TOWING I, INC., AS OWNER, AND | * | |
| BROWN WATER MARINE SERVICE, | * | |
| INC., AS BAREBOAT CHARTERER, | * | |
| OF THE BROWN WATER V, ITS | * | |
| ENGINES, TACKLE, *ETC.* IN A | * | Consolidated with |
| CAUSE OF EXONERATION FROM | * | |
| OR LIMITATION OF LIABILITY | * | |
| | | |
| IN RE THE COMPLAINT AND | * | C.A. NO. B-02-004 |
| PETITION OF AMERICAN | * | Admiralty |
| COMMERCIAL LINES LLC AS | * | |
| OWNER, AND, AMERICAN | * | |
| COMMERCIAL BARGE LINES LLC, | * | |
| AS CHARTERER OF THE BARGES | * | |
| NM-315, VLB-9182, ACL-9933B, AND | * | |
| VLB-9173, IN A CAUSE OF | * | |
| EXONERATION FROM OR | * | |
| LIMITATION OF LIABILITY | * | |

**ORDER APPOINTING
CLAIMANTS'STEERING COMMITTEE, LEAD TRIAL ATTORNEY
AND LEAD LIASON ATTORNEY**

BE IT REMEMBERED that the "Claimants' Motion for Appointment of Claimants' Steering Committee, Lead Trial Attorney and Lead Liason Attorney" came on for consideration by the Court. The Court agrees that the most efficient and effective way for the Claimants to manage and coordinate their activities in this case is for the Court to appoint and recognize a Claimants Steering Committee comprised of certain claimant's attorneys who will manage, coordinate and facilitate motion practice, discovery, and all other matters related to the prosecution of the common issues involved in the claims of all Claimants (*i.e.*- the issues related

to whether Brown Water and ACBL are entitled to exoneration and/or limitation of liability). The purpose of the committee is to coordinate the efforts of counsel for the individual claimants, streamline litigation, prevent needless repetition of filing similar motions and making similar arguments, coordinate and avoid duplication of discovery, coordinate scheduling of depositions and conferences, maintain document repositories, reduce case expenses to the benefit of all claimants, and generally to promote judicial economy and efficiency. Consequently, the Claimants' motion is **GRANTED** and it is hereby **ORDERED** that the following attorneys are hereby appointed to the Claimants' Steering Committee:

> Mikal Watts
>
> Heriberto Medrano
>
> Jack Gilbert
>
> Stephen Mark Strawn

Mikal Watts is appointed and designated as Lead Counsel for the Claimants. Heriberto Medrano is appointed and designated as Claimants' Liaison Counsel to the Court and Petitioners.

**IT IS FURTHER ORDERED** that all counsel for claimants shall cooperate fully with the Committee to assist and allow the Committee to carry out its responsibilities under this Order. Failure of a party or attorney to cooperate under certain circumstances might result in sanctions being imposed by the Court.

DONE at Brownsville, Texas, this 12 day of August, 2002.

_____
Hon. Hilda G. Tagle
United States District Judge

2