208

United States District Court
Southern District of Texas
FILED

SEP 0 6 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § § | C. A. NO. B-01-157<br>Admiralty<br><br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § | C. A. NO. B-02-004<br>Admiralty<br><br><br><br><br>and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § § § § | C.A. NO. B-02-125<br>Admiralty |

49477:1027212.1:090402

**PETITIONERS BROWN WATER MARINE SERVICE, INC.
AND BROWN WATER TOWING I, INC.'S MOTION FOR
LEAVE TO ASSERT THIRD-PARTY COMPLAINT
AGAINST CAMERON COUNTY**

**TO THE HONORABLE JUDGE OF THIS COURT:**

COMES NOW, the Petitioners, Brown Water Marine Service, Inc. and Brown Water Towing I, Inc., and request Leave to Assert a Third-Party Complaint Against Cameron County, showing as follows:

**I.**

The Petitioners initiated this proceeding seeking exoneration from or, alternatively, limitation of, liability arising from an allision with the Queen Isabella Causeway on September 15, 2001. Numerous claims have been asserted against the Petitioners in this limitation action. Through discovery, it is been learned that Cameron County bears some fault for the incident. Specifically, Cameron County was responsible for maintaining navigational and/or street lights on the Queen Isabella Causeway. The discovery obtained to date indicates that these lights were not properly working on the night of the allision. The failure to maintain or properly operate the lights constitutes negligence and/or negligence per se under Texas law. In addition, under the applicable maritime law, in accordance with the Pennsylvania Rule, Cameron County's failure to comply with the law creates a presumption of fault on its behalf. The acts or omissions of Cameron County caused or contributed to the allision and/or caused or contributed to several subsequent deaths and personal injuries. Under the circumstances, the Petitioners, Brown Water Marine Service, Inc. and Brown Water Towing I, Inc., seek contribution from Cameron County in the unlikely event that any

claimant is successful in establishing a claim against Brown Water Marine Service, Inc. and Brown Water Towing I, Inc.

WHEREFORE, PREMISES CONSIDERED, the Petitioners, Brown Water Marine Service, Inc. and Brown Water Towing I, Inc. pray that leave be given to them to assert a Third-Party Complaint against Cameron County. In addition, the Petitioners request all other relief to which they may be entitled at law, in equity, or in admiralty.

        Respectfully submitted,

Will Pierson
State Bar No. 16003100
Federal I.D. No. 1931
Jack C. Partridge
State Bar No. 15534600
Federal I.D. No. 10470
1700 Wilson Plaza West
606 North Carancahua
Corpus Christi, TX 78476
(361) 884-8808 office
(361) 884-7261 fax
Attorneys for Petitioners/Third-Party Plaintiffs, Brown Water Towing I, Inc. and Brown Water Marine Service, Inc.

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

## CERTIFICATE OF CONFERENCE

The Petitioners have conferred with opposing counsel and cannot agree upon the disposition of the Motion. Thus, this Motion is opposed.

_____
OF ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

## CERTIFICATE OF SERVICE

I certify that the foregoing was mailed by the means indicated to the counsel listed below on this **6th** day of September, 2002.

**REGULAR MAIL**

Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550

Mr. Jack F. Gilbert
Office of the Attorney General
Transportation Division
Post Office Box 12548
Austin, Texas 78711-2548

Mark J. Spansel
Adams & Reese, L.L.P.
4500 One Shell Square
New Orleans, LA 70139

Mr. James B. Manley
Attorneys at Law
3616 Preston Road
Pasadena, Texas 77505

Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381

William Q. McManus
Steve Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

Mr. Les Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471

Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

Mr. Raymond Thomas/Mr. Andres Gonzalez
Kittleman, Thomas, Ramirez & Gonzales
4900-B N. 10th Street
McAllen, Texas 78504

Thomas R. Ajamie
S. Mark Strawn, Esq.
Schirrmeister Ajamie, L.L.P.
Pennzoil Place-South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002

Julian Rodriguez, Jr.
Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501

Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307

Jim S. Hart
Nejd Yaziji
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

Frank Enriquez
Robert Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

Richard Leo Harrell
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 1400 (78470)
P.O. Box 480
Corpus Christi, Texas 78403-0480

Mr. J. A. Magallanes
Carlos Escobar
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Blvd.
Post Office Box 4901
Brownsville, Texas 78520

Mr. Geoffrey Amsel
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78215

Lamoine Holland
Law Office of W. Lamoine Holland
1920 Nacogdoches Rd., # 100
San Antonio, Texas 78209

Glenn G. Goodier
Jones, Walker, Waechter, Poitevent, Carrere
    & Denegre, L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100

Mr. Cliff Garrard
Independent Plumbers of South Texas
8602 Robindell Drive
Houston, Texas 77074

Robert and Virginia Fandrich
5101 Verdi Way
Stockton, CA 95207

John and Mary McCoy
514 Brookside Pass
Cedar Park, Texas 78613

[signature]
OF ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

49477:1027212.1:090402

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | C. A. NO. B-01-157 Admiralty  Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315,VLB-9182,ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § | C. A. NO. B-02-004 Admiralty  and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § § § § | C.A. NO. B-02-125 Admiralty |

49477:1027155.1:090402



## THIRD-PARTY COMPLAINT

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, the Petitioners/Third-Party Plaintiffs, Brown Water Marine Service, Inc. and Brown Water Towing I, Inc., complaining of Cameron County, and file this their Third-Party Complaint, showing as follows:

### I.

The Petitioner/Third-Party Plaintiffs initiated this proceeding seeking exoneration from or, alternatively, limitation of, liability arising from an allision with the Queen Isabella Causeway on September 15, 2001, and thus have appeared in this cause. The Petitioners/Third-Party Plaintiffs are corporations duly organized and existing under the law of the State of Texas.

### II.

Third-Party Defendant Cameron County is a Texas governmental entity. Cameron County had actual notice that deaths occurred, that property was damaged, and that persons were injured within the meaning of TEX. CIV. PRAC. & REM. CODE ANN. § 101.101 (Vernon 1997). Service of process may be had upon Cameron County through County Judge Gilberto Hinojosa, 964 E. Harrison Street, Fourth Floor, Brownsville, Texas 78520.

### III.

As indicated above, this cause arises from the allision with the Queen Isabella Causeway on or about September 15, 2001. The Petitioners/Third-Party Plaintiffs Brown Water Marine Service, Inc. and Brown Water Towing I, Inc. seek exoneration from and/or limitation of liability in this proceeding. The Court set a deadline for claimants to appear and file claims against the

Petitioners/Third-Party Plaintiffs in the limitation proceedings. Subsequently, numerous claims against the Petitioners/Third-Party Plaintiffs have been received.

### IV.

In the unlikely event that any claimant is successful in establishing a claim against Brown Water Marine Service, Inc. or Brown Water Towing I, Inc., the Petitioners/Third-Party Plaintiffs seek contribution and/or indemnity from Cameron County. Specifically, Cameron County was responsible for maintaining and operating lights on the Queen Isabella Causeway. Lights that Cameron County was responsible for maintaining and operating were not operating on the day of the incident due to Cameron County's negligence and/or negligence per se. This negligence and/or negligence per se caused or contributed to the allision and/or caused or contributed to several subsequent deaths and personal injuries. Further, the actions and/or inactions of Cameron County invoke the presumptions afforded by the Pennsylvania Rule as recognized by the General Maritime law of the United States.

WHEREFORE, PREMISES CONSIDERED, the Petitioners/Third-Party Plaintiffs, Brown Water Marine Service, Inc. and Brown Water Towing I, Inc., pray that citation issue and be served upon said Third-Party Defendant in the form and manner required by law, requiring the Third-Party Defendant to appear and answer; and that upon a final hearing, the Petitioners/Third-Party Plaintiffs be exonerated from any liability. In the unlikely event that a recovery is made against Petitioners/Third-Party Plaintiffs, the Petitioners/Third-Party Plaintiffs demand that the Petitioners/Third-Party Plaintiffs and the Claimants be awarded Judgment over and against the Third-Party Defendant for contribution and/or indemnity, damages, interest, costs and all other relief to which the Petitioners and/or the Claimants may be entitled at law, in equity or in admiralty.

Respectfully submitted,

*[signature: Will Pierson]*

Will Pierson
State Bar No. 16003100
Federal I.D. No. 1931
Jack C. Partridge
State Bar No. 15534600
Federal I.D. No. 10470
1700 Wilson Plaza West
606 North Carancahua
Corpus Christi, TX 78476
(361) 884-8808 office
(361) 884-7261 fax
Attorneys for Petitioners/Third-Party Plaintiffs, Brown Water Towing I, Inc. and Brown Water Marine Service, Inc.

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

## CERTIFICATE OF SERVICE

I certify that the foregoing was mailed by the means indicated to the counsel listed below on this _____ day of September, 2002.

**REGULAR MAIL**

Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550

Mr. Jack F. Gilbert
Office of the Attorney General
Transportation Division
Post Office Box 12548
Austin, Texas 78711-2548

Mark J. Spansel
Adams & Reese, L.L.P.
4500 One Shell Square
New Orleans, LA 70139

Mr. James B. Manley
Attorneys at Law
3616 Preston Road
Pasadena, Texas 77505

Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381

William Q. McManus
Steve Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

Mr. Les Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471

Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

Mr. Raymond Thomas/Mr. Andres Gonzalez
Kittleman, Thomas, Ramirez & Gonzales
4900-B N. 10th Street
McAllen, Texas 78504

Thomas R. Ajamie
S. Mark Strawn, Esq.
Schirrmeister Ajamie, L.L.P.
Pennzoil Place-South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002

Julian Rodriguez, Jr.
Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501

Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307

*[signature]*

OF ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.