209

United States District Court
Southern District of Texas
FILED

SEP 0 6 2002

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND §<br>PETITION OF BROWN WATER §<br>TOWING I, INC., AS OWNER, AND §<br>BROWN WATER MARINE SERVICE, §<br>INC., AS BAREBOAT CHARTERER, OF §<br>THE BROWN WATER V, ITS ENGINES, §<br>TACKLE, ETC. IN A CAUSE OF §<br>EXONERATION FROM OR §<br>LIMITATION OF LIABILITY § | C. A. NO. B-01-157<br>Admiralty |
| § | |
| § | Consolidated with |
| § | |
| IN RE THE COMPLAINT AND §<br>PETITION OF AMERICAN §<br>COMMERCIAL LINES LLC AS §<br>OWNER, AND, and AMERICAN §<br>COMMERCIAL BARGE LINES, LLC, §<br>AS CHARTERER OF THE BARGES §<br>NM-315,VLB-9182,ACL-9933B, §<br>VLB-9173, IN A CAUSE OF §<br>EXONERATION FROM OR §<br>LIMITATION OF LIABILITY § | C. A. NO. B-02-004<br>Admiralty |
| § | |
| § | and |
| § | |
| IN RE THE COMPLAINT AND PETITION OF §<br>DEERE CREDIT, INC., (FORMERLY §<br>SENSTAR FINANCE COMPANY), AS §<br>OWNER OF THE BARGE NM-315 AND §<br>STATE STREET BANK AND TRUST §<br>COMPANY OF CONNECTICUT, §<br>NATIONAL ASSOCIATION, AS OWNER §<br>TRUSTEE OF THE BARGE ACL-9933B AND §<br>NOT IN ITS INDIVIDUAL CAPACITY, AND §<br>GENERAL ELECTRIC CAPITAL §<br>CORPORATION, AS BENEFICIAL OWNER §<br>OF THE BARGE ACL-9933B PRAYING FOR §<br>EXONERATION FROM AND/OR §<br>LIMITATION OF LIABILITY § | C.A. NO. B-02-125<br>Admiralty |

49477:1027378.1:090502

**PETITIONERS BROWN WATER MARINE SERVICE, INC.
AND BROWN WATER TOWING I, INC.'S CROSS-CLAIM
<u>AGAINST THE STATE OF TEXAS</u>**

**TO THE HONORABLE JUDGE OF THIS COURT:**

COMES NOW, the Petitioners, Brown Water Marine Service, Inc. and Brown Water Towing

I, Inc., and assert this their Cross-Claim Against the State of Texas, showing as follows:

**I.**

The State of Texas has appeared in this proceeding and may be served with this cross-claim

by serving its attorney of record.

**II.**

The Petitioners initiated this proceeding seeking exoneration from or, alternatively, limitation

of, liability arising from an allision with the Queen Isabella Causeway on September 15, 2001.

Numerous claims have been asserted against the Petitioners in this limitation action including a

claim against the Petitioners filed by the State of Texas. During discovery, it has been learned that

the State of Texas bears some responsibility for the incident. Specifically, the State of Texas was

responsible for maintaining the navigational lights on the Queen Isabella Causeway. The discovery

obtained to date indicates that these lights were not working on the night of the allision. The failure

to maintain or properly operate the lights constitutes negligence and/or negligence per se under

Texas law. In addition, under the applicable maritime law and in accordance with the Pennsylvania

Rule, the State of Texas' failure to comply with the law creates a presumption of fault on its behalf.

The acts or omissions of the State of Texas caused or contributed to the allision and/or caused or

contributed to several subsequent deaths and personal injuries. Under the circumstances, the

Petitioners, Brown Water Marine Service, Inc. and Brown Water Towing I, Inc., seek contribution

49477:1027378.1:090502                     -2-

from the State of Texas in the unlikely event that any claimant is successful in establishing a claim against Brown Water Marine Service, Inc. and Brown Water Towing I, Inc.

WHEREFORE, PREMISES CONSIDERED, the Petitioners, Brown Water Marine Service, Inc. and Brown Water Towing I, Inc. pray that, upon a final hearing, the Petitioners/Cross-Claimants be exonerated from any liability. In the unlikely event that a recovery is made against the Petitioners/Cross-Claimants, the Petitioners/Cross-Claimants demand that the Petitioners/Cross-Claimants and the Claimants be awarded Judgment over and against the Cross-Defendant, the State of Texas, for contribution, damages, interest, costs and all other relief to which the Petitioners and/or Claimants may be entitled at law, in equity, or in admiralty.

Respectfully submitted,

Will Pierson
State Bar No. 16003100
Federal I.D. No. 1931
Jack C. Partridge
State Bar No. 15534600
Federal I.D. No. 10470
1700 Wilson Plaza West
606 North Carancahua
Corpus Christi, TX 78476
(361) 884-8808 office
(361) 884-7261 fax
Attorneys for Petitioners/Third-Party Plaintiffs, Brown Water Towing I, Inc. and Brown Water Marine Service, Inc.

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

## CERTIFICATE OF SERVICE

I certify that the foregoing was mailed by the means indicated to the counsel listed below on this *6th* day of September, 2002.

**CERTIFIED MAIL,**
**RETURN RECEIPT REQUESTED**
Mr. Jack F. Gilbert
Office of the Attorney General
Transportation Division
Post Office Box 12548
Austin, Texas 78711-2548

Mark J. Spansel
Adams & Reese, L.L.P.
4500 One Shell Square
New Orleans, LA 70139

**REGULAR MAIL**
Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550

Mr. James B. Manley
Attorneys at Law
3616 Preston Road
Pasadena, Texas 77505

Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381

William Q. McManus
Steve Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

Mr. Les Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471

Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

Mr. Raymond Thomas/Mr. Andres Gonzalez
Kittleman, Thomas, Ramirez & Gonzales
4900-B N. 10th Street
McAllen, Texas 78504

Thomas R. Ajamie
S. Mark Strawn, Esq.
Schirrmeister Ajamie, L.L.P.
Pennzoil Place-South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002

Julian Rodriguez, Jr.
Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501

Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307

Jim S. Hart
Nejd Yaziji
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

Frank Enriquez
Robert Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

Richard Leo Harrell
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 1400 (78470)
P.O. Box 480
Corpus Christi, Texas 78403-0480

Mr. J. A. Magallanes
Carlos Escobar
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Blvd.
Post Office Box 4901
Brownsville, Texas 78520

Mr. Geoffrey Amsel
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78215

Lamoine Holland
Law Office of W. Lamoine Holland
1920 Nacogdoches Rd., # 100
San Antonio, Texas 78209

Glenn G. Goodier
Jones, Walker, Waechter, Poitevent, Carrere
  & Denegre, L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100

Mr. Cliff Garrard
Independent Plumbers of South Texas
8602 Robindell Drive
Houston, Texas 77074

Robert and Virginia Fandrich
5101 Verdi Way
Stockton, CA 95207

John and Mary McCoy
514 Brookside Pass
Cedar Park, Texas 78613

OF ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.