
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 6 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-01-157<br>Admiralty |
| | Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-02-004<br>Admiralty<br><br>and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | C.A. NO. B-02-125<br>Admiralty |

49477:1027378.1:090502

**PETITIONERS BROWN WATER MARINE SERVICE, INC. AND
BROWN WATER TOWING I, INC.'S FIRST AMENDED
<u>CROSS-CLAIM AGAINST THE STATE OF TEXAS</u>**

**TO THE HONORABLE JUDGE OF THIS COURT:**

COMES NOW, the Petitioners, Brown Water Marine Service, Inc. and Brown Water Towing I, Inc., and assert this their First Amended Cross-Claim Against the State of Texas, showing as follows:

**I.**

The State of Texas has appeared in this proceeding and may be served with this cross-claim by serving its attorney of record.

**II.**

The Petitioners initiated this proceeding seeking exoneration from or, alternatively, limitation of, liability arising from an allision with the Queen Isabella Causeway on September 15, 2001. Numerous claims have been asserted against the Petitioners in this limitation action including a claim against the Petitioners filed by the State of Texas. During discovery, it has been learned that the State of Texas bears some responsibility for the incident. Specifically, the State of Texas was responsible for maintaining the lights on the Queen Isabella Causeway. Further, the fendering system for the causeway was inadequate. The discovery obtained to date indicates that the lights were not working on the night of the allision. The failure to maintain or properly operate the lights constitutes negligence and/or negligence per se under Texas law. In addition, under the applicable maritime law and/or in accordance with the Pennsylvania Rule, the State of Texas' failure to comply with the law creates a presumption against it. Failure to provide or maintain an adequate fendering system was also negligence. The acts or omissions of the State of Texas caused or contributed to

the allision and/or caused or contributed to several subsequent deaths and personal injuries. Under the circumstances, the Petitioners, Brown Water Marine Service, Inc. and Brown Water Towing I, Inc., seek contribution from the State of Texas in the unlikely event that any claimant is successful in establishing a claim against Brown Water Marine Service, Inc. and Brown Water Towing I, Inc.

WHEREFORE, PREMISES CONSIDERED, the Petitioners, Brown Water Marine Service, Inc. and Brown Water Towing I, Inc. pray that, upon a final hearing, the Petitioners/Cross-Claimants be exonerated from any liability. In the unlikely event that a recovery is made against the Petitioners/Cross-Claimants, the Petitioners/Cross-Claimants demand that the Petitioners/Cross-Claimants and the Claimants be awarded Judgment over and against the Cross-Defendant, the State of Texas, for contribution, damages, interest, costs and all other relief to which the Petitioners and/or Claimants may be entitled at law, in equity, or in admiralty.

Respectfully submitted,

*Will W. Pierson*

Will Pierson
State Bar No. 16003100
Federal I.D. No. 1931
Keith N. Uhles
State Bar No. 20371100
Federal ID No. 1936
1700 Wilson Plaza West
606 North Carancahua
Corpus Christi, TX 78476
(361) 884-8808 office
(361) 884-7261 fax
Attorneys for Petitioners, Brown Water Towing I, Inc.
and Brown Water Marine Service, Inc.

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

## CERTIFICATE OF SERVICE

I certify that the foregoing was mailed by the means indicated to the counsel listed below on this 13<sup>r</sup> day of September, 2002.

**CERTIFIED MAIL,
RETURN RECEIPT REQUESTED**
Mr. Jack F. Gilbert
Office of the Attorney General
Transportation Division
Post Office Box 12548
Austin, Texas 78711-2548

Mark J. Spansel
Adams & Reese, L.L.P.
4500 One Shell Square
New Orleans, LA 70139

**REGULAR MAIL**
Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550

Mr. James B. Manley
Attorneys at Law
3616 Preston Road
Pasadena, Texas 77505

Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381

William Q. McManus
Steve Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

Mr. Les Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471

Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

Mr. Raymond Thomas/Mr. Andres Gonzalez
Kittleman, Thomas, Ramirez & Gonzales
4900-B N. 10th Street
McAllen, Texas 78504

Thomas R. Ajamie
S. Mark Strawn, Esq.
Schirrmeister Ajamie, L.L.P.
Pennzoil Place-South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002

Julian Rodriguez, Jr.
Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501

Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307

Jim S. Hart
Nejd Yaziji
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

Frank Enriquez
Robert Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

Richard Leo Harrell
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 1400 (78470)
P.O. Box 480
Corpus Christi, Texas 78403-0480

Mr. J. A. Magallanes
Carlos Escobar
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Blvd.
Post Office Box 4901
Brownsville, Texas 78520

Mr. Geoffrey Amsel
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78215

Glenn G. Goodier
Jones, Walker, Waechter, Poitevent, Carrere
  & Denegre, L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100

OF ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.