5 11

United States District Court
Southern District of Texas
FILED

SEP 1 6 2002

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | C. A. NO. B-01-157 |
| PETITION OF BROWN WATER | § | Admiralty |
| TOWING I, INC., AS OWNER, AND | § | |
| BROWN WATER MARINE SERVICE, | § | |
| INC., AS BAREBOAT CHARTERER, OF | § | |
| THE BROWN WATER V, ITS ENGINES, | § | |
| TACKLE, ETC. IN A CAUSE OF | § | |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |
| | § | Consolidated with |
| | § | |
| IN RE THE COMPLAINT AND | § | |
| PETITION OF AMERICAN | § | C. A. NO.  B-02-004 |
| COMMERCIAL LINES LLC AS | § | Admiralty |
| OWNER, AND, and AMERICAN | § | |
| COMMERCIAL BARGE LINES, LLC, | § | |
| AS CHARTERER OF THE BARGES | § | |
| NM-315,VLB-9182,ACL-9933B, | § | |
| VLB-9173, IN A CAUSE OF | § | and |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |
| | § | |
| | § | |
| IN RE THE COMPLAINT AND PETITION OF | § | C.A. NO. B-02-125 |
| DEERE CREDIT, INC., (FORMERLY | § | Admiralty |
| SENSTAR FINANCE COMPANY), AS | § | |
| OWNER OF THE BARGE NM-315 AND | § | |
| STATE STREET BANK AND TRUST | § | |
| COMPANY OF CONNECTICUT, | § | |
| NATIONAL ASSOCIATION, AS OWNER | § | |
| TRUSTEE OF THE BARGE ACL-9933B AND | § | |
| NOT IN ITS INDIVIDUAL CAPACITY, AND | § | |
| GENERAL ELECTRIC CAPITAL | § | |
| CORPORATION, AS BENEFICIAL OWNER | § | |
| OF THE BARGE ACL-9933B PRAYING FOR | § | |
| EXONERATION FROM AND/OR | § | |
| LIMITATION OF LIABILITY | § | |

49477:1027835.1:091202

**PETITIONERS BROWN WATER TOWING I, INC.'S AND BROWN
WATER MARINE SERVICE, INC.'S MOTION TO COMPEL
MICHAEL COWEN TO PRODUCE MEDICAL RECORDS
CONCERNING DECEDENT CHEALSA WELCH**

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, the Petitioners, Brown Water Towing I, Inc. and Brown Water Marine

Service, Inc., and file this their Motion to Compel Michael Cowen to Produce Medical Records

Concerning decedent Chealsa Welch pursuant to FED.R.CIV.P. § 45(e) and would respectfully show

as follows:

**I.**

The Petitioners hired Sparkling City Records Service to serve a Deposition upon Written

Questions to obtain the medical records of Dr. William Edwin Fann concerning decedent Chealsa

Welch.[1] These records are relevant to this cause of action because they are psychiatric records that

contain information regarding the nature of Chealsa Welch's relationship with her parents who are

Claimants in this lawsuit.  Catherine Carmany of Sparkling City Records Service contacted Dr.

William Edwin Fann on June 11, 2002 who stated that he had  forwarded a copy of these records

to Michael R. Cowen, attorney at law, and no longer had these records in his possession.  Michael

Cowen was decedent Chealsa Welch's former attorney and represents no known party in this case.

On June 12, 2002, Ms. Carmany served upon Michael R. Cowen a Deposition Upon Written

Questions together with a *subpoena* as required by the applicable rules of the Federal Civil

Procedure asking for the records of Dr. William Edward Fann. This *subpoena* is attached as Exhibit

"B"  Mr. Cowen was given twenty (20) days to comply with the *subpoena* and respond to the

Deposition upon Written Questions.

---

[1]   *See* the Affidavit of Catherine Carmany which is attached as Exhibit "A" and incorporated
      by reference.

## II.

On or about August 5, 2002, Cathy Carmany spoke with Mr. Cowen regarding the records of Dr. William Edward Fann. Mr. Cowen stated that the Claimants' attorney Ray Marchan advised him that the records in question were privileged and were not to be released. As a result, Mr. Cowen refused to release the records despite the subpoena to do so. To date, Mr. Marchan has given no written notice that these documents are privileged nor provided any reason for the assertion of privilege.

## III.

In a letter dated August 7, 2002, which is attached as Exhibit "C", Will Pierson attorney for Petitioners' advised Mr. Cowen and Mr. Marchan that unless the records were forthcoming the Petitioners' attorneys intended to seek a Court Order. There has been no response to this letter.

WHEREFORE, PREMISES CONSIDERED, the Petitioners move that their Motion to Compel be granted and that Mr. Cowen be compelled to provide the records described in the subpoena within three (3) days of the entering of the Court's Order.

Respectfully submitted,

*Will W. Pierson*

Will Pierson
State Bar No. 16003100
Federal I.D. No. 1931
Keith N. Uhles
State Bar No. 20371100
Federal ID No. 1936
1700 Wilson Plaza West
606 North Carancahua
Corpus Christi, TX 78476
(361) 884-8808 office
(361) 884-7261 fax
Attorneys for Petitioners, Brown Water Towing I, Inc.
and Brown Water Marine Service, Inc.

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

## CERTIFICATE OF CONFERENCE

In a letter dated August 7, 2002, counsel for Petitioners' conferred with counsel Cowen requesting that the records named in the subpoena previously marked as Exhibit "B" be produced to the Petitioners and advised opposing counsel that if he did not comply, the Petitioners would be forced to seek the Court's intervention in obtaining the records. We have not been contacted by Mr. Cowen and have been unable to reach an agreement regarding this matter. As a result, this motion should be considered as opposed.

OF ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Compel has been served via the method indicated on all counsel of record on this the ___ day of September, 2002.

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

Mr. Michael R. Cowen
Michael R. Cowen, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520

**VIA REGULAR MAIL**
Mr. Jack F. Gilbert
Office of the Attorney General
Transportation Division
Post Office Box 12548
Austin, Texas 78711-2548

Mark J. Spansel
Adams & Reese, L.L.P.
4500 One Shell Square
New Orleans, LA 70139

Mr. James B. Manley
Attorneys at Law
3616 Preston Road
Pasadena, Texas 77505

John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381

William Q. McManus
Steve Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550

Mr. Les Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471

Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

Mr. Raymond Thomas/Mr. Andres Gonzalez
Kittleman, Thomas, Ramirez & Gonzales
4900-B N. 10th Street
McAllen, Texas 78504

Thomas R. Ajamie
S. Mark Strawn, Esq.
Schirrmeister Ajamie, L.L.P.
Pennzoil Place-South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002

Julian Rodriguez, Jr.
Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501

Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307

Jim S. Hart
Nejd Yaziji
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

Frank Enriquez
Robert Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

Richard Leo Harrell
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 1400 (78470)
P.O. Box 480
Corpus Christi, Texas 78403-0480

Mr. J. A. Magallanes
Carlos Escobar
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Blvd.
Post Office Box 4901
Brownsville, Texas 78520

Mr. Geoffrey Amsel
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78215

Glenn G. Goodier
Jones, Walker, Waechter, Poitevent, Carrere
   & Denegre, L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100

OF ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

## AFFIDAVIT OF CATHERINE CARMANY

Before me, the undersigned authority, on this day appeared Catherine Carmany, who on her oath stated the following:

1.      My name is Catherine Carmany.  I am over the age of eighteen, and have never been convicted of a felony or misdemeanor involving moral turpitude.  I am of sound mind, am capable of making this Affidavit, and have personal knowledge of the facts stated herein.

2.      I am the sole proprietor of Sparkling City Records, a records retrieval service based in Corpus Christi, Texas.  I have been in the business of providing records retrieval services within the State of Texas for approximately eighteen years.

3.      The Law Firm of Royston, Rayzor, Vickery & Williams hired me to serve a Deposition upon Written Questions to obtain the medical records of Dr. William Edwin Fann concerning Decedent Chealsa Welch.

4.      I contacted Dr. William Edwin Fann on June 11, 2002,  who stated that he had forwarded a copy of these records to Michael R. Cowen, attorney at law, and no longer had these records in his possession.

5.      On June 12, 2002, I served upon Michael R. Cowen a Deposition Upon Written Questions together with a *subpoena* as required by the applicable rules of the Federal Civil Procedure asking for the records of Dr. William Edward Fann.  Mr. Cowen was given twenty (20) days to comply with the *subpoena* and respond to the Deposition upon Written Questions.

6.      On or about August 5, 2002, I spoke with Mr. Cowen regarding the records of Dr. William Edward Fann.  Mr. Cowen stated that the attorney Ray Marchan advised him that the records in question were privileged and were not to be released.  As a result, Mr. Cowen refused

49477:1028014.1:090902

to release the records despite the subpoena to do so.

Executed this 13th day of September, 2002.

_____
Catherine Carmany

Subscribed and sworn to before me this 13th day of September, 2002.

_____
Notary Public in and for
The State of Texas

RAQUEL RAMIREZ
MY COMMISSION EXPIRES
January 18, 2006

49477:1028014.1:090902

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

SOUTHERN ___ **DISTRICT OF** TEXAS

BROWNSVILLE DIVISION

IN RE THE COMPLAINT AND PETITION
OF BROWN WATER TOWING I, INC.,
AS OWNER, AND BROWN WATER MARINE
SERVICE, INC, AS BAREBOAT CHARTERER
OF THE BROWNWATER V, ITS ENGINES,
TACKLE, ETC. IN A CAUSE OF
EXONERATION FROM OR
LIMITATION OF LIABILITY

## SUBPOENA IN A CIVIL CASE

CASE NUMBER: C.A. NO. B-01-157
ADMIRALTY
CONSOLIDATED WITH
C.A. NO. B-02-004
ADMIRALTY

TO: CUSTODIAN OF RECORDS FOR: BAYLOR COLLEGE OF MEDICINE / DR. WILLIAM EDWIN
FANN, **MR. MICHAEL R. COWEN, ATTORNEY AT LAW,** 765 E. 7TH STREET
BROWNSVILLE, TEXAS 78520

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to
testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in
the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the
place, date, and time specified below (list documents or objects): COMPLETE AND ENTIRE MEDICAL,
PSHCHOLOGICAL and/or PSYCHIATRIC RECORD INCLUDING PATIENT HISTORY, OFFICE
NOTES, HOSPITAL RECORDS, LABORATORY AND X-RAY FILM REPORTS, NARRATIVE REPORTS,
CORRESPONDENCE AND ANY AND ALL OTHER WRITTEN RECORDS PERTAINING TO:
CHEALSA LOUISE KIMBRELL WELCH, DOB: 10/18/77, SSN: 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

| PLACE | DATE AND TIME |
|---|---|
| THE ABOVE NAMED PLACE OF BUSINESS | INSTANTER |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more
officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each
person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | | DATE |
|---|---|---|
| *Catherine Carmany* CATHERINE CARMANY | FOR: WILL W. PIERSON ATTORNEY FOR PETITIONER | JUNE 12, 2002 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Catherine Carmany, SPARKLING CITY RECORDS, P.O. Box 721190, Corpus Christi,
Texas 78472-1190, (361) 992-9868

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)
If action is pending in district other than district of issuance, state district under case number.

AO 88 (Rev. 1/94) Subpoena in a Civil Case

---

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | JUNE 12, 2002 | OFFICE OF MR. MICHAEL R. COWEN |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Mr. Michael R. Cowen<br>CUSTODIAN OF MEDICAL RECORDS | (956) 504-3674 - VIA FAX AND REGULAR MAIL |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Catherine Carmany | Notary Public |

---

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ___JUNE 12, 2002___
DATE

_Catherine Carmany_
SIGNATURE OF SERVER

P. O. Box 721190
ADDRESS OF SERVER

Corpus Christi, Texas  78472-1190

---

**Rule 45, Federal Rules of Civil Procedure, Parts C & D:**

**(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.**

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

**(d) DUTIES IN RESPONDING TO SUBPOENA.**

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE THE COMPLAINT AND §
PETITION OF BROWN WATER §            C.A. NO. B-01-157
TOWING I, INC., AS OWNER, AND §      ADMIRALTY
BROWN WATER MARINE SERVICE, §
INC., AS BAREBOAT CHARTERER, OF §
THE BROWN WATER V, ITS ENGINES, §
TACKLE, ETC. IN A CAUSE OF §
EXONERATION FROM OR §                CONSOLIDATED WITH
LIMITATAION OF LIABILITY §

IN RE THE COMPLAINT AND §
PETITION OF AMERICAN §               C.A. NO B-02-004
COMMERCIAL LINES LLC AS §            ADMIRALTY
OWNER, AND and AMERICAN §
COMMERCIAL BARGE LINES, LLC, §
AS CHARTERER OF THE BARGES §
NM-315M VLB-9182, ACL-9933B, §
VLB-9173, IN A CAUSE OF §
EXONERATION FROM OR §
LIMITATION OF LIABILITY §

NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

To RESPONDANTS
 By and through the attorneys and pro se individuals of record:

MR. RAY MARCHAN
HARRIS & WATTS
1926 E. ELIZABETH ST.
BROWNSVILLE, TEXAS 78520

MR. JACK F. GILBERT
OFFICE OF THE ATTORNEY GENERAL
TRANSPORTATION DIV
POST OFFICE BOX 12548
AUSTIN, TEXAS 78711-2548

MR. JAMES B. MANLEY
ATTORNEY AT LAW
3616 PRESTON AVE.
PASADENA, TEXAS 77505

MR. JOHN DAVID FRANZ
LAW OFFICES OF JOHN DAVID
FRANZ
400 N. McCOLL
McALLEN, TEXAS 78501

MR. J. CHAD GAUNTT
GAUNTT & KRUPPSTADT, L.L.P.
9004 FOREST CROSSING DRIVE,
SUITE C
THE WOODLANDS, TEXAS 77381

MR. WILLIAM Q. McMANUS,
MR. STEVE Q. McMANUS
McMANUS & CRANE, L.L.P.
209 WEST JUAN LINN
POST OFFICE BOX 2206
VICTORIA, TEXAS 77902-2206

MR. HERIBERTO MEDRANO
LAW OFFICES OF HERIBERTO
MEDRANO
1101 WEST TYLER
HARLINGEN, TEXAS 78550

MS. VERONICA FARIAS
LAW OFFICE OF VERONICA FARIAS
2854 BOCA CHICA BLVD.
BROWNSVILLE, TEXAS 78521

MR. RAYMOND THOMAS
MR. ANDRES GONZALEZ
KITTLEMAN, THOMAS, RAMIREZ &
GONZALES
4900-B NORTH 10TH STREET
McALLEN, TEXAS 78504

MR. THOMAS R. AJAMIE
MR. S. MARK STRAWN
SCHIRMEISTER AJAMIE
PENNZOIL PLACE – SOUTH TOWER
711 LOUISIANA STREET, SUITE 2150
HOUSTON, TEXAS 77002

MR. JIM S. HART
MR. NEJD YAZIJI
WILLIAMS BAILEY LAW FIRM, L.L.P.
8441 GULF FREEWAY, SUITE 600
HOUSTON, TEXAS 77017

MR. FRANK ENRIQUEZ
MR. ROBERT PUENTE
LAW OFFICES OF FRANK ENRIQUEZ
4200-B NORTH BICENTENNIAL
McALLEN, TEXAS 78504

MR. RICHARD LEO HARRELL
THE EDWARDS LAW FIRM
802 N. CARANCAHUA, SUITE 1400
POST OFFICE BOX 480
CORPUS CHRISTI, TEXAS 78403-0480

MR. JULIAN RODRIGUEZ, JR.
LAW OFFICE OF JULIAN RODRIGUEZ,
JR.
100 WEST PECAN
McALLEN, TEXAS 78501

MR. THOMAS E. QUIRK
AARON & QUIRK
901 N.E. LOOP 410, SUITE 903
SAN ANTONIO, TEXAS 78209-1307

MR. J.A. MAGALLANES
MAGALLANES, HINOJOSA &
MANCIAS, P.C.
1713 BOCA CHICA
POST OFFICE BOX 4901
BROWNSVILLE, TEXAS 78520

MR. GEOFFREY AMSEL
SBC MANAGEMENT SERVICES
1010 NORTH ST. MARY'S
ROOM 1403
SAN ANTONIO, TEXAS 78215

MR. LAMIONE HOLLAND
LAW OFFICE OF W. LAMIONE
HOLLAND
1920 NACODOCHES RD., # 100
SAN ANTONIO, TEXAS 78209

MR. CLIFF GARRARD
INDEPENDENCE PLUMBERS OF
SOUTH TEXAS
8602 ROBINDELL DRIVE
HOUSTON, TEXAS 77074

MR. MICHAEL L. SLACK
MR. MICHAEL DAVIS
SLACK & DAVIS
BUILDING TWO, SUITE 2110
8911 CAPITAL OF TEXAS HIGHWAY,
NORTH
AUSTIN, TEXAS 78759

MR. LES CASSIDY
WOOLSEY & CASSIDY
1020 BANK OF AMERICA
500 NORTH WATER STREET
CORPUS CHRISTI, TEXAS 78471

ROBERT AND VIRGINIA FANDRICH
5101 VERDI WAY
STOCKTON, CALIFORNIA 95207

JOHN AND MARY McCOY
514 BROOKSIDE PASS
CEDAR PARK, TEXAS 78613

MR. GLENN G. GOODIER
JONES, WALKER, WAECHTER,
POITEVENT, CARRERE & DENEGRE,
201 ST. CHARLES AVE., 48TH FLOOR
NEW ORLEANS, LOUISIANA 70170-
5100

MR. MARK J. SPANSEL
ADAMS & REESE, L.L.P.
4500 ONE SHELL SQUARE
NEW ORLEANS, LOUISIANA 70139

You will please take notice that after thirty (30) days from the service of this notice,

a Notary Public in and for the State of Texas will take the deposition of the following witness

(es) by written questions, to be used as evidence in the above-styled and numbered cause of

action.

RIO GRANDE STATE CENTER
1401 RANGERVILLE ROAD
HARLINGEN, TEXAS 78550

COASTAL BEND PSYCHIATRIC ASSOCIATES, P.A. / CARLOS ESTRADA, M.D.
6625 WOOLDRIDGE ROAD
CORPUS CHRISTI, TEXAS 78414

TROPICAL TEXAS CENTER FOR MENTAL HEALTH AND MENTAL RETARDATION
1242 NORTH 77 SUNSHINE STRIP
HARLINGEN, TEXAS 78550

CORPUS CHRISTI CHARTER BEHAVIORAL SYSTEMS a/k/a PADRE BEHAVIORAL
HOSPITAL
6629 WOOLDRIDGE
CORPUS CHRISTI, TEXAS 78414

MR. MICHAEL R. COWEN, ATTORNEY AT LAW
AS CUSTODIAN OF RECORDS FOR BAYLOR COLLEGE OF MEDICINE / DR.
WILLIAM EDWIN FANN
765 E. 7TH STREET
BROWNSVILLE, TEXAS 78520

Copies of the written questions to be asked are attached hereto. As authorized by

rule 31 of the Federal Rules of Civil Procedure, a Subpoena Duces Tecum will be issued

requiring the witness(es) to produce the following: COMPLETE AND ENTIRE MEDICAL ,

PSYCHOLOGICAL and/or PSYCHIATRIC RECORD INCLUDING, PATIENT HISTORY,

OFFICE NOTES, HOSPITAL RECORDS, LABORATORY, AND X-RAY FILM REPORTS,

NARRATIVE REPORTS, CORRESPONDENCE, AND ANY AND ALL OTHER WRITTEN

RECORDS  to which the witness may have access pertaining to:

CHEALSA LOUISE KIMBRELL WELCH

DOB:  10/18/77

SSN:  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

Respectfully submitted,

SPARKLING CITY RECORDS
POST OFFICE BOX 721190
CORPUS CHRISTI, TEXAS 78472-1190
Tel:  (361) 992-9868
     1-800-283-6796
Fax:  (361) 992-8313

By _Catherine Carmany_
Catherine Carmany
For:  MR. WILL W. PIERSON
ROYSTON, RAYZOR, VICKERY &
     WILLIAMS
606 N. CARANCAHUA, STE. 1700
CORPUS CHRISTI, TEXAS 78476
FEDERAL BAR NO.:  1931
PHONE:  (361) 884-8808
FAX:  (361) 884-7261
Attorney for Defendant

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING
<u>NOTICE OF INTENTION TO TAKE DEPOSITION (S) UPON WRITTEN
INTERROGATORIES</u> HAS BEEN FURNISHED TO COUNSEL:

MR. RAY MARCHAN
FAX: (956) 541-0255

MR. RICHARD LEO HARRELL
FAX: (361) 698-7615

MR. JACK F. GILBERT
FAX : (512) 472-3855

MR. JULIAN RODRIGUEZ, JR.
FAX: (956) 682-4544

MR. JAMES B. MANLEY
FAX : (713) 947-6956

MR. THOMAS E. QUIRK
FAX: (210) 820-0214

MR. JOHN DAVID FRANZ
FAX: (956) 686-3578

MR. J.A. MAGALLANES
FAX: (956) 544-4290

MR. J. CHAD GAUNTT
FAX: (281) 367-3705

MR. GEOFFREY AMSEL
FAX: (210) 222-7194

MR. WILLIAM Q. McMANUS
MR. STEVE Q. McMANUS
FAX: (361) 575-8454

MR. LAMIONE HOLLAND
FAX: (210) 824-8141

MR. HERIBERTO MEDRANO
(956) 428-2495

MR. CLIFF GARRARD
CMRRR # 7001 1940 0005 0825
9515

MS. VERONICA FARIAS
FAX: (956) 546-2234

MR. MICHAEL L. SLACK, MR.
 MICHAEL DAVIS
FAX: (512) 795-8787

MR. RAYMOND THOMAS
MR. ANDRES GONZALEZ
FAX: (956) 630-5199

MR. LES CASSIDY
FAX: 887-6522

MR. THOMAS R. AJAMIE
MR. S. MARK STRAWN
FAX: (713) 860-1699

ROBERT AND VIRGINIA FANDRICH
CMRRR # 7001 1940 0005 0825
9522

MR. JIM S. HART
MR. NEJD YAZIJI
FAX: (713) 643-6226

JOHN AND MARY McCOY
CMRRR # 7001 1940 0005 0825
9539

MR. FRANK ENRIQUEZ
MR. ROBERT PUENTE
FAX: (956) 618-5064

MR. GLENN G. GOODIER
FAX: (504) 582-8010

MR. MARK J. SPANSEL
FAX:  (504) 566-0210

**WITH ORIGINAL TO FOLLOW BY REGULAR MAIL, ON THIS 12th DAY OF May, 2002.**

Catherine Carmany
SPARKLING CITY RECORDS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE THE COMPLAINT AND              §
PETITION OF BROWN WATER              §        C.A. NO. B-01-157
TOWING I, INC., AS OWNER, AND        §        ADMIRALTY
BROWN WATER MARINE SERVICE,          §
INC., AS BAREBOAT CHARTERER, OF      §
THE BROWN WATER V, ITS ENGINES,      §
TACKLE, ETC. IN A CAUSE OF           §
EXONERATION FROM OR                  §        CONSOLIDATED WITH
LIMITATAION OF LIABILITY             §


IN RE THE COMPLAINT AND              §
PETITION OF AMERICAN                 §        C.A. NO B-02-004
COMMERCIAL LINES LLC AS              §        ADMIRALTY
OWNER, AND and AMERICAN              §
COMMERCIAL BARGE LINES, LLC,         §
AS CHARTERER OF THE BARGES           §
NM-315M VLB-9182, ACL-9933B,         §
VLB-9173, IN A CAUSE OF              §
EXONERATION FROM OR                  §
LIMITATION OF LIABILITY              §

DIRECT QUESTIONS TO BE PROPOUNDED TO
THE CUSTODIAN OF MEDICAL RECORDS FOR:

MR. MICHAEL R. COWEN, ATTORNEY AT LAW
AS CUSTODIAN OF RECORDS FOR BAYLOR COLLEGE OF MEDICINE
/ DR. WILLIAM EDWIN FANN
765 E. 7TH STREET
BROWNSVILLE, TEXAS 78520

RECORDS PERTAIN TO: CHEALSA LOUISE KIMBRELL WELCH
SSN: SSN: 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
DOB: 10/18/77

1.    STATE YOUR NAME, ADDRESS AND OCCUPATION.
      ANSWER: _____

2.    STATE WHETHER OR NOT YOU ARE THE CUSTODIAN OF MEDICAL
      RECORDS FOR THE ABOVE NAMED PLACE OF BUSINESS.
      ANSWER: _____

3.    STATE WHETHER OR NOT YOU HAVE IN YOUR CUSTODY OR SUBJECT TO
      YOUR CONTROL THE RECORDS PERTAINING TO THE ABOVE NAMED
      INDIVIDUAL.
      ANSWER: _____

4.    PLEASE HAND TO THE NOTARY PUBLIC TAKING THIS DEPOSITION A COMPLETE COPY OF ALL SUCH RECORDS.   HAVE YOU DONE AS REQUESTED?
      ANSWER: ————————————————————————————

5.    PLEASE STATE WHETHER OR NOT YOU CAN VERIFY THAT THE RECORDS YOU HAVE FURNISHED TO THE NOTARY PUBLIC IN RESPONSE TO THE FOREGOING QUESTIONS ARE A COMPLETE AND ACCURATE COPY OF THE RECORDS.
      ANSWER: ————————————————————————————

6.    PLEASE STATE WHETHER OR NOT THE RECORDS YOU HAVE FURNISHED TO THE NOTARY PUBLIC IN RESPONSE TO QUESTION NO. 4 WERE KEPT IN THE REGULAR COURSE OF BUSINESS.
      ANSWER: ————————————————————————————

7.    PLEASE STATE WHETHER OR  NOT IT WAS IN THE REGULAR COURSE OF BUSINESS FOR AN EMPLOYEE OF THE OFFICE, WITH THE PERSONAL KNOWLEDGE OF THE ACTS RECORDED TO MAKE THIS RECORD OR TO TRANSMIT INFORMATION, WHICH IS INCLUDED IN THIS RECORD.
      ANSWER: ————————————————————————————

8.    PLEASE STATE WHETHER OR NOT THE MEDICAL RECORDS YOU HAVE FURNISHED TO THE NOTARY PUBLIC IN RESPONSE TO THE FOREGOING INQUIRIES WERE MADE AT OR NEAR THE TIME OF THE ACT WHICH IS RECORDED, OR REASONABLY SOON THEREAFTER.
      ANSWER: ————————————————————————————


                    X_____
                    WITNESS (CUSTODIAN OF RECORDS)

                    CERTIFICATE OF SERVICE


BEFORE ME, THE UNDERSIGNED AUTHORITY, ON THIS DAY PERSONALLY APPEARED _____, KNOWN TO ME TO BE THE PERSON WHOSE NAME IS SUBSCRIBED TO THE FOREGOING INSTRUMENT IN THE CAPACITY THEREIN STATED, AND ACKNOWLEDGED TO ME THAT THE ANSWERS TO THE FOREGOING QUESTIONS ARE TRUE AS STATED.  I FURTHER CERTIFY THAT THE RECORDS ATTACHED HERETO ARE EXACT DUPLICATES OF THE ORIGINAL RECORDS.
GIVEN UNDER MY HAND AND SEAL OF OFFICE,
THIS _____ DAY OF _____ , 2002.


                    _____
                    NOTARY PUBLIC IN AND FOR THE
                    STATE OF TEXAS
                    MY COMMISSION EXPIRES:

                    _____

## Transmission Report

Date/Time
Local ID
Local Name
Company Logo

6-12-02; 5:12PM
3619928313
Sparkling City Rec.

# This document was confirmed.
## (reduced sample and details below)
## Document Size   Letter-S

---

### SPARKLING CITY RECORDS
*Litigation Records Service*

POST OFFICE BOX 331130 ✪ CORPUS CHRISTI, TEXAS 78472-1130
(361) 992-8688 ✪ Fax (361) 992-8813 ✪ 1-800-282-8736 ✪ e-mail: spr/holy@help.net

**FAX**

DATE: June 12, 2002

TO: MR. MICHAEL R. COWEN, ATTORNEY AT LAW

ATTENTION: MEDICAL RECORDS

FAX: (956) 504-3674

FROM: CATHERINE CARMANY

RE: IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING

TOTAL NUMBER OF PAGES (INCLUDING THIS PAGE): 14

MESSAGE:

FOLLOWING IS A REQUEST FOR MEDICAL RECORDS PERTAINING TO CHEALSA
LOUISE KIMBRELL WELCH, DOB: 10/18/77, SSN: SSN: 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. PLEASE
PROVIDE A COMPLETE COPY OF ANY AND ALL RECORDS ALONG WITH THE
DEPOSITION ON WRITTEN QUESTIONS. ANY QUESTIONS MAY BE DIRECTED TO
SPARKLING CITY RECORDS AT THE ABOVE LISTED NUMBER.

---

Total Pages Scanned  : 14' Total Pages Confirmed : 14'

| No. | Doc | Remote Station | Start Time | Duration | Pages | Mode | Comments | Results |
|-----|-----|----------------|------------|----------|-------|------|----------|---------|
| 1 | 014 | 19565043674 | 6-12-02; 5:03PM | 9'15" | 14/ 14 | EC | | CP 9600 |

** Notes **
EC: Error Correct        RE: Resend              PD: Polled by Remote      MB: Receive to Mailbox
BC: Broadcast Send       MP: Multi-Poll          PG: Polling a Remote      PI: Power Interruption
CP: Completed            RM: Receive to Memory   DR: Document Removed      TM: Terminated by user
_S: Local Scan           LP: Local Print         FO: Forced Output         WT: Waiting Transfer

# ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

### ATTORNEYS AT LAW

HOUSTON, TEXAS
TELEPHONE 713-224-8380
FACSIMILE 713-225-9945

RIO GRANDE VALLEY, TEXAS
TELEPHONE 956-542-4377
FACSIMILE 956-542-4370

1700 WILSON PLAZA WEST
606 N. CARANCAHUA
CORPUS CHRISTI, TEXAS 78476
TELEPHONE 361-884-8808
FACSIMILE 361-884-7261
INTERNET www.roystonlaw.com

GALVESTON, TEXAS
TELEPHONE 409-763-1623
FACSIMILE 409-763-3853

*Will W. Pierson*
will.pierson@roystonlaw.com

August 7, 2002

**FACSIMILE TO: (956) 504-3674**
Mr. Michael R. Cowen
Michael R. Cowen, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520

Re:    C.A. No. B-01-157; *In Re: The Complaint and Petition of Brown Water Towing I, Inc., As Owner, and Brown Water Marine Service, Inc., As Bareboat Charterer of the BROWN WATER V, Its Engines, Tackle, Etc. In A Cause of Exoneration From or Limitation of Liability*
Our File: 49,477

Dear Mr. Cowen:

As you know, we represent Brown Water Towing, I, Inc. and Brown Water Marine Service, Inc., Petitioners, in the captioned matter. We understand that you previously represented Chealsa Louise Kimbrell Welch who died as a result of the causeway collapse. We are trying to obtain the medical records of Dr. William E. Fann and we understand that they are in your possession based on your previous representation of Ms. Welch. We have spoken with Sparkling City Records, the record service commissioned to obtain these records, and they have advised that you have refused to turn over the records despite the fact that a subpoena was issued for their production. Since Dr. Fann has advised that he destroyed his records and forwarded any copies of them to you, you are the only person that can provide this information. Therefore, please comply with the subpoena, answer the Deposition Upon Written Questions and provide us with the records immediately. Otherwise, we will file a Motion to Compel the production of the records.



Mr. Michael Cowen
Michael R. Cowen, P.C.
August 7, 2002

Page 2

Yours truly,

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

By: _____
       Will W. Pierson

WWP:clo

cc:  **FACSIMILE TO: 992-8313**
    Ms. Cathy Carmany
    Sparkling City Records
    P. O. Box 721190
    Corpus Christi, Texas 78413

    **VIA TELEFAX (956) 541-0255**
    Mr. Ray Marchan
    WATTS & HEARD, L.L.P.
    1926 E. Elizabeth
    Brownsville, Texas 78520

49477:1023842.1:080702