UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED
SEP 30 2002
Michael N. Milby, Clerk

# ADR MEMORANDUM TO CLERK OF COURT
(To be submitted in duplicate within
10 days after completion of ADR)

| | | |
|---|---|---|
| IN RE: | § § | |
| Brown Water Towing I, Inc., et al | § § | CIVIL ACTION NO. B-01-157 |

AND

| | | |
|---|---|---|
| IN RE: | § § | |
| American Commercial Lines, et al | § § § | CIVIL ACTION NO. B-02-004 |

ADR METHOD:   Mediation __X__         Arbitration _____
              Mini-Trial _____        Summary Jury Trial _____

TYPE OF CASE: Maritime (Exoneration or Limitation of Liability)

1. Please check one of the following:
   The case referred to ADR settled _____ or did not settle __X__.

2. My total fee and expenses were: $10,000.00.

3. Names, addresses and telephone numbers of all parties and all counsel of record:

   <u>Claimants:</u>

   Anita Harris (wife)
   Victor J. Harris, (minor son of
   Robert V. Harris, Deceased)

   <u>Counsel:</u>

   Heriberto Medrano
   1101 West Tyler Street
   Harlinten, Texas 78550
   (956) 428-2412
   (956) 428-2495 (Fax)

   Martin Hinojosa
   (father of Gaspar Hinojosa, Deceased)

   Julian Rodriguez, Jr.
   100 W. Pecan
   McAllen, Texas 78501
   (956) 682-8801
   (956) 682-4544 (Fax)

| Claimants: | Counsel: |
|---|---|
| Raquel Hinojosa (wife)<br>Rita Hinojosa (mother)<br>Clariesa Hinojosa, Omar Hinojosa and<br>Gaspar Hinojosa, II (children of<br>Gaspar Hinojosa, Deceased) | Robert E. Ammons<br>Stevenson & Ammons<br>3700 Montrose Blvd.<br>Houston, Texas 77006<br>(713) 523-3030<br>(713) 523-4747 (Fax) |
| Ricky Leavel (father)<br>Carol Leavel (mother)<br>of Robin Leavel, Deceased | Steve Q. McManus<br>McManus & Crane<br>P. O. Box 2206<br>Victoria, Texas 77902-2206<br>(361) 575-6764<br>(361) 575-8454 (Fax) |
| Hector Martinez, Sr. (father)<br>Lydia Zamora (mother)<br>of Hector Martinez, Jr., Deceased | Ray R. Marchan<br>Watts & Heard<br>1926 E. Elizabeth<br>Brownsville, Texas 78520<br>(956) 544-0500<br>(956) 541-0255 (Fax) |
| Juan A. Mireles (father)<br>Soledad G. Mireles (mother)<br>of Julio C. Mireles, Deceased | Thomas R. Ajame<br>S. Mark Straun<br>Schirrmeister Ajame, L.L.P,.<br>Pennzoil Place – South Tower<br>711 Louisiana Street, Suite 2150<br>Houston, Texas 77002<br>(713) 860-1600<br>(713) 860-1699 (Fax) |
| Estevan Rivas (father)<br>Miriam Rivas (mother)<br>of Stuan Rivas, Deceased | John David Franz<br>400 N. McColl<br>McAllen, Texas 78501<br>(956) 686-3300<br>(956) 686-3578 (Fax) |
| William E. Kimble (father)<br>of Chelsea Welch, Deceased | Richard Lee Harrell<br>The Edwards Law Firm<br>P. O. Box 480<br>Corpus Christi, Texas 78403<br>(361) 698-7600<br>(361) 698-7615 (Fax) |

16467PCD35286

| Claimants: | Counsel: |
|---|---|
| Jacqueline Paddock (mother)<br>William B. Welch (minor son)<br>of Chelsea Welch, Deceased | Veronica Farias<br>3854 Boca Chica Blvd.<br>Brownsville, Texas 78521<br>(956) 546-1537<br>(956) 546-2234 (Fax) |
| William M. Welch (father)<br>William B. Welch (minor son)<br>of Barry R. Welch, Deceased | Ray R. Marchan<br>Watts & Heard<br>1926 E. Elizabeth<br>Brownsville, Texas 78520<br>(956) 544-0500<br>(956) 541-0255 (Fax) |
| Bridgette Goza | Ray R. Marchan<br>Watts & Heard<br>1926 E. Elizabeth<br>Brownsville, Texas 78520<br>(956) 544-0500<br>(956) 541-0255 (Fax) |
| Rene Mata<br>Frank Mata | Raymond L. Thomas<br>Kittleman, Thomas, Ramirez & Gonzales<br>4900-B North 10th Street<br>McAllen, Texas 78504<br>(956) 686-8797<br>(956) 630-5199 |
| Gustavo Morales | Ray R. Marchan<br>Watts & Heard<br>1926 E. Elizabeth<br>Brownsville, Texas 78520<br>(956) 544-0500<br>(956) 541-0255 (Fax) |
| Robert Esperieuta | Frank Enriquez<br>4200-B North Bicentennial<br>McAllen, Texas 78504<br>(956) 686-5291<br>(956) 618-5064 (Fax) |
| Alberto Moya | Frank Enriquez<br>4200-B North Bicentennial<br>McAllen, Texas 78504<br>(956) 686-5291<br>(956) 618-5064 (Fax) |

16467PCD35286

| Claimants: | Counsel: |
|---|---|
| Rolando Moya | Frank Enriquez<br>4200-B North Bicentennial<br>McAllen, Texas 78504<br>(956) 686-5291<br>(956) 618-5064 (Fax) |
| Antonio Salinas | Frank Enriquez<br>4200-B North Bicentennial<br>McAllen, Texas 78504<br>(956) 686-5291<br>(956) 618-5064 (Fax) |
| The State of Texas | Jack F. Gilbert<br>Office of the Attorney General<br>P. O. Box 12548<br>Austin, Texas 78711-2548<br>(512) 463-2004<br>(512) 472-3855 (Fax) |
| Southwestern Bell Telephone Company | Geoffrey Amsel<br>SBC Management Services<br>1010 N. St. Mary's, Room 1403<br>San Antonio, Texas 78209<br>(210) 886-4805<br>(210) 222-7194 (Fax) |
| Laguna Madre Water District | Juan Magallanes<br>Magallanes, Hinojosa & Mancias<br>1713 Boca Chica<br>P. O. Box 4901<br>Brownsville, Texas 78520<br>(956) 544-6571<br>(956) 544-4290 |

| Defendants: | Counsel: |
|---|---|
| Brown Water Towing I, Inc. | Will W. Pearson<br>Royston, Rayzor, Vickery & Williams<br>606 N. Carancahua<br>Corpus Christi, Texas 78476<br>(361) 884-8808 |

16467PCD35286

<u>**Defendants:**</u>

**American Commercial Barge Lines**

<u>Counsel:</u>

Les Cassidy
Woolsey & Cassidy
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471

Glenn G. Goodier
Jones, Walker
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100
(504) 582-8174
(504) 582-8010 (Fax)

ADR Provider:

Name: _____James DeAnda_____

Date: *9-27-02*

Signature: *J. DeAnda (up)*

16467PCD35286