United States District Court
Southern District of Texas
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

NOV 27 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * * * * * * * | C. A. NO. B-01-157 Admiralty

Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES, LLC AS OWNER, AND AMERICAN COMMERCIAL BARGE LINE, LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * * * * * * * * | C. A. No. B-02-004 Admiralty

and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | * * * * * * * * * * * * * * * | C. A. NO. B-02-125 Admiralty |

N0893429.1

### PETITIONERS' AND CLAIMANTS' AMERICAN COMMERCIAL LINES, LLC, AMERICAN COMMERCIAL BARGE LINE, LLC, AND PETITIONERS' DEERE CREDIT, INC., STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, AND GENERAL ELECTRIC CAPITAL CORPORATION'S COUNTERCLAIM AND CROSS-CLAIM AGAINST THE STATE OF TEXAS

**COMES NOW**, American Commercial Lines, LLC and American Commercial Barge Line, LLC, Petitioners and Claimants, and Deere Credit, Inc. (formerly Senstar Finance Company), as Owner of the Barge NM-315, State Street Bank and Trust Company of Connecticut, N.A., as Owner/Trustee of the Barge ACL-9933B and Not in Its Individual Capacity, and General Electric Capital Corporation, as Beneficial Owner of the Barge ACL-9933B, Petitioners, hereafter collectively referred to as "the Petitioners," who aver as follows for their Counterclaim and Cross-Claim against the State of Texas, Claimant, and show as follows:

### I.

The State of Texas is a party claimant in these consolidated exoneration/limitation proceedings and has filed a claim and appeared in these proceedings hereinbefore and may be served with these pleadings by serving its attorney of record in accordance with the Federal Rules of Civil Procedure.

### II.

Jurisdiction over this Counterclaim and Cross-Claim exists under the Court's Admiralty and Maritime Jurisdiction, 28 U.S.C. § 1333, and alternatively under the Court's Supplemental Jurisdiction, 28 U.S.C. § 1367.

### III.

The Petitioners initiated Civil Action Nos. B-02-004 and B-02-125 proceedings seeking exoneration from and/or alternatively, limitation of liability and also filed claims in the Brown Water exoneration/limitation proceedings, Civil Action No. B-01-157, all of which proceedings are consolidated and arise out of an allision with the Queen Isabella Causeway on September 15, 2001. Numerous claims have been asserted against the Petitioners in these pending actions, including a claim against the Petitioners filed by the State of Texas.

### IV.

During discovery it has been learned that the State of Texas bears some responsibility for this incident. Specifically, on information and belief, the State of Texas was responsible for maintaining the navigational lights on the Queen Isabella Causeway. Further, on information and belief, the Causeway, including its fendering system, was inadequate. Discovery obtained to date indicates that the lights were not working on the night of the allision. The failure to maintain or properly operate the lights constitutes negligence and/or negligence per se. In addition, under the applicable maritime law, and in accordance with the Pennsylvania Rule, the State of Texas' failure to comply with the law creates presumption of fault or negligence on its behalf. Upon information and belief, the acts or omissions of the State of Texas caused and/or contributed to the allision and/or caused or contributed to several subsequent deaths and personal injuries.

### V.

In the event that any or all of the Claimants seek any recovery or judgment against any or all of the Petitioners, which is denied, then the Petitioners, as Counterclaimants and/or Cross-Claimants,

seek a judgment in like amount over and against the State of Texas, representing contribution and/or indemnification and/or recoupment and/or set-off from and against the State of Texas.

WHEREFORE, American Commercial Lines, LLC, American Commercial Barge Line, LLC, Deere Credit, Inc. (formerly Senstar Finance Company), as Owner/Trustee of the Barge NM-315, State Street Bank and Trust Company of Connecticut, N.A., as Owner/Trustee of the Barge ACL-9933B and Not in Its Individual Capacity, and General Electric Capital Corporation, as Beneficial Owner of the Barge ACL-9933B, pray that upon final hearing, that they as Petitioners, be exonerated from all liability and, alternatively, that their liability be limited as allowed for under the Limitation of Vessel Owner's Liability Act, 46 U.S.C. §181, et seq., as amended, and the Supplemental Rules for Certain Admiralty and Maritime Claims.  In the unlikely event that a recovery is made against any and/or all of the Petitioners, which is denied, then in that event the Petitioners, as Counterclaimants and Cross-Claimants, pray that they be awarded a judgment in like amount over and against the State of Texas for contribution and/or indemnification and/or recoupment and/or set-off and/or for damages, interest, costs, disbursements and all other relief to which the Petitioners may be entitled at law, in equity or in admiralty.

> Respectfully submitted,
>
> *[signature]*
>
> GLENN G. GOODIER, Attorney-in-Charge
> Admitted *Pro Hac Vice*
> By Order Entered 4/23/02
> Jones, Walker, Waechter, Poitevent,
>   Carrère & Denègre, L.L.P.
> 201 St. Charles Avenue - 48th Floor
> New Orleans, Louisiana 70170-5100
> Telephone:  (504) 582-8174
> Facsimile:   (504) 582-8010

LES CASSIDY
State Bar Number 03979270
Federal Identification Number 5931
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
Telephone: (361) 887-2969
Facsimile: (361) 886-3299

OF COUNSEL:

WOOLSEY & CASSIDY, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
Telephone: (361) 887-2969
Facsimile: (361) 886-3299

Counsel for Petitioners,
American Commercial Lines LLP and
American Commercial Barge Line LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been properly mailed to all known potential parties and/or their counsel on this 26th day of November 2002.

_____
GLENN G. GOODIER

N0893429.1                                    5