IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 21 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | |
| PETITION OF BROWN WATER | § | C.A. NO. B-01-157 |
| TOWING I, INC., AS OWNER, AND | § | (Subject to Rule 9(h) |
| BROWN WATER MARINE SERVICE, | § | of the Federal Rules |
| INC., AS BAREBOAT CHARTERER, OF | § | of Civil Procedure) |
| THE BROWN WATER V, ITS ENGINES, | § | Admiralty |
| TACKLE, ETC. IN A CAUSE OF | § | |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

Consolidated with:

| | | |
|---|---|---|
| IN THE MATTER OF AMERICAN | § | |
| COMMERCIAL LINES LLC AS OWNER | § | |
| and AMERICAN COMMERCIAL BARGE | § | C.A. NO. B-02-004 |
| LINE LLC AS CHARTERER OF THE | § | (Subject to Rule 9(h) |
| BARGES NM-315, VLB-9182, | § | of the Federal Rules |
| ACL-9933B, VLB-9173, PRAYING | § | of Civil Procedure) |
| FOR EXONERATION FROM AND/OR | § | Admiralty |
| LIMITATION OF LIABILITY | | |

**CLAIMANTS' SUPPLEMENTAL DISCLOSURES**

Claimants, J. Antonio Mireles, as Personal Representative of the Estate of Julio Cesar Mireles, Juan Antonio Mireles and Soledad Gonzalez Mireles make this supplement to their initial disclosures pursuant to FRCP 26 (a) as follows:

(A)   The name, and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

**RESPONSE:**

See Exhibit A regarding persons with knowledge of relevant facts.

Respectfully submitted,

SCHIRRMEISTER AJAMIE, L.L.P.

By: _____
S. Mark Strawn
State Bar No. 19374325
Southern District of Texas Bar No. 9996
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699

Attorney-in-Charge for Claimants,
J. Antonio Mireles, As Personal Representative
of the Estate of Julio Cesar Mireles,
Juan Antonio Mireles, and Soledad
Gonzalez Mireles

OF COUNSEL:

SCHIRRMEISTER AJAMIE, L.L.P.
Thomas R. Ajamie
State Bar No. 00952400
Southern District of Texas Bar No. 6165
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699

## Certificate of Service

    I hereby certify that a true and correct copy of the foregoing has been served on opposing counsel via facsimile and certified mail, return receipt requested, and on all other counsel by facsimile in accordance with the Federal Rules of Civil Procedure, on this 17th day of January, 2003.

_____
S. Mark Strawn

EXHIBIT A

The following persons or entities may have discoverable information regarding relevant facts:

A.G. Hill Power
c/o Ms. Janet Thompson
6654 Leopard Street
Corpus Christi, Texas 78409
Potential Claimant

Allstate Insurance Company
c/o Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Ste. 903
San Antonio, Texas 78209-1307
Insurer for Claimant, Bridgette Goza

American Commercial Barge Lines
c/o Mr. Glen Goodier
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, LLP
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100
Owner of barges pulled by BROWN WATER V at the time of the accident.

Eddie Arriola
1616 Michigan
Port Isabel, Texas
Mr. Arriola is the supervisor of the Long Island Swing Bridge in Port Isabel, Texas. He has knowledge of different barge configurations passing through the area and of the circumstances surrounding the accident.

Heather Askwig
2332 West Solano Drive
Phoenix, Arizona 85015
Potential Claimants

Attorney General of Texas
c/o Mr. Michael Ratliff
Post Office Box 12548
Austin, Texas 78711-2548

Jose Benavidez
P.O. Box 1418
Rio Hondo, Texas 78583
(956) 748-2253
Mr. Benavidez has knowledge of business practices at Brown Water Marine, Inc. that relate to liability, and "knowledge and privity." Additionally, Mr. Benavidez was on the ICW at the time of the allision, and has knowledge of radio communications relating to the allision.

Bigo's International, LLC
c/o Mr. Ray R. Marchan
WATTS & HEARD, LLP
1926 E. Elizabeth
Brownsville, Texas 78520
Claimant

Joe W. Blocker
301 N. Chaparral
Fulton, Texas 78358
(361) 790-9350
Mr. Blocker was a deck hand on board the BROWN WATER V at the time of the accident.

Agustin Briseno
6684 Monte Vello
Brownsville, Texas
Mr. Briseno works at the Long Island Swing Bridge in Port Isabel, Texas. He has knowledge of the configuration of barges passing through the area and of the circumstances surrounding the area.

Rafael Briseno
1015 Timeer Drive
Brownsville, Texas
Mr. Briseno works at the Long Island Swing Bridge in Port Isabel, Texas. He has knowledge of the configuration of barges passing through the area and of the circumstances surrounding the area.

Steve Mosher
320 Cove Harbor
Post Office Box 2205
Rockport, Texas 78381-2205
Mr. Mosher is the President of Brown Water Towing I, Inc.

Captain Daniel Bryant
422 Palm
Laguna Vista, Texas
Captain Bryant has knowledge of the circumstances surrounding the accident.

Captain Joe Lee Bryant
104 Hwy 100 Lot 1
Port Isabel, Texas
Captain Bryant has knowledge of the circumstances surrounding the accident.

Cameron County
c/o Mr. George C. Kraehe
Willette & Guerra, LLP
3505 Boca Chica Blvd., Ste. 460
Brownsville, Texas 78521

Cameron County Attorney
c/o Yolanda De Leon
Courthouse
974 E. Harrison Street
Brownsville, Texas 78520-7198

Daniel Ceballos
c/o Burns International Security Services
Long Island, Texas
Mr. Ceballos has knowledge of the circumstances surrounding the accident.

Central Power & Light
c/o C.T. Corporation System
350 N. St. Paul Street
Dallas, Texas 75201
Potential Claimant

Captain Phil Colo
416 Barker Street
Laguna Vista, Texas
Captain Colo has knowledge of the circumstances surrounding the accident.

Edith Curtis
4268 Airport Road
Tioga, Texas 76271
Potential Claimant

Department of the Army
Corps of Engineers
1920 North Chaparral Street

Corpus Christi, Texas 78401
Attn: Mr. Elijio Garza, Area Engineer

Captain Steve Ellis
1016 Tarpon, #9
Port Isabel, Texas
Captain Ellis has knowledge of the circumstances surrounding the accident.


Robert and Virginia Fandrich
5101 Verdi Way
Stockton, CA 95207
Claimants

Cliff Fleming
721 Palm Blvd.
Laguna Vista, Texas
Mr. Fleming has knowledge of the circumstances surrounding the accident.

Colleen Forster
5652 Pinon Vista Drive
Austin, Texas 78724
Potential Claimant

Captain David Fowler
860 Debonair Drive
Mobile, Alabama 36695
(334) 639-1747
Captain Fowler was at the wheel of the BROWN WATER V at the time of the accident.

Captain James Franceschi
34 Sunburst Lane
Brownsville, Texas 78520
(956) 546-6103
Captain Franceshi was piloting the Irini Fout through the Brownsville Ship Channel when he heard Brown Water V's mayday call. He has personal knowledge of Captain Fowler's radio conversations subsequent to the accident. Captain Franceshi also has knowledge of the circumstances surrounding the accident and of previous groundings in the channel area.

Victor Franco
c/o Burns International Security Services
Long Island, Texas
Mr. Franco has knowledge of the circumstances surrounding the accident.

Gustavo Garcia

6939 West Business 83
Harlingen, Texas
Mr. Garcia has knowledge of the circumstances surrounding the accident.

Dolores Goette
410 Morris Street
Laguna Vista, Texas
Ms. Goette has knowledge of the circumstances surrounding the accident.

Captain Henry Goette
410 Morris Street
Laguna Vista, Texas
Captain Goette has knowledge of the circumstances surrounding the accident.

Bridgette Goza
c/o Mr. Ray R. Marchan
WATTS & HEARD, LLP
1926 E. Elizabeth
Brownsville, Texas 78520
Claimant

Mark Guillot
5705 Laguna Circle South, #202
South Padre Island, Texas
Mr. Guillot has knowledge of the circumstances surrounding the accident.

Daisy Harris
Address and telephone number unknown
Claimant

Raquel Teran Hinojosa
c/o Julian Rodriguez, Jr.
Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501
Claimant

Clarissa Hinojosa
c/o Julian Rodriguez, Jr.
Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501
Claimant

Omar Hinojosa

c/o Julian Rodriguez, Jr.
Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501
Claimant


Gaspar Hinojosa, II
c/o Julian Rodriguez, Jr.
Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501
Claimant

Ms. Kay Keese
Post Office Box 457
Bells, Texas 75414
Potential Claimant

Laguna Madre Water District of Port Isabel
c/o Mr. J.A. Magallanes
Magallanes, Hinojosa & Mancias, PC
1713 Boca Cica
Post Office Box 4901
Brownsville, Texas 78520
Claimant

Captain Phillip Langley
3326 Lakeside Drive
Rockwall, Texas 75087
(800) 873-9823
Captain Langley was the relief captain on board the tugboat Bruce Bordelon at the time of the accident. He has knowledge of the circumstances surrounding the accident.

Ricky Leavell
c/o William Q. McManus
McManus & Crane, LLP
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206
Claimant

Carol Leavell

c/o William Q. McManus
McManus & Crane, LLP.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206
Claimant


Long Island Bridge Company
c/o John R. Freeland
806 Pecan
McAllen, Texas 78501
(956) 943-1622
Employees of Long Island Bridge Company witnessed the four barges and tug pass under the bridge immediately prior to the accident. They also have knowledge of the configuration of barges passing through the area and of the circumstances surrounding the accident.

Doyle McClendon
3211 North Inspiration Road, Apt. 2
Mission, Texas 78572
Potential Claimant

Romeo Miller
3106 Barnes Bridge
Dallas, Texas 75228
Potential Claimant

Juan Antonio Mireles and Soleded Gonzalez Mireles
305 W. 10th Street
Los Fresons, Texas 78566
Claimants

J. Antonio Mireles
1112 First Street, #270
Coronado, CA 92118
Claimant, Personal Representative of the
Estate of Julio Cesar Mireles; Brother of Antonio Mireles

Captain Joseph Mock
Post Office Box 572
Port Isabel, Texas
Captain Mock has knowledge of the circumstances surrounding the accident.

Gustavo Mireles

c/o Mr. Ray R. Marchan
WATTS & HEARD, LLP
1926 E. Elizabeth
Brownsville, Texas 78520
Claimant

Dimas Mora
c/o W. Lamoine Holland
1920 Nacogdoches Road, Ste. 100
San Antonio, Texas 78209
Potential claimant

Ramon Moreno
Rt. 3, Box 708F
Los Fresnos, Texas
Mr. Moreno has knowledge of the circumstances surrounding the accident.

Dr. Donald Jay Mulkerne
Spring Hill Behavioral Health
100 Memorial Hospital Drive, Ste. 1-B
Mobile, Alabama 36608
Dr. Mulkerne is Capt. David Fowler's treating psychologist and has knowledge of the impact of the accident on Capt. Fowler's emotional and psychological well-being.

Charles Nathanson
23102 Botkins Road
Hockley, Texas 77477
Potential Claimant

Levie Paul Old
1200 N. Magnolia, #26
Rockport, Texas 78382
(361) 727-9165
Mr. Old was a deck hand on board the BROWN WATER V at the time of the accident.

Outdoor RV Resorts South Padre
c/o Dave Fletcher
900 South Garcia Street
Port Isabel, Texas 78578
Potential Claimant

Jacqueline Paddock

c/o Mr. Ray R. Marchan
WATTS & HEARD, LLP
1926 E. Elizabeth
Brownsville, Texas 78520
Claimant


Annaca Page
16810 Tranquil Drive
Sugar Land, Texas 77478
Potential Claimant

Ms. Eileen Peeples
Post Office Box 2283
New Caney, Texas 77357
Potential Claimant

Port Isabel-San Benito Navigation District
c/o Mr. Brian G. Janis
Sanchez, Whittington, Janis & Zabarte, LLP
100 North Expressway 83
Brownsville, Texas 78521-2284

Daniel Pugh
Telephone and address unknown
Mr. Pugh has knowledge of the circumstances surrounding the accident.

Dan Reeves
1806 Illinois
Port Isabel, Texas
Mr. Reeves has knowledge of the circumstances surrounding the accident.

Captain Russell Robinson
c/o R&R Hi-Way Baitstand
Port Isabel, Texas
Captain Robinson has knowledge of the circumstances surrounding the accident.

Esteban F. Rivas
c/o John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501
and

c/o J. Chad Gauntt
Gauntt & Kruppstadt, LLP
9004 Forest Crossing Drive, Ste. C
The Woodlands, Texas 77381
Claimant

Maria Miriam Rivas
c/o John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501
and
c/o J. Chad Gauntt
Gauntt & Kruppstadt, LLP
9004 Forest Crossing Drive, Ste. C
The Woodlands, Texas 77381
Claimant

N. Fay Rutledge
726 Partridge Lane
Eagle Lake, Texas 77434
Potential Claimant

Security Systems
Southwestern Bell Telephone
c/o Mr. Geoffrey Amsel
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78209
Claimant

Dale Ray Stockton
14648 Arroyo Drive
Harlingen, Texas
Mr. Stockton has knowledge of prior collisions of tugboats and barges with the Queen Isabella Causeway.

Russell Stockton
208 West Mesquite
South Padre Island, Texas
Mr. Stockton has knowledge of the circumstances surrounding the accident.

Texas Department of Public Safety
c/o Mary Ann Courter
5805 Lamar Blvd
Post Office Box 4087
Austin, Texas 78773-0001



Texas Department of Transportation
c/o Mark J. Spansel
ADAMS & REESE, LLP
4500 One Shell Square
New Orleans, LA 70139
and
Amadeo Saenz, District Engineer
600 West US 83 Expressway
PO Drawer EE
Pharr, Texas 78577
Potential Claimant

Texas Parks & Wildlife Department
c/o Boyd Kennedy
Staff Attorney
Law Enforcement Division
5541 Bear Lane, Ste. 232
Corpus Christi, Texas 78405
and
4200 Smith School Road
Austin, Texas 78744

Captain Dewitt Thomas
121 Channel
Port Isabel, Texas
Captain Thomas has knowledge of the circumstances surrounding the accident.

United States Coast Guard
Commanding Officer
Marine Safety Office - Corpus Christi
400 Mann Street, Ste. 210
Corpus Christi, Texas 78401
The United States Coast Guard performed an investigation of the accident.

Janie Valdez
7300 North Padre Blvd.

South Padre Island, Texas
Ms. Valdez has knowledge of the circumstances surrounding the accident.

Ross Viligura
828 Hughes
Box 429
Palacios, Texas 77465
(979) 578-1864
Mr. Villigura was a deck hand on board the BROWN WATER V at the time of the accident.

Sheldon Weisfeld
855 East Harrison Street
Brownsville, Texas 78520
Mr. Weisfeld is Captain Fowler's criminal attorney

Jim Wilson
United States Coast Guard
800 David Drive, Room 232
Morgan City, LA 70380
Mr. Wilson conducted the U.S.C.G. investigative hearings

Captain Rocky Lee Wilson
Post Office Box 2166
Port Aransas, Texas 78373
(361) 749-3633
Captain Wilson was the captain on board the BROWN WATER V at the time of the accident.

United States Department of Transportation
c/o Hon. Greg Serres, United States Attorney
600 East Harrison, Ste. 201
Brownsville, Texas 78520-7114

William Welch
c/o Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521
Claimant

William Morris Welch
c/o Mr. James B. Manley
Attorneys at Law
3616 Preston Road
Pasadena, Texas 77505
Claimant

Lydia Zamora
c/o Mr. Ray R. Marchan.
WATTS & HEARD, LLP
1926 E. Elizabeth
Brownsville, Texas 78520
Claimant

Craig Zimmerman
1/4 Mile North 100 on FM 1575
Post Office Box 4025
Los Fresnos, Texas
Mr. Zimmerman has knowledge of the circumstances surrounding the accident.

William Zimmerman
706 North Shore Drive
Port Isabel, Texas
Mr. Zimmerman has knowledge of the circumstances surrounding the accident.

All persons who have provided testimony at the United States coast Guard hearings.