United States District Court
Southern District of Texas
FILED

JAN 3 1 2003

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION | § | |
| OF BROWN WATER TOWING I, INC. AS | § | |
| OWNER, AND BROWN WATER MARINE | § | C.A. NO. B-01-157 |
| SERVICE, INC., AS BAREBOAT | § | Admiralty |
| CHARTERER, OF THE BROWN WATER V, | § | |
| ITS ENGINES, TACKLE, ETC., IN A | § | |
| CAUSE OF EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |
| | § | Consolidated with |
| | § | |
| IN RE THE COMPLAINT AND PETITION OF | § | |
| AMERICAN COMMERCIAL LINES LLC AS | § | C.A. NO. B-02-004 |
| OWNER, and AMERICAN COMMERCIAL | § | Admiralty |
| BARGE LINES, LLC, AS CHARTERER OF THE | § | |
| BARGES NM-315, VLB-9182, ACL-9933B, | § | |
| VLB-9173, IN A CAUSE OF EXONERATION | § | |
| FROM OR LIMITATION OF LIABILITY | § | |

**CLAIMANT LAGUNA MADRE WATER DISTRICT'S DESIGNATION OF EXPERTS**

Claimant Laguna Madre Water District serves its Designation of Experts in accordance with the Second Amended Joint Discovery/Case Management Plan.

**I.**
**Expert Designation**

Laguna Madre Water District would show that certain fact witnesses disclosed above may have special and unique knowledge regarding the circumstances surrounding the accident and losses sustained by the Water District that could arguably make them experts in those fields. Specifically, Laguna Madre Water District's employees as disclosed herein have such knowledge with their job functions for Laguna Madre Water District and therefore are additionally identified as potential expert witness.

Eduardo "Eddie" Hernandez
117 E. Price Rd.
Brownsville, Texas 78520
(956) 541-9001
Former General Manager of Laguna Madre Water District of Port Isabel has knowledge of the circumstances surrounding the accident and losses sustained by the Water District.

Carlos J. Galvan, Jr.
105 Port Road
Port Isabel, Texas 78578
(956) 943-2626
Assistant Director of Operations of Laguna Madre Water District of Port Isabel has knowledge of the circumstances surrounding the accident and losses sustained by the Water District.

Daniel Mena
105 Port Road
Port Isabel, Texas 78578
(956) 943-2626
Director of Finance of Laguna Madre Water District of Port Isabel has knowledge of the circumstances surrounding the accident and losses sustained by the Water District.

Arturo Martinez
105 Port Road
Port Isabel, Texas 78578
(956) 943-2626
Acting General Manager of Laguna Madre Water District of Port Isabel has knowledge of the circumstances surrounding the accident and losses sustained by the Water District.

## II.
## Expert Report

Although not technically an expert report, a breakdown of charges for damages incurred by Laguna Madre Water District is attached hereto. Such report has been compiled from all available information by Laguna Madre Water District.

Respectfully submitted,
**Magallanes & Hinojosa, P.C.**
1713 Boca Chica Blvd.
Brownsville, TX 78520
(956) 544-6571 - telephone
(956) 544-4290 - fax

By: _____
[For the Firm]
Juan A. Magallanes
State Bar No.12879500
Federal ID No. 2258
Carlos Escobar
State Bar No. 24025351
Federal ID No. 25649
Attorneys for The Laguna
Madre Water District

# Laguna Madre Water District
### Causeway Emergency Disaster
### Overall Actual and Estimated Cost

| Boat Rental, Gas/Oil, Slip | |
|---|---|
| Pablo Villarreal | $232.98 |
| Sergio Cisneros | $350.00 |
| Boat Rental Sept.19,01 to Oct.19,01 | $600.00 |
| Slip Sept.19,01 to Oct.19, 01 | $65.00 |
| Gas/Oil | $100.00 |
| Total | $1,347.98 |

| Water Loss Cost | |
|---|---|
| Water Loss from pipe leaking from 9/15/01 to 10/17/01. | |
| 4,326,200gal. at $2.00 per thousand gallons | $8,652.40 |
| Total | $8,652.40 |

| Laguna Madre Water District Labor | |
|---|---|
| Sept. 15, 2001: | |
| Joel Lopez  4hrs. X $8.75 (3am-7am) | $35.00 |
| Jimmy Ochoa 5hrs. X $17.60 (6am-11am) | $88.00 |
| Rudy Garza 5hrs. X $17.60 (6am-11am) | $88.00 |
| Ruben Villarreal 5hrs. X $17.60 (6am-11am) | $88.00 |
| Frankie Cisneros 5hrs. X $17.60 (6am-11am) | $88.00 |
| Carlos J. Galvan, Jr. 8hrs. X $15.50 (3am-11am) | $124.00 |
| Juan Fernandez 8hrs. X $17.60 (3am-11am) | $140.80 |
| Luis Barberena 8hrs. X $17.60 (3am-11am) | $140.80 |
| Memo Perez 7hrs. X $21.24 (4am-11am) | $148.68 |
| Arturo Martinez 7hrs X $26.44 (4am-11am) | $185.08 |
| Mr. Hernandez 7hrs. X $43.27 (4am-11am) | $302.89 |
| Breakfast Meeting | $50.72 |
| Sept. 16, 2001: | |
| Carlos J. Galvan, Jr. 3hrs. X $15.50 (6pm-9pm) | $46.50 |
| Luis Barberena 3hrs. X $17.60 (6pm-9pm) | $52.80 |
| Arturo Martinez 3hrs. X 26.44 (6pm-9pm) | $79.32 |
| Total | $1,658.59 |

| 16" pipe line | |
|---|---|
| 500 linear feet of C900(DR-25) PVC Pipe | $12,000.00 |
| Total | $12,000.00 |

| Laguna Madre Water District | |
|---|---|
| Loss of Revenue | $134,224.00 |
| Total | $134,224.00 |
| Grand Total | $157,882.97 |



## CERTIFICATE OF SERVICE

I hereby certify that on the ___31st___ day of January, 2003, a true and correct copy of the foregoing document was served on the counsel of record as indicated on the attached service list via fax and/or regular mail.

_____
[For the Firm]
J. A. Magallanes
Carlos Escobar

# Service List

John David Franz
The Law Offices of John David
Franz
400 N. McColl
McAllen, Texas 78501
(956) 686-3578 - facsimile

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Ste.
C
The Woodlands, Texas 77381
(281) 367-3705 - facsimile

Mr. Jack F. Gilbert
Office of the Attorney General
Transportation Division
P.O. Box 12548
Austin, Texas 78711-2548
(512) 472-3855 - facsimile

Mark J. Spanesl
ADAMS & REESE, L.L.P.
4500 One Shell Square
New Orleans, LA 70139
(504) 566-0210- facsimile
*Attorney fo Tx. Dept. of*
*Transportation*

Mr. James Manley
Attorneys at Law
3616 Preston Road
Pasadena, Texas 77505
(713) 947-6956 - facsimile
*Attorney for William M. Welch*

Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 Elizabeth
Brownsville, Texas 78520
(956) 541-0255 - facsimile
*Attorney for Plaintiffs Lydia*
*Zamora, Indv. and as Rep of the*
*Estate of Hector Martinez, Jr.,*
*Deceased; Gustavo Morales;*
*Bigo's International, L.L.C.;*
*Esteban F. Rivas and Maria*
*Miriam Rivas, Indv. and as Rep.*
*of the Estate of Stevan F. Rivas;*
*Jacqueline Paddock, Indv. and*
*a/n/f of William B. Welch and as*
*Rep of the Estate of Chelsea*
*Welch*

William Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
P.O. Box 2206
Victoria, Texas 77902-2206
(361) 575-8454 - facsimile

Mr. Heriberto Medrano
Law Offices of Heriberto
Medrano
1101 West Tyler
Harlingen, Texas 78550
(956) 428-2495 - facsimile
*Attorney for Ricky Leavell and*
*Carol Leavell, Indv. and as Rep.*
*of the Estate of Robin Faye*
*Leavell, Deceased*

Mr. Les Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
(361) 887-6521 - facsimile

Mr. Geoffrey Amsel
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78209
(210) 222-7194 - facsimile

Julian Rodriguez, Jr.
Law Office of Julian Rodriguez,
Jr.
100 W. Pecan
McAllen, Texas 78501
(956) 682-4544 -facsimile
*Attorney for Omar Hinojosa,*
*Indv. and as administrator of the*
*Estate of Gaspar Hinojosa,*
*Raquel Hinojosa, Clarissa*
*Hinojosa, Gaspar Hinojosa II,*
*Rita Hinojosa and Martin*
*Hinojosa*

Ms Veronica Farias
Law Offices of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521
(956) 546-2234 - facsimile

W. Lamoine Holland
State I.D. No. 09856000
1920 Nacogdoches Road, Ste.
100
San Antonio, Texas 78209
(210) 824-8141- facsimile

Thomas E. Quirk
Aaron & Quirk
901 N. E. Loop 410, Ste. 903
San Antonio, Texas 78209-
1307
(210) 820-0214 - facsimile

Mr. Raymond Thomas
Mr. Andres H. Gonzalez, Jr.
Kittleman, Thomas, Ramirez &
Gonzales
4900-B N. 10th Street
McAllen, Texas 78504
(956) 630-5199 -facsimile

Jim S. Hart
Williams, Bailey Law Firm,
L.L.P.
8441 Gulf Freeway, Ste. 600
Houston, Texas 77017
(713) 643-6226 -facsimile

Thomas R. Ajamie
S. Mark Strawn
Schirmeister Ajamie, L.L.P.
Pennzoil Place - South Tower
711 Louisiana, Ste. 2150
Houston, Texas 77002

Richard Leo Harrell
The Edwards Law Firm
P.O. Box 480
Corpus Christi, Texas 78403
(361) 698-7615 - facsimile

Frank Enriquez
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504
(956) 618-5064 - facsimile

Will W. Pierson
Keith Uhles
James Hunter
ROYSTON, RAYZOR,
VICKERY & WILLIAMS,
L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
(361) 884-7261 - facsimile
*Attorney for Petitioners*

Glenn G. Goodier
Jones, Walker, Waechter,
Poitevent, Carrere & Denegre,
L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100
*Attorney for ACBL*

Mikal C. Watts
WATTS & HEARD, L.L.P.
Tower II Building
555 N. Carancahua, 14th Floor
Corpus Christi, Texas 78478
(361) 887-0055

William R. Edwards
The Edwards Law Firm, LLP
1400 Frost Bank Plaza
Corpus Christi, Texas 78403-0480

Phil A. Bellamy
Law Offices of Phil A. Bellamy
815 Ridgewood
Brownsville, Texas 78520
*Attorney for ZT, Inc. d/b/a
Wings and Mirage*

Sandra D. Laurel
Snow & Laurel, LLP
310 West Sunset
San Antonio, Texas 78209
*Attorney for Daisy Harris as
Admin. of the Estate of Robert
Victor Harris*

United States Dept. of Trans.
c/o Hon. Greg Serres, U. S.
Attorney
600 E. Harrison, Ste. 201
Brownsville, Texas 78520

Attn: Amadeo Saenz, District
Engineer
TX Dept. of Trans.
P.O. Drawer EE
Pharr, Texas 78577

A. G. Hill Power
c/o Janet Thompson
6654 Leopard Street
Corpus Christi, Texas 78409
Central Power & Light
c/o C.T. Corporation System
350 N. St. Paul Street
Dallas, Texas 75201

Outdoor RV Resorts South
Padre
c/o Dave Fletcher
900 South Garcia Street
Port Isabel, Texas 78578

Long Island Bridge Company
c/o John R. Freeland
806 Pecan Street
McAllen, Texas 78501

Brian G. Janis
Sanchez, Whittington, Janis &
Zabarte,LLP
100 North Expressway 83
Brownsville, Texas 78521
*Attorney for Port Isabel San
Benito Navigation District*

Heather Askwig
2332 West Solano Drive
Phoenix, AZ 85015

Edith Curtis
4268 Airport Road
Tioga, Texas 76271

Kay Keese
P.O. Box 457
Bells, Texas 75414

Doyle McClendon
3211 North Inspiration Rd., Apt
2
Mission, Texas 78572

Robert and Virginia Fandrich
5101 Verdi Way
Stockton, CA 95207

Charles & Darla Nathanson
23102 Botkins Road
Hockley, Texas 77447

Annaca Page
16810 Tranquil Drive
Sugar Land, Texas 77478

N. Fay Ruthledge
726 Partridge Lane
Eagle Lake, Texas 77434

Romeo Miller
3106 Barnes Bridge
Dallas, Texas 75228

George c. Kraehe
Willette & Guerra, LLP
3505 Boca Chica Blvd., Ste.
460
Brownsville, Texas 78521
*Attorney for Cameron County*

Ms. Colleen Forster
5652 Pinon Vista Drive
Austin, Texas 78724

Attn: Elijio Garza, Area
Engineer
Dept. of the Army
Corps of Engineers
1920 N. Chaparral Street
Corpus Christi, Texas 78404

Attn: Boyd Kennedy
Staff Attorney, Law
Enforcement Division
Texas Parks & Wildlife Dept.
420 Smith School Road
Austin, Texas 78744

Texas Parks & Wildlife Dept.
5541 Bear Lane, Ste. 232
Corpus Christi, Texas 78405

Commanding Officer
Attn: Lt. D.J. Fassero
Freedom of Info. Coordinator
U. S. Coast Guard
Marine Safety Office-Corpus
Christi
400 Mann Street, Ste. 210
Corpus Christi, Texas 78401

Mary Ann Courter
TX Dept. of Public Safety
5805 Lamar Blvd.
Austin, Texas 78773-0001

Attn: Michael Ratliff
Office of Attorney General -
State of Texas
P.O. Box 12548
Austin, Texas 78711-2548

Eileen Peeples
P.O. Box 2283
New Caney, Texas 77357

W. Lamoine Holland
1920 Nacogdoches Rd., Ste.
100
San Antonio, Texas 78209

Yolanda De Leon
County Attorney
Cameron County Courthouse
974 E. Harrison Street
Brownsville, Texas 78520

John and Mary McCoy
514 Brookside Pass
Cedar Park, Texas 78613