United States District Court
Southern District of Texas
FILED

FEB 0 4 2003

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * * * * * * * * | C. A. NO. B-01-157 Admiralty |
| | | Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES, LLC AS OWNER, AND AMERICAN COMMERCIAL BARGE LINE, LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * * * * * * * * * | C. A. No. B-02-004 Admiralty |
| | | and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | * * * * * * * * * * * * * * * | C. A. NO. B-02-125 Admiralty |

N0936879.1

## SUGGESTION OF BANKRUPTCY

On January 31, 2003, American Commercial Barge Line LLC and American Commercial Lines LLC each filed Petitions pursuant to Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Louisiana, New Albany Division, which Petitions are pending as case No. 03-90307 (BHL-11) and case No. 03-90305 (BHL-11), respectively, on the docket of said Court.

As provided in 11 U.S.C. §362, the filing of the foregoing Petitions operates as a stay of the continuation of any judicial proceedings against American Commercial Barge Line LLC and American Commercial Lines LLC.

This 3rd day of February, 2002.

Glenn G. Goodier, Attorney-in-Charge
By Order Entered 4/23/02
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:   (504) 582-8174
Facsimile:    (504) 582-8010

N0936879.1                                     - 2 -

LES CASSIDY
State Bar Number 03979270
Federal Identification Number 5931
1020 Bank of America
500 North Water Street
Corpus Christi, Texas  78471
Telephone:  (361) 887-2969
Facsimile:  (361) 886-3299

OF COUNSEL:

WOOLSEY & CASSIDY, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas  78471
Telephone:  (361) 887-2969
Facsimile:  (361) 886-3299

Counsel for Petitioners,
American Commercial Lines LLP and
American Commercial Barge Line LLC
and Deere Credit, Inc. (formerly Senstar Finance Company), as Owner of the Barge NM-315, State
Street Bank and Trust Company of Connecticut, N.A., as Owner/Trustee of the Barge ACL-9933B
and Not in Its Individual Capacity, and General Electric Capital Corporation, as Beneficial Owner
of the Barge ACL-9933B

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been properly mailed to all known potential
parties and/or their counsel on this 3rd day of February, 2003.

GLENN G. GOODIER