United States District Court
Southern District of Texas
FILED

FEB 0 6 2003

Michael N. Milby
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION FOR BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERS, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § | C.A. NO. B-01-157 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| AND | § § | |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER AND AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-912, ACL-9993B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § | (consolidated from C.A. No. B-02-004) |

## CLAIMANT'S RENE MATA and FRANK MATA'S
## DESIGNATION OF EXPERTS

Claimants RENE MATA and FRANK MATA serve its Designation of Expert Witnesses.

I.

### Expert Designation

*Claimants would show that certain fact witnesses disclosed below may have special knowledge regarding the circumstances surrounding the incident in question and therefore are identified as potential expert witnesses. By identifying these witnesses, claimants do not vouch for or endorse them as "experts," nor are they stating that these witnesses are qualified as such.*

American Commercial Barge Lines
c/o Mr. Glen Goodier Jones, Walker, Waechter, Poitevent, Carrere & Denegre, LLP
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100
*Owner of barges pulled by BROWN WATER V at the time of the accident.*

Eddie Arriola
1616 Michigan
Port Isabel, Texas
*Mr. Arriola is the supervisor of the Long Island Swing Bridge in Port Isabel, Texas. He has knowledge of different barge cor~igurations passing through the area and of the circumstances surrounding the accident.*

Joe W. Blocker
301 N. Chaparral
Fulton, Texas 78358
(361) 790-9350
*Mr. Blocker was a deck hand on board the BROWN WATER V at the time of the accident.*

Agustin Briseno
6684 Monte Vello
Brownsville, Texas
*Mr. Briseno works at the Long Island Swing Bridge in Port Isabel, Texas. He has knowledge of the configuration of barges passing through the area and of the circumstances surrounding the area.*

Rafael Briseno
1015 Timeer Drive
Brownsville, Texas
*Mr. Briseno works at the Long Island Swing Bridge in Port Isabel, Texas. He has knowledge of the configuration of barges passing through the area and of the cirGumstances surrounding the area.*

Steve Mosher
320 Cove Harbor
Post Office Box 2205
Rockport, Texas 78381-2205
*Mr. Mosher is the President of Brown Water Towing I, Inc.*

Captain Daniel Bryant
422 Palm
Laguna Vista, Texas
*Captain Bryant has knowledge of the circumstances surrounding the accident.*

Captain Joe Lee Bryant
104 Hwy 100 Lot 1
Port Isabel, Texas
*Captain Bryant has knowledge of the circumstances surrounding the accident.*

Daniel Ceballos
c/o Burns International Security Services
Long Island, Texas
*Mr. Ceballos has knowledge of the circumstances surrounding the accident.*

Captain Phil Colo
416 Barker Street
Laguna Vista, Texas
*Captain Colo has knowledge of the circumstances surrounding the accident.*

Department of the Army
Corps of Engineers
1920 North Chaparral Street
Corpus Christi, Texas 78401
Attn: Mr. Elijio Garza, Area Engineer
*May have knowledge as to the contributing factors for the accident.*

Captain Steve Ellis
1016 Tarpon, #9
Port Isabel, Texas
*Captain Ellis has knowledge of the circumstances surrounding the accident.*

Cliff Fleming
721 Palm Blvd.
Laguna Vista, Texas
*Mr. Fleming has knowledge of the circumstances surrounding the accident.*

Captain David Fowler
860 Debonair Drive
Mobile, Alabama 36695
(334) 639-1747
*Captain Fowler was at the wheel of the BROWN WATER V at the time of the accident.*

Captain James Franceschi
34 Sunburst Lane
Brownsville, Texas 78520
(956) 546-6103
*Captain Franceshi was piloting the Irini Fout through the Brownsville Ship Channel when he heard Brown Water V's mayday call. He has personal knowledge of Captain Fowler's radio conversations subsequent to the accident. Captain Franceshi also has knowledge of the circumstances surrounding the accident and of previous groundings in the channel area.*

**IN RE BROWN WATER**
*Claimants' Designation of Experts*                                                    Page -3-

Victor Franco
c/o Burns International Security Services
Long Island, Texas
*Mr. Franco has knowledge of the circumstances surrounding the accident.*

Gustavo Garcia
6939 West Business 83
Harlingen, Texas
*Mr. Garcia has knowledge of the circumstances surrounding the accident.*

Dolores Goette
410 Morris Street
Laguna Vista, Texas
*Ms. Goette has knowledge of the circumstances surrounding the accident.*

Captain Henry Goette
410 Morris Street
Laguna Vista, Texas
*Captain Goette has knowledge of the circumstances surrounding the accident.*

Mark Guillot
5705 Laguna Circle South, #202
South Padre Island, Texas
*Mr. Guillot has knowledge of the circumstances surrounding the accident.*

Captain Phillip Langley
3326 Lakeside Drive
Rockwall, Texas 75087
(800) 873-9823
*Captain Langley was the relief captain on board the tugboat Bruce Bordelon at the time of the accident. He has knowledge of the circumstances surrounding the accident.*

Long Island Bridge Company
c/o John R. Freeland
806 Pecan
McAllen, Texas 78501
(956) 943-1622
*Employees of Long Island Bridge Company witnessed the four barges and tug pass under the bridge immediately prior to the accident. They also have knowledge of the configuration of barges passing through the area and of the circumstances surrounding the accident.*

Captain Joseph Mock
Post Office Box 572
Port Isabel, Texas
*Captain Mock has knowledge of the circumstances surrounding the accident.*

Ramon Moreno
Rt. 3, Box 708F
Los Fresnos, Texas
*Mr. Moreno has knowledge of the circumstances surrounding the accident.*

Dr. Donald Jay Mulkerne
Spring Hill Behavioral Health
100 Memorial Hospital Drive, Ste. 1-B
Mobile, Alabama 36608
*Dr. Mulkerne is Capt. David Fowler's treating psychologist and has knowledge of the impact of the accident on Capt. Fowler's emotional and psychological well-being.*

Levie Paul Old
1200 N. Magnolia, #26
Rockport, Texas 78382
(361) 727-9165
*Mr. Old was a deck hand on board the BROWN WATER V at the time of the accident.*

Port Isabel-San Benito Navigation District
c/o Mr. Brian G. Janis
Sanchez, Whittington, Janis & Zabarte, LLP
100 North Expressway 83
Brownsville, Texas 78521-2284
*May have knowledge of the circumstances surrounding the accident.*

Daniel Pugh
Telephone and address unknown
*Mr. Pugh has knowledge of the circumstances surrounding the accident.*

Dan Reeves
1806 Illinois
Port Isabel, Texas
*Mr. Reeves has knowledge of the circumstances surrounding the accident.*

Captain Russell Robinson
c/o R&R Hi-Way Baitstand
Port Isabel, Texas
*Captain Robinson has knowledge of the circumstances surrounding the accident.*

Dale Ray Stockton
14648 Arroyo Drive
Harlingen, Texas
*Mr. Stockton has knowledge of prior collisions of tugboats and barges with the Queen Isabella Causeway.*

Russell Stockton
208 West Mesquite
South Padre Island, Texas
*Mr. Stockton has knowledge of the circumstances surrounding the accident.*

Texas Department of Public Safety
c/o Mary Ann Courter
5805 Lamar Blvd
Post Office Box 4087
Austin, Texas 78773-0001
*May have knowledge of the circumstances surrounding the accident.*

Texas Parks & Wildlife Department
c/o Boyd Kennedy
Staff Attorney
Law Enforcement Division
5541 Bear Lane, Ste. 232
Corpus Christi, Texas 78405
and
4200 Smith School Road
Austin, Texas 78744
*May have knowledge of the circumstances surrounding the accident.*

Captain Dewitt Thomas
121 Channel
Port Isabel, Texas
*Captain Thomas has knowledge of the circumstances surrounding the accident.*

United States Coast Guard
Commanding Officer
Marine Safety Office - Corpus Christi
400 Mann Street, Ste. 210
Corpus Christi, Texas 78401
*The United States Coast Guard performed an investigation of the accident.*

Janie Valdez
7300 North Padre Blvd.
South Padre Island, Texas
*Ms. Valdez has knowledge of the circumstances surrounding the accident.*

Ross Viligura
828 Hughes
Box 429
Palacios, Texas 77465
(979) 578-1864
*Mr. Villigura was a deck hand on board the BROWN WATER V at the time of the accident.*

Jim Wilson
United States~Coast Guard
800 David Drive, Room 232
Morgan City, LA 70380
*Mr. Wilson conducted the U.S.C.G. investigative hearings*

Captain Rocky Lee Wilson
Post Office Box 2166
Port Aransas, Texas 78373
(361) 749-3633
*Captain Wilson was the captain on board the BROWN WATER V at the time of the accident.*

United States Department of Transportation
c/o Hon. Greg Serres, United States Attorney
600 East Harrison, Ste. 201
Brownsville, Texas 78520-7114
*May have knowledge of the circumstances surrounding the accident.*

Craig Zimmerman
1/4 Mile North 100onFM 1575
Post Office Box 4025
Los Fresnos, Texas
*Mr. Zimmerman has knowledge of the circumstances surrounding the accident.*

William Zimmerman
706 North Shore Drive
Port Isabel, Texas
*Mr. Zimmerman has knowledge of the circumstances surrounding the accident.*

*The individuals/institutions listed below are health care providers who have rendered or will render care to Rene Mata. They may testify regarding the effects which the incident in question has had on Rene Mata, including physical, emotional and psychological damage and/or mental anguish. They may also testify as to the physical and/or psychological diagnosis and prognosis for Rene Mata. They may further testify as to the reasonableness and necessity of the medical care provided and/or needed, as well as the costs and expenses associated with that care. Their opinions may be based on their treatment of Rene Mata and their review of the medical records. They are qualified by their education and training in their respective fields of medicine, psychiatry, and healthcare.*

Cardiovascular Association
Ruben M. Lopez, M.D.
2121 Pease Street, Suite 207
Harlingen, Texas 78550

Valley Orthopedic Surgery
1629 Treasure Hills Blvd., Suite B1
Harlingen, Texas 78550

Brownsville Neurological Institute
800 West Jefferson Street, Suite 140
Brownsville, Texas 78520

EMCare Emergency
P.O. Box 13826
Philadelphia, PA 19101-3826

South Texas Emergency Care Foundation
1705 Vermont
P.O. Box 533668
Harlingen, Texas 78553-3668

Medical Homecare, Inc.
2202 S. 77 Sunshine Strip, Suite E
Harlingen, Texas 78550

Valley Baptist Medical Center
P.O. Box 2588
Harlingen, Texas 78551-2588

Harlingen Anesthesia
1702 Ed Carey Drive
Harlingen, Texas 78550-8202

Heart Clinic, P.A.
2310 N. Ed Carey Drive, Suite 1A
Harlingen, Texas 78550

Coastal Radiology Consultants, P.A.
P.O. Box 201178
Houston, Texas 77216

Pathology Laboratories
1620 N. Ed Carey Drive
Harlingen, Texas 78550-8286

Valley Regional Medical Center
P.O. Box 406655
Atlanta, GA 30384-6655

Valley Comprehensive Management Center
1100 N. Expressway, Suite 3
Brownsville, Texas 78521

Columbia Valley Healthcare System
100 East Alton Gloor Blvd., Bldg. A
Brownsville, Texas 78526

Harlingen Community Emerg Care Foundation
2733 S. 77 Sunshine Strip
Harlingen, Texas 78550

*The following list of people are experts retained by Claimants in this cause of action.*

1.     Dr. Joe G. Gonzales, M.D.
       TEXAS PHYSICAL MEDICINE & REHABILITATION
       2833 Babcock Suite 315
       San Antonio TX 78229
       (210) 692-2000

**IN RE BROWN WATER**
*Claimants' Designation of Experts*                                          **Page -9-**

Dr. Gonzales is board certified in Physical Medicine & Rehabilitation, and may testify as to the mental and emotional conditions, diagnosis, and prognosis of Rene Mata. He may provide expert testimony regarding the past, present and future medical, psychiatric and psychological care and treatment that Rene Mata has received and, in all likelihood, will require in the future, as well as the reasonableness and necessity of the expenses related to their care and treatment. The mental impressions and opinions held by Dr. Gonzales will be based on his education, experience and training, including what is reflected in his curriculum vitae (a copy of which plaintiffs have attached hereto as *Exhibit "A,"* which is incorporated herein for all intents and purposes), as well as his review of the pertinent materials, documents, and testimony in this case and his investigation and analysis of the facts. The facts known to Dr. Gonzales and his mental impressions and opinions will be more clearly detailed in the "Life Care Plan and Cost Projections" in Rene Mata's Medical Damages Report, which is attached hereto as *Exhibit "C,"* and his deposition, if any, both of which are incorporated herein for all intents and purposes.

2.      T. Walter Harrell, Ph.D., ABPP
        7307 Creekbluff Crive
        Austin, Texas 78750
        (512) 459-4315

Dr. Harrell is a board certified Rehabilitation Psychologist and Psychotherapist, who may testify in the areas of Rehabilitation and Psychology. He may testify regarding the mental and emotional conditions, diagnosis, and prognosis of Rene Mata. He may also provide expert testimony regarding the past, present and future psychiatric and psychological care and treatment that Rene Mata has received and, in all likelihood, will require in the future, as well as the reasonableness and necessity of the expenses related to their care and treatment. Furthermore, he may provide testimony regarding the past, present and future mental, emotional and psychological damage suffered by Rene Mata as a result of the incident in question. The mental impressions and opinions held by Dr. Harrell will be based on his education, experience and training, including what is reflected in his curriculum vitae (a copy of which is attached hereto as *Exhibit "B,"* which is incorporated herein for all intents and purposes), as well as his review of the pertinent materials, documents, and testimony in this case and his investigation and analysis of the facts. The facts known to Dr. Harrell and his mental impressions and opinions will be more clearly detailed in the "Life Care Plan and Cost Projections" in Rene Mata's Medical Damages Report, which is attached hereto as *Exhibit "C,"* and his deposition, if any, both of which are incorporated herein for all intents and purposes.

Claimants hereby also designate all retained experts designated by the other Claimants herein, for all intents and purposes, as if fully set forth herein.

Claimants hereby also designate all persons who have provided testimony at the United States Coast Guard hearings related to the incident in question.

**IN RE BROWN WATER**
*Claimants' Designation of Experts*                                    **Page -10-**

In addition, Claimants may call or cross-examine any or all of the fact and/or the expert witnesses, corporate representatives and/or trial representatives designated by the Petitioners and other Claimants. The fact that Claimants may call or cross examine any expert designated by other parties is not an admission that such designated person is an "expert" and Claimants reserve their right to object to any or all "experts" of the other parties in the event they do not qualify as "expert" pursuant to the rules.

Claimants reserve the right to further designate and supplement in accordance with the Texas Rules of Civil Procedure.

Respectfully submitted,

By: _____

**Raymond L. Thomas**
Attorney-in-Charge
Texas State Bar No. 19865350
Federal Bar No. 10715
**Andres H. Gonzalez, Jr.**
Texas State Bar No. 24002156
Federal Bar No. 22196

***KITTLEMAN, THOMAS, RAMIREZ &***
***GONZALES, PLLC***
4900-B North 10th Street
McAllen, Texas 78504
(956) 686-8797
(956) 630-5199 (fax)

**ATTORNEYS FOR CLAIMANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served in accordance with the Federal Rules of Civil Procedure to the following parties on February 5, 2003:

Mr. Mark J. Spansel
Adams & Reese, L.L.P.
4500 One Shell Square
New Orleans, LA 70139

Mr. James B. Manley
Attorneys at Law
3616 Preston Road
Pasadena, Texas 77505

Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381

William Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550

Mr. Glen Goodier
Jones, Walker, Waechter, Poitevent, Carrere    &
Denegre, L.L.P.
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100

Mr. Les Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471

Mr. Jack F. Gilbert
Office of the Attorney General
Transportation Department
Post Office Box 12548
Austin, Texas 78711-2548

W. Lamoine Holland
Law Office of W. Lamoine Holland
1920 Nacogdoches Rd., Suite 100
San Antonio, Texas 78209

Frank Enriquez
Roberto D. Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

Richard Leo Harrell
The Edwards Law Firm, L.L.P.
P.O. Box 480
Corpus Christi, Texas 78403-0480

Jim S. Hart
Nejd Yaziji
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

Cliff Gerrard
Independence Plumbers of South Texas
8602 Robindell Drive
Houston, Texas 77074

**IN RE BROWN WATER**
*Claimants' Designation of Experts*

Page -12-

Michael L. Slack
Micheal Davis
Slack & Davis, L.L.P.
Building Two, Suite 2110
8911 Capital of Texas Hwy., North
Austin, Texas 78759

Robert and Virginia Fandrich
5101 Berdi Way
Stockton, CA 95207

Mr. J. A. Magallanes
Carlos Escobar
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Blvd./P.O. Box 4901
Brownsville, Texas 78520

Julian Rodriguez, Jr.
Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501

Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

John and Mary McCoy
514 Brookside Pass
Cedar Park, Texas 78613

Thomas R. Ajamie
S. Mark Strawn, Esq.
Schirmeister Ajamie, L.L.P.
711 Louisiana Street, Suite 2150
Houston, Texas 77002

Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209- 1307

Will Pierson
Royston, Rayzor, Vickery & Williams, L.L.P.
606 North Carancahua, Suite 1700
Corpus Christi, Texas 78476

Keith N. Uhles
James H. Hunter , Jr.
Royston, Rayzor, Vickery & Williams, L.L.P.
55 Cove Circle
Brownsville, Texas 78521

Mr. Geoffrey Amsel
SBC Management Services
1010 N. St. Mary'ss Room 1403
San Antonio, Texas 78209

Andres H. Gonzalez, Jr.

**IN RE BROWN WATER**
*Claimants' Designation of Experts*

(Eff 7/98)

# CURRICULUM VITAE
### Joe G. Gonzales, M.D.

**BUSINESS**
**ADDRESS:**
Texas Physical Medicine & Rehabilitation Institute
2140 Babcock Road, Suite 201
San Antonio, TX 78229
(210) 692-2000 – Office
(210) 592-2010 – FAX
07/98 - Present

**SPECIALTY:**
Physical Medicine & Rehabilitation*
Pain Management*
Occupational Medicine*
Hyperbaric Medicine/Wound Care
          *(Board Certified)

**POST GRADUATE**
**TRAINING:**
Department of Physical Medicine & Rehabilitation
University of TX Health Science Center
San Antonio, TX
*Specialty Residency*
7/85 – 6/88

Department of Family Practice
Texas Tech University Health Science Center
Lubbock, TX
*Internship*
07/84 – 06/85

**EDUCATIONAL**
**BACKGROUND:**
Texas Tech University Health Science Center
Lubbock, TX
Degree: M.D.
5/80 – 5/84
Awards:  Family Practice Outstanding Student Award

Baylor College of Medicine
Texas Medical Center
Houston, TX
Degree:  Bachelor of Health Science Degree
          Physician Assistant Certification
08/75 – 08/77
Awards:  Henry D. McIntosh Award for Clinical Excellence



PLAINTIFF'S
EXHIBIT
A

2

CURRICULUM VITAE
Joe G. Gonzales, M.D.


EDUCATIONAL
BACKGROUND (Cont.):

San Angelo State University
Department of Nursing
San Angelo, TX
Degree:  Associate of Science & Nursing (R.N.) Degree
08/71 – 08/73

San Angelo School of Vocational Nursing
San Angelo, TX
Degree:  Diploma & Certification – Licensed Vocational Nurse
03/70 – 03/71


LICENSE and
CERTIFICATION:

Texas Medical License – Physician Permit
License #:  G8135
Issued August 1985

Board Certification – Physical Medicine & Rehabilitation
Certificate #:  3039
Issued May 1989

Board Certification – American College of Pain Medicine
March 1994

American College of Occupational & Environmental Medicine
Active Member
January 1992

American Academy of Pain Management
Fellow
February 1992

Undersea & Hyperbaric Medical Society
Member
May 1995

3

CURRICULUM VITAE
Joe G. Gonzales, M.D.

PROFEESIONAL
AFFLIATIONS:

- American Medical Association
- Texas Medical Association
- Bexar County Medical Society
- Texas Physical Medicine & Rehabilitation Society
- American Academy of Physical Medicine & Rehabilitation
- American Congress of Rehabilitation Medicine
- American College of Occupational & Environmental Medicine
- Mexican American Physician's Association
- San Antonio Physical Medicine & Rehabilitation Society, (Organizer & Past President)
- Undersea & Hyperbaric Medical Society – Member
- American College of Hyperbaric Medicine – Member

PREVIOUS
EXPERIENCE:

Hyperbaric Oxygen, Inc./Total Wound Treatment Centers
Corporate Medical Director
03/98 – Present

Advance News Magazine
Consultant
07/97 – Present

Warm Springs & Baptist Rehabilitation Network
Hyperbaric Medicine & Wound Care Center
08/95 - Present

South TX PM&R Group
Founder & Past President
02/87 – 06/98

Warm Springs Rehabilitation Center
NW Clinic & System Outpatient Director
01/94 – 06/98

4

CURRICULUM VITAE
Joe G. Gonzales, M.D.


PREVIOUS
EXPERIENCE (Cont.):

South Texas Rehabilitation Center
Development & Directorship
*San Antonio's First Comprehensive Outpatient
Physical Medicine & Rehabilitation Center
01/87 – 1993

Rehabilitation Institute of San Antonio
Past Director – Physical Medicine & Rehabilitation
Past Director – Spinal Cord Injury Rehabilitation Program
Past Director – Orthopedic Rehabilitation Program
01/88 – 10/90

South Plains Rehabilitation Center
Quaker & Brownfield Highway
Lubbock, TX
Associate & Active Developer – Lubbock's first comprehensive
Outpatient Physical Medicine & Rehabilitation Center

POSTGRADUATE ACTIVITIES
JOE G. GONZALES, M.D.
Updated: May 1998

CONTINUING MEDICAL EDUCATION
* Advanced Cardiac Life Support - recertification pending
* Basic CPR Certification
* Cardiac Rehabilitation Conference, 1986
* Sports Medicine Conference, Baylor College of Medicine - May, 1986
* Somatosensory Evoked Potentials, Cadwell, UTHSC, San Antonio, Texas - September, 1986
* Conservative Management of Low Back Pain, Co-Sponsor - August, 1987
* Annual Conference of the American Academy of Physical Medicine and Rehabilitation, American Congress of PM&R - October, 1987
* Practical Electrodiagnosis, UTHSC at San Antonio, San Antonio, Texas - January, 1988
* Physical Medicine and Rehabilitation, 22nd Comprehensive Course, Baylor College of Medicine - March, 1988
* AAPM&R Annual Conference, San Antonio, Texas - November, 1989
* Spinal Cord Injury, Continuum of Care, Rehabilitation Institute of San Antonio, San Antonio, Texas - Speaker, 1989
* Current Techniques in Intra-Operative Monitoring of Evoked Potentials, Physician's Recognition Award, Category I, 13 hours - February 8-9, 1991
* American Academy of Disability Evaluating Physicians, Disability Evaluation, Boston, Massachusetts - May 17-18, 1991
* American Academy of Disability Evaluating Physicians, AADEP Overview Course - May 18-19, 1991
* Current Techniques in the Management of Pain - Bexar County Hospital District, Speaker - June 11, 1992
* New Aspects in Acute Spinal Cord Injury Care, 1 hour - July 8, 1992
* TMA Conference - Houston, Texas - May 15, 1993
  "Occupational Injuries, A Model For Prevention"
  "Work Related Upper Extremity Injuries - Treatment and Early Rehabilitation"
  "Concepts of Maximal Medical Improvement And Physical Impairment Rating"
  "The Texas Rehabilitation Commission - An Overview Of Programs And Services"
  Category I, 5 hours
* San Antonio PM&R Society - June 10, 1993
  "Coordinated Surgical and Rehabilitation Decision Making In Burn Therapy" - LeBaron Dennis, M.D., Speaker
* San Antonio PM&R Society - June 25, 1993
  "Omental Transplant And Spinal Cord Injury" - Guy Clifton, M.D., Speaker
* The Annual Scientific Assembly of the American Academy of Physical Medicine and Rehabilitation, Miami Beach, Florida, Category I, 20 hours - October 31-November 4, 1993
  Insomnia - Roundtable Report, Category I, 2.5 hours - November 10, 1993

Page 2, Joe G. Gonzales, M.D.
Continuing Medical Education (Contd.)

* Comprehensive Pain Medicine/Management Certification
  Examination Review Course, Dallas, Texas, Category I, 27 hours
  - January 14-16, 1994
* Collaboration & Integration - Redesigning Health Care -
  Tucson, AZ, 10 CEU's - April 28-30, 1995
* University of California, Irvine, Orientation Course in
  Hyperbaric Medicine, 27.5 hours - May 8-11, 1995
* Impairment Evaluation Under Worker's Compensation - Texas
  Medical Association, Category 2, 15 hours, May 15-16, 1995
* "Advanced Clinical Applications of Hyperbaric Oxygen" -
  University of California, Irvine, Category I, 25 hours
* "Intrathecal Therapy In Neurologic Practice" Southwest
  Texas Methodist Hospital, San Antonio, Texas, April 19,
  1996, Category I, 1 hour
* "Spasticity Management" - Medtronic Workshop on
  Intrathecal Baclofen Therapy, San Antonio, Texas, June
  15, 1996.
* Annual Arthur E. Grant, M.D. Lectureship - "Red Flags in
  Rehabilitation" & "Quo Vadis Rehabilitation" -
  University of Texas Health Science Center at San Antonio
* "Collaboration & Integration: Building Our Future
  Together" - VHA Southwest, Phoenix, AZ, April 26,28, 1996
  - 10 continuing education units
* Texas Medical Assoc. Impairment Evaluation under Texas
  Workers' Compensation for Designated Doctor training -
  1996, 19 Category 1 AMA PRA credit, 1.9 CEU
* Introduction to Problem Wound Management", the Undersea and
  Hyperbaric Medical Society, Kensington, MD, May 1998, 24
  Category 1 AMA Credits

INVITED LECTURES
* "Hyperbaric Medicine" - University of Health Science Center,
  San Antonio - 1997
* Team Approaches to Life Care Planning: Developing a
  Blueprint for Care Following Spinal Cord Injury, Managing
  the Challenges, Chicago, IL October 12-14, 1996
* Occupational Rehabilitation & Maximum Medical Improvement -
  RIMS
* Fitness & Consequences of Poor Health - SWR Institute, San
  Antonio
* Management of Chronic Pain, Bexar County Hospital District,
  San Antonio
* Impairment & Disability Ratings:  A Guide to the Guides - "The
  Realities of M.M.I." - Warm Springs Rehabilitation Hospital,
  San Antonio
* "Multiple Sclerosis - A Program For Wellness", National
  Multiple Sclerosis Society Annual Meeting, Workshop Speaker -
  October 16, 1993
* Helping the Injured Worker Manage Chronic Pain" - 1994
  USAA Nurses Conference, USAA, San Antonio - May 18, 1994
  - June 23, 1994
* "Management of Chronic Pain", - Warm Springs+Baptist
  Rehabilitation Network, San Antonio - August 18-19, 1994

POSTGRADUATE ACTIVITIES
JOE G. GONZALES, M.D.
Updated: May 1998


CONTINUING MEDICAL EDUCATION
* Advanced Cardiac Life Support - recertification pending
* Basic CPR Certification
* Cardiac Rehabilitation Conference, 1986
* Sports Medicine Conference, Baylor College of Medicine - May, 1986
* Somatosensory Evoked Potentials, Cadwell, UTHSC, San Antonio, Texas - September, 1986
* Conservative Management of Low Back Pain, Co-Sponsor - August, 1987
* Annual Conference of the American Academy of Physical Medicine and Rehabilitation, American Congress of PM&R - October, 1987
* Practical Electrodiagnosis, UTHSC at San Antonio, San Antonio, Texas - January, 1988
* Physical Medicine and Rehabilitation, 22nd Comprehensive Course, Baylor College of Medicine - March, 1988
* AAPM&R Annual Conference, San Antonio, Texas - November, 1989
* Spinal Cord Injury, Continuum of Care, Rehabilitation Institute of San Antonio, San Antonio, Texas - Speaker, 1989
* Current Techniques in Intra-Operative Monitoring of Evoked Potentials, Physician's Recognition Award, Category I, 13 hours - February 8-9, 1991
* American Academy of Disability Evaluating Physicians, Disability Evaluation, Boston, Massachusetts - May 17-18, 1991
* American Academy of Disability Evaluating Physicians, AADEP Overview Course - May 18-19, 1991
* Current Techniques in the Management of Pain - Bexar County Hospital District, Speaker - June 11, 1992
* New Aspects in Acute Spinal Cord Injury Care, 1 hour - July 8, 1992
* TMA Conference - Houston, Texas - May 15, 1993
  "Occupational Injuries, A Model For Prevention"
  "Work Related Upper Extremity Injuries - Treatment and Early Rehabilitation"
  "Concepts of Maximal Medical Improvement And Physical Impairment Rating"
  "The Texas Rehabilitation Commission - An Overview Of Programs And Services"
  Category I, 5 hours
* San Antonio PM&R Society - June 10, 1993
  "Coordinated Surgical and Rehabilitation Decision Making In Burn Therapy" - LeBaron Dennis, M.D., Speaker
* San Antonio PM&R Society - June 25, 1993
  "Omental Transplant And Spinal Cord Injury" - Guy Clifton, M.D., Speaker
* The Annual Scientific Assembly of the American Academy of Physical Medicine and Rehabilitation, Miami Beach, Florida, Category I, 20 hours - October 31-November 4, 1993
  Insomnia - Roundtable Report, Category I, 2.5 hours - November 10, 1993

# T. Walter Harrell, Ph.D., ABPP        *Curriculum Vitae*

## EDUCATION:

### *September 1983 - May 1985*
Postdoctoral fellow, Clinical Neuropsychology.  The University of Houston, Houston, Texas.

### *December 1983*
Doctor of Philosophy, Educational Psychology.  The University of Texas at Austin.

### *August 1982*
Master of Arts, Program Evaluation.  The University of Texas at Austin.

### *May 1977*
Bachelor of Arts (with Honors).  The University of Texas at Austin.  Major:  Psychology with minor in the Natural Sciences.

## EXPERIENCE:

### *April 2002 to Present*
President, Therapeutic Communities, LLC; Provides therapeutic assisted living options and long term care for patients with chronic mental conditions, including acquired brain injury, developmental disabilities, mental retardation, schizophrenia, bipolar disorder, and other neuropsychiatric disorders

### *July 1985 - Present*
Private practice, Clinical Neuropsychology/Rehabilitation Psychology.  Clinical emphasis on evaluation and treatment of cognitive and behavioral disturbances associated with neurological disease/trauma and specific developmental disorders.  Consultation services include: rehabilitation staff development/training, program development, in-service training, and program evaluation.  The private practice described above is, for the most part, performed under the name of MediSys Rehabilitation, Inc., a firm specializing in life care planning, catastrophic case management, direct clinical services, and medical/legal/claims consultation.

### *November 1998- Present*
Clinical Coordinator, Tangram Premier.  Responsibilities include patient evaluation, treatment planning and support, program development, patient staffing, staff education and training, and administrative support

### *January 1988 - August 1991*
Director of Clinical Services, Spring Hill Rehabilitation Network.  Responsibilities included development, coordination, and supervision of comprehensive out-patient rehabilitation facility and transitional living services.  Position changed in February 1991 to Neuroscience Program Coordinator.

### *September 1983 - June 1985*
Postdoctoral fellow; University of Houston and Clinical Affiliation with Department of Neurology, Baylor College of Medicine; Medical Center Del Oro.



PLAINTIFF'S EXHIBIT
B

**LICENSURE/CERTIFICATIONS:**

> Licensed Psychologist, Texas, #2-2975, May 1985 - present.
> Diplomate in Rehabilitation Psychology, American Board of Professional Psychology
> Senior Analyst and Diplomate, American Board of Disability Analysts
> Fellow and Diplomate, American Board of Medical Psychotherapists and Psychodiagnosticians
> APA, Certification in Treatment of Alcohol and other Psychoactive Substance Use Disorders

**TEACHING:**

*January 2000 - Present*

> Practicum supervisor at the Brown Schools, for doctoral students at the University of Texas at Austin, Department of Educational Psychology

*August 1987 - Present*

> Clinical Associate Professor, Department of Physical Medicine and Rehabilitation, University of Texas Health Science Center, San Antonio, Texas.

*August 1987*

> Six lecture series on Traumatic Brain Injury Rehabilitation for Physical Medicine and Rehabilitation, Neurology, and Neurosurgery residents, University of Texas Health Science Center, San Antonio, Texas

*Spring 1987*

> Lecturer, St. Mary's University, Department of Psychology, small undergraduate class in Physiological Psychology.

*1980 - 1982*

> Assistant Instructor, University of Texas at Austin. Large undergraduate and small graduate classes in statistics and measurement and evaluation. Responsibilities included curriculum design, lectures, and student evaluation.

**RESEARCH:**

*1983 – 1985*: Postdoctoral fellow, Clinical Neuropsychology, University of Houston, Houston, Texas.

*1978 – 1982*: Research assistant, University of Texas at Austin.

**HONORS:**

| | |
|---|---|
| 1983 | Finalist in the Texas Psychological Association Student Research Competition |
| 1980 | Phi Kappa Phi National Honor Society |
| 1978 | Psi Chi National Honor Society |
| 1977 | B.A. with Honors, The University of Texas at Austin |
| 1971 | Exchange Student, Yokosuka, Japan. |

**PUBLICATIONS:**

Harrell, T. W., Krause, J. S., "Personal Assistance Services in patients with SCI: Modeling an appropriate level of care in a Life Care Plan", Topics in Spinal Cord Injury Rehabilitation to be published sometime in 2002

Bagwell D, Willingham A, Harrell T. Life care planning: the interdisciplinary team approach, *In Disability Analysis In Practice*, 1st (ed.). Nov., 1998.

Harrell, T. W., Bagwell, D. M., and Coupland, M., "Building a Future: Teaming Up for a Life Care Plan" Continuing Care, July 1997.

Becker, H., Harrell, T.W., and Keller, L. "A Survey of Professional and Paraprofessional Training Needs for Traumatic Brain Injury Rehabilitation". Journal of Head Trauma Rehabilitation, March, 1993.

Becker, H., Harrell, T.W. Outcome: Guidelines and Principles. Viewpoints, Spring 1993, Vol. 23.

Harrell, T.W. Quality of Life After Brain Injury: Implications for Rehabilitation. Viewpoints, Winter 1992, Vol. 22.

Harrell, Walter  Staff Training and Development:  The Time Has Come. Insight, October 1992, Volume 2, Issue 3.

Pirozzolo, F.J., and Harrell, T.W.   The Neuropsychology of Learning Disabilities, in L.C. Hartlage and C.F. Telzrow The Neuropsychology of Individual Differences: A Developmental Perspective, Plenum Press, 1985.

Harrell, T.W.  The Neuropsychological Profiles of Empirically Derived Subgroups of Learning Disabled Adolescents.  Unpublished doctoral dissertation.  The University of Texas at Austin, 1983.  Available through The University of Texas at Austin microfilms.

Harrell, T.W.  Evaluating the Effects of Density and Proximity on the Human Response to Crowding, unpublished Master's thesis, The University of Texas at Austin, 1982.

Harrell, T.W.  CMHC Program Evaluation in the State of Utah.  A publication of the Community Mental Health Center Evaluation Project, E.M. Glaser and K.E. Kirkhart co-principle investigators, sponsored by the National Institute of Mental Health Grant Number R0l MH 33540.

Harrell, T.W.  CMHC Program Evaluation in the State of Wyoming.  A publication of the Community Mental Health Center   Evaluation Project, E.M. Glaser and K.E. Kirkhart co-principle investigators, sponsored by the National Institute of Mental Health Grant Number R0l MH 33540.

**PRESENTATIONS:**

Numerous invited presentations at professional conferences on topics about or related to traumatic brain injury, neuropsychology of learning disabilities, chronic pain management, life care planning, and

program evaluation. This includes Individual Case Management Association Conference, Texas Head Injury Association Conference, Texas Association of Rehabilitation Professionals in the Private Sector, American Congress of Rehabilitation Medicine, University Health Science System, and the Houston Conference on Neurotrauma, etc.

### IN-SERVICES AND INVITED LECTURES:

Over 50 on topics ranging from the neuropsychology of Alzheimer's disease, neurotoxicology, learning disabilities and learning impairments following trauma to the brain, brain injury, spinal cord injury, life care planning and chronic pain management.

### CURRENT HOSPITAL AND FACILITY AFFILIATIONS:

> Tangram Premiere
> San Marcos Treatment Center
> The Oaks Psychiatric Health System

### PROFESSIONAL SOCIETIES:

> Texas Psychological Association
> American Psychological Association
> International Neuropsychological Society
> National Academy of Neuropsychology
> Austin Neuropsychological Society
> Brain Injury Association

### PROFESSIONAL ACTIVITIES:

*Spring 1997 - 1999*
> Traumatic Brain Injury Planning Advisory Group, Texas

*April 1989 - December 1995*
> Board of Trustees, Seaton Foundation, San Marcos, Texas.

*1985 - 1988*
> Co organizer of monthly Cognitive Linguistic Neuroscience Conference, sponsored by the University of Texas Health Science Center at San Antonio

*1985 – 1987*
> Board of Directors, South Texas Epilepsy Foundation

*Spring 1986 - August 1987*
> Board of Directors, San Antonio Chapter of the Texas Head Injury Foundation.

**PERSONAL:**

Home Address:
506 Buckeye Trail
Austin, Texas 78746
Tele: (512) 327-4488

Wife: Cheryl Brownstein
Children: Leah and Jacob Harrell

**BUSINESS:**

P.O. Box 160026
Austin, Texas 78716
Tel.: (512) 459-4315
Fax: (512) 459-4318

*Modified April 2002*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION FOR BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERS, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § | C.A. NO. B-01-157 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| **AND** | § § | |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER AND AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-912, ACL-9993B, V L B - 9 1 7 3 ,  P R A Y I N G  F O R EXONERATION  FROM  AND/OR LIMITATION OF LIABILITY | § § § § § § § § | (consolidated with C.A. No. B-02-004) |

# CLAIMANT RENE MATA'S
# MEDICAL DAMAGES REPORT



PLAINTIFF'S EXHIBIT
tabbies
C