UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States Bankruptcy Court
Southern District of Texas
FILED

NOV - 3 2003

Michael N. Milby, Clerk

ADR MEMORANDUM TO CLERK OF COURT
(To be submitted in duplicate within
10 days after completion of ADR)

| IN RE: | § | |
| --- | --- | --- |
| | § | |
| Brown Water Towing I, Inc., | § | CIVIL ACTION NO. B-01-157 |
| et al | § | |

AND

| IN RE: | § | |
| --- | --- | --- |
| | § | |
| American Commercial Lines, | § | CIVIL ACTION NO. B-02-004 |
| et al | § | |

ADR METHOD:   Mediation   __X__   Arbitration   _____
              Mini-Trial  _____   Summary Jury Trial _____

TYPE OF CASE: Maritime (Exoneration or Limitation of Liability)

1.  Please check one of the following:
    The case referred to ADR settled _____ or did not settle __X__.

2.  My total fee and expenses were: $20,000.00.

3.  Names, addresses and telephone numbers of all parties and all counsel of record:

        <u>Attorneys for Claimants:</u>        <u>Counsel</u>:

        Attorneys for Individual Claimants

                                            Mikal C. Watts
                                            Watts Law Firm
                                            Tower II Building, 14th Floor
                                            555 North Carancahua Street
                                            Corpus Christi, Texas 78478
                                            (361) 887-0500
                                            (361) 887-0055 (Fax)

229

| **Claimants:** | **Counsel:** |
|---|---|
| The State of Texas | Jack F. Gilbert<br>Office of the Attorney General<br>P. O. Box 12548<br>Austin, Texas 78711-2548<br>(512) 463-2004<br>(512) 472-3855 (Fax) |
| Southwestern Bell Telephone Company | Geoffrey Amsel<br>SBC Management Services<br>1010 N. St. Mary's, Room 1403<br>San Antonio, Texas 78209<br>(210) 886-4805<br>(210) 222-7194 (Fax) |
| Laguna Madre Water District | Juan Magallanes<br>Magallanes, Hinojosa & Mancias<br>1713 Boca Chica<br>P. O. Box 4901<br>Brownsville, Texas 78520<br>(956) 544-6571<br>(956) 544-4290 |

| **Defendants:** | **Counsel:** |
|---|---|
| Brown Water Towing I, Inc. | Will W. Pearson<br>Royston, Rayzor, Vickery & Williams<br>606 N. Carancahua<br>Corpus Christi, Texas 78476<br>(361) 884-8808 |
| American Commercial Lines and American Commercial Barge Lines, et al | Glenn G. Goodier<br>Jones, Walker<br>201 St. Charles Avenue, 48th Floor<br>New Orleans, Louisiana 70170-5100<br>(504) 582-8174<br>(504) 582-8010 (Fax)<br><br>J. Clifton Hall<br>Westmoreland Hall<br>2800 Post Oak Blvd., Suite 6400<br>Houston, Texas 77056<br>(713) 871-9000<br>(713) 871-8962 (Fax) |

16467PCD42865

This is the second mediation session.

Date: 10/28/03

**ADR Provider:**

Name: _____James DeAnda_____

Signature: _____James DeAnda_____

16467PCD42865