233

| UNITED STATES DISTRICT COURT | * | SOUTHERN DISTRICT OF TEXAS |

IN RE: THE COMPLAINT AND §
PETITION OF BROWN WATER
TOWING I, INC., AS OWNER, AND
BROWN WATER MARINE SERVICE,
INC., AS BAREBOAT CHARTERER, OF
THE BROWN WATER V, ITS ENGINES,
TACKLE, ETC., IN A CAUSE OF
EXONERATION FROM OR
LIMITATION OF LIABILITY

Civil Action No. B-01-157
Admiralty

United States District Court
Southern District of Texas
ENTERED

FEB 1 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

§        Consolidated with

IN RE: THE COMPLAINT AND
PETITION OF AMERICAN
COMMERCIAL LINES LLC AS
OWNER, AND, and AMERICAN
COMMERCIAL BARGE LINES, LLC,
AS CHARTERER OF THE BARGES
NM-315-VLB-9182, ACL-9933B,
VLB-9173, IN A CAUSE OF
EXONERATION FROM OR
LIMITATION OF LIABILITY        §

Civil Action No. B-02-004

## ORDER SETTING CONFERENCE

1.    A status conference will be held on:

### February 18, 2004 at 2:00 p.m.

Before the Honorable Hilda G. Tagle
United States District Judge
Third Floor-Courtroom No. 3
United States Courthouse
600 East Harrison Street, #306
Brownsville, Texas 78520

2.    Counsel in charge of a case must appear at all hearings or conferences. A motion to appear
on behalf of the attorney in charge will be granted only upon showing of good cause, and
only if the attorney to be substituted is familiar with the case and has authority to bind the
client. The motion to appear must be ruled on in advance of the hearing or conference date.

Signed _February 9_, 2004 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge