IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 3 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWIN I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC. AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | C. A. No. B-01-157<br><br><br><br><br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, AMERICAN COMMERCIAL BARGE LINES LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, AND VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § § | C.A. NO. B-02-004<br>Admiralty |

**MOTION TO SUBSTITUTE COUNSEL
FOR PURPOSES OF STATUS CONFERENCE**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, RAY R. MARCHAN, and respectfully moves that he be allowed to be substituted as attorney for claimants for the purposes of the status conference scheduled by this Honorable Court and as grounds thereof would respectfully show the court as follows:

I.

On August 12, 2002, this Honorable Court signed an order appointing Mikal C. Watts as Lead Counsel for the Claimants. Mikal C. Watts is scheduled to be physically in trial in Duval County on the following case:

Cause No. DC-02-3332

| | | |
|---|---|---|
| LCPL ALFONSO GONZALEZ, JR. INDIVIDUALLY AND AS NEXT FRIEND OF VERONICA ALEJANDRA GONZALEZ, MINOR, AND AS REPRESENTATIVE OF THE ESTATE OF JANET VALDEZ GONZALEZ, DECEASED, FOR AND ON BEHALF OF ALL THOSE ENTITLED TO RECOVER FOR HER DEATH UNDER THE TEXAS WRONGFUL DEATH AND SURVIVAL ACTS, | § § § § § § § § § § § | IN THE DISTRICT COURT |
| NOEMI RODRIGUEZ VALDEZ, INDIVIDUALLY AND AS NEXT FRIEND OF ERIKA VALDEZ, MINOR, AND AS REPRESENTATIVE OF THE ESTATE OF JOSE LUIS VALDEZ, DECEASED, FOR AND ON BEHALF OF ALL THOSE ENTITLED TO RECOVER FOR HIS DEATH UNDER THE TEXAS WRONGFUL DEATH AND SURVIVAL ACTS, | § § § § § § § § § § § | 229TH JUDICIAL DISTRICT |
| NOEMI CHAVARRIA, ROSA VALDEZ, ELUID VALDEZ, BRENDA TIJERINA AND ELIZABETH TINAJERO | § § § § | |
| v. | § § | |
| FORD MOTOR COMPANY, RECIO AUTO SALES, AND THE ESTATE OF RICHARD ALANIZ, JR. | § § § | DUVAL COUNTY, TEXAS |

Mikal C. Watts is the lead trial counsel for said case and this case is in the third week of trial. It is therefore necessary that Ray R. Marchan of the same law firm appear for this Status Conference. Attorney Ray R. Marchan is familiar with the case and has complete authority to bind his clients in the above referenced matter.

For the above stated reasons, it has become necessary that Ray R. Marchan attend the status conference in Mr. Watts' place.

WHEREFORE PREMISES CONSIDERED, Ray R. Marchan, prays that the Court allow him to be substituted in for Mikal C. Watts for the purposes of the hearing at the status conference presently set by this Honorable Court.

Respectfully submitted on this the 13 day of February, 2004.

WATTS LAW FIRM, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
(956) 544-0500
(956) 541-0255  Fax

_____
RAY R. MARCHAN
State Bar No. 12969050
Federal I.D. No. 9522
*Counsel for Claimants*
*Jacqueline Paddock Individually and as Representative of the Estate of Chelsea and Barry Welch and as Next Friend of William B. Welch Jacqueline Paddock Individually and as Representative of the Estate of Chelsea and Barry Welch and as Next Friend of William B. Welch*
*Lydia Zamora Individually and as Representative of the Estate of Hector Martinez, Jr*
*Brigette Goza*
*Gustavo Morales and Bigos International*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 13 day of February, 2004, a true and correct copy of the foregoing instrument was delivered to opposing counsel by hand-delivery, via fax or by certified mail, return receipt requested.

_____
RAY R. MARCHAN