236

United States District Court
Southern District of Texas
FILED

FEB 1 3 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWIN I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC. AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C. A. No. B-01-157<br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, AMERICAN COMMERCIAL BARGE LINES LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, AND VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § § | C.A. NO. B-02-004<br>Admiralty |

## CERTIFICATE OF CONFERENCE

I hereby certify that a telephone call was made to defendant's counsel and to claimants' steering Committee:

Keith Uhles of Royston, Rayzor, Vickery & Williams local counsel for Brown Water Marine, et al was unopposed to Ray Marchan appearing in Mikal C. Watts' place.

Glen Goddier of counsel for Brown Water marine, Inc. was unopposed to Ray Marchan appearing for Mikal C. Watts for purposes of the hearing.

Mark Spansel of Adams & Reese, counsel for ACBL was unavailable to state his position to Ray Marchan appearance in the stead of Mikal C. Watts.

The court appointed Claimants Steering Committee composed of Heriberto Medrano, Jack Gilbert and Stephen Mark Strawn is unopposed to Ray Marchan appearing for Mikal C. Watts.

Respectfully submitted on this the /3 day of February, 2004.

>WATTS LAW FIRM, L.L.P.
>1926 E. Elizabeth
>Brownsville, Texas 78520
>(956) 544-0500
>(956) 541-0255  Fax
>
>_____
>RAY R. MARCHAN
>State Bar No. 12969050
>Federal I.D. No. 9522
>*Counsel for Claimants*