237

**United States District Court**
**Southern District of Texas**
ENTERED

FEB 1 7 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | C.A. NO. B-01-157 |
| PETITION OF BROWN WATER | § | |
| TOWING I, INC., AS OWNER, AND | § | |
| BROWN WATER MARINE SERVICE, | § | |
| INC., AS BAREBOAT CHARTERER, | § | |
| OF THE BROWN WATER V, ITS | § | Consolidated with |
| ENGINES, TACKLE, ETC. IN A | § | |
| CAUSE OF EXONERATION FROM | § | |
| OR LIMITATION OF LIABILITY | § | |
| | § | |
| IN THE MATTER OF AMERICAN | § | C.A. NO. B-02-004 |
| COMMERCIAL LINES LLC AS | § | |
| OWNER and AMERICAN COMMERCIAL | § | |
| BARGE LINE LLC AS CHARTERER | § | ADMIRALTY |
| OF THE BARGES NM-315, VLB-912, | § | C.A. NO. B-02-004 |
| ACL-9993B, VLB-9173, PRAYING | § | (SUBJECT TO RULE 9 (h) |
| FOR EXONERATION FROM AND/OR | § | OF THE FEDERAL RULES |
| LIMITATION OF LIABILITY | § | OF CIVIL PROCEDURE) |

## ORDER

Defendant, Southwestern Bell Telephone, L.P.'s Motion to Appear on Behalf of the Attorney in Charge having been presented, the Court is of the opinion that it has merit and should be in all things GRANTED.

It is therefore hereby ORDERED, ADJUDGED and DECREED that Eduardo R. Rodriguez of Rodriguez, Colvin, Chaney & Saenz is authorized to appear on behalf of Defendant Southwestern Bell Telephone, L.P. at the Status Conference in this matter set for February 18, 2004 at 2:00 p.m.

SIGNED this 13th day of February, 2004.

HONORABLE HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE