# Civil Courtroom Minutes

| JUDGE | Hilda G. Tagle |
|---|---|
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Nicolas    ☐ Levesque |

| DATE | 02 — 18 — 04 |
|---|---|

| TIME | a.m. | a.m. |
|---|---|---|
|  | 2:05 p.m. | 2:30 p.m. |

| CIVIL ACTION | B — 01 — 157 |
|---|---|

United States District Court
Southern District of Texas
FILED

FEB 18 2004

Michael N. Milby, Clerk of Court

IN RE THE COMPLAINT AND PETITION §
OF BROWN WATER TOWING I, INC., §
AS OWNER, AND BROWN WATER § ADMIRALTY
MARINE SERVICE INC., AS BAREBOAT §
CHARTERERS, OF THE BROWN § CIVIL ACTION NO. B-01-157
WATER V, ITS ENGINES, TACKLE, § (consolidated with
ETC., IN A CAUSE OF EXONERATION § CIVIL ACTION NO. B-02-004
FROM OR LIMITATION OF LIABILITY § CIVIL ACTION NO. B-02-125)

DOCKET ENTRY

(HGT) ■ Status Conference;               (Court Reporter: Heather Hall)

Attorneys for Petitioners:   Will Pierson, Jack Partridge, Keith Uhles, Mark J. Spansel, Glenn G. Goodier,

Attorneys for Claimants:   John D. Franz, David Jones, J. Chadd Gauntt, Jack F. Gilbert, Francisco Martinez, Byron Buchanon, Mark Strawn, Ray R. Marchan,, Heriberto Medrano, J.A. Magallanes, Julian Rodriguez,, Richard L. Harrell, Frank Enriquez, Eduardo Rodriguez

1. The Court informed the parties that Veronica Farias was excused from appearing at the status conference.

2. The Court informed the parties that the following motions would be placed back on the Court's docket.[216-1] motion to dismiss, [215-1] motion for leave to assert Third Party Complaint and Cross-claim, [211-1] motion to compel Michael Cowen to produce Medical Records concerning decedent Chealsa Welch, [208-1] motion for leave to assert third amended complaint against Cameron County, [204-1] motion to compel discovery from American Commercial Barge Lines and American Commercial Lines, [198-1] motion to dismiss parties, [196-1] motion for leave to file Rescuer-Claimants' Response, [184-1] motion for summary judgment on claims asserted by certain claimants who sustained no physical injury or impact, [136-1] motion for Mike Davis to appear pro hac vice, and [133-1] motion to proceed in forma pauperis.

3. The Court informed the parties it intends to rule on all pending motions before the end of March and will inform the parties if a hearing is deemed necessary.

4. The parties briefly explained the proceeding in the bankruptcy court, in the mediation, and the bankruptcy court's order modifying the automatic stay.

5. Mr. Gilbert explained that the bankruptcy court is establishing a claims process procedure. He further explained that mediation had not been successful.

6. Mr. Goodier explained that settlement would not be probable until the Court ruled on exoneration.

7. The Court Ordered the parties to submit a joint amended proposed scheduling order no later than March 3, 2004.

8. The Court Ordered a trial setting in February 2005.