**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

FEB 18 2004

Michael N. Milby, Clerk of Court

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION FOR BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERS, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § |
| AND | § § |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER AND AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-912, ACL-9993B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § |

C.A. NO. B-01-157
(Subject to Rule 9(h)
of the Federal Rules
of Civil Procedure)
Admiralty

(consolidated with
C.A. No. B-02-004)

---

# MATA CLAIMANTS'
# RULE 1 MOTION TO APPEAR

---

TO THE UNITED STATES FEDERAL DISTRICT JUDGE:

COME NOW FRANK MATA and RENE MATA and pursuant to Rule 1 of the Local Rules for the

Southern District of Texas, files this their Rule 1 Motion to Appear for participation in the Status Conference

set for February 18, 2004, and in support of this would respectfully show the Court as follows:

**I.**

Raymond L. Thomas, State Bar No. 19865350, Southern District No. 10715, is the Attorney in

Charge in this cause for Claimants FRANK MATA and RENE MATA. A Status Conference is set before

this Court on February 18, 2004 at 2:00 p.m. Raymond L. Thomas will not be able to attend because he is

in Houston, Texas, attending pre-trial conference hearings.

## II.

David H. Jones, Texas State Bar No. 10869590, Southern District No. 12796, is an attorney in good standing in the United States District court for the Southern District of Texas. Movant respectfully requests that David H. Jones be allowed to participate in place of Raymond L. Thomas for the scheduled hearing on February 18, 2004.

WHEREFORE, PREMISES CONSIDERED, Claimants FRANK MATA and RENE MATA request that David H. Jones be allowed to attend in place of Raymond L. Thomas at this schedule hearing before the Court in this civil action on February 18, 2004 at 2:00 p.m..

Respectfully submitted,

By: _____

**Raymond L. Thomas**
Attorney-in-Charge
Texas State Bar No. 19865350
Federal Bar No. 10715
**Andres H. Gonzalez, Jr.**
Texas State Bar No. 24002156
Federal Bar No. 22196
**David H. Jones**
Texas State Bar No. 19865350
Federal Bar No. 10715
***KITTLEMAN, THOMAS, RAMIREZ &***
***GONZALES, PLLC***
4900-B North 10th Street
McAllen, Texas 78504
(956) 686-8797
(956) 630-5199 (fax)

**ATTORNEYS FOR CLAIMANTS**

2