IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION FOR BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERS, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § | C.A. NO. B-01-157 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| AND | § § | |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER AND AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-912, ACL-9993B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § | (consolidated from C.A. No. B-02-004) |

## ORDER

On this the **18th** day of **February**, 2004, came on to be considered Defendants' Rule 1 Motion to Appear for purposes of the STATUS CONFERENCE set before this Court on February 18, 2004 at 2:00 p.m. The Court, after considering the Motion before it and being of the opinion that said Motion is well taken, hereby ORDERS that David H. Jones be allowed to appear for Raymond L. Thomas for purposes of the STATUS CONFERENCE on February 18, 2004 at 2:00 p.m.

ORDERED on this the **18th** day of February 2004.

_____
HONORABLE UNITED STATES DISTRICT JUDGE