IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION § | |
| OF BROWN WATER TOWING I, INC., § | |
| AS OWNER, AND BROWN WATER § | ADMIRALTY |
| MARINE SERVICE INC., AS BAREBOAT § | |
| CHARTERERS, OF THE BROWN § | CIVIL ACTION NO. B-01-157 |
| WATER V, ITS ENGINES, TACKLE, § | (consolidated with |
| ETC., IN A CAUSE OF EXONERATION § | CIVIL ACTION NO. B-02-004 |
| FROM OR LIMITATION OF LIABILITY § | CIVIL ACTION NO. B-02-125) |

## ORDER

BE IT REMEMBERED that on February 18, 2004, the Court being informed that the United States Bankruptcy Court has lifted the automatic stay **ORDERS** this case placed on the Court's active docket.

Furthermore, the Court **ORDERS** the clerk of the court to place the following motions on the Court's docket:

[216-1] motion to dismiss,

[215-1] motion for leave to assert Third Party Complaint and Cross-claim,

[211-1] motion to compel Michael Cowen to produce Medical Records concerning decedent Chealsa Welch,

[208-1] motion for leave to assert third amended complaint against Cameron County,

[204-1] motion to compel discovery from American Commercial Barge Lines and American Commercial Lines,

[198-1] motion to dismiss parties,

[196-1] motion for leave to file Rescuer-Claimants' Response,

[184-1] motion for summary judgment on claims asserted by certain claimants who sustained no physical injury or impact,

[136-1] motion for Mike Davis to appear pro hac vice, and

[133-1] motion to proceed in forma pauperis

These motions are no longer moot and are pending on the Court's docket as of today, February 18, 2004.

DONE at Brownsville, Texas, this 18th day of February 2004.

_____
Hilda G. Tagle
United States District Judge