```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF TEXAS
                       BROWNSVILLE DIVISION
```

249

United States District Court
Southern District of Texas
FILED

APR 2 3 2004

Michael N. Milby
Clerk of Court

```
IN RE THE COMPLAINT AND        )
PETITION OF BROWN WATER        )
TOWING I, INC., AS OWNER,      )
AND BROWN WATER MARINE         )
SERVICE, INC., AS BAREBOAT     )   CIVIL ACTION NO.
CHARTERERS, OF THE BROWN       )   B-01-CV-157 Consolidated with
WATER V, ITS ENGINES, TACKLE)      B-02-CV-004 and B-02-CV-125
ETC., IN A CAUSE OF            )
EXONERATION FROM OR            )
LIMITATION OF LIABILITY        )
_____)


                        STATUS CONFERENCE
               BEFORE THE HONORABLE HILDA G. TAGLE
                        FEBRUARY 18, 2004
                            VOLUME 1


APPEARANCES:

For Brown Water Towing:   MR. WILL PIERSON and
                          MR. JACK PARTRIDGE
                          Royston, Rayzor, Vickery & Williams
                          1700 Wilson Plaza West
                          606 North Carancahua, Suite 1700
                          Corpus Christi, Texas  78476
                          (361)884-8808
                                  - and-
                          MR. KEITH UHLES
                          Royston, Rayzor, Vickery & Williams
                          55 Cove Circle
                          Brownsville, Texas  78523
                          (956)542-4377

For the Estate of Robert Harris:
                          MR. HERIBERTO MEDRANO
                          Attorney at Law
                          2009 East Harrison, Suite B
                          Harlingen, Texas  78550
                          (956)428-2412
```

ORIGINAL