United States District Court
Southern District of Texas
FILED

MAY 0 7 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C. A. NO. B-01-157<br>Judge Hilda G. Tagle |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315,VLB-9182,ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § § | Consolidated with<br><br>C. A. NO. B-02-004<br>Admiralty<br><br><br><br>and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § § § | C.A. NO. B-02-125<br>Admiralty |

49477:1104092.1:050504

|  |  |  |
|---|---|---|
|  | § | and |
|  | § |  |
| **DAVID FOWLER** | § | **C.A. NO. H-04-0043** |
|  | § | **Judge Sim Lake** |
| V. | § |  |
|  | § |  |
| **BROWN WATER MARINE SERVICE,** | § |  |
| **INC. AND BROWN WATER TOWING I** | § |  |

## PETITIONERS BROWN WATER MARINE SERVICE, INC. AND BROWN WATER TOWING I, INC.'S MOTION TO CONSOLIDATE

COMES NOW the Petitioners, Brown Water Marine Service, Inc. and Brown Water Towing I, Inc. and file this their Motion to Consolidate the above captioned matters.

**I.**

These are related cases arising from the allision with the Queen Isabella Causeway on September 15, 2001. The cases involve related questions of law and fact, and, therefore, should be consolidated pursuant to Fed. R. Civ. P. 42(a) and Local Rule 6(G).

**II.**

David Fowler was the person at the helm of the vessel at the time it struck the Queen Isabella Causeway. He is claiming maintenance and cure benefits from the Petitioners based on alleged psychological injuries arising from the incident. These claims are similar to the claims made by several of the other Claimants in the limitation proceeding. Mr. Fowler previously asserted his rights under the Fifth Amendment to the United States Constitution to justify not responding to questions regarding the allision. If he now waives these rights in an attempt to recover monetary benefits, it should be within the context of this proceeding so that all Petitioners and Claimants are present and have an opportunity to ask appropriate questions of the witness. In the interest of efficiency, equity, and judicial economy, the claim should be consolidated at this time.

WHEREFORE, PREMISES CONSIDERED, the Petitioners, Brown Water Marine Service, Inc. and Brown Water Towing I, Inc. respectfully request that the captioned matters be consolidated into the earliest filed cause of action. In addition, the Petitioners seek such other and further relief to which they may be justly entitled at law, in equity, or in admiralty.

Respectfully submitted,

*Will W. Pierson*
Will W. Pierson
State Bar No. 15534600
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
(361) 884-8808
(361) 884-7261 Facsimile
Attorney for Petitioners,
Brown Water Towing I, Inc. and Brown Water
Marine Service, Inc.

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

### CERTIFICATE OF CONFERENCE

The foregoing Motion is opposed by counsel for Fowler.

*Will W. Pierson*
Of Royston, Rayzor, Vickery & Williams, L.L.P.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served upon the below listed counsel by the indicated means on this ___ day of May, 2004.

**VIA TELEFAX (713) 228-0321**
Stephen M. Vaughan
Mandell & Wright, P.C.
712 Main Street, Suite 1600
Houston, Texas 77002

**VIA REGULAR MAIL**
Mr. Jack F. Gilbert
Office of the Attorney General
Transportation Division
Post Office Box 12548
Austin, Texas 78711-2548

Mark J. Spansel
Adams & Reese, L.L.P.
4500 One Shell Square
New Orleans, LA 70139

Mr. James B. Manley, P.C.
200 William Barnett
Cleveland, Texas 77327

Mr. Ray R. Marchan
Watts & Heard, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

Mr. John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

Mr. J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381

Mr. William Q. McManus
Mr. Steve Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
2009 East Harrison, Suite B
Harlingen, Texas 78550

Mr. Les Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471

Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

Mr. Raymond Thomas/Mr. Andres Gonzalez
Kittleman, Thomas, Ramirez & Gonzales
4900-B N. 10th Street
McAllen, Texas 78504

Mr. Thomas R. Ajamie
Mr. S. Mark Strawn, Esq.
Schirrmeister Ajamie, L.L.P.
Pennzoil Place-South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002

Mr. Julian Rodriguez, Jr.
Julian Rodriguez, Jr. & Associates, P.C.
10113 N. 10th Street, Suite C
McAllen, Texas 78504

Mr. Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307

Mr. Jim S. Hart
Ms. Nejd Yaziji
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

Mr. Frank Enriquez
Mr. Robert Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

Mr. Richard Leo Harrell
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 1400 (78470)
P.O. Box 480
Corpus Christi, Texas 78403-0480

Mr. J. A. Magallanes
Carlos Escobar
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Blvd.
Post Office Box 4901
Brownsville, Texas 78520

Mr. Geoffrey Amsel
SBC Management Services
175 East Houston Street, 4th Floor
San Antonio, Texas 78205

Mr. Glenn G. Goodier
Jones, Walker, Waechter, Poitevent, Carrere
   & Denegre, L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100

_____
Of Royston, Rayzor, Vickery & Williams, L.L.P.