253

United States District Court
Southern District of Texas
FILED

MAY 21 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * * * | C.A. No. B-01-157 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |

Consolidated With

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, and VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * * * | C.A. No. B-02-004 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |

and

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC. (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, and STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASS'N, AS OWNER TRUSTEE OF THE BARGE ACL-9933B and NOT IN ITS INDIVIDUAL CAPACITY, and GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | * * * * * * * * * * * | C.A. No. B-02-125 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |

NOTICE OF VIDEO DEPOSITION AND SUBPOENA DUCES TECUM OF STEPHEN MOSHER FOR MAY 26, 2004

TO: Brown Water Towing, I, Inc. as Owner, and Brown Water Marine Service, Inc. as Bareboat Charterer of the Brown Water V, its engines, Tackle, etc., in a cause of Exoneration from or Limitation of Liability, by and through their attorney of record, Mr. Will W. Pierson at Royston Rayzor, Vickery & Williams, P.C., 1700 Wilson Plaza West, 606 N. Carancahua, Corpus Christi, Texas 78476

American Commercial Lines LLC as Owner and American Commercial Barge Lines LLC as Charterer of the barges NM-315, VLB-99182, ACL-9933B, VLB-973, Prayer for Exoneration from and/or Limitation of Liability, by and through their attorney of record, Mr. Les Cassidy at Woolsey & Cassidy, P.C., 1020 Bank of America, 500 North Water Street, Corpus Christi, Texas 78471, and Mr. Glen Goodier, Jones, Walker, Waechter, Pointevent, Carrere & Denegre, LLP, 201 St. Charles Avenue – 48th Floor, New Orleans, Louisiana 70170-5100.

Deere Credit, Inc., as Owner of Barge NM-315, and State Street Bank and Trust Company Connecticut, National Association, as Owner Trustee of the Barge ACL-9933B Not in its Individual Capacity, and General Electric Capital Corporation, as Beneficial Owner of the Barge ACL-9933B, Praying for Exoneration From and/or Limitation of Liability, by and through their attorney Mr. Less Cassidy, as Woolsey & Cassidy, P.C., 1020 Bank of America, 500 North Water Street, Corpus Christi, Texas 78471.

PLEASE TAKE NOTICE that, pursuant to FRCP 30, all Claimants[1] in the above entitled civil actions will take the video taped oral deposition of Stephen Mosher on May 26, 2004 at 9:00 a.m. at Esquire Deposition Services, 155 N. Wacker drive, Suite 1000, Chicago, Illinois 60606.

[1] Throughout all proceedings relating to the Queen Isabella Causeway collision, the State of Texas has specifically and continually averred its entitlement to sovereign immunity and/or immunity under the Eleventh Amendment of the Constitution of the United States of America. In particular, the State of Texas has averred and continues to aver that it is entitled to sovereign immunity and Eleventh Amendment immunity from the application of the Limitation of Shipowner's Liability Act of 1851, 456 U.S.C. § 181, et. seq. (the "Limitation Act") in any forum. The State of Texas has also averred and continues to aver that it is entitled to sovereign immunity and Eleventh Amendment immunity against being forced to pursue its claims arising out of the allision in this or any other federal court. The State of Texas has specifically averred and continues to aver that it is Constitutionally entitled to pursue recovery of its damages and its claims relating to the allision before a jury in the suit that it filed in state court in Cameron County, Texas. Moreover, the State of Texas specifically claims its entitlement to sovereign immunity from any Cross-Claims by any person or entity in any forum. For all of these reasons, the State of Texas has averred and continues to aver that its claims arising out of the allision should not be subject to the Limitation Act, or any exoneration/limitation of liability action; that the State of Texas should be free to pursue its claims before a jury in the Cameron County suit; and that any Cross-Claims against the memorandum, the State of Texas is not in any way waiving its immunity, consenting to jurisdiction in any federal court, or waiving any of these contentions. On the contrary, the State of Texas appears subject to and without waiving its entitlement to sovereign immunity.

The deposition will continue from day to day until completed and will be taken before a court reporter appointed or designated under FRCP 28. All parties are invited to attend and cross-examine this witness.

Additionally, pursuant to FRCP 30(b)(1), the witness is required to bring with him any documents in his possession or control regarding the following:

1. All documents or materials of any kind in your possession, custody or control that include or discuss any company safety, vessel operation, shore side operation, hiring or training policies or procedures of Brown Water or ACBL;

2. All photographs or videotapes in your possession, custody or control of the Brown Water V, the September 15, 2001 allision of the Brown Water V and her barges with the Queen Isabella Causeway, the resulting damage, or the barges involved in the incident;

3. All diaries, logs, notebooks or other documents or materials of any kind in your possession, custody and control that reflect any notes made by you or on your behalf regarding the September 15, 2001 allision of the Brown Water V and her barges with the Queen Isabella Causeway, or any aspect of your employment with Brown Water;

4. All documents or materials of any kind in your possession, custody and control that relate to the September 15, 2001 allision of the Brown Water V and her barges with the Queen Isabella Causeway, or the investigation, Coast Guard hearing, or litigation that followed the allision.

5. All documents of any kind in your possession, describing, providing, guiding or relating to the relationship between Brown Water and ACBL, including but not limited to any and all contracts, correspondence, memorandum, purchase orders, invoices, written instructions, and/or bills of lading.

6. All documents of any kind in your possession, related to Brown Water's application and/or participation in The American Waterways Operators Responsible Carrier Program

Respectfully Submitted,

ADAMS AND REESE LLP

Mark J. Spansel (La. Bar #12314)
*Pro Hac Vice*
4500 One Shell Square
New Orleans, LA 70139
(504) 585-0215
Attorneys for The State of Texas

CERTIFICATE OF SERVICE

On this 20th day of May, 2004, a true and correct copy of the foregoing Notice of Deposition and Subpoena Duces Tecum was sent via facsimile and certified return receipt requested to Petitioner Brown Water, Inc.'s counsel, and via facsimile only to all other counsel.

MARK J. SPANSEL