# MANDELL & WRIGHT, P.C.

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
JPMORGAN CHASE BUILDING
712 MAIN, SUITE 1600
HOUSTON, TEXAS 77002-3297
www.mandellwright.com

STEPHEN M. VAUGHAN
Voice Mail Extension 16

TELEPHONE (713) 228-1521
TELECOPIER (713) 228-0321
E-MAIL svaughan@mandellwright.com

May 19, 2004

Mr. Michael N. Milby, Clerk
U. S. District Court
Southern District of Texas
Brownsville Division
600 East Harrison Street, #101
Brownsville, Texas 78520-7114

MAIL
United States District Court
Southern District of Texas
RECEIVED
MAY 2 4 2004
Michael N. Milby, Clerk

Re:   C.A. No. B-01-157; *in Re: The Complaint and Petition of Brown Water Towing I, Inc., as Owner, and Brown Water Marine Service, Inc., as Bareboat Charterer of the BROWN WATER V, Its Engines, Tackle, Etc., In a Cause of Exoneration From or Limitation of Liability*

Dear Mr. Milby:

Enclosed for filing please find the original and two copies of the following:

**RESPONDENT, DAVID FOWLER'S OPPOSITION TO BROWN WATER'S MOTION TO CONSOLIDATE AND RESPONSE TO BROWN WATER'S MOTION TO CONSOLIDATE.**

Copies of this instrument are being served upon all counsel of record.

Sincerely,

MANDELL & WRIGHT, P.C.

Stephen M. Vaughan

SMV/bjd
Enclosure

cc:   Mr. Will W. Pierson – Via CM-RRR

      All Counsel of Record as
      Shown in the Certificate of Service - Via Regular Mail

~ *Established 1936* ~

United States District Court
Southern District of Texas
FILED

MAY 2 4 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | C.A. NO. B-01-157<br>Judge Hilda G. Tagle<br><br><br><br><br><br>Consolidated With |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES, LLC, AS OWNER, AND, AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-8833B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LICABILITY | § § § § § § § § § § | C.A. NO. B-02-004<br>Admiralty<br><br><br><br>and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § § § | C.A. NO. B-02-125<br>Admiralty<br><br><br><br><br><br><br><br><br><br><br><br><br>and |
| DAVID FOWLER<br><br>V.<br><br>BROWN WATER MARINE SERVICE, INC. AND BROWN WATER TOWING I | § § § § § § § | C.A. NO. H-04-0043 |

### RESPONDENT, DAVID FOWLER'S OPPOSITION TO BROWN WATER'S MOTION TO CONSOLIDATE AND <u>RESPONSE TO BROWN WATER'S MOTION TO CONSOLIDATE</u>

I.

1. David Fowler has brought a <u>maintenance</u> and <u>cure</u> claim only arising from an allision occurring on September 15, 2001. He has made no claim for negligence, and no claim for unseaworthiness. As a maintenance and cure claim, alleging psychological injuries, this lawsuit is not a fault-based claim, except to the extent that defendants were negligent in their failure to provide maintenance and cure, subjecting them to consequential damages. *See Morales v. Garijak, Inc.*, 829 F.2d 1355 (5th Cir. 1987); *Sims v. United States of America War Shipping Administration*, 186 F.2d 972 (3rd Cir. 1951).

II.

2. A shipowner is liable for its contracts, despite the limitations sections. *Richardson v. Harmon*, 222 U.S. 96, 106, 32 S.Ct. 27 (1911). A seaman's right to maintenance and cure arises from his employment contract, and is separate from and independent of other rights as a seaman. "Maintenance and cure does not come within the limitation proceeding and should be excluded therefrom," as a result of its status as a contractual claim of the seaman. *Murray v. New York Central Railroad Co.*, 171 F. Supp. 80, 83 (S.D. N.Y. 1959); see *Brister v. A.W.I., Inc., et al*, 946 F.2d 350, 360-61 (5th Cir. 1991*); Petition of RJF International*, 354 F. 3d 104 (1st Cir. 2004).

3. There is no substantial issue of fact common to the questions whether respondent Fowler is entitled to unpaid maintenance and cure arising out of the psychological effects of the Queen Isabella Causeway tragedy, and the limitation action.

The events which are the focus of his complaints – premature cessation of maintenance and cure - all occurred long after the date of the allision. Consolidation should be denied.

Respectfully submitted,

MANDELL & WRIGHT, P.C.

*[signature]*

Stephen M. Vaughan
State Bar No. 20513400
712 Main Street, Suite 1600
Houston, TX 77002
713/228-1521
713/228-0321 (telecopier)
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served upon the below listed counsel via certified mail and/or regular mail, on the 19 day of May, 2004.

Mr. Will W. Pierson
Royston, Rayor, Vickery & Williams, LLP
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476

Mark J. Spansel
Adams & Reese, L.L.P.
4500 One Shell Square
New Orleans, LA 70139

Mr. James B. Manley, P.C.
200 William Barnett
Cleveland, Texas 77327

Mr. Ray R. Marchan
Watts & Heard, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

Mr. Jack F. Gilbert
Office of the Attorney General
Transportsation Division
Post Office Box 12548
Austin, Texas 78711-2548

Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
2009 East Harrison, Suite B
Harlingen, Texas 78550

Mr. Lee Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water St.
Corpus Christi, Texas 78471

Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

| | |
|---|---|
| Mr. Julian Rodriguez, Jr.<br>Julian Rodriguez, Jr. & Associates, P.C.<br>10113 N. 10th St., Suite C<br>McAllen, Texas 78504 | Mr. J. A. Magallanes<br>Carlos Escobar<br>Magallanes, Hinojosa & Mancias PC<br>1713 Boca Chica Blvd.<br>Post Office Box 4901<br>Brownsville, Texas 78520 |

Mr. Julian Rodriguez, Jr.
Julian Rodriguez, Jr. & Associates, P.C.
10113 N. 10th St., Suite C
McAllen, Texas 78504

Mr. Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307

Mr. Jim S. Hart
Ms. Nejd Yaziji
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

Mr. Frank Enriquez
Mr. Robert Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

Mr. Richard Leo Harrell
The Edwards Law Firm, L.L.P.
P.O. Box 480
Corpus Christi, Texas 78403-0480

Mr. John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

Mr. J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forrest Crossing Drive, Suite C
The Woodlands, Texas 77381

Mr. J. A. Magallanes
Carlos Escobar
Magallanes, Hinojosa & Mancias PC
1713 Boca Chica Blvd.
Post Office Box 4901
Brownsville, Texas 78520

Mr. Geoffrey Amsel
SBC Management Services
175 East Houston Street, 4th Floor
San Antonio, Texas 78205

Mr. Glenn G. Goodier
Jones, Walker, Waechter, Poitevent,
   Carrere & Denegre, L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100

Mr. Raymond Thomas
Mr. Andres Gonzalez
Kittleman, Thomas, Ramirez &
   Gonzales
4900-B N. 10th St/
McAllen, Texas 78504

Mr. Thomas R. Ajamie
Mr. S. Mark Strawn, Esq.
Schirrmeister Ajamie, L.L.P.
Pennzoil Place-South Tower
711 Louisiana S., Suite 2150
Houston, Texas 77002

Mr. William W. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

*/s/ Stephen M. Vaughan*