255

United States District Court
Southern District of Texas
FILED

JUN 1 0 2004

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | C. A. NO. B-01-157 |
| PETITION OF BROWN WATER | § | Judge Hilda G. Tagle |
| TOWING I, INC., AS OWNER, AND | § | |
| BROWN WATER MARINE SERVICE, | § | |
| INC., AS BAREBOAT CHARTERER, OF | § | |
| THE BROWN WATER V, ITS ENGINES, | § | |
| TACKLE, ETC. IN A CAUSE OF | § | |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |
| | § | Consolidated with |
| IN RE THE COMPLAINT AND | § | |
| PETITION OF AMERICAN | § | C. A. NO. B-02-004 |
| COMMERCIAL LINES LLC AS | § | Admiralty |
| OWNER, AND, and AMERICAN | § | |
| COMMERCIAL BARGE LINES, LLC, | § | |
| AS CHARTERER OF THE BARGES | § | |
| NM-315,VLB-9182,ACL-9933B, | § | |
| VLB-9173, IN A CAUSE OF | § | and |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |
| | § | |
| IN RE THE COMPLAINT AND PETITION OF | § | C.A. NO. B-02-125 |
| DEERE CREDIT, INC., (FORMERLY | § | Admiralty |
| SENSTAR FINANCE COMPANY), AS | § | |
| OWNER OF THE BARGE NM-315 AND | § | |
| STATE STREET BANK AND TRUST | § | |
| COMPANY OF CONNECTICUT, | § | |
| NATIONAL ASSOCIATION, AS OWNER | § | |
| TRUSTEE OF THE BARGE ACL-9933B AND | § | |
| NOT IN ITS INDIVIDUAL CAPACITY, AND | § | |
| GENERAL ELECTRIC CAPITAL | § | |
| CORPORATION, AS BENEFICIAL OWNER | § | |
| OF THE BARGE ACL-9933B PRAYING FOR | § | |
| EXONERATION FROM AND/OR | § | |
| LIMITATION OF LIABILITY | § | |

49477:1107341.1:052804

255

|  | § | and |
|--|---|-----|
|  | § |  |
| DAVID FOWLER | § | C.A. NO. H-04-0043 |
|  | § | Judge Sim Lake |
| V. | § |  |
|  | § |  |
| BROWN WATER MARINE SERVICE, | § |  |
| INC. AND BROWN WATER TOWING I | § |  |

### PETITIONERS BROWN WATER MARINE SERVICE, INC. AND BROWN WATER TOWING I, INC.'S MOTION FOR LEAVE TO FILE A REPLY TO RESPONDENT DAVID FOWLER'S OPPOSITION TO BROWN WATER'S MOTION TO CONSOLIDATE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Petitioners Brown Water Marine Service, Inc. and Brown Water Towing I, Inc. and file this their Motion for Leave to File a Reply to Respondent David Fowler's Opposition to Brown Water's Motion to Consolidate. In support, the Petitioners show as follows:

I.

The Petitioners filed their Motion to Consolidate on May 6, 2004. The Respondent David Fowler filed his response to Petitioners' Motion to Consolidate on or about May 19, 2004 raising for the first time several arguments that the Petitioners would like to address through a reply.

WHEREFORE PREMISES CONSIDERED, the Petitioners respectfully request leave to file a Reply to Respondent's Opposition to Petitioners' Motion to Consolidate and request that the Court order the District Clerk to file among the papers in this cause Petitioner's Reply to Respondent David Fowler's Opposition to Brown Water's Motion to Consolidate which is attached as Exhibit "A." The Petitioners also request such other and further relief, both special and general, at law, in equity, or in admiralty, to which they may show themselves justly entitled.

49477:1107341.1:052804                                      -2-

Respectfully submitted,

Will W. Pierson
State Bar No. 15534600
Jack C. Partridge
State Bar No.15534600
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
(361) 884-8808
(361) 884-7261 Facsimile
Attorney for Petitioners,
Brown Water Towing I, Inc. and Brown Water
Marine Service, Inc.

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served upon the below listed counsel by the indicated means on this _9th_ day of June, 2004.

**VIA TELEFAX (713) 228-0321**
Stephen M. Vaughan
Mandell & Wright, P.C.
712 Main Street, Suite 1600
Houston, Texas 77002

**VIA REGULAR MAIL**
Mr. Jack F. Gilbert
Office of the Attorney General
Transportation Division
Post Office Box 12548
Austin, Texas 78711-2548

Mark J. Spansel
Adams & Reese, L.L.P.
4500 One Shell Square
New Orleans, LA 70139

Mr. James B. Manley, P.C.
200 William Barnett
Cleveland, Texas 77327

Mr. Ray R. Marchan
Watts & Heard, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

Mr. John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

Mr. J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381

Mr. William Q. McManus
Mr. Steve Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
2009 East Harrison, Suite B
Harlingen, Texas 78550

Mr. Les Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471

Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

Mr. Raymond Thomas/Mr. Andres Gonzalez
Kittleman, Thomas, Ramirez & Gonzales
4900-B N. 10th Street
McAllen, Texas 78504

Mr. Thomas R. Ajamie
Mr. S. Mark Strawn, Esq.
Schirrmeister Ajamie, L.L.P.
Pennzoil Place-South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002

49477:1107341.1:052804

Mr. Julian Rodriguez, Jr.
Julian Rodriguez, Jr. & Associates, P.C.
10113 N. 10th Street, Suite C
McAllen, Texas 78504

Mr. Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307

Mr. Jim S. Hart
Ms. Nejd Yaziji
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

Mr. Frank Enriquez
Mr. Robert Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

Mr. Richard Leo Harrell
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 1400 (78470)
P.O. Box 480
Corpus Christi, Texas 78403-0480

Mr. J. A. Magallanes
Carlos Escobar
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Blvd.
Post Office Box 4901
Brownsville, Texas 78520

Mr. Geoffrey Amsel
SBC Management Services
175 East Houston Street, 4th Floor
San Antonio, Texas 78205

Mr. Glenn G. Goodier
Jones, Walker, Waechter, Poitevent, Carrere
   & Denegre, L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100

Of Royston, Rayzor, Vickery & Williams, L.L.P.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | C. A. NO. B-01-157 |
| PETITION OF BROWN WATER | § | Judge Hilda G. Tagle |
| TOWING I, INC., AS OWNER, AND | § | |
| BROWN WATER MARINE SERVICE, | § | |
| INC., AS BAREBOAT CHARTERER, OF | § | |
| THE BROWN WATER V, ITS ENGINES, | § | |
| TACKLE, ETC. IN A CAUSE OF | § | |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |
| | § | Consolidated with |
| IN RE THE COMPLAINT AND | § | |
| PETITION OF AMERICAN | § | C. A. NO.  B-02-004 |
| COMMERCIAL LINES LLC AS | § | Admiralty |
| OWNER, AND, and AMERICAN | § | |
| COMMERCIAL BARGE LINES, LLC, | § | |
| AS CHARTERER OF THE BARGES | § | |
| NM-315,VLB-9182,ACL-9933B, | § | |
| VLB-9173, IN A CAUSE OF | § | and |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |
| | § | |
| IN RE THE COMPLAINT AND PETITION OF | § | C.A. NO. B-02-125 |
| DEERE CREDIT, INC., (FORMERLY | § | Admiralty |
| SENSTAR FINANCE COMPANY), AS | § | |
| OWNER OF THE BARGE NM-315 AND | § | |
| STATE STREET BANK AND TRUST | § | |
| COMPANY OF CONNECTICUT, | § | |
| NATIONAL ASSOCIATION, AS OWNER | § | |
| TRUSTEE OF THE BARGE ACL-9933B AND | § | |
| NOT IN ITS INDIVIDUAL CAPACITY, AND | § | |
| GENERAL ELECTRIC CAPITAL | § | |
| CORPORATION, AS BENEFICIAL OWNER | § | |
| OF THE BARGE ACL-9933B PRAYING FOR | § | |
| EXONERATION FROM AND/OR | § | |
| LIMITATION OF LIABILITY | § | |



49477:1107341.1:052804

|   |   |   |   |
|---|---|---|---|
|                              | § | **and**               |   |
|                              | § |                       |   |
| **DAVID FOWLER**             | § | **C.A. NO. H-04-0043**|   |
|                              | § | **Judge Sim Lake**    |   |
| **V.**                       | § |                       |   |
|                              | § |                       |   |
| **BROWN WATER MARINE SERVICE,** | § |                    |   |
| **INC. AND BROWN WATER TOWING I** | § |                  |   |

## PETITIONERS BROWN WATER MARINE SERVICE, INC. AND BROWN WATER TOWING I, INC.'S REPLY TO DAVID FOWLER'S OPPOSITION TO BROWN WATER'S MOTION TO CONSOLIDATE

COMES NOW the Petitioners Brown Water Marine Service, Inc. and Brown Water Towing I, Inc. and file this their Reply to Respondent David Fowler's Opposition to Brown Water's Motion to Consolidate respectfully showing as follows:

### I.

Rule 42 (a) of the Federal Rules of Civil Procedure allows for the consolidation of actions that involve "common questions of law or fact." Respondent David Fowler's maintenance and cure claim, like the claims in the above captioned limitation of liability proceedings, arise from the allision with the Queen Isabella Causeway on September 15, 2001. Respondent alleges that he suffered psychological injuries due to the allision as he was at the helm of the BROWN WATER V during the allision. The facts and the questions of law raised by his claim relate to and are common to the claims of most of the Claimants in the limitation proceeding.

### II.

Respondent argues that because maintenance and cure is said to arise from the employment contract between a seaman and his employer and is not a fault-based claim that it should be excluded

49477:1107341.1:052804

from the limitation proceedings. However, the operative question under a Rule 42 (a) analysis is

whether or not the cases sought to be consolidated have common questions of law and fact such that

combining the actions will promote the interests of judicial economy, efficiency and equity. Mr.

Fowler alleges that his injury arose from the allision at issue in the limitation of liability proceedings

pending in this Court. To recover maintenance and cure benefits, Mr. Fowler will have to prove that

he was injured as alleged while he was in the service of the vessel, and that he was not involved in

any willful misconduct. *Aguilar v. Standard Oil of New Jersey*, 318 U.S. 724 (1943). Mr. Fowler's

involvement in the allision and the events which he alleges caused his injury are central "questions

of law and fact" in the above-captioned limitation of liability cases which are pending in this Court.

### III.

Further, although the Respondent's contention that maintenance and cure is not subject to

a limitation action is not pertinent to the issue of consolidation, this assertion is by no means settled

law. There are no U.S. Supreme Court or Fifth Circuit opinions holding that maintenance and cure

is not subject to a limitation action, and the cases cited by the Respondent are predicated on defining

maintenance and cure as a contract based action. However, all maintenance and cure claims involve

a personal injury "factual setting." *Guevara v. Maritime Overseas Corp.*, 59 F.3d 1496, 1507 (5th

Cir. 1995). Further, two "types" of maintenance and cure actions are recognized, a tort-like action

and a contract-like action. *Id. at* 1511. As the Respondent's claim involves a personal injury, it is

characterized as tort-like. *Id.* As such, it should be subject to a limitations action just as other

personal injury claims.

WHEREFORE, PREMISES CONSIDERED, the Petitioners, Brown Water Marine Service,

Inc. and Brown Water Towing I, Inc. respectfully request that the captioned matters be consolidated

into the earliest filed cause of action.  In addition, the Petitioners seek such other and further relief

to which they may be justly entitled at law, in equity, or in admiralty.

Respectfully submitted,

Will W. Pierson
State Bar No. 15534600
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
(361) 884-8808
(361) 884-7261 Facsimile
Attorney for Petitioners,
Brown Water Towing I, Inc. and Brown Water
Marine Service, Inc.

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

## CERTIFICATE OF CONFERENCE

The foregoing Motion is opposed by counsel for Fowler.

Of Royston, Rayzor, Vickery & Williams, L.L.P.

49477:1107341.1:052804

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served upon the below listed counsel by the indicated means on this __q r__ day of June, 2004.

**VIA TELEFAX (713) 228-0321**
Stephen M. Vaughan
Mandell & Wright, P.C.
712 Main Street, Suite 1600
Houston, Texas 77002

**VIA REGULAR MAIL**
Mr. Jack F. Gilbert
Office of the Attorney General
Transportation Division
Post Office Box 12548
Austin, Texas 78711-2548

Mark J. Spansel
Adams & Reese, L.L.P.
4500 One Shell Square
New Orleans, LA 70139

Mr. James B. Manley, P.C.
200 William Barnett
Cleveland, Texas 77327

Mr. Ray R. Marchan
Watts & Heard, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

Mr. John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

Mr. J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381

Mr. William Q. McManus
Mr. Steve Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
2009 East Harrison, Suite B
Harlingen, Texas 78550

Mr. Les Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471

Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

Mr. Raymond Thomas/Mr. Andres Gonzalez
Kittleman, Thomas, Ramirez & Gonzales
4900-B N. 10th Street
McAllen, Texas 78504

Mr. Thomas R. Ajamie
Mr. S. Mark Strawn, Esq.
Schirrmeister Ajamie, L.L.P.
Pennzoil Place-South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002

49477:1107341.1:052804

Mr. Julian Rodriguez, Jr.
Julian Rodriguez, Jr. & Associates, P.C.
10113 N. 10th Street, Suite C
McAllen, Texas 78504

Mr. Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307

Mr. Jim S. Hart
Ms. Nejd Yaziji
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

Mr. Frank Enriquez
Mr. Robert Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

Mr. Richard Leo Harrell
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 1400 (78470)
P.O. Box 480
Corpus Christi, Texas 78403-0480

Mr. J. A. Magallanes
Carlos Escobar
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Blvd.
Post Office Box 4901
Brownsville, Texas 78520

Mr. Geoffrey Amsel
SBC Management Services
175 East Houston Street, 4th Floor
San Antonio, Texas 78205

Mr. Glenn G. Goodier
Jones, Walker, Waechter, Poitevent, Carrere
    & Denegre, L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100

Of Royston, Rayzor, Vickery & Williams, L.L.P.