

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

JUN 3 0 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | |
| PETITION OF BROWN WATER | § | |
| TOWING I, INC., AS OWNER, AND | § | |
| BROWN WATER MARINE SERVICE, | § | |
| INC., AS BAREBOAT CHARTERS, OF | § | |
| THE BROWN WATER V, ITS | § | CIVIL ACTION NO. B- 01-157 |
| ENGINES, TACKLE, ETC., IN A | § | ADMIRALTY |
| CAUSE OF EXONERATION FROM | § | |
| OR LIMITATION OF LIABILITY | § | |
| | § | |
| AND | § | CONSOLIDATED WITH |
| | § | |
| IN THE MATTER OF AMERICAN | § | |
| COMMERCIAL LINES LLC AS | § | |
| OWNER, AND AMERICAN | § | CIVIL ACTION NO. B-02-004 |
| COMMERCIAL BARGE LINES, LLC, | § | ADMIRALTY |
| AS CHARTERER OF THE BARGES | § | |
| NM-315, VLB-912, ACL-9993B, | § | |
| VLB-9173, PRAYING FOR | § | |
| EXONERATION FROM AND/OR | § | |
| LIMITATION OF LIABILITY | § | |

**RESCUERS-CLAIMANTS' DESIGNATION OF EXPERTS**

Rescuers-Claimants ROLANDO LEE MOYA, ALBERTO LEROY MOYA,

ANTONIO SALINAS JR. and ROBERTO ESPERICUETA serve its Designation of

Experts Witnesses.

**EXPERT DESIGNATION**

- Fructuoso Irigoyen, M.D. FAPA
  1400 SO. 6th Street, Third Floor Suite 301
  P.O. Box 1599
  McAllen, Texas 78502-1599
  956/581-0355

  Dr. Irigoyen practices in General & Adolescent Psychiatry/Addictive
  Diseases/Stress Control/Management of Chronic Pain, and may testify as to the
  mental and emotional conditions, diagnosis, and prognosis of Rolando Lee Moya,
  Alberto Leroy Moya, Antonio Salinas Jr. and Roberto Espericueta. He may provide

expert testimony regarding the past, present and future medical, psychiatric and psychological care and treatment that Rolando Lee Moya, Alberto Leroy Moya, Antonio Salinas Jr. and Roberto Espericueta have received and, in all likelihood, will require in the future, as well as the reasonableness and necessity of the expenses related to their care and treatment. The mental impressions and opinions held by Dr. Irigoyen will be based on his education, experience and training, including what is reflected in his curriculum vitae (a copy of which claimants have attached hereto as **Exhibit "A,"** which is incorporated herein for all intents and purposes), as well as his review of the pertinent materials, documents, and testimony in this case and his investigation and analysis of the facts. His expert report is attached hereto as **Exhibit "B"**.

- Claimants hereby also designate all retained experts designated by the other Claimants, for all intents and purposes.

- Claimants hereby also designate all persons who have provided testimony at the United States Coast Guard hearing related to the incident in question.

- In addition, Claimants may call or cross-examine any or all of the fact and/or the expert witnesses, corporate representatives and/or trial representatives designated by the Petitioners and other Claimants. The fact that Claimants may call or cross examine any expert designated by other parties is not an admission that such designated person is an "expert" and Claimants reserve their right to object to any or all "experts' of the other parties in the event they do not qualify as "expert" pursuant to the rules.

Claimants reserve the right to further designate and supplement in accordance with the Texas Rules of Civil Procedure.

Respectfully submitted,

LAW OFFICES OF FRANK ENRIQUEZ-McALLEN, P.C.
4200-B North Bicentennial
McAllen, Texas 78504
Tel. (956) 686-5291
Fax (956) 618-5064

By:    _____
Francisco J. Enriquez
State Bar No.: 06630500
Federal Bar No.: 3734

ATTORNEY FOR CLAIMANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this the 30th day of June 2004, a true and correct copy of

the foregoing instrument was forwarded to all counsel of record pursuant to the Federal

Rules of Civil Procedure.

Will W. Pierson
Royston, Razor, Vickery & Williams
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476

Keith N. Uhles
Royston, Razor, Vickery & Williams
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78523

Glen Goodier
Jones, Walker, Waechter, Poitevent,
Carrere & Denegre, L.L.P.
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100

Less Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471

Raymond L. Thomas
Kittleman, Thomas, Ramirez & Gonzalez
4900-B North 10th Street
McAllen, Texas 78504

John David Franz
Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

Ray R. Marchan
Watts & Heard, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Dr. Suite C
The Woodlands, Texas 77381

Geoffrey Amsel
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78215

Thomas E. Quirk
Law Offices of Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307

Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501

John and Mary McCoy
514 Brookside Pass
Cedar Park, Texas 78613

Juan A. Magallanes
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Blvd.
Brownsville, Texas 78520

Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

S. Mark Strawn
Schirmeister Ajamie, L.L.P.
711 Louisiana Street, Suite 2150
Houston, Texas 77002

Richard Leo Harrell
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 1400 (78470)
P.O. Box 480
Corpus Christi, Texas 78403-0480

James B. Manley
3616 Preston Road
Pasadena, Texas 77505

Heriberto Medrano
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550

Jack F. Gilbert
Office of the Attorney General
Transportation Division
Post Office Box 12548
Austin, Texas 78711-2548

Jim S. Hart
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

William Q. McManus
McManus & Crane. L.L.P.
209 West Juan Linn
P.O. Box 2206
Victoria, Texas 77902-2206

Robert and Virginia Fandrich
5101 Verdi Way
Stockton, CA 985207

Mark J. Spansel
Adams & Reese, L.L.P.
4500 One Shell Square
New Orleans, LA 70139

FRANK ENRIQUEZ

# EXHIBIT "A"

# CURRICULUM VITAE
## (UPDATE JUNE, 2001)

# *FRUCTUOSO IRIGOYEN-RASCON M. D. FAPA*

*D.O.B.*: January 23, 1949
*Place of Birth*: Chihuahua, Chih., Mexico.
*SSN*: 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
*TAX FED. Number*: 74-2477540
*Texas License*: G-2153
*DEA Number*: BI 1017183
*DPS Number*: H0066603

*Board Certification(s):* American Board of Psychiatry and Neurology.
American Board of Forensic Examiners

*Fellowships:* American Psychiatric Association
American Board of Forensic Examiners

*American Citizenship:* August 17, 1998.

*Address* : 1400 South Sixth Street, Suite 301.
McAllen, Texas 78501
Phone: (956) 631-0344
Fax: (956) 630-6736
E-mail: FIRIGOYEN@JUNO.COM
Web page: *http://www.firigoyen.yourmd.com*

*Mailing Address* : P.O. Box 1599
McAllen, TX. 78502-1599



# *Positions*

**Sept. 1, 1972 - July 15, 1973**
Director, Centro de Salud Rural "C" (SSA), Social Service
Year. Cerocahui, Chih., Mexico.

**Sept. 15, 1974 - Feb. 2, 1978**
Medical Director, *Clínica San Carlos de Norogachi.* (30-bed
hospital) Tarahumara Indian Mission. Norogachi, Chih.,
Mexico.

**July 1, 1978 - July 1, 1979**
Director, *Clínica Instituto Nacional Indigenista* (8-bed
hospital), Samachique, Chih., Mexico.

**July 1, 1979 - April 15, 1980**
Acting Director, *Sección de Mínimos de Bienestar Social,*
Centro Coordinador Indigenista de la Tarahumara.
Sub-director, *Regional SSA Hospital.* Staff Surgeon,
*Regional SSA Hospital.* Guachochi, Chih., Mexico.

**March 12, 1980 - June 20, 1983**
Private practice. Clinical and surgical privileges at
*Sanatorio Moderno* and *Clínica del Centro.* Chihuahua, Chih.,
Mexico.

**Oct. 1, 1980 - May 30, 1983**
Director (Coordinator), *Centro de Estudios Regionales de la
Universidad Autónoma de Chihuahua.* (CER-UACH). Chihuahua,
Chih., Mexico.

**Dec. 1981 - Nov.1982**
Associate Professor of Bioethics (Ecology, environment,
pollution), *Instituto Tecnológico y de Estudios Superiores de
Monterrey,* Chihuahua City Unit.

**March 1983 - June 1983**
Professor of Tarahumara Language at *Instituto Mexicano-
Norteamericano de Relaciones Culturales.* Chihuahua, Chih.,
Mexico.

June 1983 - June 1987
    Residency Training Program, Resident, *University of New Mexico, School of Medicine, Department of Psychiatry*, Albuquerque, New Mexico. 1987: Clinical Chief Resident.

June 1987 - Today
    Private Practice in McAllen, Texas.

July 1988 - October 1989
    Staff Psychiatrist, *Rio Grande State Center for Mental Health and Mental Retardation*, Harlingen, Texas.

January 1990 - Today
    Medical Director, *The Center, Comprehensive Mental Health.* McAllen, Texas.

January 1992 - March 1992
    Unit Director. Gero-psychiatric Day Program. *Charter Palms Hospital*, McAllen, Texas.

March 1992 - December 1996.
    Unit Director. Special Care Unit and Gero-psychiatric Tract. *Charter Palms Hospital*, McAllen, Texas.

January 1995 - January 1996:
    Specialist II. Rio Grande Valley State Center. Edinburg Unit, Edinburg Texas

June 1994 - Today
    Associate Professor. *Department of Psychology of Education.* University of Texas-Panamerican, Edinburg, Texas.

November 1996 - February 1999
    Medical Director, *New Insights Behavioral Center.* Partial Hospital Program, Edinburg-McAllen, Texas.

January 1998 - July 1999
    Medical Director, Outpatient Psychiatric Services, McAllen Medical Center, McAllen, Texas.

July 1999 -2000
    Medical Director, Needs Assessment Psychiatric Services,

Edinburg Regional Medical Center, Edinburg, Texas.

January 2000-Today
　　Medical Director, Needs Assessment Psychiatric Services,
McAllen Medical Behavioral Health Center. McAllen, Texas.

# Hospital and Clinical Privileges

1987 - Sep 1993: McAllen Medical Center: Active.
1987 - Apr 1989: HCA-Regional Hospital: Consulting.
1989 - 1993　　: HCA-Regional Hospital: Active.
1993 - Today　: HCA (now Columbia Regional) Regional Hospital: Courtesy.
1989 - Mar 1992: Edinburg Hospital: Consulting.
1987 - Today　: Mission Hospital: Consulting.
1987 - 1991　　: Charter Palms Hospital: Active.
1992 - Today　: Charter Palms Hospital: Active.
1989- 1998　: La Lomita, TTMHMR: Consulting.
1992 - Today　: Tropical Texas MHMR: Active.
1995 - Jan 1996　: Rio Grande Valley State Center.
1995 - Today: McAllen Heart Hospital: Consulting.
1997 - Today: McAllen Medical Center (including McAllen Medical
　　　　　　Behavioral Health Center): Active.
1998- Today: Edinburg Regional Medical Center: Active

# Formal Education and Training

-Sept. 1954 - June 1956
　　Third year of kindergarten and first of elementary school.
　　*Kinder 20 de Noviembre.* Chihuahua, Chih., Mexico.

-Sept. 1956 - June 1961
　　Second to sixth year of elementary school.　*Instituto
　　Regional de Chihuahua.*　Chihuahua, Chih., Mexico.

-Sept. 1961 - June 1964
　　High School (three years).　*Instituto Regional de Chihuahua.*
　　Chihuahua, Chih., Mexico.

-Sept. 1964 - June 1966
   College (two years). *Instituto Regional de Chihuahua.*
   B.Sc. Major in Biological Sciences. Chihuahua, Chih.,
   Mexico.

-Aug. 1966
   Admission examination for medical school.

-Sept. 1966 - June 1971
   Medical school (five years). *Escuela de Medicina,*
   *Universidad Autonoma de Chihuahua.* Chihuahua, Chih., Mexico.
   -Rotatory externship (1970-1971).

-Sept. 1, 1971 - June 30, 1972
   Internship. *Clinica-Hospital T-1, Unidad Morelos, IMSS.*
   Chihuahua, Chih., Mexico. Rotations: Pediatrics (4 months),
   Internal Medicine, Surgery, OB/GYN (2 months each),
   Pathology and Clinical Lab. and Radiology (1 month each).
   -On-call duty at the main hospital and the Tuberculosis
   Clinic at Nombre de Dios, Chih. 10-day service at Anáhuac,
   Chih., Mexico.

-Sept. 5, 1972
   Carta de Pasante (Provisional license to practice Medicine during
     the Social Service Year) granted.
-Dec. 18, 1973
   Professional Examination. *Magna cum laude* on the thesis.

-June 25, 1974
   Título Profesional (M. D. Diploma) granted. *Universidad*
   *Autónoma de Chihuahua.* Chihuahua, Chih., Mexico.

-Aug. 27, 1974
   Permanent license to practice Medicine in Mexico.
     Registration in the National Board of Professions, Mexico
   City (no. 301675) and the Public Health Secretariat, Mexico
   City, (no. 44006)

# *Informal Studies*

Physical and Social Anthropology.  Philosophy.  Dentistry
Administration by Objectives.  Languages (English, German, Portuguese,
Tarahumara, Tepehuán del Norte, Japanese).

-Passed FLEX examination on July 1982.  Austin, Texas.

-License  to practice Medicine in Texas issued on Aug. 29, 1982 (G2153).

-VQE (Visa Qualifying Examination) Passed on September 8-9, 1982.

-Baylor College of Medicine, accepted by the Admission Committee of
Residency Training Program in Psychiatry. (Dec. 16, 1982)

-University of New Mexico School of Medicine, approved for admission  to
the Residency Training Program in Psychiatry (March 21, 1983).

-Board  Certification, American Board of Psychiatry and Neurology, in
Psychiatry, October 14, 1995.

-Board  Certification, American Board of Forensic Examiners,
September, 1995.

-Fellow. American Psychiatric Association. May 7.2001.

# *Residency Training*

June 24, 1983- June 30, 1987: Residency  Training, University of New
Mexico School of Medicine.  Graduated in good standing on June 30, 1987.
Obtained the Robert  Senescu  Memorial  Scholarship  Award. Having
completed the following rotations:  6 months of Inpatient Psychiatry:
Albuquerque Veterans Administration Medical Center; one month of
Internal Medicine: University of New Mexico Hospital; 2 months of Internal
Medicine: Albuquerque Veterans Administration Medical Center; 2 months
of Neurology: University of New Mexico hospital; one month of Emergency
Medicine: University of New Mexico Hospital; 6 months of Outpatient
Psychiatry: University of New Mexico's Southwest Valley Sustained
Contact Mental Health Team; 6 months of Inpatient Psychiatry: University
of New Mexico/Bernalillo County Mental Health Center; 3 months of Day

Treatment Center Psychiatry: UNM/BCMHMRC Day Treatment Center; 3 months of Consultation and Liaison Psychiatry: Albuquerque Veterans Administration Medical Center; 6 months of Child and Adolescent Psychiatry at the University of New Mexico's Children Psychiatric Hospital; 4 months of State Hospital Psychiatry at Las Vegas Medical Center, Las Vegas, New Mexico (Including acting attending responsibilities in Admissions (open and closed wards), ATP, Forensic Evaluation Hospital, Behavioral and Social Rehabilitation programs and regular wards; 4 months of Community Psychiatry and chronic care, (Including consultation to two transitional living programs, a clinic for the homeless, a prolixin clinic and a clinic for boarding home patients, consultation with the Homeless Project, Consumer Advising Committee and several others. Psycho-educational classes for relatives of schizophrenics) and 3 months as Clinical Chief Resident in UNM/BCMHMRC.

## Seminars & Courses (Residency Training)

Introduction to Psychiatry; Topics in Psychiatry; Children Development; Psychiatry and the Law; Psychiatric Interview and Assessment; Psychopharmacology; Psychodynamics; Social Psychiatry and Epidemiology; Demonstration Psychotherapy (two seminars); Group Psychotherapy; Family Therapy (Dr. Canive, 6 months); Special Problems Clinic (Dr. Kellner), Research on Psychotherapy, Psychiatric Research, Psychopathology; Literature and Psychiatry; Play Therapy; Cross-cultural Psychology; Continuous Case Presentation, Advanced Psychotherapies and Advanced Biological Therapies.

## Extra -curricular Courses (Residency Training)

Annual CPR training; Transactional Analysis; Psychodrama; Ericksonian Hypnosis; Psychiatric Diagnosis; Family Therapy (Whittaker); Gender Issues in Therapy; Ego-psychology Therapy.

# Meetings and Courses

Ethnicity, Acculturation and Mental Health among Hispanics (Chicano Mental Health Task Force, two consecutive years)

Society for Psychiatry and Culture (At Santa Fe, New Mexico, Sept. 27, 29, 1984).

New Mexico Public Health Association (May 9-10, 1985, Albuquerque, N.M.) Panelist in the round table "Health Problems among Recent Immigrants"

American Society of Hispanic Psychiatrists/ The University of Chicago/ Universidad de Yucatan: III International Symposium: Migration, violence and substance abuse. Merida, Mexico. March 15-17, 1986. Presented my paper: *"Iwigara loss, a Tarahumara Culture-bond Psychiatric Syndrome."*

American Psychiatric Association Annual Meeting 1987, Chicago, Illinois.

Enrolled in Masters Degree program in the University of New Mexico, started July 1985.  Classes on basic anthropology, bilingual psychology, medical anthropology, society and mental health, among others.

Psychiatry, a comprehensive update and review. Harvard Medical School. March 14-19, 1988.

VIII World Congress of Psychiatry.  Athens, Greece, October 12-19, 1989. Presented my paper: *"Psychiatric disorders among the Tarahumara Indians of northern Mexico"*

Texas Society of Psychiatric Physicians, Meeting November, 1991, El Paso, Texas.  Member of the Psychiatric Hospitalization Ad Hoc and Newsletter Committees.

SWAHAP III Summer Medical Congress, June 30-July 5, 1992, Can Cún, Quintana Roo, Mexico. Presented as a key-note speaker: *"Peyote and Traditional Illness among the Tarahumara."*

American Psychiatric Association Annual Meeting 1993, San Francisco, California. Diploma Courses ("PTSD: Treatment and Research Agenda," "Psychiatric Aspects of Chronic Pain Management," "The Psychiatrist as an Expert Witness" and "Preparing for the ABPN Part II Exam.") Presented my paper: *"The Alton School Bus Tragedy, New Lights into PTSD"*.

Texas Society of Psychiatric Physicians, Meeting May, 1994. As President of the South Texas Chapter.

Texas Society of Psychiatric Physicians. Leadership Conference. Summer 1994.

Texas Society of Psychiatric Physicians, 1995 Annual Meeting.

X World Congress of Psychiatry, Madrid Spain, August 1996
August 25: Paper :*The Alton School Bus Tragedy: PTSD Revised.*

American Psychiatric Association Annual Meeting 1997, San Diego, California.

Texas Society of Psychiatric Physicians. Leadership Conference. Summer 1997.

American Psychiatric Association Annual Meeting 1998. Toronto, Ontario, Canada.

Texas Society of Psychiatric Physicians. Leadership Conference. Summer 1998.

SWAHAP Medical Congress Nov 7-8-9 1998. El Paso, Texas. Key-note Speaker Inaugural Session: *Alternative Medicine in the Beginning of the Third Millennium.*

American Psychiatric Association Annual Meeting 1999. Washington D.C.

Texas Society of Psychiatric Physicians. Leadership Conference. Summer 1998.

Institute of Psychiatric Services, Philadelphia Pennsylvania.   Presented my paper: "*The Alton School Bus Tragedy, Therapeutic Issues* . In the symposium Trauma Culture and Therapy.

American Psychiatric Association Annual Meeting 2001, New Orleans, Louisiana. Presented my paper: "*The Cross-cultural Axis.*   In the component workshop "Fear, Fantasy and Reality of the Psychiatric Practice in the New Milennium for International Medical Graduates.

# *Publications*

## A)  BOOKS

### *CEROCAHUI, UNA COMUNIDAD EN LA TARAHUMARA.*

First edition by UNAM (Mexico National University Press), 1974; 210 pages.  Second, third, fourth and fifth editions by Centro Librero la Prensa, Chihuahua, 1979, 1985, 1987, 1989 and 1992. Sixth edition 1996 (Co-edition, first, Chihuahua Municipal Presidency). In preparation : 25th Anniversary Edition (Centro Librero La Prensa-State of Chihuahua)

Cerocahui... is quoted by: Miller, W.: Tarahumara Bibliography, University of Michigan, 1980.// ENCICLOPEDIA DE MEXICO; article on Tarahumara Indians: Vol. XII,  p. 43. Mexico 1978.// Ramírez, A.: Bibliography of the Mexican traditional medicine.  IMEPLAM, Mexico 1978 (No. 256).// Escobedo, E.; Bibliografía básica del Estado de Chihuahua; CER/UACH Programa Cultural de las Fronteras/SEP-Cultura, Mexico 1985.// Ramírez, A.:  Bibliography of the Mexican Traditional Medicine (published in segments) in  Medicina Tradicional, Vol. II, No. 6, page 49. 1978.// Merrill, W.L.: Tarahumara Social Organization, Political Organization and Religion; Handbook of North American Indians,  Vol. 10, The Smithsonian Institution, Washington, D.C. 1983.// Brouzes, F.: *La Nourriture Partagé,* Université de Bordeaux, France, 1979.// Brouzes, F.: *De la Tortilla aux Corn-Flakes,* Université of Bourdeaux, France, 1979.// Bye, R.F.: Ethno-ecology of the Tarahumara, Harvard University, 1978.// Uribe, B. and León, C.: Estudio Comparativo de Niños tarahumares de dos escuelas con diferentes grados de aculturación; Universidad Nacional Autónoma de México, 1978.// Urteaga, A.: Antropología y estereotipo de lo Indígena en la Tarahumara. In Jaramillo, H. (editor): Panorama de la cultura chihuahuense. Gobierno del Estado. Chihuahua, Chih., 1992.// De Velasco Rivero, P.: Danzar o Morir, Religión y Resistencia a la Dominación en la Cultura Tarahumara.  Centro de Reflexión Teológica, México 1983.// González, L.R.: Tarahumara, la Sierra y el Hombre: SEP/80-FCE, Mexico, 1982.//Gonzalez, L.R. and Burgess D.: Tarahumara. Chrysler de Mexico, 1985.// Mull, D.A. and Mull, J.D.:  Differential use of a clinic by Tarahumara Indians and Mestizos in the Mexican Sierra Madre.  Medical Anthropology.  Summer 1985.// Tena Antillón B.(editor): Lecturas de Chihuahua. Instituto Nacional para la Educación de los Adultos. Mexico 1991// Deimel C.: Tarahumara Indianer im Norden Mexikos. Frankfurt am Main, Syndikat 1980.// ...and others.

### *CHA OKO, MANUAL DE PROPEDEUTICA EN RARAMURI.*

Co-author: Erasmo Palma. (A handbook on clinical interview and physical examination in Tarahumara language).  First edition by Obra Nacional de la Buena Prensa, Mexico 1977. Second edition by the University of Chihuahua, 1986.

### *La Enfermedad de Alzheimer.* (A Handbook for families and

Caretakers)  First Edition. 1995, Don Quixote Editions, McAllen, Texas.

*Rarajípari, la Carrera de Bola Tarahumara, The Tarahumara Indians Kick-ball Race.*
First Edition. 1995, Centro Librero La Prensa, Chihuahua, México. First Co-edition, 1995. Presidencia Municipal Chihuahua, México.

*Alzheimer's Disease: A primer for caretakers.* Don Quixote Editions, McAllen, Texas. 2001.

## B)   OTHER PUBLICATIONS

--With Carrillo, G.P. and Leon, I.P.: Pesca tradicional en la Tarahumara, in *Memories of the First International Symposium of Fishing and Education;* Vol. IV (Políticas de Apoyo); Can Cun, Mérida, El Carmen, 1979.

--Section *Tarahumara Indians* in Chihuahua Hoy, Centro Librero la Prensa, Chihuahua, 1983. (Reedited yearly, 1983 to 1997)

--With Palma, J.M.: Rarajipari, the Tarahumara Indian kick-ball race. Annals of Sports Medicine, 12. Oxford University Press, 1985.

- -El verbo simea-simama and Discurso Inaugural in "Memorias del Primer Seminario sobre los Lenguajes Hablados en Chihuahua." University of Chihuahua/SEP-DCR, Mexico 1983.

- -Psychiatric disorders among the Tarahumara Indians of Northern Mexico, Curare (Germany), Vol. 12 (1989): 169-173.

--With Paredes A. Jíkuri, the Tarahumara Peyote Cult: An Interpretation; in The Mosaic of Contemporary Psychiatry in Perspective. (Kales, Pierce and Greenblatt, editors) Springer-Verlag, New York, London, Heidelberg 1992.

--With Robert Kellner and Gurucharan Singh: Rehearsal in the treatment of Recurring Nightmares in Post-Traumatic Stress Disorders and Panic Disorder: Case Histories, Annals of Clinical Psychiatry 1991, Vol. 3: 67-71.

--La Tragedia de Alton: re-examinando el Concepto del Transtorno por Estrés Post-traumático. in La Violencia y sus Víctimas, J. Saiz Ruíz (editor) Hospital Ramón y Cajal, Madrid Spain. **PSIQUIATRIA**, Jan-Mar 1998.

## C)   IN PREPARATION

--With Paredes, A. and Harrison S.D.: **Jíkuri, the Tarahumara Peyote Cult: Worship, healing and commitment to non-violence.** Department of Psychiatry and Behavioral Science and The Laboratory for the Study of the Addictions, West Los Angeles VAMC.

--With Paredes, A.: **The Ekistic Principles of the Tarahumara.**

- -**Tarahumara Medicine.** To be submitted to UNM Press or the University of Oklahoma Press.

--With Bienz, L.: **Multiple Personality Disorder: therapy for the present and the future of the patient.**

- -**The Alton School Bus Tragedy: PTSD Revised.**

--**Inmigración de Indígenas Mexicanos a los Estados Unidos.** Médico Interamericano edición especial en migración, otoño del 2001.


## D)   IN MAGAZINES AND NEWSPAPERS

1965:  Editorials and articles in "El Bachiller".

1976.:  Occasional collaborations to "El Heraldo de Chihuahua".

May 1981 - Dec. 1982: Monthly article in "Revista Tarahumara".

>        1990: **Chulas Fronteras y el Diablo anda suelto.**
>               (On the Matamoros Ritual Killings)
>        1992: **On the Death of Father Llaguno, Bishop of**
>               **the Tarahumara Indians.**

July 1981 - 1983:  Column in *Gaceta Universitaria.*

## E)   SCHOOL OF MEDICINE JOURNAL

In *Revista de la Escuela de Medicina*, Universidad de Chihuahua. Comentario sobre el Lupus Eritematoso Diseminado and translations of French and English reports, 1971, numbers 2 & 3.

## F)   MISCELLANEOUS

--In Saver, C.: *Costumes of Mexico.* British Museum Publications/University of Texas Press, Austin 1985. (quotation) letter by Pennington, W.C. and me, 1982.

--In Treviño, M. and Ramos, M.: *Migraciones de Indígenas Tarahumaras a la Ciudad de Chihuahua.* (In press UACH/SEP). (introduction) History of Tarahumara migratory movements, 1982.

# *Awards and Recognitions:*

-July 4, 1961. Most  Distinguished  Student. Federal School District 1 (Chihuahua, Chih.), Mexico City.

-Dec 18, 1973. *Magna Cum Laude*  on the Thesis. Professional Examination. Universidad Autonoma de Chihuahua.

-July 4, 1977. Honorary  Liutenant  Governor. State of Oklahoma. Oklahoma City.

-July 7, 1977. Special   Recognition by the Oklahoma Partners of the Americas. Exemplary Services  to  Mankind. Oklahoma City.

-Sep 30, 1977. Ehren  Diplom. Die Barmherzigen Schwestern vom hl. Karl Borromaus. Vienna, Austria.

-Nov 14, 1982. Dr.  Manuel Cota Martinez Legal Medicine Memorial  Award. Chihuahua, Chih., Mexico.

-June 12, 1987. Dr. Robert A. Senescu Memorial Scholarship
Award. University of New Mexico.
Albuquerque, New Mexico.

-Aug 1, 1988. Physician Recognition Award. American
Medical Association.

-Dec 24, 1993. Physician of the Year. Charter Palms Hospital.
McAllen, Texas.

-Mar 17, 1994- August 1995. President. South Texas Chapter. Texas
Society of Psychiatric Physicians.

-Aug 1995- July 1997. First Councilor. South Texas Chapter. Texas
Society of Psychiatric Physicians.

-Oct, 14 1995. Board Certification. American Board of Psychiatry
and Neurology. Psychiatry.

-Sep, 1995. Board Certification. American Board of Forensic
Examiners.

-Dec, 20 1995. Physician of the Year. Charter Palms
Hospital. McAllen, Texas.

-1996-1999 Consultant Observer. Council on Economic Affairs
American Psychiatric Association.

-July 1997-2000 President. South Texas Chapter. Texas
Society of Psychiatric Physicians.

-Feb 1, 1999. Physician Recognition Award. American
Medical Association.

-July 2000-today. First Councilor. South Texas Chapter. Texas
Society of Psychiatric Physicians.

-July 23. 1999 - 2000 Consultant. Council on Professional Values
and Human Dignity. American Psychiatric Association.

-May 7, 2001 Fellow. American Psychiatric Association.

# EXHIBIT "B"



## F. IRIGOYEN, M.D., P.A.

F. IRIGOYEN, M.D., P.A.
General Psychiatry
Medical Director


RE: PATIENT :  **Rolando Moya**
     **D. O. B.**   :  **06-01-1977**
     **S. S.  #**   :  **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**
     **D. O. E.**   :  **04-29-2002**

## DESCRIPTION OF EVALUATION:

The psychiatric evaluation consisted of a Clinical Interview of about sixty minutes duration, which was conducted using a Standard Psychiatric Interview Technique and was complemented by a Symptom Questionnaire Test, (SQ) copyright Robert Kellner, Albuquerque, New Mexico, and a Mini-Mental Status Examination, Harvard version. This was given to the patient prior to the actual interview.

The Symptom Questionnaire, (SQ) is a four scale, ninety-two item test sensitive for depression, anxiety, somatic symptoms and hostility. The SQ suggests severe stress or psychopathology.

The Mini-Mental Status Examination data is included in the mental status report of the patient.


## HISTORY:

Rolando Moya is a 24 year old, Hispanic-American male, who was cooperative throughout the interview. Patient relates that he has been having dreams from his childhood when he was in a bag peeping out through a hole into a strange world (other dreams always contain water).

On September 15, 2001 Mr. Moya was out fishing at Laguna Madre with a cousin, a brother in law and a brother when a barge hit the Isabella Causeway bridge. Upon the impact the bridges structure collapsed. Patient

observed the cars plunging one after another into the Laguna. He also witnessed the 2nd hit of the barge against the bridge (sideways). Patient feels disappointed that the Coast Guard was not as helpful or as prepared as they should have been. Reminders such as going through overpasses, bridges, bright lights of cars, bring intrusive thoughts. They send him back to the scene of the Queen Isabella Causeway accident. Sight of water brings back feelings of re-experiencing.

Prior to the accident patient sketched and wrote his thoughts on paper, now he does not. Patient worries about his brother, brother in law and cousin (thinking that they came so close to floating debris which rocked the boat, they could have been killed). He notices that he has become irritable, easily explosive, which started at the time when authorities tried to separate them (group). He calls them several times a day to get reassured that they are doing well. They are his key support, his wife has also been supportive. He works as a manager at Monte Cristo (buys/sells real estate contracts). He has worked there for 7-8 years (was his father's company).

## MENTAL STATUS EXAMINATION:

Rolando Moya is an attractive male, wearing casual clean clothes and having good grooming. Patient conveys a healthy appearance, and looks about his stated chronological age. Patient's affect is tense, swinging into constricted. The patient's general behavior is characterized by fluctuant moods. Patient's attitude toward the examiner is neutral and open.

The patient is alert, and is well oriented to time, person, place and situation. Patient was able to spell the word, world, forwards and backwards. The patient's speech is fluent, verbal, spontaneous, and does articulate without difficulty. No formal deficiency in language was noticed. Patient was able to copy a standardized geometric design demonstrating the absence of an Aphasic Disorder or deficit in the higher integrative special functions. Form of thought prevalent for this patient is abstract, logical and goal oriented. Patient has a good capacity for abstraction. Patient's thought content is characterized by constant thoughts about the accident. Remote retrograde memory is good, evidenced by recall of common place, historical events, and holidays. Patient's short-term retrograde recollection is good shown by the patient knowing his whereabouts, composition of meals, and daily life issues. Patient's anterograde memory, this is the ability to apprehend new information is good as demonstrated by the patient being able to recall 3 out

of 3 objects given to him to remember after 5 minutes. Patient's calculation abilities are good; general fund of knowledge is above average for the socio-cultural background the patient belongs to and for his level of education.

The patient presents no systematized delusions, hallucinations, suicidal or homicidal ideations. Insight is fair, and judgement is good.

## DIAGNOSTIC IMPRESSION:

**AXIS I  : Post Traumatic Stress Disorder**
**AXIS II:  No Diagnosis**
**AXIS III: No Diagnosis**

## FORMULATION AND DISCUSSION OF THE CASE:

Mr. Moya meets criterion A for Post Traumatic Stress Disorder DSM IV after witnessing the disaster of the Isabella Causeway accident (automobiles falling, drivers being killed, and observing a woman drowning). Fearing that they all were at serious risk of losing their lives. The initial response was characteristic e.g. dread followed by numbing. His re-experiencing dreams with phobia formation have become progressively inclusive, with personality changes such as avoidance and irritability. All this has had an impact on his job, family relations and social life.

I would like to re-assess patient in 3 weeks.

Should any questions arise, feel free to contact me.

Fructuoso Irigoyen, M.D.FAPA





**F. IRIGOYEN, M.D., P.A.**

**F. IRIGOYEN, M.D., P.A.**
General Psychiatry
Medical Director

RE: **PATIENT** :  **Alberto L. Moya**
    **D. O. B.**   :  **03-05-1979**
    **S. S.  #**   :  **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**
    **D. O. E.**   :  **04-30-2002**

## DESCRIPTION OF EVALUATION:

The psychiatric evaluation consisted of a Clinical Interview of about sixty minutes duration, which was conducted using a Standard Psychiatric Interview Technique and was complemented by a Symptom Questionnaire Test, (SQ) copyright Robert Kellner, Albuquerque, New Mexico, and a Mini-Mental Status Examination, Harvard version. This was given to the patient prior to the actual interview.

The Symptom Questionnaire, (SQ) is a four scale, ninety-two item test sensitive for depression, anxiety, somatic symptoms and hostility. The SQ suggests severe stress or psychopathology.

The Mini-Mental Status Examination data is included in the mental status report of the patient.

## HISTORY:

Alberto Le Roy Moya is a 23 year old, Hispanic American male, who was cooperative throughout the interview. Patient relates that on September 15, 2001, he was fishing with his brother, cousin, and a brother in law, in the Laguna Madre the day that a barge hit the pillars of the Isabella Causeway Bridge. This caused the collapse of a section of the bridge into the Laguna Madre which subsequently followed the fall of 10 vehicles and the death of their occupants. They were able to rescue 3 survivors, one of them with impressive wounds. Two weeks after the accident, patient suffered from vivid dreams re-experiencing the event, now he does not remember the

dreams, but his wife hears him talking and contorting in his sleep. Patient continues to have flashbacks of cars going over the bridge. Certain things such as expressway bridges and water exposure bring back memories of the accident. He also suffers from distractibility causing him to make small errors here and there (work and home). His relationship with his son has changed, he has become very protective and concerned for him. He is a full time student (Business) and also works full time at Texas State Bank as a Regional Operations Manager. He is married and has a 2 year old son.

## MENTAL STATUS EXAMINATION:

Alberto Moya is an attractive male, wearing a tie and business clothing and having neat grooming. Patient conveys a healthy appearance, and looks younger than his stated chronological age. Patient's affect is full and reactive. The patient's general behavior is characterized by rationalizing stand. Patient's attitude toward the examiner is neutral and friendly.

Mr. Moya is alert, and is well oriented to time, person, place and situation. Patient was able to spell the word, world, forwards and backwards. The patient's speech is fluent, verbal, spontaneous, and does articulate without difficulty. No deficiency in language was noticed. Patient was able to copy a standardized geometric design demonstrating the absence of an Aphasic Disorder or deficit in the higher integrative special functions. Form of thought prevalent for this patient is abstract, logical, goal oriented. Patient has a good capacity for abstraction. Patient's thought content is characterized by intrusive vivid re-experiencing when talking about the accident or being exposed to reminders. Remote retrograde memory is good, evidenced by recall of common place, historical events, and holidays. Patient's short-term retrograde recollection is good shown by the patient knowing his whereabouts, composition of meals, and daily life issues. Patient's anterograde memory, this is the ability to apprehend new information is fair as demonstrated by the patient being able to recall 2 out of 3 objects given to him to remember after 5 minutes. Patient's calculation abilities are good; general fund of knowledge is good for the socio-cultural background the patient belongs to and for his level of education.

The patient presents no systematized delusions, hallucinations, suicidal or homicidal ideations. Insight is variable, and judgement is good.



## DIAGNOSTIC IMPRESSION:

**AXIS I :** **Post Traumatic Stress Disorder**
**AXIS II:** **No Diagnosis**
**AXIS III:** **No Diagnosis**

## FORMULATION AND DISCUSSION OF THE CASE:

Patient meets Criterion A DSM IV TR for Post Traumatic Stress Disorder, being a witness of the Isabella Causeway accident, witnessing the fall of automobiles and passengers being killed. Being his initial response of dread and numbing, realizing that his life had been in danger. This has caused him vivid re-experiencing dreams of the accident, distractibility, phobia and avoidance to bridges, changes of personality, becoming over protective with son. This has impacted his family relations and social life.

I would like to re-asses patient in 3 weeks.

Should any questions arise, feel free to contact me.

Fructuoso Irigoyen, M.D.FAPA





**F. IRIGOYEN, M.D., P.A.**

**F. IRIGOYEN, M.D., P.A.**
General Psychiatry
Medical Director

RE: **PATIENT :  Antonio Salinas Jr.**
     **D. O. B.  :  03-19-1978**
     **S. S.  #  :  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**
     **D. O. E.  :  04-29-2002**

## DESCRIPTION OF EVALUATION:

The psychiatric evaluation consisted of a Clinical Interview of about sixty minutes duration, which was conducted using a Standard Psychiatric Interview Technique and was complemented by a Symptom Questionnaire Test, (SQ) copyright Robert Kellner, Albuquerque, New Mexico, and a Mini-Mental Status Examination, Harvard version. This was given to the patient prior to the actual interview.

The Symptom Questionnaire, (SQ) is a four scale, ninety-two item test sensitive for depression, anxiety, somatic symptoms and hostility. The SQ suggests excessive stress or psychopathology.

The Mini-Mental Status Examination data is included in the mental status report of the patient.

## HISTORY:

Antonio Salinas Jr. Is a 24 year old, Hispanic American male, who was cooperative throughout the interview. Patient relates that on September 15, 2001 he witnessed the barge hitting the Isabella Causeway, the falling of the bridge, seeing the first and the last car fall into the Laguna Madre. He was fishing on a 17 ft. recreational boat. They were a group of four (self, brother in law, brother, and cousin). His initial response was of panic and horror, but also cleared space for a potential rescue. He saw a female drowning who could not be rescued. They were able to take 3 persons ashore, one of them

was injured on the back and head. Their boat circled around looking for survivors, the Coast Guard showed up 30 minutes later, unequipped. The survivors were in and out of the boat awaiting for help from the authorities. They could not leave the scene until 5:00 p.m. the next day. Adding to the trauma was the fact that the section of the bridge which they had been under collapsed the next day. Patient felt the whole impact of the event "kicked in" 3-4 days later when he begun having nightmares, waking up sweating, grasping for air. The content of nightmares is of people dying, relating to water. He has not been able to fish until now. Patient feels "mellow" (numbed) disinterested in activities and work (continues working but does not feel motivated). He is a service coordinator, medical equipment supplier. Feels tired, sleepy and avoiding social activities. Friends have noticed changes of personality and isolation. Mr. Salinas returned to the bridge on the re-opening with a television crew and a survivor ("Gustavo"). He has developed a fear of going over bridges (e.g. the freeway, cars lights disappearing on the over passes, etc.), also afraid of driving. His job has also been affected by his absences required by the process and repeated tardies to work. Patient feels resentment at not being able to rescue more people.

## MENTAL STATUS EXAMINATION:

Antonio Salinas Jr. is an attractive male, wearing casual clothes and having casual grooming. Patient conveys a healthy appearance, and looks his stated chronological age. Patient's affect is constricted and tearful. Patient's attitude toward the examiner is neutral.

The patient is alert, and is well oriented to time, person, place and situation. Patient was able to spell the word, world, forwards but not backwards. The patient's speech is fluent and articulate. Patient was verbal and spontaneous, and does articulate without difficulty. No formal deficiency in language was noticed. Patient was able to copy a standardized geometric design demonstrating the absence of an Aphasic Disorder or deficit in the higher integrative special functions. Form of thought prevalent for this patient is abstract, logical and goal oriented. Patient has a fair capacity for abstraction. Patient's thought content is characterized by intrusive thoughts. Remote retrograde memory is good, evidenced by recall of common place, historical events, and holidays. Patient's short-term retrograde recollection is good shown by the patient knowing his whereabouts, composition of meals, and

daily life issues. Patient's anterograde memory, this is the ability to apprehend new information is good as demonstrated by the patient being able to recall 3 out of 3 objects given to him to remember after 5 minutes. Patient's calculation abilities are good; general fund of knowledge is good for the socio-cultural background the patient belongs to and for his level of education.

The patient presents no systematized delusions, hallucinations, suicidal or homicidal ideations. Insight is fair and judgement is good.

## DIAGNOSTIC IMPRESSION:

**AXIS I :  Post Traumatic Stress Disorder**
**AXIS II:  No Diagnosis**
**AXIS III:  No Diagnosis**

## FORMULATION AND DISCUSSION OF THE CASE:

Patient meets criterion A for Post Traumatic Stress Disorder DSM IV by witnessing the disaster of the Isabella Causeway accident (automobiles falling, drivers been killed, and observing a woman drowning). In addition feeling that his own life was at serious risk. The initial response was characteristic e.g. dread followed by numbing. The nightmares with re-experiencing, phobia formation process becoming progressively inclusive as well as increasing isolation, avoidance with changes in personality. All this has had an impact in his job (which otherwise he loves), family relations and social life.

I would like to re-asses patient in 3 weeks, to decide whether psychotherapy and medication could be indicated to prevent a pervasive Post Traumatic Stress Disorder to fully develop.

Should any questions arise, feel free to contact me.

Fructuoso Irigoyen, M.D.FAPA





**F. IRIGOYEN, M.D., P.A.**

**F. IRIGOYEN, M.D., P.A.**
General Psychiatry
Medical Director

RE: PATIENT : **Roberto Espericueta**
    D. O. B.  : **04-21-1979**
    S. S. #  : **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**
    D. O. E.  : **04-30-2002**

## DESCRIPTION OF EVALUATION:

The psychiatric evaluation consisted of a Clinical Interview of about sixty minutes duration, which was conducted using a Standard Psychiatric Interview Technique and was complemented by a Symptom Questionnaire Test, (SQ) copyright Robert Kellner, Albuquerque, New Mexico, and a Mini-Mental Status Examination, Harvard version. This was given to the patient prior to the actual interview.

The Symptom Questionnaire, (SQ) is a four scale, ninety-two item test sensitive for depression, anxiety, somatic symptoms and hostility. The SQ suggests stress, anger scale is high.

The Mini-Mental Status Examination data is included in the mental status report of the patient.

## HISTORY:

Roberto Espericueta is a 23 year old, Hispanic American male, who was cooperative throughout the interview. Patient relates that he feels he is doing "as well as expected". On September 15, 2001 he witnessed the collision of a barge against the Queen Isabella Bridge while he was out fishing in a boat with 2 of his cousins and a friend. This collision caused the collapse of a section of the bridge causing the 10 cars to plunge into the water. As the cars were plunging into the water their brake lights were still on ("they were braking in the air"). Patient and his 3 fellow fishermen were able to rescue 3 survivors, one of them impressively wounded. Patient finds

1400 SO 6TH STREET, THIRD FLOOR • SUITE 301 • P.O. BOX 1599 • McALLEN, TEXAS 78502-1599 • (210) 631-0344
General & Adolescent Psychiatry/Addictive Diseases/Stress Control/Management of Chronic Pain

things harder to do, for example driving and 90 % of his work is driving. Certain smells remind him of the flares as they were looking for people. Patient is easily startled, reminders such as brake lights and bridges bring back memories of the accident. He is more avoidant of topics, tries to suppress feelings and thoughts, is short-tempered, less patient, with the sense of helplessness of not having done enough. Patient has a scar on his thigh from a flare burn, looking at it is a strong reminder.

## MENTAL STATUS EXAMINATION:

Mr. Espericueta is an attractive, well built male, wearing casual clothes and having casual fine grooming. Patient conveys an anxious but healthy appearance, and looks about or older than his stated chronological age. Patient's affect is tense. The patient's general behavior is characterized by sweatiness and tension. Patient's attitude toward the examiner is neutral and open.

The patient is alert, and is well oriented to time, person, place and situation. Patient was able to spell the word, world, forwards and backwards. The patient's speech is fluent, verbal, spontaneous, and does articulate without difficulty. No deficiency in language was noticed. Patient was able to copy a standardized geometric design demonstrating the absence of an Aphasic Disorder or deficit in the higher integrative special functions. Form of thought prevalent for this patient is assertive, logical and goal oriented. Patient has a fair capacity for abstraction. Patient's thought content is characterized by reflections about the accident, survivor guilt. Remote retrograde memory is good, evidenced by recall of common place, historical events, and holidays. Patient's short-term retrograde recollection is good shown by the patient knowing his whereabouts, composition of meals, and daily life issues. Patient's anterograde memory, this is the ability to apprehend new information is good as demonstrated by the patient being able to recall 3 out of 3 objects given to him to remember after 5 minutes. Patient's calculation abilities are good; general fund of knowledge is average for the socio-cultural background the patient belongs to and for his level of education.

The patient presents no systematized delusions, hallucinations, suicidal or homicidal ideations. Insight is good, and judgement is good.



## DIAGNOSTIC IMPRESSION:

**AXIS I  :  Post Traumatic Stress Disorder, Acute**
**AXIS II:   No Diagnosis**
**AXIS III:  Burn on thigh**

## FORMULATION AND DISCUSSION OF THE CASE:

Patient meets:  DSM IV TR Criterion A for Post Traumatic Stress Disorder, witnessing the Isabella Causeway accident, seeing the falling of automobiles and passengers killed.  Feeling that his life was also at serious risk.  His initial response was of dread followed by numbing.  Since then he suffers from re-experiencing, driving phobia, irritability, anxiousness, impatience, and changes of personality.  All this has had an impact on his family relations, social life and in his work which consists of driving 90 % of the time.

I would like to re-asses patient in 3 weeks.

Should any questions arise, feel free to contact me.

Fructuoso Irigoyen, M.D.FAPA

