UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 1 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION FOR BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERERS, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § | CIVIL ACTION NO. B-01-157 **Consolidated with** |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC, AS OWNER, and AMERICAN COMMERCIAL BARGE LINE LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § | CIVIL ACTION NO. B-02-004 **and** |
| IN THE MATTER OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § | CIVIL ACTION NO. B-02-125 Admiralty |

## WILLIAM E. KIMBRELL'S CERTIFICATE OF DISCLOSURE

Claimant, William E. Kimbrell, certifies that he served the Second Amended Initial

Disclosures of William E. Kimbrell, Claimant; Claimant William E. Kimbrell's First Supplemental Answers and Objections to Petitioners' Master Set of Interrogatories; Claimant William E. Kimbrell's First Amended and Supplemental Responses and Objections to Petitioners' Master Set of Request for Production; and Exhibits A, B, C, G, H and J, on Mr. Will W. Pierson, Mr. Keith Uhles, Mr.James Hunter, ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P., 1700 Wilson Plaza West, 606 N. Carancahua, Corpus Christi, Texas 78476 , Mr. Leslie D. Cassidy, III, WOOLSEY & CASSIDY, 500 N. Water Street, Ste. 1020, Corpus Christi, Texas 78471, Mr. Glen Goodier, JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, L.L.P., 201 St. Charles Ave., 48th Floor, New Orleans, LA 70170-5100 on June 30th, 2004, as required by Federal Rule of Civil Procedure.

Respectfully submitted,

By: _____

Richard Leo Harrell
Attorney-in-Charge for Claimant
William E. Kimbrell
Texas Bar No.: 09041320
802 N. Carancahua, Suite 2100
P. O. Box 480
Corpus Christi, TX 78403-0480
Telephone: (361) 698-7600
Facsimile: (361) 698-7614

OF COUNSEL:

THE EDWARDS LAW FIRM, L.L.P.
802 N. Carancahua, Suite 1400  (78470)
P. O. Box 480
Corpus Christi, TX  78403-0480
Telephone No.:  (361) 698-7600
Facsimile No.:   (361) 698-7615

## CERTIFICATE OF SERVICE

The undersigned attorney, attorney-in-charge for Claimant and Claimant-respondent, hereby certifies that a true and correct copy of the above and foregoing pleading has been served upon all counsel of record on this 30th day of June, 2004.

Richard Leo Harrell

## CERTIFIED MAIL RETURN RECEIPT REQUESTED

Will W. Pierson, Esq.
Keith Uhles, Esq.
James Hunter, Esq.
ROYSTON, RAYZOR, VICKERY
& WILLIAMS, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
*CM/RRR # 7003 3110 0002 0721 8850*

Leslie D. Cassidy, III, Esq.
WOOLSEY & CASSIDY
500 N. Water Street, Ste. 1020
Corpus Christi, Texas 78471
*CM/RRR # 7003 3110 0002 0721 8843*

Glen Goodier, Esq.
JONES, WALKER, WAECHTER, POITEVENT,
CARRERE & DENEGRE, L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100
*CM/RRR # 7002 2410 0003 6789 2250*

## REGULAR MAIL

Heriberto "Eddie" Medrano, Esq.
LAW OFFICES OF HERIBERTO MEDRANO
2009 East Harrison, Ste. B
Harlingen, Texas 78550

Mark J. Spansel, Esq.
ADAMS & REESE, L.L.P.
4500 One Shell Square
New Orleans, LA 70139

James B. Manley, Esq.
ATTORNEY AT LAW
200 William Barnett
Cleveland, Texas 77327

Thomas E. Quirk, Esq.
AARON & QUIRK
901 NE Loop 410, Ste. 903
San Antonio, Texas 78209-1307

Ray R. Marchan, Esq.
WATTS LAW FIRM, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

J. Chad Guantt, Esq.
GUANTT & KRUPPSTADT, L.L.P.
1400 Woodloch, Ste. 575
The Woodlands, Texas 77380