

United States District Court
Southern District of Texas
FILED

AUG 0 2 2004

Michael N. Milby
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | |
| PETITION OF BROWN WATER | § | C. A. NO. B-01-157 |
| TOWING I, INC., AS OWNER, AND | § | Admiralty |
| BROWN WATER MARINE SERVICE, | § | |
| INC., AS BAREBOAT CHARTERER, OF | § | |
| THE BROWN WATER V, ITS ENGINES. | § | |
| TACKLE, ETC. IN A CAUSE OF | § | |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |
| | § | Consolidated with |
| | § | |
| IN RE THE COMPLAINT AND | § | |
| PETITION OF AMERICAN | § | C. A. NO. B-02-004 |
| COMMERCIAL LINES LLC AS | § | Admiralty |
| OWNER, AND AMERICAN | § | |
| COMMERCIAL BARGE LINES, LLC, | § | |
| AS CHARTERER OF THE BARGES | § | |
| NM-315, VLB-9182.ACL-9933B, | § | |
| VLB-9173, IN A CAUSE OF | § | and |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |
| | § | |
| | § | |
| IN RE THE COMPLAINT AND PETITION OF | § | C.A. NO. B-02-125 |
| DEERE CREDIT, INC., (FORMERLY | § | Admiralty |
| SENSTAR FINANCE COMPANY), AS | § | |
| OWNER OF THE BARGE NM-31S AND | § | |
| STATE STREET BANK. AND TRUST | § | |
| COMPANY OF CONNECTICUT, | § | |
| NATIONAL ASSOCIATION, AS OWNER | § | |
| TRUSTEE OF THE BARGE ACL-9933B AND | § | |
| NOT IN ITS INDIVIDUAL CAPACITY, AND | § | |
| GENERAL ELECTRIC CAPITAL | § | |
| CORPORATION, AS BENEFICIAL OWNER | § | |
| OF THE BARGE ACL-9933B PRAYING FOR | § | |
| EXONERATION FROM AND/OR | § | |
| LIMITATION OF LIABILITY | § | |

## PLAINTIFF'S DESIGNATION OF EXPERTS

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Plaintiff in the above-entitled and numbered cause and files this her

Designation of Expert Witnesses,

I.

Please see Exhibit A.

II.

Plaintiff hereby cross designates all other persons, including experts, having knowledge of relevant facts identified by any party to this litigation. Plaintiff maintains the right to elicit testimony, including expert testimony, from any witness called to testify at the time of trial. By including these persons as non-retained experts, Plaintiff is not stipulating to their qualifications as experts and retains the right to challenge any expert on that basis.

Respectfully submitted,

LAW OFFICES OF AARON & QUIRK
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307
(210) 820-0211 - Telephone
(210) 820-0214 - Facsimile

By: _____
Thomas E. Quirk
State Bar No. 16437700
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the *Plaintiff's Designation of Experts* was sent in accordance with the Texas Rules of Civil Procedure to the following counsel of Defendants, on July 28, 2004 by facsimile and regular mail.

Jack F. Gilbert
Mark J. Spansel
Les Cassidy
James B. Manley
John D. Franz
J. Chad Gauntt
William Q. McManus
Heriberto Medrano
Veronica Farias
Raymond Thomas/Andres Gonzalez
S. Mark Strawn
Julian Rodriguez, Jr,
Jim. S. Hart
Frank Enriquez
Richard Leo Harrell
J. A. Magallanes
Geoffrey Amsel
Glenn Goodier
Keith N. Uhles
Will Pierson
Ramon Garcia
Robert E. Ammons
Daryl G. Darsum
William R. Edwards
Michael R. Cowen
George Kraehe
Sandra D. Laurel
Phil A. Bellamy

Thomas R. Quirk

# EXHIBIT A

Allstate Insurance Company and Custodian of Records
Osciel Carbajal (956) 605-9862
c/o Thomas E. Quirk  Aaron & Quirk
901 N. E. Loop 410, Ste 903 San Antonio, Texas 78209-1307
Allstate is the Subrogation claimant for property damages of Bridgette Goza.  It is reasonably
anticipated that the Osciel Carbajal  will testify that the he is an employee of Allstate that he  is
custodian of  records  for pertaining to this property claim and such records are under the
supervision, custody and control of the custodian of records, that such records were kept in the
regular course of business, repair, salvage, and valuation of Goza's vehicle was fair market value at
the time.  Mr Carbajal does not really have a report, but the estimate, title, and other records are
attached in lieu of a report.

Eddie Arriloa
1616 Michigan
Port Isabel, Texas
Mr. Arriloa is the supervisor of the Long Swing Bridge in Port Isabel, Texas. He
has knowledge of different barge configurations passing through the area and of the circumstances
surrounding the accident.

William Raymond Aston and Custodian of Records
Harlingen EMS
1705 Vermont Street
Harlingen, Texas 78550 or
P. O. Box 533668
Harlingen, Texas 78553
(956) 864-2711
Executive Director
Knowledge of facts and circumstances surrounding the ambulatory service which transported
claimants to Valley Regional Medical Center.  It is reasonably anticipated that the custodian of
records will testify that the financial records for pertaining to claimants are under the supervision,
custody and control of the custodian of records, that such records were kept in the regular course
of business, and that the medical expenses incurred are reasonable and necessary.

Hector Bennett
Port Isabel Fire Department
204 Musina
Port Isabel, Texas 78578
(956) 943-3523
and Custodian of Records
Knowledge of facts and circumstances surrounding the investigation of the accident made the
basis of this accident.  It is reasonably anticipated that the custodian of records will testify that the
financial records for pertaining to claimants are under the supervision, custody and control of the
custodian of records, that such records were kept in the regular course of business.

Blue Cross Blue Shield of Texas and Custodian of Records
(A Division of Health Care Service Corp)
2329 S. MacArthur Blvd.
Springfield, Illinois
Medical lien holder for Rene Mata. It is reasonably anticipated that the custodian of records will
testify that the financial records for pertaining to claimants are under the supervision, custody and
control of the custodian of records, that such records were kept in the regular course of business,
and that the medical expenses incurred are reasonable and necessary.

Agustin Briseno
6684 Monte Vello
Brownsville, Texas 78520
Mr. Briseno works at the Long Island Swing Bridge in Port Isabel, Texas He has knowledge of the configuration of barges passing through the area and of the circumstances surrounding the area.

Rafael Briseno
1015 Tineer Drive
Brownsville, Texas 78520
Mr. Briseno works at the Long Island Swing Bridge in Port Isabel, Texas. He has knowledge of the configuration of barges passing through the area and of the circumstances surrounding the area.

Brownsville Fire Department and custodian of records
1010 E. Adams Street
Brownsville, Texas 78520
(956) 546-3195
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.

Brownsville Herald and Custodian of Records
1135 East Van Buren Street
Brownsville, Texas 78520
(956) 542-4301
Knowledge of facts and circumstances surrounding the news reporting of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.

Buena Vista Funeral Home and Custodian of Records
125 McDavitt Blvd.
Brownsville, Texas  78520
956-541-5400
Knowledge of facts and circumstances surrounding the funeral and funeral expense of claimants in the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.

Cameron County District Attorney's Office and Custodian of Records
Attn: Yolanda de Leon, District Attorney
974 E. Harrison
Brownsville, Texas 78520
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.

Sigifredo C. Cantu,      Fire Chief and Custodian of Records
Harlingen Fire Department
3510 E. Grimes
Harlingen, Texas 78550
(956) 427-8885
Knowledge of facts and circumstances surrounding the investigation of the accident made the
basis of this accident.  It is reasonably anticipated that the custodian of records will testify that the
financial records for pertaining to claimants are under the supervision, custody and control of the
custodian of records, that such records were kept in the regular course of business.

Commercial General Liability Policy Declaration and Custodian of Records
Petitioner in possession of address and telephone numbers
Knowledge of facts and circumstances surrounding the insurance policy and claim of the accident
made the basis of this lawsuit.  It is reasonably anticipated that the custodian of records will testify
that the insurance claim reports and records pertaining to Plaintiff are under the supervision,
custody and control of the custodian of records and that such records were kept in the regular
course of business.

Minerva G. Coronado and Custodian of Records
Sundeep Reddy MD
Dr. Zamora
Dr. Erwin
David Grant Haman, Do
Mizael Gonzales x-Ray Technologist
Valley Regional Medical Center
100-A Alton Gloor Blvd.
Brownsville, Texas 78520
Director of Patients Accounts
Knowledge of facts and circumstances surrounding the medical and financial records of pertaining
to Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit.  It is
reasonably anticipated that the custodian of records will testify that the medical and financial
records pertaining to Plaintiff are under the supervision, custody and control of the custodian of
records, that such records were kept in the regular course of business, and that the medical
expenses incurred are reasonable and necessary.

Mary Ann Courter and custodian of records
Juan Rodriguez, Jr.
Texas Department of Public Safety
5805 Lamar Blvd.
P. O. Box 4087
Austin, Texas 78773-0001
Knowledge of facts and circumstances surrounding the investigation of the accident made the
basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the
wrecker service reports pertaining to Plaintiff are under the supervision, custody and control of the
custodian of records and that such records were kept in the regular course of business.

John Deck
Jay Disler
American Admiralty Bureau
P.O. Box 372
East Claridon, Ohio or
12236 Old State Road

Chardon, Ohio 44024

Department of the Army and custodian of records
Corps of Engineer
1920 North Chaparral Street
Corpus Christi, Texas 78401
attn: Mr. Elijio Garza, Area Engineer
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.
H. David Feltoon, Ph. D.
Clinical & Neuropsychology
8025 Chalk Knoll
Austin, Texas 78735
512-750-7164
Knowledge of facts and circumstances surrounding the medical examination and treatment of Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. All medical providers are expected to testify fully as to history, examination, treatment, diagnosis, prognosis and causation as related to Plaintiff's injuries that form the basis of this suit. Additionally, Plaintiff may introduce all the health care provider's medical records through a qualified custodian of records.

Fire Marshall and Custodian of Records
Port Isabel Fire Department
204 Musina
Port Isabel, Texas 78578
(956) 943-3523
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.

Richard L. Fremaux and Custodian of records.
Valley Regional Medical Center
100-A Alton Gloor Blvd.
Brownsville, Texas 78520
Performed CT Spine of Bridgette Goza
Doctor-Knowledge of facts and circumstances surrounding the medical examination and treatment of Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. All medical providers are expected to testify fully as to history, examination, treatment, diagnosis, prognosis and causation as related to Plaintiff's injuries that form the basis of this suit. Additionally, Plaintiff may introduce all the health care provider's medical records through a qualified custodian of records.
Custodian of Records-Knowledge of facts and circumstances surrounding the medical and financial records of pertaining to Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the medical and financial records pertaining to Plaintiff are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the medical expenses incurred are reasonable and necessary.

Jacinto Gonzalez and custodian of records
Game Warden IV
Texas Parks & Wildlife Dept.
805 W. Price
Brownsville, Texas 78521
(956) 546-1952
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.

Edward Grafwallnes
Fire Chief
Los Fresnos Volunteer Fire Department
200 N. Brazil
Los Fresnos, Texas 78566
or
P. O. Box 777
Los Fresnos, Texas 78566
(956) 233-4751
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.

Ana Gutierrez, M. D. and custodian of records
1313 Alton Gloor Blvd., Ste. C.
Brownsville, Texas 78521
Treated Brigette Goza and Gustavo Morales
Doctor-Knowledge of facts and circumstances surrounding the medical examination and treatment of Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. All medical providers are expected to testify fully as to history, examination, treatment, diagnosis, prognosis and causation as related to Plaintiff's injuries that form the basis of this suit. Additionally, Plaintiff may introduce all the health care provider's medical records through a qualified custodian of records.
Custodian of Records-Knowledge of facts and circumstances surrounding the medical and financial records of pertaining to Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the medical and financial records pertaining to Plaintiff are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the medical expenses incurred are reasonable and necessary.

Joe Hargiss
P. O. Box 1272
Henderson, Kentucky
Expert surveyor who has information about the damages to the Barge NM-315
and the value of all four barges.
Harlingen EMS and custodian of records
1705 Vermont Street
Harlingen, Texas 78550 or
P. O. Box 533668
Harlingen, Texas 78553

(956) 864-2711
Knowledge of facts and circumstances surrounding the emergency medical services of claimants of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.

Harlingen Fire Department and custodian of records
3510 E. Grimes
Harlingen, Texas 78550
(956) 427-8885
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.

Barbara J. Hausman, M. T. (ASCP) and custodian of records
Valley Regional Medical Center
Pathology Department
100 A Alton Gloor
Brownsville, Texas 78526
Lab Director
Doctor-Knowledge of facts and circumstances surrounding the medical examination and treatment of Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. All medical providers are expected to testify fully as to history, examination, treatment, diagnosis, prognosis and causation as related to Plaintiff's injuries that form the basis of this suit. Additionally, Plaintiff may introduce all the health care provider's medical records through a qualified custodian of records.
Custodian of Records-Knowledge of facts and circumstances surrounding the medical and financial records of pertaining to Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the medical and financial records pertaining to Plaintiff are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the medical expenses incurred are reasonable and necessary.

Justice of Peace Benny Ochoa, III and custodian of records
302 Queen Isabella Blvd.
Port Isabel, Texas 78578
956-943-2520
Knowledge of facts and circumstances surrounding the pronouncement of death of death of death claimants made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.

Mr. Boyd Kennedy, Staff Attorney
Texas Parks and Wildlife Dept.
4200 Smith School Road
Austin, Texas 78744
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.
KGBT-Channel 4 and custodian of records
9201 West Expressway 83

Harlingen, Texas 78550
(956) 421-4444
Knowledge of facts and circumstances surrounding the news reporting/footage of the causeway collapse accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.

KGBT-Channel 5 and custodian of records
East Expressway 83
Weslaco, Texas 78598
(956) 428-5555
Knowledge of facts and circumstances surrounding the news reporting/footage of the causeway collapse accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.

KNVO Univision-Channel 48 and custodian of records
801 N. Jackson
McAllen, Texas 78501
(956) 687-4848
Knowledge of facts and circumstances surrounding the news reporting/footage of the causeway collapse accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.

Lt. D. Lompra and custodian of records
Harlingen Fire Department
3510 E. Grimes
Harlingen, Texas 78550
(956) 427-8885
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.

Long Island Bridge Company
c/o John R. Freeland
806 Pecan
McAllen, Texas 78501
(956) 943-1622
Employees of Long Island Bridge Company witnessed the four barges and tug pass under the bridge immediately prior to the accident. They also have knowledge of the configuration of barges passing through the area and of the circumstances surrounding the accident.

Los Fresnos Family Health Clinic and custodian of records
503 A West Ocean Blvd.
Los Fresnos, Texas 78566
Doctor-Knowledge of facts and circumstances surrounding the medical examination and treatment of Plaintiff for injuries sustained as a result of the accident made the basis of this

lawsuit. All medical providers are expected to testify fully as to history, examination, treatment, diagnosis, prognosis and causation as related to Plaintiff's injuries that form the basis of this suit. Additionally, Plaintiff may introduce all the health care provider's medical records through a qualified custodian of records.

Custodian of Records-Knowledge of facts and circumstances surrounding the medical and financial records of pertaining to Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the medical and financial records pertaining to Plaintiff are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the medical expenses incurred are reasonable and necessary.

Los Fresnos Volunteer Fire Department and custodian of records
200 N. Brazil
Los Fresnos, Texas 78566
or
P. O. Box 777
Los Fresos, Texas 78566
(956) 233-4751
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.

Dr. Donald Jay Mulkene
Spring Hill Behavioral Health
100 Memorial Hospital Drive, Ste. 1-B
Mobil, Alabama 36608
Dr. Mulkene is Capt. David Fowler's treating psychologist and has knowledge of the impact of the accident on Capt. Fowler's emotional and psychological well-being.

Ben Nunez and custodian of records
Acting Fire Marshall
Brownsville Fire Department
1010 E. Adams Street
Brownsville, Texas 78520
(956) 546-3195
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.

Regina Ortiz and custodian of records
Los Fresnos Family Health Clinic
503 A West Ocean Blvd.
Los Fresnos, Texas 78566
Doctor-Knowledge of facts and circumstances surrounding the medical examination and treatment of Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. All medical providers are expected to testify fully as to history, examination, treatment, diagnosis, prognosis and causation as related to Plaintiff's injuries that form the basis of this suit. Additionally, Plaintiff may introduce all the health care provider's medical records through a qualified custodian of records.

Custodian of Records-Knowledge of facts and circumstances surrounding the medical and financial records of pertaining to Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the medical and financial records pertaining to Plaintiff are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the medical expenses incurred are reasonable and necessary.

Yolanda Padilla and custodian of records
Harlingen EMS
1705 Vermont Street
Harlingen, Texas 78550
or
P. O. Box 533668
Harlingen, Texas 78553
(956) 864-2711
Knowledge of facts and circumstances surrounding the emergency medical services of claimants of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.

L. R. Pelly, M. D. and custodian of records
P. O. Box 3190
585 W. Jefferson
Brownsville, Texas 78523-3190
(956) 544-0755
Treated Gustavo Morales
Doctor-Knowledge of facts and circumstances surrounding the medical examination and treatment of Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. All medical providers are expected to testify fully as to history, examination, treatment, diagnosis, prognosis and causation as related to Plaintiff's injuries that form the basis of this suit. Additionally, Plaintiff may introduce all the health care provider's medical records through a qualified custodian of records.
Custodian of Records-Knowledge of facts and circumstances surrounding the medical and financial records of pertaining to Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the medical and financial records pertaining to Plaintiff are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the medical expenses incurred are reasonable and necessary.

Port Isabel EMS and custodian of records
305 E. Maxan
Port Isabel, Texas 78578
(956) 943-7829
Knowledge of facts and circumstances surrounding the emergency medical services of claimants of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the wrecker service reports pertaining to Plaintiff are under the supervision, custody and control of the custodian of records and that such records were kept in the regular course of business.

Port Isabel Fire Department and custodian of records
204 Musina

Port Isabel, Texas 78578
(956) 943-3523
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the wrecker service reports pertaining to Plaintiff are under the supervision, custody and control of the custodian of records and that such records were kept in the regular course of business.

Reliance National Risk Specialists and custodian of records
4 Penn Center Plaza
Philadelphia, PA 19103
or
77 Water Street
New York, NY 10005
Knowledge of facts and circumstances surrounding the insurance policy/ claim of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the insurance claim reports and records pertaining to Plaintiff are under the supervision, custody and control of the custodian of records and that such records were kept in the regular course of business.

Joe Rivera, County Clerk
Cameron County Courthouse
974 E. Harrison
Brownsville, Texas 78520
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Clifford A. Rowell, Fire Chief and custodian of records
South Padre Island Fire Department
P. O. Box 3410
South Padre Island, Texas 78597
(956) 761-5454 Ext 325
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the wrecker service reports pertaining to Plaintiff are under the supervision, custody and control of the custodian of records and that such records were kept in the regular course of business.

Diana Sanchez, dispatcher and custodian of records
Harlingen Fire Department
3510 E. Grimes
Harlingen, Texas 78550
(956) 427-8885
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the wrecker service reports pertaining to Plaintiff are under the supervision, custody and control of the custodian of records and that such records were kept in the regular course of business.

Jaime L. Silva, M. D. and custodian of records
Los Fresnos Family Health Clinic
503 A West Ocean Blvd.
Los Fresnos, Texas 78566
Doctor-Knowledge of facts and circumstances surrounding the medical examination and treatment of Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. All medical providers are expected to testify fully as to history, examination, treatment,

diagnosis, prognosis and causation as related to Plaintiff's injuries that form the basis of this suit. Additionally, Plaintiff may introduce all the health care provider's medical records through a qualified custodian of records.

<u>Custodian of Records</u>-Knowledge of facts and circumstances surrounding the medical and financial records of pertaining to Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the medical and financial records pertaining to Plaintiff are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the medical expenses incurred are reasonable and necessary.

South Padre Island Fire Department and custodian of records
P. O. Box 3410
South Padre Island, Texas 78597
(956) 761-5454 Ext 325
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the wrecker service reports pertaining to Plaintiff are under the supervision, custody and control of the custodian of records and that such records were kept in the regular course of business.

Mark N. Swaney and Custodian of Records
Calvary Hill Funeral Home and Cemetery
21723 Aldine Westfield
Humble, Texas  77338
281-445-3340
Knowledge of facts and circumstances surrounding the funeral and funeral expense of claimants in the accident made the basis of this accident.  It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.

Texas Dept. of Public Safety and Custodian of Records
5 Boca Chica Blvd.
Brownsville, Texas 78520
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the wrecker service reports pertaining to Plaintiff are under the supervision, custody and control of the custodian of records and that such records were kept in the regular course of business.

Texas Department of Transportation and custodian of records
c/o Mr. Jack F. Gilbert
P. O. Box 12548
Austin, Texas 78711-2548
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the wrecker service reports pertaining to Plaintiff are under the supervision, custody and control of the custodian of records and that such records were kept in the regular course of business.

TxDOT and custodian of records
Attn: Teresa Muuehlberger/Safety Dept.
P. O. Box EE
Pharr, Texas 78577
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the

wrecker service reports pertaining to Plaintiff are under the supervision, custody and control of the custodian of records and that such records were kept in the regular course of business.

Texas Dept. Transportation and custodian of records
c/o Hon. Greg Serres, U. S. Attorneys
974 E. Harrison, Suite 201
Brownsville, Texas 78520-7114
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the wrecker service reports pertaining to Plaintiff are under the supervision, custody and control of the custodian of records and that such records were kept in the regular course of business.

Texas Parks & Wildlife Department and custodian of records
c/o Boyd Kennedy
Staff Attorney
Law Enforcement Division
5541 Bear Lane, Ste. 232
Corpus Christi, Texas 78405
and 4200 Smith School Road
Austin, Texas 78744
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the wrecker service reports pertaining to Plaintiff are under the supervision, custody and control of the custodian of records and that such records were kept in the regular course of business.

Carolyn Thompson
Randle Thompson, LPC, LMFT
Bienestar Counseling Centre
P. O. Box 298
Olmito, Texas 78575
Office Manager
Knowledge of facts and circumstances surrounding the medical and financial records of pertaining to Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the medical and financial records pertaining to Plaintiff are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the medical expenses incurred are reasonable and necessary.

Randle Thompson, LPC, LMFT and custodian of records
Bienestar Counseling Centre
P. O. Box 298
Olmito, Texas 78575
Doctor-Knowledge of facts and circumstances surrounding the medical/ psychological examination and treatment of Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. All medical providers are expected to testify fully as to history, examination, treatment, diagnosis, prognosis and causation as related to Plaintiff's injuries that form the basis of this suit. Additionally, Plaintiff may introduce all the health care provider's medical records through a qualified custodian of records.
Custodian of Records-Knowledge of facts and circumstances surrounding the medical and financial records of pertaining to Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the medical and financial records pertaining to Plaintiff are under the supervision, custody and control

of the custodian of records, that such records were kept in the regular course of business, and that the medical expenses incurred are reasonable and necessary.

United States Coast Guard
Commanding Officer
Marine Safety Office-Corpus Christi
400 Man Street, Ste. 210 or
555 Carancahua Street, Suite 500
Corpus Christi, Texas 78401
The United States Coast Guard performed an investigation of the accident.

United States Department of Transportation and custodian of records
c/o Hon. Greg Serres, United States Attorney
600 E. Harrison, Ste. 201
Brownsville, Texas 78520-7114
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the wrecker service reports pertaining to Plaintiff are under the supervision, custody and control of the custodian of records and that such records were kept in the regular course of business.

Valley Baptist Medical Center and custodian of records
Pathology Department
2101 Pease Street
Harlingen, Texas 78550
(956) 389-1100
Doctor-Knowledge of facts and circumstances surrounding the medical/ psychological examination and treatment of Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. All medical providers are expected to testify fully as to history, examination, treatment, diagnosis, prognosis and causation as related to Plaintiff's injuries that form the basis of this suit. Additionally, Plaintiff may introduce all the health care provider's medical records through a qualified custodian of records.
Custodian of Records-Knowledge of facts and circumstances surrounding the medical and financial records of pertaining to Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the medical and financial records pertaining to Plaintiff are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the medical expenses incurred are reasonable and necessary.

Juan Carlos Villarreal and custodian of records
City of Port Isabel EMS
305 E. Maxan
Port Isabel, Texas 78578
(956) 943-7829
EMS Director
Knowledge of facts and circumstances surrounding the emergency medical services given to claimants of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the wrecker service reports pertaining to Plaintiff are under the supervision, custody and control of the custodian of records and that such records were kept in the regular course of business.

Valley Regional Medical Center and custodian of records

F:\CL\466 Allstate Auto\1344 Goza\Expert listing 7-28-04.wpd

Pathology Department
100-A Alton Gloor Blvd.
Brownsville, Texas 78520
Doctor-Knowledge of facts and circumstances surrounding the medical/ psychological examination and treatment of Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. All medical providers are expected to testify fully as to history, examination, treatment, diagnosis, prognosis and causation as related to Plaintiff's injuries that form the basis of this suit. Additionally, Plaintiff may introduce all the health care provider's medical records through a qualified custodian of records.
Custodian of Records-Knowledge of facts and circumstances surrounding the medical and financial records of pertaining to Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the medical and financial records pertaining to Plaintiff are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the medical expenses incurred are reasonable and necessary.

Jim Wilson
United States Coast Guard
800 David Drive, Room 232
Morgan City, Louisiana 70380
Mr. Wilson conducted the U. S. C. G. investigation hearings.

Dr. She Ling Wong and custodian of records
Valley Regional Medical Center
100-A Alton Gloor Blvd.
Brownsville, Texas 78520
Treated Brigette Goza
Doctor-Knowledge of facts and circumstances surrounding the medical/ psychological examination and treatment of Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. All medical providers are expected to testify fully as to history, examination, treatment, diagnosis, prognosis and causation as related to Plaintiff's injuries that form the basis of this suit. Additionally, Plaintiff may introduce all the health care provider's medical records through a qualified custodian of records.
Custodian of Records-Knowledge of facts and circumstances surrounding the medical and financial records of pertaining to Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the medical and financial records pertaining to Plaintiff are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the medical expenses incurred are reasonable and necessary.

CD LOG NO 1276      -0        DATE 09-17-01
                     SCHEDULE

SCHEDULE DATE:  09-17-01
SCHEDULE TIME:  05:14:36

: CLAIM INFORMATION
    CLAIM #     7120953000H01        POLICY  # 336042814
    COMPANY     TEXAS CNTY MUTL      CLAIM REP
    INSURED     GOZA, BRIGETTE M     LOSS DATE 09-15-01
    CLAIMANT                         LOSS TYPE COMPREHENSIVE

INSPECTION
    TYPE        FIELD
    APPRAISER NAME RUDY RODRIGUEZ
    LICENSE #     000895063
    WORK PHONE   (956) 412-9518        FAX       (956) 421-4279
    ADDRESS          200 S 10 TH ST.   INSP DATE
    CITY STATE    MC ALLEN        TX LOCATION
    ZIP          78502-                CITY STATE

OWNER
    GOZA, BRIGETTE M                 WORK#(985) 371-1956
    PO BOX 13375                     HOME#(956) 943-7952
    HOUSTON  TX  77087-1301

REPAIR
                    Co Part #
                    6861041

OPTIONS

    BODY COLOR              MILEAGE      20,000
    CONDITION              VIN        1GCEC19W8Y1405503
    LICENSE #   4TJK04     CODE
    LICENSE STATE  TX      VEH INSP #

REMARKS:

NOTES
CHEVY TRUCSILVERADO    00
VEHICLE LOCATION: TOW YARD:LAGUNA HEIGHTS/CANTU WRECKER-943-1911
FACTS OF LOSS: MISCELLANEOUS: WATER - (ALL OTHER) -- SEE SELECTION 25
               CP VIEWER FOR ADDITIONAL LOSS FACTS INFORMATION
PRIOR CLAIMS: 7120953000 091501
LINE: 10 ORIGINAL YR: 97
INSURED ADDRESS: PO BOX 13375        HOUSTON        TX 770871301
OPENABLE COVERAGE: AA  20000-40000 BB  15000 DD  --500 HH  --500 SD
15000--250 SP  15000--250 SS  20000-40000 SU  20000-40000 VA  1
MOI: FLD
AGENT NAME:  COLEMAN HALL & HEIN    TELEPHONE: 956-943-6481
POLICY S CODES: 62 SPLIT RATED OR NOT RATED AT MAILING ADDRESS
ASMT TYPE: SETTLE          DMG:MECH. SYS.    *UPHOLSTERY
INVOLVED PERSON: 01    LOSS OF USE:    DRIVEABLE:

PXN  No

ALLSTATE INSURANCE COMF
RIO GRANDE VALLEY FCO
200 S. 10TH ST. #501
MCALLEN, TX 78501
(956) 928-8700

CD LOG NO 1276   -0                                          09-23-01 10:03 PM
ESTIMATE

: CLAIM INFORMATION
     CLAIM #     7120953000H01              POLICY  # 336042814
     COMPANY     TEXAS CNTY MUTL            CLAIM REP
     INSURED     GOZA, BRIGETTE M           LOSS DATE 09-15-01
     CLAIMANT                               LOSS TYPE COMPREHENSIVE

  INSPECTION
     TYPE           FIELD
     APPRAISER NAME RUDY RODRIGUEZ
     LICENSE #      000895063
     WORK PHONE   (956) 412-9518            FAX        (956) 421-4279
     ADDRESS        200 S 10 TH ST.         INSP DATE 09-23-01
     CITY STATE     MC ALLEN       TX       LOCATION   CANTU'S WRECKER
     ZIP            78502-                   CITY STATE

  OWNER
          GOZA, BRIGETTE M                  WORK#(985) 371-1956
          PO BOX 13375                      HOME#(956) 943-7952
          HOUSTON  TX  77087-1301

  REPAIR

  VEHICLE
     2000 CHEVROLET SILVERADO C1500 LS 2 DR EXT CAB
     6CYL GASOLINE 4.3

  OPTIONS
     TWO-STAGE - EXTERIOR SURFACES         TWO-STAGE - INTERIOR SURFACES
     ELEC REMOTE CONTROL MIRRORS           POWER DOOR LOCKS
     POWER WINDOWS                         PRIVACY SIDE & BACK GLASS
     REAR BUMPER                           AIR CONDITIONING
     AUTOMATIC TRANS                       CRUISE CONTROL
     OVERHEAD CONSOLE

     BODY COLOR     PEUTER          MILEAGE     21,214
     CONDITION                      VIN         1GCEC19W8Y1405503
     LICENSE #      4TJK04          CODE        U803
     LICENSE STATE  TX              VEH INSP #

  REMARKS:
  NO SUPPLEMENTS WITHOUT PRIOR APPROVAL SUPPLEMENT HOT LINE # 1-877-599-7759.

  OP CODES:
     *  = USER-ENTERED VALUE    E  = REPLACE OEM        NG = REPLACE NAGS
     EC = COMPETITIVE PART      EU = RECYCLED PART       EP = COMPETITIVE PART

                                    -1-

Case 3:03-cv-00817-BADocument 52-8 Filed on 08/02/2004

```
TE = PARTL REPL PRICE     ET = PARTL REPL LABOR     IT = PARTIAL REPAIR
I  = REPAIR               L  = REFINISH             BR = BLEND REFINISH
TT = TWO-TONE             CG = CHIPGUARD            SB = SUBLET
N  = ADDITIONAL LABOR     RI = R&I ASSEMBLY         P  = CHECK
AA = APPEAR ALLOWANCE     RP = RELATED PRIOR        UP = UNRELATED PRIOR
```

| OP | GDE | MC | DESCRIPTION | MFR.PART NO. | PRICE | AJ% | B% | HOURS | R |
|----|-----|----|-------------|--------------|-------|-----|----|-------|---|
| EU | 0002 |   | SECTION,FRT BODY OTR | RECYCLED PART | 2,500.00* | +25 |  | 6.6 | 1 |
| L | 0002 |   | SECTION,FRT BODY OTR | REFINISH |  |  |  | 13.2 | 4 |
|  |  |  |  | 10.7  Surface |  |  |  |  |  |
|  |  |  |  | 0.6  Two-stage setup |  |  |  |  |  |
|  |  |  |  | 1.9  Two-stage |  |  |  |  |  |
| E | 0587 |   | FRAME ASSY,COMPLETE | 15749217  GM PART | 1,841.00 | -10 |  | 20.6 | 2 |
| EU | 0775 |   | ENGINE ASSEMBLY | RECYCLED PART | 850.00* | +25 |  | INC | 2 |
| EU | 0610 |   | SECTION,CAB | RECYCLED PART | 4,500.00* | +25 |  | 21.7 | 1 |
| L | 0610 |   | SECTION,CAB | REFINISH |  |  |  | 35.6 | 4 |
|  |  |  |  | 29.7  Surface |  |  |  |  |  |
|  |  |  |  | 5.9  Two-stage |  |  |  |  |  |
| EU | 0885 |   | SEAT ASSEMBLY,DRIVE LT | RECYCLED PART | 150.00* | +25 |  | 0.5 | 1 |
| EU | 0888 |   | SEAT ASSEMBLY,REAR | RECYCLED PART | 200.00* | +25 |  | 0.2 | 1 |
| EU | 0886 |   | SEAT ASSEMBLY,PASS  RT | RECYCLED PART | 150.00* | +25 |  | 0.5 | 1 |
| EU | 0207 |   | DOOR ASSEMBLY,FRONT LT | RECYCLED PART | 450.00* | +25 |  | 2.2 | 1 |
| L | 0207 |   | DOOR SHELL,FRONT   LT | REFINISH |  |  |  | 3.6 | 4 |
|  |  |  |  | 2.4  Surface |  |  |  |  |  |
|  |  |  |  | 1.0  Edge |  |  |  |  |  |
|  |  |  |  | 0.2  Two-stage |  |  |  |  |  |
| EU | 0208 |   | DOOR ASSEMBLY,FRONT RT | RECYCLED PART | 450.00* | +25 |  | 2.2 | 1 |
| L | 0208 |   | DOOR SHELL,FRONT   RT | REFINISH |  |  |  | 3.6 | 4 |
|  |  |  |  | 2.4  Surface |  |  |  |  |  |
|  |  |  |  | 1.0  Edge |  |  |  |  |  |
|  |  |  |  | 0.2  Two-stage |  |  |  |  |  |
| EU | 0003 | 70 | BED ASSEMBLY | RECYCLED PART | 1,978.00 | +25 |  | 2.5 | 1 |
| L | 0003 |   | BED ASSEMBLY | REFINISH |  |  |  | 13.6 | 4 |
|  |  |  |  | 13.6  Surface |  |  |  |  |  |
|  |  |  |  | INC  Two-stage |  |  |  |  |  |

```
   15 ITEMS

                   MC MESSAGE
                   70 SALVAGE ADP SPPL


FINAL CALCULATIONS & ENTRIES
PARTS
   GROSS PARTS                         $  1,841.00
   OTHER PARTS                         $ 11,228.00
   PAINT MATERIAL                      $  1,392.00

ADJUSTMENTS           DISCOUNT      MARKUP
   LINE ITEMS       $    184.10   $ 2,807.00
   PARTS TOTAL                                    $ 17,083.90
```

Case 1:01-cv-00157   Document 258   Filed in TXSD on 08/02/2004   Page 22 of 25

```
TAX ON PARTS & MATERIAL @    8.250%                      $  1,409.42

LABOR           RATE     REPLACE HRS   REPAIR HRS
1-SHEET METAL  $ 30.00    36.4                       $  1,092.00
2-MECH/ELEC    $ 30.00    20.6                       $    618.00
3-FRAME        $ 35.00
4-REFINISH     $ 30.00    69.6                       $  2,088.00
5-PAINT        $ 20.00

LABOR TOTAL                                          $  3,798.00
  TAX ON LABOR @
  SUBLET REPAIRS
  TOWING
  STORAGE

GROSS TOTAL                                          $ 22,291.32
  LESS: DEDUCTIBLE                                   $    500.00-

NET TOTAL                                            $ 21,791.32
```

PXN  Y/00/00/00/00/00  CUM  00/00/00/00/00  Geocode: 78502 MCALLEN
SPPL Yes              Geocode: 78502 MC ALLEN
ADP PENPRO W040  ES LOG 1276   -0      09-23-01 22:11:50 REL 4.00 CD 08/01
                 COPYRIGHT, AUTOMATIC DATA PROCESSING, INC. 2000


   8.8 HRS WERE ADDED TO THIS EST. BASED ON ADP'S TWO-STAGE REFINISH FORMULA.

ESTIMATE CALCULATED USING THE 2.5 HOUR MAXIMUM ALLOWANCE FOR TWO-STAGE
REFINISH OF NON-FLEX, EXTERIOR SURFACES.
THIS ESTIMATE MAY HAVE BEEN PREPARED BASED ON THE USE OF CRASH PARTS SUPPLIED
BY A SOURCE OTHER THAN THE MANUFACTURER OF YOUR MOTOR VEHICLE.  THERE ARE
WARRANTIES APPLICABLE TO THESE REPLACEMENT PARTS.  THESE  WARRANTIES ARE
PROVIDED BY THE MANUFACTURER AND/OR DISTRIBUTOR OF THE PARTS, RATHER THAN BY
THE ORIGINAL MANUFACTURER OF YOUR VEHICLE.  ALL SHEET METAL COMPONENTS SHOULD
ALSO BE CERTIFIED BY THE CERTIFIED AUTOMOBILE PARTS ASSOCIATION. THIS
STATEMENT IS APPLICABLE TO PARTS IDENTIFIED WITHIN THE ESTIMATE AS A
COMPETITIVE ECONOMY OR PXN REPLACEMENT PART.

ESTIMATE REVIEWED WITH SHOP.  YES_____  NO_____.

APPROXIMATE NUMBER OF REPAIR DAYS_____  .


SIGNATURE_____  DATE_____.


IF YOUR VEHICLE IS OF UNITIZED CONSTRUCTION, IN SOME CASES THE REPAIR SHOP MAY
NEED SPECIAL EQUIPMENT TO PROPERLY REPAIR THE CAR. YOU SHOULD DETERMINE IF THE
SHOP YOU SELECT TO COMPLETE THE REPAIRS IS PROPERLY EQUIPPED.

THIS ESTIMATE HAS BEEN EXPLAINED TO ME. I UNDERSTAND HOW MY CAR WILL BE

COPART SALVAGE AUTO AUCTIONS
PO BOX 578
ALAMO, TX 78516
PHONE (956) 787-7665
TAX ID# 760476096

Date 11/19/01

Visit us at www.copart.com

FINAL SETTLEMENT STATEMENT

```
Copart Lot#  6864041   65 MCALLEN
    Loss Date  9/15/01
    Called In  9/21/01
   P/U Cleared 9/21/01                        B495   CAP075
  Pickup Date  9/25/01                        DEBRA RANDOLPH
Original Title 10/09/01                        ALLSTATE INSURANCE COMPANY
   Trans Title 10/09/01                        P.O. BOX 2565
  Salvage Cert 10/30/01                        COPPELL, TX 75019
     Loss Type FLOOD/WATER
   Description 00 CHEV  C1500 SILV TAN
    Vehicle ID# 2GCEC19W8Y1405503             Claim# 7120953000H01
    License#/ST 4TJK04    TX                  Policy# 336042814
       Mileage UNREADABLE                     Loss Code
   Pickup From CANTU'S WRECKER                Reference#
               106 JACKSON                    Insured BRIDGETTE GOZA
               LAGUNA HEIGHTS, TX 78578       Owner
               (956) 943-1911
```

ADVANCE CHARGES PAID BY COPART

| | | |
|---|---|---|
| TOW SERVICE . . . . . . . . . . . . . | 300.00 | |
| STORAGE . . . . . . . . . . . . . . | 135.00 | |
| TAX . . . . . . . . . . . . . . . . | 11.06 | |
| RECOVER TARP. . . . . . . . . . . . | 10.00 | |
| | ----------- | |
| TOTAL ADVANCE CHARGES . . . . . . . . | 456.06 | |

COPART SERVICE CHARGES

| | | |
|---|---|---|
| POOLING CHARGE. . . . . . . . . . . | 75.00 | |
| TOW IN. . . . . . . . . . . . . . . | 107.50 | Zone 12 |
| TITLE PROCESSING. . . . . . . . . . | 3.00 | NON REPAIRABLE |
| | ----------- | |
| TOTAL COPART SERVICE CHARGES. . . . . | 185.50 | |

| | | |
|---|---|---|
| TOTAL DUE COPART . . . . . . . . . . . | 641.56 | |
| PROCEEDS FROM SALE . . . . . . . . . . | 1400.00CR | |
| | ----------- | |
| NET PROCEEDS . . . . . . . . . . . . | $ 758.44CR | |

RECEIVED
DEC 10 2001
ALLSTATE (?)

SALE INFORMATION

```
       Lot#  6864041        Sold To 45830 REY'S AUTO PARTS & AUTO SALES
  Sale Date  11/14/01               W BUSINESS HWY 83 & BORDER RD
Sale Amount  1400.00               DONNA, TX 78537
        ACV  18808.00              (956) 464-2266   RES# 1-74-2665216-4
 Repair Est  22291.32
     Return  7.4%          Item#  148
```

Cert# 29723037185140102

Proceeds Check#   1551751

Check Date   11/19/01
Payment From Buyer 11/16/01

Check Amount   758.44CR

# CANTU'S WRECKER
P.O. BOX 816
PORT ISABEL, TEXAS 78578
(956) 943-1911

Nº 006972

THIS TRANSACTION CONSTITUTES ENTIRE AGREEMENT BETWEEN BUYER AND SELLER AND SIGNATURE OF BUYER IS ACKNOWLEDGEMENT OF SAME. ALL ACCOUNTS NOT PAID WITHIN 30 DAYS OF SALE OR PAID IN CONSECUTIVE MONTHLY INSTALLMENTS ARE CONSIDERED PAST DUE. A FINANCE CHARGE OF 1½% PER MONTH, WHICH IS 18% ANNUAL PERCENTAGE RATE, WILL ACCRUE 30 DAYS FROM THE DATE OF SALE, EXCEPT THAT A MINIMUM FINANCE CHARGE OF .50¢ WILL BE ASSESSED. FAILURE TO MAKE PAYMENT WITHIN 30 DAYS IS BASIS FOR LEGAL ACTION. CAUTION: IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT.

Brigette Goza
310 E Monroe
Port Isabel, TX 78578

☐ CASH ☐ CHARGE ☐ ON ACCOUNT
TOWING SERVICE

DATE 9/21/01  TIME  REQUESTED BY DPS  MILEAGE BEFORE TOWING

YEAR 2000 MAKE/MODEL Chev. PU  2GCEC1 9W 84140555 03

DRIVER Briggette Goza 310 E Monroe P.I. TX.  REGISTRATION NO.  TAG # 4BTJK04

LOCATION OF VEHICLE Queen Isabella Causeway  TOWED TO Cantu's Storage Lot

MILEAGE — FINISH / START / TOTAL
SERVICE TIME — FINISH / START 9/17/01 / TOTAL
EXTRA TIME — FINISH / START / TOTAL

DAMAGE RELEASE

00 CHEV C1500 SILV TAN
06864041 A Advance Charges
990

IF WINCHED, TOWED, UNLOCKED OR LEFT ON SITE, I AGREE NOT TO HOLD THE TOWING CO.
9/17/01 DATE

VEHICLE WILL NOT BE RELEASED UNTIL WRECKER SERVICE IS PAID

REMARKS:
Storage 9/17/01 - 9/24/01
Pickup by Coparts

Martin Cantu 9/24/01
SIGNATURE OF TOW OPERATOR  DATE

| | |
|---|---|
| MILEAGE CHG. | |
| TOWING CHG. | 300 00 |
| LABOR CHG. | |
| STORAGE CHG. | 120 00 |
| | 9 30 |
| TOTAL | 429 30 |

Recover w/imp 10 00  NO TAX INC
439.30

# TEXAS NONREPAIRABLE CERTIFICATE OF TITLE

0079010

TO BE TITLED WITH A REGULAR CERTIFICATE OF TITLE OR REGISTERED IN THIS STATE, THE VEHICLE DESCRIBED HEREIN M U S T BE REBUILT IN ACCORDANCE WITH THE PROVISIONS OF THE TEXAS TRANSPORTATION CODE, CHAPTER 501. OTHERWISE, THE VEHICLE MAY O N L Y BE USED FOR PARTS OR SCRAP METAL.

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE | MODEL |
|---|---|---|---|---|
| 2GCEC19W8Y1405503 | 2000 | CHEV | PK | C15 |

| TITLE DOCUMENT NUMBER | DATE ISSUED |
|---|---|
| 29723037185140102 | 10/23/2001 |

| MFG CAPACITY IN TONS | WEIGHT | LICENSE NUMBER | PREVIOUS TITLE STATE | ODOMETER READING |
|---|---|---|---|---|
| 1/2 | 4300 | 4TJK04 | TX | 1 |

PREVIOUS OWNER
BRIGETTE M GOZA
PORT ISABEL, TX

OWNER
ALLSTATE CENTRAL SALVAGE
1017
PO BOX 578
ALAMO, TX 78516

REMARK(S)
NOT ACTUAL MILEAGE
FLOOD DAMAGE

00 CHEV C1500 SILV TAN
06864041 S Sale Document 990

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE. THERE ARE NO LIENS RECORDED IN THE OFFICIAL RECORDS OF THIS DEPARTMENT AS OF THE DATE OF ISSUANCE OF THIS CERTIFICATE OF TITLE

TRANSFER OF OWNERSHIP RESTRICTIONS: UNLESS THE CONDITION OF THE VEHICLE DESCRIBED HEREIN WAS CAUSED SOLELY BY WATER DAMAGE OR THE YEAR MODEL IS SEVEN YEARS OLD OR OLDER, THERE ARE CERTAIN TRANSFER RESTRICTIONS THAT APPLY. CONTACT THE VEHICLE TITLES AND REGISTRATION (VTR) DIVISION OF THE TEXAS DEPART- MENT OF TRANSPORTATION IN AUSTIN, TEXAS OR THE NEAREST VTR REGIONAL OFFICE FOR CLARIFICATION OF THESE RESTRICTIONS.
REBUILDER INSTRUCTIONS: BEFORE THE VEHICLE DESCRIBED HEREIN MAY BE RETITLED AND REGISTERED IN TEXAS THE VEHICLE MUST BE REBUILT AND PASS A SALVAGE MOTOR VEHICLE INSPECTION CONDUCTED BY THE MOTOR VEHICLE THEFT SERVICE OF THE TEXAS DEPARTMENT OF PUBLIC SAFETY
VTR 22C-NR (REV 07 2000)    **DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.**