IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION § <br> OF BROWN WATER TOWING I, INC., § <br> AS OWNER, AND BROWN WATER § <br> MARINE SERVICE INC., AS BAREBOAT § <br> CHARTERERS, OF THE BROWN § <br> WATER V, ITS ENGINES, TACKLE, § <br> ETC., IN A CAUSE OF EXONERATION § <br> FROM OR LIMITATION OF LIABILITY § <br> § <br> IN THE MATTER OF AMERICAN § <br> COMMERCIAL LINES LLC AS OWNER § <br> and AMERICAN COMMERCIAL BARGE § <br> LINE LLC AS CHARTERER OF THE § <br> BARGES NM-315, VLB-912, ACL-9993B, § <br> VLB-9173, PRAYING FOR EXONERATION § <br> FROM AND/OR LIMITATION OF LIABILITY § <br> § <br> IN THE MATTER OF DEERE CREDIT, § <br> INC., (FORMERLY SENSTAR FINANCE § <br> COMPANY), AS OWNER OF THE § <br> BARGE NM-315, AND STATE STREET § <br> BANK AND TRUST COMPANY OF § <br> CONNECTICUT, NATIONAL § <br> ASSOCIATION, AS OWNER TRUSTEE § <br> OF THE BARGE ACL-9933B AND NOT IN § <br> ITS INDIVIDUAL CAPACITY, AND § <br> GENERAL ELECTRIC CAPITAL § <br> CORPORATION, AS BENEFICIAL § <br> OWNER OF THE BARGE ACL-9933B § <br> PRAYING FOR EXONERATION § <br> FROM AND/OR LIMITATION OF LIABILITY § | CIVIL ACTION NO. B-01-157 <br><br> Consolidated with <br><br><br><br><br> CIVIL ACTION NO. B-02-004 <br><br><br><br><br> and <br><br> CIVIL ACTION NO. B-02-125 <br><br><br><br> admiralty |

## ORDER

BE IT REMEMBERED that on September 13, 2004, this Court considered Mike Davis's Motion Requesting Admission Pro Hac Vice [Dkt. No. 136-1]. This Court **GRANTS** the Motion and **ORDERS** that Mike Davis be admitted to practice in the United States

District Court, Southern District of Texas, and before this Court in conjunction with the above-styled litigation.

DONE at Brownsville, Texas, this 13 day of September, 2004.

_____
Hilda G. Tagle
United States District Judge