United States District Court
Southern District of Texas
FILED

SEP 16 2004

Michael N. Milby, Clerk of C

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWIN I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC. AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | C. A. No. B-01-157<br><br><br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, AMERICAN COMMERCIAL BARGE LINES LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, AND VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § § | C.A. NO. B-02-004<br>Admiralty |

### MOTION TO WITHDRAW CLAIMANTS' FIRST MOTION TO COMPEL DISCOVERY FROM AMERICAN COMMERCIAL BARGE LINES, LLC AND AMERICAN COMMERCIAL LINES, LLC

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Claimants, by and through their counsel of record, and files this their Motion to Withdraw Claimants' First Motion to Compel Discovery from American Commercial Barge Lines, LLC and American Commercial Lines, LLC. and in support thereof would respectfully show the court as follows:

I.

Claimants herewith withdraw said motion for the reason that the same is now moot.

WHEREFORE PREMISES CONSIDERED, Claimants pray that the Court allow Claimants to withdraw their First Motion to Compel Discovery from American

Commercial Barge Lines, LLC and American Commercial Lines, LLC and for such other and further relief at law or in equity to which they may show themselves to be justly entitled to receive.

Respectfully submitted on this the 16 day of September, 2004.

WATTS LAW FIRM, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
(956) 544-0500
(956) 541-0255 Fax

_____
RAY R. MARCHAN
State Bar No. 12969050
Federal I.D. No. 9522
*Counsel for Claimants*

## CERTIFICATE OF CONFERENCE

A telephone call was place to counsel for defendants ACBL and Brown Water Marine. Counsel for ACBL, Mr. Glenn Goddier, indicated that they were unopposed to our motion. Counsel for Brown Water Marine was not available to indicate their position at the time the telephone call was placed.

_____
RAY R. MARCHAN
State Bar No. 12969050
Federal I.D. No. 9522
*Counsel for Claimants*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 16 day of September, 2004, a true and correct copy of the foregoing instrument was delivered to opposing counsel by hand-delivery, via fax or by certified mail, return receipt requested.

_____
RAY R. MARCHAN

# SERVICE LIST

*Jacqueline Paddock Individually and as Representative of the Estate of Chelsea and Barry Welch and as Next Friend of William B. Welch* being represented by:

Watts Law Firm, L.L.P.
Ray R. Marchan
1926 E. Elizabeth
Brownsville, Texas 78520
(956) 544-0500
(956) 541-0255 Fax

*Lydia Zamora Individually and as Representative of the Estate of Hector Martinez, Jr.* being represented by:

Watts Law Firm, L.L.P.
Ray R. Marchan
1926 E. Elizabeth
Brownsville, Texas 78520
(956) 544-0500
(956) 541-0255 Fax

*Brigette Goza* being represented by:
Watts Law Firm, L.L.P.
Ray R. Marchan
1926 E. Elizabeth
Brownsville, Texas 78520
(956) 544-0500
(956) 541-0255 Fax

*Gustavo Morales and Bigos International* being represented by:
Watts Law Firm, L.L.P.
Ray R. Marchan
1926 E. Elizabeth
Brownsville, Texas 78520
(956) 544-0500
(956) 541-0255 Fax

*J. Antonio Mireles, as Personal Representative of the Estate of Julio Cesar Mireles, Juan Antonio Mireles and Soledad Gonzalez Mireles* being represented by:
S. Mark Strawn
Schirrmeister Ajamie
Pennzoil Place - South Tower
711 Louisiana, Ste 2150
Houston, Texas 77002
(713) 860-1600
Fax (713) 860-1699

*Hector Martinez, Sr.* being represented by:
Jim Hart
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
(713) 230-2200
Fax (713) 643-6226

*Anita Harris, Individually and as Next Friend of Victor Justin Harris, and as Representative of the Estate of Robert V. Harris* is being represented by:
Heriberto "Eddie" Medrano
Law Offices off Heriberto "Eddie" Medrano
1101 West Tyler
Harlingen, Texas 78550
(956) 428-2412
(956) 428-2495 FAX


*Esteban Rivas and Miriam Rivas Individually and as Representatives of the Estate of Stvan Rivas* are represented by:
John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501
(956) 686-3300
(956) 686-3578 FAX

and

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Dr., Suite C
The Woodlands, Texas 77381
(281) 367-6555
(281) 367-3705 FAX

*Estate of Robin Faye Leavell, Carol Leavell, Individually and as Representaive of the Estate of Robin Faye Leavell, Ricky Leavell, Individually and as Representative of the Estate of Robin Faye Leavell* are represented by:
Steve Q. McManus
Law Offices of McManus & Crane, L.L.P.
209 W. Juan Linn
P. O. Box 2206
Victoria, Texas 77902-2206
(361) 575-6764
(361) 575-8454 FAX

*Omar Hinojosa, Individually and as Administrator of the Estate of Gaspar Hinojosa, Raquel Hinojosa, Clarissa Hinojosa and Gaspar Hinojosa II* are being represented by:
Julian Rodriguez, Jr.
Attorney at Law
100 W. Pecan
McAllen, Texas 78501
(956) 682-8801
(956) 682-4544 FAX

*William Eugene (Gene) Kimbrell Individually as Suviving Father of Chelsa Welch, deceased*
Richard Leo Harrell
State Bar No. 09041320
THE EDWARDS LAW FIRM, L.L.P.
Frost Bank Plaza, Ste 2100
Corpus Christi, Texas 78403-0480
(361)698-7600
(361) 698-7615 FAX

*Rene Mata and Frank Mata* are represented by:
Raymond Thomas and
Andres Gonzalez, Jr.
Kittleman, Thomas, Ramirez & Gonzalez, PLLC
4900-B North 10th Street
McAllen, Texas 78504
(956) 686-8797
(956) 630-5199 FAX

*William Morris Welch, Individually and as Surviving Parent of Barry Welch is represented by:*
James B. Manley, P.C.
3616 Preston Road
Pasadena, Texas 77505
713-947-1670
713-947-6956 FAX

*Brown Water Towing I, Inc. As Owner and Brown Water Marine Service, Inc., as Bareboat Charterer of the Brown Water V, Its Enggines, Tackle, Etc., in a Cause for Exoneration From or Limitation of Liability* being represented by:
Will W. Pierson
Royston, Rayzor, Vickery & Williams, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 784766
(361) 884-8808
(361) 884-7261 Fax

and

Kieth N. Uhles
James H. Hunter, Jr.
Royston, Rayzor, Vickery & Williams, L.L.P.
55 Cove Circle
P. O. Box 3509
Brownsville, Texas 78523-3509
(956) 542-4377
(956) 542-4370 FAX

*American Commercial Lines LLC as Owner, and American Commercial Barge Lines, LLC, as Charterer of the Barges NM-315, VLB-9182, ACL-9933B, VLB-9173* being represented by:
Les Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
(361) 887-2965
(361) 887-6521 FAX

and

Glenn Goodier
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue - 48th Floor
New Orleans, LA 70170-5100
(504) 582-8174
(504) 582-8010 FAX


*Southwestern Bell Telephone, L.P.* are represented by:
Geoffrey Amsel
1010 N. St. Mary's Street, Room 1403
San Antonio, Texas 78215
(210) 886-4805
(210) 222-7194 FAX

*Laguna Madre Water District* are represented by:
Juan A. Magallanes
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica blvd.
Brownsville, Texas 78520
(956) 544-6571
(956) 544-4290 FAX

*State of Texas* is being represented by:
Mark Spansel and
Jack Gilbert
Margie Manzano Corbett

Office of the Attorney General
Transportation Division
P. O. Box 12548
Austin, Texas 78711-2548
(512) 463-2004
(512) 4472-3855 FAX

and

Daryl G. Dursum
Adams & Reese, L.L.P.
4400 One Houston Center
1221 McKinney
Houston, Texas 77010
(713) 652-5151
(713) 652-5152 FAX


*Rolando Lee Moya, Alberto Leroy Moya, Antonio Salinas, Jr., and Roberto Espericueta* are being represented by:
Frank Enriquez
        Roberto D. Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504
(956) 686-5291
(956) 618-5064 FAX

*Attorney Ad Litem for William Welch, minor*
Veronica Farias
Law Offices of Veronica Farias
2854 Boca Chica
Brownsville, Texas 78521