IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWIN I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC. AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C. A. No. B-01-157<br><br><br><br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, AMERICAN COMMERCIAL BARGE LINES LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, AND VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § § | C.A. NO. B-02-004<br>Admiralty |

## ORDER ALLOWING CLAIMANTS TO WITHDRAW THEIR FIRST MOTION TO COMPEL DISCOVERY FROM AMERICAN COMMERCIAL BARGE LINES, LLC AND AMERICAN COMMERCIAL LINES, LLC.

On this day, came on to be considered the foregoing Claimants' motion and the court, after being advised by the Claimants' counsel that the said motion is now moot, is of the opinion that the claimant be allow to withdraw the said motion;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Claimants' First Motion to Compel Discovery from American Commercial Barge Lines, LLC and American Commercial Lines, LLC is hereby withdrawn.

Signed this the _____ day of September, 2004.

_____
JUDGE PRESIDING