United States District Court
Southern District of Texas
ENTERED

SEP 2 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE INC., AS BAREBOAT CHARTERERS, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO. B-01-157<br><br>Consolidated with |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER and AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-912, ACL-9993B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION NO. B-02-004<br><br>and |
| IN THE MATTER OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION NO. B-02-125<br><br>admiralty |

## ORDER

BE IT REMEMBERED that on September 17th, 2004, this Court considered "Petitioners Brown Water Towing, I, Inc. and Brown Water Marine Service, Inc.'s Motion To Compel Michael Cowen To Produce Medical Records Concerning Decedent Chealsa Welch" [Dkt No. 211-1].

Due to the highly sensitive nature of the Motion's request, this Court **ORDERS** the parties to appear in order to show cause why the records should or should not be relinquished.

Furthermore, in light of Michael Cowen's failure to respond to a subpoena requesting the medical records, the Court hereby **ORDERS** Michael Cowen to appear to show adequate excuse why he failed to obey the subpoena pursuant to Federal Rules of Civil Procedure 45(e).

An expedited hearing to consider the above will be held on 29th of September, 2004, at 9:30 A.m.

DONE at Brownsville, Texas, this 17th day of September, 2004.

Hilda G. Tagle
United States District Judge