United States District Court
Southern District of Texas
ENTERED

SEP 22 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE INC., AS BAREBOAT CHARTERERS, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO. B-01-157<br><br>Consolidated with |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER and AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-912, ACL-9993B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION NO. B-02-004<br><br>and |
| IN THE MATTER OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION NO. B-02-125<br><br><br><br>admiralty |

## ORDER

BE IT REMEMBERED that on September 21, 2004, this Court considered "Claimants' Motion To Withdraw Claimants' First Motion To Compel Discovery From American Commercial Barge Lines, LLC And American Commercial Lines, LLC" [Dkt. No.

1

265-1]. The Claimants request that this Court withdraw their earlier Motion named, "Claimants' First Motion To Compel Discovery From American Commercial Barge Lines, LLC And American Commercial Lines LLC," [Dkt. No. 204-1]. The Motion is **GRANTED** and Motion Dkt. No. 204-1 is hereby WITHDRAWN.

DONE at Brownsville, Texas, this 21 day of September, 2004.

Hilda G. Tagle
United States District Judge