# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 3 0 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION FOR BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERS, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | §§§§§§§§§ | C.A. NO. B-01-157 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| AND | §§ | |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER AND AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-912, ACL-9993B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | §§§§§§§§§ | (consolidated from C.A. No. B-02-004) |

## CLAIMANTS RENE MATA and FRANK MATA'S
## SUPPLEMENTAL DESIGNATION OF EXPERTS

Claimants RENE MATA and FRANK MATA serve its Supplemental Designation of Expert

Witnesses.

I.

Expert Designation

*Claimants would show that certain fact witnesses disclosed below may have special knowledge regarding the circumstances surrounding and related to the incident in question, the damages associated with the incident, and the causes of the incident; therefore, they are identified as potential expert witnesses. By identifying these witnesses, claimants do not necessarily vouch for or endorse them as "experts," nor are they stating that all of these witnesses are qualified as such. However, at least some of them may be found to have specialized knowledge that qualifies them to render expert opinions in this case.*

American Commercial Barge Lines
c/o Mr. Glen Goodier Jones, Walker, Waechter, Poitevent, Carrere & Denegre, LLP
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100
***Owner of barges pulled by BROWN WATER V at the time of the accident.***

William Raymond Aston
Yolanda Padilla
and Custodian of Records
Harlingen EMS
1705 Vermont Street
Harlingen, Texas 78550 or
P.O. Box 533668
Harlingen, Texas 78553
(956) 864-2711
Executive Director
***Knowledge of facts and circumstance surrounding the ambulatory service which transported claimants to Valley Regional Medical Center. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the medical expenses incurred are reasonable and necessary.***

Hector Bennett
and Custodian of Records
Port Isabel Fire Department
204 Musina
Port Isabel, Texas 78578
(956) 943-3523
***Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.***

Clifford A. Rowell, Fire Chief
and Custodian of Records
P.O. Box 3410
South Padre Island, Texas 78597
(956) 761-5454
***Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.***

Blue Cross Blue Shield of Texas
and Custodian of Records
(A Division of Health Care Service Corp.)
2329 S. MacArthur Blvd.
Springfield, Illinois
*Medical lien holder for Rene Mata. It is reasonably anticipated that the custodian of records will testify that the financial records pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the medical expenses incurred are reasonable and necessary.*

Brownsville Fire Department and Custodian of Records
1010 E. Adams Street
Brownsville, Texas 78520
(956) 546-3195
*Knowledge of facts and circumstances surrounding the investigation of the accident made basis of this accident. It is reasonably anticipated that the custodian of records will testify that records pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.*

Brownsville Herald
and Custodian of Records
1135 East Van Buren Street
Brownsville, Texas 78520
(956) 542-4301
*Knowledge of facts and circumstances surrounding the news reporting of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that records pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.*

Buena Vista Funeral Home and Custodian of Records
125 McDavitt Blvd.
Brownsville, Texas 78520
(956) 541-5400
*Knowledge of facts and circumstances surrounding the funeral and funeral expense of claimants in the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that records pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.*

Cameron County District Attorney's Office and Custodian of Records
Attn: Yolanda de Leon, District Attorney
974 E. Harrison
Brownsville, Texas 78520

*Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that records pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.*

Sigifredo C. Cantu, Fire Chief
Lt. D. Lompra
Diana Sanchez
and Custodian of Records
Harlingen Fire Department
3510 E. Grimes
Harlingen, Texas 78550
(956) 427-8885
*Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the records pertaining to claimants are under the supervision, custody and control of the custodian of records, that such record were kept in the regular course of business.*

Ben Nunez, Acting Fire Marshall
and Custodian of Records
Brownsville Fire Department
1010 E. Adams Street
Brownsville, Texas 78520
(956) 546-3195
*Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the records pertaining to claimants are under the supervision, custody and control of the custodian of records, that such record were kept in the regular course of business.*

Jacinto Gonzalez
and Custodian of Records
Game Warden IV
Texas Parks & Wildlife Dept.
805 W. Price
Brownsville, Texas 78521
(956) 546-1952
*Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this suit. It is reasonably anticipated that the custodian of record will testify that the records pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.*

Edward Grafwallnes
Fire Chief and Custodian of Records for
Los Fresnos Volunteer Fire Department
200 N. Brazil
Los Fresnos, Texas 78566
or P. O. Box 777
Los Fresnos, Texas 78566
(956) 233-4751
*Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident.  It is reasonably anticipated that the custodian of records will testify that the records pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.*

Mr. Boyd Kennedy, Staff Attorney
Texas Parks and Wildlife Dept.
4200 Smith School Road
Austin, Texas 78744
*Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.*

KGBT-Channel 4
and Custodian of Records
9201 West Expressway 83
Harlingen, Texas 78550
(956) 421-4444
*Knowledge of facts and circumstances surrounding the news reporting/footage of the causeway collapse accident made the basis of this accident, It is reasonably anticipated that the custodian of records will testify that the records pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.*

KGBT-Channel 5 and
Custodian of Records
East Expressway 83
Weslaco, Texas 78598
(956) 428-5555
*Knowledge of facts and circumstances surrounding the news reporting/footage of the causeway collapse accident made the basis of this accident, It is reasonably anticipated that the custodian of records will testify that the records pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.*

KNVO Univision-Channel 48
and Custodian of Records
801 N. Jackson
McAllen, Texas 78501
(956) 687-4848
*Knowledge of facts and circumstances surrounding the news reporting/footage of the causeway collapse accident made the basis of this accident, It is reasonably anticipated that the custodian of records will testify that the records pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.*

Long Island Bridge Company
c/o John R. Freeland
806 Pecan
McAleln, Texas 78501
(956) 943-1622
*Employees of long Island Bridge Company witnessed the four barges and tug pass under the bridge immediately prior to the accident. They also have knowledge of the configuration of barges passing through the area and of the circumstances surrounding the accident.*

Joe Hargiss
P.O. Box 1272
Henderson, Kentucky
*Expert Surveyor who has information about the damages to the Barge NM-315 and that value of all four barges.*

Eddie Arriola
1616 Michigan
Port Isabel, Texas
*Mr. Arriola is the supervisor of the Long Island Swing Bridge in Port Isabel, Texas. He has knowledge of different barge configurations passing through the area and of the circumstances surrounding the accident.*

Joe W. Blocker
301 N. Chaparral
Fulton, Texas 78358
(361) 790-9350
*Mr. Blocker was a deck hand on board the BROWN WATER V at the time of the accident.*

Agustin Briseno
6684 Monte Vello
Brownsville, Texas

*Mr. Briseno works at the Long Island Swing Bridge in Port Isabel, Texas. He has knowledge of the configuration of barges passing through the area and of the circumstances surrounding the area.*

Rafael Briseno
1015 Timeer Drive
Brownsville, Texas
*Mr. Briseno works at the Long Island Swing Bridge in Port Isabel, Texas. He has knowledge of the configuration of barges passing through the area and of the cirGumstances surrounding the area.*

Steve Mosher
320 Cove Harbor
Post Office Box 2205
Rockport, Texas 78381-2205
*Mr. Mosher is the President of Brown Water Towing I, Inc.*

Captain Daniel Bryant
422 Palm
Laguna Vista, Texas
*Captain Bryant has knowledge of the circumstances surrounding the accident.*

Captain Joe Lee Bryant
104 Hwy 100 Lot 1
Port Isabel, Texas
*Captain Bryant has knowledge of the circumstances surrounding the accident.*

Daniel Ceballos
c/o Burns International Security Services
Long Island, Texas
*Mr. Ceballos has knowledge of the circumstances surrounding the accident.*

Captain Phil Colo
416 Barker Street
Laguna Vista, Texas
*Captain Colo has knowledge of the circumstances surrounding the accident.*

Department of the Army
Corps of Engineers
1920 North Chaparral Street
Corpus Christi, Texas 78401
Attn: Mr. Elijio Garza, Area Engineer
*May have knowledge as to the contributing factors for the accident.*

Captain Steve Ellis
1016 Tarpon, #9
Port Isabel, Texas
*Captain Ellis has knowledge of the circumstances surrounding the accident.*

Cliff Fleming
721 Palm Blvd.
Laguna Vista, Texas
*Mr. Fleming has knowledge of the circumstances surrounding the accident.*

Captain David Fowler
860 Debonair Drive
Mobile, Alabama 36695
(334) 639-1747
*Captain Fowler was at the wheel of the BROWN WATER V at the time of the accident.*

Captain James Franceschi
34 Sunburst Lane
Brownsville, Texas 78520
(956) 546-6103
*Captain Franceshi was piloting the Irini Fout through the Brownsville Ship Channel when he heard Brown Water V's mayday call. He has personal knowledge of Captain Fowler's radio conversations subsequent to the accident. Captain Franceshi also has knowledge of the circumstances surrounding the accident and of previous groundings in the channel area.*

Victor Franco
c/o Burns International Security Services
Long Island, Texas
*Mr. Franco has knowledge of the circumstances surrounding the accident.*

Gustavo Garcia
6939 West Business 83
Harlingen, Texas
*Mr. Garcia has knowledge of the circumstances surrounding the accident.*

Dolores Goette
410 Morris Street
Laguna Vista, Texas
*Ms. Goette has knowledge of the circumstances surrounding the accident.*

Captain Henry Goette
410 Morris Street
Laguna Vista, Texas
*Captain Goette has knowledge of the circumstances surrounding the accident.*

Mark Guillot
5705 Laguna Circle South, #202
South Padre Island, Texas
*Mr. Guillot has knowledge of the circumstances surrounding the accident.*

Captain Phillip Langley
3326 Lakeside Drive
Rockwall, Texas 75087
(800) 873-9823
*Captain Langley was the relief captain on board the tugboat Bruce Bordelon at the time of the accident. He has knowledge of the circumstances surrounding the accident.*

Long Island Bridge Company
c/o John R. Freeland
806 Pecan
McAllen, Texas 78501
(956) 943-1622
*Employees of Long Island Bridge Company witnessed the four barges and tug pass under the bridge immediately prior to the accident. They also have knowledge of the configuration of barges passing through the area and of the circumstances surrounding the accident.*

Captain Joseph Mock
Post Office Box 572
Port Isabel, Texas
*Captain Mock has knowledge of the circumstances surrounding the accident.*

Ramon Moreno
Rt. 3, Box 708F
Los Fresnos, Texas
*Mr. Moreno has knowledge of the circumstances surrounding the accident.*

Dr. Donald Jay Mulkerne
Spring Hill Behavioral Health
100 Memorial Hospital Drive, Ste. 1-B
Mobile, Alabama 36608
*Dr. Mulkerne is Capt. David Fowler's treating psychologist and has knowledge of the impact of the accident on Capt. Fowler's emotional and psychological well-being.*

Levie Paul Old
1200 N. Magnolia, #26
Rockport, Texas 78382
(361) 727-9165
*Mr. Old was a deck hand on board the BROWN WATER V at the time of the accident.*

Port Isabel-San Benito Navigation District
c/o Mr. Brian G. Janis and Custodian of Records
Sanchez, Whittington, Janis & Zabarte, LLP
100 North Expressway 83
Brownsville, Texas 78521-2284
*May have knowledge of the circumstances surrounding the accident.*

Daniel Pugh
Telephone and address unknown
*Mr. Pugh has knowledge of the circumstances surrounding the accident.*

Dan Reeves
1806 Illinois
Port Isabel, Texas
*Mr. Reeves has knowledge of the circumstances surrounding the accident.*

Captain Russell Robinson
c/o R&R Hi-Way Baitstand
Port Isabel, Texas
*Captain Robinson has knowledge of the circumstances surrounding the accident.*

Dale Ray Stockton
14648 Arroyo Drive
Harlingen, Texas
*Mr. Stockton has knowledge of prior collisions of tugboats and barges with the Queen Isabella Causeway.*

Russell Stockton
208 West Mesquite
South Padre Island, Texas
*Mr. Stockton has knowledge of the circumstances surrounding the accident.*

Texas Department of Public Safety
c/o Mary Ann Courter and Custodian of Records
5805 Lamar Blvd
Post Office Box 4087
Austin, Texas 78773-0001

*May have knowledge of the circumstances surrounding the accident.*

Texas Parks & Wildlife Department
c/o Boyd Kennedy and Custodian of Records
Staff Attorney
Law Enforcement Division
5541 Bear Lane, Ste. 232
Corpus Christi, Texas 78405
and
4200 Smith School Road
Austin, Texas 78744
*May have knowledge of the circumstances surrounding the accident.*

Captain Dewitt Thomas
121 Channel
Port Isabel, Texas
*Captain Thomas has knowledge of the circumstances surrounding the accident.*

United States Coast Guard
Commanding Officer and Custodian of Records
Marine Safety Office - Corpus Christi
400 Mann Street, Ste. 210
Corpus Christi, Texas 78401
*The United States Coast Guard performed an investigation of the accident.*

Janie Valdez
7300 North Padre Blvd.
South Padre Island, Texas
*Ms. Valdez has knowledge of the circumstances surrounding the accident.*

Ross Viligura
828 Hughes
Box 429
Palacios, Texas 77465
(979) 578-1864
*Mr. Villigura was a deck hand on board the BROWN WATER V at the time of the accident.*

Jim Wilson
United States~Coast Guard
800 David Drive, Room 232
Morgan City, LA 70380
*Mr. Wilson conducted the U.S.C.G. investigative hearings*

**IN RE BROWN WATER**
*Claimants' Supplemental Designation of Experts & Reports*                     **Page -11-**

Captain Rocky Lee Wilson
Post Office Box 2166
Port Aransas, Texas 78373
(361) 749-3633
*Captain Wilson was the captain on board the BROWN WATER V at the time of the accident.*

United States Department of Transportation
c/o Hon. Greg Serres, United States Attorney
and Custodian of Records
600 East Harrison, Ste. 201
Brownsville, Texas 78520-7114
*May have knowledge of the circumstances surrounding the accident.*

Craig Zimmerman
1/4 Mile North 100onFM 1575
Post Office Box 4025
Los Fresnos, Texas
*Mr. Zimmerman has knowledge of the circumstances surrounding the accident.*

William Zimmerman
706 North Shore Drive
Port Isabel, Texas
*Mr. Zimmerman has knowledge of the circumstances surrounding the accident.*

*The individuals/institutions listed below are health care providers who have rendered or will render care to Rene Mata. They may testify regarding the effects which the incident in question has had on Rene Mata, including physical, emotional and psychological damage and/or mental anguish. They may also testify as to the physical and/or psychological diagnosis and prognosis for Rene Mata. They may further testify as to the reasonableness and necessity of the medical care provided and/or needed, as well as the costs and expenses associated with that care. Their opinions may be based on their treatment of Rene Mata and their review of the medical records. They are qualified by their education and training in their respective fields of medicine, psychiatry, and healthcare.*

Cardiovascular Association
and its physician and nursing staff
and Custodian of Records
including, but not limited to:
Ruben M. Lopez, M.D.
2121 Pease Street, Suite 207
Harlingen, Texas 78550

Dr. Jefferson Cartwright
Dr. Jennie Volpe
Nursing staff and
Custodian of Records for
Valley Orthopedic Surgery
1629 Treasure Hills Blvd., Suite B1
Harlingen, Texas 78550

Brownsville Neurological Institute
Physicians and nursing staff and
Custodian of Records
800 West Jefferson Street, Suite 140
Brownsville, Texas 78520

EMCare Emergency
and its physician and nursing/emergency staff
and Custodian of Records
P.O. Box 13826
Philadelphia, PA 19101-3826

South Texas Emergency Care Foundation
and its physician and nursing/emergency staff
and Custodian of Records
1705 Vermont
P.O. Box 533668
Harlingen, Texas 78553-3668

Medical Homecare, Inc.
and its physician and nursing/emergency staff
and Custodian of Records
2202 S. 77 Sunshine Strip, Suite E
Harlingen, Texas 78550

Valley Baptist Medical Center
and its physician and nursing/emergency staff
and Custodian of Records including, but not limited to the following:
Dr. Hector Guerra, Jr.
Dr. Alejandro J. Betancourt
Dr. Ruben M. Lopez
Dr. Helson Pacheco Serrant
Dr. Tom Pirtle
Dr. Charles Fisher

Dr. Harry Butters
Dr. Jefferson Cartwright
Dr. Jennie Volpe
P.O. Box 2588
Harlingen, Texas 78551-2588

Harlingen Anesthesia
and its physician and nursing/emergency staff
and Custodian of Records
1702 Ed Carey Drive
Harlingen, Texas 78550-8202

Heart Clinic, P.A.
and its physician and nursing/emergency staff
and Custodian of Records
2310 N. Ed Carey Drive, Suite 1A
Harlingen, Texas 78550

Coastal Radiology Consultants, P.A.
and its physician and nursing/emergency staff
and Custodian of Records
P.O. Box 201178
Houston, Texas 77216

Pathology Laboratories
and its physician and nursing/emergency staff
and Custodian of Records
1620 N. Ed Carey Drive
Harlingen, Texas 78550-8286

Valley Regional Medical Center
and its physician and nursing/emergency staff
and Custodian of Records
P.O. Box 406655
Atlanta, GA 30384-6655

Valley Comprehensive Management Center
and its physician and nursing/emergency staff
and Custodian of Records
including, but not limited to:
Dr. Robert Earl, Pyschiatrist
Delinda Garibay, MS, LPC, Clinical Therapist
Mary Lou Gonzalez, SWA, Social Worker

Dr. Cruce R. Strach, D.C, Chiropractor
Victor Szabala, LSW, Counselor
1100 N. Expressway, Suite 3
Brownsville, Texas 78521

Columbia Valley Healthcare System
and its physician and nursing/emergency staff
and Custodian of Records
100 East Alton Gloor Blvd., Bldg. A
Brownsville, Texas 78526

Harlingen Community Emerg Care Foundation
and its physician and nursing/emergency staff
and Custodian of Records
2733 S. 77 Sunshine Strip
Harlingen, Texas 78550

*The following list of people are experts retained by Claimants in this cause of action.*

1.    Dr. Joe G. Gonzales, M.D.
       TEXAS PHYSICAL MEDICINE & REHABILITATION
       2833 Babcock Suite 315
       San Antonio TX 78229
       (210) 692-2000

       Dr. Gonzales is board certified in Physical Medicine & Rehabilitation, and may testify as to the physical, mental and emotional conditions, diagnosis and prognosis of Rene Mata. He may provide expert testimony regarding the past, present and future medical, psychiatric and psychological care and treatment that Rene Mata has received and, in all likelihood, will require in the future, as well as the reasonableness and necessity of the expenses related to that care and treatment. The mental impressions and opinions held by Dr. Gonzales will be based on his education, experience and training, including what is reflected in his curriculum vitae (a copy of which plaintiffs have attached hereto as *Exhibit "A,"* which is incorporated herein for all intents and purposes), as well as his review of the pertinent materials, documents, and testimony in this case, his investigation and analysis of the facts, and upon reasonable medical probability. The facts known to Dr. Gonzales and his mental impressions and opinions will be more clearly detailed in the "Life Care Plan and Cost Projections" in Rene Mata's Medical Damages Report, which is attached hereto as *Exhibit "E,"* and his deposition, if any, both of which are incorporated herein for all intents and purposes.

2.      T. Walter Harrell, Ph.D., ABPP
        7307 Creekbluff Crive
        Austin, Texas 78750
        (512) 459-4315

Dr. Harrell is a board certified Rehabilitation Psychologist and Psychotherapist, who may testify in the areas of Rehabilitation and Psychology. He may testify regarding the mental and emotional conditions, diagnosis, and prognosis of Rene Mata. He may also provide expert testimony regarding the past, present and future psychiatric and psychological care and treatment that Rene Mata has received and, in all likelihood, will require in the future, as well as the reasonableness and necessity of the expenses related to that care and treatment. Furthermore, he may provide testimony regarding the past, present and future mental, emotional and psychological damage suffered by Rene Mata as a result of the incident in question. The mental impressions and opinions held by Dr. Harrell will be based on his education, experience and training, including what is reflected in his curriculum vitae (a copy of which is attached hereto as *Exhibit "B,"* which is incorporated herein for all intents and purposes), as well as his review of the pertinent materials, documents, and testimony in this case, his investigation and analysis of the facts, and upon reasonable medical probability. The facts known to Dr. Harrell and his mental impressions and opinions will be more clearly detailed his report and in the "Life Care Plan and Cost Projections" in Rene Mata's Medical Damages Report, which are attached hereto as *Exhibit "E,"* and his deposition, if any, both of which are incorporated herein for all intents and purposes.

3.      Amy Dixon Blackmon
        MediSysRehabilitation
        7307 Creekbluff Crive
        Austin, Texas 78750
        (512) 459-4315

Dr. Blackmon is a licensed Psychologist and Rehabilitation Psychology specialist who may testify in the areas of Rehabilitation and Psychology. She may testify regarding the mental and emotional conditions, diagnosis, and prognosis of Rene Mata. She may also provide expert testimony regarding the past, present and future psychiatric and psychological care and treatment that Rene Mata has received and, in all likelihood, will require in the future, as well as the reasonableness and necessity of the expenses related to that care and treatment. Furthermore, she may provide testimony regarding the past, present and future mental, emotional and psychological damage suffered by Rene Mata as a result of the incident in question. The mental impressions and opinions held by Dr. Blackmon will be based on her education, experience and training, including what is reflected in her curriculum vitae (a copy of which is attached hereto as *Exhibit "C,"* which is incorporated herein for all intents and purposes), as well as her review of the pertinent materials, documents, and testimony in this case, her investigation and analysis of the facts, and upon reasonable medial probability. The facts known to Dr. Blackmon and her mental impressions and opinions will be more clearly detailed in her report and the "Life Care Plan and Cost Projections"

in Rene Mata's Medical Damages Report, which are attached hereto as *Exhibit "E,"* and her deposition, if any, both of which are incorporated herein for all intents and purposes.

4.    Gene Trevino
       16607 Blanco Rd. Suite 1505
       San Antonio, TX  78232
       (210) 479-8999

Dr. Trevino is an economist and specialist in rehabilitation and forensic economics and may testify as to the economic valuation of the life care plan cost projections for Rene Mata, including the present value of that life care plan. The mental impressions and opinions held by Dr. Trevino will be based on his education, experience and training, including what is reflected in his curriculum vitae (a copy of which plaintiffs have attached hereto as *Exhibit "D,"* which is incorporated herein for all intents and purposes), as well as his review of the pertinent materials, documents, and testimony in this case, and his investigation and analysis of the facts. The facts known to Dr. Trevino and his mental impressions and opinions will be more clearly detailed in the "Economic Valuation of Life Care Plan Cost Analysis for Rene Mata," which is attached hereto as *Exhibit "F,"* and his deposition, if any, both of which are incorporated herein for all intents and purposes.

Claimants hereby also designate all experts designated by the other Claimants herein, including but not limited to liability experts, for all intents and purposes, as if fully set forth herein.

Claimants hereby also designate all persons who have provided testimony at the United States Coast Guard hearings related to the incident in question.

In addition, Claimants may call or cross-examine any or all of the fact and/or the expert witnesses, corporate representatives and/or trial representatives designated by the Petitioners and other Claimants. The fact that Claimants may call or cross examine any expert designated by other parties is not an admission that such designated person is an "expert" and Claimants reserve their right to object to any or all "experts" of the other parties in the event they do not qualify as "expert" pursuant to the rules.

Claimants reserve the right to further designate and supplement in accordance with the Federal Rules of Civil Procedure and the orders of this Court. Claimants also reserve the right to designate rebuttal experts as necessary and appropriate in accordance with the Federal Rules of Civil Procedure and the orders of this Court.

Respectfully submitted,

By: _____

**Raymond L. Thomas**
Attorney-in-Charge
Texas State Bar No. 19865350
Federal Bar No. 10715
**Andres H. Gonzalez, Jr.**
Texas State Bar No. 24002156
Federal Bar No. 22196

***KITTLEMAN, THOMAS, RAMIREZ &***
***GONZALES, LLP***
4900-B North 10th Street
McAllen, Texas 78504
(956) 686-8797
(956) 630-5199 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served in accordance with the Federal Rules of Civil Procedure to the following parties on September 30, 2004:

Mr. Mark J. Spansel
Adams & Reese, L.L.P.
4500 One Shell Square
New Orleans, LA 70139

Mr. James B. Manley
Attorneys at Law
3616 Preston Road
Pasadena, Texas 77505

Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381

William Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550

Mr. Glen Goodier
Jones, Walker, Waechter, Poitevent, Carrere   &
Denegre, L.L.P.
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100

Mr. Les Cassidy

Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471

Mr. Jack F. Gilbert
Office of the Attorney General
Transportation Department
Post Office Box 12548
Austin, Texas 78711-2548

W. Lamoine Holland
Law Office of W. Lamoine Holland
1920 Nacogdoches Rd., Suite 100
San Antonio, Texas 78209

Frank Enriquez
Roberto D. Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

Richard Leo Harrell
The Edwards Law Firm, L.L.P.
P.O. Box 480
Corpus Christi, Texas 78403-0480

Jim S. Hart
Nejd Yaziji
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

Cliff Gerrard
Independence Plumbers of South Texas
8602 Robindell Drive
Houston, Texas 77074

**IN RE BROWN WATER**
***Claimants' Supplemental Designation of Experts & Reports***

**Page -19-**

Michael L. Slack
Micheal Davis
Slack & Davis, L.L.P.
Building Two, Suite 2110
8911 Capital of Texas Hwy., North
Austin, Texas 78759

Robert and Virginia Fandrich
5101 Berdi Way
Stockton, CA 95207

Mr. J. A. Magallanes
Carlos Escobar
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Blvd./P.O. Box 4901
Brownsville, Texas 78520

Julian Rodriguez, Jr.
Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, Texas 78501

Ms. Veronica Farias
Law Of fice of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

John and Mary McCoy
514 Brookside Pass
Cedar Park, Texas 78613

Thomas R. Ajamie
S. Mark Strawn, Esq.
Schirmeister Ajamie, L.L.P.
711 Louisiana Street, Suite 2150
Houston, Texas 77002

Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209- 1307

Will Pierson
Royston, Rayzor, Vickery & Williams, L.L.P.
606 North Carancahua, Suite 1700
Corpus Christi, Texas 78476

Keith N. Uhles

James H. Hunter , Jr.
Royston, Rayzor, Vickery & Williams, L.L.P.
55 Cove Circle
Brownsville, Texas 78521

Mr. Geoffrey Amsel
SBC Management Services
1010 N. St. Mary'ss Room 1403
San Antonio, Texas 78209

Andres H. Gonzalez, Jr.

**IN RE BROWN WATER**
*Claimants' Supplemental Designation of Experts & Reports*

**Page -20-**

**CLAIMANT'S EXHIBIT A**

(CV for Dr. Joe Gonzalez)

# CURRICULUM VITAE
## Joe G. Gonzales, M.D.

**BUSINESS ADDRESS:**

Texas Physical Medicine & Rehabilitation Institute
2833 Babcock Road, Suite 315
San Antonio, TX  78229
(210) 692-2000 – Office
(210) 692-2010 – FAX
07/98 - Present

**SPECIALTY:**

Physical Medicine & Rehabilitation*
Pain Management*
Occupational Medicine*
Hyperbaric Medicine/Wound Care
*(Board Certified)

**POST GRADUATE TRAINING:**

Department of Physical Medicine & Rehabilitation
University of TX Health Science Center
San Antonio, TX
*Specialty Residency*
7/85 – 6/88

Department of Family Practice
Texas Tech University Health Science Center
Lubbock, TX
*Internship*
07/84 – 06/85

**EDUCATIONAL BACKGROUND:**

Texas Tech University Health Science Center
Lubbock, TX
Degree: M.D.
5/80 – 5/84
Awards:  Family Practice Outstanding Student Award

Baylor College of Medicine
Texas Medical Center
Houston, TX
Degree:  Bachelor of Health Science Degree
          Physician Assistant Certification
08/75 – 08/77
Awards:  Henry D. McIntosh Award for Clinical
          Excellence

San Angelo State University
Department of Nursing
San Angelo, TX

Degree:  Associate of Science & Nursing (R.N.) Degree
08/71 – 08/73

San Angelo School of Vocational Nursing
San Angelo, TX
Degree:  Diploma & Certification – Licensed Vocational
Nurse
03/70 – 03/71

**LICENSE and
CERTIFICATION:**

Texas Medical License – Physician Permit
License #:  G8135
Issued August 1985

Board Certification – Physical Medicine &
Rehabilitation
Certificate #:  3039
Issued May 1989

Board Certification – American College of Pain
Medicine
March 1994

Board Certification -American College of Occupational &
Environmental Medicine
Active Member
January 1992

Board Eligible-Undersea & Hyperbaric Medical Society
Member
May 1995

American Academy of Pain Management
Diplomate
February 1992

Approved Doctor List Certificate
Texas Workers' Compensation Commission
September 2003

Maximum Medical Improvement and Assignment of
Impairment Ratings Certificate
Texas Workers' Compensation Commission
September 2003

Designated Doctor List Certificate
Texas Workers' Compensation Commission
September 2003

2

**PROFESSIONAL
AFFLIATIONS:**

- American Medical Association
- Texas Medical Association
- Bexar County Medical Society
- Texas Physical Medicine & Rehabilitation Society
- American Academy of Physical Medicine & Rehabilitation
- American Congress of Rehabilitation Medicine
- American College of Occupational & Environmental Medicine
- American Academy of Pain Management - Diplomate
- Mexican American Physician's Association
- San Antonio Physical Medicine & Rehabilitation Society, (Organizer & Past President)
- Undersea & Hyperbaric Medical Society – Member
- American College of Hyperbaric Medicine – Member
- American College of Sports Medicine – Member

**EXPERIENCE**

Christus Santa Rosa Wound Care and Hyperbaric Center
Medical Director
San Antonio, Texas
January 2004 - Present

Hyperbaric and Wound Care Associates, P.A.
President
November 2003 - Present

Texas Physical Medicine & Rehabilitation Institute
President
07/1/1998 - Present

South Texas PM&R Group
Founder & Past President
02/87 – 06/98

Hyperbaric Oxygen, Inc./Total Wound Treatment Centers
Corporate Medical Director
03/1995 – 07/2000

Warm Springs & Baptist Rehabilitation Network
Hyperbaric Medicine & Wound Care Center
Medical Director
08/95 – 05/2000

3

Warm Springs Rehabilitation Center
NW Clinic & System Outpatient Medical Director
01/94 – 06/98

South Texas Rehabilitation Center
Development & Directorship
*San Antonio's First Comprehensive Outpatient
Physical Medicine & Rehabilitation Center*
01/87 – 1993

Rehabilitation Institute of San Antonio
Past Medical Director – Physical Medicine &
Rehabilitation
Past Medical Director – Spinal Cord Injury Rehabilitation
Program
Past Medical Director – Orthopedic Rehabilitation Program
01/88 – 10/90

South Plains Rehabilitation Center
Quaker & Brownfield Highway
Lubbock, TX
Associate & Active Developer – *Lubbock's first
Comprehensive Outpatient Physical Medicine &
Rehabilitation Center*

# CLAIMANT'S EXHIBIT B

**(CV for Dr. T. Walter Harrell)**

# T. Walter Harrell, Ph.D., ABPP          *Curriculum Vitae*

## EDUCATION:

*September 1983 - May 1985*
> Postdoctoral fellow, Clinical Neuropsychology. The University of Houston, Houston, Texas.

*December 1983*
> Doctor of Philosophy, Educational Psychology. The University of Texas at Austin.

*August 1982*
> Master of Arts, Program Evaluation. The University of Texas at Austin.

*May 1977*
> Bachelor of Arts (with Honors). The University of Texas at Austin. Major: Psychology with minor in the Natural Sciences.

## EXPERIENCE:

*April 2002 to Present*
> President, Clinical Director, Therapeutic Communities, LLC; Provides therapeutic assisted living options and long term care for patients with chronic mental conditions, including acquired brain injury, developmental disabilities, mental retardation, schizophrenia, bipolar disorder, and other neuropsychiatric disorders

*July 1985 - Present*
> Private practice, Clinical Neuropsychology/Rehabilitation Psychology. Clinical emphasis on evaluation and treatment of cognitive and behavioral disturbances associated with neurological disease/trauma and specific developmental disorders. Consultation services include: rehabilitation staff development/training, program development, in-service training, and program evaluation. The private practice described above is, for the most part, performed under the name of MediSys Rehabilitation, Inc., a firm specializing in life care planning, catastrophic case management, direct clinical services, and medical/legal/claims consultation.

*November 1998- September 2002*
> Clinical Coordinator, Tangram Premier. Responsibilities include patient evaluation, treatment planning and support, program development, patient staffing, staff education and training, and administrative support. Consultant to Tangram since 1985. Continue to do neuropsychological assessments

*January 1988 - August 1991*
> Director of Clinical Services, Spring Hill Rehabilitation Network. Responsibilities included development, coordination, and supervision of comprehensive out-patient rehabilitation facility and transitional living services. Position changed in February 1991 to Neuroscience Program Coordinator.

*September 1983 - June 1985*
> Postdoctoral fellow; University of Houston and Clinical Affiliation with Department of Neurology, Baylor College of Medicine; Medical Center Del Oro.

**LICENSURE/CERTIFICATIONS:**

Licensed Psychologist, Texas, #2-2975, May 1985 - present.
Diplomate in Rehabilitation Psychology, American Board of Professional Psychology
Senior Analyst and Diplomate, American Board of Disability Analysts
Fellow and Diplomate, American Board of Medical Psychotherapists and Psychodiagnosticians
APA, Certification in Treatment of Alcohol and other Psychoactive Substance Use Disorders

**TEACHING:**

*January 2000 - Present*

Practicum supervisor at the Brown Schools, for doctoral students at the University of Texas at Austin, Department of Educational Psychology

*August 1987 - 2001*

Clinical Associate Professor, Department of Physical Medicine and Rehabilitation, University of Texas Health Science Center, San Antonio, Texas.

*August 1987*

Six lecture series on Traumatic Brain Injury Rehabilitation for Physical Medicine and Rehabilitation, Neurology, and Neurosurgery residents, University of Texas Health Science Center, San Antonio, Texas

*Spring 1987*

Lecturer, St. Mary's University, Department of Psychology, small undergraduate class in Physiological Psychology.

*1980 - 1982*

Assistant Instructor, University of Texas at Austin. Large undergraduate and small graduate classes in statistics and measurement and evaluation. Responsibilities included curriculum design, lectures, and student evaluation.

**RESEARCH:**

*1983 – 1985*: Postdoctoral fellow, Clinical Neuropsychology, University of Houston, Houston, Texas.

*1978 – 1982*: Research assistant, University of Texas at Austin.

**HONORS:**

| | |
|---|---|
| 1983 | Finalist in the Texas Psychological Association Student Research Competition |
| 1980 | Phi Kappa Phi National Honor Society |
| 1978 | Psi Chi National Honor Society |
| 1977 | B.A. with Honors, The University of Texas at Austin |
| 1971 | Exchange Student, Yokosuka, Japan. |

**PUBLICATIONS:**

Harrell, T. W., Krause, J. S., "Personal Assistance Services in patients with SCI: Modeling an appropriate level of care in a Life Care Plan", <u>Topics in Spinal Cord Injury Rehabilitation</u>, Spring 2002, Vol. 7, 4

Bagwell D, Willingham A, Harrell T. Life care planning: the interdisciplinary team approach, *In Disability Analysis In Practice*, 1st (ed.). Nov., 1998.

Harrell, T. W., Bagwell, D. M., and Coupland, M., "Building a Future: Teaming Up for a Life Care Plan" <u>Continuing Care</u>, July 1997.

Becker, H., Harrell, T.W., and Keller, L. "A Survey of Professional and Paraprofessional Training Needs for Traumatic Brain Injury Rehabilitation". <u>Journal of Head Trauma Rehabilitation</u>, March, 1993.

Becker, H., Harrell, T.W. <u>Outcome: Guidelines and Principles</u>. Viewpoints, Spring 1993, Vol. 23.

Harrell, T.W. <u>Quality of Life After Brain Injury: Implications for Rehabilitation</u>. Viewpoints, Winter 1992, Vol. 22.

Harrell, Walter <u>Staff Training and Development: The Time Has Come</u>. Insight, October 1992, Volume 2, Issue 3.

Pirozzolo, F.J., and Harrell, T.W.  The Neuropsychology of Learning Disabilities, in L.C. Hartlage and C.F. Telzrow <u>The Neuropsychology of Individual Differences; A Developmental Perspective</u>, Plenum Press, 1985.

Harrell, T.W.  <u>The Neuropsychological Profiles of Empirically Derived Subgroups of Learning Disabled Adolescents.</u>  Unpublished doctoral dissertation.  The University of Texas at Austin, l983.  Available through The University of Texas at Austin microfilms.

Harrell, T.W.  <u>Evaluating the Effects of Density and Proximity on the Human Response to Crowding</u>, unpublished Master's thesis, The University of Texas at Austin, l982.

Harrell, T.W. <u>CMHC Program Evaluation in the State of Utah</u>.  A publication of the Community Mental Health Center Evaluation Project, E.M. Glaser and K.E. Kirkhart co-principle investigators, sponsored by the National Institute of Mental Health Grant Number R0l MH 33540.

Harrell, T.W.  <u>CMHC Program Evaluation in the State of Wyoming.</u>  A publication of the Community Mental Health Center  Evaluation Project, E.M. Glaser and K.E. Kirkhart co-principle investigators, sponsored by the National Institute of Mental Health Grant Number R0l MH 33540.

## PRESENTATIONS:

Numerous invited presentations at professional conferences on topics about or related to traumatic brain injury, neuropsychology of learning disabilities, chronic pain management, life care planning, and program evaluation.  This includes Individual Case Management Association Conference, Texas Head Injury Association Conference, Texas Association of Rehabilitation Professionals in the Private Sector, American Congress of Rehabilitation Medicine, University Health Science System, and the Houston Conference on Neurotrauma, etc.

**IN-SERVICES AND INVITED LECTURES:**

Over 50 on topics ranging from the neuropsychology of Alzheimer's disease, neurotoxicology, learning disabilities and learning impairments following trauma to the brain, brain injury, spinal cord injury, life care planning and chronic pain management.

**CURRENT HOSPITAL AND FACILITY AFFILIATIONS:**

       Tangram Premiere
       San Marcos Treatment Center
       The Oaks Psychiatric Health System

**PROFESSIONAL SOCIETIES:**

       Texas Psychological Association
       American Psychological Association
       International Neuropsychological Society
       National Academy of Neuropsychology
       Austin Neuropsychological Society
       Brain Injury Association

**PROFESSIONAL ACTIVITIES:**

*Spring 1997 - 1999*
       Traumatic Brain Injury Planning Advisory Group, Texas

*April 1989 - December 1995*
       Board of Trustees, Seaton Foundation, San Marcos, Texas.

**PERSONAL:**

Home Address:
506 Buckeye Trail
Austin, Texas 78746
Tele: (512) 327-4488

Wife: Cheryl Brownstein
Children: Leah and Jacob Harrell

**BUSINESS:**

7307 Creekbluff Drive
Austin, Texas 78750
Tel.: (512) 459-4315
Fax: (512) 459-4318

*Modified July 2004*

**CLAIMANT'S EXHIBIT C**
(CV for Dr. Amy Blackmon)

**AMY DIXON BLACKMON**
(Formerly Amy E. Dixon)
**Licensed Psychologist: Texas License Number: 31510**

| | |
|---|---|
| **Work:** | **Home:** |
| MediSys Rehabilitation, Inc. | 8137 Tahoe Parke Circle |
| 7307 Creekbluff Drive | Austin TX 78726 |
| Austin, TX 78750 | (512) 401-8614 |
| (512) 350-7621 | Email: amyblackmon@sbcglobal.net |

---

## EDUCATION

YALE UNIVERSITY                   **Ph.D. in Clinical Psychology** (APA Accredited), May 2000
Department of Psychology          Dissertation: Empathy in Marriage: Implications for Marital
                                  Satisfaction and Depression

                                  **Master of Philosophy in Psychology**, May 1998
                                  Theme Essay: Assessment and Psychosocial Treatment of the
                                  Negative Symptoms of Schizophrenia

                                  **Master of Science in Psychology**, May 1997
                                  Master's Thesis: Intimacy, Marital Satisfaction, and Depressive
                                  Symptomatology: A Multitrait, Multimethod Investigation

RICE UNIVERSITY                   **Bachelor of Arts in Psychology and French**, May, 1994

---

## CLINICAL EXPERIENCE

**Staff Psychologist**                                                   12/01-present
*MediSys Rehabilitation, Inc., Austin, TX*
Responsibilities: Neuropsychological, Educational, and Psychosocial assessment with patients from pediatric to geriatric populations, including testing, report writing, and making diagnoses. Diagnoses include traumatic brain injury and other cognitive disorders, spinal cord injuries and other severe orthopedic injuries, psychotic disorders, mood disorders, anxiety disorders, substance-related disorders, mental disorders due to general medical conditions, impulse control disorders, adjustment disorders, and personality disorders. Psychotherapy. Private practice contract management including: referral coordination, research of testing instruments, and practicum student training, Supervisor: T. Walter Harrell, Ph.D., ABPP

**Clinical Case Manager**                                               11/00-12/01
*Brown-Karhan Healthcare, Dripping Springs, TX*
Responsibilities: Psychotherapy and assessment with a varied patient population including clients with traumatic brain injury, schizophrenia, bipolar disorder, depression, familial dysautonomia, attention deficit disorder, chemical dependency, developmental disabilities, and Asperger's syndrome. Case coordination including: leading regular clinical treatment review meetings; family contact, support, and training; coordinating admissions and discharges; facilitating community integration; coordinating durable medical equipment; conducting facility tours; and communicating with therapists, physicians, and payors. Program development and evaluation including: development of policies and procedures, development of training curricula, team building, and development of documentation system. Staff development and training, including regularly scheduled and as needed staff seminars and discussions. Acted as Clinical Director on several occasions when coverage was needed, including the responsibility for making final clinical decisions.
Supervisor: Jim Misko, Psy.D.

**Clinical Psychology Intern**                                          1999-2000
*Audie L. Murphy Division, South Texas Veterans Health Care System, San Antonio, TX.*

Responsibilities: Full time rotations for the 1999-2000 year included: 1) Spinal Cord Injury Center, 2) Neuropsychology, 3) Inpatient Psychiatry.  Received Division 40 predoctoral training in Neuropsychology, as well as general adult clinical training.  Provided short and long-term psychotherapy including psychoeducation, cognitive-behavioral, and supportive-directive interventions to male and female young-adult to older adult veterans of diverse ethnic backgrounds.  Patient problems and diagnoses included neurological diseases and disorders, panic disorder, social phobia, combat and civilian post-traumatic stress disorder, major depression and dysthymia, substance abuse and dependence, childhood sexual abuse, marital problems, anger and violence, coping with a terminal illness, bereavement, work-related problems and other interpersonal issues.  Provided neuropsychological assessments and reports. Participated in research in the areas of rehabilitation psychology and health psychology/behavioral medicine.  Participated in didactic training in psychological assessment, psychotherapy, neuropsychological research and testing, ethical and legal issues, and diversity issues. Presentations made throughout the year included Neuropsychology/ Geropsychology Case Conference, Psychotherapy Case Conference, Assessment and Intervention Seminar, and Psychology Grand Rounds.

*Rotation 1: Spinal Cord Injury Center*                                              8/1999-12/1999
Responsibilities: Provided psychological assessment and psychotherapy as needed to inpatients with spinal cord injuries.  Provided ongoing psychotherapy for outpatients with complex medical and psychological problems.  Conducted psychological assessments for outpatient annual physical exams. Participated with a multidisciplinary team in weekly medical rounds, staff psychosocial rounds, family meetings for patient disposition or problems, and educational seminars.
Supervisor: Jill M. Squyres, Ph.D.

*Rotation 2:Neuropsychology Service*                                                1/2000-4/2000
Responsibilities: Provided neuropsychological assessment and reports, including: 1) selecting neuropsychological instruments, 2) testing patients, 3) integrating test results, 4) formulating diagnostic impressions 5) report writing, and 6) giving feedback to patients, families, and health care providers. Referral questions included examination of neuropsychological deficits associated with dementia, traumatic brain injury, psychopathology, and disease processes in men and women.  Referrals came from inpatient and outpatient settings, including Substance Abuse Treatment, Inpatient Psychiatry, Neurology, Neuropsychiatry, Internal Medicine Clinic, Sleep Clinic, and Psychiatry Prime Clinic.
Supervisor: Richard Wheatley, Ph.D.

*Rotation 3: Inpatient Psychiatry*                                                  5/2000-8/2000
Responsibilities: Provided psychological assessment and reports and individual and group psychotherapy to men and women experiencing severe and acute psychopathology.  Diagnoses consisted primarily of Schizophrenia and other psychotic disorders, Bipolar Disorder, Major Depression, Anxiety Disorders, and severe characterological problems.  Participated in weekly multidisciplinary medical rounds, team meetings, and clinical and case consultation meetings.
Supervisor: Richard Wyrick, Ph.D.

**Program Developer and Staff Clinician**                                            1997-1999
*Schizophrenia Rehabilitation Center, Institute of Living, Hartford, CT.*
Responsibilities: Worked as systems analyst to develop computer-based cognitive rehabilitation. Developed vocational cottage-industry nonprofit business for severely impaired clients with schizophrenia who would not otherwise be able to work in traditional settings.  Worked with the team on program evaluation research.  Provided group, family, and individual psychotherapy for adults with schizophrenia.  Supervised other staff members in cognitive rehabilitation.  Provided neuropsychological and psychosocial assessment. Acted as case manager for a patient with schizophrenia, AIDS, and substance abuse problems. Provided staff training in cognitive rehabilitation software and in communicating with patients who had severe deficits in speech production and comprehension. Provided vocational rehabilitation.
Supervisor: Jim Seltzer, Ph.D.

**Clinician and Consultant**                                              1996-1997
*Parents' Foundation for Transitional Living, New Haven, CT.*
Responsibilities: Developed a token-economy system in a residential setting for a patient with chronic, severe schizophrenia to encourage speech. Provided individual therapy and cognitive rehabilitation 12 hours per week with a severely impaired client with schizophrenia. Provided supervision to mental health professionals working with people with schizophrenia. Provided family consultations and case management.
Supervisor: Jim Seltzer, Ph.D.

**Psychology Associate**                                              Summer, 1996
*West Haven Veterans Administration Hospital Health Psychology Program,*
*West Haven, CT.*
Responsibilities: Provided outpatient and inpatient group and individual therapy, consultation, and assessment. Provided therapy and assessment for pain management, sexual dysfunction, smoking cessation, general health psychology, couple therapy, and consultation in a primary care medical setting.
Supervisors: Robert Kerns, Ph.D., Matthew Burg, Ph.D.

**Staff Clinician**                                              1995-1999
*Yale Psychological Services Clinic, Yale University, New Haven, CT.*
Responsibilities: Administered, scored, and interpreted psychometric tests. Provided written reports with treatment recommendations. Batteries included structured and open-ended diagnostic interviews, cognitive, projective, personality, and achievement tests. Offered diagnoses based on the Structured Clinical Interview for the DSM IIIR and DSM IV. Provided psychosocial assessment and cognitive-behavioral therapy with couples. Provided individual treatment to spouses and case consultation. Participated in case conferences and weekly training meetings, including making case presentations and presentations about current research.
Supervisors: Sheila Woody, Ph.D., Rhonda Adessky, Ph.D., Alice Carter, Ph.D., Mark Whisman, Ph.D., Deborah Everhart, Ph.D.

**Staff Clinician**                                              1994-1996
*Yale Center for Eating and Weight Disorders, Yale University, New Haven, CT.*
Responsibilities: Provided outpatient assessment, group therapy and individual therapy for clients diagnosed with eating disorders. Trained in the Eating Disorders Examination, psychosocial assessment, and cognitive-behavioral therapy. Administered the Eating Disorders Examination as part of a research study psychosocial assessment. Participated in weekly training meetings to maintain reliability on the Eating Disorders Examination.
Supervisors: Kelly Brownell, Ph.D., Denise Wilfley, Ph.D.

**Clinical Interviewer**                                              1994-1995
*Yale Parent-Infant Depression Project, Yale University, New Haven, CT.*
Responsibilities: Administered the Structured Clinical Interview for the DSM IIIR as an assessment tool for a large-scale research study.
Supervisor: Beth Garrity-Rokous, Ph.D.

**RESEARCH EXPERIENCE**

**Research Consultant**                                              2000
VERDICT, *Audie L. Murphy Division, South Texas Veterans Health Care System, San Antonio, TX.*
Co-author of an internet continuing education course for primary care physicians about the detection, treatment, and referral of depression.
Supervisor: Polly Noel, Ph.D.

**Dissertation Research**                                              1996-1999

*Empathy in Marriage: Implications for Marital Satisfaction and Depression. Department of Psychology, Yale University, New Haven, CT.*
Designed and implemented a multitrait, multimethod study of empathy in marriage in which participants were assigned to one of four cells: (1) depressed, discordant, (2) depressed, nondiscordant, (3) nondepressed, discordant, (4) nondepressed, nondiscordant. Administered the Hamilton Depression Interview and the Mood Disorders section of the Structured Clinical Interview for the DSM IV to determine depression status. The study introduced a new method of measuring empathic accuracy and perceived similarity in married couples by collecting on-line, computerized data during an interaction about a difficult topic in their marriage. Dissertation defense completed May, 1999.
<u>Dissertation Committee Chair</u>: Mark Whisman, Ph.D.

**Master's Thesis Research**                                           1995-1996
*Intimacy, Marital Satisfaction, and Depressive Symptomatology: A Multitrait,,Multimethod Investigation. Department of Psychology, Yale University, New Haven, CT.*
Designed a multitrait, multimethod study of intimacy in marriage in which couples were either discordant or nondiscordant, and wives' depressive symptomatology varied along a continuum. Administered the Mood Disorders section of the Structured Clinical Interview for the DSM IV to determine depression status. Collected and analyzed behavioral and self-report data on intimacy, marital satisfaction, and depression. Trained undergraduate assistants to reliably code videotaped couple interactions.
<u>Thesis Advisor</u>: Mark Whisman, Ph.D.

**Research Assistant to Mark Whisman, Ph.D.**                           1994-1999
*Center for Clinical Studies, Yale University, New Haven, CT.*
<u>Responsibilities</u>: Coordinated, designed, and executed multiple research projects examining variables related to marital satisfaction and depression.

**Research Assistant to Kelly Brownell, Ph.D.**                        1995
*Department of Psychology, Yale University, New Haven, CT.*
<u>Responsibilities</u>: Assisted in design and execution of a research project examining body image dissatisfaction and marital satisfaction.

**Research Assistant to Margaret Owen, Ph.D.**                         1992-1993
*Timberlawn Psychiatric Research Foundation, Dallas, TX.*
<u>Responsibilities</u>: Assisted in coordination, design, and execution of multiple research projects examining developmental and behavioral problems in homeless children and children from middle-class socioeconomic backgrounds.

---

**TEACHING EXPERIENCE**

**Clinical Instructor**                                                2000-2001
*Brown-Karhan Healthcare, Dripping Springs, TX*
<u>Responsibilities</u>: Prepare and teach bi-monthly seminars for all staff, construct and grade exams. Prepare and lead formal and informal small group sessions and individual training sessions as needed. Presentation topics include fundamentals of neuropsychology, therapeutic intervention, human development, psychiatric diagnosis, empathy, communication and problem solving, team building, human rights, and boundary issues.

**Teaching Fellow**                                                    1995-1997
*Department of Psychology, Yale University, New Haven, CT.*
<u>Responsibilities</u>: Prepared and taught weekly lectures and reviews, constructed and graded exams, graded research papers, held weekly office hours, attended lectures, and established and managed databases of course enrollment, attendance, and grades. Teaching Fellow for the following courses: Child and Adolescent Psychopathology, Introductory Psychology, Introduction to Social Psychology, and Human Sexuality.

**Advisor, Undergraduate Research Practicum**                              1995-1996
*Department of Psychology, Yale University, New Haven, CT.*
Responsibilities: Designed, trained, and supervised undergraduates on the use of a behavioral rating system for intimate verbalizations between spouses.

**Research Consultant**                                                    1996
*Tourrette's Disorder / Obsessive-Compulsive Disorder Prospective Study,*
*Yale University, New Haven, CT.*
Responsibilities: Learned the Marital Interaction Coding System and trained project staff on how to use it to code observational data. Videotaped couple and family interactions in their homes and administered self-report questionnaires.

---

## PUBLICATIONS, TECHNICAL REPORTS, AND MANUSCRIPTS

Dixon, A.E. (1995-96). Book Review - Eating disorders: Personal construct therapy and change, by Eric Button. Imagination, Cognition, and Personality, 15, 197-203.

Friedman, M., Dixon, A.E., Whisman, M.A., & Brownell, K. (1997). Marital status, marital satisfaction, and body image dissatisfaction. International Journal of Eating Disorders.

Singer, J.L., & Dixon, A.E. (1996). Book Review - Dissociation: Culture, mind, and body, by David Spiegel, ed. International Journal of Clinical and Experimental Hypnosis, 44, 168-171.

Whisman, M.A., Dixon, A.E., & Johnson, B. (1997). Therapists' perspectives of couple problems and treatment issues in couple therapy. Journal of Family Psychology, 11, 361-366.

Blackmon, A.D., & Whisman, M.A. (submitted for publication). Reasons for divorce: A survey of recently divorced people.

---

## PRESENTATIONS

Blackmon, A.D. (2000). Neuropsychological Sequelae: Alcoholism, PTSD, or Cerebral Malaria? Presented at the South Texas Veterans Health Care System, San Antonio, TX.

Blackmon, A.D. (2000). Psychosocial Assessment and Treatment of the Negative Symptoms of Schizophrenia. Grand Rounds Presentation: South Texas Veterans Health Care System, San Antonio, TX.

Blackmon, A.D., Whisman, M.A., & Gold, E. (1999). Reasons for divorce: A survey of recently divorced people. Paper presented that the Association for Advancement of Behavior Therapy annual meeting.

Blackmon, A.D. (1998). Cognitive rehabilitation with schizophrenia: Integrating computer software as a rehabilitation tool. Presented at the Schizophrenia Rehabilitation Center, Institute of Living, Hartford, CT.

Blackmon, A.D. (1998). Communication and problem-solving skills: Methods for families of people with schizophrenia. Presented at the Schizophrenia Rehabilitation Center, Institute of Living, Hartford, CT.

Blackmon, A.D., & Whisman, M.A. (1998). Empathic accuracy, assumed similarity, marital satisfaction, and depression. Paper presented at the Association for Advancement of Behavior Therapy annual meeting.

Blackmon, A.D. (1997). <u>Communicating with people with schizophrenia who have expressive speech deficits: Using a token-economy system to promote speech</u>. Presented at the Schizophrenia Rehabilitation Center, Institute of Living, Hartford, CT.

Blackmon, A.D., & Whisman, M.A. (1996). <u>Intimacy, self-disclosure, and marital adjustment: A multitrait, multimethod investigation</u>. Paper presented at the Association for Advancement of Behavior Therapy annual meeting.

Friedman, M., Dixon, A.E., Whisman, M.A., & Brownell, K. (1996). <u>Marital status, marital satisfaction, and body image dissatisfaction</u>. Paper presented at the Society of Behavioral Medicine annual meeting.

Whisman, M.A., Dixon, A.E., & Johnson, B. (1996). <u>Therapists' perspectives of couple problems and treatment issues in couple therapy</u>. Paper presented at the Association for Advancement of Behavior Therapy annual meeting.

Mulvihill, B.A., Andrews, M., Wheatley, E., & Dixon, A. (1993). <u>Predictors of developmental and behavioral problems in homeless children entering a childcare setting</u>. Paper presented at the Society for Research in Child Development annual meeting.

## FELLOWSHIPS, HONORS, AND AWARDS

| | |
|---|---|
| 1998-1999 | University Dissertation Fellowship, Yale University |
| 1996-1998 | Gimbel Fellowship, Yale University |
| 1994-1996 | University Fellowship, Yale University |
| 1995 | Sigma Xi, Honorary Society for Excellence in Scientific Research |
| 1994 | Phi Beta Kappa, Rice University |
| 1993-1994 | President, Psi Chi (National Honor Society in Psychology), Rice University |
| 1994 | Outstanding Senior Award, Rice University |
| 1990-1994 | President's Honor Roll, all semesters, Rice University |

## PROFESSIONAL AFFILIATIONS

American Psychological Association
Association for Advancement of Behavior Therapy
National Academy of Neuropsychology
Brain Injury Association of Texas

## PROFESSIONAL REFERENCES

Steve Holliday, Ph.D., ABPP (Director of Internship Training and Clinical Supervisor)
Psychology Service Training Director
Audie L. Murphy Veterans Health Care System
(210) 617-5300 x 4780

Steve Getsinger, Ph.D. (Clinical Supervisor and Internship Preceptor)
Staff Psychologist, Veterans Industries Program
Audie L. Murphy Veterans Health Care System
(210) 617-5300 x 5121

Jim Seltzer, Ph.D. (Clinical Supervisor)
Program Director, Schizophrenia Rehabilitation Center
Institute of Living

(860) 545-7252

Mark A. Whisman, Ph.D. (Academic Advisor and Clinical Supervisor)
Professor, Department of Psychology
University of Colorado
(303) 492-8569

Kelly Brownell, Ph.D. (Director of Graduate Clinical Training and Research Advisor)
Professor of Psychology, Epidemiology and Public Health, Yale University
Director, Yale Center for Eating and Weight Disorders
Master of Silliman College
(203) 432-7790

**CLAIMANT'S EXHIBIT D**
(CV for Dr. Gene Trevino)

# GENE A. TREVIÑO, Ph.D.

16607 Blanco Road, Suite 1505
San Antonio, Texas 78232
Tel: (210) 479-8999    Fax: (210) 479-8974
Email: drtrevino@satx.rr.com

## PROFESSIONAL POSITION AND EXPERIENCE

1/90 – Present                 Valuation Associates, Inc.                 San Antonio, Tx.

*President and Senior Economist*
Founder of Valuation Associates, Inc. Experienced in business valuation for transactions, estate
planning, limited partnership interests, medical practice valuation, and divorce engagements.
Extensive experience in the valuation of economic damages for commercial litigation, personal
injury, wrongful death, and employment litigation.  Experienced in testifying as an expert witness in
state and federal courts.

## EDUCATION

- Ph.D., Walden University

- MBA, University of Texas at San Antonio

- BBA, University of Texas at San Antonio

## ACCREDITATIONS

*Certified Earnings Analyst (CEA)*          American Rehabilitation Economics Association

*Accredited Senior Appraiser (ASA)*                American Society of Appraisers

*Chartered Financial Analyst (CFA)*    Association for Investment Management and Research

## PROFESSIONAL MEMBERSHIPS

- American Society of Appraisers
- Institute of Business Appraisers
- Association of Investment Management and Research
- National Association of Forensic Economics
- American Academy of Economic and Financial Experts
- American Rehabilitation Economics Association
- San Antonio Society of Financial Analysts
- San Antonio Business &  Economic Society
- San Antonio Estate Planners Council