EXHIBIT I-C

OUTPATIENT SERVICES
BEGIN AT AGE 28
DURATION 40

NAME: RENE MATA

DATE OF VALUATION: JULY 22, 2004

DATE OF REFERENCE: FEBRUARY 7, 2005

| YEAR | ANNUAL COST | ADJUSTED COST | PRESENT VALUE | CUMULATIVE TOTAL | PVIF | TIMELINE (YEARS) | AGE | DURATION |
|------|-------------|---------------|---------------|------------------|---------|------------------|-----|----------|
| 2002 | 523 | 523 | 523 | 523 | 1.00000 | 0 00000 | 28 | 1 |
| 2003 | 523 | 523 | 523 | 1,045 | 1.00000 | 0.00000 | 29 | 2 |
| 2004 | 523 | 523 | 523 | 1,568 | 1.00000 | 0.00000 | 30 | 3 |
| 2005 | 52 | 52 | 52 | 1,620 | 1.00000 | 0.10000 | 31 | 4 |
| PAST | 1,620 | 1,620 | 1,620 | | | | | |
| 2005 | 470 | 491 | 468 | 2,088 | 0.95467 | 0.90000 | 31 | 4 |
| 2006 | 523 | 548 | 496 | 2,585 | 0.90670 | 1.90000 | 32 | 5 |
| 2007 | 523 | 574 | 494 | 3,079 | 0.86115 | 2.90000 | 33 | 6 |
| 2008 | 523 | 601 | 492 | 3,571 | 0.81788 | 3.90000 | 34 | 7 |
| 2009 | 523 | 630 | 490 | 4,060 | 0.77679 | 4.90000 | 35 | 8 |
| 2010 | 523 | 661 | 487 | 4,548 | 0.73776 | 5.90000 | 36 | 9 |
| 2011 | 523 | 692 | 485 | 5,033 | 0.70069 | 6.90000 | 37 | 10 |
| 2012 | 523 | 725 | 483 | 5,515 | 0.66549 | 7.90000 | 38 | 11 |
| 2013 | 523 | 760 | 481 | 5,996 | 0.63205 | 8.90000 | 39 | 12 |
| 2014 | 523 | 797 | 478 | 6,474 | 0.60030 | 9.90000 | 40 | 13 |
| 2015 | 523 | 835 | 476 | 6,950 | 0.57014 | 10.90000 | 41 | 14 |
| 2016 | 523 | 875 | 474 | 7,424 | 0.54149 | 11.90000 | 42 | 15 |
| 2017 | 523 | 917 | 472 | 7,896 | 0.51429 | 12.90000 | 43 | 16 |
| 2018 | 523 | 961 | 469 | 8,365 | 0.48845 | 13.90000 | 44 | 17 |
| 2019 | 523 | 1,007 | 467 | 8,833 | 0.46391 | 14.90000 | 45 | 18 |
| 2020 | 523 | 1,056 | 465 | 9,298 | 0.44060 | 15.90000 | 46 | 19 |
| 2021 | 523 | 1,106 | 463 | 9,761 | 0.41846 | 16.90000 | 47 | 20 |
| 2022 | 523 | 1,159 | 461 | 10,221 | 0.39744 | 17.90000 | 48 | 21 |
| 2023 | 523 | 1,215 | 459 | 10,680 | 0.37747 | 18.90000 | 49 | 22 |
| 2024 | 523 | 1,273 | 457 | 11,137 | 0.35851 | 19.90000 | 50 | 23 |
| 2025 | 523 | 1,334 | 454 | 11,591 | 0.34049 | 20.90000 | 51 | 24 |
| 2026 | 523 | 1,399 | 452 | 12,043 | 0.32339 | 21.90000 | 52 | 25 |
| 2027 | 523 | 1,466 | 450 | 12,493 | 0.30714 | 22.90000 | 53 | 26 |
| 2028 | 523 | 1,536 | 448 | 12,941 | 0.29171 | 23.90000 | 54 | 27 |
| 2029 | 523 | 1,610 | 446 | 13,387 | 0.27705 | 24.90000 | 55 | 28 |
| 2030 | 523 | 1,687 | 444 | 13,831 | 0.26313 | 25.90000 | 56 | 29 |
| 2031 | 523 | 1,768 | 442 | 14,273 | 0.24991 | 26.90000 | 57 | 30 |
| 2032 | 523 | 1,853 | 440 | 14,713 | 0.23736 | 27.90000 | 58 | 31 |
| 2033 | 523 | 1,942 | 438 | 15,151 | 0.22543 | 28.90000 | 59 | 32 |
| 2034 | 523 | 2,035 | 436 | 15,586 | 0.21410 | 29.90000 | 60 | 33 |
| 2035 | 523 | 2,133 | 434 | 16,020 | 0.20335 | 30.90000 | 61 | 34 |
| 2036 | 523 | 2,235 | 432 | 16,452 | 0.19313 | 31.90000 | 62 | 35 |
| 2037 | 523 | 2,342 | 430 | 16,881 | 0.18343 | 32.90000 | 63 | 36 |
| 2038 | 523 | 2,455 | 428 | 17,309 | 0.17421 | 33.90000 | 64 | 37 |
| 2039 | 523 | 2,573 | 426 | 17,735 | 0.16546 | 34.90000 | 65 | 38 |
| 2040 | 523 | 2,696 | 424 | 18,158 | 0.15715 | 35.90000 | 66 | 39 |
| 2041 | 523 | 2,825 | 422 | 18,580 | 0.14925 | 36.90000 | 67 | 40 |
| FUTURE | 19,280 | 50,772 | 16,960 | | | | | |
| TOTALS | $ 20,900 | $ 52,392 | $ 18,580 | | | | | |

EXHIBIT II

THERAPEUTIC & CASE MANAGEMENT SERVICES

| SERVICE / ITEM | BEGIN AT AGE | DURATION | ANNUAL COST | EXHIBIT |
|---|---|---|---|---|
| Vocational Evaluation | 28 | 1 | $ 1,050.00 | II-A |
| Vocational Counseling | 28 | 1 | 2,700.00 | |
| Occupation Theraphy Periodic | 28 | 1 | 2,940.00 | |
| Pain Management Program | 28 | 1 | 19,900.00 | |
| Individual Psychological Counseling | 28 | 2 | 1,740.00 | II-B |
| Case Management | 28 | 10 | 1,512.00 | II-C |
| Physical Theraphy Periodic | 28 | 40 | 4,410.00 | II-D |
| Heating Pad | 28 | 40 | 17.40 | |
| TENS Unit | 28 | 40 | 99.00 | |
| Lumbar Brace | 28 | 40 | 62.50 | |
| Knee Brace | 28 | 40 | 200.00 | |
| Ankle Support | 28 | 40 | 60.00 | |
| Occupation Theraphy Post op | 29 | 1 | 1,470.00 | II-E |
| Individual Psychological Counseling | 30 | 1 | 870.00 | II-F |
| Physical Theraphy Post-op | 58 | 2 | 5,880.00 | II-G |

EXHIBIT II-A

THERAPEUTIC & CASE MANAGEMENT SERVICES
BEGIN AT AGE 28
DURATION  1

NAME: RENE MATA

DATE OF VALUATION: JULY 22, 2004

DATE OF REFERENCE: FEBRUARY 7, 2005

| YEAR | ANNUAL COST | ADJUSTED COST | PRESENT VALUE | CUMULATIVE TOTAL | PVIF | TIMELINE (YEARS) | AGE | DURATION |
|------|-------------|---------------|---------------|------------------|------|------------------|-----|----------|
| 2002 | 26,590 | 26,590 | 26,590 | 26,590 | 1.00000 | 0.00000 | 28 | 1 |
| PAST | $  26,590 | $  26,590 | $  26,590 | | | | | |

EXHIBIT II-B

THERAPEUTIC & CASE MANAGEMENT SERVICES
BEGIN AT AGE 28
DURATION  6

NAME: RENE MATA

DATE OF VALUATION: JULY 22, 2004

DATE OF REFERENCE: FEBRUARY 7, 2005

| YEAR | ANNUAL COST | ADJUSTED COST | PRESENT VALUE | CUMULATIVE TOTAL | PVIF | TIMELINE (YEARS) | AGE | DURATION |
|------|------|------|------|------|------|------|------|------|
| 2002 | 1,740 | 1,740 | 1,740 | 1,740 | 1.00000 | 0.00000 | 28 | 1 |
| 2003 | 1,740 | 1,740 | 1,740 | 3,480 | 1.00000 | 0.00000 | 29 | 2 |
| PAST | $  3,480 | $  3,480 | $  3,480 | | | | | |

EXHIBIT II-C

THERAPEUTIC & CASE MANAGEMENT SERVICES
BEGIN AT AGE 28
DURATION  10

NAME: RENE MATA

DATE OF VALUATION: JULY 22, 2004

DATE OF REFERENCE: FEBRUARY 7, 2005

| YEAR | ANNUAL COST | ADJUSTED COST | PRESENT VALUE | CUMULATIVE TOTAL | PVIF | TIMELINE (YEARS) | AGE | DURATION |
|------|------------|---------------|---------------|------------------|------|------------------|-----|----------|
| 2002 | 1,512 | 1,512 | 1,512 | 1,512 | 1.00000 | 0.00000 | 28 | 1 |
| 2003 | 1,512 | 1,512 | 1,512 | 3,024 | 1.00000 | 0.00000 | 29 | 2 |
| 2004 | 1,512 | 1,512 | 1,512 | 4,536 | 1.00000 | 0.00000 | 30 | 3 |
| 2005 | 151 | 151 | 151 | 4,687 | 1.00000 | 0.10000 | 31 | 4 |
| PAST | 4,687 | 4,687 | 4,687 | | | | | |
| 2005 | 1,361 | 1,420 | 1,355 | 6,042 | 0.95467 | 0.90000 | 31 | 4 |
| 2006 | 1,512 | 1,585 | 1,437 | 7,479 | 0.90670 | 1.90000 | 32 | 5 |
| 2007 | 1,512 | 1,661 | 1,430 | 8,909 | 0.86115 | 2.90000 | 33 | 6 |
| 2008 | 1,512 | 1,740 | 1,423 | 10,333 | 0.81788 | 3.90000 | 34 | 7 |
| 2009 | 1,512 | 1,824 | 1,417 | 11,749 | 0.77679 | 4.90000 | 35 | 8 |
| 2010 | 1,512 | 1,911 | 1,410 | 13,160 | 0.73776 | 5.90000 | 36 | 9 |
| 2011 | 1,512 | 2,003 | 1,404 | 14,563 | 0.70069 | 6.90000 | 37 | 10 |
| FUTURE | 10,433 | 12,144 | 9,876 | | | | | |
| TOTALS | $ 15,120 | $ 16,831 | $ 14,563 | | | | | |

EXHIBIT II-D

THERAPEUTIC & CASE MANAGEMENT SERVICES
BEGIN AT AGE 28
DURATION 40

NAME: RENE MATA

DATE OF VALUATION: JULY 22, 2004

DATE OF REFERENCE: FEBRUARY 7, 2005

| YEAR | ANNUAL COST | ADJUSTED COST | PRESENT VALUE | CUMULATIVE TOTAL | PVIF | TIMELINE (YEARS) | AGE | DURATION |
|------|-------------|---------------|---------------|------------------|------|------------------|-----|----------|
| 2002 | 4,849 | 4,849 | 4,849 | 4,849 | 1.00000 | 0.00000 | 28 | 1 |
| 2003 | 4,849 | 4,849 | 4,849 | 9,698 | 1.00000 | 0.00000 | 29 | 2 |
| 2004 | 4,849 | 4,849 | 4,849 | 14,547 | 1.00000 | 0.00000 | 30 | 3 |
| 2005 | 485 | 485 | 485 | 15,032 | 1.00000 | 0.10000 | 31 | 4 |
| PAST | 15,032 | 15,032 | 15,032 | | | | | |
| 2005 | 4,364 | 4,553 | 4,346 | 19,378 | 0.95467 | 0.90000 | 31 | 4 |
| 2006 | 4,849 | 5,082 | 4,608 | 23,985 | 0.90670 | 1.90000 | 32 | 5 |
| 2007 | 4,849 | 5,326 | 4,586 | 28,571 | 0.86115 | 2.90000 | 33 | 6 |
| 2008 | 4,849 | 5,581 | 4,565 | 33,136 | 0.81788 | 3.90000 | 34 | 7 |
| 2009 | 4,849 | 5,849 | 4,544 | 37,680 | 0.77679 | 4.90000 | 35 | 8 |
| 2010 | 4,849 | 6,130 | 4,522 | 42,202 | 0.73776 | 5.90000 | 36 | 9 |
| 2011 | 4,849 | 6,424 | 4,501 | 46,703 | 0.70069 | 6.90000 | 37 | 10 |
| 2012 | 4,849 | 6,732 | 4,480 | 51,184 | 0.66549 | 7.90000 | 38 | 11 |
| 2013 | 4,849 | 7,056 | 4,460 | 55,643 | 0.63205 | 8.90000 | 39 | 12 |
| 2014 | 4,849 | 7,394 | 4,439 | 60,082 | 0.60030 | 9.90000 | 40 | 13 |
| 2015 | 4,849 | 7,749 | 4,418 | 64,500 | 0.57014 | 10.90000 | 41 | 14 |
| 2016 | 4,849 | 8,121 | 4,398 | 68,898 | 0.54149 | 11.90000 | 42 | 15 |
| 2017 | 4,849 | 8,511 | 4,377 | 73,275 | 0.51429 | 12.90000 | 43 | 16 |
| 2018 | 4,849 | 8,919 | 4,357 | 77,631 | 0.48845 | 13.90000 | 44 | 17 |
| 2019 | 4,849 | 9,348 | 4,336 | 81,968 | 0.46391 | 14.90000 | 45 | 18 |
| 2020 | 4,849 | 9,796 | 4,316 | 86,284 | 0.44060 | 15.90000 | 46 | 19 |
| 2021 | 4,849 | 10,267 | 4,296 | 90,580 | 0.41846 | 16.90000 | 47 | 20 |
| 2022 | 4,849 | 10,759 | 4,276 | 94,856 | 0.39744 | 17.90000 | 48 | 21 |
| 2023 | 4,849 | 11,276 | 4,256 | 99,113 | 0.37747 | 18.90000 | 49 | 22 |
| 2024 | 4,849 | 11,817 | 4,236 | 103,349 | 0.35851 | 19.90000 | 50 | 23 |
| 2025 | 4,849 | 12,384 | 4,217 | 107,566 | 0.34049 | 20.90000 | 51 | 24 |
| 2026 | 4,849 | 12,979 | 4,197 | 111,763 | 0.32339 | 21.90000 | 52 | 25 |
| 2027 | 4,849 | 13,602 | 4,178 | 115,941 | 0.30714 | 22.90000 | 53 | 26 |
| 2028 | 4,849 | 14,255 | 4,158 | 120,099 | 0.29171 | 23.90000 | 54 | 27 |
| 2029 | 4,849 | 14,939 | 4,139 | 124,238 | 0.27705 | 24.90000 | 55 | 28 |
| 2030 | 4,849 | 15,656 | 4,120 | 128,357 | 0.26313 | 25.90000 | 56 | 29 |
| 2031 | 4,849 | 16,407 | 4,100 | 132,458 | 0.24991 | 26.90000 | 57 | 30 |
| 2032 | 4,849 | 17,195 | 4,081 | 136,539 | 0.23736 | 27.90000 | 58 | 31 |
| 2033 | 4,849 | 18,020 | 4,062 | 140,601 | 0.22543 | 28.90000 | 59 | 32 |
| 2034 | 4,849 | 18,885 | 4,043 | 144,645 | 0.21410 | 29.90000 | 60 | 33 |
| 2035 | 4,849 | 19,792 | 4,025 | 148,669 | 0.20335 | 30.90000 | 61 | 34 |
| 2036 | 4,849 | 20,742 | 4,006 | 152,675 | 0.19313 | 31.90000 | 62 | 35 |
| 2037 | 4,849 | 21,737 | 3,987 | 156,662 | 0.18343 | 32.90000 | 63 | 36 |
| 2038 | 4,849 | 22,781 | 3,969 | 160,631 | 0.17421 | 33.90000 | 64 | 37 |
| 2039 | 4,849 | 23,874 | 3,950 | 164,581 | 0.16546 | 34.90000 | 65 | 38 |
| 2040 | 4,849 | 25,020 | 3,932 | 168,513 | 0.15715 | 35.90000 | 66 | 39 |
| 2041 | 4,849 | 26,221 | 3,913 | 172,426 | 0.14925 | 36.90000 | 67 | 40 |
| FUTURE | 178,924 | 471,177 | 157,395 | | | | | |
| TOTALS | $ 193,956 | $ 486,209 | $172,426 | | | | | |

EXHIBIT II-E

THERAPEUTIC & CASE MANAGEMENT SERVICES
BEGIN AT AGE 29
DURATION  1

NAME: RENE MATA

DATE OF VALUATION: JULY 22, 2004

DATE OF REFERENCE: FEBRUARY 7, 2005

| YEAR | ANNUAL COST | ADJUSTED COST | PRESENT VALUE | CUMULATIVE TOTAL | PVIF | TIMELINE (YEARS) | AGE | DURATION |
|------|------------|--------------|---------------|------------------|------|------------------|-----|----------|
| 2002 | - | - | - | - | 1.00000 | 0.00000 | 28 | 1 |
| 2003 | 1,470 | 1,470 | 1,470 | 1,470 | 1.00000 | 0.00000 | 29 | 2 |
| PAST | $    1,470 | $    1,470 | $    1,470 | | | | | |

EXHIBIT II-F

THERAPEUTIC & CASE MANAGEMENT SERVICES
BEGIN AT AGE 30
DURATION 1

NAME: RENE MATA

DATE OF VALUATION: JULY 22, 2004

DATE OF REFERENCE: FEBRUARY 7, 2005

| YEAR | ANNUAL COST | ADJUSTED COST | PRESENT VALUE | CUMULATIVE TOTAL | PVIF | TIMELINE (YEARS) | AGE | DURATION |
|------|-------------|---------------|---------------|------------------|---------|------------------|-----|----------|
| 2002 | - | - | - | - | 1.00000 | 0.00000 | 28 | 1 |
| 2003 | - | - | - | - | 1.00000 | 0.00000 | 29 | 2 |
| 2004 | 870 | 870 | 870 | 870 | 1.00000 | 0.00000 | 30 | 3 |
| PAST | $    870 | $    870 | $    870 | | | | | |

EXHIBIT II-G

THERAPEUTIC & CASE MANAGEMENT SERVICES
BEGIN AT AGE 58
DURATION  2

NAME: RENE MATA

DATE OF VALUATION: JULY 22, 2004

DATE OF REFERENCE: FEBRUARY 7, 2005

| YEAR | ANNUAL COST | ADJUSTED COST | PRESENT VALUE | CUMULATIVE TOTAL | PVIF | TIMELINE (YEARS) | AGE | DURATION |
|------|------------|---------------|---------------|------------------|--------|------------------|-----|----------|
| 2002 | - | - | - | - | 1.00000 | 0.00000 | 28 | 0 |
| 2003 | - | - | - | - | 1.00000 | 0.00000 | 29 | 0 |
| 2004 | - | - | - | - | 1.00000 | 0.00000 | 30 | 0 |
| 2005 | - | - | - | - | 1.00000 | 0.10000 | 31 | 0 |
| PAST | - | - | - | | | | | |
| 2005 | - | - | - | - | 0.95467 | 0.90000 | 31 | 0 |
| 2006 | - | - | - | - | 0.90670 | 1.90000 | 32 | 0 |
| 2007 | - | - | - | - | 0.86115 | 2.90000 | 33 | 0 |
| 2008 | - | - | - | - | 0.81788 | 3.90000 | 34 | 0 |
| 2009 | - | - | - | - | 0.77679 | 4.90000 | 35 | 0 |
| 2010 | - | - | - | - | 0.73776 | 5.90000 | 36 | 0 |
| 2011 | - | - | - | - | 0.70069 | 6.90000 | 37 | 0 |
| 2012 | - | - | - | - | 0.66549 | 7.90000 | 38 | 0 |
| 2013 | - | - | - | - | 0.63205 | 8.90000 | 39 | 0 |
| 2014 | - | - | - | - | 0.60030 | 9.90000 | 40 | 0 |
| 2015 | - | - | - | - | 0.57014 | 10.90000 | 41 | 0 |
| 2016 | - | - | - | - | 0.54149 | 11.90000 | 42 | 0 |
| 2017 | - | - | - | - | 0.51429 | 12.90000 | 43 | 0 |
| 2018 | - | - | - | - | 0.48845 | 13.90000 | 44 | 0 |
| 2019 | - | - | - | - | 0.46391 | 14.90000 | 45 | 0 |
| 2020 | - | - | - | - | 0.44060 | 15.90000 | 46 | 0 |
| 2021 | - | - | - | - | 0.41846 | 16.90000 | 47 | 0 |
| 2022 | - | - | - | - | 0.39744 | 17.90000 | 48 | 0 |
| 2023 | - | - | - | - | 0.37747 | 18.90000 | 49 | 0 |
| 2024 | - | - | - | - | 0.35851 | 19.90000 | 50 | 0 |
| 2025 | - | - | - | - | 0.34049 | 20.90000 | 51 | 0 |
| 2026 | - | - | - | - | 0.32339 | 21.90000 | 52 | 0 |
| 2027 | - | - | - | - | 0.30714 | 22.90000 | 53 | 0 |
| 2028 | - | - | - | - | 0.29171 | 23.90000 | 54 | 0 |
| 2029 | - | - | - | - | 0.27705 | 24.90000 | 55 | 0 |
| 2030 | - | - | - | - | 0.26313 | 25.90000 | 56 | 0 |
| 2031 | - | - | - | - | 0.24991 | 26.90000 | 57 | 0 |
| 2032 | 5,880 | 21,852 | 5,187 | 5,187 | 0.23736 | 27.90000 | 58 | 1 |
| 2033 | 5,880 | 22,901 | 5,163 | 10,349 | 0.22543 | 28.90000 | 59 | 2 |
| FUTURE | 11,760 | 44,753 | 10,349 | | | | | |
| TOTALS | $ 11,760 | $ 44,753 | $ 10,349 | | | | | |

EXHIBIT III

DIAGNOSTICS

| SERVICE / ITEM | BEGIN AT AGE | TARGET AGE | ANNUAL COST | EXHIBIT |
|---|---|---|---|---|
| X-Ray Left Knee | 28 | 30 | $    75.00 | III-A |
| X-Ray Right Ankle | 28 | 30 | 75.00 | |
| MRI Left Knee | 28 | 30 | 200.00 | |
| MRI Right Ankle | 28 | 30 | 200.00 | |
| | | | | |
| X-Ray C Spine | 28 | 40 | 86.50 | III-B |
| T Spine | 28 | 40 | 86.50 | |
| MRI C Spine | 28 | 40 | 235.00 | |
| MRI T Spine | 28 | 40 | 235.00 | |
| EMG/NCV | 28 | 40 | 152.00 | |

EXHIBIT III-A

DIAGNOSTICS
BEGIN AT AGE 28
DURATION  30


NAME: RENE MATA

DATE OF VALUATION: JULY 22, 2004

DATE OF REFERENCE: FEBRUARY 7, 2005

| YEAR | ANNUAL COST | ADJUSTED COST | PRESENT VALUE | CUMULATIVE TOTAL | PVIF | TIMELINE (YEARS) | AGE | DURATION |
|------|------|------|------|------|------|------|------|------|
| 2002 | 550 | 550 | 550 | 550 | 1.00000 | 0.00000 | 28 | 1 |
| 2003 | 550 | 550 | 550 | 1,100 | 1.00000 | 0.00000 | 29 | 2 |
| 2004 | 550 | 550 | 550 | 1,650 | 1.00000 | 0.00000 | 30 | 3 |
| 2005 | 55 | 55 | 55 | 1,705 | 1.00000 | 0.10000 | 31 | 4 |
| PAST | 1,705 | 1,705 | 1,705 | | | | | |
| 2005 | 495 | 516 | 493 | 2,198 | 0.95467 | 0.90000 | 31 | 4 |
| 2006 | 550 | 576 | 523 | 2,721 | 0.90670 | 1.90000 | 32 | 5 |
| 2007 | 550 | 604 | 520 | 3,241 | 0.86115 | 2.90000 | 33 | 6 |
| 2008 | 550 | 633 | 518 | 3,759 | 0.81788 | 3.90000 | 34 | 7 |
| 2009 | 550 | 663 | 515 | 4,274 | 0.77679 | 4.90000 | 35 | 8 |
| 2010 | 550 | 695 | 513 | 4,787 | 0.73776 | 5.90000 | 36 | 9 |
| 2011 | 550 | 729 | 511 | 5,297 | 0.70069 | 6.90000 | 37 | 10 |
| 2012 | 550 | 764 | 508 | 5,806 | 0.66549 | 7.90000 | 38 | 11 |
| 2013 | 550 | 800 | 506 | 6,311 | 0.63205 | 8.90000 | 39 | 12 |
| 2014 | 550 | 839 | 503 | 6,815 | 0.60030 | 9.90000 | 40 | 13 |
| 2015 | 550 | 879 | 501 | 7,316 | 0.57014 | 10.90000 | 41 | 14 |
| 2016 | 550 | 921 | 499 | 7,815 | 0.54149 | 11.90000 | 42 | 15 |
| 2017 | 550 | 965 | 496 | 8,311 | 0.51429 | 12.90000 | 43 | 16 |
| 2018 | 550 | 1,012 | 494 | 8,806 | 0.48845 | 13.90000 | 44 | 17 |
| 2019 | 550 | 1,060 | 492 | 9,297 | 0.46391 | 14.90000 | 45 | 18 |
| 2020 | 550 | 1,111 | 490 | 9,787 | 0.44060 | 15.90000 | 46 | 19 |
| 2021 | 550 | 1,165 | 487 | 10,274 | 0.41846 | 16.90000 | 47 | 20 |
| 2022 | 550 | 1,220 | 485 | 10,759 | 0.39744 | 17.90000 | 48 | 21 |
| 2023 | 550 | 1,279 | 483 | 11,242 | 0.37747 | 18.90000 | 49 | 22 |
| 2024 | 550 | 1,340 | 481 | 11,723 | 0.35851 | 19.90000 | 50 | 23 |
| 2025 | 550 | 1,405 | 478 | 12,201 | 0.34049 | 20.90000 | 51 | 24 |
| 2026 | 550 | 1,472 | 476 | 12,677 | 0.32339 | 21.90000 | 52 | 25 |
| 2027 | 550 | 1,543 | 474 | 13,151 | 0.30714 | 22.90000 | 53 | 26 |
| 2028 | 550 | 1,617 | 472 | 13,623 | 0.29171 | 23.90000 | 54 | 27 |
| 2029 | 550 | 1,694 | 469 | 14,092 | 0.27705 | 24.90000 | 55 | 28 |
| 2030 | 550 | 1,776 | 467 | 14,559 | 0.26313 | 25.90000 | 56 | 29 |
| 2031 | 550 | 1,861 | 465 | 15,024 | 0.24991 | 26.90000 | 57 | 30 |
| FUTURE | 14,795 | 29,141 | 13,319 | | | | | |
| TOTALS | $ 16,500 | $ 30,846 | $ 15,024 | | | | | |

EXHIBIT III-B

DIAGNOSTICS
BEGIN AT AGE 28
DURATION  40

NAME: RENE MATA

DATE OF VALUATION: JULY 22, 2004

DATE OF REFERENCE: FEBRUARY 7, 2005

| YEAR | ANNUAL COST | ADJUSTED COST | PRESENT VALUE | CUMULATIVE TOTAL | PVIF | TIMELINE (YEARS) | AGE | DURATION |
|---|---|---|---|---|---|---|---|---|
| 2002 | 795 | 795 | 795 | 795 | 1.00000 | 0.00000 | 28 | 1 |
| 2003 | 795 | 795 | 795 | 1,590 | 1.00000 | 0.00000 | 29 | 2 |
| 2004 | 795 | 795 | 795 | 2,385 | 1.00000 | 0.00000 | 30 | 3 |
| 2005 | 80 | 80 | 80 | 2,465 | 1.00000 | 0.10000 | 31 | 4 |
| PAST | 2,465 | 2,465 | 2,465 | | | | | |
| 2005 | 716 | 746 | 713 | 3,177 | 0.95467 | 0.90000 | 31 | 4 |
| 2006 | 795 | 833 | 755 | 3,932 | 0.90670 | 1.90000 | 32 | 5 |
| 2007 | 795 | 873 | 752 | 4,684 | 0.86115 | 2.90000 | 33 | 6 |
| 2008 | 795 | 915 | 748 | 5,433 | 0.81788 | 3.90000 | 34 | 7 |
| 2009 | 795 | 959 | 745 | 6,178 | 0.77679 | 4.90000 | 35 | 8 |
| 2010 | 795 | 1,005 | 741 | 6,919 | 0.73776 | 5.90000 | 36 | 9 |
| 2011 | 795 | 1,053 | 738 | 7,657 | 0.70069 | 6.90000 | 37 | 10 |
| 2012 | 795 | 1,104 | 735 | 8,392 | 0.66549 | 7.90000 | 38 | 11 |
| 2013 | 795 | 1,157 | 731 | 9,123 | 0.63205 | 8.90000 | 39 | 12 |
| 2014 | 795 | 1,212 | 728 | 9,851 | 0.60030 | 9.90000 | 40 | 13 |
| 2015 | 795 | 1,271 | 724 | 10,575 | 0.57014 | 10.90000 | 41 | 14 |
| 2016 | 795 | 1,332 | 721 | 11,296 | 0.54149 | 11.90000 | 42 | 15 |
| 2017 | 795 | 1,395 | 718 | 12,014 | 0.51429 | 12.90000 | 43 | 16 |
| 2018 | 795 | 1,462 | 714 | 12,728 | 0.48845 | 13.90000 | 44 | 17 |
| 2019 | 795 | 1,533 | 711 | 13,439 | 0.46391 | 14.90000 | 45 | 18 |
| 2020 | 795 | 1,606 | 708 | 14,147 | 0.44060 | 15.90000 | 46 | 19 |
| 2021 | 795 | 1,683 | 704 | 14,851 | 0.41846 | 16.90000 | 47 | 20 |
| 2022 | 795 | 1,764 | 701 | 15,552 | 0.39744 | 17.90000 | 48 | 21 |
| 2023 | 795 | 1,849 | 698 | 16,250 | 0.37747 | 18.90000 | 49 | 22 |
| 2024 | 795 | 1,937 | 695 | 16,945 | 0.35851 | 19.90000 | 50 | 23 |
| 2025 | 795 | 2,030 | 691 | 17,636 | 0.34049 | 20.90000 | 51 | 24 |
| 2026 | 795 | 2,128 | 688 | 18,324 | 0.32339 | 21.90000 | 52 | 25 |
| 2027 | 795 | 2,230 | 685 | 19,009 | 0.30714 | 22.90000 | 53 | 26 |
| 2028 | 795 | 2,337 | 682 | 19,691 | 0.29171 | 23.90000 | 54 | 27 |
| 2029 | 795 | 2,449 | 679 | 20,369 | 0.27705 | 24.90000 | 55 | 28 |
| 2030 | 795 | 2,567 | 675 | 21,045 | 0.26313 | 25.90000 | 56 | 29 |
| 2031 | 795 | 2,690 | 672 | 21,717 | 0.24991 | 26.90000 | 57 | 30 |
| FUTURE | 21,386 | 42,122 | 19,253 | | | | | |
| TOTALS | $ 23,850 | $ 44,586 | $ 21,717 | | | | | |

EXHIBIT IV

MEDICATIONS

| SERVICE / ITEM | BEGIN AT AGE | DURATION | ANNUAL COST | EXHIBIT |
|---|---|---|---|---|
| Antidepressant | 28 | 5 | $ 1,380.00 | IV-A |
| NSAID | 28 | 40 | 270.00 | IV-B |
| Muscle Relaxant | 28 | 40 | 300.00 | |
| Analgesic | 28 | 40 | 360.00 | |
| Topical Analgesic | 28 | 40 | 90.00 | |

EXHIBIT IV-A

MEDICATIONS
BEGIN AT AGE 28
DURATION  5

NAME: RENE MATA

DATE OF VALUATION: JULY 22, 2004

DATE OF REFERENCE: FEBRUARY 7, 2005

| YEAR | ANNUAL COST | ADJUSTED COST | PRESENT VALUE | CUMULATIVE TOTAL | PVIF | TIMELINE (YEARS) | AGE | DURATION |
|------|-------------|---------------|---------------|------------------|---------|------------------|-----|----------|
| 2002 | 1,380 | 1,380 | 1,380 | 1,380 | 1.00000 | 0.00000 | 28 | 1 |
| 2003 | 1,380 | 1,380 | 1,380 | 2,760 | 1.00000 | 0.00000 | 29 | 2 |
| 2004 | 1,380 | 1,380 | 1,380 | 4,140 | 1.00000 | 0.00000 | 30 | 3 |
| 2005 | 138 | 138 | 138 | 4,278 | 1.00000 | 0.10000 | 31 | 4 |
| PAST | 4,278 | 4,278 | 4,278 | | | | | |
| 2005 | 1,242 | 1,296 | 1,237 | 5,515 | 0.95467 | 0.90000 | 31 | 4 |
| 2006 | 1,380 | 1,446 | 1,311 | 6,826 | 0.90670 | 1.90000 | 32 | 5 |
| FUTURE | 2,622 | 2,742 | 2,548 | | | | | |
| TOTALS | $   6,900 | $   7,020 | $   6,826 | | | | | |

EXHIBIT IV-B

MEDICATIONS
BEGIN AT AGE 28
DURATION  40

NAME: RENE MATA

DATE OF VALUATION: JULY 22, 2004

DATE OF REFERENCE: FEBRUARY 7, 2005

| YEAR | ANNUAL COST | ADJUSTED COST | PRESENT VALUE | CUMULATIVE TOTAL | PVIF | TIMELINE (YEARS) | AGE | DURATION |
|------|------|------|------|------|------|------|------|------|
| 2002 | 1,020 | 1,020 | 1,020 | 1,020 | 1.00000 | 0.00000 | 28 | 1 |
| 2003 | 1,020 | 1,020 | 1,020 | 2,040 | 1.00000 | 0.00000 | 29 | 2 |
| 2004 | 1,020 | 1,020 | 1,020 | 3,060 | 1.00000 | 0.00000 | 30 | 3 |
| 2005 | 102 | 102 | 102 | 3,162 | 1.00000 | 0.10000 | 31 | 4 |
| PAST | 3,162 | 3,162 | 3,162 | | | | | |
| 2005 | 918 | 958 | 914 | 4,076 | 0.95467 | 0.90000 | 31 | 4 |
| 2006 | 1,020 | 1,069 | 969 | 5,045 | 0.90670 | 1.90000 | 32 | 5 |
| 2007 | 1,020 | 1,120 | 965 | 6,010 | 0.86115 | 2.90000 | 33 | 6 |
| 2008 | 1,020 | 1,174 | 960 | 6,970 | 0.81788 | 3.90000 | 34 | 7 |
| 2009 | 1,020 | 1,230 | 956 | 7,926 | 0.77679 | 4.90000 | 35 | 8 |
| 2010 | 1,020 | 1,289 | 951 | 8,877 | 0.73776 | 5.90000 | 36 | 9 |
| 2011 | 1,020 | 1,351 | 947 | 9,824 | 0.70069 | 6.90000 | 37 | 10 |
| 2012 | 1,020 | 1,416 | 942 | 10,767 | 0.66549 | 7.90000 | 38 | 11 |
| 2013 | 1,020 | 1,484 | 938 | 11,705 | 0.63205 | 8.90000 | 39 | 12 |
| 2014 | 1,020 | 1,555 | 934 | 12,639 | 0.60030 | 9.90000 | 40 | 13 |
| 2015 | 1,020 | 1,630 | 929 | 13,568 | 0.57014 | 10.90000 | 41 | 14 |
| 2016 | 1,020 | 1,708 | 925 | 14,493 | 0.54149 | 11.90000 | 42 | 15 |
| 2017 | 1,020 | 1,790 | 921 | 15,414 | 0.51429 | 12.90000 | 43 | 16 |
| 2018 | 1,020 | 1,876 | 916 | 16,330 | 0.48845 | 13.90000 | 44 | 17 |
| 2019 | 1,020 | 1,966 | 912 | 17,243 | 0.46391 | 14.90000 | 45 | 18 |
| 2020 | 1,020 | 2,061 | 908 | 18,150 | 0.44060 | 15.90000 | 46 | 19 |
| 2021 | 1,020 | 2,160 | 904 | 19,054 | 0.41846 | 16.90000 | 47 | 20 |
| 2022 | 1,020 | 2,263 | 900 | 19,954 | 0.39744 | 17.90000 | 48 | 21 |
| 2023 | 1,020 | 2,372 | 895 | 20,849 | 0.37747 | 18.90000 | 49 | 22 |
| 2024 | 1,020 | 2,486 | 891 | 21,740 | 0.35851 | 19.90000 | 50 | 23 |
| 2025 | 1,020 | 2,605 | 887 | 22,627 | 0.34049 | 20.90000 | 51 | 24 |
| 2026 | 1,020 | 2,730 | 883 | 23,510 | 0.32339 | 21.90000 | 52 | 25 |
| 2027 | 1,020 | 2,861 | 879 | 24,389 | 0.30714 | 22.90000 | 53 | 26 |
| 2028 | 1,020 | 2,999 | 875 | 25,264 | 0.29171 | 23.90000 | 54 | 27 |
| 2029 | 1,020 | 3,142 | 871 | 26,134 | 0.27705 | 24.90000 | 55 | 28 |
| 2030 | 1,020 | 3,293 | 867 | 27,001 | 0.26313 | 25.90000 | 56 | 29 |
| 2031 | 1,020 | 3,451 | 863 | 27,863 | 0.24991 | 26.90000 | 57 | 30 |
| 2032 | 1,020 | 3,617 | 859 | 28,722 | 0.23736 | 27.90000 | 58 | 31 |
| 2033 | 1,020 | 3,791 | 855 | 29,576 | 0.22543 | 28.90000 | 59 | 32 |
| 2034 | 1,020 | 3,973 | 851 | 30,427 | 0.21410 | 29.90000 | 60 | 33 |
| 2035 | 1,020 | 4,163 | 847 | 31,274 | 0.20335 | 30.90000 | 61 | 34 |
| 2036 | 1,020 | 4,363 | 843 | 32,116 | 0.19313 | 31.90000 | 62 | 35 |
| 2037 | 1,020 | 4,573 | 839 | 32,955 | 0.18343 | 32.90000 | 63 | 36 |
| 2038 | 1,020 | 4,792 | 835 | 33,790 | 0.17421 | 33.90000 | 64 | 37 |
| 2039 | 1,020 | 5,022 | 831 | 34,621 | 0.16546 | 34.90000 | 65 | 38 |
| 2040 | 1,020 | 5,263 | 827 | 35,448 | 0.15715 | 35.90000 | 66 | 39 |
| 2041 | 1,020 | 5,516 | 823 | 36,271 | 0.14925 | 36.90000 | 67 | 40 |
| FUTURE | 37,638 | 99,115 | 33,109 | | | | | |
| TOTALS | $ 40,800 | $ 102,277 | $ 36,271 | | | | | |

EXHIBIT V

LABS

| SERVICE / ITEM | BEGIN AT AGE | DURATION | ANNUAL COST | EXHIBIT |
|---|---|---|---|---|
| CBC | 28 | 40 | $      42.00 | V-A |
| Chem. Profile | 28 | 40 | 156.00 | |
| U/A | 28 | 40 | 38.00 | |

EXHIBIT V-A

LABS
BEGIN AT AGE 28
DURATION 40

NAME: RENE MATA

DATE OF VALUATION: JULY 22, 2004

DATE OF REFERENCE: FEBRUARY 7, 2005

| YEAR | ANNUAL COST | ADJUSTED COST | PRESENT VALUE | CUMULATIVE TOTAL | PVIF | TIMELINE (YEARS) | AGE | DURATION |
|------|-------------|---------------|---------------|------------------|------|------------------|-----|----------|
| 2002 | 236 | 236 | 236 | 236 | 1.00000 | 0.00000 | 28 | 1 |
| 2003 | 236 | 236 | 236 | 472 | 1.00000 | 0.00000 | 29 | 2 |
| 2004 | 236 | 236 | 236 | 708 | 1.00000 | 0.00000 | 30 | 3 |
| 2005 | 24 | 24 | 24 | 732 | 1.00000 | 0.10000 | 31 | 4 |
| PAST | 732 | 732 | 732 | | | | | |
| 2005 | 212 | 222 | 212 | 943 | 0.95467 | 0.90000 | 31 | 4 |
| 2006 | 236 | 247 | 224 | 1,167 | 0.90670 | 1.90000 | 32 | 5 |
| 2007 | 236 | 259 | 223 | 1,391 | 0.86115 | 2.90000 | 33 | 6 |
| 2008 | 236 | 272 | 222 | 1,613 | 0.81788 | 3.90000 | 34 | 7 |
| 2009 | 236 | 285 | 221 | 1,834 | 0.77679 | 4.90000 | 35 | 8 |
| 2010 | 236 | 298 | 220 | 2,054 | 0.73776 | 5.90000 | 36 | 9 |
| 2011 | 236 | 313 | 219 | 2,273 | 0.70069 | 6.90000 | 37 | 10 |
| 2012 | 236 | 328 | 218 | 2,491 | 0.66549 | 7.90000 | 38 | 11 |
| 2013 | 236 | 343 | 217 | 2,708 | 0.63205 | 8.90000 | 39 | 12 |
| 2014 | 236 | 360 | 216 | 2,924 | 0.60030 | 9.90000 | 40 | 13 |
| 2015 | 236 | 377 | 215 | 3,139 | 0.57014 | 10.90000 | 41 | 14 |
| 2016 | 236 | 395 | 214 | 3,353 | 0.54149 | 11.90000 | 42 | 15 |
| 2017 | 236 | 414 | 213 | 3,566 | 0.51429 | 12.90000 | 43 | 16 |
| 2018 | 236 | 434 | 212 | 3,778 | 0.48845 | 13.90000 | 44 | 17 |
| 2019 | 236 | 455 | 211 | 3,989 | 0.46391 | 14.90000 | 45 | 18 |
| 2020 | 236 | 477 | 210 | 4,200 | 0.44060 | 15.90000 | 46 | 19 |
| 2021 | 236 | 500 | 209 | 4,409 | 0.41846 | 16.90000 | 47 | 20 |
| 2022 | 236 | 524 | 208 | 4,617 | 0.39744 | 17.90000 | 48 | 21 |
| 2023 | 236 | 549 | 207 | 4,824 | 0.37747 | 18.90000 | 49 | 22 |
| 2024 | 236 | 575 | 206 | 5,030 | 0.35851 | 19.90000 | 50 | 23 |
| 2025 | 236 | 603 | 205 | 5,235 | 0.34049 | 20.90000 | 51 | 24 |
| 2026 | 236 | 632 | 204 | 5,440 | 0.32339 | 21.90000 | 52 | 25 |
| 2027 | 236 | 662 | 203 | 5,643 | 0.30714 | 22.90000 | 53 | 26 |
| 2028 | 236 | 694 | 202 | 5,845 | 0.29171 | 23.90000 | 54 | 27 |
| 2029 | 236 | 727 | 201 | 6,047 | 0.27705 | 24.90000 | 55 | 28 |
| 2030 | 236 | 762 | 201 | 6,247 | 0.26313 | 25.90000 | 56 | 29 |
| 2031 | 236 | 799 | 200 | 6,447 | 0.24991 | 26.90000 | 57 | 30 |
| 2032 | 236 | 837 | 199 | 6,645 | 0.23736 | 27.90000 | 58 | 31 |
| 2033 | 236 | 877 | 198 | 6,843 | 0.22543 | 28.90000 | 59 | 32 |
| 2034 | 236 | 919 | 197 | 7,040 | 0.21410 | 29.90000 | 60 | 33 |
| 2035 | 236 | 963 | 196 | 7,236 | 0.20335 | 30.90000 | 61 | 34 |
| 2036 | 236 | 1,010 | 195 | 7,431 | 0.19313 | 31.90000 | 62 | 35 |
| 2037 | 236 | 1,058 | 194 | 7,625 | 0.18343 | 32.90000 | 63 | 36 |
| 2038 | 236 | 1,109 | 193 | 7,818 | 0.17421 | 33.90000 | 64 | 37 |
| 2039 | 236 | 1,162 | 192 | 8,010 | 0.16546 | 34.90000 | 65 | 38 |
| 2040 | 236 | 1,218 | 191 | 8,202 | 0.15715 | 35.90000 | 66 | 39 |
| 2041 | 236 | 1,276 | 190 | 8,392 | 0.14925 | 36.90000 | 67 | 40 |
| FUTURE | 8,708 | 22,933 | 7,661 | | | | | |
| TOTALS | $ 9,440 | $ 23,664 | $ 8,392 | | | | | |

EXHIBIT VI

SURGICAL CARE NEEDS

| SERVICE / ITEM | BEGIN AT AGE | DURATION | ANNUAL COST | EXHIBIT |
|---|---|---|---|---|
| Cervical Procedure | 28 | 1 | $ 30,000.00 | VI-A |
| Knee Anthrosopic Proc. | 28 | 1 | 11,000.00 | |
| Carpal Tunnel Release | 28 | 1 | 7,600.00 | |

EXHIBIT VI-A

SURGICAL CARE NEEDS
BEGIN AT AGE 28
DURATION 1

NAME: RENE MATA

DATE OF VALUATION: JULY 22, 2004

DATE OF REFERENCE: FEBRUARY 7, 2005

| YEAR | ANNUAL COST | ADJUSTED COST | PRESENT VALUE | CUMULATIVE TOTAL | PVIF | TIMELINE (YEARS) | AGE | DURATION |
|------|------------|---------------|---------------|------------------|------|------------------|-----|----------|
| 2002 | 48,600 | 48,600 | 48,600 | 48,600 | 1.00000 | 0.00000 | 28 | 1 |
| PAST | $ 48,600 | $ 48,600 | $ 48,600 | | | | | |

EXHIBIT VII

VALUATION SUMMARY
LIFE CARE COSTS FOR RENE MATA

| SERVICE / ITEM | UNADJUSTED LIFE TIME COST | ADJUSTED LIFE TIME COST | PRESENT VALUE |
|---|---|---|---|
| OUTPATIENT PHYSICAN SERVICES | $ 43,760 | $ 75,897 | $ 41,062 |
| THERAPEUTIC & CASE MANAGEMENT SERVICES | 253,246 | 580,202 | 229,749 |
| DIAGNOSTICS | 40,350 | 75,432 | 36,741 |
| MEDICATIONS | 47,700 | 109,297 | 43,097 |
| LABS | 9,440 | 23,664 | 8,392 |
| SURGICAL NEEDS | 48,600 | 48,600 | 48,600 |
| GRAND TOTAL | $ 443,096 | $ 913,093 | $ 407,642 |

Certification

Resume of
Senior Valuation Analyst

## CERTIFICATION

Valuation Associates, Inc. certifies to the best of our knowledge that:

1.  The statements of fact contained in this report are true and correct.

2.  The reported analysis, opinions, and conclusions are limited by the reported assumptions and limiting conditions, and is an unbiased professional analysis, opinions, and conclusions.

3.  We have no present or prospective interest in the matter that is the subject of this report, and we have no personal interest or bias with the respective parties involved.

4.  Our compensation of $300 per hour is not contingent on an action or event resulting from the analysis, opinions, or conclusions in, or the use of this report.

x *Valuation Associates, Inc.*

*July / 23 / 2004*
_____
Date

# GENE A. TREVIÑO, Ph.D.

16607 Blanco Road, Suite 1505
San Antonio, Texas 78232
Tel: (210) 479-8999    Fax: (210) 479-8974
Email: drtrevino@satx.rr.com

## PROFESSIONAL POSITION AND EXPERIENCE

1/90 – Present               Valuation Associates, Inc.               San Antonio, Tx.

*President and Senior Economist*
Founder of Valuation Associates, Inc. Experienced in business valuation for transactions, estate planning, limited partnership interests, medical practice valuation, and divorce engagements. Extensive experience in the valuation of economic damages for commercial litigation, personal injury, wrongful death, and employment litigation.  Experienced in testifying as an expert witness in state and federal courts.

## EDUCATION

- Ph.D., Walden University

- MBA, University of Texas at San Antonio

- BBA, University of Texas at San Antonio

## ACCREDITATIONS

*Certified Earnings Analyst (CEA)*               American Rehabilitation Economics Association

*Accredited Senior Appraiser (ASA)*               American Society of Appraisers

*Chartered Financial Analyst (CFA)*    Association for Investment Management and Research

## PROFESSIONAL MEMBERSHIPS

- American Society of Appraisers
- Institute of Business Appraisers
- Association of Investment Management and Research
- National Association of Forensic Economics
- American Academy of Economic and Financial Experts
- American Rehabilitation Economics Association
- San Antonio Society of Financial Analysts
- San Antonio Business &  Economic Society
- San Antonio Estate Planners Council

## PUBLICATIONS

- "Are Discounts on Closed-End Funds Really a Proxy for Lack of Control?" <u>Business Appraisal Practice</u>, Fall 2002.

- "A Case Study Analysis of the Differences Between Lost Profits and Firm Value" <u>Business Valuation Review</u>, March 2002.

- "Exposing the Overreaching Plaintiff Economist", <u>For the Defense</u>, February 2002.

- "An Evaluation of Real Earnings Growth Based on U.S. Census P-60 Data", <u>Journal of Legal Economics</u>, 10 (1).

- "Rates of Return to Education/Occupation: U.S.-Canada", <u>International Advances in Economic Research</u>, Research Notes, 7 (3).

- "Divorce Settlements Involving a Closely Held Business: Are They Fair?", <u>Fair Share</u>, March 1999.

- "A Note on Formulating and Corroborating Discount Rates For Small Firms", <u>Journal of Legal Economics</u>, 7 (3).

- "Calculating the Earnings Base for a Self-employed Individual", <u>Journal of Legal Economics</u>, 7 (2).

- "The Daubert/Robinson Factors From the Perspective of An Expert Witness", <u>San Antonio Lawyer</u>, May-June 1998

- "Medical Practice Valuation Dependent on Various Factors", <u>The Medical Gazette</u>, September 21, 1995

- "The Wheel Concept to Starting a Law Practice", <u>Texas Bar Journal</u>, February 1994

- "The Hedonic Valuation Model", <u>Texas Lawyer</u>, January 31, 1994

- "Business Valuation Can be Useful in Many Situations", <u>San Antonio Business Journal</u>, December 6, 1991

## LANGUAGES

- Fluent in Spanish (speak, read, and write)