# CURRICULUM VITAE
# (RESUME)

## Captain Gerald Edwin Disler

P.O. Box 899
Wildwood, Texas 77663
(409) 834-2433
Fax -- (409) 834-2499
CAPTDISLER@SBCGLOBAL.NET

## U.S. COAST GUARD LICENSES

-Master 1,600 G.T. (Near Coastal)
-Master Of Uninspected Towing Vessels Upon Great Lakes and Inland Waters
-Radar Observer (Unlimited)
-Chief Engineer, Motor Unlimited Horsepower
-All licenses are fifth issues, original towing license

## U.S. COAST GUARD ENDORSEMENTS

-Z Card: any unlicensed rating in the deck department, including Able Seaman
(Unlimited)
-Any unlicensed rating in the Engine Department, including Jr. Engineer, Ship's
Electrician, Ship's Refrigeration, Pumpman, Fireman, Oiler, Welder, Tankerman,
Grade A and all lower grades.

## EDUCATION AS PERTAINS TO MARINE INDUSTRY ONLY

**Safety**      Vessel Entry, Marine Chemist Seminar
                *-Received shipyard competent person certificate, Beaumont, TX.*
                University of North Florida
                -OSHA Instructor, Qualified
                *HASMAT, 40 hrs., OSHA & 8 hrs., Site Supervisor*
                Conoco, Inc.
                *-Improving safety through incident investigation*
                *-Occupational Safety*
                Marine Spill Response Corp.
                *HASWOPER*

**Deck**

                Texas A & M University (Radar, Collision Avoidance) 4 times
                Houston Marine Training Services
                *-Radar Observer Recertification-unlimited*
                Houston Marine Training Services, Master Prep.
                Protechnical Institute, St. Petersburg, FL.-
                U.S.C.G. Fire Suppression School
                *-51 hours basic and advanced*
                Universal Maritime Training Celestial Navigation

**GED/Page 2**

## STCW

Basic Fire-Fighting
STCW Personal Survival
STCW Personal Safety and Social Responsibility
STCW First Aid and CPR
Bridge Resource Management
STCW ARPA Radar (No Geographical Restrictions)

## Engineering

H.E.W. Welding and Shop Math School
*-Received certified welding certificate #7266, March 3, 1970*
 *Pittsburgh Testing Lab*
Automation Systems S.I.U., Piney point, MD
Alco Diesel School, White Plains, NY
E.M.D. Division of General Motors School, IL
Caterpillar Dealer Training School
*-6.25 Bore, Mustang – Caterpillar, Houston, TX*
*-71 Series GM Detroit Diesel School, Houston TX*
Louisiana Marine and Petroleum Institute
*-Chief Engineer Prep.*
Manitowoc Crane School, Manitowoc, WI

## OFFICES HELD

- Director, American Admiralty Bureau, Ltd.

## PROFESSIONAL ASSOCIATIONS

- The Society of Naval Architects & Marine Engineers (SNAME)
- National Forensic Center
- American Boat and Yacht Council
- Propeller Clubs of The United States
- American Professional Captains Association

GED/Page 3

## EMPLOYMENT HISTORY

1984-Present                          MARITIME CONSULTANTS AND ASSOCIATES, INC.
                                      G.E. "Jay" Disler/Owner
                                      P.O. Box 899
                                      Wildwood, Texas 77663

Consultants, Crewing Agents, Surveyors, Expert Witness, PI Investigations, Contract
Negotiations, Vessel Brokers, Operators, Port Engineers & Forensic Examiners.

Consultants:                          All maritime matters.

Crewing Agents:                       Delivery, temporary crews engine and deck, top to bottom
                                      License and unlicensed, any tonnage, any horse power,
                                      Anywhere U.S. or foreign.

Surveyors:                            Damage, cargo, and value surveyors.

Expert Witness:                       Maritime accidents, defense and plaintiff.

P.I. Investigations:                  Defense, plaintiff & vessel owners.

Contract Negotiations:                Maritime personnel, supplies, modifications and repairs,
                                      Charter, operation contracts, and brokerage agreements.

Other:                                Served as Chief Engineer of The Tall Ship "Elissa", Texas
                                      Seaport Museum, Pier 21, Galveston, Texas
                                      Lecturer, Texas A & M University, Galveston Texas
                                      Various licensed relief work to include: U.S. Maritime
                                      Administration, Military Sea command, Marine Spill
                                      Response Corp., Orange Ship Building, Dyn Corp.
                                      Core of Army Engineers Marine Spill Response Corp.
                                      Neches Gulf Marine, Instructor OSHA, 40 hrs., Hazardous
                                      Substance Training & OSHA, 8 hrs., Hazardous Substance
                                      Site Supervisors.

May, 1989 – Nov., 1993:               CONOCO SHIPPING, INC.
                                      Bob Kimmons/Marine Superintendent
                                      P.O. Box 2197
                                      Houston, Texas

Hired as Chief Engineer for the M/V Ventura, the only vessel ever designed and built for
lightering. Was promoted to Captain, January 15, 1990. Completed 289 successful

Lighterings without injury to personnel, damage to ships or vessel. Many were double lighterings with 8 fenders

1991 to 1995                    **U.S. MARITIME ADMINISTRATION**
                                Military Sea Command

Complete crewing of ships for operation Desert Storm, took tankers, freighters and RoRos from reserve fleet, outfitted, U.S. Coast Guard and A.B.S. inspected, Sea-tried and delivered to Military Sea command. Completed more for Somalia and annual inspections.

Sept., 1994 – May1989        **SELF EMPLOYED, MARITIME CONSULTANT AND SURVEYOR**

Cargo, damage and value surveys, consultant to various maritime companies and attorneys in maritime lawsuits. Called by the U.S. Coast Guard as an expert witness in license revocation hearings. Have taught license prep school with Texas and Louisiana teaching certificate in Nautical Science and Maritime Engineering (license prep only). Various relief work. Buy, sell and broker used vessels, negotiate and write all broker contracts. Various license relief work.

Sept., 1983 – 1984:          **SABINE TOWING AND TRANSPORTATION CO., INC.**
                             Paul Moore/Personnel Manager
                             P.O. Drawer 1528
                             Groves, Texas  77619

Hired as Assistant Engineer on the composite unit, the tug SATOCO, 160'x40', 7400 h.p. at shaft, total h.p. -9,000, V20 E.M.D.S., and the barge CHROMALLOY I, 240,000 bbls. Multigrade cargo, 630'x 85', draft 41 ft., After 7 days, promoted to permanent 2nd Mate, 3 months later promoted to permanent Chief Mate. Then promoted to Relief Captain shortly before the sale of the vessel. Made regular trips from Lake Charles, LA. To Tampa, FL. And up the East Coast of The United States. Supervised up to 12 people. Inland towing division, master of tug marathon in tow with 36 lash barges, I.C.W. and Mississippi River.

Nov., 1982 – Sept., 1983:    **TRANSOCEANIC SHIPPING COMPANY, INC.**
                             Dave L. Thomas/Shipping Agent
                             1505 International Trademark
                             No.2 Canal Street
                             New Orleans, Louisiana  70130

Captain of the M/V Proud Brio, a 202 ft. O.S.V. delivering containerized oilfield supplies from the Port of New Orleans to Cundua, Del Carmen, Mexico. Also worked as Port

**GED/Page 5**

Captain and Port Engineer for this vessel and two other vessels working in Mexico. I negotiated all supplies, personnel and repair contracts. Over the years I have acquired some command of the Spanish language. Supervised up to 35 people.

Feb., 1981 – Nov., 1982:    MARSEA AGENCIES, INC.
                            Bill Summers/Operations Manager
                            P.O. Box 747
                            Station 2
                            Houma, Louisiana 70360

Chief Engineer – building new offshore supply vessels at Quality Shipyard, Houma, LA. And Halter Marine Mosspoint, MS., from keel through outfitting, and U.S. Coast Guard inspections. Going on board as Captain for sea trails, delivery inspection, and first 30 days of contracts to train crews. Took M/V Marsea 7 as Captain from February 10, 1982 to November, 1982, on contract Halliburton, DeMexico, operating in the southern Gulf of Mexico, off the Yucatan Peninsula. Supervised crew of up to 20.

Sept., 1980 – Jan., 1981:    NEWPARK MARINE
                            Bob Thompson/Operations Manager
                            P.O. Box 976
                            Morgan City, Louisiana  70381

Chief Engineer and Relief Captain on 7500 h.p. ocean-going tug, lay barge Creek, and various oil and cargo barges being towed from Central America to The United States. Supervised 9 people.

Oct., 1979 – Sept., 1980:    BLUDCO BARGE AND TOWING, INC.
                            Jack Jackson/Operations Manager
                            P.O. Box 12424
                            Houston, Texas  77017

Chief Engineer and Relief everything on the M/V Gaucho and Barge Poseidon, a composite unit of multi-grade petroleum cargoes from Texas City, TX. to various ports along the Mississippi River and up the East Coast to Wilmington, NC., Marcus Hook, PA., and Tranton, NJ. This unit hydraulically locked into notch with a patented system with no towing wench on deck and could stay in notch in up to twenty foot seas. Supervised up to 9 people.

1973 – 1979:                BROWN AND ROOT, INC.
                            P.O. Box 3
                            Houston, Texas  77001

**GED/Page 6**

JACKSON MARINE CORP.
P.O. 96118
Houston, Texas  77015

During this time with Jackson Marine, I worked as Chief Engineer, Mate and Captain on ocean going North Sea tugs used in towing operations, also did anchor handling. These vessels included M/V Mister David, Mister Charlie, Mister Pete, The Godfather, The Doctor Jack and The Midnight Moon. These were all large horsepower V18 alcos to 8000 h.p. I also worked as Port Captain and Port Engineer with responsibilities Negotiated and approved all shipyard contracts. I was loaned back and forth between Brown and Root and Jackson Marine. I completed contracts with Brown and Root in Bombay, India, Bahrain and Saudi Arabia as 1st Assistant Engineer and Port Engineer on various lay barges, jet barges, derrick barges, platform launch barges and diving operations. Basically, these units are used in all phases of the offshore construction business. Supervised up to 80 people.

1950's ~ 1970's:            REVIA MARINE, INC.
                            Captain Frank Revia/Owner (Uncle)
                            Port Bolivar, Texas

I acquired grass roots complete training from repair yard helper to mastering the many various types of vessels he owned, operated, charted and brokered.

| Bay and Gulf Fishing Vessels | 38' to 100' |
|---|---|
| Crew Boats | 40' to 110' |
| Inland Towing Vessels | to 1800 h.p. |
| Harbor Tugs | to 1800 h.p. |
| Offshore Towing Vessels | to 4200 h.p. |
| Offshore Drilling Rigs | |

Training and worked as shorebase fleet manager, hiring and training personnel, negotiated charter agreements, modification and repair contracts and supply contracts.

Same Time Frame            KELSO MAINE, Galveston, TX
                            EDGAR BROWN TOWING, Orange, TX
                            SEAFARERS INTERNATIONAL UNION
                            MORAN TOWING OF TEXAS

**FAMILY HISTORY**

I am the third generation of seafarer in my family. My father, Captain R.P. Disler, was a Master Mariner who retired from The Gulf Oil Corporation (Chevron Oil Corp.) I made various summer trips as a youth with him on board Gulf Oil tankers. My U.S. Coast Guard file is located at Houston, Texas and shows no offenses since it was started.

# CURRICULUM VITAE

JOHN DECK III
Post Office Box 501
Chardon, Ohio
44024 U.S.A.

(440) 635-0531

| | |
|---|---|
| **PERSONAL:** | Age: 61  DOB: 6/21/35<br>Height: 5'8"  Weight: 170 lbs.<br>Married: Sylvia Frances Gervasi<br><br>Retired Coast Guard Officer, 20 Years of service on 30 June 1979 with rank of Commander<br><br>Presently a private consultant |
| **EDUCATION:**<br>Post Graduate | Massachusetts Institute of Technology<br>Naval Engineer's Degree and M.S. (Mechanical Engineering)<br>June 1969<br><br>Curriculum:<br><br>Required -- Basic Naval Architecture and Marine Engineering, Structural Design, Hydrodynamics, Fluid Flow, System Dynamics, Advanced Mathematics to Differential Equations, Computer Application. Thesis and Allied Research in the Dynamics and Controllability of Large Tank Vessels. |
| College | United States Coast Guard Academy, New London, Connecticut. B.S. 1959<br><br>Curriculum:<br><br>General Marine Engineering Curriculum plus Liberal Arts and Military Sciences. Graduated 32nd in class of 80 and commissioned a Regular Officer in the United States Coast Guard.<br><br>John Carroll University, Cleveland Ohio<br><br>Curriculum:<br><br>Basic Engineering Curriculum<br>Completed 1 1/2 years study. |
| Preparatory | Conneaut High School, Conneaut, Ohio<br>Graduated 1953, 15th in class of 110. |
| NON-DEGREE | U.S. Army Nuclear Power Plant Course, Fort |

Curriculum Vitae
John Deck III
Page 2

**TRAINING:**   Belvoir, Virginia, included technical, practical, and theoretical training on SM-1 Stationary Nuclear Power Plant. Designated qualified Nuclear Plant Engineer, U.S. Army in 1963.

Various short courses at different universities in Nuclear Engineering, Radiation Protection, Mechanical Reliability, Risk Analysis, Matrix Methods in Structural Analysis, Finite Element Analysis, Welding and Metallurgy, Fracture Mechanics, Offshore Petroleum Operations, and Non-destructive Testing.

**EXPERIENCE SUMMARY GENERAL:**   Over 20 years experience in varied operations, training, and management phases of Coast Guard activities, including practical engineering work. Frequently recognized for writing and speaking ability, attention to detail, capacity for hard work and practical sense of accomplishment. Selected and sent to post-graduate school at Coast Guard expense. Received Coast Guard Commendation Medal for activities in marine nuclear power in 1979.

Since retirement in 1979, have worked as a private consultant. This consulting work has included extensive vessel casualty investigation, marine survey, and expert witness work. Casualty investigation work has been concentrated mainly in accident reconstruction. Have been qualified as an expert in various Federal, State, and County Courts. Developed basic naval architecture and hydrodynamics computer programs. Provided training and technology transfer in marine safety administration, inspection and survey, under the aegis of the International Maritime Organisation.

Since 1983, have developed video production capability including a professional full function edit suite for both production and post-production for a number of video formats. Produced some 30 hours of training videos for IMO, training videos on recreational boat operation, substance abuse in the marine work place, and others. Have developed computer

Curriculum Vitae
John Deck III
Page 3

based graphics animation capability used in
several casualty investigations.

ENGINEERING      Chief of the Ship Design Branch, Merchant
ADMINISTRATION   Marine Technical Division, Office of Merchant
                 Marine Safety.  Staff of 13 professional
                 engineers, most with advanced degrees.
                 Responsibilities included commercial vessels
                 from hydrofoils to bulk carries, concrete
                 vessels to floating nuclear power plants.
                 Included the disciplines of naval
                 architecture, wave climatology, fire
                 protection, structural analysis, fracture
                 mechanics, and systems safety analysis, 1975
                 to 1979.
                 Also Nuclear Coordinator for Office of Marine
                 Safety, having responsibility for all nuclear
                 matters coming under the purview of the Coast
                 Guard, including nuclear ships, floating
                 nuclear power plants, carriage of radioactive
                 materials and radioactive waste discharge.

                 Chief of Merchant Marine Technical Field
                 Branch, Cleveland, Ohio with responsibility
                 for Great Lakes Region, 1971-1975.

                 Shipboard engineer on 4000 shp Steam Turbo-
                 electric Coast Guard Cutters with all
                 engineering positions including Chief
                 Engineer.

ENGINEERING      In the field of hydrodynamics, have done
TECHNICAL        practical work in wave climatology and
APPLICATIONS:    statistics, motion response and stability in
                 application to integrated tug-barge systems,
                 large vessels, and off-shore structures.

                 In the field of structural analysis, have done
                 work in environmental loading with
                 applications in casualty investigations,
                 design code adequacy, and preliminary design
                 concepts.

                 In the field of system safety, have done work
                 in risk analysis of marine nuclear systems,
                 hazardous cargo, innovative marine concepts,
                 and vessel casualty investigations.

Curriculum Vitae
John Deck III
Page 4

**ENGINEERING**
**PRACTICAL**
**APPLICATIONS:**

Have served in duty afloat on Coast Guard
Cutters for five years. Two years on the deck
side. Three on the engineering side.  Three
years experience as inspector in Newport News

Shipyard in both new construction and repair
work.  One year as resident Coast Guard
nuclear Inspector on U.S.Army floating nuclear
power plant, STURGIS, (MH-1A).

Qualified Coast Guard marine inspector,
license examiner, and investigator. Ten years
experience in Coast Guard as naval architect
and marine engineer in plan review for new
construction, alterations, new concepts, and
innovative designs.

Seventeen years of private consultancy
including 1 1/2 years in an United Nations
Regional Shipping Development Project in the
Caribbean under the International Maritime
Organization.  Presently a consultant to IMO
and UNCTAD.

**ENGINEERING**
**RESEARCH:**

Technical management responsibility for
research and development in structures area
for Coast Guard Marine Safety.

Directed research on maneuverability of
tankers for Coast Guard Regulatory
Development.

Provided technical input to work statements,
technical evaluation of proposals, and
technical monitoring of contracts of the Ships
Structures Committee. (A federal multi-agency
organization).

Selected to Sigma Xi National Research Society
for thesis work accomplished at M.I.T.

Directed research on applications in cold
weather for individual and group protection,
and lifesaving equipment in Great Lakes
Extended Navigation Season Demonstration
Program.

Developed construction standards and details
of the traditional West Indies Schooner.

Curriculum Vitae
John Deck III
Page 5

Developed a vessel registry of small vessels
trading in the Caribbean Basin. Work carried
out under the United Nations Regional Shipping
Development Project, St. Lucia, West Indies.

Developed computer simulation programs for the
study of vessel maneuverability, motion in
waves, and capsize potential.

**ENGINEERING TRAINING:**
Under aegis of United Nations, developed and
conducted training programs in inspection and
survey of hull and machinery. Programs
included both classroom and videotape
instruction.

**DOMESTIC ENGINEERING COMMITTEE ACTIVITY:**
Member, Society of Naval Architects and Marine
Engineers, past member Hydrodynamics Committee
and Nuclear Ships Panel, 1969 to present.

Coast Guard Liaison to National Academy of
Engineering, Marine Board, Formulation of
National Oceanic Policy, 1969-1971.

Coast Guard Liaison to National Academy of
Engineering, Marine Board, Adequacy of
Offshore Structures, 1979.

Chairman, Safety and Survival Subcommittee,
Great Lakes Extended Navigation Season
Demonstration Program, 1973-1976.

Chairman, SOLAS Working Group on Code of
Safety of Nuclear Ships, 1976-1979

Testified as expert witness to Atomic Safety
and Licensing Board on floating nuclear power
plant.

Testified as expert witness to Advisory
Committee on Reactor Safety on floating
nuclear power plant.

Testified as expert witness to several
Congressional Committees and Subcommittees on
marine environment and marine safety matters.

**INTERNATIONAL ENGINEERING COMMITTEE ACTIVITY:**
Member, U.s. and Canada Joint Technical
Committee, 1970-1973.

Chairman, U.s. Delegation to Working Group on

09/29/2004 11:24 4898342199    Case 1:01-cv-00157   Document 273-2   CAPT JAY   Filed in TXSD on 09/30/2004   Page 12 of 40   PAGE 23   P86

From : JOHN DECK II. ARINE CONSULTANT (216) 6358429

Curriculum Vitae
John Deck III
Page 6

Code of Safety for Nuclear Merchant Ships, IMO, 1976-1979.

Chairman, U.S. Delegation to Working Group on Safety of Nuclear Ships, Committee on Safety of Nuclear Installations, Nuclear Energy Agency, OECD, 1975-1979.

Vice-Chairman, Joint IMCO/IAEA Technical Committee on Port Entry of Nuclear Ships, 1979.

Chairman, Working Group on Code of Safety for Nuclear Merchant Ships, IMO, 1979-1980.

Member, U.S. Advisory Committee on Design and Equipment Subcommittee IMO for Vessel Maneuverability, 1981 to present.

```
DATE: 5/10/02                                                    RELEASED PAGE  1
TIME: 12:14:34                          LAKE CHARLES DIESEL, INC.
DEPT:SERVICE                            5400 HWY. 90 EAST
                                        P.O. DRAWER 1707                  DOCUMENT#:
06220   LCD-LAKE CHARLE                 LAKE CHARLES      LA 70602-1707   ORDER TYPE: STOCK
SOLD TO:CASH SALES/LCD/ARC/GLOBAL       (337)433-6311 FAX (337)433-9744
        LAKE CHARLES                    AUTO  SHIP TO:  AMERICAN ADMERAIL
        LAKE CHARLES, LA  70601                         PO BOX 59         ***************************
                                                        VILLIGEMILL, TX 77663  * P I C K   T I C K E T *
                                                                         ***************************
                                        DATE SHIPPED:   0/00/00
CUSTOMER PO#:                           CRCD_X_CR5___ CASH___ COD___  PKP BY:  TOM FITIKIN
ROUTING:PICKUP                                         FILLED BY:
B/L NUMBER:                                            ENTERED BY: TOM FITIKIN

UNIT SERIAL#-PRIMARY: 12VAB5099 STBD   PRD___ COL___ PU
UNIT MODEL #  12V71 N                 ********** /1  2  7N/000   SECONDARY: 12VAB5308 PORT
OPERATING ZIP 77663                    MILEAGE
DELIVERED     0/00/00                  APPL CODE                           0
DELIVERED
EQUIP POWERED
EQUIP MODEL #
EQUIP S/N #
CUSTOMER UNIT#                         PPM        DIAPHRAGM
NITRUTE LEVEL                                     FREEZE POINT
CUSTOMER CONTACT: JAY                                          PHONE (800) 318-2433

  ITEM                                                      GROUP     BIN  QTY   QTY   QTY
 NUMBER   DESCRIPTION                                                 LOC  ORD   SHP   B/O      UNIT      EXTENDED
                                                                                               PRICE       PRICE

MODEL 12V71 N ENGINES
COMPLAINT CHECK RING OIL PRESSURE RUN                                                           DSP22
LOCATION K.I.V.A. DOCKS ANAHANCA TX.
M/V BROWN WATER #5
CONTACT JAY 713-703-3005
CORRECTION: TRAVELED TO LOCATION.
CHECKED OUT STARBOARD MAIN ENGINE.
12VAB6099. REMOVED AIR SILENCERS, AIR
BOX COVERS & VALVE COVERS. ALL PISTONS,
VALVES, SPRINGS, PUSH RODS & BLOWERS
LOOK GOOD. ENGINE IS IN GOOD RUNNING
CONDITION.
PORT MAIN S/N 12VAB5308. REMOVED AIR
SILENCERS, AIR BOX COVERS, & VALVE COVER
FOUND BLOWER SEALS LEAKING ON BOTH.
FOUND BROKEN VALVE SPRING ON #4 CYLINDER
```

**CONTINUED**

```
DATE: 5/10/02                                          RELEASED PAGE  2
TIME: 12:14:34                         LAKE CHARLES DIESEL, INC.      DOCUMENT#: R057844L
DEPT:SERVICE                           5400 HWY. 90 EAST              ORDER TYPE: STOCK
                                       P.O. DRAWER 1707
SOLD TO:CASH SALES/LCD/MRC/GLOBAL AUTO LAKE CHARLES       LA 70602-1707
        LAKE CHARLES                                                 *PICK TICKET*
        LAKE CHARLES, LA 70601

05220  LCD-LAKE CHARLE (337)439-6311 FAX (337)439-9744   SHIP TO: AMERICAN ADMERATI
                                                                  PO BOX 69
                                                                  VILLISTMILL, TX 77663

                                                         DATE SHIPPED: 0/00/00
```

| ITEM NUMBER / DESCRIPTION | GROUP | BIN LOC | QTY ORD | QTY SHP | QTY B/O | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 8 L/B HEAD NEEDS REPLACEMENT, R/R HEAD | | | | | | | |
| IS A TWO (2) VALVE & NEEDS REPLACING. | | | | | | | |
| FOUND CLUTCH OIL COOLER OIL LINES | | | | | | | |
| DISCONNECTED FROM COOLER & LAYING IN | | | | | | | |
| BOTTOM OF BOAT. | | | | | | | |
| JAMES G. | | | | | | | |
| 9A    DDC SHOP LABOR | | | | | | | 450.00 |
| 9     HRS @ 50.00 PER | | | | | | | |
| 9A    DDC SHOP LABOR | | | | | | | 487.50 |
| 6.5 HRS @ 75.00 PER | | | | | | | |
| 98H80 SALES MILEAGE CHARGES | | | | | | | 280.00 |
| 280 MILES X 1.00 PER | | | | | | | |
| 98E30 EPA CHARGES | | | | | | | 35.00 |
| 98E32 MISC SUPPLIES | | | | | | | 39.74 |

```
                                    SUB TOTAL #PARTS:           .00
                                              LABOR:          937.50
                                              OTHER:          354.74

                                              SUBTOTAL:      1292.24
                                              TAX:            113.08
                                              SHIPPING:          .00
                                    # .000    TOTAL CHARGES:  1405.32
```

CORES MUST BE RETURNED FOR CREDIT WITHIN 15 DAYS. ALL RETURNS MUST BE ACCOMPANIED
BY ORIGINAL DOCUMENT. INVOICES REMAINING UNPAID AFTER 30 DAYS ARE SUBJECT TO A
1.5% FINANCE CHG. PER MONTH, IE 18% ANNUALLY. RESTOCKING CHARGES WILL BE 15%.

RO57844L
RECEIVED BY:_____

LK CHAS DIESEL INC L
5460 HWY 90 EAST
LAKE CHARLES, LA. 70

TERMINAL I.D.: N524U6V
MERCHANT # : 3949001485454545

MASTERCARD
5490592487029484          04/03
OFFL
BATCH: 000025          INV: 093292
DATE: MAY 10, 02          TIME: 12:09
                         AUTH: 045799

TOTAL                $1405.32

* OFFLINE ENTRY *

X _____
THANK YOU

I agree to Pay Above Total Amount
According To Card Issuer Agreement
(Merchant agreement if Credit Voucher)

# LAKE CHARLES DIESEL
### TECHNICIANS REPORT

REPAIR ORDER: _RO576442_               DATE: _5-9-02_

CUSTOMER:

VESSEL: _Brown Water #5_          OFFICIAL #: [                    ]

MODEL #: _12V71 N_          (CIRCLE ONE): (MAIN)    GEN    OTHER

|  | TIME |  | MILEAGE |  |
|---|---|---|---|---|
| START: _____ | STOP: _____ | ENDING: _____ | | |
| START: _____ | STOP: _____ | BEGINNING: _____ | | |
| START: _____ | STOP: _____ | TOTAL: _____ | | |
| START: _____ | STOP: _____ | | | |

PARTS TAKEN ON JOB

| QTY | PART # | WORK PERFORMED: |
|---|---|---|
|  | Stb Main | checked out stb main, removed |
|  | 12VA85099 | air silencer, air box covers, and |
|  |  | valve covers. all pistons look good |
|  |  | all valve + spring and push rods |
|  |  | look good, all blowers look good |
|  |  | also, engine is in good running |
|  |  | condition |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

PARTSMAN: _____          DATE: _____

TECHNICIANS SIGNATURE: _____

MAY-10-2002 FRI 11:19 AM   CHARLES DIESEL        FAX NO. 3  2  44              P. 06

# LAKE CHARLES DIESEL
## TECHNICIANS REPORT

REPAIR ORDER: **R057644L**                         DATE: **5-9-02**

CUSTOMER: _____

VESSEL: **Brown Water #5**          OFFICIAL #: _____

MODEL #: **12V71N**          (CIRCLE ONE): **(MAIN)**    GEN    OTHER

|  | TIME |  | MILEAGE |
|---|---|---|---|
| START: _____ | STOP: _____ | ENDING: _____ |
| START: _____ | STOP: _____ | BEGINNING: _____ |
| START: _____ | STOP: _____ | TOTAL: _____ |
| START: _____ | STOP: _____ |  |

PARTS TAKEN ON JOB

| QTY | PART # | WORK PERFORMED: |
|---|---|---|
| 1 | Port Main 12VA65308 | drove to location inspected engine removed air box covers, valve covers and air silencer, checked blowers out found blower seals leaking on both blowers, also found broken valve spring on #1 cyl. LB head, needs to be replaced, also found that LB head is a 2 valve head it should be a 4 valve head it also needs to be replaced, also found that cooling lines were disconnected off of oil cooler, seen them laying in bottom of boat. |

PARTSMAN: _____

TECHNICIANS SIGNATURE: *James Sander*          DATE: **5-9-02**

PATHOLOGY
P.O. Drawer 2588
Harlingen, Texas 78551

Lawrence J. Dahm, M.D.                    DeWitt S. Davenport, M.D.
Margie W. Cornwell, M.D.                  Wm. Eddy,HT,CT(ASCP)CT(IAC)

September 27, 2001

OA-01-0207                            Date of Autopsy: 09/25/01
MIRELES,JULIO CESAR                   Time of Autopsy:  10:00 a.m.
Authorized by: Justice of the Peace  Performed by: Dr. Davenport
               Bennie Ochoa          Assisted by:  Arnold Argullin
                                     Witnessed by:  None

## PRELIMINARY ANATOMIC DIAGNOSES:

Advanced decompositional changes with sea creature activity.

## PRELIMINARY SUMMARY:

This man was retrieved from his car from the Laguna Madre bay near the causeway. His car had gone off of the causeway after a section of it had fallen out secondary to being rammed by a tug boat. At autopsy, advanced decompositional changes were identified, but no obvious injuries are seen. These features are compatible with death being due to drowning rather than trauma. Liver and bone are retain should toxicologic or DNA analysis become necessary. Microscopic section is pending. A full report will follow.

DeWitt S. Davenport, M.D.
Pathologist

DSD/bpc
09/27/01

PATHOLOGY
P.O. Drawer 2588
Harlingen, Texas 78551


Lawrence J. Dahm, M.D.                    DeWitt S. Davenport, M.D.
Margie W. Cornwell, M.D.                  Wm. Eddy,HT,CT(ASCP)CT(IAC)

September 27, 2001


OA-01-0207                          Date of Autopsy: 09/25/01
MIRELES,JULIO CESAR                 Time of Autopsy:  10:00 a.m.
Authorized by: Justice of the Peace Performed by: Dr. Davenport
               Bennie Ochoa         Assisted by:  Arnold Argullin
                                    Witnessed by:  None

## FINAL ANATOMIC DIAGNOSES:

Advanced decompositional changes with sea creature activity.


## FINAL SUMMARY:

This man was retrieved from his car from the Laguna Madre bay near
the causeway.  His car had gone off of the causeway after a section of it
had fallen out secondary to being rammed by a tug boat.  At autopsy,
advanced decompositional changes were identified, but no obvious injuries
are seen.  These features are compatible with death being due to drowning
rather than trauma.  Liver and bone are retained should toxicologic or DNA
analysis become necessary.


                              DeWitt S. Davenport, M.D.
                                   Pathologist

DSD/bpc
10/22/01


(continued on next page)

## PROPERTY:

The decedent is wearing black pants, black shoes, black socks, white underwear and two tee-shirts.  He has a gold colored chain with a cross around his neck.

## GROSS DESCRIPTION:

## EXTERNAL EXAMINATION:

The body is that of a young male who is in an advanced stage of decomposition.  The hair, lips and eyes are absent.  The teeth and the mouth are unremarkable.  He is 6 feet tall and approximately 200 pounds. Rigor mortis and livor mortis are not seen.  The abdomen is bloated. Extensive skin slip is seen and the body has a dark grayish to greenish discoloration.  No obvious injuries are seen.

## INTERNAL EXAMINATION:

The body is opened in the standard fashion.  All internal organs are in an advanced stage of decomposition, but no collections or pooling of blood is identified.

## MUSCULOSKELETAL:

After evisceration, no rib fractures or fractures to spine or other extremities are seen.

## CENTRAL NERVOUS SYSTEM:

The remnants of the scalp are reflected revealing no skull fractures. The internal portion is not examined.

## MICROSCOPIC EXAMINATION:

Sections of liver were examined microscopically.

DSD:bpc

PATHOLOGY
P.O. Drawer 2588
Harlingen, Texas 78551

*5:80 PM
Sept. 17, 2001*

wrence J. Dahm, M.D.                    DeWitt S. Davenport, M.D.
rgie W. Cornwell, M.D.                  Wm. Eddy,HT,CT(ASCP)CT(IAC)

September 18, 2001

.-01-0200                               Date of Autopsy: 09/18/01
AVELLE,ROBIN FAYE                       Time of Autopsy: 9:50 a.m.
e 29 years                              Performed by:  Dr. L. Dahm
thorized by:  Justice of the Peace      Assisted by: Arnold Argullin
              Bennie Ochoa              Witnessed by:  None

=================================================================

## ELIMINARY PRINCIPAL FINDINGS:

1.  Drowning.

2.  Decomposition, moderate to advanced.

## HER FINDINGS:

Atrophy of uterus, fallopian tubes and ovaries.

## ELIMINARY SUMMARY:

This 29-year-old woman drowned when her car went off the collapsed
rt of a high bridge between Port Isabel and South Padre Island.  No
gnificant bodily traumatic injuries were found.  Body fluid testing for
cohol and drugs of abuse is in progress.  Manner of death is accidental.


                    Lawrence J. Dahm, M.D.
                         Pathologist

D/bpc
/18/01

Causeway Collapse
000207296-001380

**PATHOLOGY**
P.O. Drawer 2588
Harlingen, Texas 78551

~wrence J. Dahm, M.D.                          DeWitt S. Davenport, M.D.
~rgie W. Cornwell, M.D.                        Wm. Eddy,HT,CT(ASCP)CT(IAC)

November 12, 2001

~-01-0200                                       Date of Autopsy: 09/18/01
~AVELLE,ROBIN FAYE                              Time of Autopsy: 9:50 a.m.
~e 29 years                                     Performed by: Dr. L. Dahm
~thorized by:   Justice of the Peace           Assisted by: Arnold Argullin
                Bennie Ochoa                    Witnessed by: None

===========================================================================

**~NAL PRINCIPAL FINDINGS:**

1.  Drowning.

2.  Decomposition, moderate to advanced.

---

**~HER FINDINGS:**

1.  Atrophy of uterus, fallopian tubes and ovaries.

2.  Sertraline and desmethylsertraline (Zoloft) present in chest
    cavity fluid (64 and 80 nanograms/mL).

3.  Ethyl alcohol present in chest cavity fluid (0.80 g/dL).

4.  Fatty degeneration of the liver, mild.

**~NAL SUMMARY:**

   This 29-year-old woman drowned when her car went off the collapsed
~gh part of the causeway between Port Isabel and South Padre Island.  No
~gnificant bodily traumatic injuries were found.  Body fluid testing for
~cohol and drugs of abuse reveals ethyl alcohol and therapeutic levels
~ Sertraline, an antidepressant, to be present.  She may have been
~mewhat under the influence of alcohol when she died, but whether or not
~e was legally intoxicated at death is not determined because of
~composition.  Manner of death is accidental.

Lawrence J. Dahm, M.D
Pathologist

~D/bpc/mlr
~/12/01

~tinued on next page) _

Causeway Collapse
000207 ~96-001381

:STORICAL INFORMATION:

This 29-year-old woman was one of numerous people who drove off a ollapsed portion of the Queen Isabel Causeway between Port Isabel and outh Padre Island. The causeway had been struck in the small hours of :ptember 15, 2001, by a barge. This woman went off shortly thereafter.

:OSS DESCRIPTION:

:TERNAL EXAMINATION:

Received in a black body crash bag is the decomposed body of a tall, scular female, estimated height 5 foot, 9 inches and estimated weight 5 pounds. Remnants of long light brown or brown that have mostly .llen out are with the body around the head. There is no appreciable vor or rigor mortis. Eye color is indeterminate due to decomposition of e eye-globes. There are no identifiable distinguishing marks or ternal injuries visible. Pubic hair is present, but has fallen out. extremity fractures are found. The skin of the hands is in the ocess of decompositional epidermal degloving.

Jewelry on the body includes a gold shrimp, pierced-style earring on ch ear, and a small gold stud with a small diamond stone, one in each r. There is a gold ring on the right fourth finger with multiple small amonds and another gold ring on the left ring finger with a larger rrow, rhomboid diamond-like stone. There is a gold necklace with a all gold marlin fish charm hanging on it. The jewelry is removed and bmitted to Ruben Ruiz of Valley Baptist Medical Center Security for fe keeping. In the right trouser pockets are four U.S. one dollar lls and a quarter. In the left front trouser pocket is $11.86 nsisting of one five dollar bill, six one dollar bills and change. The ney is also submitted in Mr. Ruiz of Valley Baptist Medical Center curity for safe keeping. With the body is a black fabric backpack ntaining numerous comic books, some of which are in clear plastic llectible-bags. Some magazines are also present. The backpack is aced in a biohazard bag and kept by Mr. Argullin for release with the dy to the funeral home.

Clothing on the body includes long dark blue denim jeans with a black dark maroon tooled leather belt with a brass buckle. She also has on rk brown, lace-up, Candies brand, thick black rubber lug-soled, rkboots and white Tommy Hilfiger type socks. She also has on a short eeved, front buttoning maroon plaid blouse with dark blue and pale her thin stripes in the maroon background. The blouse label is in glish and Spanish, indicating it was made in Bangladesh. She also has on white brassiere and green print pattern string bikini briefs. The othing is removed.

After clothing removal no external injuries are found on the body rfaces.

tinued on next page)_

Causeway Collapse.
000207296-001382

INTERNAL EXAMINATION:

The trunk is opened in the usual fashion. All serous membranes are smooth and glistening and all have decompositional changes of marked degree. No internal traumatic injuries are found. The abdominal fat pad is about 6 cm thick. The pectoral chest wall muscles are considerably enlarged for a woman. The organs have expected size and shape, except the uterus which is considerably smaller than expected for stated age of 9 years. The ovaries and fallopian tubes are also present, but inconspicuous. There is no evidence of pregnancy.
No rib fractures are found and there is no rib cartilage calcification.

INTERNAL ORGANS:

The right lung weighs 170 gm and the left lung 140 gm. The heart weighs 170 gm. The great vessels enter and leave the appropriate chambers and trace normal courses. The valves and myocardium are without identifiable abnormalities. The lungs, likewise are without identifiable abnormalities. The liver weighs 850 gm and is foamy and pasty, light yellowish-tan. The gallbladder contains only gas. The adrenal glands are present and unremarkable. The spleen has a normal size and shape, but is very mushy. It appears to be intact. The kidneys have normal size and shape and architecture on their cut surfaces. The thyroid gland is unremarkable. The uterus weighs 32 gm.
The stomach contains about 70 cc of partially digested food without pills or identifiable foreign substances. The small and large bowels and vermiform appendix are unremarkable.

HEAD AND NECK:

The scalp is reflected in the usual fashion. There is no evidence of facial traumatic injury or scalp trauma. The skull is free of fractures. The brain is completely liquefied and there is no evidence of injury or hemorrhage within the cranium or in the brain. No fractures are found in the floor of the skull after brain and dural removal. The organs of the neck are free of fractures. The hyoid bone, thyroid and laryngeal cartilages are intact. No foreign material is found in the throat, larynx or trachea.

MUSCULOSKELETAL SYSTEM AND SKIN:

See External and Internal Examinations. No evidence of bony fracture is found after visceral removal from the trunk.
JD:bpc



(Continued on next page) _

Causeway Collapse
000207296-001383

CROSCOPIC:

Sections of lung, myocardium, liver, kidney, and uterus are examined. 1 tissues have advanced decompositional autolysis except the uterus, ere it is only moderate-to-advanced.  There are no identifiable stologic abnormalities except large hepatocyte cytoplasmic vacuoles in ny of the centrilobular hepatocytes.  In the uterus, no stromal cidualization or other signs of pregnancy are found.

D/mlr



Causeway Collapse
000207296-001384

CERTIFICATION OF VITAL RECORD

**STATE OF TEXAS** — **CERTIFICATE OF DEATH** — STATE FILE NUMBER

Texas Department of Health / Bureau of Vital Statistics

| | | | | |
|---|---|---|---|---|
| 1. NAME OF DECEASED (a) FIRST **ROBIN** | (b) MIDDLE **FAYE** | (c) LAST **LEAVELL** | (d) MAIDEN N/A | 2. SEX **FEMALE** | 3. DATE OF DEATH **SEPTEMBER 17, 2001** |

4. DATE OF BIRTH **6-20-1972**
5. AGE (IN YEARS) **29** — UNDER 1 YR MOS/DAYS — UNDER 1 DAY HOURS/MIN
6. BIRTH PLACE (CITY & STATE OR FOREIGN COUNTRY) **WESLACO, TEXAS**
7. SOCIAL SECURITY NO. **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**

8. RACE **CAUCASIAN**
9a. WAS THE DECEDENT OF HISPANIC ORIGIN? **NO**
9b. IF YES, SPECIFY (MEXICAN, CUBAN, PUERTO RICAN, ETC.) N/A
10. WAS DECEDENT EVER IN U.S. ARMED FORCES? **NO**
11. EDUCATION (SPECIFY HIGHEST GRADE COMPLETED, ELEM. OR SECONDARY (0-12) COLLEGE (13-16, 17+) **12**

12. MARITAL STATUS: MARRIED / WIDOWED / **NEVER MARRIED (X)** / DIVORCED
13. SURVIVING SPOUSE OR WIFE, GIVE MAIDEN NAME **N/A**
14a. DECEDENT'S USUAL OCCUPATION **CHILD CARE PROV.**
14b. KIND OF BUSINESS OR INDUSTRY **DAY CARE CENTER**

15a. RESIDENCE STREET ADDRESS **MILE 1 1/2 WEST AND MILE 10 NORTH**
15b. CITY OR TOWN **MERCEDES**

15c. COUNTY **HIDALGO**
15d. STATE **TEXAS**
15e. ZIP CODE **78570**
15f. INSIDE CITY LIMITS YES / **NO (X)**

16. FATHER'S NAME **RICHARD LEAVELL**
17. MOTHER'S MAIDEN NAME **CAROL McDONALD**

18. PLACE OF DEATH (CHECK ONLY ONE)
HOSPITAL: INPATIENT / ER/OUTPATIENT / DOA — OTHER: NURSING HOME / RESIDENCE / **OTHER (SPECIFY) QUEEN ISABELLA BRIDGE**

19. COUNTY OF DEATH **CAMERON**
20. CITY OR TOWN OUTSIDE CITY (LIMITS, GIVE PRECINCT NO.) **PORT ISABEL**
21. NAME OF HOSPITAL OR INSTITUTION (if not in institution, show street address) **QUEEN ISABELLA BRIDGE ON HWY 100**

22. INFORMANT — SIGNATURE & RELATIONSHIP **RICHARD LEAVELL-FATHER**
23. MAILING ADDRESS (STREET AND NUMBER) **78570 RT. 6 BOX 209 MERCEDES, TEXAS**

24. METHOD OF DISPOSITION: **BURIAL (X)** / CREMATION / REMOVAL FROM STATE / DONATION / OTHER (SPECIFY)
25a. PLACE OF DISPOSITION (NAME OF CEMETERY, CREMATORY OR OTHER PLACE) **HIGHLAND MEMORIAL PARK**
25b. LOCATION (CITY, STATE) **WESLACO, TEXAS**
27. SIGNATURE OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH *Mark McCaleb* 5895
28. DATE OF DISPOSITION **9-21-2001**
29. NAME & ADDRESS OF FUNERAL HOME **McCALEB FUNERAL HOME P.O. BOX 236 WESLACO, TEXAS 78596**

30. CERTIFIER
CERTIFYING PHYSICIAN — TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE TIME, DATE, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER AS STATED
MEDICAL EXAMINER — ON THE BASIS OF EXAMINATION AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE TIME, DATE, PLACE, AND DUE TO THE CAUSE(S) AND MANNER AS STATED.
**JUSTICE OF THE PEACE (X)**

31. SIGNATURE & TITLE OF CERTIFIER **JUSTICE OF THE PEACE**
32. DATE SIGNED MO **10** DAY **10** YEAR **2001**
33. TIME OF DEATH **4:30 P/M**

34. PRINTED NAME & ADDRESS OF CERTIFIER **JUSTICE OF THE PEACE BENNIE OCHOA, III 302 QUEEN ISABELLA BLVD. PORT ISABEL, TX 78578**

35. PART 1 ENTER THE DISEASES, INJURIES OR COMPLICATIONS THAT CAUSED THE DEATH. DO NOT ENTER THE MODE OF DYING SUCH AS CARDIAC OR RESPIRATORY ARREST, SHOCK, OR HEART FAILURE. LIST ONLY ONE CAUSE ON EACH LINE.
Approximate Interval Between Onset and Death

IMMEDIATE CAUSE (Final disease or condition resulting in death) → **ACCIDENTAL DROWNING**
DUE TO (OR AS A LIKELY CONSEQUENCE OF):
**UNKNOWN**

Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (disease or injury that initiated events resulting in death) LAST
DUE TO (OR AS A LIKELY CONSEQUENCE OF):
DUE TO (OR AS A LIKELY CONSEQUENCE OF):

PART 2 OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART 1 (i.e. substance abuse, diabetes, smoking, etc.)
36a. AUTOPSY? YES / **NO (X)**
36b. AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? YES / **NO (X)**

37. DID TOBACCO USE CONTRIBUTE TO DEATH: YES / PROBABLY / **NO (X)** / UNKNOWN
38. DID ALCOHOL USE CONTRIBUTE TO DEATH: YES / PROBABLY / **NO (X)** / UNKNOWN
39. WAS DECEDENT PREGNANT: AT TIME OF DEATH YES / **NO (X)** / UNK — WITHIN LAST 12 MO YES / **NO (X)** / UNK

40. MANNER OF DEATH: NATURAL / **ACCIDENT (X)** / SUICIDE / HOMICIDE / PENDING INVESTIGATION / COULD NOT BE DETERMINED
41a. DATE OF INJURY **09-15-2001**
41b. TIME OF INJURY ABOUT **2:15 P/M**
41c. INJURY AT WORK YES / **NO (X)**
41d. PLACE OF INJURY — AT HOME, FARM, STREET, FACTORY, OFFICE, ETC. (SPECIFY) **QUEEN ISABELLA BRIDGE**

41e. LOCATION (STREET AND NUMBER, CITY OR TOWN, STATE) **HIGHWAY 100 PORT ISABEL, TEXAS 78578**
41f. DESCRIBE HOW INJURY OCCURRED **WHEN THE VEHICLE WENT OFF THE COLLAPSED PART OF A HIGH BRIDGE BETWEEN PORT ISABEL AND SOUTH PADRE ISLAND, TEXAS**

42a. REGISTRAR FILE NO. **01-023-2001**
42b. DATE RECEIVED BY LOCAL REGISTRAR **10/10/2001**
42c. SIGNATURE OF LOCAL REGISTRAR *Bennie Ochoa III*

## THE FOREGOING IS A TRUE AND CORRECT COPY FILED IN MY OFFICE.

THIS *10th* DAY OF *October 2001*

BENNIE OCHOA, JUSTICE OF THE PEACE

PCT. 1 CAMERON COUNTY, TEXAS

*signature* Records Clerk

WARNING: IT IS ILLEGAL TO DUPLICATE THIS COPY.

WARNING — The penalty for knowingly making a false statement in this form can be $10,000, (Health and Safety Code, Sec. 195.3, 1989) prison and a fine of up to $10,000.

VS-112 REV. 9/95

seway Collapse
207 96-001385

PATHOLOGY
P.O. Drawer 2588
Harlingen, Texas 78551

Lawrence J. Dahm, M.D.                     DeWitt S. Davenport, M.D.
Margie W. Cornwell, M.D.                   Wm. Eddy,HT,CT(ASCP)CT(IAC)

October 3, 2001

OA-01-0198                                 Date of Autopsy: 09/16/2001
RIVAS,STEVAN                               Time of Autopsy: 10:45 a.m.
Authorized by: Justice of the Peace        Performed by: Dr. M. Cornwell
               Sallie Gonzalez             Assisted by: Arnold Argullin
                                           Witnessed by: None

=====================================================================

## FINAL PRINCIPAL AUTOPSY FINDINGS:

1.  Drowning.

2.  Nonlethal blunt force trauma having contusions to head (scalp
    and forehead), hemorrhages to paraesophageal soft tissue of
    the neck, and fracture of right femur.

3.  Toxicology is noncontributory having urine substance abuse
    negative for barbiturates, amphetamines, opiates, cocaine,
    cannabinoids, benzodiazepine, and phencyclidine.

## FINAL SUMMARY:

    This 22-year-old man was one of several individuals involved in
motor vehicle accidents associated with the collapse of the causeway,
over the Laguna Madre on early Saturday morning, September 15, 2001.
The collapse followed a barge having collision onto the bridge supports.
Information given to me by the ordering Justice of the Peace is that the
man's body was found partially out of his totally submerged vehicle.
Autopsy shows blunt force trauma sustained to the head and neck and
fracture to the right leg. Radiographs of the neck do not show bone
fractures, and no contusions were seen grossly to the brain or upper
cervical spinal cord.  Microscopic evaluation for tissue injury of the
central nervous system does not show diffuse vascular injury which can
be found in acceleration/deceleration injury to produce death.  Manner
of death is accidental.

MWC/bpc/mlr                                *Margie W Cornwell.*
10/03/01                                   Margie W. Cornwell, M.D.
                                           Pathologist



EXHIBIT
A

continued on next page)

Causeway Collapse
000207296-001452

## GROSS DESCRIPTION:

## EXTERNAL EXAMINATION:

The body is that of a young Hispanic man having light complexion, but with evidence of early decomposition having red-purple discoloration to the face and neck and evidence of skin slip over the extremities. There is clothing on the body which is removed for inspection. There is a white cotton tee-shirt, denim blue jeans of longer length being pinned inward several inches and held in place by safety pins and green jockey shorts. There are no shoes with the body. There are two gold metal rings which are found clinging to the skin of the upper back. These are turned over to hospital security. The scalp is intact and covered by a brown-black short straight hair which appears to have some blond highlights over the top hair. The eyes have become clouded with slip of the corneal conjunctiva consistent with the submersion and decomposition of the body. Eye color cannot be determined. The mouth shows intact teeth and there are dental restorations seen for molar teeth to both the upper and lower jaws. There is a mustache and a goatee. All extremities and digits are present. There are no identifying tattoos or surgical scars. The back is examined and it is unremarkable. Livor is established and mainly seen to be about the head and neck, but also in dependant position for the back and rigor is fully established. This is a man who measures 68 inches in height and has an estimated weight of 130 pounds. He is a man who has small frame, is thin, but muscular. There is normal hair distribution over the body. He is a circumcised male.

## EVIDENCE OF INJURY:

There is a large abrasion found over the right forehead which measures 4 x 4 cm. The right eye has a sunken appearance, but there is evidence of fracture in palpating over the bones or after the brain is removed to the orbital socket. There is a linear laceration seen to the corner of the right eye and this measures approximately 2 cm. There are multiple lacerations, contusions and abrasions found to the lower arms and hands and also to the left lower leg. There is a laceration which has occurred over the right inguinal area and both laceration and abrasion seen over the left inguinal area. It is evident by both malrotation of the right leg and also with manipulation that there has been a fracture to the right femur. This is not a compound fracture. No other fractures are noted to the extremities. In examining the visceral organs, there are no fractures of the organs or evidence of hemorrhage into the body cavities. Hemorrhage is present to soft tissue of the neck, but no fracture is seen to the spinal column.

PRIMARY INCISION:
The usual Y-shaped incision discloses 2 cm of yellow subcutaneous abdominal fat.

continued on next page)

Causeway Collapse
000207196-001453

PERITONEAL CAVITY:
    The surfaces are smooth, glistening, transparent, and no free
fluid is present.  The organs are in their normal anatomical positions
and maintain their normal intra-abdominal relationships.

PLEURAL CAVITY:
    The lungs fill the pleural cavities.  The surfaces are smooth,
glistening, and transparent.  No pleural adhesions or fluid are
identified.  The mediastinum is unremarkable.

PERICARDIAL CAVITY:
    The pericardial surfaces are smooth and glistening.  No adhesions
or excess fluid are present.

NECK ORGANS:
    The light brown, bilobed thyroid gland and adjacent neck
organs are unremarkable.

CARDIOVASCULAR:
    The heart weighs 240 grams.  It has the normal external configuration
and glistening, fatty epicardial surface.  The cardiac chambers are
unremarkable.  Cut sections reveal the normal red-brown, firm
myocardium with the usual gray-brown endocardium.  The right and
left ventricles measure 0.5 cm and 0.5 cm in thickness, respectively.
The cardiac valves appear normal in leaflet number and configuration.
The coronary arteries are free of thrombi and significant
atherosclerosis.  No premortem thrombi are encountered in the
proximal pulmonary trunk.
    The aorta and its major branches, pulmonary artery, venae cavae,
portal vein, and other major venous vessels are unremarkable.

LUNGS:
    The right and left lungs weigh 570 grams and 500 grams, respectively.
The visceral pleura is glistening and variably tan, pink, and gray-
black.  The cut surface shows soft red-pink  parenchyma without discrete
lesions.  The pulmonary artery and its branches contain no emboli or
thrombi.  The bronchi are unremarkable.

LIVER:
    The liver weighs 1,150 grams.  The surface is smooth and red-tan.
On sectioning, the lobular architecture is normal.  The parenchyma
is golden-brown with normal consistency.  No focal lesions are noted.

BILIARY TRACT:
    The gallbladder and extrahepatic biliary channels are patent.  No
gallstones or other abnormalities are identified.

continued on next page)

Causeway Collapse
000207296-001454

GASTROINTESTINAL TRACT:
    The esophagus, stomach, small, and large intestines are unremark-
able.  The appendix is present and appears normal.  The gastro-
intestinal tract contains no evidence of recent or old hemorrhage.
No focal lesions are noted.  The stomach contents are of small amount
having fluid and particulate matter.

PANCREAS:
    The J-shaped, firm, tan pancreas has the usual parenchymal
lobulations.  The main pancreatic duct is unremarkable.

SPLEEN:
    The spleen weighs 100 grams.  The capsular surface is wrinkled
and gray-purple.  On sectioning, the parenchyma is dark red and
of normal consistency.  The malpighian corpuscles are unremarkable.
There is a small ectopic spleen found in the perihilar fat which
measures 1 cm.

ADRENALS:
    The right and left adrenal glands show normal size and
configuration.  No gross lesions are noted within the yellow-brown
cortex or gray-pink medulla.

KIDNEYS:
    The right and left kidneys weigh 110 grams each.  The capsule strips
with ease to reveal a smooth surface.  The red-brown cortex is distinct
from the tan-pink medulla.  The mucosa of the calyces, pelves, and
ureters is white, with no luminal obstruction.

BLADDER:
    The bladder is unremarkable.  A blood tinged urine is collected for
toxicology studies.

CRANIAL CAVITY AND BRAIN:
    The scalp, calvarium, and meninges are unremarkable.  The
gyral system appears normal.  The brain is symmetrical and shows no
evidence of hemorrhage, mass lesions, or increased intracranial
pressure.  The brain in the unfixed state weighs 1150 grams.  The
pituitary is unremarkable.
    The leptomeninges are thin and delicate.  The meningeal vessels
show minimal congestion.  The gyri and sulci of the cerebral cortex
exhibit their usual pattern and are unremarkable.  The circle of
Willis is complete with no evidence of aneurysm formation.
    The gray matter is normal in amount and sharply demarcated from
the white matter.  The midbrain, cerebellum, and caudal brainstem
are sectioned transversely and found to be free of gross pathologic
lesions.

ontinued on next page)

Causeway Collapse
000207296-001455

MISCELLANEOUS:
   No personal effects are kept in the laboratory.  There are two items
of jewelry turned over to hospital security.  A blood tinged urine for
substance abuse screen is completed which is negative for barbiturates,
amphetamines, opiates, cocaine, cannabinoids, benzodiazepine, and
phencyclidine.  Gross photographs are obtained of the injuries.  There
are x-rays taken of the upper cervical spine and these show no evidence
of fracture or subluxation.

MWC:bpc

MICROSCOPIC:

   The central nervous system tissue has been submitted in blocks A-M,
while visceral organ tissues have been submitted in blocks N-S.  There
are a total of 19 blocks.
   The central nervous system has sections from the SPINAL CORD (block
A), CEREBELLUM (blocks B and C), MIDBRAIN, PONS, MEDULLA (blocks D-G),
block H has sections from the CEREBRAL CORTEX, and block I has tissue
which is central and inferior,  being near the REGION OF THE OPTIC
NERVES.  Other centrally located tissues are sampled in blocks J-M
containing the DEEP BASAL GANGLIA, CEREBRAL PEDUNCLES and the
HIPPOCAMPUS.  None of these varying regions from both peripheral
aspects of the cerebral hemispheres and cerebellar hemispheres, the
high cervical cord, and the deep gray matter show any evidence of
significant vascular damage as anticipated with diffuse vascular
injury.  The visceral organs sampled include KIDNEY, ADRENALS, LIVER,
SPLEEN, HEART, APPENDIX and THYMUS.  There are no abnormalities seen in
either cytologic or architectural detail.  Block Q does have SKELETAL
MUSCLE TISSUE FROM THE NECK showing the hemorrhage present in the
connective tissues noted in the gross examination of tissue reaction in
the neck.  Blocks R and S have also sections from the LUNGS showing
dissolution of the alveolar septa with eosinophilic fluid present.  The
degree of dissolution of the alveolar tissues would be consistent with
a drowning and early decomposition.

MWC:bpc

Causeway Collapse
000207296-001456

Order for Autopsy by Justice of the Peace

Date _____09/15/01_____

Authority is hereby given for Dr. Dahm, Davenport, DeWitt or

Cornwell to make an examination of the body of _____

___Stevan Rivas DOB 07/2/79___

with removal of such tissues or organs as may be necessary to determine

the cause of death.

_____
Justice of the Peace
Cameron County

NOTES: *Drowning Victim of Accident on Collapsed Bridge at SPI / Port Isabel —*

*Morgue-3852*
*OA-01-0198*

```
82820
1700    09/15
MORGUE-3852
RIVAS,STEVAN
AID

MORGUE
```

## OA-01-0198
MR#: MORGUE-3852
DATE: 09/15
RIVAS,STEVAN

Causeway Collapse
000207 96-001457

Causeway Collapse
00020736-001458

## INQUEST INFORMATION

DATE: 9/15/01

TIME: 2:49    AM / (PM)

DISPATCHED BY: CCSO    DPS    EPD    EMS - P.I. Police Dept.

DISPATCHED TO: Port Isabel Fire Dept.

NAME OF DECEASED: Stvan Rivas    20302 Biegewood Humble, Texas 77338

TIME OF DEATH: 2:51  AM / (PM)  DATE OF DEATH: 09/15/01

AUTOPSY: (YES) / NO (Darling/Mouser Funeral Home)
Buena Vista

DESCRIPTION OF DECEASED: AGE 22  HEIGHT 5'7"  WEIGHT Unknown
HAIR Dk/BRN  EYES BROWN

NOTES: While assisting at Port Isabel Police Dept I was dispatched to the Fire Dept. to conduct an inque on young man recovered from the Laguna Madre Bay involved in accident when the PI / PI Bridge collapsed. Observed a young man that was identifi by a Det D.L. # 18128959. - White male, goatee fac hair, Dk brown hair, Brown eyes. Inventory of his property was Sgt. Mike Sanchez & Officer S. Boyd. Inventory listed as follow: 1 White shirt, 1 blue jean 1 gold metal bracelet, 1 Brown leather belt, 1, Yellow/white metal Seiko watch, 1 yellow metal ring blue Stone initial 'N', 2 yellow metal link necklaces, 1 Blue plastic cologne atomizer, 1 gold dollar coins, 66¢ in coins, 1 white metal link ring, 1 yellow money clip. Initials SFR, Personal papers $20.00 pesos (Mexican Money), 2 $100.00 Bills. 3 #20.00 Bi ___ ___ #1 in Bills. (No Shoes. No Socks)

**PATHOLOGY**
P.O. Drawer 2588
Harlingen, Texas 78551

Lawrence J. Dahm, M.D.                    DeWitt S. Davenport, M.D.
Margie W. Cornwell, M.D.                  Wm. Eddy,HT,CT(ASCP)CT(IAC)

October 10, 2001

OA-01-0196                               Date of Autopsy: 09/15/2001
HINOJOSA,GASPAR SAENZ                     Time of Autopsy: 10:45 a.m.
Authorized by: Justice of the Peace      Performed by: Dr. Cornwell
               Tony Torres               Assisted by: A. Argullin
                                         Witnessed by: None
=======================================================================

FINAL (PRINCIPAL) AUTOPSY FINDINGS:

1. Blunt force trauma to head, chest, and lower extremities consistent
   with motor vehicle fatality.

   a. Multiple rib fractures, each chest cavity, in anterior position
      adjacent to sternum;  status post bilateral chest tube placement.
   b. Compound and comminuted fractures to each lower leg.
   c. Fracture of left mandible (lower jaw).
   d. Retroperitoneal hemorrhage, mild.
   e. Fracture to lumbar vertebrae.

2. Mild to moderate atherosclerosis of coronary arteries with mild
   cardiomegaly.


FINAL SUMMARY:

    This 56-year-old man was the sole occupant in his vehicle which
plunged off the partially collapsed Port Isabel Causeway on early
Saturday morning, September 15, 2001, at about 2:30 a.m.  His vehicle may
have remained on concrete supports and was not submerged  in the bay
waters. He did have ground ambulance transport to Valley Regional Medical
Center in Brownsville, Texas, arriving at about 3:00 a.m.  Despite
resuscitation efforts, he was declared dead at 4:03 a.m.
    Autopsy shows significant trauma to the face, chest and lower
extremities.  The blunt force trauma sustained to the chest may have
produced cardiac contusion, although definite hemorrhage was not found on
the heart surface.  Certainly, both the broken jaw and rib fractures
would have produced a compromised airway and loss of adequate respiratory
effort, respectively, to bring about a respiratory arrest.  Also, the
fracture to the lower spinal column could bring about vasodilation to the
lower extremities to give blood pooling and this coupled with blood loss
by the compound extremity fractures would be likely to produce lethal,
non-reversible cardiogenic shock.  In total, these multiple known and
suspected injuries  brought about traumatic arrest.  Manner of death is
accidental.

MWC/mlr                  **Causeway Collapse**        Margie W. Cornwell, M.D.
10/10/01                 207296-001566                      Pathologist

                                                                         1

(continued on next page)

OA-01-0196  HINOJOSA,GASPAR SAENZ (continued)                    PAGE 2

GROSS DESCRIPTION:

EXTERNAL EXAMINATION:

    The external examination is completed on Saturday, September 15,
2001, starting at 10:45 a.m.  The internal examination was delayed until
Sunday as there was a request by investigating authorities to witness
the autopsy.
    The body is that of a middle-aged-appearing, Hispanic man who
is of larger build, measuring at least 67 inches in height and weight
estimated to be 250 pounds.  There is evidence of resuscitation
intervention and the body is without clothing or other jewelry items.
With the body is a bag of clothing which consists of a navy blue, cotton
blend pant, two black tennis shoes, and a black leather belt.  The scalp
is intact and shows short, graying hair with some slight curls present.
The eyes are brown and show no injection.  The mouth shows blood present
and there is evidence of fracture to the lower jaw, which will be further
described under Evidence Of Injury.  All extremities and digits are
present.  The man has a stout build with a very broad chest and mild
obesity with a full abdomen, but not rotund or distended.  Identifying
scars include an old, well-healed, horizontal scar across the anterior
left thigh which measures 15 cm.  There are no tattoos.  The back is
examined and it is unremarkable.  There is vitiligo to the skin of the
head of the penis.  This man appears to be circumcised.
    Interventional therapy includes a chest tube which has been placed to
the right anterior chest with insertion well above right nipple and
toward the midline of the chest.  A second chest tube has been placed
through the left lateral chest wall.  Blood-tinged fluid is present in
each chest tube.  There is an IV which has been established in the right
antecubital space.  There is a band-aid placed over the dorsum of the
left hand.  There is no ET tube, nasogastric tube, or Foley catheter.
There are gauze bandages placed over the lower left leg at the region of
the knee; these are removed to show compound fracture with  a long bone
sticking through the skin and there is also evidence that there are bone
fractures which lift but do not penetrate through the skin of the shin.
The knee cap is freely movable over the left knee joint.  There is also a
compound fracture found to the right ankle in the lateral position.  The
nails of the feet have mycotic changes.  Both of the feet have been
completely rotated outward and flat on the examination table, consistent
with the lower leg fractures.  Palpating over the sternum also indicates
fracture.  There is also a betadine scrub which has been applied over the
right anterior chest near the nipple and there appears to be a
percutaneous stick here.  Dependent livor and rigor are mildly
established. There are two hospital ID bands applied to the right wrist,
one is labeled as Able Doe and the second has this man's appropriate name
but incorrect age.

(continued on next page)

2

OA-01-0196  HINOJOSA, GASPAR SAENZ (continued)                    PAGE 3

## EVIDENCE OF INJURY:

For the head there is abrasion and contusion seen to the central forehead.  There are three lacerations found to the left lip and left chin.  The first is a linear, vertical laceration which extends to the left lower lip, onto the chin, and measures approximately 3 cm in length. There is then a Y-shaped laceration across the left chin which measures up to 4 cm.  There is a 3 cm laceration just beneath the chin which goes in a horizontal fashion across the skin.  The Y-shaped laceration has communication from the skin surface into the oral cavity and there are two teeth stuck in this laceration.  It is evident that there has been fracture to the left side of the lower jaw, mandible.  The maxilla may well have fracture also.  It is a peculiar maxilla having a more flat and broad appearance across its anterior surface.  The teeth have mal position for both the upper and lower jaws.  As seen in the External Examination, there is a compound fracture which is located over the left lower leg just below the knee region and there is also compound fracture exposing bone over the lateral aspect of the right ankle.  There is a large abrasion found over the abdomen which is horizontal in appearance and measures approximately 20 x 5 cm.  Palpating over the chest does show quick and easy depression of the sternal plate consistent with rib fractures.

Opening the chest cavity shows that there are multiple fractures in anterior position adjacent to the costochondral junction for both the right and left ribs.  There is also a small amount of serosanguinous fluid found around the heart.  There are no perforations found to the heart or the lungs by the rib fractures.  In the abdomen, there is a small amount of peripancreatic hemorrhage to the retroperitoneum.  There is no free blood in the abdomen, however.  After removal of all of the organs, there is a transverse fracture found to a mid lumbar vertebrae.

PRIMARY INCISION:
The usual Y-shaped incision discloses 5-6 cm of yellow subcutaneous abdominal fat.  There is no smell of alcohol to the body cavities.

PERITONEAL CAVITY:
The surfaces are smooth, glistening, transparent, and no free fluid is present.  The organs are in their normal anatomical positions and maintain their normal intra-abdominal relationships.

PLEURAL CAVITY:
The lungs fill the pleural cavities.  The surfaces are smooth, glistening, and transparent.  No pleural adhesions or fluid are identified.  The mediastinum is unremarkable.

PERICARDIAL CAVITY:
The pericardial surfaces are smooth and glistening.  No adhesions or excess fluid are present.

(continued on next page)

3

OA-01-0196   HINOJOSA,GASPAR SAENZ (continued)                    PAGE 4

NECK ORGANS:
    The light brown, bilobed thyroid gland and adjacent neck
organs are unremarkable.

CARDIOVASCULAR:
    The heart weighs 490 grams.  It has the normal external configuration
and glistening, fatty epicardial surface.  The cardiac chambers are
unremarkable.  Cut sections reveal the normal red-brown, firm myocardium
with the usual gray-brown endocardium.  The right and left ventricles
measure 0.5 cm and 1.5 cm in thickness, respectively. The cardiac valves
appear normal in leaflet number and configuration. The coronary arteries
are free of thrombi and show mild  atherosclerosis.  No premortem thrombi
are encountered in the proximal pulmonary trunk.
    The aorta and its major branches, pulmonary artery, venae cavae,
portal vein, and other major venous vessels are unremarkable.

LUNGS:
    The right and left lungs weigh 740 grams and 750 grams, respectively.
The visceral pleura is glistening and variably tan, pink, and
gray-black.  The cut surface shows soft red-pink aerated parenchyma
without evidence of edema or discrete lesions.  The pulmonary
artery and its branches contain no emboli or thrombi.  The bronchi
are unremarkable.

LIVER:
    The liver weighs 2000 grams.  The surface is smooth and red-tan.
On sectioning, the lobular architecture is normal.  The parenchyma
is golden-brown with normal consistency.  No focal lesions are noted.

BILIARY TRACT:
    The gallbladder and extrahepatic biliary channels are patent.  No
gallstones or other abnormalities are identified.

GASTROINTESTINAL TRACT:
    The esophagus, stomach, small, and large intestines are unremark-
able.  The appendix is present and appears normal.  The gastro-
intestinal tract contains no evidence of recent or old hemorrhage.
No focal lesions are noted.  There is abundant air in the stomach and a
small amount of green-brown, particulate liquid.

PANCREAS:
    The J-shaped, firm, tan pancreas has the usual parenchymal
lobulations.  The main pancreatic duct is unremarkable.

SPLEEN:
    The spleen weighs 140 grams.  The capsular surface is wrinkled
and gray-purple.  On sectioning, the parenchyma is dark red and
of normal consistency.  The malpighian corpuscles are unremarkable.

(continued on next page)

OA-01-0196   HINOJOSA,GASPAR SAENZ (continued)                    PAGE 5

ADRENALS:
   The right and left adrenal glands show normal size and configuration.
No gross lesions are noted within the yellow-brown cortex or gray-pink
medulla.

KIDNEYS:
   Each kidney weighs 230 grams.  The capsule strips with ease to reveal
a smooth surface.  The red-brown cortex is distinct from the tan-pink
medulla.  The mucosa of the calyces, pelves, and ureters is white, with
no luminal obstruction.

BLADDER:
   The bladder is unremarkable.  There is no urine.

CRANIAL CAVITY AND BRAIN:
   The scalp, calvarium, and meninges are not remarkable.  The
gyral system appears normal.  The brain is symmetrical and shows no
evidence of hemorrhage, mass lesions, or increased intracranial
pressure.  The brain in the unfixed state weighs 1500 grams.  The
pituitary is unremarkable.
   The leptomeninges are thin and delicate.  The meningeal vessels
show minimal congestion.  The gyri and sulci of the cerebral cortex
exhibit their usual pattern and are unremarkable.  The circle of
Willis is complete with no evidence of aneurysm formation.
   The gray matter is normal in amount and sharply demarcated from
the white matter.  The midbrain, cerebellum, and caudal brainstem
are sectioned transversely and found to be free of gross pathologic
lesions.

MISCELLANEOUS:
   No personal effects are kept in laboratory.  There are gross
photographs obtained.  There is no urine for toxicology.  Femoral blood
is collected, consisting of two purple top tubes and four gray top tubes.

MICROSCOPIC:
   Tissue has been submitted in 17 blocks, A-P.  Blocks A-F are of the
CENTRAL NERVOUS SYSTEM to include cerebrum, cerebellum, deep gray matter,
mid brain, pons and medulla.  There is no evidence of any significant
vascular disruption and hemorrhage which may be found in diffuse vascular
injury to the brain when there has been an acceleration/deceleration
injury.  Blocks G-P are then of the various VISCERAL ORGANS which include
heart, lungs, liver, kidney, spleen, pancreas and adrenal gland.  A
retroperitoneal hemorrhage is noted in fat which is present around the
adrenal gland (block G).  No  inflammatory processes are seen to the
various viscera.  In particular the heart, sampled in blocks M and N,
show no evidence of remote infarction or significant acute changes to the
myocytes as increased eosinophilia or wavy fibers.

(continued on next page)

OA-01-0196   HINOJOSA, GASPAR SAENZ (continued)                    PAGE 6

The <u>CORONARY ARTERIES</u> have been sampled in blocks K, L and O.  These do
show atherosclerotic plaques which can produce up to 50% and 70%
stenosis.  The stenosis appears to increase in the more distal segments
sampled.

MWC/mlr

PATHOLOGY
P.O. Drawer 2588
Harlingen, Texas 78551

*file copy*

Lawrence J. Dahm, M.D.                    DeWitt S. Davenport, M.D.
Margie W. Cornwell, M.D.                  Wm. Eddy,HT,CT(ASCP)CT(IAC)

September 19, 2001

OA-01-0196                          Date of Autopsy: 09/15/2001
HINOJOSA,GASPAR SAENZ               Time of Autopsy: 10:45 a.m.
Authorized by: Justice of the Peace  Performed by: Dr. Cornwell
               Tony Torres          Assisted by: A. Argullin
                                    Witnessed by: None
================================================================

### PRELIMINARY (PRINCIPAL) AUTOPSY FINDINGS:

1. Blunt force trauma to head, chest, and lower extremities consistent
   with motor vehicle fatality.

   a. Multiple rib fractures, each chest cavity, in anterior position
      adjacent to sternum;  status post bilateral chest tube placement.
   b. Compound and comminuted fractures to each lower leg.
   c. Fracture of left mandible (lower jaw).
   d. Retroperitoneal hemorrhage, mild.
   e. Fracture to lumbar vertebrae.

2. Mild atherosclerosis of coronary arteries.


### PRELIMINARY SUMMARY:

   This 56-year-old man was the sole occupant in his vehicle which
plunged off the partially collapsed Port Isabel Causeway on early
Saturday morning, September 15, 2001, at about 2:30 a.m.  His vehicle may
have remained on concrete supports and was not submerged  in the bay
waters. He did have ground ambulance transport to Valley Regional Medical
Center in Brownsville, Texas, arriving at about 3:00 a.m.  Despite
resuscitation efforts, he was declared dead at 4:03 a.m.
   Autopsy shows significant trauma to the face, chest and lower
extremities.  The blunt force trauma sustained to the chest may have
produced cardiac contusion, although definite hemorrhage was not found on
the heart surface.  Certainly, both the broken jaw and rib fractures
would have produced, a compromised airway and loss of adequate
respiratory effort, to bring about a respiratory arrest.  Also, the
fracture to the lower spinal column could bring about vasodilation to the
lower extremities to give blood pooling and then produce a cardiogenic
shock also coupled with blood loss by the compound extremity fractures.
In total, these traumas brought about traumatic arrest.  Manner of death
is accidental.


MWC/mlr                          Margie W. Cornwell, M.D.
09/19/01                          Pathologist

(continued on next page)

7