09/15/2001 VALLEY BAPTIST MEDICAL CENTER AUTO RESULT REPORT
10:38 DEPARTMENT OF LABORATORY MEDICINE PAGE 1

NAME: HINOJOSA,GASPAR SAENZ
H# : MORGUE-3850 LOC: MORGUE AGE: 52Y SEX: M
ACCT: 000000000

S2652 COLL: 09/15/2001 10:00 REC: 09/15/2001 10:37 PHYS: CORNWELL,MARGIE

AUTOPSY SPECIMEN ID AUTOPSY SPECIMEN ID



Name Hinojosa, Gaspar Autopsy No. OA-01-196

Age 52 Race W (Hisp) Sex M Date 9/15/01 Diener: Arnold

Time

Hair: Short gray

Eyes: Brown

Mouth: lower lip avulsed 2 teeth into wound which is from skin to oral cavity

Height: 67 inches

Weight: 250

Livor NO Y dependent

Rigor NO Y

Circumcised: NO Y

Cm Fat:

Smell of alcohol: NO Y

X-ray: No Y

Blood: Femoral Heart No

Urine: No Y

Bile: No Y

Tissue for Toxicology: No Y

Gross Photos: No Y

Clothing:

Clothing off body
36 inch waist

External exam on 9/15 @ 10:45 am.
mottled contusion
small speckling of abrasion
3 lacerations, largest is under the chin 3 cm
chest tube
Chest tube
No ET tube
Blood in mouth
large man
stout build
IV
abrasion over abdomen
Band aid
old scar 15 cm horizontal across the leg
Bloody gauze over upper shin
Compound fx
Both feet outward c/w fx
Pink paper disaster tag
Blue work pants
Black tennis shoes, both
brown leather belt
mycotic nails
left side

OA-01-0196
MR#: MORGUE-3850
DATE: 09/15
HINOJOSA,GASPAR SA

gross external - dictated 9/15

9

Hinojosa, ? - internal

**HISTORY:** MVA accident Causeway collision car suspended on pillar base

Internal started @ 9:15 am. on Sunday

**Witness:** (No) Y **Name:**

**Chain of custody:** (No) Y **Items:**

**HEARTS:** 490

**RT LUNG:** 740 } numerous broken ribs

⊕ gallbladder ⊕ biopsy

**LT LUNG:** 750

interspace 5-6 for tube

air in stomach and green & brown liquid

**LIVER:** 2000 soft

no blood in abdomen

– small amount blood in pericardium

**SPLEEN:** 140

no thoracic tear

– Break over lumbar

**RT KIDNEY:** 230

– small hemorrhage to peri pancreatic region

**LT KIDNEY:** 230

**BRAIN:** 1500

no hemorrhage seen
no edema

09/15/2001 10:08 956542' DARLINGMOUSER PAGE 02

Sept. 15, 2001

To: Valley Baptist Medical Center
From: Tony Torres, Justice of the Peace
Re: Autopsy

Request an autopsy be performed on the body of Gaspar Sainz Hinojosa to determine the cause of death.

Pronounced Dead 4:03 A.M.

Respectfully
[signature]
J.P. 2/1

Above person was involved in a motor vehicle accident at the Port Isabel Causeway, where part of the causeway collapse. He sustained a broken leg and trauma to the face.

92652
1000 09/15
MORGUE-3850
HINOJOSA, GASPAR
AID

MORGUE

Morgue-3850
OA-01-0196

HINOJOSA,GASPAR SAENZ
MR#VR092478 SS# 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
ACCT#VR00316011 09/15/01 M 52
06/24/49 Hasan,David Brent, DO
VALLEY REGIONAL MED CTR

## MECHANISM OF INJURY

Age unknown Gender: (M) F Race: Hisp Activation of Trauma Team: ☐ Alert ☑ Code ☐ Time 0256
Arrival Date 0300 Time 9/15 Time of Injury 0230 Actual / (Estimate) ○ Intentional Injury ○ Unintentional Injury

**MOTOR VEHICLE TRAUMA** ☑ MVA ☐ Auto/Pedestrian ☐ Motorcycle ☐ Bicycle ☐ Other
☑ Driver ☐ Passenger: ○ Front ○ Rear Ejected Type of Vehicle small car ☐ Fatalities at Scene X
Speed of Crash unk MPH Type of Collision: ☑ Head-On ☐ Side Impact (T-Bone) ☐ Rear-Ended ☐ Other
Safety Devices: ☐ Seatbelt ☐ Unrestrained ☐ Child Safety Seat ☐ Airbag ☐ Helmet ☐ Other Scene - Padre Island drive

**FALL / JUMP TRAUMA** Approximate Height ______ Ft.
Landed on Surface (type) ______ ☐ Police Notified
Comments: ______

**ASSAULT** ☐ Alleged Criminal Assault ☐ Aggravated Assault
☐ Weapon Used: ______ ☐ Police Notified
Comments: ______

**PENETRATING** ☐ GSW ☐ Impalement ☐ Other ______
Distance from Assailant ____ feet # of Wounds ______
Weapon / Description ______ ☐ Police Notified

**THERMAL** ☐ Flame ☐ Chemical ☐ Electrical ☐ Frostbite
☐ Potential Inhalation ☐ Enclosed Space - Length of Exposure
Description ______

**OTHER** (Describe)

## TRANSPORT

**PREHOSPITAL TRANSPORT** ☐ Private Vehicle ☐ Police ☑ Ambulance Co. PIEMS Air/Ground Units #
☑ $O_2$ 15 ☐ Oral Airway ☑ ETT # 8 ☐ Ambu ☐ Other ☑ C-Collar ☑ Backboard ☐ Other ______ ☐ Splint
☐ CPR - Manual / Thumper ☐ Pressure DRSG ☐ Meds ☑ IVS Initiated Total Intake 2,000 cc Estimated Blood Loss 400 cc
Describe ______

**REFERRING FACILITY:** ______ Time Admitted ______ Time Transferred ______

## PRIMARY SURVEY

**AIRWAY**
☐ Patent ☐ Partially Obstructed ☑ Obstructed
☑ Secretions ☐ Foreign Body ☑ Other Blood
☐ Spine precautions maintained by PIEMS

**INTERVENTIONS** ☐ ETT # 8 Oral / Nasal ☐ Nasal Trumpet
☐ Oral Airway ☐ Circothyroidotomy ☐ Tracheostomy Breath Sounds ✓'d
Time ______ by ______ MD ○ Yes ○ No
Comments ______

**BREATHING** ☐ Spontaneous ☐ Labored ☑ Agonal
Trachea: ☐ Midline ☐ Deviated - ○ Right ○ Left
Chest Wall: ☐ WNL ☑ Abn ______
Breath Sounds: Right ☐ WNL ☑ Diminished ☐ Absent
Left ☐ WNL ☑ Diminished ☐ Absent
☐ Sucking Chest Wound ☐ Flail - R L

Time
04 ☑ Breathing Assisted with Bag-Valve Device
[illegible] ☐ Right Thoracostomy Tube Placed Initial Output ______
[illegible] ☐ Left Thoracostomy Tube Placed Initial Output ______
☐ Needle Thoracostomy ○ Right ○ Left
☐ Occlusive Dressing to ______
High Flow $O_2$ Administered by Resp Therapist 15

**CIRCULATION**
Color: ☐ WNL ☐ Pale ☑ Cyanotic ☐ Flushed
Skin: ☐ WNL ☑ Cool ☐ hot ☐ Clammy ☐ Diaphoretic
Pulses: ☐ Present ☐ Absent ☑ Diminished ☑ Thready
Hemorrhage: ☐ None ☑ Gross
☐ Estimated Blood Loss 400 cc

Time
☐ Auto Transfusion Utilized ______ cc
☐ Pressure Dressing to ______
☑ IVS Established (See Intake Record)
☐ Pericardiocentesis ☐ Thoracotomy ☐ CPR Initiated (See CPR Record)
☐ Level 1 Fluid Warmer Utilized ______

**DISABILITY** Neuro: ☐ Alert ☐ Responds to Verbal ☐ Responds to Pain Only ☑ Unresponsive ☐ Loss of Consciousness X ______ Min
Pupils: Right - size 6 ☐ Reactive ☐ Sluggish ☑ Unreactive Left - size 6 ☐ Reactive ☐ Sluggish ☑ Unreactive

A = Abrasion
B = Burn
(D) = Deformity
E = Edema
(H) = Hematoma
(L) = Laceration
P = Pain
W = Wound

Front Back massive facial trauma
Right Left Left Right
D/L/H

2 3 4 5 6 7 8 9

Initials ______ Signature ______ Initials ______ Signature ______

12

HINOJOSA, GASPAR SAENZ
HR# VR092476 SS# 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
ACCT#VR00315011 09/15/01 M 52
06/24/49 Haman, David Grant, DO
VALLEY REGIONAL MED CTR

Page 1

SECONDARY SURVEY

**HEAD AND FACE**

Head: ☐ Normal ☐ Hematoma/Swelling ☐ Deformity ☐ Laceration ☐ Abrasion ☐ Contusion ☐ Loss of Consciousness ☐ Amnesia (Event Retrograde

Describe [illegible]

Eyes: ☐ Normal ☐ Hematoma/Swelling ☐ Deformity ☐ Laceration ☐ Abrasion ☐ Contusion

☐ Raccoon Sign/Battle Sign

Describe

Ears: ☐ Normal ☐ Hematoma/Swelling ☐ Deformity ☐ Laceration ☐ Abrasion ☐ Contusion

☐ Otorrhea Describe

Nose: ☐ Normal ☐ Hematoma/Swelling ☐ Deformity ☐ Laceration ☐ Abrasion ☐ Contusion

☐ Rhinorrhea Describe

Mouth/Throat: ☐ Normal ☐ Hematoma/Swelling ☐ Deformity ☐ Laceration ☐ Abrasion ☐ Contusion ☐ Teeth Malocclusion ☐ Teeth Missing

Maxilla: ☐ Stable ☐ Unstable Mandible: ☐ Stable ☐ Unstable Zygoma: ☐ Stable ☐ Unstable

Describe Orally intubated

**NECK / BACK** ☐ Normal ☐ Hematoma/Swelling ☐ Deformity ☐ Laceration ☐ Abrasion ☐ Contusion ☐ Pain ☐ Limited Motion

☐ JVD Carotid ___ +R ___ +L C-Collar in Place: ☐ Yes ☐ No ☐ N/A ☐ Crepitus Bruit: ___ R ___ L Alignment Precautions:

Describe

**CHEST** ☐ Normal ☐ Hematoma/Swelling ☐ Deformity ☐ Laceration ☐ Abrasion ☐ Contusion ☐ Rib Tenderness ☐ Sternal Tenderness ☐ Seatbelt Mar

Breath Sounds present: ☐ RLL ☐ RUL ☐ LLL ☐ LUL ☐ Subcutaneous Air Location: sternal ☐ Crepitus Location sternal

Describe

**CARDIAC** ☐ NSR ☐ Other Rhythm ☐ Distant Heart Sounds ☐ Abnormal Heart Sounds

Describe Asystole

**ABDOMEN** ☐ Normal ☐ Hematoma/Swelling ☐ Deformity ☐ Laceration ☐ Abrasion ☐ Contusion ☐ Seatbelt Marks ☐ Distension

☐ Tender: ☐ LUQ ☐ RUQ ☐ LLQ ☐ RLQ ☐ Rigid Bowel Sound: ☐ Present ☐ Absent ☐ Scars

Describe Air in belly

**PELVIS / GU** ☐ Normal ☐ Hematoma/Swelling ☐ Deformity ☐ Laceration ☐ Abrasion ☐ Contusion ☐ Tenderness

☐ Blood at Meatus Pelvis: ☐ Stable ☐ Unstable Rectal Exam done: ☐ Yes ☐ No

Genitalia: ☐ Normal ☐ Hematoma/Swelling ☐ Deformity ☐ Laceration ☐ Abrasion ☐ Contusion

Describe

Uterus. LMP N/A ☐ Pregnant ___ weeks Comments:

**EXTREMITIES** ☐ Normal ☐ Hematoma/Swelling ☐ Deformity ☐ Laceration ☐ Abrasion ☐ Contusion ☐ Tenderness Dominant Hand: ☐ Right ☐ Left

Describe open fracture ® lower leg

| Motor Function: ☐ Normal — none | Sensory Function: ☐ Normal — none | Pulses | Radial | Carotid | Femoral | Popliteal | Posterior Tibial | Dorsalis Pedis |
|---|---|---|---|---|---|---|---|---|
| Deficit: ☐ RUE ☐ LUE | Deficit: ☐ RUE ☐ LUE | R+ | 0 | — | 0 | 0 | 0 | 0 |
| ☐ RLE ☐ LLE | ☐ RLE ☐ LLE | L+ | 0 | 0 | 0 | 0 | 0 | 0 |

Time Backboard Removed ___
☐ N/A ☐ Hypothermia Precautions Initiated

Comments:

Wt ___ Kg ☐ Obese ☐ Morbidly Obese

ALLERGIES: ☐ NKA

Past Medical Hx unknown

Past Surgical Hx unknown

Immunocompromised: ☐ Therapy ☐ Asplenic

Victim of Family Violence: ☐ Yes ☐ No

Time of Last Meal

**TETANUS TOXOID**

unknown ☐ Current ☐ .5cc IM Site ___

☐ DT Lot # ___ Time ___

☐ TT Company ___ Exp. Date ___

☐ DPT by ___

**Current Medications:** unknown

☐ Smoker
☐ IV Drug Use
☐ ETOH Intake

**Private Physician:** ☐ Yes ☐ No

**Name:**

**GLASGOW COMA SCALE**

| | | |
|---|---|---|
| EYE OPENING | Spontaneous<br>To Speech<br>To Pain<br>None (circled) | |
| VERBAL | Oriented<br>Confused<br>Inappropriate<br>Incomprehensible<br>None (circled) | Coos and Babbles<br>Irritable Cry<br>Cries to Pain<br>Moans to Pain<br>None (circled) |
| MOTOR | Obeys Commands<br>Localizes<br>Withdraws<br>Flexion<br>Extension<br>None (circled) | Spontaneous Movements<br>Withdraws to Touch<br>Withdraws to Pain<br>Flexion<br>Extension<br>None (circled) |

| A. Resp | | B. Systolic BP | | C. Convert GCS | |
|---|---|---|---|---|---|
| 10 - 24 | 4 | >90 | 4 | 13 - 15 | 4 |
| 25 - 35 | 3 | 70 - 89 | 3 | 9 - 12 | 3 |
| >35 | 2 | 50 - 69 | 2 | 6 - 8 | 2 |
| <10 | 1 | <50 | 1 | 4 - 5 | 1 |
| 0 | 0 | 0 | 0 | 3 - 0 | 0 |

Revised Trauma Score A + B + C =

Initial

PUPILS: 1 HOUR AFTER ADMISSION

R: Size 4 ☐ Reacting ☐ Sluggish ☐ Unreactive

L: Size 4 ☐ Reacting ☐ Sluggish ☐ Unreactive

Initials ___ Signature/Credentials ___

Initials [illegible] Signature/Credentials [illegible signature]

Page 2

PROCEDURES

| Time | Procedure | Outcome / Output | Time | Procedure | Outcome / Output | Time | Procedure | Outcome / Output |
|---|---|---|---|---|---|---|---|---|
| | C-Spine | | | CT ABD | | | Central Line | |
| | Cleared | | | EKG - 12 Lead | | 0355 | Chest Tube | Bilateral CT |
| | CXR | | | Splint/Traction | | 0359 | ETT | by Dr. Wong |
| | Cleared | | 0410 | Foley 18 | yellow 100cc | | | |
| | Pelvis | | | Urine Dip | | | Aortogram | |
| | ABD / KUB | | | LABS | | | IVP/Cystogram | |
| | Extremity | | | Initial Hgb / 1° | | | Other | |
| | Extremity | | | NGT / OGT | | | Other | |
| | CT Head | | | DPL | | | | |

SERVICES

| Service | Name | Time Called | Time Arrived | Service | Name | Time Called | Time Arrived |
|---|---|---|---|---|---|---|---|
| ER Physician | Wong | 0230 | 0317 | Cardiovascular | Zarour | 0230 | 0312 |
| | | | | Thoracic | Zarour | 0230 | 0301 |
| Surgeon | Wong | 0230 | 0300 | Plastics | | | |
| Radiology | called 0230. | | | ENT / OMFS | | | |
| | | | | Cardiology | Dr. Hopkins | 0350 | 0350 |
| CRNA/Anesthesia | Gomez | 0230 | 0301 | Urology | | | |
| | | | | Chaplain | | | |
| | | | | Social Services | | | |
| Respiratory | | | | CPS APC Police (Circle One) | | | |
| | OR crew | 0230 | 0301 | Other: Respiratory | P. Phillips | 0236 | 0301 |

CLOTHING AND VALUABLES CHECKLIST

☐ Shirt ☐ Socks ☐ Belt ☐ Keys ☐ Underwear
☐ Beeper ☐ Pants ☐ Skirt ☐ Dress ☐ Stockings
☐ Coat ☐ Contacts ☐ Glasses ☐ Cashier Envelope #
☐ Dentures ______ ☐ Other Bdrsg & Body

Valuables given to: Security By

DISPOSITION

Patient Disposition: Security Time by

Report Called / Written Time

Person Called

Intake Total ____ cc

Output Total ____ cc

Time

Initials

Color / Amt

OUTPUT RECORD

| Time | Urine | Chest Tubes Right | Chest Tubes Left | NG | Other |
|---|---|---|---|---|---|
| 0355 | | | Dr. Wong | | |
| 0359 | | Dr. Wong | | | |

MEDICATIONS

| Time | Med | Dose | Route | Site | Response | Initials | Time | Med | Dose | Route | Site | Response | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0355 | Epi | 1mg | IV | Ⓡ | asystole | NM | | | | | | | |
| 0355 | Atropine | 1mg | IV | Ⓡ | asystole | NM | | | | | | | |
| 0400 | Epi | 1mg | IV | Ⓡ | asystole | NM | | | | | | | |
| 0400 | Atropine | 1mg | IV | Ⓡ | asystole | NM | | | | | | | |
| 0404 | Epi | 1mg | IV | Ⓡ | asystole | NM | | | | | | | |
| 0404 | Atropine | 1mg | IV | Ⓡ | asystole | NM | | | | | | | |

Initials NM Signature N. McGaughey Initials ______ Signature ______

14

Hinojosa, Gaspar

DOE, ABIE 205/155
MR#VR092476 SS# 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
ACCT#VR00315011 09/15/01 M 36
01/01/65 Haman, David Grant, DO
VALLEY REGIONAL MED CTR

**VALLEY REGIONAL MEDICAL CENTER**
Brownsville, Texas

# TRAUMA NURSING ASSESSMENT

Page 3 of 4

| VITAL SIGNS | | | | | | | | | | | INTAKE RECORDS | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time | GCS | RTS | BP | P | R | Vent Rate | T/V | O2% | T | O2% Sat | Time | IV# | Site | GA | Soln | Vol | Amt Given | Total |
| 0350 | 1 | 0 | 0 | AS | being bagged | | | | | | 0350 | 1 | LAC | 16 | NS | 1000 | 200 | 2[illegible] |
| 0355 | 1 | 0 | 0 | AS | being bagged | | | | | | | 2 | RAC | 16 | NS | 1000 | 400 | 4[illegible] |
| | | | | | | | | | | | 0400 | #1 | LAC | | | 600 | 1000 | 6[illegible] |
| | | | | | | | | | | | | #2 | RA | | | 800 | 800 | 8[illegible] |
| | | | | | | | | | | | | | total | intake | | | | 20[illegible] |

**NURSING NEEDS ASSESSMENT / INTERVENTIONS**

| TIME | PLAN OF CARE / NOTES |
|---|---|
| 0350 | To room 22. arrived CPR progress. diminished breath sounds to (L) side; absent breath sounds on (R) side. being bagged by oral airway. Cardiac monitor showing sinus brady-cardia → Asystole. Dr. Haji, Dr. Wong, Dr Hooten @ bedside; chest tube inserted by Dr Wong on (R) side. Massive facial injuries noted; open fracture to tib/fib; (R) ankle. meds given per protocol, ABG drawn; mouth appear venous. abdomen became distended, pupils fixed. dilated. Receiving IV of NS in (R) and (L) hand wide open, no response to BP: Meds given; |
| 0400 | Code called by Dr. Haji; ——— N. McGowan |

Initials NM Signature N. McGowan Initials ______ Signature ______

Sent By: VALLEY REGIONAL HIM DE 9563507300; Sep-1 -1 10:43AM; Page 3

© 1995-99 T-System, Inc. Circle positives, check normals, backslash negatives.

18 · Valley Regional Medical Center
EMERGENCY PHYSICIAN RECORD
Multiple Trauma (5)

TIME SEEN: 1:50 ROOM: 11 __ EMS arrival
HISTORIAN: __patient __spouse __paramedics
__HX / __EXAM LIMITED BY:

HPI chief complaint: Injury to:

time injury occurred: __yesterday __ __days PTA

where: __home __school __neighbor's __city park __work __street

context:

location of pain/injuries: head face mouth neck chest abdomen back upper mid- lower radiating to R / L thigh / leg

-right- shldr hip arm thigh elbow knee f-arm leg wrist ankle hand foot

-left- shldr hip arm thigh elbow knee f-arm leg wrist ankle hand foot

severity of pain: mild moderate severe

associated symptoms: __lost consciousness / dazed duration: remembers: impact coming to hospital __seizure

ROS □ all systems neg except as marked
__lost feeling/power: arms/legs
__headache
__double vision/hearing loss
__trouble breathing/ chest pain
__nausea/vomiting
__loss of bladder function
__skin laceration
__recent fever/illness

SOCIAL HISTORY __recent ETOH __smoker __drug abuse

PAST HISTORY __negative

Meds- __none / __see nurses note
Allergies- __NKDA / __see nurses note

□ Nurses note reviewed □ Tetanus immun. UTD □ Vital signs reviewed

PHYSICAL EXAM __Alert __Lethargic __Anxious
Distress- __NAD __mild __moderate __severe
Other- c-collar (PTA / in ED) __back-board __IV __splint

HEAD __no evidence of trauma
__see diagram __Battle's sign / Raccoon Eyes

NECK __non-tender __painless ROM __trachea midline
__see diagram __vertebral point-tenderness __muscle spasm / decreased ROM __pain on movement of neck

EYES __PERRL __EOMI
__unequal pupils R __mm L __mm __EOM entrapment / palsy __subconjunctival hemorrhage __pale conjunctivae

ENT __nml external inspection __no dental injury
__hemotympanum __TM obscured by wax __clotted nasal blood __dental injury / malocclusion

RESP & CVS __chest non-tender __breath sounds nml __heart sounds nml
__see diagram (on reverse) __decreased breath sounds __wheezing / rales __splinting / paradoxical movements __tachycardia

ABDOMEN __non-tender __no organomegaly
__see diagram (on reverse) __rebound tenderness __mass / organomegaly __guarding

GENITAL / RECTAL __nml genital exam __nml vaginal exam __nml rectal exam __heme neg. stool
__perineal hematoma __blood at urethral meatus __decreased rectal tone

NEURO / PSYCH __oriented x3 __mood & affect __CN'S nml as tested __sensation & motor nml
__confusion / disorientation __EOM palsy / anisocoria __facial asymmetry __unsteady / ataxic gait __sensory / motor deficit

Reflexes

DOE, ABLE
MR# VR098476 SS# 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
ACCT# VR00315011 09/15/01 M 36
01/01/65 Haman, David Grant, DO
VALLEY REGIONAL MED CTR

Sent By: VALLEY REGIONAL HIM DE 9563507300; Sep-1. 01 10:44AM; Page 4

DEFORMITY

SKIN
__intact
__warm, dry
__see diagram
__crepitus / diaphoresis

BACK
__no CVA tenderness
__no vertebral tenderness
__see diagram
__vertebral point-tenderness
__CVA tenderness
__muscle spasm / limited ROM

EXTREMITIES
__atraumatic
__pelvis stable
__hips non-tender
__no pedal edema
__nml ROM
__see diagram
__bony point-tenderness
__painful / unable to bear weight
__pulse deficit

*Joint Exam:*
__limited ROM / ligaments laxity / joint effusion

L R L R

OPEN FX

T=Tenderness
PT=Point Tenderness
S=Swelling
E=Ecchymosis
L=Laceration
A=Abrasion B=Burn
(Described mild / mod-moderate / s-severe)
Tn = Tenderness on palpation (severe)

CXT notice

PROGRESS:

Discharge Instructions:

__Rx given

XRAYS ☐Interp. by me ☐Reviewed by me ☐Discd w/radiologist

C-Spine D-Spine LS-Spine
__nml / NAD
__no fracture
__nml alignment
__soft tissues nml
__reversal / straightening of cerv. lordosis
__DJD / spondylosis / spurring

CXR
__nml / NAD
__no infiltrates
__nml heart size
__nml mediastinum
__rib fracture
__infiltrate / atelectasis
Pulmonary Contusion (?)

OTHER ☐See separate report

__Discussed with Dr.
will see patient in: office / ED / hospital
__Counseled patient / family regarding: lab results diagnosis need for follow-up
__Admit orders written
__CRIT CARE: 30-74 min / 75-104 min
__Prior records ordered
__Additional history from: family, caretaker, paramedics

## CLINICAL IMPRESSION:

| contusion | | | sprain / strain |
|---|---|---|---|
| head | wrist | R / L | neck dorsal lumbar |
| face | hand | R / L | |
| chest | hip | R / L | concussion |
| abdomen | thigh | R / L | with LOC w/o LOC |
| back | knee | R / L | |
| shoulder R / L | leg | R / L | laceration |
| arm R / L | ankle | R / L | FACIAL |
| elbow R / L | foot | R / L | |
| forearm R / L | | | |

Open Fx (L) Tibia, Fx (R) Hip (?)

DISPOSITION- ☐home ☐admitted ☐transferred
CONDITION- ☐unchanged ☐improved ☐stable

PA / NP / PA
MD / DO

Wound Description/Repair:
length ___ cm location
__superficial __SQ __muscle __linear __stellate __irregular
__clean __contaminated moderately / *heavily
distal NVT: __neuro & vascular status intact __no tendon injury
anesthesia: __local __digital block
__lidoc 1% 2% epi / bicarb __marcaine .25% .5% __LET ___cc
prep:
__Hibiclens / Betadine
__irrigated / washed w/saline *extensively
__explored
__debrided / undermined *extensively
__foreign material removed minimal moderate *extensive
repair: Wound closed with: dermabond / steri-strips
SKIN- # ___-0 nylon / prolene / staples
*SUBCU- # ___-0 vicryl / chromic
*may indicate intermediate repair *may indicate intermediate or complex repair

Multiple Trauma - 18

17

Sent By: VALLEY REGIONAL HIM DE 9563507300; Sep-1_ 01 10:44AM; Page 5

Patient Name: Hinojosa, Gaspar Saenz | Birth Date: 4-24-49 | Age: 52 | Sex: M

Accompanied by: ☐ Family ☐ Self ☐ Parent ☐ Spouse ☐ | Private Doctor | Emergency Dept Physician: LOJ | Pregnant ☐Y ☐N EDC | Gravida Para Ab

Triage Chief Complaint/Nursing Assessment: Disaster / Trauma Code. single car MVA - 2° Bridge collapsed car found hanging on the railing bridge. intubated / CPR in progress in arrival

Other/Specific Med./Surg. Problems

LOC: ☐Y ☐N Duration: unresponsive | Triage Nurse Signature:

Parent/Family Informed: Who: ☐P ☐GP ☐Other | Medications: ☐ See attached sheet ☐ None

Treatment Prior to Arrival: ☐None ☐C-Collar ☐LB-Board ☐Restraints ☐O2 ☐NC ☐Mask ☐ET ☐Litres ☐Immobilized ☐IV Location | Gauge | Site Checked (Patent)

| Time | BP | Pulse | Resp | Temp | Oxm | Eye Opening Infant Adult | Verbal Response Infant | Adult | Best Motor Response | GCS Total | GCS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | see Trauma Flow sheets | | | | | 4. Open | 5. Smiles & Interacts | Oriented | 6. Normal Spontaneous movement, obeys commands | | 13-15 |
| 2 | | | | | | 3. Voice | 4. Consolable | Confused | 5. Localizes Pain / 4. Withdraws | | 9-12 |
| 3 | | | | | | 2. Pain | 3. Cries to pain | Inapp. Words | 3. Abnormal Flexion | | 4-8 |
| 4 | | | | | | 1. None | 2. Moans | Incompre Sounds | 2. Abnormal Extension / 1. None | | <3 |

**Extremities:** ☐N/A ☐Normal ☐MAE Normal ☐Deformity/Swelling ☐Discoloration; Right Pulses Left: Radial, Pedal; ☐Weak ☐Moderate

**Psychosocial:** ☐Uncooperative ☐Cooperative ☐Calm ☐Language Barrier ☐Anxious ☐Other

**Respirations:** ☐Normal ☐Shallow ☐Retracting ☐Tachypnea ☐Labored ☐Deep Airway ☐Patent ☐Obstructed

**Chest:** ☐N/A; Right / Left: Pain, Clear, Wheezes, Rales, Decreased, Absent, Pulse Full & Regular

**Skin:** ☐Normal ☐Pale ☐Ashen ☐Cyanotic ☐Diaphoretic ☐Hot ☐Cool ☐Flushed ☐Jaundiced ☐Clammy

**Pupils:** ☐N/A; Right / Left: Equal, Reactive, Non-Reac, Fixed, Dilated, Pinpoint, Other

**Visual Acuity:** ☐N/A ☐OD ☐OS ☐OU ☐Corrective Lens ☐Corrective Lens ☐Other

**PMH:** ☐HIV ☐TB ☐BTL ☐HYST ☐DM ☐HTN ☐CAD ☐CA ☐Asthma ☐COPD ☐CHF ☐Seizure ☐Other (See Nursing Notes)

**Notifications:** ☐LP ☐Police ☐CPS / APS ☐Animal Control ☐Next of Kin ☐MOT ☐Other; Case #; Refer to: ☐ED Continuation Form ☐Valuables Record ☐Code Blue Form ☐Trauma Flow Sheet; TIME SEEN BY PHYSICIAN

**Initial Physician Contact Called / Paged / Beeped:** ☐PTA ☐Office ☐Exchange @ ____ hrs. 1. 2. 3. Returned Call; Response Time

**Intake:** Oral IV Total; **Output:** Urine Vomit Other Total

**Problem List Potential For:** ☐Alteration in Comfort ☐Impairment of Skin Integrity ☐Knowledge Deficit ☐Impaired Gas Exchange ☐Potential Fluid Volume Deficit ☐Alteration in Cardiac Output ☐Alteration in Mobility ☐Other

**Treatments:** ☐Gowned ☐Blood Drawn @ ___ hr ☐UA Obtained @ ___ hr ☐OCMS ☐Cath ☐Tepid Bath @ ___ hr

☐Monitor Applied ☐Oxygen ☐Restrained ☐Side Rails Up ☐Extremity Elevated ☐Suture Tray Set Up ☐Betadine Soak / Scrub ☐Ice Applied ☐Sterile Dressing ☐Ace Applied ☐Splint Applied ☐NG Inserted ☐Pelvic Exam ☐Eye Irrigation ☐EKG ☐PT Education:

☐X-ray to ___ Returned

**Observations:** ☐Not Applicable ☐Abrasion ☐Laceration ☐Puncture ☐Fracture ☐Dislocation ☐Strain / Sprain ☐First Degree Burn ☐Second Degree Burn ☐Third Degree Burn ☐Pain ☐Contusion

**Additional Physician's Orders** | Time | Route/Site | **Nursing Interventions** Initials | Time | Response

IV:

Medications:

Discharge Diagnosis: Multiple Trauma, Cardiopulmonary Arrest

Time EKG Done:

☐Home ☐Pvt Doctor ☐AMA ☐LWBS @ ___ hr. Date: 9/10/01 | X-Ray / EKG Interpretations:
☐Admitted To:
☐Transferred To: Time: 0710 ☐MOT Done
☐Expired Sent To: Darling Brunner ☐Other

Discharge Instructions: Body release to Darling Brunner representative

Discharged: ☐Ambulatory ☐W/C ☐Carried ☐Stretcher ☐Ambulance CO
Accompanied By: ☐Self ☐Family / Friend ☐Police Officer

18

0110 Body released to [illegible] [illegible] representative [illegible] [illegible] chest tube x2, foley cath. [illegible] shirt, pants, belt & shoes [illegible] [illegible] [illegible] multiple [illegible] [illegible] [illegible]

1. Abrasion
2. Laceration
3. Puncture
4. Fracture
5. Dislocation
6. Sprain / Strain
7. First Degree Burn
8. Second Degree Burn
9. Third Degree Burn
10. Pain

11. Contusion
12. Weakness
13. Decreased Sensation
14. Absent Sensation
15. Edema
16. Decreased Pulse
17. Absent Pulse
18. Paralysis
19. ___
20. ___

ADMITTED:
EQUIPMENT: ☐ Cardiac Monitor ☐ 10
Family Aware of Admission ☐ Yes ☐ No
Report Given To: ___
Present ☐ Yes ☐ No

TRANSFERRED TO ANOTHER FACILITY:
Name of Receiving Facility ___
Report Called ☐ Yes ☐ No To Whom ___
Copies of Records Sent ☐ Yes ☐ No
Signature ___
M.O.T. Completed ☐ Yes ☐ No

| Signature | Initials | Signature | Initials |
|---|---|---|---|
| | | [signature] | |

Home Medications List Continued:

**Valley Regional Medical**

**PROGRESS RECORD**

HINOJOSA, GASPAR SAENZ
MR# VR092476 SS# 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
ACCT#VR00315011 09/15/01 M 52
06/24/49 Haman, David Grant, DO
VALLEY REGIONAL MED CTR

| DATE | Note Progress of Case, Complications, Change in Diagnosis, Condition on Discharge, Instructions to Patient. |
|---|---|
| | Doe A6/8 |
| 9/15/01 | |
| | Middle aged ± 36 ♂ c̄ Multiple Trauma |
| | c̄ open Lt Tibia, Abdominal Abrasions & |
| | Ecchymosis - Forehead Contusion c̄ Hematoma |
| | Intubated c̄ Cranio facial dislocation |
| | Decreased Breath Sounds Lt > Rt |
| | Chest tube placed - Foley - Bladder urine clear |
| | CPR in Progress - |
| | deteriorated to Brady Systolic Cardiac |
| | arrest |
| | No response to Atropine, Epi & fluids |
| | & CPR - |
| | Resuscitation efforts ceased at 4:03 |
| | [signature] MD |

PRINTED BY STANDARD REGISTER U.S.A.

427-099 (8/92)

# PATIENT REPORT

Page 1 of 1
9/15/01
04:00

Valley Regional Medical Center
100 E. Alton Gloor Blvd. #A
Brownsville, TX 78520 (956) 350-7464
Cardiopulmonary Department

| Last Name | Patient ID | Date | Time |
|---|---|---|---|
| DOE | 0000 | 9/15/01 | 03:56 |

| First Name | Sex | Date of Birth |
|---|---|---|
| JOHN #1 | Male | |

Physician Name
LOJI

| Date Drawn | Time Drawn | Accession No. | Type | Operator ID |
|---|---|---|---|---|
| 9/15/01 | 03:55 | 0915:BGXXG | Blood | P. PHILLIPS |

| Source | $F_IO_2$ | Flow | Mode | PEEP | Vt |
|---|---|---|---|---|---|
| Venous | 100.0 | | CODE | | |

| Last Cal Time | Vent Rate | Pressure Supp | Site |
|---|---|---|---|
| 03:31 | | | RF |

BLOOD GAS 37.0°C

| Parameter | Value | | Units | Reference Range |
|---|---|---|---|---|
| pH | 6.956 | ↓ | | 7.350 - 7.450 |
| $pCO_2$ | 79.1 | ↑ | mmHg | 35.0 - 45.0 |
| $pO_2$ | 10.5 | ↓ | mmHg | 80.0 - 100.0 |
| BP | 755 | | mmHg | - |
| $HCO_3^-act$ | 17.2 | | mmol/L | - |
| BEvt | -14.2 | | mmol/L | - |

OXYGEN STATUS

| Parameter | Value | Units | Reference Range |
|---|---|---|---|
| a/A | | | - |

OXYGENATION PARAMETERS

| Parameter | Value | | Units | Reference Range |
|---|---|---|---|---|
| tHb | 7.9 | ↓ | g/dL | 12.0 - 18.0 |
| $sO_2$ | 7.2 | ↓ | % | 94.0 - 100.0 |
| $O_2Hb$ | 7.1 | ↓ | % | 94.0 - 97.0 |
| COHb | 0.9 | | % | 0.5 - 1.5 |
| MetHb | 0.3 | | % | 0.0 - 1.5 |
| HHb | 91.7 | ↑ | % | 0.0 - 5.0 |
| Hct | 23 | ↓ | % | 37 - 50 |

ELECTROLYTES

| Parameter | Value | Units | Reference Range |
|---|---|---|---|
| AnGap | | | - |

HISTORICAL DATA

| Date | Time | pH | | $pCO_2$ | | $pO_2$ | | tHb | | $sO_2$ | | O2SATe | $F_IO_2$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/15/01 | 03:56 | 6.956 | ↓ | 79.1 | ↑ | 10.5 | ↓ | 7.9 | ↓ | 7.2 | ↓ | | 100.0 |

LEGEND

↑ Value above reference range
↓ Value below reference range
↑↑ Value above action range
↓↓ Value below action range
---- ↑↑ Above reporting range
---- ↓↓ Below reporting range

Signature:________________________

21

# Valley Regional Medical Center

DOE, ABLE
MR# VR092476 SS# 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
ACCT#VR00315011 09/15/01 M 36
01/01/65 Haman, David Grant. DO
VALLEY REGIONAL MED CTR

HINOJOSA, GASPAR SAENZ
MR#VR092476 SS# 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
ACCT#VR00315011 09/15/01 M 5
06/24/49 Haman, David Grant. DO
VALLEY REGIONAL MED CTR

## Release of Body Fo

**Appendix A**

**PATIENT DATA**

Name of Patient: Hinojosa Gaspar Saenz Date: 9/15/01
Date of Death: 9/15/01 Time of Death: 0403
Pronounced by: [illegible]

Name / Title of Person Pronouncing

**SPIRITUAL CARE**

Notified Chaplain or Priest Y ☐ N ☒

**ORGAN DONATION**

**Note:** Donor Referral Line **MUST BE NOTIFIED** of all imminent Brain / Cardiac Death Patients. The Telephone Number is: 1-800-275-1744.

Has the Donor Refferal Line been notified? Y ☒ N ☐
Time of notification: 040 Referral Number: 205 1143
Name of agency representative: Maggie
Family was approached by: ∅ (Agency / Representative)
Signature of nurse completing form: [signature]

**AUTOPSY**

Autopsy: Y ☐ N ☒ Permit Signed: Y ☐ N ☐ will be [illegible] Judge [illegible]
Has family been notified of cost, if applicable? Y ☐ N ☐
Justice of Peace Notified Name: Judge Torres Time: 0415 Date: 9/15/01

**VALUABLES**

Disposition of personal valuables: [illegible] + ē body.

**FUNERAL HOME**

Funeral Home Requested: Darling Mouser.
Signature of person receiving valuables:
Funeral Home time notified 0415 Date: 9/15/01
Next of kin relation to patient:
Next of kin signature (if able): per request Judge Torres
At the request of:
Comment if no next of kin signature as to why
Nurse's Signature: [signature]

**FUNERAL HOME ACCEPTANCE OF BODY**

Funeral Director's Signature: [signature]
License # 1115 Date: 09/15/01 Time: 5:14 A.M.
Remarks
Hospital personnel releasing body signature [signature]

**Note: This form to be placed in the Medical Records**

# Valley Regional Medical Center

100 E. Alton Gloor Bldg. A
Brownsville, Texas 78526

Phone: 350-7305 Fax: 350-7300

## FASCIMILE COVER LETTER

Date: 15 SEPT 2001
Page 1 of 13

Name: VALLEY BAPTIST MEDICAL CENTER
Firm: DR MARGIE CORNWELL
Fax: 389 1173

From: 956 3507300 ext:

Message: DR THIS IS ALL WE HAVE EXCEPT EKG'S WHICH YOU SAID NOT TO FAX.

JAD

**Important:** This message is intended for the individual or entity which is addressed and may contain information that is privileged , confidential, and exempt form disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of the communication is in error. Please notify us immediately by telephone and return the original message to is at the address above via US Postal Service

23



Columbia Valley Regional MC

ADMITTING FORM

**PATIENT**

PATIENT NO. VR00315011 · F/C 99 · PATIENT TYPE REG ER · SERVICE DATE

PATIENT NAME HINOJOSA,GASPAR SAENZ · PATIENT PHONE NO 956-000-0000 · MED REC NO. VR092476 · ADMIT DATE 09/15/01 · ADMIT TIME 0347

PATIENT ADDRESS/CITY/STATE/ZIP CODE RT 4 BOX 111-T ALAMO, TX 78516 · SSN 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 · DISCH DATE · DISCH TIME

PATIENT EMPLOYER NONE · OCCUPATION · BIRTH DATE 06241949 · AGE 52 · SEX M · MARITAL S · RELIGION CA · RACE H · SERVICE

EMPLOYER ADDRESS/CIT NONE,NA 99999 · BUSINESS PHONE NO 999-999-9999 · ROOM VR.ER · BED

ADMIT PHYS/PHONE NO Haman,David Grant, DO / 800-893-9698 · REFERRING/FAMILY/OTH Haman,David Grant, DO.

ADMITTING DIAGNOSIS DISASTER

**GUARANTOR**

GUARANTOR NAME HINOJOSA,GASPAR SAENZ · SSN 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 · GUARANTOR REL S · GUARANTOR EMP NONE

STREET ADDRESS RT 4 BOX 111-T · PHONE NO 956-000-0000 · OCCUPATION · BUSINESS PHONE 999-999-9999

CITY, STATE ALAMO,TX · ZIP CODE 78516 · EMPLOYER ADDRESS NONE,NONE,NA 99999

**INSURANCE**

PRIMARY INS COMPANY SELF PAY RT 4 BOX 111-T ALAMO TX 78516 000-0000 · SECONDARY INS CO

PRIMARY SUBSCRIBER NAME HINOJOSA,GASPAR SAENZ · PRIMARY POLICY 450866754 · SECONDARY SUBSCRIBER · SECONDARY POLICY

PRIM. SUBSCRIBER EMP NONE · PRIM GROUP NO NONE · PRIM REL S · SEC SUBSCRIBER EMP · SEC GROUP NO · SEC REL

LOCAL FRIEND/RELATIVE HINOJOSA,MARTIN · LOCAL FRIEND/RELATIVE ADDRESS RT 4 BOX 111-T,ALAMO,TX 78516 · FRIEND/REL PHONE 210-748-2004

EMERGENCY CONTACT HINOJOSA,MARTIN · EMERGENCY PHONE 210-748-2004 · EMERGENCY ADDRESS RT 4 BOX 111-T,ALAMO,TX 78516 · REL TO PT BO

ACCIDENT · ON JOB INJ? · ACCIDENT COMMENT

FINAL DIAGNOSIS (PRIMARY DIAGNOSIS):

SECONDARY DIAGNOSIS OR COMPLICATIONS:

OPERATIVE/NON-OPERATIVE PROCEDURE:

CONSULTANTS:

ACCT#: 
VR00315011

UNIT#: 
VR092476

ADMIT: 09/15/01

24

P. 01

TRANSACTION REPORT

SEP-15-2001 SAT 10:46 AM

RECEIVE

| DATE | START | SENDER | RX TIME | PAGES | TYPE | NOTE |
|---|---|---|---|---|---|---|
| SEP-15 | 10:40 AM | 9563507300 | 5' 19" | 13 | RECEIVE | OK |

DARLING-MOUSER
·FUNERAL·HOME·
2708

DATE: 9/15/01

TIME:

WE ARE TRANSMITTING 2 PAGES (INCLUDING COVER SHEET).

945 PALM BOULEVARD AT MONROE • BROWNSVILLE, TEXAS 78520-6120 • 956-546-7111

TO Dr. Cornwell
Pathology Dept

FROM Judith

We are transmitting from: Fax:956-542-7242

Phone:956-546-7111

If there are any problems in transmission or if we have sent to you in error, please advise. Thank you.

Re: Request for autopsy on Gaspar Saenz Hinojosa

P. 01

TRANSACTION REPORT

SEP-15-2001 SAT 09:42 AM

RECEIVE

| DATE | START | SENDER | RX TIME | PAGES | TYPE | NOTE |
|---|---|---|---|---|---|---|
| SEP-15 | 09:41 AM | 9565427242 | 39" | 2 | RECEIVE | OK |



Valley Baptist Medical Center
Department of Laboratory Medicine
2101 Pease Street
P.O. Box 2588
Harlingen, Texas 78550
(956) 389-1788
Fax: (956) 389-1972

FAX TRANSMISSION COVER SHEET
***CONFIDENTIAL***

Date: 9/15/01

To: Health Information VRMC Diane Clark

Fax: (956) 350-7300

Re: autopsy

Sender: Margie Cornwell

You should receive 2 pages , including this cover sheet. If you do NOT receive all the pages, please call (956) 389-1788 or 1789.

IMPORTANT NOTICE

This message is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under law. If the reader of this message is not the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the United States Postal Service. Thank you.



HINOJOSA,GASPAR SAENZ Haman,David Grant, DO
MR# VR092476 SS# 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
ACCT# VR00315011 ADM/SERVICE: 09/15/01 SEX: M AGE: 52
VALLEY REGIONAL MEDICAL CENTER

09/15/2001 10:08 956542 2 DARLINGMOUSER PAGE 02

Sept. 15, 2001

To: Valley Baptist Medical Center
From: Tony Torres, Justice of the Peace
Re: Autopsy

Request an autopsy be performed on the body of Gaspar Saenz Hinojosa to determine the cause of death.

Pronounced Dead 4:03 A.M.

Respectfully
[signature]
J.P. 2-1

Above person was involved in a motor vehicle accident at the Port Isabel Causeway, where part of the causeway collapse. He sustained a broken leg and trauma to the face.

Morgue-3850
OA-01-0196

82852
1000 09/15
MORGUE-3850
HINOJOSA, GASPAR
AID

MORGUE

OA-01-0196
MR#: MORGUE-3850
DATE: 09/15
HINOJOSA, GASPAR SA

PATHOLOGY
P.O. Drawer 2588
Harlingen, Texas 78551

Lawrence J. Dahm, M.D.
Margie W. Cornwell, M.D.

DeWitt S. Davenport, M.D.
Wm. Eddy, HT, CT(ASCP) CT(IAC)

September 20, 2001

OA-01-0202
MARTINEZ, HECTOR JR
Authorized by: Justice of the Peace
Bennie Ochoa

Date of Autopsy: 09/19/01
Time of Autopsy: 9:30 a.m.
Performed by: Dr. Cornwell
Assisted by: A. Argullin
Witnessed by: None

---

FINAL PRINCIPAL AUTOPSY FINDINGS:

1. No evidence of lethal blunt force trauma.

2. Decomposing young adult male with no significant premorbid disease processes found in gross examination of internal viscera.

3. No suitable body fluid source for routine toxicology; liver tissue frozen for possible toxicology as needed.

FINAL SUMMARY:

This 31-year-old man was the sole occupant found in his vehicle which was driven off the causeway over Laguna Madre following a partial collapse of the bridge, on early Saturday morning, September 15, 2001. The body was in the submerged vehicle, being removed from the bay waters on Tuesday, September 18, 2001. The top of the car had been crushed unto the body of the car by concrete falling from the bridge structure. This information was given by the funeral home staff. With no lethal trauma found to the body, manner of death appears to be accidental drowning.

MWC/nbm
09/20/01

Margie W. Cornwell, M.D.
Pathologist

01

(continued on next page)

GROSS DESCRIPTION:

EXTERNAL EXAMINATION:

The body is a decomposing, bloated, young man having a height of 67 inches and an estimated weight of 150-160 pounds. Essentially all of the skin and soft tissue structures of the face have become distorted with the decomposition. The scalp, however, is intact and has a short to medium length, straight, black hair present. The bones of the face are palpated and there is no indication of any fractures around the eyes, nose or the two jaws. Clothing was present over most of the body surface which has resulted in intact skin but with decompositional discoloration for the chest, abdomen and over the legs. Clothing includes a white cotton T- shirt, collarless, with short sleeves, having the logo of "Amercombie & Finch". There are blue denim jeans. There are cotton Jockey underwear, white cotton socks, and gray tennis shoes. There are no valuables on the body (valuables removed by hospital security on arrival to the morgue on Tuesday, September 18, 2001). Other pocket contents include a package of cigarettes, a cigarette lighter, and a few plastic wrapped candy pieces. Although there has been extensive decomposition to the skin on the arms and hands, there is no evidence for any kind of significant laceration into the soft tissues. No penetrating injury is seen to the extremities and the trunk. The extremities are manipulated and palpated, and there is no evidence of any fractured bone.

INTERNAL EXAMINATION:

The body is opened in the standard fashion and shows 2-3 cm of subcutaneous fat. The chest cavity is examined and shows no evidence of any rib fractures. The lungs have become nearly liquefied tissue and no blood is found in the chest cavities or pooling of bloody fluid for possible toxicology. The heart shows no abnormality to chamber formation or valves. In examining the abdomen, there is no evidence of any retroperitoneal bleeds or hemorrhage. All of the organs have maintained normal intra-abdominal relationship to one another. In particular, the liver is intact with no evidence of fracturing of tissue. Following evisceration, the entire spinal column is palpated and there is no evidence of any fracture. No fracture is noted over the pelvis. The neck organs are also removed and the neck is examined. There is no evidence of soft tissue hemorrhage around the neck organs or any evidence of fracture. There is no increased mobility of the cranium off of the upper cervical vertebrae as anticipated for subluxation of the neck. There is no food found in the stomach. Both the appendix and the gallbladder are present. Organ weights are heart 200 grams, right lung 250 grams, left lung 220 grams, liver 850 grams, spleen 50 grams, right kidney 100 grams, and left kidney 110 grams. The scalp is reflected off of the skull. The skull is completely intact with no evidence of fracture.

(continued on next page)

MISCELLANEOUS:

There are no personal effects are kept in the laboratory. There are no gross photographs. There is no toxicology completed as there is no urine found in the bladder and no significant pool of blood found in the body in the chest cavities. A portion of the liver is to be frozen for possible toxicology as needed.

MICROSCOPIC:

Microscopic tissues have been submitted from the **LUNG, HEART, LIVER AND APPENDIX**. All of these tissues show extensive autolysis with only faint ghost outline to determine the actual tissue source microscopically. Tissue microscopy is noncontributory.

MWC/mlr

Draft of Final

PATHOLOGY
P.O. Drawer 2588
Harlingen, Texas 78551

Lawrence J. Dahm, M.D.
Margie W. Cornwell, M.D.

DeWitt S. Davenport, M.D.
Wm. Eddy, HT, CT(ASCP) CT(IAC)

September 20, 2001

OA-01-0202
MARTINEZ, HECTOR JR
Authorized by: Justice of the Peace Bennie Ochoa

Date of Autopsy: 09/19/01
Time of Autopsy: 9:30 a.m.
Performed by: Dr. Cornwell
Assisted by: A. Argullin
Witnessed by: None

---

FINAL PRINCIPAL AUTOPSY FINDINGS:

1. No evidence of lethal blunt force trauma.

2. Decomposing young adult male with no significant premorbid disease processes found in gross examination of internal viscera.

3. No suitable body fluid source for routine toxicology; liver tissue frozen for possible toxicology as needed.

FINAL SUMMARY:

This 31-year-old man was the sole occupant found in [from] his vehicle which was driven off the causeway over Laguna Madre following a partial collapse of the bridge, on early Saturday morning, September 15, 2001. The body was in the submerged vehicle, being removed ~~on~~ the bay waters on September 18, 2001. The top of the car had been crushed unto the body of the car by concrete falling from the bridge structure. This information was given by the funeral home staff. With no lethal trauma found to the body, manner of death appears to be accidental drowning.

Tuesday

MWC/nbm
09/20/01

Margie W. Cornwell, M.D.
Pathologist

04

(continued on next page)

GROSS DESCRIPTION:

EXTERNAL EXAMINATION:

The body is a decomposing, bloated, young man having a height of 67 inches and an estimated weight of 150-160 pounds. Essentially all of the skin and soft tissue structures of the face have become distorted with the decomposition. The scalp, however, is intact and has a short to medium length, straight, black hair present. The bones of the face are palpated and there is no indication of any fractures around the eyes, nose or the two jaws. Clothing is present over the body surfaces which has resulted in intact skin but with decompositional discoloration for the chest, abdomen and over the legs. Clothing includes a white cotton T-shirt, collarless, with short sleeves, having the logo of "Amercombie & Finch". There are blue denim jeans. There are cotton Jockey underwear, white cotton socks, and gray tennis shoes. There are no valuables on the body (valuables removed by hospital security on arrival to the morgue on Tuesday, September 18, 2001). Other pocket contents include a package of cigarettes, a cigarette lighter, and a few plastic wrapped candy pieces. Although there has been extensive decomposition to the skin on the arms and hands, there is no evidence for any kind of significant laceration into the soft tissues. No penetrating injury is seen to the extremities and the trunk. The extremities are manipulated and palpated, and there is no evidence of any fractured bone.

INTERNAL EXAMINATION:

The body is opened in the standard fashion and shows 2-3 cm of subcutaneous fat. The chest cavity is examined and shows no evidence of any rib fractures. The lungs have become nearly liquefied tissue and no blood is found in the chest cavities or pooling of bloody fluid for possible toxicology. The heart shows no abnormality to chamber formation or valves. In examining the abdomen, there is no evidence of any retroperitoneal bleeds or hemorrhage. All of the organs have maintained normal intra-abdominal relationship to one another. In particular, the liver is intact with no evidence of fracturing of tissue. Following evisceration, the entire spinal column is palpated and there is no evidence of any fracture. No fracture is noted over the pelvis. The neck organs are also removed and the neck is examined. There is no evidence of soft tissue hemorrhage around the neck organs or any evidence of fracture. There is no increased mobility of the cranium off of the upper cervical vertebrae as anticipated for subluxation of the neck. There is no food found in the stomach. Both the appendix and the gallbladder are present. Organ weights are heart 200 grams, right lung 250 grams, left lung 220 grams, liver 850 grams, spleen 50 grams, right kidney 100 grams, and left kidney 110 grams. The scalp is reflected off of the skull. The skull is completely intact with no evidence of fracture.

(continued on next page)

MISCELLANEOUS:

There are no personal effects are kept in the laboratory. There are no gross photographs. There is no toxicology completed as there is no urine found in the bladder and no significant pool of blood found in the body in the chest cavities. A portion of the liver is to be frozen for possible toxicology as needed.

MICROSCOPIC:

Microscopic tissues have been submitted from the **LUNGS, HEART, LIVER** and **APPENDIX ~~AND KIDNEYS~~.** All of these tissues show extensive autolysis with only faint ghost outline to determine the actual tissue source microscopically. Tissue microscopy is noncontributory.

MWC/mlr

93-2057 dictated

OA-01-202
Martinez, Hector Jr
JOP- Bennie Ochoa

September 19, 2001 @ 9:
dissec - Arnold
witness - none

Final Principal Autopsy Findings

A. No evidence of lethal blunt force trauma
B. Decomposing ~~man~~ young adult male with no significant premorbid disease processes ~~seen~~ found in ~~a~~ gross examination of internal viscera
C. No suitable ~~fluid~~ body fluid source for routine toxicology; liver tissue ~~stored~~ frozen for possible toxicology as needed

Causeway Collapse
207296-002061

Summary

This 31 year old man was the sole occupant found in his vehicle which ~~had~~ was driven off the causeway ~~of the~~ over Laguna Madre following a partial collapse of the bridge [on Saturday early Saturday morning, September 15, 2001,]. The body was in the submerged ~~car~~ vehicle being removed on the bay waters on September 18, 2001. ~~This informa~~ The top of the car had been crushed down onto the body of the car by concrete falling from the bridge struc[ture]. This information was given by the funeral home staff. With no lethal trauma found [on] the body, ~~death appears to be~~ manner of death appears to be accidental drowning.



Name Martinez Hector Autopsy no. 9A-01-0202

Age 31 Race W Sex M Date 9/19/01 Diener: Arnold Arguello

Time 9:30 am. Wednesday

Hair: Black

Eyes:

Mouth: no fx teeth dre

Height: 67"

Weight: 150-160

Livor NO Y

Rigor NO Y

Circumcised: No Y

Cm Fat: 2-3

Smell of alcohol: No Y

X-ray: (No) Y

Blood: no pooled blood

Femoral

Heart

No

Urine: (No) Y

Bile: No Y

Tissue for Toxicology: No (Y) liver is frozen

Gross Photos: (No) Y

Clothing: White cotton T Shirt collar short sleeve Abercrombie & Fitch

denim jeans

cotton jockey

white cotton socks

pkg. of cigs

lighter

Causeway Collapse
207296-002062

0A-01-0202
MR#: MORGUE-3856
DATE: 09/19
MARTINEZ,HECTOR JR

recovery on Tuesday

**[HIS]TORY:**

**Witness:** (No) Y **Name:**

**Chain of custody:** (No) Y **Items:**

**HEART:** 200

**RT LUNG:** 250 no rib fx

- axial & appendicular skeleton appear intact

**LT LUNG:** 220

**LIVER:** 850

- no food in stomach

**SPLEEN:** 50

- spinal column intact

**RT KIDNEY:** 100

**LT KIDNEY:** 110

(+) appy
(+) gallbladder

**BRAIN:**

skull intact

H38008
0730 09/19
MORGUE-3856
MARTINEZ,HECTOR
AID

MORGUE

JUSTICE OF THE PEACE

BENNIE OCHOA III
P.O. BOX 1563
302 QUEEN ISABELLA BLVD.
IBC BANK BLDG. 2ND FLOOR
PORT ISABEL, TEXAS 78578
(210) 943 2520

Date: Sept - 14 - 2001

3:00 p.m.
morgue-3856
OA-01-0202

To: Valley Baptist Medical Center
2101 Peace
Harlingen, Texas 78550

Subject: Request for Autopsy

I, Bennie Ochoa III, Justice of the Peace, Pct. 1, Place 1, Cameron County, Texas, do hereby authorize the Representative of said hospital to make a complete examination of the body of the following named deceased with removal of such tissues or organs as may be necessary to determine the cause of death.

Name of deceased: Hector Martinez Jr.

Age: 31 Race: Hispanic

Address: 711 Cisneros Port Isabel, TX

Location where body found: QUEEN ISABELLA CAUSEWAY HIGHWAY 100 INTERCOASTAL CHANNEL

DOB - 11-9-68

Other Information

Bennie Ochoa III, Justice of the Peace
Pct. 1, Place 1
Port Isabel, Texas 78578

(956)389-1920 Pathology
(956)389-1173 Fax

10

PATHOLOGY
P.O. Drawer 2588
Harlingen, Texas 78551

Lawrence J. Dahm, M.D.
Margie W. Cornwell, M.D.

DeWitt S. Davenport, M.D.
Wm. Eddy,HT,CT(ASCP)CT(IAC)

October 2, 2001

OA-01-0205
WELCH,BARRY
Authorized by: Justice of the Peace
Bennie Ochoa

Date of Autopsy: 09/24/01
Time of Autopsy: 2:45 p.m.
Performed by: Dr. L. Dahm
Assisted by: A. Argullin
Witnessed by: none

---

FINAL PRINCIPAL FINDINGS:

1. Drowning.

2. Massive crushing traumatic injuries to trunk and extremities including massive fractures of sternum, ribs, legs, arms, and spine; absence of head and most of neck.

3. Decomposition, moderate to advanced.

OTHER FINDINGS:

1. Numerous, large, multicolored, elaborate tattoos of trunk, back, arms, and thighs.

2. Old, healed left below knee amputation; left calf prosthesis accompanying body.

FINAL SUMMARY:

This 53-year-old man drowned when the car he was traveling in went off the collapsed portion of the Queen Isabella Causeway in the small hours of September 15, 2001. The following afternoon an additional portion of the bridge span collapsed on top of the submerged vehicle, delaying its recovery. The crushing injuries were inflicted at that time; there is no identifiable evidence of major injuries caused by the initial plunge of the car into the water, due to decomposition.

Lawrence J. Dahm, M.D.
Pathologist

JD/nbm/bpc
10/02/01

(continued on next page)

HISTORICAL INFORMATION:

This man's decomposed body was recovered from an automobile buried beneath concrete rubble from a span of the Port Isabel / South Padre Island causeway that collapsed the following afternoon after an initial collapse when the bridge was struck by a barge. This man and his wife were occupying an automobile that went over the bridge shortly after the initial collapse in the small hours of 15 September 2001.

GROSS DESCRIPTION:

EXTERNAL EXAMINATION:

Received in a black body crash bag is the decomposed body of a male whose head, above about the fifth cervical vertebra, is missing. Most of the neck tissues are also missing. The body is clad in a multiply torn, dark colored, coarse weave, short sleeve, front buttoning, upper collar, solid colored, golf-style T-shirt. It is black or navy in color. He also has on solid, dark colored, multiply torn, long trousers of cargo style with front buttoning pockets on the front thighs. The trousers are black or dark olive-gray. In the belt loops is a brown leather belt with a leather covered rectangular buckle. The clothing is removed. In the crash bag with the body is a maroon colored, large, folding, plastic State Farm Insurance brand document wallet for auto insurance papers. There are some folded, deteriorated, small paper insurance documents in the wallet along with three somewhat deteriorated, shiny photos. There are also five U.S. one dollar bills and one U.S. five dollar bill. The wallet and its contents are submitted to Valley Baptist Medical Center Security.

After the clothing is removed, there are found to be innumerable fractures of the torso and the extremities. There are multiple fractures of the distal right upper arm and right forearm. There are multiple fractures in both hands, and the fingers have mostly deteriorated away due to decomposition and marine animal feeding activity. Similarly, there are multiple fractures of the distal left forearm. The rib cage is crushed, with multiple fractures of the ribs and the sternum which are palpable. There are multiple fractures of the upper half of the right calf and there is a compound fracture of the mid left femur. There is an old, healed amputation of the left leg just below the knee, with a plastic and wood prosthesis replacing the left leg. Its distal portion is designed to appear externally like an old-fashioned sailor's peg-leg.

There are no underwear with the body.

Distinguishing marks include numerous large and elaborate, multi-colored tattoos. First there is an enormous, elaborate tattoo of an eagle gripping a red, struggling dragon spread out over the chest anteriorly. On each side of the upper abdomen is a purple whale. There is a black outline stingray of the left lower abdomen and the mid lower abdomen below the umbilicus is depicted a black treasure chest. The right anterior thigh has an elaborate tattoo of a sea creature with green and blue tinting and black outlining. Spread over the left flank and left upper thigh is depicted a mermaid. There is also a large, elaborate tattoo of sea creatures spread over the back and over the left upper arm are red and yellow dragons.

(continued on next page)

On the right arm there is a multicolored tattoo depicting a parrot. Photographs are made of the tattoos of the arms and the trunk. The tattoo of the left arm has the widest range of colors including red, yellow, green, and black.

The trunk up to the exposed cervical vertebra measures 5'6" and the estimated weight in life of this body is felt to have been around 150 pounds. This individual is relatively slightly built. The body does not appear to have been previously circumcised.

INTERNAL EXAMINATION:

The trunk is opened in the usual fashion, confirming the disruption of most of the ribs and the sternum in multiple places. Slight rib cartilage calcification is present. The lungs and heart have mostly disintegrated due to decomposition. The liver, stomach and bowels are still identifiable but the spleen and kidneys have mostly disintegrated. No accumulations of blood or blood clot are found in any body cavity. The stomach is thought to be empty without identifiable pills, food, or foreign substances. The spinal column is fractured in several places in the thoracic and lumbar regions. A segment of the upper lateralmost right lobe of the liver is frozen should toxicology or DNA studies be required subsequently. No identifiable antecedent diseases can be established by autopsy examination.

LJD/mlr

MICROSCOPIC EXAMINATION:

Not done because of advanced decomposition.

PATHOLOGY
P.O. Drawer 2588
Harlingen, Texas 78551

Lawrence J. Dahm, M.D.
Margie W. Cornwell, M.D.

DeWitt S. Davenport, M.D.
Wm. Eddy, HT, CT(ASCP) CT(IAC)

October 2, 2001

OA-01-0206
WELCH, CHEALSA LOUISE
D.O.B. 10/18/77 Age: 23 years
Authorized by: Justice of the Peace
Bennie Ochoa

Date of Autopsy: 09/24/01
Time of Autopsy: 3:20 p.m.
Performed by: Dr. L. Dahm
Assisted by: A. Argullin
Witnessed by: none

---

FINAL PRINCIPAL FINDINGS:

1. Drowning.

2. Massive postmortem crushing traumatic injuries including massive fractures of ribs, sternum, pelvis, arms, legs, lower jaw, and spine.

3. Decomposition, moderate to advanced.

OTHER FINDINGS:

1. Multiple, multicolored tattoos.

2. Pierced ears, twice each.

FINAL SUMMARY:

This 23-year-old woman drowned, in the small hours of September 15, 2001, when the car she was traveling in went off the collapsed portion of the Queen Isabella Causeway. An additional part of the bridge subsequently fell on the submerged car her body was in, the following afternoon. There is no identifiable cranial or truncal injury from the initial plunge into the water, due to decomposition.

Lawrence J. Dahm, M.D.
Pathologist

LJD/nbm/bpc
10/02/01

05-021-01

(continued on next page)

HISTORICAL INFORMATION:

This body was found as one of two occupants in an automobile, which was buried beneath the rubble from an additional span of the Port Isabel South Padre Island causeway, which collapsed the next afternoon after a barge collided with the bridge and collapsed an initial part of it. This woman was an occupant in a car that went over the bridge shortly after the initial collapse in the small hours of the morning of September 15, 2001.

GROSS DESCRIPTION:

EXTERNAL EXAMINATION:

Received in a black body crash bag is the decomposed body of a somewhat tall, Caucasian appearing female whose estimated height is 5 foot 7 inches and estimated weight 160 pounds. The hair is missing from the scalp, but there is some light brown to blond short pubic hair still found in the underwear.

The body is clad in long blue jeans of the Levi's brand of the product line 512 Slim Fit, size 12 regular L. She also has on white or cream color elastic brassiere, white panties, and a white sock is found around the left foot. The clothing is removed. Distinguishing marks include tattoo depicting a purple-outline seahorse with two small circular objects next to it, probably bubbles or perhaps stones. There is another tattoo of the left upper-medial buttock of the name BARRY. Straddling the midline lowest lumbosacral region is a tattoo in an arrangement of marijuana leaves with a black outline and green coloration. The midline upper back depicts a lady with a sword, in black outline with red, and below this the scales of justice. On the left upper back are depicted two bright orange poppies with some green stems and leaves. There is also a long elaborate multicolored tattoo running down the top of the right shoulder and posterior lateral right upper arm of a fish visiting seabed creatures, perhaps anemones. There is another tattoo of a band of blue and green flowers around the upper left ankle. The fingers have mostly decomposed away due to marine animal feeding activity and fracturing. No rings, necklace, other jewelry or earrings can be found and no money comes with body. The lower lobes of both ears are pierced twice each. The eye color cannot be determined due to decomposition.

Evidence of traumatic injury includes massive multiple compound fractures of the lower jaw, but the upper jaw is intact and no additional facial or scalp fractures are found. No skull fractures are found when the remaining scalp tissue is reflected. The rib cage is palpably crushed throughout with multiple palpable fractures of ribs and the sternum. The left pelvis is multiply fractured. There is a fracture of the distal left upper arm and a compound fracture of the mid left forearm. There are multiple fractures of the right forearm and there is a compound fracture of the distal left thigh and the distal left calf through both tibia and fibula. Palpable fractures of the proximal right tibia and distal right thigh are also present.

No surgical scars are identifiable externally.

(continued on next page)

Case 1:01-cv-00157 Document 273-3 Filed in TXSD on 09/30/2004 Page 39 of 40

INTERNAL EXAMINATION:

The trunk is opened in the usual fashion. The abdominal fat pad is about 3 cm thick. The lungs have nearly disintegrated due to decomposition, but the heart, liver, stomach, and bowels are still identifiable. The stomach is empty. No evidence of visceral trauma or accumulations of blood or bloody fluid can be found in any body cavity. All of the ribs are fractured in multiple places, anteriorly, laterally, and posteriorly. There is no rib cartilage calcification. The sternum is prominently fragmented. There is a fracture of the seventh cervical onto first thoracic vertebra. There are multiple lower spinal fractures. The uterus fallopian tubes and ovaries are identifiable. The uterus has normal size and shape and no identifiable corpora lutea are found in the ovaries. The uterine cavity has a normal shape and is empty. No evidence of pregnancy is identified therein.

No antecedent disease or fibrous adhesions are found. The stomach is empty, without evidence of pills, food or foreign substances. The spleen and kidneys appear to have disintegrated due to decomposition. No higher neck fractures are found.

LJD:bpc

MICROSCOPIC EXAMINATION:

Not done because of advanced decomposition.

LJD:bpc

| | |
|---|---|
| RECORDS PERTAIN TO: | BRIDGETTE GOZA |
| RECORDS FROM: | DR. JAIME SILVA |
| CASE/FILE NUMBER: | B-01-157 / B-02-004 IN THE U.S. DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION |
| STYLE: | IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC. |
| DELIVER TO: | MR. RAY MARCHAN<br>WATTS & HEARD<br>1926 E. ELIZABETH<br>BROWNSVILLE, TEXAS 78520 |
| TAXABLE COST: | N/A - COPY |
| PAID FOR BY: | MR. WILL W. PIERSON |
| RECORDS: | MEDICAL |

*SPARKLING CITY RECORDS*

*LITIGATION RECORDS SERVICE*

POST OFFICE BOX 721190
CORPUS CHRISTI, TEXAS 78472-1190
(361) 992-9868 ◊ FAX (361) 992-8313
1-800-283-6796
e-mail – sparkcity@sbcglobal.net