IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | |
| PETITION OF BROWN WATER | § | |
| TOWING I, INC., AS OWNER, AND | § | |
| BROWN WATER MARINE SERVICE | § | |
| INC., AS BAREBOAT CHARTERER | § | CIVIL ACTION NO. B-01-157 |
| THE BROWN WATER V, ITS | § | ADMIRALTY |
| ENGINES, TACKLE, ETC., IN A | § | |
| CAUSE OF EXONERATION FROM | § | |
| OR LIMITATION OF LIABILITY | § | |
| | § | |
| | § | CONSOLIDATED WITH |
| | § | |
| IN RE THE COMPLAINT AND | § | |
| PETITION OF AMERICAN | § | |
| COMMERCIAL LINES LLC AS | § | |
| OWNER, AND AMERICAN | § | CIVIL ACTION NO. B-02-004 |
| COMMERCIAL BARGE LINES, LLC, | § | ADMIRALTY |
| AS CHARTERER OF THE BARGES | § | |
| NM-315, VLB-9182, ACL-9933B, | § | |
| VLB-9173, IN A CAUSE OF | § | |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

**NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS**

To Petitioners
By and through the attorneys of record:

MR. GLEN GOODIER
JONES, WALKER, WAECHTER,
POITEVENT, CARRERE & DENE
201 ST. CHARLES AVE., 48TH FL.
NEW ORLEANS, LOUISIANA 70170-5100

MR. RAYMOND L. THOMAS
KITTLEMAN, THOMAS, RAMIREZ & GONZALEZ
4900-B NORTH 10TH STREET
McALLEN, TEXAS 78504

MR. RAY R. MARCHAN
WATTS & HEARD, L.L.P.
1926 E. ELIZABETH
BROWNSVILLE, TEXAS 78520

MR. GEOFFREY AMSEL
SBC MANAGEMENT SERVICES
1010 N. ST. MARY'S, RM. 1403
SAN ANTONIO, TEXAS 78215

MR. JULIAN RODRIGUEZ, JR.
10113 N. 10TH ST., STE. C
McALLEN, TX 78504

MR. JUAN A. MAGALLANES
MAGALLANES, HINOJOSA & MANCIAS
1713 BOCA CHICA BLVD.
BROWNSVILLE, TEXAS 78520

MR. LESS CASSIDY
CASSIDY & RAUB
1020 BANK OF AMERICA
500 N. WATER STREET
CORPUS CHRISTI, TEXAS 78471

MR. JOHN DAVID FRANZ
LAW OFFICES OF JOHN DAVID FRANZ
400 N. McCOLL
McALLEN, TEXAS 78501

MR. J. CHAD GAUNTT
GAUNTT & KRUPPSTADT
1400 WOODLOCH FOREST DR., STE. 575
THE WOODLANDS, TEXAS 77380

MR. THOMAS E. QUIRK
LAW OFFICE OF AARON & QUIRK
901 N.E. LOOP 410, SUITE 903
SAN ANTONIO, TEXAS 78209-1307

JOHN AND MARY McCOY
514 BROOKSIDE PASS
CEDAR PARK, TEXAS 78613

MS. VERONICA FARIAS
LAW OFFICE OF VERONICA FARIAS
2854 BOCA CHICA BLVD.
BROWNSVILLE, TEXAS 78521

MR. S. MARK STRAWN
AJAMIE, L.L.P.
711 LOUISIANA STREET, SUITE 2150
HOUSTON, TEXAS 77002

MR. RICHARD LEO HARRELL
THE EDWARDS LAW FIRM
802 N. CARANCAHUA, SUITE 1400
P.O. BOX 480
CORPUS CHRISTI, TEXAS 78403-0480

MR. JAMES B. MANLEY
200 N. WILLIAM BARNETT AVE.
PASADENA, TEXAS 77505

MR. HERIBERTO MEDRANO
LAW OFFICES OF HERIBERTO MEDRANO
2009 E. HARRISON AVE., STE. B
HARLINGEN, TEXAS 78550

MR. JIM S. HART
WILLIAMS BAILEY LAW FIRM
8441 GULF FREEWAY, SUITE 600
HOUSTON, TEXAS 77017

MR. JACK F. GILBERT
OFFICE OF THE ATTORNEY GENERAL
TRANSPORTATION DIVISION
P.O. BOX 12548
AUSTIN, TEXAS 78711-2548

MR. GLIFF GARRARD
INDEPENDENCE PLUMBERS SOUTH TEXAS
8602 ROBINDELL DR.
HOUSTON, TEXAS 77074

MR. WILLIAM Q. McMANUS
McMANUS & CRANE
209 W. JUAN LINN
P.O. BOX 2206
VICTORIA, TEXAS 77902-2206

MR. ROBERT AND VIRGINIA FANDRICH
5101 VERDI WAY
STOCKTON, CA 95207

MR. MARK J. SPANSEL
ADAMS & REESE
4500 ONE SHELL SQUARE
NEW ORLEANS, LA 70139

    You will please take notice that after ten (10) days from the service of this notice, a

Notary Public in and for the State of Texas will take the deposition of the following witness (es) by written questions, to be used as evidence in the above-styled and numbered cause of action.

DR. WILLIAM MARK VALVERDE
531 E. ST. FRANCIS
BROWNSVILLE, TX 78521

DR. PAUL LENZ
2300 CENTRAL BLVD.
BROWNSVILLE, TEXAS 78520

DR. DAGOBERTO MARTINEZ
1076 LOS EBANOS
BROWNSVILLE, TEXAS 78520

DR. JAIME SILVA
100 UPTOWN AVE., STE. 100
BROWNSVILLE, TEXAS 78520

DR. WILLIAM HALVARD TORKILDSEN
5505 EXPRESSWAY 77, SUITE 205
HARLINGEN, TEXAS 78550

DR. STEPHANIE GARCIA
202 2ND STREET
PORT ISABEL, TEXAS 78578

Copies of the written questions to be asked are attached hereto. As authorized by rule 31 of the Federal Rules of Civil Procedure, a Subpoena Duces Tecum will be issued requiring the witness(es) to produce the following: COMPLETE AND ENTIRE MEDICAL RECORD INCLUDING PATIENT HISTORY, OFFICE NOTES, HOSPITAL RECORDS, LABORATORY, AND X-RAY FILM REPORTS, NARRATIVE REPORTS, CORRESPONDENCE, AND ANY AND ALL OTHER WRITTEN RECORDS to which the witness may have access pertaining to:

BRIDGETTE GOZA
DOB: 4/9/68
SSN: 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

Respectfully submitted,

SPARKLING CITY RECORDS

POST OFFICE BOX 721190
CORPUS CHRISTI, TEXAS 78472-1190
Tel:  (361) 992-9868
        1-800-283-6796
Fax:  (361) 992-8313

By _____
Catherine Carmany
For:  MR. WILL W. PIERSON
ROYSTON, RAYZOR, VICKERY &
        WILLIAMS
606 N. CARANCAHUA, STE. 1700
CORPUS CHRISTI, TEXAS 78476
FEDERAL BAR NO.:  1931
PHONE:  (361) 884-8808
FAX:  (361) 884-7261
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING
NOTICE OF INTENTION TO TAKE DEPOSITION (S) UPON WRITTEN
INTERROGATORIES HAS BEEN FURNISHED TO COUNSEL VIA FAX OR CERTIFIED
MAIL:

MR. GLEN GOODIER
JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENE
(504) 582-8010

MR. RAYMOND L. THOMAS
KITTLEMAN, THOMAS, RAMIREZ & GONZALEZ
(956) 630-5199

MR. RAY R. MARCHAN
WATTS & HEARD, L.L.P.
(956) 541-0255

MR. GEOFFREY AMSEL
SBC MANAGEMENT SERVICES
(210) 351-3458

MR. JULIAN RODRIGUEZ, JR.
(956) 287-0098

MR. JUAN A. MAGALLANES
MAGALLANES, HINOJOSA & MANCIAS
(956) 544-4290

MR. LESS CASSIDY
CASSIDY & RAUB
(361) 887-6521

MR. JOHN DAVID FRANZ
LAW OFFICES OF JOHN DAVID FRANZ
(956) 686-3578

MR. J. CHAD GAUNTT
GAUNTT & KRUPPSTADT
(281) 367-3705

MR. THOMAS E. QUIRK
LAW OFFICE OF AARON & QUIRK
(210) 820-0214

JOHN AND MARY McCOY
CMRRR # 7002 2410 0003 6792 5743

MS. VERONICA FARIAS
LAW OFFICE OF VERONICA FARIAS
(956) 546-2234

MR. S. MARK STRAWN
AJAMIE, L.L.P.
(713) 860-1699

MR. RICHARD LEO HARRELL
THE EDWARDS LAW FIRM
(361) 698-7614

MR. JAMES B. MANLEY
CMRRR # 7002 2410 0003 6792 5736

MR. HERIBERTO MEDRANO
LAW OFFICES OF HERIBERTO MEDRANO
(956) 428-2495

MR. JIM S. HART
WILLIAMS BAILEY LAW FIRM
(713) 643-6226

MR. JACK F. GILBERT
OFFICE OF THE ATTORNEY GENERAL
TRANSPORTATION DIVISION
(512) 463-2063

MR. GLIFF GARRARD
INDEPENDENCE PLUMBERS SOUTH TEXAS
CMRRR # 7002 2410 0003 6792 5743

MR. WILLIAM Q. McMANUS
McMANUS & CRANE
(361) 575-8454

MR. ROBERT AND VIRGINIA FANDRICH
CMRRR # 7002 2410 0003 6792 5774


WITH ORIGINAL TO FOLLOW BY REGULAR MAIL, ON THIS 12th DAY OF  June, 2004.

Catherine Carmany
SPARKLING CITY RECORDS

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

IN RE THE COMPLAINT AND PETITION OF
BROWNWATER TOWING I, INC., AS OWNER
AND BROWN WATER MARINE SERVICE INC.,
AS BAREBOAT CHARTERER, THE BROWN
WATER V, ITS ENGINES, TACKLE, ETC.,
IN A CAUSE OF EXONERATION FROM OR
LIMITATION OF LIABILITY

### SUBPOENA IN A CIVIL CASE

CASE NUMBER:¹　C.A. NO. B-01-157
CONSOLIDATED WITH
B-02-004

TO: CUSTODIAN OF MEDICAL RECORDS FOR:　DR. JAIME SILVA, 100 UPTOWN AVE.,
SUITE 100, BROWNSVILLE, TEXAS 78520

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): THE COMPLETE AND ENTIRE MEDICAL RECORD INCLUDING PATIENT HISTORY, OFFICE NOTES, HOSPITAL RECORDD, LABORATORY AND X-RAY REPORTS, NARRATIVE REPORTS, CORRESPONDENCE, AND ANY AND ALL OTHER WRITTEN RECORDS PERTAINING TO: BRIDGETTE GOZA, DOB: 4/9/68, SSN: 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.

| PLACE | DATE AND TIME |
|---|---|
| THE ABOVE NAMED PLACE OF BUSINESS | INSTANTER |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | | DATE |
|---|---|---|
| *Catherine Carmany* CATHERINE CARMANY | FOR: MR WILL W. PIERSON ATTY FOR DEFENDANT | AUGUST 12, 2004 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Catherine Carmany, SPARKLING CITY RECORDS, P.O. Box 721190, Corpus Christi,
Texas 78472-1190, (361) 882-9868

AO 88 (Rev. 1/94) Subpoena in a Civil Case

| PROOF OF SERVICE | | |
|---|---|---|
| DATE | PLACE | |
| SERVED AUGUST 12, 2004 | OFFICE OF DR. JAIME SILVA | |

SERVED ON (PRINT NAME)

*Patricia Rivera*
CUSTODIAN OF MEDICAL RECORDS

MANNER OF SERVICE

FAX NO. (956) 546-2035
AND REGULAR MAIL

SERVED BY (PRINT NAME)

Catherine Carmany

TITLE

Notary Public

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ___AUGUST 12, 2004___
DATE

SIGNATURE OF SERVER

P. O. Box 721190
ADDRESS OF SERVER

Corpus Christi, Texas 78472-1190

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in

person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE INC., AS BAREBOAT CHARTERER THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | CIVIL ACTION NO. B-01-157 ADMIRALTY

CONSOLIDATED WITH |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | CIVIL ACTION NO. B-02-004 ADMIRALTY |

DIRECT QUESTIONS TO BE PROPOUNDED TO
THE CUSTODIAN OF MEDICAL RECORDS FOR:

DR. JAIME SILVA
100 UPTOWN AVE., STE. 100
BROWNSVILLE, TEXAS 78520

RECORDS PERTAIN TO: BRIDGETTE GOZA
SSN: 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
DOB: 4/9/68

1.    STATE YOUR NAME, ADDRESS AND OCCUPATION.
ANSWER: Patricia Rivera, 100 B Alton Gloor, Ste 200B, Brownsville, TX 78526 Office Manager

2.    STATE WHETHER OR NOT YOU ARE THE CUSTODIAN OF MEDICAL RECORDS FOR THE ABOVE NAMED PLACE OF BUSINESS.
ANSWER: Yes

3.    STATE WHETHER OR NOT YOU HAVE IN YOUR CUSTODY OR SUBJECT TO YOUR CONTROL THE RECORDS PERTAINING TO THE ABOVE NAMED INDIVIDUAL. Yes
ANSWER: Yes

4.   PLEASE HAND TO THE NOTARY PUBLIC TAKING THIS DEPOSITION A
     COMPLETE COPY OF ALL SUCH RECORDS.   HAVE YOU DONE AS
     REQUESTED?
     ANSWER:   Yes

5.   PLEASE STATE WHETHER OR NOT YOU CAN VERIFY THAT THE RECORDS
     YOU HAVE FURNISHED TO THE NOTARY PUBLIC IN RESPONSE TO THE
     FOREGOING QUESTIONS ARE A COMPLETE AND ACCURATE COPY OF
     THE RECORDS.
     ANSWER:   Yes

6.   PLEASE STATE WHETHER OR NOT THE RECORDS YOU HAVE FURNISHED
     TO THE NOTARY PUBLIC IN RESPONSE TO QUESTION NO. 4 WERE KEPT
     IN THE REGULAR COURSE OF BUSINESS.
     ANSWER:   Yes

7.   PLEASE STATE WHETHER OR  NOT IT WAS IN THE REGULAR COURSE OF
     BUSINESS FOR AN EMPLOYEE OF THE OFFICE, WITH THE PERSONAL
     KNOWLEDGE OF THE ACTS RECORDED TO MAKE THIS RECORD OR TO
     TRANSMIT INFORMATION, WHICH IS INCLUDED IN THIS RECORD.
     ANSWER:   Yes

8.   PLEASE STATE WHETHER OR NOT THE MEDICAL RECORDS YOU HAVE
     FURNISHED TO THE NOTARY PUBLIC IN RESPONSE TO THE FOREGOING
     INQUIRIES WERE MADE AT OR NEAR THE TIME OF THE ACT WHICH IS
     RECORDED, OR REASONABLY SOON THEREAFTER.
     ANSWER:   Yes

x _Patricia Rivera_
WITNESS (CUSTODIAN OF RECORDS)

### CERTIFICATE OF SERVICE

BEFORE ME, THE UNDERSIGNED AUTHORITY, ON THIS DAY PERSONALLY

APPEARED  _Patricia Rivera_ , KNOWN TO ME TO BE THE

PERSON WHOSE NAME IS SUBSCRIBED TO THE FOREGOING INSTRUMENT IN THE

CAPACITY THEREIN STATED, AND ACKNOWLEDGED TO ME THAT THE ANSWERS

TO THE FOREGOING QUESTIONS ARE TRUE AS STATED.  I FURTHER CERTIFY

THAT THE RECORDS ATTACHED HERETO ARE EXACT DUPLICATES OF THE

## ANNUAL HEALTH ASSESSMENT FORM

**Name of Patient** _Brigote Bora_     Date of Birth _4-9-68_

**Male / Female**

**DRUG ALLERGIES**     [ ] NONE   [ ] Penicillin     [ ] Others _____

[ ] Sulfa   [ ] Lidocaine

**MEDICAL HISTORY**     (please circle):     [ ] None

| | | |
|---|---|---|
| Diabetes | High Blood Pressure | Thyroid Problems |
| Angina | High Cholesterol | Lung Disease |
| Arthritis | Previous Heart Attack | Epilepsy |
| Asthma | Depression | Cancer (type) |

other conditions: _____

**SURGICAL HISTORY**     (please circle):     [ ] No previous surgeries

| | | | |
|---|---|---|---|
| Ear Tubes | Cataract Operation | Heart Bypass | Cesarean Section |
| Tonsils | Joint Replacement | Heart Valve | Tubal Ligation |
| Appendix | Thyroid | Spinal Surgery | Colon / Stomach |
| Gallbladder | Hernia Repair | | Prostate |

other surgeries: _____

**FAMILY HISTORY**     (please circle)     Indicate which family member has condition

| | | |
|---|---|---|
| Diabetes | Heart Disease | High Blood Pressure |
| Stroke | Obesity | High Cholesterol |
| Asthma | Cancer | Mental Conditions |

_____

**MEDICATIONS**     (What medications do you take)

_____

**WOMEN'S HEALTH HISTORY:**

How old were when you had your first period? _14_

How old were you when you stopped having periods, completely? _____

Do you have Cramps? _____ Pass clots? _____

How long do your periods last? _5 dw_

Have you ever been pregnant? _NO_   How many times have you been pregnant? _____

Live Births _____ Misscarriages? _____

How old were you with your first pregnancy? _____

Are you using a birth control method? _✓_   What kind? _condom_

Have you had pain or bleeding with sex? _____

Have you ever had a pelvic or vaginal infection? _✓_ Type? _yeast_

Have you had any bleeding that is not during your regular period? _no_

**1**

## ANNUAL HEALTH ASSESSMENT FORM

What is your occupation? _Teacher_     How many years of school did you attend? _College grad._

**PLEASE ADVISE US:**

| | | | | | |
|---|---|---|---|---|---|
| 1. Do you Smoke: | [ ] never | [ ] quit | [ ] Yes | How many packs per day? | _____ |
| 2. Alcohol/Beer | [ ] never | [ ] quit | [ ] Yes | How many drinks per week? | _____ |
| 3. Coffee | [ ] never | [ ] quit | [ ] Yes | Amount? | 2 c/day |
| 4. Marijuana | [ ] never | [ ] quit | [ ] Yes | Amount? | _____ |
| 5. Cocaine | [ ] never | [ ] quit | [ ] Yes | Amount? | _____ |

**GENERAL COMPLAINTS: (please circle all that you currently feel)**

Get tired easily
Generalized Body aches
Fever/chills
Bleeding

Weight Gain or loss
No appetite
Drowsiness
Other _____

**SPECIFIC SYMPTOMS: (please circle all that your currently feel)**

**Eyes**
Pain/itching
tearing
discharge
blurry/double vision

**Ears/Nose/Mouth**
impaired hearing
ear pain
nasal congestion
voice change
goiter
nose bleeds

**Respiratory**
cough
wheezing
blood phlegm
shortness of breath
pain when breathe
lips/nails blue

**Cardiovascular**
chest pain
palpitations
fainting spell
swelling in legs
irregular heart rhythm
pacemaker
murmur
circulation problems

**Endocrine**
frequent urination
thirsty all the time
hungry all the time
weight loss/gain
tremor/shakes

**Musculoskeletal**
joint swelling
joint pain
joint stiffness
prosthetic joint
muscle pain
back pain
muscle weakness
pain that moves

**Gastrointestinal**
heartburn
nausea/vomiting
abdominal pain
diarrhea
constipation
black stools
passing a lot of gas
yellow eyes/skin
blood in stool

**Genitourinary**
painful urination
blood in urine
urgency to urinate
painful sexual relations
discharge
unable to get erection
loss of urine with sneezing/coughing
difficulty starting/stopping stream

**Neuropsychiatric**
vertigo
convulsions
tremors
loss of consciousness
tingling sensations
numbness
depression
anxiety
mood changes
panic attacks
headaches

**Skin/Breast**
redness
lumps
color changes
itching
bruises easily
rash

2

**LOS FRESNOS FAMILY CLINIC**
**PROGRESS NOTE**

**PATIENT:**   Bridgete Goza
**DATE:**      June 24, 2002

**SUBJECTIVE:**   34 year old female here for episodic visit.  Complain of fever and diarrhea for 5 days.  Apptetite is fine.  Immediate abdominal cramping when eats something.  No current medication.  LNMP 1 week ago.

**ALLERGIES: NKDA**

**OBJECTIVE:**
**VITAL SIGNS:**   Temp: 96.8      Wt: 119      BP: 100/58   PR:66   RR:20   Ht: 66
**PHYSICAL EXAM:**
    **HEENT:**          TM's clear, eyes clear, sinuses nontender, nose normal, pharynx clear.
    **Neck:**           Supple; no lymphadenopathy, no thyromegaly.
    **Cardiovascular:**  Regular, S1-S2, no murmur.
    **Lungs:**          Chest moving equally on both sides.  No retraction or stridor.  No wheezing, rhonchi, rales, crackles, or abnormalities noted posteriorly or anteriorly.  Breath sounds are well heard.  No rubs present.
    **Abdomen:**       Normal sounds, soft, nontender, no hepatosplenomegaly, no masses.
    **Skin:**           No lesions of significance.

**ASSESSMENT:**   Infectious diarrhea

**PLAN:**
1. Cipro 500 mg BID for 7 days
2. Lomotil 2 po QID until diarhea controlled
3. BRAT diet
4. RTC 1 week

Regina D. Ortiz, PA-C

cc:   Silva, Jaime L., MD

3

## LOS FRESNOS FAMILY CLINIC
## PROGRESS NOTE

**PATIENT**:   Brigette M. Gora
**DATE**:      March 23, 2001

**SUBJECTIVE**:   32 year old female complain of sorethroat and URI symptoms for 3 days.  No fever.  Current meds include Claritin.  LNMP - 3 weeks ago.

**ALLERGIES: NKDA**

**OBJECTIVE:**
**VITAL SIGNS:**   Temp: 97.7      Wt: 132      BP: 110/66    PR: 78  RR:20
**PHYSICAL EXAM:**
   **HEENT**:           TM's clear, eyes clear,sinuses nontender, nose normal, pharynx injected.
   **Neck**:            Supple; shoddy lymphadenopathy, no thyromegaly.
   **Cardiovascular**:  Regular, S1-S2, no murmur.
   **Lungs**:           Chest moving equally on both sides.  No retraction or stridor.  No wheezing, rhonchi, rales, crackles, or abnormalities noted posteriorly or anteriorly.  Breath sounds are well heard.  No rubs present.
   **Abdomen**:         Normal sounds, soft, nontender, no hepatosplenomegaly, no masses.
   **Skin**:            No lesions of significance.
   GAS - negative

**ASSESSMENT:**   Pharyngitis

**PLAN:**
1.  Z-pack
2.  Entex LA 1 tsp q 8 hrs
3.  RTC if condition persists

Regina D. Ortiz, PA-C

cc:     Silva, Jaime L., MD

4

## *REGINA D. ORTIZ, PA-C*
*Los Fresnos Family Clinic*

**Patient:**    Brigette Gota

**Date:**    October 31, 2000

Ms. Gota called stating that the antibiotic Biaxin prescribed to her has a horrible taste and is making her ill. I explained that this is a normal side effect of this medicine and to take with food to relieve side effect. She does not want to try and wants another antibiotic. Therefore, Biaxin is changed to Bactrim DS BID for 14 days. She will return to the clinic if symtoms persist.

Regina D. Ortiz, PA-C

cc:    Silva, Jaime L., MD

5

## LOS FRESNOS FAMILY CLINIC
## 503 WEST OCEAN BLVD., SUITE A
## LOS FRESNOS, TX 78566

**PATIENT NAME:** Brigette Gota

**DATE:** 24 October 2000

**CC:** Sinus pressure

**HISTORY:** 32 year old female present for first time complaining of headache, facial pressure, dry non-productive cough for 2 weeks. She denies any fever or runny nose. She is currently taking no medication. LNMP 10-10-00.

**PAST MEDICAL HISTORY:** Her past medical history includes:     Negative

**PAST SURGICAL HISTORY:** Her past surgical history includes: Negative

**ALLERGIES:** NKDA

**MEDICATIONS:** None

**SOCIAL HISTORY:** This 34-year-old female denies tobacco and alcholic products.

**FAMILY HISTORY:** Denies any family history

## REVIEW OF SYSTEMS

**HEENT:** Nasal congestion

**CARDIOVASCULAR:** No history of chest pain, either retrosternal of generalized. No history of chest pain radiating in the limbs or up the neck. No history of palpitations, chest pain or exertion. No history of syncope, murmurs, orthopnea, paroxysmal nocturnal dyspnea, or leg cramps. No history of varicose veins, thrombophlebitis, or intermittent claudication. No history of cold feet, edema of the feet, or Raynaud's phenomenon.

**RESPIRATORY:** Cough, wheezing

**GI:** No history of nausea, vomiting, gas, bloating sensation, belching, abdominal pain, dysphagia, hematemesis, or abdominal distention. No history of abdominal masses, food intolerance, jaundice, hepatitis, heartburn, indigestion, antacid use, constipation, diarrhea, melena, or hemorrhoids.

6

**GU/GYN:** No history of urinary burning, dysuria, increased frequency, polyuria, nocturia, or urgency. No history of stress incontinence, obstructive symptoms, kidney stones, blood in the urine, or recurring infections.

**SKIN:** No history of lumps in the skin, rashes, or itching. No burning sensation, dry skin, or oily skin. No history of growths, change in texture. No history of nevus. No history of hair, nail or color changes.

**MUSCULOSKELETAL:** No history of joint or muscle pain, stiffness, limitation of motion, arthritic pain.

**GENERAL:** Tires easily

**PHYSICAL EXAMINATION:**

**VITAL SIGNS:**
   **BLOOD PRESSURE:**   108/60 mmHg   **PULSE:** 66   **RESPIRATION:**    20
      **TEMPERATURE:** 98.4   **WEIGHT:**    127      **HEIGHT:**  66

**GENERAL:** Well-developed, well-nourished 32-year-old woman who appears in no acute distress at the time of the examination. The patient appears alert and oriented times three.

**HEENT:** Postive frontal/maxillary sinus tenderness, small boggy turbinates, yellow nasal discharge, pharynx clear

**NECK:** Neck is supple without masses or adenopathy; no nuchal rigidity. Good carotid up stroke. Negative bruits. Negative venous jugular distention. Thyroid is not palpable.

**HEART:** Regular rate and rhythm without murmurs, clicks, or rubs.

**LUNGS:** Lungs are clear to auscultation. Negative respiratory distress.

**ABDOMEN:** Soft with normal bowel sounds. Negative gross organomegaly noted. No tenderness elicited. Negative rebound.

**EXTREMITIES:** Symmetrical without edema. Distal pulses intact. No sensory or motor deficits noted.

**MUSCULOSKELETAL EXAMINATION:** Examination reveals full range of motion for age. No sensory or motor deficits are noted. No palpable tenderness.

7

RECORDS
PERTAIN TO:          BRIDGETTE GOZA

RECORDS
FROM:               STEPHANIE GARCIA, M.D.

CASE/FILE
NUMBER:             B-01-157 / B-02-004 IN THE U.S. DISTRICT
                    COURT, SOUTHERN DISTRICT OF TEXAS,
                    BROWNSVILLE DIVISION

STYLE:              IN RE THE COMPLAINT AND PETITION OF
                    BROWN WATER  TOWING I, INC.

DELIVER TO:         MR. RAY MARCHAN

                    WATTS & HEARD

                    1926 E. ELIZABETH

                    BROWNSVILLE, TEXAS 78520

TAXABLE COST:       N/A - COPY

PAID FOR BY:        MR. WILL W. PIERSON

RECORDS:            MEDICAL

# *SPARKLING CITY RECORDS*
## *LITIGATION RECORDS SERVICE*

POST OFFICE BOX 60149
CORPUS CHRISTI, TEXAS 78466-0149
(361) 992-9868 ◊ FAX (361) 992-8313
1-800-283-6796
e-mail – sparkcity@sbcglobal.net

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | |
| PETITION OF BROWN WATER | § | |
| TOWING I, INC., AS OWNER, AND | § | |
| BROWN WATER MARINE SERVICE | § | |
| INC., AS BAREBOAT CHARTERER | § | CIVIL ACTION NO. B-01-157 |
| THE BROWN WATER V, ITS | § | ADMIRALTY |
| ENGINES, TACKLE, ETC., IN A | § | |
| CAUSE OF EXONERATION FROM | § | |
| OR LIMITATION OF LIABILITY | § | |
| | § | |
| | § | CONSOLIDATED WITH |
| | § | |
| IN RE THE COMPLAINT AND | § | |
| PETITION OF AMERICAN | § | |
| COMMERCIAL LINES LLC AS | § | |
| OWNER, AND AMERICAN | § | CIVIL ACTION NO. B-02-004 |
| COMMERCIAL BARGE LINES, LLC, | § | ADMIRALTY |
| AS CHARTERER OF THE BARGES | § | |
| NM-315, VLB-9182, ACL-9933B, | § | |
| VLB-9173, IN A CAUSE OF | § | |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

<u>NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS</u>

To Petitioners
By and through the attorneys of record:

MR. GLEN GOODIER
JONES, WALKER, WAECHTER,
POITEVENT, CARRERE & DENE
201 ST. CHARLES AVE., 48TH FL.
NEW ORLEANS, LOUISIANA 70170-5100

MR. RAYMOND L. THOMAS
KITTLEMAN, THOMAS, RAMIREZ & GONZALEZ
4900-B NORTH 10TH STREET
McALLEN, TEXAS 78504

MR. RAY R. MARCHAN
WATTS & HEARD, L.L.P.
1926 E. ELIZABETH
BROWNSVILLE, TEXAS 78520

MR. GEOFFREY AMSEL
SBC MANAGEMENT SERVICES
1010 N. ST. MARY'S, RM. 1403
SAN ANTONIO, TEXAS 78215

MR. JULIAN RODRIGUEZ, JR.
10113 N. 10TH ST., STE. C
McALLEN, TX 78504

MR. JUAN A. MAGALLANES
MAGALLANES, HINOJOSA & MANCIAS
1713 BOCA CHICA BLVD.
BROWNSVILLE, TEXAS 78520

MR. LESS CASSIDY
CASSIDY & RAUB
1020 BANK OF AMERICA
500 N. WATER STREET
CORPUS CHRISTI, TEXAS 78471

MR. JOHN DAVID FRANZ
LAW OFFICES OF JOHN DAVID FRANZ
400 N. McCOLL
McALLEN, TEXAS 78501

MR. J. CHAD GAUNTT
GAUNTT & KRUPPSTADT
1400 WOODLOCH FOREST DR., STE. 575
THE WOODLANDS, TEXAS 77380

MR. THOMAS E. QUIRK
LAW OFFICE OF AARON & QUIRK
901 N.E. LOOP 410, SUITE 903
SAN ANTONIO, TEXAS 78209-1307

JOHN AND MARY McCOY
514 BROOKSIDE PASS
CEDAR PARK, TEXAS 78613

MS. VERONICA FARIAS
LAW OFFICE OF VERONICA FARIAS
2854 BOCA CHICA BLVD.
BROWNSVILLE, TEXAS 78521

MR. S. MARK STRAWN
AJAMIE, L.L.P.
711 LOUISIANA STREET, SUITE 2150
HOUSTON, TEXAS 77002

MR. RICHARD LEO HARRELL
THE EDWARDS LAW FIRM
802 N. CARANCAHUA, SUITE 1400
P.O. BOX 480
CORPUS CHRISTI, TEXAS 78403-0480

MR. JAMES B. MANLEY
200 N. WILLIAM BARNETT AVE.
PASADENA, TEXAS 77505

MR. HERIBERTO MEDRANO
LAW OFFICES OF HERIBERTO MEDRANO
2009 E. HARRISON AVE., STE. B
HARLINGEN, TEXAS 78550

MR. JIM S. HART
WILLIAMS BAILEY LAW FIRM
8441 GULF FREEWAY, SUITE 600
HOUSTON, TEXAS 77017

MR. JACK F. GILBERT
OFFICE OF THE ATTORNEY GENERAL
TRANSPORTATION DIVISION
P.O. BOX 12548
AUSTIN, TEXAS 78711-2548

MR. GLIFF GARRARD
INDEPENDENCE PLUMBERS SOUTH TEXAS
8602 ROBINDELL DR.
HOUSTON, TEXAS 77074

MR. WILLIAM Q. McMANUS
McMANUS & CRANE
209 W. JUAN LINN
P.O. BOX 2206
VICTORIA, TEXAS 77902-2206

MR. ROBERT AND VIRGINIA FANDRICH
5101 VERDI WAY
STOCKTON, CA 95207

MR. MARK J. SPANSEL
ADAMS & REESE
4500 ONE SHELL SQUARE
NEW ORLEANS, LA  70139

You will please take notice that after ten (10) days from the service of this notice, a

Notary Public in and for the State of Texas will take the deposition of the following witness (es) by written questions, to be used as evidence in the above-styled and numbered cause of action.

DR. WILLIAM MARK VALVERDE
531 E. ST. FRANCIS
BROWNSVILLE, TX 78521

DR. PAUL LENZ
2300 CENTRAL BLVD.
BROWNSVILLE, TEXAS 78520

DR. DAGOBERTO MARTINEZ
1076 LOS EBANOS
BROWNSVILLE, TEXAS 78520

DR. JAIME SILVA
100 UPTOWN AVE., STE. 100
BROWNSVILLE, TEXAS 78520

DR. WILLIAM HALVARD TORKILDSEN
5505 EXPRESSWAY 77, SUITE 205
HARLINGEN, TEXAS 78550

DR. STEPHANIE GARCIA
202 2ND STREET
PORT ISABEL, TEXAS 78578

   Copies of the written questions to be asked are attached hereto. As authorized by rule 31 of the Federal Rules of Civil Procedure, a Subpoena Duces Tecum will be issued requiring the witness(es) to produce the following: COMPLETE AND ENTIRE MEDICAL RECORD INCLUDING PATIENT HISTORY, OFFICE NOTES, HOSPITAL RECORDS, LABORATORY, AND X-RAY FILM REPORTS, NARRATIVE REPORTS, CORRESPONDENCE, AND ANY AND ALL OTHER WRITTEN RECORDS to which the witness may have access pertaining to:

     BRIDGETTE GOZA
     DOB: 4/9/68
     SSN: 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

     Respectfully submitted,

     SPARKLING CITY RECORDS

POST OFFICE BOX 721190
CORPUS CHRISTI, TEXAS 78472-1190
Tel: (361) 992-9868
        1-800-283-6796
Fax: (361) 992-8313


By _____
Catherine Carmany
For: MR. WILL W. PIERSON
ROYSTON, RAYZOR, VICKERY &
        WILLIAMS
606 N. CARANCAHUA, STE. 1700
CORPUS CHRISTI, TEXAS 78476
FEDERAL BAR NO.: 1931
PHONE: (361) 884-8808
FAX: (361) 884-7261
Attorney for Defendant


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING
NOTICE OF INTENTION TO TAKE DEPOSITION (S) UPON WRITTEN
INTERROGATORIES HAS BEEN FURNISHED TO COUNSEL VIA FAX OR CERTIFIED
MAIL:

MR. GLEN GOODIER
JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENE
(504) 582-8010

MR. RAYMOND L. THOMAS
KITTLEMAN, THOMAS, RAMIREZ & GONZALEZ
(956) 630-5199

MR. RAY R. MARCHAN
WATTS & HEARD, L.L.P.
(956) 541-0255

MR. GEOFFREY AMSEL
SBC MANAGEMENT SERVICES
(210) 351-3458

MR. JULIAN RODRIGUEZ, JR.
(956) 287-0098

MR. JUAN A. MAGALLANES
MAGALLANES, HINOJOSA & MANCIAS
(956) 544-4290

MR. LESS CASSIDY
CASSIDY & RAUB
(361) 887-6521

MR. JOHN DAVID FRANZ
LAW OFFICES OF JOHN DAVID FRANZ
(956) 686-3578

MR. J. CHAD GAUNTT
GAUNTT & KRUPPSTADT
(281) 367-3705

MR. THOMAS E. QUIRK
LAW OFFICE OF AARON & QUIRK
(210) 820-0214

JOHN AND MARY McCOY
CMRRR # 7002 2410 0003 6792 5743

MS. VERONICA FARIAS
LAW OFFICE OF VERONICA FARIAS
(956) 546-2234

MR. S. MARK STRAWN
AJAMIE, L.L.P.
(713) 860-1699

MR. RICHARD LEO HARRELL
THE EDWARDS LAW FIRM
(361) 698-7614

MR. JAMES B. MANLEY
CMRRR # 7002 2410 0003 6792 5736

MR. HERIBERTO MEDRANO
LAW OFFICES OF HERIBERTO MEDRANO
(956) 428-2495

MR. JIM S. HART
WILLIAMS BAILEY LAW FIRM
(713) 643-6226

MR. JACK F. GILBERT
OFFICE OF THE ATTORNEY GENERAL
TRANSPORTATION DIVISION
(512) 463-2063

MR. GLIFF GARRARD
INDEPENDENCE PLUMBERS SOUTH TEXAS
CMRRR # 7002 2410 0003 6792 5743

MR. WILLIAM Q. McMANUS
McMANUS & CRANE
(361) 575-8454

MR. ROBERT AND VIRGINIA FANDRICH
CMRRR # 7002 2410 0003 6792 5774


WITH ORIGINAL TO FOLLOW BY REGULAR MAIL, ON THIS 12th DAY OF June, 2004.

Catherine Carmany
SPARKLING CITY RECORDS

AO 88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

IN RE THE COMPLAINT AND PETITION OF
BROWNWATER TOWING I, INC., AS OWNER
AND BROWN WATER MARINE SERVICE INC.,
AS BAREBOAT CHARTERER, THE BROWN
WATER V, ITS ENGINES, TACKLE, ETC.,
IN A CAUSE OF EXONERATION FROM OR
LIMITATION OF LIABILITY

## SUBPOENA IN A CIVIL CASE

CASE NUMBER: C.A. NO. B-01-157
CONSOLIDATED WITH
B-02-004

TO: CUSTODIAN OF MEDICAL RECORDS FOR:  DR. STEPHANIE GARCIA, 202 2ND ST.,
PORT ISABEL, TEXAS 78578

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): THE COMPLETE AND ENTIRE MEDICAL RECORD INCLUDING PATIENT HISTORY, OFFICE NOTES, HOSPITAL RECORDD, LABORATORY AND X-RAY REPORTS, NARRATIVE REPORTS, CORRESPONDENCE, AND ANY AND ALL OTHER WRITTEN RECORDS PERTAINING TO:  BRIDGETTE GOZA, DOB: 4/9/68, SSN: 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.

| PLACE | DATE AND TIME |
|---|---|
| THE ABOVE NAMED PLACE OF BUSINESS | INSTANTER |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | | DATE |
|---|---|---|
| *Catherine Carmany* CATHERINE CARMANY | FOR: MR WILL W. PIERSON ATTY FOR DEFENDANT | AUGUST 12, 2004 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Catherine Carmany, SPARKLING CITY RECORDS, P.O. Box 721190, Corpus Christi, Texas 78472-1190, (361) 992-9868

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

AO 88 (Rev. 1/94) Subpoena in a Civil Case

---

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| **SERVED** | AUGUST 12, 2004 | OFFICE OF DR. STEPHANIE GARCIA |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| *Nora Villarreal*<br>CUSTODIAN OF MEDICAL RECORDS | FAX NO. (956) 943-7938 AND REGULAR MAIL |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Catherine Carmany | Notary Public |

---

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ___AUGUST 12, 2004___
　　　　　　　　　　DATE

_(signature)_
SIGNATURE OF SERVER

P. O. Box 721190
ADDRESS OF SERVER

Corpus Christi, Texas  78472-1190

---

**Rule 45, Federal Rules of Civil Procedure, Parts C & D:**

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in

person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

4 IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE INC., AS BAREBOAT CHARTERER THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | CIVIL ACTION NO. B-01-157 ADMIRALTY  CONSOLIDATED WITH |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | CIVIL ACTION NO. B-02-004 ADMIRALTY |

DIRECT QUESTIONS TO BE PROPOUNDED TO
THE CUSTODIAN OF MEDICAL RECORDS FOR:

DR. STEPHANIE GARCIA
202 2ND STREET
PORT ISABEL, TEXAS 78578

RECORDS PERTAIN TO: BRIDGETTE GOZA
SSN: 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
DOB: 4/9/68

1.    STATE YOUR NAME, ADDRESS AND OCCUPATION.
      ANSWER:  Nora Villarreal, medical record, 202 Second St.

2.    STATE WHETHER OR NOT YOU ARE THE CUSTODIAN OF MEDICAL
      RECORDS FOR THE ABOVE NAMED PLACE OF BUSINESS.
      ANSWER:  yes.

3.    STATE WHETHER OR NOT YOU HAVE IN YOUR CUSTODY OR SUBJECT TO
      YOUR CONTROL THE RECORDS PERTAINING TO THE ABOVE NAMED
      INDIVIDUAL.
      ANSWER:  yes

4.  PLEASE HAND TO THE NOTARY PUBLIC TAKING THIS DEPOSITION A COMPLETE COPY OF ALL SUCH RECORDS.   HAVE YOU DONE AS REQUESTED?
    ANSWER: _____Yes_____

5.  PLEASE STATE WHETHER OR NOT YOU CAN VERIFY THAT THE RECORDS YOU HAVE FURNISHED TO THE NOTARY PUBLIC IN RESPONSE TO THE FOREGOING QUESTIONS ARE A COMPLETE AND ACCURATE COPY OF THE RECORDS.
    ANSWER: _____Yes_____

6.  PLEASE STATE WHETHER OR NOT THE RECORDS YOU HAVE FURNISHED TO THE NOTARY PUBLIC IN RESPONSE TO QUESTION NO. 4 WERE KEPT IN THE REGULAR COURSE OF BUSINESS.
    ANSWER: _____Yes_____

7.  PLEASE STATE WHETHER OR  NOT IT WAS IN THE REGULAR COURSE OF BUSINESS FOR AN EMPLOYEE OF THE OFFICE, WITH THE PERSONAL KNOWLEDGE OF THE ACTS RECORDED TO MAKE THIS RECORD OR TO TRANSMIT INFORMATION, WHICH IS INCLUDED IN THIS RECORD.
    ANSWER: _____Yes_____

8.  PLEASE STATE WHETHER OR NOT THE MEDICAL RECORDS YOU HAVE FURNISHED TO THE NOTARY PUBLIC IN RESPONSE TO THE FOREGOING INQUIRIES WERE MADE AT OR NEAR THE TIME OF THE ACT WHICH IS RECORDED, OR REASONABLY SOON THEREAFTER.
    ANSWER: _____Yes_____

x _Nora Villarreal_.
**WITNESS (CUSTODIAN OF RECORDS)**

**CERTIFICATE OF SERVICE**

BEFORE ME, THE UNDERSIGNED AUTHORITY, ON THIS DAY PERSONALLY APPEARED _Nora Villarreal_, KNOWN TO ME TO BE THE PERSON WHOSE NAME IS SUBSCRIBED TO THE FOREGOING INSTRUMENT IN THE CAPACITY THEREIN STATED, AND ACKNOWLEDGED TO ME THAT THE ANSWERS TO THE FOREGOING QUESTIONS ARE TRUE AS STATED.  I FURTHER CERTIFY THAT THE RECORDS ATTACHED HERETO ARE EXACT DUPLICATES OF THE

ORIGINAL RECORDS.

GIVEN UNDER MY HAND AND SEAL OF OFFICE,

THIS _3rd_ DAY OF _September_ , 200_4_ .

_____
NOTARY PUBLIC IN AND FOR THE
STATE OF TEXAS

MY COMMISSION EXPIRES:
_____ 7/29/2004

LUCIA TAPIA
MY COMMISSION EXPIRES
July 29, 2006

```
            PATIENT CHART: VITALS PROBLEMS PROCEDURES & DX        Page: 1
                                                       Date printed: 08/23/04
Name: Brigette Goza                        ID: 57117        Sex: F Age: 36


      Major Problems                   Other Problems

                              09/10/03 F/U .SR
                              09/04/03 F/U TO HEADACHES .
                              09/02/03 HEADACHES . SR
                              03/27/03 IRRITATON TO EYES.
                              05/09/03 NASA CONGESTION .
                              09/22/03 PHONE NOTE
                              09/05/03 RESULTS
                              01/22/04 SICK




      Procedures                       Diagnoses
```

CONFIDENTIALITY STATEMENT
This patient information is confidential.
It is intended for your use only.
Re-disclosure to other parties is prohibited

Vital Signs

| | 01/22/04 | 09/30/03 | 09/10/03 | 09/04/03 | 09/02/03 | 05/09/03 |
|---|---|---|---|---|---|---|
| Height | | | | | | |
| Weight | 134 | 125 | 127 | 128 | 128 | 131 |
| Temp | 97.5 | 96.5 | 97.8 | 98.8 | 97.8 | 98.8 |
| Pulse | 76 | 70 | 70 | 76 | 72 | 98 |
| Systolic | 110 | 110 | 100 | 108 | 110 | 120 |
| Diastol | 68 | 70 | 70 | 70 | 78 | 70 |
| OFC | | | | | | |
| Other | 19 | 20 | 20 | 20 | 20 | 20 |

1

```
        PATIENT CHART: VITALS PROBLEMS PROCEDURES & DX          Page: 2
                                                        Date printed: 08/23/04
Name: Brigette Goza                        ID: 57117        Sex: F Age: 36


        Major Problems                    Other Problems
```

**CONFIDENTIALITY STATEMENT**

This patient information is confidential.
It is intended for your use only.
Re-disclosure to other parties is prohibited

```
        Procedures                        Diagnoses
```

```
Vital Signs

                03/27/03
Height
Weight          128
Temp            98.7
Pulse           80
Systolic        110
Diastol         70
OFC
Other           18
```

2

```
        PATIENT CHART: VITALS PROBLEMS AND MEDICATIONS        Page: 3
                                                Date printed: 08/23/04
Name: Brigette Goza                    ID: 57117      Sex: F Age: 36
```

Allergies or: LATEX EXAM GLOVES
Intolerances

### Current Medications

| Start Date | Medication | Amount | Ref |
|---|---|---|---|
| 09/30/03 | ZYRTEC 10MG 1 TAB QD<br>Prov: PLM L . MCCAMPBELL RN CS-FNP | 30 | 2 |
| 09/30/03 | TERAZOL 7 0.4% 1APP PV QHS<br>Prov: PLM L . MCCAMPBELL RN CS-FNP | 45 GM | 0 |
| 09/30/03 | FLONASE 50MCG 2 SPRAY QD<br>Prov: PLM L . MCCAMPBELL RN CS-FNP | 16GM | 2 |
| 09/30/03 | BUT/ASA/CAF  1 prn<br>Prov: PLM L . MCCAMPBELL RN CS-FNP | | 0 |
| 09/02/03 | ANTIVERT 25MG 1 TAB QID<br>Prov: PLM L . MCCAMPBELL RN CS-FNP | 40 | 0 |
| 09/30/03 | ULTRACET 37.5mg 1-2TAB tid prn<br>Prov: PLM L . MCCAMPBELL RN CS-FNP | 40 | 2 |

CONFIDENTIALITY STATEMENT
This patient information is confidential.
It is intended for your use only.
Re-disclosure to other parties is prohibited

U l    3

```
        PATIENT CHART: VITALS PROBLEMS AND MEDICATIONS        Page: 4
                                                   Date printed: 08/23/04
Name: Brigette Goza                      ID: 57117        Sex: F Age: 36
```

### Medication History

| Start Date | Medication | Amount | Ref |
|---|---|---|---|
| 01/22/04 | HUMIBID-DM 600MG 1 TAB BID for 14 days<br>Prov: PSS SUSAN SIMMONS PA-C | 28TAB | 0 |
| 01/22/04 | AMOXICILLIN 500MG 1 CAP TID for 10 days<br>Prov: PLM L . MCCAMPBELL RN CS-FNP | 21 | 0 |
| 09/30/03 | MOTRIN 400MG 1TAB TID for 10 days<br>Prov: PLM L . MCCAMPBELL RN CS-FNP | 30 | 0 |
| 09/30/03 | HUMIBID LA 600MG 1 TAB BID for 10 days<br>Prov: PLM L . MCCAMPBELL RN CS-FNP | 20 | 0 |
| 09/30/03 | AUGMENTIN 875MG 1 TAB BID for 10 days<br>Prov: PLM L . MCCAMPBELL RN CS-FNP<br>(45MG/KG/D DIV Q12 OM, 25MG/KG/D DIV Q12 OTHER) | 20TAB | 0 |
| 09/10/03 | FIORINAL 325MG 1 TAB Q6H for 5 days<br>Prov: PLM L . MCCAMPBELL RN CS-FNP<br>(325MG ASPIRIN, 50MG BUTALBITAL, 40MG CAFFIENE) | 30 | 0 |
| 09/04/03 | FIORINAL 325MG 1 TAB Q6H for 5 days<br>Prov: PLM L . MCCAMPBELL RN CS-FNP<br>(325MG ASPIRIN, 50MG BUTALBITAL, 40MG CAFFIENE) | 20 | 0 |
| 09/02/03 | PROZAC 20 mg 1 qd<br>Prov: PLM L . MCCAMPBELL RN CS-FNP | | 0 |
| 09/02/03 | HUMIBID LA 600MG 1 TAB BID for 10 days<br>Prov: PLM L . MCCAMPBELL RN CS-FNP | 20 | 0 |
| 09/02/03 | DOXYCYCLINE HYCLATE 100MG 1 BID for 10 days<br>Prov: PLM L . MCCAMPBELL RN CS-FNP | 20 | 0 |
| 05/09/03 | ZITHROMAX 250MG for 5 days<br>Prov: PLM L . MCCAMPBELL RN CS-FNP<br>TAKE TWO CAPSULES NOW THEN TAKE ONE CAPSULE__<br>DAILY FOR FOUR MORE DAYS. TAKE ONE HOUR_____<br>BEFORE OR TWO HOURS AFTER A MEAL. | 6 | 0 |
| 05/09/03 | EFFEXOR XR 75MG 1 TAB QD<br>Prov: PLM L . MCCAMPBELL RN CS-FNP | 30 | 2 |

**CONFIDENTIALITY STATEMENT**
This patient information is confidential.
It is intended for your use only.
Re-disclosure to other parties is prohibited

**4**

```
     PATIENT CHART: VITALS PROBLEMS AND MEDICATIONS          Page: 5
                                               Date printed: 08/23/04
Name: Brigette Goza                   ID: 57117      Sex: F Age: 36
```

## Medication History

| Start Date | Medication | Amount | Ref |
|---|---|---|---|
| 05/09/03 | ATIVAN 1MG 1 TAB TID for 10 days | 30 | 0 |
| | Prov: PLM L . MCCAMPBELL RN CS-FNP | | |
| 03/27/03 | PROZAC 20 mg 1 qd | | 0 |
| | Prov: PJA JULIANN GARZA, PA-C, M.S. | | |

CONFIDENTIALITY STATEMENT
This patient information is confidential.
It is intended for your use only.
Re-disclosure to other parties is prohibited

**5**

PROGRESS NOTES                                              Page: 6
                                              Date printed: 08/23/04
Name: Brigette Goza

                              ID: 57117        SEX:F  AGE: 36

01/22/04
sick                                    **CONFIDENTIALITY STATEMENT**

                                   This patient information is confidential.
LOCATION OF CARE:                      It is intended for your use only.
Port Isabel Health Clinic          Re-disclosure to other parties is prohibited
202 Second St
Port Isabel, TX 78578

HPI: pt states that she is having a sinus infection...states that
she has been having a headache and feels very tired...some cough
with some phlegm yellowish...also with a congested chest...no meds
taken...got the cold 3 weeks ago and is now getting worse...cb

Feels run down with pain to frontal maxillary sinus area.  Having
difficulty sleeping.  Headache from maxillary sinuses and up and
back to occipital area.  No cough and no production of phlegm.

Review of Systems

GEN: No fevers.  Weight changes: None.  Regular exercise:
HEENT: No sore throat. No dizziness.
CV: No chest pain. No shortness of breath. No palpitations.
Resp: yes cough. yes sputum. yellowish
GI: No heartburn. No post prandial pain. No change BM.
GU: No UTI Sx.
MS: No edema. .
Endo/Metabolic:     Follows diet.
Neuro:     No paresis.  No paresthesia.
Skin: No rash.   No new lesion


Bp: 110/68,  Pulse: 76
Temp: 97.5,  Weight: 134

Health Maintenance

Physical Exam

GEN:     Alert oriented.    Adequately hydrated.
HEENT:     Anicteric.   Pharynx clear.   TM'S normal.
Neck:FROM.   No cervical adenopathy.   No JVD.
Chest:   Normal air flow.   No rales. No rhonchi.   No wheeze
Cardiac:
Abdomen:    Soft.    Normal bowel sounds.    Non tender.   No HSM.
M.S.:    No joint tenderness.    No joint swelling.    No edema.
Neuro.:    Grossly normal.     Non lateralizing.
Skin:    No rash.

6

```
PROGRESS NOTES                                        Page: 7
                                    Date printed: 08/23/04
Name: Brigette Goza
                         ID: 57117        SEX:F  AGE: 36
```

Lab/XRay/EKG//

CONFIDENTIALITY STATEMENT
This patient information is confidential.
It is intended for your use only.
Re-disclosure to other parties is prohibited

IMPRESSIONS:   Sinusitis

PLAN
Diagnostics:
RX: Amoxicillin 500mg tid X 10 days
        Humibid-DM 600 mg. 1 tab po bid X 14 days
RTC if no better or worse.
Referral:
F/U:
Diet:
Exercise:
CPT Code:   Est Pt 99213

Rx: AMOXICILLIN 500MG 1 CAP TID for 10 days, 21, Ref: 0


#.    ·    SIGNED BY SUSAN SIMMONS PA-C (PSS)          01/22/04


09/30/03
f/u to headaches .sr


LOCATION OF CARE:
Port Isabel Health Clinic
202 Second St
Port Isabel, TX 78578

HPI: Pt here with acute headaches since last visit. No report of
chest pain , nauseas or vertigo as per pt. Pt also has loss of
appetite everytime headaches are present . Pt feels pressure behind
the neck .sr

has been feeling better but still with headaches ...almost daily
now ...no sinus congetion ..but few days took

never had her ct scan and still having headaches ...no fever ...
but headaches unrelieved by fiorinal ..


Review of Systems

GEN: No fevers.  Weight changes:  Regular exercise:
HEENT: No sore throat. No dizziness.
CV: No chest pain. No shortness of breath. No palpitations.

7

```
PROGRESS NOTES                                          Page: 8
                                       Date printed: 08/23/04
Name: Brigette Goza

                              ID: 57117        SEX:F  AGE: 36
```

Resp: No cough. No sputum.
GI: No heartburn. No post prandial pain. No change BM.
GU: No UTI Sx.
MS: No edema. .
Endo/Metabolic:    Follows diet.
Neuro:    No paresis.  No paresthesia.
Skin: No rash.   No new lesion

CONFIDENTIALITY STATEMENT
This patient information is confidential.
It is intended for your use only.
Re-disclosure to other parties is prohibited

Bp: 110/70,  Pulse: 70
Temp: 96.5,  Weight: 125


Health Maintenance


Physical Exam

GEN:  .  Alert oriented.    Adequately hydrated.
HEENT:    Anicteric.  Pharynx clear.   TM'S normal.
Neck:FROM.   No cervical adenopathy.   No JVD.
some sinus congestion ....
cn2-12 wnl ...perrla eomi
Chest:   Normal air flow.   No rales. No rhonchi.   No wheeze
Cardiac:   Regular rate. No systolic murmur. No S4.
Abdomen:    Soft.   Normal bowel sounds.   Non tender.   No HSM.
M.S.:   No joint tenderness.   No joint swelling.   No edema.
Neuro.:   Grossly normal.    Non lateralizing.
Skin:   No rash.

Lab/XRay/EKG//

IMPRESSIONS:  headahces continue and sch for ct scan ..and also of
sinus call us and let us know when to sch ..
will rx for sinus in the meantime ..now better and ct ok ..neuro
consult
augumentin ..875 mg po bid ..
zyrtec
flonase
ultracet for pain ..
see us 2 weeks appt ...


PLAN
Diagnostics:
RX:
Referral:
```

8

**PROGRESS NOTES**                                          **Page: 9**
                                        Date printed: 08/23/04
Name: Brigette Goza

                            ID: 57117        SEX:F  AGE: 36

F/U:
Diet:                                          **CONFIDENTIALITY STATEMENT**
Exercise:                              This patient information is confidential.
CPT Code:                                  It is intended for your use only.
                                    Re-disclosure to other parties is prohibited

Current Medications:
Rx: ANTIVERT 25MG 1 TAB QID - days, 40, Ref: 0
Rx: MOTRIN 400MG 1TAB TID for 10 days, 30, Ref: 0

Rx: HUMIBID LA 600MG 1 TAB BID for 10 days, 20, Ref: 0
Rx: AUGMENTIN 875MG 1 TAB BID for 10 days, 20TAB, Ref: 0
Rx: ZYRTEC 10MG 1 TAB QD , 30, Ref: 2
Rx: TERAZOL 7 0.4% 1APP PV QHS , 45 GM, Ref: 0
Rx: FLONASE 50MCG 2 SPRAY QD , 16GM, Ref: 2
Rx: BUT/ASA/CAF  1 prn ,  , Ref: 0
Rx: ULTRACET 37.5mg 1-2TAB tid prn, 40, Ref: 2


        #        SIGNED BY L . MCCAMPBELL RN CS-FNP (PLM)    09/30/03


09/22/03
PHONE NOTE

PT CALLED WANTING NURSE TO CALL BACK...CALLED TO NUMBER GIVEN TO
RECEPTIONIST...TEACHER SO IN CLASS LEFT MY NAME AND NUMBER TO CALL
ME BACK...IVY


        #        SIGNED BY IVY GARCIA (PIG)                09/22/03


  09/17/03
DID NOT KEEP APPT.

 Patient did not show on 09/17/03 for an appointment with STEPHANIE H. GARCIA,
M.D.


 #        SIGNED BY STEPHANIE H. GARCIA, M.D. (PSG)    09/29/03