PROGRESS NOTES
Page: 10
Date printed: 08/23/04
Name: Brigette Goza

ID: 57117       SEX:F   AGE: 36

09/10/03
RESULTS

CALLED AND SPOKE TO PT...INFORMED OF WEST NILE RESULTS...IGG
SLIGHLTY ELEVATED SPOKE TO DEPARTMENT OF HEALTH AND INDICATES OLD
EXPOSURE TO WEST NILE...IGM NEGATIVE AND DOES NOT HAVE WEST NILE
NOW....EXPLAINED TO PT...SHE STATES STILL HAVING HEADACHES AND NOW
NECK PAIN...TOLD TO COME IN TODAY AND SEE DR. GARCIA...STATED WILL
BE IN...IVY


#       SIGNED BY IVY GARCIA (PIG)              09/10/03


09/10/03
f/u .sr
psg

CONFIDENTIALITY STATEMENT
This patient information is confidential.
It is intended for your use only.
Re-disclosure to other parties is prohibited

LOCATION OF CARE:
.Port Isabel Health Clinic
202 Second St
Port Isabel, TX 78578

HPI:  Pt here for a f/u headaches . Did not have Ct of head.  Labs
reviewed. Was doing better but awoke with ha today and took
Fiorinal.  HA better, neck pains cont.  Fri was last day of fever
(5 days ago).  Has 2 days left of doxy.  Conts with
Additionally and new problem--Pt also has edema to Rt hand . Pt
accidently stuck herself with a yucca thorn.  Pt has some redness
to Rt hand .sr

Review of Systems
GEN: No fevers. No weight changes. Regular exercise:no
HEENT: No sore throat. No dizziness. Last eye exam:years
CV: No chest pain. No shortness of breath. No palpitations.  Home
BP Readings:n/a
Resp: No cough. No sputum.
GI: No heartburn. No abdominal pain. No change BM.
GU: No UTI Sx.
MS: yes edema. No Back pain ;  No Arthritis pains
Endo/Metabolic:    Follows diet. Home BS Readings:n/a
Neuro:    No numbness.  No paresthesia.
Skin: No rash.   No new lesion

Bp: 100/70,  Pulse: 70
Temp: 97.8,  Weight: 127

Physical Exam

```
PROGRESS NOTES                                    Page: 11
                                 Date printed: 08/23/04
Name: Brigette Goza
                         ID: 57117      SEX:F  AGE: 36
```

GEN:    Alert oriented.    Adequately hydrated.
HEENT:    Anicteric.    Pharynx clear.    TM'S normal.
Neck:FROM.    No cervical adenopathy.    No JVD.
Chest:    Normal air flow.    No rales. No rhonchi.    No wheeze.
Cardiac:    Regular Rate. No systolic murmur. No S4.
Abdomen:    Soft.    Normal bowel sounds.    Non tender.    No HSM.
M.S.:    R hand dorsal swelling.    Mildly red.    No joint
tenderness.    No joint swelling.    No edema.
Neuro.:    Grossly normal.    Non laterizing.
Skin:    No rash.


IMPRESSIONS:
Headaches, improving--still suspect rickettsial disease
RIght hand cellulitis, plant

PLAN
Diagnostics:  reviewed labs with pt
Rx:  finish abx, pnd hand sx, may need to extend course.  Cont fiorinal prn.
Not to work or drive if taking this med.
Referral:  none
F/U:    1 week
Diet:  same
Exercise:  same
Additional Counseling/Management time (10)minutes
CPT Code: 99214


shg


#       SIGNED BY STEPHANIE H. GARCIA, M.D. (PSG)    09/10/03

CONFIDENTIALITY STATEMENT
This patient information is confidential.
It is intended for your use only.
Re-disclosure to other parties is prohibited

09/05/03
results

called and told cbc normal...ig


#       SIGNED BY IVY GARCIA (PIG)              09/05/03

PROGRESS NOTES                                      Page: 12
                                   Date printed: 08/23/04
Name: Brigette Goza

                         ID: 57117        SEX:F   AGE: 36

**09/04/03**
     f/u to headaches .sr

LOCATION OF CARE:                   **CONFIDENTIALITY STATEMENT**
Port Isabel Health Clinic          This patient information is confidential.
202 Second St                         It is intended for your use only.
Port Isabel, TX 78578              Re-disclosure to other parties is prohibited

HPI: Pt here for a f/u to acute headaches . Pt says that she
started having a headache at 3:00 this morning and has not gone
away . No report of vertigo , nauseas or chest pain as per pt. sr

says felt better for one day and then started to feel bad again
with headaches returning ..now and not any better and headaches bad
enough to cry lots of mosquito bites ...but says has had some bites ..
headaches suddenly started again this am ..none yesterday ...
no aching in any of the joints ..but the neck is sore ..and pains
radiating out from the neck to the back ..

no fever ...not yesterday ..no chills ..no nausea or vomiting ..no
diarrhea..

Review of Systems

GEN: No fevers.  Weight changes: None.  Regular exercise:
HEENT: No sore throat. No dizziness.
CV: No chest pain. No shortness of breath. No palpitations.
Resp: No cough. No sputum.
GI: No heartburn. No post prandial pain. No change BM.
GU: No UTI Sx.
MS: No edema. .
Endo/Metabolic:     Follows diet.
Neuro:     No paresis.  No paresthesia.
Skin: No rash.    No new lesion

Bp: 108/70,  Pulse: 76
Temp: 98.8,  Weight: 128

Health Maintenance

Physical Exam

GEN:     Alert oriented.   Adequately hydrated.
HEENT:     Anicteric.  Pharynx clear.  TM'S normal.

**12**

```
PROGRESS NOTES                                        Page: 13
                                      Date printed: 08/23/04
Name: Brigette Goza
                        ID: 57117        SEX:F  AGE: 36
```

Neck:FROM.    No cervical adenopathy.    No JVD.
Chest:    Normal air flow.    No rales. No rhonchi.    No wheeze
Cardiac:    Regular rate. No systolic murmur. No S4.
Abdomen:    Soft.    Normal bowel sounds.    Non tender.    No HSM.
M.S.:    No joint tenderness.    No joint swelling.    No edema.
Neuro.:    Grossly normal.    Non lateralizing.
Skin:    No rash.

neuro checks still normal ..
exam really not different ..
but wrose headaches ..

Lab/XRay/EKG//

IMPRESSIONS:    headaches severe and not getting better ..and
consider ...
these ...consider west nile virus vs tumor .headaches have been
been like this before ..and have been going on for 2 weeks now
..most days ..headaches now at an 8 on scale 1-10 ..tylenol did not
help pain ..

sch for ct scan ..also //
fiorinal ..for headaches ..
and see us monday ..sooner to er with pain ..

west nile today ..cbc and feb aggul pending from before ..


PLAN                          **CONFIDENTIALITY STATEMENT**
Diagnostics:                  This patient information is confidential.
RX:                           It is intended for your use only.
Referral:                     Re-disclosure to other parties is prohibited
F/U:
Diet:
Exercise:
CPT Code:

Rx: FIORINAL 325MG 1 TAB Q6H for 5 days, 20, Ref: 0


#        SIGNED BY L . MCCAMPBELL RN CS-FNP (PLM)    09/04/03
```

13

PROGRESS NOTES                                                Page: 14
                                              Date printed: 08/23/04
Name: Brigette Goza

                                    ID: 57117        SEX:F  AGE: 36

09/02/03
      headaches . sr

                                         **CONFIDENTIALITY STATEMENT**
                                         This patient information is confidential.
                                             It is intended for your use only.
      LOCATION OF CARE:                  Re-disclosure to other parties is prohibited
      Port Isabel Health Clinic
      202 Second St
      Port Isabel, TX 78578

      HPI: Pt here with sinus frontal headaches for 1 week. Pt feels
      pressure to the frontal and maxillary sinuses for 1 week. Pt has
      soreness and stiffines behind neck for 2 days . Pt has off/on
      vertigo for 1 week. No report of bodyaches or chills as per pt. Pt
      says that she travel to mexico and when she came back she had 1 day
      of fever and 3 days of stomach aches . Pt also had diarrhea for 3
      days . sr

      did well in May ..and has been feeling good until about one week
      ago....one week ago started with headache ..and week before this
      was in Mexico in San Miguel for about one week and had fever and
      vomitng and diarrhea ...fever one night and then
      chills then ..and got better ..and 3 days later stomach cramps and
      diarrhea for one day ..and about one week later ..
      headaches ...frontal ...severe in the frontal maxillary ///and
      frontal sinus
no aching in the joints ...and today after taking claritin ..and after
      this about 5 hours felt dizzy and tingling ..and both side ..
      dizzyness  described as lightheaded ..no blackout and no spinning
      ...and some nausea then ..

      stayed at hotel in mexico ..and took dogs at the hotel ......no
      aching in the bones ...stiff neck feels  not now ..
      no meds for the past 24 hours for fever ..
      currently ..headaches ...frontal ..no vision changes ..
      no sore throat ..no runny nose ...no others at home ill ..

      allergy none ...latex
      working los frenos school distrist ..


      Review of Systems

      GEN: No fevers.  Weight changes:  loss #.  Regular exercise:
      HEENT: No sore throat. No dizziness.
      CV: No chest pain. No shortness of breath. No palpitations.        **14**
      Resp: No cough. No sputum.

PROGRESS NOTES                                                Page: 15
                                              Date printed: 08/23/04
Name: Brigette Goza

                              ID: 57117        SEX:F  AGE: 36

GI: No heartburn. No post prandial pain. No change BM.
GU: No UTI Sx.
MS: No edema. .
Endo/Metabolic:    Follows diet.
Neuro:    No paresis.  No paresthesia.
Skin: No rash.   No new lesion


Bp: 110/78,  Pulse: 72
Temp: 97.8,  Weight: 128

CONFIDENTIALITY STATEMENT
This patient information is confidential.
It is intended for your use only.
Re-disclosure to other parties is prohibited

Health Maintenance


Physical Exam

GEN:     Alert oriented.     Adequately hydrated.
HEENT:    Anicteric.   Pharynx clear.   TM'S some fluid worse on
right and head down and  to the side vertigo ..
Neck:FROM.    No cervical adenopathy.   No JVD.
Chest:    Normal air flow.   No rales. No rhonchi.   No wheeze
Cardiac:   Regular rate. No systolic murmur. No S4.
Abdomen:    Soft.   Normal bowel sounds.   Non tender.   No HSM.
M.S.:    No joint tenderness.   No joint swelling.    No edema.
Neuro.:    Grossly normal.    Non lateralizing.
Skin:    No rash.
neuro checks for legs and arms ...are normal ..for the fingers and
toes and normal sharp soft sensation .

Lab/XRay/EKG//

IMPRESSIONS:    headaches ..consider typhus since recently in mexico
but also fluid in ears etc ..
cbc and typhus febril aggulutins today ..
doxycline  100 mg po bid for 10 days ..
humibid ..po bid ..
no work tomorrow ..
antivert 25 mg po qid ..
2 weeks follow up ..
labs to lab one .

PLAN
Diagnostics:
RX:
Referral:
F/U:
Diet:

**15**

```
PROGRESS NOTES                                      Page: 16
                                        Date printed: 08/23/04
Name: Brigette Goza
                              ID: 57117      SEX:F  AGE: 36
```

Exercise:
CPT Code:

Current Medications:
Rx: PROZAC 20 mg 1 qd - days, , Ref: 0
Rx: HUMIBID LA 600MG 1 TAB BID for 10 days, 20, Ref: 0
Rx: DOXYCYCLINE HYCLATE 100MG 1 BID for 10 days, 20, Ref: 0
Rx: PROZAC 20 mg 1 qd , , Ref: 0
Rx: ANTIVERT 25MG 1 TAB QID , 40, Ref: 0


      #         SIGNED BY L . MCCAMPBELL RN CS-FNP (PLM)      09/02/03


      06/02/03
DID NOT KEEP APPT.

Patient did not show on 06/02/03 for an appointment with L . MCCAMPBELL RN
CS-FNP


      #         SIGNED BY L . MCCAMPBELL RN CS-FNP (PLM)      06/16/03


05/09/03
      nasa congestion . sr

CONFIDENTIALITY STATEMENT
This patient information is confidential.
It is intended for your use only.
Re-disclosure to other parties is prohibited

LOCATION OF CARE:
Port Isabel Health Clinic
202 Second St
Port Isabel, TX 78578

HPI: Pt here with nasal congestion , ruuny nose with clear mucus
and post nasal drip for 1 week . Pt feels pressure to maxillary and
frontal sinus for 1 week . Pt feels fatquie for 1 week . Pt also
has mild dry cough for 1 week Pt has a sore throat for 1 week . strep test :

no fever ..
no meds ..none ..rx night time cold meds ..
lmp ...april ..11 ..not pregnant ..

was involved in auto accident from causeway ..nightmares ..from **16**
this still

PROGRESS NOTES                                                  Page: 17
                                              Date printed: 08/23/04
Name: Brigette Goza

                                ID: 57117        SEX:F  AGE: 36

            get counseling for this ..
and taking occ ativan when really bad ..last time refilled was
...over 3 months ago ..


Review of Systems

GEN: No fevers.  Weight changes:  loss #.  Regular exercise:
HEENT: No sore throat. No dizziness.
CV: No chest pain. No shortness of breath. No palpitations.
Resp: No cough. No sputum.
GI: No heartburn. No post prandial pain. No change BM.
GU: No UTI Sx.
MS: No edema. Back Pain:no  ..  Arthritic Pains: .no
Endo/Metabolic:     Follows diet.
Neuro:     No paresis.  No paresthesia.
Skin: No rash.    No new lesion


Bp: 120/70,  Pulse: 98                    CONFIDENTIALITY STATEMENT
Temp: 98.8,  Weight: 131
                                       This patient information is confidential.
                                            It is intended for your use only.
                                       Re-disclosure to other parties is prohibited
Health Maintenance


Physical Exam

GEN:      Alert oriented.     Adequately hydrated.
HEENT:      Anicteric.   Pharynx red/cobblestones     TM'Sfull
Neck:FROM.     No cervical adenopathy.    No JVD.
Chest:    Normal air flow.    No rales. No rhonchi.    No wheeze
Cardiac:    Regular rate. No systolic murmur. No S4.
Abdomen:    Soft.    Normal bowel sounds.    Non tender.    No HSM.
M.S.:    No joint tenderness.    No joint swelling.    No edema.
Neuro.:    Grossly normal.     Non lateralizing.
Skin:    No rash.

Lab/XRay/EKG//

IMPRESSIONS: sinus /allergy
zithromax z pack
allergra d ...samples given ..
see us sooner problems
strep screen neg .

                                                                17

anxiety/depression //post traumatic stress ..taken zoloft and could

PROGRESS NOTES                                                    Page: 18
                                                  Date printed: 08/23/04
Name: Brigette Goza

                                    ID: 57117        SEX:F  AGE: 36

not tolerate ..stop prozac and switch to effexor and see if helps
ok for few ativan ..for panic attacks and see 2 weeks ..

PLAN
Diagnostics:
RX:
Referral:
F/U:                                          CONFIDENTIALITY STATEMENT
Diet:                                     This patient information is confidential.
Exercise:                                     It is intended for your use only.
CPT Code:                                 Re-disclosure to other parties is prohibited


Current Medications:
Rx: PROZAC 20 mg 1 qd - days, , Ref: 0
Rx: ZITHROMAX 250MG for 5 days, 6, Ref: 0
Extended sig exists; see Medication List.
Rx: ATIVAN 1MG 1 TAB TID for 10 days, 30, Ref: 0
Rx: EFFEXOR XR 75MG 1 TAB QD , 30, Ref: 2


#       SIGNED BY L . MCCAMPBELL RN CS-FNP (PLM)      05/09/03


03/27/03
irritaton to eyes. sr

HPI: Pt here with irritation to bilateral eyes for 4 days . Pt has
whitish discharge to eyes has not used any medications or drops..no
history of allergies..no vision changes..no vision pain..denies any
photosensitivity..

 Meds:
                    Current Medications:
Rx: PROZAC 20 mg 1 qd - days, , Ref: 0

 PMH:
(n HTN
(n DM
(n CAD
(n MI
(n Thyroid Disorder
(n High Cholesterol
(n Asthma
(n PUD
n) Kidney Disease
(n Liver Disease                                        **18**
(n Hx UT I

PROGRESS NOTES                                           Page: 19
                                           Date printed: 08/23/04
Name: Brigette Goza

                                 ID: 57117      SEX:F  AGE: 36

---

(n Seizure Disorder
(n Cancer

Hospitalizations: none

FMH
(n DM
n) CAD
(n HTN
(n CA

CONFIDENTIALITY STATEMENT
This patient information is confidential.
It is intended for your use only.
Re-disclosure to other parties is prohibited

SOCIAL HX
(n Tobacco use; if so,
 () PPD X ()Y
(n ETOH
n) Illegal Drugs
(y Employed:

Review of systems

GEN:  No fevers. No weight changes. Regular exercise  yes
HEENT: No sore throat. No dizziness. No vision change
CV:  No chest pain. No DOE. No palpitations.
Resp: No cough. No sputum.
GI:   No heartburn. No post prandial pain. No change BM.
GU:  No UTI Sx.
MS:  No edema. Back pain(n Arthritis pains(n
Endo/Metabolic: Follows diet.  LMP()
Neuro: No paresis. No paresthesia.
Skin: No  rash. No new lesion

Preventative
Last Mammogram: never had one
Last Pap: 2 months ago
Last Tetanus: 4 years ago
Last PSA: n/a

Vital Signs:
Bp: 110/70,  Pulse: 80
Temp: 98.7,  Weight: 128

PHYSICAL EXAM:

EN:     NAD Alert oriented. Adequately hydrated.
HEENT:    Anicteric. Pharynx clear. TM'S normal. Bilateral
conjunctiva mild erythema no discharge noted.. EOM intact without

**19**

PROGRESS NOTES                                                    Page: 20
                                                  Date printed: 08/23/04
Name: Brigette Goza

                                ID: 57117          SEX:F  AGE: 36

difficulties
 No cervical adenopathy. No JVD.
Chest:      Normal air flow. No rales. No rhonchi. No wheeze
Cardiac:    Regular rate. No systolic murmur. No S4.
Abdomen:    Soft. Normal bowel sounds. Non tender. No HSM.
M.S.:       No joint tenderness. No joint swelling. No edema.
Neuro.:     Grossly normal. Non lateralizing.
Skin:       No rash.


ASSESSMENT
Allergic Conjunctivitis                    CONFIDENTIALITY STATEMENT
                                           This patient information is confidential.
                                               It is intended for your use only.
PLAN:                                      ... disclosure to other parties is prohibited
Optivar
Clarinex
Warm compress
RTC 1 week
warning signs with instructions given to pt

Rx: PROZAC 20 mg 1 qd , , Ref: 0


  #       SIGNED BY JULIANN GARZA, PA-C, M.S. (PJA)     03/27/03

```
X-RAY                                                    Page: 1
                                        Date printed: 08/24/04

Name: Brigette Goza

                             ID: 57117        SEX:F  AGE: 36
```

05/05/04
FILM SCREENING MAMMOGRAPHY
LOC PIHC

VBMC

IMPRESSION

No mammographic evidence ot suggest malignancy.

Bruce Berberian, MD


#        SIGNED BY JOANNA ROSSER (MJR)              06/03/04

**CONFIDENTIALITY STATEMENT**
This patient information is confidential.
It is intended for your use only.
Re-disclosure to other parties is prohibited

21

Goza          , Brigette      ID 57117

DOB: 04/09/1966   Sex  F

| | 01/22/04 | 09/30/03 | 09/10/03 | 09/04/03 | 09/02/03 | 05/09/03 | 03/27/03 |
|---|---|---|---|---|---|---|---|
| Height | | | | | | | |
| Weight | 134 | 125 | 127 | 128 | 128 | 131 | 128 |
| Temp | 97.5 | 96.5 | 97.8 | 98.8 | 97.8 | 98.8 | 98.7 |
| Pulse | 78 | 70 | 70 | 76 | 72 | 98 | 80 |
| Systolic | 110 | 110 | 100 | 108 | 110 | 120 | 110 |
| Diastol | 68 | 70 | 70 | 70 | 78 | 70 | 70 |
| OFC | | | | | | | |
| Other | 19 | 20 | 20 | 20 | 20 | 20 | 18 |

## CONFIDENTIALITY STATEMENT

This patient Information is confidential.
It is intended for your use only.
Re-disclosure to other parties is prohibited

Date.08/24/04    Page 1

22

| | |
|---|---|
| **RECORDS PERTAIN TO:** | **BRIDGETTE GOZA** |
| **RECORDS FROM:** | **DR. PAUL LENZ, M.D.** |
| **CASE/FILE NUMBER:** | **B-01-157 / B-02-004 IN THE U.S. DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION** |
| **STYLE:** | **IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC.** |
| **DELIVER TO:** | **MR. RAY MARCHAN** |
| | **WATTS & HEARD** |
| | **1926 E. ELIZABETH** |
| | **BROWNSVILLE, TEXAS 78520** |
| **TAXABLE COST:** | **N/A - COPY** |
| **PAID FOR BY:** | **MR. WILL W. PIERSON** |
| **RECORDS:** | **MEDICAL** |

# *SPARKLING CITY RECORDS*
## *LITIGATION RECORDS SERVICE*

**POST OFFICE BOX 721190
CORPUS CHRISTI, TEXAS 78472-1190
(361) 992-9868 ◊ FAX (361) 992-8313
1-800-283-6796
e-mail – sparkcity@sbcglobal.net**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | |
| PETITION OF BROWN WATER | § | |
| TOWING I, INC., AS OWNER, AND | § | |
| BROWN WATER MARINE SERVICE | § | |
| INC., AS BAREBOAT CHARTERER | § | CIVIL ACTION NO. B-01-157 |
| THE BROWN WATER V, ITS | § | ADMIRALTY |
| ENGINES, TACKLE, ETC., IN A | § | |
| CAUSE OF EXONERATION FROM | § | |
| OR LIMITATION OF LIABILITY | § | |
| | § | |
| | § | CONSOLIDATED WITH |
| | § | |
| IN RE THE COMPLAINT AND | § | |
| PETITION OF AMERICAN | § | |
| COMMERCIAL LINES LLC AS | § | |
| OWNER, AND AMERICAN | § | CIVIL ACTION NO. B-02-004 |
| COMMERCIAL BARGE LINES, LLC, | § | ADMIRALTY |
| AS CHARTERER OF THE BARGES | § | |
| NM-315, VLB-9182, ACL-9933B, | § | |
| VLB-9173, IN A CAUSE OF | § | |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

<u>NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS</u>

To Petitioners
By and through the attorneys of record:

MR. GLEN GOODIER
JONES, WALKER, WAECHTER,
POITEVENT, CARRERE & DENE
201 ST. CHARLES AVE., 48TH FL.
NEW ORLEANS, LOUISIANA 70170-5100

MR. RAYMOND L. THOMAS
KITTLEMAN, THOMAS, RAMIREZ & GONZALEZ
4900-B NORTH 10TH STREET
McALLEN, TEXAS 78504

MR. RAY R. MARCHAN
WATTS & HEARD, L.L.P.
1926 E. ELIZABETH
BROWNSVILLE, TEXAS 78520

MR. GEOFFREY AMSEL
SBC MANAGEMENT SERVICES
1010 N. ST. MARY'S, RM. 1403
SAN ANTONIO, TEXAS 78215

MR. JULIAN RODRIGUEZ, JR.
10113 N. 10TH ST., STE. C
McALLEN, TX 78504

MR. JUAN A. MAGALLANES
MAGALLANES, HINOJOSA & MANCIAS
1713 BOCA CHICA BLVD.
BROWNSVILLE, TEXAS 78520

MR. LESS CASSIDY
CASSIDY & RAUB
1020 BANK OF AMERICA
500 N. WATER STREET
CORPUS CHRISTI, TEXAS 78471

MR. JOHN DAVID FRANZ
LAW OFFICES OF JOHN DAVID FRANZ
400 N. McCOLL
McALLEN, TEXAS 78501

MR. J. CHAD GAUNTT
GAUNTT & KRUPPSTADT
1400 WOODLOCH FOREST DR., STE. 575
THE WOODLANDS, TEXAS 77380

MR. THOMAS E. QUIRK
LAW OFFICE OF AARON & QUIRK
901 N.E. LOOP 410, SUITE 903
SAN ANTONIO, TEXAS 78209-1307

JOHN AND MARY McCOY
514 BROOKSIDE PASS
CEDAR PARK, TEXAS 78613

MS. VERONICA FARIAS
LAW OFFICE OF VERONICA FARIAS
2854 BOCA CHICA BLVD.
BROWNSVILLE, TEXAS 78521

MR. S. MARK STRAWN
AJAMIE, L.L.P.
711 LOUISIANA STREET, SUITE 2150
HOUSTON, TEXAS 77002

MR. RICHARD LEO HARRELL
THE EDWARDS LAW FIRM
802 N. CARANCAHUA, SUITE 1400
P.O. BOX 480
CORPUS CHRISTI, TEXAS 78403-0480

MR. JAMES B. MANLEY
200 N. WILLIAM BARNETT AVE.
PASADENA, TEXAS 77505

MR. HERIBERTO MEDRANO
LAW OFFICES OF HERIBERTO MEDRANO
2009 E. HARRISON AVE., STE. B
HARLINGEN, TEXAS 78550

MR. JIM S. HART
WILLIAMS BAILEY LAW FIRM
8441 GULF FREEWAY, SUITE 600
HOUSTON, TEXAS 77017

MR. JACK F. GILBERT
OFFICE OF THE ATTORNEY GENERAL
TRANSPORTATION DIVISION
P.O. BOX 12548
AUSTIN, TEXAS 78711-2548

MR. GLIFF GARRARD
INDEPENDENCE PLUMBERS SOUTH TEXAS
8602 ROBINDELL DR.
HOUSTON, TEXAS 77074

MR. WILLIAM Q. McMANUS
McMANUS & CRANE
209 W. JUAN LINN
P.O. BOX 2206
VICTORIA, TEXAS 77902-2206

MR. ROBERT AND VIRGINIA FANDRICH
5101 VERDI WAY
STOCKTON, CA 95207

MR. MARK J. SPANSEL
ADAMS & REESE
4500 ONE SHELL SQUARE
NEW ORLEANS, LA  70139

You will please take notice that after ten (10) days from the service of this notice, a

Notary Public in and for the State of Texas will take the deposition of the following witness (es) by written questions, to be used as evidence in the above-styled and numbered cause of action.

DR. WILLIAM MARK VALVERDE
531 E. ST. FRANCIS
BROWNSVILLE, TX 78521

DR. PAUL LENZ
2300 CENTRAL BLVD.
BROWNSVILLE, TEXAS 78520

DR. DAGOBERTO MARTINEZ
1076 LOS EBANOS
BROWNSVILLE, TEXAS 78520

DR. JAIME SILVA
100 UPTOWN AVE., STE. 100
BROWNSVILLE, TEXAS 78520

DR. WILLIAM HALVARD TORKILDSEN
5505 EXPRESSWAY 77, SUITE 205
HARLINGEN, TEXAS 78550

DR. STEPHANIE GARCIA
202 2ND STREET
PORT ISABEL, TEXAS 78578

Copies of the written questions to be asked are attached hereto. As authorized by rule 31 of the Federal Rules of Civil Procedure, a Subpoena Duces Tecum will be issued requiring the witness(es) to produce the following: COMPLETE AND ENTIRE MEDICAL RECORD INCLUDING PATIENT HISTORY, OFFICE NOTES, HOSPITAL RECORDS, LABORATORY, AND X-RAY FILM REPORTS, NARRATIVE REPORTS, CORRESPONDENCE, AND ANY AND ALL OTHER WRITTEN RECORDS to which the witness may have access pertaining to:

BRIDGETTE GOZA
DOB:  4/9/68
SSN:  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

Respectfully submitted,

SPARKLING CITY RECORDS

POST OFFICE BOX 721190
CORPUS CHRISTI, TEXAS 78472-1190
Tel: (361) 992-9868
     1-800-283-6796
Fax: (361) 992-8313

By _Catherine Carmany_
Catherine Carmany
For: MR. WILL W. PIERSON
ROYSTON, RAYZOR, VICKERY &
     WILLIAMS
606 N. CARANCAHUA, STE. 1700
CORPUS CHRISTI, TEXAS 78476
FEDERAL BAR NO.: 1931
PHONE: (361) 884-8808
FAX: (361) 884-7261
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING NOTICE OF INTENTION TO TAKE DEPOSITION (S) UPON WRITTEN INTERROGATORIES HAS BEEN FURNISHED TO COUNSEL VIA FAX OR CERTIFIED MAIL:

MR. GLEN GOODIER
JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENE
(504) 582-8010

MR. RAYMOND L. THOMAS
KITTLEMAN, THOMAS, RAMIREZ & GONZALEZ
(956) 630-5199

MR. RAY R. MARCHAN
WATTS & HEARD, L.L.P.
(956) 541-0255

MR. GEOFFREY AMSEL
SBC MANAGEMENT SERVICES
(210) 351-3458

MR. JULIAN RODRIGUEZ, JR.
(956) 287-0098

MR. JUAN A. MAGALLANES
MAGALLANES, HINOJOSA & MANCIAS
(956) 544-4290

MR. LESS CASSIDY
CASSIDY & RAUB
(361) 887-6521

MR. JOHN DAVID FRANZ
LAW OFFICES OF JOHN DAVID FRANZ
(956) 686-3578

MR. J. CHAD GAUNTT
GAUNTT & KRUPPSTADT
(281) 367-3705

MR. THOMAS E. QUIRK
LAW OFFICE OF AARON & QUIRK
(210) 820-0214

JOHN AND MARY McCOY
CMRRR # 7002 2410 0003 6792 5743

MS. VERONICA FARIAS
LAW OFFICE OF VERONICA FARIAS
(956) 546-2234

MR. S. MARK STRAWN
AJAMIE, L.L.P.
(713) 860-1699

MR. RICHARD LEO HARRELL
THE EDWARDS LAW FIRM
(361) 698-7614

MR. JAMES B. MANLEY
CMRRR # 7002 2410 0003 6792 5736

MR. HERIBERTO MEDRANO
LAW OFFICES OF HERIBERTO MEDRANO
(956) 428-2495

MR. JIM S. HART
WILLIAMS BAILEY LAW FIRM
(713) 643-6226

MR. JACK F. GILBERT
OFFICE OF THE ATTORNEY GENERAL
TRANSPORTATION DIVISION
(512) 463-2063

MR. GLIFF GARRARD
INDEPENDENCE PLUMBERS SOUTH TEXAS
CMRRR # 7002 2410 0003 6792 5743

MR. WILLIAM Q. McMANUS
McMANUS & CRANE
(361) 575-8454

MR. ROBERT AND VIRGINIA FANDRICH
CMRRR # 7002 2410 0003 6792 5774


WITH ORIGINAL TO FOLLOW BY REGULAR MAIL, ON THIS 12th DAY OF June, 2004.

Catherine Carmany
SPARKLING CITY RECORDS

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE THE COMPLAINT AND PETITION OF
BROWNWATER TOWING I, INC., AS OWNER
AND BROWN WATER MARINE SERVICE INC.,
AS BAREBOAT CHARTERER, THE BROWN
WATER V, ITS ENGINES, TACKLE, ETC.,
IN A CAUSE OF EXONERATION FROM OR
LIMITATION OF LIABILITY

## SUBPOENA IN A CIVIL CASE

CASE NUMBER:[1]   C.A. NO. B-01-157
CONSOLIDATED WITH
B-02-004

TO: CUSTODIAN OF MEDICAL RECORDS FOR: DR. PAUL LENZ, 2300 CENTRAL BLVD.,
BROWNSVILLE, TEXAS 78520

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): THE COMPLETE AND ENTIRE MEDICAL RECORD INCLUDING PATIENT HISTORY, OFFICE NOTES, HOSPITAL RECORDD, LABORATORY AND X-RAY REPORTS, NARRATIVE REPORTS, CORRESPONDENCE, AND ANY AND ALL OTHER WRITTEN RECORDS PERTAINING TO: BRIDGETTE GOZA, DOB: 4/9/68, SSN: 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.

| PLACE | DATE AND TIME |
|---|---|
| THE ABOVE NAMED PLACE OF BUSINESS | INSTANTER |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | | DATE |
|---|---|---|
| *Catherine Carmany*  CATHERINE CARMANY | FOR: MR WILL W. PIERSON  ATTY FOR DEFENDANT | AUGUST 12, 2004 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Catherine Carmany, SPARKLING CITY RECORDS, P.O. Box 721190, Corpus Christi, Texas 78472-1190, (361) 992-9868

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

If action is pending in district other than district of issuance, state district under case number.

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| DATE | PLACE |
|------|-------|
| **SERVED**  AUGUST 12, 2004 | OFFICE OF DR. PAUL LENZ |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|------------------------|-------------------|
| *Jennifer Jewell*  CUSTODIAN OF MEDICAL RECORDS | FAX NO. (956) 546-7957 AND REGULAR MAIL |

| SERVED BY (PRINT NAME) | TITLE |
|------------------------|-------|
| Catherine Carmany | Notary Public |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  AUGUST 12, 2004
                DATE

_____
SIGNATURE OF SERVER

P. O. Box 721190
ADDRESS OF SERVER

Corpus Christi, Texas  78472-1190

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in

person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | |
| PETITION OF BROWN WATER | § | |
| TOWING I, INC., AS OWNER, AND | § | |
| BROWN WATER MARINE SERVICE | § | |
| INC., AS BAREBOAT CHARTERER | § | CIVIL ACTION NO. B-01-157 |
| THE BROWN WATER V, ITS | § | ADMIRALTY |
| ENGINES, TACKLE, ETC., IN A | § | |
| CAUSE OF EXONERATION FROM | § | |
| OR LIMITATION OF LIABILITY | § | |
| | § | |
| | § | CONSOLIDATED WITH |
| | § | |
| IN RE THE COMPLAINT AND | § | |
| PETITION OF AMERICAN | § | |
| COMMERCIAL LINES LLC AS | § | |
| OWNER, AND AMERICAN | § | CIVIL ACTION NO. B-02-004 |
| COMMERCIAL BARGE LINES, LLC, | § | ADMIRALTY |
| AS CHARTERER OF THE BARGES | § | |
| NM-315, VLB-9182, ACL-9933B, | § | |
| VLB-9173, IN A CAUSE OF | § | |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

<u>DIRECT QUESTIONS TO BE PROPOUNDED TO
THE CUSTODIAN OF MEDICAL RECORDS FOR:</u>

DR. PAUL LENZ

2300 CENTRAL BLVD.
BROWNSVILLE, TEXAS 78520

RECORDS PERTAIN TO: BRIDGETTE GOZA
SSN: 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
DOB: 4/9/68

1.  STATE YOUR NAME, ADDRESS AND OCCUPATION.
    ANSWER: Jennifer C. Jewell, 2300 Central Blvd, Brownsville, TX
    78520, Medical Records Clerk.

2.  STATE WHETHER OR NOT YOU ARE THE CUSTODIAN OF MEDICAL
    RECORDS FOR THE ABOVE NAMED PLACE OF BUSINESS.
    ANSWER: Yes.

3.  STATE WHETHER OR NOT YOU HAVE IN YOUR CUSTODY OR SUBJECT TO
    YOUR CONTROL THE RECORDS PERTAINING TO THE ABOVE NAMED
    INDIVIDUAL.
    ANSWER: Yes.

4.  PLEASE HAND TO THE NOTARY PUBLIC TAKING THIS DEPOSITION A COMPLETE COPY OF ALL SUCH RECORDS.  HAVE YOU DONE AS REQUESTED?
    ANSWER:   Yes

5.  PLEASE STATE WHETHER OR NOT YOU CAN VERIFY THAT THE RECORDS YOU HAVE FURNISHED TO THE NOTARY PUBLIC IN RESPONSE TO THE FOREGOING QUESTIONS ARE A COMPLETE AND ACCURATE COPY OF THE RECORDS.
    ANSWER:   Yes

6.  PLEASE STATE WHETHER OR NOT THE RECORDS YOU HAVE FURNISHED TO THE NOTARY PUBLIC IN RESPONSE TO QUESTION NO. 4 WERE KEPT IN THE REGULAR COURSE OF BUSINESS.
    ANSWER:   Yes

7.  PLEASE STATE WHETHER OR  NOT IT WAS IN THE REGULAR COURSE OF BUSINESS FOR AN EMPLOYEE OF THE OFFICE, WITH THE PERSONAL KNOWLEDGE OF THE ACTS RECORDED TO MAKE THIS RECORD OR TO TRANSMIT INFORMATION, WHICH IS INCLUDED IN THIS RECORD.
    ANSWER:   Yes

8.  PLEASE STATE WHETHER OR NOT THE MEDICAL RECORDS YOU HAVE FURNISHED TO THE NOTARY PUBLIC IN RESPONSE TO THE FOREGOING INQUIRIES WERE MADE AT OR NEAR THE TIME OF THE ACT WHICH IS RECORDED, OR REASONABLY SOON THEREAFTER.
    ANSWER:   Yes

X _Jennifer C. Jewell_
WITNESS (CUSTODIAN OF RECORDS)


### CERTIFICATE OF SERVICE


BEFORE ME, THE UNDERSIGNED AUTHORITY, ON THIS DAY PERSONALLY APPEARED _Jennifer C. Jewell_ , KNOWN TO ME TO BE THE PERSON WHOSE NAME IS SUBSCRIBED TO THE FOREGOING INSTRUMENT IN THE CAPACITY THEREIN STATED, AND ACKNOWLEDGED TO ME THAT THE ANSWERS TO THE FOREGOING QUESTIONS ARE TRUE AS STATED.  I FURTHER CERTIFY THAT THE RECORDS ATTACHED HERETO ARE EXACT DUPLICATES OF THE

ORIGINAL RECORDS.

GIVEN UNDER MY HAND AND SEAL OF OFFICE,

THIS 24th DAY OF August , 2004 .

*Carol Zamora*

NOTARY PUBLIC IN AND FOR THE
STATE OF TEXAS

MY COMMISSION EXPIRES:
Sept. 6, 2006



**Dr. Paul Albert Lenz** B.Sc, M.S., M.D.
2300 Central Blvd., Brownsville, 78520
Tel: (956) 544-6111 Fax: (956) 546-7957

#2956

Date: JUN 5 2000

NAME Brigette Goza 4/9/68

T 5:20 — 32 y.o. Female —

(WT) 122½ (BP) 110/70 (T) 97.5 (P) 80

C/o: Bloody stools today. Stats feverish often. Stats BM not normal.
— Always gets stomach problems when traveling to mexico. (loose stool)
— Stats not eating well (Feb-April no appetite)

× NKA                           No meds.

No N/V. ⊕ mucous. has been having loose stools. but no bleeding till today. p̄ CBC, CMP, Stool
Got scared & returned.                    O&P × 3

O: A&O × 3
not ictenic. oral mucosa moist
HEENT: nl
lungs clear
Heart RRR
Abd nl BS. soft nontend. No organomegaly
Rectum. tiny ext hem. not inflamed. ⊕

A: Bloody diarrhea
P: Hx travel to MX.
   Stool UA PX3, CBC, CMP
   Cipro 500 BID × 10d (Rx for struggle)
   (F/U) ⊼ Wk   c̄s̄
   ↑ clear liquids.

6/13/00  TC from pt called c̄ for results. No more bleeding
         or diarrhea. diet near. Blastocystic Hominis
         cysts in stool → considered pathogenic for immune
         compromised individuals. finish Cipro. Consider
         Rx c̄ Flagyl.                    c̄s̄

1

 

**Central Medical Clinic**
Dr. Paul Albert Lenz B.Sc, M.Sc., M.D.
2300 Central Blvd., Brownsville, 78520
Tel: (210) 544-6111 Fax: (210) 546-7957

| # | | |
|---|---|---|
| Date: | NAME: *Brigitte Marie Goza* | 04/09/68 |

6/1/98    T 3:38
(Wt) 126 ½     (BP) 114/72     (P) 98.4

C/O strange marks to (R)& (L) hip area since 5/26/98.
Pt. also needs Rx refill for prozac.

NKA              MED: prozac 40mg i qd

ᵒ b/lat hips internally has slight
     hyperpigmented area
     ᵒ blanching ō pressure.

Imp: Fungal, Dermatitis.

Plan: continue.

6/29/98   Appt c̄ Dr. Campbell on Thursday July 9th
11:00 arrival time should be 10:30 (Sd)
faxed and mailed to Nylcare and Dr. Campbell (Sr)

MAR 2 2 1999   712:50

Allergies    Wt 133    B/P 112/72    T    P
  ∅

Medication   C/o headace, and feel like
  ∅          air in Both Ear
             x 3 day

(R) ENT ear congesth (L) sinus pressm          2
  lngs CTA

(A) Sinusitis (L) Cecaph 500 1 m Bact DS bid × 10

   

**Central Medical Clinic**
Dr. Paul Albert Lenz B.Sc, M.Sc., M.D.
2300 Central Blvd., Brownsville, 78520
Tel: (210) 544-6111 Fax: (210) 546-7957

\# 2950

Date:      NAME      *Bridgette Groza.*      4/9/68.

2/27/98

pain ® gr toe med vally.
- was mowing last weekend
  & felt pain thereafter.
- "poked" at it to see if anything is in there.

o ɛ medial aspect of ® gr toe
  mod red & tender.
  large callous.
- Skin curretage. to remove callous.
- Ø F.B seen.
  mod red,
Imp: Cellulitis Cellulitis ® gr toe.
Plan: Keflex 500 mg QID #40.

4/6/98   Depressed - taking Prozac.
Dr. Randall Thompson - psychologyst.
will send pt. back for dose adjustment.

tot 98 = 3:35

3

 

**Central Medical Clinic**
Dr. Paul Albert Lenz B.Sc, M.Sc., M.D.
2300 Central Blvd., Brownsville, 78520
Tel: (210) 544-6111 Fax: (210) 546-7957

# 2956

Date:

NAME Brigette Marie Goza    4-9-68

T 302
(Wt) 123    (B/P) 112/66    (T) 97.9    (P) 76

pt. c/o feet Fungus, also on finger nails
(R) & (L) hands for some time now.
mold on (R) ear
NKA    Ø meds

O/E fungnails,
Dyshidrosis feet
mole (R) ear , (L) smaller

Imp: Onychomycosis Fungoides, mole.
Dyshidrosis

Plan: Sporonox 100mg x 7 day a month
x 4 months

V.t.c.

LFT

12/8/97    T 10:25. pt. called requesting refill on
Sporinox 100mg

* As per Dr. Lenz, refill O.K. called in to
Walmart (port Isabel). /s.c.

4

# CCLink Test Results



PAGE# [ 1 ]

**Complete Report**

**Quest Diagnostics**
4770 Regent Blvd.
Irving, TX 75063
CLIA# 45004B1496
CAP# 20661-01
Joyce G. Schwartz, M.D. Med. Dir.

| GOZA, BRIGETTE M. | 06/08/2000 | 07:40pm | 06/10/2000 | 06/13/2000 |
|---|---|---|---|---|
| Patient Name | Date Drawn | Time Drawn | Date Received | Date of Report |
| F  04/09/1968  32 | Paul A Lenz M.D. | | | 23043 |
| Sex  D.O.B.  Age | 2300 Central Blvd | | 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 | D29499194 |
| #2956 | | | | |
| Patient I.D. | Brownsville, TX 78520-0000 | | SS # | Specimen Number |
| LENZ, PAUL A. | | | | |
| Ordering Physician | | | | |
| (956) 943-7115  (956) 761-2644 | REQ#: B09171  003204A | | | |
| Patient Home#  Patient Work# | | | Comments | |

| Test Name | Results | Units | Reference Range | Site |
|---|---|---|---|---|
| 21060792 O & P,Concentration&Stain | | | | |
| Macroscopic Exam: | NO ADULT WORMS SEEN | | | |
| O & P,Concentration | | | | |
| | MANY ENDOLIMAX NANA CYSTS | | | |
| | MANY BLASTOCYSTIS HOMINIS CYSTS | | | |
| Trichrome Stain | | | | |
| | MANY ENDOLIMAX NANA TROPHOZOITES | | | |
| | MANY BLASTOCYSTIS HOMINIS TROPHOZOITES | | | |

21060703  **Culture,Stool**                    MICRO

ORDERED TEST:     Culture,Stool

MICRO NUMBER:     00093671

TEST STATUS:      FINAL

SPECIMEN SOURCE:  STOOL

CULTURE:          No Salmonella, Shigella or Campylobacter recovered
This stool culture (6254R) screens for Salmonella, Shigella, and
Campylobacter, but does not include testing for all Shiga toxin-
producing organisms, such as E. coli serotypes O157 and non-O157.
Because of the importance of Shiga toxin-producing organisms as causes
of diarrhea and Hemolytic Uremic Syndrome (HUS), we suggest that stool
culture be supplemented with a direct specimen assay for Shiga toxins.
An additional stool specimen may be submitted for E. coli Shiga Toxins
EIA, if clinically indicated. For further information, please contact
the Microbiology Department at 1-800-824-6152.

Routine stool cultures do not screen for the presence of Yersinia sp.,
Vibrio sp., Clostridium sp. or shiga-like toxin producing strains of
E. coli. These tests must be ordered separately.

JUN 1 3 2000

**5**

| Legend ⬆ High ⬇ Low ✳ Abnormal C Corrected I Incomplete P Preliminary | Printed on 06/13/2000 at 17:44:14 Site# B09171 |
|---|---|



# CCLink Test Results

**PAGE# [ 2 ]**

**Complete Report**

Diagnostics
1170 Regent Blvd.
Irving, TX 75063
CLIA# 45D0481498
CAP# 20661-01
Joyce G. Schwartz, M.D. Med. Dir.

| GOZA, BRIGETTE M. | | | 06/08/2000 | 07:40pm | 06/10/2000 | 06/13/2000 |
|---|---|---|---|---|---|---|
| Patient Name | | | Date Drawn | Time Drawn | Date Received | Date of Report |
| F | 04/09/1968 | 32 | Paul A Lenz M.D. | | | 23043 |
| Sex | D.O.B. | Age | 2300 Central Blvd | | Attention/ID # | Account Number |
| #2956 | | | Brownsville, TX 78520-0000 | | 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 | D29499194 |
| Patient I.D. | | | | | SS # | Specimen Number |
| LENZ, PAUL A. | | | | | | |
| Ordering Physician | | | REQ# B09171  003204A | | | |
| (956) 943-7115 | (956) 761-2644 | | | | | |
| Patient Home# | Patient Work# | | | | Comments | |

| Test Name | Results | Units | Reference Range | Site |
|---|---|---|---|---|

### *** END OF REPORT ***

| Legend | ↑ High | ↓ Low | * Abnormal | C Corrected | I Incomplete | P Preliminary |

# CCLink Test Results 

**PAGE# [ 1 ]**

*Complete Report*

**Quest Diagnostics**
4770 Regent Blvd.
Irving, TX 75063
CLIA# 45D0481496
CAP# 20681-01
Joyce G. Schwartz, M.D. Med. Dir.

| GOZA, BRIGETTE M. | | | 06/05/2000 | 07:40pm | 06/07/2000 | 06/07/2000 |
|---|---|---|---|---|---|---|
| Patient Name | | | Date Drawn | Time Drawn | Date Received | Date of Report |
| **F** | **04/09/1968** | **32** | Paul A Lenz M.D. | | | **23043** |
| Sex | D.O.B. | Age | 2300 Central Blvd | | | Account Number |
| **#2956** | | | | | **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** | |
| Patient I.D. | | | Brownsville, TX 78520-0000 | | Member ID # | **D29299533** |
| **LENZ, PAUL A.** | | | | | SS # | Specimen Number |
| Ordering Physician | | | | | | |
| **(956) 943-7115** | **(956) 761-2644** | | **REQ# B09171**  **003167A** | | Comments | |
| Patient Home# | Patient Work# | | | | | |

| Test Name | Results | Units | Reference Range | Site |
|---|---|---|---|---|
| 10231A  **Comp Metabolic Panel** | | | | |
| Glucose | 92 | mg/dL | 60- 110 | |
| Urea Nitrogen | 12 | mg/dL | 8- 22 | |
| Creatinine | 0.8 | mg/dL | 0.5- 1.3 | |
| BUN/Creatinine Ratio | | CALC | 12.0- 20.0 | |
| Sodium | 142 | mEq/L | 135- 145 | |
| Potassium | 4.1 | mEq/L | 3.5- 5.3 | |
| Chloride | 105 | mEq/L | 94- 108 | |
| Carbon Dioxide | 23 | mEq/L | 20- 32 | |
| Calcium | 9.4 | mg/dL | 8.6- 10.3 | |
| Protein,Total | 7.6 | g/dL | 6.4- 8.4 | |
| Albumin | 4.7 | g/dL | 3.0- 5.5 | |
| Globulin,Calculated | 2.9 | g/dL | 1.9- 4.0 | |
| A/G Ratio | 1.6 | CALC | 1.1- 2.3 | |
| Bilirubin,Total | 0.3 | mg/dL | 0.2- 1.3 | |
| Alkaline Phosphatase | 46 | U/L | <136 | |
| AST | 30 | U/L | <49 | |
| ALT | 22 | U/L | <54 | |

**\*\*\* END OF REPORT \*\*\***



7

| **Legend** | ⬆ High | ⬇ Low | ✱ Abnormal | C Corrected | I Incomplete | P Preliminary |

Printed on 06/13/2000 at 17:45:48 Site# B09171
Manual Print     PAUL A. LENZ, MD.
CCLink Version# 3.4 (March 7 2000 10:24:04)

**Paul Albert Lenz** B.Sc., M.Sc. M
2300 Central Blvd., Brownsville, TX, 785
Tel: (956) 544-6111   Fax: (956) 546-7957

CBC AUTOREAD  HEMATOLOGY  ANALYZER

Date: JUNE 05, 2000                         Time: 06:27 PM

Patient: _Brigitte Garza_        4 9 68    # 2956

Age Group: Adult Female                    Adult Female Ranges
                    Venous Sample              |VL|Low |  Normal  |High|VH|
Hematocrit    =  40.3 %        (37.0-47.0)
Hemoglobin    =  13.6 g/dL     (12.0-16.0)
MCHC          =  33.7 g/dL     (31.7-36.0)
Total WBC     =   5.3 x10⁹/L   (4.3 -10.0)
Granulocytes  =   3.3 x10⁹/L   (1.8 - 7.2)
  %Granulocytes =  62 %
Lymphs+Monos  =   2.0 x10⁹/L   (1.7 - 4.9)
  %Lymphs+Monos =  38 %
Platelets     = 230 x10⁹/L     (140 - 400)

BECTON
DICKINSON

JUN 0 5 2000

_file_

8



LABORATORY REPORT
**LabCorp**
Laboratory Corporation of America

CLIA # 45 D 0500432
CAP # 21414-01
Medicare Identification # CL0271
Medicaid Identification # Z04502715

6603 First Park Ten Blvd
San Antonio, TX 78213
Phone 1-800-735-9461
In San Antonio 735-9461

427-002

COMPLETE    PARTIAL

PAUL ALBERT LENZ M.D.
2300 CENTRAL BLVD.
BROWNSVILLE, TX 78520

[956-544-6111]

| | | | | | |
|---|---|---|---|---|---|
| **PATIENT NAME** GOZA, BRIGETTE M | **PATIENT ID** 2956 | | **ROOM NO** | **AGE** 29 **SEX** F | **ACCESSION NO** 2922635-1 |
| **PHYSICIAN** PAUL ALBERT LENZ M.D | **COLLECTED DATE TIME** 17-SEP-97 4:00 PM | **RECEIVED** 17-SEP-97 | **REPORTED** 18-SEP-97 | **CLIENT NO** 0591509-8 | |
| **PHONE NO** 956-943-7115 | **DATE OF BIRTH** 09-APR-68 | **MICROBIOLOGY SOURCE** | **REPRINTED** | **FASTING** NO | |

**TESTS REQUESTED** LIVER PANEL 4.

**COMMENTS**

| TEST | RESULT | REFERENCE RANGE |
|---|---|---|
| **LIVER PANEL 4:** | | |
| TOTAL PROTEIN ........... | 7.1 G/DL | 6.0-8.5 |
| ALBUMIN ............... | 4.7 G/DL | 3.5-5.5 |
| CHOLESTEROL .......... | 152 MG/DL | 130-200 |
| TRIGLYCERIDE .......... | 102 MG/DL | 30-150 |
| ALK. PHOS. ............. | 44 U/L | 25-140 |
| SGOT .................. | 21 U/L | 0-40 |
| SGPT .................. | 20 U/L | 0-45 |
| LDH ................... | 148 U/L | 0-240 |
| T. BILIRUBIN .......... | 0.5 MG/DL | 0.1-1.2 |
| GAMMA GT .............. | 25 U/L | 0-45 |
| GLOBULIN .............. | 2.4 G/DL | 2.0-3.9 |
| A/G RATIO ............. | 2.0 RATIO | 1.0-2.3 |

9

FORM NO. RP101B (10/94)

# FELTOON & ASSOCIATES, P.C.

### CLINICAL & NEUROPSYCHOLOGY

5350 S. Staples St., Suite 200      8025 Chalk Knoll
CORPUS CHRISTI, TX 78411      AUSTIN, TEXAS 78735
361-992-7780      512-750-7164

H. DAVID FELTOON, PH.D
LICENSED PSYCHOLOGIST
BOARD CERTIFIED
AMERICAN BOARD OF FORENSIC EXAMINERS
AMERICAN BOARD OF FORENSIC MEDICINE
AMERICAN ACADEMY OF PAIN MANAGEMENT

December 29, 2001

## PSYCHOLOGICAL EVALUATION

NAME: Brigette M. Goza
AGE: 33   DOB: 4-9-68
DATE OF TESTING: 12-7-01
REFERRED BY: Watts and Heard, Attorneys at Law
TESTS ADMINISTERED: Beck Anxiety Inventory; Beck Depression Inventory; Rotter
Incomplete Sentence Form; Minnesota Multiphasic
Personality Inventory; and a Clinical Interview

====================================================================

**REFERRAL PROBLEM:**

The patient was referred for an interview and psychological testing in order to evaluate underlying personality dynamics and intrapsychic conflicts.

**BACKGROUND:**

Brigette Goza is a thirty-three year old single female with no children. She resides by herself in Port Isabel, Texas. She has been employed by Los Fresnos School District teaching sixth and seventh grade science for four years. She graduated high school with a GED in Houston and subsequently graduated from the University of Texas at Brownsville with a Bachelor of Science degree in Biology.

Ms. Goza was born and raised in Houston and she has one brother, age twenty-six, and one sister, age thirty-six. Her parents are still alive and living in Houston although they were divorced when Ms. Goza was in elementary school. She lived with her father "because he had the bigger house," and she described her childhood as "good." Neither parent remarried.

Ms. Goza has never had any difficulties with the law and does not use drugs. She uses alcohol only on a social basis, however she attests to smoking more since the accident than she did before. She does not take any medication and has not seen a

Causeway Collapse
000207296-000764

FELLOON AND ASSOCS PC   → WATTS BRville   @002

physician other than the emergency room doctor at the time of the accident; she does not have a family doctor. Currently, Ms. Goza is seeing RandleThompson, a counselor whom she also saw about four years ago. She was his patient for three months while being treated for depression. A psychiatrist put her on prozac for one year. She reported that this was all resolved and she has been fine for the past four years until now. She recently contacted Randle Thompson again because of the accident.

PRESENTING PROBLEM:

On September 15, 2001 Ms. Goza was alone and returning from the island at about 2:00am after having dinner with a friend. She related the following events. "I was driving across the bridge and I went airborne, the causeway was gone but I didn't know it. I saw the black sky, the nose of the car went down and I thought I had left this world. I saw shadows of the bridge pillars. My truck hit the bottom of the bay and I thought I was dead. The air bags went off; I was hanging from my seat belt and waiting for everything to go black and I was sure that I was dead. "

"Then I realized that everything was working on my body. I gook off my seat belt and swam out, it was about fifteen feet deep. I came to the surface and I looked up and saw the causeway was gone. I smelled the gasoline in the water and I thought terrorists were going to light the gas. I saw three or four more cars coming down at me and I realized that I had to swim away or get hit by a car. My car disappeared under the water. I thought terrorists had bombed this bridge. I began swimming toward the causeway."

"I kept swimming and I began to panic. I floated on my back for about two minutes. I decided to take my shoes off and swim toward Port Isabel. It was then that I heard other guys yelling for help. I saw them, and then I saw a boat coming toward me. I kept yelling and screaming for help. When they came I got into their boat and asked them if they were the Coast Guard and they said 'no.' I thought that they were the terrorists."

"I was probably swimming for about ten minutes. I was bruised and hurt my neck and back but no other serious injuries. I got to the hospital in Brownsville at about 6:30am I was in shock. They released me six hours later. I only took one week off from work."

CURRENT COMPLAINTS:

Ms. Goza reported on the effects that this traumatic incident has had on her. "I get real irritable and angry now. I can't read because I can't concentrate. I was taking a graduate class in genetics at The University of Texas – Brownsville but I had to drop it

2

PELLUON AND ASSOCS PC   → WATTS BRVille   ⓘ003

because I couldn't read the book and I couldn't concentrate. I get a lot of anxiety attacks. At least once a day my hands shake and my heart palpitates. I pace the floor. I feel like I want to cry but then I can't. I feel like I want to pull my hair out."

Ms. Goza stated in the negative to experiencing any problems with headaches however she does complain that she is suffering from significant short term memory loss. She reported that she forgets many of the things that she is supposed to do. She denied any change in her senses of vision, smell and taste, and she has no balance problems. She does experience nausea and dizziness both of which accompany her anxiety attacks. She stated that she avoids going to bed because of the nightmares she has of the accident of "having things disappear in front of me." She also suffers from sensations of "being up high and feeling like I can't see the other side of things, and I get very scared. I wake up at about 3:30am and can't go back to sleep."

Ms. Goza reports that she has had a twelve pound weight loss resulting from a diminished appetite. She has frequent flashbacks of the accident which occur every day and all day. The accident is the first thing she thinks about when she wakes up and the last thing she thinks about before she goes to bed. She is startled by loud noises and expressed the fact that many things in her environment remind her of the accident. Pumping gas into her car, loud noises, car crashes in movies, simply driving, and especially having to go over an overpass are elements of daily life which terrify her. She experiences tension, anxiety and nervousness on a constant basis.

Although Ms. Goza responded in the negative to any suicidal ideations she did state that she never wants to go to work anymore, prefers to be alone, and she described herself as withdrawn and not much fun. She does have friends but stated that they do not understand her anger and irritability "because I look okay so they think I should act okay, but sometimes I can't." In addition, Ms. Goza struggles with feelings of confusion. She stated, "Sometimes I don't understand why I'm alive. Six of the eight people who died I knew fairly well. I have feelings of survivor guilt. I went to several funerals and it was like being at my own funeral."

Ms. Goza went on to report, "I feel depressed and I cry a lot. I feel like I should feel lucky and thankful but I don't know what to do with that because I don't feel that way. Everything keeps going back to that night and I was really, really scared and I can't get it out of my mind. It's always there, there are constant reminders." Ms. Goza reported that she does not want to go to work because she feels very inadequate there. Because of her inability to concentrate she feels as if she is not doing as good a job teaching as she needs to. She must continue working, however, for financial reasons.

3

Causeway Collapse
000207296-000766

## MENTAL STATUS:

The patient was well dressed and neatly groomed. She was open and cooperative during the testing and interview session. Her posture, actions and behavior were within normal limits. She was oriented in time, place, person and situation. Her mood was depressed and her affective reaction was sad and appropriate to her mood. She is depressed, tense and angry as a result of the negative turn that her life has taken since this terrible event which caused her traumatic accident. She has not experienced suicidal ideations and denies any current notions of self-harm. Her judgement, memory and insight seemed to be within normal limits. There were no indications of any hallucinatory or delusional thought processes.

## EVALUATION:

The Minnesota Multiphasic Personality Inventory-2 was administered. The Administrative Scales reveal that the profile is valid. The protocol indicates that this patient is experiencing bizarre and unusual thoughts. She is depressed. This profile is characteristic of someone who is confused, experiences an inability to concentrate and generally feels inadequate. She seems to be grappling with highly conflictual problems and can see no immediate resolution. She is clearly experiencing depression, confusion, anxiety, agitation, guilt and withdrawal.

The Beck Depression Inventory was administered. This is a scale designed to assess the severity of depression. The test is based on the clinical observations and descriptions of symptoms frequently given by depressed patients as contrasted with those frequently given by non-depressed patients. This patient's score of Forty-one (41) places her in the Severely Depressed range. She reports feeling so sad or unhappy that she can't stand it, not expecting things to work out for her, getting very little pleasure from the things she used to enjoy, feeling quite guilty most of the time, expecting to be punished, having lost confidence in herself, criticizing herself for all of her faults and crying over every little thing.

The patient goes on to endorse the following: being so restless or agitated that she has to keep moving or doing something; finding it hard to get interested in anything; having a much greater difficulty in making decisions than she used to; not considering herself as worthwhile and useful as she used to; not having enough energy to do very much; waking up 1 – 2 hours early and not being able to get back to sleep; being much more irritable than usual; having an appetite that is much less than before; finding that she can't concentrate on anything; and feeling too tired or fatigued to do a lot of the things she used to do.

4

Causeway Collapse
000207296-000767

The Beck Anxiety Inventory was administered. It consists of twenty-one (21) descriptive statements of anxiety symptoms. Her score of Forty-three (43) places her in the Severely Anxious range. She endorses the following Psycho – physiological concomitants of anxiety: feeling hot, wobbliness in legs, dizzy or lightheaded, heart pounding or racing, hands trembling, shaky, difficulty breathing, indigestion or discomfort in abdomen, faint, face flushed, and sweating not due to heat. She reports feeling unable to relax, fearing the worst happening, feeling terrified, feeling nervous, fearing a loss of control, feeling a fear of dying, and feeling scared.

The Rotter Incomplete Sentence Blank was administered. This is a projective instrument that presents patients with stems and requires them to express their real feelings as they complete each sentence. Her responses clearly reveal that she has been negatively impacted both physically and emotionally as a result of this traumatic accident. She states, I want to know – how long I have to feel this way; at bedtime – I avoid going to bed; my greatest fear – these days is not knowing what is ahead; I can't – stop thinking about the bridge; other people – can't understand me right now; reading – is very difficult for me now; my mind – feels fuzzy; and I secretly – want to jump off the bridge to see if I would survive again.

CONCLUSIONS:

The symptoms that the patient is experiencing indicate that she is suffering from a Post traumatic stress disorder. She has experienced an event that goes beyond the realm of normal human experiences. She is depressed, anxious, tense and nervous. She also reports feeling irritable and angry. She has difficulty concentrating and is experiencing anxiety attacks. She has numerous psycho – physiological concomitants of anxiety including heart palpitations and trembling hands. She experiences a severe sleep disorder which includes nightmares of the accident. She has experienced a weight loss of 12 pounds since the accident. She also has recurrent and unwanted thoughts of the accident. She reports experiencing flashbacks of the accident on a daily basis. She sufferers from a startle disorder. She has been more withdrawn, isolated and confused since September 15, 2001. She probably is unable to adequately fulfill her teaching duties and should not be working; however she reports that she must continue working for financial reasons.

RECOMMENDATIONS:

This patient could benefit from counseling which focuses on her post-traumatic stress disorder and her struggle to cope with her depression and anxieties. She has been

5