encouraged to continue seeing her current counselor. She may require a medical consult for anti-depressant and anti-anxiety medications.

DIAGNOSTIC IMPRESSION:

    Axis  I:  Posttraumatic Stress Disorder
    Axis  II:  N/A
    Axis III:  N/A
    Axis IV:  Personal, Familial, Social, Occupational, and Academic
    Axis  V:  Current GAF: 59

PROGNOSIS:

The prognosis is fair.

Thank you very much for this referral. If you obtain additional information or records relevant to my evaluation of this patient, please provide those as soon as possible. If you have any further questions, please do not hesitate to contact my office.

H. David Feltoon, Ph.D.
Clinical Psychologist

6

Causeway Collapse
000207 !96-000769

# FELTOON & ASSOCIATES, P.C.

## CLINICAL & NEUROPSYCHOLOGY

5350 S. Staples St., Suite 200          8025 Chalk Knoll
CORPUS CHRISTI, TX 78411          AUSTIN, TEXAS 78735
361-992-7780          512-750-7164

H. DAVID FELTOON, PH.D
LICENSED PSYCHOLOGIST
BOARD CERTIFIED
AMERICAN BOARD OF FORENSIC EXAMINERS
AMERICAN BOARD OF FORENSIC MEDICINE
AMERICAN ACADEMY OF PAIN MANAGEMENT

June 1, 2002

# PSYCHOLOGICAL EVALUATION

NAME:  Omar A. Hinojosa
AGE:  25  DOB: 10-22-76
DATE OF TESTING:  5-1-02
REFERRED BY:  Watts & Heard, Attorneys-at-Law
TESTS ADMINISTERED:   Beck Anxiety Inventory; Beck Depression  Inventory; The
Incomplete Sentence Form;  and a Clinical Interview

## REFERRAL PROBLEM:

The patient was referred for an interview and psychological testing in order to evaluate underlying personality dynamics and intrapsychic conflicts.

## BACKGROUND:

Omar Hinojosa is a twenty-five year old single male with no children.  He resides in McAllen with two roommates and has been employed by First Avantus Securities for one and one half years.  He attended Texas A & M in College Station for three years. Omar has one brother, twenty-one year old Gaspar, II, and a twenty-seven year old sister, Clarissa.

Omar takes no medication and is not under the care of a medical doctor.  He went to see Lynette Heslet, a psychologist, one time after his father's death.  He reported that he contacted the American Red Cross for help in finding a psychologist and paying for it, however although he states that the Red Cross agreed to do this for his mother and himself, the organization never contacted them or followed through.  Omar denied ever having any difficulty with the law or using drugs.  He admitted to drinking socially and smoking sometimes.  He denies any suicidal ideations.

Omar described his childhood as "good."  His parents divorced when he was fourteen years of age and he lived with his mother for the next three years before moving in with

Causeway  Collapse
207296-002234

his father. He stated, "I would have moved in with my father sooner but Mom was always pressing me to stay with her. I was very close to my father; when he passed away he left me all of his belongings."

PRESENTING PROBLEM:

Omar's father was killed on September 15, 2001 while crossing the Queen Isabella Bridge which had collapsed. He was coming from work; he was going through Whataburger's Assistant Manager Training Program. Omar related the facts as he was told they happened. "He didn't die immediately. He fell about five hundred feet. His car hit a concrete column and his car was so smashed that they couldn't tell the difference between the back and the front of the car. He sat in the car for forty-five minutes before they could get to him. He was aware of everything that was going on the entire time. The Coast Guard was watching him but they were afraid to help him because they thought the rest of the bridge would fall and they would be in danger. He (his faher) helped the two firemen pull him out. He called to the firemen and waved to them to get him out. I never got to see him."

CURRENT COMPLAINTS:

Omar went on to report, "It's been eight months. My father was like my big brother, we hung out together all the time. I was the strong one after my parents divorced; I took care of my mother. Now I feel like I have to be strong again." Omar was crying as he continued, "My dad taught me how to fix everything. I was so used to having him there as my coach, giving me advice and being my big brother. Now I feel all alone." Omar was, at this point, crying uncontrollably as he revealed, "I don't have anybody there to comfort me, teach me, and advise me. He was really my best friend. He was always there for me. I always lived to make him proud."

"My dad used to run ten or fifteen Sonic Restaurants and then he started his own business called Star's. My dad was always real proud of everything I did. My dad and I did everything together, we fixed everything." Omar stated that he is sad "a lot." Although he said that he did not have nightmares, he thinks about his dad when he goes to bed; then he has trouble waking up. He also reported that he wakes up frequently during the night.

Omar also admitted. "It pains me that I dropped out of college to do a business deal with my other buddies. My dad would have been so proud of me, to see me graduate. I'm going back to school in January and I'll graduate but my dad won't be there." When asked about crying Omar stated, "I try not to because once I do it's real hard to stop. I only cry when I'm alone. I feel like I need to be strong for my brother and sister."

2

## MENTAL STATUS:

The client was neatly dressed and groomed. He was open and cooperative during the testing and interview session. His posture, actions and behavior were within normal limits. He was oriented in time, place, person and situation. His mood was depressed and tense and his affective reaction was appropriate to his mood. He is depressed, tense and angry as a result of the negative turn that his life has taken since this tragic incident resulted in his father's death. He denies suicidal ideations or any current notions of self-harm. His judgement, memory and insight seemed to be well within normal limits. There were no indications of any hallucinatory or delusional thought processes.

## EVALUATION:

The Beck Depression Inventory-II was administered. This is a scale designed to assess the severity of depression. The test is based on the clinical observations and descriptions of symptoms frequently given by depressed patients as contrasted with those frequently given by non-depressed patients. His score of Twenty-six (26) places him in the Moderately Depressed range. He reports: I feel sad much of the time, I have failed more than I should have, I don't enjoy things as much as I used to, I feel guilty over many things I have done or should have done, I feel I may be punished, I criticize myself for all of my faults, and I feel like crying, but I can't.

Mr. Hinojosa went on to endorse: I am so restless or agitated that I have to keep moving or doing something, I am less interested in other people or things than before, I have much greater difficulty in making decisions than I used to, I don't have enough energy to do very much, I sleep somewhat more than usual, I am much more irritable than usual, my appetite is somewhat less than usual, It's hard to keep my mind on anything for very long, and I am too tired or fatigued to do a lot of the things I used to do.

The Beck Anxiety Inventory was administered. It consists of twenty-one (21) descriptive statements of anxiety symptoms. This patient's score of Fifteen (15) places him in the Moderately Anxious range. Mr. Hinojosa reports feeling the following psycho-physiological concomitants of anxiety: numbness or tingling, feeling hot, heart pounding or racing, unsteady, feelings of choking, indigestion or discomfort in abdomen, and sweating (not due to heat). He also reports feeling unable to relax.

The Incomplete Sentence Blank was administered. This is a projective instrument that presents patients with stems and requires them to express their real feelings as they

3

complete each sentence. Mr. Hinojosa's responses clearly reveal that he has been negatively impacted both physically and emotionally as a result of the catastrophic incident that resulted in his father's death. He states: I regret — not finishing school when I should have so my father could watch me graduate; at bedtime — I lay in bed for at least one hour before I fall asleep; when I was a child — I always wanted to be like my dad; my nerves — are hard to control; what pains me — is that my father won't be there to watch me graduate; my father — is the best; and I — wish my dad was around to continue guiding me.

CONCLUSIONS:

After interviewing Mr. Hinojosa and interpreting his test scores it is apparent that he is suffering from a major depressive disorder. This is characterized by an initial and terminal sleep disorder, feeling sad much of the time, not enjoying things as much as he used to, feeling like he wants to cry but holds back in order to appear strong, feeling very restless or agitated, experience seeing the diminution in interest of other people or things, having greater difficulty making decisions, having less energy, being more irritable, and having difficulty concentrating. When a loved one is lost in a sudden, unexpected and preventable accident such as the way Mr. Hinojosa's father was killed, this often results in a complicated, ongoing and not easily resolved grieving process. Mr. Hinojosa's mental anguish will tend to be enduring and could last the rest of his life.

RECOMMENDATIONS:

This patient could benefit from counseling which focuses on his depressive disorder.

DIAGNOSTIC IMPRESSION:

Axis I:  Major Depressive Disorder
Axis II:  N/A
Axis III:  N/A
Axis IV: Personal, Familial, Social, and Academic
Axis V: Current GAF: 62

PROGNOSIS:

The prognosis is fair to poor.

4

Causeway Collapse
207296-002237

Thank you very much for this referral. If you obtain additional information or records relevant to my evaluation of this patient, please provide those as soon as possible. If you have any further questions, please do not hesitate to contact my office.

H. David Kelton, Ph.D.
Clinical Psychologist

5

Causeway Collapse
207296-002238

FELTOON AND ASSOCIATES P C
H. DAVID FELTOON, PH.D.
8025 CHALK KNOLL DR
AUSTIN, TX 78735

MAY. 18, 2002

(512)750-7164

OHINOJOSA

Watts & Heard

1 OF 1

PATIENT: Omar A. Hinojosa

|  | SERVICES: | PROC. CODE | DIAG. CODE |  |
|---|---|---|---|---|
| 5/01/02 | FULL BATTERY TEST | (90830   ) |  | 1500.00 |
|  |  |  | TOTAL SERVICES | $  1500.00 |
|  | *** TOTAL DUE *** |  |  | $  1500.00 |

|  |  |
|---|---|
| FELTOON AND ASSOCIATES P C | LICENSE NO.   OP21128 |
| H. DAVID FELTOON, PH.D. | TAX ID NO.   741944848 |
| 8025 CHALK KNOLL DR | SSN   221284284 |
| AUSTIN, TX 78735 |  |

Causeway Collapse
207296-002239

# FELTOON & ASSOCIATES, P.C.

## CLINICAL & NEUROPSYCHOLOGY

5350 S. Staples St., Suite 200          8025 Chalk Knoll
CORPUS CHRISTI, TX 78411          AUSTIN, TEXAS 78735
361-992-7780          512-750-7164

H. DAVID FELTOON, PH.D
LICENSED PSYCHOLOGIST
BOARD CERTIFIED
AMERICAN BOARD OF FORENSIC EXAMINERS
AMERICAN BOARD OF FORENSIC MEDICINE
AMERICAN ACADEMY OF PAIN MANAGEMENT

June 1, 2002

# PSYCHOLOGICAL EVALUATION

NAME: Gaspar Hinojosa II
AGE: 21  DOB: 12-09-80
DATE OF TESTING: 5-1-02
REFERRED BY: Watts & Heard, Attorneys-at-Law
TESTS ADMINISTERED:   Beck Anxiety Inventory; Beck Depression Inventory; The
                      Incomplete Sentence Form;  and a Clinical Interview

===========================================================================

## REFERRAL PROBLEM:

The patient was referred for an interview and psychological testing in order to evaluate
underlying personality dynamics and intrapsychic conflicts.

## BACKGROUND:

Gaspar Hinojosa, II, is a twenty-one year old single male who resides in Edinburgh,
Texas with his mother. He has been employed by the Hidalgo Independent School
District for three years as an assistant band director. He also teaches music and plays
percussion. He currently is a freshman at South Texas Community College. He has
one brother, age twenty-four and a sister, age twenty-eight.

Gaspar responded negatively to questions concerning use of medication, drugs,
smoking, or past problems with the law. He is not under the care of a physician, has
never been to a psychologist and denies having any suicidal ideations. Gaspar
admitted to drinking alcohol but described this as rare.

Gaspar described his childhood as "mixed." His parents divorced when he was eight
years of age. He was in the band at school and performed frequently. He also stated
that he lived with his mother during the school year and with his dad during the
summer.

Causeway Collapse
207296-002229

Omar described his father in glowing terms. He stated that he was "all knowing. He was the knowledge, the wisdom; you could ask him any question and he would know the answer. We were very close." At this point Omar was crying. "I worked with him in the restaurants that he owned. We hung out a lot together"

PRESENTING PROBLEM:

Omar's father was killed while crossing the Queen Isabella Bridge on September 15, 2001, the night it collapsed. Omar related the facts as he knew them. "He was alive for about one hour after the accident. I talked to the fireman that pulled him out of his vehicle. He saw my dad, he could see his eyes and face, and nobody wanted to pull him out because they were afraid of the current or the bridge collapsing."

CURRENT COMPLAINTS:

Omar reported, "I have a really good job but every time I had a problem he was the one I went to. He's not there to give his infinite wisdom. If I had a problem he would always clarify everything for me. I wake up a lot during the night. It's hard for me to go to sleep, I can't stay asleep and then it's hard for me to wake up. I have only had one nightmare. It was my dad. He was speaking to me. It was his face, his body, his voice, but it wasn't his words. He was denying the fact that he was dead."

"I'm sad sometimes but not all the time. I cry whenever something reminds me of my dad. Sometimes I tell my dad to keep on waiting, I'll be there soon. Those words are in a song that I sing to him." Continuing to cry, Omar stated, "I feel isolated, I feel alone. I depended on my dad a lot and it's scary not having him around."

MENTAL STATUS:

The patient was neatly dressed and groomed. He was open and cooperative during the testing and interview session. His posture, actions and behavior were within normal limits. He was oriented in time, place, person and situation. His mood was depressed and tense and his affective reaction was appropriate to his mood. He is depressed, tense and angry as a result of the negative turn that his life has taken since this tragic incident resulted in his father's death. He denies suicidal ideations or any current notions of self-harm. His judgement, memory and insight seemed to be well within normal limits. There were no indications of any hallucinatory or delusional thought processes.

2

## EVALUATION:

The Beck Depression Inventory-II was administered. This is a scale designed to assess the severity of depression. The test is based on the clinical observations and descriptions of symptoms frequently given by depressed patients as contrasted with those frequently given by non-depressed patients. This patient's score of Twenty-one (21) places him in the Moderately Depressed range. He reports: I feel sad much of the time, I get very little pleasure from the things I used to enjoy, I feel guilty over many things I have done or should have done, I have lost confidence in myself, I am more critical of myself than I used to be, and I cry more than I used to.

Mr. Hinojosa went on to affirm: I am so restless or agitated that I have to keep moving or doing something, I am less interested in other people or things than before, I find it more difficult to make decisions than usual, I don't have enough energy to do very much, I sleep somewhat more than usual, I am more irritable than usual, It's hard to keep my mind on anything for very long, I am too tired or fatigued to do a lot of the things I used to do, and I am less interested in sex than I used to be.

The Beck Anxiety Inventory was administered. It consists of twenty-one (21) descriptive statements of anxiety symptoms. This patient's score of Thirty-three (33) places him in the Severely Anxious range. Mr. Hinojosa reports feeling the following psycho-physiological concomitants of anxiety: numbness or tingling, feeling hot, wobbliness in legs, dizzy or lightheaded, heart pounding or racing, hands trembling, shaky, difficulty breathing, indigestion or discomfort in abdomen, faint, face flushed, and sweating (not due to heat). He also reports feeling unable to relax, a fear of the worst happening, terrified, nervous, fear of losing control, and scared.

The Incomplete Sentence Blank was administered. This is a projective instrument that presents patients with stems and requires them to express their real feelings as they complete each sentence. Mr. Hinojosa's responses clearly reveal that he has been negatively impacted both physically and emotionally as a result of the catastrophic incident that resulted in his father's death. He states: at bedtime -- I can't sleep; when I was a child -- I loved watching Looney Tunes with my dad; my nerves -- are getting worse; reading -- my Bible gets me through the day; I hate -- feeling like this; my father was my refuge; and my greatest worry is -- losing my brother, sister, or Mom.

## CONCLUSIONS:

After interviewing Mr. Hinojosa and interpreting his test scores it is apparent that he is suffering from a major depressive disorder. This is characterized by an initial and terminal sleep disorder, frequent crying spells, a diminution in pleasurable activities, a

3

Causeway Collapse
207296·002231

loss of self confidence, severe anxiety, a lessening of interest in other people, a reduction in energy level, difficulty concentrating, and a general feeling of fatigue. When a loved one is lost in a sudden, unexpected and preventable accident such as the way Mr. Hinojosa's father was killed, this often results in a complicated, ongoing and not easily resolved grieving process. Mr. Hinojosa's mental anguish will tend to be enduring and could last the rest of his life.

RECOMMENDATIONS:

This patient could benefit from counseling which focuses on his depressive disorder. He may want to talk to his family practitioner to see if he is a candidate for antidepressant medications.

DIAGNOSTIC IMPRESSION:

Axis  I:  Major Depressive Disorder
Axis  II:  N/A
Axis III:  N/A
Axis IV: Personal, Familial, Social
Axis  V: Current GAF: 63

PROGNOSIS:

The prognosis is fair to poor.

Thank you very much for this referral. If you obtain additional information or records relevant to my evaluation of this patient, please provide those as soon as possible. If you have any further questions, please do not hesitate to contact my office.

H. David Feltoon, Ph.D.
Clinical Psychologist

4

06/01/2002 16:08 FAX 512 329 5567     FELTOON AND ASSOCS PC     → WATTS BRYILLE     ⊠011

FELTOON AND ASSOCIATES P C
H. DAVID FELTOON, PH.D.
8025 CHALK KNOLL DR
AUSTIN, TX 78735

MAY. 18, 2002

(512)750-7164

GHINOJOSA

Watts & Heard

1 OF 1

PATIENT: Gaspar Hinojosa


|  | SERVICES: | PROC. CODE DIAG. CODE |  |
|---|---|---|---|
| 5/01/02 | FULL BATTERY TEST | (90830   ) | 1500.00 |
|  |  | TOTAL SERVICES | $   1500.00 |
|  |  | *** TOTAL DUE *** | $   1500.00 |


FELTOON AND ASSOCIATES P C        LICENSE NO.   OP21128
H. DAVID FELTOON, PH.D.            TAX ID NO.    741944848
8025 CHALK KNOLL DR               SSN           221284284
AUSTIN, TX 78735

Causeway Collapse
207296-002233

# FELTOON & ASSOCIATES, P.C.
### CLINICAL & NEUROPSYCHOLOGY

5350 S. Staples St., Suite 200          8025 Chalk Knoll
CORPUS CHRISTI, TX 78411          AUSTIN, TEXAS 78735
361-992-7780          512-750-7164

H. DAVID FELTOON, PH.D
LICENSED PSYCHOLOGIST
BOARD CERTIFIED
AMERICAN BOARD OF FORENSIC EXAMINERS
AMERICAN BOARD OF FORENSIC MEDICINE
AMERICAN ACADEMY OF PAIN MANAGEMENT

June 1, 2002

## PSYCHOLOGICAL EVALUATION

NAME: Clarissa Hinojosa
AGE: 27   DOB: 11-28-74
DATE OF TESTING: 5-06-02
REFERRED BY: Watts & Heard, Attorneys-at-Law
TESTS ADMINISTERED:   Beck Anxiety Inventory; Beck Depression Inventory; The
Incomplete Sentence Form; a Clinical Interview

==================================================================

REFERRAL PROBLEM:

The patient was referred for an interview and psychological testing in order to evaluate
underlying personality dynamics and intrapsychic conflicts.

BACKGROUND:

Clarissa Hinojosa is a twenty seven year old female who has been engaged for three
months and plans to get married in November. She has no children. She has resided
in Corpus Christi, Texas for the past four months having moved there from San
Antonio, Texas where she lived for six years. She is a graduate of the University of
Texas at San Antonio with a Bachelor of Arts degree in Interdisciplinary Studies. She is
employed by the Corpus Christi Independent School District as a Special Education
teacher, a position she has held for four months. Ms. Hinojosa was raised and
graduated from high school in Edinburg, Texas. She has two brothers, Omar, age
twenty-five and Gaspar, age twenty-one.

Ms. Hinojosa described her childhood as "great," saying that they "did all the family trips
and I had everything I needed." Her mother is still alive and they are very close. Her
parents divorced when she was about sixteen years old and she lived with her mother.

Ms. Hinojosa went to see her regular doctor, Dr. Snoga, after her father's sudden and
tragic death and she was prescribed an anti-depressant medication. She stated that
she did not like taking these medications and discontinued taking them after

Causeway Collapse
207296-002223

approximately one month. Although she has not received any psychological intervention, she reported that she did call the American Red Cross for aid in finding a counselor and although she was promised help, no one in the organization ever called her back. Ms. Hinojosa admits to having had suicidal thoughts since her father perished in the collapse of the Causeway Bridge. She stated, "Sometimes I get into my car and I think about ramming into something. Sometimes when I'm in the tub I feel like getting under the water and drowning myself. I'd never do it because in my faith I know that I wouldn't be with my Dad." Ms. Hinojosa replied in the negative to ever having any problems with the law, she does not smoke and does not use drugs. She drinks alcohol occasionally.

## PRESENTING PROBLEM:

Ms. Hinojosa stated that her father was killed on September 15, 2001 when his car ran off the Queen Isabella Bridge. "He hit a concrete pillar and he was alive down there. I think he was down there for 45 minutes before these two firemen took him out of the car. He was alive when they took him out. They said he was completely conscious."

## CURRENT COMPLAINTS:

Ms. Hinojosa stated, "I was real close to my dad. I was Daddy's girl. I'm sad all the time, I cry over everything. So many things remind me of him. I was supposed to meet him for lunch that day and I keep wondering if he got my message. Everyday I think about the fall and the hit and how he was so helpless and I couldn't help him. I get so mad at how it happened. I keep picturing that fall. It continuously runs through my head. I can't get it out of my mind. I know he had to suffer a lot of pain. He had internal bleeding, two broken legs, and a broken jaw and collapsed lungs. He must have been so scared while he was falling."

Expounding further on her feelings, Ms. Hinojosa revealed, "I just want to escape the pain and sleep all the time." In responding to questions about nightmares she reported that she had one in which her mother was dying. At this point in the interview this young woman was crying uncontrollably. She went on to state further that her appetite is significantly greater and that she has put on twenty pounds since her father's death.

Ms. Hinojosa went on to state, "I don't do as much as I used to. I don't feel like going out but my fiancé pushes me and I go for him. It helps to take my mind off of things. I can't believe that he won't be there for my wedding. I know that day will be very hard. He never got to become a grandpa. He couldn't wait for me to get married. He would ask, 'When are you going to give me a grandchild?' I had just started graduate school when my dad died. I had to quit because I couldn't handle it."

2

Causeway Collapse
207296-002224

"I was very active, I was going to the gym and I quit that too. I'm not the same person that I was prior to his death. My principal even told me that I never smile anymore. He told me that he wanted to see the old Clarissa again. My dad's parents live in Kingsville and I visit them a lot. I moved to Corpus Christi to be closer to them; I needed them after my dad died. "

MENTAL STATUS:

The patient's dress and grooming were appropriate. She was open and cooperative during the testing and interview session. Her posture, actions and behavior were within normal limits. She was oriented in time, place, person and situation. Her mood was depressed and tense and her affective reaction was appropriate to her mood. She is depressed, tense and angry as a result of the negative turn that her life has taken since this tragic accident caused the death of her father. She acknowledges suicidal ideations but denies any current intent of self-harm because of her faith. Her judgement, memory and insight seemed to be well within normal limits. There were no indications of any hallucinatory or delusional thought processes.

EVALUATION:

The Beck Depression Inventory-II was administered. This is a scale designed to assess the severity of depression. The test is based on the clinical observations and descriptions of symptoms frequently given by depressed patients as contrasted with those frequently given by non-depressed patients. This patient's score of Twenty-seven (27) places her in the Moderately Depressed range. She endorsed the following items: I am so sad or unhappy that I can't stand it, as I look back, I see a lot of failures, I don't enjoy things as much as I used to, I feel guilty all of the time, I feel I may be punished, I have lost confidence in myself, I criticize myself for all of my faults, I have thoughts of killing myself, but I would not carry them out, and I cry over every little thing.

She went on to state: I feel more restless or wound up than usual, I don't consider myself as worthwhile and useful as I used to, I have less energy than I used to have, I sleep a lot more than usual, I am more irritable than usual, my appetite is much greater than usual, It's hard to keep my mind on anything for very long, I get more tired or fatigued more easily than usual.

The Beck Anxiety Inventory was administered. It consists of twenty-one (21) descriptive statements of anxiety symptoms. This patient's score of Thirty-two (32) places her in the Severely Anxious range. She reports feeling the following psycho-physiological concomitants of anxiety: feeling hot, wobbliness in legs, dizzy or lightheaded, heart

3

Causeway Collapse
207296-002225

pounding or racing, unsteady, hands trembling, shaky, indigestion or discomfort in abdomen, and face flushed. She also reports feeling unable to relax, fear of the worst happening, terrified, nervous, and fear of losing control, fear of dying, and scared.

The Incomplete Sentence Blank was administered. This is a projective instrument that presents patients with stems and requires them to express their real feelings as they complete each sentence. Her responses clearly reveal that she has been negatively impacted both physically and emotionally as a result of the catastrophic accident that resulted in the loss of her father. She states, the happiest time — in my life was when I would work in the yard with my dad; I want to know — why did this stupid accident take my dad from me; I regret — not spending more time with my dad; at bedtime — I cry; the best — thing about my dad were his hugs and words of wisdom; what annoys me — is when people tell me they understand what I'm going through; people— see me as someone who has something wrong with them; I feel — hurt, pain, guilty, frustrated, mad, and anxious; in school — I can't concentrate; I can't — get the fall out of my mind; and I suffer — from a fear of falling.

Ms. Hinojosa goes on to state : I failed — my dad; my mind — is out of control; the future — with my dad is no longer there; I need — his voice and hugs; marriage — is going to be hard; what pains me — is the fall; I hate— that I feel this way; I am very — lonely; the only trouble — is the pain I'm dealing with; I wish — I could talk to my dad; my father — was like a teddy bear; I secretly — pray to my dad; I — miss calling my dad and talking to him — wanting to hear his advice.

CONCLUSIONS:

After interviewing Ms. Hinojosa and interpreting her test scores it is apparent that she is suffering from a major depressive disorder. This is characterized by her being sad all the time, crying over every little thing, sleeping more than she used to, experiencing an increase in appetite, not enjoying things as much as she used to, experiencing suicidal ideations, having less energy and more fatigue and generally being more withdrawn from social activities. When a loved one is lost in a sudden, unexpected and preventable accident such as the way Mr. Hinojosa was killed, this often results in a complicated, ongoing and not easily resolved grieving process. Ms. Hinojosa's mental anguish will tend to be enduring and could last the rest of her life.

RECOMMENDATIONS:

It is felt that Ms. Hinojosa could benefit from psychological counseling. She has been encouraged to also return to her family physician for possible continuation of her anti-depressive medications

4

Causeway Collapse
207296-002226

DIAGNOSTIC IMPRESSION:

Axis   I:  Major Depressive Disorder
Axis  II:  N/A
Axis III:  N/A
Axis  IV: Personal, Familial, Social, and Academic
Axis   V: Current GAF: 58


PROGNOSIS:

The prognosis is guarded.

Thank you very much for this referral. If you obtain additional information or records relevant to my evaluation of this patient, please provide those as soon as possible. If you have any further questions, please do not hesitate to contact my office.


H. David Feltoon, Ph.D.
Clinical Psychologist


5

Causeway Collapse
207296·002227

FELTOON AND ASSOCIATES P C
H. DAVID FELTOON, PH.D.
8025 CHALK KNOLL DR
AUSTIN, TX 78735

(512)750-7164

MAY. 18, 1902

CHINOJOSA

Watts & Heard

1 OF 1

,

PATIENT: Clarissa Hinojosa

|  | SERVICES: | PROC. CODE | DIAG. CODE |  |
|---|---|---|---|---|
| 5/06/02 | FULL BATTERY TEST | (90830    ) |  | 1500.00 |
|  |  |  | TOTAL SERVICES | $ 1500.00 |
|  |  | *** TOTAL DUE *** |  | $ 1500.00 |
|  |  |  |  | ########## |

FELTOON AND ASSOCIATES P C       LICENSE NO.   OP21128
H. DAVID FELTOON, PH.D.          TAX ID NO.    741944848
8025 CHALK KNOLL DR              SSN           221284284
AUSTIN, TX 78735

Causeway Collapse
207296-002228

# FELTOON & ASSOCIATES, P.C.

## CLINICAL & NEUROPSYCHOLOGY

5350 S. Staples St., Suite 200             8025 Chalk Knoll
CORPUS CHRISTI, TX 78411             AUSTIN, TEXAS 78735
361-992-7780                         512-750-7164

H. DAVID FELTOON, PH.D
    LICENSED PSYCHOLOGIST
    BOARD CERTIFIED
        AMERICAN BOARD OF FORENSIC EXAMINERS
        AMERICAN BOARD OF FORENSIC MEDICINE
        AMERICAN ACADEMY OF PAIN MANAGEMENT

June 1, 2002

# PSYCHOLOGICAL EVALUATION

NAME:  Maria R. Hinojosa
AGE: 66   DOB: 5-22-35
DATE OF TESTING:  5-16-02
REFERRED BY:  Watts & Heard, Attorneys-at-Law
TESTS ADMINISTERED:    Beck Anxiety Inventory; Beck Depression Inventory; The
                       Incomplete Sentence Form; a Clinical Interview

==========================================================================

## REFERRAL PROBLEM:

The patient was referred for an interview and psychological testing in order to evaluate
underlying personality dynamics and intrapsychic conflicts.

## BACKGROUND:

Maria Rita Hinojosa is a sixty-six year old female who has been married for fifty-three
years.  Currently she has eight children having lost her eldest son as a result of the
Queen Isabella Bridge collapse.  Mrs. Hinojosa was born in Kingsville, Texas where
she resides at present.  She is under the care of Dr. Rodriquez and takes a thyroid
medication and premerin.

Mrs. Hinojosa described her childhood as "happy" with three brothers and six sisters.
She has a fifth grade education.  She responded in the negative to questions about
psychological problems, consuming alcohol, using drugs and suicidal ideations.  She
does smoke, approximately a pack a day.  Mrs. Hinojosa stated, "Sometimes I feel like I
want to run but I don't know where."

## PRESENTING PROBLEM:

Mrs. Hinojosa stated that her oldest son was killed on September 15, 2001 when his car
ran off the causeway bridge. He was working for Whataburger restaurant and he was
on his way home.

## CURRENT COMPLAINTS:

Crying uncontrollably, Mrs. Hinojosa said, "He was my first son. We were very close. I cry everyday. I'm sad all the time. I'm reminded of him wherever I am. I pray to him every night. I have a big picture of him in my bedroom. I have problems falling asleep. I wake up a lot during the night and I can't go back to sleep." Mrs. Hinojosa stated that her appetite is greatly diminished and she has lost weight however, she does not know how much.

Continuing, Mrs. Hinojosa reported, "I don't go out anymore. There's no more pleasure in my life. I only play with my granddaughter. I feel stressed and nervous." Mrs. Hinojosa said that both she and her husband cry frequently. In speaking about her husband she described him becoming very quiet when he thinks about his son. Although she continues to go to church every other Sunday, she stated that he does not attend church at all.

## MENTAL STATUS:

The patient's dress and grooming were appropriate. She was open and cooperative during the testing and interview session. Her posture, actions and behavior were within normal limits. She was oriented in time, place, person and situation. Her mood was depressed and tense and her affective reaction was appropriate to her mood. She is depressed, tense and angry as a result of the negative turn that her life has taken since this tragic accident caused the death of her son. She denies suicidal ideations or any current notions of self-harm. She does admit that there are times when she wants to run away but she does not know where. Her judgement, memory and insight seemed to be well within normal limits. There were no indications of any hallucinatory or delusional thought processes. She is relying quite heavily on her religious beliefs.

## EVALUATION:

The Beck Depression Inventory-II was administered. This is a scale designed to assess the severity of depression. The test is based on the clinical observations and descriptions of symptoms frequently given by depressed patients as contrasted with those frequently given by non-depressed patients. This patient's score of Thirty-three (33) places her in the Severely-Depressed range. She endorsed the following items: I am so sad or unhappy that I can't stand it, I feel more discouraged about my future than I used to be, I can't get any pleasure from the things I used to enjoy, I am disappointed in myself, and I cry over every little thing.

2

Causeway Collapse
207296-002252

She went on to state: I am so restless or agitated that I have to keep moving or doing something, I have lost most of my interest in other people or things, I find it more difficult to make decisions than usual, I feel more worthless as compared to other people, I have less energy than I used to have, I sleep a lot less than usual, I am much more irritable than usual, my appetite is much less than before, I can't concentrate as well as usual, I am too tired or fatigued to do a lot of the things I used to do, and I have lost interest in sex completely.

The Beck Anxiety Inventory was administered. It consists of twenty-one (21) descriptive statements of anxiety symptoms. This patient's score of Seventeen (17) places her in the Moderately-Anxious range. She does report feeling the following psycho-physiological concomitants of anxiety: wobbliness in legs, hands trembling, shaky, difficulty breathing, faint, face flushed, and sweating (not due to heat). She also reports feeling unable to relax, nervous, fear of losing control, and scared.

The Rotter Incomplete Sentence Blank was administered. This is a projective instrument that presents patients with stems and requires them to express their real feelings as they complete each sentence. Her responses clearly reveal that she has been negatively impacted both physically and emotionally as a result of the catastrophic accident that resulted in the loss of her son. She states, I want to know -- why this had to happen; I regret -- it happening; at bedtime -- I pray for him; the best -- memories; what annoys me -- the loss of my son; a mother -- loves her children; I feel -- sad; my greatest fear -- is what can happen to my children; I can't -- forget my son; my nerves -- not to good because I am sad; I suffer -- because of what happened to my oldest son.

Mrs. Hinojosa goes on to state : the future -- empty without my son; I need -- to let him rest in peace; what pains me -- that I lost him; I am very -- sad; the only trouble -- I can't see him; I wish -- he would be alive; I secretly -- cry; and I-- wish he would be with us.

CONCLUSIONS:

After interviewing Mrs. Hinojosa and interpreting her test scores it is apparent that she is suffering from a major depressive disorder. This is characterized by frequent and uncontrollable crying spells, feeling sad all the time, a severe sleep disturbance, a diminished appetite and resultant weight loss, a tendency to be withdrawn and seclusive, a diminution of pleasurable activities, and a lot of anxiety and nervousness.

When a loved one is lost in a sudden, unexpected and preventable accident such as the way Mr. Hinojosa was killed, this often results in a complicated, ongoing and not easily resolved grieving process. Mrs. Hinojosa's mental anguish will tend to be enduring and could last the rest of her life.

3

Causeway Collapse
207296-002253

## RECOMMENDATIONS:

Mrs. Hinojosa could benefit from psychological counseling. She may need to consult with her physician about the possible need for antidepressant medications.

## DIAGNOSTIC IMPRESSION:

Axis I: Major Depressive Disorder
Axis II: N/A
Axis III: N/A
Axis IV: Personal, Familial, Social
Axis V: Current GAF: 50

## PROGNOSIS:

The prognosis is guarded.

Thank you very much for this referral. If you obtain additional information or records relevant to my evaluation of this patient, please provide those as soon as possible. If you have any further questions, please do not hesitate to contact my office.

H. David Feltoon, Ph.D.
Clinical Psychologist

4

Causeway Collapse
207296-002254

FELTOON AND ASSOCIATES P C
H. DAVID FELTOON, PH.D.
8025 CHALK KNOLL DR
AUSTIN, TX 78735

(512)750-7164

                                        MAY. 18, 1902

                                        MHINOJOSA

Watts & Heard                           1 OF 1

,

PATIENT: Maria R. Hinojosa


|          | SERVICES:          | PROC. CODE | DIAG. CODE |            |
|----------|--------------------|------------|------------|------------|
| 5/16/02  | FULL BATTERY TEST  | (90830  )  |            |  1500.00   |
|          |                    |            | TOTAL SERVICES | $  1500.00 |
|          |                    | *** TOTAL DUE *** |      | $  1500.00 |


FELTOON AND ASSOCIATES P C       LICENSE NO.  OP21128
H. DAVID FELTOON, PH.D.          TAX ID NO.   741944848
8025 CHALK KNOLL DR              SSN          221284284
AUSTIN, TX 78735

                                 Causeway Collapse
                                 207296-002255

# FELTOON & ASSOCIATES, P.C.
## CLINICAL & NEUROPSYCHOLOGY
5350 S. Staples St., Suite 200       8025 Chalk Knoll
CORPUS CHRISTI, TX 78411     AUSTIN, TEXAS 78735
361-992-7780          512-750-7164

H. DAVID FELTOON, PH.D
LICENSED PSYCHOLOGIST
BOARD CERTIFIED
  AMERICAN BOARD OF FORENSIC EXAMINERS
  AMERICAN BOARD OF FORENSIC MEDICINE
  AMERICAN ACADEMY OF PAIN MANAGEMENT

June 1, 2002

# PSYCHOLOGICAL EVALUATION

NAME:  Martin Hinojosa
AGE:  73  DOB:  12-19-28
DATE OF TESTING: 5-16-02
REFERRED BY: Watts & Heard, Attorneys-at-Law
TESTS ADMINISTERED:   Beck Anxiety Inventory; Beck Depression  Inventory; Rotter
                Incomplete Sentence Form;  and a Clinical Interview

**REFERRAL PROBLEM:**

The patient was referred for an interview and psychological testing in order to evaluate
underlying personality dynamics and intrapsychic conflicts.

**BACKGROUND:**

Martin D. Hinojosa is a seventy-three year old male who has been married for fifty-three
years.  He and his wife produced ten offspring, eight of which are currently alive.  A girl
died at three months from sudden infant death syndrome and his eldest son, born June
24, 1949, perished as a result of the Queen Isabella Bridge collapse.  Mr. Hinojosa has
resided in Kingsville for the last three years; prior to that he lived in the Valley.  He
worked as a carpenter all of his life until he was forced to retire three years ago.  Due to
diabetes Mr. Hinojosa had both of his legs amputated below the knee and he relies on
a wheelchair for mobility.

Mr. Hinojosa was born in Kingsville and described his childhood as "happy."  He had
one brother and one sister.  He has an eighth grade education and has never served in
the armed forces.  Due to his diabetes Mr. Hinojosa relies on insulin shots daily. He had
open heart surgery eight years ago.  He reported doing well since then and currently is
not under the care of a doctor.  He also denied any past history of psychological

problems or difficulties with the law, does not drink or use drugs and reported no suicidal ideations. He does admit to smoking two packages of cigarettes a day.

## PRESENTING PROBLEM:

Mr. Hinojosa's oldest son, Gaspar, was killed on September 15, 2001 while driving over the Queen Isabella Bridge on his way home from work. Mr. Hinojosa stated that this was the only son that he "really had something in common with."

## CURRENT COMPLAINTS:

Mr. Hinojosa stated, "I'm more depressed than I used to be. I've lost my enthusiasm for life. You're here now and the next minute you're gone, that's my attitude." Mr. Hinojosa revealed that he has cried only a few times but he did say that he misses Gaspar a great deal, saying "He was my first baby. I'd go with him on his job a lot. I feel sad a lot. I'm more withdrawn. I don't enjoy doing things; even the news doesn't interest me anymore. I don't have any fun anymore. My family is close, I still see my children a lot or they call. I see my grandchildren a couple of times a week."

In speaking about his wife, Mr. Hinojosa began crying as he revealed, "She's taking it very hard. She can't get over him. He would always come over to hug her and kiss her. 'Mamacita Chula' is what he always called her." At this point Mr. Hinojosa was crying uncontrollably as he continued. "He (Gaspar) was very affectionate. I was always telling him to lead the way for the rest of his brothers. She (his wife) cries all the time; she's very, very depressed. She doesn't sleep much and she's lost a lot of weight. She's aged a lot since his death. This really threw a damper on my life. I now feel like 'what's the use' so I don't do anything."

Mr. Hinojosa reported that his boys' names, put in the order of their birth, spell GREAT: Gaspar, Rodolpho, Evaristo, Adam, and Tomas. His four daughters are named Petra, Dalia, Herlinda, and Eva.

## MENTAL STATUS:

The patient was neatly dressed and groomed. He was open and cooperative during the testing and interview session. His posture, actions and behavior were within normal limits. Both of his legs are amputated below the knee and he is confined to a wheelchair. He was oriented in time, place, person and situation. His mood was depressed and tense and his affective reaction was appropriate to his mood. He is depressed, tense and angry as a result of the negative turn that his life has taken since this tragic incident resulted in the death of his son. He denies suicidal ideations or any

2

current notions of self-harm. His judgement, memory and insight seemed to be well within normal limits. There were no indications of any hallucinatory or delusional thought processes.

EVALUATION:

The Beck Depression Inventory-II was administered. This is a scale designed to assess the severity of depression. The test is based on the clinical observations and descriptions of symptoms frequently given by depressed patients as contrasted with those frequently given by non-depressed patients. This patient's score of Sixteen (16) places him in the Mildly Depressed range. He reports: I feel sad much of the time, I feel more discouraged about my future than I used to be, I don't enjoy things as much as I used to, I feel more restless or wound up than usual, and I am less interested in other people or things than before.

Mr. Hinojosa went on to endorse: I find it more difficult to make decisions than usual, I have less energy than I used to have, I wake up 1-2 hours early and can't get back to sleep, my appetite is somewhat less than usual, I can't concentrate as well as usual, I get more tired or fatigued more easily than usual, and I have lost interest in sex completely.

The Beck Anxiety Inventory was administered. It consists of twenty-one (21) descriptive statements of anxiety symptoms. This patient's score of Four (4) places him in the Non - Anxious range. Mr. Hinojosa reports feeling the following psycho-physiological concomitants of anxiety: numbness or tingling, and unsteady. He also reports fearing a loss of control.

The Rotter Incomplete Sentence Blank was administered. This is a projective instrument that presents patients with stems and requires them to express their real feelings as they complete each sentence. Mr. Hinojosa's responses clearly reveal that he has been negatively impacted both physically and emotionally as a result of the catastrophic incident that resulted in his son's death. He states: the happiest time -- when my son was born; I want to know -- if the connection between the bridge deck and supports was strong enough; I regret -- not taking pictures of the bridge support and reinforcement; my greatest fear -- that I will lose another son or daughter; I can't -- get over my son's death; my nerves -- are shot; I suffer -- because of my son's death ; I wish -- that the person most responsible for the loss of my son to be held accountable; and my greatest worry is -- for something like this to happen to my kids.

3

## CONCLUSIONS:

After interviewing Mr. Hinojosa and interpreting his test scores it is apparent that he is suffering from a depressive disorder. This is characterized by a general feeling of sadness, a tendency to be more withdrawn, not enjoying things, not having any fun, a lack of enthusiasm for life, having less energy waking up 1 – 2 hours early each morning and not being able to get back to sleep, a diminished appetite, an inability to concentrate, and a feeling of fatigue. Mr. Hinojosa not only lost his oldest and favorite son but he essentially has lost his wife who he now describes as being "very, very depressed." He describes her as "crying all the time, she doesn't sleep much and she's aged a lot since his death." Mr. Hinojosa went on to state, "this really threw a damper on my life."

When a loved one is lost in a sudden, unexpected and preventable accident such as the way Mr. Hinojosa's son was killed, this often results in a complicated, ongoing and not easily resolved grieving process. Mr. Hinojosa's mental anguish will tend to be enduring and could last the rest of his life.

## RECOMMENDATIONS:

This patient could benefit from counseling which focuses on his depressive disorder.

## DIAGNOSTIC IMPRESSION:

Axis  I:  Depressive Disorder
Axis II:  N/A
Axis III:  N/A
Axis IV:  Personal, Familial, Social
Axis V:  Current GAF: 60

## PROGNOSIS:

The prognosis is poor.

4

Causeway Collapse
207296-002248

Thank you very much for this referral. If you obtain additional information or records relevant to my evaluation of this patient, please provide those as soon as possible. If you have any further questions, please do not hesitate to contact my office.


H. David Feltoon, Ph.D.
Clinical Psychologist

5

Causeway  Collapse
207296-002249

FELTOON AND ASSOCIATES P C
H. DAVID FELTOON, PH.D.
8025 CHALK KNOLL DR
AUSTIN, TX 78735

(512)750-7164

MAY. 18, 2002

MAHINOJOS

Watts & Heard

1 OF 1

PATIENT: Martin Hinojosa

|  | SERVICES: | PROC. CODE | DIAG. CODE |  |
|---|---|---|---|---|
| 5/16/02 | FULL BATTERY TEST | (90830 ) |  | 1500.00 |
|  |  |  | TOTAL SERVICES | $ 1500.00 |
|  |  | *** TOTAL DUE *** |  | $ 1500.00 |

FELTOON AND ASSOCIATES P C         LICENSE NO.   OP21128
H. DAVID FELTOON, PH.D.            TAX ID NO.    741944848
8025 CHALK KNOLL DR               SSN           221284284
AUSTIN, TX 78735

Causeway Collapse
207296-002250

# FELTOON & ASSOCIATES, P.C.

## CLINICAL & NEUROPSYCHOLOGY

5350 S. Staples St., Suite 200          8025 Chalk Knoll
CORPUS CHRISTI, TX 78411          AUSTIN, TEXAS 78735
361-992-7780                            512-750-7164

H. DAVID FELTOON, PH.D
LICENSED PSYCHOLOGIST
BOARD CERTIFIED
AMERICAN BOARD OF FORENSIC EXAMINERS
AMERICAN BOARD OF FORENSIC MEDICINE
AMERICAN ACADEMY OF PAIN MANAGEMENT

June 1, 2002

# PSYCHOLOGICAL EVALUATION

NAME:  Raquel T. Hinojosa
AGE: 44   DOB: 01-03-58
DATE OF TESTING: 5-01-02
REFERRED BY: Watts & Heard, Attorneys-at-Law
TESTS ADMINISTERED:   Beck Anxiety Inventory; Beck Depression Inventory; The Incomplete Sentence Form; a Clinical Interview

=================================================================

## REFERRAL PROBLEM:

The patient was referred for an interview and psychological testing in order to evaluate underlying personality dynamics and intrapsychic conflicts.

## BACKGROUND:

Raquel Hinojosa is a forty-four year old female who was widowed from her third husband eight months ago. They were married for two years prior to his death and no children were produced from this union. Mrs. Hinojosa's second marriage lasted for sixteen years and produced a daughter, now twenty-one years of age. This husband died, from an aneurism. Her first husband, to whom she was married for seven years, was killed in a motor vehicle accident. This union produced four children, three daughters ages twenty-six, twenty-three and twenty-two, and a son, age twenty-four. Only the twenty-three year old is unmarried at the present time.

Mrs. Hinojosa is currently unemployed. She was taking care of her father who passed away on August 17, 2002 at the age of eighty-one. She is a certified nurse assistant and was employed for six years at a nursing home. Currently Mrs. Hinojosa resides in Rio Hondo, Texas with her mother and twenty-three year old son who is a telemarketer.

Mrs. Hinojosa responded in the negative to questions regarding the taking of medication, use of drugs, smoking, having a history of difficulty with the law, being

Causeway Collapse
207296-002240

under the care of a physician or psychologist, or having suicidal ideations. She attested to drinking alcohol socially. Mrs. Hinojosa described her childhood as "happy." She was born in Mexico and has three brothers and five sisters. She came to the United States at age thirteen, dropped out of the seventh grade but later earned her GED and attended school for eight months to earn her nurse assistant certification. She also attended Texas State Technical College for one and a half years to learn computerized bookkeeping.

PRESENTING PROBLEM:

Mrs. Hinojosa stated that her husband was killed on September 15, 2001 when his car ran off the causeway bridge. He was working for Whataburger restaurant on the island and he was on his way home. She was told that he was alive when he was found however he succumbed on the way to the hospital. His car hit the concrete under the bridge. Mrs. Hinojosa was never able to see him.

CURRENT COMPLAINTS:

Mrs. Hinojosa stated, "I lost my husband in September, 2001, my best friend in November, 2001 and my father in April, 2002. We (my husband and I) had a good marriage. I'm left with a lot of questions. I wonder what he thought when he was falling. Did he realize what was happening? Was he scared? I've been sad a lot. I cry a lot more than I used to. I can't fall asleep, then I finally go to sleep and it's hard for me to wake up. I sleep a lot more, it's like an escape. I have less energy and my appetite is much less. I have lost fifteen pounds."

Mrs. Hinojosa went on to say, "The only fun I have now is with my grandkids. I feel all alone. Everything is different now. I get real nervous and panicky now. These other deaths have affected me but differently. It's not like they were there everyday like my husband was. It's a different kind of pain. I miss talking to my husband and having him there every night after work. He was very affectionate, always hugging me." Mrs. Hinojosa was crying as she said, "He was very romantic. We had a lot of fun together. We went walking on the beach a lot and went dancing a lot."

MENTAL STATUS:

The patient's dress and grooming were appropriate. She was open and cooperative during the testing and interview session. Her posture, actions and behavior were within normal limits. She was oriented in time, place, person and situation. Her mood was depressed and tense and her affective reaction was appropriate to her mood. She is depressed, tense and angry as a result of the negative turn that her life has taken since

2

this tragic accident caused the death of her husband. She denies suicidal ideations or any current notions of self-harm. Her judgement, memory and insight seemed to be well within normal limits. There were no indications of any hallucinatory or delusional thought processes.

EVALUATION:

The Beck Depression Inventory-II was administered. This is a scale designed to assess the severity of depression. The test is based on the clinical observations and descriptions of symptoms frequently given by depressed patients as contrasted with those frequently given by non-depressed patients. This patient's score of Seventeen (17) places her in the Mildly Depressed range. She endorsed the following items: I feel sad much of the time, as I look back, I see a lot of failures, I don't enjoy things as much as I used to, I feel guilty over many things I have done or should have done, and I cry more than I used to.

She went on to state: I am so restless or agitated that it's hard to stay still, I find it more difficult to make decisions than usual, I have less energy than I used to have, I sleep a lot more than usual, I am more irritable than usual, my appetite is somewhat less than usual, I can't concentrate as well as usual, I get more tired or fatigued more easily than usual, and I am less interested in sex than I used to be.

The Beck Anxiety Inventory was administered. It consists of twenty-one (21) descriptive statements of anxiety symptoms. This patient's score of Ten (10) places her in the Mildly Anxious range. She reports feeling the following psycho-physiological concomitants of anxiety: feeling hot, heart pounding or racing, shaky, face flushed, and sweating (not due to heat). She also reports feeling unable to relax, fear of the worst happening, nervous, and fear of losing control.

The Rotter Incomplete Sentence Blank was administered. This is a projective instrument that presents patients with stems and requires them to express their real feelings as they complete each sentence. Her responses clearly reveal that she has been negatively impacted both physically and emotionally as a result of the catastrophic accident that resulted in the loss of her husband. She states, I regret — not having my husband longer; I feel — lonely and angry; my greatest fear — losing one of my children; I can't — to go to sleep sometimes; my nerves — make me sick; and I suffer — when I think of my losses.

Mrs. Hinojosa goes on to state : I failed — to stay calm; the future — not very bright; I need — to be strong; I am very — angry and unhappy; the only trouble — is I am alone; I secretly — wish I could fall apart; I — wish I could cry more often.

3

Causeway Collapse
207296-002242

CONCLUSIONS:

After interviewing Mrs. Hinojosa and interpreting her test scores it is apparent that she is suffering from a depressive disorder. This is characterized by an initial and terminal sleep disorder, a diminution in energy, a lowered appetite, a fifteen pound weight loss, feeling sad much of the time, not enjoying things as much as she used to, crying more than she used to, feeling restless or agitated, having less energy, being more irritable, and feeling more tired or fatigued.

When a loved one is lost in a sudden, unexpected and preventable accident such as the way Mr. Hinojosa was killed, this often results in a complicated, ongoing and not easily resolved grieving process. Mrs. Hinojosa has suffered significant losses in her life including two prior husbands and her father who passed away two weeks prior to this examination at the age of 81. Mrs. Hinojosa's mental anguish will tend to be enduring and could last the rest of her life.

RECOMMENDATIONS:

Mrs. Hinojosa could benefit from psychological counseling.

DIAGNOSTIC IMPRESSION:

    Axis  I:  Depressive Disorder
    Axis II:  N/A
    Axis III:  N/A
    Axis IV:  Personal, Familial, Social
    Axis  V:  Current GAF: 59

PROGNOSIS:

The prognosis is fair to poor.

Thank you very much for this referral. If you obtain additional information or records relevant to my evaluation of this patient, please provide those as soon as possible. If you have any further questions, please do not hesitate to contact my office.

H. David Feltoon, Ph.D.
Clinical Psychologist

4

Causeway Collapse
207296 002243

FELTOON AND ASSOCIATES P C
H. DAVID FELTOON, PH.D.
8025 CHALK KNOLL DR
AUSTIN, TX 78735

MAY. 18, 2002

(512)750-7164

RHINOJOSA

Watts & Heard

1 OF 1

,

PATIENT: Raquel T. Hinojosa

|  | SERVICES: | PROC. CODE | DIAG. CODE |  |
|---|---|---|---|---|
| 5/01/02 | FULL BATTERY TEST | (90830 ) |  | 1500.00 |
|  |  | TOTAL SERVICES |  | $ 1500.00 |
|  | *** TOTAL DUE *** |  |  | $ 1500.00 |

FELTOON AND ASSOCIATES P C
H. DAVID FELTOON, PH.D.
8025 CHALK KNOLL DR
AUSTIN, TX 78735

LICENSE NO.   OP21128
TAX ID NO.    741944848
SSN           221284284

Causeway Collapse
207296-002244

# FELTOON & ASSOCIATES, P.C.

CLINICAL & NEUROPSYCHOLOGY

5350 S. Staples St., Suite 200          8025 Chalk Knoll
CORPUS CHRISTI, TX 78411          AUSTIN, TEXAS 78735
361-992-7780          512-750-7164

H. DAVID FELTOON, PH.D
LICENSED PSYCHOLOGIST
BOARD CERTIFIED
AMERICAN BOARD OF FORENSIC EXAMINERS
AMERICAN BOARD OF FORENSIC MEDICINE
AMERICAN ACADEMY OF PAIN MANAGEMENT

October 4, 2001

# PSYCHOLOGICAL EVALUATION

NAME: William Barrett Welch
AGE: 2      DOB: 7-30-99
DATE OF TESTING: 9-26-01
REFERRED BY: Watts & Heard, Attorneys-at-Law
TESTS ADMINISTERED: Interview with Grandmother, Jackie Paddock
================================================================

PRESENTING PROBLEM:

William Welch was at home asleep with a maid in attendance when his parents were killed in a tragic accident on September 15, 2001.

CURRENT COMPLAINTS:

In an interview conducted with his grandmother, Jackie Paddock, the following was reported. William is calling his grandmother, Mama, and is clinging to her as if he's afraid to have her away from him.

EVALUATION:

This young boy was appropriately dressed and groomed. He made good eye contact with this examiner and followed simple commands, knows his ABC's up to the letter 'G', can recognize the letter A, and can count to 5. He knows the names of fruits because he loves to eat them. He knows the sounds that a cat and dog make. He seems to be functioning within normal limits.

CONCLUSION:

William appears to be very bright for his age. His vocabulary seems superior for his age and he speaks in sentences, e.g. "I want a cookie." It appears that he has spent a great deal of time with adults, and that his parents must have devoted a great deal of time to him judging from his apparent superior communication skills. This young boy seems to

Causeway  Collapse
000207296-000735

be clinging to his grandmother and undoubtedly has no idea why his parents have seemingly disappeared. The impact that this perceived abandonment will have on his developmental processes is, at this point, still unknown. A feeling of basic security is the primary ingredient that allows a child to progress through the natural developmental stages in a successful fashion. It is obvious that currently this young boy is not feeling very secure.

**RECOMMENDATIONS:**

This young boy should be monitored and evaluated on a yearly basis. Psychological counseling for this young boy is highly necessary. In addition, the grandmother may require parenting classes.

**DIAGNOSTIC IMPRESSION:**

    Axis I: Deferred

**PROGNOSIS:**

The prognosis is fair.

Thank you very much for this referral. If you obtain additional information or records relevant to my evaluation of this patient, please provide those as soon as possible. If you have any further questions, please do not hesitate to contact my office.

H. David Felicen, Ph.D.
Clinical Psychologist

2

Causeway Collapse
000207296-000736

# FELTOON & ASSOCIATES, P.C.

### CLINICAL & NEUROPSYCHOLOGY

5350 S. Staples St., Suite 200          8025 Chalk Knoll
CORPUS CHRISTI, TX 78411          AUSTIN, TEXAS 78735
361-992-7780          512-750-7164

H. DAVID FELTOON, PH.D
LICENSED PSYCHOLOGIST
BOARD CERTIFIED
   AMERICAN BOARD OF FORENSIC EXAMINERS
   AMERICAN BOARD OF FORENSIC MEDICINE
   AMERICAN ACADEMY OF PAIN MANAGEMENT

September 29, 2001

# PSYCHOLOGICAL EVALUATION

NAME:  Jackie Paddock
AGE:  40    DOB: 1-20-61
DATE OF TESTING:  9-26-01
REFERRED BY:  Watts and Heard, Attorneys at Law
TESTS ADMINISTERED:  Beck Anxiety Inventory; Beck Depression Inventory; Rotter
                  Incomplete Sentence Form;  Minnesota Multiphasic
                  Personality Inventory;   and a Clinical Interview

=====================================================================

**REFERRAL PROBLEM:**

The patient was referred for an interview and psychological testing in order to evaluate underlying personality dynamics and intrapsychic conflicts.

**BACKGROUND:**

Jackie Paddock is a forty year old female who has been divorced for seven years from her third husband.  She was married for five years and this union produced no children. She was married to her second husband for eight years.  They had one son, Joe, who is seventeen years old and lives with his father.  His father is very ill and Joe takes care of him.   Ms. Paddock's first marriage lasted for five years and produced a daughter, Chealsa, who was killed, along with her husband, on September 15, 2001.  This couple had a two year old son, William Barrett Welch.

Ms. Paddock reported that she picked up her grandson at 5:00a.m. after Chealsa was killed and she has taken care of him ever since.  She stated that the maid was taking care of him when both her daughter and son-in-law were killed.  Ms. Paddock stated that she was the person who always baby sat for her grandson and she was the closest to him.  She was there when he was born and even helped deliver him.  She stated that she bakes his birthday cakes. "I'm the one that my daughter always left William with and if I was working then he'd be cared for by the maid.  I was always her first choice.

Causeway  Collapse
000207296-000730

My ex-husband, my daughter's father, is now trying to get custody. He was uninvolved with Chealsa since she was five years old except for one visit. I raised her by myself without any help from him."

"Currently I'm living in Chealsa's home with William in Port Isabelle and I'm trying to maintain a stable environment for him. Prior to that I was living with my boyfriend; he is fifty years old and didn't want to take on a two year old so I just decided to devote myself to William. He needs me right now. My daughter would want me to take care of him."

Ms. Paddock went on to reveal, "I've partied a lot in the past, I've had my fair share of fun and now I need to focus on my grandson. That's what I'm going to do. I love that little boy and he's angry and confused right now about his parents' death."

Ms. Paddock has been employed for four months as secretary to all the department heads at Schlitterbahn Water Park on South Padre Island. Prior to this she attended Vogue International Careers and still needs one more week to graduate. She stated that she was so busy at her job that she was working seventy to eighty hours a week and has not had time to complete her course work at Vogue.

There have been two incidents with the law in which Ms. Paddock was involved. She was charged with a DWI four years ago after she had three glasses of wine with dinner; however she refused the breathalyzer test at that time. She stated, "I was always told that that's what you were supposed to do." She also had one incident of public intoxication "but this was over ten years ago; I was fussing with a boyfriend." She denies any current use of drugs. She drinks occasionally, on a social basis, and does not smoke. She is not taking any medication, is not under a doctor's care, has never required psychological intervention, and has no suicidal ideations.

PRESENTING PROBLEM:

Ms. Paddock lost her daughter and son-in-law as a result of the accident which destroyed part of the Queen Isabella Causeway on September 15, 2001.

CURRENT COMPLAINTS:

Ms. Paddock stated, "I was very close to my daughter. I saw her just about everyday. She would come to my job and have lunch with me at least two times a week. We spent a lot of time together. We were growing extremely close ever since William was born. We were close before but William really brought us together. I was there during her three days of labor, rubbing her back, her legs, whatever she wanted. I've been

2

depressed and sad, but I only cry at night because I've been so involved with William. I miss her."

Sleep disturbances create a problem for Ms. Paddock and she wakes up frequently during the night. She reported that she falls asleep normally but has problems staying asleep. Her appetite is diminished and she has experienced some weight loss but is unsure of the amount. "It hurts to have lost my daughter, but now I owe it to her to devote myself to my grandson."

## MENTAL STATUS:

The patient was well dressed and neatly groomed. She was open and cooperative during the testing and interview session. Her posture, actions and behavior were within normal limits. She was oriented in time, place, person and situation. Her mood was depressed and her affective reaction was sad and appropriate to her mood. She is depressed, tense and angry as a result of the negative turn that her life has taken since this tragic accident resulting in the deaths of her daughter and son-in-law. She has not experienced suicidal ideations and denies any current notions of self-harm. Her judgement, memory and insight seemed to be well within normal limits. There were no indications of any hallucinatory or delusional thought processes.

## EVALUATION:

The Minnesota Multiphasic Personality Inventory-2 was administered. The Administrative Scales reveal that the profile is valid. The protocol indicates that this patient is trying to be strong and present herself in the best possible light. The profile suggests that she is angry and not very trusting of other people. She seems to resent the fact that her ex-husband is trying to gain custody of her grandson. Otherwise this profile suggests that Ms Paddock is functioning within normal limits. There seems to be no reason to believe that she would not make an excellent custodian (parent) for her grandson.

The Beck Depression Inventory was administered. This is a scale designed to assess the severity of depression. The test is based on the clinical observations and descriptions of symptoms frequently given by depressed patients as contrasted with those frequently given by non-depressed patients. This patient's score of Fifteen (15) places her in the Mild to Moderately depressed range. She reports feeling sad much of the time, feeling like she does not enjoy things as much as she used to, feeling guilty over many things that she has done or should have done, feeling like she may be punished, feeling more critical of herself than she used to be, and crying more than she used to.

3

Causeway Collapse
000207296-000732

The patient goes on to endorse the following: being more restless or wound up than usual, finding it more difficult to make decisions than usual, sleeping somewhat less than usual, having an appetite that is somewhat less than usual, having difficulty concentrating, getting more tired or fatigued more easily, and being much less interested in sex now.

The Beck Anxiety Inventory was administered. It consists of twenty-one (21) descriptive statements of anxiety symptoms. Her score of Five (5) places her in the non-anxious range. She reports feeling unable to relax, fearing the worst happening, feeling terrified, feeling scared and feeling faint.

The Rotter Incomplete Sentence Blank was administered. This is a projective instrument that presents patients with stems and requires them to express their real feelings as they complete each sentence. This patient's responses clearly reveal that she goes to great length to keep her emotions under control. Her responses clearly reveal that she has been negatively impacted both physically and emotionally as a result of losing her daughter in this tragic incident. She states, I want to know – if my daughter suffered at time of death; I feel so very sad about losing Chealsa but happy to have her son; my greatest fear – is losing my grandson; I can't –stand the thought of losing my grandson; my nerves – right now are not so great; I suffer – the loss of my baby girl; sometimes – I cry too much right now; I wish – Chealsa had not died; and I secretly – cry when William is asleep.

CONCLUSIONS:

The symptoms that the patient is experiencing indicate that she is suffering from a depressive disorder resulting from the loss of her daughter. This disorder is characterized by her feeling sad much of the time, not enjoying things as much as she used to, experiencing a sleep disorder, and suffering recurrent and uncontrollable crying spells. She also has committed herself to caring for and nurturing her grandson. The thought of losing him is very painful for her. This examiner observed her interacting with her grandson, William, in a very positive, loving and nurturing fashion. It was noteworthy that he referred to her as "mama." It would appear that Jackie Paddock would be the custodial parent of choice considering her prior and current relationship with William.

RECOMMENDATIONS:

This patient could benefit from counseling which focuses on her depressive disorder.

4