**DIAGNOSTIC IMPRESSION:**

Axis   I:   Depressive Disorder, Secondary to the loss of her Daughter
Axis  II:   N/A
Axis III:   N/A
Axis  IV:   Personal, Familial, Social, Occupational
Axis   V:   Current GAF: 67

**PROGNOSIS:**

The prognosis is fair.

Thank you very much for this referral. If you obtain additional information or records relevant to my evaluation of this patient, please provide those as soon as possible. If you have any further questions, please do not hesitate to contact my office.

H. David Feltoon, Ph.D.
Clinical Psychologist

5

Causeway Collapse
000207296-000734

# FELTOON & ASSOCIATES, P.C.

### CLINICAL & NEUROPSYCHOLOGY

5350 S. Staples St., Suite 200              8025 Chalk Knoll
CORPUS CHRISTI, TX 78411              AUSTIN, TEXAS 78735
361-992-7780                              512-750-7164

H. DAVID FELTOON, PH.D
LICENSED PSYCHOLOGIST
BOARD CERTIFIED
AMERICAN BOARD OF FORENSIC EXAMINERS
AMERICAN BOARD OF FORENSIC MEDICINE
AMERICAN ACADEMY OF PAIN MANAGEMENT

October 4, 2001

# PSYCHOLOGICAL EVALUATION

**NAME:** Gustavo A. Morales
**AGE:** 36   **DOB:** 4-07-65
**DATE OF TESTING:** 9-26-01
**REFERRED BY:** Watts & Heard, Attorneys at Law
**TESTS ADMINISTERED:** Beck Anxiety Inventory; Beck Depression Inventory; Rotter Incomplete Sentence Form; Minnesota Multiphasic Personality Inventory; a Collateral Interview and a Clinical Interview

========================================================================

## REFERRAL PROBLEM:

The patient was referred for an interview and psychological testing in order to evaluate underlying personality dynamics and intrapsychic conflicts.

## BACKGROUND:

Gustavo Morales is a thirty-six year old male who has been married for six years. This is his first marriage and he and his wife have two daughters, ages five and four. His wife, who is not employed outside the home, is seven months pregnant with their third child. Mr. Morales has resided in Brownsville for twenty years; prior to that he lived in Matamoras, Mexico.

Mr. Morales graduated from high school in Texas and received a degree from Monterrey University in Business Administration. For one year he has been employed as general manager of Bigos Bar and Grill in South Padre Island. For ten years prior to this employment he ran his own import/export business.

This patient denied any problems with the legal system or use of drugs. He stated that he drinks socially, smokes socially, has had no previous medical or psychological problems and has not experienced suicidal ideations. He described his childhood as

0    01

Causeway Collapse
000207296-000752

happy with both parents still alive and married. He has one sister, age thirty-four. Mr. Morales currently is dependent on crutches for ambulation

## PRESENTING PROBLEM:

Mr. Morales reported that he was on his way home from work on South Padre Island and was crossing the Queen Isabella Bridge at 2:00 a.m. He recalled the following sequence of events. "It was dark. Suddenly I felt my truck in the air. I felt my truck diving down. I was seat belted and I just held on and waited for the impact because I couldn't see anything. I hit the water. I tried to open the door. I took off the seat belt and rolled down the window, thank God it was manual. The cabin was full of water."

"I climbed out and I swam to the side under the water. When I surfaced I saw another car coming down from the other side of the bridge. I just floated for about ten minutes until rescued by some fisherman. There were two other survivors and we were all rescued at the same time. Eight people were killed."

Mr. Morales suffered several injuries as a result of the accident. He damaged the ligaments in his right ankle necessitating a cast on his lower leg. He also suffered injuries to his chest and waist and received various abrasions on his legs. It is an eighty foot drop from the causeway into the water.

## CURRENT COMPLAINTS:

Mr. Morales has been suffering from severe headaches and he has been taking Tylenol with codeine at least twice a day for these headaches. He described the pain as being all over his head. He also reported having difficulty going to sleep and staying asleep; he awakens every two hours. He stated that he has nightmares during which he is driving and then he wakes up suddenly. He is not allowed to drive right now because of his right leg. Mr. Morales also reported having flashbacks to the night of the accident; "I keep thinking of that feeling of being in the air and screaming and yelling. I was really scared. I can't remember if the airbag engaged or not."

On a scale of one to ten, Mr. Morales reported his chest pain at a level of eight, his stomach at a level of five and his waist at a level of eight. The pain is severe enough to keep him awake and the chest pain causes him problems with breathing. He stated, "I'm real tense, anxious and nervous now. I was just terrified when I was flying through the air. I can't get those thoughts out of my mind. I try not to think about it, but I can't get it out of my mind. I feel real sad. I'm more emotional; I feel like crying frequently but I won't let myself cry."

2

Currently Mr. Morales is taking Tylenol with codeine and Darvocet for pain. He does not have any problems with nausea however he does report some occasional dizziness and balance problems. He has not experienced any vision difficulties, however he reports that his senses of taste and smell have been significantly altered. Although he does not feel that he has a problem with anger, he does feel that his tolerance for frustration is lower. He stated that he is trying to wean himself off of the Darvocet.

Mr. Morales did go on to describe other factors of his life which have changed. "My short term memory is not the same. I can't remember anything, like phone numbers. I can't concentrate on anything. I keep thinking of the accident. Before the accident I used to jog regularly two or three times a week. I used to take my kids to school but now I can't do anything. I'm not able to do the things I used to do and I'm real frustrated. My wife who is pregnant has to do everything at home and that makes me frustrated and angry because I should be helping her."

Mr. Morales is seeing Dr. Wong for his chest pain and Dr. Oliver Achleitner for his ankle. He was hospitalized for one and one half days after the accident. His appetite is significantly diminished and he reported that he has lost quite a bit of weight.

MENTAL STATUS:

The patient was well dressed and neatly groomed. He was open and cooperative during the testing and interview session. He relies on crutches for ambulation otherwise his posture, actions and behavior were within normal limits. He was oriented in time, place, person and situation. His mood was depressed and tense and his affective reaction was appropriate to his mood. He is depressed, tense and angry as a result of the negative turn that his life has taken since the night of this tragic accident. Emotionally, this patient is extremely fragile and clearly needs psychotropic medications in order to prevent a complete decompensation. He has not experienced suicidal ideations and denies current notions of self-harm. His judgement, memory and insight seemed to be somewhat impaired. There were no indications of any hallucinatory or delusional thought processes.

EVALUATION:

The Minnesota Multiphasic Personality Inventory-2 was administered. The Administrative Scales reveal that the profile is valid. The protocol indicates that this patient is not only depressed but also experiencing numerous concerns about his physical well-being. The results reveal that he also is experiencing some bizarre thought processes resulting from this traumatic experience.

3

0   03

Causeway Collapse
000207296-000754

The Beck Depression Inventory was administered. This is a scale designed to assess the severity of depression. The test is based on the clinical observations and descriptions of symptoms frequently given by depressed patients as contrasted with those frequently given by non-depressed patients. This patient's score of Forty-three (43) places him in the Severely Depressed range. He reports feeling sad much of the time, feeling more discouraged about his future, not getting any pleasure from the things he used to enjoy, feeling quite guilty most of the time, feeling like he is being punished, having lost confidence in himself, criticizing himself for all of his faults and crying over every little thing.

He goes on to state, that he feels so restless or agitated that he has to keep moving or doing something, that he has lost most of his interest in other people or things, that he has more trouble making decisions, and that he feels more worthless as compared to other people. He also asserted that he doesn't have enough energy to do very much, that he sleeps a lot less than usual, and that he is much more irritable than usual. Additionally, he has no appetite at all, finds it hard to keep his mind on anything for very long, he is too tired or fatigued to do most of the things that he used to do, and he is much less interested in sex now.

The Beck Anxiety Inventory was administered. It consists of twenty-one (21) descriptive statements of anxiety symptoms. His score of Fifty-four (54) places Mr. Morales in the Severely Anxious range. He reports feeling the following psycho-physiological concomitants of anxiety: numbness or tingling, feeling hot, wobbliness in legs, dizzy or lightheaded, heart pounding or racing, feelings of choking, hands trembling, shaky, difficulty breathing, indigestion or discomfort in abdomen, feeling faint, face flushed, and sweating not due to heat. He also reports feeling unable to relax, a fear of the worst happening, feeling unsteady, terrified, nervous, a fear of losing control and feeling scared.

The Rotter Incomplete Sentence Blank was administered. This is a projective instrument that presents patients with stems and requires them to express their real feelings as they complete each sentence. He has been negatively impacted both physically and emotionally by this traumatic incident. He states, I want to know – when I'm going to be ready to do all my regular things; the best – thing that happened to me is to be alive; I feel – sad because of my accident; my greatest fear – to be on another accident; my nerves – after the accident has been altered a lot; my mind – is not clear after what I went through; sometimes – I feel that I'm not the guy that I used to be; and I am very – lucky to be alive.

4

0   04

Causeway Collapse
000207296-000755

## COLLATERAL INTERVIEW:

A collateral interview was conducted with Idalia Morales, age thirty-two, Gustavo Morales's wife. She is over seven months pregnant. Idalia Morales described her feelings and the effect on their lives since her husband's accident. She stated, "I'm lucky to have my husband. It's hard on me to watch him suffer; he's in a lot of pain. He can't sleep and he feels guilty for keeping me awake. He seems to be away, like he's thinking about something but he won't tell what it is. He tries not to worry me but he seems to go off into his own little world." Her description of her husband was indicative of frequent preoccupation with his pain and mental condition.

Mrs. Morales also reported, "He wakes up a lot, startled, like he's having nightmares. He's more tense, anxious, and nervous since the accident. He complains about headaches all the time. He takes a lot of pain medications, Tylenol and Darvocet. He gets real frustrated; he's real jumpy and jittery. He's not the same person that he used to be. He scares me when I see him blank out and go into himself. It's like he's somewhere else. He won't tell me what he's thinking." The stress of her husband's injuries, pain and impaired functioning is of major concern to Mrs. Morales. She is particularly worried that the additional stress on her will have an adverse effect on their baby.

## CONCLUSIONS:

The symptoms that the patient is experiencing and the test results in this evaluation indicate that he is suffering from a traumatic stress disorder characterized by depression, anxiety, nightmares, flashbacks, recurrent and unwanted thoughts of the accident, and a sleep disturbance. In addition, this patient is suffering from classic symptoms of a closed head injury. He complains of headaches, a changed sensation of smell, an altered sense of taste, short-term memory problems, difficulty concentrating, low frustration tolerance, and a general feeling of not being the same person that he was prior to the traumatic accident. It also is noteworthy that his wife describes him as going in and out of a "daze".

## RECOMMENDATIONS:

It is recommended that this patient be evaluated for a closed head injury. This will necessitate a neuropsychological evaluation and a neurological workup. His treating physicians should consider psychotropic medications. He also will require extensive psychological counseling to assist him in dealing with the symptoms that he is experiencing as a result of the traumatic accident.

5

0    05

Causeway Collapse
000207296-000756

**DIAGNOSTIC IMPRESSION:**

Axis  I:  Posttraumatic Stress Disorder
           R/O Cognitive Disorder resulting from Closed Head Injury
Axis  II:  N/A
Axis  III:  N/A
Axis  IV:  Personal, Familial, Social, Occupational
Axis  V:  Current GAF: 60

**PROGNOSIS:**

The prognosis is guarded.

Thank you very much for this referral.  If you obtain additional information or records relevant to my evaluation of this patient, please provide those as soon as possible.  If you have any further questions, please do not hesitate to contact my office.


J. David Falkeon, Ph.D.
Clinical Psychologist

6

Causeway  Collapse    0    06
000207296-000757

# FELTOON & ASSOCIATES, P.C.
### CLINICAL & NEUROPSYCHOLOGY

| 5350 S. Staples St., Suite 200 | 8025 Chalk Knoll |
|---|---|
| Corpus Christi, Tx 78411 | Austin, Texas 78735 |
| 361-992-7780 | 512-750-7164 |

H. David Feltoon, Ph.D
  Licensed Psychologist
  Board Certified
  American Board of Forensic Examiners
  American Board of Forensic Medicine
  American Academy of Pain Management

October 23, 2001

# NEUROPSYCHOLOGICAL SCREENING EVALUATION

**NAME:** Gustavo Morales
**AGE:** 36  **DOB:** 4-07-65
**DATE OF TESTING:** 10-08-01
**REFERRED BY:** Watts and Heard, Attorneys at Law
**TESTS ADMINISTERED:** WAIS-R Subtests: Digit Symbol, Similarities and Digit Span; Halstead-Reitan Neurological Test Battery Subtests: Trail Making Part A, Trail Making Part B, Finger Tapping and Categories Test; The Rey 15 Item Test, and a Clinical Interview

===========================================================================

## REFERRAL PROBLEM:

The patient was referred for an interview and neuropsychological screening to determine the existence and extent of neuropsychological impairment and the implications of that impairment regarding adaptive functioning.

## BACKGROUND:

.For background information on Mr. Morales, please see previous report prepared in this office dated October 4, 2001

## PRESENTING PROBLEM:

On September 15, 2001 Mr. Morales was on his way home from South Padre Island. He was crossing the bridge at 2 AM, in the dark, after finishing work. As he described the frightening incident, "Suddenly I felt my truck in the air. I felt my truck diving down. I was seat belted. I just held on and waited for the impact because I couldn't see anything. I hit the water. I tried to open the door. I took off the seat belt and rolled down the window, thank God it was manual. The cabin was full of water. I climbed out. I swam to the side under water and when I surfaced I saw another car coming down from the

other side of the bridge. I just floated for about ten minutes until rescued by some fishermen. There were two other survivors; we were all rescued at the same time. Eight people were killed.

In the evaluation performed by this examiner on September 26, 2001, there were indications that this patient may have suffered a closed head injury in the above referenced accident. He complained of headaches, a changed sensation of smell, an altered sense of taste, short-term memory problems, difficulty concentrating, a low frustration tolerance, and a general feeling of not being the same person that he was prior to the traumatic accident. In a collateral interview with his wife she noted that he was a changed person who has become much more irritable and frequently seems to go into "dazes."

## CURRENT COMPLAINTS:

At the present time Mr. Morales still requires the aid of crutches for ambulation. He reported that pain persists in his right ankle and he goes to physical therapy three times a week. He also is seeing Dr. Wong for pain in his chest and waist. He is taking Celebrex for the pain in his ankle.

Mr. Morales is still suffering from loss of memory, sleep problems and nightmares. He reported that he feels like he's a different person than he used to be, he feels more tense and insecure, and his senses of taste and smell are altered. His headaches have persisted and he takes Tylenol approximately four times per week, a problem he never had before the accident. Dizziness issues persist accompanied by balance problems, and Mr. Morales stated that he is getting more irritable and angry and is easily frustrated.

According to Mr. Morales he is still unable to drive and concentration problems persist as well. He stated, "I still think a lot about the accident. I go into dazes, like I tune everybody out and sometimes I'm not aware of what's going on around me. I get tired very easily and I have no energy. I'm getting angry over very small things, especially little things that my two daughters do get me upset and this never used to be the case."

Mr. Morales has rejected prescriptions for sleep medication, anti-depressants or ant-anxiety medication. He stated that he does not like to take drugs.

2

## EVALUATION:

Selected items from the Halstead-Reitan Neuropsychological Assessment Battery, which is quite sensitive to indications of cerebral dysfunction involving brain-behavior relationships, were administered. This battery consists of various individual tests which measure adaptive abilities and which provide an estimate of the patient's ability to respond to immediate problem-solving tasks. This measure is only minimally dependent upon previously acquired information. This battery includes such tests as the Category Test, Trail Making Test A, Trail Making Test B, and Finger Tapping.

On the Category Test, which is an abstract reasoning/concept formation task, the patient made Sixty-nine (69) errors. It was clear that he was unable to grasp the necessary concepts and that he was becoming increasingly frustrated. The normal range of scores consists of forty-five errors or less. The patient's performance places him in the Severely Impaired Range.

On the Trail Making Test Part A, the subject is required to connect numbered circles in sequence as quickly as possible. The patient was able to complete the Trail Making Test Part A in Forty (40) seconds. The cut off score for normal is thirty-four seconds. His performance placed him within the Mild to Moderately Impaired Range.

On Trail Making Test Part B, the requirements are to connect alternating numbers and lettered circles as accurately and as quickly as possible. For this task, the cutoff score is eighty-five seconds for the Normal range. He was able to complete the task in Forty-five (45) seconds. That time placed him in the Average Range.

The Finger Tapping Test was administered. The patient scored a mean of 56 with his dominant right hand; this score places him in the Average Range. His score of 51 with his left non-dominant hand also falls in the Average Range.

Items from the Wechsler Adult Intelligence Scale-Revised were administered. When the patient's recall of immediate auditory memory patterns was measured on the Digit Span Subtest of the WAIS-R, he received a scaled score of Thirteen (13) when the mean is ten (10). He therefore performed above average. When the patient's ability to learn new symbolic materials and then employ this learning in the performance of a visual motor task was tested on the Digit Symbol Subtest, he earned a scaled score of Eleven (11) when the mean is ten (10). This places him in the Average Range. His abstract reasoning ability was evaluated on the Similarities Subtest. He scored a Five (5) on this test. Again, the mean was 10 and his score falls well below normal expectation. This score reflects impairment in his abstract reasoning ability and places him within the Severely Impaired Range.

3

Causeway Collapse
000207296-000760

09

This patient was given the Rey 15 Item assessment. This test measures the possibility that the patient is malingering. His profile on the Rey indicates that he is not malingering.

CONCLUSIONS:

After interviewing this patient and assessing the results of the numerous tests, it is felt that this patient is exhibiting clear signs of neurological deficits as a result of injuries that he suffered on September 15, 2001. As a consequence of his head injury, he has sustained impairment in his cognitive functioning.

The test results indicate cognitive impairment in the areas of non-verbal abstract reasoning and conceptual set shifting. He is exhibiting classic signs of neurological impairment such as headaches, depression, irritability and anger problems, concentration problems, loss of interest in sex and other pleasurable activities. He also reports a distinct lack of motivation and energy, and dizziness and balance problems. In addition, he experiences alterations in his senses of smell and taste.

RECOMMENDATIONS:

It is believed that this patient could benefit from cognitive retraining and from supportive psychotherapy.

DIAGNOSTIC IMPRESSION:

    Axis  I:  Cognitive Disorder Due to Head Trauma
              Posttraumatic Stress Disorder
    Axis  II:  N/A
    Axis  III:  N/A
    Axis  IV:  Personal, Familial, Social, Occupational
    Axis  V:  Current GAF: 59

PROGNOSIS:

The prognosis is guarded.

4

Causeway Collapse
000207296-000761

Thank you very much for this referral. If you obtain additional information or records relevant to my evaluation of this patient, please provide those as soon as possible. If you have any further questions, please do not hesitate to contact my office.

H. David Feltoon, Ph.D.
Clinical Psychologist

5

# FELTOON & ASSOCIATES, P.C.

### CLINICAL & NEUROPSYCHOLOGY

5350 S. Staples St., Suite 200      8025 Chalk Knoll
CORPUS CHRISTI, TX 78411      AUSTIN, TEXAS 78735
361-992-7780      512-750-7164

H. DAVID FELTOON, PH.D
LICENSED PSYCHOLOGIST
BOARD CERTIFIED
AMERICAN BOARD OF FORENSIC EXAMINERS
AMERICAN BOARD OF FORENSIC MEDICINE
AMERICAN ACADEMY OF PAIN MANAGEMENT

October 4, 2001

## PSYCHOLOGICAL EVALUATION

**NAME:** Lydia Zamora
**AGE:** 52   **DOB:** 3-11-65
**DATE OF TESTING:** 9-3-49
**REFERRED BY:** Watts & Heard, Attorneys-at-Law
**TESTS ADMINISTERED:** Minnesota Multiphasic Personality Inventory; Beck Anxiety Inventory; Beck Depression Inventory; Rotter Incomplete Sentence Form; a Clinical Interview and a Collateral Interview with her husband

==============================================================

### REFERRAL PROBLEM:

The patient was referred for an interview and psychological testing in order to evaluate underlying personality dynamics and intrapsychic conflicts.

### BACKGROUND:

Lydia Zamora is a fifty-two year old female who has been married to her third husband for sixteen years. She has no children from this union. Her first marriage which lasted two years produced one son, Hector, who died on September 15, 2001 at the age of thirty-two. Her second marriage lasted for five years and produced a daughter, age twenty-eight.

Mrs. Zamora has resided in Port Isabelle all her life. She is a high school graduate, and although she does not have a degree, she has many credits from Southmost College. She has been employed for twenty-three years by the Port Isabelle School District as a third grade teachers' aid. Her husband has worked for Laguna Madre Water District for seventeen years as a meter reader.

Mrs. Zamora is the youngest in a sibship of four with two brothers and a sister. Her parents are both deceased. She described her childhood as "good and happy." She has never had any difficulty with the law, and does not use drugs or alcohol. She has

Causeway Collapse
000207296-000715

never required psychological intervention nor has she ever experienced suicidal ideations. She does take Depacote for seizures that began approximately five years ago. She reported that her doctors attribute them to a car accident she had as a high school senior which left noticeable scars on her chin. She is being treated by Dr. Lozano for these seizures.

## PRESENTING PROBLEM:

Mrs. Zamora stated that her son was killed on September 15, 2001 when his car ran off the causeway bridge. They found him seat belted in his car under water. She said that he was a good swimmer but, unfortunately, he never was able to get out of his car.

## CURRENT COMPLAINTS:

Mrs. Zamora reported, "He lived with us. He wasn't married; he's always lived with me. We were very close. He was the head waiter at a restaurant called the Sea Ranch." The night of the accident the following sequence of events was reported. "He came home after work, talked to us a little, changed his clothes and said he was going out for a while. He went to the island from our house in Port Isabelle and never came home."

"I got a call from one of his friends who asked us if Hector was home because he had heard about the accident. We thought that he might have stopped at Whataburger (so) my husband went out looking for him. I kept calling him on his cell phone but it just kept ringing. I miss him. I've been crying a lot."

Mrs. Zamora went on, "When he was alive we were together everyday, we ate together all the time, and we'd eat at the restaurant where he used to work. We were very close. I miss him a lot. I go to his room and just sit there and think about him. Every evening I just sit there. I talk to him 'why did it have to be you?' but he's in a better world now and he's with his grandparents. Hector was their number 1. That's one way that I comfort myself. I always thought that I'd die before him. He was so young. I wish he was here."

Mrs. Zamora stated again, "It makes me feel better to think that he's with my parents but I really miss him and wish that he was still here." She denied any sleep disturbances, nightmares or dreams, and any thoughts of committing suicide.

## MENTAL STATUS:

The patient's dress and grooming were appropriate. She was open and cooperative during the testing and interview session. Her posture, actions and behavior were within normal limits. She was oriented in time, place, person and situation. Her mood was

2

Causeway Collapse
000207296-000716

depressed and tense and her affective reaction was appropriate to her mood.  She is depressed, tense and angry as a result of the negative turn that her life has taken since this tragic accident caused the death of her son.  She denies suicidal ideations or any current notions of self-harm.  Her judgement, memory and insight seemed to be well within normal limits.  There were no indications of any hallucinatory or delusional thought processes.  She is relying quite heavily on her religious beliefs.

EVALUATION:

The Minnesota Multiphasic Personality Inventory-2 was administered. The Administrative Scales reveal that the profile is valid.  The protocol indicates that this patient is trying to be strong and present herself in the best possible light.  In fact, on a scale that measures emotional discomfort she scored a zero (0) which reflects a total denial and suppression of her feelings resulting from the tragic loss of her son. It is apparent from the results of this test that this patient is not dealing with the loss of her son in a realistic manner.  The results show that she is overusing and overburdening her defense mechanisms and this ultimately could be quite problematic.

The Beck Depression Inventory-II was administered.  This is a scale designed to assess the severity of depression. The test is based on the clinical observations and descriptions of symptoms frequently given by depressed patients as contrasted with those frequently given by non-depressed patients.  This patient's score of One (1) places her in the Non-Depressed range.  Again, these results reflect a total inability to deal with the loss of her son in any direct fashion.

The Beck Anxiety Inventory was administered. It consists of twenty-one (21) descriptive statements of anxiety symptoms.  This patient's score of Three (3) places her in the Non-Anxious range.  She does report feeling the following psycho-physiological concomitant of anxiety: numbness or tingling.  She also reports feeling nervous and scared.

The Rotter Incomplete Sentence Blank was administered.  This is a projective instrument that presents patients with stems and requires them to express their real feelings as they complete each sentence.  Her responses clearly reveal that she has been negatively impacted both physically and emotionally as a result of the catastrophic accident that resulted in the loss of her son.  She states, the happiest time - would be if my son was with us; I want to know – whether Hector suffered or not; back home – I still go to check his room; at bedtime – I still pray for him; I feel – God should have taken me first, not him; the future – we will be together soon; and I hate – that I lost my son; I wish – that Hector was still with us.

3

## COLLATERAL INTERVIEW:

A collateral interview was held with Alfredo Zamora, Lydia Zamora's husband. Alfredo Zamora is a fifty year old male who has been married to Lydia Zamora for sixteen years. He has been employed for fifteen years by Laguna Madre Water District. He was born and raised, and still resides in Port Isabelle, Texas. He has an eighth grade education.

Mr. Zamora reported that his wife and Hector were extremely close. "She called him her 'little parito' which means puppy dog in Spanish. She cries a lot. She still gets seizures every once in a while but none since her son's death. She's continued to work." Mr. Zamora believes that his wife is having no difficulty sleeping and feels that she is going on with her life. As he stated, "She lost her son but everything seems fine."

## CONCLUSIONS:

Mrs. Zamora is clearly in the denial stage of depression. She is desperately clinging to the comforting thought that her son is with her deceased parents and that they are enjoying each other. She seems to be holding on to this first stage of the grieving process in an effort to maintain her emotional well being. She is overusing her defense mechanisms in order to avoid the pain and anguish that she otherwise would be feeling. The problem with her being this fixated and dependent on the defense mechanism of denial suggests that she may indeed lack the necessary coping mechanisms that would allow her to realistically and ultimately except her son's tragic and untimely death. If she is unable to work through the grieving process in a healthy manner the probability of a psychological decompensation requiring hospitalization increases.

## RECOMMENDATIONS:

In dealing with the death of one's child it is necessary to go through stages in the grieving process. Mrs. Zamora requires psychological counseling to experience these stages with a support system which can help her through the process.

## DIAGNOSTIC IMPRESSION:

    Axis   I:  Major Depressive Disorder, in Denial
    Axis  II:  N/A
    Axis III:  N/A
    Axis  IV:  Personal, Familial, Social
    Axis   V:  Current GAF: 61

4

Causeway Collapse
000207296-000718

# FELTOON & ASSOCIATES, P.C.
### CLINICAL & NEUROPSYCHOLOGY

| | |
|---|---|
| 5350 S. Staples St., Suite 200 | 8025 Chalk Knoll |
| CORPUS CHRISTI, TX 78411 | AUSTIN, TEXAS 78735 |
| 361-992-7780 | 512-750-7164 |

H. DAVID FELTOON, PH.D
LICENSED PSYCHOLOGIST
BOARD CERTIFIED
    AMERICAN BOARD OF FORENSIC EXAMINERS
    AMERICAN BOARD OF FORENSIC MEDICINE
    AMERICAN ACADEMY OF PAIN MANAGEMENT

## SUMMARY VITA

NAME:  H. David Feltoon, Ph.D.
DOB: 5-23-44
BIRTHPLACE:  Philadelphia, PA                    OFFICE: 8025 CHALK KNOLL DR.
WIFE:  Evelyn                                                        AUSTIN, TEXAS 78735
CHILDREN:  Jason, Lauren

## EDUCATION

B.A.    University of Delaware, 1967
          Psychology

M.S.    Trinity University, 1969
          Psychology

Ph.D.  Texas Tech University, 1973
          Clinical Psychology

          Internship in Clinical Psychology, 1972-1973
          University of Texas Medical School at San Antonio

## CONTINUING EDUCATION

American Academy of Pain Management, 26 CE Credits Earned, October 14,
     1993 - October 17, 1993

Texas Psychological Association  3 CE Credits Earned, November  4, 1993

MSI in Couples Therapy, 4 CE Credits Earned, November 4, 1993
-2-


Issues in School Psychology, 1 CE Credit Earned, November 5, 1993

Shenandoah Valley Pain Clinic, 4 CE Credits Earned, March 9, 1994

Shenandoah Valley Pain Clinic, 4 CE Credits Earned, March 23, 1994

American Academy of Pain Management, 6 CE Credits Earned, August 18, 1994
     to August 21, 1994

Texas Psychological Association  4 CE Credits Earned, November 10, 1994

Texas Psychological Association  6 CE Credits Earned, November 11, 1994

Forensic Neuropsychology: controversies in Civil and Criminal Litigation,
     7 CE Credits Earned, August 11, 1995

American Academy of Pain Management, 32 CE Credits Earned, September 14,
     1995 to September 17, 1995

Texas Psychological Association: The Problem of Minor Head Injury, 3 CE Credits
     Earned, November 11, 1995

American Academy of Pain Management, 30 CE Credits Earned, September 26,
     1996 to September 29, 1996

National Academy of Neuropsychology, 18 CE Credits Earned, October 30, 1996
     to November 2, 1996

- The Ethical and Credible Practice of Forensic Neuropsychology
- ABPN: Preparation for Application, Work Sample Submission and Examination for Board  (Diplomat) Certification
- Neurometrics: Aplications for the 21st Century
- Challenges to Validity and Reliability in Neurotoxic Assessment of Mass Injuries
- The Practice of Forensic Neuropsychology
- 

National Academy of Neuropsychology, 12 CE Credits Earned, November 4
     to November 10, 1998

- Compensating for Cognitive Deficits (Rehabilitation)

-3-

- Case Interpretation of Adult HRNB Profiles: Small Group/Interactive Format (Clinical)
- Neurology for Neuropsychologist (Clinical)

American Academy of Pain Management, 25 CE Credits Earned, September 23-26, 1999

American Academy of Pain Management, 24 CE Credits Earned, September 21-24, 2000

American Academy of Forensic Psychology, 21 CE Credits Earned, February 21-23, 2001
    -Evaluating Childhood Trauma
    -Assessing Malingering & Defensiveness
    -The Use of the Rorschach in Personal Injury Evaluations

American Academy of Forensic Psychology, 14 CE Credits Earned, March 8-9, 2002
    -Expert Witness Liability, Immunity & Ethics
    -Recent Developments in the Admissibility of Psychological Evidence

## PROFESSIONAL CERTIFICATION AND LICENSING

Certification as a psychologist in Texas, 1974

Licensed Psychologist, State of Texas, # 1128, March 1975

Texas Health Service Provider Designation, 1976

National Health Service Provider, 1978

Diplomate:  American Academy of Pain Management, 1990
      Certificate #:  1704

American Academy of Pain Management Cert #:  1704, September 1990

Texas State Board of Examiners of Marriage and Family Therapists
      License #:  002423-002465, August 1992-1998

National Chronic Pain Outreach Association, July 1993

Diplomate:  American Board of Forensic Examiners, 1994
      License #:  384

Diplomate:  American Board of Forensic Medicine, 1996

-4-

ID #: 123

## PROFESSIONAL EXPERIENCE

- **Clinical Training**

  Psychiatric Clinic, Texas Tech University, September 1970-September 1972

  Clinical Psychology Internship, University of Texas Medical School, September 1972 -August 1973

- **University Teaching Positions**
  Associate Professor of Psychology
  Del Mar College 1975-1978

  Adjunct Clinical Professor of Psychology
  Texas A&M University at Corpus Christi, 1978-1981

- **Practice of Clinical Psychology**

  Seaview Psychiatric Hospital, Director of Psychology, August 1973-June 1975

  Physicians and Surgeons Hospital, Director of Psychology, June 1975-June 1977

  Private Practice, June 1977-present

- **Consultant**

  Corpus Christi Independent School District, Corpus Christi, Texas

  Beeville Independent School District, Beeville, Texas

  Texas Rehabilitation Commission, Corpus Christi, Texas

  Texas Youth Council, Corpus Christi, Texas

  Texas Rehabilitation Commission, Determination Division, Austin, Texas

-5-

Coastal Bend Youth City, Corpus Christi, Texas

Headstart Program, Corpus Christi, Texas

Sinton Juvenile Probation, Sinton, Texas

Beeville Juvenile Probation, Beeville, Texas

Focus Healthcare, Brentwood, Tennessee

Texas Department of Human Resources
  Bee County
  Duval County
  Jim Wells County
  Brooks County
  Nueces County
  San Patricio County
  Aransas County

- **Corpus Christi, Texas Hospital Affiliations**

 Memorial Medical Center
 Doctor's Regional Medical Center
 Corpus Christi Osteopathic Hospital
 Riverside Hospital
 Driscoll Hospital
 Spohn Hospital
 Charter Hospital

- **Military Experience**

 June 1979  Psychological Consultant to Dr. Lewis Richmond, M.D. Performed
  to    psychological evaluations on military personnel and their dependents in
 June 1984  San Antonio, Texas.

 July 1981  Consultant to Beeville Independent School District. Performed psychological
  to    consultation on military personnel and their dependents in Beeville, Texas.
 July 1991

-6-

| | |
|---|---|
| March 1985<br>to<br>April 1992 | Performed contract services at Corpus Christi Naval Air Station including counseling, program development and needs assessment for military personnel and their dependents in Corpus Christi,Texas. |
| April 1985<br>to<br>April 1992 | Performed contract services at Chase Field Naval Air Station including counseling, program development and needs assessment for military personnel and their dependents in Beeville, Texas. |
| April 1985<br>to<br>April 1992 | Performed contract services at Kingsville Naval Air Station including counseling, program development and needs assessment for military personnel and their dependents in Kingsville, Texas. |

## PUBLICATIONS

Crowder, James, & Feltoon, H. David. (1973). Transference: Analysis of the Concept and Review of the Research. San Antonio: Tri-way.

Feltoon, H. David. Is "Social Reinforcement" Really A Reinforcer? Unpublished Master's Thesis, Trinity University, 1969

Feltoon, H. David. Measuring Transference Expectations In A University Counseling Center, Unpublished Doctoral Dissertation, Texas Tech University, 1973

## AWARDS AND HONORS

President, Clinical Psychology Council 1971-1972

Graduate School Academic Honors 1971-1972

## RESEARCH

1967-1969     Research Assistant, Trinity University, San Antonio, Texas

1970-1973     Research Assistant, Texas Tech University, Lubbock, Texas

-7-

## PROFESSIONAL MEMBERSHIPS

American Psychological Association

Texas Psychological Association

National Academy of Neuropsychologists

National Academy of Pain Management

# McROBERTS & COMPANY

**Records Retrieval Service**
**1225 Central Boulevard, #2002**
**Brownsville, Texas 78520**
**(956)541-1801**
**(956)541-1802 [FAX]**

**Records**
**Pertain to:**     **BRIGETTE GOZA**


**Records**          **VALLEY REGIONAL MEDICAL CENTER,**
**From:**            **BROWNSVILLE, TEXAS**


**Style of**         **IN RE THE COMPLAINT AND PETITION OF BROWN**
**Case:**            **WATER TOWING I, INC., ET AL**


**Cause No.:**       **B-01-157      IN THE UNITED STATES DISTRICT**
                    **COURT FOR THE SOUTHERN DISTRICT OF TEXAS**


**Deliver to:**      **RAY R. MARCHAN**


                    **ATTORNEY AT LAW**


                    **1926 EAST ELIZABETH STREET**


                    **BROWNSVILLE, TEXAS   78520**


        __X__ Medical   ____ Billing   ____ Personnel   ____ Business


        TAXABLE COURT COSTS:   _320.78_

**Services: Subpoena Duces Tecum * Notice of Intention * Questions & Answers * Affidavits**
**Records: Medical * Business * Employment**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPAINT AND PETITION   § | |
| OF BROWN WATERS TOWING I, INC.   § | |
| AS OWNER, AND BROWN WATER   § | |
| MARINE SERVICE INC., AS BAREBOAT   § | CIVIL ACTION NO. B-01-157 |
| CHATERER, OF THE BROWN WATER V.,   § | |
| ITS ENGINES, TACKLE, ETC. IN A   § | |
| CAUSE OF EXONERATION FROM OR   § | |
| LIMITATION OF LIABILITY   § | |

NOTICE TO TAKE DEPOSITION BY WRITTEN QUESTIONS

TO:    Will W. Pierson
         Attorney at Law
         1700 Wilson Plaza West
         606 North Carancahua
         Corpus Christi, Texas  78476

Please take notice that fourteen (14) days after service of this notice, a deposition by written

questions will be taken of the Custodian of Records of those listed on Exhibit "A", attached hereto

and incorporated herein for all purposes before a Notary Public in the State of Texas for McRoberts

& Company, 1225 Central Boulevard, #2002, Brownsville, Texas, 78520.

Copies of the written questions to be asked are attached hereto.

As authorized by Rule 31 ext. of the Federal Rules of Civil Procedure, to the officer taking this

deposition to issue a Subpoena in a Civil Case and cause it to be served on the witness to produce

records, including but not limited to, Medical Records, Films, Film reports, hospital records,

insurance records, billing records, office notes, reports and correspondence and any other such

---

Page 1

records from date of accident of 09/15/2001 forward in the possession, custody or control of said witness and every such record to which the witness may have access pertaining to BRIGETTE GOZA, DOB: 04/09/1968 and turn all such records to the officer taking this deposition so that photographic reproductions of the same may be made and attached to said deposition.

Respectfully submitted on behalf of,

Mr. Ray R. Marchan
Watts & Heard, L.L.P.
1926 East Elizabeth Street
Brownsville, Texas 78520

ATTORNEY FOR BRIGETTE GOZA

CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing Notice of Intention to take Deposition by Written Questions was mailed to the respective parties and/or attorney(s) of record by registered mail, postage prepaid, hand delivered or transmitted by telephonic document transfer on this 10th day of November, 2001.

VIA FAX:     (361)884-7261
AND REGULAR MAIL

Will W. Pierson
Attorney at Law
1700 Wilson Plaza West
606 North Carancahua
Corpus Christi, Texas 78476

By: _____

Jacqueline M. Trevino
McRoberts & Company
Records Retrieval Service
PO Box 4836
1225 Central Boulevard, #2002
Brownsville, Texas 78523-4836
(956)541-1801
(956)541-1802 - [FAX]

Page 3

**EXHIBIT "A"**

**BRIGETTE GOZA**
**Medical and Billing Records:**


1.    Dr. She Ling Wong
      100 East Alton Gloor Boulevard
      Brownsville, Texas   78521

2.    Randle Thompson, Counselor
      2039 Price Road
      Brownsville, Texas   78520

3.    Valley Regional Medical Center
      100 East Alton Gloor Boulevard
      Brownsville, Texas   78520

4.    Los Fresnos Family Health Care Center
      503 West Ocean Boulevard
      Los Fresnos, Texas   78578

# United States District Court

SOUTHERN                    TEXAS

DISTRICT OF _____
BRIWNSVILLE DIVISION

IN THE COMPLAINT AND PETITION
OF BROWNSWATERS INC., ET AL.                    **SUBPOENA IN A CIVIL CASE**

CASE NUMBER:  C.A. NO. B-01-157

TO:   VALLEY REGIONAL MEDICAL CENTER
      ATTN: CUSTODIAN OF RECORDS
      100 ALTON GLOOR BLVD., BROWNSVILLE, TEXAS  78521

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):  **MEDICAL RECORDS**
ALL WRITTEN RECORDS, REPORTS TO ANY ATTORNEYS, OFFICE NOTES, REPORTS, X-RAYS, LETTERS OR ANYTHING ELSE IN WRITING CONCERNING THE TREATMENT AND/OR EXAMINATION OF:  BRIGITTE GOZA, DOB: 04/09/68, DOI: 09/15/01

| PLACE | DATE AND TIME |
|---|---|
| PLACE OF BUSINESS OF THE ABOVE NAMED WITNESS | INSTANTER |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b) (6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Ray R. Marchan* | *Mar d 25, 200* |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
MR. RAY R. MARCHAN, 1926 E. ELIZABETH STRTEET, BROWNSVILLE, TEXAS  78520
(956)544-0500

(See Rule 45 Federal Rules of Civil Procedure Parts C & D on Reverse)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE THE COMPAINT AND PETITION        §
OF BROWN WATERS TOWING I, INC.         §
AS OWNER, AND BROWN WATER              §
MARINE SERVICE INC., AS BAREBOAT       §        CIVIL ACTION NO. B-01-157
CHATERER, OF THE BROWN WATER V.,       §
ITS ENGINES, TACKLE, ETC. IN A         §
CAUSE OF EXONERATION FROM OR           §
LIMITATION OF LIABILITY                §

DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS
CUSTODIAN OF MEDICAL RECORDS FOR:

VALLEY REGIONAL MEDICAL CENTER, BROWNSVILLE, TEXAS

1.    Please state your full name, occupation and official title.

ANSWER: _Diane Clark      HIM Director_

2.    Have you been served with a subpoena for the production of medical records in connection

      with an accident that occurred on September 15, 2001 pertaining to BRIGETTE GOZA,

      DOB: 04/09/1968?

ANSWER: _____Yes_____

3.    Do you understand the subpoena requests all medical records and documents pertaining to

      BRIGETTE GOZA and is not limited to records and documents related to the injury or

      illness which forms the basis of this lawsuit nor is it limited in scope or type of record or

      document?

ANSWER: _____Yes_____

Page 1

4.    Has BRIGETTE GOZA been treated or examined by VALLEY REGIONAL MEDICAL CENTER?

ANSWER: _____ Yes _____

5.    Has VALLEY REGIONAL MEDICAL CENTER made or caused to be made any memorandum, report, record or data compilation, in any form, of the examination and/or treatment of said patient?

ANSWER: _____ Yes _____

6.    Are these memoranda, reports, records or data compilations under your supervision, direction, custody and/or control?

ANSWER: _____ Yes _____

7.    Were these records kept in the regular course of business?

ANSWER: _____ Yes _____

8.    Was it in the regular course of business of said hospital or service for an employee or representative or doctor with personal knowledge of the act, event, condition, opinion or diagnosis recorded in said records to make the memorandum or records or to transmit information thereof to be included in such memorandum or records?

ANSWER: _____ Yes _____

9.    Were the entries on these memoranda, reports, records or data compilations made at or shortly after the time of the transaction recorded on these entries?

ANSWER: _____ Yes _____

10. Please state whether or not such medical treatment was necessary and reasonable for injuries sustained by BRIGETTE GOZA in an accident that occurred on September 15, 2001.

ANSWER: _HIM dept. only takes care of med rer as the custodian, cannot answer this question_

11. Please identify and describe any narrative that was created at the request of the patient's attorney.

ANSWER: _None_

12. Please hand exact duplicates of all documents in your possession pertaining to BRIGETTE GOZA or the originals thereof for attachment to this deposition.

ANSWER: _Records attatched._

13. Have you been requested, directed or has it even been suggested by any person (whether doctor, attorney, patient or anyone else) that any part of the records subject to this position be withheld or protected from discovery for any reason?  If so, please state the name and address of the person who conveyed this information to you and when such event occurred.

ANSWER: _NO_

_____
WITNESS    (CUSTODIAN    OF    MEDICAL RECORDS)

## CERTIFICATE OF SERVICE

Before me, the undersigned authority, on this day personally appeared _Diane Clark_, Custodian of Medical Records for VALLEY REGIONAL MEDICAL CENTER, known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, and being duly sworn, acknowledged to me that the answers to the foregoing questions are true as stated. I further certify that the records attached hereto are exact duplicates of the original records.

SWORN TO AND SUBSCRIBED before me this the _1st_ day of _May_, 2002.

ANABEL CISNEROS
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 10-20-2003

_Anabel Cisneros_
NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS

Page 4

```
RUN DATE: 09/17/01              Valley Regional   ABS   *L1  "              PAGE
RUN TIME: 1350                      CODING SUMMARY
```

```
NAME: GOZA,BRIGETTE M                    ACCT#:      VR00315044
                                         FORM:
ADM DATE: 09/15/01
ATTEND PHYS: Wong,She Ling, M.D.         UNIT#:      VR010415
    DIS DATE: 09/15/01                   SEX:        F
    DIS DISP: HOME SELF CARE             AGE:        33
         LOS: :          1               DOB:        04/09/68
    PT CLASS: INO.OTHER                  FIN CLASS:  08
                                         ABS STATUS: FINAL
```

```
DIAGNOSES
ADMIT
PRINC    723.1        CERVICALGIA
         721.0        CERVICAL SPONDYLOSIS
         E818.0       MV TRAFF ACC NEC-DRIVER

OPERATIONS
DATE       PROC CODE & NAME                   SURGEON        ANESTHESIOLOGIST

CPT CODES

DRG:

STATUS        $REIMB   MIN-LOS   STD-LOS      COST WT      GRP VERS     GRP FC
                                                             18           08
```

I have reviewed the narrative descriptions of the diagnosis and procedure codes
listed above and agree they accurately reflect the clinical picture of this episode
of care.

  **This form will be maintained as a permanent part of the medical record**

0          1

Causeway Collapse
000207296-000775

**Columbia Valley Regional ...IC**        **ADMITTING FORM**

## PATIENT

| | | | | |
|---|---|---|---|---|
| PATIENT NO. | F/C | | PATIENT TYPE | SERVICE DATE |
| VR00315044 | 08 | | DIS INo | |

| | | | | |
|---|---|---|---|---|
| PATIENT NAME | PATIENT PHONE NO | MED REC NO. | ADMIT DATE | ADMIT TIME |
| GOZA,BRIGETTE M | 956-350-7952 | VR010415 | 09/15/01 | 0600 |

| | | | | |
|---|---|---|---|---|
| PATIENT ADDRESS/CITY/STATE/ZIP CODE | | SSN | DISCH DATE | DISCH TIME |
| P O BOX 13375 | PORT ISABEL, TX 78578 | 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 | 09/15/01 | 1318 |

| PATIENT EMPLOYER | OCCUPATION | BIRTH DATE | AGE | SEX | MARITAL | RELIGION | RACE | SERVICE |
|---|---|---|---|---|---|---|---|---|
| LOS FRESNOS ISD | TEACHER | 04/09/68 | 33 | F | U | UN | W | MED |

| EMPLOYER ADDRESS/CIT | BUSINESS PHONE NO | | ROOM | BED |
|---|---|---|---|---|
| LOS FRESNOS,TX 78566 | 956-233-4407 | | VR.254 | B |

ADMIT PHYS/PHONE NO                            REFERRING/FAMILY/OTH
8875 Wong,She Ling, M.D. / 956-350-0077      Wong,She Ling, M.D.

ADMITTING DIAGNOSIS
DISASTER; NECK PAIN,S/P TRAUMA

## GUARANTOR

| GUARANTOR NAME | SSN | GUARANTOR REL | GUARANTOR EMP |
|---|---|---|---|
| GOZA,BRIGETTE M | 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 | S | LOS FRESNOS ISD |

| STREET ADDRESS | PHONE NO | OCCUPATION | BUSINESS PHONE |
|---|---|---|---|
| P O BOX 13375 | 956-350-7952 | TEACHER | 956-233-4407 |

| CITY, STATE | ZIP CODE | EMPLOYER ADDRESS | |
|---|---|---|---|
| PORT ISABEL,TX 78578 | | P O BOX 309,LOS FRESNOS,TX 78566 | |

## INSURANCE

| PRIMARY INS COMPANY | SECONDARY INS CO |
|---|---|
| TEACHERS ASSO OF SCHOOL BOARD | |
| PO BOX 2719 | |
| AUSTIN         TX 78768 | |
| 800-436-8804 | |

| PRIMARY SUBSCRIBER NAME | PRIMARY POLICY | SECONDARY SUBSCRIBER | SECONDARY POLIC |
|---|---|---|---|
| GOZA,BRIGETTE M | 466980953 | | |

| PRIM SUBSCRIBER EMP | PRIM GROUP NO | PRIM REL | SEC SUBSCRIBER EMP | SEC GROUP NO | SEC REL |
|---|---|---|---|---|---|
| LOS FRESNOS ISD | 114817 | S | | | |

| LOCAL FRIEND/RELATIVE | LOCAL FRIEND/RELATIVE ADDRESS | FRIEND/REL PHONE |
|---|---|---|
| GOZA,BRIGETTE M | P O BOX 13375,PORT ISABEL,TX 78578 | 956-350-7952 |

| EMERGENCY CONTACT | EMERGENCY PHONE | EMERGENCY ADDRESS | REL TO PT |
|---|---|---|---|
| GOZA,BRIGETTE M | 956-350-7952 | P O BOX 13375,PORT ISABEL,TX 78578 | S |

ACCIDENT?     ON JOB INJ?     ACCIDENT COMMENT

FINAL DIAGNOSIS (PRIMARY DIAGNOSIS):

SECONDARY DIAGNOSIS OR COMPLICATIONS:

OPERATIVE/NON-OPERATIVE PROCEDURE:

CONSULTANTS:

ACCT#:    
VR00315044

UNIT#:
VR010415

ADMIT:
09/15/01

0    2

Columbia Valley Regional MC                                              ADMITTING FORM

## PATIENT

| | | | | |
|---|---|---|---|---|
| PATIENT NO.    F/C | | PATIENT TYPE | SERVICE DATE | |
| VR00315044    99 | | REG ER | | |
| PATIENT NAME | PATIENT PHONE NO | MED REC NO. | ADMIT DATE | ADMIT TIME |
| GOZA,BRIGETTE M | 956-943-7115 | VR010415 | 09/15/01 | 0447 |
| PATIENT ADDRESS/CITY/STATE/ZIP CODE | PORT ISABEL, TX 78578 | SSN | DISCH DATE | DISCH TIME |
| P O BOX 13375 | | 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 | | |
| PATIENT EMPLOYER | OCCUPATION    BIRTH DATE  AGE  SEX  MARITAL | RELIGION  RACE | SERVICE |
| YACHT CLUB | 04/09/68  33  F   U | UN   W | |
| EMPLOYER ADDRESS/CIT | BUSINESS PHONE NO | ROOM | BED |
| PORT ISABEL,TX 78578 | 956-943-1301 | VR.ER | |
| ADMIT PHYS/PHONE NO | REFERRING/FAMILY/OTH | | |
| Haman,David Grant, DO / 800-893-9698 | | | |

ADMITTING DIAGNOSIS
NECK PAIN

## GUARANTOR

| | | | |
|---|---|---|---|
| GUARANTOR NAME | SSN | GUARANTOR REL | GUARANTOR EMP |
| GOZA,BRIGETTE M | 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 | S | YACHT CLUB |
| STREET ADDRESS | PHONE NO | OCCUPATION | BUSINESS PHONE |
| P O BOX 13375 | 956-943-7115 | | 956-943-1301 |
| CITY, STATE    ZIP CODE | EMPLOYER ADDRESS | | |
| PORT ISABEL,TX 78578 | 700 YTURRIA,PORT ISABEL,TX 78578 | | |

## INSURANCE

| | |
|---|---|
| PRIMARY INS COMPANY | SECONDARY INS CO |
| SELF PAY | |

| | | | |
|---|---|---|---|
| PRIMARY SUBSCRIBER NAME | PRIMARY POLICY | SECONDARY SUBSCRIBER | SECONDARY POLIC |
| GOZA,BRIGETTE M | 466980953 | | |
| PRIM SUBSCRIBER EMP | PRIM GROUP NO    PRIM REL | SEC SUBSCRIBER EMP | SEC GROUP NO    SEC REL |
| | NONE    S | | |

| | | |
|---|---|---|
| LOCAL FRIEND/RELATIVE | LOCAL FRIEND/RELATIVE ADDRESS | FRIEND/REL PHONE |
| GOZA,BRIGETTE M | P O BOX 13375,PORT ISABEL,TX 78578 | 956-943-7115 |
| EMERGENCY CONTACT | EMERGENCY PHONE    EMERGENCY ADDRESS | REL TO PT |
| GOZA,BRIGETTE M | 956-943-7115    P O BOX 13375,PORT ISABEL,TX 78578 | S |
| ACCIDENT?    ON JOB INJ? | ACCIDENT COMMENT | |

FINAL DIAGNOSIS (PRIMARY DIAGNOSIS):



SECONDARY DIAGNOSIS OR COMPLICATIONS:



OPERATIVE/NON-OPERATIVE PROCEDURE:



CONSULTANTS:

ACCT#:  |||||||||||||||||||||||
        VR00315044

UNIT#:  |||||||||||||||||||||||
        VR010415

ADMIT:  |||||||||||||||||||||||
        09/15/01

0    3

© 1995-99 T-System, Inc. Circle positives, check normals, backslash (\) negatives

| 18 | Valley Regional Medical Center |
|---|---|

## EMERGENCY PHYSICIAN RECORD
### Multiple Trauma     (5)

TIME SEEN: _0450 A_     ROOM:_____ ___ EMS arrival

HISTORIAN: (patient) __spouse __paramedics _____

__HX / __EXAM LIMITED BY: _____

---

**HPI**   **chief complaint:**   _Injury to:_____

| **time injury occurred:** _2u3 A_ | **where:** |
|---|---|
| __yesterday | __home    __school |
| | __neighbor's    __city park |
| _____ days PTA | __work    __street |
| | (green ville causeway) |

**context:** _Was restrained driver, car plunged into water @ missing part. pt got out of window, + was rescued c/o neck pain only. No direct inju_

**location of pain/injuries:**

| | –right– | | –left– | |
|---|---|---|---|---|
| head   face   mouth | shldr | hip | shldr | hip |
| neck   chest   abdomen | arm | thigh | arm | thigh |
| back   upper mid- lower | elbow | knee | elbow | knee |
| radiating to R / L thigh / leg | f-arm | leg | f-arm | leg |
| | wrist | ankle | wrist | ankle |
| | hand | foot | hand | foot |

| **severity of pain:** | **associated symptoms:** |
|---|---|
| mild | __lost consciousness / dazed |
| | duration:_____ |
| moderate | remembers: |
| | (impact)   (coming to hospital) |
| severe | __seizure |

**ROS** ☐ all systems neg except as markd
__loss feeling/power   arms/legs
__headache
__double vision/hearing loss

__trouble breathing/ chest pain
__nausea/vomiting
__loss of bladder function
__skin laceration
__recent fever/illness

**SOCIAL HISTORY** (recent ETOH) (smoker) __drug abuse

**PAST HISTORY** (negative)

Meds- (none) __see nurses note _____
Allergies- (NKDA) __see nurses note _____

---

☑ Nurses note reviewed   ☐ Tetanus immun. UTD   ☑ Vital signs reviewed

## PHYSICAL EXAM   (Alert) __Lethargic __Anxious
Distress- (NAD) __mild __moderate __severe
Other- (c-collar) (PTA / in ED) (back-board) __IV __splint
_Very calm, cooperative, pleasant_

**HEAD**   __see diagram
__no evidence   __Battle's sign / Raccoon Eyes_____
of trauma

**NECK**   __see diagram
__non-tender   __vertebral point-tenderness_____
__painless ROM   __muscle spasm / decreased ROM_____
__trachea midline   __pain on movement of neck_____

**EYES**   __unequal pupils  R-___ mm   L-___ mm
✓PERRL   __EOM entrapment / palsy_____
__EOMI   __subconjunctival hemorrhage_____
__pale conjunctivae_____

**ENT**   __hemotympanum_____
__nml external   __TM obscured by wax_____
inspection   __clotted nasal blood_____
__no dental injury   __dental injury / malocclusion_____

**RESP & CVS**   __see diagram ( on reverse )
✓chest non-tender   __decreased breath sounds_____
__breath sounds nml   __wheezing / rales_____
✓heart sounds nml   __splinting / paradoxical movements
__tachycardia_____

**ABDOMEN**   __see diagram ( on reverse )
✓non-tender   __rebound tenderness_____
✓no organomegaly   __mass / organomegaly_____
__guarding_____

**GENITAL / RECTAL**   __perineal hematoma_____
__nml genital exam   __blood at urethral meatus_____
__nml vaginal exam   __decreased rectal tone_____
__nml rectal exam
__heme neg. stool

**NEURO / PSYCH**   __confusion / disorientation
✓oriented x3   __EOM palsy / anisocoria_____
__mood & affect   __facial asymmetry_____
✓CN'S nml   __unsteady / ataxic gait_____
as tested   __sensory / motor deficit_____
✓sensation &
motor nml

Reflexes

GOZA,BRIGETTE M
MR# VR010415   SS# 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
ACCT#VR00315044   09/15/01 F 33
04/09/68 Haman,David Grant, DO
VALLEY REGIONAL MED CTR ·

0     4

**SKIN**
✓ intact
✓ warm, dry

__ see diagram _____
__ crepitus / diaphoresis _____
_____

**BACK**
✓ no CVA
__ tenderness
✓ no vertebral
__ tenderness

__ see diagram _____
__ vertebral point-tenderness _____
__ CVA tenderness _____
__ muscle spasm / limited ROM _____
_____

**EXTREMITIES**
✓ atraumatic
✓ pelvis stable
✓ hips non-tender
✓ no pedal edema
✓ nml ROM

__ see diagram _____
__ bony point-tenderness _____
__ painful / unable to bear weight _____
__ pulse deficit _____
_____
_____
_Joint Exam:_____
__ limited ROM / ligaments laxity / joint effusion
_____



L    R    L    R

R    L

T=Tenderness
PtT=Point Tenderness
S=Swelling
E=Ecchymosis
Lac=Laceration
A=Abrasion  B=Burn
(∅=without  m=mild
mod=moderate
sv=severe)
Tsv = Tenderness on
palpation (severe)

**PROGRESS:**
_wet clothes removed_
_0630: CT of neck: @ degenerative Δ's only, no_
_acute changes_

Discharge Instructions:_____
_____
_____
_____
__ Rx given _____

**XRAYS**  ☐ Interp. by me  ☐ Reviewed by me  ☐ Discsd w/radiologist

**C-Spine**  **D-Spine**  **LS-Spine**
__ nml / NAD
__ no fracture
__ nml alignment
__ soft tissues nml

__ reversal / straightening of cerv. lordosis _____
__ DJD / spondylosis / spurring _____
_____
_@ reverse curve → CT ordered_

**CXR**
__ nml / NAD
__ no infiltrates
__ nml heart size
__ nml mediastinum

__ rib fracture _____
__ infiltrate / atelectasis _____
_____
_____

**OTHER**  ☐ See separate report

__ Discussed with Dr._____
__ will see patient in: office / ED / hospital
__ Counseled patient / family regarding:
__ lab results  diagnosis  need for follow-up
__ Admit orders written

__ CRIT CARE- 30-74 min
75-104 min _____ min
__ Prior records ordered
__ Additional history from:
_family caretaker paramedics_

**CLINICAL IMPRESSION:**

| contusion | | | sprain / strain |
|---|---|---|---|
| head | wrist | R / L | neck  dorsal  lumbar |
| face | hand | R / L | |
| chest | hip | R / L | |
| abdomen | thigh | R / L | **concussion** |
| back | knee | R / L | with LOC     w/o LOC |
| shoulder R / L | leg | R / L | |
| arm | R / L | ankle | R / L | |
| elbow | R / L | foot | R / L | **laceration** |
| forearm | R / L | | | |

**Wound Description/Repair**
length_____cm  location_____
__ superficial  __ SQ  __ muscle  __ linear  *stellate  *irregular
__ clean  __ contaminated moderately / *heavily _____
**distal NVT:** __ neuro & vascular status intact  __ no tendon injury
**anesthesia:** __ local  __ digital block _____cc
__ lidoc 1% 2%  epi / bicarb  __ marcaine .25% .5%  __ LET
**prep:**
__ Hibiclens / Betadine  __ *debrided / undermined
__ irrigated /washed w/saline  *extensively
*extensively  __ foreign material removed
__ explored  minimal  moderate  extensive
**repair:** Wound closed with: dermabond / steri-strips_____
SKIN- #_____-0 nylon / prolene / staples____
*SUBCU- #_____-0 vicryl / chromic_____
*may indicate intermediate repair  *may indicate intermediate or complex repair

**DISPOSITION-**  ☐ home  ☐ admitted  ☐ transferred_____
**CONDITION-**  ☐ unchanged  ☐ improved  ☐ stable_____

_____ NP / PA

_____ MD / DO

GOZA, BRIGETTE M
MR# VR010415  SS# 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
ACCT#VR00315044  09/15/01 F 33
04/09/68 Haman, David Grant, DO
VALLEY REGIONAL MED CTR

0  -  5

Room: 0443

Time in Room: 0443

**ALLEY REGIONAL MEDICAL CENTER**
**Emergency Department Record**

Date 9/2/01

Triage Time: 0445

| E | U | N |
|---|---|---|

Arrival Method: ☐ Carried ☒ EMS ☐ Walk-in ☐ WC  Allergies: NKA

Patient Name: Brigett Goza   Birth Date: 4/9/68   Age: 32   Sex: F   LMP: 8/31/01   Ht: 5'3   Wt: 130   HC:   Immunizations UTD Per:

Accompanied by: ☐ Family ☐ Self  Private Doctor: Doolah   Emergency Dept Physician:   Pregnant ☐ Y ☐ N   LEDC
☐ Parent ☐ Spouse ☐   Gravida   Para

| | TD | UTD |
|---|---|---|

**Triage Chief Compliant/Nursing Assessment:** Neck pain, nose pain
restrained, fell 20aft from SP1
Bruise Ambulatory on scene

PMH: ☐ CBC ☐ Basic Mal P ☐ Comp Met P ☐ CC UA ☐ Cath ☐ Cult
☐ HIV ☐ TB ☐ BTL ☐ HYST ☐ DM ☐ HTN ☐ CAD ☐ CA ☐ Asthma ☐ COPD ☐ CHF ☐ Seizure ☐ Other

**Other/Specific Med./Surg. Problems**

LOC: ☐ Y ☒ N  Duration:   Medications: ☐ See attached sheet ☒ None

Treatment Prior to Arrival: ☐ None ☒ C-Collar ☐ B-Board ☐ Restraints ☐ O2 ☐ NC ☐ Mask ☐ ET ☐ Liters
☐ Immobilized ☐ IV Location   Gauge   Site Checked/Patent

| Time | BP | Pulse | Resp | Temp | Oxm | Eye Opening | Verbal Response | Best Motor Response | GCS Total | GCS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. 0445 | 135/87 | 93 | 16 | 98.2 | 100% | 4. Open | 5. Oriented | 6. Normal Spontaneous | | |

Discharge Diagnosis:

| ☐ Home ☐ Pvt Doctor ☐ AMA ☐ LWBS @ ___ hr. | Date: 9/5/01 |
| ☐ Admitted To: 2543 | Time: |
| ☐ Transferred To: | ☐ MOT Done |
| ☐ Expired Sent To: | ☐ Other |

X-Ray / EKG Interpretations:
C-Spine   ☐ Read by ER Dr

Discharged: ☐ Ambulatory ☐ W/C ☐ Carried ☐ Stretcher
☐ Ambulance CO
Accompanied By: ☐ Self ☐ Family / Friend ☐ Police Officer

Condition At Discharge: ☐ Improved ☐ Deteriorated ☐ Unchanged ☐ Expired

Nurse Signature: M. Carroll R
Physician Signature:   Patient Signature:

Discharge Vital Signs: BP ___ Pulse ___ Resp. ___
Temp ___ Pulsox ___ on ☐ RA ☐ O2

MEDICAL RECORDS

GOZA, BRIGETTE N
MR# VR010415   SS# 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
ACCT#VR00315044   09/15/01 F 33
04/09/68 Naman,David Grant, DO
VALLEY REGIONAL MED CTR

0   6