By: _____
Jacqueline M. Trevino
McRoberts & Company
Records Retrieval Service
PO Box 4836
1225 Central Boulevard, #2002
Brownsville, Texas 78523-4836
(956)541-1801
(956)541-1802 - [FAX]

**EXHIBIT "A"**

**BRIGETTE GOZA**
**Medical and Billing Records:**


1.    Dr. She Ling Wong
      100 East Alton Gloor Boulevard
      Brownsville, Texas   78521

2.    Randle Thompson, Counselor
      2039 Price Road
      Brownsville, Texas   78520

3.    Valley Regional Medical Center
      100 East Alton Gloor Boulevard
      Brownsville, Texas   78520

4.    Los Fresnos Family Health Care Center
      503 West Ocean Boulevard
      Los Fresnos, Texas   78578

# United States District Court

SOUTHERN _____ DISTRICT OF _____ TEXAS

## BRIWNSVILLE DIVISION

IN THE COMPLAINT AND PETITION
OF BROWNSWATERS INC., ET AL.

### SUBPOENA IN A CIVIL CASE

CASE NUMBER:  **C.A. NO. B-01-157**

TO:     VALLEY REGIONAL MEDICAL CENTER
        ATTN: CUSTODIAN OF RECORDS
        100 ALTON GLOOR BLVD., BROWNSVILLE, TEXAS  78521

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):  **FINANCIAL RECORDS**
ALL BILLS, STATEMENTS FOR CHARGES OR OF PAYMENTS MADE CONCERNING THE TREATMENT AND/OR EXAMINATION OF: BRIGITTE GOZA, DOB: 04/09/68
DOI: 09/15/01

| PLACE | DATE AND TIME |
|---|---|
| PLACE OF BUSINESS OF ABOVE NAMED WITNESS | INSTANTER |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated. the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b) (6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Ray R. Marchan* | *March 25, 2002* |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

**MR. RAY R. MARCHAN, 1926 E. ELIZABETH STRTEET, BROWNSVILLE, TEXAS  78520
(956)544-0500**

(See Rule 45. Federal Rules of Civil Procedure. Parts C & D on Reverse)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE THE COMPAINT AND PETITION        §
OF BROWN WATERS TOWING I, INC.         §
AS OWNER, AND BROWN WATER              §
MARINE SERVICE INC., AS BAREBOAT       §        CIVIL ACTION NO. B-01-157
CHATERER, OF THE BROWN WATER V.,       §
ITS ENGINES, TACKLE, ETC. IN A         §
CAUSE OF EXONERATION FROM OR           §
LIMITATION OF LIABILITY                §

DIRECT QUESTIONS TO BE PROPOUNDED TO
THE CUSTODIAN OF BILLING RECORDS FOR:

VALLEY REGIONAL MEDICAL CENTER, BROWNSVILLE, TEXAS

1.    Please state your full name, occupation and official title.

ANSWER:    Minerva G. Coronado, Director of Patient Access

2.    Have you been served with a subpoena for the production of billing records in connection with an accident that occurred on September 15, 2001 pertaining to BRIGETTE GOZA, DOB: 04/09/1968?

ANSWER:    Yes

3.    Please state whether or not you are the Custodian of Billing Records for VALLEY REGIONAL MEDICAL CENTER.

ANSWER:    Yes

4.    Please state whether or not you have in your custody or subject to your control of the billing records pertaining to BRIGETTE GOZA.

ANSWER:    Yes

Page 1

5.   Please hand to the Notary Public taking this deposition a complete copy of such billing records pertaining to BRIGETTE GOZA.

ANSWER:   _____Copies provided_____

6.   Please state whether or not you can verify that the records you have furnished to the Notary Public in response to the foregoing questions are a complete and accurate copy of the records of VALLEY REGIONAL MEDICAL CENTER pertaining to BRIGETTE GOZA.

ANSWER:   _____Yes_____

7.   Please state whether or not the records you have furnished to the Notary Public in response to question No. 5 pertaining to BRIGETTE GOZA were kept in the regular course of business of VALLEY REGIONAL MEDICAL CENTER.

ANSWER:   _____Yes_____

8.   Please state whether or not it was the regular course of business of VALLEY REGIONAL MEDICAL CENTER for an employee or representative of  VALLEY REGIONAL MEDICAL CENTER, with knowledge of the act, event, condition, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record.

ANSWER:   _____Yes_____

9.   Please state whether or not the billing records you have furnished to the notary public in response to the foregoing inquiries were made at or near the time of the act which is recorded or reasonably soon thereafter.

ANSWER:   _____Yes_____

10. Please state the full amount of the charges for the treatment or service provided to BRIGETTE GOZA for injuries sustained on September 15, 2001.

ANSWER: _____ $2109.00 _____

11. Please state whether or not such treatment or service provided to BRIGETTE GOZA was necessary.

ANSWER: I am not a physician.

12. State whether or not such charges were reasonable at the time and place that the treatment or service was provided.

ANSWER: Charges are reasonable.

13. Please state whether or not such charges are reasonable for like or similar services rendered in the vicinity in which they were incurred.

ANSWER: I do not know.


_Minerva S. Coronado_
WITNESS (CUSTODIAN OF BILLING RECORDS)

Page 3

## CERTIFICATE OF SERVICE

Before me, the undersigned authority, on this day personally appeared _Minerva Coronado_ , Custodian of Billing Records for VALLEY REGIONAL MEDICAL CENTER, known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, and being duly sworn, acknowledged to me that the answers to the foregoing questions are true as stated. I further certify that the records attached hereto are exact duplicates of the original records.

SWORN TO AND SUBSCRIBED BEFORE ME this the _1st_ day of _May_ , 2002.

**ANABEL CISNEROS**
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 10-20-2003

NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS

**Page 4**

```
PATIENT NO:          315044    VALLEY REGIONAL MED CTR    BILLING DATE    PAGE   1    00187
MED REC NO:          10415     P O BOX 406655             09/17/01
GUARANTOR NO:                  ATLANTA, GA 30384-6655
PATIENT:                       956-350-7436               ADMITTED    DISCHARGED
GOZA BRIGETTE M                                           09/15/01    09/15/01

{  }


BILL TO:
   GOZA BRIGETTE M                 EMERGENCY                      FC=08
   P O BOX 13375                   ADMIT THRU DISCHARGE CLAIM
   PORT ISABEL     TX
   78578


DATE OF  BATCH    F    NDC/CPT-4/
SERVICE  REF   DEPT S PROC    HCPCS        QTY SERVICE DESCRIPTION      CHARGES

   259-PHARMACY SELF ADM
091501 15B661  0712   306291      9738604    1 MOTRIN 600MG               5.00
091501 15B661  0712   309882  51079064420    1 FLEXERIL 10 MG TAB         7.00
                                                     SUBTOTAL:           12.00
   301-CHEMISTRY
091501 15B655  0736   847011       84703     1 HCG QUALITATIVE SERUM    111.00
                                                     SUBTOTAL:          111.00
   320-DX X-RAY
091501 15B681  0728   720501       72050     1 XR C-SPINE 4+V           283.00
                                                     SUBTOTAL:          283.00
   352-BODY SCAN
091501 15B658  0726   721250       72125     1 CT C-SPINE W/O CONTRAS  1703.00
                                                     SUBTOTAL:         1703.00

                               TOTAL ANCILLARY CHARGES     2109.00

                                       TOTAL CHARGES       2109.00
                                           PAYMENTS             .00
                                        ADJUSTMENTS             .00
                                            BALANCE        2109.00
```

INSURANCE BENEFITS ASSIGNED TO
VALLEY REGIONAL MEDICAL CENTER

```
PATIENT NO:          315044    VA__Y REGIONAL MED CTR   BILLING DATE    PAGE   2    00187
MED REC NO:          10415     P L BOX 406655           09/17/01
GUARANTOR NO:                  ATLANTA, GA 30384-6655
PATIENT:                       956-350-7436             ADMITTED      DISCHARGED
GOZA BRIGETTE M                                         09/15/01      09/15/01
```

```
               DEPARTMENTAL CHARGE SUMMARY
        DEPT        DESCRIPTION              AMOUNT

        0712    PHARMACY                       12.00
        0726    CAT SCAN                    1,703.00
        0728    RADIOLOGY                     283.00
        0736    CLINICAL LABORATORY           111.00


     TOTAL CHARGES:      2,109.00
     TOTAL PAYMENTS:          .00
       TOTAL ADJUST:          .00
```

2

```
PATIENT NO:          315044   VALLEY REGIONAL MED CTR   BILLING DATE   PAGE   1
MED REC NO:          10415    P O BOX 406655            09/17/01
GUARANTOR NO:                 ATLANTA, GA 30384-6655
PATIENT:                      956-350-7436              ADMITTED      DISCHARGED
GOZA BRIGETTE M                                         09/15/01      09/15/01
```

```
BILL TO:
     GOZA BRIGETTE M              EMERGENCY                       FC=08
     P O BOX 13375                ADMIT THRU DISCHARGE CLAIM
     PORT ISABEL     TX
     78578
```

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| **259-PHARMACY SELF ADM** | | | | | | | | |
| 091501 | 15B661 | 0712 | | 306291 | 9738604 | 1 | MOTRIN 600MG | 5.00 |
| 091501 | 15B661 | 0712 | | 309882 | 51079064420 | 1 | FLEXERIL 10 MG TAB | 7.00 |
| | | | | | | | SUBTOTAL: | 12.00 |
| **301-CHEMISTRY** | | | | | | | | |
| 091501 | 15B655 | 0736 | | 847011 | 84703 | 1 | HCG QUALITATIVE SERUM | 111.00 |
| | | | | | | | SUBTOTAL: | 111.00 |
| **320-DX X-RAY** | | | | | | | | |
| 091501 | 15B681 | 0728 | | 720501 | 72050 | 1 | XR C-SPINE 4+V | 283.00 |
| | | | | | | | SUBTOTAL: | 283.00 |
| **352-BODY SCAN** | | | | | | | | |
| 091501 | 15B658 | 0726 | | 721250 | 72125 | 1 | CT C-SPINE W/O CONTRAS | 1703.00 |
| | | | | | | | SUBTOTAL: | 1703.00 |

```
                              TOTAL ANCILLARY CHARGES      2109.00

                                        TOTAL CHARGES      2109.00
                                             PAYMENTS           .00
                                          ADJUSTMENTS           .00
                                              BALANCE      2109.00
```

```
INSURANCE BENEFITS ASSIGNED TO
VALLEY REGIONAL MEDICAL CENTER
```

**Causeway Collapse**
**000207296-000771**

```
PATIENT NO:          315044     VALLEY REGIONAL MED CTR     BILLING DATE     PAGE    2
MED REC NO:          10415      P O BOX 406655              09/17/01
GUARANTOR NO:                   ATLANTA, GA 30384-6655
PATIENT:                        956-350-7436                ADMITTED        DISCHARGED
GOZA BRIGETTE M                                             09/15/01        09/15/01
```

```
                         DEPARTMENTAL CHARGE SUMMARY
                 DEPT        DESCRIPTION                  AMOUNT

                 0712    PHARMACY                           12.00
                 0726    CAT SCAN                        1,703.00
                 0728    RADIOLOGY                         283.00
                 0736    CLINICAL LABORATORY               111.00


        TOTAL CHARGES:        2,109.00
        TOTAL PAYMENTS:            .00
        TOTAL ADJUST:             .00
```

**Causeway Collapse**
000207296-000772

Make check payable to:

COASTAL RADIOLOGY CONSULTANTS, P.A.
P O BOX 201178
HOUSTON TX 77216

| Account No | Total Due |
|------------|-----------|
| 01 00315 4 | 212.00 |

Statement Date
10/29/01

Amount Enclosed

THESE CHARGES WERE NOT INCLUDED
IN YOUR HOSPITAL BILL.

BILLING INQUIRIES    956-550-8944

BRIGETTE M GOZA
P O BOX 13375
PORT ISABEL TX 78578

COASTAL RADIOLOGY CONSULTANTS, P.A.
P O BOX 201178
HOUSTON TX 77216

Patient    BRIGETTE M GOZA

REFERRED BY DR. WONG

SERVICES RENDERED AT
VALLEY REGIONAL HOSP

→ Please detach top portion of this statement
and return with your payment →

H 956-350-7952    3 11 C
B 956-233-4407

| Date | Service Code | Service Rendered | Ins Filed | Code | Charge | Paid |
|------|--------------|------------------|-----------|------|--------|------|
| 9/15/01 | 72125 | CT CERVICAL SPINE W/O CONTRAST (LIMITED COVERAGE) | FLD | IH | 212.00 | |

Causeway Collapse
000207 96-000773

.R.S. Number    2880523

PAYABLE IN FULL UPON RECEIPT, UNLESS
PRIOR ARRANGEMENTS HAVE BEEN MADE.

Please Pay
This Amount

212.00

APPROXIMATELY 30 DAYS AGO WE FILED AN INSURANCE CLAIM FOR THE ABOVE SERVICES.
IF YOUR INSURANCE CARRIER'S FINAL PAYMENT IS NOT RECEIVED WITHIN 30 DAYS WE
WILL NOTIFY YOU FOR PAYMENT IN FULL.    AN EMPLOYEE CLAIM FORM MAY BE NECESSARY
IN ORDER FOR THIS CLAIM TO BE PAID.    PLEASE CONTACT YOUR INSURANCE CARRIER OR
EMPLOYER.

COASTAL RADIOLOGY CONSULTANTS, P.A.    BILLING INQUIRIES    ACCT # 00315044
956-550-8944

Make check payable to:

ANA GUTIERREZ, M.D.
1313 ALTON GLOOR BLVD, STE C
BROWNSVILLE TX  78521

Account No.  01-0315P-04
Statement Date  10/24/01

Amount Enclosed    4.60

THESE CHARGES WERE NOT INCLUDED
IN YOUR HOSPITAL BILL.

BILLING INQUIRIES    956-550-8944

BRIGETTE M GOZA
P O BOX 13375
PORT ISABEL TX 78578

ANA GUTIERREZ, M.D.
1313 ALTON GLOOR BLVD, STE C
BROWNSVILLE TX  78521

Patient   BRIGETTE M GOZA

REFERRED BY DR. WONG

SERVICES RENDERED AT
COLUMBIA VALLEY MED CT

Please detach top portion of this statement
and return with your payment

H 956-350-7952    1 11 C
B 956-233-4407

| Date | Service Code | Service Rendered | Ins. Filed | Code | Charge | Paid |
|---|---|---|---|---|---|---|
| 9/15/01 | 84703 | HCG, PREG, QUAL | FLD | OP | 4.60 | |

Causeway Collapse
000207296-000774

.R.S. Number   2541090

PAYABLE IN FULL UPON RECEIPT, UNLESS
PRIOR ARRANGEMENTS HAVE BEEN MADE.

Please Pay
This Amount      4.60

APPROXIMATELY 30 DAYS AGO WE FILED AN INSURANCE CLAIM FOR THE ABOVE SERVICES.
IF YOUR INSURANCE CARRIER'S FINAL PAYMENT IS NOT RECEIVED WITHIN 30 DAYS WE
WILL NOTIFY YOU FOR PAYMENT IN FULL.  AN EMPLOYEE CLAIM FORM MAY BE NECESSARY
IN ORDER FOR THIS CLAIM TO BE PAID.  PLEASE CONTACT YOUR INSURANCE CARRIER OR
EMPLOYER.

ANA GUTIERREZ, M.D.

ACCT # 0315044
BILLING INQUIRIES    956-550-8944

# McROBERTS & COMPANY

**Records Retrieval Service**
**1225 Central Boulevard, #2002**
**Brownsville, Texas 78520**
**(956)541-1801**
**(956)541-1802 [FAX]**

| | |
|---|---|
| **Records Pertain to:** | **BRIGETTE GOZA** |
| **Records From:** | **LOS FRESNOS FAMILY HEALTH CARE CENTER, LOS FRESNOS, TEXAS** |
| **Style of Case:** | **IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., ET AL** |
| **Cause No.:** | **B-01-157    IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS** |
| **Deliver to:** | **UNITED STATES DISTRICT CLERK** |
| | **UNITED STATES DISTRICT COURT** |
| | **SOUTHERN DISTRICT OF TEXAS** |
| | **BROWNSVILLE DIVISION** |

**X** Medical    ___ Billing    ___ Personnel    ___ Business

TAXABLE COURT COSTS:    _183 00_

**Services: Subpoena Duces Tecum * Notice of Intention * Questions & Answers * Affidavits**
**Records: Medical * Business * Employment**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE THE COMPAINT AND PETITION   §
OF BROWN WATERS TOWING I, INC.   §
AS OWNER, AND BROWN WATER   §
MARINE SERVICE INC., AS BAREBOAT   §      CIVIL ACTION NO. B-01-157
CHATERER, OF THE BROWN WATER V.,   §
ITS ENGINES, TACKLE, ETC. IN A   §
CAUSE OF EXONERATION FROM OR   §
LIMITATION OF LIABILITY   §

NOTICE TO TAKE DEPOSITION BY WRITTEN QUESTIONS

TO:    Will W. Pierson
      Attorney at Law
      1700 Wilson Plaza West
      606 North Carancahua
      Corpus Christi, Texas  78476

Please take notice that fourteen (14) days after service of this notice, a deposition by written

questions will be taken of the Custodian of Records of those listed on Exhibit "A", attached hereto

and incorporated herein for all purposes before a Notary Public in the State of Texas for McRoberts

& Company, 1225 Central Boulevard, #2002, Brownsville, Texas, 78520.

Copies of the written questions to be asked are attached hereto.

As authorized by Rule 31 ext. of the Federal Rules of Civil Procedure, to the officer taking this

deposition to issue a Subpoena in a Civil Case and cause it to be served on the witness to produce

records, including but not limited to, Medical Records, Films, Film reports, hospital records,

insurance records, billing records, office notes, reports and correspondence and any other such

records from date of accident of 09/15/2001 forward in the possession, custody or control of said witness and every such record to which the witness may have access pertaining to BRIGETTE GOZA, DOB: 04/09/1968 and turn all such records to the officer taking this deposition so that photographic reproductions of the same may be made and attached to said deposition.

Respectfully submitted on behalf of,

Mr. Ray R. Marchan
Watts & Heard, L.L.P.
1926 East Elizabeth Street
Brownsville, Texas   78520

**ATTORNEY FOR BRIGETTE GOZA**

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing Notice of Intention to take Deposition by Written Questions was mailed to the respective parties and/or attorney(s) of record by registered mail, postage prepaid, hand delivered or transmitted by telephonic document transfer on this 10th day of November, 2001.

VIA FAX:     (361)884-7261
AND REGULAR MAIL

Will W. Pierson
Attorney at Law
1700 Wilson Plaza West
606 North Carancahua
Corpus Christi, Texas   78476

Page 2

By: _____

Jacqueline M. Trevino
McRoberts & Company
Records Retrieval Service
PO Box 4836
1225 Central Boulevard. #2002
Brownsville. Texas 78523-4836
(956)541-1801
(956)541-1802 - [FAX]

## EXHIBIT "A"

**BRIGETTE GOZA**
**Medical and Billing Records:**

1.  Dr. She Ling Wong
    100 East Alton Gloor Boulevard
    Brownsville, Texas   78521

2.  Randle Thompson, Counselor
    2039 Price Road
    Brownsville, Texas   78520

3.  Valley Regional Medical Center
    100 East Alton Gloor Boulevard
    Brownsville, Texas   78520

4.  Los Fresnos Family Health Care Center
    503 West Ocean Boulevard
    Los Fresnos, Texas   78578

# United States District Court

### SOUTHERN    DISTRICT OF    TEXAS

### BRIWNSVILLE DIVISION

IN THE COMPLAINT AND PETITION
OF BROWNSWATERS INC., ET AL.

## SUBPOENA IN A CIVIL CASE

CASE NUMBER:    C.A. NO. B-01-157

TO:    LOS FRESNOS FAMILY HALTH CARE CENTER
    ATTN: DUSTODIAN OF RECORDS
    503 WEST OCEAN BLVD., LOS FRESNOS, TEXAS 78578

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): **MEDICAL RECORDS**
ALL WRITTEN RECORDS, REPORTS TO ANY ATTORNEYS, OFFICE NOTES, REPORTS, X-RAYS, LETTERS OR ANYTHING ELSE IN WRITING CONCERNING THE TREATMENT AND/OR EXAMINATION OF: BROGOTTE GOZA, DOB. 04/09/68, DOI: 09/15/01

| PLACE | DATE AND TIME |
|---|---|
| PLACE OF BUSINESS OF THE ABOVE NAMED WITNESS | INSTANTER |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Ray R. Marchan* | *March 25, 2002* |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
MR. RAY R. MARCHAN, 1926 E. ELIZABETH STRTEET, BROWNSVILLE, TEXAS 78520
(956)544-0500

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE THE COMPAINT AND PETITION     §
OF BROWN WATERS TOWING I, INC.      §
AS OWNER, AND BROWN WATER           §
MARINE SERVICE INC., AS BAREBOAT    §          CIVIL ACTION NO. B-01-157
CHATERER, OF THE BROWN WATER V.,    §
ITS ENGINES, TACKLE, ETC. IN A      §
CAUSE OF EXONERATION FROM OR        §
LIMITATION OF LIABILITY             §

DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS
CUSTODIAN OF MEDICAL RECORDS FOR:

LOS FRESNOS FAMILY HEALTH CARE CENTER, LOS FRESNOS, TEXAS

1.    Please state your full name, occupation and official title.

ANSWER:    _Regina D. Ortiz, PA-C_____

2.    Have you been served with a subpoena for the production of medical records in connection

with an accident that occurred on September 15, 2001 pertaining to BRIGETTE GOZA,

DOB: 04/09/1968?

ANSWER:    _____Yes_____

3.    Do you understand the subpoena requests all medical records and documents pertaining to

BRIGETTE GOZA and is not limited to records and documents related to the injury or

illness which forms the basis of this lawsuit nor is it limited in scope or type of record or

document?

ANSWER:    _____Yes_____

Page 1

4.    Has BRIGETTE GOZA been treated or examined by LOS FRESNOS FAMILY HEALTH

CARE CENTER?

ANSWER:    _____Yes — prior to 9/15/01_____

5.    Has LOS FRESNOS FAMILY HEALTH CARE CENTER made or caused to be made any

memorandum, report, record or data compilation, in any form, of the examination and/or

treatment of said patient?

ANSWER:    _____Yes_____

6.    Are these memoranda, reports, records or data compilations under your supervision,

direction, custody and/or control?

ANSWER:    _____Yes_____

7.    Were these records kept in the regular course of business?

ANSWER:    _____Yes_____

8.    Was it in the regular course of business of said hospital or service for an employee or

representative or doctor with personal knowledge of the act, event, condition, opinion or

diagnosis recorded in said records to make the memorandum or records or to transmit

information thereof to be included in such memorandum or records?

ANSWER:    _____Yes_____

9.    Were the entries on these memoranda, reports, records or data compilations made at or

shortly after the time of the transaction recorded on these entries?

ANSWER:    _____Yes._____

10.  Please state whether or not such medical treatment was necessary and reasonable for injuries sustained by BRIGETTE GOZA in an accident that occurred on September 15, 2001.

ANSWER: _____ No _____

11.  Please identify and describe any narrative that was created at the request of the patient's attorney.

ANSWER: _____ None _____

12.  Please hand exact duplicates of all documents in your possession pertaining to BRIGETTE GOZA or the originals thereof for attachment to this deposition.

ANSWER: _____ yes. _____

13.  Have you been requested, directed or has it even been suggested by any person (whether doctor, attorney, patient or anyone else) that any part of the records subject to this position be withheld or protected from discovery for any reason?  If so, please state the name and address of the person who conveyed this information to you and when such event occurred.

ANSWER: _____ No. _____


_____
WITNESS (CUSTODIAN OF MEDICAL RECORDS)

Page 3

## CERTIFICATE OF SERVICE

Before me, the undersigned authority, on this day personally appeared ___Regina D Ortiz, RMe.___, Custodian of Medical Records for LOS FRESNOS FAMILY HEALTH CARE CENTER, known to me to be the person whose **name is** subscribed to the foregoing instrument in the capacity therein stated, and being duly sworn, acknowledged to me that the answers to the foregoing questions are true as stated. I further **certify** that the records attached hereto are exact duplicates of the original records.

SWORN TO AND SUBSCRIBED before me this the ___24___ day of ___April.___, 2001.



NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS

JACQUELINE M. TREVINO
Notary Public, State of Texas
My Commission Expires
11-20-2004

Page 4

**LO   RESNOS FAMILY CLINIC**
**PROGRESS NOTE**

**P    ENT:**  Brigette M. Gora
**DATE:**  March 23, 2001

**SUBJECTIVE:**  32 year old female complain of sorethorat and URI symptoms for 3 days.  No fever.  Current meds include Claritin.  LNMP - 3 weeks ago.

**ALLERGIES: NKDA**

**OBJECTIVE:**
**VITAL SIGNS:**  Temp: 97.7     Wt: 132     BP: 110/66   PR: 78  RR:20
**PHYSICAL EXAM:**

    **HEENT:**               TM's clear, eyes clear, sinuses nontender, nose normal, pharynx injected.
    **Neck:**                Supple; shoddy lymphadenopathy, no thyromegaly.
    **Cardiovascular:**  Regular, S1-S2, no murmur.
    **Lungs:**              Chest moving equally on both sides.  No retraction or stridor.  No wheezing, rhonchi, rales, crackles, or abnormalities noted posteriorly or anteriorly.  Breath sounds are well heard.  No rubs present.
    **Abdomen:**        Normal sounds, soft, nontender, no hepatosplenomegaly, no masses.
    **Skin:**                No lesions of significance.
    GAS - negative

**A    ESSMENT:**  Pharyngitis

**PLAN:**
1. Z-pack
2. Entex LA 1 tsp q 8 hrs
3. RTC if condition persists

Regina D. Ortiz, PA-C

**cc:**  Silva, Jaime L., MD

0     1

**REGINA D. ORTIZ, PA-C**
*Los Fresnos Family Clinic*

**Patient:**      Brigette Gora

**Date:**        October 31, 2000

Ms. Gora called stating that the antibiotic Biaxin prescribed to her has a horrible taste and is making her ill. I explained that this is a normal side effect of this medicine and to take with food to relieve side effect. She does not want to try and wants another antibiotic. Therefore, Biaxin is changed to Bactrim DS BID for 14 days. She will return to the clinic if symtoms persist.

Regina D. Ortiz, PA-C

cc:      Silva, Jaime L., MD

0        2

# LOS FRESNOS FAMILY CLINIC
## 3 WEST OCEAN BLVD., SUITE A
## LOS FRESNOS, TX 78566

**PATIENT NAME:** Brigette Gora

**DATE:** 24 October 2000

**CC:** Sinus pressure

**HISTORY:** 32 year old female present for first time complaining of headache, facial pressure, dry non-productive cough for 2 weeks. She denies any fever or runny nose. She is currently taking no medication. LNMP 10-10-00.

**PAST MEDICAL HISTORY:** Her past medical history includes:      Negative

**PAST SURGICAL HISTORY:** Her past surgical history includes: Negative

**ALLERGIES:** NKDA

**MEDICATIONS:** None

**SOCIAL HISTORY:** This 34-year-old female denies tobacco and alcholic products.

**FAMILY HISTORY:** Denies any family history

## REVIEW OF SYSTEMS

**HEENT:** Nasal congestion

**CARDIOVASCULAR:** No history of chest pain, either retrosternal of generalized. No history of chest pain radiating in the limbs or up the neck. No history of palpitations, chest pain or exertion. No history of syncope, murmurs, orthopnea, paroxysmal nocturnal dyspnea, or leg cramps. No history of varicose veins, thrombophlebitis, or intermittent claudication. No history of cold feet, edema of the feet, or Raynaud's phenomenon.

**RESPIRATORY:** Cough, wheezing

**GI:** No history of nausea, vomiting, gas, bloating sensation, belching, abdominal pain, dysphagia, hematemesis, or abdominal distention. No history of abdominal masses, food intolerance, jaundice, hepatitis, heartburn, indigestion, antacid use, constipation, diarrhea, melena, or hemorrhoids.

**GU/GYN:** No history of urinary burning, dysuria, increased frequency, polyuria, nocturia, or urgency. No history of stress incontinence, obstructive symptoms, kidney stones, blood in the urine, or recurring infections.

**SKIN:** No history of lumps in the skin, rashes, or itching. No burning sensation, dry skin, or oily skin. No history of growths, change in texture. No history of nevus. No history of hair, nail or color changes.

**MUSCULOSKELETAL:** No history of joint or muscle pain, stiffness, limitation of motion, arthritic pain.

**GENERAL:** Tires easily

## PHYSICAL EXAMINATION:

**VITAL SIGNS:**
  **BLOOD PRESSURE:** 108/60 mmHg   **PULSE:** 66   **RESPIRATION:**   20
   **TEMPERATURE:** 98.4   **WEIGHT:**   127   **HEIGHT:** 66

**GENERAL:** Well-developed, well-nourished 32-year-old woman who appears in no acute distress at the time of the examination. The patient appears alert and oriented times three.

**HEENT:** Postive frontal/maxillary sinus tenderness, small boggy turbinates, yellow nasal discharge, pharynx clear

**NECK:** Neck is supple without masses or adenopathy; no nuchal rigidity. Good carotid up stroke. Negative bruits. Negative venous jugular distention. Thyroid is not palpable.

**HEART:** Regular rate and rhythm without murmurs, clicks, or rubs.

**LUNGS:** Lungs are clear to auscultation. Negative respiratory distress.

**ABDOMEN:** Soft with normal bowel sounds. Negative gross organomegaly noted. No tenderness elicited. Negative rebound.

**EXTREMITIES:** Symmetrical without edema. Distal pulses intact. No sensory or motor deficits noted.

**MUSCULOSKELETAL EXAMINATION:** Examination reveals full range of motion for age. No sensory or motor deficits are noted. No palpable tenderness.

0   4

**NEUROLOGICAL:** Cranial Nerves II- XII intact. No sensory or motor deficits noted. DTRs symmetrical. No focal deficits noted. Patient is alert and oriented times three.

**ASSESSMENT:** Acute Sinusitis

**PLAN:**
1. Biaxin 500 mg BID for 14 days
2. Flonase nasal inhaler 2 sprays each nares QD
3. Guaifenesin 600 mg BID for 10 days
4. RTC 2 weeks or sooner if symptoms persist

Regina D. Ortiz, PA-C

cc:     Silva, Jaime L., MD

ANNUAL HEALTH ASSESSMENT FORM

Name of Patient _Brigote Goza_    Date of Birth _4-9-68_

Male / Female

**DRUG ALLERGIES**    [ ] NONE  [ ] Penicillin    [ ] Others _____

[ ] Sulfa  [ ] Lidocaine

**MEDICAL HISTORY**    (please circle):    [ ] None

| | | |
|---|---|---|
| Diabetes | High Blood Pressure | Thyroid Problems |
| Angina | High Cholesterol | Lung Disease |
| Arthritis | Previous Heart Attack | Epilepsy |
| Asthma | Depression | Cancer (type) _____ |

other conditions: _____

**SURGICAL HISTORY**    (please circle):    [ ] No previous surgeries

| | | | |
|---|---|---|---|
| Ear Tubes | Cataract Operation | Heart Bypass | Cesarean Section |
| Tonsils | Joint Replacement | Heart Valve | Tubal Ligation |
| Appendix | Thyroid | Spinal Surgery | Colon / Stomach |
| Gallbladder | Hernia Repair | | Prostate |

other surgeries: _____

**FAMILY HISTORY**    (please circle)    Indicate which family member has condition

| | | |
|---|---|---|
| Diabetes | Heart Disease | High Blood Pressure |
| Stroke | Obesity | High Cholesterol |
| Asthma | Cancer | Mental Conditions |

_____

**MEDICATIONS**    (What medications do you take)

_____

**WOMEN'S HEALTH HISTORY:**

How old were when you had your first period? _14_

How old were you when you stopped having periods, completely? _____

Do you have Cramps? _____ Pass clots? _____

How long do your periods last? _5 days_

Have you ever been pregnant? _No_    How many times have you been pregnant? ____

Live Births _____ Misscarriages? _____

How old were you with your first pregnancy? _____

Are you using a birth control method? _✓_    What kind? _condom_

Have you had pain or bleeding with sex? _____

Have you ever had a pelvic or vaginal infection? _✓_ Type? _yeast_

Have you had any bleeding that is not during your regular period? _no_

0    6

## ANNUAL HEALTH ASSESSMENT FORM

What is your occupation? _Teacher_   How many years of school did you attend? _College grad._

**PLEASE ADVISE US:**

| | | | | | |
|---|---|---|---|---|---|
| 1. | Do you Smoke: | [√] never | [ ] quit | [ ] Yes | How many packs per day? _____ |
| 2. | Alcohol/Beer | [√] never | [ ] quit | [ ] Yes | How many drinks per week? _____ |
| 3. | Coffee | [ ] never | [ ] quit | [√] Yes | Amount? 2 c/day _____ |
| 4. | Marijuana | [√] never | [ ] quit | [ ] Yes | Amount? _____ |
| 5. | Cocaine | [ ] never | [ ] quit | [ ] Yes | Amount? _____ |

**GENERAL COMPLAINTS: (please circle all that you currently feel)**

Get tired easily
Generalized body aches
Fever/chills
Bleeding

Weight Gain or loss
No appetite
Drowsiness
Other _____

Difficulty sleeping
Sweating

**SPECIFIC SYMPTOMS: (please circle all that your currently feel)**

**Eyes**
Pain/itching
tearing
discharge
blurry/double vision

**Ears/Nose/Mouth**
impaired hearing
ear pain
nasal congestion
voice change
goiter
nose bleeds

**Respiratory**
cough
wheezing
blood phlegm
shortness of breath
pain when breathe
lips/nails blue

**Cardiovascular**
chest pain
palpitations
fainting spell
swelling in legs
irregular heart rhythm
pacemaker
murmur
circulation problems

**Endocrine**
frequent urination
thirsty all the time
hungry all the time
weight loss/gain
tremor/shakes

**Musculoskeletal**
joint swelling
joint pain
joint stiffness
prosthetic joint
muscle pain
back pain
muscle weakness
pain that moves

**Gastrointestinal**
heartburn
nausea/vomiting
abdominal pain
diarrhea
constipation
black stools
passing a lot of gas
yellow eyes/skin
blood in stool

**Genitourinary**
painful urination
blood in urine
urgency to urinate
painful sexual relations
discharge
unable to get erection
loss of urine with sneezing/coughing
difficulty starting/stopping stream

**Neuropsychiatric**
vertigo
convulsions
tremors
loss of consciousness
tingling sensations
numbness
depression
anxiety
mood changes
panic attacks
headaches

**Skin/Breast**
redness
lumps
color changes
itching
bruises easily
rash

0   7



**TEXAS ASSOCIATION OF SCHOOL BOARDS**
**RISK MANAGEMENT FUND**

| | |
|---|---|
| Member # | Effective Date |
| 46698095301 | 09/01/00 |

**GORA, BRIGETTE M**

| Group # | A0001A | Birth | Sex | Tier |
|---|---|---|---|---|
| LOS FRESNOS CISD | | 04/09/68 | F | LF3E |

Subscriber Name:
**GORA, BRIGETTE M**

| Tier Description: | E/O Medical |
|---|---|
| In-Network Deductible: | $500 |
| Non-Network Deductible | |
| Non-Network Hosp Copay | $500 |
| Dental Deductible | $50 |
| Dental Yearly Maximum. | $1,250 |
| IHB.OHB Benefit: | |



√ - still effective

CO-PAY: NONE

***Claims Mailing Addresses***
Mail Dental Claims to   **TASB**
    PO Box 2719, Austin, TX 78768-2719
    800-436-8501 to Verify Coverage or Precertify Medical Services
Mail Medical Claims to   **Texas True Choice ETHIX**
    9901 IH10 West, Suite 300, San Antonio, TX 78230
    800-683-4856 (HHPO, ETHIX, NTHN, HPET)
Mail Prescription Mail Order Claims to   **Caremark**
    PO Box 659529, San Antonio, TX 78265-9529
    800-378-9018   **Plan Code: *CRK*   Group Code: *TASB***

TASB lines are monitored 24 hours daily  seven days a week  To speak to a representative.
call between 8 am and 5 pm, Monday–Friday.
Email  aso.claims@tasb.org  This card is issued for identification purposes only and does
not constitute proof of eligibility

800 -482-7276
Bell Texas True Choice

# OS FRESNOS FAMILY CLINIC 

503 W. Ocean Blvd., Suite A

Los Fresnos, Texas

Jaime L. Silva, M.D.

Regina D. Ortiz, P.A.-C

Telephone: 956-233-8310    FAX: 956-233-8404

**Patient Information:**

| | |
|---|---|
| Name: *Brigette Goza* | Nombre: |
| Social Security Number: *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* | No. Social: |
| DOB: *4-9-68* | Fecha de nacimiento: |
| Marital Status: *Single* | Estado Marital: |
| Address: *PO BOX 13375* | Domicilio: |
| City: *Pt. Isabel* State: *TX* | Ciudad:          Edo: |
| Zip Code: *78578* | Codigo Postal: |
| Phone Number: *943-7115* | Telefono: |

**Patient Employer Information:**

| | |
|---|---|
| Employer: *LFCISD* | Empresa: |
| Address: *Los Cuates M-S* | Domicilio: |
| City: *Los Fresnos* State: *TX* | Ciudad:          Edo: |
| Zip Code: *78566* | Codigo Postal: |

**In the Event of Emergency Contact:**

**'n Caso de Emergencia Llamar a:**

*Steve Goza    713-643-7945    father*

| Name | Phone | Relationship |
|---|---|---|
| Nombre | Telefono | Relacion |

**Insurance Information:**

| Name of Primary Insurance: | Name of Secondary Insurance (if any): |
|---|---|
| | |
| Contract # | Contract # |
| Group # | Group # |
| Subscriber # | Subscriber # |
| ] Medicare | [ ] Medicaid |
| Claim ID # | Claim ID #: |

0        9

# McROBERTS & COMPANY

**Records Retrieval Service**
**1225 Central Boulevard, #2002**
**Brownsville, Texas 78520**
**(956)541-1801**
**(956)541-1802 [FAX]**

| | |
|---|---|
| **Records Pertain to:** | **BRIGETTE GOZA** |
| **Records From:** | **LOS FRESNOS FAMILY HEALTH CARE CENTER, LOS FRESNOS, TEXAS** |
| **Style of Case:** | **IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., ET AL** |
| **Cause No.:** | **B-01-157     IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS** |
| **Deliver to:** | **UNITED STATES DISTRICT CLERK** |
| | **UNITED STATES DISTRICT COURT** |
| | **SOUTHERN DISTRICT OF TEXAS** |
| | **BROWNSVILLE DIVISION** |

___ Medical     X Billing     ___ Personnel     ___ Business

TAXABLE COURT COSTS:     _177 00_

**Services: Subpoena Duces Tecum * Notice of Intention * Questions & Answers * Affidavits**
**Records: Medical * Business * Employment**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPAINT AND PETITION | § | |
| OF BROWN WATERS TOWING I, INC. | § | |
| AS OWNER, AND BROWN WATER | § | |
| MARINE SERVICE INC., AS BAREBOAT | § | CIVIL ACTION NO. B-01-157 |
| CHATERER, OF THE BROWN WATER V., | § | |
| ITS ENGINES, TACKLE, ETC. IN A | § | |
| CAUSE OF EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

NOTICE TO TAKE DEPOSITION BY WRITTEN QUESTIONS

TO:    Will W. Pierson
       Attorney at Law
       1700 Wilson Plaza West
       606 North Carancahua
       Corpus Christi, Texas   78476

Please take notice that fourteen (14) days after service of this notice, a deposition by written questions will be taken of the Custodian of Records of those listed on Exhibit "A", attached hereto and incorporated herein for all purposes before a Notary Public in the State of Texas for McRoberts & Company, 1225 Central Boulevard, #2002, Brownsville, Texas, 78520.

Copies of the written questions to be asked are attached hereto.

As authorized by Rule 31 ext. of the Federal Rules of Civil Procedure, to the officer taking this deposition to issue a Subpoena in a Civil Case and cause it to be served on the witness to produce records, including but not limited to, Medical Records, Films, Film reports, hospital records, insurance records, billing records, office notes, reports and correspondence and any other such

Page 1

records from date of accident of 09/15/2001 forward in the possession, custody or control of said witness and every such record to which the witness may have access pertaining to BRIGETTE GOZA, DOB: 04/09/1968 and turn all such records to the officer taking this deposition so that photographic reproductions of the same may be made and attached to said deposition.

Respectfully submitted on behalf of,

Mr. Ray R. Marchan
Watts & Heard, L.L.P.
1926 East Elizabeth Street
Brownsville, Texas   78520

ATTORNEY FOR BRIGETTE GOZA

CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing Notice of Intention to take Deposition by Written Questions was mailed to the respective parties and/or attorney(s) of record by registered mail, postage prepaid, hand delivered or transmitted by telephonic document transfer on this 10th day of November, 2001.

VIA FAX:    (361)884-7261
AND REGULAR MAIL

Will W. Pierson
Attorney at Law
1700 Wilson Plaza West
606 North Carancahua
Corpus Christi, Texas   78476

By: _____

Jacqueline M. Trevino
McRoberts & Company
Records Retrieval Service
PO Box 4836
1225 Central Boulevard, #2002
Brownsville, Texas 78523-4836
(956)541-1801
(956)541-1802 - [FAX]

# EXHIBIT "A"

**BRIGETTE GOZA**
**Medical and Billing Records:**

1.    Dr. She Ling Wong
      100 East Alton Gloor Boulevard
      Brownsville, Texas   78521

2.    Randle Thompson, Counselor
      2039 Price Road
      Brownsville, Texas   78520

3.    Valley Regional Medical Center
      100 East Alton Gloor Boulevard
      Brownsville, Texas   78520

4.    Los Fresnos Family Health Care Center
      503 West Ocean Boulevard
      Los·Fresnos, Texas   78578

# United States District Court

SOUTHERN _____ TEXAS
_____ DISTRICT OF _____
BRIWNSVILLE DIVISION

IN THE COMPLAINT AND PETITION
OF BROWNSWATERS INC., ET AL.

## SUBPOENA IN A CIVIL CASE

CASE NUMBER:    C.A. NO. B-01-157

TO:    LOS  FRESNOS FAMILY HALTH CARE CENTER
ATTN: CUSTODIAN OF RECORDS
503 WEST OCEAN BLVD., LOS FRESNOS, TEXAS  78578

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):  **FINANCIAL RECORDS**
**ALL BILLS, STATEMENTS FOR CHARGES OR OF PAYMENTS MADE CONCERNING THE TREATMENT AND/OR EXAMINATION OF:** BRIGITTE GOZA, DOB: 04/09/68, DOI: 09/15/01

| PLACE | DATE AND TIME |
|---|---|
| PLACE OF BUSINESS OF ABOVE NAMED WITNESS | INSTANTER |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors. or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated. the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b) (6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Ray L. Marchan* | March 25, 2002 |

ISSUING OFFICER'S NAME. ADDRESS AND PHONE NUMBER
MR. RAY R. MARCHAN, 1926 E. ELIZABETH STRTEET, BROWNSVILLE, TEXAS  78520
(956)544-0500

(See Rule 45 Federal Rules of Civil Procedure. Parts C & D on Reverse)