IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPAINT AND PETITION | § | |
| OF BROWN WATERS TOWING I, INC. | § | |
| AS OWNER, AND BROWN WATER | § | |
| MARINE SERVICE INC., AS BAREBOAT | § | CIVIL ACTION NO. B-01-157 |
| CHATERER, OF THE BROWN WATER V., | § | |
| ITS ENGINES, TACKLE, ETC. IN A | § | |
| CAUSE OF EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

DIRECT QUESTIONS TO BE PROPOUNDED TO
THE CUSTODIAN OF BILLING RECORDS FOR:

LOS FRESNOS FAMILY HEALTH CARE CENTER, LOS FRESNOS, TEXAS

1.    Please state your full name, occupation and official title.

ANSWER:    _Regina O. Ortiz, PA-C._

2.    Have you been served with a subpoena for the production of billing records in connection

with an accident that occurred on September 15, 2001 pertaining to BRIGETTE GOZA,

DOB: 04/09/1968?

ANSWER:    _Yes_

3.    Please state whether or not you are the Custodian of Billing Records for LOS FRESNOS

FAMILY HEALTH CARE CENTER.

ANSWER:    _Yes_

4.    Please state whether or not you have in your custody or subject to your control of the billing

records pertaining to BRIGETTE GOZA.

ANSWER:    _Yes_

5.  Please hand to the Notary Public taking this deposition a complete copy of such billing records pertaining to BRIGETTE GOZA.

ANSWER: _____ Yes _____

6.  Please state whether or not you can verify that the records you have furnished to the Notary Public in response to the foregoing questions are a complete and accurate copy of the records of LOS FRESNOS FAMILY HEALTH CARE CENTER pertaining to BRIGETTE GOZA.

ANSWER: ____ Yes _____

7.  Please state whether or not the records you have furnished to the Notary Public in response to question No. 5 pertaining to BRIGETTE GOZA were kept in the regular course of business of LOS FRESNOS FAMILY HEALTH CARE CENTER.

ANSWER: _____ Yes _____

8.  Please state whether or not it was the regular course of business of LOS FRESNOS FAMILY HEALTH CARE CENTER for an employee or representative of LOS FRESNOS FAMILY HEALTH CARE CENTER, with knowledge of the act, event, condition, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record.

ANSWER: _____ Yes _____

9.  Please state whether or not the billing records you have furnished to the notary public in response to the foregoing inquiries were made at or near the time of the act which is recorded or reasonably soon thereafter.

ANSWER: ____ No _____ Yes. _____

10. Please state the full amount of the charges for the treatment or service provided to BRIGETTE GOZA for injuries sustained on September 15, 2001.

ANSWER: _____ *None $0* _____

11. Please state whether or not such treatment or service provided to BRIGETTE GOZA was necessary.

ANSWER: _____ *N/A* _____

12. State whether or not such charges were reasonable at the time and place that the treatment or service was provided.

ANSWER: _____ *Yes.* _____

13. Please state whether or not such charges are reasonable for like or similar services rendered in the vicinity in which they were incurred.

ANSWER: _____ *Yes* _____

_____
WITNESS (CUSTODIAN OF BILLING RECORDS)

Page 3

## CERTIFICATE OF SERVICE

Before me, the undersigned authority, on this day personally appeared _Regina M Ortega AAC_____, Custodian of Billing Records for LOS FRESNOS FAMILY HEALTH CARE CENTER, known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, and being duly sworn, acknowledged to me that the answers to the foregoing questions are true as stated. I further certify that the records attached hereto are exact duplicates of the original records.

SWORN TO AND SUBSCRIBED BEFORE ME this the __24__ day of __April_____, 2001.

_____
NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS



JACQUELINE M. TREVINO
Notary Public, State of Texas
My Commission Expires
11-20-2004



TASB Risk Management Fund
PO Box 2719   Austin, TX 78768

For Claims Questions or
Precertification
Please call: 1-800-482-7276
Mon.-Fri. 8:00a.m.-5:00p.m.

JAIME L. SILVA, MDPA
PO BOX 4807
BROWNSVILLE   TX   78523

Vendor No:    742786917SILJA
Check Date:   3/07/01
Check No:     0000000

378

| BEG SERV DATE | END SERV DATE | SERVICE CODE | CHARGED AMOUNT | MAX FEE ALLOWED | NOT COV AMOUNT | COPAY AMT | COI AMT | PAID AMT | DED SEE AMT REMARKS | BEN PKG |
|---|---|---|---|---|---|---|---|---|---|---|

PROV:742786917SILJA - JAIME L. SILVA, MD          GROUP:A0031A - LOS FRESNOS CISD
EMPL:BRIGETTE M. GORA          PAT:46693095301 - BRIGETTE M. GORA          Acct#:9990-00120013          Claim #:01-020601-003-02
10/24/00 10/24/00 99202      80.00      80.00                                                    80.00 A          LF5Q

CLAIM TOTALS:           80.00      80.00      0.00      0.00      0.00      0.00      80.00

                         NET PAYMENT FOR CLAIM        0.00
              CHGS NOT PAID BY ADMINISTRATOR        80.00

A   - IN-NETWORK PROVIDER: TEXAS TRUE CHOICE



0     1



TASB Risk Management Fund
PO Box 2719    Austin, TX 78768

LOS FRESNOS FAM HLTHCARE CLIN
503 A WEST OCEAN BLVD
LOS FRESNOS  TX  78566

For Claims Questions or
Precertification
Please call: 1-800-482-7276
Mon.-Fri. 8:00a.m.-5:00p.m.

| Vendor No: | 742959067LOSFR |
| Check Date: | 8/08/01 |
| Check No: | 0000000 |

179

| BEG SERV DATE | END SERV DATE | SERVICE CODE | CHARGED AMOUNT | MAX FEE ALLOWED | PPO DISC | NOT COV AMOUNT | COPAY AMT | COI AMT | PAID AMT | DED SEE AMT REMARKS | BEN PKG |
|---|---|---|---|---|---|---|---|---|---|---|---|

PROV:742959067SILJA - JAIME L. SILVA, MD          GROUP:A0001A - LOS FRESNOS CISD
EMPL:BRIGETTE M. GORA       PAT:46698095301 - BRIGETTE M. GORA   APt#:8990-0103003Z       Claim #:01-042701-033-26

| 03/23/01 | 03/23/01 | 87060 | 24.00 | 24.00 | | | | | | 24.00 A | LF5Q |
| CLAIM TOTALS: | | | 24.00 | 24.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 24.00 ✓ | |

NET PAYMENT FOR CLAIM      0.00
CHGS NOT PAID BY ADMINISTRATOR      24.00

A  - NON NETWORK CLAIM-CONTACT PROVIDER IF INCORRECT.



Posted
11-10 01
CC

0      2

| Acct | Date | Dep # | Name | Dr# | Procedure | Ref Dt | Diag | Units | Amount |
|------|------|-------|------|-----|-----------|--------|------|-------|--------|
| 8990 | | | GORA,BRIGETTE | | | Previous Balance : | | | 0.00 |
| | 10/24/00 | 2 | GORA,BRIGETTE | 1 | 99202 | New Patient O/V Inte | 461.9 | 1.00 | 80.00 |
| | 03/15/01 | | Check Payment | 2751 | | Patient | | | -80.00 |
| | 03/23/01 | 2 | GORA,BRIGETTE | 1 | 87060 | Throat/Nose Bacteria | 462 | 1.00 | 24.00 |

```
        TOTALS FOR ACCOUNT 8990   PAYMENTS :   80.00   ADJUSTS  :    0.00   CHARGES :   104.00    2.00    24.00
                                  REFUNDS:      0.00
                                  ------------          ------------          ------------          ------------
                                             80.00                  0.00                104.00                  24.00
```

0      3

# McROBERTS & COMPANY

**Records Retrieval Service**
1225 Central Boulevard, #2002
Brownsville, Texas 78520
(956)541-1801
(956)541-1802 [FAX]

**Records
Pertain to:**    BRIGETTE GOZA

**Records
From:**    RANDLE THOMPSON, COUNSELOR,
BROWNSVILLE, TEXAS

**Style of
Case:**    IN RE THE COMPLAINT AND PETITION OF BROWN
WATER TOWING I, INC., ET AL

**Cause No.:**    B-01-157    IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT OF TEXAS

**Deliver to:**    RAY R. MARCHAN

ATTORNEY AT LAW

1926 EAST ELIZABETH STREET

BROWNSVILLE, TEXAS   78520

X Medical    X Billing    ___ Personnel    ___ Business

TAXABLE COURT COSTS:    _208.⁰⁰_

Services: Subpoena Duces Tecum * Notice of Intention * Questions & Answers * Affidavits
Records: Medical * Business * Employment

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPAINT AND PETITION | § | |
| OF BROWN WATERS TOWING I, INC. | § | |
| AS OWNER, AND BROWN WATER | § | |
| MARINE SERVICE INC., AS BAREBOAT | § | CIVIL ACTION NO. B-01-157 |
| CHATERER, OF THE BROWN WATER V., | § | |
| ITS ENGINES, TACKLE, ETC. IN A | § | |
| CAUSE OF EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

NOTICE TO TAKE DEPOSITION BY WRITTEN QUESTIONS

TO:    Will W. Pierson
       Attorney at Law
       1700 Wilson Plaza West
       606 North Carancahua
       Corpus Christi, Texas   78476

Please take notice that fourteen (14) days after service of this notice, a deposition by written questions will be taken of the Custodian of Records of those listed on Exhibit "A", attached hereto and incorporated herein for all purposes before a Notary Public in the State of Texas for McRoberts & Company, 1225 Central Boulevard, #2002, Brownsville, Texas, 78520.

Copies of the written questions to be asked are attached hereto.

As authorized by Rule 31 ext. of the Federal Rules of Civil Procedure, to the officer taking this deposition to issue a Subpoena in a Civil Case and cause it to be served on the witness to produce records, including but not limited to, Medical Records, Films, Film reports, hospital records, insurance records, billing records, office notes, reports and correspondence and any other such

records from date of accident of 09/15/2001 forward in the possession, custody or control of said witness and every such record to which the witness may have access pertaining to BRIGETTE GOZA, DOB: 04/09/1968 and turn all such records to the officer taking this deposition so that photographic reproductions of the same may be made and attached to said deposition.

Respectfully submitted on behalf of,

Mr. Ray R. Marchan
Watts & Heard, L.L.P.
1926 East Elizabeth Street
Brownsville, Texas   78520

ATTORNEY FOR BRIGETTE GOZA

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing Notice of Intention to take Deposition by Written Questions was mailed to the respective parties and/or attorney(s) of record by registered mail, postage prepaid, hand delivered or transmitted by telephonic document transfer on this 10th day of November, 2001.

VIA FAX:    (361)884-7261
AND REGULAR MAIL

Will W. Pierson
Attorney at Law
1700 Wilson Plaza West
606 North Carancahua
Corpus Christi, Texas   78476

By: _____

Jacqueline M. Trevino
McRoberts & Company
Records Retrieval Service
PO Box 4836
1225 Central Boulevard, #2002
Brownsville, Texas 78523-4836
(956)541-1801
(956)541-1802 - [FAX]

## EXHIBIT "A"

**BRIGETTE GOZA**
**Medical and Billing Records:**

1.    Dr. She Ling Wong
      100 East Alton Gloor Boulevard
      Brownsville, Texas  78521

2.    Randle Thompson, Counselor
      2039 Price Road
      Brownsville, Texas  78520

3.    Valley Regional Medical Center
      100 East Alton Gloor Boulevard
      Brownsville, Texas  78520

4.    Los Fresnos Family Health Care Center
      503 West Ocean Boulevard
      Los Fresnos, Texas  78578

AO 88 (Rev. 1/87) Subpoena in a Civil Case

# United States District Court

### SOUTHERN ———— DISTRICT OF ———— TEXAS

### BRIWNSVILLE DIVISION

IN THE COMPLAINT AND PETITION
OF BROWN WATERS INC., ET AL.

## SUBPOENA IN A CIVIL CASE

CASE NUMBER:    C.A. NO. B-01-157

TO:    RANDLE THOMPSON  COUNSELOR
       ATTN: CUSTODIAN OF RECORDS
       2039 PRICE RPAD, BROWNSVILLE, TEXAS  78520

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):  MEDICAL RECORDS & BILLING RECOR ALL WRITTEN RECORDS, REPORTS TO ANY ATTORNEYS, OFFICE NOTES, REPORTS, X-RAYS, LETTERS OR ANYTHING ELSE IN WRITING CONCERNING THE TREATMENT AND/OR EXAMINATION OF:  BRIGITTE GOZA, DOB: 04/09/68, DOI: 09/15/01

| PLACE | DATE AND TIME |
|---|---|
| PLACE OF BUSINESS OF THE ABOVE NAMED WITNESS | INSTANTER |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or mor officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for eac person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b) (6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Ray R. Marchan* | *March 25, 2002* |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
MR. RAY R. MARCHAN, 1926 E. ELIZABETH STRTEET, BROWNSVILLE, TEXAS  78520
(956)544-0500

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE THE COMPAINT AND PETITION   §
OF BROWN WATERS TOWING I, INC.   §
AS OWNER, AND BROWN WATER   §
MARINE SERVICE INC., AS BAREBOAT   §       CIVIL ACTION NO. B-01-157
CHATERER, OF THE BROWN WATER V.,   §
ITS ENGINES, TACKLE, ETC. IN A   §
CAUSE OF EXONERATION FROM OR   §
LIMITATION OF LIABILITY   §

DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS
CUSTODIAN OF MEDICAL & BILLING RECORDS FOR:

RANDLE THOMPSON, COUNSELOR, BROWNSVILLE, TEXAS

1.     Please state your full name, occupation and official title.

ANSWER:   <u>Carolyn Thompson, Office Manager</u>

2.     In your capacity above, are you among those who have possession, custody, control of or

access to the records of RANDLE THOMPSON, COUNSELOR?

ANSWER:   <u>Yes</u>

3.     Have you been served with a subpoena for the production of records and other documents

in connection with an accident that occurred on September 15, 2001 pertaining to

BRIGETTE GOZA, DOB: 04/09/1968?

ANSWER:   <u>Yes</u>

4.     Do you understand the subpoena requests the records and documents in your possession

pertaining to BRIGETTE GOZA, to include documents or statements of any kind received

from other medical providers, for example: correspondence, referral sheets, lab reports or any

Page 1

other document or statement not prepared by this physician, hospital or clinic and is not limited to records and documents related to the injury or illness which forms the basis for this lawsuit nor is it limited in scope, time or to the type of records or documents?

ANSWER:  Yes

5.    Do you have records from other medical providers that treated BRIGETTE GOZA?

ANSWER:  No

6.    Do the records you tendered to the court reporter include documents or statements of any kind received from other medical providers, for example: correspondence, referral sheets, lab reports or any other documents or statements not prepared by this physician, hospital or clinic?

ANSWER:  No

7.    Have you done as requested in the preceding question?  If not, then please explain which records are not included and the reason why they are not included.

ANSWER:  No records exist from any other provider

8.    Has BRIGETTE GOZA been treated or examined by RANDLE THOMPSON, COUNSELOR?

ANSWER:  Yes

9.    Has RANDLE THOMPSON, COUNSELOR made or caused to be made any memorandum, report, record or data compilation, in any form, of the examination and/or treatment of said patient?

ANSWER:  Yes

Page 2

10.    Are these memoranda, reports, records or data compilations under your care, supervision, direction, custody and/or control?

ANSWER: _____Yes_____

11.    Please state whether or not such medical treatment was necessary and reasonable for injuries sustained by BRIGETTE GOZA in an accident that occurred on September 15, 2001.

ANSWER: __The treatment was necessary_____

12.    Please state whether it was in the regular course of business of RANDLE THOMPSON, COUNSELOR for a person with knowledge of the acts, events, conditions, opinions or diagnoses recorded to make the record or to transmit information thereof to be included in such record.

ANSWER: ___Yes, it was in the regular course of business_____

13.    Please state the full amount of charges for the treatment or service provided to BRIGETTE GOZA for injuries sustained on September 15, 2001.

ANSWER: ___$ 560.00_____

14.    Please state whether or not these charges are reasonable for like similar services rendered in the vicinity in which they were incurred.

ANSWER: ____The charges are reasonable_____

15.    Please state whether or not such charges were necessary in connection with the treatment of BRIGETTE GOZA.

ANSWER: _____Yes_____

16.   Were the entries or these memoranda, reports, records or data compilations made at or shortly after the time of the transaction recorded on this entries?

ANSWER: ___Yes_____

17.   Were these records kept in the normal course of business?

ANSWER: _____Yes_____

18.   Please hand exact duplicates of the Medical and Billing records pertaining to BRIGETTE GOZA or the originals thereof for photocopying to the Notary Public taking your deposition for attachment to this deposition. Have you done as requested? If not, why not?

ANSWER: _____Yes_____

WITNESS (CUSTODIAN OF MEDICAL & BILLING RECORDS)

**Page 4**

## CERTIFICATE OF SERVICE

Before me, the undersigned authority, on this day personally appeared _Carolyn Thompson_____, Custodian of Medical and Billing Records for RANDLE THOMPSON, COUNSELOR, known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, and being duly sworn, acknowledged to me that the answers to the foregoing questions are true as stated. I further certify that the records attached hereto are exact duplicates of the original records.

SWORN TO AND SUBSCRIBED before me this the _1ST_ day of _May_____, 2002



NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS

JACQUELINE M. TREVINO
Notary Public, State of Texas
My Commission Expires
11-20-2004

Page 5

### PROGRESS NOTES
### BRIDGET GOZA

11/19/01    I met with Bridget Goza today concerning the re-opening of the Queen Isabella Causeway, of which she was a victim of its collapse earlier in September of this year. We discussed the impact of its collapse on her life. She states that since the accident she has met someone and is involved in a new relationship. She states that this new relationship has helped her tremendously in getting over and dealing with the incident. We discussed the fact that most likely there would be a delayed reaction to the incident and some grief involved. We also discussed that the new relationship is probably not the best thing for her quickly following an incident in her life like this. However, she appears somewhat numb to the emotions concerning the accident and has felt a bit of anxiety upon learning of the reopening of the causeway.

01/10/02    I met with Bridget Goza again concerning the difficulties surrounding the difficulties in her life back in September. She is feeling much anxiety and loss at this point. She attributes the losses primarily to the ending of a relationship that began soon after her accident in September. At this point, she feels her anxiety and depression are primarily centered around that, rather than the accident. We processed some of these feelings, and I stated that it was evident that she should not begin to deal with the trauma involved in the accident.

01/15/02    Ms. Goza is still struggling a great deal with anxiety and depression. She states that she is having a great deal of difficulty eating and is obviously loosing weight quickly. She states she is unable to focus at work, or with any task whatever. It is still very difficult for her to distinguish her emotions, whether or not she is dealing with her accident or the loss of the relationship. I assured her that it was probably both, but by far, the accident in the long run would carry a great deal more impact of an on her than the loss of this relationship.

02/05/02    The patient states she is doing better with the loss of the relationship and thinking about it less. However, her emotions are still basically numb concerning her accident. She has been able to function just a bit better at school, but states she is very confused and unfocused. She tends to withdraw from her friends and relatives. She seeks no outside activities or company. I am

*sending her to a medical doctor as recommended earlier for possible antidepressant medication.*

02/14/02    *Patient states that she is progressing very slowly, in fact, she did not look much better at all today. We discussed the impact an accident like she was involved in, the emotional and grief cycles that she must go through. She feels she is in shape to deal with situation currently. She continues to feel very hopeless with very little appetite and exhibits many symptoms of a depression.*

02/28/02    *Ms. Goza is still struggling with the depression and anxiety, still showing many, many signs of the ongoing depression. She states that the medication may be working just a little bit. She is hoping to be able to leave town for a few days during her Spring Break. This is highly encouraged. We processed some of the feelings of the guilt, we explored some of the difficulties that go along with survivor guilt, simply the grief and loss of such a traumatic event in someone's life.*

03/25/02    *Ms. Goza looks a bit better. She states that she is finally beginning to focus just a bit on work. Her appetite has not recovered. She is concerned about her job as she is far behind in her work. She describes her trip at Spring Break as having helped just a bit, however, she still displays many symptoms of her depression and anxiety, which we processed some of today. She states she feels she does not have the energy to continue dealing with the circumstances. She has no energy to get out and be with friends. She understands that this is critical at this point. She additionally states that her medication is possibly working a bit better.*

0    02

**Randle Thompson, LPC, LMFT**

**Bienestar Counseling Centre**

**P.O. Box 298**

**Olmito, TX 78575**

Date:    May 1, 2002

Bill to:    **Bridget Goza**

**P.O. Box 13375**

**Port Isabel, TX 78578**

THE FOLLOWING BILLING IS FOR PROFESSIONAL PSYCHOTHERAPEUTIC SERVICES
RENDERED TO: Bridget Goza (532)

| Date | Procedure | Description of Activity | Charges | Payments |
|------|-----------|------------------------|---------|----------|
| 11/19/01 | 90806 | | $80.00 | |
| 1/10/02 | 90806 | | $80.00 | |
| 1/15/02 | 90806 | | $80.00 | |
| 2/5/02 | 90806 | | $80.00 | |
| 2/14/02 | 90806 | | $80.00 | |
| 2/28/02 | 90806 | | $80.00 | |
| 3/25/02 | 90806 | | $80.00 | |
| | | Total Charges this Period: | $560.00 | |
| | | Balance Forward: | $0.00 | |
| | | Less Payments Received: | | $0.00 |
| | | Total Due this Period: | | $560.00 |

If I can assist you regarding this matter, please call me at 956/542-2536.

Sincerely,

Randle  Thompson, LPC, LMFT                    Social Security No.:  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

License Number:    6930; 003462-025171            Employer/Tax ID No.:  74-2157609

0    03

# McROBERTS & COMPANY

**Records Retrieval Service**
**1225 Central Boulevard, #2002**
**Brownsville, Texas 78520**
**(956)541-1801**
**(956)541-1802 [FAX]**

| | |
|---|---|
| **Records Pertain to:** | **GUSTAVO MORALES** |
| **Records From:** | **VALLEY REGIONAL MEDICAL CENTER, BROWNSVILLE, TEXAS** |
| **Style of Case:** | **IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., ET AL** |
| **Cause No.:** | **B-01-157    IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS** |
| **Deliver to:** | **RAY R. MARCHAN** |

**ATTORNEY AT LAW**

**1926 EAST ELIZABETH STREET**

**BROWNSVILLE, TEXAS  78520**

___ Medical    ___ Billing    ___ Personnel    ___ Business

**TAXABLE COURT COSTS:** <u>N/A</u>

**Services: Subpoena Duces Tecum * Notice of Intention * Questions & Answers * Affidavits**
**Records: Medical * Business * Employment**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE THE COMPLAINT AND PETITION     §
OF BROWN WATERS TOWING I, INC.       §
AS OWNER, AND BROWN WATER            §
MARINE SERVICE INC., AS BAREBOAT     §     CIVIL ACTION NO. B-01-157
CHATERER, OF THE BROWN WATER V.,     §
ITS ENGINES, TACKLE, ETC. IN A       §
CAUSE OF EXONERATION FROM OR         §
LIMITATION OF LIABILITY              §

NOTICE TO TAKE DEPOSITION BY WRITTEN QUESTIONS

TO:     *Brown Water Towing I, Inc. as Owner and Brown Water Marine Service, Inc., as Bareboat
        Charterer of the Brown Water V, Its Engines, Tackle, Etc., in a Cause of Exoneration From
        or Limitation of Liability* being represented by:

        Will W. Pierson
        Royston, Rayzor, Vickery & Williams, L.L.P.
        1700 Wilson Plaza West
        606 North Carancahua
        Corpus Christi, Texas   78476

              and

        Keith N. Uhles
        James H. Hunter, Jr.
        Royston, Rayzor, Vickery & Williams, L.L.P.
        55 Cove Circle
        Brownsville, Texas   78520

Page 1

*American Commercial Lines, LLC as Owner and American Barge Lines, LLC, as Charterer of the Barges NM-315, VLB-9182, VLB-9173* being represented by:

Les Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas   78471

     and

Glenn Goodier
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue - 48th Street
New Orleans, Louisiana   70170-5100

*Southwestern Bell Telephone, L.P.* are represented by:

Geoffrey Amsel
1010 North St. Mary's Street, Room 1403
San Antonio, Texas   78215

*Laguna Madre Water District* are represented by:

Juan A. Magallanes
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Boulevard
Brownsville, Texas   78520

*State of Texas* is being represented by:

Mark Spansel and
Jack Gilbert
Margie Manzano Corbett
Office of the Attorney General
Transportation Division
PO Box 12548
Austin, Texas   78711-2548

     and

---

Page 2

Daryl G. Dursum
Adams & Reese, L.L.P.
4400 One Houston Center
1221 McKinney
Houston, Texas   77010

*Rolando Lee Moya, Alberto Leroy Moya, Antonio Salinas, Jr., and Roberto Espericueta* are being represented by:

Frank Enriquez
Roberto D. Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas   78504

*J. Antonio Mireles as Personal Representative of the Estate of Julio Cesar Morales, Juan Antonio Mireles and Soledad Gonzalez Mireles* are being represented by:

S. Mark Strawn
Schirrmeister Ajamie
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, Texas   77002

*Hector Martinez, Sr.* is being represented by:

Jim Hart
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas   77017

*Anita Harris, Individually ans as Next Friend of Victor Justin Harris, and as Representative of the Estate of Robert V. Harris* is being represented by:

Heriberto "Eddie" Medrano
Law Offices of Heriberto "Eddie" Medrano
1101 West Tyler
Harlingen, Texas   78550

*Esteban Rivas and Miriam Rivas Individually and as Representatives of the Estate of Sivan Rivas* are represented by:

John David Franz
The Law Offices of John David Franz
400 North McColl
McAllen, Texas  78501

      and

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas  77381

*Estate of Robin Faye Leavell, Carol Leavell, Individually and as Representative of the Estate of Robin Faye Leavell, Ricky Leavell, Individually and as Representative of the Estate of Robin Faye Leavell* are represented by:

Steve Q. McManus
Law Office of McManus & Crane, L.L.P.
209 West Juan Linn
PO Box 2206
Victoria, Texas  77902-2206

*Omar Hinojosa, Individually and as Adminstrator of the Estate of Gaspar Hinojosa, Raquel Hinojosa, Clarissa Hinojosa and Gaspar Hinojosa, II* are being represented by:

Julian Rodriguez, Jr.
Attorney at Law
100 West Pecan
McAllen, Texas  78501

*Rene Mata and Frank Mata* are represented by:

Raymond Thomas and
Andres Gonzalez, Jr.
Kittleman, Thomas, Ramirez & Gonzalez, PLLC
4900-B North 10th Street
McAllen, Texas  78504

Veronica Farias
The Law Office of Veronica Farias
2854 Boca Chica Boulevard
Brownsville, Texas  78520

Please take notice that twenty (20) days after service of this notice, a deposition by written questions will be taken of the Custodian of Records of those listed on Exhibit "A", attached hereto and incorporated herein for all purposes before a Notary Public in the State of Texas for McRoberts & Company, 1225 Central Boulevard, #2002, Brownsville, Texas, 78520.

Copies of the written questions to be asked are attached hereto.

As authorized by Rule 31 ext. of the Federal Rules of Civil Procedure, to the officer taking this deposition to issue a Subpoena in a Civil Case and cause it to be served on the witness to produce records, including but not limited to, Medical Records, Films, Film reports, hospital records, insurance records, billing records, office notes, reports and correspondence and any other such records from date of accident of 09/15/2001 forward in the possession, custody or control of said witness and every such record to which the witness may have access pertaining to GUSTAVO MORALES, DOB: 04/07/1965 and turn all such records to the officer taking this deposition so that photographic reproductions of the same may be made and attached to said deposition.

Respectfully submitted on behalf of,

Ray R. Marchan
Watts & Heard, L.L.P.
1926 East Elizabeth Street
Brownsville, Texas  78520

ATTORNEY FOR GUSTAVO MORALES

Page 5

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing Notice of Intention to take Deposition by Written Questions was mailed to the respective parties and/or attorney(s) of record by registered mail, postage prepaid, hand delivered or transmitted by telephonic document transfer on this 12' day of AUGUST 2002.

*Brown Water Towing I, Inc. as Owner and Brown Water Marine Service, Inc., as Bareboat Charterer of the Brown Water V, Its Engines, Tackle, Etc., in a Cause of Exoneration From or Limitation of Liability* being represented by:

VIA FAX:    (361)884-7261
AND REGULAR MAIL

Will W. Pierson
Royston, Rayzor, Vickery & Williams, L.L.P.
1700 Wilson Plaza West
606 North Carancahua
Corpus Christi, Texas   78476

and

VIA FAX:    (956)542-4370
AND REGULAR MAIL

Keith N. Uhles
James H. Hunter, Jr.
Royston, Rayzor, Vickery & Williams, L.L.P.
55 Cove Circle
Brownsville, Texas   78520

---

Page 6

*American Commercial Lines, LLC as Owner and American Barge Lines, LLC, as Charterer of the Barges NM-315, VLB-9182, VLB-9173* being represented by:

<u>VIA FAX:    (361)887-6521</u>
<u>AND REGULAR MAIL</u>

Les Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas   78471

      and

<u>VIA FAX:    (504)582-8010</u>
<u>AND REGULAR MAIL</u>

Glenn Goodier
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue - 48th Street
New Orleans, Louisiana   70170-5100

*Southwestern Bell Telephone, L.P.* are represented by:

<u>VIA FAX:    (210)222-7194</u>
<u>AND REGULAR MAIL</u>

Geoffrey Amsel
1010 North St. Mary's Street, Room 1403
San Antonio, Texas   78215

*Laguna Madre Water District* are represented by:

<u>VIA FAX:    (956)542-4290</u>
<u>AND REGULAR MAIL</u>

Juan A. Magallanes
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Boulevard
Brownsville, Texas   78520

*State of Texas* is being represented by:

<u>VIA FAX:     (512)472-3855</u>
<u>AND REGULAR MAIL</u>

Mark Spansel and
Jack Gilbert
Margie Manzano Corbett
Office of the Attorney General
Transportation Division
PO Box 12548
Austin, Texas  78711-2548

     and

<u>VIA FAX:     (713)652-5152</u>
<u>AND REGULAR MAIL</u>

Daryl G. Dursum
Adams & Reese, L.L.P.
4400 One Houston Center
1221 McKinney
Houston, Texas  77010

*Rolando Lee Moya, Alberto Leroy Moya, Antonio Salinas, Jr., and Roberto Espericueta* are
being represented by:

<u>VIA FAX:     (956)618-5064</u>
<u>AND REGULAR MAIL</u>

Frank Enriquez
Roberto D. Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas  78504

*J. Antonio Mireles as Personal Representative of the Estate of Julio Cesar Morales, Juan Antonio Mireles and Soledad Gonzalez Mireles* are being represented by:

<u>VIA FAX:    (713)860-1699</u>
<u>AND REGULAR MAIL</u>

S. Mark Strawn
Schirrmeister Ajamie
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, Texas  77002

*Hector Martinez, Sr.* is being represented by:

<u>VIA FAX:    (713)643-6226</u>
<u>AND REGULAR MAIL</u>

Jim Hart
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas  77017

*Anita Harris, Individually ans as Next Friend of Victor Justin Harris, and as Representative of the Estate of Robert V. Harris* is being represented by:

<u>VIA FAX:    (956)428-2495</u>
<u>AND REGULAR MAIL</u>

Heriberto "Eddie" Medrano
Law Offices of Heriberto "Eddie" Medrano
1101 West Tyler
Harlingen, Texas  78550

*Esteban Rivas and Miriam Rivas Individually and as Representatives of the Estate of Sivan Rivas* are represented by:

VIA FAX:    (956)686-3570
AND REGULAR MAIL

John David Franz
The Law Offices of John David Franz
400 North McColl
McAllen, Texas  78501

      and

VIA FAX:    (281)367-3703
AND REGULAR MAIL

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas  77381

*Estate of Robin Faye Leavell, Carol Leavell, Individually and as Representative of the Estate of Robin Faye Leavell, Ricky Leavell, Individually and as Representative of the Estate of Robin Faye Leavell* are represented by:

VIA FAX:    _____
AND REGULAR MAIL

Steve Q. McManus
Law Office of McManus & Crane, L.L.P.
209 West Juan Linn
PO Box 2206
Victoria, Texas  77902-2206

*Omar Hinojosa, Individually and as Adminstrator of the Estate of Gaspar Hinojosa, Raquel Hinojosa, Clarissa Hinojosa and Gaspar Hinojosa, II* are being represented by:

VIA FAX:    (956)682-4544
AND REGULAR MAIL

Julian Rodriguez, Jr.
Attorney at Law
100 West Pecan
McAllen, Texas   78501

*Rene Mata and Frank Mata* are represented by:

VIA FAX:    _____
AND REGULAR MAIL

Raymond Thomas and
Andres Gonzalez, Jr.
Kittleman, Thomas, Ramirez & Gonzalez, PLLC
4900-B North 10th Street
McAllen, Texas   78504

VIA FAX:    _____
AND REGULAR MAIL

Veronica Farias
The Law Office of Veronica Farias
2854 Boca Chica Boulevard
Brownsville, Texas   78520

By:    _____
       Jacqueline M. Trevino
       McRoberts & Company
       Records Retrieval Service
       PO Box 4836
       1225 Central Boulevard, #2002
       Brownsville, Texas 78523-4836
       (956)541-1801
       (956)541-1802 - [FAX]

Page 11

**EXHIBIT "A"**

**GUSTAVO MORALES**
**Medical and Billing Records:**

1.      Valley Regional Medical Center
        100 East Alton Gloor Boulevard
        Brownsville, Texas   78520
        Account No. 315033

2.      Dr. L. R. Pelly
        PO Box 3190
        Brownsville, Texas   78523-3190
        Account No. 024240

3.      Dr. Oliver Achleitner
        800 West Jefferson, Suite 200
        Brownsville, Texas   78520
        (956)982-6798

4.      Dr. H. David Feltoon
        Feltoon & Associates
        8025 Chalk Knoll
        Austin, Texas   78735
        (512)750-7164

**Billing Records:**

5.      Dr. Ana Gutierrez
        1313 Alton Gloor Boulevard, Suite C
        Brownsville, Texas   78521
        Account No. 0315033

**Issued by the**

# UNITED STATES DISTRICT COURT

SOUTHERN   ·   **DISTRICT OF**    TEXAS

BROWNSVILLE DIVISION

IN RE THE COMPLAINT & PETITION
OF BROWN WATER TOWING I INC., ET AL.

V.

## SUBPOENA IN A CIVIL CASE

CASE NUMBER: [1] B-01-157

TO:   CUSTODIAN OF RECORDS
      VALLEY REGIONAL MEDICAL CENTER
      100 ALTON GLOO BLVD., BROWNSVILLE, TEXAS   78520

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): **ANY AND ALL MEDICAL RECORDS PERTAINING TO:** GUSTAVO MORALES, DOB: 04/07/65, DOA: 09/15.01 FORWARD

| PLACE   PLACE OF BUSINESS OF ABOVE NAMED WITNESS | DATE AND TIME   INSTANTER |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

     Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Ray R. Marchan* | JNR 22, 2002 |

ISSUING OFFICER S NAME ADDRESS AND PHONE NUMBER

RAY R. MARCHAN, 1926 EAST ELIZABETH STREET, BROWNSVILLE, TEXAS   78520

(See Rule 45 Federal Rules of Civil Procedure Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE THE COMPLAINT AND PETITION     §
OF BROWN WATERS TOWING I, INC.        §
AS OWNER, AND BROWN WATER             §
MARINE SERVICE INC., AS BAREBOAT     §     CIVIL ACTION NO. B-01-157
CHATERER, OF THE BROWN WATER V.,    §
ITS ENGINES, TACKLE, ETC. IN A        §
CAUSE OF EXONERATION FROM OR          §
LIMITATION OF LIABILITY               §

DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS
CUSTODIAN OF MEDICAL RECORDS FOR:

VALLEY REGIONAL MEDICAL CENTER, BROWNSVILLE, TEXAS

1.     Please state your full name, occupation and official title.

ANSWER:     Diane Clark     HIM Director

2.     Have you been served with a subpoena for the production of medical records in connection

with an accident that occurred on September 15, 2001 pertaining to GUSTAVO MORALES,

DOB: 04/07/1965?

ANSWER:     Yes

3.     Do you understand the subpoena requests all medical records and documents pertaining to

GUSTAVO MORALES and is not limited to records and documents related to the injury or

illness which forms the basis of this lawsuit nor is it limited in scope or type of record or

document?

ANSWER:     Yes -

Page 1

4.  Has GUSTAVO MORALES been treated or examined by VALLEY REGIONAL MEDICAL CENTER?

ANSWER: _____ Yes _____

5.  Has VALLEY REGIONAL MEDICAL CENTER made or caused to be made any memorandum, report, record or data compilation, in any form, of the examination and/or treatment of said patient?

ANSWER: _____ Yes _____

6.  Are these memoranda, reports, records or data compilations under your supervision, direction, custody and/or control?

ANSWER: _____ Yes _____

7.  Were these records kept in the regular course of business?

ANSWER: _____ Yes _____

8.  Was it in the regular course of business of said hospital or service for an employee or representative or doctor with personal knowledge of the act, event, condition, opinion or diagnosis recorded in said records to make the memorandum or records or to transmit information thereof to be included in such memorandum or records?

ANSWER: _____ Yes _____

9.  Were the entries on these memoranda, reports, records or data compilations made at or shortly after the time of the transaction recorded on these entries?

ANSWER: _____ Yes _____

10.  Please state whether or not such medical treatment was necessary and reasonable for injuries sustained by GUSTAVO MORALES in an accident that occurred on September 15, 2001.

ANSWER:  _____Medical Records enclosed._____

11.  Please identify and describe any narrative that was created at the request of the patient's attorney.

ANSWER:  _____None._____

12.  Please hand exact duplicates of all documents in your possession pertaining to GUSTAVO MORALES or the originals thereof for attachment to this deposition.

ANSWER:  _____all records attached_____

13.  Have you been requested, directed or has it even been suggested by any person (whether doctor, attorney, patient or anyone else) that any part of the records subject to this position be withheld or protected from discovery for any reason?  If so, please state the name and address of the person who conveyed this information to you and when such event occurred.

ANSWER:  _____NO_____


_____

**WITNESS   (CUSTODIAN   OF   MEDICAL RECORDS)**