## CERTIFICATE OF SERVICE

Before me, the undersigned authority, on this day personally appeared

_____Diane Clark_____, Custodian of Medical Records for

VALLEY REGIONAL MEDICAL CENTER, known to me to be the person whose name is

subscribed to the foregoing instrument in the capacity therein stated, and being duly sworn,

acknowledged to me that the answers to the foregoing questions are true as stated. I further certify

that the records attached hereto are exact duplicates of the original records.

SWORN TO AND SUBSCRIBED before me this the _____9th_____ day of

_____September_____, 2002.

ANABEL CISNEROS
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 10-20-2003



_____Anabel Cisneros_____
NOTARY PUBLIC IN AND FOR THE STATE OF
TEXAS

Page 4

```
RUN DATE: 09/18/01          Valley Regional  ABS  *LI              PAGE 1
RUN TIME: 0855                  CODING SUMMARY
```

```
NAME: MORALES,GUSTAVO ADOLFO           ACCT#:      VR00315033
                                       FORM:
ADM DATE: 09/15/01
ATTEND PHYS: Wong,She Ling, M.D.       UNIT#:      VR092478
    DIS DATE: 09/16/01                 SEX:        M
    DIS DISP: HOME SELF CARE           AGE:        36
         LOS:  :        1              DOB:        04/07/65
    PT CLASS: INO.MCD                  FIN CLASS:  99
                                       ABS STATUS: FINAL
```

```
DIAGNOSES
ADMIT
PRINC     890.0      OPEN WOUND OF HIP/THIGH
          924.21     CONTUSION OF ANKLE
          911.0      ABRASION TRUNK
          E818.0     MV TRAFF ACC NEC-DRIVER

OPERATIONS
DATE      PROC CODE & NAME                SURGEON       ANESTHESIOLOGIST

CPT CODES

DRG:

STATUS         $REIMB  MIN-LOS  STD-LOS      COST WT    GRP VERS    GRP FC
                                                        18          99
```

I have reviewed the narrative descriptions of the diagnosis and procedure codes
listed above and agree they accurately reflect the clinical picture of this episode
of care.                        _____

   **This form will be maintained as a permanent part of the medical record**

Causeway Collapse
207296-002368

**Columbia Valley Re____nal ____**  **ADMITTING FORM**

## PATIENT

| | | |
|---|---|---|
| PATIENT NO. | F/C | |
| VR00315033 | 99 | |

| | |
|---|---|
| | PATIENT TYPE | SERVICE DATE |
| | DIS INo | |

| | | | |
|---|---|---|---|
| PATIENT NAME | PATIENT PHONE NO | MED REC NO. | ADMIT DATE | ADMIT TIME |
| MORALES,GUSTAVO ADOLFO | 956-504-0633 | VR092478 | 09/15/01 | 0447 |
| PATIENT ADDRESS/CITY/STATE/ZIP CODE | | SSN | DISCH DATE | DISCH TIME |
| 584 JOSE MARTI BLVD #207 | BROWNSVILLE, TX 78520 | 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 | 09/16/01 | 1525 |

| PATIENT EMPLOYER | OCCUPATION | BIRTH DATE | AGE | SEX | MARITAL | RELIGION | RACE | SERVICE |
|---|---|---|---|---|---|---|---|---|
| NONE | UNKNOWN | 04/07/65 | 36 | M | U | UN | H | PCU |

| EMPLOYER ADDRESS/CIT | BUSINESS PHONE NO | ROOM | BED |
|---|---|---|---|
| NONE,XX 00000 | 000-000-0000 | VR.226 | B |

| ADMIT PHYS/PHONE NO | REFERRING/FAMILY/OTH |
|---|---|
| 8875 Wong,She Ling, M.D. / 956-350-0077 | Wong,She Ling, M.D. |

ADMITTING DIAGNOSIS
DISASTER,S/P MVA

## GUARANTOR

| GUARANTOR NAME | SSN | GUARANTOR REL | GUARANTOR EMP |
|---|---|---|---|
| MORALES,GUSTAVO ADOLFO | 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 | S | NONE |

| STREET ADDRESS | PHONE NO | OCCUPATION | BUSINESS PHONE |
|---|---|---|---|
| 584 JOSE MARTI BLVD #207 | 956-504-0633 | UNKNOWN | 000-000-0000 |

| CITY, STATE | ZIP CODE | EMPLOYER ADDRESS |
|---|---|---|
| BROWNSVILLE,TX 78520 | | NONE,NONE,XX 00000 |

## INSURANCE

| PRIMARY INS COMPANY | SECONDARY INS CO |
|---|---|
| SELF PAY | |
| 1225 CENTRAL BLVD #1802 | |
| BROWNSVILLE      TX  78520 | |
| 956-000-0000 | |

| PRIMARY SUBSCRIBER NAME | PRIMARY POLICY | SECONDARY SUBSCRIBER | SECONDARY POLIC |
|---|---|---|---|
| MORALES,GUSTAVO ADOLFO | 000000000 | | |

| PRIM SUBSCRIBER EMP | PRIM GROUP NO | PRIM REL | SEC SUBSCRIBER EMP | SEC GROUP NO | SEC REL |
|---|---|---|---|---|---|
| NONE | NONE | S | | | |

| LOCAL FRIEND/RELATIVE | LOCAL FRIEND/RELATIVE ADDRESS | FRIEND/REL PHONE |
|---|---|---|
| MORALES,IDALIA | 584 JOSE MARTI BLVD #207,BROWNSVILLE,TX | 956-504-0633 |

| EMERGENCY CONTACT | EMERGENCY PHONE | EMERGENCY ADDRESS | REL TO PT |
|---|---|---|---|
| MORALES,GUSTAVO ADOLFO | 956-504-0633 | 584 JOSE MARTI BLVD #207,BROWNSVILL | S |

| ACCIDENT? | ON JOB INJ? | ACCIDENT COMMENT |
|---|---|---|
| | | |

FINAL DIAGNOSIS (PRIMARY DIAGNOSIS):

SECONDARY DIAGNOSIS OR COMPLICATIONS:

OPERATIVE/NON-OPERATIVE PROCEDURE:

CONSULTANTS:

ACCT#:



VR00315033

UNIT#:

VR092478

ADMIT:

09/15/01

02

**Causeway Collapse**
207296-002369

**Columbia Valley Reg ial C**         **ADMITTING FORM**

## PATIENT

| PATIENT NO. | F/C | | PATIENT TYPE | | SERVICE DATE | |
|---|---|---|---|---|---|---|
| VR00315033 | 99 | | DIS IN | | | |

| PATIENT NAME | PATIENT PHONE NO | MED REC NO. | ADMIT DATE | ADMIT TIME |
|---|---|---|---|---|
| MORALES, GUSTAVO ADOLFO | 956-000-0000 | VR092478 | 09/15/01 | 0447 |

| PATIENT ADDRESS/CITY/STATE/ZIP CODE | | SSN | DISCH DATE | DISCH TIME |
|---|---|---|---|---|
| 1225 CENTRAL BLVD #1802 | BROWNSVILLE, TX 78520 | 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 | 09/16/01 | 1525 |

| PATIENT EMPLOYER | OCCUPATION | BIRTH DATE | AGE | SEX | MARITAL | RELIGION | RACE | SERVICE |
|---|---|---|---|---|---|---|---|---|
| NONE | UNKNOWN | 04/07/65 | 36 | M | U | UN | H | PCU |

| EMPLOYER ADDRESS/CIT | BUSINESS PHONE NO | ROOM | BED |
|---|---|---|---|
| NONE, XX 00000 | 000-000-0000 | VR.226 | B |

| ADMIT PHYS/PHONE NO | REFERRING/FAMILY/OTH |
|---|---|
| 8875 Wong, She Ling, M.D. / 956-350-0077 | Wong, She Ling, M.D. |

ADMITTING DIAGNOSIS
DISASTER, S/P MVA

## GUARANTOR

| GUARANTOR NAME | SSN | GUARANTOR REL | GUARANTOR EMP |
|---|---|---|---|
| MORALES, GUSTAVO ADOLFO | 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 | S | NONE |

| STREET ADDRESS | PHONE NO | OCCUPATION | BUSINESS PHONE |
|---|---|---|---|
| 1225 CENTRAL BLVD #1802 | 956-000-0000 | UNKNOWN | 000-000-0000 |

| CITY, STATE | ZIP CODE | EMPLOYER ADDRESS |
|---|---|---|
| BROWNSVILLE, TX 78520 | | NONE, NONE, XX 00000 |

## INSURANCE

| PRIMARY INS COMPANY | SECONDARY INS CO |
|---|---|
| SELF PAY | |
| 1225 CENTRAL BLVD #1802 | |
| BROWNSVILLE TX 78520 | |
| 956-000-0000 | |

| PRIMARY SUBSCRIBER NAME | PRIMARY POLICY | SECONDARY SUBSCRIBER | SECONDARY POLIC |
|---|---|---|---|
| MORALES, GUSTAVO ADOLFO | 000000000 | | |

| PRIM SUBSCRIBER EMP | PRIM GROUP NO | PRIM REL | SEC SUBSCRIBER EMP | SEC GROUP NO | SEC REL |
|---|---|---|---|---|---|
| NONE | NONE | S | | | |

| LOCAL FRIEND/RELATIVE | LOCAL FRIEND/RELATIVE ADDRESS | FRIEND/REL PHONE |
|---|---|---|
| S, P | 1225 CENTRAL BLVD #1802, BROWNSVILLE, TX 7 | 956-000-0000 |

| EMERGENCY CONTACT | EMERGENCY PHONE | EMERGENCY ADDRESS | REL TO PT |
|---|---|---|---|
| S, P | 956-000-0000 | 1225 CENTRAL BLVD #1802, BROWNSVILLE | S |

ACCIDENT?    ON JOB INJ?    ACCIDENT COMMENT

---

FINAL DIAGNOSIS (PRIMARY DIAGNOSIS):

SECONDARY DIAGNOSIS OR COMPLICATIONS:

OPERATIVE/NON-OPERATIVE PROCEDURE:

CONSULTANTS:

---

ACCT#: 

VR00315033

UNIT#: 

VR092478

ADMIT:

09/15/01

03

**Causeway Collapse**
207296-002370

VALLEY REGIONAL MEDICAL CENTER
Emergency Department Record

Room: _____
Time in Room: 0445
Date: _____  Triage: 0445

| E | U | N | Arrival Method: ☐ Carried ☒ EMS ☐ Walk-In ☐ WC | Allergies: NKA |

Patient Name: Mckee  Birth Date: _____ Age: 30 Sex: M  LNMP: ___ Ht: ___ Wt: ___ HC: ___  Immunizations UTD Per: _____

Accompanied by: ☐ Family ☐ Sell  Private Doctor: _____  Emergency Dept Physician: Homan  Pregnant ☐ Y ☐ N EDC _____  Gravida ___ Para ___ Ab ___  TD: ___ UTD ☐ Y ☐ N Date

Triage Chief Complaint/Nursing Assessment:

| | FHT | PMH | ☒ CBC |
|---|---|---|---|
| | | ☐ HIV | ☒ Basic Met P |
| | | ☐ TB | ☐ Comp Met P |
| | | ☐ BTL | ☐ CC UA ☐ Cath ☐ Cult |
| | | ☐ HYST | ☐ FSG |
| | | ☐ DM | ☐ OCCULT BLOOD |
| | | ☐ HTN | ☐ ABG ☐ on RA |
| | | ☐ CAD | ☐ Liver P |
| | | ☐ CA | ☐ HCG ☐ Quant HCG |
| | | ☐ Asthma | ☒ PT/PTT |
| | | ☐ COPD | ☐ TROP I |
| | | ☐ CHF | ☐ MYOG |
| | | ☐ Seizure | ☐ Mg |
| | | ☐ Other | ☐ CPK |
| | | [See Nursing Notes] | ☐ ETOH/UDS |
| | | | ☐ T&S |

Other/Specific Med./Surg. Problems: _____

LOC: ☐ Y L ☐ N  Duration: _____  Triage Nurse Signature: W. Willcraft

Parent/Family Informed: _____  Medications: ☐ See attached sheet
Who: ☐ P ☐ GP ☐ Other

Treatment Prior to Arrival: ☐ None ☐ C-Collar ☐ B-Board ☐ Restraints ☐ O2 ☐ NC ☐ Mask ☐ ET ☐ Liters
☐ Immobilized ☐ IV Location _____  Gauge ___  Site Checked/Patent

| Time | BP | Pulse | Resp | Temp | Oxm | Eye Opening | Verbal Response | Best Motor Response | GCS Total | GCS | | | Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Infant / Adult | Infant / Adult | | | | ☐ T&C | | |
| 1. 447 | 93/63 | 108 | 18 | | | 4. Open | 5. Smiles & Interacts / Oriented | 6. Normal Spontaneous movement, obeys commands | | 13-11 = 4 / 9-12 = 3 | ☐ CAR ☐ CAR w/ABG ☐ ABG Male | | |
| 2. | | | | | | 3. Voice | 4. Consolable / Confused | 5. Localizes Pain | 15 | 6-8 = 2 | ☐ ABD Female ☐ TOX | | |
| 3. See T---- | a Pun | | | | | 2. Pain | 3. Cries to pain / Inapp Words | 3. Abnormal Flexion | | 4-5 = 1 | ☐ TRAUMA ☐ EKG ☐ CXR | | |
| 4. | | | | | | 1. None | 2. Moans / Incompre Sounds | 2. Abnormal Extension / 1. None | | <3 = 0 | ☐ ABD F&U ☐ OLD CHART | | |

**Extremities**
- ☐ Normal
- ☐ MAE Normal
- ☐ Deformity/Swelling
- ☐ Discoloration

Right / Left
Pulses
- ☐ Radial ☐ Radial
- ☐ Pedal ☐ Pedal
- ☐ Weak ☐ Moderate

**Psychosocial**
- ☐ Uncooperative
- ☒ Cooperative
- ☐ Calm
- ☐ Language Barrier
- ☐ Anxious
- ☐ Other

**Respirations**
- ☒ Normal
- ☐ Shallow
- ☐ Retracting
- ☐ Tachypnea
- ☐ Labored
- ☐ Deep Airway
- ☐ Patent
- ☐ Obstructed

**Chest**
Right / Left
- ☐ Pain
- ☐ Clear
- ☐ Wheezes
- ☐ Rales
- ☒ Decreased
- ☐ Absent
- ☐ Pulse Full & Regular

**Skin**
- ☒ Normal
- ☐ Pale
- ☐ Ashen
- ☐ Cyanotic
- ☐ Diaphoretic
- ☐ Hot
- ☐ Cool
- ☐ Flushed
- ☐ Jaundiced
- ☐ Clammy

**Pupils**
Right / Left
- ☐ N/A
- ☐ Equal
- ☐ Reactive
- ☐ Non-Rea
- ☐ Fixed
- ☐ Dilated
- ☐ Pinpoint
- ☐ Other

**Visual Acuity**
- ☐ N/A
- ☐ OD ____
- ☐ OS ____
- ☐ OU ____
- ☐ Corrective Lens
- ☐ Corrective Lens
- ☐ Other

**Abdomen**
- ☐ N/A
- ☐ Normal
- ☐ Tender-Pain
- ☐ RLQ ☐ LLQ
- ☐ RUQ ☐ LUQ
- ☐ Distended
- ☐ Bowel Sounds
- ☐ Present ☐ Absent
- ☐ N/D ☐ Rigid
- LNBM ___

**Notifications:**
- ☐ JP
- ☐ Police
- ☐ CPS / APS
- ☐ Animal Control
- ☐ Next of Kin
- ☐ MOT
- ☐ Other
Case # _____

**Initial Physician Contact**
Called / Paged / Beeped
☐ PTA ☐ Office ☐ Exchange
@ _____ hrs
1. _____
2. _____
3. _____
Returned Call _____
Response Time _____

**Problem List Potential For**
- ☐ Alteration in Comfort
- ☐ Impairment of Skin Integrity
- ☐ Knowledge Deficit
- ☐ Impaired Gas Exchange
- ☐ Potential Fluid Volume Deficit
- ☐ Alteration in Cardiac Output
- ☐ Alteration in Mobility
- ☐ Other _____

**Treatments**
- ☐ Gowned
- ☐ Blood Drawn @ ___ hr
- ☐ UA Obtained @ ___ hr
- ☐ CCMS
- ☐ Cath
- ☐ Tepid Bath @ ___ hr

**Monitor Applied**
- ☐ Oxygen
- ☐ Restrained
- ☐ Side Rails Up
- ☐ Extremity Elevated
- ☐ Suture Tray Set Up
- ☐ Betadine Soak / Scrub
- ☐ Ice Applied
- ☐ Sterile Dressing
- ☐ Ace Applied
- ☐ Splint Applied
- ☐ NG Inserted
- ☐ Pelvic Exam
- ☐ Eye Irrigation
- ☐ EKG
- ☐ PT Education:

☐ X-ray to _____  Returned _____

**Observations**
- ☐ Not Applicable
- ☐ Abrasion
- ☐ Laceration
- ☐ Puncture
- ☐ Fracture
- ☐ Dislocation
- ☐ Strain / Sprain
- ☐ First Degree Burn
- ☐ Second Degree Burn
- ☐ Third Degree Burn
- ☐ Pain
- ☐ Contusion

- ☐ Weakness
- ☐ Decreased Sensation
- ☐ Absent Sensation
- ☐ Edema
- ☐ Decreased Pulse
- ☐ Absent Pulse
- ☐ Paralysis
- ☐ Discoloration
- ☐ SEE Nursing Notes For Location

**Refer to:**
- ☐ ED Continuation Form
- ☐ Valuables Record
- ☐ Core Blue Form
- ☐ Trauma Flow Sheet

**TIME SEEN BY PHYSICIAN**

| Intake | | | |
|---|---|---|---|
| Oral | IV | Total | |
| **Output** | | | |
| Urine | Vomit | Other | Total |

Additional Physician's Orders

| | Time | Route/Site | Initials | Time | Response |
|---|---|---|---|---|---|
| | | Tetanus | RW | 0507 | |
| IV: | | | | | |
| Medications: | | | | | |

Discharge Diagnosis: _____  Time EKG Done: _____

☐ Home ☐ Pvt Doctor ☐ AMA ☐ LWBS @ ___ hr.  Date: 09/15/01  X-Ray . EKG Interpretations:
☒ Admitted To: 226B  Time: 1750
☐ Transferred To: _____  ☐ MOT Done
☐ Expired Sent To: _____  ☐ Other

R ANKLE
KUB PCXR - Rib Series  Read by ER Dr

Discharge Instructions: _____

Discharged: ☐ Ambulatory ☐ W/C ☐ Carried ☐ Stretcher
☐ Ambulance CO _____
Accompanied by: ☐ Self ☐ Family / Friend ☐ Police Officer

Restrictions/Instructions: ☐ Instruction Sheet Given  Condition At Discharge: ☐ Improved ☐ Deteriorated ☐ Unchanged ☐ Expired
☐ Referred to Dr.

Nurse Signature: _____  Physician Signature: _____  Patient Signature: _____

MORALES, GUSTAVO ADOLFO  SS# 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
HOB VR09247B  09/15/01 M 36
ACCT VR000315033  William, David Grant,
04/07/65  Maean  VALLEY REGIONAL MED CTR
... ID Sticker

Discharge Vital Signs: BP ___ Pulse ___ Resp. ___
Temp ___ Pulsox ___ on ☐ O₂  ☐ RA

MEDICAL RECORDS

04

VALLEY REGIONAL MEDICAL CENTER
100 A ALTON GLOOR
BROWNSVILLE, TEXAS, 78521

PATIENT NAME: MORALES,GUSTAVO ADOLFO     AGE: 36     ROOM#: VR.22     UNIT#: VR092478
DOCTOR: Wong,She Ling, M.D.               ADM: 09/15/01     DIS: 09/16/01


PATIENT NAME:  MORALES, GUSTAVO ADOLFO

DISCHARGE DIAGNOSIS:  CONTUSION TO THE RIGHT ANKLE

HISTORY:  This is a 36 year old who suffered a motor vehicle accident.  The bridge of
South Padre Island causeway fell and he was driving his pickup and went into the water.
The patient had not aspirated any salt water or swallowed any salt water.  He was
brought to the emergency room where he was stabilized and had a complete x-ray of the
cervical spine and computerized tomography scan of the abdomen and mediastinum were
essentially normal.  He had some puncture wound located in the left medial thigh in the
right lower leg.  Otherwise, he had no other injuries.  He had swelling of the right
ankle.  A consultation was requested with orthopedics.  X-rays revealed a probable spur
fracture of the right ankle.  He was managed conservatively without any surgery; with
crutches and pain medications.

After observation for 24 hours, the patient was discharged home with instructions to be
followed as an outpatient.  The patient also had a drop in the hemoglobin, but no other
symptoms of abdomen.  The patient had no bowel movements and was treated with Milk of
Magnesium.  Otherwise, the patient had no other complaints.  He was alert and oriented
during the whole time in the hospital.  He had minimal complaints, mostly of the injured
right ankle which was swollen.

FINAL DIAGNOSES:   CONTUSION TO THE RIGHT ANKLE
                   SMALL PUNCTURE WOUND OVER THE LEFT THIGH IN THE RIGHT ANTERIOR LEG
                   PROBABLE FRACTURE OF SMALL HEEL SPUR

Plan was to discharge home.  Appointment to see me in my office on Tuesday.

Prescription medication was Darvocet N 100 one tablet every four hours as needed for
pain.

DD: 09/16/01 1219
DT: 09/20/01 0552
SGP

_____
She Ling Wong, M.D.


cc:

**Causeway Collapse**
**207296-002372**

```
                              Bed        :Exam-8                Report :15SEP2001  5:26
MR#  :                        Adm Phys   :                      Admit  :
DOB  :                        Att Phys   :
                                              MORALES,GUSTAVO ADOLFO04/07/65
                                              MR#VR092478    Haman,David Grant, D
                                              VR00315033  09/15/01 M 36
Vital Signs Report
```

```
15 SEP    4:50    4:55    5:00    5:05    5:10    5:15    5:20    5:25
-------------------------------------------------------------------------
HR        107     99      108                                     93
NBP  S    108^    116     120                     119     123
NBP  D    63^     69      64                       62      79
NBP  M    79^     85      85                       81      95
          4:53    4:57    5:02                    5:19    5:24
PULSE
SpO2
PERF
```

06

**Causeway Collapse**
207296-002373

Page 2 of 4

| PROCEDURES | Time | Procedure | Outcome / Output | Time | Procedure | Outcome / Output | Time | Procedure | Outcome / Output |
|---|---|---|---|---|---|---|---|---|---|
| | 447 | C-Spine Series | | 510 | CT ABD | | | Central Line | |
| | | Cleared | 550 cleared. | | EKG - 12 Lead | | | Chest Tube | |
| | 447 | CXR | | | Splint/Traction | | | ETT | |
| | | Cleared | | 510 | Foley | | | | |
| | 450 | Pelvis | | | Urine Dip | | | Aortogram | |
| | 450 | ABD / KUB | | 447 | LABS | 0530 | | IVP/Cystogram | |
| | 447 | Extremity | Rt on the | | Initial Hgb / 1° | | | Other | |
| | | Extremity | | | NGT / OGT | | | Other | |
| | | CT Head | | | DPL | | | | |

| CONSULT SERVICES | Service | Name | Time Called | Time Arrived | Service | Name | Time Called | Time Arrived |
|---|---|---|---|---|---|---|---|---|
| | ER Physician | Melby | 445 | 445 | Cardiovascular | | | |
| | | | | | Thoracic | | | |
| | Surgeon | Emir | 454 | 455 | Plastics | | | |
| | | wong | 445 | 445 | ENT / OMFS | | | |
| | OR Anesthesia | | | | Urology | | | |
| | | | | | Chaplain | | | |
| | Orthopedics | | | | Social Services | | | |
| | Neurosurgery | | | | Circle One  CPS  APC  Police | | | |
| | Other: | | | | Other: | | | |

### CLOTHING AND VALUABLES CHECKLIST
☐ Shirt ☐ Socks ☐ Belt ☐ Keys ☐ Underwear
☐ Beeper ☐ Pants ☐ Skirt ☐ Dress ☐ Stockings
☐ Coat ☐ Contacts ☐ Glasses ☐ Cashier Envelope #
☐ Dentures _____ ☐ Other _____

Valuables given to : _____ By _____

### DISPOSITION
Patient Disposition: _____ Time _____
Report Called / Written _____ Time _____ by _____
Person Called _____

| Intake Total | |
|---|---|
| 1300 | cc |
| Output Total | |
| 800 | cc |
| Time | |
| 630 | |
| Initials | |
| fn | |
| Color | Amt |

### OUTPUT RECORD

| Time | Urine | Chest Tubes Right | Chest Tubes Left | NG | Other |
|---|---|---|---|---|---|
| 0530 | 800cc | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

### MEDICATIONS

| Time | Med | Dose | Route | Site | Response | Initials | Time | Med | Dose | Route | Site | Response | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 510 | Toradol | 30g | IM | Rt deltoid | | fn | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

Initials _____ Signature _____     Initials _____ Signature _____     07

**Causeway Collapse**
207296-002374

MORALES, DAVID ADOLFO 04/07/65
MR#VR092478    Haman, David Grant, D
VR00315033    09/15/01 M 36

VALLEY REGIONAL MEDICAL CENTER
Brownsville, Texas

**TRAUMA NURSING ASSESSMENT**

Page 3 of 4

| Time | GCS | RTS | BP | P | R | Vent Rate | T/V | O2% | T | O2% Sat | Time | IV# | Site | GA | Soln | Vol | Amt Given | Total |
|------|-----|-----|-----|-----|-----|-----------|-----|-----|-----|---------|------|-----|------|-----|------|-----|-----------|-------|
| 445 | 4/6 | 12 | 96/63 | 108 | 18 | | | 100 | 99° | | | #1 | R AC | 16 ga | NS | 900 | 100 | 100 |
| 454 | 4/6 | 13 | 74/58 | 103 | 18 | | | | | | | #2 | L AC | 16 | N5 | 700 | 300 | 300 |
| 450 | 4/7 | 17 | 103/53 | 109 | 20 | | | | | | | #3 | NS lung | KVO | | | | |
| 500 | 4/6 | 12 | 104/54 | 104 | 18 | | | | | | | | | | | | | |
| 510 | 4/6 | 17 | 124/64 | 104 | 18 | | | | | | | | | | | | | |
| 511 | 4/6 | 16 | CS- | | | | | | | | | | | | | | | |
| 530 | 4/6 | 12 | 119/82 | 90 | 18 | | | 100 | 98° | | | | | | | | | |
| 535 | 4/6 | 12 | 129/74 | 108 | 18 | | | 10.8 | | | | | | | | | | |
| 540 | 4/6 | 18 | 124/78 | 100 | 18 | | | | | | | | | | | | | |
| 550 | 4/6 | 12 | 115/81 | 100 | 16 | | | | | | | | | | | | | |
| 600 | 4/6 | 12 | 124/45 | 91 | 16 | | | | | | | | | | | | | |
| 605 | 4/6 | 12 | 113/67 | 98 | 16 | | | | | | | | | | | | | |
| 615 | 4/6 | 12 | 115/54 | 95 | 16 | | | 100 | 99° | | | | | | | | | |
| 630 | 4/6 | 12 | 110/38 | 94 | 16 | | | 100% | | | | | | | | | | |

| TIME | NURSING NEEDS ASSESSMENT / INTERVENTIONS — PLAN OF CARE / NOTES |
|------|----------------------------------------------------------------|
| 447 | [handwritten notes] |
| 448 | [handwritten notes] |
| 0450 | [handwritten notes] |
| 0455 | Rectal exam done. ∅ bloody |
| 0500 | [handwritten notes] |
| 0510 | [handwritten notes] |
| 530 | [handwritten notes] |
| 0545 | [handwritten notes] |

Initials _____ Signature _____    Initials _____ Signature _____

08

**Causeway Collapse**
207296-002375

Age _32_  Gender: M F Race: ____  **Activation of Trauma Team:** ☐ Alert ☐ Code ☐ Time ____
Arrival Date _2/1/02_ Time _445_  Time of Injury _230_  Actual / Estimate ○ Intentional Injury ○ Unintentional Injury

## MECHANISM OF INJURY

**MOTOR VEHICLE TRAUMA** ☐ MVA ☐ Auto/Pedestrian ☐ Motorcycle ☐ Bicycle ☐ Other ____
☐ Driver ☐ Passenger: ○ Front ○ Rear  Ejected   Type of Vehicle ____  ☐ Fatalities at Scene X ____
Speed of Crash ____ MPH  Type of Collision: ☐ Head-On ☐ Side Impact (T-Bone) ☐ Rear-Ended ☐ Other ____
Safety Devices: ☐ Seatbelt ☐ Unrestrained ☐ Child Safety Seat ☐ Airbag ☐ Helmet ☐ Other ____

**FALL / JUMP TRAUMA**   Approximate Height _200_ Ft.
Landed on Surface (type) ____ ☐ Police Notified
Comments: ____

**ASSAULT** ☐ Alleged Criminal Assault ☐ Aggravated Assault
☐ Weapon Used: ____ ☐ Police Notified
Comments: ____

**PENETRATING** ☐ GSW ☐ Impalement ☐ Other ____
Distance from Assailant ____ feet    # of Wounds ____
Weapon / Description ____ ☐ Police Notified

**THERMAL** ☐ Flame ☐ Chemical ☐ Electrical ☐ Frostbite
☐ Potential Inhalation ☐ Enclosed Space  Length of Exposure ____
Description ____

**OTHER** (Describe) ____

## TRANSPORT

**PREHOSPITAL TRANSPORT** ☐ Private Vehicle ☐ Police ☐ Ambulance Co. ____    Air/Ground  Units # ____
☐ O₂ ____ ☐ Oral Airway ☐ ETT # ____ ☐ Ambu ☐ Other ____ ☐ C-Collar ☐ Backboard ☐ Other ____ ☐ Splint ____
☐ CPR - Manual / Thumper ☐ Pressure DRSG ☐ Meds ☐ IVS Initiated  Total Intake ____ cc  Estimated Blood Loss ____ cc
Describe ____

**REFERRING FACILITY:** ____    Time Admitted ____    Time Transferred ____

## PRIMARY SURVEY

**AIRWAY**
☑ Patent ☐ Partially Obstructed ☐ Obstructed
☐ Secretions ☐ Foreign Body ☐ Other ____
☐ Spine precautions maintained by ____

**INTERVENTIONS** ☐ ETT # ____ Oral / Nasal   ☐ Nasal Trumpet
☐ Oral Airway ☐ Circothyroidotomy ☐ Tracheostomy    Breath Sounds √'d
Time ____ by ____ MD   ○ Yes ○ No
Comments ____

**BREATHING** ☑ Spontaneous ☐ Labored ☐ Agonal
**Trachea:** ☑ Midline ☐ Deviated - ○ Right ○ Left
**Chest Wall:** ☐ WNL ☐ Abn ____
**Breath Sounds:** Right ☐ WNL ☐ Diminished ☐ Absent
         Left ☐ WNL ☐ Diminished ☐ Absent
☐ Sucking Chest Wound  ☐ Flail - R  L

Time ____
____ ☐ Breathing Assisted with Bag-Valve Device
____ ☐ Right Thoracostomy Tube Placed   Initial Output ____
____ ☐ Left Thoracostomy Tube Placed   Initial Output ____
____ ☐ Needle Thoracostomy ○ Right ○ Left
____ ☐ Occlusive Dressing to ____
____ ☐ O₂ Administered by ____ at ____ L

**CIRCULATION**
**Color:** ☑ WNL ☐ Pale ☐ Cyanotic ☐ Flushed
**Skin:** ☑ WNL ☐ Cool ☐ hot ☐ Clammy ☐ Diaphoretic
**Pulses:** ☑ Present ☐ Absent ☐ Diminished ☐ Thready
**Hemorrhage:** ☑ None ☐ Gross ____
         ☐ Estimated Blood Loss ____ cc

Time ____
____ ☐ Auto Transfusion Utilized ____ cc
____ ☐ Pressure Dressing to ____
____ ☐ IV's Established (See Intake Record)
____ ☐ Pericardiocentesis ☐ Thoracotomy ☐ CPR Initiated (See CPR Record)
____ ☐ Level 1 Fluid Warmer Utilized ____

**DISABILITY** **Neuro:** ☐ Alert ☐ Responds to Verbal ☐ Responds to Pain Only ☐ Unresponsive ☐ Loss of Consciousness X ____ Min
**Pupils:** Right - size ____ ☐ Reactive ☐ Sluggish ☐ Unreactive   Left - size ____ ☐ Reactive ☐ Sluggish ☐ Unreactive

A = Abrasion
B = Burn
D = Deformity
E = Edema
H = Hematoma
L = Laceration
P = Pain
W = Wound



Front   Back
Right Left   Left Right

2  3  4  5  6  7  8  9
●  ●  ●  ●  ●  ●  ●  ●

Initials ____ Signature ____    Initials ____ Signature ____

**Causeway Collapse**
207296-002376

09

Page 1 of 4

## SECONDARY SURVEY

**HEAD AND FACE**

**Head:** ☑ Normal ☐ Hematoma/Swelling ☐ Deformity ☐ Laceration ☐ Abrasion ☐ Contusion ☐ Loss of Consciousness ☐ Amnesia (Event Retrograde)
Describe _____

**Eyes:** ☑ Normal ☐ Hematoma/Swelling ☐ Deformity ☐ Laceration ☐ Abrasion ☐ Contusion
☐ Raccoon Sign/Battle Sign
Describe _____

**Ears:** ☑ Normal ☐ Hematoma/Swelling ☐ Deformity ☐ Laceration ☐ Abrasion ☐ Contusion
☐ Otorrhea Describe _____

**Nose:** ☑ Normal ☐ Hematoma/Swelling ☐ Deformity ☐ Laceration ☐ Abrasion ☐ Contusion
☐ Rhinorrhea  Describe _____

**Mouth/Throat:** ☑ Normal ☐ Hematoma/Swelling ☐ Deformity ☐ Laceration ☐ Abrasion ☐ Contusion ☐ Teeth Malocclusion ☐ Teeth Missing
**Maxilla:** ☐ Stable ☐ Unstable  **Mandible:** ☐ Stable ☐ Unstable  **Zygoma:** ☐ Stable ☐ Unstable
Describe _____

**NECK / BACK** ☑ Normal ☐ Hematoma/Swelling ☐ Deformity ☐ Laceration ☐ Abrasion ☐ Contusion ☐ Pain ☐ Limited Motion
☐ JVD Carotid _____ +R _____ +L  C-Collar in Place: ☐ Yes ☐ No ☐ N/A ☐ Crepitus  Bruit: _____ R _____ L  Alignment Precautions: _____
Describe _____

**CHEST** ☐ Normal ☐ Hematoma/Swelling ☐ Deformity ☐ Laceration ☑ Abrasion ☐ Contusion ☐ Rib Tenderness ☐ Sternal Tenderness ☑ Seatbelt Marks
Breath Sounds present: ☐ RLL ☐ RUL ☐ LLL ☐ LUL  ☐ Subcutaneous Air Location: _____ ☐ Crepitus Location _____
Describe _____

**CARDIAC** ☑ NSR ☐ Other Rhythm ☐ Distant Heart Sounds ☐ Abnormal Heart Sounds
Describe _____ _Abrasia to up side chest_ _____

**ABDOMEN** ☐ Normal ☐ Hematoma/Swelling ☐ Deformity ☐ Laceration ☐ Abrasion ☐ Contusion ☑ Seatbelt Marks ☐ Distension
☐ Tender: ☐ LUQ ☐ RUQ ☐ LLQ ☐ RLQ ☐ Rigid  Bowel Sound: ☐ Present ☐ Absent ☐ Scars _____
Describe _____

**PELVIS / GU** ☐ Normal ☐ Hematoma/Swelling ☐ Deformity ☐ Laceration ☐ Abrasion ☐ Contusion ☑ Tenderness
☐ Blood at Meatus  Pelvis: ☑ Stable ☐ Unstable  Rectal Exam done: ☑ Yes ☐ No
Genitalia: ☐ Normal ☐ Hematoma/Swelling ☐ Deformity ☑ Laceration ☑ Abrasion ☑ Contusion
Describe _cervical pelvis contusion/bruising_
Uterus: LMP _____ ☐ Pregnant _____ weeks  Comments: _____

**EXTREMITIES** ☐ Normal ☐ Hematoma/Swelling ☐ Deformity ☑ Laceration ☐ Abrasion ☐ Contusion ☐ Tenderness  Dominant Hand: ☐ Right ☐ Left
Describe _Rt ankle deform. lac rt thigh_

| Motor Function: ☑ Normal | Sensory Function: ☑ Normal | Pulses | Radial | Carotid | Femoral | Popliteal | Posterior Tibial | Dorsalis Pedis |
|---|---|---|---|---|---|---|---|---|
| Deficit: ☐ RUE ☐ LUE | Deficit: ☐ RUE ☐ LUE | R+ | 2 | 2 | 2 | 2 | 2 | 2 |
| ☐ RLE ☐ LLE | ☐ RLE ☐ LLE | L+ | 2 | 2 | 2 | 2 | 2 | 2 |

---

**Time Backboard Removed** _____
☐ N/A ☐ Hypothermia Precautions Initiated

**Comments:** _____

**Wt** ____ **Kg** ☐ Obese ☑ Morbidly Obese
**ALLERGIES:** ☐ NKA _____
**Past Medical Hx**
**Past Surgical Hx**
**Immunocompromised:** ☐ Therapy ☐ Asplenic
**Victim of Family Violence:** ■ Yes ☐ No
**Time of Last Meal**

### TETANUS TOXOID
☐ Current ☐ .5cc IM Site _____
☐ DT Lot # _____  Time _0905_
☐ TT Company _____  Exp. Date _____
☐ DPT  by _____

Initials _____  Signature/Credentials _____
Initials _____  Signature/Credentials _____

**Current Medications:**
_____

☐ Smoker
☐ IV Drug Use
☐ ETOH Intake

**Private Physician:** ☐ Yes ☐ No
**Name:** _____

---

### GLASGOW COMA SCALE

| | | |
|---|---|---|
| **EYE OPENING** | Spontaneous | 4 |
| | To Speech | 3 |
| | To Pain | 2 |
| | None | 1 |
| **VERBAL** | Oriented | 5 |
| | Confused | 4 |
| | Inappropriate | 3 |
| | Incomprehensible | 2 |
| | None | 1 |
| | Coos and Babbles | 5 |
| | Irritable, Cry | 4 |
| | Cries to Pain | 3 |
| | Moans to Pain | 2 |
| | None | 1 |
| **MOTOR** | Obeys Commands | 6 |
| | Localizes | 5 |
| | Withdraws | 4 |
| | Flexion | 3 |
| | Extension | 2 |
| | None | 1 |
| | Spontaneous Movements | 6 |
| | Withdraws to Touch | 5 |
| | Withdraws to Pain | 4 |
| | Flexion | 3 |
| | Extension | 2 |
| | None | 1 |

| A. Resp | | B. Systolic BP | | C. Convert GCS | |
|---|---|---|---|---|---|
| 10 - 24 | 4 | >90 | 4 | 13 - 15 | 4 |
| 25 - 35 | 3 | 70 - 89 | 3 | 9 - 12 | 3 |
| >35 | 2 | 50 - 69 | 2 | 6 - 8 | 2 |
| <10 | 1 | <50 | 1 | 4 - 5 | 1 |
| 0 | 0 | 0 | 0 | 3 - 0 | 0 |

Revised Trauma Score
A + B + C = ____

| Initial | | Hr |

**PUPILS: 1 HOUR AFTER ADMISSION**
R: Size ____  ☑ Reacting ☐ Sluggish ☐ Unreactive
L: Size _3_  ☑ Reacting ☐ Sluggish ☐ Unreactive

**Causeway Collapse**
207296-002377

10

| Date | Time | |
|------|------|---|
| 9/15/01 | 0550 | w/s #2 absent. #3 w/s c̄ 1000cc hung, KVO. c-cather removed per Dr Reddy. ø neck pain w/ø c̄ bedside. |
| | 600 | ber[e]Cancel removed. |
| | 0610 | Toradol 3mg I∇ given. A/A/o/3. Lac/tunnels cleanse c̄ w/s Kirkdine, dressing apply — |
| | 0530 | A/A/ox 3. w/ø c̄ bedside. tol general body achy. skin w/R — |
| | 0645 | wife/mother c̄ bedside. I∇ #2 to Rt A/c D/C'd. |
| | 0730 | Report call to receiving PCU. pencils troff to Rm 206 |

PATIENT IDENTIFICATION

MORALES,GUSTAVO ADOLFO 04/07/65
MR#VR092478     Haman,David Grant, D
VR00315033    09/15/01 M 36

**Progress Notes**
N6303-T 10/98

11

**VALLEY REGIONAL MEDICAL CENTER**
**100 A ALTON GLOOR**
**BROWNSVILLE, TEXAS, 78521**

PATIENT NAME: MORALES,GUSTAVO ADOLFO    AGE: 36    ROOM#: VR.22    UNIT#: VR092478
DOCTOR: Wong,She Ling, M.D.    ADM: 09/15/01    DIS:

PATIENT NAME:  MORALES, GUSTAVO ADOLFO

DATE OF ADMISSION:  9/15/01

CHIEF COMPLAINT: Pain in the right ankle.

HISTORY OF PRESENT ILLNESS: This 36-year-old male who came in the ambulance due to Padre Island causeway accident. The bridge fell and the patient was driving a pickup truck and he went into the water. He was brought in to the emergency room. He denies having aspirated any salt water or swallowed any further water. The patient did had no loss of consciousness, his complaint is located in the right ankle on the left upper chest. While in the emergency room, the patient was stabilized. He had x-rays of the abdomen, chest, cervical spine, then we rule out any injuries because of slight enlargement of the mediastinum. He also had a computerized axial tomography scan of the chest and abdomen, which was read by the radiologist which showed no injuries. Because of the fall from the pickup to the water is over 60 feet, the patient was kept in the progressive care unit for further evaluation and treatment.

PAST MEDICAL HISTORY: Not significant.

REVIEW OF SYSTEMS: Denies any dyspnea, denies any abdominal discomfort.  Most of his pain is located in the right ankle area.

PHYSICAL EXAMINATION:
GENERAL APPEARANCE: The patient is alert and oriented.
VITAL SIGNS: Blood pressure is 108/56, pulse of 108, oxygen saturation 94%.
HEAD, EYES, EARS, NOSE AND THROAT:  The pupils are equal, round and reactive to light and accommodation.  Conjunctivae are pink.  Sclerae are white.
NECK: Supple.
CHEST: Heart normal sinus rhythm, no murmurs. There is a small abrasion located at the left upper chest area.
LUNGS: Clear.
ABDOMEN: Soft, mildly tender, there is no distention, no guarding, no rebound tenderness.
EXTREMITIES: There is a puncture laceration measuring approximately 1 cm located in the left inner thigh.  There is no bleeding, no active bleeding seen.  There is edema of the right ankle.

A Foley has been placed which showed the presence of clear urine.  Tetanus shot was given in the emergency room.  The pacient was evaluated in the emergency room also by Dr. Zamora and Dr. Erwin who have ruled out any thoracic injuries.

ASSESSMENT:    1.    BLUNT CONTUSION TO THE RIGHT ANKLE.
               2.    PUNCTURE WOUNDS TO THE LEFT THIGH SECONDARY TO MOTOR VEHICLE
                     ACCIDENT.

HISTORY & PHYSICAL - Additional copy                              Page 1 of 2

12

Causeway Collapse
207296-002379

**VALLEY REGIONAL MEDICAL CENTER**
**100 A ALTON GLOOR**
**BROWNSVILLE, TEXAS, 78521**

PATIENT NAME: MORALES,GUSTAVO ADOLFO    AGE: 36    ROOM#: VR.22    UNIT#: VR092478
DOCTOR: Wong,She Ling, M.D.    ADM: 09/15/01    DIS:

It is noted that the patient also presents some lacerations located in the inner aspect of the left thigh and the right shin.

PLAN: Admit the patient to the hospital, observation.

DD: 09/15/01 1219
DT: 09/15/01 1231
SZG

She Ling Wong, M.D.

cc:

HISTORY & PHYSICAL - Additional copy

**Causeway Collapse**
207296-002380

Page 2 of 13

**VALLEY REGIONAL MEDICAL CENTER**
**100 A ALTON GLOOR**
**BROWNSVILLE, TEXAS, 78521**

PATIENT NAME: MORALES,GUSTAVO ADOLFO     AGE: 36     ROOM#: VR.22     UNIT#: VR092478
DOCTOR: Achleitner,Oliver MD     ADM: 09/15/01     DIS: 09/16/01

CONSULTATION REPORT

PATIENT:  GUSTAVO ADOLFO MORALES

HISTORY OF PRESENT ILLNESS:  Doctor Wong, thank you for referring Gustavo A. Morales.
As you know, he is a 36-year-old, otherwise reasonably healthy male, who was involved in
an unfortunate incident last night.  Apparently, the causeway at South Padre Island
collapsed secondary to being struck by a barge.  Mr. Morales was traveling westbound on
the causeway and did not notice the collapsed portion and unfortunately drove into it.
His vehicle plunged approximately 50 to 75 feet into the water.  He was able to get out
of the vehicle and was rescued by some fisherman and was then transferred to
Valley Regional Medical Center where he was assessed by the trauma service.  He has been
found to have a possible fracture of his rib, as well as a minor head injury, as well as
injuries to both his ankles.  As per the patient and family's request, orthopedics was
called.

PHYSICAL EXAMINATION:
GENERAL APPEARANCE:  He was alert and oriented.  He was hemodynamically and
neurologically stable.  He was breathing well.  He was complaining of pain in his chest,
as well as pain in both ankles.
EXTREMITIES:  On examination of his ankles, he does have significant bruising and
swelling, mostly on the right ankle.  He has significant tenderness medially on the
right ankle in the area of his talus and medial malleolus.  There is also some
tenderness and swelling in the ball of his foot.  There are no skin breaks.  His foot is
neurologically and vascularly intact.  The left ankle is also painful, but not quite as
swollen as the right.

I reviewed the x-rays of both ankles and these show some avulsion fractures from some
ligament injuries.  This is most notable on the right hand side.  There are no major
fractures requiring surgery.

RECOMMENDATION:
1.    I have recommended that as soon as he is stable from the hemodynamic point of view
      that he may start weightbearing as tolerated.
2.    I would be happy to follow him in my office once he leaves the hospital.

CONSULTATION REPORT - Additional copy                          Page 1 of 124

**Causeway Collapse**
207296-002381

**VALLEY REGIONAL MEDICAL CENTER**
**100 A ALTON GLOOR**
**BROWNSVILLE, TEXAS, 78521**

PATIENT NAME: MORALES,GUSTAVO ADOLFO     AGE: 36     ROOM#: VR.22     UNIT#: VR092478
DOCTOR: Achleitner,Oliver MD               ADM: 09/15/01          DIS: 09/16/01

cc:  SHE LING WONG, M.D.

DD: 09/15/01 1433
DT: 09/17/01 1041
SGC

------------------------------
Oliver Achleitner, MD

cc:

CONSULTATION REPORT - Additional copy                          Page 2 of 2

Causeway Collapse
207296-002382

## Valley Regional Medical Center

<u>PROGRESS RECORD</u>

MORALES, GUSTAVO ADOLFO
MR#VR092478
VR00316033

| DATE | Note Progress of Case, Complications, Change in Diagnosis, Condition on Discharge, Instructions to Patient. |
|------|---|
| 9/15/01 5:10 AM | *ER Note*<br><br>36 y.o ♂ was brought in by EMS from the site of The PI Causeway accident. Alert & oriented x 3. c/o ® upper chest wall pain & pain above ® ankle. Never lost consciousness. No past medical problems. Did not swallow/aspirate salt water. On examination, PR = 108   BP = 108/56. Cold to touch. O₂ sat : 94%. Heart = N/S₁S₂ RRR. lungs — good airflow, clear. abd — soft, mild diffuse tenderness +. Ext — lac x 2 on inner aspect of ® thigh & ® shin. Abrasions noted on abd wall & ® groin. Rectal: no stool. Neuro — A&O x 3; Non-focal. labs — whole body x-rays, CT chest & abd, CBC, BMP, PT, PTP, type & hold 2u PRBC ordered. Foley placed. IVF wide open. Tetanus shot given. Pt also evaluated by Dr. Erwin & Dr. Zamora. Impression: s/p MVA, ̄c chest wall & abd tenderness + lac x 2 and abrasions. Plan: Discussed with On Call Trauma Surgeon Dr. Wong. Pt will be admitted to his service.<br><br>J. Edgar Reddy MD<br>(On Call : Medicine). |

16

PRINTED BY STANDARD REGISTER U.S.A.
477-099 (6-9

# Valley Regional Medical Center
## PROGRESS RECORD

| DATE | Note Progress of Case, Complications, Change in Diagnosis, Condition on Discharge, Instructions to Patient. |
|------|-----------------------------------------------------------------------------------------------------------|
| 9-16-01 | Surgery |
| | Doing well. Tolerated diet |
| | No BM |
| | c/o pain + edema of (R) ankle |
| | Ambulating c crutches |
| | Can follow-up as out pt |

PRINTED BY STANDARD REGISTR U.S.A.                                                477-099 (6-9

Causeway Collapse
207296-002384

17

# Valley Regional Medical Center
## PROGRESS RECORD

MORALES, GUSTAVO ADOLFO
MREY...
VR08...

| DATE | Note Progress of Case, Complications, Change in Diagnosis, Co.... Instructions to Patient. |
|------|------|
| 9/15 | Ortho |
| | called @ patient drove off |
| | causeway after it collapsed tod.. |
| | |
| | Ø major injuries |
| | called re bilateral foot/ankle p.. |
| | |
| | off — ++ bruising on medial |
| | aspect ® ankle |
| | ⊘skin breakss |
| | NV intact |
| | pain c̄ ROM |
| | |
| | ⑩ ankle : med/lat bruis.. |
| | NV intact |
| | |
| | x-ray ® ankle : small aulsion ++ |
| | of ? calcan— |
| | Ø major ++ in |
| | ⑩ ankle : ice |
| | |
| | Pls my wB as tol. [signature] |

18

PRINTED BY STANDARD REGISTER U.S.A.                                477-099

USE BALL POINT PEN PRESS FIRMLY

Authorization is hereby given to dispense the generic equivalent unless otherwise indicated by the physician

| Weight | Height | Diagnosis |
|--------|--------|-----------|

Allergies & Sensitivities   ☐ NKA

| Date | Time | Complete top portion with each Level of Care change. Indicate order with a Check Mark. |
|------|------|-----------------------------------------------------------------------------------------|
| | | ☐ Outpatient Procedure: _____ (procedure) for _____ (medical reason). |
| | | ☐ Place in Outpatient Observation Services for _____ (medical reason) |
| | | ☐ Admit as Inpatient for _____ (medical reason). |

Physician Signature: _____

| Date Ordered | Time Ordered | PHYSICIAN'S ORDER AND SIGNATURE #1 |
|--------------|--------------|-------------------------------------|
| 9-15-01 | 5.30 PM | Admission Orders |

1. Admit to Dr. Wong's Service (Trauma)
2. Dx: S/P MVA (involved in P.I. Causeway accident), chest wall & abdominal tenderness, lower extremity lacs
3. Condition: guarded
4. Diet: as tolerated   Regular / Ordered VS
5. Activity: BRP
6. Vitals: per routine
7. LR @ 100/hr
8. H/H @ 8° x 2 — Call MD if Hb drops by more than 2 from admission value.   2PM 10PM / Ordered

| Physician's Signature | Date & Time | Nurse's Signature | Date & Time | DO NOT WRITE ORDER UNLESS NUMBER APPEARS |
|-----------------------|-------------|-------------------|-------------|------------------------------------------|

| Date Ordered | Time Ordered | PHYSICIAN'S ORDER AND SIGNATURE #2 |
|--------------|--------------|-------------------------------------|

— Cont'd
9. CBC, BMP in AM   / Ordered VS
10. Celebrex 200 mg PO BID
11. Darvocet N100 i — ii PO q 6° prn pain
12. Prilosec 20 mg PO qD
13. O₂ @ 2L/m by NC   / Ordered VS
14. CXR (PA & Lat) in AM   / Ordered VS
15. Toradol 30 mg IM q 6h PRN
16. Admit to PCU-OBS

| Physician's Signature | Date & Time | Nurse's Signature | Date & Time | DO NOT WRITE ORDER UNLESS NUMBER APPEARS |
|-----------------------|-------------|-------------------|-------------|------------------------------------------|

**Physician's Orders**

T4013  Rev 4/00

19

MORALES, GUSTAVO ADOLFO 04/07/65
Hanan, David Grant, D
NR#V0092478
VR00315033   09/15/01 M 36
Causeway Collapse
207296-002386

USE BALL
POINT PEN

PRESS
FIRMLY

4013

Authorization is hereby given to dispense the generic equivalent unless otherwise indicated by the physician.

| eight | Height | Diagnosis |
|---|---|---|
| | | |

ergies & Sensitivities    ☐ NKA

| Date | Time | Complete top portion with each Level of Care change. Indicate order with a Check Mark. |
|---|---|---|
| | | ☐ Outpatient Procedure: _____ (procedure) for _____ (medical reason). |
| | | ☐ Place in Outpatient Observation Services for _____ (medical reason). |
| | | ☐ Admit as Inpatient for _____ (medical reason). |

ysician Signature: _____

| ate Ordered | Time Ordered | PHYSICIAN'S ORDER AND SIGNATURE #1 |
|---|---|---|
| /15/01 | 1200 | |

① ® ankle xray ® foot
② Consult ph Achiltmer.

TVO per Wong / C

(signature)

CHART

MORALES, GUSTAVO ADOLFO
MR#R092478  Wong, She Ling, M.D.
VR002315033  09/15/01  M  36  R

| ician's Signature | Date & Time | Nurse's Signature | Date & Time | DO NOT WRITE ORDER UNLESS NUMBER APPEARS |
|---|---|---|---|---|

PATIENT ID

| ate Ordered | Time Ordered | PHYSICIAN'S ORDER AND SIGNATURE #2 |
|---|---|---|
| 9-15-01 | | |

D/c Foley.

(signature)

CHART

MORALES, GUSTAVO ADOLFO
MR#R092478  Wong, She Ling, M.D.
VR002315033  09/15/01  M  36  R

| ician's Signature | Date & Time | Nurse's Signature | Date & Time | DO NOT WRITE ORDER UNLESS NUMBER APPEARS |
|---|---|---|---|---|
| | | | 1200 9/15/01 | |

ysician's Orders
Rev 4/00

20

Causeway Collapse
207296-002387

USE BALL POINT PEN   PRESS FIRMLY

Authorization is hereby given to dispense the generic equivalent unless otherwise indicated by the physician

| Weight | Height | Diagnosis |
|--------|--------|-----------|
|        |        |           |

Allergies & Sensitivities   ☐ NKA

| Date | Time | Complete top portion with each Level of Care change. Indicate order with a Check Mark. |
|------|------|-----------------------------------------------------------------------------------------|
|      |      | ☐ Outpatient Procedure: _____ (procedure) for _____ (medical reason). |
|      |      | ☐ Place in Outpatient Observation Services for _____ (medical reason) |
|      |      | ☐ Admit as Inpatient for _____ (medical reason). |

Physician Signature: _____

| Date Ordered | Time Ordered | PHYSICIAN'S ORDER AND SIGNATURE #1 |
|--------------|--------------|-------------------------------------|

9/15

Ortho
WB as tolerated.
PT to see – crutches

| Physician's Signature | Date & Time | Nurse's Signature | Date & Time | DO NOT WRITE ORDER UNLESS NUMBER APPEARS |
|-----------------------|-------------|-------------------|-------------|-------------------------------------------|
|                       |             |                   | 9/15/01 430 |                                           |

| Date Ordered | Time Ordered | PHYSICIAN'S ORDER AND SIGNATURE #2 |
|--------------|--------------|-------------------------------------|

9-16-01.

① D/c IV
② D/c home after BM if OK c̄ Dr Adelet
③ MOM – 2 tsp PO
④ Rx: Darvocet N100
⑤ Appt next Tuesday.

| Physician's Signature | Date & Time | Nurse's Signature | Date & Time | DO NOT WRITE ORDER UNLESS NUMBER APPEARS |
|-----------------------|-------------|-------------------|-------------|-------------------------------------------|
|                       |             | Noted CF 9-16-01 |             |                                           |

**Physician's Orders**

T4013   Rev 4/00

21

Causeway  Collapse
207296-002388

VALLEY REGIONAL MEDICAL CENTER     NAME: MORALES,GUSTAVO ADOLFO
MAIN FACILITY                      PHYS: Wong,She Ling, M.D.
100A ALTON GLOOR BLVD              DOB: 04/07/1965     AGE: 36     SEX: M
BROWNSVILLE, TEXAS 78521           ACCT: VR00315033 LOC: VR.226 B
PHONE #: (956)350-7525             EXAM DATE: 09/15/2001 STATUS: ADM IN
  FAX #: (956)350-7526             RADIOLOGY NO:
                                   UNIT NO: VR092478


EXAMS: 000201477 ANKLE RIGHT, 000201483 FOOT RIGHT

RIGHT FOOT & RIGHT ANKLE TWO VIEWS EACH:

CLINICAL:  36 year-old male PCU patient with injuries from motor
vehicle accident.

Two views of the right foot failed to demonstrate any definite
fracture or foreign object.  There is a tiny plantar calcaneal
heel spur, and it appears that there is a small bony structure
in the soft tissues adjacent which may be an avulsed or
fractured tip from that bone spur.  This is also seen in the
two-view ankle.  The possibility of this being a foreign body
must also be considered, but it is most likely an avulsion
fracture of the distal tip of the bone spur.

Two views of the ankle show considerable medial soft tissue
swelling about the ankle.  The unstressed ankle mortise is
intact.  Minor degenerative changes are seen with a small spur
of the anterior tibia at the tibiotalar joint anteriorly.

CONCLUSION:

1.  PROBABLE FRACTURE OF SMALL HEEL SPUR.

2.  CONSIDERABLE ANKLE SOFT TISSUE SWELLING, ESPECIALLY MEDIALLY.

3.  NO MAJOR STRUCTURAL FRACTURE THROUGH THE ANKLE IS SEEN.


                    ------------------------------------
                    Reported by: RICHARD L FREMAUX, M D


CC: Haman,David Grant, DO; She L Wong M.D.

DICTATED DATE/TIME: 09/15/2001 (1313)
TECHNOLOGIST: GOMEZ,MIZAEL
TRANSCRIBED DATE/TIME: 09/15/2001 (2149)
TRANSCRIPTIONIST: VRHIM.BJD/VRHIM.BJD/VRHIM.BJD
PRINTED DATE/TIME: 09/16/2001 (0713)   BATCH NO: N/A

PAGE 1               Draft Report Printed From PCI


                                                                    22

RUN DATE: 0?  /01                    LEY REGIONAL   DICAL CENT             PAGE: 1
RUN TIME: 10                  , A ALTON GLOOR  BR   SVILLE, TEXA   /8526
                                    CLIA #:  45D050544
                              Ana C. Gutierrez,  MD  Pathologist

                              ******LABORATORY REPORT******

| | |
|---|---|
| **PATIENT**: MORALES, GUSTAVO ADOLFO | **ACCT #**: VR00315033    **LOC**: VR.PCU    **U#**: VR092478 |
| **D.O.B**:  04/07/65 | **AGE/SX**: 36/M    **RM**: VR.226    **REG**: 09/15/01 |
| **ADM DR**: Wong, She Ling, M.D. | **STATUS**: ADM IN    **BED**: B    **DIS**: |

SPEC #:  0915:VA:H00067R
ORDERING: 09/15/01 0814 VRCNA.AXS      RECD: 09/15/01 1650 VRLAB.MXV
COLLECTING: 09/15/01 1400 VRLAB.MXV    VERIFY: VRLAB.MXV  TIME: 1650
COMMENTS: HOLD SPECIMEN IN OE UNTIL COLLECTED? N
          Campus? None

| Test | | Result | | Flag | Reference | Site |
|------|---|--------|---|------|-----------|------|
| HGB | | 11.4 | | L | 13.5-17.5 G/DL | |
| HCT | | 32.0 | | L | 37.0-47.0 % | |

| | | | |
|---|---|---|---|
| Patient: MORALES, GUSTAVO ADOLFO | Age/Sex: 36/M | Acct#VR00315033 | Unit#VR092478 |

23

**Causeway Collapse**
207296-002390

Case 1:01-cv-00157    Document 273-11    Filed in TXSD on 09/30/2004    Page 25 of 40

```
RUN DATE: 09/15/01          VALLEY REGIONAL .. DICAL CENTER                    PAGE: 1
RUN TIME: 0536          100 A ALTON GLOOR  BROWNSVILLE,TEXAS 78526
                                CLIA #: 45D050544
                        Ana C. Gutierrez,  MD  Pathologist

                          ******LABORATORY REPORT******
```

```
PATIENT:MORALES,GUSTAVO ADOLFO       ACCT #:VR00315033    LOC:VR.ER      U#: VR092478
D.O.B:  04/07/65                     AGE/SX:36/M          RM:            REG:09/15/01
ADM DR:                              STATUS:REG ER        BED:           DIS:
```

```
SPEC #: 0915:VA:C00085S
ORDERING: 09/15/01 0525 VRER.FLS        RECD: 09/15/01 0535 VRLAB.CXC
COLLECTING: 09/15/01 0524 VRLAB.RXR     VERIFY: VRLAB.CXC   TIME: 0535
COMMENTS: HOLD SPECIMEN IN OE UNTIL COLLECTED? N
          COMMENT: RM 8
          Campus? None
```

| Test | Result | Flag | Reference | Site |
|------|--------|------|-----------|------|
| *BASIC MET PANEL* | | | | |
| SODIUM | 138 | | 136-145 MMOL/L | |
| POTASSIUM | 3.6 | | 3.5-5.1 MMOL/L | |
| CHLORIDE | 105 | | 98-107 MMOL/L | |
| BICARBONATE | 25 | | 22-29 MMOL/L | |
| GLUCOSE | 146 | H | 70-110 MG/DL | |
| BUN | 13 | | 7-18 MG/DL | |
| SERUM CREAT | 1.2 | | 0.8-1.3 MG/DL | |
| CALCIUM | 7.6 | L | 8.8-10.5 MG/DL | |

| Patient: MORALES,GUSTAVO ADOLFO | Age/Sex: 36/M | Acct#VR00315033 | Unit#VR092478 |
|---|---|---|---|

24

```
RUN DATE: 09/15/01            VALLEY REGIONAL MEDICAL CENTER                    PAGE: 1
RUN TIME: 0536          100 A ALTON GLOOR  BROWNSVILLE,TEXAS 78526
                                   CLIA #: 45D050544
                           Ana C. Gutierrez,  MD  Pathologist

                              ******LABORATORY REPORT******
```

| | | | |
|---|---|---|---|
| PATIENT:MORALES,GUSTAVO ADOLFO | ACCT #:VR00315033 | LOC:VR.ER | U#: VR092478 |
| D.O.B:  04/07/65 | AGE/SX:36/M | RM: | REG:09/15/01 |
| ADM DR: | STATUS:REG ER | BED: | DIS: |

```
SPEC #: 0915:VA:H00061S
ORDERING: 09/15/01 0525 VRER.FLS        RECD: 09/15/01 0530 VRLAB.IDR
COLLECTING: 09/15/01 0524 VRLAB.IDR     VERIFY: AutoDft      TIME: 0525
COMMENTS: HOLD SPECIMEN IN OE UNTIL COLLECTED? N
            COMMENT: RM 8
            Campus? None
            TRAUMA/DISASTER
            @09/15/01 0531: MAN DIFF added. RFLXG = MDIFF.
            @09/15/01 0531: CBC W/MDIFF CHG added. RFLXG = MDIFF.
```

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| _CBC_ | | | | |
| WBC | 18.2 | *H | 4.8-10.8 X10(3) | |
| | _RESULTS CALLED TO ELIZABETH AT 0531 09/15/01._ | | | |
| | _DE LOS REYES,IMELDA_ | | | |
| CORRECTED WBC | 18.2 | H | 4.8-10.8 X10(3) | |
| RBC | 4.36 | | 4.2-5.4 X10(6) | |
| HGB | 13.9 | | 13.5-17.5 G/DL | |
| | _RESULTS CALLED TO ELIZABETH AT 0531 09/15/01._ | | | |
| | _DE LOS REYES,IMELDA_ | | | |
| HCT | 38.0 | | 37.0-47.0 % | |
| | _RESULTS CALLED TO ELIZABETH AT 0531 09/15/01._ | | | |
| | _DE LOS REYES,IMELDA_ | | | |
| MCV | 87.2 | | 81.0-99.0 FL | |
| MCH | 32.0 | H | 27-31.0 PG | |
| MCHC | 36.6 | | 33.0-37.0 G/DL | |
| RDW | 11.9 | | 11.5-14.5 % | |
| PLATELET (AUTO) | 253 | | 130-400 X10(3) | |
| MPV | 8.2 | | 7.4-10.4 FL | |
| _AUTOMATED DIFF_ | | | | |
| %NEUTROPHILS | 88.2 | H | 37.0-80.0 % | |
| %LYMPH | 6.4 | L | 24.0-44.0 % | |
| %MONO | 4.4 | | 2.5-13.0 % | |
| %EOS | 0.1 | L | 0.5-6.0 % | |
| %BASO | 0.9 | | 0-2.0 % | |
| NEUTR X 10(3) | 16.0 | H | 1.4-8.0 | |
| LYMPH X 10(3) | 1.2 | | 1.2-4.5 | |
| MONOS X 10(3) | 0.8 | | 0.0-0.8 | |
| EOSIN X 10(3) | 0.0 | | 0-0.8 | |
| BASOS X 10(3) | 0.2 | | 0-0.2 | |

| | | | |
|---|---|---|---|
| Patient: MORALES,GUSTAVO ADOLFO | Age/Sex: 36/M | Acct#VR00315033 | Unit#VR092478 |

23

```
RUN DATE: 09/15/01              VALLEY REGIONAL MEDICAL CENTER                    PAGE: 2
RUN TIME: 0536           100 A ALTON GLOOR  BROWNSVILLE,TEXAS 78526
                                  CLIA #: 45D050544
                           Ana C. Gutierrez,  MD  Pathologist

                              ******LABORATORY REPORT******
```

Patient: MORALES,GUSTAVO ADOLFO          #VR00315033       (Continued)

Specimen: 0915:VA:H00061S      Collected: 09/15/01-0524              (Continued)

| Test | Result | Flag | Reference | Site |
|------|--------|------|-----------|------|
| *MANUAL DIFF* | | | | |
| %NEUTROPHILS | 85 | H | 37-80 % | |
| %BANDS | 2 | | 0-6 % | |
| %LYMPHOCYTES | 7 | L | 20-55 % | |
| %MONOCYTES | 6 | | 2-13 % | |
| *RBC MORPHOLOGY* | | | | |
| RBC MORPHOLOGY | Normal | | | |
| *PLT MORPHOLOGY* | | | | |
| PLT EST | NORMAL | | | |

Patient: MORALES,GUSTAVO ADOLFO      Age/Sex: 36/M      Acct#VR00315033      Unit#VR092478

26

Causeway  Collapse
207296-002393

```
RUN DATE: 09/15/01              VALLEY REGIONAL MEDICAL CENTER                    PAGE: 1
RUN TIME: 0615            100 A ALTON GLOOR  BROWNSVILLE,TEXAS 78526
                                   CLIA #: 45D050544
                          Ana C. Gutierrez, MD  Pathologist

                            ******LABORATORY REPORT******
```

| | | | |
|---|---|---|---|
| **PATIENT:**MORALES,GUSTAVO ADOLFO | **ACCT #:**VR00315033 | **LOC:**VR.ER | **U#:** VR092478 |
| **D.O.B:** 04/07/65 | **AGE/SX:**36/M | **RM:** | **REG:**09/15/01 |
| **ADM DR:** | **STATUS:**REG ER | **BED:** | **DIS:** |

```
SPEC #: 0915:VA:U00004S
ORDERING: 09/15/01 0529 VRER.FLS        RECD: 09/15/01 0532 VRLAB.RXG
COLLECTING: 09/15/01 0520.VRER.FLS      VERIFY: AutoDft      TIME: 0529
COMMENTS: HOLD SPECIMEN IN OE UNTIL COLLECTED? N
               COMMENT: N
               Campus? None
               SOURCE: URINE
               SPECIMEN DESCRIPTION: CAT
               IS PATIENT ON ANTIBIOTICS? N
          @09/15/01 0607: UA MICRO added. RFLXG = UAMIC.
          @09/15/01 0607: UA W/MICRO CHG added. RFLXG = UAMIC.
```

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| *UA WITHOUT MICR* | | | | |
| COLOR | YELLOW | | YELLOW | |
| CLARITY | SLIGHTLY HAZY | | CLEAR | |
| *URINE CHEMISTRY* | | | | |
| URINE SPG | 1.015 | | 1.003-1.030 | |
| URINE PH | 5.0 | | 5.0-9.0 | |
| LEUK ESTERASE | NEGATIVE | | NEGATIVE | |
| UA NIT | NEGATIVE | | NEGATIVE | |
| UA PROTEIN | 15 MG/DL | H | NEGATIVE | |
| UA GLU | NEGATIVE | | NEGATIVE | |
| UA KETONE | NEGATIVE | | NEGATIVE | |
| UA URO | NORMAL | | NORMAL | |
| UA BILI | NEGATIVE | | NEGATIVE | |
| UA BLD | **LARGE** | H | NEGATIVE | |
| *UA MICRO* | | | | |
| UA RBC | 30-50 | | 0 /HPF | |
| UA WBC | 0-2 | | 0 /HPF | |
| SQUAMOUS EPI | 3-5 | | 0 /LPF | |
| UA BACTERIA | OCC | | 0 /HPF | |
| AMORPH URATE | 1+ | | 0 /LPF | |

| | | | |
|---|---|---|---|
| **Patient:** MORALES,GUSTAVO ADOLFO | **Age/Sex:** 36/M | **Acct#**VR00315033 | **Unit#**VR092478 |

2?

**Causeway Collapse**
207296-002394

```
RUN DATE: 09/15/01          VALLEY REGIONAL MEDICAL CENTER                    PAGE: 1
RUN TIME: 0609          100 A ALTON GLOOR  BROWNSVILLE,TEXAS 78526
                                  CLIA #: 45D050544
                          Ana C. Gutierrez,  MD  Pathologist

                              ******LABORATORY REPORT******
```

| | | | |
|---|---|---|---|
| **PATIENT:**MORALES,GUSTAVO ADOLFO | **ACCT #:**VR00315033 | **LOC:**VR.ER | **U#:** VR092478 |
| **D.O.B:** 04/07/65 | **AGE/SX:**36/M | **RM:** | **REG:**09/15/01 |
| **ADM DR:** | **STATUS:**REG ER | **BED:** | **DIS:** |

```
SPEC #: 0915:VA:U00004S
ORDERING: 09/15/01 0529 VRER.FLS      RECD: 09/15/01 0532 VRLAB.RXG
COLLECTING: 09/15/01 0520 VRER.FLS      VERIFY: AutoDft    TIME: 0529
COMMENTS: HOLD SPECIMEN IN OE UNTIL COLLECTED? N
          COMMENT: N
          Campus? None
          SOURCE: URINE
          SPECIMEN DESCRIPTION: CAT
          IS PATIENT ON ANTIBIOTICS? N
          @09/15/01 0607: UA MICRO added. RFLXG = UAMIC.
          @09/15/01 0607  UA W/MICRO CHG added. RFLXG = UAMIC.
```

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| *UA WITHOUT MICR* | | | | |
| COLOR | YELLOW | | YELLOW | |
| CLARITY | SLIGHTLY HAZY | | CLEAR | |
| *URINE CHEMISTRY* | | | | |
| URINE SPG | 1.015 | | 1.003-1.030 | |
| URINE PH | 5.0 | | 5.0-9.0 | |
| LEUK ESTERASE | NEGATIVE | | NEGATIVE | |
| UA NIT | NEGATIVE | | NEGATIVE | |
| UA PROTEIN | **15 MG/DL** | H | NEGATIVE | |
| UA GLU | NEGATIVE | | NEGATIVE | |
| UA KETONE | NEGATIVE | | NEGATIVE | |
| UA URO | NORMAL | | NORMAL | |
| UA BILI | NEGATIVE | | NEGATIVE | |
| UA BLD | **LARGE** | H | NEGATIVE | |
| *UA MICRO* | | | | |
| UA RBC | PENDING | | | |
| UA WBC | PENDING | | | |
| SQUAMOUS EPI | PENDING | | | |

| | | | |
|---|---|---|---|
| **Patient:** MORALES,GUSTAVO ADOLFO | **Age/Sex:** 36/M | **Acct#**VR00315033 | **Unit#**VR092478 |

23

**Causeway Collapse**
207296·002395

```
RUN DATE: 09/15/01              VALLEY REGIONAL MEDICAL CENTER                    PAGE: 1
RUN TIME: 0628            100 A ALTON GLOOR  BROWNSVILLE,TEXAS 78526
                                   CLIA #: 45D050544
                           Ana C. Gutierrez,  MD  Pathologist

                              ******LABORATORY REPORT******
```

| | | | |
|---|---|---|---|
| PATIENT:MORALES,GUSTAVO ADOLFO | ACCT #:VR00315033 | LOC:VR.ER | U#: VR092478 |
| D.O.B: 04/07/65 | AGE/SX:36/M | RM: | REG:09/15/01 |
| ADM DR: | STATUS:REG ER | BED: | DIS: |

```
SPEC #: 0915:VA:BB00001S
ORDERING: 09/15/01 0503 VRER.FLS        RECD: 09/15/01 0553 VRLAB.IDR
COLLECTING: 09/15/01 0502 VRLAB.IDR     VERIFY: VRLAB.IDR
COMMENTS: DISASTER PATIENT
```

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| ***** BLOOD BANK DEPARTMENT ***** | | | | |
| BLOOD TYPE | O POS | | | |
| ANTIBODY SCREEN | - NEGATIVE | | | |
| *CROSSMATCH* | | | | |
|    PACKED CELLS | 49J87922 O POS Compatible? Y | | | |
|    PACKED CELLS | 49LK37115 O POS Compatible? Y | | | |
| ARM BAND NUMBER | R62765 | | | |

| | | | |
|---|---|---|---|
| Patient: MORALES,GUSTAVO ADOLFO | Age/Sex: 36/M | Acct#VR00315033 | Unit#VR092478 |

29

Causeway Collapse
207296-002396

```
RUN DATE: 09/15/01              VALLEY REGIONAL MEDICAL CENTER              PAGE: 1
RUN TIME: 0557          100 A ALTON GLOOR  BROWNSVILLE,TEXAS 78526
                                  CLIA #: 45D050544
                        Ana C. Gutierrez,  MD  Pathologist

                           ******LABORATORY REPORT******
```

| | | | |
|---|---|---|---|
| PATIENT:MORALES,GUSTAVO ADOLFO | ACCT #:VR00315033 | LOC:VR.ER | U#: VR092478 |
| D.O.B: 04/07/65 | AGE/SX:36/M | RM: | REG:09/15/01 |
| ADM DR: | STATUS:REG ER | BED: | DIS: |

```
SPEC #: 0915:VA:BB00001S
ORDERING: 09/15/01 0503 VRER.FLS       RECD: 09/15/01 0553 VRLAB.IDR
COLLECTING: 09/15/01 0502 VRLAB.IDR    VERIFY:
COMMENTS: DISASTER PATIENT
```

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| ***** BLOOD BANK DEPARTMENT ***** | | | | |
| BLOOD TYPE | O POS | | | |
| ANTIBODY SCREEN | PENDING | | | |
| *CROSSMATCH* | | | | |
|   PACKED CELLS | PENDING | | | |
|   PACKED CELLS | PENDING | | | |
| ARM BAND NUMBER | PENDING | | | |

| | | | |
|---|---|---|---|
| Patient: MORALES,GUSTAVO ADOLFO | Age/Sex: 36/M | Acct#VR00315033 | Unit#VR092478 |

30

Causeway Collapse
207296-002397

```
RUN DATE: 09/15/01              VALLEY REGIONAL MEDICAL CENTER                    PAGE: 1
RUN TIME: 0548          100 A ALTON GLOOR  BROWNSVILLE,TEXAS 78526
                                   CLIA #: 45D050544
                        Ana C. Gutierrez,  MD  Pathologist

                            ******LABORATORY REPORT******
```

```
PATIENT:MORALES,GUSTAVO ADOLFO       ACCT #:VR00315033    LOC:VR.ER      U#: VR092478
D.O.B:  04/07/65                     AGE/SX:36/M          RM:            REG:09/15/01
ADM DR:                              STATUS:REG ER        BED:           DIS:
```

```
SPEC #: 0915:VA:CG00008S
ORDERING: 09/15/01 0525 VRER.FLS       RECD: 09/15/01 0545 VRLAB.IDR
COLLECTING: 09/15/01 0524 VRLAB.IDR    VERIFY: VRLAB.IDR    TIME: 0545
COMMENTS: HOLD SPECIMEN IN OE UNTIL COLLECTED? N
          COMMENT: RM 8
          Campus? None
          IS THE PATIENT ON ANY ANTICOAGULANTS? N
          DISASTER
```

| Test | Result | Flag | Reference | Site |
|------|--------|------|-----------|------|
| *PT* | | | | |
| PT | 12.0 | | 10.0-14.0 SECONDS | |
| PT NORMAL CONT | 12.1 | | SECONDS | |
| INR RATIO | 1.0 | | | |
| *PTT* | | | | |
| APTT | 26.6 | | 20.0-45.0 SECONDS | |
| PTT NORMAL CONT | 30.8 | | SECONDS | |

```
Patient: MORALES,GUSTAVO ADOLFO     Age/Sex: 36/M     Acct#VR00315033    Unit#VR092478
```

31

Causeway  Collapse
207296-002398

```
RUN DATE: 09/15/01          VALLEY REGIONAL MEDICAL CENTER                    PAGE: 1
RUN TIME: 2255          100 A ALTON GLOOR  BROWNSVILLE,TEXAS 78526
                               CLIA #: 45D050544
                        Ana C. Gutierrez,  MD  Pathologist


                        ******LABORATORY REPORT******
```

| | | | |
|---|---|---|---|
| **PATIENT:**MORALES,GUSTAVO ADOLFO | **ACCT #:**VR00315033 | **LOC:**VR.PCU | **U#:** VR092478 |
| **D.O.B:**  04/07/65 | **AGE/SX:**36/M | **RM:** VR.226 | **REG:**09/15/01 |
| **ADM DR:** Wong,She Ling, M.D. | **STATUS:**ADM IN | **BED:**B | **DIS:** |

```
SPEC #: 0915:VA:H00068R
ORDERING: 09/15/01 0814 VRCNA.AXS      RECD: 09/15/01 2244 VRLAB.VXD
COLLECTING: 09/15/01 2243 VRLAB.AXB    VERIFY: VRLAB.VXD   TIME: 2252
COMMENTS: HOLD SPECIMEN IN OE UNTIL COLLECTED? N
          Campus? None
```

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| HGB | 10.8 | L | 13.5-17.5 G/DL | |
| HCT | 30.2 | L | 37.0-47.0 % | |

| | | | |
|---|---|---|---|
| Patient: MORALES,GUSTAVO ADOLFO | Age/Sex: 36/M | Acct#VR00315033 | Unit#VR092478 |

32

Causeway Collapse
207296 002399

```
RUN DATE: 09.6/01              VALLEY REGIONAL MEDICAL CENTER                    PAGE: 1
RUN TIME: 0345         100 A ALTON GLOOR  BROWNSVILLE,TEXAS 78526
                                 CLIA #: 45D050544
                         Ana C. Gutierrez,  MD  Pathologist

                             ******LABORATORY REPORT******
```

| | | | |
|---|---|---|---|
| **PATIENT:**MORALES,GUSTAVO ADOLFO | **ACCT #:**VR00315033 | **LOC:**VR.PCU | **U#:** VR092478 |
| **D.O.B:** 04/07/65 | **AGE/SX:**36/M | **RM:** VR.226 | **REG:**09/15/01 |
| **ADM DR:** Wong,She Ling, M.D. | **STATUS:**ADM IN | **BED:**B | **DIS:** |

```
SPEC #: 0916:VA:H00012R
ORDERING: 09/16/01 0001 VRCNA.AXS        RECD: 09/16/01 0337 VRLAB.IDR
COLLECTING: 09/16/01 0329 VRLAB.GDE      VERIFY: VRLAB.IDR   TIME: 0343
COMMENTS: HOLD SPECIMEN IN OE UNTIL COLLECTED? N
          Campus? None
          @09/16/01 0343: CBC W/ADIFF CHG added. RFLXG = ADIFF.
```

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| *CBC* | | | | |
| WBC | 7.0 | | 4.8-10.8 X10(3) | |
| CORRECTED WBC | 7.0 | | 4.8-10.8 X10(3) | |
| RBC | **3.32** | L | 4.2-5.4 X10(6) | |
| HGB | **10.3** | L | 13.5-17.5 G/DL | |
| HCT | **29.3** | L | 37.0-47.0 % | |
| MCV | 88.1 | | 81.0-99.0 FL | |
| MCH | 31.0 | | 27-31.0 PG | |
| MCHC | 35.2 | | 33.0-37.0 G/DL | |
| RDW | 11.9 | | 11.5-14.5 % | |
| PLATELET (AUTO) | 161 | # | 130-400 X10(3) | |
| | Delta: *253 on 09/15/01-0524* | | | |
| MPV | 8.1 | | 7.4-10.4 FL | |
| *AUTOMATED DIFF* | | | | |
| %NEUTROPHILS | 63.6 | | 37.0-80.0 % | |
| %LYMPH | 27.2 | | 24.0-44.0 % | |
| %MONO | 8.2 | | 2.5-13.0 % | |
| %EOS | 0.7 | | 0.5-6.0 % | |
| %BASO | 0.3 | | 0-2.0 % | |
| NEUTR X 10(3) | 4.5 | | 1.4-8.0 | |
| LYMPH X 10(3) | 1.9 | | 1.2-4.5 | |
| MONOS X 10(3) | 0.6 | | 0.0-0.8 | |
| EOSIN X 10(3) | 0.0 | | 0-0.8 | |
| BASOS X 10(3) | 0.0 | | 0-0.2 | |

| | | | |
|---|---|---|---|
| Patient: MORALES,GUSTAVO ADOLFO | Age/Sex: 36/M | Acct#VR00315033 | Unit#VR092478 |

33

Causeway  Collapse
207296-002400

```
RUN DATE: 0.  6/01          ..LLEY REGIONAL  .DICAL CENT..                    PAGE: 1
RUN TIME: 0421          100 A ALTON GLOOR  BROWNSVILLE, TEXAS 78526
                                CLIA #: 45D050544
                         Ana C. Gutierrez,  MD  Pathologist

                            ******LABORATORY REPORT******
```

| | | | |
|---|---|---|---|
| **PATIENT:** MORALES, GUSTAVO ADOLFO | **ACCT #:** VR00315033 | **LOC:** VR.PCU | **U#:** VR092478 |
| **D.O.B:** 04/07/65 | **AGE/SX:** 36/M | **RM:** VR.226 | **REG:** 09/15/01 |
| **ADM DR:** Wong, She Ling, M.D. | **STATUS:** ADM IN | **BED:** B | **DIS:** |

```
SPEC #: 0916:VA:C00018R
ORDERING: 09/16/01 0001 VRCNA.AXS       RECD: 09/16/01 0337 VRLAB.IDR
COLLECTING: 09/16/01 0329 VRLAB.GDE     VERIFY: VRLAB.VXD   TIME: 0419
COMMENTS: HOLD SPECIMEN IN OE UNTIL COLLECTED? N
          Campus? None
```

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| *BASIC MET PANEL* | | | | |
| SODIUM | 138 | | 136-145 MMOL/L | |
| POTASSIUM | 3.9 | | 3.5-5.1 MMOL/L | |
| CHLORIDE | 109 | H | 98-107 MMOL/L | |
| BICARBONATE | 25 | | 21-32 MMO/L | |
| GLUCOSE | 103 | # | 70-110 MG/DL | |
| | *Delta: 146 on 09/15/01-0524* | | | |
| BUN | 12 | | 7-18 MG/DL | |
| SERUM CREAT | 1.0 | | 0.8-1.3 MG/DL | |
| CALCIUM | 7.5 | L | 8.8-10.5 MG/DL | |

| | | | |
|---|---|---|---|
| Patient: MORALES, GUSTAVO ADOLFO | Age/Sex: 36/M | Acct#VR00315033 | Unit#VR092478 |

Causeway Collapse
207296-002401

T 4401

| Date Time | Device | LPM/FiO2 | O2 Sat | Heart Rate | HR Alarm HI Lo | SAT Alarm HI Lo | Comments / Activity | Signature |
|---|---|---|---|---|---|---|---|---|
| 9/15 7-11 | Nc | 2' | | | | | On x 4 hrs, rests | |
| 9/14 11-7 | Nc | 2' | | | | | On | |
| 9/16/01 7-3 | nc | 2L | | | | | O2 in use c̄ No c/o m | |
| | | | | | | | resp dist note☑ — mg ca | |
| 9/16/01 3p-11p | | | | | | | pt discharged home | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |



**Oxyhemoglobin Dissociation Curve**

(assuming adult hemoglobin, 37°C and pH of 7.40)

PATIENT IDENTIFICATION

MORALES,GUSTAVO ADOLFO
HR#VR092478   SS# 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
ACCT#VR00315033   09/15/01 M 36
04/07/65 Haman,David Grant, DO
VALLEY REGIONAL MED CTR -

**Respiratory Care**
**Oxygen Therapy/Pulse Oximetry Log**
T4401-T  08/98

35

VALLEY REGIONAL MEDICAL CENTER
MEDICATION
ADMINISTRATION
RECORD

Pt. Name: _____
Pt. Acct: _____
Pt. Doctor: _____
Diagnosis: _____

Room: _____
Age: _____ Sex: ____
Admit Date: _____
Ht: _____ Wt: _____

VERIFIED BY: _____

ALLERGIES   NKNA

MORALES,GUSTAVO ADOLFO
MR# VR092478   SS# 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
ACCT# VR00315033   09/15/01 M 36
04/07/65 Haman,David Grant, DO
VALLEY REGIONAL MED CTR

226

ADMINISTRATION PERIOD: 0700  9/15/01 TO 9/16/01   |START/STOP |0700-1459 |1500-2259 |2300-0659

| Medication | 9/15 | | | |
|---|---|---|---|---|
| LR @ 100 (LNS substitute per pharmacy) | 9/15 | 0800 | | |
| Celebrex 200mg po BID | 9/15 | 0800 | 2100 | |
| Prilosec 20mg po qd | 9/15 | 0800 | | |
| Toradol 30mg IM q6° prn | 9/15 | | 2030 | 0300 |
| Darvocet N-100 i tab po q6 prn | 9/15 | 1145 | 2030 (2) | 0300 (2) |

| SIGNATURE | INITIALS | SIGNATURE | INITIALS | SIGNATURE | INITIALS |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |

36

Causeway Collapse
207296.002403

09/15/01
2015

# MEDICATION ADMINISTRATION RECORD
## Columbia Valley Regional MC

PAGE:   1

CHECKED BY: _[signature]_

DIAGNOSIS: S/P MVC

ADMIT: 09/15/01 WT: 170lb    (77.111kg) HT: 5ft 8.0 (172.7) BSA: 1.91m2

AGE: 36    SEX: M  Serum Cr:    Est. CREATININE CL: LAB RESULTS N/A

NOTES:

| UNIT #: VR092478    VR.PCU |
| ACCT #: VR00315033 |
| VR.226-B |
| MORALES,GUSTAVO ADOLFO |

Glucose Reference Range: 0-10 days: 45-90 mg/dl  10 days-Adult: 70-110mg/dl

---

ALLERGIES: No Report

======================================================================
ADMINISTRATION PERIOD:  0700 09/16/01  TO  0659 09/17/01    START/STOP| 0700 - 1459 | 1500 - 2259 | 2300 - 0659
======================================================================

******* SCHEDULED MEDS *******

| CELECOXIB (CELEBREX) | | | |09/15/01| 0700| 1800| |
| 200 MG (2 CAP)    ORAL    TWICE A DAY | | | |10/15/01| | | |
| RX #: 01138314 | | | | | | | |
| *** FLOOR STOCK ITEM *** | | | | | | | |

| OMEPRAZOLE (PRILOSEC) | | | |09/15/01| 0900| | |
| 20 MG (1 UDCAP)    ORAL    DAILY | | | |10/15/01| | | |
| RX #: 01138315 | | | | | | | |
| *** FLOOR STOCK ITEM *** | | | | | | | |

******* IV'S *******

| 0.9% NaCl LITER    1000 ML | | | |09/15/01| 1400| | 0000 |
| | | | | | | | |
| 100 MLS/HR    INTRAVEN.    .Q10H | | | |10/15/01| | | |
| DURATION: ADMINISTER OVER 10 HR | | | | | | | |
| RX #: 01138313 | | | | | | | |

******* PRN MEDS *******

********************** CONTINUE ON PAGE 2 **********************

| MEDS NOT GIVEN | INJ SITES | | SIGNATURE | INITIALS | SIGNATURE | INITIALS |
|---|---|---|---|---|---|---|
| P-ASLEEP | R-RIGHT | AB-ABDOMEN | | | | |
| Q-OFF UNIT | L-LEFT | U-UPPER | | | | |
| R-REFUSED | D-DELTOID | M-MID | | | _[signature]_ | CR |
| S-NPO/STUDIES | G-GLUTEAL | | | | | |
| T-NPO/SURGERY | T-THIGH | | | | | |

MORALES,GUSTAVO ADOLFO    36/M    DR: Wong,She Ling, M.D.    ROOM: VR.226-B    3 PAGE:   1

**Causeway Collapse**
207296-002404

```
09/15/01
2015
                    M E D I C A T I O N   A D M I N I S T R A T I O N   R E C O R D           PAGE:  2
                              Columbia Valley Regional MC
CHECKED BY: _____
DIAGNOSIS: S/P MVC                                          | UNIT #: VRO92478        VR.PCU
ADMIT: 09/15/01 WT: 170lb     (77.111kg) HT: 5ft 8.0 (172.7) BSA: 1.91m2  | ACCT #: VRO0315033                    VR.226-B
AGE: 36      SEX: M   Serum Cr:    Est. CREATININE CL: LAB RESULTS N/A    |
NOTES:                                                      |             MORALES,GUSTAVO ADOLFO
Glucose Reference Range: 0-10 days: 45-90 mg/dl  10 days-Adult: 70-110mg/dl |
```

ALLERGIES: No Report

| ADMINISTRATION PERIOD:  0700 09/16/01  TO  0659 09/17/01 | START/STOP | 0700 - 1459 | 1500 - 2259 | 2300 - 0659 |
|---|---|---|---|---|
| ****** PRN MEDS ****** | | | | |
| PROPOXYPHENE NAPSYLATE/APAP (PROPOXY-N/APAP 100-65<br>See Dose Ins.        ORAL         Q6H PRN<br>DOSE INS: 1-2 TABLET<br>RX #: 01138316<br>*** FLOOR STOCK ITEM *** | 09/15/01<br>10/15/01 | | | |
| KETOROLAC TROMETHAMINE (TORADOL)<br>30 MG-1 ML (1 SYR)    INTRAMUSC    Q6H PRN<br>COMMENTS: DO NOT EXCEED 120MG/24HRS; NOR 5 DAYS<br>          CALL PHARMACY FOR DOSE<br>RX #: 01138317 | 09/15/01<br>09/20/01 | | | |

*********************************** FINAL PAGE ***********************************

| MEDS NOT GIVEN | INJ SITES | | SIGNATURE | INITIALS | SIGNATURE | INITIALS |
|---|---|---|---|---|---|---|
| P-ASLEEP | R-RIGHT | AB-ABDOMEN | | | | |
| O-OFF UNIT | L-LEFT | U-UPPER | | | | |
| R-REFUSED | D-DELTOID | M-MID | | | | |
| S-NPO/STUDIES | G-GLUTEAL | | | | | |
| T-NPO/SURGERY | T-THIGH | | | | | |

```
MORALES,GUSTAVO ADOLFO          36/M        DR: Wong,She Ling, M.D.     ROOM: VR.226-B       PAGE:  2
```

38

Causeway Collapse
207296-002405

| Facility Name _Valy Regional Med Clin_ | Date 9/15/01 | Time 0800 ☐ a.m. ☐ p.m. |
|---|---|---|

**Welcome to our Facility. Please complete as much of this form as you can. The answers you provide will help us to plan your care. We will be happy to assist you as needed. Thank You.**

| Patient Name (First, Middle, Last) _Gustavo A. Morales_ | Name you prefer to be called _Gusteri_ | What is your primary language? _Spanish_ |
|---|---|---|

| Family Physician's Name(s) _N.C. D_ | Surgeon's Name |
|---|---|

Why are you coming to the facility now? _S/P m V C_

| Have you ever been in this or any other hospital? ☐ Yes ☑ No | If yes, provide facility name and date of most recent visit. |
|---|---|

| Emergency Contact _Idalia Morales_ | Relationship of Contact _Wife_ | Home Phone No. _504-0633_ | Work Phone No. |
|---|---|---|---|

**Patient Medications:** Please list all the medications you take. Include Aspirin, Water Pills, Herbal Supplements, Laxatives, Heart Medicine, Birth Control Pills, Over-The-Counter Medications, Diet Pills, Vitamins, Recreational Drugs, Etc.

Are you currently or have you in the past two weeks taken fen/phen (fenfluramine and phentermine)? ☐ Yes ☑ No

| Name of Medication | Dose(s) | Time of Last Dose | Name of Medication | Dose(s) | Time of Last Dose |
|---|---|---|---|---|---|
| _no home meds_ | | | | | |

| **Allergies** ☑ No Known Allergies | **Allergic to:** ☐ Iodine ☐ Tape ☐ IV Dye ☐ Latex ☐ Shellfish |
|---|---|

| Drugs/Food | Describe your reaction | Drugs/Food | Describe your reaction |
|---|---|---|---|
| 1. | | 3. | |
| 2. | | 4. | |

**General History & Habits   (Check all items that apply - past & present)**

| | No | Past | Current | How Long | Amount | | Yes | No | Describe |
|---|---|---|---|---|---|---|---|---|---|
| Tobacco | ☐ | ☐ | ☑ | 1 yr | 3-4/day | Have you ever had a blood transfusion? | ☐ | ☑ | |
| Alcohol | ☐ | ☐ | ☑ | | 1/week | Have you ever had a reaction to transfusion? | ☐ | ☑ | |
| Caffeine | ☐ | ☐ | ☑ | Occasional | | Have you ever had a reaction to anesthesia? | ☐ | ☑ | |
| Habit forming drugs | ☑ | ☐ | ☐ | | | Occupational hazardous exposure? | ☐ | ☑ | |

| **Pain History**  Do you have pain? ☑ Yes ☐ No | ☑ New ☐ Chronic _S/P mv c_ |
|---|---|
| How do you manage your pain at home? | What Pharmacy(ies) do you use? |

**To Be Completed By Facility Staff      History Record on Unit  ☐ Yes ☑ No**

| Arrived From _ER_ | Mode of Arrival to the Unit _Stretcher_ | Accompanied By _nto RN_ | Disposition of Valuables ☑ Sent Home ☐ In Safe ☐ See Valuables Form |
|---|---|---|---|

| ID Band On ☑ Yes ☐ No | Allergy Band On ☑ Yes ☐ No | Oriented to Unit Info. ☑ Yes ☐ No | PATIENT IDENTIFICATION |
|---|---|---|---|

| Visiting Policy Rev ☑ Yes ☐ No | Smoking Policy Rev. ☑ Yes ☐ No | Pat. Rights Rev. ☑ Yes ☐ No | Adv. Dir. Info Prov. ☐ Yes ☐ No |
|---|---|---|---|

MORALES.GUSTAVO ADOLFO
MR#VR092478    Wong.She Ling. M.D.
VR0031503J    09/15/01 M 36  226  B

| Height _5'8_ | Weight _170_ | Actual | NPO Status _as tol_ | Immunizations ☑ Current _ER_ ☐ Not Current |
|---|---|---|---|---|
| BP _13/2 90/_ | P _103_ | R _22_ | Sao2 | Head Circumference ___ cm |

Pediatric Patients Only

**Interdisciplinary**
**Patient History Record - Short**
N5604  Rev. 09/99   (RC# 4109670)          Page 1 of 2

**Causeway  Collapse**
207296-002406

3

MUST IMPRINT PATIENT I.D. PLATE ON PAGES 1 & 2