# NURSING KARDEX

| CLASS | ADL | MONITORING | TREATMENT & PROCEDURES | TEACH & EMOTION | IV'S |
|---|---|---|---|---|---|

**I COMPLETE — PATIENT IS UNABLE TO ASSIST WITH ADL'S**
*TAKES ONE OR MORE STAFF MEMBERS TO COMPLETE — 2 HR. OR MORE — COMPLEX*

| BATHING | ELIMINATION | ACTIVITY | MONITORING | TREATMENT & PROCEDURES | TEACH & EMOTION | IV'S |
|---|---|---|---|---|---|---|
| COMPLETE ___ | INCONTINENT ___ | 1 PERSON ASSIST ___ | VS ___ | BURN PROTOCOL ___ | SUICIDAL ___ | BLOOD ___ |
| SHAVING ___ | STOOL ___ | 2 PERSON ASSIST ___ | NEURO CKS ___ | COMPLEX DECUBITUS CARE ___ | CRITICAL COND. ___ | COMPLEX IV ___ |
| ORAL HYGIENE ___ | URINE ___ | CBR ___ | POST-OP (MAJOR) ___ | | | MULTIPLE ___ |
| | | WC ___ | | | FAMILY ___ | I.V.P.B. ___ |
| FEEDING ___ | COLOSTOMY ___ | DANGLE ___ | I & O ___ | WOUND IRRIGATION/ PACKING ___ | ONCOLOGY ___ | |
| | | RESTRAINTS ___ | | | OSTOMY ___ | HYPERAL ___ |
| TOTAL ___ | IRRIGATION (IF DONE PER NURSE) ___ | SIDE RAILS ___ | COMPLEX P.O. ___ | | UNCONSCIOUS OR ___ | BURETROLS ___ |
| | | TURNING ___ | | | NONREACTIVE ___ | |
| TUBE FDGS ___ | | | BUOT ___ | COMPLEX DRESSING ___ | | CHEMO ___ |
| | | | TRACH ___ | | | |

**II INTERMEDIATE — PATIENT NEEDS HELP WITH 2 OR MORE ADL'S (SELF-CARE)**
*TAKES ONE OR MORE STAFF MEMBERS TO ASSIST — 3 X PER SHIFT — EXTENSIVE PREP OR OBSERV CONSTANT KVO'S*

| BATHING | ELIMINATION | ACTIVITY | MONITORING | TREATMENT & PROCEDURES | TEACH & EMOTION | IV'S |
|---|---|---|---|---|---|---|
| PARTIAL ___ | BED PAN/URINAL ___ | 1 PERSON ASSIST ___ | VS ___ | THORACENTESIS ___ | CONFUSED ___ | IV ___ |
| SHAVING ___ | ASSIST TO BR ___ | 2 PERSON ASSIST ___ | NEURO CKS ___ | PARACENTESIS ___ | ANXIOUS ___ | ROUTINE ___ |
| ORAL HYGIENE ___ | BSC ___ | UP IN CHAIR ___ | I & O ___ | LUMBAR PUNCTURE ___ | COMBATIVE ___ | KVB ___ |
| | STRAIN URINE ___ | AMBULATE ___ | MINOR POST-OP ___ | | FAMILY ___ | |
| FEEDING ___ | FOLEY ___ | DANGLE ___ | GROUP TENT ___ | SIGMOIDOSCOPE ___ | DEPRESSED ___ | HEP. LOCK ___ |
| ASSIST ___ | DATE INSERTED ___ | SIDE RAILS ___ | INCENTIVE ___ | SIMPLE DECUBITUS CARE ___ | COMMUNICATION ___ | |
| | SIZE ___ | EGG CRATE ___ | TCBB ___ | | BARRIER ___ | |
| | | | CHEST TUBE ___ | ISOLATION ___ | TEACHING ___ | |
| | | | TELEM ___ | | DIAB ___ | |
| | | | | | CORONARY ___ | |

**III MINIMAL — PATIENT DOES MOST ADL'S (SELF-CARED)**
*INDEPENDENT — ROUTINE — SIMPLE TESTS OR PREPS — MINIMAL ROUTINE*

| BATHING | ELIMINATION | ACTIVITY | MONITORING | TREATMENT & PROCEDURES | TEACH & EMOTION | IV'S |
|---|---|---|---|---|---|---|
| TUB ___ | AD LIB ___ | AD LIB ___ | VS ___ | OR PREP ___ | PRE & POST ___ | DIET ___ |
| SHOWER ___ | STRAIN URINE ___ | ASSIST ___ | NEURO CKS ___ | FOLEY/PERI CARE ___ | | |
| SELF ___ | | | I & O ___ | HOT PACKS ___ | | NPO ___ |
| | SPEC. COL ___ | NO SMOKING ___ | O ___ | SIMPLE DRESSING ___ | | FLUIDS ___ |
| FEEDING ___ | | | HEMOVAC ___ | XRAY PREP ___ | | FORCE ___ |
| FEEDS SELF ___ | | UP IN CHAIR ___ | T-TUBE ___ | SITZ BATH ___ | | RESTRICT ___ |
| PER SITTER ___ | | AMBULATE ___ | | ENEMA ___ | | LIKES DISLIKES ___ |
| | | | | DOUCHE ___ | | |

## RADIOLOGY

| DATE TO BE DONE | REQUEST SENT | TEST | DATE TO BE DONE | REQUEST SENT | TEST |
|---|---|---|---|---|---|
| 9/16 | ✓ | CXR PA+LAT | | | |

## DAILY LAB

| DATE ORDERED | REQUEST SENT | TEST | DATE ORDERED | REQUEST SENT | TEST |
|---|---|---|---|---|---|

## RESPIRATORY

| DATE TO BE DONE | REQUEST SENT | ABGS | DATE TO BE DONE | REQUEST SENT | EKG | DATE TO BE DONE | REQUEST SENT | OTHER |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 9/15·02 2/hr | | |

| BE DONE | SENT | | BE DONE | SENT | | BE DONE | SENT |
|---|---|---|---|---|---|---|---|
| 9/16 | | H+H 3pm | | | | | |
| 9/16 | | CBC BMP | | | | | |

ALLERGIES:

PRIMARY:

SECONDARY:

SURGERIES: DATE

ROOM

NAME

MORALES, GUSTAVO ADOLFO
MRN:092478   Kong, She Ling, M.D.
VR00315033   09/15/01 H 36  226  B

PATIENT PHONE   MARITAL STATUS   SEX   RELIGION
                S  M  W  D  SEP.   M  F

AGE   PHYSICIAN

ADMITTED   TRANSFER

EMERGENCY MEASURES

CLASS

# PATIENT CARE PLAN

| PROBLEM / NEED | EXPECTED PATIENT OUTCOME (GOAL) | APPROACH (ACTION) | EVALUATION | INITIAL |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# VALLEY REGIONAL MEDICAL CENTER

## BROWNSVILLE, TEXAS

## CONSENT TO PHOTOGRAPH

This is to certify that _Gustavo Morales_

do hereby consent to be photographed by _News Channel 48_

_Julio Salinas reporter_

for the purpose of (education - publicity - police investigation).

This consent is expressly intended to release from liability all personnel of Valley Regional Medical Center of Brownsville, Texas, as well as the attending physicians.

_____
Witness

_9/15/01     1315_
Date

Permission Granted by Admisistration

Permission Granted by Attending Physician

_____
Patient or Legal Guardian

_Patient_
Relationship to Patient

_____
Signature

_V.O. Dr Wong_
Signature

| Date of Discharge 9-16-01 | Time of Discharge 1530 | Temp 97⁶ | P 58 | R 18 | BP 109/63 |
|---|---|---|---|---|---|

**Mode of Transportation**

Accompanied By: _____

☐ Ambulatory   ☐ Wheelchair   ☐ Stretcher   ☐ Ambulance   ☐ Other _____

Discharge Disposition: ☐ Home   ☐ AMA   ☐ Other/Name & Phone #: _____

**Instructions:** These health status elements have been identified and addressed, but may continue to be needs of the patient. In the Continuing Care Needs section, document the plan for those needs marked with an asterisk (*).

| Patient Assessment & Health Status | Continuing Care Needs |
|---|---|
| **Yes No\*** | |
| ☑ ☐  Afebrile | |
| ☐ ☑  Able to Live Independently | |
| ☑ ☐  Pain Controlled | |
| ☑ ☐  Adequate Elimination | |
| ☑ ☐  Oriented | |
| ☐ ☑  Adequate Hydration | |
| ☑ ☐  Skin Intact | |
| ☐ ☑  Other | |

**\*Must be Addressed**

Nurse Signature & Title _____

PATIENT IDENTIFICATION

**Patient Discharge Summary**

N5408  07/98  (RC# 0258935)

| Medications: | Medication | Dose | Route | How Often | Next Dose Due | Inst. Given | Rx Given |
|---|---|---|---|---|---|---|---|
| ☐ None | Darvocett N 100 | una | coda | 4 horas | como | | |
| ☐ Resume all Home Meds | | | | | | | |

**Home Meds:**
☐ Returned
☐ N/A

**Interactions:**
☐ Food / Drug
Drug / Drug
Instructions Given

| **Nutrition:** | ☐ Special Diet _____ |
|---|---|
| ☑ No Restrictions | ☐ Supplements/Other _____ |
| ☐ Instructions Given | |

| **Activities:** | ☐ Walking _C crutches_ | ☐ Exercises _____ |
|---|---|---|
| ☐ No Restrictions | ☐ Bathing _____ | ☐ Driving _Ø driving_ |
| ☑ Instructions Given | ☐ Lifting _____ | ☐ Other _____ |

| **Special Care:** | **(Include Type, What to Do)** |
|---|---|
| ☐ None Required | ☐ Dressing(s) _____   ☐ Drain _____ |
| ☑ Instructions Given | ☐ I.V. _____   ☐ Tube(s) _____ |
| | ☐ Other _Povidine Iodine to Abrasions once a day_ |

| **Supplies/Equip.:** | **(Include Type & How to Obtain)** |
|---|---|
| ☐ None Required | _____ |
| ☐ Instructions Given | _____ |

| **Referrals:** | ☐ Home Health Agency _____ Phone _____ |
|---|---|
| ☐ None Required | ☐ Equipment Supplier _____ Phone _____ |
| ☐ Resource List | ☐ Other _____ Phone _____ |

| **Follow-Up Care:** | Who _Dr Wong_ When _Tuesday_ Phone _350-0077_ |
|---|---|
| ☐ None Required | Who _Dr Acklvenen_ When _X1 week_ Phone _982-6982_ |
| | Who _____ When _____ Phone _____ |

| **Comments:** | _For medical emergencies go to your nearest ER_ |
|---|---|
| ☐ None | |

*I acknowledge receipt of the above discharge instructions. I have received all of my belongings.*

| Signature of Patient, Family or Significant Other | Date/Time M20 9-16-01 |
|---|---|

*Patient/Significant Other demonstrates/verbalizes understanding of discharge instruction.*

| Nurse Signature/Title | Date/Time M20 9-16-01 |
|---|---|

Physician's Comments

Physician's Signature

*It has been a pleasure to care for you. If you have any problems or questions contact your physician.*
Phone _____

**Patient Discharge Instructions**
N5405  07/96  (RC# 0258935)

PATIENT IDENTIFICATION

MORALES,GUSTAVO ADOLFO    SS# 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
HR# VR092478    09/15/01  M 36
ACCT# VR00315033
04/07/65 Haman,David Grant, DO
VALLEY REGIONAL MED CTR

**CHART**

| Date of Discharge 9-16-01 | Time of Discharge 1530 | Temp 97⁶ | P 58 | R 18 | BP 109/63 |
|---|---|---|---|---|---|

**Mode of Transportation**

Accompanied By: _____

☐ Ambulatory   ☐ Wheelchair   ☐ Stretcher   ☐ Ambulance   ☐ Other _____

Discharge Disposition: ☐ Home   ☐ AMA   ☐ Other/Name & Phone #: _____

**Instructions:** These health status elements have been identified and addressed, but may continue to be needs of the patient. In the Continuing Care Needs section, document the plan for those needs marked with an asterisk (*).

| Patient Assessment & Health Status | Continuing Care Needs |
|---|---|

**Yes  No***

☑ ☐  Afebrile

☐ ☐  Able to Live Independently

☑ ☐  Pain Controlled

☑ ☐  Adequate Elimination

☑ ☐  Oriented

☑ ☐  Adequate Hydration

☑ ☐  Skin Intact

☑ ☐  Other

***Must be Addressed**

Nurse Signature & Title

PATIENT IDENTIFICATION

# Patient Discharge Summary
N5406  07/96  (RC# 0256936)

**DR. OLIVER ACHLEITNER**
800 WEST JEFFERSON STREET SUITE 200
BROWNSVILLE, TEXAS 78520
TELEPHONE : (956)982-6982   FAX : (956)982-0436

PATIENT: _Gustavo Morales_
ACCT #:  _MGO407_

## PROGRESS REPORT

9/19  dict'd

10/03  Cast removed

pain & swelling to
resolved  Starting Celebrex 200h
+ P.T

+ f/u wk

Causeway  Collapse
000207296-000828

Patient: Gustavo Morales Account #: MO0407   Date: 09-19-2001

Gustavo Morales was reviewed again today. He continues to have significant swelling, bruising, and pain along the medial aspect of his right foot and ankle. I repeated his films today and again these only show some small avulsion fractures, probably off the calcaneus. I have recommended a short leg cast for the next three or four weeks. This was applied today. When the cast Parton's tomorrow I have suggested that he may start weight-bearing with a cast shoe. I will see him back in a few weeks to make sure that he is getting better. I've given him a prescription for Tylenol 3.

Oliver Achleitner, M.D.

Causeway Collapse
000207 296-000829

TAX ID # 74-2902455
LIC. #MDK0586

**OLIVER ACHLEITNER, M.D.P.A.**
800 West Jefferson, Suite 200
Brownsville, Texas 78520

PHONE (956) 982-6982
FAX (956) 982-0436

PATIENT: _Gustavo Morales_   ACCT. # _MG0407_   DATE: _10/03/01_

PHONE: _504-0633_  INSURANCE: _Pvt Pay_   REFERRED BY: _____

| CPT | DESCRIPTION | FEE | CPT | DESCRIPTION | FEE | CPT | DESCRIPTION | FEE |
|---|---|---|---|---|---|---|---|---|
| **NEW PATIENT OFFICE VISIT** | | | **UPPER EXTREMITIES** | | | **CASTING (CONT.)** | | |
| 99202 | Focused | | 73000 | Clavicle 2V | | 29015 | Long Arm Splint | |
| 99203 | Expanded | | 73010 | Shoulder Blade | | 29515 | Short Leg Splint | |
| 99204 | Detailed | | 73020 | Shoulder 1-2V | | L3260 | Cast Shoe | |
| 99205 | Comprehensive | | 73030 | Shoulder 3-4V | | A4580 | Cast Shoe | |
| **ESTABLISHED PT OFF VISIT** | | | 73050 | AC Joint 2V | | L4350 | Ankle Brace | |
| 99212 | Focused | 58.00 | 73060 | Humerus 2V | | L3908 | Wrist Brace | |
| 99213 | Expanded | 58.00 N | 73070 | Elbow 1-2V | | A4570 | Forearm Splint | |
| 99214 | Detailed | | 73080 | Elbow 3-4V | | L4360 | Walker Boot | |
| 99215 | Comprehensive | | 73090 | Forearm 2V | | L1332 | ACL Brace | |
| 99024 | Post Op F/U | | 73092 | Arm/Infant | | L3650 | Arm Sling | |
| 99358 | Nurse Visit | | 73100 | Wrist Ap/Lat | | A4550 | Minor Surg. Tray | |
| **CONSULTATIONS** | | | 73110 | Wrist 3-4V | | A9190 | Shwr Ct CVR L/A | |
| 99242 | Focused | | 73120 | Hand Ap/Lat | | L1906 | Aircast | |
| 99243 | Expanded | | 73130 | Hand 3-4V | | **MATERIALS** | | |
| 99244 | Detailed | | 73140 | Fingers Ap/Lat | | J1040 | Depo Medrol | |
| 99245 | Comprehensive | | 72040 | C-Spine 1-2V | | J3490 | Unclassified Drug | |
| **LOWER EXTREMITIES** | | | 72050 | C-Spine 3-4V | | A4590 | Cast Materials | |
| 73500 | Hip 1-2 V | | 72069 | Trunk Spine 1-2V | | A4649 | Suture Materials | |
| 73510 | Hip 3-4 V | | 72070 | T-Spine 1-2V | | **MISCELLANEOUS** | | |
| 72170 | Pelvis 1-2V | | 72072 | T-Spine 3-4V | | 15852 | Dressing Change | |
| 72190 | Pelvis 3-4V | | 72100 | L-Spine 1-2V | | 99080 | Med Rec/Rev | |
| 73550 | Femur Ap/Lat | | 72110 | L-Spine 3-4V | | 99080 | Narratives | |
| 73560 | Knee 1-2V | | 71020 | Chest 1-2V | | **MINOR SURGERY** | | |
| 73562 | Knee 3-4V | | 71021 | Chest 3-4V | | 20610 | Inj of Maj Joint | |
| 73564 | Knee 4-More V | | **CASTING & SUPPLIES** | | | 20605 | Inj of Min Joint | |
| 73590 | Tib/Fib Ap/Lat | | 29405 | Short Leg | | 20670 | Removal of Impla | |
| 73592 | Leg/Infant | | 29345 | Long Leg | | 20550 | Elbow Injection | |
| 73610 | Ankle 1-2V | | 29075 | Short Arm | | 20610 | Knee Injection | |
| 73620 | Foot 1-2V | | 29065 | Long Arm | | 20610 | Shoulder Inject | |
| 73630 | Foot 3-4V | | 29365 | Cylinder | | | | |
| 73650 | Heel/Os Calcis 2V | | 29125 | Short Arm Splint | | | | |
| 73660 | Toes 2V | | | Spica Splint/Cast | | | | |

TODAY'S TOTAL: $ _58.00 N_   ICD-9 _____

PAYMENT: $ _____
        CASH   CHECK   MONEY ORDER

                              OTHER PROCEDURES _____

BALANCE: $ _____

BILLING NOTES: _____

**ASSIGNMENT AND RELEASE:** I Hereby authorizes my insurance benefits to be paid directly to the treating physician. I am ultimately responsible for non-covered services and I authorize the physician to release any and information required to process the case.

PATIENT SIGNATURE: _____

PHYSICIAN'S SIGNATURE: _(signature)_   DATE: _10/03/01_

TAX ID # 74-2902455
LIC. #MDK8586

**OLIVER ACHLEITNER, M.D.P.A.**
800 West Jefferson, Suite 200
Brownsville, Texas 78520

PHONE (956) 982-6962
FAX (956) 982-0436

PATIENT: _Gustavo Morales_ ACCT. # _MG0407_ DATE: _9/15/01_

PHONE: _504-0633_ INSURANCE: _Pvt Pay_ REFERRED BY: _____

| CPT | DESCRIPTION | FEE | CPT | DESCRIPTION | FEE | CPT | DESCRIPTION | FEE |
|---|---|---|---|---|---|---|---|---|
| **NEW PATIENT OFFICE VISIT** | | | **UPPER EXTREMITIES** | | | **CASTING (CONT.)** | | |
| 99202 | Focused | | 73000 | Clavicle 2V | | 29015 | Long Arm Splint | |
| 99203 | Expanded | | 73010 | Shoulder Blade | | 29515 | Short Leg Splint | |
| 99204 | Detailed | | 73020 | Shoulder 1-2V | | L3260 | Cast Shoe | |
| 99205 | Comprehensive | | 73030 | Shoulder 3-4V | | A4580 | Cast Shoe | |
| **ESTABLISHED PT OFF VISIT** | | | 73050 | AC Joint 2V | | L4350 | Ankle Brace | |
| 99212 | Focused | | 73060 | Humerus 2V | | L3908 | Wrist Brace | |
| 99213 | Expanded | | 73070 | Elbow 1-2V | | A4570 | Forearm Splint | |
| 99214 | Detailed | | 73080 | Elbow 3-4V | | L4360 | Walker Boot | |
| 99215 | Comprehensive | | 73090 | Forearm 2V | | L1332 | ACL Brace | |
| 99024 | Post Op F/U | | 73092 | Arm/Infant | | L3650 | Arm Sling | |
| 99358 | Nurse Visit | | 73100 | Wrist Ap/Lat | | A4550 | Minor Surg. Tray | |
| **CONSULTATIONS** | | | 73110 | Wrist 3-4V | | A9190 | Shwr Ct CVR L/A | |
| 99242 | Focused | | 73120 | Hand Ap/Lat | | L1906 | Aircast | |
| 99243 | Expanded | | 73130 | Hand 3-4V | | **MATERIALS** | | |
| 99244 | Detailed | | 73140 | Fingers Ap/Lat | | J1040 | Depo Medrol | |
| 99245 | Comprehensive | | 72040 | C-Spine 1-2V | | J3490 | Unclassified Drug | |
| **LOWER EXTREMITIES** | | | 72050 | C-Spine 3-4V | | A4590 | Cast Materials | |
| 73500 | Hip 1-2 V | | 72069 | Trunk Spine 1-2V | | A4649 | Suture Materials | |
| 73510 | Hip 3-4 V | | 72070 | T-Spine 1-2V | | **MISCELLANEOUS** | | |
| 72170 | Pelvis 1-2V | | 72072 | T-Spine 3-4V | | 15852 | Dressing Change | |
| 72190 | Pelvis 3-4V | | 72100 | L-Spine 1-2V | | 99080 | Med Rec/Rev | |
| 73550 | Femur Ap/Lat | | 72110 | L-Spine 3-4V | | 99080 | Narratives | |
| 73560 | Knee 1-2V | | 71020 | Chest 1-2V | | **MINOR SURGERY** | | |
| 73562 | Knee 3-4V | | 71021 | Chest 3-4V | | 20610 | Inj of Maj Joint | |
| 73564 | Knee 4-More V | | **CASTING & SUPPLIES** | | | 20605 | Inj of Min Joint | |
| 73590 | Tib/Fib Ap/Lat | | 29405 | Short Leg | | 20670 | Removal of Impla | |
| 73592 | Leg/Infant | | 29345 | Long Leg | | 20550 | Elbow Injection | |
| 73610 | Ankle 1-2V | | 29075 | Short Arm | | 20610 | Knee Injection | |
| 73620 | Foot 1-2V | | 29065 | Long Arm | | 20610 | Shoulder Inject | |
| 73630 | Foot 3-4V | | 29365 | Cylinder | | | | |
| 73650 | Heel/Os Calcis 2V | | 29125 | Short Arm Splint | | | | |
| 73660 | Toes 2V | | | Spica Splint/Cast | | | | |

**TODAY'S TOTAL:** $_____

ICD-9 _____

**PAYMENT:** $_____
CASH   CHECK   MONEY ORDER

**BALANCE:** $_____

OTHER PROCEDURES _99253 -222⁰⁰_
_(Hosp_
_Consult.)_

**BILLING NOTES:** _____

**ASSIGNMENT AND RELEASE:** I Hereby authorizes my insurance benefits to be paid directly to the treating physician. I am ultimately responsible for non-covered services and I authorize the physician to release any and information required to process the case.

**PATIENT SIGNATURE:** _____

**PHYSICIAN'S SIGNATURE:** _____

DATE: _9/15/0_

TAX ID # 74-2902455
LIC. #MDK0586

**OLIVER ACHLEITNER, M.D.P.A.**
800 West Jefferson, Suite 200
Brownsville, Texas 78520

PHONE (956) 982-6982
FAX (956) 982-0436

PATIENT: Gustavo Morales    ACCT.# MG0407    DATE: 9/19/01

PHONE: 504-0633    INSURANCE: Pvt. Pay    REFERRED BY: ____

| CPT | DESCRIPTION | FEE | CPT | DESCRIPTION | FEE | CPT | DESCRIPTION | FEE |
|---|---|---|---|---|---|---|---|---|
| **NEW PATIENT OFFICE VISIT** | | | **UPPER EXTREMITIES** | | | **CASTING (CONT.)** | | |
| 99202 | Focused | 95 00 | 73000 | Clavicle 2V | | 29015 | Long Arm Splint | |
| 99203 | Expanded | 95 00 | 73010 | Shoulder Blade | | 29515 | Short Leg Splint | |
| 99204 | Detailed | | 73020 | Shoulder 1-2V | | L3260 | Cast Shoe | |
| 99205 | Comprehensive | | 73030 | Shoulder 3-4V | | A4580 | Cast Shoe | |
| **ESTABLISHED PT OFF VISIT** | | | 73050 | AC Joint 2V | | L4350 | Ankle Brace | |
| 99212 | Focused | | 73060 | Humerus 2V | | L3908 | Wrist Brace | |
| 99213 | Expanded | | 73070 | Elbow 1-2V | | A4570 | Forearm Splint | |
| 99214 | Detailed | | 73080 | Elbow 3-4V | | L4360 | Walker Boot | |
| 99215 | Comprehensive | | 73090 | Forearm 2V | | L1832 | ACL Brace | |
| 99024 | Post Op F/U | | 73092 | Arm/Infant | | L3650 | Arm Sling | |
| 99358 | Nurse Visit | | 73100 | Wrist Ap/Lat | | A4550 | Minor Surg. Tray | |
| **CONSULTATIONS** | | | 73110 | Wrist 3-4V | | A9190 | Shwr Ct CVR L/A | |
| 99242 | Focused | | 73120 | Hand Ap/Lat | | L1906 | Aircast | |
| 99243 | Expanded | | 73130 | Hand 3-4V | | **MATERIALS** | | |
| 99244 | Detailed | | 73140 | Fingers Ap/Lat | | J1040 | Depo Medrol | |
| 99245 | Comprehensive | | 72040 | C-Spine 1-2V | | J3490 | Unclassified Drug | |
| **LOWER EXTREMITIES** | | | 72050 | C-Spine 3-4V | | A4590 | Cast Materials | |
| 73500 | Hip 1-2 V | | 72069 | Trunk Spine 1-2V | | A4649 | Suture Materials | |
| 73510 | Hip 3-4 V | | 72070 | T-Spine 1-2V | | **MISCELLANEOUS** | | |
| 72170 | Pelvis 1-2V | | 72072 | T-Spine 3-4V | | 15852 | Dressing Change | |
| 72190 | Pelvis 3-4V | | 72100 | L-Spine 1-2V | | 99080 | Med Rec/Rev | |
| 73550 | Femur Ap/Lat | | 72110 | L-Spine 3-4V | | 99080 | Narratives | |
| 73560 | Knee 1-2V | | 71020 | Chest 1-2V | | **MINOR SURGERY** | | |
| 73562 | Knee 3-4V | | 71021 | Chest 3-4V | | 20610 | Inj of Maj Joint | |
| 73564 | Knee 4-More V | | **CASTING & SUPPLIES** | | 14 00 | 20605 | Inj of Mtn Joint | |
| 73590 | Tib/Fib Ap/Lat | | 29405 | Short Leg | | 20670 | Removal of Impla | |
| 73592 | Leg/Infant | | 29345 | Long Leg | | 20550 | Elbow Injection | |
| 73610 | Ankle 1-2V | | 29075 | Short Arm | | 20610 | Knee Injection | |
| 73620 | Foot 1-2V | | 29065 | Long Arm | | 20610 | Shoulder Inject | |
| 73630 | Foot 3-4V | | 29365 | Cylinder | | | | |
| 73650 | Heel/Os Calcis 2V | | 29125 | Short Arm Splint | | | | |
| 73660 | Toes 2V | | | Spica Splint/Cast | | | | |

**TODAY'S TOTAL:**  $ 299 00

**PAYMENT:**  $ ____
  CASH  CHECK  MONEY ORDER

**BALANCE:**  $ ____

**BILLING NOTES:** ____

ICD-9  Contusion bot.

OTHER PROCEDURES  00628  $ 60 00

**ASSIGNMENT AND RELEASE:** I Hereby authorizes my insurance benefits to be paid directly to the treating physician. I am ultimately responsible for non-covered services and I authorize the physician to release any and information required to process the case.

PATIENT SIGNATURE: ____

PHYSICIAN'S SIGNATURE: ____    DATE: 9/19/01

# McROBERTS & COMPANY
**Records Retrieval Service**
**1225 Central Boulevard, #2002**
**Brownsville, Texas 78520**
**(956)541-1801**
**(956)541-1802 [FAX]**

**Records**
**Pertain to:**   **GUSTAVO MORALES**

**Records**   **VALLEY REGIONAL MEDICAL CENTER,**
**From:**      **BROWNSVILLE, TEXAS**

**Style of**   **IN RE THE COMPLAINT AND PETITION OF BROWN**
**Case:**      **WATER TOWING I, INC., ET AL**

**Cause No.:**   **B-01-157     IN THE UNITED STATES DISTRICT**
           **COURT FOR THE SOUTHERN DISTRICT OF TEXAS**

**Deliver to:**   **RAY R. MARCHAN**

           **ATTORNEY AT LAW**

           **1926 EAST ELIZABETH STREET**

           **BROWNSVILLE, TEXAS  78520**

___ Medical   **X** Billing   ___ Personnel   ___ **Business**

**TAXABLE COURT COSTS:**   _____

**Services:** **Subpoena** Duces Tecum * Notice of Intention * Questions & Answers * Affidavits
**Records: Medical * Business * Employment**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION | § | |
| OF BROWN WATERS TOWING I, INC. | § | |
| AS OWNER, AND BROWN WATER | § | |
| MARINE SERVICE INC., AS BAREBOAT | § | CIVIL ACTION NO. B-01-157 |
| CHATERER, OF THE BROWN WATER V., | § | |
| ITS ENGINES, TACKLE, ETC. IN A | § | |
| CAUSE OF EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

NOTICE TO TAKE DEPOSITION BY WRITTEN QUESTIONS

TO:     *Brown Water Towing I, Inc. as Owner and Brown Water Marine Service, Inc., as Bareboat Charterer of the Brown Water V, Its Engines, Tackle, Etc., in a Cause of Exoneration From or Limitation of Liability* being represented by:

Will W. Pierson
Royston, Rayzor, Vickery & Williams, L.L.P.
1700 Wilson Plaza West
606 North Carancahua
Corpus Christi, Texas   78476

and

Keith N. Uhles
James H. Hunter, Jr.
Royston, Rayzor, Vickery & Williams, L.L.P.
55 Cove Circle
Brownsville, Texas   78520

Page 1

*American Commercial Lines, LLC as Owner and American Barge Lines, LLC, as Charterer of the Barges NM-315, VLB-9182, VLB-9173* being represented by:

Les Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas   78471

and

Glenn Goodier
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue - 48th Street
New Orleans, Louisiana   70170-5100

*Southwestern Bell Telephone, L.P.* are represented by:

Geoffrey Amsel
1010 North St. Mary's Street, Room 1403
San Antonio, Texas   78215

*Laguna Madre Water District* are represented by:

Juan A. Magallanes
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Boulevard
Brownsville, Texas   78520

*State of Texas* is being represented by:

Mark Spansel and
Jack Gilbert
Margie Manzano Corbett
Office of the Attorney General
Transportation Division
PO Box 12548
Austin, Texas   78711-2548

and

Daryl G. Dursum
Adams & Reese, L.L.P.
4400 One Houston Center
1221 McKinney
Houston, Texas   77010

*Rolando Lee Moya, Alberto Leroy Moya, Antonio Salinas, Jr., and Roberto Espericueta* are being represented by:

Frank Enriquez
Roberto D. Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas   78504

*J. Antonio Mireles as Personal Representative of the Estate of Julio Cesar Morales, Juan Antonio Mireles and Soledad Gonzalez Mireles* are being represented by:

S. Mark Strawn
Schirrmeister Ajamie
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, Texas   77002

*Hector Martinez, Sr.* is being represented by:

Jim Hart
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas   77017

*Anita Harris, Individually ans as Next Friend of Victor Justin Harris, and as Representative of the Estate of Robert V. Harris* is being represented by:

Heriberto "Eddie" Medrano
Law Offices of Heriberto "Eddie" Medrano
1101 West Tyler
Harlingen, Texas   78550

---

Page 3

*Esteban Rivas and Miriam Rivas Individually and as Representatives of the Estate of Stvan Rivas* are represented by:

John David Franz
The Law Offices of John David Franz
400 North McColl
McAllen, Texas  78501

   and

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas  77381

*Estate of Robin Faye Leavell, Carol Leavell, Individually and as Representative of the Estate of Robin Faye Leavell, Ricky Leavell, Individually and as Representative of the Estate of Robin Faye Leavell* are represented by:

Steve Q. McManus
Law Office of McManus & Crane, L.L.P.
209 West Juan Linn
PO Box 2206
Victoria, Texas  77902-2206

*Omar Hinojosa, Individually and as Adminstrator of the Estate of Gaspar Hinojosa, Raquel Hinojosa, Clarissa Hinojosa and Gaspar Hinojosa, II* are being represented by:

Julian Rodriguez, Jr.
Attorney at Law
100 West Pecan
McAllen, Texas  78501

*Rene Mata and Frank Mata* are represented by:

Raymond Thomas and
Andres Gonzalez, Jr.
Kittleman, Thomas, Ramirez & Gonzalez, PLLC
4900-B North 10th Street
McAllen, Texas  78504

---
Page 4

Veronica Farias
The Law Office of Veronica Farias
2854 Boca Chica Boulevard
Brownsville, Texas   78520

Please take notice that twenty (20) days after service of this notice, a deposition by written questions will be taken of the Custodian of Records of those listed on Exhibit "A", attached hereto and incorporated herein for all purposes before a Notary Public in the State of Texas for McRoberts & Company, 1225 Central Boulevard, #2002, Brownsville, Texas, 78520.

Copies of the written questions to be asked are attached hereto.

As authorized by Rule 31 ext. of the Federal Rules of Civil Procedure, to the officer taking this deposition to issue a Subpoena in a Civil Case and cause it to be served on the witness to produce records, including but not limited to, Medical Records, Films, Film reports, hospital records, insurance records, billing records, office notes, reports and correspondence and any other such records from date of accident of 09/15/2001 forward in the possession, custody or control of said witness and every such record to which the witness may have access pertaining to GUSTAVO MORALES, DOB: 04/07/1965 and turn all such records to the officer taking this deposition so that photographic reproductions of the same may be made and attached to said deposition.

Respectfully submitted on behalf of,

Ray R. Marchan
Watts & Heard, L.L.P.
1926 East Elizabeth Street
Brownsville, Texas   78520

ATTORNEY FOR GUSTAVO MORALES

Page 5

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing Notice of Intention to take Deposition by Written Questions was mailed to the respective parties and/or attorney(s) of record by registered mail, postage prepaid, hand delivered or transmitted by telephonic document transfer on this 12' day of AUGUST 2002.

*Brown Water Towing I, Inc. as Owner and Brown Water Marine Service, Inc., as Bareboat Charterer of the Brown Water V, Its Engines, Tackle, Etc., in a Cause of Exoneration From or Limitation of Liability* being represented by:

VIA FAX:    (361)884-7261
AND REGULAR MAIL

Will W. Pierson
Royston, Rayzor, Vickery & Williams, L.L.P.
1700 Wilson Plaza West
606 North Carancahua
Corpus Christi, Texas  78476

and

VIA FAX:    (956)542-4370
AND REGULAR MAIL

Keith N. Uhles
James H. Hunter, Jr.
Royston, Rayzor, Vickery & Williams, L.L.P.
55 Cove Circle
Brownsville, Texas  78520

Page 6

*American Commercial Lines, LLC as Owner and American Barge Lines, LLC, as Charterer of the Barges NM-315, VLB-9182, VLB-9173* being represented by:

<u>VIA FAX:</u>    <u>(361)887-6521</u>
<u>AND REGULAR MAIL</u>

Les Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas   78471

     and

<u>VIA FAX:</u>    <u>(504)582-8010</u>
<u>AND REGULAR MAIL</u>

Glenn Goodier
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue - 48th Street
New Orleans, Louisiana   70170-5100

*Southwestern Bell Telephone, L.P.* are represented by:

<u>VIA FAX:</u>    <u>(210)222-7194</u>
<u>AND REGULAR MAIL</u>

Geoffrey Amsel
1010 North St. Mary's Street, Room 1403
San Antonio, Texas   78215

*Laguna Madre Water District* are represented by:

<u>VIA FAX:</u>    <u>(956)542-4290</u>
<u>AND REGULAR MAIL</u>

Juan A. Magallanes
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Boulevard
Brownsville, Texas   78520

*State of Texas* is being represented by:

VIA FAX:    (512)472-3855
AND REGULAR MAIL

Mark Spansel and
Jack Gilbert
Margie Manzano Corbett
Office of the Attorney General
Transportation Division
PO Box 12548
Austin, Texas   78711-2548

        and

VIA FAX:    (713)652-5152
AND REGULAR MAIL

Daryl G. Dursum
Adams & Reese, L.L.P.
4400 One Houston Center
1221 McKinney
Houston, Texas   77010

*Rolando Lee Moya, Alberto Leroy Moya, Antonio Salinas, Jr., and Roberto Espericueta* are being represented by:

VIA FAX:    (956)618-5064
AND REGULAR MAIL

Frank Enriquez
Roberto D. Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas   78504

*J. Antonio Mireles as Personal Representative of the Estate of Julio Cesar Morales, Juan Antonio Mireles and Soledad Gonzalez Mireles* are being represented by:

<u>VIA FAX:</u>    <u>(713)860-1699</u>
<u>AND REGULAR MAIL</u>

S. Mark Strawn
Schirrmeister Ajamie
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, Texas   77002

*Hector Martinez, Sr.* is being represented by:

<u>VIA FAX:</u>    <u>(713)643-6226</u>
<u>AND REGULAR MAIL</u>

Jim Hart
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas   77017

*Anita Harris, Individually ans as Next Friend of Victor Justin Harris, and as Representative of the Estate of Robert V. Harris* is being represented by:

<u>VIA FAX:</u>    <u>(956)428-2495</u>
<u>AND REGULAR MAIL</u>

Heriberto "Eddie" Medrano
Law Offices of Heriberto "Eddie" Medrano
1101 West Tyler
Harlingen, Texas   78550

*Esteban Rivas and Miriam Rivas Individually and as Representatives of the Estate of Stvan Rivas* are represented by:

<u>VIA FAX:</u>     <u>(956)686-3570</u>
<u>AND REGULAR MAIL</u>

John David Franz
The Law Offices of John David Franz
400 North McColl
McAllen, Texas   78501

and

<u>VIA FAX:</u>     <u>(281)367-3703</u>
<u>AND REGULAR MAIL</u>

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas   77381

*Estate of Robin Faye Leavell, Carol Leavell, Individually and as Representative of the Estate of Robin Faye Leavell, Ricky Leavell, Individually and as Representative of the Estate of Robin Faye Leavell* are represented by:

<u>VIA FAX:</u>     _____
<u>AND REGULAR MAIL</u>

Steve Q. McManus
Law Office of McManus & Crane, L.L.P.
209 West Juan Linn
PO Box 2206
Victoria, Texas   77902-2206

*Omar Hinojosa, Individually and as Adminstrator of the Estate of Gaspar Hinojosa, Raquel Hinojosa, Clarissa Hinojosa and Gaspar Hinojosa, II* are being represented by:

VIA FAX:    (956)682-4544
AND REGULAR MAIL

Julian Rodriguez, Jr.
Attorney at Law
100 West Pecan
McAllen, Texas   78501

*Rene Mata and Frank Mata* are represented by:

VIA FAX:    _____
AND REGULAR MAIL

Raymond Thomas and
Andres Gonzalez, Jr.
Kittleman, Thomas, Ramirez & Gonzalez, PLLC
4900-B North 10th Street
McAllen, Texas   78504

VIA FAX:    _____
AND REGULAR MAIL

Veronica Farias
The Law Office of Veronica Farias
2854 Boca Chica Boulevard
Brownsville, Texas   78520

By:    _____

Jacqueline M. Trevino
McRoberts & Company
Records Retrieval Service
PO Box 4836
1225 Central Boulevard, #2002
Brownsville, Texas 78523-4836
(956)541-1801
(956)541-1802 - [FAX]

Page 11

**EXHIBIT "A"**

**GUSTAVO MORALES**
**Medical and Billing Records:**

1.      Valley Regional Medical Center
        100 East Alton Gloor Boulevard
        Brownsville, Texas   78520
        Account No. 315033

2.      Dr. L. R. Pelly
        PO Box 3190
        Brownsville, Texas   78523-3190
        Account No. 024240

3.      Dr. Oliver Achleitner
        800 West Jefferson, Suite 200
        Brownsville, Texas   78520
        (956)982-6798

4.      Dr. H. David Feltoon
        Feltoon & Associates
        8025 Chalk Knoll
        Austin, Texas   78735
        (512)750-7164


**Billing Records:**

5.      Dr. Ana Gutierrez
        1313 Alton Gloor Boulevard, Suite C
        Brownsville, Texas   78521
        Account No. 0315033

AO 88 (Rev 1/94) Subpoena in a Civil Case

## Issued by the

# UNITED STATES DISTRICT COURT

SOUTHERN ——————————— DISTRICT OF ——— TEXAS

### BROWNSVILLE DIVISION

IN RE THE COMPLAINT & PETITION OF
BROWN WATER TOWING I, ONC. ET AL.

## SUBPOENA IN A CIVIL CASE

CASE NUMBER: B-01-157

TO:     CUSTODIAN OF RECORDS
        VALLEY REGIONAL MEDICAL CENTER
        100 ALTON GLOOR BLVD., BROWNSVILLE, TEXAS   78523

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):   ANY AND ALL BILLING RECORDS PERTAINIG

TO
GUSTAVO MORALES, DOB: 04/07/65, DOA: 09/15.01 FORWARD

| PLACE | DATE AND TIME |
|---|---|
| PLACE OF BUSINESS OF ABOVE NAMED WITNEE | I STANTER |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* | JUNE 22, 2002 |

ISSUING OFFICER S NAME ADDRESS AND PHONE NUMBER
RAY R. MARCHAN, 1926 EAST ELIZABETH STREET, BROWNSVILLE, TEXAS   78520

(See Rule 45 Federal Rules of Civil Procedure Parts C & D on Reverse)

If action is pending in district other than district of issuance. state district under case number

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE THE COMPLAINT AND PETITION     §
OF BROWN WATERS TOWING I, INC.       §
AS OWNER, AND BROWN WATER            §
MARINE SERVICE INC., AS BAREBOAT     §     CIVIL ACTION NO. B-01-157
CHATERER, OF THE BROWN WATER V.,     §
ITS ENGINES, TACKLE, ETC. IN A       §
CAUSE OF EXONERATION FROM OR         §
LIMITATION OF LIABILITY              §

DIRECT QUESTIONS TO BE PROPOUNDED TO
THE CUSTODIAN OF BILLING RECORDS FOR:

VALLEY REGIONAL MEDICAL CENTER, BROWNSVILLE, TEXAS

1.     Please state your full name, occupation and official title.

ANSWER:     _Minerva Coronado   Patient Access Director_

2.     Have you been served with a subpoena for the production of billing records in connection

       with an accident that occurred on September 15, 2001 pertaining to GUSTAVO MORALES,

       DOB: 04/07/1965?

ANSWER:     _Yes_

3.     Please state whether or not you are the Custodian of Billing Records for VALLEY

       REGIONAL MEDICAL CENTER.

ANSWER:     _Yes_

4.     Please state whether or not you have in your custody or subject to your control of the billing

       records pertaining to GUSTAVO MORALES.

ANSWER:     _Yes_

Page 1

5.   Please hand to the Notary Public taking this deposition a complete copy of such billing records pertaining to GUSTAVO MORALES.

ANSWER:   _____Yes_____

6.   Please state whether or not you can verify that the records you have furnished to the Notary Public in response to the foregoing questions are a complete and accurate copy of the records of VALLEY REGIONAL MEDICAL CENTER pertaining to GUSTAVO MORALES.

ANSWER:   _____Yes_____

7.   Please state whether or not the records you have furnished to the Notary Public in response to question No. 5 pertaining to GUSTAVO MORALES were kept in the regular course of business of VALLEY REGIONAL MEDICAL CENTER.

ANSWER:   _____Yes_____

8.   Please state whether or not it was the regular course of business of VALLEY REGIONAL MEDICAL CENTER for an employee or representative of VALLEY REGIONAL MEDICAL CENTER, with knowledge of the act, event, condition, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record.

ANSWER:   _____Yes_____

9.   Please state whether or not the billing records you have furnished to the notary public in response to the foregoing inquiries were made at or near the time of the act which is recorded or reasonably soon thereafter.

ANSWER:   _____Yes_____

Page 2

10.     Please state the full amount of the charges for the treatment or service provided to GUSTAVO MORALES for injuries sustained on September 15, 2001.

ANSWER: _____ $11,127.50 _____

11.     Please state whether or not such treatment or service provided to GUSTAVO MORALES was necessary.

ANSWER: _____ I am only custodian of billing records. _____

12.     State whether or not such charges were reasonable at the time and place that the treatment or service was provided.

ANSWER: _____ Yes, to the best of my knowledge. _____

13.     Please state whether or not such charges are reasonable for like or similar services rendered in the vicinity in which they were incurred.

ANSWER: _____ Yes to the best of my knowledge. _____

_____

WITNESS (CUSTODIAN OF BILLING RECORDS)

## CERTIFICATE OF SERVICE

Before me, the undersigned authority, on this day personally appeared  _Minerva Coronado._ , Custodian of Billing Records for DR. ANA

GUTIERREZ, known to me to be the person whose name is subscribed to the foregoing instrument

in the capacity therein stated, and being duly sworn, acknowledged to me that the answers to the

foregoing questions are true as stated. I further certify that the records attached hereto are exact

duplicates of the original records.

SWORN TO AND SUBSCRIBED BEFORE ME this the _8th_ day of

_October_ , 2002.

ANABEL CISNEROS
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 10-20-2003

NOTARY PUBLIC IN AND FOR THE STATE OF
TEXAS

Page 4

```
PATIENT NO:          315033   V...LEY REGIONAL MED CTR   BILLING DATE   PAGE   1    00187
MED REC NO:           92478   P O BOX 406655            09/19/01
GUARANTOR NO:                 ATLANTA, GA 30384-6655
PATIENT:                      956-350-7436              ADMITTED    DISCHARGED
MORALES GUSTAVO ADOLFO                                  09/15/01    09/16/01
```

BILL TO:

```
    MORALES GUSTAVO ADOLFO         OUTPATIENT                    FC=99
    584 JOSE MARTI BLVD #207       ADMIT THRU DISCHARGE CLAIM
    BROWNSVILLE    TX
    78520
```

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| **250-PHARMACY** | | | | | | | | |
| 091501 | 15B661 | 0712 | | 300766 | 33243440 | 1 | TORADOL 30MG/ML | 47.50 |
| 091501 | 15B680 | 0712 | | 300766 | 33243440 | 1 | TORADOL 30MG/ML | 47.50 |
| 091501 | 15B657 | 0712 | | 301582 | 8034101 | 1 | DIP-TET PEDI-ADULT | 20.00 |
| | | | | | | | SUBTOTAL: | 115.00 |
| **259-PHARMACY SELF ADM** | | | | | | | | |
| 091501 | 15B679 | 0712 | | 300537 | 186074228 | 1 | LOSEC 20MG CAP | 19.50 |
| 091501 | 15B679 | 0712 | | 302928 | 25152031 | 1 | CELEBRIX 100MG | 5.50 |
| 091501 | 15B699 | 0712 | | 302928 | 25152031 | 1 | CELEBRIX 100MG | 5.50 |
| 091501 | 15B680 | 0712 | | 305057 | 51079032220 | 2 | DARVOCET-N 100MGTAB | 11.00 |
| 091501 | 15B699 | 0712 | | 305057 | 51079032220 | 2 | DARVOCET-N 100MGTAB | 11.00 |
| | | | | | | | SUBTOTAL: | 52.50 |
| **270-MED SUR SUPPLIES** | | | | | | | | |
| 091501 | 15B689 | 0718 | | 371205 | | 1 | TRAY FOLEY CATH 16FR | 92.00 |
| 091501 | 15B689 | 0718 | | 380115 | | 1 | CONROL A FLO INTERLINK | 37.00 |
| 091501 | 15B689 | 0718 | | 380120 | | 1 | SOLUTION BASIC INTERLI | 26.50 |
| 091501 | 15B689 | 0718 | | 390519 | | 1 | URINE STICK COMP SET | 13.00 |
| 091501 | 15B702 | 0754 | | 950305 | | 8 | O2 PER HOUR | 148.00 |
| | | | | | | | SUBTOTAL: | 316.50 |
| **301-CHEMISTRY** | | | | | | | | |
| 091501 | 15B655 | 0736 | | 800480 | 80048 | 1 | BASIC METABOLIC PANEL | 234.00 |
| | | | | | | | SUBTOTAL: | 234.00 |
| **302-IMMUNOLOGY** | | | | | | | | |
| 091501 | 15B655 | 0736 | | 860168 | 86850 | 1 | ANTIBODY SCREEN EA | 106.50 |
| 091501 | 15B655 | 0736 | | 860680 | 86920 | 2 | CROSSMATCH IMM SPIN | 162.00 |
| 091501 | 15B655 | 0736 | | 860800 | 86900 | 1 | ABO TYPE | 59.00 |
| 091501 | 15B655 | 0736 | | 861001 | 86901 | 1 | RH TYPE | 59.00 |
| | | | | | | | SUBTOTAL: | 386.50 |
| **305-HEMATOLOGY** | | | | | | | | |
| 091501 | 15B688 | 0736 | | 850144 | 85014 | 1 | HEMATOCRIT | 46.00 |
| 091501 | 15B701 | 0736 | | 850144 | 85014 | 1 | HEMATOCRIT | 46.00 |

INSURANCE BENEFITS ASSIGNED TO
VALLEY REGIONAL MEDICAL CENTER

001

```
PATIENT NO:        315033   VALLEY REGIONAL MED CTR   BILLING DATE   PAGE   2   00187
MED REC NO:         92478   P O BOX 406655            09/19/01
GUARANTOR NO:               ATLANTA, GA 30384-6655
PATIENT:                    956-350-7436             ADMITTED    DISCHARGED
MORALES GUSTAVO ADOLFO                               09/15/01    09/16/01
```

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 091501 | 15B688 | 0736 | | 850188 | 85018 | 1 | HEMOGLOBIN | 46.00 |
| 091501 | 15B701 | 0736 | | 850188 | 85018 | 1 | HEMOGLOBIN | 46.00 |
| 091501 | 15B655 | 0736 | | 850231 | 85023 | 1 | CBC PLATELET MANUAL DI | 146.00 |
| 091501 | 15B655 | 0736 | | 856106 | 85610 | 1 | PROTIME | 105.00 |
| 091501 | 15B655 | 0736 | | 857301 | 85730 | 1 | PTT | 89.00 |
| | | | | | | | SUBTOTAL: | 524.00 |
| 307-UROLOGY | | | | | | | | |
| 091501 | 15B659 | 0736 | | 810010 | 81001 | 1 | UA W MICRO AUTO | 74.50 |
| | | | | | | | SUBTOTAL: | 74.50 |
| 320-DX X-RAY | | | | | | | | |
| 091501 | 15B671 | 0728 | | 720401 | 72040 | 1 | XR C-SPINE AP&LATERAL | 312.50- |
| 091501 | 15B658 | 0728 | | 720401 | 72040 | 1 | XR C-SPINE AP&LATERAL | 312.50 |
| 091501 | 15B663 | 0728 | | 720501 | 72050 | 1 | XR C-SPINE 4+V | 283.00 |
| 091501 | 15B658 | 0728 | | 721906 | 72190 | 1 | XR PELVIS 3 + V | 309.50 |
| 091501 | 15B658 | 0728 | | 735508 | 73550 | 1 | XR FEMUR AP & LATERAL | 271.00 |
| 091501 | 15B658 | 0728 | | 736101 | 73610 | 1 | XR ANKLE 3+V | 245.00 |
| 091501 | 15B692 | 0728 | | 736102 | 73610 | 1 | XR ANKLE 3+V | 245.00 |
| 091501 | 15B692 | 0728 | | 736306 | 73630 | 1 | XR FOOT 3+V | 242.00 |
| 091501 | 15B658 | 0728 | | 740005 | 74000 | 1 | XR ABDOMEN AP (KUB) | 215.00 |
| | | | | | | | SUBTOTAL: | 1810.50 |
| 324-RADIOLOGY CHEST | | | | | | | | |
| 091501 | 15B658 | 0728 | | 710101 | 71010 | 1 | XR CHEST 1V | 192.50 |
| | | | | | | | SUBTOTAL: | 192.50 |
| 352-BODY SCAN | | | | | | | | |
| 091501 | 15B658 | 0726 | | 712501 | 71250 | 1 | CT-CHEST W/O CONTRAST | 1451.00 |
| 091501 | 15B658 | 0726 | | 721924 | 72192 | 1 | CT PELVIS W/O CONTRAST | 1301.00 |
| 091501 | 15B658 | 0726 | | 741502 | 74150 | 1 | CT ABDOMEN WO/ CONTRAS | 1857.00 |
| | | | | | | | SUBTOTAL: | 4609.00 |
| 450-EMERG ROOM | | | | | | | | |
| 091501 | 18B917 | 0780 | | 992910 | 99291 | 1 | CRITICAL CARE | 1167.00 |
| | | | | | | | SUBTOTAL: | 1167.00 |
| 636-DRUGS REQ HCPCS INDENT | | | | | | | | |
| 091501 | 15B679 | 0712 | | 300157 | 338004904 | 2 | IV-NS 1000ML | .00 |
| 091501 | 15B690 | 0712 | | 300157 | 338004904 | 1 | IV-NS 1000ML | .00 |
| | | | | | | | SUBTOTAL: | .00 |
| 762-OBSERVATION ROOM | | | | | | | | |
| 091501 | 19B953 | 0630 | | 902032 | 99218 | 19 | PCU OBSERV HR | 411.00 |
| | | | | | | | SUBTOTAL: | 411.00 |

```
INSURANCE BENEFITS ASSIGNED TO
VALLEY REGIONAL MEDICAL CENTER
```

C02

```
PATIENT NO:        315033   VALLEY REGIONAL MED CTR   BILLING DATE   PAGE   3   00187
MED REC NO:        92478    P O BOX 406655             09/19/01
GUARANTOR NO:               ATLANTA, GA 30384-6655
PATIENT:                    956-350-7436               ADMITTED    DISCHARGED
MORALES GUSTAVO ADOLFO                                 09/15/01    09/16/01
```

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| **259-PHARMACY SELF ADM** | | | | | | | | |
| 091601 | 16B739 | 0712 | | 300537 | 186074228 | 1 | LOSEC 20MG CAP | 19.50 |
| 091601 | 16B741 | 0712 | | 302853 | 51079036430 | 1 | MOM 30CC DOSE ORLQ | .50 |
| 091601 | 16B739 | 0712 | | 302928 | 25152031 | 2 | CELEBRIX 100MG | 11.00 |
| 091601 | 16B714 | 0712 | | 305057 | 51079032220 | 2 | DARVOCET-N 100MGTAB | 11.00 |
| 091601 | 16B750 | 0712 | | 305057 | 51079032220 | 1 | DARVOCET-N 100MGTAB | 5.50 |
| | | | | | | | SUBTOTAL: | 47.50 |
| **270-MED SUR SUPPLIES** | | | | | | | | |
| 091601 | 17B776 | 0754 | | 950101 | | 1 | O2 STANDBY | 39.50 |
| 091601 | 16B717 | 0754 | | 950305 | | 8 | O2 PER HOUR | 148.00 |
| | | | | | | | SUBTOTAL: | 187.50 |
| **301-CHEMISTRY** | | | | | | | | |
| 091601 | 16B716 | 0736 | | 800480 | 80048 | 1 | BASIC METABOLIC PANEL | 234.00 |
| | | | | | | | SUBTOTAL: | 234.00 |
| **305-HEMATOLOGY** | | | | | | | | |
| 091601 | 16B716 | 0736 | | 850240 | 85025 | 1 | CBC PLATELET AUTO DIFF | 129.50 |
| | | | | | | | SUBTOTAL: | 129.50 |
| **324-RADIOLOGY CHEST** | | | | | | | | |
| 091601 | 16B742 | 0728 | | 710203 | 71020 | 1 | XR CHEST 2V | 225.00 |
| | | | | | | | SUBTOTAL: | 225.00 |
| **636-DRUGS REQ HCPCS INDENT** | | | | | | | | |
| 091601 | 16B754 | 0712 | | 300157 | 338004904 | 2 | IV-NS 1000ML | .00 |
| 091601 | 16B740 | 0712 | | 300157 | 338004904 | 2 | IV-NS 1000ML | .00 |
| | | | | | | | SUBTOTAL: | .00 |
| **762-OBSERVATION ROOM** | | | | | | | | |
| 091601 | 19B953 | 0630 | | 902032 | 99218 | 14 | PCU OBSERV HR | 411.00 |
| | | | | | | | SUBTOTAL: | 411.00 |

```
                                      TOTAL ANCILLARY CHARGES     11127.50


                                              TOTAL CHARGES       11127.50
                                              PAYMENTS                 .00
                                              ADJUSTMENTS              .00
                                              BALANCE             11127.50
```

INSURANCE BENEFITS ASSIGNED TO
VALLEY REGIONAL MEDICAL CENTER

```
PATIENT NO:        315033   VALLEY REGIONAL MED CTR   BILLING DATE     PAGE   4   00187
MED REC NO:         92478   P O BOX 406655            09/19/01
GUARANTOR NO:               ATLANTA, GA 30384-6655
PATIENT:                    956-350-7436             ADMITTED    DISCHARGED
MORALES GUSTAVO ADOLFO                               09/15/01    09/16/01
```

```
                    DEPARTMENTAL CHARGE SUMMARY
             DEPT        DESCRIPTION              AMOUNT

             0630    POST ICU                      822.00
             0712    PHARMACY                      215.00
             0718    CENTRAL SUPPLY                168.50
             0726    CAT SCAN                    4,609.00
             0728    RADIOLOGY                   2,228.00
             0736    CLINICAL LABORATORY         1,582.50
             0754    RESPIRATORY THERAPY           335.50
             0780    EMERGENCY ROOM              1,167.00


         TOTAL CHARGES:      11,127.50
         TOTAL PAYMENTS:           .00
         TOTAL ADJUST:            .00
```

ANA GUTIERREZ, M.D.
1313 ALTON GLOOR BLVD., STE C
BROWNSVILLE TX  78521

Account No. 0315033
Statement Date 10/24/0_
Total Due  97.75
Amount Enclosed

THESE CHARGES WERE NOT INCLUDED
IN YOUR HOSPITAL BILL.

BILLING INQUIRIES    956-550-8944

GUSTAVO O MORALES
584 JOSE MARTI BLVD #207
BROWNSVILLE TX 78520

ANA GUTIERREZ, M.D.
1313 ALTON GLOOR BLVD, STE C
BROWNSVILLE TX  78521

Patient    GUSTAVO O MORALES

REFERRED BY DR. WONG

SERVICES RENDERED AT
COLUMBIA VALLEY MED CT

— Please detach top portion of this statement —
and return with your payment

H 956-504-0633    1 01 D

| Date | Service Code | Service Rendered | Ins Filed | Code | Charge | Paid |
|------|--------------|------------------|-----------|------|--------|------|
| 9/15/01 | 80048 | BASIC METABOLIC PANEL | | OP | 11.20 | |
| 9/15/01 | 86850 | ANTIBODY SCREEN | | OP | 6.70 | |
| 9/15/01 | 86921 | CROSSMATCH MAJOR, INCUBATION | | OP | 15.90 | |
| 9/15/01 | 86900 | BLOOD GP (ABO) | | OP | 6.00 | |
| 9/15/01 | 86901 | BLOOD TYPING; RH | | OP | 5.25 | |
| 9/15/01 | 85014 | HEMATOCRIT | | OP | 2.60 | |
| 9/15/01 | 85014 | HEMATOCRIT | | OP | 2.60 | |
| 9/15/01 | 85018 | HEMAGLOBIN | | OP | 2.90 | |
| 9/15/01 | 85018 | HEMAGLOBIN | | OP | 2.90 | |
| 9/15/01 | 85023 | CBC, AUTO W/MANUAL DIFF | | OP | 8.20 | |
| 9/15/01 | 85610 | PROTIME | | OP | 5.60 | |
| 9/15/01 | 85730 | PTT, PARTIAL THROMBOPLASTIN TIME | | OP | 6.70 | |
| 9/15/01 | 81001 | UA, AUTO W/MICRO | | OP | 4.10 | |
| 9/16/01 | 80048 | BASIC METABOLIC PANEL | | OP | 11.20 | |
| 9/16/01 | 85025 | CBC | | OP | 5.90 | |

Causeway Collapse
000207296-000744

S Number 2541090

PAYABLE IN FULL UPON RECEIPT, UNLESS
PRIOR ARRANGEMENTS HAVE BEEN MADE.

Please Pay
This Amount

97.75

THIS ACCOUNT IS NOW PAST DUE AND NEEDS PROMPT ATTENTION.  PLEASE CONTACT
OUR OFFICE IMMEDIATELY OR REMIT BALANCE IN FULL WITHIN TEN DAYS.

ANA GUTIERREZ, M.D.

ACCT # 0315033
BILLING INQUIRIES    956-550-8944

Case 1:01-cv-00157 Document 273-14 Filed in TXSD on 09/28/2004 Page 37 of 40

MORALES GUST 00000031503 101870000112250

291

**VALLEY REGIONAL MED CTR**
**500 KAUFMAN-STRAUS BLDG**
**400 SOUTH 4TH AVE.**
**LOUISVILLE, KY 40202**

| | |
|---|---|
| **STATEMENT DATE** | **PAGE 1 OF 2** |
| 09/22/01 | |
| | **AMOUNT DUE** |
| | **$11,127.50** |

| ACCOUNT NUMBER | PATIENT NAME | STATEMENT PERIOD |
|---|---|---|
| 315033 | MORALES GUSTAVO ADOLFO | OUTPATIENT 09/15/01 TO 09/16/01 |

MORALES GUSTAVO ADOLFO
584 JOSE MARTI BLVD #207
BROWNSVILLE TX 78526

**MAIL PAYMENT TO**

**VALLEY REGIONAL MEDICAL**
**00187**
**P.O. BOX 31172**
**TAMPA, FL 33631-1172**

TO RECEIVE PROPER CREDIT, PLEASE RETURN THIS PORTION WITH YOUR PAYMENT
NOTE: SHOULD YOU WISH TO PAY BY CREDIT CARD, SEE AUTHORIZATION NOTICE ON THE BACK.

   

## SUMMARY OF ACCOUNT

**VALLEY REGIONAL MED CTR**
**500 KAUFMAN-STRAUS BLDG**
**400 SOUTH 4TH AVE.**
**LOUISVILLE, KY 40202**

**STATEMENT DATE** 09/22/01

| STATEMENT PERIOD | PATIENT NAME | ACCOUNT NUMBER |
|---|---|---|
| 09/15/01 TO 09/16/01 | MORALES GUSTAVO ADOLFO | 315033 |

THE INSURANCE CLAIMS OUTSTANDING REPRESENTS OUR ESTIMATE OF INSURANCE LIABILITY BASED ON OUR BEST INFORMATION

| ACCOUNT BALANCE LAST STATEMENT | NEW CHARGES OR ADJUSTMENTS | NEW PAYMENTS OR CREDITS | NEW ACCOUNT ADJUSTMENTS | INSURANCE CLAIMS OUTSTANDING | AMOUNT DUE |
|---|---|---|---|---|---|
| 0.00 | 11127.50 | 0.00 | 0.00 | 0.00 | $11,127.50 |

(877) 452.0017

| DATE | DESCRIPTION | UNITS | AMOUNT | DATE | DESCRIPTION | UNITS | AMOUNT |
|---|---|---|---|---|---|---|---|
| *09/16/01 | OUTPATIENT SERVICES | | | *09/15/01 | IV-NS 1000ML | 2 | 0.00 |
| *09/16/01 | IV-NS 1000ML | 1 | .00 | *09/15/01 | LOSEC 20MG CAP | 1 | 19.50 |
| *09/16/01 | TORADOL 30MG/ML | 2 | 95.00 | *09/15/01 | DIP-TET PEDI-ADULT | 1 | 20.00 |
| *09/16/01 | CELEBRIX 100MG | 2 | 11.00 | *09/15/01 | DARVOCET-N 100MGTAB | 4 | 22.00 |
| *09/16/01 | TRAY FOLEY CATH 16FR | 1 | 92.00 | *09/15/01 | CONROL A FLO INTERLINK | 1 | 37.00 |
| *09/16/01 | SOLUTION BASIC INTERLINK | 1 | 26.50 | *09/15/01 | URINE STICK COMP SET | 1 | 13.00 |
| *09/15/01 | XR CHEST 1V | 1 | 192.50 | *09/15/01 | CT-CHEST W/O CONTRAST | 1 | 1,451.00 |
| *09/15/01 | XR C-SPINE AP&LATERAL | 1 | 312.50- | *09/15/01 | XR C-SPINE AP&LATERAL | 1 | 312.50 |
| *09/15/01 | XR C-SPINE 4+V | 1 | 283.00 | *09/15/01 | XR PELVIS 3 + V | 1 | 309.50 |
| *09/15/01 | CT PELVIS W/O CONTRAST | 1 | 1,301.00 | *09/15/01 | XR FEMUR AP & LATERAL | 1 | 271.00 |
| *09/15/01 | XR ANKLE 3+V | 1 | 245.00 | *09/15/01 | XR ANKLE 3+V | 1 | 245.00 |
| *09/15/01 | XR FOOT 3+V | 1 | 242.00 | *09/15/01 | XR ABDOMEN AP (KUB) | 1 | 215.00 |
| *09/15/01 | CT ABDOMEN WO/ CONTRAST | 1 | 1,857.00 | *09/15/01 | BASIC METABOLIC PANEL | 1 | 234.00 |
| *09/15/01 | UA W MICRO AUTO | 1 | 74.50 | *09/15/01 | HEMATOCRIT | 2 | 92.00 |
| *09/15/01 | HEMOGLOBIN | 2 | 92.00 | *09/15/01 | CBC PLATELET MANUAL DIFF | 1 | 146.00 |
| *09/15/01 | PROTIME | 1 | 105.00 | *09/15/01 | PTT | 1 | 89.00 |
| *09/15/01 | ANTIBODY SCREEN EA | 1 | 106.50 | *09/15/01 | CROSSMATCH IMM SPIN | 2 | 162.00 |
| *09/15/01 | ABO TYPE | 1 | 59.00 | *09/15/01 | RH TYPE | 1 | 59.00 |
| *09/15/01 | PCU OBSERV HR | 19 | 411.00 | *09/15/01 | O2 PER HOUR | 8 | 148.00 |
| *09/15/01 | CRITICAL CARE | 1 | 167.00 | *09/16/01 | IV-NS 1000ML | 2 | 0.00 |
| *09/16/01 | IV-NS 1000ML | 2 | .00 | *09/16/01 | LOSEC 20MG CAP | 1 | 19.50 |
| *09/16/01 | MOM 30CC DOSE ORLQ | 1 | .50 | *09/16/01 | CELEBRIX 100MG | 2 | 11.00 |
| *09/16/01 | DARVOCET-N 100MGTAB | 3 | 16.50 | *09/16/01 | XR CHEST 2V | 1 | 225.00 |
| *09/16/01 | BASIC METABOLIC PANEL | 1 | 234.00 | *09/16/01 | CBC PLATELET AUTO DIFF | 1 | 129.50 |
| *09/16/01 | PCU OBSTNDBY HR | 14 | 411.00 | *09/16/01 | O2 STANDBY HR | 1 | 39.50 |
| *09/16/01 | O2 PER HOUR | 8 | 148.00 | | TOTAL CHARGES | | 11,127.50 |
| | | | | | ACCOUNT BALANCE | | 11,127.50 |
| | | | | | DUE FROM PATIENT | | 11,127.50 |

* INDICATES NEW ITEMS SINCE LAST STATEMENT

**IF YOU HAVE QUESTIONS REGARDING YOUR ACCOUNT, PLEASE CALL: 877-451-0017**
**HOURS OF OPERATION MON-FRI 8AM-5PM EST**

THANK YOU FOR THE OPPORTUNITY TO SERVE YOU. PLEASE PAY THE AMOUNT NOW
DUE INDICATED ABOVE. WE ACCEPT ALL MAJOR CREDIT CARDS.

**Causeway Collapse**
**000207296-000745**

THIS BILL IS FOR HOSPITAL SERVICES ONLY
PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

VALLEY REGIONAL MED CTR

STATEMENT DATE | PAGE 2 OF 2

| ACCOUNT NUMBER | PATIENT NAME | STATEMENT PERIOD | AMOUNT DUE |
|---|---|---|---|
| 315033 | MORALES GUSTAVO ADOLFO | | |

MAIL PAYMENT TO

TO RECEIVE PROPER CREDIT, PLEASE RETURN THIS PORTION WITH YOUR PAYMENT
NOTE: SHOULD YOU WISH TO PAY BY CREDIT CARD, SEE AUTHORIZATION NOTICE ON THE BACK.

 

## SUMMARY OF ACCOUNT

 

VALLEY REGIONAL MED CTR
500 KAUFMAN-STRAUS BLDG
400 SOUTH 4TH AVE.
LOUISVILLE, KY   40202

STATEMENT DATE   09/22/01

| STATEMENT PERIOD | PATIENT NAME | ACCOUNT NUMBER |
|---|---|---|
| 09/15/01 TO 09/16/01 | MORALES GUSTAVO ADOLFO | 315033 |

THE INSURANCE CLAIMS OUTSTANDING REPRESENTS OUR ESTIMATE
OF INSURANCE LIABILITY BASED ON OUR BEST INFORMATION

| ACCOUNT BALANCE LAST STATEMENT | NEW CHARGES OR ADJUSTMENTS | NEW PAYMENTS OR CREDITS | NEW ACCOUNT ADJUSTMENTS | INSURANCE CLAIMS OUTSTANDING | AMOUNT DUE |
|---|---|---|---|---|---|
| 0.00 | 11127.50 | 0.00 | 0.00 | 0.00 | $11,127.50 |

| DATE | DESCRIPTION | UNITS | AMOUNT | DATE | DESCRIPTION | UNITS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 09/20/01 | MEDICAID: PENDING  BILLED | | | | | | |

* INDICATES NEW ITEMS SINCE LAST STATEMENT

IF YOU HAVE QUESTIONS REGARDING YOUR ACCOUNT, PLEASE CALL: 877-451-0017

THANK YOU FOR THE OPPORTUNITY TO SERVE YOU. PLEASE PAY THE AMOUNT NOW
DUE INDICATED ABOVE. WE ACCEPT ALL MAJOR CREDIT CARDS.

Causeway Collapse
000207296-000746

THIS BILL IS FOR HOSPITAL SERVICES ONLY
PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

```
PATIENT NO:          315033    VALLEY REGIONAL MED CTR    BILLING DATE    PAGE    1
MED REC NO:           92478    P O BOX 406655                09/19/01
GUARANTOR NO:                  ATLANTA, GA 30384-6655
PATIENT:                       956-350-7436                  ADMITTED       DISCHARGED
MORALES GUSTAVO ADOLFO                                        09/15/01       09/16/01


BILL TO:
    MORALES GUSTAVO ADOLFO              OUTPATIENT                  FC=99
    584 JOSE MARTI BLVD #207            ADMIT THRU DISCHARGE CLAIM
    BROWNSVILLE      TX
    78520
```

| DATE OF<br>SERVICE | BATCH<br>REF | DEPT | F<br>S | PROC | NDC/CPT-4/<br>HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| **250-PHARMACY** | | | | | | | | |
| 091501 | 15B661 | 0712 | | 300766 | 33243440 | 1 | TORADOL 30MG/ML | 47.50 |
| 091501 | 15B680 | 0712 | | 300766 | 33243440 | 1 | TORADOL 30MG/ML | 47.50 |
| 091501 | 15B657 | 0712 | | 301582 | 8034101 | 1 | DIP-TET PEDI-ADULT | 20.00 |
| | | | | | | | SUBTOTAL: | 115.00 |
| **259-PHARMACY SELF ADM** | | | | | | | | |
| 091501 | 15B679 | 0712 | | 300537 | 186074228 | 1 | LOSEC 20MG CAP | 19.50 |
| 091501 | 15B679 | 0712 | | 302928 | 25152031 | 1 | CELEBRIX 100MG | 5.50 |
| 091501 | 15B699 | 0712 | | 302928 | 25152031 | 1 | CELEBRIX 100MG | 5.50 |
| 091501 | 15B680 | 0712 | | 305057 | 51079032220 | 2 | DARVOCET-N 100MGTAB | 11.00 |
| 091501 | 15B699 | 0712 | | 305057 | 51079032220 | 2 | DARVOCET-N 100MGTAB | 11.00 |
| | | | | | | | SUBTOTAL: | 52.50 |
| **270-MED SUR SUPPLIES** | | | | | | | | |
| 091501 | 15B689 | 0718 | | 371205 | | 1 | TRAY FOLEY CATH 16FR | 92.00 |
| 091501 | 15B689 | 0718 | | 380115 | | 1 | CONROL A FLO INTERLINK | 37.00 |
| 091501 | 15B689 | 0718 | | 380120 | | 1 | SOLUTION BASIC INTERLI | 26.50 |
| 091501 | 15B689 | 0718 | | 390519 | | 1 | URINE STICK COMP SET | 13.00 |
| 091501 | 15B702 | 0754 | | 950305 | | 8 | O2 PER HOUR | 148.00 |
| | | | | | | | SUBTOTAL: | 316.50 |
| **301-CHEMISTRY** | | | | | | | | |
| 091501 | 15B655 | 0736 | | 800480 | 80048 | 1 | BASIC METABOLIC PANEL | 234.00 |
| | | | | | | | SUBTOTAL: | 234.00 |
| **302-IMMUNOLOGY** | | | | | | | | |
| 091501 | 15B655 | 0736 | | 860168 | 86850 | 1 | ANTIBODY SCREEN EA | 106.50 |
| 091501 | 15B655 | 0736 | | 860680 | 86920 | 2 | CROSSMATCH IMM SPIN | 162.00 |
| 091501 | 15B655 | 0736 | | 860800 | 86900 | 1 | ABO TYPE | 59.00 |
| 091501 | 15B655 | 0736 | | 861001 | 86901 | 1 | RH TYPE | 59.00 |
| | | | | | | | SUBTOTAL: | 386.50 |
| **305-HEMATOLOGY** | | | | | | | | |
| 091501 | 15B688 | 0736 | | 850144 | 85014 | 1 | HEMATOCRIT | 46.0 |
| 091501 | 15B701 | 0736 | | 850144 | 85014 | 1 | HEMATOCRIT | 46.0 |

INSURANCE BENEFITS ASSIGNED TO
VALLEY REGIONAL MEDICAL CENTER



Causeway Collapse
000207296-000747

```
IENT NO:           315033    VALLEY REGIONAL MED CTR    BILLING DATE    PAGE    2
REC NO:            92478     P O BOX 406655             09/19/01
RANTOR NO:                   ATLANTA, GA 30384-6655
IENT:                        956-350-7436                         ADMITTED      DISCHARGED
ALES GUSTAVO ADOLFO                                               09/15/01      09/16/01
```

| E OF  VICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1501 | 15B688 | 0736 | | 850188 | 85018 | 1 | HEMOGLOBIN | 46.00 |
| 1501 | 15B701 | 0736 | | 850188 | 85018 | 1 | HEMOGLOBIN | 46.00 |
| 1501 | 15B655 | 0736 | | 850231 | 85023 | 1 | CBC PLATELET MANUAL DI | 146.00 |
| 1501 | 15B655 | 0736 | | 856106 | 85610 | 1 | PROTIME | 105.00 |
| 1501 | 15B655 | 0736 | | 857301 | 85730 | 1 | PTT | 89.00 |
| | | | | | | | SUBTOTAL: | 524.00 |
| **307-UROLOGY** | | | | | | | | |
| 1501 | 15B659 | 0736 | | 810010 | 81001 | 1 | UA W MICRO AUTO | 74.50 |
| | | | | | | | SUBTOTAL: | 74.50 |
| **320-DX X-RAY** | | | | | | | | |
| 1501 | 15B671 | 0728 | | 720401 | 72040 | 1 | XR C-SPINE AP&LATERAL | 312.50- |
| 1501 | 15B658 | 0728 | | 720401 | 72040 | 1 | XR C-SPINE AP&LATERAL | 312.50 |
| 1501 | 15B663 | 0728 | | 720501 | 72050 | 1 | XR C-SPINE 4+V | 283.00 |
| 1501 | 15B658 | 0728 | | 721906 | 72190 | 1 | XR PELVIS 3 + V | 309.50 |
| 1501 | 15B658 | 0728 | | 735508 | 73550 | 1 | XR FEMUR AP & LATERAL | 271.00 |
| 1501 | 15B658 | 0728 | | 736101 | 73610 | 1 | XR ANKLE 3+V | 245.00 |
| 1501 | 15B692 | 0728 | | 736102 | 73610 | 1 | XR ANKLE 3+V | 245.00 |
| 1501 | 15B692 | 0728 | | 736306 | 73630 | 1 | XR FOOT 3+V | 242.00 |
| 1501 | 15B658 | 0728 | | 740005 | 74000 | 1 | XR ABDOMEN AP (KUB) | 215.00 |
| | | | | | | | SUBTOTAL: | 1810.50 |
| **324-RADIOLOGY CHEST** | | | | | | | | |
| 1501 | 15B658 | 0728 | | 710101 | 71010 | 1 | XR CHEST 1V | 192.50 |
| | | | | | | | SUBTOTAL: | 192.50 |
| **352-BODY SCAN** | | | | | | | | |
| 1501 | 15B658 | 0726 | | 712501 | 71250 | 1 | CT-CHEST W/O CONTRAST | 1451.00 |
| 1501 | 15B658 | 0726 | | 721924 | 72192 | 1 | CT PELVIS W/O CONTRAST | 1301.00 |
| 1501 | 15B658 | 0726 | | 741502 | 74150 | 1 | CT ABDOMEN WO/ CONTRAS | 1857.00 |
| | | | | | | | SUBTOTAL: | 4609.00 |
| **450-EMERG ROOM** | | | | | | | | |
| 1501 | 18B917 | 0780 | | 992910 | 99291 | 1 | CRITICAL CARE | 1167.00 |
| | | | | | | | SUBTOTAL: | 1167.00 |
| **636-DRUGS REQ HCPCS INDENT** | | | | | | | | |
| 1501 | 15B679 | 0712 | | 300157 | 338004904 | 2 | IV-NS 1000ML | .00 |
| 1501 | 15B690 | 0712 | | 300157 | 338004904 | 1 | IV-NS 1000ML | .00 |
| | | | | | | | SUBTOTAL: | .00 |
| **762-OBSERVATION ROOM** | | | | | | | | |
| 1501 | 19B953 | 0630 | | 902032 | 99218 | 19 | PCU OBSERV HR | 411.00 |
| | | | | | | | SUBTOTAL: | 411.00 |

ISURANCE BENEFITS ASSIGNED TO
LLEY REGIONAL MEDICAL CENTER

Causeway Collapse
000207296-000748