PATIENT NO:        315033    VALLEY REGIONAL MED. CTR    BILLING DATE    PAGE   3
MED REC NO:        92478    P O. BOX 406655        09/19/01
GUARANTOR NO:             ATLANTA, GA 30384-6655
PATIENT:             956-350-7436        ADMITTED    DISCHARGED
MORALES GUSTAVO ADOLFO                    09/15/01    09/16/01

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGE |
|---|---|---|---|---|---|---|---|---|
| **259-PHARMACY SELF ADM** | | | | | | | | |
| 091601 | 16B739 | 0712 | | 300537 | 186074228 | 1 | LOSEC 20MG CAP | 19.5 |
| 091601 | 16B741 | 0712 | | 302853 | 51079036430 | 1 | MOM 30CC DOSE ORLQ | .5 |
| 091601 | 16B739 | 0712 | | 302928 | 25152031 | 2 | CELEBRIX 100MG | 11.0 |
| 091601 | 16B714 | 0712 | | 305057 | 51079032220 | 2 | DARVOCET-N 100MGTAB | 11.0 |
| 091601 | 16B750 | 0712 | | 305057 | 51079032220 | 1 | DARVOCET-N 100MGTAB | 5.5 |
| | | | | | | | SUBTOTAL: | 47.5 |
| **270-MED SUR SUPPLIES** | | | | | | | | |
| 091601 | 17B776 | 0754 | | 950101 | | 1 | O2 STANDBY | 39.5 |
| 091601 | 16B717 | 0754 | | 950305 | | 8 | O2 PER HOUR | 148.0 |
| | | | | | | | SUBTOTAL: | 187.5 |
| **301-CHEMISTRY** | | | | | | | | |
| 091601 | 16B716 | 0736 | | 800480 | 80048 | 1 | BASIC METABOLIC PANEL | 234.0 |
| | | | | | | | SUBTOTAL: | 234.0 |
| **305-HEMATOLOGY** | | | | | | | | |
| 091601 | 16B716 | 0736 | | 850240 | 85025 | 1 | CBC PLATELET AUTO DIFF | 129.5 |
| | | | | | | | SUBTOTAL: | 129.5 |
| **324-RADIOLOGY CHEST** | | | | | | | | |
| 091601 | 16B742 | 0728 | | 710203 | 71020 | 1 | XR CHEST 2V | 225.0 |
| | | | | | | | SUBTOTAL: | 225.0 |
| **636-DRUGS REQ HCPCS INDENT** | | | | | | | | |
| 091601 | 16B754 | 0712 | | 300157 | 338004904 | 2 | IV-NS 1000ML | .0 |
| 091601 | 16B740 | 0712 | | 300157 | 338004904 | 2 | IV-NS 1000ML | .0 |
| | | | | | | | SUBTOTAL: | .0 |
| **762-OBSERVATION ROOM** | | | | | | | | |
| 091601 | 19B953 | 0630 | | 902032 | 99218 | 14 | PCU OBSERV HR | 411.0 |
| | | | | | | | SUBTOTAL: | 411.0 |

TOTAL ANCILLARY CHARGES    11127.5
TOTAL CHARGES    11127.5
PAYMENTS    .0
ADJUSTMENTS    .0
BALANCE    11127.5

**INSURANCE BENEFITS ASSIGNED TO**
**VALLEY REGIONAL MEDICAL CENTER**

VALLEY REGIONAL MEDICAL CENTER

**Causeway Collapse**
**000207296-000749**

PATIENT NO:            315033        VALLEY REGIONAL MED CTR      BILLING DATE      PAGE    4
MED REC NO:            92478         P O BOX 406655               09/19/01
GUARANTOR NO:                        ATLANTA, GA 30384-6655
PATIENT:                             956-350-7436                 ADMITTED      DISCHARGED
MORALES GUSTAVO ADOLFO                                            09/15/01      09/16/01

**DEPARTMENTAL CHARGE SUMMARY**

| DEPT | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 0630 | POST ICU | 822.00 |
| 0712 | PHARMACY | 215.00 |
| 0718 | CENTRAL SUPPLY | 168.50 |
| 0726 | CAT SCAN | 4,609.00 |
| 0728 | RADIOLOGY | 2,228.00 |
| 0736 | CLINICAL LABORATORY | 1,582.50 |
| 0754 | RESPIRATORY THERAPY | 335.50 |
| 0780 | EMERGENCY ROOM | 1,167.00 |

TOTAL CHARGES:        11,127.50
TOTAL PAYMENTS:             .00
TOTAL ADJUST:               .00

# McROBERTS & COMPANY

**Records Retrieval Service**
**1225 Central Boulevard, #2002**
**Brownsville, Texas 78520**
**(956)541-1801**
**(956)541-1802 [FAX]**

| | |
|---|---|
| **Records Pertain to:** | **GUSTAVO MORALES** |
| **Records From:** | **DR. OLIVER ACHLEITNER, BROWNSVILLE, TEXAS** |
| **Style of Case:** | **IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., ET AL** |
| **Cause No.:** | **B-01-157      IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS** |
| **Deliver to:** | **RAY R. MARCHAN** |
| | **ATTORNEY AT LAW** |
| | **1926 EAST ELIZABETH STREET** |
| | **BROWNSVILLE, TEXAS   78520** |

**X Medical    X Billing    ___ Personnel    ___ Business**

**TAXABLE COURT COSTS:    _____**

**Services: Subpoena Duces Tecum * Notice of Intention * Questions & Answers * Affidavits**
**Records: Medical * Business * Employment**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION | § | |
| OF BROWN WATERS TOWING I, INC. | § | |
| AS OWNER, AND BROWN WATER | § | |
| MARINE SERVICE INC., AS BAREBOAT | § | CIVIL ACTION NO. B-01-157 |
| CHATERER. OF THE BROWN WATER V., | § | |
| ITS ENGINES, TACKLE, ETC. IN A | § | |
| CAUSE OF EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

## NOTICE TO TAKE DEPOSITION BY WRITTEN QUESTIONS

TO:   *Brown Water Towing I, Inc. as Owner and Brown Water Marine Service, Inc., as Bareboat Charterer of the Brown Water V, Its Engines, Tackle, Etc., in a Cause of Exoneration From or Limitation of Liability* being represented by:

Will W. Pierson
Royston. Rayzor, Vickery & Williams, L.L.P.
1700 Wilson Plaza West
606 North Carancahua
Corpus Christi, Texas   78476

and

Keith N. Uhles
James H. Hunter, Jr.
Royston. Rayzor, Vickery & Williams, L.L.P.
55 Cove Circle
Brownsville. Texas   78520

*American Commercial Lines, LLC as Owner and American Barge Lines, LLC, as Charterer of the Barges NM-315, VLB-9182, VLB-9173* being represented by:

Les Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas   78471

      and

Glenn Goodier
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue - 48th Street
New Orleans, Louisiana   70170-5100

*Southwestern Bell Telephone, L.P.* are represented by:

Geoffrey Amsel
1010 North St. Mary's Street, Room 1403
San Antonio, Texas   78215

*Laguna Madre Water District* are represented by:

Juan A. Magallanes
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Boulevard
Brownsville, Texas   78520

*State of Texas* is being represented by:

Mark Spansel and
Jack Gilbert
Margie Manzano Corbett
Office of the Attorney General
Transportation Division
PO Box 12548
Austin, Texas   78711-2548

      and

Daryl G. Dursum
Adams & Reese, L.L.P.
4400 One Houston Center
1221 McKinney
Houston, Texas   77010

*Rolando Lee Moya, Alberto Leroy Moya, Antonio Salinas, Jr., and Roberto Espericueta* are
being represented by:

Frank Enriquez
Roberto D. Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas   78504

*J. Antonio Mireles as Personal Representative of the Estate of Julio Cesar Morales, Juan
Antonio Mireles and Soledad Gonzalez Mireles* are being represented by:

S. Mark Strawn
Schirrmeister Ajamie
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, Texas   77002

*Hector Martinez, Sr.* is being represented by:

Jim Hart
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas   77017

*Anita Harris, Individually ans as Next Friend of Victor Justin Harris, and as Representative
of the Estate of Robert V. Harris* is being represented by:

Heriberto "Eddie" Medrano
Law Offices of Heriberto "Eddie" Medrano
1101 West Tyler
Harlingen, Texas   78550

*Esteban Rivas and Miriam Rivas Individually and as Representatives of the Estate of Stvan Rivas* are represented by:

John David Franz
The Law Offices of John David Franz
400 North McColl
McAllen, Texas  78501

      and

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas  77381

*Estate of Robin Faye Leavell, Carol Leavell, Individually and as Representative of the Estate of Robin Faye Leavell, Ricky Leavell, Individually and as Representative of the Estate of Robin Faye Leavell* are represented by:

Steve Q. McManus
Law Office of McManus & Crane, L.L.P.
209 West Juan Linn
PO Box 2206
Victoria, Texas  77902-2206

*Omar Hinojosa, Individually and as Adminstrator of the Estate of Gaspar Hinojosa, Raquel Hinojosa, Clarissa Hinojosa and Gaspar Hinojosa, II* are being represented by:

Julian Rodriguez, Jr.
Attorney at Law
100 West Pecan
McAllen, Texas  78501

*Rene Mata and Frank Mata* are represented by:

Raymond Thomas and
Andres Gonzalez, Jr.
Kittleman, Thomas, Ramirez & Gonzalez, PLLC
4900-B North 10th Street
McAllen, Texas  78504

Veronica Farias
The Law Office of Veronica Farias
2854 Boca Chica Boulevard
Brownsville, Texas  78520

Please take notice that twenty (20) days after service of this notice, a deposition by written questions will be taken of the Custodian of Records of those listed on Exhibit "A", attached hereto and incorporated herein for all purposes before a Notary Public in the State of Texas for McRoberts & Company, 1225 Central Boulevard, #2002, Brownsville, Texas, 78520.

Copies of the written questions to be asked are attached hereto.

As authorized by Rule 31 ext. of the Federal Rules of Civil Procedure, to the officer taking this deposition to issue a Subpoena in a Civil Case and cause it to be served on the witness to produce records. including but not limited to, Medical Records, Films, Film reports, hospital records, insurance records. billing records, office notes, reports and correspondence and any other such records from date of accident of 09/15/2001 forward in the possession, custody or control of said witness and every such record to which the witness may have access pertaining to GUSTAVO MORALES. DOB: 04/07/1965 and turn all such records to the officer taking this deposition so that photographic reproductions of the same may be made and attached to said deposition.

Respectfully submitted on behalf of,

Ray R. Marchan
Watts & Heard, L.L.P.
1926 East Elizabeth Street
Brownsville, Texas  78520

ATTORNEY FOR GUSTAVO MORALES

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing Notice of Intention to take Deposition by Written Questions was mailed to the respective parties and/or attorney(s) of record by registered mail, postage prepaid, hand delivered or transmitted by telephonic document transfer on this 12ᵗ day of. AUGUST 2002.

*Brown Water Towing I. Inc. as Owner and Brown Water Marine Service, Inc., as Bareboat Charterer of the Brown Water V, Its Engines, Tackle, Etc., in a Cause of Exoneration From or Limitation of Liability* being represented by:

VIA FAX:    (361)884-7261
AND REGULAR MAIL

Will W. Pierson
Royston, Rayzor, Vickery & Williams, L.L.P.
1700 Wilson Plaza West
606 North Carancahua
Corpus Christi, Texas   78476

and

VIA FAX:    (956)542-4370
AND REGULAR MAIL

Keith N. Uhles
James H. Hunter, Jr.
Royston, Rayzor, Vickery & Williams, L.L.P.
55 Cove Circle
Brownsville, Texas   78520

*American Commercial Lines, LLC as Owner and American Barge Lines, LLC, as Charterer of the Barges NM-315, VLB-9182, VLB-9173* being represented by:

<u>VIA FAX:    (361)887-6521</u>
<u>AND REGULAR MAIL</u>

Les Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas  78471

     and

<u>VIA FAX:    (504)582-8010</u>
<u>AND REGULAR MAIL</u>

Glenn Goodier
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue - 48th Street
New Orleans, Louisiana  70170-5100

*Southwestern Bell Telephone, L.P.* are represented by:

<u>VIA FAX:    (210)222-7194</u>
<u>AND REGULAR MAIL</u>

Geoffrey Amsel
1010 North St. Mary's Street, Room 1403
San Antonio, Texas  78215

*Laguna Madre Water District* are represented by:

<u>VIA FAX:    (956)542-4290</u>
<u>AND REGULAR MAIL</u>

Juan A. Magallanes
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Boulevard
Brownsville, Texas  78520

*State of Texas* is being represented by:

<u>VIA FAX:</u>    <u>(512)472-3855</u>
<u>AND REGULAR MAIL</u>

Mark Spansel and
Jack Gilbert
Margie Manzano Corbett
Office of the Attorney General
Transportation Division
PO Box 12548
Austin, Texas  78711-2548

      and

<u>VIA FAX:</u>    <u>(713)652-5152</u>
<u>AND REGULAR MAIL</u>

Daryl G. Dursum
Adams & Reese, L.L.P.
4400 One Houston Center
1221 McKinney
Houston, Texas  77010

*Rolando Lee Moya, Alberto Leroy Moya, Antonio Salinas, Jr., and Roberto Espericueta* are being represented by:

<u>VIA FAX:</u>    <u>(956)618-5064</u>
<u>AND REGULAR MAIL</u>

Frank Enriquez
Roberto D. Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas  78504

---

Page 8

*J. Antonio Mireles as Personal Representative of the Estate of Julio Cesar Morales, Juan Antonio Mireles and Soledad Gonzalez Mireles* are being represented by:

VIA FAX:     (713)860-1699
AND REGULAR MAIL

S. Mark Strawn
Schirrmeister Ajamie
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, Texas  77002

*Hector Martinez, Sr.* is being represented by:

VIA FAX:     (713)643-6226
AND REGULAR MAIL

Jim Hart
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston. Texas  77017

*Anita Harris, Individually ans as Next Friend of Victor Justin Harris, and as Representative of the Estate of Robert V. Harris* is being represented by:

VIA FAX:     (956)428-2495
AND REGULAR MAIL

Heriberto "Eddie" Medrano
Law Offices of Heriberto "Eddie" Medrano
1101 West Tyler
Harlingen, Texas  78550

*Esteban Rivas and Miriam Rivas Individually and as Representatives of the Estate of Stvan Rivas* are represented by:

VIA FAX:    (956)686-3570
AND REGULAR MAIL

John David Franz
The Law Offices of John David Franz
400 North McColl
McAllen, Texas   78501

      and

VIA FAX:    (281)367-3703
AND REGULAR MAIL

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas   77381

*Estate of Robin Faye Leavell, Carol Leavell, Individually and as Representative of the Estate of Robin Faye Leavell, Ricky Leavell, Individually and as Representative of the Estate of Robin Faye Leavell* are represented by:

VIA FAX:    _____
AND REGULAR MAIL

Steve Q. McManus
Law Office of McManus & Crane, L.L.P.
209 West Juan Linn
PO Box 2206
Victoria, Texas   77902-2206

*Omar Hinojosa, Individually and as Adminstrator of the Estate of Gaspar Hinojosa, Raquel Hinojosa, Clarissa Hinojosa and Gaspar Hinojosa, II* are being represented by:

<u>VIA FAX:</u>    <u>(956)682-4544</u>
<u>AND REGULAR MAIL</u>

Julian Rodriguez, Jr.
Attorney at Law
100 West Pecan
McAllen, Texas   78501

*Rene Mata and Frank Mata* are represented by:

<u>VIA FAX:</u>    _____
<u>AND REGULAR MAIL</u>

Raymond Thomas and
Andres Gonzalez, Jr.
Kittleman, Thomas, Ramirez & Gonzalez, PLLC
4900-B North 10th Street
McAllen. Texas   78504

<u>VIA FAX:</u>    _____
<u>AND REGULAR MAIL</u>

Veronica Farias
The Law Office of Veronica Farias
2854 Boca Chica Boulevard
Brownsville, Texas   78520

By:    _____

Jacqueline M. Trevino
**McRoberts & Company**
**Records Retrieval Service**
PO Box 4836
1225 Central Boulevard, #2002
Brownsville, Texas 78523-4836
(956)541-1801
(956)541-1802 - [FAX]

Page 11

## EXHIBIT "A"

**GUSTAVO MORALES**
**Medical and Billing Records:**


1.    Valley Regional Medical Center
      100 East Alton Gloor Boulevard
      Brownsville, Texas   78520
      Account No. 315033

2.    Dr. L. R. Pelly
      PO Box 3190
      Brownsville, Texas   78523-3190
      Account No. 024240

3.    Dr. Oliver Achleitner
      800 West Jefferson, Suite 200
      Brownsville, Texas   78520
      (956)982-6798

4.    Dr. H. David Feltoon
      Feltoon & Associates
      8025 Chalk Knoll
      Austin, Texas   78735
      (512)750-7164


**Billing Records:**

5.    Dr. Ana Gutierrez
      1313 Alton Gloor Boulevard, Suite C
      Brownsville, Texas   78521
      Account No. 0315033

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT
**SOUTHERN** —————— DISTRICT OF ———— **TEXAS**

### BROWNSVILLE DIVISION

IN RE THE COMPLAINT & PETITION OF
BROWN WATER TOWING I, INC., ET AL.

## SUBPOENA IN A CIVIL CASE

CASE NUMBER: [1] **B-01-157**

TO: **CUSTODIAN OF RECORDS**
**DR. OLIVER ACHLEITNER, 800 WEST JEFFERSON, SUITE 200, BROWNSVILLE, TEXAS**

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): **ANY AND ALL MEDICAL & BILLING RECORDS**

**PERTINING TO:  GUSTAVO MORALES, DOB: 04/07/65, DOA: 09/15.01 FORWARD**

| PLACE | DATE AND TIME |
|---|---|
| **PLACE OF BUSINESS OF ABOVE NAMED WITNESS** | **INSTANTER** |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Ray R. Marchan* | **JUNE 22, 2002** |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

**RAY R. MARCHAN, 1926 EAST ELIZABETH STREET, BROWNSVILLE, TEXAS  78520**

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE THE COMPLAINT AND PETITION    §
OF BROWN WATERS TOWING I, INC.      §
AS OWNER, AND BROWN WATER           §
MARINE SERVICE INC., AS BAREBOAT    §        CIVIL ACTION NO. B-01-157
CHATERER, OF THE BROWN WATER V.,    §
ITS ENGINES, TACKLE, ETC. IN A      §
CAUSE OF EXONERATION FROM OR        §
LIMITATION OF LIABILITY             §

DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS
CUSTODIAN OF MEDICAL & BILLING RECORDS FOR:

DR. OLIVER ACHLEITNER, BROWNSVILLE, TEXAS

1.    Please state your full name, occupation and official title.

ANSWER: Annie Vasquez - Receptionist/Secretary

2.    In your capacity above, are you among those who have possession, custody, control of or

access to the records of DR. OLIVER ACHLEITNER?

ANSWER: YES

3.    Have you been served with a subpoena for the production of records and other documents

in connection with an accident that occurred on September 15, 2001 pertaining to

GUSTAVO MORALES, DOB: 04/07/1965?

ANSWER: YES

4.    Do you understand the subpoena requests the records and documents in your possession

pertaining to GUSTAVO MORALES, to include documents or statements of any kind

received from other medical providers, for example: correspondence, referral sheets, lab

Page 1

reports or any other document or statement not prepared by this physician, hospital or clinic and is not limited to records and documents related to the injury or illness which forms the basis for this lawsuit nor is it limited in scope, time or to the type of records or documents?

ANSWER: YES

5.    Do you have records from other medical providers that treated GUSTAVO MORALES?

ANSWER: NO

6.    Do the records you tendered to the court reporter include documents or statements of any kind received from other medical providers, for example: correspondence, referral sheets, lab reports or any other documents or statements not prepared by this physician, hospital or clinic?

ANSWER: YES

7.    Have you done as requested in the preceding question? If not, then please explain which records are not included and the reason why they are not included.

ANSWER: YES

8.    Has GUSTAVO MORALES been treated or examined by DR. OLIVER ACHLEITNER?

ANSWER: YES

9.    Has DR. OLIVER ACHLEITNER made or caused to be made any memorandum, report, record or data compilation, in any form, of the examination and/or treatment of said patient?

ANSWER: YES

10.    Are these memoranda, reports, records or data compilations under your care, supervision, direction, custody and/or control?

Page 2

ANSWER: _YES_____

11.    Please state whether or not such medical treatment was necessary and reasonable for injuries

sustained by GUSTAVO MORALES in an accident that occurred on September 15, 2001.

ANSWER: _YES_____

12.    Please state whether it was in the regular course of business of DR. OLIVER ACHLEITNER

for a person with knowledge of the acts, events, conditions, opinions or diagnoses recorded

to make the record or to transmit information thereof to be included in such record.

ANSWER: _YES_____

13.    Please state the full amount of charges for the treatment or service provided to GUSTAVO

MORALES for injuries sustained on September 15, 2001.

ANSWER: _$579.00_____

14.    Please state whether or not these charges are reasonable for like similar services rendered in

the vicinity in which they were incurred.

ANSWER: _YES_____

15.    Please state whether or not such charges were necessary in connection with the treatment of

GUSTAVO MORALES.

ANSWER: _YES_____

16.    Were the entries or these memoranda, reports, records or data compilations made at or

shortly after the time of the transaction recorded on this entries?

ANSWER: _YES_____

17.    Were these records kept in the normal course of business?

ANSWER: YES _____

18.   Please hand exact duplicates of the Medical and Billing records pertaining to GUSTAVO

MORALES or the originals thereof for photocopying to the Notary Public taking your

deposition for attachment to this deposition. Have you done as requested? If not, why not?

ANSWER: YES _____

19.   Please provide a copy of the curriculum vitae for DR. OLIVER ACHLEITNER. Have you

done as requested? If not, why not?

ANSWER: YES _____


_Annie Vasquez_
WITNESS  (CUSTODIAN  OF  MEDICAL  &
BILLING RECORDS)

## CERTIFICATE OF SERVICE

Before me, the undersigned authority, on this day personally appeared

_Annie Vasquez_, Custodian of Medical and

Billing Records for DR. OLIVER ACHLEITNER, known to me to be the person whose name is

subscribed to the foregoing instrument in the capacity therein stated, and being duly sworn,

acknowledged to me that the answers to the foregoing questions are true as stated. I further certify

that the records attached hereto are exact duplicates of the original records.

SWORN TO AND SUBSCRIBED before me this the _6th_ day of

_March_, 2003

JACQUELINE M. TREVINO
Notary Public, State of Texas
My Commission Expires
11-20-2004

NOTARY PUBLIC IN AND FOR THE STATE OF
TEXAS

---
Page 5

# PERMISO PARA OBTENER INFORMACIÓN
# CONFIDENCIAL

### A TODOS LOS MÉDICOS, HOSPITALES Y INSTITUTOS MÉDICOS:

REFERENTE A: _Gustavo Morales/Brays International L.L.C._

Numero de Serio Social: _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_ Fecha de nacimiento: _4-7-65_

Este es mi consentimiento, en escrito, para darles permiso a ustedes para ellos puedan obtener información tocante a el paciente nombrado arriba a mis Abogados, WATTS & HEARD, L.L.P., o cualquier representante asociado con esta firma legal:

**WATTS & HEARD, L.L.P.**
Abogados
555 N. Carancahua, Suite 1400
Corpus Christi, TX 78478
(361) 887-0500, (Office)
(361) 887-0055, (Fax)

Razón Por Este Pedido: Litigación Civil

Información o Reportes Médicos bajo este consentimiento:
Toda información relacionada a la condición física y/o mental, del pasado, presente y/o futuro, incluyendo historia, examines, descubrimientos, tratamiento, diagnosis y prognosis incluyendo cualquier reporte hecho previamente y que a sido sometido a cualquier componía, firma o persona tocante mi condición física y/o mental.

La persona autorizada, por la presente, da permiso y consentimiento de duplicación de toda documentación médica en su posesión o en su control a la Firma Legal de WATTS & HEARD, L.L.P., o cualquier representante asociado con esta firma.

La firma de Abogados WATTS & HEARD, L.L.P., es autorizada para discutir con cualquier doctor, enfermero, individuo, agente o cualquier persona, toda evidencia, testimonio que sea material o documentos médicos. Ellos están autorizados a examinar, inspeccionar, copiar o preguntar de cualquier persona, firma, corporación, instituto o agente con derecho o relacionado a cualquier evidencia, documentos o reportes con respecto a mi tratamiento médico.

Esta autorización **NO** es permiso o consentimiento para ninguna otra persona, abogado de defensa o componía de seguro sin obtener, **POR ESCRITO**, mi permiso y consentimiento o ese de mis Abogados, WATTS & HEARD, L.L.P. Este consentimiento revoca cualquier previo pedido.

*Continúa* >>>>

Permiso Para Obtener Información Confidencial
Página 2

Yo entiendo que la información que ustedes le darán a **WATTS & HEARD, L.L.P.**, puede contener resultados de exámenes de SIDA/AIDS (Acquired Immune Deficiency Syndrome), **ARC** (AIDS relacionado a SIDA), **HIV** Examen Anticuerpo, Abuso Substancia, Psicológica y / o Daño Psiquiátrico.

El autorizado renuncia el derecho de confidencialidad de cualquier material escrito en su posesión y control solamente a mis Abogados, **WATTS & HEARD, L.L.P.**, o cualquier representante asociado con esta firma.

Alivio a ustedes de cualquier responsabilidad legal y pido la duplicación de toda documentación médica a la extensión indicada y autorizada en este asunto.

Un fax, telescopia, fotocopia, carbón o otras copias de esta autorización serán permitidas como originales.

El subscrito es el paciente o la persona autorizada por ley para dar permiso para obtener la información de el paciente de quien los reportes médicos son solicitados. Esta autorización es valida hasta que el paciente o la persona autorizada la revoca.

FIRMADO el día ___15th___ de ___May___ del 200_2_.

X_____
APROBADO Y ACEPTADO POR EL CLIENTE

X_____
APROBADO Y ACEPTADO POR EL CLIENTE

**DR. OLIVER ACHLEITNER**
**800 WEST JEFFERSON STREET SUITE 200**
**BROWNSVILLE, TEXAS 78520**
**TELEPHONE : (956)982-6982   FAX : (956)982-0436**

PATIENT: Gustavo Morales
ACCT #:   MG0407

## PROGRESS REPORT



9/19   dict'd

12/03   Cast removed

pain & swelling to

resume Starting Celebra 200 b

+ 2. T

+ formal up.

00001

**Patient.** Gustavo Morales **Account #:** MO0407   **Date:** 09-19-2001

Gustavo Morales was reviewed again today. He continues to have significant swelling, bruising, and pain along the medial aspect of his right foot and ankle. I repeated his films today and again these only show some small avulsion fractures, probably off the calcaneus. I have recommended a short leg cast for the next three or four weeks. This was applied today. When the cast Parton's tomorrow, I have suggested that he may start weight-bearing with a cast shoe. I will see him back in a few weeks to make sure that he is getting better. I've given him a prescription for Tylenol 3.

Oliver Achleitner, M. D.

TAX ID # 74-2902455
LIC. #MDK0586

**OLIVER ACHLEITNER, M.D.P.A.**
800 West Jefferson, Suite 200
Brownsville, Texas 78520

PHONE (956) 982-6982
FAX (956) 982-0436

PATIENT: _Gustavo Morales_   ACCT.# _MG0407_   DATE: _9/15/01_

PHONE: _504-0633_  INSURANCE: _PT Pay_   REFERRED BY: _____

| CPT | DESCRIPTION | FEE | CPT | DESCRIPTION | FEE | CPT | DESCRIPTION | FEE |
|---|---|---|---|---|---|---|---|---|
| **NEW PATIENT OFFICE VISIT** | | | **UPPER EXTREMITIES** | | | **CASTING (CONT.)** | | |
| 99202 | Focused | | 73000 | Clavicle 2V | | 29015 | Long Arm Splint | |
| 99203 | Expanded | | 73010 | Shoulder Blade | | 29515 | Short Leg Splint | |
| 99204 | Detailed | | 73020 | Shoulder 1-2V | | L3260 | Cast Shoe | |
| 99205 | Comprehensive | | 73030 | Shoulder 3-4V | | A4580 | Cast Shoe | |
| **ESTABLISHED PT OFF VISIT** | | | 73050 | AC Joint 2V | | L4350 | Ankle Brace | |
| 99212 | Focused | | 73060 | Humerus 2V | | L3908 | Wrist Brace | |
| 99213 | Expanded | | 73070 | Elbow 1-2V | | A4570 | Forearm Splint | |
| 99214 | Detailed | | 73080 | Elbow 3-4V | | L4360 | Walker Boot | |
| 99215 | Comprehensive | | 73090 | Forearm 2V | | L1332 | ACL Brace | |
| 99024 | Post Op F/U | | 73092 | Arm/Infant | | L3650 | Arm Sling | |
| 99358 | Nurse Visit | | 73100 | Wrist Ap/Lat | | A4550 | Minor Surg. Tray | |
| **CONSULTATIONS** | | | 73110 | Wrist 3-4V | | A9190 | Shwr Ct CVR Lg/A | |
| 99242 | Focused | | 73120 | Hand Ap/Lat | | L1906 | Aircast | |
| 99243 | Expanded | | 73130 | Hand 3-4V | | **MATERIALS** | | |
| 99244 | Detailed | | 73140 | Fingers Ap/Lat | | J1040 | Depo Medrol | |
| 99245 | Comprehensive | | 72040 | C-Spine 1-2V | | J3490 | Unclassified Drug | |
| **LOWER EXTREMITIES** | | | 72050 | C-Spine 3-4V | | A4590 | Cast Materials | |
| 73500 | Hip 1-2 V | | 72069 | Trunk Spine 1-2V | | A4649 | Suture Materials | |
| 73510 | Hip 3-4 V | | 72070 | T-Spine 1-2V | | **MISCELLANEOUS** | | |
| 72170 | Pelvis 1-2V | | 72072 | T-Spine 3-4V | | 15852 | Dressing Change | |
| 72190 | Pelvis 3-4V | | 72100 | L-Spine 1-2V | | 99080 | Med Rec/Rev | |
| 73550 | Femur Ap/Lat | | 72110 | L-Spine 3-4V | | 99080 | Narratives | |
| 73560 | Knee 1-2V | | 71020 | Chest 1-2V | | **MINOR SURGERY** | | |
| 73562 | Knee 3-4V | | 71021 | Chest 3-4V | | 20610 | Inj of Maj Joint | |
| 73564 | Knee 4-More V | | **CASTING & SUPPLIES** | | | 20605 | Inj of Min Joint | |
| 73590 | Tib/Fib Ap/Lat | | 29405 | Short Leg | | 20670 | Removal of Impla | |
| 73592 | Leg/Infant | | 29345 | Long Leg | | 20550 | Elbow Injection | |
| 73610 | Ankle 1-2V | | 29075 | Short Arm | | 20610 | Knee Injection | |
| 73620 | Foot 1-2V | | 29065 | Long Arm | | 20610 | Shoulder Inject. | |
| 73630 | Foot 3-4V | | 29365 | Cylinder | | | | |
| 73650 | Heel/Os Calcis 2V | | 29125 | Short Arm Splint | | | | |
| 73660 | Toes 2V | | | Spica Splint/Cast | | | | |

TODAY'S TOTAL:    $_____

PAYMENT:    $_____
    CASH   CHECK   MONEY ORDER

BALANCE:    $_____

BILLING NOTES:    _____
    _____

ICD-9    _____
    _____
    _____

OTHER PROCEDURES  _99253 -222°_
(Hosp Consult.) _A_

**ASSIGNMENT AND RELEASE:** I Hereby authorizes my insurance benefits to be paid directly to the treating physician. I am ultimately responsible for non-covered services and I authorize the physician to release any and information required to process the case.

Causeway Collapse
7296-003547

PATIENT SIGNATURE: _____

PHYSICIAN'S SIGNATURE: _[signature]_    DATE: _9/15/01_

00003

TAX ID # 74-2902455
LIC. #MDK0586

**OLIVER ACHLEITNER, M.D.P.A.**
800 West Jefferson, Suite 200
Brownsville, Texas 78520

PHONE (956) 982-6982
FAX (956) 982-0436

PATIENT: Gustavo Morales     ACCT. # MG0407     DATE: 10/03/01

PHONE: 504-0633     INSURANCE: Pvt Pay     REFERRED BY: _____

| CPT | DESCRIPTION | FEE | CPT | DESCRIPTION | FEE | CPT | DESCRIPTION | FEE |
|-----|-------------|-----|-----|-------------|-----|-----|-------------|-----|
| **NEW PATIENT OFFICE VISIT** | | | **UPPER EXTREMITIES** | | | **CASTING (CONT.)** | | |
| 99202 | Focused | | 73000 | Clavicle 2V | | 29015 | Long Arm Splint | |
| 99203 | Expanded | | 73010 | Shoulder Blade | | 29515 | Short Leg Splint | |
| 99204 | Detailed | | 73020 | Shoulder 1-2V | | L3260 | Cast Shoe | |
| 99205 | Comprehensive | | 73030 | Shoulder 3-4V | | A4580 | Cast Shoe | |
| **ESTABLISHED PT OFF VISIT** | | | 73050 | AC Joint 2V | | L4350 | Ankle Brace | |
| 99212 | Focused | 58 00 | 73060 | Humerus 2V | | L3908 | Wrist Brace | |
| 99213 | Expanded | 58 00 | 73070 | Elbow 1-2V | | A4570 | Forearm Splint | |
| 99214 | Detailed | | 73080 | Elbow 3-4V | | L4360 | Walker Boot | |
| 99215 | Comprehensive | | 73090 | Forearm 2V | | L1332 | ACL Brace | |
| 99024 | Post Op F/U | | 73092 | Arm/Infant | | L3650 | Arm Sling | |
| 99358 | Nurse Visit | | 73100 | Wrist Ap/Lat | | A4550 | Minor Surg. Tray | |
| **CONSULTATIONS** | | | 73110 | Wrist 3-4V | | A9190 | Shwr Ct CVR Lg/A | |
| 99242 | Focused | | 73120 | Hand Ap/Lat | | L1906 | Aircast | |
| 99243 | Expanded | | 73130 | Hand 3-4V | | **MATERIALS** | | |
| 99244 | Detailed | | 73140 | Fingers Ap/Lat | | J1040 | Depo Medrol | |
| 99245 | Comprehensive | | 72040 | C-Spine 1-2V | | J3490 | Unclassified Drug | |
| **LOWER EXTREMITIES** | | | 72050 | C-Spine 3-4V | | A4590 | Cast Materials | |
| 73500 | Hip 1-2 V | | 72069 | Trunk Spine 1-2V | | A4649 | Suture Materials | |
| 73510 | Hip 3-4 V | | 72070 | T-Spine 1-2V | | **MISCELLANEOUS** | | |
| 72170 | Pelvis 1-2V | | 72072 | T-Spine 3-4V | | 15852 | Dressing Change | |
| 72190 | Pelvis 3-4V | | 72100 | L-Spine 1-2V | | 99080 | Med Rec/Rev | |
| 73550 | Femur Ap/Lat | | 72110 | L-Spine 3-4V | | 99080 | Narratives | |
| 73560 | Knee 1-2V | | 71020 | Chest 1-2V | | **MINOR SURGERY** | | |
| 73562 | Knee 3-4V | | 71021 | Chest 3-4V | | 20610 | Inj of Maj Joint | |
| 73564 | Knee 4-More V | | **CASTING & SUPPLIES** | | | 20605 | Inj of Min Joint | |
| 73590 | Tib/Fib Ap/Lat | | 29405 | Short Leg | | 20670 | Removal of Impla | |
| 73592 | Leg/Infant | | 29345 | Long Leg | | 20550 | Elbow Injection | |
| 73610 | Ankle 1-2V | | 29075 | Short Arm | | 20610 | Knee Injection | |
| 73620 | Foot 1-2V | | 29065 | Long Arm | | 20610 | Shoulder Inject. | |
| 73630 | Foot 3-4V | | 29365 | Cylinder | | | | |
| 73650 | Heel/Os Calcis 2V | | 29125 | Short Arm Splint | | | | |
| 73660 | Toes 2V | | | Spica Splint/Cast | | | | |

TODAY'S TOTAL:     $ 58 00

PAYMENT:     $ _____
CASH    CHECK   MONEY ORDER

BALANCE:     $ _____

BILLING NOTES:     _____

ICD-9     _____
_____
_____

OTHER PROCEDURES     _____
_____

**ASSIGNMENT AND RELEASE:** I Hereby authorizes my insurance benefits to be paid directly to the treating physician. I am ultimately responsible for non-covered services and I authorize the physician to release any and information required to process the case.

Causeway  Collapse
7296-003548

PATIENT SIGNATURE: _____

PHYSICIAN'S SIGNATURE: _____     DATE: 10/03/01

00004

TAX ID # 74-2902455
LIC. #MDK0586

**OLIVER ACHLEITNER, M.D.P.A.**
800 West Jefferson, Suite 200
Brownsville, Texas 78520

PHONE (956) 982-6982
FAX (956) 982-0436

PATIENT: Gustavo Morales   ACCT. # MG0407   DATE: 9/19/01

PHONE: 504-0633   INSURANCE: Pvt. Pay   REFERRED BY: _____

| CPT | DESCRIPTION | FEE | CPT | DESCRIPTION | FEE | CPT | DESCRIPTION | FEE |
|-----|-------------|-----|-----|-------------|-----|-----|-------------|-----|
| **NEW PATIENT OFFICE VISIT** | | | **UPPER EXTREMITIES** | | | **CASTING (CONT.)** | | |
| 99202 | Focused | | 73000 | Clavicle 2V | | 29015 | Long Arm Splint | |
| 99203 | Expanded | 95 00 | 73010 | Shoulder Blade | | 29515 | Short Leg Splint | |
| 99204 | Detailed | | 73020 | Shoulder 1-2V | | L3260 | Cast Shoe | |
| 99205 | Comprehensive | | 73030 | Shoulder 3-4V | | A4580 | Cast Shoe | |
| **ESTABLISHED PT OFF VISIT** | | | 73050 | AC Joint 2V | | L4350 | Ankle Brace | |
| 99212 | Focused | | 73060 | Humerus 2V | | L3908 | Wrist Brace | |
| 99213 | Expanded | | 73070 | Elbow 1-2V | | A4570 | Forearm Splint | |
| 99214 | Detailed | | 73080 | Elbow 3-4V | | L4360 | Walker Boot | |
| 99215 | Comprehensive | | 73090 | Forearm 2V | | L1332 | ACL Brace | |
| 99024 | Post Op F/U | | 73092 | Arm/Infant | | L3650 | Arm Sling | |
| 99358 | Nurse Visit | | 73100 | Wrist Ap/Lat | | A4550 | Minor Surg. Tray | |
| **CONSULTATIONS** | | | 73110 | Wrist 3-4V | | A9190 | Shwr Ct CVR Lg/A | |
| 99242 | Focused | | 73120 | Hand Ap/Lat | | L1906 | Aircast | |
| 99243 | Expanded | | 73130 | Hand 3-4V | | **MATERIALS** | | |
| 99244 | Detailed | | 73140 | Fingers Ap/Lat | | J1040 | Depo Medrol | |
| 99245 | Comprehensive | | 72040 | C-Spine 1-2V | | J3490 | Unclassified Drug | |
| **LOWER EXTREMITIES** | | | 72050 | C-Spine 3-4V | | A4590 | Cast Materials | |
| 73500 | Hip 1-2 V | | 72069 | Trunk Spine 1-2V | | A4649 | Suture Materials | |
| 73510 | Hip 3-4 V | | 72070 | T-Spine 1-2V | | **MISCELLANEOUS** | | |
| 72170 | Pelvis 1-2V | | 72072 | T-Spine 3-4V | | 15852 | Dressing Change | |
| 72190 | Pelvis 3-4V | | 72100 | L-Spine 1-2V | | 99080 | Med Rec/Rev | |
| 73550 | Femur Ap/Lat | | 72110 | L-Spine 3-4V | | 99080 | Narratives | |
| 73560 | Knee 1-2V | | 71020 | Chest 1-2V | | **MINOR SURGERY** | | |
| 73562 | Knee 3-4V | | 71021 | Chest 3-4V | | 20610 | Inj of Maj Joint | |
| 73564 | Knee 4-More V | | **CASTING & SUPPLIES** | | | 20605 | Inj of Min Joint | |
| 73590 | Tib/Fib Ap/Lat | | 29405 | Short Leg | 144 00 | 20670 | Removal of Impla | |
| 73592 | Leg/Infant | | 29345 | Long Leg | | 20550 | Elbow Injection | |
| 73610 | Ankle 1-2V | | 29075 | Short Arm | | 20610 | Knee Injection | |
| 73620 | Foot 1-2V | | 29065 | Long Arm | | 20610 | Shoulder Inject. | |
| 73630 | Foot 3-4V | | 29365 | Cylinder | | | | |
| 73650 | Heel/Os Calcis 2V | | 29125 | Short Arm Splint | | | | |
| 73660 | Toes 2V | | | Spica Splint/Cast | | | | |

TODAY'S TOTAL:   $ 299 00

PAYMENT:   $ _____
    CASH   CHECK   MONEY ORDER

BALANCE:   $ _____

BILLING NOTES: _____

ICD-9   Contusion fot.
_____
_____

OTHER PROCEDURES   04038   $ 60 00

**ASSIGNMENT AND RELEASE:** I Hereby authorizes my insurance benefits to be paid directly to the treating physician. I am ultimately responsible for non-covered services and I authorize the physician to release any and information required to process the case.

Causeway Collapse
7296-003549

PATIENT SIGNATURE: _____

PHYSICIAN'S SIGNATURE: _____   DATE: 9/19/01

00005

## Curriculum Vitae for Oliver Achleitner

Born in Toronto, Canada on October 25, 1965
SS# 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

**Current Address:**
Home:
2360 Calle Esplendida
Brownsville, Texas, 78521
Ph (956) 546-5050

Office:
535 Paredes Line Road
Brownsville, Texas, 78521
Ph (956) 982-6982
Fax (956) 982-0436

**PRACTICE HISTORY:**

**February 1999 – Current:**

**Oliver Achleitner, MD, PA (Brownsville, Texas)**
-    solo orthopedic practice
-    general orthopedics with special interest in sports injuries and total joint replacement

**December 1996 – January 1999:**

**Rio Grande Valley Orthopedic Center (McAllen, Texas)**
-    Associate in multiple surgeon practice
-    My practice consisted of general orthopedics with special interest in Sports Injuries

**EDUCATION:**

**High School**

    Agincourt Collegiate Institute (1980-1984)
-    Scholarship level sciences and arts
-    placed within top 4 in Toronto in Kiwanis Club Academic Competition for grade 11's
-    placed in 98th percentile in University of Waterloo Chemistry Competition for grade 13's
-    placed 1st, 1st and 5th in Physics, Chemistry, and Biology respectively in Scarborough Science Competition for grade 13's

**Causeway Collapse**
**7296-003550**

- graduated as an Ontario Scholar with a combined grade 13 average 97.3 %, highest ever at Agincourt Collegiate
- won the David G. MacDonald Award for highest standing in grade 13 English
- won J. W. Billes Admission Scholarship to UofT

## Undergraduate

University of Toronto, Arts and Science (1984-1986)
- Advanced level physics and chemistries
- completed 2 years with a combined grade point average of 4.3 (out of 4.3)
- won the Chemical and Rubber Company Chemistry award for highest standing in 1st year Chemistry
- won the Merck Award for highest standing in 2nd year Organic Chemistry

## Medical School

University of Toronto, Faculty of Medicine (1986-1990)
- obtained honours standing in first two medical years
- won the Saul Raxlen Memorial Scholarship for high standing in premedical years.
- won the Dr. C.S. Wainwright Scholarship for high standing in first medical year.

### Electives

| | |
|---|---|
| 1st year: | Primary Care Medicine (Ambulance Experience plus work at Ambulance Headquarters) |
| 2nd year: | Orthopaedic Surgery at Scarborough General Hospital with Dr. I. Grosfield |
| 3rd year: | Orthopaedic Surgery at Mount Sinai Hospital with Dr. A. Gross |
| 4th year: | Emergency Medicine at Scarborough General Hospital with Dr. I. Feferman |
| | Orthopaedic Surgery (Scar. General with Dr. I. Grosfield and Dr. M. Bushuk) |
| | Orthopaedic Surgery at St. Michael's Hospital with Dr. J. Waddell |

## Internship

St. Michael's Hospital in Toronto (1990-1991)
- one year rotating internship with electives in orthopaedics

## Residency

McMaster University (1991-1995)
- one year spent at Hamilton General Hospital with equal amounts of time spent in orthopaedics, general surgery, neurosurgery and plastics

- three years of orthopaedics with equal amounts of time spent in trauma surgery, adult reconstructive surgery and pediatric orthopaedics

## Fellowships

McMaster University ( July 1995- July 1996)
- arthroscopy and sports medicine with Dr. Rick Ogilvie, M.D., F.R.C.S.C.

## MEDICAL CERTIFICATIONS

M.D. - University of Toronto, 1990
Medical Council of Canada Qualifying Exam - completed in June 1990
The Royal College of Physicians and Surgeons of Canada Orthopaedics Written Exam
- passed on September 25, 1995
The Royal College of Physicians and Surgeons of Canada Oral Exam
- passed on November 15, 1995
F.R.C.S.(C) certification obtained November 15, 1995
American Board of Orthopedic Surgery Certification obtained July 16,1999

## PUBLICATIONS

Treatment of Osteonecrosis of the Femoral Head by Vascularized Fibular Bone Grafting
Published in Transplantation and Implantation Today
Chief author Robin Richards, M.D., F.R.C.S.C.

## PRESENTATIONS

Unicompartmental Knee Arthroplasty
Presented at the Canadian Orthopaedic Association Meeting in 1994
Chief author Raimo Repo, M.D., F.R.C.S.C.

## PART TIME JOBS

City of Scarborough Recreation and Parks Department (1980-1988)
- during high school, started off as swimming instructor and lifeguard, and later, became head water safety instructor and pool manager.
- worked approximately 20 hours per week during school, until the end of 3rd year medical school and full time during the summer months.

Richard Hammond and Associates (1985-1990)
- general construction and iron work during days off in the summer months, and on occasional weekends during both pre-medical and medical school years.

Bloorview Children's Hospital (1984-1986)
- coached and refereed wheelchair hockey as a volunteer during pre-medical

years at University of Toronto.

**SCHOOL SPORTS**

Agincourt Collegiate Institute
- Rugby, Tackle Football, Downhill Ski Team, and Cross Country Ski Team for five years during high school.

University of Toronto, Arts and Science
- Rugby, Waterpolo and Touch Football for two years during premedical years.

University of Toronto, Faculty of Medicine
- Rugby, Tackle Football, Touch Football, and Waterpolo during first three years of medicine.

**LEISURE ACTIVITIES**

- bicycle racing, sailing, and golf during the summer months
- cross country and downhill skiing during winter
- angling and photography all year round

Causeway Collapse
7296-003553

# McROBERTS & COMPANY

**Records Retrieval Service**
**1225 Central Boulevard, #2002**
**Brownsville, Texas 78520**
**(956)541-1801**
**(956)541-1802 [FAX]**

| | |
|---|---|
| **Records Pertain to:** | **GUSTAVO MORALES** |
| **Records From:** | **DR. ANA GUTIERREZ, BROWNSVILLE, TEXAS** |
| **Style of Case:** | **IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., ET AL** |
| **Cause No.:** | **B-01-157    IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS** |
| **Deliver to:** | **RAY R. MARCHAN** |
| | **ATTORNEY AT LAW** |
| | **1926 EAST ELIZABETH STREET** |
| | **BROWNSVILLE, TEXAS   78520** |

___ Medical   **X** Billing   ___ Personnel   ___ Business

TAXABLE COURT COSTS:   _210.ºº_

**Services: Subpoena Duces Tecum * Notice of Intention * Questions & Answers * Affidavits**
**Records: Medical * Business * Employment**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE THE COMPLAINT AND PETITION   §
OF BROWN WATERS TOWING I, INC.   §
AS OWNER, AND BROWN WATER   §
MARINE SERVICE INC., AS BAREBOAT   §      CIVIL ACTION NO. B-01-157
CHATERER, OF THE BROWN WATER V.,   §
ITS ENGINES, TACKLE, ETC. IN A   §
CAUSE OF EXONERATION FROM OR   §
LIMITATION OF LIABILITY   §

## NOTICE TO TAKE DEPOSITION BY WRITTEN QUESTIONS

TO:    *Brown Water Towing I, Inc. as Owner and Brown Water Marine Service, Inc., as Bareboat Charterer of the Brown Water V, Its Engines, Tackle, Etc., in a Cause of Exoneration From or Limitation of Liability* being represented by:

Will W. Pierson
Royston, Rayzor, Vickery & Williams, L.L.P.
1700 Wilson Plaza West
606 North Carancahua
Corpus Christi, Texas   78476

      and

Keith N. Uhles
James H. Hunter, Jr.
Royston, Rayzor, Vickery & Williams, L.L.P.
55 Cove Circle
Brownsville, Texas   78520

---

Page 1

*American Commercial Lines, LLC as Owner and American Barge Lines, LLC, as Charterer of the Barges NM-315, VLB-9182, VLB-9173* being represented by:

Les Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas   78471

       and

Glenn Goodier
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue - 48th Street
New Orleans, Louisiana   70170-5100

*Southwestern Bell Telephone, L.P.* are represented by:

Geoffrey Amsel
1010 North St. Mary's Street, Room 1403
San Antonio, Texas   78215

*Laguna Madre Water District* are represented by:

Juan A. Magallanes
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Boulevard
Brownsville, Texas   78520

*State of Texas* is being represented by:

Mark Spansel and
Jack Gilbert
Margie Manzano Corbett
Office of the Attorney General
Transportation Division
PO Box 12548
Austin, Texas   78711-2548

       and

Daryl G. Dursum
Adams & Reese, L.L.P.
4400 One Houston Center
1221 McKinney
Houston, Texas   77010

*Rolando Lee Moya, Alberto Leroy Moya, Antonio Salinas, Jr., and Roberto Espericueta* are being represented by:

Frank Enriquez
Roberto D. Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas   78504

*J. Antonio Mireles as Personal Representative of the Estate of Julio Cesar Morales, Juan Antonio Mireles and Soledad Gonzalez Mireles* are being represented by:

S. Mark Strawn
Schirrmeister Ajamie
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, Texas   77002

*Hector Martinez, Sr.* is being represented by:

Jim Hart
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas   77017

*Anita Harris, Individually ans as Next Friend of Victor Justin Harris, and as Representative of the Estate of Robert V. Harris* is being represented by:

Heriberto "Eddie" Medrano
Law Offices of Heriberto "Eddie" Medrano
1101 West Tyler
Harlingen, Texas   78550

Page 3

*Esteban Rivas and Miriam Rivas Individually and as Representatives of the Estate of Stvan Rivas* are represented by:

John David Franz
The Law Offices of John David Franz
400 North McColl
McAllen, Texas  78501

      and

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas  77381

*Estate of Robin Faye Leavell, Carol Leavell, Individually and as Representative of the Estate of Robin Faye Leavell, Ricky Leavell, Individually and as Representative of the Estate of Robin Faye Leavell* are represented by:

Steve Q. McManus
Law Office of McManus & Crane, L.L.P.
209 West Juan Linn
PO Box 2206
Victoria, Texas  77902-2206

*Omar Hinojosa, Individually and as Adminstrator of the Estate of Gaspar Hinojosa, Raquel Hinojosa, Clarissa Hinojosa and Gaspar Hinojosa, II* are being represented by:

Julian Rodriguez, Jr.
Attorney at Law
100 West Pecan
McAllen, Texas  78501

*Rene Mata and Frank Mata* are represented by:

Raymond Thomas and
Andres Gonzalez, Jr.
Kittleman, Thomas, Ramirez & Gonzalez, PLLC
4900-B North 10th Street
McAllen, Texas  78504

---

Page 4

Veronica Farias
The Law Office of Veronica Farias
2854 Boca Chica Boulevard
Brownsville, Texas   78520

Please take notice that twenty (20) days after service of this notice, a deposition by written questions will be taken of the Custodian of Records of those listed on Exhibit "A", attached hereto and incorporated herein for all purposes before a Notary Public in the State of Texas for McRoberts & Company, 1225 Central Boulevard, #2002, Brownsville, Texas, 78520.

Copies of the written questions to be asked are attached hereto.

As authorized by Rule 31 ext. of the Federal Rules of Civil Procedure, to the officer taking this deposition to issue a Subpoena in a Civil Case and cause it to be served on the witness to produce records, including but not limited to, Medical Records, Films, Film reports, hospital records, insurance records, billing records, office notes, reports and correspondence and any other such records from date of accident of 09/15/2001 forward in the possession, custody or control of said witness and every such record to which the witness may have access pertaining to GUSTAVO MORALES, DOB: 04/07/1965 and turn all such records to the officer taking this deposition so that photographic reproductions of the same may be made and attached to said deposition.

Respectfully submitted on behalf of,

Ray R. Marchan
Watts & Heard, L.L.P.
1926 East Elizabeth Street
Brownsville, Texas   78520

ATTORNEY FOR GUSTAVO MORALES