## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing Notice of Intention to take Deposition by Written Questions was mailed to the respective parties and/or attorney(s) of record by registered mail, postage prepaid, hand delivered or transmitted by telephonic document transfer on this 12' day of AUGUST 2002.

*Brown Water Towing I, Inc. as Owner and Brown Water Marine Service, Inc., as Bareboat Charterer of the Brown Water V, Its Engines, Tackle, Etc., in a Cause of Exoneration From or Limitation of Liability* being represented by:

<u>VIA FAX: (361)884-7261</u>
<u>AND REGULAR MAIL</u>

Will W. Pierson
Royston, Rayzor, Vickery & Williams, L.L.P.
1700 Wilson Plaza West
606 North Carancahua
Corpus Christi, Texas 78476

and

<u>VIA FAX: (956)542-4370</u>
<u>AND REGULAR MAIL</u>

Keith N. Uhles
James H. Hunter, Jr.
Royston, Rayzor, Vickery & Williams, L.L.P.
55 Cove Circle
Brownsville, Texas 78520

*American Commercial Lines, LLC as Owner and American Barge Lines, LLC, as Charterer of the Barges NM-315, VLB-9182, VLB-9173* being represented by:

<u>VIA FAX:    (361)887-6521</u>
<u>AND REGULAR MAIL</u>

Les Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas   78471

and

<u>VIA FAX:    (504)582-8010</u>
<u>AND REGULAR MAIL</u>

Glenn Goodier
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue - 48th Street
New Orleans, Louisiana   70170-5100

*Southwestern Bell Telephone, L.P.* are represented by:

<u>VIA FAX:    (210)222-7194</u>
<u>AND REGULAR MAIL</u>

Geoffrey Amsel
1010 North St. Mary's Street, Room 1403
San Antonio, Texas   78215

*Laguna Madre Water District* are represented by:

<u>VIA FAX:    (956)542-4290</u>
<u>AND REGULAR MAIL</u>

Juan A. Magallanes
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Boulevard
Brownsville, Texas   78520

Page 7

*State of Texas* is being represented by:

<u>VIA FAX:   (512)472-3855</u>
<u>AND REGULAR MAIL</u>

Mark Spansel and
Jack Gilbert
Margie Manzano Corbett
Office of the Attorney General
Transportation Division
PO Box 12548
Austin, Texas   78711-2548

and

<u>VIA FAX:   (713)652-5152</u>
<u>AND REGULAR MAIL</u>

Daryl G. Dursum
Adams & Reese, L.L.P.
4400 One Houston Center
1221 McKinney
Houston, Texas   77010

*Rolando Lee Moya, Alberto Leroy Moya, Antonio Salinas, Jr., and Roberto Espericueta* are being represented by:

<u>VIA FAX:   (956)618-5064</u>
<u>AND REGULAR MAIL</u>

Frank Enriquez
Roberto D. Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas   78504

Page 8

*J. Antonio Mireles as Personal Representative of the Estate of Julio Cesar Morales, Juan Antonio Mireles and Soledad Gonzalez Mireles* are being represented by:

<u>VIA FAX:</u>   <u>(713)860-1699</u>
<u>AND REGULAR MAIL</u>

S. Mark Strawn
Schirrmeister Ajamie
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, Texas   77002

*Hector Martinez, Sr.* is being represented by:

<u>VIA FAX:</u>   <u>(713)643-6226</u>
<u>AND REGULAR MAIL</u>

Jim Hart
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas   77017

*Anita Harris, Individually ans as Next Friend of Victor Justin Harris, and as Representative of the Estate of Robert V. Harris* is being represented by:

<u>VIA FAX:</u>   <u>(956)428-2495</u>
<u>AND REGULAR MAIL</u>

Heriberto "Eddie" Medrano
Law Offices of Heriberto "Eddie" Medrano
1101 West Tyler
Harlingen, Texas   78550

*Esteban Rivas and Miriam Rivas Individually and as Representatives of the Estate of Stvan Rivas* are represented by:

<u>VIA FAX:</u>   <u>(956)686-3570</u>
<u>AND REGULAR MAIL</u>

John David Franz
The Law Offices of John David Franz
400 North McColl
McAllen, Texas   78501

    and

<u>VIA FAX:</u>   <u>(281)367-3703</u>
<u>AND REGULAR MAIL</u>

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas   77381

*Estate of Robin Faye Leavell, Carol Leavell, Individually and as Representative of the Estate of Robin Faye Leavell, Ricky Leavell, Individually and as Representative of the Estate of Robin Faye Leavell* are represented by:

<u>VIA FAX:</u>   _____
<u>AND REGULAR MAIL</u>

Steve Q. McManus
Law Office of McManus & Crane, L.L.P.
209 West Juan Linn
PO Box 2206
Victoria, Texas   77902-2206

Page 10

*Omar Hinojosa, Individually and as Adminstrator of the Estate of Gaspar Hinojosa, Raquel Hinojosa, Clarissa Hinojosa and Gaspar Hinojosa, II* are being represented by:

<u>VIA FAX:   (956)682-4544</u>
<u>AND REGULAR MAIL</u>

Julian Rodriguez, Jr.
Attorney at Law
100 West Pecan
McAllen, Texas   78501

*Rene Mata and Frank Mata* are represented by:

<u>VIA FAX:   _____</u>
<u>AND REGULAR MAIL</u>

Raymond Thomas and
Andres Gonzalez, Jr.
Kittleman, Thomas, Ramirez & Gonzalez, PLLC
4900-B North 10th Street
McAllen, Texas   78504

<u>VIA FAX:   _____</u>
<u>AND REGULAR MAIL</u>

Veronica Farias
The Law Office of Veronica Farias
2854 Boca Chica Boulevard
Brownsville, Texas   78520

By: _____
Jacqueline M. Trevino
McRoberts & Company
Records Retrieval Service
PO Box 4836
1225 Central Boulevard, #2002
Brownsville, Texas 78523-4836
(956)541-1801
(956)541-1802 - [FAX]

Page 11

EXHIBIT "A"

**GUSTAVO MORALES**
**Medical and Billing Records:**

1. Valley Regional Medical Center
   100 East Alton Gloor Boulevard
   Brownsville, Texas 78520
   Account No. 315033

2. Dr. L. R. Pelly
   PO Box 3190
   Brownsville, Texas 78523-3190
   Account No. 024240

3. Dr. Oliver Achleitner
   800 West Jefferson, Suite 200
   Brownsville, Texas 78520
   (956)982-6798

4. Dr. H. David Feltoon
   Feltoon & Associates
   8025 Chalk Knoll
   Austin, Texas 78735
   (512)750-7164

**Billing Records:**

5. Dr. Ana Gutierrez
   1313 Alton Gloor Boulevard, Suite C
   Brownsville, Texas 78521
   Account No. 0315033

# Issued by the
## UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

IN RE THE COMPLAINT & PETITION OF
BROWN WATER TOWING I, ONC. ET AL.

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: B-01-157

TO: **CUSTODIAN OF RECORDS**
DR. ANA GUTIERREZ, ALTON GLOOR BLVD., BROWNSVILLE, TEXAS 78523

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): **ANY AND ALL BILLING RECORDS PERTAINIG TO: GUSTAVO MORALES, DOB: 04/07/65, DOA: 09/15.01 FORWARD**

| PLACE | DATE AND TIME |
|---|---|
| PLACE OF BUSINESS OF ABOVE NAMED WITNEE | I STANTER |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Ray R. Marchan* | JUNE 22, 2002 |

ISSUING OFFICER'S NAME ADDRESS AND PHONE NUMBER
RAY R. MARCHAN, 1926 EAST ELIZABETH STREET, BROWNSVILLE, TEXAS 78520

(See Rule 45 Federal Rules of Civil Procedure Parts C & D on Reverse)

If action is pending in district other than district of issuance, state district under case number

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION | § | |
| OF BROWN WATERS TOWING I, INC. | § | |
| AS OWNER, AND BROWN WATER | § | |
| MARINE SERVICE INC., AS BAREBOAT | § | CIVIL ACTION NO. B-01-157 |
| CHATERER, OF THE BROWN WATER V., | § | |
| ITS ENGINES, TACKLE, ETC. IN A | § | |
| CAUSE OF EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

DIRECT QUESTIONS TO BE PROPOUNDED TO
THE CUSTODIAN OF BILLING RECORDS FOR:

DR. ANA GUTIERREZ, BROWNSVILLE, TEXAS

1. Please state your full name, occupation and official title.

ANSWER: _Alma N. Tijerina, biller, collector_

2. Have you been served with a subpoena for the production of billing records in connection with an accident that occurred on September 15, 2001 pertaining to GUSTAVO MORALES, DOB: 04/07/1965?

ANSWER: _yes_

3. Please state whether or not you are the Custodian of Billing Records for DR. ANA GUTIERREZ.

ANSWER: _yes_

4. Please state whether or not you have in your custody or subject to your control of the billing records pertaining to GUSTAVO MORALES.

ANSWER: _yes_

Page 1

5. Please hand to the Notary Public taking this deposition a complete copy of such billing records pertaining to GUSTAVO MORALES.

ANSWER: yes

6. Please state whether or not you can verify that the records you have furnished to the Notary Public in response to the foregoing questions are a complete and accurate copy of the records of DR. ANA GUTIERREZ pertaining to GUSTAVO MORALES.

ANSWER: yes

7. Please state whether or not the records you have furnished to the Notary Public in response to question No. 5 pertaining to GUSTAVO MORALES were kept in the regular course of business of DR. ANA GUTIERREZ.

ANSWER: yes

8. Please state whether or not it was the regular course of business of DR. ANA GUTIERREZ for an employee or representative of DR. ANA GUTIERREZ, with knowledge of the act, event, condition, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record.

ANSWER: yes

9. Please state whether or not the billing records you have furnished to the notary public in response to the foregoing inquiries were made at or near the time of the act which is recorded or reasonably soon thereafter.

ANSWER: yes

Page 2

10. Please state the full amount of the charges for the treatment or service provided to GUSTAVO MORALES for injuries sustained on September 15, 2001.

ANSWER: \_\_Yes $97.75\_\_

11. Please state whether or not such treatment or service provided to GUSTAVO MORALES was necessary.

ANSWER: \_\_Yes\_\_

12. State whether or not such charges were reasonable at the time and place that the treatment or service was provided.

ANSWER: \_\_Yes\_\_

13. Please state whether or not such charges are reasonable for like or similar services rendered in the vicinity in which they were incurred.

ANSWER: \_\_Yes\_\_

_[signature]_
WITNESS (CUSTODIAN OF BILLING RECORDS)

Page 3

## CERTIFICATE OF SERVICE

Before me, the undersigned authority, on this day personally appeared _Olivia N. Tijerina_, Custodian of Billing Records for DR. ANA GUTIERREZ, known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, and being duly sworn, acknowledged to me that the answers to the foregoing questions are true as stated. I further certify that the records attached hereto are exact duplicates of the original records.

SWORN TO AND SUBSCRIBED BEFORE ME this the _5th_ day of _September_, 2002.



NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS

JACQUELINE M. TREVINO
Notary Public, State of Texas
My Commission Expires
11-20-2004

```
                        A C GUTIERREZ, M.D, P.A.
ACNT 0315033           GUSTAVO O MORALES                    Stmt Bal.
01 X   1                                                    Collection Bal.

                                       SERV   CONTRL     DATE
 PATIENT     PROC CODE  DESCRIPTION    DATE   DATE  MOD  FLD POS  AMOUNT    DR #

 GUSTAVO     800480  BASIC METABOLIC  091501 091401          2    11.20     9
 GUSTAVO     860168  ANTIBODY SCREEN  091501 091401          2     6.70     9
 GUSTAVO     860680  CROSSMATCH MAJO  091501 091401          2    15.90     9
 GUSTAVO     860800  BLOOD GP (ABO)   091501 091401          2     6.00     9
 GUSTAVO     861001  BLOOD TYPING; R  091501 091401          2     5.25     9
 GUSTAVO     850144  HEMATOCRIT       091501 091401          2     2.60     9
 GUSTAVO     850144  HEMATOCRIT       091501 091401          2     2.60     9
 GUSTAVO     850188  HEMAGLOBIN       091501 091401          2     2.90     9
 GUSTAVO     850188  HEMAGLOBIN       091501 091401          2     2.90     9
 GUSTAVO     850231  CBC, AUTO W/MAN  091501 091401          2     8.20     9
 GUSTAVO     856106  PROTIME          091501 091401          2     5.60     9
 GUSTAVO     857301  PTT, PARTIAL TH  091501 091401          2     6.70     9
 GUSTAVO     810010  UA, AUTO W/MICR  091501 091401          2     4.10     9
 GUSTAVO     800480  BASIC METABOLIC  091601 091401          2    11.20     9

 F1-END JOB F2-PRT THIS ACCOUNT F3-DSPLAY NEXT FILE F5-PAYMENT/ADJMENT ENTRY
```

**Causeway Collapse**
207296 002431

01

```
ACNT 0315033        GUSTAVO O MORALES              Stmt Bal.
01 X    1                                          Collection Bal.

                                       SERV   CONTRL    DATE
PATIENT      PROC CODE   DESCRIPTION   DATE   DATE MOD  FLD  POS   AMOUNT    DR #

GUSTAVO        850240 CBC              091601 091401          2      5.90         9
  REQUESTED INSURANCE INFORMATION  01 0 Y                                     92601
  PAST DUE STATEMENT-30 DAYS   01 D                                          102401
  FINAL NOTICE-   01 M                                                       112801
               1600 SENT TO COLLECT    010202 010202                 97.75-


F1-END JOB F2-PRT THIS ACCOUNT F3-DSPLAY NEXT FILE F5-PAYMENT/ADJMENT ENTRY
```

**Causeway Collapse**
207296-002432

02