IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 1 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | |
| PETITION OF BROWN WATER | § | C.A. NO. B-01-157 |
| TOWING I, INC., AS OWNER, AND | § | (Subject to Rule 9(h) |
| BROWN WATER MARINE SERVICE, | § | of the Federal Rules |
| INC., AS BAREBOAT CHARTERER, OF | § | of Civil Procedure) |
| THE BROWN WATER V, ITS ENGINES, | § | Admiralty |
| TACKLE, ETC. IN A CAUSE OF | § | |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

Consolidated with:

| | | |
|---|---|---|
| IN THE MATTER OF AMERICAN | § | |
| COMMERCIAL LINES LLC AS OWNER | § | |
| and AMERICAN COMMERCIAL BARGE | § | C.A. NO. B-02-004 |
| LINE LLC AS CHARTERER OF THE | § | (Subject to Rule 9(h) |
| BARGES NM-315, VLB-9182, | § | of the Federal Rules |
| ACL-9933B, VLB-9173, PRAYING | § | of Civil Procedure) |
| FOR EXONERATION FROM AND/OR | § | Admiralty |
| LIMITATION OF LIABILITY | § | |

## CLAIMANT HECTOR MARTINEZ, SR. DESIGNATION OF EXPERT WITNESSES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Hector Martinez, Sr. (Claimant") file this his Designation of Expert witnesses and designate

the following:

## I

## RETAINED EXPERTS

In addition to the retained experts listed below, Claimant hereby designates and incorporates all
liability experts designated by all other Claimants.

A.    Captain G. E. Disler
      204 Sugarberry
      Wildwood Gate
      Village Mills, Texas 77663
      (409) 834-2433 Telephone
      (409) 834-2499 Facsimile

      Commander John Deck III
      P. O. Box 501
      Chardon, Ohio 44024
      (440) 635-0531 Telephone

**Captain Disler and Commander Deck are Maritime Safety and Operation Experts, and may testify regarding any and all liability issues. Particularly they may testify regarding the negligence of the Petitioners, the unseaworthiness of the tow, and how these conditions caused the allision of September 15, 2001. Their opinions are summarized in the report. Their report, curriculum vitae, and list of cases in which they have provided expert testimony in the past four years are being provided by the group of Claimants.**

B.    Jerome Modell, M.D.
      1329 SW 16th Street, Room 4151
      Gainesville, Florida 32608

**Jerome Modell is a medical doctor specializing in anesthesiology and the treatment of drowning victims. He may provide expert testimony regarding what Hector Martinez, Sr. experienced in the final moments of his life. His opinions are set out in his report. His report, curriculum vitae, and list of cases in which he has provided testimony, by deposition or trial, within the past four years are being provided by the group of Claimants.**

## II

## NON-RETAINED EXPERTS

Claimants reserve the right to present expert opinion testimony from the following witnesses

who have not been retained by the claimants in this case:

D.    Captain Nicholas Edward Perugini
      Robert Ramsey

**Captain Perugini is the Chief of the Marine Chart Division of NOA. Messrs. Elliott and Ramsey performed a survey of the Laguna Madre and Intercostal Waterways in the vicinity of buoys 147 and 149. These witnesses have knowledge of the depth of the Intercostal waterway and adjoining area of the Laguna Madre between the Long Island Swing bridge and**

the Queen Isabella Causeway, as it existed at the time of the allision. Their opinions are stated in Captain Perugini's testimony of October 10, 2001 before the United Stated Department of Transportation, United States Coast Guard Marine Safety Office.

E.    Dr. Rafael A.Rafols, M.D. and Custodian of Records
      c/o South Texas Veterans Health Care System
      2101 S. Row Blvd.
      McAllen, TX 78501
      956.618.7100

**Doctor: Dr. Rafols has knowledge and will provide his opinions concerning the diagnosis, prognosis and treatment of the depression sustained by Plaintiff as a result of the death of Hector Martinez, Jr.**

**Custodian of Records: Knowledge of facts and circumstances surrounding the medical and financial records pertaining to Claimant for injuries sustained as a result of the accident made the basis of this lawsuit. It is reasonably anticipated the custodian of records will testify the medical and financial records pertaining to Claimant are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the medical expenses incurred are reasonable and necessary.**

F.    Dr. Luis Gonzalez and Custodian of Records
      c/o South Texas Veterans Health Care System
      2101 S. Row Blvd.
      McAllen, TX 78501
      956.618.7100

**Doctor: Dr. Gonzalez has knowledge and will provide his opinions concerning the diagnosis, prognosis and treatment of the depression sustained by Plaintiff as a result of the death of Hector Martinez, Jr.**

**Custodian of Records: Knowledge of facts and circumstances surrounding the medical and financial records pertaining to Claimant for injuries sustained as a result of the accident made the basis of this lawsuit. It is reasonably anticipated the custodian of records will testify the medical and financial records pertaining to Claimant are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the medical expenses incurred are reasonable and necessary.**

G.    Dr. Margie W. Cornwell, M.D. and Custodian of Records
      c/o Valley Baptist Medical Center
      2101 Pease Street
      Harlingen, TX 78550
      956.956.389.1100

**Doctor:** Dr. Cornwell was the pathologist who performed the autopsy on Hector Martinez, Jr. Dr. Cornwell will testify concerning the cause of death of Hector Martinez, Jr. and his pain and suffering. Dr. Cornwell will testify the cause of death of Hector Martinez, Jr. was the result of drowning.

**Custodian of Records:** Knowledge of facts and circumstances surrounding the medical and financial records pertaining to Claimant for injuries sustained as a result of the accident made the basis of this lawsuit. It is reasonably anticipated the custodian of records will testify the medical and financial records pertaining to Claimant are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the medical expenses incurred are reasonable and necessary.

H.    Bob Clinton
      c/o American Waterways Operators
      Arlington, Virginia

Mr. Clinton has expert information regarding the American Waterways Operators' Responsible Carrier program.

### III

### Rebuttal Experts

Claimants reserve the right to designate rebuttal experts to address any areas raised in

Petitioners' Designation of Experts, for which the Petitioners bear the burden of proof.

G.    Claimants reserve the right to call any expert witness designated by any other party.

Respectfully Submitted,

WILLIAMS  BAILEY  LAW FIRM, L.L.P.

_____

JIM S. HART
TBN: **09147400**
Federal I.D. **14548**
8441 Gulf Freeway, Suite 600
Houston, Texas  77017
(713) 230-2312
(713) 643-6226 (Facsimile)
**ATTORNEY IN CHARGE**

Of Counsel:

WILLIAMS  BAILEY  LAW FIRM, L.L.P.

BYRON M. BUCHANAN
TBN: 00796268
Federal I.D. 20594
8441 Gulf Freeway, Suite 600
Houston, Texas  77017
(713) 230-2312
(713) 643-6226 (Facsimile)

## <u>CERTIFICATE OF SERVICE</u>

I, Jim Hart, hereby certify that on this 30th day of September, 2004 a true and correct copy of the above and foregoing document was sent via regular mail, certified mail, return receipt requested, hand delivery and/or facsimile transmission to all counsel listed below.

_____
Jim Hart

Glen Goodier
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100
Counsel for American Commercial Barge Lines

Will W. Pierson
Royston, Rayzor, Vickery & Williams, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, TX 78476
Counsel for Brown Tide, Inc., and Brown Water Marine Service, Inc.

Leslie D. Cassidy, III
Woolsey & Cassidy
500 N. Water Street, Suite 1020
Corpus Christi, TX 78471
Counsel for American Commercial Barge Lines

John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, TX 78501

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Counsel Forest Crossing Drive, Suite C
The Woodlands, TX 77381
Counsel for Claimants Esteban Rivas and Miriam Rivas

Mark J. Spansel
Edwin C. Laizer
Adams & Reese, L.L.P.
4500 One Shell Square
New Orleans, LA 70139
Counsel for Claimant Texas Department of Transportation

James B. Manley
Attorneys at Law
200 William Barnett
Cleveland, TX 77327
Counsel for Claimant William Morris Welch

Ray R. Marchan
Watts Law Firm L.L.P.
1926 E. Elizabeth
Brownsville, TX 78520
Counsel for Claimant Gustavo Morales

Michael Watts
Watts Law Firm L.L.P.
555 N. Carancahua, Suite 1400
Corpus Christi, Texas 78478
Counsel for Claimants Lydia Zamora, Bigo's International, L.L.C.; Jacqueline Paddock and
Bridgette Goza

William Q. McManus
Steve Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
P.O. Box 2206
Victoria, TX 77902-2206
Counsel for Claimants Ricky Leavell and Carol Leavell

Heriberto Medrano
Law Office of Heriberto Medrano
2009 East Harrison, Suite B
Harlingen, TX 78550
Counsel for the Estate of Robert Harris

Brian G. Janis
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, TX 78521-2284
Counsel for Port Isabel-San Benito Navigation District

J.A. Magallenes
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica
Brownsville, TX 78520
Counsel for Laguna Madre Water District of Port Isabel

Geoffrey Amsel
SBC Management Services
175 East Houston St., 4th Floor
San Antonio, TX 78205
Counsel for Claimant Southwestern Bell Telephone

Julian Rodriguez, Jr.
Law Office of Julian Rodriguez, Jr.
100 W. Pecan
McAllen, TX 78501
Counsel for Claimants Raquel Terran Hinojosa; Clarissa Hinojosa, Omar Hinojosa and
Gaspar Hinojosa, II

Charles Willette
Willette & Guerra, L.L.P.
3505 Boca Chica Blvd., Suite 460
Brownsville, TX 78521
Counsel for Cameron County

Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, TX 78521
Counsel for Minor Claimant William Welch

Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, TX 78209-1307
Counsel for Allstate Insurance Company

Raymond L. Thomas
Andres H. Gonzalez, Jr.
Kittleman, Thomas, Ramirez & Gonzalez, PLLC
4900-B North 10th Street
McAllen, TX 78504
Counsel for Claimants Rene and Frank Mata

S. Mark Strawn
Ajamie, L.L.P.
Pennzoil Place, South Tower
711 Louisiana, Suite 2150
Houston, TX 77002
Counsel for Claimants, Juan Antonio Mireles, as Personal Representative of the
Estate of Julio Cesar Mireles, Juan Antonio Mireles and Soledad Gonzalez Mireles

Michael Ratcliff
Office of the Attorney General
Transportation Division
P.O. Box 12548
Austin, TX 78711-2548
Counsel for the State of Texas