IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 1 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION | • | |
| OF BROWN WATER TOWING I, INC., | • | |
| AS OWNER, AND BROWN WATER | • | |
| MARINE SERVICE INC., AS BAREBOAT | • | CIVIL ACTION NO. B-01-157 |
| CHARTERERS, OF THE BROWN WATER V | • | |
| ETC., IN A CAUSE OF EXONERATION | • | Consolidated with |
| FROM OR LIMITATION OF LIABILITY | • | |
| | • | CIVIL ACTION NO. B-02-004 |
| IN RE THE COMPLAINT AND PETITION | • | |
| OF AMERICAN COMMERCIAL LINES LLC, | • | and |
| AS OWNER, AND AMERICAN | • | |
| COMMERCIAL BARGE LINE LLC, AS | • | CIVIL ACTION NO. B-02-125 |
| CHARTERER OF THE BARGES NM-315 | • | |
| VLB-9182, ACL-9933B, VLB-9173, IN A | • | |
| CAUSE OF EXONERATION FROM A | • | ADMIRALTY |
| LIMITATION OF LIABILITY , Et. Al. | • | |

**PLAINTIFFS' DESIGNATION OF EXPERTS
PURSUANT TO FRCP 26**

TO THE HONORABLE JUDGE OF SAID COURT;

Comes now Anita Harris, Individually and as Next Friend to Victor Justin Harris (a minor) and files this Designation of Experts pursuant to FRCP 26 and would state the following in support thereof:

I.

Plaintiffs hereby give notice of adopting as their experts all the various experts identified as same by all Co-Plaintiffs as well as by the State of Texas, including their reports and documents required to be produced by the rules.

II.

Plaintiffs also designate as their expert Mr. Richard Cortez, CPA and his firm Burton, McCumber & Cortez, 200 South 10th Street, Suite 1501 McAllen, Texas. Attached is Mr. Cortez'

CV. Mr. Cortez is preparing at Plaintiffs' request an economic impact analysis report regarding all economic damages suffered by same as a result of the death of Robert Harris. Plaintiffs will make same available to Defendants Brown Water Marine and American Commercial Barge Lines as soon as same is completed.

III.

Plaintiffs also specifically adopt as their experts the three pathologists from Valley Baptists Hospital in Harlingen, Texas identified by Co-Plaintiffs Chealsa and Barry Welch who performed autopsies on decedent Plaintiffs.

Respectfully submitted,

Heriberto 'Eddie' Medrano
Texas Bar #138978700
Federal I.D. #5952
2009 East Harrison, Suite B
Harlingen, Texas 78550
Tel. (956) 428-2412
Fax (956) 428-2495

## CERTIFICATE OF SERVICE

The undersigned attorney, attorney-in-charge for Claimant and Claimant-respondent, hereby certifies that a true and correct copy of the above and foregoing pleading has been served upon all counsel of record on this 30th day of September, 2004.

Heriberto 'Eddie' Medrano Law Office

*Via Certified Mail*

Will W. Pierson, Esq.
Keith Uhles, Esq.
James Hunter, Esq.
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
*CM/RRR #:7000 1530 0004 6479 2284*

Leslie D. Cassidy, III, Esq.
WOOLSEY & CASSIDY
500 N. Water Street, Suite 1020
Corpus Christi, Texas 78471
*CM/RRR #:7000 1530 0004 6479 2291*

Glen Goodier, Esq.
JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, Louisiana 70170-5100
*CM/RRR #:7000 1530 0004 6479 2307*

*Regular Mail*

Mark J. Spansel, Esq.
ADAMS & REESE, L.L.P.
4500 One Shell Square
New Orleans, Louisiana 70139

Thomas E. Quirk, Esq.
AARON & QUIRK
901 NE Loop 410, Suite 903
San Antonio, Texas 78209

James B. Manley, Esq.
ATTORNEY AT LAW
200 William Barnett
Cleveland, Texas 77327

Ray R. Marchan, Esq.
WATTS LAW FIRM, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

J. Chad Guantt, Esq.
GUANTT & KRUPPSTADT, L.L.P.
1400 Woodloch, Suite 575
The Woodlands, Texas 77380

John David Franz, Esq.
THE LAW OFFICES OF JOHN DAVID FRANZ
400 N. McColl
McAllen, Texas 78501

J.A. Magallanes, Esq.
Carlos Escobar, Esq.
MAGALLANES, HINOJOSA & MANCIAS, P.C.
1713 Boca Chica Blvd.
P.O. Box 4901
Brownsville, Texas 78520

Thomas R. Ajamie, Esq.
S. Mark Strawn, Esq.
SCHIRRMEISTER AJAMIE, L.L.P.
711 Louisiana Street, Suite 2150
Houston, Texas 77002

Frank Enriquez, Esq.
Robert Puente, Esq.
LAW OFFICES OF FRANK ENRIQUEZ
4200-B North Bicentennial
McAllen, Texas 78504

Julian Rodriguez, Jr., Esq.
Andres Gonzales, Esq.
KITTLEMAN, THOMAS, RAMIREZ & GONZALES
4900-B N. 19TH Street
McAllen, Texas 78504

Jim S. Hart, Esq.
Nejd Yaziji, Esq.
WILLIAMS BAILEY LAW FIRM, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

Veronica Farias, Esq.
LAW OFFICE OF VERONICA FARIAS
2854 Boca Chica
Brownsville, Texas 78521

Geoffrey Amsel, Esq.
SBC TEXAS LEGAL
175 E. Houston, 4th Floor
San Antonio, Texas 78205

Mikal Watts, Esq.
WATTS LAW FIRM, L.L.P.
Tower II Building
555 N. Carancahua, 14$^{th}$Floor
Corpus Christi, Texas 78478

Richard Leo Harrell
THE EDWARDS LAW FIRM, L.L.P.
Frost Bank Plaza
Suite 2100
Corpus Christi, Texas 78470