United States District Court
Southern District of Texas
FILED

OCT 0 1 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C. A. NO. B-01-157 Admiralty  Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315,VLB-9182,ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C. A. NO. B-02-004 Admiralty |

PETITIONERS', BROWN WATER TOWING I, INC. AND BROWN WATER
MARINE SERVICE, INC. UNOPPOSED MOTION TO WITHDRAW ITS
<u>MOTION TO COMPEL</u>

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW the Petitioners, **Brown Water Towing I, Inc. and Brown Water Marine Service, Inc.** and files this its Motion to Withdraw its Motion to Compel and would respectfully show the court as follows:

I.

Petitioners previously filed a Motion to Compel attorney Michael Cowen to produce records in his possession from Dr. William Edwin Fann pursuant to a subpoena served upon him associated

49477:1123826.1:100104

with a Deposition on Written Questions. The records in question pertained to Chealsa Welch, whose survivors are making a claim as a result of her death. The interest of Ms. Welch are being represented by attorney Ray Marchan. An agreement has now been reached between the Petitioners and attorney Michael Cowen and attorney Ray Marchan on behalf of the interest of Ms. Welch and her survivors for the documents in Mr. Cowen's possession from Dr. William Edwin Fann to be produced.

II.

Consequently, Petitioners' Motion to Compel is no longer necessary and Petitioners seek to withdraw this motion.

WHEREFORE, PREMISES CONSIDERED, Petitioners, **Brown Water Towing I, Inc. and Brown Water Marine Service, Inc.** respectfully request that the Court enter an Order withdrawing the Motion to Compel as moot and for such other and further relief, both general and special, to which they may show themselves justly entitled.

Respectfully submitted,

Keith N. Uhles
Texas Bar No. 20371100
Federal ID No. 1936
55 Cove Circle
Brownsville, Texas 78521
Telephone (956) 542-4377
Facsimile  (956) 542-4370

        Will W. Pierson
        Texas Bar No. 16003100
        Federal I.D. No. 1931
        1700 Wilson Plaza West
        606 N. Carancahua
        Corpus Christi, Texas 78476
        Telephone (361) 884-8808
        Facsimile (361) 884-7261
        **Attorneys for Petitioners, Brown Water Towing I,**
        **Inc. and Brown Water Marine Service, Inc.**

**OF COUNSEL:**

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

## CERTIFICATE OF CONSULTATION

On September 28, 2004, several conversations took place between attorneys, Keith N. Uhles, Michael Cowen and Ray Marchan. The agreement set forth above was reached during those conversations and consequently, this Motion is unopposed.

_____
Keith N. Uhles

## CERTIFICATE OF SERVICE

      This certifies that a true and correct copy of the foregoing document was sent by the indicated means to counsel of record on this the __1st__ day of October, 2004 as follows:

**Via Facsimile 541-0255 & U.S. Mail:**
Mr. Ray R. Marchan
WATTS LAW FIRM
1926 E. Elizabeth
Brownsville, Texas 78520

**Via Facsimile 504-3674 & U.S. Mail:**
Mr. Michael R. Cowen
MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520

**VIA U.S. Mail**
Mr. Jack F. Gilbert
Office of the Attorney General
Transportation Division
Post Office Box 12548
Austin, Texas 78711-2548

Mark J. Spansel
Adams & Reese, L.L.P.
4500 One Shell Square
New Orleans, LA 70139

Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
2009 East Harrison, Suite B
Harlingen, Texas 78550

Mr. James B. Manley
Attorneys at Law
200 William Barnett
Cleveland, Texas 77327

Mr. John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381

William Q. McManus
Steve Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

Mr. Les Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471

Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

Mr. Raymond Thomas/Mr. Andres Gonzalez
Kittleman, Thomas, Ramirez & Gonzales
4900-B N. 10th Street
McAllen, Texas 78504

Thomas R. Ajamie
S. Mark Strawn, Esq.
Ajamie, L.L.P.
Pennzoil Place-South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002

Mr. Julian Rodriguez, Jr.
Julian Rodriguez, Jr. & Associates, P.C.
10113 N. 10th Street, Suite C
McAllen, Texas 78504

Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307

Jim S. Hart
Nejd Yaziji
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

Frank Enriquez
Robert Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

Richard Leo Harrell
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 1400 (78470
P.O. Box 480
Corpus Christi, Texas 78403-0480

Mr. Geoffrey Amsel
SBC Texas Legal
175 E. Houston, 4th Floor
San Antonio, Texas 78205

Glenn G. Goodier
Jones, Walker, Waechter, Poitevent, Carrere
& Denegre, L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100

Mr. J. A. Magallanes
Carlos Escobar
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Blvd.
Post Office Box 4901
Brownsville, Texas 78520

Of ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.