IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C. A. NO. B-01-157<br>Admiralty<br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315,VLB-9182,ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | C. A. NO. B-02-004<br>Admiralty |

**ORDER**

On this day came to be heard the Motion of Petitioners, **Brown Water Towing I, Inc. and Brown Water Marine Service, Inc.** to Withdraw Petitioners, Brown Water Towing I, Inc. and Brown Water Marine Service, Inc. Motion to Compel. After considering said motion, all pleadings on file, the agreement of counsel, and the applicable law, it is the opinion of the Court that the issue made the subject of the Motion to Compel has been resolved, that the Motion to Compel is now moot, and the Motion to Withdraw should be granted. It is, therefore,

**ORDERED** that Petitioners, Brown Water Towing I, Inc. and Brown Water Marine Service, Inc. Motion to Compel is withdrawn.

**DONE AND ENTERED** on this _____ day of October, 2004 at Brownsville, Texas.

_____
**HON. HILDA TAGLE**
**UNITED STATES DISTRICT JUDGE**