~~~

**DATE:** June 21, 2002
**LAWSUIT:** Ricky Paul Phipps vs. Swan Crew Boats, Inc.
USDC Eastern Dist. of La.
Judge Ginger Berrigan
**CAUSE NO:** 01-3339
**ATTORNEY/S:** Silvestri & Massicot
**TYPE OF CASE:** Inspection Crew Boat Engine Room Fall
**PLAINTIFF/DEFENSE:** Plaintiff
**STATE:** Louisiana

~~~

**DATE:** September 11, 2002
**LAWSUIT:** Eugene McFarland vs. Cenac Towing, Inc.et al
32nd JDC
**CAUSE NO:** No. 130758
**ATTORNEY/S:** St. Martin & Williams
**TYPE OF CASE:** Tankerman Injury at Coupling between Petroleum Barge &
Marine Terminal
**PLAINTIFF/DEFENSE:** Plaintiff
**STATE:** Louisiana

~~~

**DATE:** September 25, 2002
**LAWSUIT:** Bob Kendrick vs. Bollinger Calcasieu, L.L.C. et al
$136^{th}$ JDC of Jefferson County Texas
**CAUSE NO:** D-166-231
**ATTORNEY/S:** Reaud, Morgan & Quinn, Inc.
**TYPE OF CASE:** Shipyard Welding Accident Onboard on OSV
**PLAINTIFF/DEFENSE:** Plaintiff
**STATE:** Texas

~~~

**DATE:** October 23, 2002
**LAWSUIT:** Rodney Goulas & Laura Goulas vs. Eagle Inc.
Civil JDC Parish of Orleans  Div. G
**CAUSE NO:** 00-16626
**ATTORNEY/S:** Murray Law Firm, Joseph A. Race Esq.
**TYPE OF CASE:** Asbestos on Dredge
**PLAINTIFF/DEFENSE:** Plaintiff
**STATE:** Louisiana

**DATE:**                 October 30, 2002
**LAWSUIT:**              John Hill vs. Mars Marine Inc. et al
                          11th JDC of Harris, County, Texas
**CAUSE NO:**             2001-54543
**ATTORNEY/S:**           The Fitzgerald Law Firm, Scott Hunzicker
**TYPE OF CASE:**         Turbo Chargers on 502 V-8 Engines in Cigarette Boat
**PLAINTIFF/DEFENSE:**    Defense
**STATE:**                Texas

**Total Depositions 2002 – 10**

**DATE:**                 February 25, 2003
**LAWSUIT:**              Anthony Roy D'Abreu vs. Entergy, Inc.
                          25th Judicial District, Plaquemines Parrish, LA
                          Division "A"
**CAUSE NO:**             43-230
**ATTORNEY/S:**           Salty Gavise
**TYPE OF CASE:**         Allision
**PLAINTIFF/DEFENSE:**    Defense
**STATE:**                Louisiana

**DATE:**                 May 23, 2003
**LAWSUIT:**              Revell Shipping Agency vs. Bentz Marine Et Al
                          24th Judicial District Court, Jefferson Parrish, LA
                          Division "G"
**CAUSE NO:**             531-643
**ATTORNEY/S:**           Michael Whitehead
**TYPE OF CASE:**         Recension of New Vessel
**PLAINTIFF/DEFENSE:**    Plaintiff
**STATE:**                Louisiana

**DATE:**                 August 1, 2003
**LAWSUIT:**              Jerry Lee Bonner vs. Torch, Inc.
                          U.S.D.C. Eastern District of Louisiana
**CAUSE NO:**             02-3032
**ATTORNEY/S:**           Best Koeppel
**TYPE OF CASE:**         Safe Egress Regress, Dock to Lay Barge
**PLAINTIFF/DEFENSE:**    Plaintiff
**STATE:**                Louisiana

~~~

| | |
|---|---|
| **DATE:** | August 28, 2003 |
| **LAWSUIT:** | Mark Allen Covert vs. USA |
| | U.S.D.C. of Texas Beaumont Division |
| | Judge Clark |
| **CAUSE NO:** | 1:01CV796 |
| **ATTORNEYS:** | Birnberg & Associates |
| **TYPE OF CASE:** | NIOSH Lifting |
| **PLAINTIFF/DEFENSE:** | Plaintiff |
| **STATE:** | Texas |

~~~

| | |
|---|---|
| **DATE:** | November 7, 2003 |
| **LAWSUIT:** | James Speights vs. Graham Offshore, Inc. |
| | U.S.D.C., Eastern District of Louisiana |
| **CAUSE NO:** | 03-0119 |
| **ATTORNEYS:** | Best Koeppel |
| **TYPE OF CASE:** | Crew boat Injury to Passenger |
| **PLAINTIFF/DEFENSE:** | Plaintiff |
| **STATE:** | Louisiana |

**Total Depositions for 2003 – 5**

| | |
|---|---|
| **DATE:** | February 16, 2004 |
| **LAWSUIT:** | Marvin Holland vs. Seacor Marine Inc. |
| | U.S.D.C. - Southern District of Texas, Galveston Division |
| **CAUSE NO:** | C.A. No. G-03-273 |
| **ATTORNEYS:** | William Gee |
| **TYPE OF CASE:** | Cargo from Rig to Supply Boat |
| **PLAINTIFF/DEFENSE:** | Plaintiff |
| **STATE:** | Texas |

| | |
|---|---|
| **DATE:** | March 31, 2004 |
| **LAWSUIT:** | Brenda Gwin vs. American River Transportation Company |
| | Division 1 Circuit Court for City of St. Louis, State of |
| | Missouri |
| **CAUSE NO.:** | 002-8635 |
| **ATTORNEYS:** | The Dysart Law Firm, P.C |
| **TYPE OF CASE:** | Plaintiff |
| **STATE:** | Missouri |

**DEPOSITIONS/Page** 10

**Total Depositions for 2004-**2
**Total Depositions-** 113

# REPORT

## Brown Water, In Re: American Commercial, In the U.S. District Court for the Southern District of Texas, Brownsville Division, CA No. B-01-157

### September 13, 2004

Julio Mireles was retrieved from his car from Laguna Madre bay near the causeway when a section had fallen out secondary to being rammed by a tug boat. An autopsy was performed by DeWitt S. Davenport, M.D. on September 25, 2001, and the final summary report is as follows: "This man was retrieved from his car from the Laguna Madre bay near the causeway. His car had gone off of the causeway after a section of it had fallen out secondary to being rammed by a tug boat. At autopsy, advanced decompositional changes were identified, but no obvious injuries are seen. These features are compatible with death being due to drowning rather than trauma. Liver and bone are retained should toxicologic or DNA analysis become necessary."

### Comment

Although several persons have defined drowning and postulated what a victim may go through over the years, a group of international experts was convened at the World Congress on Drowning in Amsterdam, The Netherlands, in 2002 to develop a uniform understanding of "drowning" and the "drowning process." The results of these deliberations by experts from several different countries were published by Idris, et al. in the journals *Circulation* and also *Resuscitation* in 2003.

In this particular case (Julio Mireles), there is no evidence that the victim died of causes other than drowning, nor is there any evidence the victim experienced loss of consciousness for any reason, whether it be metabolic, neurologic or head trauma prior to his car entering the water. Thus, one can assume that the victim would realize he was falling from the causeway into the body of water and experienced the psychological trauma that would come from one recognizing that this was an extremely dangerous circumstance and from which the victim could suffer extensive injury or death by drowning.

To appreciate what the victim experienced, it is important to understand "the drowning process" as described by these international experts and published by Idris, et al. This "drowning process" along with this expert's comments as to what most likely occurred in this victim follows:

The drowning process is a continuum that begins when the victim's airway lies below the surface of the water, at which time the victim first voluntarily holds his breath. When conscious breath-holding can no longer be sustained, the victim tries to breathe and as water enters the oropharynx and at the level of the larynx, an involuntary period of laryngnospasm may occur in an effort to protect the victim from actually inhaling water into the lungs. The laryngeal reflex can be depressed due to some types of neurologic difficulty, be they anatomic or acquired. However, within reasonable medical probability, there is no evidence that such modifying factors were involved in this episode.

During this period of breath-holding and laryngospasm, the victim is unable to breathe gas. This results in oxygen being depleted and carbon dioxide not being eliminated. The victim then becomes hypercarbic, hypoxemic and acidotic. Because hypercarbia stimulates respiration, the victim's respiratory movements become very active, but there is no exchange of air because of the obstruction at the level of the larynx. As the victim's arterial oxygen tension drops further, the laryngeal reflex and, therefore, laryngeal obstruction abates, and the victim actively breathes liquid.

In interviewing victims of drowning that I have treated and who have recovered, this period of intense respiratory movements against an obstructed larynx is described as extremely stressful. I have been told that it feels as though they are suffocating, and their chest is being crushed or that their breastbone is being sucked up against their backbone, which is extremely painful. This period of respiratory obstruction lasts for approximately 1 ½ to 2 minutes after the onset of submersion during which time the victim is conscious. Consciousness is then lost due to cerebral hypoxia at 1 ½ to 2 minutes. This is about the same time that the victims actively breathe liquid. It should be noted that in trained divers, this period of breath-holding and consciousness can be extended.

The amount of liquid inhaled varies considerably from victim to victim. Changes that occur in the lungs, body fluids, blood gas tensions, acid-base balance and electrolyte concentrations are dependent upon the composition and volume of the liquid aspirated and the duration of submersion.

A victim can be rescued at any time during the drowning process and may not require any intervention or they may receive appropriate resuscitative measures, in which case the drowning process is interrupted. The victim may recover from initial resuscitation efforts, with or without subsequent therapy to eliminate hypoxia, hypercarbia and acidosis, and normal organ function is restored. However, if the victim's lungs are not ventilated in timely fashion or he does not start to breathe air spontaneously, circulatory arrest will ensue and, in the absence of effective resuscitative efforts, multiple organ dysfunction and death will result, primarily because of tissue hypoxia. In experimental animal studies it has been shown that cardiac arrest most likely occurs between 3 to 4 ½ minutes after the onset of submersion.

It should be further noted that if the victim is rescued and resuscitated within 3 minutes of the onset of submersion, within reasonable medical probability, he will recover. Many victims who are resuscitated between 3 and 5 minutes after onset of submersion will have return of spontaneous heartbeat, and some may recover normally, but many will suffer brain damage. If the submersion period exceeds 5 minutes and the patient survives, the vast majority will have residual hypoxic brain damage and beyond 10 minutes, survival is extremely rare unless the submersion episode has occurred in extremely cold water, in which case cerebral metabolic requirements for oxygen are markedly decreased, and the victim then can survive a longer period of hypoxia.

Of further importance in determining what the victim perceived is that fact that this occurred in a motor vehicle. Depending on the tightness of the passenger compartment, it may have contained an air pocket for some period of time, during which time the victim would not necessarily have his airway submerged. This would extend the period of time he was cognizant of impending doom with its concurrent psychological trauma. Once the passenger compartment filled with water, then, obviously, the drowning process would ensue.

**Reference**

Idris AH, Berg R, Bierens J, Bossaert L, Branche C, Gabrielli A, Graves SA, Handley J, Hoelle R, Morley P, Pappa L, Pepe P, Quan L, Szpilman D, Wigginton J, Modell JH: Recommended guidelines for uniform reporting of data from drowning: the "Utstein Style". Circulation 108:2565-2574, 2003.


Attached to this report is a copy of my curriculum vitae and bibliography as well as list of cases in which I have testified as an expert at trial or by deposition over the past four years.




Jerome H. Modell, M.D., D.Sc. (Hon.)          Date

JHM/df

Last updated: 6/16/2004 8:29:00 AM

CURRICULUM VITAE

Jerome H. Modell, M.D., D.Sc.(Hon.)

## PRESENT APPOINTMENTS

Professor Emeritus, Department of Anesthesiology, University of Florida College of Medicine, Gainesville, Florida, January 2001 - present

Courtesy Professor, Department of Large Animal Clinical Sciences, University of Florida College of Veterinary Medicine, Gainesville, Florida, September 1999 - present

**DATE OF BIRTH:** September 9, 1932, St. Paul, Minnesota

## EDUCATION

B.A., University of Minnesota, Minneapolis, Minnesota, 1954
B.S., University of Minnesota, Minneapolis, Minnesota, 1957
M.D., University of Minnesota, Minneapolis, Minnesota, 1957

## APPOINTMENTS

HOSPITAL

Rotating Intern, U.S. Naval Hospital, St. Albans, New York, 1957-1958
Resident, Anesthesiology, U.S. Naval Hospital, St. Albans, New York, 1958-1960
Resident, Columbia-Presbyterian Medical Center of the Columbia University College of Physicians and Surgeons, 1960
Attending Staff, U.S. Naval Hospital, St. Albans, New York, 1960-1961
Chief of Anesthesiology, U.S. Naval Hospital, Pensacola, Florida, 1961-1963
Attending Anesthesiologist, Jackson Memorial Hospital, Miami, Florida, 1963-1969
Director, Inhalation Therapy Service, Jackson Memorial Hospital, Miami, Florida, 1963-1967
Director, Intensive Care Unit, Jackson Memorial Hospital, Miami, Florida, 1967-1969
Attending Staff, Shands Hospital at the University of Florida, Gainesville, Florida, 1969 – present
Attending Staff, Veterans Affairs Medical Center, Gainesville, Florida, 1969 – present

ACADEMIC

Junior Scientist, Department of Internal Medicine, University of Minnesota School of Medicine, Minneapolis, Minnesota, 1955-1957

J. H. Modell

The Nicholas G. DePiero Lecture, Ohio State Society of Anesthesiologists, 1995 and 1997
Interviewed for the Oral History of the University of Florida Series by Distinguished Service
   Professor, Samuel Proctor, 1998
Florida Society of Anesthesiologists, Distinguished Service Award, 1998
16th Ernest O. Henschel Memorial Lectureship, January 11, 1999
Presented with the Medal of Honor of Maatschappij tot Redding van Drenkelingen (The Society
   to Rescue People from Drowning), Netherlands, June 28, 2002
The International Life Saving Medical Task Force
   Honorary Member, June 24, 2002
The World Congress on Drowning
   Committee of Recommendation, June 26-28, 2002
University of Florida
   Honorary Degree—Doctor of Science, May 2004
   President' s Medallion for Outstanding Service, December 31, 2000
   University of Florida Medallion for Outstanding Service, November 1997
University of Florida College of Medicine
   Establishment of the Jerome H. Modell, MD Endowed Professorship in Anesthesiology, 1994
Wood Library-Museum of the American Society of Anesthesiologists published my
   autobiography as part of the Careers in Anesthesiology Series, 2000

## BOARDS

American Board of Anesthesiology
   Diplomate, 1964
   Senior Associate Examiner, 1967-1990
American College of Anesthesiologists, Fellow, 1964

## LICENSURE

Florida #10754, 1963
Minnesota, 1957 (inactive retired)
New York, 1957 (inactive retired)

## SOCIETY MEMBERSHIPS (Past and Present)

Alachua County Medical Society
American Association for the Advancement of Science
American College of Chest Physicians
American Medical Association
American Society of Anesthesiologists

J. H. Modell

University of Kentucky, Lexington, Kentucky, April 29-May 1, 1975
Temporary Advisor, World Health Organization, Danish International Development Agency,
    University of Copenhagen National Health Service of Denmark, 12th World Health
    Organization Refresher Course in Anesthesiology, Copenhagen, Denmark, June 8-13, 1975
University of Alabama, Birmingham, Alabama, October 1-2, 1975
Cook County Hospital, Chicago, Illinois, December 1, 1975
Columbia University, College of Physicians and Surgeons, New York, New York, February
    18-20, 1976
Medical Center of Western Massachusetts, Springfield, Massachusetts, May 3-4, 1976
National Naval Medical Center, Bethesda, Maryland, September 23-24, 1976
University of Colorado, Denver, Colorado, November 15-16, 1976
Harvard University, Massachusetts General Hospital, Boston, Massachusetts, March 9-11, 1977
Bowman Gray School of Medicine, Wake Forest University, Winston-Salem, North Carolina,
    April 18-19, 1977
University of Washington, Seattle, Washington, May 2-4, 1977
University of California, Los Angeles, California, September 19-21, 1977
University of Colorado, Denver, Colorado, May 22, 1978
University of Texas, Galveston, Texas, October 11-13, 1978
State University of New York, Buffalo, New York, February 19, 1979
Mercy Hospital and Allegheny General Hospital, Pittsburgh, Pennsylvania, February 22, 1979
University of Texas, San Antonio, Texas, January 3-5, 1980
Hadassah Medical Center, Jerusalem, Israel, September 3-6, 1980
University of Basel, Basel, Switzerland, September 22-23, 1980
Uniformed Services University of the Health Sciences, School of Medicine, Bethesda, Maryland,
    November 19-21, 1980
Wilford Hall USAF Medical Center, Lackland Air Force Base, San Antonio, Texas, March 26,
    1981
Wilford Hall USAF Medical Center, Lackland Air Force Base, Texas, August 15-20, 1982
Keesler Air Force Base, Biloxi, Mississippi, July 13-15, 1983
Wilford Hall USAF Medical Center, Lackland Air Force Base, Texas, August 3-5, 1983
Johns Hopkins University, Baltimore, Maryland, December 8-9, 1983
Tulane University School of Medicine, New Orleans, Louisiana, October 1, 1987
University of Texas, Southwestern Medical School, Dallas, Texas, January 16, 1988
Vanderbilt University School of Medicine, Benjamin Howard Robbins Memorial Lecturer,
    Nashville, Tennessee, December 1-4, 1988
Della Briggs Visiting Professor, Loma Linda University, Loma Linda California, March 10-11,
    1992
Duke University Medical Center, Department of Anesthesiology, Durham, North Carolina,
    January 12-13, 1993
Hershey Medical Center, Hershey, Pennsylvania, April 13-15, 1993
Washington University, Department of Anesthesiology, St. Louis, Missouri, December 7-8,
    1993
University of Arkansas, Department of Anesthesiology, Little Rock, Arkansas, March 10-11,

J. H. Modell

## COMMITTEE APPOINTMENTS

LOCAL

Alachua County Medical Society, Treasurer, 1981-1982
Jackson Memorial Hospital, Miami, Florida, Committee on Intensive Care Unit, 1966-1969
   (Chairman)
National Children's Cardiac Hospital, Miami, Florida, Medical Board, 1968-1969
Shands Hospital at the University of Florida
   Committee on Intensive Care Units, 1970-1971 (Chairman), 1980-1981 (Interim Chairman)
   Committee on the Outpatient Clinic, 1981-1983
   Committee on 7-Day-a-Week Hospital Utilization, 1981-1983
   Committee on Surgical Policy, 1982-1992
   Executive Committee of Medical and Dental Staff, 1969-1981, 1989-1997
   Joint Committee on Accreditation of Hospitals, 1974
   Medical Board, 1981-1989
United States Naval Hospital, Pensacola, Florida, Committee on Inhalation Therapy, 1962-1963
   (Chairman)
University of Florida
   Board of Regents—UF Board of Trustees
     Gainesville Self-Insurance Program, Council Member, 1991 – present
     Jacksonville Self-Insurance Program, Council Member, 1989 – present
     Self Insurance Program Underwriting Committee (Chairman), 2003 - present
   College of Medicine
     Advisory Committee for the Laboratory, 1969-1971 (Chairman)
     Advisory Committee on Professional Fees, 1972-1974 (Chairman)
     Alternative Delivery System Committee, 1987-1989
     Av Med Medicaid HMO CHPA III Steering Committee, 1994-1995 (Chairman)
     Clinical Sciences Board, 1969-1995
     Clinics Planning Task Force 1988-1989
     Committee for Ethical Treatment of Human Specimens for Academic Purposes (Chairman),
       2003
     Committee for Medical Alumni Affairs
       20th Annual Reunion, 1979-1980 (Chairman)
       25th Annual Reunion, 1984-1985 (Chairman)
       30th Annual Reunion, 1989-1990 (Chairman)
     Committee on Housestaff Fringe Benefits, 1981
     Committee on Phase B (EPPC), 1969-1972
     Committee on Promotion and Tenure, 1975 (Chairman), 1981-1982 (Chairman)
     Dean's Advisory Committee for the Veterans Administration Medical Center, 1969-1992
     Executive Committee, 1969-1997
     Executive Fiscal Affairs Committee, 1996-1997
     Florida Clinical Practice Association, 1976-1997, (Secretary) 1979-1992

J. H. Modell

    Judicial Committee, 1989-1995, 1993 (Chairman)
    Legislative Affairs Committee, 1974-1975, 1984-1985 (Chairman), 1986-1987 (Chairman),
      1987-1988 (Chairman), 1989-1992
    President-Elect, 1986-1988
    President, 1988-1989
    Seminar Committee, 1979, 1980
State of Florida, Division of Children's Medical Services, Permanent Consultant
State of Florida, Committee for Safety in Outpatient Surgery, 2000

NATIONAL

Accreditation Council for Graduate Medical Education, Appeals Panel, 1986-1995
American Board of Anesthesiology
    Ad Hoc Committee for Review of Physician Specialists, 1988-1990
    Ad Hoc Committee on Continuing Qualifications in Anesthesiology, 1989-1990
American College of Chest Physicians
    Council on Critical Care
      Member, 1982-1992
      Steering Committee, 1986-1987
    Section on Respiratory Pathophysiology, 1986-1990
American Heart Association, 1985 National Conference on Standards and Guidelines for
    Cardiopulmonary Resuscitation and Emergency Cardiac Care Consultant/Contributor, 1985
    Faculty, 1985
American Society of Anesthesiologists
    Section on American College of Anesthesiologists, Committee on Regional Refresher
      Courses, 1973-1974
    Section on Annual Meeting
      Associate Chairman, 1971
      Chairman, 1972
      Committee on Refresher Courses, 1968, 1969-1970 (Chairman), 1976-1977, 1977-1978
      Special Assistant to the Chairman 1965-1966
    Section on Clinical Care
      Ad Hoc Committee on Continuing Clinical Competence, 1989
      Ad Hoc Committee on Pain Therapy and Acupuncture, 1976, 1977 (Chairman)
      Committee on Anesthesia Care Team, 1986-1990
      Committee on Respiratory Therapy, 1977-1978
    Section on Education, 1968-1969, 1971-1972
      Committee on Continuing Education, 1968-1969 (Chairman)
      Committee on Postgraduate Medical Education, 1966-1967

J. H. Modell

University of Vermont (UVM)
   UVM President' s Advisory Committee for the UVM Morgan Horse Farm, 1998 – present
   UVM Committee on Establishing Endowment for the UVM Morgan Horse Farm (Chairman),
     1999-2003
World Life Saving Medical Panel, Special Consultant, 1978-1991
World Congress on Drowning
   Committee on Overview of the Results of the Preparations of Utstein Style Research for the
     Resuscitation of Drowning Victims, 2002-2003

BIBLIOGRAPHY

Jerome H. Modell, M.D., D.Sc.(Hon.)


**BOOKS, AUTHOR**

Modell JH:  The Pathophysiology and Treatment of Drowning and Near-Drowning.  Springfield, Illinois, Charles C Thomas, 1971.


**BOOKS, CO-AUTHOR**

Bunker JP, Forrest WH Jr, Mosteller F, Vandam LD (eds): The National Halothane Study. A Study of the Possible Association Between Halothane Anesthesia and Postoperative Hepatic Necrosis. Bethesda, Maryland, National Institutes of Health, National Institute of General Medical Sciences, 1969, 418 pages.

Acupuncture Anesthesia Study Group (Burgess PR, Casey KL, Chapman CR, Dubner R, Emery DF, Foldes FF, Kerr FWL, Modell JH, Papper EM, Siker ES, Taub A, Townsend JR): Acupuncture Anesthesia in the People's Republic of China. A Trip Report of the American Acupuncture Anesthesia Study Group. Committee on Scholarly Communication with the People's Republic of China, National Academy of Sciences, Washington DC, 1976, 73 pages.


**BOOKS, EDITOR**

Ravin MB, Modell JH (eds):  Introduction to Life Support.  Boston, Little, Brown and Company, 1973.

Modell JH (section editor): Investigation of drowning and diving accidents, in Bierens J (ed): Handbook on Drowning. Heidelberg, Springer-Verlag. In press.


**BOOKS, CONTRIBUTOR OF A CHAPTER**

Modell JH:  Basic principles of acute and chronic respirator therapy, in Banyai AL, Gordon D (eds):  Advances in Cardiopulmonary Diseases, vol 4.  Chicago, Year Book Medical Publishers, 1969, pp 225-248.

Modell JH:  Near-drowning, in Gellis SS, Kagan BM (eds):  Current Pediatric Therapy, vol 4. Philadelphia,  WB Saunders, 1970, pp 974-978.

Modell JH:  Complications associated with prolonged mechanical ventilation, in Saidman LJ, Moya F (eds):  Complications of Anesthesia.  Springfield, Illinois, Charles C Thomas, 1970, pp 40-60.

J. H. Modell

Downs JB, Modell JH: Patterns of respiratory support aimed at pathophysiologic conditions, in Hershey SG (ed): ASA Refresher Courses in Anesthesiology, vol 5. Philadelphia, JB Lippincott, 1977, chapt 6.

Modell JH, Boysen PG: Respiratory crises, in Shoemaker WC, Thompson WL (eds): Critical Care. State of the Art, vol 1. Fullerton, California, Society of Critical Care Medicine, 1980, chapt F.

Modell JH: Aspiration pneumonitis, in Hershey SG (ed): ASA Refresher Courses in Anesthesiology, vol 10. Philadelphia, JB Lippincott, 1982, chapter 13.

Modell JH: Anesthetic considerations, in Polk HC Jr, Stone HH, Gardner B (eds): Basic Surgery, ed 2. Norwalk, Connecticut, Appleton-Century-Crofts, 1983, pp 21-31.

Tabeling BB, Modell JH: Drowning and near-drowning, in Tinker J, Rapin M (eds): Care of the Critically Ill Patient. New York, Springer Verlag, 1983, pp 697-706.

Modell JH: Drowning and near-drowning, in Kendig EL, Chernick V (eds): Disorders of the Respiratory Tract in Children, ed 4. Philadelphia, WB Saunders, 1983, pp 396-406.

Barnes PA, Modell JH: The near-drowned victim, in Cherniack RM (ed): Current Therapy of Respiratory Disease, 1984-1985. Philadelphia, B C Decker, 1984, pp 150-154.

Modell JH: Drowning, in Staub NC, Taylor AE (eds): Edema. New York, Raven Press, 1984, pp 679-694.

Modell JH, Boysen PG: Drowning and near-drowning, in Shoemaker WC, Thompson WL, Holbrook PR (eds): Textbook of Critical Care. Philadelphia, WB Saunders, 1984, pp 39-41.

Boysen PG, Modell JH: Pulmonary edema, in Shoemaker WC, Thompson WL, Holbrook PR (eds): Textbook of Critical Care. Philadelphia, WB Saunders, 1984, pp 238-240.

Modell JH, Boysen PG: Pulmonary aspiration of stomach contents, in Shoemaker WC, Thompson WL, Holbrook PR (eds): Textbook of Critical Care. Philadelphia, WB Saunders, 1984, pp 272-274.

Gibbs CP, Modell JH: Aspiration pneumonitis, in Miller RD (ed): Anesthesia, vol 3, ed 2. New York, Churchill Livingstone, 1986, pp 2023-2050.

Modell JH: Anesthetic considerations, in Polk HC Jr, Stone HH, Gardner B (eds): Basic Surgery, ed 3. Norwalk, Appleton-Century-Crofts, 1987, pp 23-34.

Modell JH: Establishing and maintaining a patent airway, in Najarian JS, Delaney JP (eds): Advances in Trauma and Critical Care Surgery. Chicago, Year Book Medical, 1987, pp 307-311.

J. H. Modell

Critically Ill Patient, ed 2. New York, Springer Verlag, 1992, pp 909-918.

Bjoraker DG, Modell JH: Planning and managing anesthesia, in Polk HC, Gardner B, Stone HH (eds): Basic Surgery, ed 4. St. Louis, Quality Medical Publishing, 1993, pp 28-60.

Gibbs CP, Modell JH: Pulmonary aspiration of gastric contents: pathophysiology, prevention, and management, in Miller RD (ed): Anesthesia, ed 4. New York, Churchill Livingstone, 1994, pp 1437-1464.

Modell JH: Drowning and near-drowning, in Isselbacher KJ, Braunwald E, Wilson JD, Martin JB, Fauci AS, Kasper DL (eds): Harrison's Principles of Internal Medicine, 13th ed. New York, McGraw-Hill, 1994, chapter 399.

Modell JH, Layon AJ, Modell CS: Ethical and legal aspects of anesthesia, in Miller RD (ed): Anesthesia, ed 4. New York, Churchill Livingstone, 1994, pp 2579-2602.

Boysen PG, Modell JH: Pulmonary aspiration of stomach contents, in Grenvik A, Holbrook PR, Shoemaker WC, Ayres SM (eds): Textbook of Critical Care, ed 3. Philadelphia, WB Saunders, 1995, pp 757-761.

Goodwin SR, Boysen PG, Modell JH: Near-drowning: adults and children, in Grenvik A, Holbrook PR, Shoemaker WC, Ayres SM (eds): Textbook of Critical Care, ed 3. Philadelphia, WB Saunders, 1995, pp 65-74.

Bjoraker DG, Modell JH: Planning and managing anesthesia, in Polk HC Jr, Gardner B, Stone HH (eds): Basic Surgery, ed 5. St. Louis, Quality Medical Publishing, 1995, pp 27-58.

Layon AJ, Modell JH: Drowning and near-drowning, in Prys-Roberts C, Brown BR Jr (eds): International Practice of Anaesthesia, Vol 2. Oxford, Butterworth-Heinemann, 1996, pp 127/1-127/7.

Modell JH: Drowning and near-drowning, in Fauci AS, Braunwald E, Isselbacher KJ, Wilson JD, Martin JB, Kasper DL, Hauser SL, Longo DL (eds): Harrison's Principles of Internal Medicine, 14th ed. New York, McGraw-Hill, 1998, pp 2555-2557.

Modell JH, Goodwin SR: Drowning and near-drowning, in Chernick V, Boat TF (eds): Kendig's Disorders of the Respiratory Tract in Children, ed 6. Philadelphia, WB Saunders, 1998, pp 572-584.

Modell JH, Dupre GN: Negotiating contracts for health care reimbursement in today's managed care environment: a provider's viewpoint, in Arens JF (ed): Economics in Anesthesiology: Problems in Anesthesia. Philadelphia, Lippincott-Raven, 1998, pp 315-325.

J. H. Modell

Modell JH: Only In America, autobiographical memoirs. In Fink RB, McGoldrick KE (eds): Careers in Anesthesiology, Park Ridge, Illinois, Wood Library-Museum of Anesthesiology, 2000, pp 55-161.

## REFEREED PUBLICATIONS

Modell JH:  Some physiological effects of hematoporphyrin with special reference to its relationship to radiosensitivity of tumors.  Univ Minn Med Bull 28:385-387, 1957.

Smith BE, Modell JH, Pino DM, Timmes JJ:  Intravenous propiomazine for supplementation of anesthesia in bronchoscopy.  J Thorac Cardiovasc Surg 43:333- 337, 1962.

Modell JH:  Resuscitation after aspiration of chlorinated fresh water.  JAMA 185:651-655, 1963.

Modell JH, Schwartz S:  Oxygen uptake and cardiovascular response of mice and rabbits administered 'hematoporphyrin.'  Proc Soc Exp Biol Med 116:395-399, 1964.

Modell JH, Schwartz S:  Some antagonistic effects of 'hematoporphyrin' and protoporphyrin in mice.  Proc Soc Exp Biol Med 116:399-402, 1964.

Modell JH, Smith BE:  Regional anesthesia of the upper extremity.  GP 30: 120-122, 1964.

Modell JH, Swarz H, Moya F:  A simple ventilometer.  Anesthesiology 26:113-115, 1965.

Smith BE, Modell JH, Gaub M, Moya F:  Complications of subclavian vein catheterization.  Arch Surg 90:228-229, 1965.

Atkinson DI, Modell JH, Moya F:  Intravenous regional anesthesia.  Anesth Analg 44:313-317, 1965.

Modell JH:  Emergency intensive care for the drowning victim.  Clin Med 72:1287-1298, 1965.

Modell JH, Aruanno V, Moya F:  Organization of an inhalation therapy service based on experience with 380,788 procedures.  Dis Chest 48:566-572, 1965.

Modell JH, Gaub M, Moya F, Vestal B, Swarz H:  Physiologic effects of near drowning with chlorinated fresh water, distilled water, and isotonic saline.  Anesthesiology 27:33-41, 1966.

Davidson EW, Modell JH, Moya F, Farmati O:  Respiratory depression following use of antibiotics in pleural and pseudocyst cavities.  JAMA 196:456-457, 1966.

J. H. Modell

29(suppl):263-279, 1968.

Modell JH: Experimental studies in chronic exposure to ultrasonic nebulized aerosols. J Asthma Res 5:223-229, 1968.

Zelkowitz PS, Modell JH, Giammona ST: Effects of ether and halothane inhalation on pulmonary surfactant. Am Rev Respir Dis 98:795-800, 1968.

Modell JH: Die physiologischen Grundlagen fur die Behandlung von Ertrunkenen. Die Therapie Woche 43:1928-1932, 1968.

Modell JH, Heinitsh H, Giammona ST: The effects of wetting and antifoaming agents on pulmonary surfactant. Anesthesiology 30:164-173, 1969.

Modell JH, Davis JH: Electrolyte changes in human drowning victims. Anesthesiology 30:414-420, 1969.

Modell JH, Weibley TC, Ruiz BC, Newby EJ: Serum electrolyte concentrations after fresh water aspiration (a comparison of species). Anesthesiology 30:421-425, 1969.

Modell JH: Ventilation/perfusion changes during mechanical ventilation. Dis Chest 55:447-451, 1969.

Modell JH, Gollan F, Giammona ST, Parker D: Effect of fluorocarbon liquid on surface tension properties of pulmonary surfactant. Dis Chest 57:263-265, 1970.

Butt MP, Jalowayski A, Modell JH, Giammona ST: Pulmonary function after resuscitation from near-drowning. Anesthesiology 32:275-277, 1970.

Modell JH, Newby EJ, Ruiz BC: Long-term survival of dogs after breathing oxygenated fluorocarbon liquid. Fed Proc 29:1731-1736, 1970.

Lowenstein E, Lincoln JCR, Modell JH, Austen WG, Laver MB: Preservation of excised canine lungs by ventilation with liquid fluorocarbon. Fed Proc 29: 1775-1777, 1970.

Tamer MA, Modell JH, Rieffel CN: Hyponatremia secondary to ultrasonic aerosol therapy in the newborn. J Pediatr 77:1051-1054, 1970.

Modell JH, Hood CI, Kuck EJ, Ruiz BC: Oxygenation by ventilation with fluorocarbon liquid (FX-80). Anesthesiology 34:312-320, 1971.

Bendixen HH, Cohen EN, Cohen PJ, Deutsch S, Epstein RM, Gravenstein JS, Hamilton WK, Hornbein TF, Kitz RJ, Modell JH, Wollman H (The Committee on Anesthesia, National Academy

J. H. Modell

Modell JG, Tham MK, Modell JH, Calderwood HW, Ruiz BC: Distribution and retention of fluorocarbon in mice and dogs after injection or liquid ventilation. Toxicol Appl Pharmacol 26:86-92, 1973.

Tham MK, Walker RD, Modell JH: Physical properties and gas solubilities in selected fluorinated ethers. J Chem Eng Data 18:385-386, 1973.

Tham MK, Walker RD, Modell JH: Diffusion coefficients of $O_2$, $N_2$ and $CO_2$ in fluorinated ethers. J Chem Eng Data 18:411- 412, 1973.

Calderwood HW, Modell JH, Rogow L, Tham MK, Hood CI: Morphologic and biochemical changes in dogs after ventilation with Caroxin-D fluorocarbon. Anesthesiology 39:488-495, 1973.

Klein EF Jr, Shah DO, Shah NJ, Modell JH, Desautels D: Performance characteristics of conventional and prototype humidifiers and nebulizers. Chest 64:690-696, 1973.

Downs JB, Chapman RL Jr, Modell JH, Hood CI: An evaluation of steroid therapy in aspiration pneumonitis. Anesthesiology 40:129-135, 1974.

Modell JH, Calderwood HW, Ruiz BC, Downs JB, Chapman R Jr: Effects of ventilatory patterns on arterial oxygenation after near-drowning in sea water. Anesthesiology 40:376-384, 1974.

Chapman RL Jr, Downs JB, Modell JH, Hood CI: The ineffectiveness of steroid therapy in treating aspiration of hydrochloric acid. Arch Surg 108:858-861, 1974.

Seager OA, Nesmith MA, Begelman KA, Cullen P, Noyes W, Modell JH, Moulder PV: Massive hemodilution for incompatible blood reaction. JAMA 229:790-792, 1974.

Chapman RL Jr, Modell JH, Ruiz BC, Calderwood HW, Hood CI, Graves SA: Effect of continuous positive-pressure ventilation and steroids on aspiration of hydrochloric acid (pH 1.8) in dogs. Anesth Analg 53:556-562, 1974.

Calderwood HW, Klein EF Jr, Modell JH, Teaque PO, Downs JB: Distribution of nebulized aerosols in spontaneously breathing puppies. Anesthesiology 41:368-374, 1974.

Downs JB, Perkins HM, Modell JH: Intermittent mandatory ventilation. An evaluation. Arch Surg 109:519-523, 1974.

Kirby RR, Downs JB, Civetta JM, Modell JH, Dannemiller FJ, Klein EF, Hodges M: High level positive end expiratory pressure (PEEP) in acute respiratory insufficiency. Chest 67:156-163, 1975.

Nimocks JA, Modell JH, Perry PA: Carbon dioxide retention using a humidified "nonrebreathing" system. Anesth Analg 54:271-273, 1975.

J. H. Modell

Wynne JW, Modell JH: Respiratory aspiration of stomach contents. Ann Intern Med 87:466-474, 1977.

Modell JH: Biology of drowning. Annu Rev Med 29:1-8, 1978.

Cottrell WM, Schick LM, Perkins HM, Modell JH: Hemodynamic changes after intercostal nerve block with bupivacaine-epinephrine solution. Anesth Analg 57:492-495, 1978.

Murphy EJ, Desautels DA, Modell JH: A compact headboard and ventilator transport system. Crit Care Med 6:387-388, 1978.

Millbern SM, Downs JB, Jumper LC, Modell JH: Evaluation of criteria for discontinuing mechanical ventilatory support. Arch Surg 113:1441-1443, 1978.

Bergquist RE, Vogelhut MM, Modell JH, Sloan SJ, Ruiz BC: Comparison of ventilatory patterns in the treatment of freshwater near-drowning in dogs. Anesthesiology 52:142-148, 1980.

Modell JH, Graves SA, Kuck EJ: Near-drowning: correlation of level of consciousness and survival. Can Anaesth Soc J 27:211-215, 1980.

Kushins LG, Klein EF Jr, Boysen PG, Modell JH: A medical student workshop in mechanical ventilation. J Med Educ 55:542-543, 1980.

Cotev S, Paul WL, Ruiz BC, Kuck EJ, Modell JH: Positive end-expiratory pressure (PEEP) and cerebrospinal fluid pressure during normal and elevated intracranial pressure in dogs. Intensive Care Med 7:187-191, 1981.

Williamson DC III, Modell JH: Intermittent continuous positive airway pressure by mask. Its use in the treatment of atelectasis. Arch Surg 117:970-972, 1982.

Perel A, Williamson DC, Modell JH: Effectiveness of CPAP by mask for pulmonary edema associated with hypercarbia. Intensive Care Med 9:17-19, 1983.

Tabeling BB, Modell JH: Fluid administration increases oxygen delivery during continuous positive pressure ventilation after freshwater near-drowning. Crit Care Med 11:693-696, 1983.

Davies LK, Poulton TJ, Modell JH: Continuous positive airway pressure is beneficial in treatment of smoke inhalation. Crit Care Med 11:726-729, 1983.

Murray IP, Modell JH: Early detection of endotracheal tube accidents by monitoring carbon dioxide concentration in respiratory gas. Anesthesiology 59:344-346, 1983.

Perel A, Downs JB, Crawford CA, Jumper L, Graves SA, Modell JH: Continuous positive airway

J. H. Modell

Cantwell SL, Modell JH: Inadvertent severe hypercarbia associated with anesthesia machine malfunction in one cat and two dogs. J Am Vet Med Assoc 219:1573-1576, 2001.

Modell JH, Cantwell S, Hardcastle J, Robertson S, Pablo L: Using the Human Patient Simulator to educate students of veterinary medicine. J Vet Med Educ 29:111-116, 2002.

Gabrielli A, Layon AJ, Cole P, Holbert R, Modell JH, Idris A: Prolonged cardiopulmonary resuscitation with preservation of cerebral function in an elderly patient with asystole after electroconvulsive therapy. J Clin Anesth 14:234-240, 2002.

Idris AH, Berg R, Bierens J, Bossaert L, Branche C, Gabrielli A, Graves SA, Handley J, Hoelle R, Morley P, Pappa L, Pepe P, Quan L, Szpilman D, Wigginton J, Modell JH: Recommended guidelines for uniform reporting of data from drowning: the "Utstein Style". Resuscitation 59:45-57, 2003.

Idris AH, Berg R, Bierens J, Bossaert L, Branche C, Gabrielli A, Graves SA, Handley J, Hoelle R, Morley P, Pappa L, Pepe P, Quan L, Szpilman D, Wigginton J, Modell JH: Recommended guidelines for uniform reporting of data from drowning: the "Utstein Style". Circulation 108:2565-2574, 2003.

Modell JH, Idris AH, Pineda JA, Silverstein JH: Survival after prolonged submersion in freshwater in Florida. Chest 125:1948-1951, 2004.

Lunetta P, Modell JH: What is the incidence and significance of 'dry-lungs' in bodies found in water? Am J Foren Med Pathol. In press.

**Competitive Abstracts**

Modell JH: Recent investigations on the pathophysiology of drowning, in: 1966 Proceedings of Annual Seminar. National Association of Coroners, 1966, pp 193-194.

Modell JH: Organization of an inhalation therapy service, in Atkinson DI, Moya F (eds): Respiration. Second Annual Postgraduate Seminar. Miami, Universities of Miami and Florida, 1965, pp 19-20.

Modell JH, Gaub M, Moya F, Vestal B, Swarz H: Physiologic effects of near-drowning with chlorinated fresh water, distilled water and isotonic saline. Rev Surg 24:68-69, 1967.

Modell JH: Management of respiratory failure: mechanical aids, in: Acid Base Disorders in Internal Medicine, Surgery and Pediatrics. Fourth Annual Postgraduate Seminar. Miami, Universities of Miami and Florida, 1967, pp 67-69.

J. H. Modell

Chapman RL Jr, Downs JB, Modell JH, Hood CI:  The effect of steroid therapy and continuous positive pressure ventilation in treating hydrochloric acid aspiration, in:  Abstracts of Scientific Papers.  Annual Meeting.  Park Ridge, Illinois, American Society of Anesthesiologists, pp 113-114.

Calderwood HW, Klein EF Jr, Modell JH, Teague PO, Downs JB:  Distribution of nebulized aerosols in spontaneously breathing puppies, in:  Abstracts of Scientific Papers.  Annual Meeting. Park Ridge, Illinois, American Society of Anesthesiologists, 1973, pp 205-206.

Modell JH:  Effects of NEEP, ZEEP and PEEP on the cardiovascular system, in Ellington W (ed): The Cardiovascular System.  11th Annual Postgraduate Seminar in Anesthesiology.  Miami, Universities of Miami and Florida, 1974, pp 11-13.

Cullen P, Modell JH, Kirby RR, Klein EF, Long W:  Treatment of patients with flail chest by IMV and PEEP.  Crit Care Med 3:45, 1975.

Calderwood HW, Modell JH, Ruiz BC:  The ineffectiveness of steroid therapy for treatment of fresh water near-drowning.  Abstracts of Scientific Papers.  1975 Annual Meeting, American Society of Anesthesiologists, pp 65-66.

Modell JH, Graves SA, Ketover A:  Clinical course of 91 consecutive near-drowning victims.  Crit Care Med 4:127, 1976.

Modell JH:  Pulmonary emergencies, in: 14th Basic Science Symposium on Anesthesiology and Critical Care Medicine.  Department of Anesthesiology, Montefiore Hospital and Medical Center, Albert Einstein College of Medicine and the New York State Society of Anesthesiologists, New York, New York, 1977, lecture 104.

Millbern MS, Downs JB, Jumper LC, Modell JH:  Weaning criteria: is there a difference?  in: Abstracts of Scientific Papers. Annual Meeting.  Park Ridge, Illinois, American Society of Anesthesiologists, 1977, pp 105-106.

Bergquist RE, Vogelhut MM, Modell JH, Sloan SJ:  Comparison of ventilatory patterns in treatment of freshwater near-drowning, in:  Abstracts of Scientific Papers.  Annual Meeting.  Park Ridge, Illinois, American Society of Anesthesiologists, 1978, pp 197-198.

Perschau RA, Chapin JC, Munson ES, Modell JH:  Evaluation of nitrites in the treatment of acute nitroprusside-induced cyanide toxicity in dogs, in:  Abstracts of Scientific Papers.  Annual Meeting. Park Ridge, Illinois, American Society of Anesthesiologists, 1978, pp 529-530.

Kushins LG, Klein EF Jr, Boysen PG, Modell JH:  A medical student course in mechanical ventilation.  Anesthesiology 51:S344, 1979.

J. H. Modell

Modell JH, Cantwell SL, Hardcastel JF, Robertson SA, Pablo L: Use of the human patient simulator to teach veterinary medicine students, abstracted. Proceedings of the Annual Meeting. American College of Veterinary Anesthesiologists, 2000, p 36.

Lampotang S, Liem EB, Lizdas D, Cantwell S, Modell JH: Web-based, interactive simulation of an anesthesia machine, abstracted. Vet Anaesth Analg 30(2):118, 2002.

## Editorials, Letters to the Editor, and Invited Articles

Modell JH (guest associate editor): The post-immersion syndrome, editorial comment. Surv Anesthesiol 11:163-164, 1967.

Modell JH: Questions and answers. Anesth Analg 48:868, 1969.

Modell JH: The experts opine. Surv Anesthesiol 15:182-183, 1971.

Modell JH: Observations of acupuncture anesthesia in the People's Republic of China, editorial. Arch Surg 109:731-733, 1974.

Modell JH: Intermittent mandatory ventilation in the treatment of patients with chronic obstructive pulmonary disease, letter to the editor. Anesth Analg 54:119-124, 1975.

Modell JH: Reports of scientific meetings. Anesthesiology 43:133-135, 1975.

Modell JH: 140 per cent humidity? letter to the editor. Respir Care 20:620, 1975.

Nimocks J, Modell JH: Carbon dioxide retention using a humidified 'nonrebreathing' system, letter to the editor. Anesth Analg 54:619-620, 1975.

Lee PK, Andersen TW, Modell JH, Saga SA: Treatment of chronic pain by acupuncture, letter to the editor. JAMA 234:808-809, 1975.

Modell JH: A perspective of acupuncture. J Fla Med Assoc 63:123-128, 1976.

Modell JH: The experts opine. Surv Anesthesiol 20:268-269, 1976.

Modell JH: A case of drowning, letter to the editor. Anaesthesia 31:1296-1297, 1976.

Modell JH: A case for more faculty in anesthesia, editorial comment. Anesthesiology 47:4-5, 1977.

Modell JH: Drowning's deadly toll, letter to the editor. Phys Sportsmed 5: 14, 1977.

J. H. Modell

Modell JH:  Who is captain of the anesthesia ship?  Does it make a difference? letter to the editor. Arch Surg 122:1089, 1987.

Berger JJ, Modell JH, Sypert GW:  Pernicious anemia and brief exposure to nitrous oxide--a causal relationship, letter to the editor.  Anesth Analg 67:197-198, 1988.

Layon AJ, Modell JH:  Treatment of near-drowning.  J Fla Med Assoc 79:625-629, 1992.

Modell JH:  Must cost containment affect patient safety in anesthesia?  ASA Newsletter 56(11):9-12, 1992.

Modell JH:  Drowning:  to treat or not to treat--an unanswerable question, editorial.  Crit Care Med 21:313-315, 1993.

Modell JH:  Drowning, letter to the editor.  N Engl J Med 329:65, 1993.

Modell JH:  New economics and practice of anesthesia:  the administrator's view.  ASA Newsletter 59(7):26-27, 1995.

Modell JH:  What have we learned about lung injury from the management of near-drowning? Respir Care.  Respir Care 41:50-57, 1996.

Crowley S, Gabrielli A, Modell J: Hyperbaric oxygen therapy. House Calls, March-April, pp 6-9, 2002.

J. H. Modell

Modell JH:  Acupuncture in the People's Republic of China and the United States, in Dannemiller FJ (ed):  23rd Annual Anesthesiology Review Course Lecture Notes.  San Antonio, Texas, Society of Air Force Anesthesiologists, 1976, lecture 101.

Modell JH, Downs JB:  Patterns of respiratory support aimed at pathophysiology, in:  27th Annual Refresher Course Lectures.  Park Ridge, Illinois, American Society of Anesthesiologists, 1976, lecture 223A.

Downs JB, Modell JH:  Some physiologic aspects of mechanical ventilation and PEEP, in Dannemiller FJ (ed):  25th Annual Anesthesiology Review Course Lecture Notes.  San Antonio, Texas, Society of Air Force Anesthesiologists, 1978, lecture 109.

Modell JH:  Respiratory aspiration of stomach contents, in Dannemiller FJ (ed): 26th Annual Anesthesiology Review Course Lecture Notes.  San Antonio, Texas, Society of Air Force Anesthesiologists, 1979, lecture 111.

Modell JH:  Current concepts of aspiration pneumonitis, in: 30th Annual Refresher Course Lectures.  Park Ridge, Illinois, American Society of Anesthesiologists, 1980, lecture 241.

Modell JH:  Aspiration pneumonia:  treatment of aspiration pneumonia, in:  31st Annual Refresher Course Lectures.  Park Ridge, Illinois, American Society of Anesthesiologists, 1981, lecture 208B.

Modell JH:  Aspiration pneumonia, in Stanley TH (ed):  27th Annual Postgraduate Course in Anesthesiology.  Salt Lake City, Utah, University of Utah School of Medicine, 1982, pp 127-135.

Modell JH:  The management of the near-drowned patient, in Stanley TH (ed):  27th Annual Postgraduate Course in Anesthesiology.  Salt Lake City, Utah, University of Utah School of Medicine, 1982, pp 170-179.

Modell JH:  Pulmonary aspiration of stomach contents: mechanisms of injury and implications of management, in Manning PR, Weil MH (eds):  20th Annual Symposium on Critical Care Medicine, Las Vegas, Nevada, University of Southern California School of Medicine Postgraduate Division, 1982, pp 22-29.

Modell JH:  Drowning: mechanisms of systemic injury with special reference to pulmonary and neurological management, in Manning PR, Weil MH (eds):  20th Annual Symposium on Critical Care Medicine, Las Vegas, Nevada, University of Southern California School of Medicine Postgraduate Division, 1982, pp 357-363.

Modell JH:  Current concepts in the treatment of near-drowning, in:  33rd Annual Refresher Course Lectures.  Park Ridge, Illinois, American Society of Anesthesiologists, 1982, lecture 234.

J. H. Modell

## REVIEWS

Modell JH (commentor), Engel HL: Pull the plug? Should mechanical respiratory support be withdrawn from patients with presumed neurologic deficits? editorial comment. Anesthesiol Rev 3:25-28, 1976.

### Survey of Anesthesiology

Modell JH (commentor), Alexander JI, Spence AA, Parikh RK, et al: The role of airway closure in postoperative hypoxaemia (Br J Anaesth 45:34, 1973), comment. Surv Anesthesiol 17:497, 1973.

Modell JH (commentor), Schulze HH, Kastner D: Current problems and opinions concerning chronic liver damage in anesthesia personnel induced by halothane (Anaesthesist 22:47, 1973), comment. Surv Anesthesiol 17:540, 1973.

Modell JH (commentor), Labancz K, Grosz G, Gyetvai L, et al: Concerning health damage to anesthetists from chronic inhalation of halothane and methoxyflurane (Anaesthesist 22:51, 1973), comment. Surv Anesthesiol 17:540, 1973.

Modell JH (commentor), Maxwell TM, Lim RC, Fuchs R, et al: Continuous monitoring of tissue gas tensions and pH in hemorrhagic shock (Am J Surg 126:249, 1973), comment. Surv Anesthesiol 18:103, 1974.

Modell JH (commentor), Furuse A, Brawley RK, Struve E, et al: Skeletal muscle gas tension: indicator of cardiac output and peripheral tissue perfusion (Surgery 74:214, 1973), comment. Surv Anesthesiol 18:103, 1974.

Modell JH (commentor), Giordano JM, Cambell DA, Joseph WL: The effect of intravenously administered albumin on dogs with pulmonary interstitial edema (Surg Gynecol Obstet 137:593, 1973), comment. Surv Anesthesiol 18:221-222, 1974.

Modell JH (commentor), Thornton JA, Fleming JS, Goldberg AD, et al: Cardiovascular effects of 50% nitrous oxide and 50% oxygen mixture (Anaesthesia 28:484, 1973), comment. Surv Anesthesiol 18:257-258, 1974.

Modell JH (commentor), Shanks CA, Sara CA: Airway heat and humidity during endotracheal intubation. III. Rebreathing from the circle absorber system at low fresh gas flow (Anaesth Intensive Care 1:415, 1973), comment. Surv Anesthesiol 18:276, 1974.

Modell JH (commentor), Harp JR, Wollman H: Cerebral metabolic effects of hyperventilation and deliberate hypotension (Br J Anaesth 45:256, 1973), comment. Surv Anesthesiol 18:331-332, 1974.

J. H. Modell

intubation utilizing ketamine-sedated kittens (Pediatrics 53, 1974), comment. Surv Anesthesiol 19:278, 1975.

Modell JH (commentor), Ali J, Weisel RD, Layug AB, et al: Consequences of postoperative alterations in respiratory mechanics (Am J Surg 128:376, 1974), comment. Surv Anesthesiol 19:384-385, 1975.

Modell JH (commentor), Ray JF, Yost L, Moallem S, et al: Immobility, hypoxemia and pulmonary arteriovenous shunting (Arch Surg 109:537, 1974), comment. Surv Anesthesiol 19:382-383, 1975.

Modell JH (commentor), Guiha NH, Cohn JN, Mikulic E, et al: Treatment of refractory heart failure with infusion of nitroprusside (N Engl J Med 291:587, 1974), comment. Surv Anesthesiol 19:327, 1975.

Modell JH (commentor), Lund I, Skulberg A: Resuscitation of cardiac arrest outside hospitals: Experiences with a mobile intensive care unit in Oslo (Acta Anaesth Scand 53[suppl]:13, 1973), comment. Surv Anesthesiol 19:451, 1975.

Modell JH (commentor), Rosenberg P, Kirves A: Miscarriages among operating theatre staff (Acta Anaesth Scand 53[suppl]:37, 1973), comment. Surv Anesthesiol 19:462, 1975.

Modell JH (commentor), Owens WD, Gilbert JP, McPeek B, et al: On evaluating anesthetic residents' clinical experience (Anesthesiol Rev 1:22, 1974), comment. Surv Anesthesiol 19:486-487, 1975.

Modell JH (commentor), Thoma H, Benzer H, Mayrhofer O, et al: Telemetry egg-data (biorhythms) during surgery employing acupuncture analgesia in China (Anaesthesist 24:32, 1975), comment. Surv Anesthesiol 19:527-528, 1975.

Modell JH (commentor), Chalon J, Tayyab MA, Ramanathan S: Cytology of respiratory epithelium as a predictor of respiratory complications after operation (Chest 67:32, 1975), comment. Surv Anesthesiol 19:565-566, 1975.

Modell JH (commentor), Wyszogrodski I, Kyei-Aboagye K, Taevsch HW Jr, et al: Surfactant inactivation by hyperventilation: Conservation by end-expiratory pressure (J Appl Physiol 38:461, 1975), comment. Surv Anesthesiol 20:3-4, 1976.

Modell JH (commentor), Smith G, Vance JP, Brown DM, et al: Changes in canine myocardial blood flow and oxygen consumption in response to halothane (Br J Anaesth 46:821, 1974), comment. Surv Anesthesiol 20:15, 1976.

Modell JH (commentor), O'Connor MJ: Comparison of two methods of postoperative pulmonary care (Surg Gynecol Obstet 140:615, 1975), comment. Surv Anesthesiol 20:64-65, 1976.

J. H. Modell

measure of tourniquet effect on skeletal muscle (Arch Surg 11:71, 1976), comment. Surv Anesthesiol 20:405-406, 1976.

Modell JH (commentor), Gyermek L: Clinical studies on the reversal of the neuromuscular blockade produced by pancuronium bromide. I. The effects of glycopyrrolate and pyridostigmine (Curr Ther Res 18:377, 1975), comment. Surv Anesthesiol 20:410-411, 1976.

Modell JH (commentor), Bishop RL, Weisfeldt ML: Sodium bicarbonate administration during cardiac arrest. Effect on arterial pH, $PCO_2$ and osmolality (JAMA 235:506, 1976), comment. Surv Anesthesiol 20:420-421, 1976.

Modell JH (commentor), Johnson FE, Sumner DS, Strandness DE: Extremity necrosis caused by indwelling arterial catheters (Am J Surg 131:375, 1976), comment. Surv Anesthesiol 20:426-427, 1976.

Modell JH (commentor), Sink JD, Comer PB, James PM, et al: Evaluation of catheter placement in the treatment of venous air embolism (Ann Surg 183:58, 1976), comment. Surv Anesthesiol 20:433-434, 1976.

Modell JH (commentor), Zoll PM, Belgard AH, Weintraub MJ, et al: External mechanical cardiac stimulation (N Engl J Med 294:1274, 1976), comment. Surv Anesthesiol 20:528-529, 1976.

Modell JH (commentor), Lee DC, Lee MO, Clifford DH, et al: Inhibition of the cardiovascular effects of acupuncture (moxibustion) by propranolol in dogs during halothane anaesthesia (Can Anaesth Soc J 23:307, 1976), comment. Surv Anesthesiol 20:564-565, 1976.

Modell JH (commentor), Melzack R: Prolonged relief of pain by brief, intense transcutaneous somatic stimulation (Pain 1:357, 1975), comment. Surv Anesthesiol 20:562-564, 1976.

Modell JH (commentor), Brach BB, Escano GG, Harrell JH, et al: Ventilation-perfusion alterations induced by fiberoptic bronchoscopy (Chest 69:335, 1976), comment. Surv Anesthesiol 21:41-42, 1977.

Modell JH (commentor), Gardner B, Bivona J, Alfonso A, et al: Major surgery in Jehovah's Witnesses (NY State J Med 76:765, 1976), comment. Surv Anesthesiol 21:57-58, 1977.

Modell JH (commentor), Frost EAM, Hsu CY, Sadowsky D: Acupuncture therapy. Comparative values in acute and chronic pain (NY State J Med 76:695, 1976), comment. Surv Anesthesiol 21:71-72, 1977.

Modell JH (commentor), Morton A, Mahoney P, Wilkie W, et al: Pulmonary water content in critical illness (Anaesth Intensive Care 4:118, 1976), comment. Surv Anesthesiol 21:114-115, 1977.

J. H. Modell

total hip replacement in man: with observations the effects of methylmethacrylate on the isolated rabbit heart (Clin Pharmacol Ther 21:709, 1977), comment. Surv Anesthesiol 22:54-55, 1978.

Modell JH (commentor), Lim TW, Loh T, Kranz H, et al: Acupuncture-effect on normal subjects (Med J Aust 1:440, 1977), comment. Surv Anesthesiol 22:69, 1978.

Modell JH (commentor), Gillies IDS, Petrie A, Morgan M, et al: Analysis of possible factors influencing $PaO_2$ and $PAO_2$-$PaO_2$ in patients awaiting operation (Br J Anaesth 49:427, 1977), comment. Surv Anesthesiol 22:75, 1978.

Modell JH (commentor), Larson GF, Hurlbert BJ, Wingard DW: Physostigmine reversal of diazepam-induced depression (Anesth Analg 56:348, 1977), comment. Surv Anesthesiol 22:228-229, 1978.

Modell JH (commentor), Stevens WC, Eger EI II, White A, et al: Comparative toxicities of enflurane, fluroxene and nitrous oxide at subanaesthetic concentrations in laboratory animals (Can Anaesth Soc J 24:479, 1977), comment. Surv Anesthesiol 22:237-238, 1978.

Modell JH (commentor), Stoelting RK, Viegas O, Campbell RL: Sodium nitroprusside-produced hypotension during anesthesia and operation in the head-up position (Anesth Analg 56:391, 1977), comment. Surv Anesthesiol 22:256-257, 1978.

Modell JH (commentor), Hedenstierna G, Santesson J: Studies on intra-pulmonary gas distribution in the extremely obese: Influence of anaesthesia and artificial ventilation with and without positive end-expiratory pressure (Acta Anaesth Scand 21:257, 1977), comment. Surv Anesthesiol 22:424, 1978.

Modell JH (commentor), Fox EJ, Sklar GS, Hill CH, et al: Complications related to the pressor response to endotracheal intubation (Anesthesiology 47:524, 1977), comment. Surv Anesthesiol 22:446, 1978.

Modell JH (commentor), Fisher MMcD: Ketamine hydrochloride in severe bronchospasm (Anaesthesia 32:771, 1977), comment. Surv Anesthesiol 22:470, 1978.

Modell JH (commentor), Goldman L, Caldera DL, Nussbaum SR, et al: Multifactorial index of cardiac risk in noncardiac surgical procedures (N Engl J Med 297:845, 1977), comment. Surv Anesthesiol 22:483, 1978.

Modell JH (commentor), Forrest WH Jr, Brown CR, Brown BW: Subjective responses to six common preoperative medications (Anesthesiology 47:241, 1977), comment. Surv Anesthesiol 22:487, 1978.

Modell JH (commentor), Snyder BD, Ramirez-Lassepas M, Lippert DM: Neurologic status and

J. H. Modell

Modell JH (commentor), Cooper JB, Newbower RS, Long CD, et al: Preventable anesthesia mishaps: a study of human factors (Anesthesiology 49:399, 1978), comment. Surv Anesthesiol 23:296-297, 1979.

Modell JH (commentor), Cooperman M, Pflug B, Martin EW Jr, et al: Cardiovascular risk factors in patients with peripheral vascular disease (Surgery 84: 505, 1978), comment. Surv Anesthesiol 23:325-326, 1979.

Modell JH (commentor), Loder RE: Routine pre-operative chest radiography. 1977 compared with 1955 at Peterborough District General Hospital (Anaesthesia 33:972, 1978), comment. Surv Anesthesiol 23:328, 1979.

Modell JH (commentor), Weaver FJ, Ramirez AG, Dorfman SB, et al: Trainees' retention of cardiopulmonary resuscitation. How quickly they forgot (JAMA 241:901, 1979), comment. Surv Anesthesiol 23:393-394, 1979.

Modell JH (commentor), Coate WB, Ulland BM, Lewis R: Chronic exposure to low concentrations of halothane-nitrous oxide: lack of carcinogenic effect in the rat (Anesthesiology 50:306, 1980), comment. Surv Anesthesiol 24:89, 1980.

Modell JH (commentor), Tomlin PJ: Health problems of anaesthetists and their families in the west midlands (Br Med J 1:779, 1979), comment. Surv Anesthesiol 24:90, 1980.

Modell JH (commentor), Bernhard WN, Turndorf H, Cottrell JE, et al: Impact of cardiopulmonary resuscitation training on resuscitation. (Crit Care Med 7:257, 1979), comment. Surv Anesthesiol 24:118, 1980.

Modell JH (commentor), Yakaitis RW, Otto CW, Beitt CD: Relative importance of alpha- and beta-adrenergic receptors during resuscitation (Crit Care Med 7:293, 1979), comment. Surv Anesthesiol 24:119, 1980.

Modell JH (commentor), Dobb G, Jordan J, Williams JG: Cimetidine in the prevention of the pulmonary acid aspiration (Mendelson's) syndrome (Br J Anaesth 51:967, 1979), comment. Surv Anesthesiol 24:218, 1980

Modell JH (commentor), Thornburn J, Smith G, Vance JP, et al: Effect of nitrous oxide on the cardiovascular system and coronary circulation of the dog (Br J Anaesth 51:937, 1979), comment. Surv Anesthesiol 24:226, 1980.

Modell JH (commentor), Bellville JW, Dorey F, Capparell D, et al: Analgesic effects of hydroxyzine compared to morphine in man (J Clin Pharmacol 19:290, 1979), comment. Surv Anesthesiol 24:227-228, 1980.

J. H. Modell

halothane-nitrous oxide anesthesia with or without atropine or glycopyrrolate (Anesth Analg 59:287, 1980), comment.  Surv Anesthesiol 25:94-95, 1981.

Modell JH (commentor), Gattinoni L, Presenti A, Rossi GP, et al:  Treatment of acute respiratory failure with low-frequency positive-pressure ventilation and extracorporeal removal of $CO_2$ (Lancet 2:292, 1980), comment.  Surv Anesthesiol 25:228-229, 1981.

Modell JH (commentor), Royle GT, Kettlewell GW:  Liver function tests in surgical infection and malnutrition (Ann Surg 192:192, 1980), comment.  Surv Anesthesiol 25:231, 1981.

Modell JH (commentor), Gooding JM, Archie JP Jr, McDowell H:  Hemodynamic response to infrarenal aortic cross-clamping in patients with and without coronary artery disease (Crit Care Med 8:382, 1980), comment.  Surv Anesthesiol 25:235-236, 1981.

Modell JH (commentor), Ng ATH:  Prolonged myoclonic contractions after enflurane anaesthesia - a case report (Can Anaesth Soc J 27:502, 1980), comment.  Surv Anesthesiol 25:239, 1981.

Modell JH (commentor), Jung R, Wright J, Nusser R, et al:  Comparison of three methods of respiratory care following upper abdominal surgery (Chest 78:31, 1980), comment.  Surv Anesthesiol 25:257, 1981.

Modell JH (commentor), Davison R, Barresi V, Parker M, et al:  Intracardiac injections during cardiopulmonary resuscitation.  A low-risk procedure (JAMA 244:1110, 1980), comment.  Surv Anesthesiol 25:260-261, 1981.

Modell JH (commentor), Samaza K, Klein HG, Davey RJ, et al:  Intraoperative hemolysis.  The initial manifestation of glucose-6-phosphate dehydrogenase deficiency (Arch Intern Med 140:846, 1980), comment.  Surv Anesthesiol 25:262, 1981.

Modell JH (commentor), Balsys AJ, Jones RL, Man SFP, et al:  Effects of sighs and different tidal volumes on compliance, functional residual capacity and arterial oxygen tension in normal and hypoxemic dogs.  (Crit Care Med 8:641-645, 1980), comment.  Surv Anesthesiol 25:355, 1981.

Modell JH (commentor), Ferguson A, Egerzegi P, Bevan DR:  Neostigmine, pyridostigmine, and edrophonium as antagonists of pancuronium (Anesthesiology 53:390-394, 1980), comment.  Surv Anesthesiol 25:360, 1981.

Modell JH (commentor), Gelman S, Laws HL, Potzick J, et al:  Thoracic vs balanced anesthesia in morbid obesity:  an intraoperative and postoperative hemodynamic study (Anesth Analg 59:  902, 1980), comment.  Surv Anesthesiol 25:373-374, 1981.

Modell JH (commentor), Hammer DJ:  Repeat anesthesia for emergency surgery in a patient suspected of having malignant hyperpyrexia (Anesthesiol Rev 8:37, 1981), comment.  Surv

J. H. Modell

a patient with a phaeochromocytoma (Can Anaesth Soc J 28:394, 1981), comment. Surv Anesthesiol 26:168, 1982.

Modell JH (commentor), Vaughan MS, Vaughan RM, Cork RC: Postoperative hypothermia in adults: relationship of age, anesthesia, and shivering to rewarming (Anesth Analg 60:746, 1981), comment. Surv Anesthesiol 26:187, 1982.

Modell JH (commentor), Blitt CD, Carlson GL, Rolling GD, et al: A comparative evaluation of pretreatment with nondepolarizing neuromuscular blockers prior to the administration of succinylcholine (Anesthesiology 55:687, 1981), comment. Surv Anesthesiol 26:262, 1982.

Modell JH (commentor), Moore DC, Batra MS: The components of an effective test dose prior to epidural block (Anesthesiology 55:693, 1981), comment. Surv Anesthesiol 26:306-307, 1982.

Modell JH (commentor), Lonergan JH, Youngberg JZ, Kaplan JA: Cardiopulmonary resuscitation: physical stress on the rescuer (Crit Care Med 9:793, 1981), comment. Surv Anesthesiol 26:313, 1982.

Modell JH (commentor), Chandra N, Guerci A, Weisfeldt ML, et al: Contrasts between intrathoracic pressures during external chest compression and cardiac massage (Crit Care Med 9:789, 1981), comment. Surv Anesthesiol 26:314, 1982.

Modell JH (commentor), Wagner DL, Moorthy SS, Stoelting RK: Administration of anticholinesterase drugs in the presence of beta-adrenergic blockade (Anesth Analg 61:183, 1982), comment. Surv Anesthesiol 26:330, 1982.

Modell JH (commentor), Gencarelli PJ, Miller RD, Eger EI, et al: Decreasing enflurane concentrations and d-tubocurarine neuromuscular blockade (Anesthesiology 56:192, 1982), comment. Surv Anesthesiol 26:347, 1982.

Modell JH (commentor), Dewan DM, Wheeler AS, James FM III, et al: Antacid anticholinergic regimens in patients undergoing elective cesarean section (Can Anaesth Soc J 29:27, 1982), comment. Surv Anesthesiol 26:360-361, 1982.

Modell JH (commentor), Moore DC, Spierdijk J, Vankleef JD, et al: Chloroprocaine neurotoxicity: four additional cases (Anesth Analg 61:155, 1982), comment. Surv Anesthesiol 26:367, 1982.

Modell JH (commentor), Gabrielsen J, Valentin N: Routine induction of anaesthesia with thiopental and suxamethonium: apnea without ventilation? (Acta Anaesth Scand 26:59, 1982), comment. Surv Anesthesiol 27:17, 1983.

Modell JH (commentor), Fisher WP, Friday CD, Read RC: Changes in arterial oxygenation and pulmonary shunt during thoracotomy with endobronchial anesthesia (J Thorac Cardiovasc Surg

J. H. Modell

Modell JH (commentor), Luce JM, Huang TW, Robertson HT, et al: The effects of prophylactic expiratory positive airway pressure on the resolution of oleic acid-induced lung injury in dogs (Ann Surg 197:327, 1983), comment. Surv Anesthesiol 27:343-344, 1983.

Modell JH (commentor), Modig J, Borg T, Karlstrom G, et al: Thromboembolism after total hip replacement: role of epidural and general anesthesia (Anesth Analg 62:174, 1983), comment. Surv Anesthesiol 27:382-383, 1983.

Modell JH (commentor), Maile CJD, Francis RN: Pre-operative ranitidine: effect of a single intravenous dose on pH and volume of gastric aspirate (Anaesthesia 38:324, 1983), comment. Surv Anesthesiol 28:50, 1984.

Modell JH (commentor), Gates S, Huang T, Cheney FW: Effects of methylprednisolone on resolution of acid-aspiration pneumonitis (Arch Surg 118:1262, 1983), comment. Surv Anesthesiol 28:170, 1984.

Modell JH (commentor), Azar I, Pham AN, Karambelkar DJ, et al: The heart rate following edrophonium-atropine and edrophonium-glycopyrrolate mixtures (Anesthesiology 59:139, 1983), comment. Surv Anesthesiol 28:174-175, 1984.

Modell JH (commentor), Nicholas GG, Martin DE, Osbakken MD: Cardiovascular monitoring during elective aortic surgery (Arch Surg 118:1256-1258, 1983), comment. Surv Anesthesiol 28:186-187, 1984.

Modell JH (commentor), Peppard SB, Dickens JH: Laryngeal injury following short-term intubation (Ann Otol Rhinol Laryngol 92:327-330, 1983), comment. Surv Anesthesiol 28:196, 1984.

Modell JH (commentor), Blunnie WP, McIlroy PDA, Merrett JD, et al: Cardiovascular and biochemical evidence of stress during major surgery associated with different techniques of anaesthesia (Br J Anaesth 55:611-617, 1983), comment. Surv Anesthesiol 28:208, 1984.

Modell JH (commentor), Tryba M, Zenz M, Mlasowsky B, et al: Does an indwelling gastric tube facilitate regurgitation during anaesthesia? (Anaesthesist 32:407-409, 1983), comment. Surv Anesthesiol 28:208-209, 1984.

Modell JH (commentor), Hodgkinson R, Glassenberg R, Joyce TH III, et al: Comparison of cimetidine (Tagamet) with antacid for safety and effectiveness in reducing gastric acidity before elective cesarean section (Anesthesiology 59:86-90, 1983), comment. Surv Anesthesiol 28:212-213, 1984.

Modell JH (commentor), Arunasalam K, Davenport HT, Painter S, et al: Ventilatory response to morphine in young and old subjects (Anaesthesia 38:529533, 1983), comment. Surv Anesthesiol

J. H. Modell

Modell JH (commentor), Ivey TD, Strandness E, Williams DB, Langlois Y, et al: Management of patients with carotid bruit undergoing cardiopulmonary bypass (J Thorac Cardiovasc Surg 87:183-189, 1984), comment. Surv Anesthesiol 29:120-121, 1985.

J. H. Modell

## MISCELLANEOUS

Modell JH:  The nearly drowned child, in Moore TD (ed):  Emergency Problems in Pediatrics: The Critical First Hours.  Report of the Sixth Ross Roundtable on Critical Approaches to Common Pediatric Problems.  Columbus, Ohio, Ross Laboratories, 1976, pp 33-36.

Craig AB, Graves SA, Knudson RD, Modell JH, Ryan AJ:  Round table.  Drowning's deadly toll: can more be saved?  Phys Sportsmed 5:27-45, 1977.

Michael Scott, JD: ASA Testifies at FTC Hearing on Nonphysician Practice Barriers. Speech transcription of Dr. Jerome H. Modell's testimony on behalf of the ASA for the Federal Trade Commission's Hearing on Quality and Consumer Protection, Market Entry on June 10, 2003. ASA Newsletter 67(7):3-5, 2003.

PAPERS AND LECTURES PRESENTED

IN COMPETITION OR BY INVITATION

Jerome H. Modell, M.D.

The management of postoperative complications.  American College of Chest Physicians, Miami Beach, Florida, November 29, 1964.

Organization of an inhalation therapy service.  Second Annual Postgraduate Seminar.  Miami Beach, Florida, January 24, 1965.

Postoperative pulmonary complications:  incidence and management.  Pan American Medical Association, Miami, Florida, May 1, 1965.

Cardiovascular alterations following chlorinated fresh water, distilled water and physiological saline aspiration.  American Society of Anesthesiologists, Denver, Colorado, October 26, 1965.

Basic principles of acute and chronic respirator therapy.  American College of Chest Physicians, Miami, Florida, January 25, 1966.

Recent investigations on the pathophysiology of drowning.  National Coroners Meeting.  Miami Beach.  Florida, July 28, 1966.

The physiology and management of drowning.  Refresher Course.  American Society of Anesthesiologists, Philadelphia, Pennsylvania, October 1, 1966.

Effect of chronic exposure to ultrasonic nebulized suspensions on the lung. American Society of Anesthesiologists, Philadelphia, Pennsylvania, October 4, 1966.

The pathophysiology and treatment of near-drowning.  Seminar on Acute Respiratory Failure. Buffalo School of Medicine, Buffalo, New York, November 18, 1966.

Emergency care of the drowning victim (December 2) **and** Artificial respiration (December 3). Initial Emergency Care and Transportation of the Sick and Injured (Committee on Injuries American Academy of Orthopaedic Surgeons).  Miami, Florida, December 2-3, 1966.

Prolonged mechanical ventilation workshop **and** Respiratory therapy for the patient with aspiration pneumonitis.  First Annual Seminar on Inhalation Therapy.  Florida Society of Inhalation Therapy, Miami Beach, Florida, January 15, 1967.

Management of respiratory failure: mechanical aids (January 19) **and** Pathophysiology and treatment of aspiration pneumonitis (January 20).  Acid Base Disorders in Internal Medicine, Surgery and Pediatrics.  Miami Beach, Florida, January 19-20, 1967.

J. H. Modell

Care of the patient requiring prolonged mechanical ventilation. Post-Convention Seminar. University of Miami, Nassau, Bahamas, January 12, 1968.

The near-drowning patient, Panel Discussion (February 7), **and** Mechanical support, Panel Discussion (February 8). Respiratory Emergencies. University of Miami, Department of Medicine, Miami Beach, Florida, February 7-8, 1968

Pathophysiology and treatment of near-drowning. Northwestern University School of Medicine, Chicago, Illinois, March 1, 1968.

Care of the patient requiring mechanical ventilatory support **and** Near-drowning, pathogenesis and treatment. Visiting Professorship. Sinai Hospital of Baltimore, Baltimore, Maryland, April 25, 1968.

Use and abuse of antibiotics and the future of new therapeutics. Panel Discussion Moderator. Annual Meeting. Florida Medical Association, Miami, Florida, May 10, 1968.

Management of cardiac arrest, Panel Discussion. American College of Chest Physicians, Miami, Florida, May 11, 1968.

The physiologic basis for treatment of near-drowning. German Therapy Congress. Karlsruhe, Germany, September 1, 1968.

Inhalation therapy. Refresher Course Lecture. American Society of Anesthesiologists, Washington, D.C., October 20, 1968.

New concepts relating to cardiovascular disease, transpulmonary exchange, and drowning in man. Panel Discussion. Conference on Respiratory Therapy. Boston, Massachusetts, November 8, 1968.

Resuscitation, Panel Discussion (November 30) **and** Inhalation therapy (December 1). Interim Clinical Meeting. American College of Chest Physicians. Miami Beach, Florida, November 30 - December 1, 1968.

Near-drowning. Tenth National Conference on the Medical Aspects of Sports. American Medical Association, Miami Beach, Florida, December 1, 1968.

Recent advances in management of acute pulmonary insufficiency. 22nd Clinical Convention, American Medical Association, Miami Beach, Florida, December 4, 1968.

Pathophysiology of drowning. Basic Science Seminar. University of Florida College of Medicine, Gainesville, Florida, December 6, 1968.

J. H. Modell

education program, Panel Discussion.  Annual Meeting.  American Society of Anesthesiologists, San Francisco, California, October 28, 1969.

Effect of fluorocarbon liquid on the surface tension properties of pulmonary surfactant.  Scientific Assembly.  American College of Chest Physicians, Chicago, Illinois, October 30, 1969.

Respiratory complications in recovery.  Seminar for Recovery Room Personnel.  Florida Society of Anesthesiologists, Orlando, Florida, November 1, 1969.

The pathophysiology and treatment of drowning.  United States Naval Hospital, Orlando, Florida, November 7, 1969.

Assisted respiration in the treatment of status asthmaticus.  Immunology Seminar.  Department of Pediatrics, University of Florida College of Medicine, Gainesville, Florida, December 5, 1969.

Uses and hazards of aerosol therapy (January 9); Oxygenation by liquid breathing (January 10); and Challenge of prolonged mechanical ventilation, Panel Discussion (January 10).  Seventh Annual Postgraduate Seminar.  Miami Beach, Florida, January 9-10, 1970.

Pathophysiology and treatment of near-drowning.  Postconvention Seminar in Anesthesiology. Montego Bay, West Indies, Jamaica, January 12, 1970.

Resuscitation of the near-drowning victim.  Alabama Chapter - American Academy of Pediatrics, Mobile, Alabama, April 29, 1970.

Inhalation therapy organization (June 12) **and** Mechanical ventilation (June 13).  Annual Meeting and Seminar:  Respiratory Care and Therapy.  Georgia Chapter, American Association of Inhalation Therapy, Macon, Georgia, June 12-13, 1970.

The consecutive cases of post-operative acute respiratory insufficiency requiring ventilator support in St. Joseph's infirmary ending July 1, 1970. Panel Discussion Moderator.  16th Tri-State Consecutive Case Conference of the Florida, Georgia, and South Carolina Thoracic Societies. Ponte Vedra Beach, Florida, September 26, 1970.

Near-drowning, Annual Refresher Course Lecture (October 18); Up from the sea, Ladies' Day Program (October 21); **and** Oxygenation by ventilation with fluorocarbon liquid (October 21). Annual Meeting.  American Society of Anesthesiologists.  New York, New York, October 18-21, 1970.

Organization of a respiratory therapy department and respiratory care unit. Second Symposium: Respiratory Insufficiency.  The Maryland- D.C. Society of Anesthesiologists, Baltimore Maryland, October 31, 1970.

J. H. Modell

Louisiana, December 17-18, 1971.

Management of drowning.  The Acute Emergency.  American College of Cardiology,  Ponte Vedra, Florida, February 9, 1972.

Treatment of barbiturate overdose (March 11);
Liquid breathing - current status (March 11);
Humidification and aerosol therapy.  Uses and abuses. (March 12);
Complications associated with prolonged mechanical ventilation (March 12);
Emergency treatment of status asthmaticus (March 12); and
Respiratory insufficiency following aspiration (March 12).
17th Annual Postgraduate Assembly in Anesthesiology.  Los Angeles, California, March 11-12, 1972.

Liquid breathing - current status.  13th Annual New Jersey Postgraduate Anesthesia Seminar.  Cherry Hill, New Jersey, March 25, 1972.

Recognition and treatment of acute pulmonary insufficiency **and** Drowning.  Cardiopulmonary Resuscitation Seminar.  Florida Heart Association, Gainesville, Florida, June 10, 1972.

Inhalation therapy in the community hospital (June 24) **and** Management of respiratory emergencies (June 25).   Southeastern Regional Refresher Course.  American Society of Anesthesiologists, Lake Buena Vista, Florida, June 24-25, 1972.

Moderator. 1972 Annual Fall Meeting.  Florida Society of Anesthesiologists, Sarasota, Florida, September 16, 1972.

Moderator.  Third Annual Seminar for Recovery Room Personnel.  Florida Society of Anesthesiologists and Florida Hospital Association, Daytona Beach, Florida, October 20, 1972.

Anesthesia for the neonate.  Panel Discussion Moderator.  Tenth Annual Postgraduate Seminar in Anesthesiology.  Miami, Florida, January 6, 1973.

Physiology of drowning.  Duval County Internists Society, Jacksonville, Florida, January 19, 1973.

Management of acute respiratory emergencies **and** Liquid ventilation.  Visiting Professorship.  University of Wisconsin, Madison, Wisconsin, April 5, 1973.

Management of acute respiratory emergencies.  Visiting Professorship.  University of Wisconsin, Milwaukee, Wisconsin, April 5, 1973.

Definition of the academic anesthesiologist.  Panel Discussion.  Southeastern Anesthesia Chairmen, Baltimore, Maryland, April 27, 1973.

J. H. Modell

Acute respiratory emergencies (February 23) **and** Work in progress with newer methods of weaning patients from mechanical ventilation using a concept of IMV, Panel Discussion (February 24). Conference on Respiratory Problems in Anesthesiology. Georgia and South Carolina Societies of Anesthesiologists, Augusta, Georgia, February 23-24, 1974.

Moderator of Panel for Questions. Regional Refresher Course. Hot Springs, Virginia, March 23, 1974.

Aerosols - use and abuse (March 25);
Questions and Answers. Moderator (March 26);
Weaning from the ventilator (March 27);
Ventilators for children (March 27);
Pre-op evaluations and post-op care (March 28); and
Near drowning (March 29).
Respiratory Care Course. New Orleans, Louisiana, March 25-29, 1974.

Recent advances in respiratory care. 21st Annual Anesthesiology Review Course. Society of Air Force Anesthesiologists, San Antonio, Texas, June 10, 1974.

Pathophysiology and treatment of near drowning and aspiration pneumonitis. American Society of Anesthesiologists, McAfee, New Jersey, August 3, 1974.

Mechanical ventilation. Florida Society of Anesthesiologists, Puerto Rico, September 12, 1974.

Problems in development of anesthesia research centers. National Institute of Health, Washington, D.C., October 10, 1974.

Pulmonary insults: drowning and aspiration pneumonitis. American Society of Anesthesiologists, Washington, D.C., October 12, 1974.

The pathophysiology and treatment of drowning and near-drowning. Los Angeles County Society of Anesthesiologists, Los Angeles, California, October 21, 1974.

Panel Moderator. Annual Seminar for Recovery Room Personnel. Florida Society of Anesthesiologists, Lake Buena Vista, Florida, November 3, 1974.

Respiratory Panel Moderator. Post Graduate Seminar. Miami, Florida, January 2-5, 1975.

Management of fresh- and salt-water drownings, Recent Advances in Cardiopulmonary Care. Sarasota Memorial Hospital, Sarasota, Florida, January 31, 1975.

The People's Republic of China seen through the eyes of an American anesthesiologist (March 13)