J. H. Modell

Near-drowning and aspiration syndromes.  Visiting Professorship.  Cook County Hospital, Chicago, Illinois, December 1, 1975.

Drowning and near-drowning.  Frontiers of Diving Seminar.  Gainesville, Florida, January 24, 1976.

Acute care of the near-drowning patient.  Critical Care Uptake 1976 Symposium, North Central Florida American Association of Critical Care Nurses, Gainesville, Florida, January 26, 1976.

Pathophysiology and treatment of aspiration pneumonitis **and** History and current status of intermittent mandatory ventilation.  Dripps Memorial Conference.  Philadelphia, Pennsylvania, April 28, 1976.

Pathophysiology of drowning.  Visiting Professorship.  Medical Center of Western Massachusetts, Springfield, Massachusetts, May 3, 1976.

Clinical course of 91 consecutive near-drowning victims.  Society of Critical Care Medicine, Pittsburgh, Pennsylvania, May 5, 1976.

Pathophysiology and treatment of aspiration pneumonitis.  Bowman Gray School of Medicine, Winston-Salem, North Carolina, May 12, 1976.

Pathophysiology of near-drowning.  FANA May Workshop.  Florida Association of Nurse Anesthetists, Gainesville, Florida, May 15, 1976.

The drowning patient.  University of Arkansas, Little Rock, Arkansas, May 22, 1976.

Acupuncture in the People's Republic of China and the United States.  23rd Annual Anesthesiology Review Course.  San Antonio, Texas, May 24, 1976.

Newer developments and techniques in ventilatory assistance **and** The physiology and treatment of near-drowning.  Bay County Medical Society, Panama City, Florida, May 29, 1976.

Patterns of respiratory support aimed at pathophysiology (co-presentor, JB Downs).  Refresher Course Lecture.  1976 Annual Meeting, American Society of Anesthesiologists, San Francisco, California, October 10, 1976.

Respiratory complications of drowning.  American Academy of Pediatrics, Chicago, Illinois, October 19, 1976.

Near-drowning.  Honorary Lecturer. First Caribbean Symposium in Anesthesiology and Related Fields, San Juan, Puerto Rico, December 15, 1976.

J. H. Modell

Acupuncture: panacea or fad?  Winter Meeting.  American Medical Association, Miami, Florida, December 10, 1977.

Drowning.  Polk County Medical Association, Winter Haven, Florida, January 11, 1978.

Mechanical support of ventilation with IMV and PEEP (April 25) **and** Pathophysiology and treatment of aspiration pneumonitis (April 26).  Canadian Anaesthetists Society, Winnipeg, Canada, April 24-26, 1978.

Drowning.  South Florida Society of Anesthesiologists, Hollywood, Florida, May 5, 1978.

The management of respiratory emergencies (May 13).  Connecticut Society of Anesthesiologists, Hartford, Connecticut, May 12-13, 1978.

Pathophysiology of drowning (May 18).  World Surf Life Saving Congress, Newport Beach, California, May 17-19, 1978.

Pathophysiology and treatment of drowning.  Visiting Professorship.  University of Colorado, Denver, Colorado, May 22, 1978.

Some physiological aspects of mechanical ventilation and PEEP - part II.  25th Annual Anesthesiology Review Course.  Society of Air Force Anesthesiologists, San Antonio, Texas, June 13, 1978.

The role of respiratory mechanics.  Acute Pulmonary Insufficiency Seminar.  State University of New York, Stony Brook, September 28, 1978.

New regulations in anesthetic practice.  Panel Discussion (October 24).  Annual Meeting. American Society of Anesthesiologists, Chicago, Illinois, October 23-25, 1978.

Malpractice suits - an expert witness' point of view (November 5).  Ninth Annual Recovery Room Seminar.  Florida Society of Anesthesiologists, Lake Buena Vista, Florida, November 2-5, 1978.

Practical aspects in the management of near-drowning.  Fall Conference in Pediatric Emergencies. American College of Chest Physicians, Lake Buena Vista, Florida, November 19, 1978.

Problems of near-drowning in salt and fresh water.  Panel Discussion.  Mid-winter Clinical Meeting.  American Medical Association, Las Vegas, Nevada, December 10, 1978.

The lung as target organ.  Moderator (December 13).  32nd Annual Postgraduate Assembly in Anesthesiology.  New York, New York, December 9-13, 1978.

J. H. Modell

University of Florida College of Medicine 20th Anniversary Reunion and Scientific Sessions. Gainesville, Florida, March 8, 1980.

Aspiration pneumonitis; Drowning; **and** Ventilatory support. Visiting Professorship. University of Miami, Florida, April 28 - May 1, 1980.

Pulmonary edema, drowning and aspiration (co-presentation) (May 12). Ninth Annual Scientific and Educational Symposium. Society of Critical Care Medicine, San Antonio, Texas, May 12-16, 1980.

Physiology of drowning. Rescue and Resuscitation of the Apparently Drowned. World Life Saving Association, Torquay, England, May 16, 1980.

Moderator (May 29). Eighth Annual Scientific and Educational Symposium. Society of Critical Care Medicine and University of California San Francisco School of Medicine, San Francisco, California, May 27-30, 1980.

The management of near-drowning **and** Anesthesia and the lung (Moderator). California Society of Anesthesiologists Meeting, Anaheim, California, May 31, 1980.

Aspiration pneumonitis (June 11). 26th Annual Review Course Lectures. Society of Air Force Anesthesiologists, San Antonio, Texas, June 11-15, 1980.

Pathophysiology and treatment of near-drowning. Visiting Professorship. Hadassah Medical Center, Jerusalem, Israel, September 3, 1980.

Respiratory life-threatening complications during anesthesia (September 15). Seventh World Congress of Anaesthesiologists. Hamburg, Germany, September 14-21, 1980.

Current concepts in aspiration **and** Pathophysiology and treatment of near-drowning. Visiting Professorship. University of Basel, Basel, Switzerland, September 22, 1980.

Pathophysiology of drowning. 54th Annual Meeting. The Halstead Society, Gainesville, Florida, October 2, 1980.

Who is responsible for what in the recovery room, Moderator. Recovery Room Seminar. Florida Society of Anesthesiologists, Lake Buena Vista, Florida, November 3-4, 1980.

Aspiration pneumonitis **and** Near-drowning. Visiting Professorship. Uniform Services University School of Medicine, Bethesda, Maryland, November 20, 1980.

Experiments in pain management by acupuncture and acupressure. Third Annual Winter Seminar. Dade County Medical Association, Aspen, Colorado, December 29, 1980.

J. H. Modell

Exposition.  American Association of Respiratory Therapy, New Orleans, Louisiana, October 30 - November 2, 1982.

Aspiration syndrome (November 22) **and** Critical care:  a viable specialty?  (November 23). Critical Care Update:  1982.  University of Florida College of Medicine, Department of Anesthesiology, Lake Buena Vista, Florida, November 21-24, 1982.

Development of current concepts of mechanical ventilatory support in the critically ill.  Care of the Critically Ill Patient.  The Capital Medical Society, Tallahassee, Florida, April 7, 1983.

Moderator (May 29).  Ninth Annual Gulf/Atlantic Anesthesia Resident's Conference.  University of Florida College of Medicine, Gainesville, Florida, May 27-29, 1983.

Ventilatory support - a 25-year review.  Florida Society of Critical Care Medicine, Haines City, Florida, June 11, 1983.

Update of rules, regulations and laws affecting the practice of anesthesiology, panel discussion (September 11).  Annual Meeting.  Florida Society of Anesthesiologists, Palm Beach, Florida, September 9-11, 1983.

Current status of therapy for the near-drowned victim (September 13).  Annual Meeting. Minnesota Society for Respiratory Therapy, Minneapolis, Minnesota, September 13, 1983.

Titration of CPAP (September 23); Routine monitoring of exhaled $CO_2$ (September 25); **and** Looking back at the last 25 years of mechanical ventilation (September 26).  Anesthesia Practice 1983.  Anesthesiology Educational Foundation, Los Angeles, California, September 23-26, 1983.

Workshop on the difficult airway (October 12).  Annual Meeting.  American Society of Anesthesiologists, Atlanta, Georgia, October 8-12, 1983.

A pilgrimage for a new Renaissance physician versus the team, panel discussion (October 25).  49th Annual Scientific Assembly.  American College of Chest Physicians, Chicago, Illinois, October 23-27, 1983.

Reflections on the treatment of respiratory failure during the past quarter of a century, the Myron B. Laver memorial lecture (November 22).  Critical Care Update:  1983.  University of Florida College of Medicine, Department of Anesthesiology, Lake Buena Vista, Florida, November 19-23, 1983.

Reflections on the past 25 years of mechanical ventilatory support (December 8) **and** The pathophysiology and treatment of near-drowning (December 9).  Visiting Professorship.  Johns Hopkins University, Baltimore, Maryland, December 8-9, 1983.

J. H. Modell

Florida, April 3-6, 1986.

Economics of cardiac anesthesia as seen from the perspective of a university department chairman (April 29). Eighth Annual Meeting. Society of Cardiovascular Anesthesiologists, Montreal, Quebec, Canada, April 27-30, 1986.

Establishing and maintaining a patent airway (June 20). Trauma and Critical Care Surgery. University of Minnesota, Department of Surgery, Minneapolis, Minnesota, June 18-21, 1986.

Current advances in critical care medicine, moderator (October 21) **and** Historical vignettes and present politics (October 21). Annual Meeting. American Society of Anesthesiologists, Las Vegas, Nevada, October 17-21, 1986.

Moderator **and** Panel Discussion (November 23). Critical Care Update: 1986. University of Florida College of Medicine, Department of Anesthesiology and Anesthesiology Alumni Association of Florida, Inc, Lake Buena Vista, Florida, November 22-26, 1986.

Clinician: How decisions are made within anesthesia departments on budget allocation (February 27). Workshop on Anesthesia Safety and Cost Containment. University of Florida College of Medicine, Department of Anesthesiology and Anesthesia Patient Safety Foundation, Gainesville, Florida, February 27-28, 1987.

Introduction (May 16); Current status of anesthesiology in the Florida legislature (May 16) **and** Moderator, panel discussion (May 16). Annual Meeting. Florida Society of Anesthesiologists, Destin, Florida, May 14-17, 1987.

Effects of governmental regulations and the market place on anesthesiology (October 1). Visiting Professorship. Tulane University School of Medicine, New Orleans, Louisiana, October 1, 1987.

Panel discussion (November 22). Critical Care Update: 1987. University of Florida College of Medicine, Department of Anesthesiology, Division of Critical Care Medicine, Lake Buena Vista, Florida, November 21-25, 1987.

Aspiration pneumonitis **and** Pathophysiology of treatment of near drowning. Visiting Professorship. University of Texas, Southwestern, Department of Anesthesiology, Dallas, Texas, January 16, 1988.

Medical/legal considerations in critical care (March 25). Conference on Pulmonary Critical Care. American Lung Association, Jacksonville, Florida, March 24-25, 1988.

History of mechanical ventilation (April 22). Sunshine Seminar '88. Florida Society of Respiratory Care, Jacksonville, Florida, April 20-22, 1988.

J. H. Modell

A review of the past thirty years of research and clinical care of drowning victims (January 12) **and** Future directions of anesthesiology (January 13). Visiting Professor. Duke University Medical Center, Department of Anesthesiology, Durham, North Carolina, January 12-13, 1993.

New tools for the clinician educator (April 14). Dedication Speaker. Hershey Medical Center, Hershey, Pennsylvania, April 13-15, 1993.

Must cost containment affect patient safety, panel discussion (October 12). Annual Meeting. American Society of Anesthesiologists, Washington, DC, October 9-13, 1993.

Controversial subjects in the therapy of the near-drowned patient (October 25) **and** Near-drowning in children, symposium chairman (October 26). 59th Annual International Scientific Assembly. American College of Chest Physicians, Orlando, Florida, October 24-28, 1993.

Managed care in the academic setting--culture shock! Guest Speaker. Florida Chapter of the American College of Surgeons, Palm Beach, Florida, November 11-12, 1993.

Managed care in the academic institution: culture shock! Visiting Professor. Washington University School of Medicine, Department of Anesthesiology, St. Louis, Missouri, December 6-7, 1993.

Managed health care in the academic setting--culture shock (March 10) **and** The pathophysiology and treatment of the drowning victim (March 11). Visiting Professor. University of Arkansas College of Medicine, Department of Anesthesiology, Little Rock, Arkansas, March 10-11, 1994.

Managed care and another hospital based specialty (anesthesiology). Business Success for Academic Pathology: The New Environment. Association of Pathology Chairs, Program Directors, and Business Managers, Snowmass, Colorado, July 27-30, 1994.

Negotiating with managed care contract holders (Part A and B), refresher course lecture (October 16). Annual Meeting. American Society of Anesthesiologists, San Francisco, California, October 15-19, 1994.

New economics and practice of anesthesia: the administrator's view. Annual Meeting. The Kentucky Society of Anesthesiologists, Lexington, Kentucky, April 2, 1995.

The future of anesthesiology practice as seen through a muddy crystal ball. Visiting Professor. Beth Israel Hospital, Department of Anesthesiology, Boston, Massachusetts, April 5, 1995.

Contracted care and the academic health center (May 2) **and** Contracted care and anesthesiology: administrator's view of the specialty (May 3). Visiting Professor. University of North Carolina School of Medicine, Chapel Hill, North Carolina, May 2-3, 1995.

J. H. Modell

Will there still be Deans? What will they do? (October 21). Annual Meeting. American Society of Anesthesiologists, New Orleans, Louisiana, October 19-23, 1996.

Healthcare delivery systems, managed care and the changing practice of medicine: the DePiero Lecture (September 13). Annual Meeting. Ohio Society of Anesthesiologists, Columbus, Ohio, September 12-14, 1997.

The drowning process and lifeguard intervention: keynote address (September 15). International Medical/Rescue Conference. International Life Saving Federation, San Diego, California, September 15-17, 1997.

The perioperative anesthesiologist: the hospital's perspective (September 20). Fall Session XVII The Perioperative Physician. The North Carolina Society of Anesthesiologists, Asheville, North Carolina, September 19-21, 1997.

How clinical departments will meet their education obligations in light of the financial realities of the future (October 21). Annual Meeting. American Society of Anesthesiologists, Orlando, Florida, October 17-21, 1998.

The history of research in drowning. Honorary Lecturer. The 16th Ernest O. Henschel Memorial Lectureship, Department of Anesthesiology, Medical College of Wisconsin, Milwaukee, Wisconsin, January 11, 1999.

Use of the Human Patient Simulator to teach veterinary medicine students (October 13). Annual Meeting. American College of Veterinary Anesthesiologists. San Francisco, California, October 12-13, 2000.

Mechanics of, and physiological response to, drowning (August 20); Current status of controversies in the diagnosis and treatment of drowning victims (August 21) **and** The importance of appropriate aftercare for victims of near-drowning (August 22). 2nd International Medical Rescue Conference 2001. The Royal Life Saving Society of Australia, International Life Saving, Surf Life Saving, Australia and New Zealand, Brisbane, Australia, August 20-22, 2001.

Workshop on simulators (October 16). Annual Meeting. American Society of Anesthesiologists, New Orleans, Louisiana, October 13-17, 2001.

Honorary Member of the International Life Saving Medical Task Force (June 24); **and** Panel Chairman, The Utstein style task force to determine what data should be collected worldwide regarding drowning episodes, including at the scene, EMS transport and hospital care (June 25). International Life Saving Medical Task Force, Amsterdam, The Netherlands, June 24-25, 2002

The definition of drowning (June 26); The incidence of aspiration in drowning; Circulatory instability in drowning: an overview of research; and Lifeguards should do life guard work: legal

# PATENTS

### Jerome H. Modell, MD

Dennis DM, Gravenstein N, Modell JH, Morey TE, Shah D: Microemulsion and micelle systems for solubilizing drugs. US Patent 6,623,765, issued September 23, 2003.

Dennis DM, Gravenstein N, Modell JH, Morey TE, Shah D: Microemulsion and micelle systems for solubilizing drugs. US Patent 6,638,537, issued October 28, 2003.

## CONTRACTS AND GRANTS

Jerome H. Modell, MD

Modell JH (principal investigator), Morey TE (co-investigator): Propofol microemulsions: preclinical investigation. National Institutes of Health (National Institutes of General Medical Sciences [SBIR]). $98,615, 2004.

# SWORN TESTIMONY GIVEN BY JEROME H. MODELL, M.D., D.SC. (HON.)

| | | | | |
|---|---|---|---|---|
| Alderman vs Schwartz | 03/03/00 | 99-6273 | Lee | Ross Fogleman |
| Glaubius vs YMCA | 06/19/00 07/30/01 | CI99 440G | Nebraska | Larry E. Welch |
| Meek vs Santa Rosa Junior College of Medicine | 10/16/00 | 221393 | California | Walter C. Cook |

**NOTE: Entries after 10/16/00 may not be totally accurate or complete due to multiple turnover of office staff.**

| | | | | |
|---|---|---|---|---|
| Curtis vs The New Advantage | 12/11/00 | 1999-14147 | Texas | Richard Schechter |
| Alabama vs Zimlick, et al. | * 05/16/01 | | Alabama | Tom Harrison |
| Darby Coker | 05/18/01 | | Georgia | Hoyt Young |
| Kim Evans vs Southside Settlement | 08/03/01 | | Ohio | Lloyd Pierre-Louis |
| Henderson vs School District of Saginaw | 02/11/02 | | Michigan | Lloyst Fletcher |
| Jerrlyn Burnes (for estate of Romaille Spears) vs YMCA, Springfield, Illinois | 01/25/02 | | Illinois | Suzanne Dvorak |
| Kretzer vs St. Marys Anesthesiology Assoc. | 05/24/00 | | Florida | Michael Burt |
| Wood vs International Life Styles, Inc. | | | Florida | Jeffrey Gordon |
| White vs First Baptist Church of Columbiana | 03/04/02 | | Alabama | S. Greg Burge |
| Estate of Phillip Robertson vs Birch Hill Swim Club | 07/18/02 | | New Jersey | Peter Chamas |
| Brennecke vs Fegan | 08/13/02 | | California | Patrick Graves |
| Roxanne Abshire vs City of Cleveland | 09/06/02 | | Ohio | Craig Bashein |
| Eben vs Beaver Dam Swimming Club | * 10/04/02 | | Maryland | Donald Proctor |

| Case | | Date | State | Name |
|---|---|---|---|---|
| Natalia Maglalang vs MASC Austin Properties | | 11/27/02 | Texas | Hunter Craft |
| Jessica Washington vs Ashley Park Apartments | * | 12/05/02 | Missouri | James Thompson |
| Newman vs Carmencita Ong, M.D. | | 01/28/03 03/13/03 | Florida | William Whitney |
| Gisela and Michael Taitel vs Anil G. Verma, M.D. | | 08/01/03 | Florida | Robert I. Rubin |
| Paul DePriest, et al. vs M.W. Builders, Inc. | | 08/22/03 | Texas | Fletcher F. Rhodes |
| Linda Lidell, et al. vs Richard Gacek, M.D., et al. | | 10/24/03 | Alabama | Dennis E. Goldasich |
| Estate of Bridgette K. Evans | * | 10/29/03 | Pennsylvania | Marc G. Brecher |
| Romell Booker vs Jeffrey Weiss, D.O., et al. | | 11/10/03 | Florida | Raul Romaguera |
| McLaurin vs Beecher High School | | 11/18/03 | Michigan | Loyst Fletcher, Jr. |
| Estate of Thomas Flood vs YWCA, Brunswick, GA | | 11/19/03 | Georgia | Joseph Y. Rahimi II |
| Jenkins vs Lawnwood Regional Medical Center and Joseph Averbach, M.D. | | 01/09/04 04/28/04 | Florida | Gregory M. Keyser |
| Diana M. Griffin, Deceased (Payton vs Deaconess Hospital) | | 02/25/04 | Oklahoma | Thandi Wade |
| Kristopher D. Mariasy, A Minor | | 03/10/04 | Ohio | Jon A. Lafferty |
| Gail Keck vs Crestwood Medical Center | | 07/07/04 | Alabama | Timothy C. Davis |
| Estate of Anthony Slaughter, A Minor vs Camp Sunshine and Woodrock, Inc. | * | 07/20/04 | Pennsylvania | Matthew A. Casey |
| Mack vs Krattli, et al. | | 08/03/04 | Vermont | Christopher J. Maley |

Updated – 08-03/04

* Trial Testimony Only

NOTE:    When only one date is noted under "Date of Testimony," the date is for a deposition given, except as noted by the asterisk. If two dates are listed, the first date is for a deposition, and the second date is for trial testimony.

## BMC

### Burton McCumber & Cortez, L.L.P.
Certified Public Accountants & Management Consultants

200 South 10ᵗʰ Street, Suite 1500
McAllen, Texas 78501
Telephone 956/618-2300
Facsimile 956/618-2333
www.bmctexas.com

Offices In:
Brownsville
McAllen
Matamoros
Reynosa

September 22, 2004

Mr. S. Mark Strawn, Esq.
AJAMIE, LLP
Pennzoil Place - South Tower
711 Lousiana, Suite 2150
Houston, Texas 77002

**RE:** *Economic Loss Report of Julio Mireles*
*Brown Water, In Re: American Commercial, In the United States District Court for the*
*Southern District of Texas, Brownsville Division, CA No. B-01-157*

Dear Mr. Strawn:

In accordance with your request, the following economic report contains our opinion with respect to the estimated economic loss to the heirs of Julio Mireles resulting from his death on September 15, 2001. Damages calculated in this report include the estimated lost economic support and household services that the deceased would have been able to contribute to his surviving family from the date of death through his father Juan Antonio Mireles' life expectancy.

Based on our analysis, the estimated economic damages resulting from the death of Julio Mireles are:

$$\$158,252$$

Our damage estimates are subject to the assumptions and limiting conditions contained in this report.

The following paragraphs provide details of our findings:

## I. Assignment

We were retained by S. Mark Strawn, counsel for the Plaintiffs Juan Antonio and Maria Soledad Mireles, to determine the economic damages incurred as a result of the death of their son, Julio Mireles. Our analysis does not consider hedonic damages. We have not undertaken any work to analyze or reach an opinion on issues of liability or whether the Plaintiffs are entitled to

S. Mark Strawn, Esq.                                                            Page 2 of 6
September 22, 2004

monetary damage awards. Furthermore, our report is based on work completed to date. In the event that we perform additional work and/or receive additional information, we reserve the right to amend our report.

## II. Work Performed

This report contains our estimate of Julio Mireles' earning capacity less personal consumption and household services available to his father and mother, had his death not occurred.

Lost support and household services were separated into two periods: "pretrial" and "post-trial", before and after the estimated time of judgment. Interest for past losses is not computed in our damage calculation. Future loss estimates were discounted to present value to account for the time value of money. For purposes of this report, we have used February 5, 2005 as the date of trial. If requested, we will revise our estimates to an alternate date.

In the course of our work we have reviewed the following documents:

- Income Tax Return for 2000 for Juan Antonio and Maria Soledad Mireles;
- Income Tax Returns for Julio Mireles for 2001, 2000, 1999 and 1998;
- 2001 W-2 and Earnings Summary for Julio Mireles;
- Oral Deposition of Maria Soledad Mireles taken August 24, 2004; and
- Oral Deposition of Juan Antonio Mireles taken August 24, 2004.

Facts Used For Our Opinions

- Julio Mireles' Date of Birth (decedent):              11/21/1978
- Julio Mireles' Date of Death:                         09/15/2001
- Julio Mireles' Age at Death:                          22.82
- Juan Antonio Mireles' Date of Birth (father):         05/28/1940
- Date of Trial:                                        02/05/2005

Damage Period

We have estimated the damage period as September 15, 2001 (date of death) through July 4, 2022 (date of Juan Antonio Mireles', father of decedent, life expectancy).

Worklife Expectancy

Based on Life and Worklife Expectancies by Hugh Richards we calculated Mr. Mireles to have a worklife expectancy of 62.02 years or 39.20 additional years[1], or to November 26, 2040.

---

[1] Richards, Hugh, "Life and Worklife Expectancies", 1999, Table 9: Worklife expectancies of Hispanics by English language proficiency and selected educational categories, conventional methodology, 1990

S. Mark Strawn, Esq.                                             Page 3 of 6
September 22, 2004

<u>Life Expectancy</u>

According to Life and Worklife Expectancies by Hugh Richards[2], Julio Mireles would have had a life expectancy date of August 9, 2058 at the age of 79.72. Based on the reference previously mentioned, Juan Antonio Mireles has a life expectancy date of July 4, 2022 at the age of 82.10.

<u>Discount and Growth Rate</u>

When damages are awarded in a lump sum to compensate for future economic losses, the amount awarded replaces funds that would have been available to the Plaintiff at a later date, such as through a periodic salary. The concept of the time value of money must be considered in calculating total damages; that is, a dollar received today is worth more than a dollar received in the future. To compensate for this difference, future lost earnings to be awarded today must be discounted to their present value.

An underlying assumption in discounting the estimated damages is that the Plaintiff will have the opportunity to earn interest on the amount received today as opposed to a future date.

We have implemented the net-discounting method to compute the present value of the future stream of earnings. This method subtracts the inflation component from both growth and discount rates. We have estimated a real discount rate of 3% and a real growth rate of earnings of 1%.[3] These figures are based on historical and forecasted trends of real rates of growth, average annual interest rates, and the CPI index.

<u>Earning Capacity</u>

*Pretrial*

Mr. Mireles was 22.82 years old at the time of death and was employed by Holiday Inn S. Padre. Based on his past earnings, we estimated the decedent's earning base to be $22,200 which is annualized based on his earnings through September 15, 2001.

For the years 2002, 2003, 2004 and 2005 had he lived, we used the earning base and increased it by 1.4% (or $22,511), 2.1% (or $22,984), 1.1% (or $23,236) and 1.5%[4] (or $23,608) respectively, based on the Average Wage Index growth as provided by the Social Security Administration (this amount ($23,608) was prorated to $21,454 from 02/06/05 to 12/31/05).

*Post-trial*

The earning capacity used for post-trial lost earning capacity is $23,608 for the year 2005. This earning capacity is projected into the future at a growth rate of 1% throughout Mr. Juan Antonio

---

[2] Richards, Hugh, "Life and Worklife Expectancies", 1999, Table 1: Mortality rates, number living at beginning of age (out of 100,000 born alive), and expectancies of remaining years of life, 1996
[3] 2004 OASDI Trustees Report, http://www.ssa.gov/OACT/TR/TR02/V_economic.html.
[4] 2004 OASDI Trustees Report, http://www.ssa.gov/OACT/TR/TR02/V_programatic.html.

S. Mark Strawn, Esq.                                          Page 4 of 6
September 22, 2004

Mireles' expected life, which ends in July 4, 2022. Usually, the earning capacity is projected into the future throughout the decedent's expected work life. However, should the life expectancy of the survivor arrive before the decedent's expected work life then the calculation must be modified to reflect the earlier date. In addition, the present value of these future earnings is calculated using a discount rate of 3%. Post-trial earning capacity is also discounted for the personal consumption of the deceased, had she lived.

Personal Consumption Rate

Personal consumption of income of the decedent is deducted from earning capacity given that Mr. Mireles' estimated personal consumption, had he lived, would not have benefited his heirs. We have estimated a personal consumption percent of income of 65%.

Household Services

All family members contribute time to their home and family by doing chores that benefit the family as a whole. When a family member dies, their contributions to their household are obviously lost. Based on the questionnaire provided and the study "The Dollar Value of a Day", we have estimated the number of hours Mr. Mireles would have contributed to his household, had he lived. We have estimated that Mr. Mireles would have contributed 2 hours per week of household services. The types of activities included in these household services are obtaining goods and services, housework, food cooking and cleanup, providing care to others, light housekeeping, meal preparation, dishwashing, washing/ironing clothes, grocery shopping, running errands, household bookkeeping, and outdoor chores, plants, animals, and assisting his father at his mechanic shop.

We have estimated a rate of $5.15 per hour as the dollar value of Mr. Mireles' household services based on the minimum wage and a premium for accessibility. This rate is established to grow at the rate of 1%.

Mr. Mireles' contribution of household services is projected until his father's (Juan Antonio Mireles) expected life of 82.10 years due to the fact that the service would stop at his expected life. We have applied the same logic that was used to calculate the post trial earning capacity to this household services calculation.

## III. Summary

|                     | Pretrial  | Post-trial |
|---------------------|-----------|------------|
| Earning Capacity    | $27,048   | $122,659   |
| Household Services  | 621       | 7,925      |
| Subtotals           | $27,669   | $130,584   |
| Total               | $158,253  |            |

S. Mark Strawn, Esq.                                                    Page 5 of 6
September 22, 2004

## IV. Qualifications of Richard Cortez, CPA, CVA

I have relied my opinions upon my 30 years of professional experience as a Certified Public Accountant. Throughout my experience, I have performed various professional tasks in the general areas of taxation, accounting, auditing and consulting.

In addition, I am a partner in charge of our firm's litigation services practice. I have 20 years of experience rendering my opinions in state and federal courts concerning accounting matters, business valuations, business lost profits claims, divorce settlements, personal injury, wrongful death, wrongful termination and other sundry matters.

This work was undertaken partly by the staff of our firm under the direction and supervision of Richard Cortez, CPA, CVA, and partner in charge of this engagement.

## V. Assumptions and Limiting Conditions

This damage calculation is subject to the following assumptions and limiting conditions:

- Information, estimates, and opinions contained in this report are obtained from sources considered to be reliable. However, we assume no liability for such sources.
- Possession of this report, or a copy thereof, does not carry with it the right of publication of all or part of it, nor may it be used for any purpose by anyone but the client without the previous written consent of the client or us and, in any event, only with proper attribution.
- The various estimates of damages presented in this report apply to this engagement only and may not be used out of the context presented herein.
- This damage calculation is valid only for the purpose or purposes specified herein, and only as of the stated date.
- This damage report contemplates facts and conditions existing as of the report date. Events and conditions occurring after that date have not been considered, and we have no obligation to update our report for such events and conditions.

## VI. Fee Schedule

Our fees for this report are based at the following hourly rates, $275 per hour (principal) and $175 per hour (manager). Travel expenses are billed at actual costs. Additional travel hours are billed at half of the hourly rate. Other expenses are billed at cost.

S. Mark Strawn, Esq.                                                    Page 6 of 6
September 22, 2004

## VII.    Closing

Thank you for allowing Burton, McCumber & Cortez, L.L.P. to assist you on this matter.  If you have any questions about this report, please do not hesitate to contact me.  Along with this report, I have also included my curriculum vitae.

Sincerely,

Burton, McCumber & Cortez, L.L.P.

Richard Cortez, CPA, CVA

Encl:  Curriculum Vitae

## Wrongful Death Summary - Julio Mireles

| General Information | |
|---|---|
| Date of Birth | 11/21/1978 |
| Date of Death | 09/15/2001 |
| Date of Trial | 02/05/2005 |
| Age at Incident | 22.82 |
| Age at Trial Date | 26.21 |
| Age at 01/01/05 | 26.11 |
| | |
| Father's Date of Birth | 05/28/1940 |
| Father's Age at Incident | 61.30 |

| Worklife Expectancy | |
|---|---|
| Projected Worklife | 62.02 |
| Remaining Years | 39.20 |
| Date | 11/26/2040 |

| Life Expectancy | |
|---|---|
| Expected Life | 79.72 |
| Remaining Years | 56.90 |
| Date | 08/09/2058 |
| Father's Expected Life | 82.10 |
| Remaining Years | 20.80 |
| Date | 07/04/2022 |

| Healthy Life Expectancy | |
|---|---|
| Years Deducted | 8.21 |
| Years Old | 71.51 |
| Date | 05/25/2050 |

| Past Information | | |
|---|---|---|
| Estimated Annual Earning Capacity | $ | 22,200 |
| Consumption of E.C Rate | | 65.0% |

| Future Information | | |
|---|---|---|
| Consumption of E.C. Rate | | 65.0% |
| Discount Rate | | 3.0% |

| Household Services | | |
|---|---|---|
| Household Services hrs/wk | | 2.00 |
| Hourly Rate | $ | 5.15 |
| Consumption of H.H. Svcs | | 65.0% |

| Future Household Services | | |
|---|---|---|
| Household Services hrs/wk | | 2.00 |
| Hourly Rate incl. 1% growth | $ | 5.15 |

| Summary of Economic Losses | |
|---|---|
| Post Trial | $130,583 |
| Pre Trial | $27,668 |
| **Total** | **$158,252** |

# Table 1 - Earnings Summary for Julio Mireles

**2001**
<u>Holiday Inn S. Padre</u>

Actual Wages Earned for partial year 2001     **$ 15,726.70**

Estimated Wages Earned in 2001 (Annualized)     **$ 22,200.00**

**2000**
<u>Holiday Inn S. Padre</u>

Wages Earned     **18,453.00**

**1999**
<u>Employer Unknown</u>

Wages Earned     **9,858.00**

**1998**
<u>Employer Unknown</u>

Wages Earned     **5,193.00**

**Julio Mireles**
Table 2. Pretrial Loss

| A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|
| From | To | Age of Plaintiff at end of period | Annual Earnings* | Growth % | Fraction of Year | Lost Earnings (in period specified) | Consumption of Earnings | Lost Earnings Contribution to survivors | Lost Household Services | Total Loss |
| | | | D x E | | | D x F | 65.0% G x % | G - H | (Table 3) | I + J |
| 09/15/2001 | 12/31/2001 | 22.82 | | 0.0% | 0.29 | $ 6,394 | 4,156 | $ 2,238 | 52 | 2,290 |
| 01/01/2002 | 12/31/2002 | 23.82 | $ 22,200 | 1.4% | 1.00 | $ 22,511 | 14,632 | $ 7,879 | 182 | 8,061 |
| 01/01/2003 | 12/31/2003 | 24.82 | $ 22,511 | 2.1% | 1.00 | $ 22,984 | 14,939 | $ 8,044 | 184 | 8,228 |
| 01/01/2004 | 12/31/2004 | 25.82 | $ 22,984 | 1.1% | 1.00 | $ 23,236 | 15,104 | $ 8,133 | 186 | 8,318 |
| 01/01/2005 | 02/05/2005 | 26.21 | $ 23,236 | 1.6% | 0.09 | $ 2,154 | 1,400 | $ 754 | 17 | 771 |
| | | | $ 23,608 | | | | | | | |
| **Subtotals** | | | | | | | | $ 27,048 | $621 | $27,668 |
| **Total** | | | | | | | | | | $ 27,668 |

Julio Mireles
Table 3. Post-trial Loss

| A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From | To | Age of Plaintiff at start of period | Earning Capacity 1% growth | Consumption of Earning Capacity 65.0% | Lost Earning Capacity Contribution to Survivors | Lost H.H. Services | Total Loss | Time Since Trial | Discount Factor 3% | Present Value of Lost Earning Capacity | Present Value of Household Services | Present Value of Total Loss |
| | | | | D x % | D - E | (Table 5) | F + G | | | F x J | G x J | K + L |
| 02/06/2005 | 12/31/2005 | 26.2 | 21,454 | 13,945 | 7,509 | 456 | 7,964 | 0.85 | 0.9751 | 7,322 | 444 | 7,766 |
| 01/01/2006 | 12/31/2006 | 27.2 | 23,844 | 15,499 | 8,345 | 541 | 8,887 | 1.85 | 0.9467 | 7,900 | 512 | 8,413 |
| 01/01/2007 | 12/31/2007 | 28.2 | 24,083 | 15,654 | 8,429 | 547 | 8,976 | 2.85 | 0.9191 | 7,747 | 502 | 8,249 |
| 01/01/2008 | 12/31/2008 | 29.2 | 24,323 | 15,810 | 8,513 | 552 | 9,065 | 3.85 | 0.8923 | 7,597 | 493 | 8,089 |
| 01/01/2009 | 12/31/2009 | 30.2 | 24,567 | 15,968 | 8,598 | 558 | 9,156 | 4.85 | 0.8663 | 7,449 | 483 | 7,932 |
| 01/01/2010 | 12/31/2010 | 31.2 | 24,812 | 16,128 | 8,684 | 563 | 9,248 | 5.85 | 0.8411 | 7,304 | 474 | 7,778 |
| 01/01/2011 | 12/31/2011 | 32.2 | 25,061 | 16,289 | 8,771 | 569 | 9,340 | 6.85 | 0.8166 | 7,163 | 465 | 7,627 |
| 01/01/2012 | 12/31/2012 | 33.2 | 25,311 | 16,452 | 8,859 | 575 | 9,433 | 7.85 | 0.7928 | 7,023 | 456 | 7,479 |
| 01/01/2013 | 12/31/2013 | 34.2 | 25,564 | 16,617 | 8,947 | 580 | 9,528 | 8.85 | 0.7697 | 6,887 | 447 | 7,334 |
| 01/01/2014 | 12/31/2014 | 35.2 | 25,820 | 16,783 | 9,037 | 586 | 9,623 | 9.85 | 0.7473 | 6,753 | 438 | 7,191 |
| 01/01/2015 | 12/31/2015 | 36.2 | 26,078 | 16,951 | 9,127 | 592 | 9,719 | 10.85 | 0.7255 | 6,622 | 430 | 7,052 |
| 01/01/2016 | 12/31/2016 | 37.2 | 26,339 | 17,120 | 9,219 | 598 | 9,816 | 11.85 | 0.7044 | 6,494 | 421 | 6,915 |
| 01/01/2017 | 12/31/2017 | 38.2 | 26,602 | 17,291 | 9,311 | 604 | 9,915 | 12.85 | 0.6839 | 6,368 | 413 | 6,781 |
| 01/01/2018 | 12/31/2018 | 39.2 | 26,868 | 17,464 | 9,404 | 610 | 10,014 | 13.85 | 0.6640 | 6,244 | 405 | 6,649 |
| 01/01/2019 | 12/31/2019 | 40.2 | 27,137 | 17,639 | 9,498 | 616 | 10,114 | 14.85 | 0.6446 | 6,123 | 397 | 6,520 |
| 01/01/2020 | 12/31/2020 | 41.2 | 27,408 | 17,815 | 9,593 | 622 | 10,215 | 15.85 | 0.6259 | 6,004 | 389 | 6,393 |
| 01/01/2021 | 12/31/2021 | 42.2 | 27,682 | 17,994 | 9,689 | 628 | 10,317 | 16.85 | 0.6076 | 5,887 | 382 | 6,269 |
| 01/01/2022 | 12/31/2022 | 43.2 | 27,959 | 18,173 | 9,786 | 635 | 10,420 | 17.85 | 0.5899 | 5,773 | 374 | 6,147 |
| | | | | | | | | | | 122,659 | 7,925 | 130,583 |
| | | | | | | | | | | | Total | $130,583 |

*Adjusted to his father's expected life of 07/04/2022.

Julio Mireles
Table 4. Pretrial Household Services

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| **From** | **To** | **Fraction of Year** | **H.H. Services Hrs/Week 2.0 (per fract. of year)** | **Hourly Rate $5.15 (including 1% growth)** | **Consump-tion of household services 65%** | **Lost household services** |
| | | | 2 X 50 wks X C | | D X E X % | D X E - F |
| 09/15/2001 | 12/31/2001 | 0.29 | 28.80 | 5.15 | 96.42 | 52 |
| 01/01/2002 | 12/31/2002 | 1.00 | 100.00 | 5.20 | 338.10 | 182 |
| 01/01/2003 | 12/31/2003 | 1.00 | 100.00 | 5.25 | 341.48 | 184 |
| 01/01/2004 | 12/31/2004 | 1.00 | 100.00 | 5.31 | 344.89 | 186 |
| 01/01/2005 | 02/05/2005 | 0.09 | 9.13 | 5.36 | 31.79 | 17 |
| **Total Lost Household Services** | | | | | | $ 621 |

Julio Mireles
Table 5. Post-trial Household Services

| A<br>From | B<br>To | C<br>Household<br>Services<br>Hrs/Wk<br>2.0 | D<br>Hourly<br>Rate<br>$5.36 | E<br>Lost<br>Household<br>Services<br>C X D X 50 wks = E |
|-----------|---------|-----------|-----------|-----------|
| 02/06/2005 | 12/31/2005 | 2.0 | 5.36 | 456 |
| 01/01/2006 | 12/31/2006 | 2.0 | 5.41 | 541 |
| 01/01/2007 | 12/31/2007 | 2.0 | 5.47 | 547 |
| 01/01/2008 | 12/31/2008 | 2.0 | 5.52 | 552 |
| 01/01/2009 | 12/31/2009 | 2.0 | 5.58 | 558 |
| 01/01/2010 | 12/31/2010 | 2.0 | 5.63 | 563 |
| 01/01/2011 | 12/31/2011 | 2.0 | 5.69 | 569 |
| 01/01/2012 | 12/31/2012 | 2.0 | 5.75 | 575 |
| 01/01/2013 | 12/31/2013 | 2.0 | 5.80 | 580 |
| 01/01/2014 | 12/31/2014 | 2.0 | 5.86 | 586 |
| 01/01/2015 | 12/31/2015 | 2.0 | 5.92 | 592 |
| 01/01/2016 | 12/31/2016 | 2.0 | 5.98 | 598 |
| 01/01/2017 | 12/31/2017 | 2.0 | 6.04 | 604 |
| 01/01/2018 | 12/31/2018 | 2.0 | 6.10 | 610 |
| 01/01/2019 | 12/31/2019 | 2.0 | 6.16 | 616 |
| 01/01/2020 | 12/31/2020 | 2.0 | 6.22 | 622 |
| 01/01/2021 | 12/31/2021 | 2.0 | 6.28 | 628 |
| 01/01/2022 | 12/31/2022 | 2.0 | 6.35 | 635 |
| Total Lost Household Services | | | | $ 10,431 |

# RICARDO F. (RICHARD) CORTEZ, CPA, CVA

## BUSINESS INFORMATION

Senior Partner
Burton McCumber & Cortez, L.L.P.
Certified Public Accountants and Management Consultants
200 South 10th Street, Suite 1500
McAllen, Texas 78501

Physical location: 15th Floor, JP Morgan Chase Bank Tower

Telephone: 956/618-2300
Facsimile: 956/618-2333
Email: rcortez@bmctexas.com
Website: www.bmctexas.com
FIN: 74-2609610

## EDUCATION

- Pan American College - Edinburg, Texas (B.B.A. 1970)
- 1000+ hours of Continuing Professional Education Courses

## PROFESSIONAL ASSOCIATIONS

- Texas State Board of Public Accountancy (Licensed since 1974)
- American Institute of Certified Public Accountants (AICPA)
- Texas Society of Certified Public Accountants (TSCPA)
- Local Chapter of TSCPA (President 1981-1982)
- National Association of Forensic Economics
- National Association of Certified Valuation Analysts (Licensed 2004)

## PROFESSIONAL EXPERIENCE

- Partner-in-charge, Litigation Support Department of BMC;
- Testified and consulted in civil cases involving personal injury, wrongful death, wrongful termination, lost profits, loss of business value and other unclassified cases;
- Court-appointed in legal matters, including:
  o as receiver of a closely-held corporation in which shareholders were involved in a divorce;
  o as auditor/accountant to investigate accounting records and other matters dating back over 100 years in a matter involving a historical Texas ranch and ranching family;
  o to investigate the alleged malfeasance by a trustee for a trust established as a result of a personal injury settlement;
  o to render accounting services regarding corporate and partnership assets and liabilities, and to assist the parties involved to resolve their property ownership disputes; and
  o to value corporations regarding domestic matters;
- Appointed by the Hidalgo County Bar Association to act as a non-attorney mediator on small cases;

- Conducted business valuations in divorce matters;
- Conducted business valuations involving disputes between partners/shareholders;
- Conducted business feasibility studies for new and unestablished businesses;
- Assisted clients in selling and acquiring existing businesses;
- Conducted audits of small to medium-size companies;
- Conducted audits of banks, city and county governments;
- Provided federal income tax planning and tax preparation for corporations and highly compensated individuals;
- Represented clients before the Internal Revenue Service regarding income and excise tax audits;
- Designed and implemented accounting and information systems for businesses;
- Compiled and reviewed financial statements for individuals, partnerships, corporations, trusts and not-for-profit organizations;

## COMMUNITY INVOLVEMENT

- Chairman (2002-2003) for the Border Trade Alliance, a grass-roots organization that lobbies federal governments in the United States, Canada and Mexico on border trade issues;
- Trustee of McAllen Public Utilities, an elected eight-year position-entrusted with administering and establishing policy for the water and sewer services of the City of McAllen, Texas;
- Advisory Board Member International Bank of Commerce-McAllen (IBOC)-review delinquent accounts, approve loans in excess of $250,000, and administer bank policies.
- President of McAllen Housing Finance Corporation

## PAST COMMUNITY INVOLVEMENT

- Board Member of the McAllen Economic Development Corporation, the economic development agency for the City of McAllen, Texas - entrusted with recruiting companies to our area and Northern Mexico;
- Board member - McAllen Community Development Council;
- Board member - Rio Grande Valley Partnership, an organization similar to a chamber of commerce on a regional basis;
- Board member - McAllen Chamber of Commerce;
- McAllen Boys and Girls Club - Past President;
- Weslaco Rotary Club - Past Treasurer;
- McAllen International Museum - Board member;
- University of Texas-Pan American, Edinburg, Texas - Advisory Board Member - School of Business;
- Past Council President of local church;
- Volunteer religious educator of 8th grade students and engaged couples ministry at local church.

**Richard Cortez, C.P.A.**
Trial and/or Deposition Testimony

| Case No. | Plaintiff | Defendant | Court | County/ Division |
|---|---|---|---|---|
| C-354-96-D | Reginaldo Paz | Viking Freight System, et al | 206th | Hidalgo |
| 3,629 | Mario Romeo Salinas | Gilbert L. Leyendecker, Jr. and Vaquillas Mgmt. | 49th | Zapata |
| 95-07-3424-D | Robert Arce | City of Harlingen | 103rd | Cameron |
| C-5535-94-E | Natalio Martinez | Alice Leasing dba Heldt Brothers | 275th | Hidalgo |
| C-613-95-D | Gary Reed | Mid Valley Security Investigative Service Inc. | 206th | Hidalgo |
| C-3089-95-B | Esequiel and Olga Rodriguez | Anselmo De Anda et al | 93rd | Hidalgo |
| C-2662-96-B | Romeo Perez & Charles Ferris | Alberto Salinas dba SASA Transport, et al | 93rd | Hidalgo |
| 96-066239 | Urbano & Janie Arzaldua | Farmers Insurance Group | 197th | Willacy |
| 97-255 | Dagoberto Balboa individually et al | G & G Lease Services, Inc. et al | 206th | Hidalgo |
| C-4358-96-D | Minfa Ramirez, et al | Hellums Inc. et al | 206th | Hidalgo |
| CL-29,042-C | Ramiro G. Cavazos | Mary Louise Chance | CC #3 | Hidalgo |
| C1-26,852-A | Adelina Guerra Pulido | Javier Baltazar Pozos and Don L. Sasser | CC #2 | Hidalgo |
| 97-10-36137 | Rogelio Garcia | Freedom Energy, Inc. Dresser Industries, Inc.and | 79th | Duval |
| C-186-95-D | Armando Gonzalez | Larry Nuckols, Jr. as Rep.of Larry D. Nuckols, et al | 206th | Hidalgo |
| M-95-301 | Noe J. Ramirez, et al | Terry Whisenant, et al | U.S. Dist. Ct. | McAllen |
| C-2540-96-G | Romelia Guajardo | Rosa Maria Guerra | 370th | Hidalgo |
| 97-06-4843-E | Oscar Rodriguez | John Robert Wilcox and George Houston Coyle | 357th | Cameron |
| C-4442-95-D | Eliseo Ramos III | Steve Reyes Individually and Orkin Pest Control | 206th | Hidalgo |
| C-6081-98-E | Maria E. Barrera and Maria J. Lopez | Manuel Martinez Reyes and Azteca Milling, L.P. | 275th | Hidalgo |
| C-3363-97-G | Maria Isabel Salinas et al | Triple R. Trucking Inc. et al | 139th | Hidalgo |
| C-2016-97-G | Graciela Guerra, Manuel G. & Alisa Lanette Guerra | Glen D. Quinn, Quinn's Express Stop, Inc. & Alberto Amancio Chavez | 370th | Hidalgo |
| C-1939-98-G | Robert R. Villegas | Lynn Alan Hayunigs & Texas Raicar Leasing Co. | 370th | Hidalgo |
| 4,032 | Jaime A. Gonzalez, Sr. & Carmen B Gonzalez | Texas Farmers Insurance Co. | | |
| 97-01-70-D | Geronimo S. Guzman | Douglas D. Mauro | 103rd | Cameron |
| C-2862-97-F | Rene Lucio | President Baking Co. | 332nd | Hidalgo |
| 98-03-1285-E | Conrado Benavidez Jr. | Paccar Inc. | 375th | Cameron |
| 99-07-2882-D | Rosalinda Charles & Eduardo Perez | Hensly Freight Lines,Inc. and Eloy Atkinson | 103rd | Cameron |
| C-3131-94-B | Diana Rivera | Bristol-Myers Squibb Company et al | 93rd | Hidalgo |
| C-3891-99-A | Ernestina Figueroa | Justo Vela and Magic and Valley Concrete, Inc. | 92nd | Hidalgo |
| C-8518-98-A | Rhonda Jean Chavira | Calvin Earl Fancher & Weatherford Enterra, Inc. | 92nd | Hidalgo |
| C-1654-99-B | Noe Garza, Jr., Royden Garcia, and Miguel A. Garza | Roger Wayne Leake and Texas Regional Construction, Inc. | 93rd | Hidalgo |

| Cause Number | Plaintiff | Defendant | Court | County |
|---|---|---|---|---|
| -6081-98-E | Maria E. Barrera and Maria J. Lopez | Manuel Martinez and Azteca Milling, L.P. | 275th | Hidalgo |
| L-31182-C | Shelly Kay Risica | Martha Reyes | CC #3 | Cameron |
| 9-04-1711-A | Jose Angel | Linda Massengill | 107th | Duval |
| 5,899 | Rodolfo C. Flores | Leon Crozier and Hurd Enterprises, LTD | 229th | Duval |
| -5544-99-G | Charlene R. Cantu | Reynaldo Cortez and Texas United Trucks Association, Inc. | 370th | Hidalgo |
| C-99-162 | Orlando Lazos | Conoco, Inc et al | 228th | Duval |
| -3641-99A | Alfredo R. Alcantar | Congra/Monfort Swift et al | 92nd | Hidalgo |
| -4255-99-F | A.C. Best | Dawn Brandewie et al | 332nd | Hidalgo |
| 6753-96-E | Ricardo Morales& Easter Lopez | Oscar Correa Rivera & J-III Trucking Co., Inc. | 275th | Starr |
| C-00-09 | Fidencio Martinez | Atlantic Sourcing Co., Inc.& Weeks Marine, Inc. | 381st | Hidalgo |
| -6636-98-G | Phillip Mery | The Hell Co., Tradewinds et al | 370th | Hidalgo |
| -3862-98-E | Maria L. Salgado | Jose G. Zuniga and Turner Brothers Trucking | 275th | Hidalgo |
| -1895-99-E | Pedro Reyna | Amador Moreno and Rochester Armored Car Co. | 93rd | Hidalgo |
| -2270-95-13 | Richard A. Martin | Dr. Sahil Mangi, et al | 93rd | Hidalgo |
| -4368-96-G | Gina Cuellar | General Motors | 370th | Hidalgo |
| -1836-97-B | Adolfo & Angelica Chavez | Jose Garcia | 93rd | Hidalgo |
| -2624-93-F | Marilyn Harper & Mike Harper | Chad Horn, Stewart Title of Hidalgo County, Inc. | 332nd | Hidalgo |
| -4118-97-B | Bruce S. Sperling et al | Volkswagon | 93rd | Hidalgo |
| -1465-98B | Maria Del Carmen Mcvey, et al | Jaime Cavazos Avi-Oan USA Inc. et al | 93rd | Hidalgo |
| 227 | Roel Perez, Maria J. Perez et al | Jesus J. Esparza, Robert P. Umphres et al | 49th | Webb |
| 02,247,401 | Michaela Buendia Temporary Administrator for the Estate of Ruben Buendia, Deceased | Evaristo Rodriguez, Jr., Saly Trucking, Inc et al | Probate Ct. #1 | Harris |
| 8-6457-E | Irene Bustamante, et al | Randy Lee Maldonado et al | 148th | Nueces |
| 4,383-B | Rosalie Romero | Furr's Inc. | 181st | Potter |
| -4507-95-F | Ava Moncivaiz, et al | Ecolab, Inc. et al | 332nd | Hidalgo |
| -1625-99-A | George Bonas | Santiago Hernandez | 92nd | Hidalgo |
| 8-CBQ-01311-D2 | Augustine Maravilla | International Trucking Co. Inc. | 111th | Webb |
| R99CA63 | Adam Q Cruz III | Smead Manufacturing Co. | U.S. Dist. Ct. | Del Rio |
| 0,044 | First National Bank of South Texas | Noe R. Sanchez & Rebecca S. Sanchez | 229th | Starr |
| -544992-C | Jerry L. Abbott & Bonnie M. Abbott | First National Bank in Edinburg | 139th | Hidalgo |
| -1958-94-E | Prodasa Dosmit.et al | Tambrands, Inc. et al | 275th | Hidalgo |
| 9-CVQ00323-D2 | Chi-Town Connection LTD | Trinity Testing Laboratories Inc. | 111th | Webb |
| -3404-95-E | Payne | Kmac | 275th | Hidalgo |
| -96-7 | Magic Valley Pizza, Inc. | Domino's Pizza, Inc. | U.S. Dist. Ct. | Del Rio |
| -3053-93-A | Nicolas R. Cantu | Ward Fryer et al | 92nd | Laredo |
| -474-89-F | Academia, Inc. | Caleb B. Smith & Sons, Inc. et al | 332nd | Hidalgo |

| Cause No. | Plaintiff | Defendant | Court | County/Division |
|---|---|---|---|---|
| 6-183 | J.S. McManus Produce Co. | Jack R. "Russ" Webster | 197th | Cameron |
| :-1564-97-C | Joe R. Vasquez, et al | Petoseed Co., Inc. et al | 92nd | Hidalgo |
| 8-03-939-C | Rolando Gonzalez | Texas International Oil Field Tools Inc. | 197th | Hidalgo |
| :-475-94-A | Ricardo V. Reyna | Willacy County Navigation Dist. | 103rd | Willacy |
| 8-07 | Lee Bryant & Ernest Harry Wadsworth | First National Bank in Edinburg | 206th | Hidalgo |
| :-5198-97-D | North American Precast Co. | Alliance General Insurance Co. | 370th | Hidalgo |
| :-2443-97-G | George Salinas & Maria R. | McAllen Street Metal, Inc. | 92nd | Hidalgo |
| :-617-98-A | David McManus | Bobby Burrows | 206th | Hidalgo |
| :-2867-97-D | Servicio Multiples, Inc. & Inserv, Inc. | American Microtrace | 107th | Cameron |
| 1-05-2127 | Nicolas J. Rodriguez | Deere & Co. | U.S. Dist. Ct. | Cameron |
| AM-97-160 | Servimundo Llantero USA | Kmart, et al | U.S. Dist. Ct. | McAllen |
| :-3612-94-G | Cosme Martinez Jr. | International Paper Co. | 370th | Hidalgo |
| :-2177-98-6 | Rogelio Garza | Pier 1 Imports, Inc. & Felicia Felan | 370th | Hidalgo |
| :-5160-97-A | Melvyn Gilson | Zenith Electronics Corp. of Texas | 92nd | Hidalgo |
| :-2145-95-C | Viola Ramirez | Rio Grande Surgery Center Assc. | 139th | Hidalgo |
| :-97-1064 | Terry W. Vinson | Omar Lucio et al | 139th | Brownsville |
| 16-07-3839-E | David Garza | Southwestern Bel Telephone Co. | 357th | Cameron |
| :-8758-96-C | Alfredo Hernandez Jr. | Coastal Mart, Inc. & Robert Flores | 139th | Hidalgo |
| :-0236-98-E | Javier Andres Saenz | Evelia D. Saenz | 275th | Hidalgo |
| A296-99-E | Luis Gonzalez | Mary Ann Gonzalez | 275th | Hidalgo |
| :-3618-98-F | Mary Katherine Conover | Jerry Wayne Conover | 332nd | Hidalgo |
| :-2201-96-C | Arebella A. Sanchez | Andres Sanchez | 275th | Hidalgo |
| :-1423-99-E | Alan M. Neubeq | Molly K. Neubeq | 139th | Hidalgo |
| :-4568-98-A | City of Edinburg | Rio Grande Valley Gas Co. et al | 139th | Hidalgo |
| :-5304-93-E | S&S Wholesale Supply Inc. | Security State Bank et al | 92nd | Hidalgo |
| V-95-136 | Raquel Adcox et al | Enrique Escalon | 275th | McAllen |
| :-3130-97-A | Grace Mendoza | Barbosa, Garcia & Co. | 92nd | Hidalgo |
| J7-20580-M-11 | Casamiro Cantu et al | Ruben Rivas et al | 139th | Hidalgo |
| i906-CCL-656-B | Ashok I. Patel Bankruptcy | | U.S. Bkrtcy. Ct. | McAllen |
| :-4558-95-A | Valley Leasing Co. Inc | Armando Gomez Individually & A.G. Imports Inc. | CC #2 | Cameron |
| 2L-29,222-C | City of Edinburg | Rio Grande Valley Gas Co. et al | 92nd | Hidalgo |
| 36-08-4229 | Philip J. Lee | Kenneth Burford | CC #3 | Hidalgo |
| 36-073964-C | Paul S. Francis et al | William Kavanaugh Francis et al | 375th | Hidalgo |
| 3-96-048 | Henry E. Newman | Gulf Packing Co., Inc. et al | 187th | Cameron |
| V-97-188 | Claudia Aguirre | Bankers Trust New York Corp. et al | U.S. Dist. Ct. | Brownsville |
| | Fernando Zee Zepeda | Communications Corp. of America & Communications Corp. | U.S. Dist. Ct. | McAllen |

| File No. | Plaintiff | Defendant | Court | County |
|---|---|---|---|---|
| 97-147- | Provident Life & Accident Ins. Co. | Provident Life & Accident Ins. Co. | 93rd | Hidalgo |
| -1468-97-E | William Rusteberg | Robert Walton & Dalton Hobbs | 275th | Hidalgo |
| -0473-99-D | Icon Receivables 1998-A, Inc. | Ramon Garcia, Esquire | 206th | Hidalgo |
| -1061-82-A | Jesus Veliz et al | Home Interiors & Gifts Inc. et al | 92nd | Hidalgo |
| 339-95-G | Elizabeth H. Maddux | Coastal Oil & Gas Corp. | 370th | Hidalgo |
| -9680-96-A | Hector Buddy De La Rosa | Steve Wesniewski | 92nd | Hidalgo |
| -5-1966-D | Cameron County Texas Alicia Cardenas | Burton Auto Supply | | |
| 943-98-E | Americana Juice Imports, Inc. | Cherubino Valsangiacomo, S.S. | 275th | Hidalgo |
| -32-14-97A | Yasguirre | | 92nd | Hidalgo |
| 394-98-C | Collins Saales, Inc. | Financial Security Services | 139th | Hidalgo |
| -98-2050-B | Lisa Nichols | Financial Security Services | 139th | Hidalgo |
| -6930-96-G | The Klinefelter Family Revocable Living Trust | First Life Assurance Co. | 370th | Hidalgo |
| 1-06-2829-B | Jose Zamora MD & Carlos Chavez MD | Tenet Healthcare LTD | 138th | Cameron |
| -1274-97G | Sweazy | McAfee | 370th | Hidalgo |
| -98-CVQ-01092-D3 | Christina Brittingham | Merryl Lynch | | |
| -4544-98-A | Merced Rdz/Robert Moreno | CP&L | 92nd | Hidalgo |
| -1296-00-A | Andrew McMullin | Goodyear | 92nd | Hidalgo |
| 00-07-003103-E | Leticia Zuniga | Harlingen Compress | 357th | Cameron |
| -5741-99-A | Jessica Mora | MOVAC Service company | 92nd | Hidalgo |
| -5800-99-F | Raul Castellanos | Engineered Controls | 332nd | Hidalgo |
| -2000-CVQ-0003882D1 | Alma Gallegos Morales, et al | Liverpool, et al | 49th | Webb |
| 9-08-3565-C | Cameron County Housing Authority | Montalvo & Ramirez | 197th | Cameron |
| -1637-99-F | First National Bank | Nations Bank | 332nd | Hidalgo |
| 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-B | Ramirez Raymundo | Ramirez | 138th | Cameron |
| -3939-98-E | Pederson, Joy | Alanacio Garza | 275th | Hidalgo |
| -291-93-D | Manuel De Llano | John G Kenedy and Marie Stella Memorial Fndtn. | 206th | Hidalgo |
| 6-702-A | Hancock Construction Services | Mobil Oil Corp. | 229th | Duval |
| -5655-99-F | J.C. Candies | Simon Properties | 332nd | Hidalgo |
| -1058-00-A | Hector Hernandez | Leonard Tesoro and Valley Ear Nose and Throat | 92nd | Hidalgo |
| -603-01-A | Raudy, Candelario | Arnold Olivares & Eagle Trucking | 92nd | Hidalgo |
| -786-00-B | Natividad, Juan (Olguin, Felix) | Cooper Tire and Rubber Co. | 93rd | Hidalgo |
| -387-01-B | Alberta Gudino, et al | Geraldine Odom Williamson | 93rd | Hidalgo |
| -030-01-B | Alfredo Lopez, M.D. | Gloria Davis | 93rd | Hidalgo |
| -2174-00-D1 | J&E Oil, Inc. | Alofina Petrochemicals, Inc. | 206th | Hidalgo |
| -1749-00-F | David K. Deberry et al | Travelers Insurance Co. | 332nd | Hidalgo |
| -2888-00-2 | Belinda Esparza | Antonio Esparza | 107th | Cameron |
| -1301-00-F | Raul Sergio Alaniz | Corporate Solutions | 332nd | Hidalgo |

| Docket No. | Plaintiff | Defendant | Court | County/Division |
|---|---|---|---|---|
| 1:00-211 | Daniel Vela | Express Trucking | U.S. Dist. Ct. | McAllen |
| :-1058-00-A | Hector Hernandez | Dr. Leonard J. Tesoro | 92nd | Hidalgo |
| :-061-01-E | Maria Guerra, et al | Gulf Trucking | 275th | Hidalgo |
| :-249-00-D | Ester Gonzalez | Miertsch Erwin, M.D. | 206th | Hidalgo |
| 827-A | Arnulfo Arambula & Daniel Arambula | Ignacio Cepeda Tovar et al | 49th | Zapata |
| :-511-01-G | Jose Navarro | Heggen Electric Company, Inc. | 370th | Hidalgo |
| :-1010-01-B | Francisco J. Rivas et al | V.C. Huff Inc. et al | 93rd | Hidalgo |
| 0C-00-89 | Rio Grande CISD et al | Stephens, Inc. et al | 381st | Starr |
| 1-36,551-D | Shari S. Rydl | Coastal Banc Savings Association et al | CC #4 | Hidalgo |
| :-01-240 | Raul Olivarez and Jose Acevedo | David Barrera & Colonia Mutual Insurance | 229th | Starr |
| -01-148 | Exel Bobbins and Plastics Components, Inc. | JSW Plastics Machinery, Inc. et al | U.S. Dist. Ct. | McAllen |
| 002-02-525-C | Carlos Tamborel | Chevron Texaco Corp. | 404th | Cameron |
| :-1832-02-A | Javier Alonzo, Jr. | Chemical Lime Co., et al | 92nd | Hidalgo |
| :1-29,133-B | K.V. Chowdary, MD | Faith Orzelebil, MD | CC #2 | Hidalgo |
| :-1676-02-E | Aaron Cesar Medrano | Juan Castano & J&D Produce | 275th | Hidalgo |
| :-1250-02-B | Vega Roofing | Brown & Brown, Inc. and Aerostaff Services | 92nd | Hidalgo |
| :-2174-00-D2 | J&E Oil, Inc. | Atofina Petrochemicals, Inc. | 206th | Hidalgo |
| 003-1-251-G | Ezequiel Castillo, et al | Tipton Motors | 404th | Cameron |
| 12-CV-246 | Gruna Corp. & Azteca Milling | Zurich Compania de Seguros et al | U.S. Dist. Ct. | McAllen |
| :-5301-01-E | J.D. Lowe, Jr. Co., Inc. | Gerald McDaniel & Dwayne McDaniel et al | 275th | Hidalgo |
| :-1476-01-F | Burns Motors, Inc. | Payne Dealer Group Management, Inc. | 332nd | Hidalgo |
| :-2012-99-C | Americana Juice Imports, Inc. | Nestle USA Beverage Division et al | 139th | Hidalgo |
| 3309 | Maria Edna Garcia | Yaklin's Auto World | 49th | Zapata |
| 003-CVQ-00095-D3 | Maria Azucena Arredondo et al | Juan Garza Mendoza, et al | 341st | Webb |
| :-609-02-A | Ruben Canales | Ingersoll | 92nd | Hidalgo |