0115

1    the wrong witness, again. I mean, I am sorry, but we

2    have got witnesses that have specific knowledge of

3    that area. These are generalizations. Is there

4    anything else?

5            MR. PIERSON: No, sir.

6            HEARING OFFICER: Texas?

7            MR. SPANSEL: Just one question.

8            E X A M I N A T I O N

9    BY MR. SPANSEL:

10        Q. Sir, do you know the relationship between

11    the strength of tidal current as the tide rises?

12        A. I do not know that. I will say, again,

13    however, that in this particular case I did talk to

14    some of our tidal experts of time, and they said that

15    meteorological conditions would be a very large

16    component of the current at any time, so being able

17    to, to model it just based on tidal flow won't give

18    you necessarily the precise answer that you need

19    because there are -- it depends on what the winds

20    have been doing for the last, for example, several

21    days. That's a large component of what the currents

22    would be doing at any given time.

23        Q. So the fact, as you testified earlier, that

24    the tide at your measurement point near the Long

25    Island Bridge --

0116

1   A.  Right.

2   Q.  -- was almost at high does not necessarily

3   tell you about the strength of the current in that

4   area?

5   A.  That's correct.

6       MR. SPANSEL:  Thank you.

7       HEARING OFFICER:  Any more questions

8   for the Captain?

9       E X A M I N A T I O N

10  BY MR. NAVARRO:

11      Q.  One question.  Can you define meteorological

12  conditions for me?  What does that encompass?

13      A.  In general, wind.

14      Q.  Anything else?

15      A.  I would say that would be the predominant

16  factor is wind.

17      Q.  So the effect of wind?

18      A.  Yeah.  And, I mean, and, you know, pressure,

19  change in pressure is basically proportional to wind,

20  so I would say wind would be the predominant factor.

21      Q.  All right.  Thank you.

22      A.  And how long it's been blowing the direction

23  and that kind of thing.

24

25      E X A M I N A T I O N

0117

1    BY MR. PIERSON:

2      Q.  Or a tropical storm?

3      A.  Or a tropical storm.

4      Q.  Are you aware that there was a tropical

5    storm out in the Gulf around September the 15th?

6      A.  I was not aware of that.

7           HEARING OFFICER:  Okay.  Thank you.

8           THE WITNESS:  Yes.

9           HEARING OFFICER:  Next we are going to

10   take a recess.  It's a quarter to 11:00.  Since I

11   don't eat, I don't care about when we eat.  I am

12   assuming no one else wants to eat now; they want to

13   wait.

14        I intend to put the Army Corps on.  I don't

15   expect that to be a long deal, and then I would like

16   to have Brown Water prepared after that.  Now maybe

17   then it will be lunchtime, but I am going to leave it

18   up to you.

19           MR. PIERSON:  We would be prepared

20   after lunch.

21           HEARING OFFICER:  Okay.  So let's --

22   can we take a break, and do the Army Corps and break

23   for lunch?

24           MR. PIERSON:  Yes, sir.

25           HEARING OFFICER:  Okay.  That's the

UNITED STATES DEPARTMENT OF TRANSPORTATION
UNITED STATES COAST GUARD MARINE SAFETY OFFICE HEARING


RE: ALLISION OF BROWN WATER VESSEL WITH QUEEN ISABELLA
CAUSEWAY, D/L SEPTEMBER 15, 2001


VOLUME THREE
OCTOBER 10, 2001


Community Room
Tower II
555 North Carancahua
Corpus Christi, Texas 78478


(COPY)

# Ak/Ret Reporting, Records & Video, Inc.

CERTIFIED COURT REPORTERS
880 TOWER II
555 N. CARANCAHUA
CORPUS CHRISTI, TEXAS 78478
(361) 882-9037   (800) 388-9037
FAX (361) 882-3355

```
 1    APPEARANCES:

 2    HEARING OFFICER:
           MR. JIM WILSON
 3         U. S. Coast Guard Marine Safety Office
           555 Carancahua Street, Suite 500
 4         Corpus Christi, Texas 78478

 5    FOR BROWN WATER MARINE:
           MR. WILL PIERSON
 6         Royston, Rayzor, Vickery & Williams
           606 North Carancahua, Suite 1700
 7         Corpus Christi, Texas 78476

 8         MR. JAMES H. HUNTER, JR.
           Royston, Rayzor, Vickery & Williams
 9         55 Cove Circle
           Brownsville, Texas 78521-2613
10
      FOR THE STATE:
11         MR. MICHAEL RATLIFF
           MR. JACK F. GILBERT
12         Assistant Attorney General
           Post Office Box 12548
13         Austin, Texas 78711-2548

14         MR. MARK SPANSEL
           Adams & reese
15         Suite 4400, 1221 McKinney Street
           Houston, Texas 77010-2010
16
      FOR PORT ISABEL:
17         MS. ELIZABETH G. NEALLY
           Roerig, Oliveira & Fisher, L. L. P.
18         855 West Price Road, Suite 9
           Brownsville, Texas 78520
19
      FOR SOUTH PADRE ISLAND:
20         MR. RICHARD J. NAVARRO
           Denton, Navarro & Bernal
21         Bank of America Building
           222 East Van Buren, Suite 405
22         Harlingen, Texas 78550-6804

23

24

25
```

```
1    APPEARANCES CONTINUED:

2    FOR CAMERON COUNTY:
          MR. GEORGE C. KRAEHE
3         Willette & Guerra, L. L. P.
          International Plaza
4         3505 Boca Chica Boulevard, Suite 460
          Brownsville, Texas  78521
5
     UNITED STATES COAST GUARD:
6         MR. ALAN R. GRODECKI
          MR. ROBERT L. HELTON
7         MR. HARRY MARCH
          MS. KRISTINA WOOD
8         MS. NICOLE STARR
          MR. FRANK GARCIA
9
     ALSO PRESENT:    MR. ALTON CHADWICK
10                    MR. DAVID STUART JENKINS
                      MR. RICHARD F. SILLOWAY
11                    MR. MIKE WIKE
                      MR. RONALD W. YATES
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

4

1                                    INDEX

2                                                              PAGE

WITNESSES
3  JEFFERY INGRAM
        Examination by Mr. Wilson                    6
4       Examination by Mr. Pierson                  23
        Examination by Mr. Spansel                  52
5       Examination by Mr. Navarro                  58
        Examination by Mr. Kraehe                   59
6
   PAUL INSKEE
7       Examination by Mr. Wilson                   63
        Examination by Mr, Pierson                  83
8       Examination by Mr Spansel                  101
        Reexamination by Mr. Pierson               103
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                        AK/RET REPORTING, INC.

5

16:12:04
1    MR. WILSON:  Okay.  We're back in session.

2    I've got 16:13.  We've changed court reporters.  We now

3    have Gerald Owen as the court reporter.  He has been

4    previously sworn.

16:12:50
5    Captain, first of all, could you -- you

6    did some research on the tides over the last six months

7    in this area and what did you find?

8    CAPTAIN PERUGINI:  Yes, the -- there were

9    three occasions since April 1st, roughly six months

16:13:06
10   before September 15th where the height of the high tide

11   exceeded the September 15th high tide that was at

12   approximately the time of the incident.

13   MR. WILSON:  Is it safe for me to assume

14   that this was an unusually high tide then?

16:13:26
15   CAPTAIN PERUGINI:  I think so, yes.

16   MR. WILSON:  You will provide

17   documentation?

18   CAPTAIN PERUGINI:  Yes, we will.

19   MR. WILSON:  There's no hurry for that.

16:13:30
20   CAPTAIN PERUGINI:  Okay.  Well, we can

21   provide --

22   MR. WILSON:  I mean, I don't need you on

23   the phone tonight to get it.

24   CAPTAIN PERUGINI:  No problem.

16:13:36
25   MR. WILSON:  Okay.  I'd like to call Chief

6

16:13:38 1  Ingram.  We need another chair up here.  How about right

2  here, would this work?  Would this work for you?

3              MR. INGRAM:  That's fine.

4              MR. WILSON:  Okay.  I need to look at you,

16:14:04 5  Chief.  No, I need --

6              CHIEF INGRAM:  I'll stand.

7              MR. WILSON:  No, you won't.  Well, you're

8  probably going to be up there most of the time.  Chief,

9  I've previously sworn you.  You're still under oath.

10             MR. INGRAM:  Yes, sir.

11             CHIEF JEFFREY INGRAM,

12  called as a witness, sworn, and testified as follows:

13                       EXAMINATION

14  BY MR. WILSON:

16:14:10 15  Q.    I would like some background on you, and start

16  with the time you joined the Coast Guard, just

17  highlights.

18  A.    Aye, sir.  I joined the Coast Guard in 1984, a

19  small boat station from there; moved up to -- I went to

16:14:22 20  Puerto Rico to an aid to navigation unit, and then moved

21  from there to a patrol boat.  From there, I went to a

22  small boat station again, and then from there I went to

23  the Coast Guard Cutter Jensen, which is an eight ton

24  boat, and to another ANT from an ANT pontoonment in

16:14:36 25  Florida to here where I'm currently officer in charge of