IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT - 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE INC., AS BAREBOAT CHARTERERS, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § | CIVIL ACTION NO. B-01-157<br><br>Consolidated with |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER and AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-912, ACL-9993B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § | CIVIL ACTION NO. B-02-004<br><br>and |
| IN THE MATTER OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § | CIVIL ACTION NO. B-02-125<br><br>admiralty |

## ORDER

BE IT REMEMBERED that on October 5, 2004, this Court considered "Petitioners', Brown Water Towing I, Inc. And Brown Water Marine Service, Inc. Unopposed Motion to Withdraw Its Motion to Compel" [Dkt. No. 277].

On September 16, 2002, Brown Water Towing I, Inc. and Brown Water Marine Service, Inc. ("Petitioners") filed a Motion to Compel Michael Cowen to produce certain medical records [Dkt. No. 211]. This Court set a hearing for September 29, 2004, where the Petitioners were to show cause for why the records should or should not be relinquished [Dkt No. 266]. The parties have come to an agreement concerning the specific records requested [see Dkt. No. 277]. Therefore, the Petitioners' Motion to Withdraw their Motion to Compel is hereby **GRANTED**.

DONE at Brownsville, Texas, this 5 day of October, 2004.

_____
Hilda G. Tagle
United States District Judge