CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208
OFFICIAL BUSINESS



MANL616*   775052124 1703 24 10/03/04
FORWARD TIME EXP   RTN TO SEND
MANLEY
200 N WILLIAM BARNETT AVE
CLEVELAND TX 77327-4037
RETURN TO SENDER

United States Courts
Southern District of Texas
FILED
OCT 0 5 2004
Michael N. Milby, Clerk



United States District Court
Southern District of Texas
RECEIVED
OCT 0 7 2004
Michael N. Milby, Clerk


