United States District Court
Southern District of Te...
FILED

OCT 0 7 2004

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | |
| PETITION OF BROWN WATER | § | C.A. NO. B-01-157 |
| TOWING I, INC., AS OWNER, AND | § | (Subject to Rule 9(h) |
| BROWN WATER MARINE SERVICE, | § | of the Federal Rules |
| INC., AS BAREBOAT CHARTERER, OF | § | of Civil Procedure) |
| THE BROWN WATER V, ITS ENGINES, | § | Admiralty |
| TACKLE, ETC. IN A CAUSE OF | § | |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

**Consolidated with:**

| | | |
|---|---|---|
| IN THE MATTER OF AMERICAN | § | |
| COMMERCIAL LINES LLC AS OWNER | § | |
| and AMERICAN COMMERCIAL BARGE | § | C.A. NO. B-02-004 |
| LINE LLC AS CHARTERER OF THE | § | (Subject to Rule 9(h) |
| BARGES NM-315, VLB-9182, | § | of the Federal Rules |
| ACL-9933B, VLB-9173, PRAYING | § | of Civil Procedure) |
| FOR EXONERATION FROM AND/OR | § | Admiralty |
| LIMITATION OF LIABILITY | § | |

### CLAIMANTS OMAR HINOJOSA, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF GASPAR HINOJOSA, OMAR HINOJOSA, CLARISSA HINOJOSA, RAQUEL HINOJOSA, GASPAR HINOJOSA, AND RITA HINOJOSAS' DESIGNATION OF EXPERT WITNESSES

## TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Omar Hinojosa, as Personal Representative of the Estate of Gaspar Hinojosa, Omar

Hinojosa, Clarissa Hinojosa, Raquel Hinojosa, Gaspar Hinojosa, and Rita Hinojosa

("Claimants") file this their Designation of Expert witnesses and designate the following:

I

## RETAINED EXPERTS

HINOJOSAEXPERTS.10-05-04.wpd

A.    These claimants rely on the retained liability experts that were listed by any of the other claimants and specifically as to those retained by the Watts law firm for purposes of this litigation.  These claimants rely on the letter agreement signed by the parties as it pertains to experts in this case.

B.    H. David Feltoon Ph. D
       Feltoon & Associates
       5350 S. Staples Street Suite 200
       Corpus Christi, Texas
       (361) 992-7780 Telephone

       Dr. H. David Feltoon is a licensed psychologist specializing in treating individuals who have suffered a traumatic event in their life such as the sudden death of individuals. He may provide expert testimony regarding what each of the Hinojosa claimants have suffered as a result of the sudden death of Gaspar Hinojosa and may provide expert testimony to support the diagnosis and prognosis as stated in his reports.

       Each of the reports for each of the named Hinojosa claimants were produced to the petitioners in the request for production.  The claimants are at this time providing Dr. Feltoon's  curriculum vitae attached hereto as **Exhibit "1"**.  Any list of cases where Dr. Feltoon has testified in the past has been provided to petitioners attorneys by other claimants that have also designated H. David Feltoon.

C.    Richard Cortez
       Burton, McCumber & Cortez, L.L.P.
       200 South 10th Street, Suite 1501
       McAllen, Texas 78501
       (956) 618-2300 Telephone
       (956) 618-2333 Facsimile

       Richard Cortez is a Certified Public Accountant.  He has performed an analysis of the present value of Raquel Hinojosa's  loss of support and household services as a result of the death of her husband.  He also performed an analysis of the present value of each of the adult children's loss of support as a result of the death of their father.   His opinions are summarized in a report which is attached hereto as **Exhibit "2"**.  **Exhibit "3"** hereto is a copy of his curriculum vitae.  **Exhibit "4"** is a list of cases in which he has provided testimony, by deposition, or trial within the past four years.

II

**NON-RETAINED EXPERTS**

Claimants reserve the right to present expert opinion testimony from the following witnesses who have not been retained by the claimants in this case:

D.    Captain Nicholas Edward Perugini
      Robert Ramsey

Captain Perugini is the Chief of the Marine Chart Division of NOA.  Messrs. Elliott and Ramsey performed a survey of the Laguna Madre and Intercostal Waterways in the vicinity of buoys 147 and 149.  These witnesses have knowledge of the depth of the Intercostal waterway and adjoining area of the Laguna Madre between the Long Island Swing bridge and the Queen Isabella Causeway, as it existed at the time of the collision.  Their opinions are stated in Captain Perugini's testimony of October 10, 2001 before the United Stated Department of Transportation, United States Coast Guard Marine Safety Office.

E.    Margie W. Cornwell, M.D.
      Pathology (Harlingen Baptist Hospital)
      P. O. Drawer 2588
      Harlingen, Texas 78551

Dr. Cornwell is the Medical Examiner who performed the autopsy on the remains of Gaspar Hinojosa. He has expert opinion regarding the cause of Gaspar HInojosa's death and the report indicates the doctor's findings and the notes indicate the time of death as well as the extent of the injuries suffered by Gaspar Hinojosa.  The doctor may testify as to the length of time Gaspar was alive after the accident.  The report including the autopsy findings has been previously produced in this case.

F.    Harlingen Baptist Hospital
      Custodian of Records
      P.O. Drawer 2588
      Harlingen, Texas 78551
      (956) 389-1920

The custodian of records may testify as to the reasonableness and necessary fees that were charged as a result of the medical services performed at their facility including the fees charged for the autopsy examination and report.

G.    Valley Baptist Regional Hospital
      Dr. David Grant Haman
      100 E. Alton Glorr Blvd
      Brownsvilee, Texas 78526
      (956) 350-7305

Dr. Haman is one of the medical doctors who was at the hospital the night of the incident. The doctor was in the emergency room and along with the staff nurses saw and treated Gapar Hinojosa. He may testify as to his findings and the injuries sustained by the claimant on the night he was brought by ambulance into the emergency room.

The doctor may also testify as to the cause of ultimate death of Gaspar Hinojosa.

H.    Valley Baptist Regional Hospital
      Custodian Of records
      100 E. Alton Gloor Blvd
      Brownsville, Texas 78526
      (956) 350-7305

The custodian of records may testify as to the reasonableness and necessary fees that were charged as a result of the medical services performed at their facility including the fees charged for the treatment rendered in the emergency room on the night of the incident.

I.    Los Fresnos EMS and Fire Department
      Driver J.J. Altamirano and Attendant Joseph Hernandez
      200 N. Alamo
      Los Fresnos, Texas
      (956) 233-5783

Both of the individuals were the ones at the scene of the accident. They may testify as to the treatment rendered to Mr. Hinojosa at the scene of the accident and the treatment rendered to the patient on route to the hospital.

J.    Los Fresnos EMS and Fire Department
      Custodian of Records
      Joseph L. Hernandez (Director)
      200 N. Alamo
      Los Fresnos, Texas
      (956) 233-5783

The custodian may testify as to the amount of medical expenses incurred and the reasonableness of the charges incurred by patient.

K.    Bob Clinton
      c/o American Waterways Operators
      Arlington, Virginia

Mr. Clinton has expert information regarding the American Waterways Operators' Responsible Carrier program.

M.    Doctor's from the
      McAllen Veterans Hospital
      2101 S. Colonel Rowe Blvd.
      McAllen, Texas 78503
      (956) 618-7100 Telephone

Prior to his death the decedent was treated at the McAllen Veterans Hospital as an outpatient and these records have been provided in the request for production. Gaspar Hinojosa was treated for a colon infection prior to the date of the accident and these doctors would have the information that indicates that other than the colon infection, Gaspar was a healthy individual prior to this accident.

N.    Gaspar Hinojosa (Decedent)
      Harlingen EMS
      2733 S. 77 Sunshine Strip
      Harlingen, Texas 78550

O.    Gaspar Hinojosa (Decedent)
      Port Isabel Volunteer Fire Department
      204 Musina
      Port Isabel, Texas

P.    Gaspar Hinojosa (Decedent)
      Brownsville Fire Department
      1010 E. Adams St.
      Brownsville, Texas 78526

At the time of his death the decedent was treated by each of the above named department personnel and was transported to the hospital. The records to each of these medical providers have been provided in the disclosures and through the request for production. The individuals may be called on to testify as to the treatment rendered after the accident to Gaspar Hinojosa and their attempts to keep Mr. Hinojosa alive.

The rescue personnel will be able to testify to the time that Gaspar Hinojosa was alive inside his car to the time he was rescued and taken by ambulance to the hospital where he expired.

Q.    Claimant Clarissa Hinojosa
      Alamo City Medical Group
      Dr. Snoga
      2211 NW Military Hwy., Ste. 201
      San Antonio, Texas 78213

Clarissa Hinojosa sought medical treatment with Dr. Snoga after this accident,. This medical provider will be able to testify as to the diagnosis and prognosis of Clarissa

Hinojosa after this accident. Ms. Hinojosa was treated for symptoms of depression and mental anguish which was caused by the sudden death of her father.

R.     Claimant Clarissa Hinojosa
       Zachary Middle School
       Ms. Kathy Posey
       School Psychologist
       San Antonio, Texas 78213

Clarissa Hinojosa sought medical treatment with this provider after the sudden death of her father. The notes and the treatment rendered by this expert were explained to the Petitioners during the deposition of Clarissa Hinojosa.

S.     Claimant Rita Hinojosa
       Dr. O.J. Rodriguez
       1021 Senator Truan Blvd.
       Kingsville, Texas 78363, telephone
       (361) 595-5556.

The family doctor had been treating Ms. Hinojosa prior to the date of this accident and is still her current physician who saw her after the death of her son. The records from this medical provider have been provided to the Petitioners during the deposition of this claimant and those records that were not provided can be obtained by the petitioners using the signed medical authorizations provided by this claimant,

Most, if not all, of the medical providers were listed in response to the master set of Interrogatories. . In addition, the claimants may call the custodian of records for each of the medical providers listed in the responses to the Interrogatories and/or Request for Production.

### III.

### <u>Rebuttal Experts</u>

Claimants reserve the right to designate rebuttal experts to address any areas raised in Petitioners' Designation of Experts, for which the Petitioners bear the burden of proof.

T.     Claimants reserve the right to call any expert witness designated by any other party.

Respectfully submitted,

**JULIAN RODRIGUEZ, JR. & ASSOC**
**10113 N. 10th Street Suite "C"**
**McAllen, Texas 78504**
**(956) 287-0088 Office**
**(956) 287-0098 Fax.**

By: _____
      **JULIAN RODRIGUEZ, JR.**
      **State Bar No.  17146770**

**Attorney for Plaintiffs, Omar Hinojosa, as Personal Representative of the Estate of Omar   Hinojosa, Omar Hinojosa, Clarissa Hinojosa, Raquel Hinojosa, Gaspar Hinojosa and Rita Hinojosa**

# EXHIBIT

# "1"

## FELTOON & ASSOCIATES, P.C.
### CLINICAL & NEUROPSYCHOLOGY

| | |
|---|---|
| 5350 S. Staples St., Suite 200 | 8025 Chalk Knoll |
| CORPUS CHRISTI, TX 78411 | AUSTIN, TEXAS 78735 |
| 361-992-7780 | 512-750-7164 |

H. DAVID FELTOON, PH.D
LICENSED PSYCHOLOGIST
BOARD CERTIFIED
    AMERICAN BOARD OF FORENSIC EXAMINERS
    AMERICAN BOARD OF FORENSIC MEDICINE
        AMERICAN ACADEMY OF PAIN MANAGEMENT

## SUMMARY VITA

NAME:  H. David Feltoon, Ph.D.
DOB: 5-23-44
BIRTHPLACE:  Philadelphia, PA          OFFICE: 8025 CHALK KNOLL DR.
WIFE:  Evelyn                                        AUSTIN, TEXAS 78735
CHILDREN:  Jason, Lauren

## EDUCATION

B.A.    University of Delaware, 1967
        Psychology

M.S.    Trinity University, 1969
        Psychology

Ph.D.   Texas Tech University, 1973
        Clinical Psychology

        Internship in Clinical Psychology, 1972-1973
        University of Texas Medical School at San Antonio

## CONTINUING EDUCATION

American Academy of Pain Management, 26 CE Credits Earned, October 14,
    1993 - October 17, 1993

Texas Psychological Association  3 CE Credits Earned, November  4, 1993

MSI in Couples Therapy, 4 CE Credits Earned, November 4, 1993
-2-

Issues in School Psychology, 1 CE Credit Earned, November 5, 1993

Shenandoah Valley Pain Clinic, 4 CE Credits Earned, March 9, 1994

Shenandoah Valley Pain Clinic, 4 CE Credits Earned, March 23, 1994

American Academy of Pain Management, 6 CE Credits Earned, August 18, 1994
      to August 21, 1994

Texas Psychological Association  4 CE Credits Earned, November 10, 1994

Texas Psychological Association  6 CE Credits Earned, November 11, 1994

Forensic Neuropsychology: controversies in Civil and Criminal Litigation,
      7 CE Credits Earned, August 11, 1995

American Academy of Pain Management, 32 CE Credits Earned, September 14,
      1995 to September 17, 1995

Texas Psychological Association: The Problem of Minor Head Injury, 3 CE Credits
      Earned, November 11, 1995

American Academy of Pain Management, 30 CE Credits Earned, September 26,
      1996 to September 29, 1996

National Academy of Neuropsychology, 18 CE Credits Earned, October 30, 1996
      to November 2, 1996

- The Ethical and Credible Practice of Forensic Neuropsychology
- ABPN: Preparation for Application, Work Sample Submission and Examination for Board  (Diplomat) Certification
- Neurometrics: Aplications for the 21st Century
- Challenges to Validity and Reliability in Neurotoxic Assessment of Mass Injuries
- The Practice of Forensic Neuropsychology
- 

National Academy of Neuropsychology, 12 CE Credits Earned, November 4
      to November 10, 1998

- Compensating for Cognitive Deficits (Rehabilitation)

-3-

- Case Interpretation of Adult HRNB Profiles: Small Group/Interactive Format (Clinical)
- Neurology for Neuropsychologist (Clinical)

American Academy of Pain Management, 25 CE Credits Earned, September 23-26, 1999

American Academy of Pain Management, 24 CE Credits Earned, September 21-24, 2000

American Academy of Forensic Psychology, 21 CE Credits Earned, February 21-23, 2001
    -Evaluating Childhood Trauma
    -Assessing Malingering & Defensiveness
    -The Use of the Rorschach in Personal Injury Evaluations

American Academy of Forensic Psychology, 14 CE Credits Earned, March 8-9, 2002
    -Expert Witness Liability, Immunity & Ethics
    -Recent Developments in the Admissibility of Psychological Evidence

## PROFESSIONAL CERTIFICATION AND LICENSING

Certification as a psychologist in Texas, 1974

Licensed Psychologist, State of Texas, # 1128, March 1975

Texas Health Service Provider Designation, 1976

National Health Service Provider, 1978

Diplomate:  American Academy of Pain Management, 1990
        Certificate #:  1704

American Academy of Pain Management Cert #:  1704, September 1990

Texas State Board of Examiners of Marriage and Family Therapists
        License #:  002423-002465, August 1992-1998

National Chronic Pain Outreach Association, July 1993

Diplomate:  American Board of Forensic Examiners, 1994
        License #:  384

Diplomate:  American Board of Forensic Medicine, 1996

-4-

ID #: 123

## PROFESSIONAL EXPERIENCE

- **Clinical Training**

  Psychiatric Clinic, Texas Tech University, September 1970-September 1972

  Clinical Psychology Internship, University of Texas Medical School, September 1972 -August 1973

- **University Teaching Positions**
  Associate Professor of Psychology
  Del Mar College 1975-1978

  Adjunct Clinical Professor of Psychology
  Texas A&M University at Corpus Christi, 1978-1981

- **Practice of Clinical Psychology**

  Seaview Psychiatric Hospital, Director of Psychology, August 1973-June 1975

  Physicians and Surgeons Hospital, Director of Psychology, June 1975-June 1977

  Private Practice, June 1977-present

- **Consultant**

  Corpus Christi Independent School District, Corpus Christi, Texas

  Beeville Independent School District, Beeville, Texas

  Texas Rehabilitation Commission, Corpus Christi, Texas

  Texas Youth Council, Corpus Christi, Texas

  Texas Rehabilitation Commission, Determination Division, Austin, Texas

-5-

Coastal Bend Youth City, Corpus Christi, Texas

Headstart Program, Corpus Christi, Texas

Sinton Juvenile Probation, Sinton, Texas

Beeville Juvenile Probation, Beeville, Texas

Focus Healthcare, Brentwood, Tennessee

Texas Department of Human Resources
       Bee County
       Duval County
       Jim Wells County
       Brooks County
       Nueces County
       San Patricio County
       Aransas County

- **Corpus Christi, Texas Hospital Affiliations**

    Memorial Medical Center
    Doctor's Regional Medical Center
    Corpus Christi Osteopathic Hospital
    Riverside Hospital
    Driscoll Hospital
    Spohn Hospital
    Charter Hospital

- **Military Experience**

| | |
|---|---|
| June 1979<br>to<br>June 1984 | Psychological Consultant to Dr. Lewis Richmond, M.D.  Performed psychological evaluations on military personnel and their dependents in San Antonio, Texas. |
| July 1981<br>to<br>July 1991 | Consultant to Beeville Independent School District.  Performed psychological consultation on military personnel and their dependents in Beeville, Texas. |

-6-

March 1985    Performed contract services at Corpus Christi Naval Air Station including
to           counseling, program development and needs assessment for military
April 1992   personnel and their dependents in Corpus Christi,Texas.


April 1985    Performed contract services at Chase Field Naval Air Station including
to           counseling, program development and needs assessment for military
April 1992   personnel and their dependents in Beeville, Texas.


April 1985    Performed contract services at Kingsville Naval Air Station including
to           counseling, program development and needs assessment for military
April 1992   personnel and their dependents in Kingsville, Texas.


## PUBLICATIONS

Crowder, James, & Feltoon, H. David. (1973). Transference:  Analysis of the Concept and
   Review of the Research. San Antonio:  Tri-way.

Feltoon, H. David. Is "Social Reinforcement" Really A Reinforcer?  Unpublished
   Master's  Thesis, Trinity University, 1969

Feltoon, H. David. Measuring Transference Expectations In A University Counseling
   Center, Unpublished Doctoral Dissertation, Texas Tech University, 1973

## AWARDS AND HONORS

President, Clinical Psychology Council 1971-1972

Graduate School Academic Honors 1971-1972

## RESEARCH

1967-1969    Research Assistant, Trinity University, San Antonio, Texas

1970-1973    Research Assistant, Texas Tech University, Lubbock, Texas

# EXHIBIT "2"

# BMC

## Burton McCumber & Cortez, L.L.P.
Certified Public Accountants & Management Consultants

200 South 10th Street, Suite 1500
McAllen, Texas 78501
Telephone 956/618-2300
Facsimile 956/618-2333
www.bmctexas.com

Offices In:
Brownsville
McAllen
Matamoros
Reynosa

October 5, 2004

Julian Rodriguez, Jr., Esq.
Law Offices of Julian Rodriguez, Jr.
10113 N. 10th, Suite C
McAllen, Texas 78504

**RE:**   ***Economic Loss Report for Gaspar Hinojosa, Deceased***
***Brown Water, In Re: American Commercial, In the United States District Court of***
***the Southern District of Texas, Brownsville Division, C.A NO B-01-157***

Dear Mr. Rodriguez:

In accordance with your request, the following economic report contains our opinion with
respect to the estimated economic loss to the heirs of Gaspar Hinojosa, deceased resulting
from his death on September 15, 2001. Damages calculated in this report include the
estimated lost economic support and household services that the deceased would have been
able to contribute to his surviving family from the date of death through his life expectancy.

Based upon our analyses, in our opinion the estimated economic damages resulting from the
death of Gaspar Hinojosa are:

**$269,301**

Our damage estimates are subject to the assumptions and limiting conditions contained in
this report.

The following paragraphs provide details of our findings:

## I. Assignment

We were retained by Julian Rodriguez, Jr., counsel for the Plaintiffs, Omar Hinojosa,
Individually and as Administrator of the Estate of Gaspar Hinojosa, Raquel Hinojosa,
Clarissa Hinojosa, Gaspar Hinojosa, II, Martin Hinojosa and Rita Hinojosa to determine the
economic damages incurred as a result of the death of Gaspar Hinojosa. Our analysis does
not consider hedonic damages. We have not undertaken any work to analyze or reach an

Julian Rodriguez, Jr., Esq.                                Page 2 of 6
October 5, 2004

opinion on issues of liability or whether the Plaintiffs are entitled to monetary damage awards. Furthermore, our report is based on work completed to date. In the event that we perform additional work and/or receive additional information, we reserve the right to amend our report.

## II. Work Performed

This report contains our estimate of Gaspar Hinojosa's earning capacity less personal consumption, taxes and household services available to his heirs had his death not occurred.

Lost support and household services were separated into two periods: "pretrial" and "post-trial", before and after the estimated time of judgment. Interest for past losses is not computed in our damage calculation. Future loss estimates were discounted to present value to account for the time value of money. For purposes of this report, we have used February 5, 2005 as the date of trial. If requested, we will revise our estimates to an alternate date.

In the course of our work we have reviewed the following documents:

- Family Photographs;
- Wrecked Vehicle Photographs;
- Bridge/Barge Photographs;
- Accident and Fatality Report;
- Newspaper Articles;
- Autopsy Report;
- Valley Regional Medical Center and Harlingen EMS (Records);
- Birth Certificate;
- Certificate of Baptism;
- Marriage Certificate;
- Death Certificate;
- Honorable Military Discharge;
- High School Diploma of Decedent;
- Awards (Distinguished Service Award, Outstanding Service Award, etc.);
- Los Fresnos, Brownsville, Harlingen, Port Isabel, and Texas Parks & Wildlife Department Reports;
- Funeral Expenses;
- Gaspar Hinojosa's Employment information and/ Resume;
- Questionnaire provided by our office.

Facts Used For Our Opinions

- Gaspar Hinojosa's Date of Birth (decedent):      06/24/1949
- Gaspar Hinojosa's Date of Death:                09/15/2001
- Gaspar Hinojosa's Age at Death:                 52.23
- Raquel Hinojosa's Date of Birth (wife):         01/03/1958
- Clarissa Hinojosa's Date of Birth (daughter):   11/28/1974

Julian Rodriguez, Jr., Esq.                                    Page 3 of 6
October 5, 2004

- Omar Hinojosa's Date of Birth (son)                10/22/1976
- Gaspar Hinojosa II's Date of Birth (son)           12/09/1980
- Date of Trial:                                     02/05/2004

Damage Period

We have estimated the damage period as September 15, 2001 (date of death) through February 15, 2025 (date of Gaspar Hinojosa's full function life expectancy).

Worklife Expectancy

Based on Life and Worklife Expectancies by Hugh Richards, we calculated Mr. Hinojosa to have worklife expectancy of 65.93 years or 13.7 additional years[1], or to May 28, 2015.

Life Expectancy

According to Life and Worklife Expectancies by Hugh Richards[2], Gaspar Hinojosa would have had a life expectancy date of October 22, 2031 at the age of 82.33.

Full Function Life Expectancy

The Department of Health and Human Services states that healthy life occurs when a living person perceives that his or her health is excellent and activities are not limited in any way. ExpectancyData offers an alternative measure called Full Function Life Expectancy. These expectancies fall somewhere between full function life expectancy and healthy life expectancy. The reasoning is that it is not always necessary for a person to curtail activities due to a medical problem that places him in the less than healthy category. Gaspar Hinojosa's full function life expectancy is forecasted to be age 75.65 on February 15, 2025. This is a difference of 6.68[3] years less than his life expectancy.

Discount and Growth Rate

When damages are awarded in a lump sum to compensate for future economic losses, the amount awarded replaces funds that would have been available to the Plaintiffs at a later date, such as through a periodic salary. The concept of the time value of money must be considered in calculating total damages; that is, a dollar received today is worth more than a dollar received in the future. To compensate for this difference, future lost earnings to be awarded today must be discounted to their present value.

---

[1] Richards, Hugh, "Life and Worklife Expectancies", 1999, Table 9: Worklife expectancies of Hispanics by English language proficiency and selected educational categories, conventional methodology, 1990, (Hispanic Males by English Language Proficiency).
[2] Richards, Hugh, "Life and Worklife Expectancies", 1999, Table 1: Mortality rates, number living at beginning of age (out of 100,000 born alive), and expectancies of remaining years of life, 1996 (Hispanic males)
[3] Martin, Gerald D. Ph.D and Vavoulis, Ted "The Value of Household Services", *Determining Economic Damages*, (Costa Mesa: James Publishing, Inc., 2002)

Julian Rodriguez, Jr., Esq.                                                Page 4 of 6
October 5, 2004

An underlying assumption in discounting the estimated damages is that the Plaintiffs will have the opportunity to earn interest on the amount received today as opposed to a future date.

The discount rate is based upon historical rates of return available in U.S. Treasury securities. The effects of inflation are removed to provide the real rate of interest without regard to inflation. The inflation rates used are also based on historical rates. The Real discount rate we estimated is three percent (3%) and tax adjusted at 2.91%

Earning Capacity

*Pretrial*

Mr. Hinojosa was 52.23 years old at the time of death, and was employed by Whataburger in South Padre Island, Texas. Based on his occupation we gathered statistical information to estimate the decedent's earning base for 2001. According to Texas Labor Market Information, Mr. Hinojosa could have earned between $20,365 (Cameron County) and $20,415 (Hidalgo County) in this geographical area. The average of those two amounts is $20,390. We used this amount of $20,390 as the earning base for 2001.

*Post-trial*

The earning capacity used for post-trial lost earning capacity is $22,949 for the year 2005. This earning capacity is projected into the future at a growth rate of 1% throughout Mr. Hinojosa's expected worklife, which ends in May 28, 2015. In addition, the present value of these future earnings is calculated using an adjusted discount rate of 2.91%. Post-trial earning capacity is also reduced for the personal consumption of the deceased, had he lived.

Fringe Benefits

We have considered the statutory benefits that Gaspar Hinojosa would have received, had he lived. His benefit package as an employee would have included statutory benefits such as social security (6.2%). This is a total of 6.2% of benefits in addition to his earning capacity that would be available to his spouse.

Future fringe benefits are estimated to grow at the same rate as wages or 1% (Real). The future values are also discounted to present value using an adjusted 2.91(Real) discount rate.

Personal Consumption Rate and Tax Rate

Personal consumption of income of the decedent is deducted from earning capacity given that Mr. Hinojosa's estimated personal consumption, had he lived, would not have benefited his heirs. We have estimated a personal consumption percent of income of 31.0%.

We estimated that Mr. Hinojosa's effective tax rate would approximate 3% of gross income.

Julian Rodriguez, Jr., Esq.                                    Page 5 of 6
October 5, 2004

<u>Household Services</u>

All family members contribute time to their home and family by doing chores that benefit the family as a whole. When a family member dies, their contributions to their household are obviously lost. Based on the study "The Dollar Value of a Day", we have estimated the number of hours Mr. Hinojosa would have contributed to his household, had he lived. We have estimated that Mr. Hinojosa would have contributed 14.3 hours per week of household services. The types of activities included in these household services are obtaining goods and services, housework, food cooking and cleanup, providing care to others, light housekeeping, meal preparation, dishwashing, washing/ironing clothes, grocery shopping, running errands, household bookkeeping, appliance repairs, auto maintenance, gardening, and lawn mowing.

We have estimated a rate of $5.15 per hour as the dollar value of Mr. Hinojosa's household services based on the minimum wage and a premium for accessibility. This rate is established to grow at the rate of 1%.

Mr. Hinojosa's contribution of household services is projected until his expected full function life expectancy of 75.65 years. We have applied the same logic that was used to calculate the post trial earning capacity to this household services calculation.

**III. Summary And Conclusion**

Based on our analyses, the total estimated damages consist of the present value of the total losses as summarized in scenarios below.

|  | Pre Trial | Post Trial | Total |
|---|---|---|---|
| *Lost Earnings and Future Earning Capacity* | $52,159 | $145,076 | $197,235 |
| *Lost Fringe Benefits* | 6,712 | 13,628 | 20,340 |
| *Lost Household Services* | 8,511 | 43,215 | 51,726 |
| *Total Loss* | $67,382 | $201,919 | $269,301 |

**IV. Demonstrative Aids**

In the event that I am called upon to testify, I may prepare demonstrative aids such as graphs, charts or tables to illustrate the opinions discussed in this report.

**VI.     Qualifications Of Richard Cortez, CPA, CVA**

The opinions expressed in this report are based upon my 30 years of professional experience as a Certified Public Accountant. Throughout my experience, I have performed various professional tasks in the general areas of taxation, accounting, auditing and consulting.

In addition, I am a partner in charge of our firm's litigation consulting services practice. I have 20 years of experience rendering my opinions in state and federal courts concerning

Julian Rodriguez, Jr., Esq.                                                        Page 6 of 6
October 5, 2004

accounting matters, business valuations, business lost profits claims, divorce settlements, personal injury, wrongful injury, wrongful termination and other sundry matters.

This work was undertaken partly by the staff of our firm under the direction and supervision of Richard Cortez, CPA, CVA, and partner in charge of this engagement.

## VII.    Assumptions And Limiting Conditions

This damage calculation is subject to the following assumptions and limiting conditions:

- Information, estimates, and opinions contained in this report are obtained from sources considered to be reliable. However, we assume no liability for such sources.
- Possession of this report, or a copy thereof, does not carry with it the right of publication of all or any part of it, nor may it be used for any purpose by anyone but the client without the previous written consent of the client or us and, in any event, only with proper attribution.
- The various estimates of damages presented in this report apply to this engagement only and may not be used out of the context presented herein.
- This damage calculation is valid only for the purpose or purposes specified herein, and only as of the stated date.
- This damage report contemplates facts and conditions existing as of the report date. Events and conditions occurring after that date have not been considered, and we have no obligation to update our report for such events and conditions.

## VIII.   Fee Schedule

Our fees for this report are $275 per hour (principal) and $175 per hour (manager). Travel expenses are billed at actual costs. Additional travel hours are billed at half of the hourly rate. Other expenses are billed at cost.

## IX.    Closing

Thank you for allowing Burton McCumber & Cortez, L.L.P. to assist you on this matter. If you have any questions about this report, please do not hesitate to contact me.

Sincerely,

Burton McCumber & Cortez, L.L.P.

*Richard Cortez*

Richard Cortez, CPA, CVA

Encl: Curriculum Vitae

# Wrongful Death Summary of Gaspar Hinojosa

| General Information | |
|---|---|
| Date of Birth | 06/24/1949 |
| Date of Death | 09/15/2001 |
| Date of Trial | 02/05/2005 |
| Age at Incident | 52.23 |
| Age at Trial | 55.62 |
| Age at 01/01/05 | 55.52 |

| Worklife Expectancy | |
|---|---|
| Expected Worklife | 65.93 |
| Remaining Years | 13.7 |
| Date | 05/28/2015 |

| Life Expectancy | |
|---|---|
| Expected Life | 82.33 |
| Remaining Years | 30.1 |
| Date | 10/22/2031 |

| Full Function Life Expectancy | |
|---|---|
| Years Deducted | 6.68 |
| Years Old | 75.65 |
| Date | 02/15/2025 |

| Past Information | |
|---|---|
| Annual Earning Capacity | $20,390 |
| Consumption of E.C Rate | 31% |
| Lost Fringe Benefits Rate | 6.2% |
| Wage Increase | 3.0% |
| Tax Rate | 3.0% |

| Future Information | |
|---|---|
| Consumption of E.C. Rate | 31% |
| Lost Fringe Benefits Rate | 6.2% |
| Discount Rate | 2.91% |
| Growth Rate | 1% |
| Tax Rate | 3% |

| Household Services | |
|---|---|
| Household Services hrs/wk | 14.3 |
| Hourly Rate | $ 5.15 |
| Consumption of H.H. Svcs | 31% |

| Future Household Services | |
|---|---|
| Household Services hrs/wk | 14.3 |
| Hourly Rate incl. 1% growth | $ 5.20 |
| Consumption of H.H. Svcs | 31% |

| Summary of Economic Losses | |
|---|---|
| Post Trial | $201,919 |
| Pre Trial | $67,382 |
| Total | $269,301 |

## Table 1 - Annual Earnings Summary for Gaspar Hinojosa

| 1999 Tax Year | | |
|---|---|---|
| **Employer** | **Wages** | |
| Integrated Health Services | $ | 1,756 |
| Asphalt Products, Inc. | $ | 17,015 |
| **Total Annual Wages** | **$** | **18,771** |

| 2000 Tax Year | | |
|---|---|---|
| **Employer** | **Wages** | |
| Asphalt Products, Inc. | $ | 3,268 |
| LDM Technologies | $ | 13,248 |
| **Total Annual Wages** | **$** | **16,516** |

## Statistical Wages Based on Occupation*

| | | |
|---|---|---|
| **2001 - Cameron County** | | |
| First-Line Supervisors/Managers of Food Preparation and Serving Workers All Industries | $ | 20,365 |
| **2001 - Hidalgo County** | | |
| First-Line Supervisors/Managers of Food Preparation and Serving Workers All Industries | $ | 20,415 |
| **2001 Estimated Average Earnings** | **$** | **20,390** |

*Statistical information derived from the Wage Information Network - Texas Labor Market Information.

Gaspar Hinojosa
Table 2. Pretrial Loss

| A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From | To | Age of Plaintiff at start of period | Annual Earning Capacity | Growth 3% | Fraction of Year | Earning Capacity (In period specified) | Consumption of 31% | Tax Rate 3% | Lost Earning Capacity Contribution to survivors | Lost Fringe Benefits 6.2% | Lost Household Services | Total Loss |
| | | | | | | D x F | G x 31% | D x 3% | G - (H + I) | D x 6.2% | (Table 3) | J + K + L |
| 09/15/2001 | 12/31/2001 | 52.2 | $ 20,390 | 0.0% | 0.29 | $ 5,873 | 1,821 | 612 | $ 4,664 | 1,264 | 732 | 6,660 |
| 01/01/2002 | 12/31/2002 | 53.2 | $ 21,002 | 3.0% | 0.98 | $ 20,582 | 6,380 | 630 | $ 14,831 | 1,302 | 2,515 | 18,648 |
| 01/01/2003 | 12/31/2003 | 54.2 | $ 21,632 | 3.0% | 0.97 | $ 20,929 | 6,488 | 649 | $ 15,090 | 1,341 | 2,508 | 18,939 |
| 01/01/2004 | 12/31/2004 | 55.2 | $ 22,281 | 3.0% | 0.96 | $ 21,409 | 6,637 | 668 | $ 15,440 | 1,381 | 2,515 | 19,337 |
| 01/01/2005 | 02/05/2005 | 55.6 | $ 22,949 | 3.0% | 0.09 | $ 2,094 | 649 | 688 | $ 2,134 | 1,423 | 241 | 3,798 |
| Subtotals | | | | | | | | | $ 52,159 | $ 6,712 | $ 8,511 | $ 67,382 |
| Total | | | | | | | | | | | | $ 67,382 |

Gaspar Hinojosa
Table 3. Post-trial Loss

| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From | To | Age of Plaintiff at start of period | Earning Capacity 1% growth | Consump-tion of Earning Capacity 31% | Tax Rate 3% | Lost Earning Capacity Contribution to Survivors | Lost Fringe Benefits 6.2% | Lost H.H. Services | Total Loss | Time Since Trial | Discount Factor 2.91% | Present Value of Lost Earning Capacity | Present Value of Fringe Benefits | Present Value of Household Services | Present Value of Total Loss |
| | | | | D X 31% | F x D | D - (E + F) | D X 6.2% | (Table 4) | G + H + I | | | G x L | H x L | I x L | M + N + O |
| 02/06/2005 | 12/31/2005 | 55.6 | 17,944 | 5,563 | 538 | 11,843 | 1,113 | 2,247 | 15,203 | 0.85 | 0.9758 | 11,556 | 1,086 | 2,193 | 14,835 |
| 01/01/2006 | 12/31/2006 | 56.6 | 23,179 | 7,185 | 695 | 15,298 | 1,437 | 2,670 | 19,405 | 1.85 | 0.9482 | 14,505 | 1,363 | 2,532 | 18,400 |
| 01/01/2007 | 12/31/2007 | 57.6 | 23,410 | 7,257 | 702 | 15,451 | 1,451 | 2,697 | 19,599 | 2.85 | 0.9214 | 14,236 | 1,337 | 2,485 | 18,059 |
| 01/01/2008 | 12/31/2008 | 58.6 | 23,645 | 7,330 | 709 | 15,605 | 1,466 | 2,724 | 19,795 | 3.85 | 0.8953 | 13,972 | 1,313 | 2,439 | 17,723 |
| 01/01/2009 | 12/31/2009 | 59.6 | 23,881 | 7,403 | 716 | 15,761 | 1,481 | 2,751 | 19,993 | 4.85 | 0.8700 | 13,713 | 1,288 | 2,394 | 17,394 |
| 01/01/2010 | 12/31/2010 | 60.6 | 24,120 | 7,477 | 724 | 15,919 | 1,495 | 2,779 | 20,193 | 5.85 | 0.8454 | 13,458 | 1,264 | 2,349 | 17,072 |
| 01/01/2011 | 12/31/2011 | 61.6 | 24,361 | 7,552 | 731 | 16,078 | 1,510 | 2,807 | 20,395 | 6.85 | 0.8215 | 13,208 | 1,241 | 2,306 | 16,755 |
| 01/01/2012 | 12/31/2012 | 62.6 | 24,605 | 7,627 | 738 | 16,239 | 1,525 | 2,835 | 20,599 | 7.85 | 0.7983 | 12,963 | 1,218 | 2,263 | 16,444 |
| 01/01/2013 | 12/31/2013 | 63.6 | 24,851 | 7,704 | 746 | 16,401 | 1,541 | 2,863 | 20,805 | 8.85 | 0.7757 | 12,723 | 1,195 | 2,221 | 16,139 |
| 01/01/2014 | 12/31/2014 | 64.6 | 25,099 | 7,781 | 753 | 16,565 | 1,556 | 2,892 | 21,013 | 9.85 | 0.7538 | 12,486 | 1,173 | 2,180 | 15,839 |
| 01/01/2015 | 12/31/2015 65.93 Worklife* | | 25,350 | 7,859 | 761 | 16,731 | 1,572 | 2,921 | 21,223 | 10.85 | 0.7325 | 12,255 | 1,151 | 2,139 | 15,545 |
| 01/01/2016 | 12/31/2016 | 66.6 | | | | | | 2,950 | 2,950 | 11.85 | 0.7117 | | | 2,099 | 2,099 |
| 01/01/2017 | 12/31/2017 | 67.6 | | | | | | 2,979 | 2,979 | 12.85 | 0.6916 | | | 2,060 | 2,060 |
| 01/01/2018 | 12/31/2018 | 68.6 | | | | | | 3,009 | 3,009 | 13.85 | 0.6721 | | | 2,022 | 2,022 |
| 01/01/2019 | 12/31/2019 | 69.6 | | | | | | 3,039 | 3,039 | 14.85 | 0.6531 | | | 1,985 | 1,985 |
| 01/01/2020 | 12/31/2020 | 70.6 | | | | | | 3,070 | 3,070 | 15.85 | 0.6346 | | | 1,948 | 1,948 |
| 01/01/2021 | 12/31/2021 | 71.6 | | | | | | 3,100 | 3,100 | 16.85 | 0.6166 | | | 1,912 | 1,912 |
| 01/01/2022 | 12/31/2022 | 72.6 | | | | | | 3,131 | 3,131 | 17.85 | 0.5992 | | | 1,876 | 1,876 |
| 01/01/2023 | 12/31/2023 | 73.6 | | | | | | 3,163 | 3,163 | 18.85 | 0.5823 | | | 1,841 | 1,841 |
| 01/01/2024 | 12/31/2024 | 74.6 | | | | | | 3,194 | 3,194 | 19.85 | 0.5658 | | | 1,807 | 1,807 |
| 01/01/2025 | 02/15/2025 | 75.6 | | | | | | 290 | 290 | 19.95 | 0.5642 | | | 164 | 164 |
| | | | | | | | | | | | | 145,076 | 13,628 | 43,215 | 201,919 |

Post-trial Loss    **$201,919**
Pretrial Loss    **$67,382**
Total    **$269,301**

*Adjusted to his expected worklife (05/28/2015)

Table 4.  Pretrial Household Services

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| From | To | Fraction of Year | H.H. Services Hrs/Week 14.3 (per fract. of year) 10 X 50 wks X C | Hourly Rate $5.15 (including 1% growth) | Consump-tion of household services 31% D X E X % | Lost household services D X E - F |
| 09/15/2001 | 12/31/2001 | 0.29 | 205.94 | $5.15 | $329 | 732 |
| 01/01/2002 | 12/31/2002 | 0.98 | 700.70 | $5.20 | $1,130 | 2,515 |
| 01/01/2003 | 12/31/2003 | 0.97 | 691.78 | $5.25 | $1,127 | 2,508 |
| 01/01/2004 | 12/31/2004 | 0.96 | 687.01 | $5.31 | $1,130 | 2,515 |
| 01/01/2005 | 02/05/2005 | 0.09 | 65.25 | $5.36 | $108 | 241 |
| Total | | | | | | $  8,511 |

Table 5.  Post-trial Household Services

| A | B | C | D | E | F |
|---|---|---|---|---|---|
| From | To | Household Services Hrs/Wk 14.3 | Hourly Rate $5.36 | Consumption of household services 31% | Lost Household Services |
| | | | | C X D X 50 X % | C X D X 50 wks - E |
| 02/06/2005 | 12/31/2005 | 14.3 | 5.36 | 1,188 | 2,247 |
| 01/01/2006 | 12/31/2006 | 14.3 | 5.41 | 1,200 | 2,670 |
| 01/01/2007 | 12/31/2007 | 14.3 | 5.47 | 1,212 | 2,697 |
| 01/01/2008 | 12/31/2008 | 14.3 | 5.52 | 1,224 | 2,724 |
| 01/01/2009 | 12/31/2009 | 14.3 | 5.58 | 1,236 | 2,751 |
| 01/01/2010 | 12/31/2010 | 14.3 | 5.63 | 1,248 | 2,779 |
| 01/01/2011 | 12/31/2011 | 14.3 | 5.69 | 1,261 | 2,807 |
| 01/01/2012 | 12/31/2012 | 14.3 | 5.75 | 1,274 | 2,835 |
| 01/01/2013 | 12/31/2013 | 14.3 | 5.80 | 1,286 | 2,863 |
| 01/01/2014 | 12/31/2014 | 14.3 | 5.86 | 1,299 | 2,892 |
| 01/01/2015 | 12/31/2015 | 14.3 | 5.92 | 1,312 | 2,921 |
| 01/01/2016 | 12/31/2016 | 14.3 | 5.98 | 1,325 | 2,950 |
| 01/01/2017 | 12/31/2017 | 14.3 | 6.04 | 1,338 | 2,979 |
| 01/01/2018 | 12/31/2018 | 14.3 | 6.10 | 1,352 | 3,009 |
| 01/01/2019 | 12/31/2019 | 14.3 | 6.16 | 1,365 | 3,039 |
| 01/01/2020 | 12/31/2020 | 14.3 | 6.22 | 1,379 | 3,070 |
| 01/01/2021 | 12/31/2021 | 14.3 | 6.28 | 1,393 | 3,100 |
| 01/01/2022 | 12/31/2022 | 14.3 | 6.35 | 1,407 | 3,131 |
| 01/01/2023 | 12/31/2023 | 14.3 | 6.41 | 1,421 | 3,163 |
| 01/01/2024 | 12/31/2024 | 14.3 | 6.47 | 1,435 | 3,194 |
| 01/01/2025 | 02/15/2025 | 14.3 | 6.54 | 1,449 | 290 |
| | | | | Total | $ 58,110 |

# EXHIBIT "3"

# RICARDO F. (RICHARD) CORTEZ, CPA, CVA

## BUSINESS INFORMATION

Senior Partner
Burton McCumber & Cortez, L.L.P.
Certified Public Accountants and Management Consultants
200 South 10th Street, Suite 1500
McAllen, Texas 78501

Physical location: 15th Floor, JP Morgan Chase Bank Tower

Telephone:  956/618-2300
Facsimile:  956/618-2333
Email: rcortez@bmctexas.com
Website: www.bmctexas.com
FIN:  74-2609610

## EDUCATION

- Pan American College - Edinburg, Texas (B.B.A. 1970)
- 1000+ hours of Continuing Professional Education Courses

## PROFESSIONAL ASSOCIATIONS

- Texas State Board of Public Accountancy (Licensed since 1974)
- American Institute of Certified Public Accountants (AICPA)
- Texas Society of Certified Public Accountants (TSCPA)
- Local Chapter of TSCPA (President 1981-1982)
- National Association of Forensic Economics
- National Association of Certified Valuation Analysts (Licensed 2004)

## PROFESSIONAL EXPERIENCE

- Partner-in-charge, Litigation Support Department of BMC;
- Testified and consulted in civil cases involving personal injury, wrongful death, wrongful termination, lost profits, loss of business value and other unclassified cases;
- Court-appointed in legal matters, including:
  - as receiver of a closely-held corporation in which shareholders were involved in a divorce;
  - as auditor/accountant to investigate accounting records and other matters dating back over 100 years in a matter involving a historical Texas ranch and ranching family;
  - to investigate the alleged malfeasance by a trustee for a trust established as a result of a personal injury settlement;
  - to render accounting services regarding corporate and partnership assets and liabilities, and to assist the parties involved to resolve their property ownership disputes; and
  - to value corporations regarding domestic matters;
- Appointed by the Hidalgo County Bar Association to act as a non-attorney mediator on small cases;

- Conducted business valuations in divorce matters;
- Conducted business valuations involving disputes between partners/shareholders;
- Conducted business feasibility studies for new and unestablished businesses;
- Assisted clients in selling and acquiring existing businesses;
- Conducted audits of small to medium-size companies;
- Conducted audits of banks, city and county governments;
- Provided federal income tax planning and tax preparation for corporations and highly compensated individuals;
- Represented clients before the Internal Revenue Service regarding income and excise tax audits;
- Designed and implemented accounting and information systems for businesses;
- Compiled and reviewed financial statements for individuals, partnerships, corporations, trusts and not-for-profit organizations;

## COMMUNITY INVOLVEMENT

- Chairman (2002-2003) for the Border Trade Alliance, a grass-roots organization that lobbies federal governments in the United States, Canada and Mexico on border trade issues;
- Trustee of McAllen Public Utilities, an elected eight-year position-entrusted with administering and establishing policy for the water and sewer services of the City of McAllen, Texas;
- Advisory Board Member International Bank of Commerce-McAllen (IBOC)-review delinquent accounts, approve loans in excess of $250,000, and administer bank policies.
- President of McAllen Housing Finance Corporation

## PAST COMMUNITY INVOLVEMENT

- Board Member of the McAllen Economic Development Corporation, the economic development agency for the City of McAllen, Texas - entrusted with recruiting companies to our area and Northern Mexico;
- Board member - McAllen Community Development Council;
- Board member - Rio Grande Valley Partnership, an organization similar to a chamber of commerce on a regional basis;
- Board member - McAllen Chamber of Commerce;
- McAllen Boys and Girls Club - Past President;
- Weslaco Rotary Club - Past Treasurer;
- McAllen International Museum - Board member;
- University of Texas-Pan American, Edinburg, Texas - Advisory Board Member - School of Business;
- Past Council President of local church;
- Volunteer religious educator of 8th grade students and engaged couples ministry at local church.

# EXHIBIT "4"

**Richard Cortez, C.P.A.**
Trial and/or Deposition Testimony

| Case No. | Plaintiff | Defendant | Court | County/Division |
|---|---|---|---|---|
| C-354-96-D | Reginaldo Paz | Viking Freight System, et al | 206th | Hidalgo |
| 3,629 | Mario Romeo Salinas | Gilbert L. Leyendecker,Jr. and Vaquillas Mgmt. | 49th | Zapata |
| 95-07-3424-D | Robert Arce | City of Harlingen | 103rd | Cameron |
| C-5535-94-E | Natalio Martinez | Alice Leasing dba Heldt Brothers | 275th | Hidalgo |
| C-613-95-D | Gary Reed | Mid Valley Security Investigative Service Inc. | 206th | Hidalgo |
| C-3089-95-B | Esequiel and Olga Rodriguez | Anselmo De Anda et al | 93rd | Hidalgo |
| C-2662-96-B | Romeo Perez & Charles Farris | Alberto Salinas dba SASA Transport, et al | 93rd | Hidalgo |
| P6-066239 | Urbano & Janie Anzaldua | Farmers Insurance Group | | |
| 97-255 | Dagoberto Balboa Individually et al | G & G Lease Services, Inc. et al | 197th | Willacy |
| C-4358-96-D | Mirna Ramirez, et al | Hellums Inc. et al | 206th | Hidalgo |
| CL-29,042-C | Ramiro G. Cavazos | Mary Louise Chance | CC #3 | Hidalgo |
| C1-26,852-A | Adelina Guerra Pulido | Javier Baltazar Pozos and Don L. Sasser | CC #2 | Hidalgo |
| 97-10-36137 | Rogelio Garcia | Freedom Energy, Inc. Dresser Industries, Inc.and | 79th | Duval |
| C-186-95-D | Armando Gonzalez | Larry Nuckois, Jr. as Rep.of Larry D. Nuckols, et al | 206th | Hidalgo |
| M-95-301 | Noe J. Ramirez, et al | Terry Whisenant, et al | U.S. Dist. Ct. | McAllen |
| C-2548-96-G | Romelia Guajardo | Rosa Maria Guerra | 370th | Hidalgo |
| 97-06-4843-E | Oscar Rodriguez | John Robert Wilcox and George Houston Coyle | 357th | Cameron |
| C-4442-95-D | Eliseo Ramos III | Steve Reyes Individually and Orkin Pest Control | 206th | Hidalgo |
| C-6081-98-E | Maria E. Barrera and Maria J. Lopez | Manuel Martinez Reyes and Azteca Milling, L.P. | 275th | Hidalgo |
| C-3363-97-C | Maria Isabel Salinas et al | Triple R. Trucking Inc. et al | 139th | Hidalgo |
| C-2016-97-G | Graciela Guerra, Manuel G. & Aissa Lanette Guerra | Glen D. Quinn, Quinn's Express Stop, Inc. & Alberto Amancio Chavez | 370th | Hidalgo |
| C-1939-98-G | Robert R. Villegas | Lynn Alan Hayunigs & Texas Raicar Leasing Co. | 370th | Hidalgo |
| 4,032 | Jaime A. Gonzalez, Sr. & Carmen B Gonzalez | Texas Farmers Insurance Co. | | |
| 97-01-70-D | Geronimo S. Guzman | Douglas D. Mauro | 103rd | Cameron |
| C-2862-97-F | Rene Lucio | President Baking Co. | 332nd | Hidalgo |
| 98-03-1285-E | Conrado Benavidez Jr. | Paccar Inc. | 375th | Cameron |
| 99-07-2882-D | Rosalinda Charles & Eduardo Perez | Hensly Freight Lines,Inc. and Eloy Alkinson | 103rd | Cameron |
| C-3131-94-B | Diana Rivera | Bristol-Myers Squibb Company et al | 93rd | Hidalgo |
| C-3991-99-A | Ernestina Figueroa | Justo Vela and Magic and Valley Concrete, Inc. | 92nd | Hidalgo |
| C-6518-98-A | Rhonda Jean Chavira | Calvin Earl Fanchier & Weatherford Enterra, Inc. | 92nd | Hidalgo |
| C-1654-99-B | Noe Garza, Jr., Royden Garcia, and Miguel A. Garza | Roger Wayne Leake and Texas Regional Construction, Inc. | 93rd | Hidalgo |

Page 1 of 5

| Case No. | Plaintiff | Defendant | Court | County/Division |
|---|---|---|---|---|
| C-6081-98-E | Maria E. Barrera and Maria J. Lopez | Manuel Martinez and Azteca Milling, L.P. | 275th | Hidalgo |
| CL-31182-C | Shelly Kay Risica | Martha Reyes | CC #3 | Hidalgo |
| 99-04-1711-A | Jose Angel | Linda Massengill | 107th | Cameron |
| 15,899 | Rodolfo C. Flores | Leon Crozier and Hurd Enterprises, LTD | 229th | Duval |
| C-5544-99-G | Charlene R. Cantu | Reynaldo Cortez and Texas United Trucks Association, Inc. | 370th | Hidalgo |
| DC-99-162 | Orlando Lazos | Conoco, Inc et al | 229th | Duval |
| C-3641-99A | Alfredo R. Alcantar | The Heil Co., Tradewinds et al | 92nd | Hidalgo |
| C-4255-99-F | A.C. Best | Jose G. Zuniga and Turner Brothers Trucking | 332nd | Hidalgo |
| C-6753-96-E | Ricardo Morales& Easter Lopez | Amador Moreno and Rochester Armored Car Co. | 275th | Hidalgo |
| DC-00-09 | Fidencio Martinez | Atlantic Sounding Co., Inc & Weeks Marine, Inc. | 381st | Starr |
| C-6636-98-G | Phillip Mery | Conagra/Monfort Swift et al | 370th | Hidalgo |
| C-3862-98-E | Maria L. Salgado | Dawin Brandewie et al | 275th | Hidalgo |
| C-1895-99-E | Pedro Reyna | Oscar Correa Rivera & J-III Trucking Co., Inc. | 275th | Hidalgo |
| C-2270-95-13 | Richard A. Martin | Dr. Sahil Mangi, et al | 93rd | Hidalgo |
| C-4368-96-G | Gina Cuellar | General Motors | 370th | Hidalgo |
| C-1836-97-B | Adolfo & Angelica Chavez | Jose Garcia | 93rd | Hidalgo |
| C-2624-93-F | Marilyn Harper & Mike Harper | Chad Horn, Stewart Title of Hidalgo County, Inc. | 332nd | Hidalgo |
| C-4118-97-B | Bruce S. Sperling et al | Volkswagon | 93rd | Hidalgo |
| C-1465-98B | Maria Del Carmen Movey, et al | Jaime Cavazos Avi-Gan USA Inc. et al | 93rd | Hidalgo |
| 4227 | Roel Perez, Maria J. Perez et al | Jesus J. Esparza, Robert P. Umphres et al | 49th | Webb |
| 302,247,401 | Michaela Buendia Temporary Administrator for the Estate of Ruben Buendia, Deceased | Evaristo Rodriguez, Jr., Saly Trucking, Inc et al | Probate Ct. #1 | Harris |
| 98-6457-E | Irene Bustamante, et al | Randy Lee Maldonado et al | 148th | Nueces |
| 64,383-B | Rosalie Romero | Furr's Inc. | 181st | Potter |
| C-4507-95-F | Ana Moncivaiz, et al | Ecolab, Inc. et al | 332nd | Hidalgo |
| C-1625-99-A | George Bonas | Santiago Hernandez | 92nd | Hidalgo |
| 98-CBQ-01311-D2 | Augustine Maravilla | International Trucking Co. Inc. | 111th | Webb |
| DR99CA53 | Adam Q Cruz III | Smeal Manufacturing Co. | U.S. Dist. Ct. | Del Rio |
| 10,044 | First National Bank of South Texas | Noe R. Sanchez & Rebecca S. Sanchez | 229th | Starr |
| C-544992-C | Jerry L. Abbott & Bonnie M. Abbott | First National Bank in Edinburg | 139th | Hidalgo |
| C-1958-94-E | Prodasa Dosmit et al | Tambrands, Inc. et al | 275th | Hidalgo |
| 99-CVQ00323-D2 | Chi-Town Connection LTD | Trinity Testing Laboratories Inc. | 111th | Webb |
| C-3484-95-E | Payne | Kmac | 275th | Hidalgo |
| L-96-7 | Magic Valley Pizza, Inc. | Domino's Pizza, Inc. | U.S. Dist. Ct. | Laredo |
| C-3053-93-A | Nicolas R. Cantu | Ward Fryer et al | 92nd | Hidalgo |
| C-474-89-F | Academia, Inc. | Caleb B. Smith & Sons, Inc. et al | 332nd | Hidalgo |

Page 2 of 5

| Case No. | Plaintiff | Defendant | Court | County/Division |
|---|---|---|---|---|
| 96-183 | J.S. McManus Produce Co. | Jack R. "Russ" Webster | 197th | Cameron |
| C-1564-97-C | Joe R. Vasquez, et al | Petoseed Co., Inc. et al | | |
| 98-03-939-C | Rolando Gonzalez | Texas International Oil Field Tools Inc. | 197th | Cameron |
| C-4775-94-A | Ricardo V. Reyna | First National Bank in Edinburg | 92nd | Hidalgo |
| 98-07 | Lee Bryant & Ernest Harry Wadsworth | Willacy County Navigation Dist. | 103rd | Willacy |
| C-5198-97-D | North American Precast Co. | Alliance General Insurance Co. | 206th | Hidalgo |
| C-2443-97-G | George Salinas & Maria R. | McAllen Street Metal, Inc. | 370th | Hidalgo |
| C-617-98-A | David McManus | Bobby Burrows | 92nd | Hidalgo |
| C-2867-97-D | Servicio Multiples, Inc. & Inserv, Inc. | American Microtrace | 206th | Hidalgo |
| 99-05-2127 | Nicolas J. Rodriguez | Deere & Co. | 107th | Cameron |
| CAM-97-160 | Servimundo Llantero USA | Kmart, et al | U.S. Dist. Ct. | McAllen |
| C-3612-94-G | Cosme Martinez Jr. | International Paper Co. | 370th | Hidalgo |
| c-2177-96-6 | Rogelio Garza | Pier 1 Imports, Inc. & Felicia Felan | 370th | Hidalgo |
| C-5160-97-A | Melvyn Gilson | Zenith Electronics Corp. of Texas | 92nd | Hidalgo |
| C-2145-95-C | Viola Ramirez | Rio Grande Surgery Center Assc. | 139th | Hidalgo |
| B-97-1064 | Terry W. Vinson | Omar Lucio et al | U.S. Dist. Ct. | Brownsville |
| 96-07-3839-E | David Garza | Southwestern Bel Telephone Co. | 357th | Cameron |
| C-6758-96-C | Alfredo Hernandez Jr. | Coastal Mart, Inc. & Robert Flores | 139th | Hidalgo |
| C0236-98-E | Javier Andres Saenz | Evelia D. Saenz | 275th | Hidalgo |
| C4296-99-E | Luis Gonzalez | Mary Ann Gonzalez | 275th | Hidalgo |
| C-3618-98-F | Mary Katherine Conover | Jerry Wayne Conover | 332nd | Hidalgo |
| C-2201-96-C | Arabella A. Sanchez | Andres Sanchez | 139th | Hidalgo |
| C-1423-99-E | Alan M. Neubeq | Molly K. Neubeq | 139th | Hidalgo |
| C-4558-95-A | City of Edinburg | Rio Grande Valley Gas Co. et al | 92nd | Hidalgo |
| C-5304-93-E | S&S Wholesale Supply Inc. | Security State Bank et al | 275th | Hidalgo |
| M-95-136 | Raquel Adcox et al | Enrique Escalon | U.S. Dist. Ct. | McAllen |
| C-3130-97-A | Grace Mendoza | Barbosa, Garcia & Co. | 92nd | Hidalgo |
| C-4000-91-C | Casamiro Cantu et al | Ruben Rivas et al | 139th | Hidalgo |
| 97-20596-M-11 | Ashok I. Patel Bankruptcy | | U.S. Bkrtcy. Ct. | McAllen |
| 1996-CCL-656-B | Valley Leasing Co. Inc | Armando Gomez Individually & A.G. Imports Inc. | CC #2 | Cameron |
| C-4558-95-A | City of Edinburg | Rio Grande Valley Gas Co. et al | 92nd | Hidalgo |
| CL-29.222-C | Philip J. Lee | Kenneth Burford | CC #3 | Hidalgo |
| C-08-4229 | Paul S. Francis et al | William Kavanaugh Francis et al | 375th | Cameron |
| 96-073964-C | Henry E. Newman | Gulf Packing Co., Inc. et al | 197th | Cameron |
| B-96-048 | Claudia Aguirre | Bankers Trust New York Corp. et al | U.S. Dist. Ct. | Brownsville |
| M-97-188 | Fernando Zee Zepeda | Communications Corp. of America & Communications Corp. | U.S. Dist. Ct. | McAllen |

Page 3 of 5

| Case No. | Plaintiff | Defendant | Court | County/Division |
|---|---|---|---|---|
| M97-147- | Provident Life & Accident Ins. Co. | Provident Life & Accident Ins. Co. | 93rd | Hidalgo |
| C-1468-97-E | William Rusteberg | Robert Walton & Dalton Hobbs | 275th | Hidalgo |
| C-0473-99-D | Icon Receivables 1998-A, Inc. | Ramon Garcia, Esquire | 206th | Hidalgo |
| C-1061-82-A | Jesus Veliz et al | Home Interiors & Gifts Inc. et al | 92nd | Hidalgo |
| C-339-95-G | Elizabeth H. Maddux | Coastal Oil & Gas Corp. | 370th | Hidalgo |
| C-9680-96-A | Hector Buddy De La Rosa | Steve Wesniewski | 92nd | Hidalgo |
| 98-5-1966-D | Cameron County Texas Alicia Cardenas | Burton Auto Supply | | |
| C-943-98-E | Americana Juice Imports, Inc. | Cherubino Valsangiacomo, S.S. | 275th | Hidalgo |
| C-32-14-97A | Ysaguirre | | 92nd | Hidalgo |
| C-584-98-C | Collins Saales, Inc. | Financial Security Services | 139th | Hidalgo |
| C-98-2050-B | Lisa Nichols | Financial Security Services | 139th | Hidalgo |
| C-6930-96-G | The Klinefelter Family Revocable Living Trust | First Life Assurance Co. | 370th | Hidalgo |
| 99-06-2829-B | Jose Zamora MD & Carlos Chavez MD | Tenet Healthcare LTD | 138th | Cameron |
| C-1274-97G | Sweezy | McAfee | 370th | Hidalgo |
| C-98-CVQ-01092-D3 | Christina Brittingham | Merryl Lynch | Joel R. Sharp | |
| C-4544-98-A | Merced Rdz/Robert Moreno | CP&L | 92nd | Hidalgo |
| C-1296-00-A | Andrew McMullin | Goodyear | 92nd | Hidalgo |
| 2000-07-003103-E | Leticia Zuniga | Harlingen Compress | 357th | Cameron |
| C-5741-99-A | Jessica Mora | MOVAC Service company | 92nd | Hidalgo |
| C-5900-99-F | Raul Castellanos | Engineered Controls | 332nd | Hidalgo |
| C-2000-CVQ-000382D1 | Alma Gallegos Morales, et al | Liverpool, et al | 49th | Webb |
| 99-08-3565-C | Cameron County Housing Authority | Montalvo & Ramirez | 197th | Cameron |
| C-1637-99-F | First National Bank | Nations Bank | 332nd | Hidalgo |
| 2001-01-0166-B | Ramirez Raymundo | Ramirez | 138th | Cameron |
| C-3939-98-E | Pederson, Joy | Atanacio Garza | 275th | Hidalgo |
| C-291-93-D | Manuel De Llano | John G Kenedy and Marie Stella Memorial Fndtn. | 206th | Hidalgo |
| 16-702-A | Hancock Construction Services | Mobil Oil Corp. | 229th | Duval |
| C-5655-99-F | J.C. Candles | Simon Properties | 332nd | Hidalgo |
| C-1058-00-A | Hector Hernandez | Leonard Tesoro and Valley Ear Nose and Throat | 92nd | Hidalgo |
| C-603-01-A | Raudy, Candelario | Arnold Olivares & Eagle Trucking | 92nd | Hidalgo |
| C-786-00-B | Natividad, Juan (Olguin, Felix) | Cooper Tire and Rubber Co. | 93rd | Hidalgo |
| C-387-01-B | Alberta Gudino, et al | Geraldine Odom Williamson | 93rd | Hidalgo |
| C-030-01-B | Alfredo Lopez, M.D. | Gloria Davis | 93rd | Hidalgo |
| C-2174-00-D1 | J&E Oil, Inc. | Atofina Petrochemicals, Inc. | 206th | Hidalgo |
| C-1749-00-F | David K. Deberry et al | Travelers Insurance Co. | 332nd | Hidalgo |
| F-2858-00-2 | Belinda Esparza | Antonio Esparza | 107th | Cameron |
| C-1301-00-F | Raul Sergio Alaniz | Corporate Solutions | 332nd | Hidalgo |

| Case No. | Plaintiff | Defendant | Court | County/ Division |
|---|---|---|---|---|
| M-00-211 | Daniel Vela | Express Trucking | U.S. Dist. Ct. | McAllen |
| C-1058-00-A | Hector Hernandez | Dr. Leonard J. Tesoro | 92nd | Hidalgo |
| C-061-01-E | Maria Guerra, et al | Gulf Trucking | 275th | Hidalgo |
| C-249-00-D | Ester Gonzalez | Mierisch Erwin, M.D. | 206th | Hidalgo |
| 4827-A | Arnulfo Arambula & Daniel Arambula | Ignacio Cepeda Tovar et al | 49th | Zapata |
| C-511-01-G | Jose Navarro | Heggen Electric Company, Inc. | 370th | Hidalgo |
| C-1010-01-B | Francisco J. Rivas et al | V.C. Huff Inc. et al | 93rd | Hidalgo |
| DC-00-89 | Rio Grande CISD et al | Stephens, Inc. et al | 381st | Starr |
| CL-36,551-D | Shari S. Rydl | Coastal Banc Savings Association et al | CC #4 | Hidalgo |
| DC-01-240 | Raul Olivarez and Jose Acevedo | David Barrera & Colonia Mutual Insurance | 229th | Starr |
| B-01-148 | Exel Bobbins and Plastics Components, inc. | JSW Plastics Machinery, Inc. et al | U.S. Dist. Ct. | McAllen |
| 2002-02-525-C | Carlos Tamborrel | Chevron Texaco Corp. | 404th | Cameron |
| C-1832-02-A | Javier Alonzo, Jr. | Chemical Lime Co., et al | 92nd | Hidalgo |
| CL-29,133-B | K.V. Chowdary, MD | Fath Ozcelebi, MD | CC #2 | Hidalgo |
| C-1676-02-E | Aaron Cesar Medrano | Juan Castano & J&D Produce | 275th | Hidalgo |
| C-1250-02-B | Vega Roofing | Brown & Brown, Inc. and Aerostaff Services | 92nd | Hidalgo |
| C-2174-00-D2 | J&E Oil, Inc. | Atofina Petrochemicals, Inc. | 206th | Hidalgo |
| 2003-1-251-G | Ezequiel Castillo, et al | Tipton Motors | 404th | Cameron |
| 02-CV-246 | Gruma Corp. & Azteca Milling | Zurich Compania de Seguros et al | U.S. Dist. Ct. | McAllen |
| C-5301-01-E | J.D. Lowe, Jr. Co., Inc. | Gerald McDaniel & Dwayne McDaniel et al | 275th | Hidalgo |
| C-1476-01-F | Burns Motors, Inc. | Payne Dealer Group Management, Inc. | 332nd | Hidalgo |
| C-2012-99-C | Americana Juice Imports, Inc. | Nestle USA Beverage Division et al | 139th | Hidalgo |
| 5309 | Maria Edna Garcia | Yakiin's Auto World | 49th | Zapata |
| 2003-CVQ-00995-D3 | Maria Azucena Arredondo et al | Juan Garza Mendoza, et al | 341st | Webb |
| C-609-02-A | Ruben Canales | Ingersoll | 92nd | Hidalgo |
| | | | | |
| | | | | |

Page 5 of 5

## CERTIFICATE OF SERVICE

I JULIAN RODRIGUEZ, JR. hereby certify that on this _____ day of October, 2004 a true and correct copy of the above and foregoing document was sent via certified mail, return receipt requested to:

Glen Goodier
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100
Counsel for American Commercial Barge Lines

Will W. Pierson
Royston, Rayzor, Vickery & Williams, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, TX 78476
Counsel for Brown Tide, Inc., and Brown Water Marine Service, Inc.

and Regular U. S. mail to:

Leslie D. Cassidy, III
Woolsey & Cassidy
500 N. Water Street, Suite 1020
Corpus Christi, TX 78471
Counsel for American Commercial Barge Lines

John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, TX 78501

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Counsel Forest Crossing Drive, Suite C
The Woodlands, TX 77381
Counsel for Claimants Esteban Rivas and Miriam Rivas

Mark J. Spansel
Edwin C. Laizer
Adams & Reese, L.L.P.

HINOJOSAEXPERTS.10-05-04.wpd                    8

4500 One Shell Square
New Orleans, LA 70139
Counsel for Claimant Texas Department of Transportation

James B. Manley
Attorneys at Law
200 William Barnett
Cleveland, TX 77327
Counsel for Claimant William Morris Welch

Ray R. Marchan
Watts Law Firm L.L.P.
1926 E. Elizabeth
Brownsville, TX 78520
Counsel for Claimant Gustavo Morales

Michael Watts
Watts Law Firm L.L.P.
555 N. Carancahua, Suite 1400
Corpus Christi, Texas 78478
Counsel for Claimants Lydia Zamora, Bigo's International, L.L.C.; Jacqueline
Paddock and Bridgette Goza

William Q. McManus
Steve Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
P.O. Box 2206
Victoria, TX 77902-2206
Counsel for Claimants Ricky Leavell and Carol Leavell

Heriberto Medrano
Law Office of Heriberto Medrano
2009 East Harrison, Suite B
Harlingen, TX 78550
Counsel for the Estate of Robert Harris

Brian G. Janis
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, TX 78521-2284
Counsel for Port Isabel-San Benito Navigation District

J.A. Magallenes
Magallenes, Hinojosa & Mancias, P.C.
1713 Boca Chica
Brownsville, TX 78520
Counsel for Laguna Madre Water District of Port Isabel

Geoffrey Amsel
SBC Management Services
175 East Houston St., 4th Floor
San Antonio, TX 78205
Counsel for Claimant Southwestern Bell Telephone

Charles Willette
Willette & Guerra, L.L.P.
3505 Boca Chica Blvd., Suite 460
Brownsville, TX 78521
Counsel for Cameron County

Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, TX 78521
Counsel for Minor Claimant William Welch

Thomas E. Quirk
Aaron & Quirk
901 NE Loop 410, Suite 903
San Antonio, TX 78209-1307
Counsel for Allstate Insurance Company

Raymond L. Thomas
Andres H. Gonzalez, Jr.
Kittleman, Thomas, Ramirez & Gonzalez, PLLC
4900-B North 10th Street
McAllen, TX 78504
Counsel for Claimants Rene and Frank Mata

Jim Hart
Williams Bailey
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Counsel for Hector Martinez, Sr.

Michael Ratcliff
Office of the Attorney General

Transportation Division
P.O. Box 12548
Austin, TX 78711-2548
Counsel for the State of Texas

Ajamie LLP
Attn: Mr. S. Mark Strawn
Penzoil Place-South Tower
711 Louisiana Suite 2150
Houston, Texas 77002
Counsel for Juan A. Mireles