United States District Court
Southern District of Texas
ENTERED
FILED
NOV 0 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | * | C.A. NO. B-01-157 |
| PETITION OF BROWN WATER | * | Admiralty |
| TOWING, INC., AS OWNER, AND | * | |
| BROWN WATER MARINE SERVICE, | * | |
| INC, AS BAREBOAT CHARTERER OF | * | |
| THE BROWN WATER V, ITS ENGINES | * | |
| TACKLE, ETC., IN A CAUSE OF | * | |
| EXONERATION FROM OR | * | |
| LIMITATION OF LIABILITY | * | Consolidated with |
| | * | |
| IN RE THE COMPLAINT AND | * | C.A. No. B-02-004 |
| PETITION OF AMERICAN | * | Admiralty |
| COMMERCIAL LINES, LLC AS | * | |
| OWNER, AND AMERICAN | * | |
| COMMERCIAL BARGE LINES, LLC | * | |
| AS CHARTERER OF THE BARGES | * | |
| NM-315, VLB-9182, ACL-9933B, | * | |
| VLB-9173, IN A CAUSE OF | * | |
| EXONERATION FROM OR | * | |
| LIMITATION OF LIABILITY | * | and |
| | * | |
| IN RE THE COMPLAINT AND | * | C.A. NO. B-02-125 |
| PETITION OF DEERE CREDIT, | * | Admiralty |
| INC.,(FORMERLY SENSTAR FINANCE | * | |
| COMPANY), AS OWNER OF THE | * | |
| BARGE NM-315 AND STATE STREET | * | |
| BANK AND TRUST COMPANY OF | * | |
| CONNECTICUT, NATIONAL | * | |
| ASSOCIATION, AS OWNER TRUSTEE | * | |
| OF THE BARGE ACL-9933B AND NOT | * | |
| IN ITS INDIVIDUAL CAPACITY, AND | * | |
| GENERAL ELECTRIC CAPITAL | * | |
| CORPORATION, AS BENEFICIAL | * | |
| OWNER OF THE BARGE ACL-9933B | * | |
| PRAYING FOR EXONERATION FROM | * | |
| AND/OR LIMITATION OF LIABILITY | * | |

**CAMERON COUNTY'S MOTION FOR CONTINUANCE and/or MOTION TO SEVER**

-1-

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Third-Party Defendant Cameron County and files this its Motion for Continuance and/or Motion to Sever and for cause would respectfully show unto the Court the following:

## I.

### GROUNDS FOR CONTINUANCE

This cause is currently set for trial/jury selection on February 7, 2005. Third-Party Defendant Cameron County has recently been joined into this lawsuit by Petitioners. Cameron County filed its original answers to the Petitioners' third-party complaints on October 12, 2004. The underlying lawsuit was initiated in September of 2001 and it is a very complex case. Litigation has been ongoing for a long while and it would be near impossible for Cameron County to be ready for trial on the set date. Cameron County respectfully requests the Court to grant it time to evaluate its defense in order to properly defend itself in this lawsuit.

Additional discovery and investigation into this case remains pending. Cameron County has not yet made determinations as to issues regarding potential dispositive motions, experts, and continued investigation which will be needed. Critical deadlines set out in the Court's scheduling order have passed and other important deadlines are quickly approaching, such as completion of discovery November 23, 2004. Cameron County seeks a re-setting of the current trial date to allow adequate time to prepare this case for trial.

Accordingly, Third-Party Defendant Cameron County respectfully requests that the Court grant a continuance of this case for these reasons. Cameron County seeks this continuance to avoid

prejudice, not for purposes of undue delay, and so that justice may be done.

## II.

## MOTION TO SEVER

As an alternative, Third-Party Defendant Cameron County, asks the Court to sever the third party complaints filed by Petitioners into a separate lawsuit, as authorized by Federal Rules of Civil Procedure 21 and 42(b).

A court may conduct separate trials or sever any claim presented or any party to a suit. Fed.R.Civ.P. 21 and 42(b); see *Allied Elevator, Inc. v. East Tex. State Bank*, 965 F.2d 34, 36 (5th Cir. 1992). The Court should grant Cameron County's motion to sever and/or separate the issues into a separate trial. The Petitioners' complaints assert a contribution claim against Cameron County, which is a separate claim from the Limitation of Liability action which involves very complex legal rules and special rights, duties and procedures distinct to admiralty and maritime law. Considering the complexity of underlying suit and the pending trial date, this case should be tried separately in the interest of justice. Moreover, a court may conduct separate trials in the furtherance of convenience or to avoid prejudice. Fed.R.Civ.P. 21 and 42(b). Separate trials and a continuance will do justice, avoid prejudice and further the convenience of the parties and the Court.

With regard to expedition and judicial economy, Cameron County has asserted its sovereign immunity defenses and applications of the Texas Tort Claims Act. Specifically, it asserted the limitation on the amount of liability set forth in TEX. CIV. PRAC. & REM. CODE § 101.023, which limits the amount of money damages to a maximum of $100,000.00 for each single person and $300,000.00 for each single occurrence for bodily injury or death. It is Cameron County's position, with respect to all parties and the entire suit, that any claim for damages against it is subject to the

-3-

single occurrence limitation of damages in the amount of $300,000.00. Considering the magnitude of the underlying lawsuit, it is in each of the parties economic interest, especially Cameron County based on a cost of defense and the limit of exposure, to have the contribution claims addressed in separate a trial. Moreover, addressing this issue will directly impact the pending state court actions, styled *The State of Texas vs. Brown Water Towing I, Inc., et al.*, Cause No. 2001-09-4137-A, in the 107th District Court which is also in the interest of judicial economy.

For these reasons, Third-Party Defendant Cameron County asks the court to sever the Petitioners' complaints against Cameron County and order separate lawsuits from the underlying action and to order the clerk of the Court to assign a new number to the severed action.

## III.

## CERTIFICATE OF CONFERENCE

The undersigned has conferred, in writing, with attorneys of record regarding this motion. After communicating with certain counsel and not hearing any response from other counsel, it was understood, this motion would be opposed.

WHEREFORE, PREMISES CONSIDERED, Third-Party Defendant Cameron County prays that this Court set this motion for hearing, grant this Motion for Continuance and/or Motion to Sever, and grant such other and further relief to which it may show itself to be justly entitled to.

-4-

**Signed** on November 3, 2004.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
1534 E. 6th Street Suite 200
Brownsville, Texas  78520
Telephone:  (956) 541-1846
Facsimile:  (956) 541-1893

By: _____
Roman "Dino" Esparza
State Bar No. 00795337
Federal Id No. 1937

Charles Willette, Jr.
State Bar No. 21509700
Federal Id No. 22703

-5-

## CERTIFICATE OF SERVICE

I, hereby certify that on November 3, 2004, a true and correct copy of the above and foregoing has been served on all counsel of record via Certified Mail, Return Receipt Requested as herein below noted:

_____
Roman "Dino" Esparza

**Via CMRRR 7003 0500 0001 0985 0514**
Will W. Pierson
Royston, Rayzor, Vickery & Williams, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, TX 78471
*Attorneys for Petitioners/Third-Party Plaintiffs, Brown Water I, Inc and Brown Water Marine Service , Inc.*

**Via CMRRR 7003 0500 0001 0985 0453**
Mr. Glenn G. Goodier
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.,
201 St. Charles Ave.,
New Orleans, LA 70170-5100
*Attorneys for Petitioners/Third Party Plaintiffs, American Commercial Lines, LLC and American Commercial Barge Line, LLC*

**Via CMRRR 7003 0500 0001 0985 0491**
Mr. Jack F. Gilbert
Office of the Attorney General
Transportation Division
Post Office Box 12548
Austin, Texas 78711-2548
*Attorneys for the State of Texas*

**Via CMRRR 7003 5000 0001 0985 0507**
Ray R. Marchan
Watts Law Frim L.L.P.
1926 E. Elizabeth
Brownsville, TX 78520
*Attorney for claimants*

**Via First Class U.S. Mail**
Mark J. Spansel
Adams & Reese, L.L.P.
701 Poydras, Suite 4500
One Shell Square
New Orleans, LA 70139

**Via First Class U.S. Mail**
James B. Manley
Attorneys at Law
200 William Barnett
Cleveland, TX 77327

**Via First Class U.S. Mail**
John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, TX 78501

**Via First Class U.S. Mail**
Mr. J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
1400 Woodlock Forest Dr., Suite 575
The Woodlands, Texas 77380

**Via First Class U.S. Mail**
Mr. William Q. McManus
Mr. Steve Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

-6-

**Via First Class U.S. Mail**
Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
2009 East Harrison, Suite B
Harlingen, Texas 78550

**Via First Class U.S. Mail**
Mr. Les Cassidy
Woolsey & Cassidy, P.C.
1020 North Water Street
Corpus Christi, Texas 78471

**Via First Class U.S. Mail**
Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

**Via First Class U.S. Mail**
Mr. Ramond Thomas
Mr. Andres Gonzalez
Kittelmen, Thomas, Ramirez & Gonzales
4900-B N. 10th Street
McAllen, Texas 78504

**Via First Class U.S. Mail**
Mr. Thomas R. Ajamie
Mr. S. Mark Strawn, Esq.
Ajamie, L.L.P.
Pennzoil Place-South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002

**Via First Class U.S. Mail**
Mr. Julian Rodriguez, Jr.
Julian Rodriguez, Jr. & Associates, P.C.
10113 N. 10th Street, Suite C
McAllen, Texas 78504

**Via First Class U.S. Mail**
Mr. Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307

**Via First Class U.S. Mail**
Mr. Jim S. Hart
Ms. Nejd Yaziji
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

**Via First Class U.S. Mail**
Mr. Frank Enriquez
Mr. Robert Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

**Via First Class U.S. Mail**
Mr. J.A. Magallanes
Carlos Escobar
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Blvd.
Post Office Box 4901
Brownsville, Texas 78520

**Via First Class U.S. Mail**
Mr. Geoffrey Amsel
SBC Management Services
175 East Houston Street, 4th Floor
San Antonio, Texas 78205

**Via First Class U.S. Mail**
Mr. Richard Leo Harrell
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 1400 (78470)
P.O. Box 480
Corpus Christi, Texas 78403-0480

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION<br>OF BROWN WATER TOWING, INC., AS<br>OWNER, AND<br>BROWN WATER MARINE SERVICE,<br>INC, AS BAREBOAT CHARTERER OF<br>THE BROWN WATER V, ITS ENGINES<br>TACKLE, ETC., IN A CAUSE OF<br>EXONERATION FROM OR LIMITATION<br>OF LIABILITY | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | C.A. NO. B-01-157<br>Admiralty<br><br><br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION<br>OF AMERICAN COMMERCIAL LINES,<br>LLC AS OWNER, AND AMERICAN<br>COMMERCIAL BARGE LINES, LLC<br>AS CHARTERER OF THE BARGES<br>NM-315, VLB-9182, ACL-9933B,<br>VLB-9173, IN A CAUSE OF<br>EXONERATION FROM OR LIMITATION<br>OF LIABILITY | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | C.A. No. B-02-004<br>Admiralty<br><br><br><br><br><br><br>and |
| IN RE THE COMPLAINT AND PETITION<br>OF DEERE CREDIT, INC.,(FORMERLY<br>SENSTAR FINANCE COMPANY), AS<br>OWNER OF THE BARGE NM-315 AND<br>STATE STREET BANK AND TRUST<br>COMPANY OF CONNECTICUT,<br>NATIONAL ASSOCIATION, AS OWNER<br>TRUSTEE OF THE BARGE ACL-9933B<br>AND NOT IN ITS INDIVIDUAL<br>CAPACITY, AND GENERAL ELECTRIC<br>CAPITAL CORPORATION, AS<br>BENEFICIAL OWNER OF THE BARGE<br>ACL-9933B PRAYING FOR<br>EXONERATION FROM AND/OR<br>LIMITATION OF LIABILITY | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | C.A. NO. B-02-125<br>Admiralty |

**CAMERON COUNTY'S MOTION FOR CONTINUANCE and/or MOTION TO SEVER**

On this _____ day of _____, 2004, came on to be considered Cameron County's Motion for Continuance and/or Motion to Sever in the above styled and numbered cause.

IT IS THEREFORE ORDERED that a hearing on the Motion be and is hereby set for _____ day of _____, 2004, at _____ o'clock _____.m. in the United States District Court for the Southern District of Texas, Brownsville Division, Cameron County, Texas.

SIGNED FOR ENTRY this _____ day of _____, 2004.

_____
JUDGE PRESIDING

Copies to:

Will W. Pierson
Royston, Rayzor, Vickery &
Williams, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, TX 78471

Mr. Glenn G. Goodier
Jones, Walker, Waechter,
Poitevent, Carrere & Denegre,
L.L.P.
201 St. Charles Ave.,
New Orleans, LA 70170-5100

Mr. Jack F. Gilbert
Office of the Attorney General
Transportation Division
Post Office Box 12548
Austin, Texas 78711-2548

Mark J. Spansel
Adams & Reese, L.L.P.
701 Poydras, Suite 4500
One Shell Square
New Orleans, LA 70139

James B. Manley
Attorneys at Law
200 William Barnett
Cleveland, TX 77327

Ray R. Marchan
Watts Law Frim L.L.P.
1926 E. Elizabeth
Brownsville, TX 78520

John David Franz
The Law Offices of John David
Franz
400 N. McColl
McAllen, TX 78501

Mr. J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
1400 Woodlock Forest Dr.,
Suite 575
The Woodlands, Texas 77380

Mr. William Q. McManus
Mr. Steve Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

Mr. Heriberto Medrano
Law Offices of Heriberto
Medrano
2009 East Harrison, Suite B
Harlingen, Texas 78550

Mr. Les Cassidy
Woolsey & Cassidy, P.C.
1020 North Water Street
Corpus Christi, Texas 78471

Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

Mr. Ramond Thomas
Mr. Andres Gonzalez
Kittlemen, Thomas, Ramirez &
Gonzales
4900-B N. 10th Street
McAllen, Texas 78504

Mr. Thomas R. Ajamie
Mr. S. Mark Strawn, Esq.
Ajamie, L.L.P.
Pennzoil Place-South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002

Mr. Julian Rodriguez, Jr.
Julian Rodriguez, Jr. &
Associates, P.C.
10113 N. 10th Street, Suite C
McAllen, Texas 78504

Mr. Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307

Mr. Jim S. Hart
Ms. Nejd Yaziji
Williams Bailey Law Firm,
L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

Mr. Frank Enriquez
Mr Robert Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

Mr. J.A. Magallanes
Carlos Escobar
Magallanes, Hinojosa &
Mancias, P.C.
1713 Boca Chica Blvd.
Post Office Box 4901
Brownsville, Texas 78520

Mr. Geoffrey Amsel
SBC Management Services
175 East Houston Street, 4th
Floor
San Antonio, Texas 78205

Mr. Richard Leo Harrell
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 1400
(78470)
P.O. Box 480
Corpus Christi, Texas 78403-
0480

-9-

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION | * | C.A. NO. B-01-157 |
| OF BROWN WATER TOWING, INC., AS | * | Admiralty |
| OWNER, AND | * | |
| BROWN WATER MARINE SERVICE, | * | |
| INC, AS BAREBOAT CHARTERER OF | * | |
| THE BROWN WATER V, ITS ENGINES | * | |
| TACKLE, ETC., IN A CAUSE OF | * | |
| EXONERATION FROM OR LIMITATION | * | |
| OF LIABILITY | * | Consolidated with |
| | * | |
| IN RE THE COMPLAINT AND PETITION | * | C.A. No. B-02-004 |
| OF AMERICAN COMMERCIAL LINES, | * | Admiralty |
| LLC AS OWNER, AND AMERICAN | * | |
| COMMERCIAL BARGE LINES, LLC | * | |
| AS CHARTERER OF THE BARGES | * | |
| NM-315, VLB-9182, ACL-9933B, | * | |
| VLB-9173, IN A CAUSE OF | * | |
| EXONERATION FROM OR LIMITATION | * | |
| OF LIABILITY | * | and |
| | * | |
| IN RE THE COMPLAINT AND PETITION | * | C.A. NO. B-02-125 |
| OF DEERE CREDIT, INC.,(FORMERLY | * | Admiralty |
| SENSTAR FINANCE COMPANY), AS | * | |
| OWNER OF THE BARGE NM-315 AND | * | |
| STATE STREET BANK AND TRUST | * | |
| COMPANY OF CONNECTICUT, | * | |
| NATIONAL ASSOCIATION, AS OWNER | * | |
| TRUSTEE OF THE BARGE ACL-9933B | * | |
| AND NOT IN ITS INDIVIDUAL | * | |
| CAPACITY, AND GENERAL ELECTRIC | * | |
| CAPITAL CORPORATION, AS | * | |
| BENEFICIAL OWNER OF THE BARGE | * | |
| ACL-9933B PRAYING FOR | * | |
| EXONERATION FROM AND/OR | * | |
| LIMITATION OF LIABILITY | * | |
| | * | |

**ORDER GRANTING MOTION FOR CONTINUANCE and/or MOTION TO SEVER**

-10-

On this the _____ day of _____, 2004, Cameron County's Motion for Continuance in the above matter was properly brought to the Court's attention, and the Court is of the opinion that said motion should be GRANTED;

IT IS THEREFORE ORDERED that the Motion for Continuance be GRANTED.

Cameron County's Motion to Sever was also considered by the Court and the Court is of the opinion that said motion should be GRANTED;

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Clerk of the Court shall assign the severed action a separate cause number. The separate action shall be reset for trial on the merits on the _____ day of _____, 2004 at _____ a.m. with announcements on the _____ day of _____, 2004 at _____ a.m.

SIGNED FOR ENTRY on this the _____ day of _____, 2004.

_____
JUDGE PRESIDING

Copies to:

Will W. Pierson
Royston, Rayzor, Vickery &
Williams, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, TX 78471

Mr. Glenn G. Goodier
Jones, Walker, Waechter, Poitevent,
Carrere & Denegre, L.L.P.
201 St. Charles Ave.,
New Orleans, LA 70170-5100

Mr. Jack F. Gilbert
Office of the Attorney General
Transportation Division
Post Office Box 12548
Austin, Texas 78711-2548

Mark J. Spansel
Adams & Reese, L.L.P.
701 Poydras, Suite 4500
One Shell Square
New Orleans, LA 70139

James B. Manley
Attorneys at Law
200 William Barnett
Cleveland, TX 77327

Ray R. Marchan
Watts Law Frim L.L.P.
1926 E. Elizabeth
Brownsville, TX 78520

John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, TX 78501

Mr. J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
1400 Woodlock Forest Dr., Suite 575
The Woodlands, Texas 77380

Mr. William Q. McManus
Mr. Steve Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
2009 East Harrison, Suite B
Harlingen, Texas 78550

Mr. Les Cassidy
Woolsey & Cassidy, P C.
1020 North Water Street
Corpus Christi, Texas 78471

Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

Mr. Ramond Thomas
Mr. Andres Gonzalez
Kittlemen, Thomas, Ramirez &
Gonzales
4900-B N. 10th Street
McAllen, Texas 78504

Mr. Thomas R. Ajamie
Mr. S. Mark Strawn, Esq.
Ajamie, L.L.P.
Pennzoil Place-South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002

Mr. Julian Rodriguez, Jr.
Julian Rodriguez, Jr. & Associates, P.C.
10113 N. 10th Street, Suite C
McAllen, Texas 78504

Mr. Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307

Mr. Jim S. Hart
Ms. Nejd Yaziji
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

Mr. Frank Enriquez
Mr. Robert Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

Mr. J.A. Magallanes
Carlos Escobar
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Blvd.
Post Office Box 4901
Brownsville, Texas 78520

Mr. Geoffrey Amsel
SBC Management Services
175 East Houston Street, 4th Floor
San Antonio, Texas 78205

Mr. Richard Leo Harrell
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 1400 (78470)
P.O. Box 480
Corpus Christi, Texas 78403-0480

-11-

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION | * | C.A. NO. B-01-157 |
| OF BROWN WATER TOWING, INC., AS | * | Admiralty |
| OWNER, AND | * | |
| BROWN WATER MARINE SERVICE, | * | |
| INC, AS BAREBOAT CHARTERER OF | * | |
| THE BROWN WATER V, ITS ENGINES | * | |
| TACKLE, ETC., IN A CAUSE OF | * | |
| EXONERATION FROM OR LIMITATION | * | |
| OF LIABILITY | * | Consolidated with |
| | * | |
| IN RE THE COMPLAINT AND PETITION | * | C.A. No. B-02-004 |
| OF AMERICAN COMMERCIAL LINES, | * | Admiralty |
| LLC AS OWNER, AND AMERICAN | * | |
| COMMERCIAL BARGE LINES, LLC | * | |
| AS CHARTERER OF THE BARGES | * | |
| NM-315, VLB-9182, ACL-9933B, | * | |
| VLB-9173, IN A CAUSE OF | * | |
| EXONERATION FROM OR LIMITATION | * | |
| OF LIABILITY | * | and |
| | * | |
| IN RE THE COMPLAINT AND PETITION | * | C.A. NO. B-02-125 |
| OF DEERE CREDIT, INC.,(FORMERLY | * | Admiralty |
| SENSTAR FINANCE COMPANY), AS | * | |
| OWNER OF THE BARGE NM-315 AND | * | |
| STATE STREET BANK AND TRUST | * | |
| COMPANY OF CONNECTICUT, | * | |
| NATIONAL ASSOCIATION, AS OWNER | * | |
| TRUSTEE OF THE BARGE ACL-9933B | * | |
| AND NOT IN ITS INDIVIDUAL | * | |
| CAPACITY, AND GENERAL ELECTRIC | * | |
| CAPITAL CORPORATION, AS | * | |
| BENEFICIAL OWNER OF THE BARGE | * | |
| ACL-9933B PRAYING FOR | * | |
| EXONERATION FROM AND/OR | * | |
| LIMITATION OF LIABILITY | * | |
| | * | |

## AFFIDAVIT

STATE OF TEXAS                          §
                                        §
COUNTY OF CAMERON                       §

Before me the undersigned authority, personally appeared ROMAN "DINO" ESPARZA

who, being by me duly sworn, deposed as follows:

My name is ROMAN "DINO" ESPARZA. I am counsel of record for Cameron County. I

am of sound mind, capable of making this affidavit, and personally acquainted with the assertions

contained in Cameron County's Motion Motion for Continuance and/or Motion to Sever and the

facts herein stated, and they are true and correct. I have advised Cameron County of the pending trial

date and all deadlines contained in the Court's scheduling order and Cameron County needs more

time to prepare this case for trial.

This cause is currently set for trial/jury selection on February 7, 2005. Cameron County filed

its original answers to the Petitioners' third-party complaints on October 12, 2004. The underlying

lawsuit was initiated in September of 2001 and it is a very complex case. Litigation has been

ongoing for a long while and it would be near impossible for Cameron County to be ready for trial

on the set date. Cameron County respectfully requests the Court to grant it time to evaluate its

defense in order to properly defend itself in this lawsuit.

Additional discovery and investigation into this case remains pending. Cameron County has

not yet made determinations as to issues regarding potential dispositive motions, experts, and

continued investigation which will be needed. Critical deadlines set out in the Court's scheduling

order have passed and other important deadlines are quickly approaching, such as completion of

discovery November 23, 2004. Cameron County seeks a re-setting of the current trial date to allow

adequate time to prepare this case for trial.

Further affiant sayeth not.

_____
Roman "Dino" Esparza

SUBSCRIBED AND SWORN TO BEFORE ME on the 3rd day of November 2004, to

certify which witness my hand and official seal.



_____
NOTARY PUBLIC IN AND FOR THE
STATE OF TEXAS
My Commission Expires: 5/22/2005

## CERTIFICATE OF SERVICE

I, hereby certify that on November 3, 2004, a true and correct copy of the above and foregoing has been served on all counsel of record via Certified Mail, Return Receipt Requested as herein below noted:

_____
Roman "Dino" Esparza

**Via CMRRR 7003 0500 0001 0985 0484**
Will W. Pierson
Royston, Rayzor, Vickery & Williams, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, TX 78471
*Attorneys for Petitioners/Third-Party Plaintiffs, Brown Water I, Inc and Brown Water Marine Service , Inc.*

**Via CMRRR7003 0500 0001 0985 0453**
Mr. Glenn G. Goodier
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.,
201 St. Charles Ave.,
New Orleans, LA 70170-5100
*Attorneys for Petitioners/Third Party Plaintiffs, American Commercial Lines, LLC and American Commercial Barge Line, LLC*

**Via CMRRR 7003 0500 0001 0985 0491**
Mr. Jack F. Gilbert
Office of the Attorney General
Transportation Division
Post Office Box 12548
Austin, Texas 78711-2548
*Attorneys for the State of Texas*

**Via CMRRR 7003 5000 0001 0985 0507**
Ray R. Marchan
Watts Law Frim L.L.P.
1926 E. Elizabeth
Brownsville, TX 78520
*Attorney for claimants*

**Via First Class U.S. Mail**
Mark J. Spansel
Adams & Reese, L.L.P.
701 Poydras, Suite 4500
One Shell Square
New Orleans, LA 70139

**Via First Class U.S. Mail**
James B. Manley
Attorneys at Law
200 William Barnett
Cleveland, TX 77327

**Via First Class U.S. Mail**
John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, TX 78501

**Via First Class U.S. Mail**
Mr. J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
1400 Woodlock Forest Dr., Suite 575
The Woodlands, Texas 77380

**Via First Class U.S. Mail**
Mr. William Q. McManus
Mr. Steve Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

-6-

**Via First Class U.S. Mail**
Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
2009 East Harrison, Suite B
Harlingen, Texas 78550

**Via First Class U.S. Mail**
Mr. Les Cassidy
Woolsey & Cassidy, P.C.
1020 North Water Street
Corpus Christi, Texas 78471

**Via First Class U.S. Mail**
Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

**Via First Class U.S. Mail**
Mr. Ramond Thomas
Mr. Andres Gonzalez
Kittlemen, Thomas, Ramirez & Gonzales
4900-B N. 10th Street
McAllen, Texas 78504

**Via First Class U.S. Mail**
Mr. Thomas R. Ajamie
Mr. S. Mark Strawn, Esq.
Ajamie, L.L.P.
Pennzoil Place-South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002

**Via First Class U.S. Mail**
Mr. Julian Rodriguez, Jr.
Julian Rodriguez, Jr. & Associates, P.C.
10113 N. 10th Street, Suite C
McAllen, Texas 78504

**Via First Class U.S. Mail**
Mr. Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307

**Via First Class U.S. Mail**
Mr. Jim S. Hart
Ms. Nejd Yaziji
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

**Via First Class U.S. Mail**
Mr. Frank Enriquez
Mr. Robert Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

**Via First Class U.S. Mail**
Mr. J.A. Magallanes
Carlos Escobar
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Blvd.
Post Office Box 4901
Brownsville, Texas 78520

**Via First Class U.S. Mail**
Mr. Geoffrey Amsel
SBC Management Services
175 East Houston Street, 4th Floor
San Antonio, Texas 78205

**Via First Class U.S. Mail**
Mr. Richard Leo Harrell
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 1400 (78470)
P.O. Box 480
Corpus Christi, Texas 78403-0480