IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC, AS BAREBOAT CHARTERER OF THE BROWN WATER V, ITS ENGINES TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * * * * * * | C.A. NO. B-01-157 Admiralty<br><br><br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES, LLC AS OWNER, AND AMERICAN COMMERCIAL BARGE LINES, LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * * * * * * | C.A. No. B-02-004 Admiralty<br><br><br><br><br><br><br>and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC.,(FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | * * * * * * * * * * * * * * * * * | C.A. NO. B-02-125 Admiralty |

**CAMERON COUNTY'S MOTION FOR CONTINUANCE and/or MOTION TO SEVER**

On this _____ day of _____, 2004, came on to be considered Cameron County's Motion for Continuance and/or Motion to Sever in the above styled and numbered cause.

IT IS THEREFORE ORDERED that a hearing on the Motion be and is hereby set for _____ day of _____, 2004, at _____ o'clock _____.m. in the United States District Court for the Southern District of Texas, Brownsville Division, Cameron County, Texas.

SIGNED FOR ENTRY this _____ day of _____, 2004.

_____
JUDGE PRESIDING

Copies to:

Will W. Pierson
Royston, Rayzor, Vickery &
Williams, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, TX 78471

Mr. Glenn G. Goodier
Jones, Walker, Waechter,
Poitevent, Carrere & Denegre,
L.L.P.
201 St. Charles Ave.,
New Orleans, LA 70170-5100

Mr. Jack F. Gilbert
Office of the Attorney General
Transportation Division
Post Office Box 12548
Austin, Texas 78711-2548

Mark J. Spansel
Adams & Reese, L.L.P.
701 Poydras, Suite 4500
One Shell Square
New Orleans, LA 70139

James B. Manley
Attorneys at Law
200 William Barnett
Cleveland, TX 77327

Ray R. Marchan
Watts Law Frim L.L.P.
1926 E. Elizabeth
Brownsville, TX 78520

John David Franz
The Law Offices of John David
Franz
400 N. McColl
McAllen, TX 78501

Mr. J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
1400 Woodlock Forest Dr.,
Suite 575
The Woodlands, Texas 77380

Mr. William Q. McManus
Mr. Steve Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

Mr. Heriberto Medrano
Law Offices of Heriberto
Medrano
2009 East Harrison, Suite B
Harlingen, Texas 78550

Mr. Les Cassidy
Woolsey & Cassidy, P.C.
1020 North Water Street
Corpus Christi, Texas 78471

Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

Mr. Ramond Thomas
Mr. Andres Gonzalez
Kittlemen, Thomas, Ramirez &
Gonzales
4900-B N. 10th Street
McAllen, Texas 78504

Mr. Thomas R. Ajamie
Mr. S. Mark Strawn, Esq.
Ajamie, L.L.P.
Pennzoil Place-South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002

Mr. Julian Rodriguez, Jr.
Julian Rodriguez, Jr. &
Associates, P.C.
10113 N. 10th Street, Suite C
McAllen, Texas 78504

Mr. Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307

Mr. Jim S. Hart
Ms. Nejd Yaziji
Williams Bailey Law Firm,
L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

Mr. Frank Enriquez
Mr. Robert Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

Mr. J.A. Magallanes
Carlos Escobar
Magallanes, Hinojosa &
Mancias, P.C.
1713 Boca Chica Blvd.
Post Office Box 4901
Brownsville, Texas 78520

Mr. Geoffrey Amsel
SBC Management Services
175 East Houston Street, 4th
Floor
San Antonio, Texas 78205

Mr. Richard Leo Harrell
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 1400
(78470)
P.O. Box 480
Corpus Christi, Texas 78403-0480