IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC, AS BAREBOAT CHARTERER OF THE BROWN WATER V, ITS ENGINES TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * * * * * * * | C.A. NO. B-01-157<br>Admiralty<br><br><br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES, LLC AS OWNER, AND AMERICAN COMMERCIAL BARGE LINES, LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * * * * * * | C.A. No. B-02-004<br>Admiralty<br><br><br><br><br><br><br>and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC.,(FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | * * * * * * * * * * * * * * * * * | C.A. NO. B-02-125<br>Admiralty |

**AFFIDAVIT**

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF CAMERON | § |

Before me the undersigned authority, personally appeared ROMAN "DINO" ESPARZA who, being by me duly sworn, deposed as follows:

My name is ROMAN "DINO" ESPARZA. I am counsel of record for Cameron County. I am of sound mind, capable of making this affidavit, and personally acquainted with the assertions contained in Cameron County's Motion Motion for Continuance and/or Motion to Sever and the facts herein stated, and they are true and correct. I have advised Cameron County of the pending trial date and all deadlines contained in the Court's scheduling order and Cameron County needs more time to prepare this case for trial.

This cause is currently set for trial/jury selection on February 7, 2005. Cameron County filed its original answers to the Petitioners' third-party complaints on October 12, 2004. The underlying lawsuit was initiated in September of 2001 and it is a very complex case. Litigation has been ongoing for a long while and it would be near impossible for Cameron County to be ready for trial on the set date. Cameron County respectfully requests the Court to grant it time to evaluate its defense in order to properly defend itself in this lawsuit.

Additional discovery and investigation into this case remains pending. Cameron County has not yet made determinations as to issues regarding potential dispositive motions, experts, and continued investigation which will be needed. Critical deadlines set out in the Court's scheduling order have passed and other important deadlines are quickly approaching, such as completion of discovery November 23, 2004. Cameron County seeks a re-setting of the current trial date to allow adequate time to prepare this case for trial.

Further affiant sayeth not.

_____
Roman "Dino" Esparza

SUBSCRIBED AND SWORN TO BEFORE ME on the 3rd day of November 2004, to certify which witness my hand and official seal.

_____
NOTARY PUBLIC IN AND FOR THE
STATE OF TEXAS
My Commission Expires: 5/22/2005