United States District Court
Southern District of Texas
FILED

NOV 0 8 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND § <br> PETITION OF BROWN WATER § <br> TOWING I, INC., AS OWNER, AND § <br> BROWN WATER MARINE SERVICE, § <br> INC., AS BAREBOAT CHARTERER, OF § <br> THE BROWN WATER V, ITS ENGINES, § <br> TACKLE, ETC. IN A CAUSE OF § <br> EXONERATION FROM OR § <br> LIMITATION OF LIABILITY § | | C. A. NO. B-01-157 <br> Admiralty <br><br><br><br><br> Consolidated with |
| IN RE THE COMPLAINT AND § <br> PETITION OF AMERICAN § <br> COMMERCIAL LINES LLC AS § <br> OWNER, AND, and AMERICAN § <br> COMMERCIAL BARGE LINES, LLC, § <br> AS CHARTERER OF THE BARGES § <br> NM-315,VLB-9182,ACL-9933B, § <br> VLB-9173, IN A CAUSE OF § <br> EXONERATION FROM OR § <br> LIMITATION OF LIABILITY § | | C. A. NO. B-02-004 <br> Admiralty |

PETITIONERS', BROWN WATER TOWING I, INC. AND BROWN WATER
MARINE SERVICE, INC. UNOPPOSED MOTION TO WITHDRAW THEIR
**MOTION TO CONSOLIDATE**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW the Petitioners, **Brown Water Towing I, Inc. and Brown Water Marine Service, Inc.** and files this their unopposed Motion to Withdraw their Motion to Consolidate and would respectfully show the court as follows:

I.

On May 6, 2004, Petitioners filed a Motion to Consolidate in the above captioned matter. David Fowler subsequently settled with Brown Water Marine Service, Inc., and Brown Water

49477:1127877.1:110104

Towing I. As a result, and David Fowler's lawsuit has been dismissed though the Agreed Order of Dismissal attached as Exhibit "A."

II.

Consequently, Petitioners request to withdraw their motion to consolidate as it is no longer warranted.

WHEREFORE, PREMISES CONSIDERED, Petitioners, **Brown Water Towing I, Inc. and Brown Water Marine Service, Inc.**, respectfully request that the Court enter an Order withdrawing its Motion to Consolidate. The Petitioners also seek such other and further relief, both general and special, to which they may show themselves justly entitled.

Respectfully submitted,

Will W. Pierson
State Bar No. 15534600
Federal ID No. 1931
Keith N. Uhles
State Bar No. 20371100
Federal ID No. 1936
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
Telephone (361) 884-8808
Facsimile (361) 884-7261
**Attorneys for Petitioners, Brown Water Towing I, Inc. and Brown Water Marine Service, Inc.**

OF COUNSEL:

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

## CERTIFICATE OF CONSULTATION

There is no known opposition to this motion.

Will W. Pierson

## CERTIFICATE OF SERVICE

   This certifies that a true and correct copy of the foregoing document was sent by the indicated means to counsel of record on this the _4th_ day of November, 2004 as follows:

**VIA REGULAR MAIL**

Mr. Stephen M. Vaughan
712 Main Street, Ste. 1600
Houston, Texas 77001

Mr. Jack F. Gilbert
Office of the Attorney General
Transportation Division
Post Office Box 12548
Austin, Texas 78711-2548

Mark J. Spansel
Adams & Reese, L.L.P.
4500 One Shell Square
New Orleans, LA 70139

Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
2009 East Harrison, Suite B
Harlingen, Texas 78550

Mr. James B. Manley
Attorneys at Law
200 William Barnett
Cleveland, Texas 77327

Mr. Ray R. Marchan
WATTS LAW FIRM
1926 E. Elizabeth
Brownsville, Texas 78520

John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381

William Q. McManus
Steve Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

Mr. Les Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471

Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

Mr. Raymond Thomas/Mr. Andres Gonzalez
Kittleman, Thomas, Ramirez & Gonzales
4900-B N. 10th Street
McAllen, Texas 78504

Thomas R. Ajamie
S. Mark Strawn, Esq.
Ajamie, L.L.P.
Pennzoil Place-South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002

Mr. Julian Rodriguez, Jr.
Julian Rodriguez, Jr. & Associates, P.C.
10113 N. 10th Street, Suite C
McAllen, Texas 78504

Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307

Jim S. Hart
Nejd Yaziji
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

Frank Enriquez
Robert Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

Richard Leo Harrell
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 1400 (78470)
P.O. Box 480
Corpus Christi, Texas 78403-0480

Mr. Geoffrey Amsel
SBC Texas Legal
175 E. Houston, 4th Floor
San Antonio, Texas 78205

Glenn G. Goodier
Jones, Walker, Waechter, Poitevent, Carrere
 & Denegre, L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100

Mr. J. A. Magallanes
Carlos Escobar
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Blvd.
Post Office Box 4901
Brownsville, Texas 78520

Mr. Dino Esparza
Willette & Guerra, LLP
1534 E 6th Street, Suite 200
Brownsville, Texas 78520