IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C. A. NO. B-01-157 Admiralty<br><br><br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315,VLB-9182,ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | C. A. NO. B-02-004 Admiralty |

## ORDER

On this day came to be heard the Motion of Petitioners, **Brown Water Towing I, Inc. and Brown Water Marine Service, Inc.** to Withdraw Petitioners, Brown Water Towing I, Inc. and Brown Water Marine Service, Inc.'s Motion to Consolidate. After considering said motion, it is the opinion of the Court that the Motion to Withdraw should be granted. It is, therefore,

**ORDERED** that Petitioners, Brown Water Towing I, Inc. and Brown Water Marine Service, Inc.'s pending Motion to Consolidate is withdrawn.

**DONE AND ENTERED** on this _____ day of November, 2004 at Brownsville, Texas.

HON. HILDA TAGLE
UNITED STATES DISTRICT JUDGE