AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**PLAINTIFF**

SEE ATTACHED.

V. DEFENDANT AND THIRD PARTY PLAINTIFF

THIRD PARTY SUMMONS IN A
CIVIL ACTION

CASE NUMBER: 01-157 c/w 02-004,
c/w 02-125

V. THIRD PARTY DEFENDANT
A.G. Hill Power, Inc. a/k/a JHB Enterprises, Inc.

To: (Name and address of Third-Party Defendant)

A.G. Hill Power, Inc. a/k/a JHB Enterprises, Inc.
Through Its Registered Agent, Mr. Jack H. Bennett
112 Lakeshore Drive
Corpus Christi, TX 78413

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this court and serve upon

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Glenn G. Goodier, Esq.<br>Jones, Walker<br>201 St. Charles Avenue<br>New Orleans, LA 70170-5100<br>Will Pierson, Esq.<br>Royston, Rayzor, Vickery & Williams<br>1700 Wilson Plaza West<br>606 N. Carancahua<br>Corpus Christi, TX 78476<br>Les Cassidy<br>814 Leopard<br>Corpus Christi, TX 78401 | Glenn E. Goodier, Esq.<br>Jones, Walker<br>201 St. Charles Avenue<br>New Orleans, LA 70170-5100<br>Will Pierson, Esq.<br>Royston, Rayzor, Vickery & Williams<br>1700 Wilson Plaza West<br>606 N. Carancahua<br>Corpus Christi, TX 78476<br>Les Cassidy, Esq.<br>814 Leopard<br>Corpus Christi, TX 78401 |

an answer to the third-party complaint which is herewith served upon you within ___20___ days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, unless (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of third-party plaintiff.

Michael N. Milby, Clerk of Court

CLERK

_(signature)_

(BY) DEPUTY CLERK

DATE: NOV - 1 2004

© 2000 WordMill Inc.