IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | |
| PETITION OF BROWN WATER | § | **C. A. NO. B-01-157** |
| TOWING I, INC., AS OWNER, AND | § | **Admiralty** |
| BROWN WATER MARINE SERVICE, | § | |
| INC., AS BAREBOAT CHARTERER, OF | § | |
| THE BROWN WATER V, ITS ENGINES, | § | |
| TACKLE, ETC. IN A CAUSE OF | § | |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |
| | § | **Consolidated with** |
| | § | |
| IN RE THE COMPLAINT AND | § | |
| PETITION OF AMERICAN | § | **C. A. NO. B-02-004** |
| COMMERCIAL LINES LLC AS | § | **Admiralty** |
| OWNER, AND, and AMERICAN | § | |
| COMMERCIAL BARGE LINES, LLC, | § | |
| AS CHARTERER OF THE BARGES | § | |
| NM-315,VLB-9182,ACL-9933B, | § | |
| VLB-9173, IN A CAUSE OF | § | |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

## DESIGNATION OF EXPERTS OF BROWN WATER MARINE SERVICE, INC. AND BROWN WATER TOWING I, INC.

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Petitioners Brown Water Marine Service, Inc. and Brown Water Towing I, Inc.

(hereinafter collectively "Brown Water") and provide their disclosure of expert testimony pursuant

to Rule 26(a)(2) of the Federal Rules of Civil Procedure.

**I.**

The following expert witnesses have been retained by Brown Water and may be asked to

present testimony at trial, either live, via deposition, or through the introduction of records:

1.    Jeremy Charles Coleman
      Principal Consultant
      Burness Corlett & Partners, Ltd.
      Baltic House, Station Road
      Ballasalla, Isle of Man IM9 2AE
      Telephone: 01624 822808

2.    Allen R. Schultz
      909 Silber Road, #53
      Houston, Texas 77024
      (713) 812-7673

3.    Francisco I. Perez, Ph.D.
      Francisco I. Perez, Ph.D. & Associates, P.C.
      6560 Fannin, Ste. 1224
      Houston, Texas 77030
      (713) 790-1225

4.    Captain Ron Yates
      Maritime Consultant
      17199 FM350 North
      Moscow, TX 75960
      (936) 398-2180

5.    Malcom G. McLaren
      McLaren Engineering Group
      100 Snake Hill Road
      P.O. Box 600
      West Nyack, NY 10994
      (845) 353-6400

6.    Clovis Morrison
      Morrison & Associates
      3117 Westerwood Drive
      Baton Rouge, Louisiana 70816
      (225) 291-7998

The report and other disclosures of these witnesses are attached.

In addition, witnesses have not been retained by Brown Water to testify in this matter, but

do possess scientific, technical, or other specialized knowledge which could assist the trier of fact

to understand the evidence or determine a fact in issue, and do possess sufficient knowledge, skill, experience, training, or education to be qualified as an expert witness, and may be asked by Defendants to provide such expert testimony, either live, via deposition, or through the introduction of records. These persons presently include those listed in the disclosures of the parties, and the experts retained and/or designated by American Commercial Lines, LLC, American Commercial Barge Lines LLC, Deere Credit, Inc., State Street Bank and Trust Company of Connecticut, National Association, and General Electric Capital Corporation.

## II.

Various other persons who have been identified as having knowledge of relevant facts may also be asked to express opinions or inferences which are (a) rationally based on the perception of the witness; and (b) helpful to a clear understanding of the witness's testimony or a determination of a fact in issue pursuant to Federal Rule of Civil Evidence 701. These persons presently include those listed in the disclosures of the parties.

## III.

Brown Water reserves the right to designate additional expert witnesses to respond to experts designated by other parties.

## IV.

Brown Water reserves the right to supplement this designation of expert witnesses as depositions and other discovery are continuing.

## V.

Brown Water reserves their right to supplement this designation to designate rebuttal or impeachment expert witnesses.

## VI.

Brown Water reserves the right to elicit expert opinion or lay opinion testimony from fact witnesses or other persons with knowledge of facts relevant to this cause who may be called to testify by deposition or at the trial of this cause.

## VII.

Brown Water reserves the right to designate and to elicit opinion testimony from any expert designated and/or called to testify either in deposition or at trial by any other party to this suit.

## VIII.

Brown Water reserves the right to withdraw the designation of any expert and to aver positively that any such previously designated expert will not be called as a witness at trial, and to redesignate same as a consulting expert, who cannot be called by opposing counsel.

## IX.

Brown Water hereby designates, as adverse parties, potentially adverse parties, and/or as witnesses associated with adverse parties, all experts designated by any party to this suit, even if the designating party is not a party to the suit at the time of trial. In the event a present or future party designates any expert but then is dismissed for any reason from the suit or fails to call any designated expert, Brown Water reserves the right to designate and/or call any such experts previously designated by any party.

## X.

Brown Water reserves whatever additional rights it might have with regard to experts, pursuant to the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the case law construing same, and the rulings of this Court.

Respectfully submitted,

Will W. Pierson
State Bar No. 16003100
Federal I.D. No. 1931
Jack C. Partridge
State Bar No. 15534600
Federal I.D. No. 10470
Keith N. Uhles
State Bar No. 20371100
Federal I.D. No. 1936
1700 Wilson Plaza West
606 North Carancahua
Corpus Christi, TX 78476
(361) 884-8808 office
(361) 884-7261 fax
Attorney for Petitioners,
Brown Water Towing I, Inc. and Brown Water Marine
Service, Inc.

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

## CERTIFICATE OF SERVICE

        I hereby certify that a true and correct copy of the foregoing document has been served via regular mail to the below listed counsel on this _____ day of November, 2004.

Mr. Raymond Thomas
Mr. Andres Gonzalez
Kittleman, Thomas, Ramirez & Gonzales
4900-B North 10th Street
McAllen, Texas 78504

Mr. Ray R. Marchan
Watts Law Firm
1926 E. Elizabeth
Brownsville, Texas 78520

Mr. Michael Ratliff
Office of the Attorney General
Transportation Division
Post Office Box 12548
Austin, Texas 78711-2548

Mark J. Spansel
Adams & Reese, L.L.P.
701 Poydras, Suite 4500
One Shell Square
New Orleans, LA 70139

Mr. James B. Manley, P.C.
200 William Barnett
Cleveland, Texas 77327

Mr. John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

Mr. J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
1400 Woodlock Forest Dr., Suite 575
The Woodlands, Texas 77380

Mr. William Q. McManus
Mr. Steve Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
2009 East Harrison, Suite B
Harlingen, Texas 78550

Les Cassidy
Cassidy & Raub
814 Leopard Street
Corpus Christi, Texas 78471

Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

Mr. Thomas R. Ajamie
Mr. S. Mark Strawn, Esq.
Ajamie, L.L.P.
Pennzoil Place-South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002

Mr. Julian Rodriguez, Jr.
Julian Rodriguez, Jr. & Associates, P.C.
10113 N. 10th Street, Suite C
McAllen, Texas 78504

49477:1129416.1:111504

Mr. Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307

Mr. Jim S. Hart
Ms. Nejd Yaziji
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

Mr. Frank Enriquez
Mr. Robert Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

Mr. J. A. Magallanes
Carlos Escobar
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Blvd.
Post Office Box 4901
Brownsville, Texas 78520

Mr. Geoffrey Amsel
SBC Management Services
175 East Houston Street, 4th Floor
San Antonio, Texas 78205

Mr. Glenn G. Goodier
Jones, Walker, Waechter, Poitevent, Carrere
   & Denegre, L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100

Mr. Richard Leo Harrell
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 1400 (78470)
P.O. Box 480
Corpus Christi, Texas 78403-0480

Mr. Dino Esparza
Willette & Guerra, LLP
1534 E 6th Street, Suite 200
Brownsville, Texas 78520

OF ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.