**Allan R. Schultz**
Naval Architect / Marine Engineer / Marine Surveyor

909 Silber Road, #53
Houston, TX 77024, USA
Office / Fax: 713-812-7673

**REPORT**

**M/T "BROWNWATER V" ALLISION WITH QUEEN ISABELLA CAUSEWAY BRIDGE, PORT ISABEL, TEXAS ON SEPTEMBER 15, 2001**

**SURVEY ATTENDANCES RESPECTIVELY CARRIED OUT ON PORT ISABEL AND ARANSAS PASS, TEXAS SEPTEMBER 16, 20 & 21 AND OCTOBER 1 & 2, 2001**

for

Royston, Rayzor, Vickery & Williams, L.L.P.
55 Cove Circle
Brownsville
Texas 78521-2613

**OUR REF:  2004/ARS/R1**
**Report Date:  October 30, 2004**

## TABLE OF CONTENTS

**PAGE**

1. **INTRODUCTION** 1

    1.1. Instructions Received 1

    1.2. Attendance 1

    1.4. The Tug 2

    1.5. The Barges 2

    1.6. Brief Details of Incident 3

2. **SURVEY** 4

    2.1. Description and Mass of Tow 4

    2.2. Damages to Lead Barge – NM315 5

    2.3. Impact versus Falling Object Damages 6

    2.4. Inspection of Tug "BROWNWATER V" 7

3. **TOW SPEED** 8

    3.1 Tow Speed Analysis 8

**LIST OF APPENDICES**

Appendices "A", "B", "C", and "D"     Photographs

Appendix "E"                          Tow Speed Calculation & Miscellaneous Documents

# 1. INTRODUCTION

## 1.1. Instructions Received

1.1.1 On the evening of September 15, 2001 the undersigned received instructions from Mr. Kevin Highfield of London Offshore Consultants, Inc. (LOCH) requesting my attendance in Port Isabel, Texas in order to investigate an allision wherein the tug BROWNWATER V pushing a tow formation of four (4) barges had allegedly contacted the Queen Isabella Causeway Bridge at approximately 0200 hours that same day.

1.1.2 Subsequent instructions to attend were received directly from various involved attorneys of Royston, Rayzor, Vickery and Williams, L.L.P.

## 1.2. Attendance

1.2.1 After conferring with Mr. Dennis McGrath of LOCH, who was already en route to Brownsville by automobile, the undersigned caught the next flight to Brownsville on the morning of September 16, 2001. Mr. James Hunter of RRVW met the undersigned at the Brownsville Airport in order to travel directly to the barge Tow, which was berthed at Port Isabel. Thereafter, with the assistance of Mr. Dennis McGrath of LOCH, damages to the lead barge of the tow (NM315) were surveyed and drafts of all the barges were measured. After completion of the survey, the Undersigned attended at the offices of RRVW in Brownsville to further gather information regarding the case before returning to Houston in the evening of September 16, 2001.

1.2.2 Subsequent attendances were carried out in Port Isabel, Texas on September 20 and 21, 2001 and in Aransas Pass, Texas on October 1 and 2, 2001 in order to measure deformation damage to the Barge NM315 and to inspect the underwater hull of the tug BROWNWATER V, respectively.

## 1.3 Scope of Report

1.3.1 This report describes the damages observed and inventoried during attendances in order to carry out or support subsequent analyses to estimate the speed of the Tow just prior to impact. Photographs taken, tug offsets and calculations during or subsequent to attendance are appended to this report.

## 1.4. The Tug

1.4.1  The m/t BROWN WATER V is an all welded, self-propelled push tug typically used for inland navigable waterway work to push barge tows and endorsed by the USCG for coastwise operation. The following particulars were noted:

|  |  |
|---|---|
| PORT OF REGISTRY | Rockport, Texas, USA |
| OFFICIAL № | 580422 |
| CALL SIGN | WBR 3118 |
| BUILT | Krotz Springs, 1977 |
| OWNERS | Brown Water Marine Service, Inc. |
| OPERATORS | Brown Water Towing I, Inc. |
| CLASS SOCIETY | Un-inspected Vessel |
| GROSS / NET TONNAGE | 84 / 57 |
| LENGTH OVERALL | 49.1ft |
| EXTREME BEAM | 20ft |
| DEPTH | 8.3ft |

## 1.5. The Barges

1.5.1  The Barges making up the Tow were typical covered hopper type barges, commonly seen on inland waterways, having the following noted particulars:

| BARGE | Length (ft) | Breadth (ft) | Depth (ft) | Official No. | Year Built | Gross Tons |
|---|---|---|---|---|---|---|
| 4th Barge VLB9173 | 200 | 35 | 12 | 967622 | 1991 | 705 |
| 3rd Barge VLB9182 | 200 | 35 | 12 | 967631 | 1991 | 705 |
| 2nd Barge ACL9933B | 200 | 35 | 13 | 1084946 | 1999 | 764 |
| Lead Barge NM315 | 195 | 35 | 12 | 953212 | 1989 | 687 |

### 1.6. Brief Details of Incident

1.6.1  The incident is reported to have occurred in or near the Intracoastal Waterway on the south side of the Queen Isabella Causeway Bridge, in the area of Bridge bent nos. 31 and 32 west of the waterway passage approach under the Bridge between bent nos. 35 and 36. The incident reportedly occurred at or around 0200 hours on September 15, 2001.

## 2. SURVEY

### 2.1. Description and Mass of Tow

2.1.1   The Tow was made up with the Tug at its aft end and four (4) barges forward. Alignment of the barges in the Tow was such that the lead, 3rd and 4th barges were aligned with bow to front whereas the 2nd barge had bow to rear (i.e. pointing toward the tugboat). The Tow configuration is listed in the below table from stern most to forward most vessel as reportedly positioned at the time of the incident.

2.1.2   During survey, the following draughts of all vessels in the Tow were measured by Mr. Denis McGrath, as listed in the below table, in order to later allow the Undersigned to estimate the masses of all vessels making up the Tow. The table reported masses were estimated from saltwater generated hydrostatics using each vessel's measured or approximated offsets to build computer models of each vessel.

| VESSEL | Length (ft) | Breadth (ft) | Depth (ft) | Draughts (ft) | | | | MASS (tonnes) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Fwd Port | Fwd Stbd | Aft Port | Aft Stbd | |
| Tug "BROWNWATER V" | 49.1 | 20 | 8.3 | 5.97 | 5.97" | 5.97" | 5.97" | 125.97 |
| 4th Barge VLB9173 | 200 | 35 | 12 | 8'11" | 8'11" | 9'00" | 9'00" | 1829.16 |
| 3rd Barge VLB9182 | 200 | 35 | 12 | 7'00" | 7'00" | 6'10" | 6'10" | 1401.96 |
| 2nd Barge ACL9933B | 200 | 35 | 13 | 9'01" | 9'02" | 9'01" | 9'01" | 1928.92 |
| Lead Barge NM315 | 195 | 35 | 12 | 9'01" | 8'10" | 9'00" | 9'00" | 1696.31 |
| **Total Estimated Tow Mass =** | | | | | | | | **6982.32** |

## 2.2. Damages to Lead Barge – NM315

2.2.1  Various damages were sighted during external and internal forward rake tank inspection of the Barge in way of its bow end. Sighted plate and internal scantling damages at the forward end of the Barge are listed in the following Table 2.2.1.

| Table 2.2.1 – Overall Damages | | |
|---|---|---|
| NO. | FOUND | DIMENSIONS |
| 1. | Eight (8) Diagonal Angles connected to the main deck down to the raked bottom plate sighted as bent within the forward rake tank between approximately the 2nd and 3rd frames aft of the bow headlog. | 8 –, 3.5" x 3.5" x $^{5}/_{16}$" angles, each approx. 11.5' long |
| 2. | Seven (7) Bottom Rake Longitudinal Angles distorted over 16' width of bottom plate from starboard side of Barge within the forward rake tank from headlog aft to approximately frame no. 3. | 7 – 5" x 3" x ¼" angles, each approx. 16.5' long |
| 3. | Seven (7) Main Deck Longitudinal Angles distorted over 16' width of main deck plate from starboard side of Barge within the forward rake tank from headlog aft to approximately frame no. 3. | 7 – 5" x 3" x ¼" angles, each over 17' long |
| 4. | Channel support horizontal attached directly along mid height of Headlog plate between main deck and bottom rake plate distorted over 19ft length inboard of the Barge's starboard side. | 7" x 2" x $^{3}/_{16}$" channel, 19' long |
| 5. | Two (2), three (3) foot high Vertical Channels between main deck and bottom rake plate aft of headlog and welded to horizontal headlog channeldeformed. | 2 - 10" x 2 $^{3}/_{4}$" x ¼", each 3' long |
| 6. | Main Deck plate holed and variously distorted from headlog aft approximately 17' from starboard side inboard approximately 17'. | 17' x 17' x ¼" plate |
| 7. | Bottom rake plate just below maximum headlog indentation between the 6th and 7th bottom angles from starboard side was set-in. | 2.25' x 1' x ⅜" plate |
| 8. | Headlog plate at bow variously indented and however primarily set-in from the main deck to the bottom rake between the 5th to 8th longitudinal angle spaces. | 6.75' x 26" x ¾" plate |

**2.3.   Impact versus Falling Object Damages**

2.3.1   The prior Table 2.2.1 lists mostly damages due to falling objects (i.e. concrete slabs, piles, etc.) that occurred after impact of the Barge with a Bridge pile bent. Therefore, the energy involved in these secondary, falling object damages was not related to the energy imparted to the Bridge during the impact to cause it to fall.

2.3.2   External hull inspection of damages noted that the actual impact area on the Barge was on its Headlog commencing with first impact approximately 17in to the starboard side of the Barge's centerline with deformation increasing, and greatest along the Headlog at Main Deck intersection, to a maximum deformation point approximately 37.5in to the starboard side of the Barge's centerline. The maximum deformation of the headlog plate set-in was estimated by field measurement to be 4⅛ inch. This deformation, as viewed from plan view above, appeared as an elongated circle (or elliptical) in shape over the transverse length of the indentation as if due to impact with a circular shaped object (i.e. concrete pile).

2.3.3   Internal inspection of the forward rake tank noted that the maximum set-in deformation on the headlog was between two vertical headlog channels connected above and below to Main Deck and Bottom Rake longitudinal angles, respectively; the subject longitudinal angles were those located 6th and 7th from the Barge's starboard side.

2.3.4   The following Table 2.3.4 summarizes the structural elements sighted as being deformed due to first or primary (as opposed to secondary falling object damage) impact damage thus impact energy transference to the Bridge.

| Table 2.3.4 – Primary Impact Damage | | |
|---|---|---|
| **NO.** | **FOUND** | **DIMENSIONS** |
| 1. | Two (2) Bottom Rake Longitudinal Angles (6th and 7th bottom angles from starboard side) slightly distorted from headlog aft to approximately frame no. 3. | 2 – 5" x 3" x ¼" angles, each approx. 16.5' long |
| 2. | Two (2) Main Deck Longitudinal Angles distorted from headlog aft to approximately frame no. 3. | 2 – 5" x 3" x ¼" angles, each over 17' long |
| 3. | Channel support horizontal attached directly along mid height of Headlog plate between main deck and bottom rake plate distorted over 6ft length between 9th to 5th | 7" x 2" x $3/16$" channel, 6' long |

| Table 2.3.4 – Primary Impact Damage | | |
|---|---|---|
| NO. | FOUND | DIMENSIONS |
|  | longitudinal spaces inboard of the Barge's starboard side. |  |
| 4. | Two (2) Vertical Channels (6th and 7th from Barge's starboard side) between main deck and bottom rake at headlog deformed | 2 - 10" x 2 ¾" x ¼", each 3' long |
| 5. | Main Deck plate distorted from headlog aft approximately 2' aft of headlog. | 17' x 17' x ¼" plate |
| 6. | Bottom rake plate just below maximum headlog indentation (between the 6th and 7th bottom angles from Barge's starboard side) was set-in. | 2.25' x 1' x ⅜" plate |
| 7. | Headlog plate at bow set-in from the main deck to the bottom rake plate between the 5th to 8th longitudinal angle spaces. | 6.75' x 26" x ¾" plate |

**2.4.   Inspection of Tug "BROWNWATER V"**

2.4.1   The Undersigned was instructed to attend the Tug "BROWNWATER V" on October 2, 2001 while it was being pulled out of the water at a local repair yard in Aransas Pass, Texas. The purpose of pulling the Tug out of the water was to permit the USCG and others interested parties to inspect its hull and propellers.

2.4.2   During attendance, the Undersigned took rough offset measurements of the Tug's hull as no drawing was reportedly available providing such data. Thus the approximate Tug's offsets are provided in Appendix "E".

## 3. TOW SPEED

### 3.1 Tow Speed Analysis

3.1.1 An analysis (See Appendix "E") was carried out to estimate the speed of the Tow based primarily on depth of indentation (4.125") into the Barge's headlog, the overall mass of the Tow at the time of impact and assuming the Bridge bent pile to have been infinitely stiff. The method chosen for the estimation was first presented by P.D.C. Yang and J.B. Caldwell in a 1988 paper entitled "Collision Energy Absorption of Ship's Bow Structures" published in the *International Journal of Impact Engineering, Vol. 7, No. 2, pages 181-196*. This method was developed to determine energy absorption in vessel bow structures due to impacts with other objects.

3.1.2 Results of the analysis indicated that the Tow speed at the moment of initial impact was .37 knots (or 0.43 mph).

This report is based on surveys undertaken, investigations carried out, documentation submitted and is prepared in good faith and without prejudice to any or all parties concerned. We reserve the right to amend this report, and our opinions, should further documentation be made available at a later date, should further analysis be carried out or should the circumstances of the case so require.

**Allan R. Schultz**  
Marine Surveyor / Naval Architect

**APPENDICES "A, B, C, D"**

**PHOTOGRAPHS**

# APPENDIX "E"

# TOW SPEED CALCULATION AND MISCELLANEOUS DOCUMENTS