| Allan R. Schultz | 909 Silber Road, #53 |
| Naval Architect / Marine Engineer / Marine Surveyor | Houston, TX 77024, USA |
| | Office / Fax: 713-812-7673 |

**Schedule of Fees**

| Consultant / Surveyor Time | | Hourly Rate (USD) | Day Rate (USD) |
|---|---|---|---|
| Travel (only travel flight lay-over while enroute to job) | : | 70 | 700 |
| Attendance | : | 100 | 1000 |
| Analysis, Document Review, Report Writing and Preparation, Correspondence, etc. | : | 100 | 1000 |
| Attending Legal Depositions or being deposed, trial attendance and testimony | | 150 | 1500 |
| Car Mileage to/from job site – USD per Mile | : | .80 | |
| Expenses | : | At Cost | |