# Allan R. Schultz                                                                                   Curriculum Vitae

**Address and Contact Numbers:**     909 Silber Road, #53, Houston, Texas 77024
Home Tel. / Fax:(713) 812-7673

**Qualifications**: B.Sc. Degree (1984) in Naval Architecture and Marine Engineering, University of New Orleans, New Orleans, Louisiana, USA.

**Presentations and Publications:**

"*Maritime Impact Investigation and Reconstruction Methods*" Presentation (paper publication still pending) with presentations made before the following audiences:

Houston Mariners Club – (2001)
The SA Monthly Briefing to Lloyds Underwriters (November 2002)
Institute of Marine Engineers - Houston Chapter (April 2002) and London Chapter (November 2002)
Nautical Institute – US Gulf Branch, (January 2003)

**Summary of Work Experience:**

Has a wide variety of experience in marine operations including but not limited to the following:

As Naval Architect, has been responsible for the design and analysis of steel structures and their transport and installation in shallow to deep waters worldwide.  Has served as Lead Naval Architect and/or Project Manager during the fabrication and installation of many platforms and associated facilities in water depths up to 260m and participated in analyses of compliant structures in water depths up to 488m and TLP structures up to 45000 deadweight tonnes.  Has carried out structural and marine analyses for many types of vessels such as bulk carriers, tankers, FPSOs, cargo barges, crane barges, etc.  Has carried out and developed techniques for collision and allision reconstruction analysis having acted as and been recognized in US Federal Court as a collision reconstruction expert for various proprietor, underwriting (P&I and Hull) and legal concerns on numerous cases.  Is familiar with by use of various sophisticated software products in design and analytical work as well as legal work (i.e. MOSES, GHS, HECSALV, AUTOCAD, PHOTOMODELER, MATHCAD, etc.).  Has carried out numerous crane stability analyses for OSHA 72 form approval per ANSI and CFR code requirements for mobile and fixed crane on vessels up to 4000 tonnes capacity as well as designed and/or specified lift procedures for cranes and their rigging for onshore and offshore lift operations of heavy equipment, modules and subsea structures.

As Pipeline/Subsea Engineer, has carried out sophisticated computer modeling techniques to analyze all phases of pipeline installation, pipe-lay installation and pipeline profile analysis.  This also included pipe to J-tube initiation analysis, abandonment and recovery procedures, pipeline route curve lay procedures and pipeline davit lifts.  Has also been actively involved in the approval of pipeline installation procedures, guidelines and criteria.  Has carried out conceptual/ detail design for bid preparation and solicitation leading into eventual contract management duties as well as detail subsea engineering related to subsea installations (i.e. manifolds, pipelines, tie-ins, umbilicals, etc.).

As Marine Surveyor and/or Consultant, has carried out marine superintendence during vessel repairs, marine warranty approval, technical inspection and investigation work for various marine industry proprietary, P&I and Hull underwriting and legal concerns.  This work has involved design verification and associated field inspection for marine warranty approval, damage investigations and assessments of vessel (i.e. general cargo, tanker, barge, etc.) and fixed structures (i.e. platforms, docks, cranes, etc.), marine salvage feasibility assessments, salvage and wreck removal operations and cargo seafastening or damage assessment of improperly seafastened cargo.  Also, has served as the Project Manager on numerous marine warranty projects and acted on numerous offshore / onshore projects as a Marine Advisor to various clients on various a marine related operations (i.e. load-outs, load-ins, towages, heavy lifts, etc.).

**Employment Work History:**

2002 to 2004:   BMT Salvage Ltd. (The Salvage Association) - Senior Naval Architect / Staff Surveyor based in Houston.

2001:   Global Maritime Consultants, Inc. - Senior Naval Architect / Marine Surveyor involved principally on initial conceptual in design and project management on Thunder Horse Project for semi-submersible hull transport as well as various Marine Warranty Surveyor instructions.

1990 to 2001:   London Offshore Consultants, Inc. - Senior Naval Architect / Marine Surveyor

1984 to 1990:   Hudson Engineering Corporation (a McDermott Company) - Junior to Senior Naval Architect and Pipeline Engineer principally in support of design, fabrication and offshore installations.

1980 to 1984:   University of New Orleans, B.Sc. Course -Naval Architecture and Marine Engineering

1975 to 1980:   Red Eagle, Inc.  - Owners representative for chartering of tow and supply boats in GOM

He has carried out considerable assignments dealing with floating crane stability assessment and OSHA crane / vessel stability approvals since 1997 as an independent consultant when not permanently employed by the above listed concerns, particularly for the Proprietary concerns of Cairo Marine Service, Inc., ARTCO, Inc., National Maintenance & Repair, Inc. and Vulcan Materials Company.  Is presently carrying out assignments independently for various P&I Club and Legal Concerns.

**Work History for Proprietary, P&I Club and Hull & Machinery Interests**

Also, he has carried out damage and casualty investigations and/or acted as a legal expert with court and deposition testimony (noted in footnotes below) on behalf of Proprietary, Energy / P&I /Hull insurance and legal interests involving fixed objects (SPM buoys, MBM sea berths, pipelines, docks, bridges, etc.), non-fixed objects (bulk carriers, tankers, jackup rigs, tugs, etc.) and cargo claims as well as marine superintendence assignments during vessel repairs including but not limited to the following:

"ASPHALT NAVIGATOR", Re-float salvage of grounded tanker, Tampico, Mexico
"OFFSHORE SUPPLIER / REBECCA VII", Wreck removal / Salvage of grounded tug and barge, Little Cayman Island
"AMAZON EXPLORER", Allision with offshore platform, damage quantum survey, GOM
"DAEDALUS", MBM PLEM allision damage with oil spill with attendance to investigate and advise P&I Club and their local attorneys, Tumaco, Colombia
"PRESIDENTE A.U. ILLIA", SPM allision damage with oil spill with attendance to investigate and advise P&I Club and their attorneys, Bahia Blanca, Argentina
"SPORADES", SPM allision damage & investigation with attendance to advise P&I Club and their attorneys, Comodoro Rivadavia, Argentina
"NEVADA", SPM hose damage & investigation with attendance for hose testing, Tuxpan, Mexico
"GUADALUPE VICTORIA II", SPM damage & investigation, Rosarito, Mexico
"OCEAN SUMMIT", pipeline damage by jackup rig, damage survey /investigation with subsequent advise to attorneys on claim prior to settlement, Gulf of Mexico
"OCEAN KING", pipeline damage by jackup rig, damage survey /investigation with subsequent advise to attorneys on claim prior to settlement, Gulf of Mexico
"COLUMBUS", Texaco Refinery Dock allision damage survey / investigation, Las Minas Bay, Panama
"ALLISON", concrete dock allision damage survey / investigation, Aguadulce, Panama
"MAUVILLA", tug/tow allision with Bayou Canot Bridge, damage survey and investigation, Sept. 22, 1993, Mobile, AL, USA

"TOTONACA", jackup allision with platform, damage survey /investigation, Gulf of Campeche, Mexico
"BRIJ", dock allision / damage survey, investigation and wind force analysis, Galveston, TX, USA
"BIG ORANGE I", workboat allision with offshore platform, damage survey /investigation, Offshore Bombay, India
"JULIE L", dock allision damage survey / investigation, Panama City, Panama
"SCAMPER", tanker dock allision damage survey / investigation, Puerto Armuelles, Panama
"DELTA QUEEN", allision with floating marina and damage survey / investigation, Greenville, MS, USA
"KETA LAGOON", dock damage allision survey, Houston, TX, USA
"MSC LAURENCE", dock damage allision survey & marine investigation, Rio de Janeiro, Brazil, Feb. 2001
"FANOULA", dock allision & marine investigation, Imbituba & Santos, Brazil, May 2001
"DB28" c/w "UCKA", collision reconstruction analysis / W. P. repair review and attendance through various witness depositions to advise P&I Club attorneys, Offshore LA, USA, 1990.
1 "NOORDAM" c/w "MOUNT YMITOS", collision reconstruction analysis with Federal Court acceptance of report and court appearance, New Orleans, LA, USA
"BLUE CLOUD" c/w "OMINA", collision reconstruction analysis, Caribbean Sea
"MAR CORAL", stability, strength & steel costing analyses to determine salvage feasibility, speed & angle of blow, Maracaibo, Venezuela
2 "MARGARET SUE" c/w "COASTAL NEW YORK", collision repair quantum investigation with Federal Court expert testimony in Houston, Beaumont, TX, USA
"PROTANK MERSEY", collision reconstruction analysis with follow-up damage repair advises prior to settlement, Cameron, LA, USA
"BONITA" c/w "SEAL ISLAND", collision reconstruction analysis, Gulf of Mexico
"AMERICAN EXPLORER", collision investigation, Beaumont, TX, USA
"FLORA" c/w "FORMOSA", collision reconstruction analysis and attendance to advise P&I Club attorneys prior to Federal Court trial in New Orleans, Gulf of Mexico
"CHIOS DREAM" c/w "AURORA EMERALD", collision reconstruction analysis / W.P. Survey, Panama Canal, Panama
"WESTERN TEAM" c/w "TOGO BEAUTY", collision reconstruction analysis / W.P. damage surveys with deposition prior to settlement, Gatun Lake, Panama
"JIN YI" c/w "JORITA", collision reconstruction analysis / W.P. Survey, Pacific Ocean offshore of Guatemala
"CHALKIDON" c/w "CLIPPER CHEYENNE", collision reconstruction analysis / W.P. Survey, South of Mona Passage in Caribbean Sea
"HARBEL TAPPER" c/w "OYLMPIC BREEZE", collision reconstruction analysis / W.P. damage surveys with damage quantum review prior to settlement, Gulf of Mexico, 2000.
"A.H. PARAGGI" c/w "PETROBRAS XI", attendance to investigate reparations & provide advise to P&I Club during claim settlement, Macae, Brazil
"IVAN SUSANIN" c/w "ANANGEL ENDEAVOR", collision reconstruction analysis with deposition prior to settlement, Mississippi River SW Pass, Gulf of Mexico, Aug. 2000.
"PACIFIC HORIZON", collision repair estimation and provide advise to P&I Club attorneys during claim settlement - Panama, Brownsville and New Orleans attendances
"VELEZ BLANCO" c/w "EAGLE ETOME", initial attendance survey and later damage quantum surveys, Offshore Corpus Christi, Gulf of Mexico with later attendance in Philadelphia, Jan. 2002.
"ALMAS", crane damage, New Orleans, LA, USA
"PROTEUS", allision with dolphin, Punto Fijo, Venezuela
"TAKO INVADER", dock allision, Houston, TX, USA
"SUGAR ISLAND", dock allision, Colon, Republic of Panama
"NORSUL SOBRAL", allision with dock, barges & resulting oil spill, Parimaribo, Surinam
"CSL ATLAS", dock landslide with surge damage to barges/loading arm & dock, damage survey / investigation, Corpus Christi, TX, USA
"KALLIO", crane boom failure with dock damage, Houston, TX, USA

"TALARA", surge damage to loading arms/oil spill, Galena Park, TX, USA
"OMNIPORT", dock, crane & loader allision damage, Greensport, TX, USA
"WADAI", allision with gantry crane, Guadeloupe, Lesser Antilles
"BRAGE VIBEKE", transformer oil contamination, Houston, TX, USA
"JOSEPH LYKES", stevedore casualty/cargo hold ladder/expert witness, Beaumont, TX, USA
"GL142", dredger mast contact damage with power lines, Freeport, TX, USA
"DAKILA UNO", structural design of supports for collapsed pipe stow, Colon, Panama
"DIANA", structural design of cargo supports, Houston, TX, USA
"OCEAN VOYAGER", surge with dock and loading arm damage, Houston, TX, USA
"CORPUS CHRISTI" & "GALLANT II", hatch cover testing/repair, Port Arthur/Houston, TX & New Orleans, LA, USA
"MTI 307", barge salvage, feasibility study, Davenport, IA, USA
"TMI 11", cargo salvage from sunken barge, P&I site rep., Offshore Daytona Beach, FL, USA
"TEXAS THUNDER", expert witness with deposition prior to settlement on plaintiff P.I. claim concerning a yacht diesel engine venting system design, Galveston, TX, USA
"SAN MATEO", investigation of Tuna Boat Mast failure on manufacturer's warranty claim, review of mast design and sea trial testing of repaired mast, Iquique, Chile and Manta, Ecuador
"IVER EXPLORER", 12" pipeline damage at MBM sea berth in San Jose, Guatemala
"POINT OF SAND" / "WHITEHALL BAY" - Owners' Marine Superintendent during Tug & Barge Drydock Repairs (July 2004 to Sept 2004) at NASCA Shipyard, Cienfuegos, Cuba
"JUPITER 1" – Lightship Survey and Stability Booklet & Program Revision (2003) for semi-submersible accommodation vessel for and at offices of COTEMAR S.A. de C.V., Ciudad del Carmen, Mexico. Attendance off/onshore to revise and rewrite the vessel's stability booklet and onboard stability program for Class approval.


Case Nos. 1 and 2 above involved appearance for trial testimony in U.S. Federal District Court thus court acceptance as an expert.