

**Captain R. W. Yates**
Admiralty Consultant & Expert Witness

PO Box 10 • Moscow Texas 75960 • 936/398-2180 • Cell 936/671-9450 • Fax 936/398-7790

# CURRICULUM VITAE

## DOCUMENTATION:

USCG Operator of Uninspected Towing Vessels upon Great Lakes and Inland waters. First issued August, 1972

## WORK EXPERIENCE:

Two summers apprentice.

One year deckhand-tankerman trainee.

One-year pilot trainee – six months canal vessel and six months River vessel.

Working as Pilot and Captain since Nineteen sixty-seven.

Six-years Teacher and trainer for Hollywood Marine's USCG Accredited Tankerman and Pilot Training School.

Working as an Admiralty Consultant and Expert Witness since Nineteen eighty-one.

## EMPLOYMENT:

1964 – 1978 Elizabeth Towing, Inc., Port Arthur, Texas
1979 – 1980 Palmer Barge Line, Port Arthur, Texas
1980 – 1986 Alamo Barge Line, Houston, Texas.
1986 – 1993 Hollywood Marine, Houston, Texas
1993 – 1994 Capital Towing Co., Houston, Texas
1994 – 1999 Coastal Towing Co., Houston, Texas
1999 – 2004 Pine Bluff Sand and Gravel, Pine Bluff Arkansas

1

**Captain R. W. Yates**
Admirality Consultant & Expert Witness

P.O. Box 40 • Moscow, Texas 75960 • 936/398-2180 • Cell: 936/671-9480 • Fax: 936/398-7790



Page 2

### CARGOS HANDLED:

    Liquid Cargo      Chemicals, Crude Oil, Petroleum By-Products.

    Freight            Steel, Corn, Wheat, Rocksalt, Coal, Rock, Stone, and Misc. other cargoes.

### LENGTH OF TOWS:

From 175 feet to 1200 feet.

From 1 to 20 barges

### VESSEL POWER:

From 174 horsepower to 5,000 horsepower

### CARGO CAPACITY:

From 10,000 bbls to 200,000 bbls.

From 1,200 tons to 68,000 tons.

### WATERWAYS NAVIGATED:

Intracoastal Waterway from Brownsville, Texas to St. Marx, Florida.

### RIVERS NAVIGATED:

All Western Rivers and Contributorys.

### MILITARY SERVICE:

Two years U.S. Army one year active service in Vietnam.



**Captain R. W. Yates**
Admirality Consultant & Expert Witness

PO Box 40 • Moscow, Texas 75960 • 936/398-2180 • Cell 936/671-8460 • Fax: 936/398-7790



Page 3

## PROFESSIONAL SERVICE FEES

For your review I enclosed a copy of my current fees for professional service, Which describes in detail my billing and hourly fee.

**Retainer fee** .................................................................................. $ 1,000.00

**Hourly rate** ................................................................................... $   150.00

**Court   rate** .................................................................................. $   300.00

**Travel rates**   same as hourly rate.

**Depositions**   same as court rates.

**Miscellaneous expenses on actual cost basis.**

Kindest Regards,

*[signature]*

Captain R. W. Yates

3




**Captain R. W. Yates**
**Admirality Consultant & Expert Witness**



P.O. Box 40 • Moscow, Texas 75960 • 936/398-2180 • Cell: 936/671-9480 • Fax: 936/398-7790

### Cases retained as a consultant

| Date | Case name | Law firm |
|---|---|---|
| 1985 | Gene A. Johnson, vs. Cajun Marine and Sneed Shipbuilding | Woodley, Barnett, Williams, Fenet, Palmer & Pitre |
| 1987 | Joseph Harrington Jr. vs. Thibodeaux Marine Ser. | Woodley, Barnett, Williams, Fenet, Palmer & Pitre |
| 1988 | Verret Shipyard, Inc. vs. Frazier Tug Company | Woodley, Barnett, Williams, Fenet, Palmer & Pitre |
| 1989 | David D. Cravy vs. Lalande Towing Co. Inc | Barnett, Pitre, Yoes & Kay |
| 1990 | Thunder Bay Trans Co. M/V YANKTON-Collision with M/V BEVERLY ANDERSON Mile 151 Lower Mississippi River | Phelps, Dunbar, Marks, Claverir & Sims |
| 1990 | John Kneppler Jr. vs. Alamo Barge Line | Eastham, Watson, Dale & Forney |
| 1991 | Paul V. Sonniers Jr. vs. Tako Towing And International Marine Terminals | LAW OFFICE OF J. Mac Morgan |
| 1992 | Coastal Towing vs. Spanier Marine | Hulse, Nelson & Wanek |
| 1992 | M/V WENDY MARIE and BARGE BT-134 Date of Loss: 4/20/91 | Wagner & Bagot |
| 1992 | Martin Gas Marine, Inc., Alleged Injury Randy P. Theriot | Wagner & Bagot |
| 1993 | Michael J. McKay vs Scott Chotin, Inc. | Onebane, Donohoe, Bernard, Torian, Diaz |
| 1993 | Billy Allen vs. Canal Barge Co, Inc. | Allen & Gooch |
| 1993 | M/V WALLY BLESSEY-M/V LAKE CHARLES-Collision | Brian D. Wallace @ Phelps & Dunbar |
| 1994 | Bill Connor vs Conticarriers | Lemle and Kelleher, L.L.P |
| 1994 | Malcolm David Dean vs. Tidewater | Chris Lorenzen @ Crain, Caton & James |
| 1995 | M/V JAMES E. PHILPOTT - M/V RUTH BLESSEY-Collision | Brian D. Wallace @ Phelps & Dunbar |

# Captain R. W. Yates
## Admirality Consultant & Expert Witness

P.O. Box 40 • Moscow, Texas 75960 • 936/398-2180 • Cell: 936/671-9480 • Fax 936/398-7750



| Year | Case | Attorney |
|---|---|---|
| 1995 | Great Lakes Dredge vs. Cross State towing | Rick Romrell @ Romrell and Johnson |
| 1995 | LSK Towing/CGB vs. M/V MISS BRANDI | Henry S. Provosty @ Burke & Mayers |
| 1995 | Christopher S. Gardner vs. Crounse Corp. | James Wettermark @ Burge & Wettermark |
| 1997 | John Sonnier vs. Luhr Bros., Inc. | Douglas Matthews @ Fricot, Partridge, Kohnke & Clements |
| 2000 | M/V CSS ATLANTA- CGB LaPlace Fleet- Collision | William B. Hidalgo @ Burke & Mayer |
| 2000 | David W. Benoit vs. Marine Fueling Service | J. Michael Stefanski @ Edwards, Stefanski & Zaunbrecher |
| 2000 | Jerry Savage vs. Kathryn Rae Towing | J. Keith Hardie, Jr. ATTORNEY AT LAW |
| 2001 | Allen L. Castille vs. Coastal Towing | Edwards, Stefanski & Zaunbrecher |
| 2001 | Brownwater Towing Inc., Bridge Allision with Queen Isabella Bridge Port Aransas TX. | Will Pierson @ Royston, Rayzor, Vickery & Williams, L.L.P. |
| 2001 | Cause of Exoneration From or Limitation of Liability | Jack C. Partridge @ Royston, Rayzor, Vickery & Williams, L.L.P. |
| 2001 | Nova Chemicals (USA0, Inc. vs. Barges DM-916 and CHEM-181 | William J. Riviere @ Phelps Dunbar |
| 2002 | Michael J. Castille vs. LeBeouf Brothers Towing Co., Inc. | Edwards, Stefanski & Zaunbrecher |
| 2002 | Christine Benner representative of Deceased, William Benner vs. American Gulf Towing Inc. | Brien J. Fricke @ Burke & Mayer |
| 2002 | Ingram vs. Barnacle Marine M/V MISS TONI | Richard Foster ATTORNEY AT LAW |
| 2002 | Ferman Dugnee Rash, and Guy Lankford vs. Brownwater Marine service, Inc. | Jack C. Partridge @ Royston, Rayzor, Vickery & Williams |
| 2002 | Juan Feliciano vs. Texaco, Inc | Brien J. Fricke @ Burke & Mayer |
| 2002 | Ronald Cavallino | J. Keith Hardie, Jr Attorney at Law |
| 2003 | Eddie Lee Hosey, Jr. vs. Delta Towing | William J. Riviere @ Phelps Dunbar |

# Captain R. W. Yates
**Admirality Consultant & Expert Witness**

P.O. Box 40 • Moscow, Texas 75960 • 936/398-2180 • Cell: 936/671-9480 • Fax: 936/398-7790



| Year | Case | Attorney |
|---|---|---|
| 2003 | Chakkrit Pathumanond vs. Cenex Harvest States | Gregory L. Ernst @ Peuler & Ernst |
| 2003 | James Lee Collins vs. Kirby Inland Marine M/V THOROUGHBRED, Sinking | Edgar F. Barnett ATTORNEY AT LAW |
| 2003 | Phillip Matte vs. Gnots Reserve, Inc. | Brien J. Fricke @ Burk & Mayer |
| 2003 | Coombs vs. ACBL | Jim Leritz ATTORNEY AT LAW |
| 2003 | Javis Jackson vs. Cooper E. Smith and Plimsoll Marine, Inc. | J. Mac Morgan ATTORNEY AT LAW |
| 2003 | Stapp Towing Co. and Navigators Insurance Company vs. Jo Tanker, In Personam and the M/T JO OAK | Edgar F. Barnett ATTORNEY AT LAW |
| 2003 | Chevron/Texaco vs. Inteo Inc., Allision with Well # 107 State Lease 301 | Evan T. Caffrey @ Phelps Dunbar |
| 2003 | Keith Kibodeaux vs. Talen's Marine and Fuel, Inc. Bridge Allision | Colleen McDaniel Assistant Attorney General, Department of Justice, Louisiana |
| 2003 | James Ray Gass vs. Delaware Marine Services | Allen & Gooch |
| 2003 | Gulf South Pipeline Company, LP vs. Dargle Marine Towing | Nora B. Bilbro @ Phelps Dunbar |
| 2003 | John Olsovsky vs. Raymond Dugat Company | Christopher Lowrance @ Royston, Rayzor, Vickery & Williams |
| 2003 | Josh Levee vs. Blessey Marine | Brien J. Fricke @ Burke & Mayer |
| 2003 | Galiano vs. Tako Towing | Brien J. Fricke @ Burke & Mayer |
| 2003 | Estate of Thomas H. Tobin vs. Delta Towing, LLC | Ross Holiday Jones @ Adams & Coffey |
| 2004 | Estate of Bryan Walker vs. Dixieland Towboat Management | Brien J. Fricke @ Burke & Mayer |
| 2004 | State of Oklahoma vs. Magnolia Marine Allision I-40 Br. Webber Falls, Oklahoma | Ralph F. Kraft @ Preis, Kraft & Roy |
| 2004 | Rene Michel Vs. Guidry & Savoie, Inc. | Lisa m. Walsey @ Burke & Mayer |

# Captain R. W. Yates
**Admirality Consultant & Expert Witness**

P.O. Box 40 • Moscow, Texas 75960 • 936/398-2180 • Cell: 936/671-9480 • Fax: 936/398-7790



I have given Three deposition within the last 5 years

James Lee Collins vs. Kirby Inland Marine (Personal Injury)

Chevron Texaco vs Intco Inc. (Allision)

State of Uklahome vs. Magnolia Marine (Bridge Allision)

I have not had any publications in the preceding ten years and to the best of my knowledge I have not had to testify in a court proceeding in the last four years.