**MORRISON & ASSOCIATES**
CONSULTING ENGINEERS
37117 WESTERWOOD DRIVE  BATON ROUGE, LOUISIANA  70816
Phone (225) 291-7998    Fax (225) 291-0376

# EXPERT REPORT

## BROWN WATER V and Tow Allision with
## Queen Isabella Causeway Bridge
## (D/A 9/15/01)
## Port Isabel, Texas

for

## ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP
## 1700 Wilson Plaza West
## 606 N. Carancahua
## Corpus Christi, TX  78476

**File No. 0114**
**November 12, 2004**

# Table of Contents

Expert Report

Appendix "A"  List of Reference Material

Appendix "B"  Navigation Map

Appendix "C"  Bridge Drawing showing collapsed spans after allision

Appendix "D"  1. Resume-Clovis Morrison, P.E. (2 pages)
              2. List of Technical Publications
              3. Log of Court Testimony
              4. List of Depositions
              5. Fee/Rate Schedule

# MORRISON & ASSOCIATES
### CONSULTING ENGINEERS
3117 WESTERWOOD DRIVE
BATON ROUGE, LA 70816

(225)291-7998

November 12, 2004

Mr. Christopher Lowrance
ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, TX 78476

Re:    BROWN WATER V and Tow
       Allision with Queen Isabella Causeway Bridge
       D/A 9/15/01
       Your File: 49,477

Dear Mr. Lowrance:

At your request, I have been retained by your firm to provide consulting services on the above referenced matter. The purpose of this assignment is to review the data made available to me from the date of the allision to present and to offer my opinions.

Information made available to me by others, along with information furnished by this writer is listed hereinafter under Appendix "A" and may be referred to and denoted by parenthesis.

## NARRATIVE:

The BROWN WATER V and Tow under the watch of Captain David Fowler[7] was making an approach to the bridge in a northerly direction (see Appendix "B") when the stern of the vessel hit bottom, causing the head end of the tow to swing in a westerly direction, out of the channel. The current was running hard toward the west compounding the problem of bringing the head of the tow back toward the channel. Captain Fowler stated that the original approach speed was three and one-half to four knots, and had managed to slow the tow down to one and a half to two knots at the time of contact with the bridge piers.

Captain Fowler stated that the navigation lights for the bridge were not on.[7]

After contact with the bridge, the span support bents (piers) number 31 and 32 collapsed, resulting in the collapse of the three roadway spans between Bent 30 and Bent 33 for an overall length of 240 feet of roadway to fall into the water (See Appendix "C"). The three collapsed spans between Bent 30 and Bent 33 are designated as **Approach Spans** on the west side of the Main Span, which extends over the channel.

Mr. Christopher Lowrance
November 12, 2004
Page 2

The photographs from Royston, Razor, Vickery & Williams show that after the re-construction of the bridge, pier protection structures have been installed for the **Approach Spans**.[8]

FINDINGS:

1.   The Nautical Chart[3] (Appendix "B") shows that there were timber pile clusters on single pile dolphins located on both sides of the intended channel to fend water-born vessels from veering off course at the approach to the bridge. These piles are denoted as "submerged piles" on the Nautical Chart.

2.   The statement of Captain Fowler[7] states that the navigation lights at the bridge were not visible or not lighted at the time of the approach to the bridge.

3.   There were no pier protective devices or structures[8] at the **approach spans** for the bridge.

OPINIONS:

1.   A navigable waterway is defined as a waterway that has the width and depth to allow passage of water born vessels to float or drift thereon with or without tug assistance.

     "Consideration should be given to the exposure of the structure in the waterway, including the alignment of the channel, visibility of approaching vessels, as wells as the effect of wind, ice, current, or tide in the vicinity.[6]

     "Bridges located near or in turns/bends have a higher probability of vessel collision".[4]

     Protective structures (timber pile clusters, monopiles) should have remained on both sides of the channel at the approach to the bridge. The Nautical Chart[3] (Appendix "B") shows that such a protective system was in place at one time.

2.   Protective systems should be employed for bridge piers located in or adjacent to channels of navigable waterways for the purpose of protection from accidental collision from floating vessels.[5] Protection alternatives to protect piers from vessel collision would include, but not limited to: protective islands or dikes, dolphins or other structures.[4]

     Based on historical ship/barge collision data, twice as many accidents have occurred with **approach piers and spans** as have occurred with the main piers and navigation spans.[4]

     Protective structures/dolphins should have been installed and maintained for the **approach spans** when the bridge was originally constructed. Post accident re-construction photos[8] show that these structures are now in place.

Mr. Christopher Lowrance
November 12, 2004
Page 3

Bridge engineers/designers, owners, and regulatory authorities have an obligation to be prudent toward the safety of life and property of the public.

Numerous guide specifications and reports have been published in the last twenty plus years on the subject of bridge protective systems on navigable waterways. Three of the many are as follows:

1.  AASHTO (American Association of State Highway and Transportation Officials) "Guide Specification and Commentary for Vessel Collision Design of Highway Bridges" Volume I: Final Report, Feb. 1991

2.  U.S. Coast Guard "Bridge Protection Systems and Devices", Final Report 1981.

3.  AREA (American Railway Engineering Association) – "Pier Protection Systems at Spans over Navigable Waterways" Part 23 1986 for National Transportation Safety Board.

In addition to the financial aspect, safety is an even more important reason to install pier protection, simply stated --- the reason to use pier protection: **it is too expensive not to do so.**

3.  All navigation lights should be in working order at all times. The responsibility and authority for implementing and maintaining aids to navigation (lights, etc.) within the U.S. waterways belongs to the U.S. Coast Guard.[4]

It has been reported that the post-accident re-construction includes a fiber optic system that; in the event of a collision from a barge tow would activate warning lights and alarms to vehicular traffic on the bridge.

4.  As a result of the          accident on September 15, 2001 when the BROWN WATER V and Tow made contact with the **approach piers**, the Texas Department of Transportation elected to design and install protective structures for the **approach piers**. From the aspect of physical damages; all of the improvements, including but not limited to: protective structures, aids to navigation, and lighting would be categorized as "betterment".

I reserve the right to supplement/amend this report if additional information is made available to me.

Sincerely,

MORRISON & ASSOCIATES

Clovis Morrison, P.E.

## List of Reference Material

1.  Inspection trip to the bridge site on 9/20/01 and photographs.

2.  Trip to Corpus Christi, attend Coast Guard Hearing on 10/11/01.

3.  Nautical Chart 11302, Intracoastal Waterway. Stover Point to Port Brownsville (27th Edition April 25, 1998) (See Appendix "B")

4.  AASHTO (American Association of State Highway and Transportation Officials) "Guide Specification and Commentary for Vessel Collision Design of Highway Bridges" Volume I: Final Report. Feb. 1991.

5.  U.S. Coast Guard "Bridge Protection Systems and Devices", Final Report 1981.

6.  AREA (American Railway Engineering Association) – "Pier Protection Systems at Spans over Navigable Waterways" Part 23 1986 for National Transportation Safety Board.

7.  Statement of Capt. David Fowler to Coast Guard 9/15/01.

8.  Post accident photographs (after re-construction) furnished by Royston, Razor, et al.

9.  Original Inspection Report by Lone Star Engineering dated 9/18/01.

10. Test Pile Data for original design. (1972)

11. Correspondence related to construction-inspection from the Texas Highway Department. (1972)

12. Pile drawing records/logs. (1972)

13. Application of Electrical 138,000 Volt Transmission Line across the Intra-coastal waterway. (1973)

14. Data on bridge navigation lights. (1973)

15. Correspondence, advertisements, data for public hearings prior to original construction. (1970)

16. R.O.W. acquisitions for the proposed bridge. (1970)

Appendix "A"
Sht 2 of 2

17.    Data and correspondence for Coast Guard hearings and public notices for proposed bridge. (1970)

18.    Application/correspondence for U.S. Army Corps of Engineers Permit. (1970)

19.    Correspondence/bridge data, hearings for water line on the proposed bridge. (1970)

20.    Original construction drawings dated 1971.

21.    U.S. Coast Guard response and data to Royston, Rayzor, et al. (3/7/02)

22.    Contract documents and technical specifications with Garrett Construction Company to remove (7) clusters on south side of bridge and (4) clusters on north side of bridge. (1998)



APPENDIX "B"

Small Boat Basin
PORT ISABEL
TANK
Surfaced Ramp
Long Island
Turning Basin
Loma de la Grega
LAGUNA MADRE
Clark I
SOUTH BAY
MAGNETIC
VAR 6°00'E (1998)
ANNUAL DECREASE 4'
BRAZOS ISLAND
CG PORT ISABEL
Isla Blanca Park
Spoil Areas
Priv aids
Cable Area
Cable and Pipeline Area
OVHD PWR AND T CAB AUTH CL 61 FT AT OPENING
HOR CL 38 FT AT OPENING
FIXED BRIDGE HOR CL 275 FT VERT CL 73 FT
St M 665
COLREGS DEMARCATION LINE 80.8501 (see note A)
Shifting sand dunes
Water hole
Shoaling rep 1973
Fl G 2.5s 17ft 3M "139" Ra Ref
Q G 17ft 3M "151" Ra Ref
Iso G 6s 72ft
Iso G 6s 67ft
Fl 5s 67ft 13M
Q G GONG
Q R BELL
Disposal Area depths from survey of Oct 1995



# RESUME'
# CLOVIS L. MORRISON, P.E.

## PERSONAL

Date of Birth: December 8, 1934
Married: one(1) son, one (1) grandson

## REGISTRATION

Professional Engineer – Louisiana, Mississippi, Alabama, Texas, Florida, Georgia, *Arkansas, *Iowa, Missouri, *Washington (*denotes inactive)

## PROFESSIONAL

American Society of Civil Engineers (ASCE) (Fellow)
Louisiana Engineering Society (LES/NSPE)
American Institute of Steel Construction (AISC)
American Association of University Professors (AAUP)
Permanent International Association of Navigation Congress (PIANC)

## HONORS

Declared chapter honor member of Chi Epsilon (National Civil Engineering Society) by the student and faculty of Louisiana State University on April 26, 1997.

## SPECIALTIES

More than forty (40) years of experience, responsible charge of structural engineering on major industrial projects, grain terminals, and marine facilities. Consulting and structural engineering on ship docks, barge docks, and marine facilities in the United States and abroad.

Served as consultant and expert witness on more than two hundred fifty (250) cases of damages to dock facilities due to ship/barge collisions, berthing or mooring. Conduct damage inspections, investigations, and appraisals, and perform "safe-berth" evaluations and analyses.

Adjunct Professor, Civil Engineering Department, Louisiana State University: Teaching Senior-Graduate level structural engineering course (CE4430), "Marine and Industrial Structures".

Serving on the working committee of ASCE Port Harbors/U.S. Section PIANC for developing standard procedures for testing, reporting and rating performance of marine fenders.

## TECHNICAL PUBLICATIONS

1.  Author of textbook, "Design of Marine Structures and Inland Waterways", First Printing June 2001.

2.  "Flexible Connection for Fender Piles" – Ports '95 Proceedings (ASCE/PIANC), March 13-15, 1995, Tampa, Florida.

3.  "Design of Anchor Pile for Ship Mooring Facilities" – Ports '98 Proceedings (ASCE/PIANC), March 8-11, 1998, Long Beach, California.

4.  "Wind Loads for Industrial/Petrochemical Facilities" – Paper and Presentation in ASCE Workshop at Structures Congress (ASCE/SEI), April 18-21, 1999, New Orleans, LA jointly by Marc Levitan, Ph.D, and Clovis Morrison, P.E.

Revised July 2004

Clovis Morrison, P.E.
Resume
Page 2

**Morrison & Associates, Consulting Engineers**
Baton Rouge, Louisiana

Consulting service, design engineering, and responsible charge of engineering on dock facilities on the Mississippi River, other inland waterways, Gulf of Mexico, Washington State, and the Caribbean. (See Project List)

Designed barge and ship docks for grain terminals, bulk-cargo, petro-chemical liquid products, and agri-chem facilities. Have also done consulting and design for mid-stream mooring facilities for ships.

Retained by the following engineering firms, marine contractors, and claims agents for consulting services and/or design engineering on marine facilities.

1.    Consulting Engineers:

    a.    Barnard & Burk, Inc. – Consulting Engineers
        Baton Rouge, Louisiana

    b.    Jacobs Engineering Group -- Consulting Engineers
        Baton Rouge, Louisiana

    c.    CDI Engineering Group
        Baton Rouge, Louisiana

    d.    Salmon & Associates – Consulting Engineers
        Baton Rouge, Louisiana

    e.    River Consulting, Inc. – Consulting Engineers
        Metairie, Louisiana

    f.    RPM – Consulting Engineers
        Baton Rouge, Louisiana

2.    Marine Contractors

    a.    Boh Brothers Construction Company
        New Orleans, Louisiana

    b.    Stewart Construction Company, Inc.
        New Orleans, Louisiana

    c.    Kostmayer Construction Company, Inc.
        New Orleans, Louisiana

Revised July 2004

List of Technical Publications

1.   Author of textbook, "Design of Marine Structures and Inland Waterways", First Printing June 2001.

2.   "Flexible Connection for Fender Piles" – Ports '95 Proceedings (ASCE/PIANC), March 13-15, 1995, Tampa.

3.   "Design of Anchor Pile for Ship Mooring Facilities" – Ports '98 Proceedings (ASCE/PIANC), March 8-11, 1998, Long Beach, California.

4.   "Wind Loads for Industrial/Petrochemical Facilities" – Paper and Presentation in ASCE Workshop at Structures Congress (ASCE/SEI), April 18-21, 1999, New Orleans, LA jointly by Marc Levitan, Ph.D., and Clovis Morrison, P.E.

**LOG OF COURT TESTIMONY – CLOVIS MORRISON, P.E.**
**(Expert Witness)**

<table>
<tr><td></td><td></td><td></td><td></td><td colspan="2">LEGEND</td></tr>
<tr>
<td>1.</td><td>@*</td><td>6/10/81</td>
<td>U.S. Federal District Court in New Orleans;<br>The Honorable Adrian Duplantier;<br>Tenneco vs. Zito Fleeting</td>
<td>@<br>*</td><td>Dock Damage<br>Federal Court</td>
</tr>
<tr>
<td>2.</td><td>@*</td><td>8/19/82</td>
<td>U.S. Federal District Court in New Orleans;<br>The Honorable Robert C. Collins;<br>Hooker Chemical vs. Knots Fleeting</td>
<td></td><td></td>
</tr>
<tr>
<td>3.</td><td>@</td><td>2/27/85</td>
<td>Civil District Court in New Orleans;<br>The Honorable Revius Ortegue;<br>IMTT Dock vs. Ingram Towing</td>
<td></td><td></td>
</tr>
<tr>
<td>4.</td><td>@*</td><td>4/27/87</td>
<td>U.S. Federal District Court in Galveston, Texas<br>The Honorable Hugh Gibson;<br>Pier #10 vs. S.S. MING GLORY</td>
<td></td><td></td>
</tr>
<tr>
<td>5.</td><td>@</td><td>6/6/89</td>
<td>24th Judicial District Court in New Orleans;<br>The Honorable Judge Collin;<br>Kostmayer & Associates vs. Baloi's, Inc.</td>
<td></td><td></td>
</tr>
<tr>
<td>6.</td><td>@*</td><td>11/16/89</td>
<td>U.S. Federal District Court in New Orleans;<br>The Honorable Frederick Heebe;<br>New Orleans Steamboat Co. vs. Tug JAMES E. WRIGHT & Tow</td>
<td></td><td></td>
</tr>
<tr>
<td>7.</td><td></td><td>7/10/90</td>
<td>9th Judicial District Court in Rapides Parish, LA;<br>The Honorable William Polk;<br>Billy Wilhite vs. Foster Wheeler</td>
<td></td><td></td>
</tr>
<tr>
<td>8.</td><td>@*</td><td>12/6/90</td>
<td>U.S. Federal District Court in New Orleans;<br>The Honorable Charles Schwartz;<br>Petro-United Terminals vs. M/V JO LONN and M/V ESSO MEXICO</td>
<td></td><td></td>
</tr>
<tr>
<td>9.</td><td>@*</td><td>6/10/92</td>
<td>U.S. Federal District Court in New Orleans;<br>Chambers of The Honorable Charles Schwartz;<br>Ellzey Marine Properties vs. M/V MANDAN</td>
<td></td><td></td>
</tr>
<tr>
<td>10.</td><td>@</td><td>8/10/94</td>
<td>Ascension Parish Court in Gonzales, LA;<br>The Honorable Pegram Mire<br>Miller Bulkhead vs. Johnny's Pile Driving</td>
<td></td><td></td>
</tr>
<tr>
<td>11.</td><td>@</td><td>4/28/98</td>
<td>Civil District Court for the Parish of Orleans, District "G"<br>The Honorable Robin M. Giarrusso<br>The Port of New Orleans vs. Scott Marines Services</td>
<td></td><td></td>
</tr>
<tr>
<td>12.</td><td>@*</td><td>4/12/99</td>
<td>U.S. Federal District Court in New Orleans<br>The Honorable G. Thomas Porteous, Jr.<br>USS CABOT Museum Foundation vs. M/V TOMIS FUTURE</td>
<td></td><td></td>
</tr>
<tr>
<td>13.</td><td></td><td>5/27/99</td>
<td>Mediation in TAMPA, Florida<br>Laidlaw & Co., Inc. vs. C.F. Industries<br>Case No. 98-7409</td>
<td></td><td></td>
</tr>
<tr>
<td>14.</td><td>@*</td><td>2/22/00</td>
<td>U.S. Federal District Court in New Orleans<br>The Honorable Elden Fallen<br>Port Ship Svc. vs. M/T WARREN B.</td>
<td></td><td></td>
</tr>
<tr>
<td>15.</td><td>@*</td><td>2/7/01</td>
<td>U.S. Federal District Court in San Francisco<br>The Honorable Phylis Hamilton<br>KURE Shipping vs. Louisiana-Pacific</td>
<td></td><td></td>
</tr>
<tr>
<td>16.</td><td>@*</td><td>5/9/01</td>
<td>U.S. Federal District Court in Beaumont, TX<br>The Honorable Howell Cobb<br>JBS Packing Dock vs. M/V STAR SAVANNAH</td>
<td></td><td></td>
</tr>
</table>

<u>List of Depositions (5 years)</u>

(1993)
- Delta Terminal Services – Dock #3 vs. M/V BLUE MASTER

- Associated Terminals, LLC – Failure of Dock Gantry Crane

- Flanagin Shipping vs. Port of New Orleans

- Port Ship Service vs. M/V WARREN B.

(2000)
- Murphy Oil Company vs. M/V KOA SPIRIT

- A&R Construction Company vs. Bunge Grain Corporation
- Marathon Dock #2 vs. M/V KNOCK MUIR
- Svedala Industries – Fender Panel Investigation
- Dow Chemical Dock #2 vs. M/V ISOCARDIA
- Exxon Chemical (Marine Loading Arm) vs. M/V MEGHAN NEW

(2001)
- JBS Packing Bulkhead Dock vs. M/V STAR SAVANNAH

- Svedala Trellex Fenders vs. MacElroy

- Harvest States Grain Dock vs. M/V MAERSK ALASKA

(2002)
- Bruce Oakley Dock, Arkansas River vs. Coastal Towing

(2003)
- Delta Commodities Dock vs. M/V VELIBIT

(2004)
- Shell Chemical Dock, Geismar vs. M/V ISOLA BLU

MORRISON & ASSOCIATES
Consulting Engineers
3117 Westerwood Drive
Baton Rouge, LA 70816

RATE SHEDULE
------------
May  1, 2004

-----------------------------------------------------------------
-----------------------------------------------------------------

| | | |
|---|---|---|
| Clovis Morrison,P.E.: | Consulting Service | $ 125/hr |
| Clovis Morrison,P.E.: | Depositions and Court Testimony | $ 165/hr |
| Clovis Morrison,P.E.: | Field Work/Inspection | $  95/hr |
| Senior Civil Engineer,P.E. | | $  85/hr |
| Designer/Draftsman | | $  55/hr |
| Typing/Clerical | | $  35/hr |
| Personal Auto Expense | | $ 0.45/mi |

Reproduction, travel, and out-of-pocket expenses
(Actual cost plus 10%)

Customary billing is monthly and payments due within 30 days
from invoice date.  Late payments will be increased at the
rate of 1.5% per month.