CURRICULUM VITAE

1. Francisco I. Perez, Ph.D., ABPP

Clinical Psychologist

Clinical Neuropsychologist

Francisco I. Perez, Ph.D. and Associates, P.C.

6560 Fannin, Suite 1224

Houston, Texas 77030

(713) 790-1225

(713) 790-1932 - fax

fperez3@earthlink.net

Birth Date: May 21, 1947

Birth Place: Havana, Cuba

Citizenship: United States

Social Security Number: 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

Tax ID Number: 74-2178016

License Number: 2-0995-TX

Revised January, 2003

## EDUCATIONAL BACKGROUND

1972 - Ph.D. University of Florida

Major: Clinical Psychology

Minor: Neuropsychology

1970 - M.A. University of Florida

Major: Clinical Psychology

Minor: Experimental Analysis of Behavior

1969 - B.A. University of Florida

Major: Psychology

Minor: Sociology

1971 -1972 APA Approved Clinical Psychology Internship

Shands Teaching Hospital, University of Florida

## LICENSE AND CERTIFICATION

1973 (August) Texas State Board of Psychological Examiners Number 2-0995

1983 (August) National Register of Health Service Providers in Psychology Number 17572

## BOARD CERTIFICATION

American Academy of Pain Management - February 1991

American Board of Professional Disability Consultants - May 1992

American Board of Professional Psychology, October 1997

American Board of Clinical Neuropsychology, October 1997

## ACADEMIC APPOINTMENTS

1995 - Present Adjunct Graduate Faculty, Department of Educational Psychology, University of Houston

1993 - Present Adjunct Assistant Professor of Occupational Psychology and Environmental Sciences, University of Texas Health Science Center - Houston School of Public Health

1991 - Present Consultant to Asthma Institute of Houston

1980 - Present Clinical Assistant Professor

Department of Neurology, Physical Medicine and Rehabilitation, and Psychiatry

Baylor College of Medicine, Houston, Texas

1975 - Present Adjunct Graduate Faculty, Department of Psychology, University of Houston

1976 - Present Adjunct Graduate Faculty, Special Education Dept., University of Houston

1988 (Fall) Visiting Faculty, Department of Psychology, University of Houston at Clear Lake

1984 (Fall) Visiting Faculty, Department of Psychology, University of Houston at Clear Lake

1975 (Summer) Visiting Assistant Professor, College of Education, University of Houston

1974 - 1980 Assistant Professor, Neurology and Psychiatry, Baylor College of Medicine

1974 - 1980 Director, Neuropsychology Service and Research Laboratory, Baylor College of Medicine

1972 - 1974 Director, Clinical Education Laboratory, University of Houston

1972 - 1974 Assistant Professor of Education, Special Education Division, University of Houston, Graduate and Undergraduate Faculty

## CLINICAL AND PROFESSIONAL APPOINTMENTS

1980 - Present Behavioral Medicine Consultants

Private Practice - Psychology

1980 - 1993 Director, Psychological Services, The Methodist Hospital Pain Management Program

1986 - 1990 Director, Psychological Services, Charter Hospital of Kingwood

1985 - 1990 Director, Psychological Services, Houston Rehabilitation Institute

1974 - 1980 Director, Neuropsychology Services and Research Laboratory, Baylor College of Medicine

1972 - 1974 Director, Clinical Educational Laboratory, University of Houston

## HOSPITAL APPOINTMENTS

Consulting Staff - Allied Health

The Methodist Hospital, Houston

St. Luke's Episcopal Hospital, Houston

Texas Children's Hospital, Houston

Park Plaza Hospital, Houston

## HOBBIES

Bicycling, canoeing, camping, backpacking, sailing, and travel.

## TRAVEL

Austria, Canada, Switzerland, France, Germany, Italy, Guatemala, Holland, Mexico, Spain, Puerto Rico, Venezuela, Caribbean, and England.

## GRANTS AWARDED

Behavioral Analysis of Sensory Extinction in Man. With Dr. Paul Satz, National Institute of Mental Health, 1972-1973, $5,000, University of Florida.

Systematic Analysis of Dyslexia-A Cross Sectional Study. Research Initiation Grant, 1973-1974, $12,000, University of Houston.

Comprehensive Neuropsychological Studies of Cerebrovascular Disease, 1976-1980, $160,000,

National Institute of Neurological Disorders and Stoke, Baylor College of Medicine.

Behavioral Analysis of Sensory Extinction, 1977-1979, $47,000, National Institute of Neurological Disorders and Stroke, Baylor College of Medicine.

Neuropsychological and Behavioral Investigation of Pavabid Effects in Multi-Infarct Dementia, 1979-1980, $101,000, Marion Pharmaceutical Laboratories, Baylor College of Medicine.

MK-801 as Add-on Medication for Intractable Partial Seizures - A Controlled Study, 1986-1987, $46,000, Merck-Sharp and Dohme, Houston Neurological Center.

## RESEARCH INTERESTS

Cognitive Neuroscience

Health Psychology

Occupational Psychology

Mild head injuries

Neuropsychological approaches to rehabilitation

Aging and dementia

Biofeedback efficacy

Chronic pain

Headaches

Post Traumatic Stress Disorder

Malingering and Deception

## GOVERNMENT SERVICE

February 13 - 15, 1994 - Member of Scientific Peer Review Panel for the U.S. Army Medical Research and Command Breast Cancer Program.

1996 - Reviewer - Progress Assessment - U.S. Army Medical Research and Command Breast Cancer Program.

Consultant to the American Institute of Biomedical Science and BioReview Inc. - Washington, D.C.

1997 - Reviewer - Progress Assessment - U.S. Army Medical Research and Command Breast Cancer Program.

Consultant to the American Institute of Biomedical Science and BioReview Inc. - Washington, D.C. 1998 - Reviewer - Progress Assessment - U.S. Army Medical Research and Command

Breast Cancer Program.

Consultant to the American Institute of Biomedical Science – Washington, D.C. 1999 – Reviewer _ Progress Assessment – U.S. Army Medical Research and Command Breast Cancer Program.

Consultant to the American Institute of Biomedical Science – Washington, D.C. 2000 - Department of Defense Congressional Interest Research on Health-Related Topics Peer Review.

## PROFESSIONAL AFFILIATIONS

American Psychological Society

American Psychological Association

Division 22 - Rehabilitation Psychology

Division 38 - Health Psychology

Division 40 - Clinical Neuropsychology

Division 41 – Law and Society

Division 42 - Psychologist in Independent Practice

International Neuropsychology Society

The American College of Forensic Examiners

National Rehabilitation Association

American Association for the Advancement of Science

Houston Neurological Society

Texas Psychological Association

The Association for the Advancement of Behavioral Analysis

Association for Applied Psychophysiology and Biofeedback

New York Academy of Sciences

Society for Computers in Psychology

## TEACHING EXPERIENCE

University of Houston - Clear Lake Campus

1984 (Fall) Psy 5736 Behavioral Medicine - Graduate Seminar

1988 (Fall) Psy 5736 Behavioral Medicine - Graduate Seminar

The University of Texas Health Science Center

1989 (Spring) Lecturer - Behavioral - Psychological Assessment of Disability.

Clinical Occupation Medicine

1990 (Spring) Lecturer - Behavioral - Psychological Assessment of Disability.

Clinical Occupation Medicine

1991 (Spring) Lecturer - Behavioral - Psychological Assessment of Disability.

Clinical Occupation Medicine

1992 (Spring) Lecturer - Behavioral - Psychological Assessment of Disability.

Clinical Occupation Medicine

1993 (Spring) Lecturer - Behavioral - Psychological Assessment of Disability.

Clinical Occupation Medicine

1994 (Spring) Lecturer - Behavioral - Psychological Assessment of Disability.

Clinical Occupation Medicine

1995 (Spring) Lecturer - Occupational Psychology Seminar

1995 (Summer) Course Director - Preventing Workplace Violence. Sponsored by Southwest Center

for Occupational Health & Safety

1996 (Spring) Lecturer - Occupational Psychology Seminar

1996 (Spring) Course Director - 2nd Annual Workplace Violence Seminar. Sponsored by

Southwest Center for Occupational Health & Safety, April 12, 1996

1997 (Spring) Lecturer - Occupational Psychology Seminar

1998 (Spring) Lecturer - Occupational Psychology Seminar, April 6, 1998

1999 (Spring) Lecturer – Occupational Psychology Seminar, April 5, 1999

2000 (Spring) Lecturer – Occupational Psychology Seminar, April 3, 2000

2001 (Spring) Lecture – Occupational Psychology Seminar, April 2, 2001

2002 (Spring) Lecture – Occupational Psychology Seminar, April 1, 2002

Baylor College of Medicine

1975 (Spring) Psychiatric Residency rotation in Neuropsychology

1976 (Spring) Clinical Neuropsychology

1978 (Spring) Clinical Neuropsychology

1999 (Fall) Neurology Grand Rounds -- Neuropsychological Aspects of MS

University of Houston - University Park Campus

1972 (Fall) SPE 791 - Lab. Practice in Exceptional Children

1973 (Spring) SPE 791 - Lab. Practice in Exceptional Children

SPE 730 - Practicum in Applied Behavior Analysis

SPE 492 - Student Teaching

SPE 492B - Student Teaching

1973 (Summer) SPE 791 - Lab. Practice in Exceptional Children

SPE 730 - Practicum in Applied Behavior Analysis

1973 (Fall) C&I 730 - Practicum and Internship

C&I 630T - Experimental Analysis of Behavior

1974 (Spring) C&I 630T - Experimental Analysis of Behavior II

C&I 630T - Supervised Research

1974 (Summer) C&I 630T - Behavioral Modification in the Classroom

SPE 730 - Practicum in Applied Behavior Analysis

1975 (Summer) SPE 730S - Intellectual Testing

SPE 731 - Lab. Practice in Exceptional Children

1976 (Spring) PSY 685 - Biobehavioral Concepts and Techniques

1976 (Fall) Assessment and Remediation of Children with Behavioral Disorders

1978 (Fall) Physiological Psychology Graduate Seminar

1979 (Spring) PSY 685 - Biobehavioral Concepts and Techniques

1984 (Fall) PSYC 5736 - Behavioral Medicine

1994 (Fall) EPSY 6361 - Educational Psychology

1996 (Summer) EPSY 8344 - Biological Basis of Behavior

1997 (Summer) EPSY 8344 - Biological Basis of Behavior

1998 (Summer) EPSY 8344 - Biological Basis of Behavior

1999 (Spring) EPSY 8344 – Biological Basis of Behavior

2000 (Summer) EPSY 8344 – Biological Basis of Behavior

2001 (Summer) EPSY 8344 - Biological Basis of Behavior

2002 (Summer) EPSY 8344 – Biological Basis of Behavior

University of Florida

1972 (Spring) PSY 644 - Advanced Methods of Clinical Assessment

1972 (Summer) PSY 312 - Psychology of Exceptional Children

EDU 345 - Child Development

PSY 421 - Precision Teaching

## CONSULTATIVE APPOINTMENTS

1981 - Present Medical Advisory Board, Multiple Sclerosis Society - South Texas Chapter

1989 - 1996 Medical Advisory Board, Crohn's and Colitis Foundation, Houston Chapter.

1990 - 1992 Program Development Consultant, Rehabilitation Hospital of South Texas, Corpus Christi

1985 Research Reviewer, V.A. Hospital, Miami, Florida

1985 - 1990 Consultant - Stress Management - Cardiac Rehab, Northeast Heart and Lung Center, Humble, Texas

1982 - 1988 Advisory Board, Texas Head Injury Foundation

1981 - 1988 Board of Directors, Stroke Groups of Houston

1980 - 1982 Medical Advisory Board, Tourette's Society of Houston

1980 - 1982 Special Education Advisory Board, Humble Independent School District

1979 - 1983 Board of Directors, Houston Community Youth Center, Houston, Texas

1980 - 1981 Consultant, Humble Independent School District, Management of Teacher's Stress and Burn Out

1976 - 1980 Consultant, Marion Pharmaceutical Laboratories, Kansas City, Missouri, Research on Pavabid

1976 - 1980 Consultant, Texas Department of Corrections, Huntsville, Texas

1975 Consultant, Terrell State Hospital, Terrell, Texas - Neuropsychology

1975 Consultant, Unimed Pharmaceutical Company, Research on Serc.

1975 Consultant, Education Service Center, Region 20, San Antonio, Texas, Individualizing Instruction at the College level

1974 - 1976 Consultant, Kindergarten Precision Learning Program, Houston Independent School District

1973 Consultant, Galena Park Independent School District, Galena Park, Texas

1973 - 1974 Board of Directors, Clear View Academy, Houston, Texas

1973 Chairman, Higher Education and Resources, Gulf Coast Chapter 153, Council for Exceptional Children

1972 - 1974 Consultant to the Texas Education Agency, Austin, Texas

1972 - 1974 Consultant, Harris County Center for the Mentally Retarded, Houston, Texas

1972 - 1974 Half-time Consultant, Center for Human Resources Development and Educational Renewal, Houston Independent School District, Houston, Texas

1972 Consultant, Head Start Program, Jacksonville, Florida

1972 Consultant, Expanded Educational Opportunity Program, University of Florida

1972 Consultant, Goose Creek Independent School District, Baytown, Texas

1972 - 1973 Consultant, Spring Branch Independent School District, Houston, Texas

1971 - 1972 Staff, Precision Teaching of Florida

1969 - 1972 Team Manager, Community Psychological Center, University of Florida

<u>DIRECTORY LISTING</u>

1974 - 1975 Leaders in Education, 5th Edition.

1975 - 1976 Who's Who in Texas, 1st Edition.

1976 - 1977 Who's Who in the South and Southwest.

1976 - 1977 Who's Who Biographical Record-Child Development Professionals, 1st Edition.

1982 - 1983 Who's Who in the South and Southwest.

1983 Personalities of the South, 12th Edition.

1984 - 1985 Who's Who in Frontier Science and Technology, 1st Edition.

1984 - 1985 Who's Who in the South and Southwest.

1984 - 1985 Who's Who in the World.

1987 - 1991 Who's Who of Emerging Leaders of American

1993 - 1994 Who's Who in American Education

1994 - 1995 Who's Who in American Education

1994 - 1995 Who's Who in America

1994 - 1995 Who's' Who in the World

2002 – 2003 Who's Who in Medicine and Healthcare, 4th Edition

2002 – 2003 Who's Who in America, 57th Edition

2003 – 2004 Who's Who in Science and Engineering, 7th Edition

## PUBLICATIONS

Perez, F. I., and Satz, P. (1971) "Effects of Feedback on Clinical Prediction", Proceedings of American Psychological Association, Washington, D.C.

Perez, F. I. (1972) "A Review of Watson's and Tharp's Self-Directed Behavior", People Watching, 2:42.

Meisgeier, C., and Perez, F. I. (1973) "An Integrated Behavioral-Systems Model of Accountability in Education", N. Kremberg and S.H.L. Chow (Eds.) Configurations of Change: Regular Classroom, Far West Laboratory for Educational Research and Development, San Francisco, California.

Perez, F. I., Krop, H., and Boudin, C. (1974) "Modification of 'Self Concept' of Psychiatric Patients by Covert Reinforcement", In R. D. Rubin, J. P Brady, and J. S. Henderson (Eds.) Advances in Behavior Therapy, Volume 4, Academic Press, New York.

Perez, F. I., and Taylor, R. (1974) "A Social Learning Systems Approach of Accountability for Counseling", Research in Education, May.

Taylor, R., and Perez, F. I. (1975) "The Effectiveness of Precision Teaching in Measuring and Managing Social Behaviors", Research in Education, January.

Perez, F. I., Rivera, V. M., Meyer, J. S., and Gay, J. R. A. (1975) "Cognitive Performance in Patients with Multi-Infarct Dementia, Vertebrobasilar Insufficiency with Dementia and Alzheimer's Disease", Journal of Neurology, Neurosurgery and Psychiatry, 38:535-540.

Perez, F. I., Gay, J. R. A., and Taylor, R. (1975) "WAIS Performance in the Neurologically Impaired Aged", Psychological Reports, 37:1043-1047.

Perez, F. I., Gay, J. R. A., Taylor, R., and Rivera, V. M. (1975) "Patterns of Memory Performance in the Neurologically Impaired Aged", Canadian Journal of Neurological Services, 2:347-355.

Meyer, J. S., Welch, K. M. A., Perez, F. I., Mathew, N. T., Rivera, V. M., Gedye, J. L. and Hrastnick, F. (1976) In R.D. Terry and S. Gershon (Eds.), Aging, Volume 3, Neurobiology of Aging, Raven Press, New York, 121-1378.

Perez, F. I. (1976), "Behavioral Analysis of Clinical Judgement, Perceptual and Motor Skills", 43:711-718.

Perez, F. I., Stump, D.A., Gay, J. R. A., and Hart, V. R. (1976), "Intellectual Performance in Multi-Infarct Dementia and Alzheimer's Disease - A Replication Study", Canadian Journal of Neurological Science, 3:181-187.

Meyer, J. S., Deshmukh, V. D., Ishihara, M., Naratomi, J., Sakai, F., Hsu, M. C., Pollack, P., Mathew, N. T., Perez, F. I., and Gedye, J. S. (1976) "Non-invasive Regional Cerebral Blood Flow Studies in Cerebrovascular Disorders", In Proceeding of the Eisenhower Stroke Center Symposium.

Perez, F. I., Mathew, N. T., Stump, D. A. and Meyer, J. S. (1977) "Regional Cerebral Blood Flow Statistical Patterns and Psychological Performance in Multi-Infarct Dementia and Alzheimer's Disease", Canadian Journal and Neurological Sciences, 4:53-62.

Perez, F. I., Stump, D. A., Wray, R. E., Gay, J. R., Banon, M. R. and Meyer, J. S. (1977) "Automated Behavioral Assessment System - Precise Measurement of Memory Performance in Cerebrovascular Disease", Stroke, 8:140.

Meyer, J. S., Welch, K. M. A., Deshmukh, V. D., Perez, F. I., Jacob, R. H., Haufrect, D. B., Mathew, N. T., and Morrel, R. M. (1977) "Therapeutic Trial of Neurotransmitter Precursor Amino Acids in Multi-Infarct Dementia and Alzheimer's Disease, Journal of the American Geriatric Society, 7:289-298.

Taber, L. H., Greenberg, S. B., Perez, F. I., and Couch, R. B. (1977) "Herpes Simplex Encephalitis Treated with Adenine Arabinoside", Archives of Neurology.

Perez, F. I., Gay, J. R. A., and Cooke, N. A. (1978) "Neuropsychological Aspects of Alzheimer's Disease and Multi-Infarct Dementia", In K. Nandy (Ed.), Senile Dementia: A Biomedical Approach, pp. 185-199, Elsevier North-Holland Biomedical Press: New York.

Perez, F. I., Hruska, N. A., Stell, R. A., and Rivera, V. M. (1978) "Computerized Assessment of Memory Performance in Dementia", The Canadian Journal of Neurological Sciences, 5:307-312.

Perez, F. I., Mathew, N. T., Stump, D. A., and Meyer, J. S. (1978) "Cerebral Blood Flow and Psychological Correlates in Alzheimer's Disease and Multi-Infarct Dementia", In J. S. Meyer, H. Lechner, and M. Reivich (Eds.) Cerebrovascular Disease-Proceedings of the Eight International Salzburg Conference, Excerpta Medica.

Perez, F. I., Brown, G. A., and Rivera, V. M. (1978) "Individualized Assessment of Memory

Scanning in Dementia", Experimental Aging Research.

Perez, F. I., Krebs, M., Grabois, M., Cooke, N. A., Zoch, L. D., Cornelius, K., and Allen, A. (1979) Behavioral Contingency Contracts in the Management of Chronic Illness", Archives of Physical Medicine and Rehabilitation, 60.

Perez, F. I., Rivera, V. M., Cooke, N. A., and Hruska, N. A. (1980) "Computerized Assessment of Memory Performance in Patients with Unilateral Stroke", In J. S. Meyer, H. Lechner and M. Reivich (Eds.) Cerebrovascular Disease - Proceedings of the Ninth International Salzburg Conference. Excerpta Medica.

Perez, F. I., Brown, G. A., Yonovitz, A., Lee, D. M., and Rivera, V. M. (1980) "Rehabilitation of a Right Hemisphere Stroke Patient Exhibiting Auditory Extinction: Computerized Behavioral Approach", In J. S. Meyer, H. Lechner, and M. Reivich (Eds.) Cerebrovascular Disease - Proceedings of the Ninth International Salzburg Conference. Excerpta Medica.

Stump, D., Cooke, N. A., Yonovitz, A., Perez, F. I., and Meyer, J. W. (1980) "Selective Regional Cerebral Blood Flow Responses to Auditory Stimuli White Noise vs. Human Voice", In J. S. Meyer, H. Lechner, and M. Reivich (Eds.) Cerebrovascular Disease - Proceedings of the Ninth International Salzburg Conference. Excerpta Medica.

Perez, F. I., (1980) "Behavioral Studies of Dementia: Methods of Investigation and Analysis", In J. Cole (Ed.) The Psychopathology of Aging, pp. 81-95, Raven Press.

Perez, F. I., and Brown G. A. (1983) "Biofeedback and the Behavioral Management of Chronic Obstructive Pulmonary Disease", Cassette tape published by Meyer Communications Corporation, Denver, Colorado.

Perez, F. I., and Brown, G. A. (1984) "Auditory Discrimination Training in Patients with Auditory Neglect", In H. J. Flax and A. A. Matta (Eds.) New Frontiers that Influence Disease and Rehabilitation pp. 168-170, Proceedings of the Fourth World Congress of the International Rehabilitation Medicine Association.

Madison, C., Brown, G. A., and Perez, F. I. (1984) "Forced Fixation as a Technique to Retrain Patients Demonstrating Visual Neglect, A Computerized Approach", In J. H. Flax, and A. A. Matta (Eds.) New Frontiers that Influence Disease and Rehabilitation pp. 171-174, Proceedings of the Fourth World Congress of the International Rehabilitation Medicine Association.

Perez, F. I., and Brown, G. A. (1984) "Biofeedback and the Behavioral Management of Chronic Obstructive Pulmonary Disease", Cassette published by Meyer Communications Corporation, Denver, Colorado.

Perez, F. I., Brown, G. A., Bremner, F., Yost, M., and Benignus, V., (1984) "The Value of Single-Subject Statistics for Biofeedback Data", Cassette published by Meyer Communications Corporation, Denver, Colorado.

Rivera, V. M., Ravidiondran, M., Perez, F. I., Breitbach, W., Wulff, E., and Grajeda, F. (1985) "Neuropsychological Aspects of Cortical Blindness Due to Cerebral Infarcts", In. P. Pichot, P. Berner, R. Wolf, and K. Thau (Eds.) Psychiatry Volume 2:623-627, Plenum Publishing

Corporation.

Perez, F. I., Brown, G. A., Rusin, M., and Koehler, D. (1985) "Computer as a Prosthesis in the Neuropsychological Rehabilitation of Stroke Patients", In P. Pichot, P. Berner, R. Wolf, and K. Thau (Eds.) Psychiatry, Volume 2, pp. 619-621, Plenum Publishing Corporation.

Brown, G. A., and Perez, F. I. (1985) "Interfacing Apple and IBM Computers for the Analysis of Clinical Biofeedback", Behavior Research Methods, Instruments and Computers, 17(2), 11, 165-167.

Brown, G. A., and Perez, F. I. (1985) "Single-Subject Statistical Analysis of Computer Assisted Biofeedback", Behavior Research Methods, Instruments and Computers. 17(2). 327-330.

Perez, F. I., (1985) "La Evaluacion Neuropsicologica: Applicaciones Diagnosticas y Terapeutas", In Olmos, G., and Rivera, V. Presentacion de Casos en Neurologia de Ninos. Mexico, D. F.

Beck, J. G., Scott, S., Teague, R., Perez, F. I., and Brown, G. A. (1988) "Correlates of Daily Impairment in COPD". Rehabilitation Psychology, (33), No. 2. 77-84.

Perez, F. I., Brown, G. A., Teague, R., and Summerhill, S. (1990) "The Use of Biofeedback to Control Breathing Problems and Improve Perceived Health Status in the Elderly". Biofeedback and Self-Regulation, (15) No. 1, 81.

Ericsson, A. D., Lipps, B., Perez, F. I. and Benkendorfer, T. R.(1993) "Alzheimer's Disease Treated with Neurotrophin (Nerve growth factor) by Nasal Insufflation". Explore, Vol 4, No. 2, pp. 8-9.

Ericsson, A. D., Lipps, B., and Perez, F. I. "Neurotrophin I by Nasal Insufflation in the Treatment of Parkinson's Disease and Alzheimer's Disease". Explore, Vol. 5, No. 3, pp. 50-53.

Perez, F. I. and Brown, G. A. (1997) "Emotions and Feelings in the Bioregulation of the 'Mind': A Physiological and Neuropsychological Hypothesis." Audio- tape published by Meyer Communications Corporation, 7800 East Iliff, Denver, Colorado.

Perez, F .I. (1999) Aspectos Psicologicos de las Cefaleas Cronicas, Medico Interamericano. Agosto 1999, Pg. 398-401.

Perez, F. I. (2000) "Emotions and Feelings in the Bioregulation of Consciousness. Audio-tape published by Sound Images, Inc. Recorded at the AAPB 31st Annual Meeting "The Future is Now" March 29 – April 2, 2000 – Denver, Colorado.

Perez, F.I. (2002) The Brain Injured Plaintiff: Use of Neuropsychology in Assessing Cognitive Deficits and Evaluation of PTSD Claims. In Alvarez, Patricia (Ed) Prosecuting or Defending a Trucking Accident Case. State Bar of Texas.

## ABSTRACT

Perez, F. I., Brown. G. A., Cooke, N. A., Pickett, A. Y., Grabois, M., and Rivera, V. M. (1980) "Stroke Patients: A Computerized Behavioral Approach to Cognitive Assessment and

Retraining". Archives of Physical Medicine and Rehabilitation, 61.

Perez, F. I., Brown, G. A., Cooke, N. A., Pickett, A. Y., Grabois, M., and Krebs, M. (1980) "Behavioral Modification of Auditory Extinction: A Computerized Approach", Archives of Physical Medicine and Rehabilitation, 61.

Perez, F. I., Cooke, N. A., and Mathew, N. T. (1980) "Individualized Behavioral Management of Chronic Headaches", Headache, 20(3):163.

Brown, G. A., Pickett, A. Y., Perez, F. I., Morgan, S., and Cooke, N. A. (1981) "Behavioral Management: A Critical Factor in the Treatment of Post-Traumatic Headaches". Headache, 21(3).

Madison, C., Brown, G. A., Dumanoir, C., Perez, F. I. and Grabois, M. (1981) "Rehabilitation of Visual Neglect Using a Computerized Shaping Procedure", Archives of Physical Medicine and Rehabilitation, 62.

Perez, F. I., Cooke, N. A., Cornelius, C., Paredes, J., and Grabois, M. (1981) "Accountability in Cognitive-Behavioral Training of the Brain Damaged", Archives of Physical Medicine and Rehabilitation, 62.

Brown, G. A., Perez, F. I., Pickett, A. Y., and Cooke, N. (1982) "An Alternate Technique to Teach Handwarming in Migraine Patients Exhibiting Problems in Learning Autogenic or Visual Imagery Techniques", Headache, 22(3).

Cooke, N., Brown, G. A., Pickett, A. Y., Healey, C., Grabois, M., and Perez, F. I. (1983) "Neuropsychological Assessment: A Tool in Rehabilitation Planning for Patients with Brain Dysfunction", Archives of Physical Medicine and Rehabilitation, 63.

Madison, C., Brown, G. A., Perez, F. I., and Grabois, M. (1984) "Training of Visual Neglect Using a Computerized Approach", Archives of Physical Medicine and Rehabilitation, 65.

Brown, G. A., Perez, F. I., Woehr, D., Miller, S., and Incaprera, C. (1984) "Morse Code Synthesized Speech as a Communicative Technique for ALS Patients", Archives of Physical Medicine and Rehabilitation, 65.

Brown, G. A., Perez, F. I., Mathew, N. T., and Fairlie, A. (1985) "Use of Computer-Assisted Biofeedback and Relaxation Techniques in Headache Disorders Using Single-Subject Statistical Analyses", Headache, 25(3):169.

Perez, F. I., Mathew, N. T. (1985) "Computerized Stress Profile of Chronic Headache", Headache, 25(3):169.

## PRESENTATIONS

Perez, F. I.: Personal Contingency Management in a Non-Contingent Environment, Presented to the Southeastern Psychological Association, Atlanta, Georgia, April, 1972.

Perez, F. I.: What is Precision Teaching? Presented to the Texas Council for Exceptional

Children Annual Convention, Dallas, Texas, August, 1972.

Perez, F. I.: Acceleration of Verbal Behavior in a Group Therapy Situation, Presented to the Meeting of the Southeastern Psychological Association, New Orleans. Louisiana, April, 1973.

Perez, F. I., and Monaco, T.: Precision Administration: An Answer to the Accountability Crisis. Presented to the Texas Education Agency Professor's Institute, Austin, Texas, June, 1973.

Perez, F. I., and Taylor, R. L.: Analysis of Neurological and Environmental Variables in Learning Disabilities, Presented at the 83rd Annual American Psychological Association Convention, Chicago, Illinois, August 29, 1975.

Perez, F. I., and Mathew, N. T.: Abnormal Regional Cerebral Blood Flow Patterns in Dementia and its Behavioral Correlates. Invited presentation for the Duke University Behavior in Aging Brain Conference, Durham, North Carolina, October 9-11, 1975.

Perez, F. I., Mathew, N. T., Rivera, V. M., and Meyer, J. S.: New Approach to the Differential Diagnosis of Organic Dementias. Paper presented at the VI Pan American Congress of Neurology, Mexico City. October 12-17, 1975.

Stump, D. A., Perez, F. I., Gay, J. R. A., and Taylor, R. F.: Automated Behavioral Analysis of the Neurologically Impaired Aged. Paper presented at the Southwestern Psychological Association, Albuquerque, New Mexico, April 29-May 1, 1976.

Perez, F. I., Mathew, N. T., Stump, D. A., and Meyer, J. S.: Cerebral Blood Flow and Psychological Correlates in Alzheimer;s Disease and Multi-Infarct Dementia. Paper presented at the 8th International Conference on Cerebrovascular Disease, Salzburg, Austria, September 23-28, 1976.

Mathew, N. T., Perez, F. I., Stump, D. A., Hrostnik, F., and Meyer, J. S.: Regional Gray Matter Weight and Blood Flow in Dementia. Paper presented at the 8th International Conference on Cerebrovascular Disease.Salzburg, Austria, September 23-28, 1976.

Stump, D. A., and Perez, F. I.: The Dichotic Listening Task as a Clinical Neuropsychological Assessment Tool. Paper presented at the Southwestern Psychological Association, Houston, Texas, April, 1977.

Perez, F. I., Gedye, J. L., Stump, D. A., and Wray, R. E.: Computerized Assessment of Memory Performance in the Neurologically Impaired Aged. Paper presented at the American Geriatric Society Meeting, San Francisco, May, 1977.

Perez, F. I., Stump, D. A., Gedye, J. L., and Wray, R. E.: Titration of Short Term Recognition Memory in the Neurologically Impaired Aged. Paper presented at the Midwestern Association of Behavior Analysis. Chicago, May, 1977.

Perez, F. I., Gedye, J. L., Stump, D. A., and Wray, R. E.: Computerized Assessment and Rehabilitation of Neurologically Impaired Patients. Paper presented at the Midwestern Association of Behavior Analysis, Chicago, Illinois, May, 1977.

Karacan, I., Rivera, V. M., Ambuehl, R., Ware, C., Perez, F. I., and Williams, R.: Continuous EEG Monitoring After a Right Hemorrhagic Cerebral Infarction: A Case Report. Paper presented at the Association for the Psychophysiological Study of Sleep 17th Annual Meeting, April 27-May 1, 1977, Houston, Texas.

Perez, F. I., Stump, D. A., Gay, J. R. A.: Computerized Memory Assessment: Methodological and Clinical Implications for Neuropsychology. Paper presented at the European Meeting of the International Neuropsychological Society, Oxford, England, August 1-4, 1977.

Stump, D. A., Gay, J. R. A., Cooke, N., Perez, F. I.: Unilateral Vascular Lesions and Performance on the Dichotic Listening Task. Paper presented at the American Psychological Association Annual Convention, San Francisco, California, September, 1977.

Brinkman, S. D., and Perez, F. I.: The Early Symptoms of Multiple Sclerosis: Effects on Subsequent Neuropsychological Performance. Paper presented at the 7th Annual Meeting of the Society for Neuroscience, Anaheim, California, November 6-10, 1977.

Perez, F. I., and Rivera, V. M.: Evaluacion Computarizada de Lenguaje en Pacientes con Infarto Cerebral. Paper presented at the First Annual Mexican Academy of Neurology Meeting, Pueble, Mexico, November 10-13, 1977.

Perez, F. I.: Auditory Activation Studies of Regional Cerebral Blood Flow. Paper presented at the Internal Neuropsychological Society, Minneapolis, Minnesota, February, 1978.

Perez, F. I., Brown, G. A., Yonovitz, A., Mitchell, C.W., and Lozar, J.T.: Stimulus Control Breakdown in an Auditory Discrimination Task in Patients with Brain Damage. Paper presented at the Midwestern Association of Behavior Analysis, Chicago, Illinois, May, 1978.

Perez, F. I., Brown, G. A., Yonovitz, A., Lee, D. M., and Rivera, V. M.: Rehabilitation of a Right Hemispheric Stroke Patient Exhibiting Auditory Extinction: A Computerized Behavioral Approach. Paper presented at the 9th International Salzburg Conference on Cerebrovascular Disease, Salzburg, Austria, September 27-30, 1978.

Rivera, V. M., Perez, F. I., Cooke, N.A., and Hruska, N. A.: Computerized Assessment of Memory Performance in Patients with Unilateral Stroke. Paper presented at the 9th International Conference on Cerebrovascular Disease, Salzburg, Austria, September 27-30, 1978.

Stump, D. A., Cooke, N., Yonovitz, A., Perez, F. I., and Meyer, J. S.: Selective Regional Cerebral Blood Flow Responses to Auditory Stimuli: White Noise vs. Human Voice. Paper presented at the 9th International Salzburg Conference on Cerebrovascular Disease, Salzburg, Austria, September 27-30, 1978.

Perez, F. I.: Neuropsychological Characteristics and Differential Diagnosis of Vertebrobasilar Insufficiency, Multi-Infarct Dementia and Alzheimer's Disease. Invited paper presented to the faculty of the Universita Cattolica del Sacro Coure. Instituto di Clinica delle Malattie Nervose e Mentali, Rome, Italy. October 3, 1978.

Perez. F. I., Lee, D. A., and Brown, G. A.: Memory Scanning in the Dementias. Paper presented

at the American Geriatric Society Meeting, Dallas, Texas, November, 1978.

Perez, F. I.: Neuropsychological Diagnosis of Dementia in the Elderly. Paper presented at the American Psychopathological Association, New York City, March 1-2, 1979.

Perez, F. I., Brown, G. A., Cooke, N. A.: Direct and Individualized Measurement of Memory Impairment in Dementia. Paper presented at the American Geriatric Society Meeting, Washington, D.C., November 25 and 29, 1979.

Perez, F. I., Krebs, M., Grabois, M., Cooke, N. A., Zoch, L. D., Allen, A., and Cornelius, C. A.: Behavioral Monitoring Systems for Individualized Rehabilitation in the Neurologically Impaired. Paper presented at the meeting of the American Congress of Rehabilitation Medicine, Honolulu, Hawaii. November, 1979.

Perez, F. I., Krebs, M., Grabois, M., Cooke, N. A., Zoch, I. D., Cornelius, C. and Allen, A.: Behavioral Contingency Contracts in the Management of Chronic Illness. Paper presented at the Meeting of the American Congress of Rehabilitation Medicine, Honolulu, Hawaii, November, 1979.

Perez, F. I., Cooke, N. A., and Mathew, N. T.: Individualized Behavioral Management of Chronic Headaches. Paper presented to the Meeting of the American Association for the Study of Headache. Annual Meeting, San Francisco, California, May, 1980.

Perez, F. I., Brown, G. A., Cooke, N. A., Pickett, A. Y., Grabois, M., and Krebs, M.: Behavioral Modification of Auditory Extinction: A Computerized Approach. Paper presented to the 57th Annual Session of the American Congress of Rehabilitation Medicine, Washington, D.C., October, 19-24, 1980.

Perez, F. I., Brown, G. A., Cooke, N. A., Pickett, A. Y., Rivera, V. M., and Grabois, M.: Stroke Patients a Computerized Approach to Cognitive Assessment and Retraining. Paper presented to the 42nd Annual Assembly of the American Academy of Physical Medicine and Rehabilitation Medicine, Washington, D. C., October 19-24, 1980.

Perez, F. I., Rivera, V. M., Grabois, M., and Murphy, E.: Manejo de la Conducta en Pacientes con Dolor Cronico. Paper presented to the Mexico Academy of Neurology Meeting, Guadalajara, Mexico. November, 1980.

Perez, F. I., and Brown, G. A.: Biofeedback and Behavioral Medicine. Workshop presented to the Annual Meeting of the Southeastern Neurosurgical Nursing Association, Houston, Texas, February, 1981.

Brown, G. A., Pickett, A. Y., Perez, F. I., Morgan, S., and Cooke, N.: Behavioral Management: A Critical Factor in the Treatment of Post Traumatic Headaches. Paper presented to the American Association for the Study of Headache, Annual Meeting, Washington, D.C., May, 1981.

Madison, C., Brown, G. A., Dumanoir, C., Perez, F. I., and Grabois, M.: Rehabilitation of Visual Neglect Using a Computerized Shaping Procedure. Paper presented to the 58th Annual Session of the American Congress of Rehabilitation Medicine, San Diego, California, November, 1981.

Perez, F. I., Cooke, N. A., Cornelius, C., Paredes, J. and Grabois, M.: Precision Teaching: Accountability in Cognitive-Behavioral Retraining of the Brain Damaged. Presented to the 58th Annual Session of the American Congress of Rehabilitation Medicine, San Diego, California, November, 1981.

Perez, F. I., and Rivera, V. M.: Manejo De la Conducto en Niños con Problemas Neurologicos. Presented to the Mexican Academy of Neurology, Monterrey, Mexico, November, 1981.

Perez, F. I.: Stress Management and the Nursing Profession. Workshop presented at the Southeast Chapter of the American Association of Neurosurgical Nurses, Houston, Texas, February, 1982.

Perez, F. I.: Psychological Evaluation-Implications of Disability Behavior Modification. Lecture presented at the 16th Comprehensive of Medicine, Houston, Texas, March 26, 1982.

Perez, F. I., and Brown, G. A.: Auditory Discrimination Training in Patients with Auditory Neglect. Presented at the 4th World Congress of the International Rehabilitation Medicine Association, San Juan, Puerto Rico, April, 1982.

Madison, C., Brown, G. A., and Perez, F. I.: Forced Fixation as Technique to Retrain Patients Demonstrating Visual Neglect: A Computerized Approach. Presented at the 4th World Congress of the International Rehabilitation Medicine Association, San Juan, Puerto Rico, April, 1982.

Perez, F. I.: Use of Psychological Studies in Assessing Low Back Pain. Presented at the Texas Association of Neurological Surgeons, Texas Medical Association Meeting, San Antonio, Texas, May 7, 1982.

Perez, F. I.: Career Satisfaction: Coping with Emotional and Physical Effects of Stress. Workshop presented with the Texas Health Education Consultants, Inc., Westchase Hilton, Houston, Texas, May 20, 1982.

Brown, G. A., Perez, F. I., Pickett, A. Y., Cooke, N.: An Alternate Technique to Teach Hand Warming in Migraine Patients Exhibiting Problems in Learning Autogenic or Visual Imagery Techniques. Presented at the Twenty-Fourth Annual Meeting of the American Association for the Study of Headache, New Orleans, Louisiana, June 11-13, 1982.

Perez, F. I.: The Rehabilitation Philosophy - Making the Most of What You Have. Workshop at the Southeast Meeting of the American Association of Nephrology Nurses and Technicians, New Orleans, Louisiana, September 17-19, 1982.

Cooke, N., Brown, G. A., Picket, A. Y., Healey, C., Grabois, M., and Perez, F. I.: Neuropsychological Assessment: A Tool in Rehabilitation Planning for Patients with Brain Dysfunctions. Presented at the 59th Annual Assembly of the American Congress of Rehabilitation Medicine, Houston, Texas, October 31-November 5, 1982.

Brown, G. A., Perez, F. I., and Pickett, A. Y.: "Biofeedback" Y manejo de la Conducta en el Tratamiento do Dolores de Cabeza. Presented at the VI Annual Reunion of the Mexican Academy of Neurology, Morelia, Mexico, November, 1982.

Perez, F. L.: Evaluation Neuro-Psychologique et Plan de Readaptation Pour Les Personnes Agees Atteintes d Etats Dementiels" Invited presentation at the Association Audoise de Aide a la Sante Mentole-Assemblee Generalle et Journees Scientifiques Internationales, Limoux, France, December 4-7, 1982.

Perez, F. L.: Behavioral Analysis and Chronic Pain. Lecture presented at the Chronic Pain-Evaluation and Management. Baylor College of Medicine. The Office of Continuing Education, Houston, Texas, February 10-12, 1983.

Brown, G. A., and Perez, F. L.: Biofeedback and Behavioral Management of Chronic Obstructive Pulmonary Disease. Short course presented at the Fourteenth Annual Meeting of the Biofeedback Society of America, Denver, Colorado, March, 18-23, 1983.

Perez, F. L.: Behavioral Aspects of Headaches. Paper presented at the National Migraine Headache Foundation, Public Awareness Series on Headaches, their Nature, Prevention, and Treatment. Dallas, Texas, May 14, 1983.

Perez, F. L., Brown, G. A., Rusin, M., and Hoehler, D.: Computer as a Prosthesis in the Neuropsychological Rehabilitation of Stroke Patients. Presented at the VII World Congress of Psychiatry, Vienna, Austria, July 11-16, 1983.

Rivera, V. M., Ravidiondran, M., Perez, F. L., Breitback, W., Wulff, E., and Grajeda, F.: Neuropsychological Aspects in Cortical Blindness Due to Cerebral Infarcts. Presented at the VII World Congress of Psychiatry, Vienna, Austria, July 11-16, 1983.

Perez, F. L., Brown, G. A., Klinger, R., and Poore, D.: A Systems Approach to Biofeedback and Behavioral Medicine. APA Approved Continuing Education workshop sponsored by the Dallas Psychological Association. Presented at the Texas Psychological Association Meeting, San Antonio, Texas, November, 1983.

Brown, G. A., and Perez, F. L.: Single-Subject Research Design - A View From the Clinic. Invited symposium presented at the 15th Annual Meeting of the Biofeedback Society of America Meeting, Albuquerque, New Mexico, March, 1984.

Perez, F. L., and Brown, G. A.: Biofeedback and Behavioral Management of Chronic Obstructive Pulmonary Disease. Short course presented at the 15th Annual Meeting of the Biofeedback Society of America Meeting, Albuquerque, New Mexico, March, 1984.

Perez, F. L.: Managing the Stress of Multiple Sclerosis. Lecture presented at the Annual Houston Chapter of the Multiple Sclerosis Society, Houston, Texas, April, 1984.

Perez, F. L.: Pain Behaviors: Evaluation and Management. Presented at the 18th Comprehensive Review Course in Physical Medicine and Rehabilitation. Sponsored by the Office of Continuing Education, Baylor College of Medicine and endorsed by the American Academy of Physical Medicine and Rehabilitation, Houston, Texas, April 9-19, 1984.

Perez, F. L.: Psychological Adaptation to Stroke. Lecture presented at the Houston Stroke Symposium. The University of Texas Health Science Center at Houston, Texas, May 10, 1984.

Perez, F. I.: Manejo Psiconeurologico del Niño con Problemas de Conducta. Presented at Curso Monografico de Neuropediatria: Neurologia del Pre-escolar. Continuing Education Course sponsored by Hospital Infantil de Mexico Federico Gomez, Mexico City, May 21-25, 1984.

Perez, F. I.: Factores Emocionales que Afectan el Desarrollo del Lenguaje. Presented at Curso Monografico de Neuropediatria, Neurologia del Pre-escolar. Continuing Education Course sponsored by Hospital Infantil de Mexico Federico Gomez, Mexico City, May 21-25, 1984.

Perez, F. I.: El Impacto Emocional en la Escuela. Presented at Curso Monografico de Neuropediatria: Neurologia del Pre-escolar. Continuing Education Course sponsored by Hospital Infantil de Mexico Federico Gomez, Mexico City, May 21-25, 1984.

Perez, F. I.: Psychological Aspects of Chronic Pain. Presented at a seminar on Compensation Issues and Rehabilitation sponsored by Intracorp, Houston, Texas, September 12, 1984.

Perez, F. I., Brown, G. A., and Taylor, J.: Learning Through Experience: A Workshop in the Use of the LOGO Environment in Teaching Cognition to the Head Injured. Presented at the 5th Annual Traumatic Head Injury Conference, sponsored by The Braintree Hospital, Braintree, Massachusetts, October 17-19, 1984.

Brown, G. A., Perez, F. I., Woehr, D., Miller, S., and Incaprere, Ch.: Morse Code and synthesized Speech as a Communicative Technique for ALS Patients. Paper presented at the American Congress of Rehabilitation Medicine, Boston, Massachusetts, October 21-26, 1984.

Madison, Ch., Brown, G. A., and Perez, F. I.: Rehabilitation of Visual Neglect Using a Computerized Shaping Procedure. Paper presented at the American Congress of Rehabilitation Medicine, Boston, Massachusetts, October 21-27, 1984.

Perez, F. I.: Modification of Behavior. Invited lecture for a Continuing Education Symposium, Chronic Back Pain: Part II. Sponsored by the American Academy of Physical Medicine and Rehabilitation, Boston, Massachusetts, October 25, 1984.

Perez, F. I.: The Adjusted Patient with Myasthenia Gravis. Invited lecture at the You Sure Don't Look Sick: A Symposium on Myasthenia Gravis sponsored by the MG Foundation, Greater South Texas Chapter, Houston, Texas, October 19, 1984.

Perez, F. I., Brown, G. A., and Poore, D.: Systems Approach to Biofeedback and Behavioral Medicine. APA approved Continuing Education Course sponsored by the Dallas Psychological Association. Texas Psychological Association Annual Convention, Austin, Texas, October 31, 1984.

Perez, F. I.: Behavioral Approaches to the Management of Chronic Headaches. Invited lecture at the Headache Update Continuing Education Course sponsored by the National Migraine Foundation and the Houston Headache Clinic, Houston, Texas, November 2, 1984.

Perez, F. I.: Behavioral Management of Headaches. Invited lecture at the Public Awareness Services Headaches Their Nature, Prevention, and Treatment. Sponsored by the National Migraine Foundation, The Methodist Hospital, Houston, Texas, November 3, 1984.

Brown, G. A., and Perez, F. I.: Apple/IBM Interfacing. Paper presented at the 14th Annual Meeting of the Society for Computers in Psychology. San Antonio, Texas, November 7, 1984.

Brown, G. A., and Perez, F. I.: Computer Applications in Single Subject Research Design. Paper presented at the 14th Annual Meeting of the Society for Computers in Psychology, San Antonio, Texas, November 7, 1984.

Perez, F. I.: Coping with the Consequences of Stroke. Lecture presented at the 2nd Stroke Symposium. Sponsored by the University of Texas Medical School at Houston, Office of Continuing Education, Houston, Texas, March 9, 1985.

Perez, F. I.: Strategies in Teaching Coping Techniques to Patients With Gastric and Intestinal Disorders. Presented at the Third Annual I.V. Therapy Seminar of the Greater Houston Chapter of the National Intravenous Therapy Association, Inc., Crown Plaza Holiday Inn, Houston, Texas, March 25, 1985.

Perez, F. I.: Managing Pain as a Behavior. Presented at the 19th Comprehensive Review Course in Physical Medicine and Rehabilitation. Sponsored by the Office of Continuing Education, Baylor College of Medicine and endorsed by The American Academy of Physical Medicine and Rehabilitation, Houston, Texas, March 18-28, 1985.

Perez, F. I., Brown, G. A., and Teague, R. B.: Behavioral Medicine Approach to the Management of Chronic Pulmonary Disease. APA approved workshop presented at the Annual Meeting of the Biofeedback Society of America, New Orleans, Louisiana, April 13, 1985.

Perez, F. I., Brown, G. A., and Teague, R. B.: Behavioral Medicine Approach to the Management of Chronic Pulmonary Disease. Continuing Education workshop presented at the 16th Annual Meeting of the Biofeedback Society of America, New Orleans, Louisiana, April 14, 1985.

Yost, M., Bremner, F., Brown, G. A., Perez, F. I., and Stanley, L.: The Efficacy of Single Subject Statistics in Evaluating Clinical Biofeedback. Symposium presented at the 16th Annual Meeting of the Biofeedback Society of America, New Orleans, Louisiana, April 14, 1985.

Perez, F. I., Yost, M., Bremner, J., Brown, G. A. and Stanley, L.: The Efficacy of Single Subject Statistics in Evaluating Clinical Biofeedback. Symposium presented at the 16th Annual Meeting of the Biofeedback Society of America, New Orleans, Louisiana, April 16, 1985.

Brown, G. A., and Perez, F. I.: The Single-Subject Design in Clinical Biofeedback: A Technique for the Evaluation of Improvement. Presented at the 16th Annual Meeting of the Biofeedback Society of America, New Orleans, Louisiana, April 16, 1985.

Perez, F. I.: Stress Management and M.S. Presented at the MS workshop '85. "Meeting the Challenge", May 18, 1985.

Brown, G. A., Perez, F. I., and Fairlie, A.: Use of Computer Assisted Biofeedback and Relaxation Techniques Using Single Subject Statistical Analyses. Paper presented at the Annual Meeting of the American Association for the Study of Headache, New York, June 16, 1985.

Perez, F. I., and Mathew, N. T.: Computerized Stress Provide of Chronic Headache. Presented at the Annual Meeting of the American Association for the Study of Headache, New York, June 16, 1985.

Perez, F. I.: Behavioral Approaches to the Management of Pain - Incorporating Biofeedback. Presented at The Texas Gulf Coast Chapter of The National Association of Orthopedic Nurse, October , 1985.

Perez, F. I.: Dyspnea: Learning Self-Control. Presented at the Pulmonary Patient Hospital to Home, Baylor College of Medicine, Houston, Texas, October 25, 1985.

Perez, F. I.: The Counselor - Client Relationship - Moving from Dependency to Independence. Presented at The Houston Area Rehabilitation Associates, Houston, Texas, November 13, 1985.

Beck, J. G., Perez, F. I., and Brown, G. A.: Pain Attacks: Physiological and Psychological Features in Somatic Distress. Presented at the Annual Convention of the American Psychological Association, November, 1985.

Perez, F. I.: Manejo del Dolor Cronico - Enfoque Multidisciplinario. Presented to the XI Congress Medico Asociacion Medica Latino Americana del Rehabilitacion, San Juan, Puerto Rico, December 1-6, 1985.

Perez, F. I.: Computer Applications in Cognitive Rehabilitation. Invited symposium - New Technology for the Handicapped. The 5th World Congress of the International Rehabilitation Medicine Association, Manila, Philippines, February 16-21, 1986.

Perez, F. I., Brown, G. A., Teague, R., and Fairlie, A.: Biofeedback Training and Behavioral Intervention in the Rehabilitation of Chronic Pulmonary Disease. Paper to be presented at the 5th World Congress of the International Rehabilitation Medicine Association, Manila, Philippines, February 16-21, 1986.

Perez, F. I., Williams. C. S., Taylor, J., and Fairlie, A.: The Brain Injury Day Program - A Model for Behavioral Rehabilitation. Paper to be presented at the 5th World Congress of the International Rehabilitation Medicine Association, Manila, Philippines, February 16-21, 1986.

Perez, F. I., Brown, G. A., and Teague, R.: Behavioral Medicine Approach to the Management of Chronic Obstructive Pulmonary Disease. APA approved workshop presented at the Annual Meeting of the Biofeedback Society of America, San Francisco, March 22, 1986.

Perez, F. I.: Managing Pain as a Behavior. Presented at the 20th Anniversary Review Course in Physical Medicine and Rehabilitation - Baylor College of Medicine, Houston, Texas, April 9, 1986.

Beck, J. G., Perez, F. I., Teague, R., Scott, S., and Brown, G. A.: Correlates of Daily Impairment in COPD. Presentation at the 20th Annual American Association of Behavioral Therapies Convention, Chicago, November 13-16, 1986.

Brown, G. A., and Perez, F. I.: Biofeedback Applications in the Treatment of TMJ Disorders.

Paper presented at the Meting of the American Association of Neuromuscular Studies. Houston, Texas, January 10, 1987.

Perez, F. I.: Psycho-Social Aspects of M.S. Presented at The Professional Approach to Multiple Sclerosis, Houston, Texas, January 23, 1987.

Perez, F. I.: Psychological Assessment of Impairment. Presented at a National Program on Occupational Lung Disease, Baylor College of Medicine, Houston, Texas, April 23-25, 1987.

Perez, F. I.: Stress Management Seminar. Spring MS Workshop '87 - Positive Approaches to Multiple Sclerosis, Houston, Texas, May 9, 1987.

Perez, F. I.: Psychological Evaluation: Psychological Social Services. Presented at the 5th Annual Chronic Pain Course: Evaluation and Management, Baylor College of Medicine, Houston, Texas, May 7-9, 1987.

Perez, F. I.: Dolor, Aspecto Psicologico. Presented at the III Congress Nacional de Neurologica y Neurocirujia, Guatemala City, C.A., August 19-22, 1987.

Perez, F. I.: Stress Management - Positive Stress Reduction Technique. Presented at the M.S. Family Discovery Weekend, October 2-4, 1987.

Perez, F. I., Brown, G. A., Teague, R., and Summerhill, S.: The Use of Biofeedback Training for the Control of Dyspnea in COPD Patients. Poster session presented for the International Conference on Pulmonary Rehabilitation and Home Mechanical Ventilation. Sponsored by the Webb-Warning Lung Institute, Denver, Colorado, March 4, 1988.

Perez, F. I., Brown, G. A., and Williams, C. S.: Integrating Biofeedback and Behavioral Medicine into Clinical Practice. APA Continuing Education Credit. Workshop presented at the Annual Meeting of the Texas Psychological Association, Austin, Texas, November, 1988.

Perez, F. I.: Families and Chronic Pain - Assessment and Treatment. Presented at the Second Annual Symposium - Chronic Pain and the Primary Physician. Sponsored by The University of Texas Medical School at Houston, Houston, Texas, December 3-4, 1988.

Brown, G. A., and Perez, F. I.: Stress Management as an Adjunct Treatment in Ileitis and Colitis. Session presented tot he Gulf Coast chapter of the American Ileitis and Colitis Foundation, Houston, Texas, February 28, 1989.

Brown, G. A., and Perez, F. I.: The Use of Biofeedback to Control Dyspnea in an Elderly Patient. Paper presented to the 15th Annual Meeting of the Biofeedback Society of Texas, Galveston, Texas, October 21, 1989.

Perez, F. I.: Managing Pain as a Behavior. Presented at the Third Annual Symposium - Chronic Pain and the Primary Physician - Sponsored by The University of Texas Medical School at Houston, December 2-3, 1989.

Perez, F. I.: Self-Esteem Evaluation in Patients with IBD. Presented at the Ileitis and Colitis: Early Diagnosis and Management - Medical Symposium, Houston, Texas, January 13, 1990.

Perez, F. I.: Communication and Sense of Loss in M.S. Presented at the Home Health Care Seminar - Southeast Chapter of The National Multiple Sclerosis Society, The Methodist Hospital, Houston, Texas, January 27, 1990.

Perez, F. I., Brown, G. A., Teague, R., and Summerhill, S.: The Use of Biofeedback to Control Breathing Problems and Improve Perceived Health Status in the Elderly. Poster session presented at the 21st Annual Meeting of the Association of Applied Psychophysiology and Biofeedback, Washington, D.C., March, 1990.

Perez, F. I., Brown, G. A., Williams, C. W., and Grabois, M.: The Role of Biofeedback in Stress and Pain Management. Symposium presented at the International Rehabilitation Medicine Association Congress, Madrid, Spain, June 17-22, 1990.

Perez, F. I.: Family Issues in the Management of Epilepsy. Presented to the Epilepsy Support Group, Corpus Christi, Texas, February, 1991.

Perez, F. I.: Psychosocial Evaluation and Intervention. Presented at the Occupational Rehabilitation Medicine Course - Focus on Low Back Dysfunction, Baylor College of Medicine, Houston, Texas, April 19, 1991.

Perez, F. I.: Coping with Head Injury. Presented to the Corpus Christi Chapter of the Head Injury Support Group. Rehabilitation Hospital of South Texas, Corpus Christi, Texas, May, 1991.

Perez, F. I. and Brown, G. A.: How to Avoid Common Mistakes which Negatively Influence Insurance Audits. Presented at the 21st Annual Meeting of the Biofeedback Society of Texas, South Padre Island, Texas, October, 1991.

Brown, G. A., and Perez, F. I.: Sweating Out the Results: A Primer for Electrodermal Training and Interpretation in Biofeedback. Presented at the 21st Annual Meeting of the Biofeedback Society of Texas, South Padre, Island, Texas, October, 1991.

Perez, F. I.: Principles of Psychology in Occupational Health. Presented at the Southwest Center for Occupational Health and Safety - 1992 Spring Institute, The University of Texas Health Science Center at Houston, Texas. March 11, 1992.

Perez, F. I.: Pain Management and Occupational Injuries. Presented at the Southwest Center for Occupational Health and Safety - 1992 Spring Institute, The University of Texas Health Science Center at Houston, Texas, March 11, 1992.

Perez, F. I.: The Assessment of Malingering. Workshop presented to the Texas Rehabilitation Association, Corpus Christi, Texas, May 6, 1992.

Perez, F. I.: The Behavioral Approach to Disability Assessment. Workshop presented to The Insurance Industry, Corpus Christi, Texas, May 7, 1992.

Perez, F. I.: Neuropsychological Testing. Presented to the Acute Care Residency - Neuroscience Nursing Program. The Methodist Hospital, Houston, Texas, August 25, 1992.

Perez, F. I., and Brown, G. A.: Living and Coping with Crohn's Disease and Ulcerative Colitis -

For Patients and Family Members. Workshop sponsored by the Crohn's and Colitis Foundation of America, September 15, 1992.

Perez, F. I.: Psychologist as Expert Witness. Presented at the 16th Annual Page Keetin Products Liability and Personal Injury Law Conference, The University of Texas School of Law, Austin, Texas, November 6, 1992.

Gibbins, B., Radnofsky, B. A. and Perez, F. I.: Demonstration - Preparation of Psychologist/Expert Witness. Presented at the 16th Annual Page Keetin Products Liability and Personal Injury Law Conference, The University of Texas School of Law, Austin, Texas, November 6, 1992.

Perez, F. I.: Neuropsychological Assessment of Head Injuries - Legal Issues. Presented to the Greater Houston Chapter of the American Association of Legal Nurse Consultants. Houston, Texas, January 21, 1993.

Perez, F. I.: Psychological Effects and Coping Mechanisms Associated with the Person with Epilepsy and Their Families. Presented to The Memorial Medical Health Care Series, Corpus Christi, Texas, April 13, 1993.

Perez, F. I.: Behavioral and Psychologic Aspects of Occupational Disorders. Symposium on Update on Occupational Illness, Texas Medical Association Annual Session, Houston, Texas, May 14, 1993.

Perez, F. I.: Evaluation and Management of Psychological Injuries. Seminar presented to the Houston Service Center Claim Seminar - St. Paul Insurance. Houston, Texas, August 19, 1993.

Perez, F. I.: Managing the Stress of Being a Caregiver to Someone with Multiple Sclerosis. Workshop presented to the Gulf Coast Multiple Sclerosis Society, Houston, Texas, November 5, 1993.

Perez, F. I.: Post Traumatic Stress Disorder in Occupational Injuries - Assessment and Treatment. Course presented at the 1994 Spring Institute sponsored by Southwest Center for Occupational and Environmental Health. University of Texas, School of Public Health, Houston, Texas, March 18, 1994.

Perez, F. I.: Topographical Analysis of Symptom Reporting in Occupational Injuries - Looking for the Contingencies. Paper presented at the 20th Annual Convention of the Association for Behavior Analysis: International, Atlanta, Georgia, May 28, 1994.

Perez, F. I.: Neurobehavioral Approaches to Multiple Sclerosis. Paper presented at the 10th Thessaloniki Conference, Vienna, Austria, October 5-9, 1994.

Perez, F. I. and Brown, G. A.: The psychophysiological assessment and its applicability in legal cases for PTSD. Paper presented at the 20th Annual Meeting of the Biofeedback Society of Texas, San Antonio, Texas, October, 1994.

Perez, F. I.: The Evaluation of Malingering and Deception in the Biofeedback Clinic. Short course presented at the Association for Applied Psychophysiology and Biofeedback 26th Annual

Meeting, Cincinnati, Ohio, March 9-14, 1995.

Perez, F. I.: Coping with Chronic Illness of IBD: Its effects on Family and Relationships. Educational Program presented to the Houston Gulf Coast/South Texas Chapter of the Crohn's and Colitis Foundation of America, Inc. Houston, Texas, April 4, 1995.

Perez, F. I.: Aspectos Psicologicos. Dificultades Emotivas y Cognitivas en la Esclerosis Multiple. Presented at the Symposium of Information for Patients with Multiple Sclerosis. Sponsored by the International Federation of Multiple Sclerosis Society and the Asociacion Mexicana Contra La Esclerosis Multiple A.C., Mexico City, April 8, 1995.

Perez, F. I.: The Role of Psychologists in Pain Management. Presented to GAB Business Services, Inc. Houston, Texas, April 21, 1995.

Perez, F. I.: The Psychological Management of Violence in the Workplace. Presented to the American Personnel Services Inc. - Subsidiary of Chevron. Houston, Texas, April 28, 1995.

Perez, F. I.: Head Injuries and the Neuropsychologist. Paper presented at the Medicine of Personal Injury Cases Seminar. Sponsored by the Texas Trial Lawyers Association. Houston, Texas, June 8, 1995.

Perez, F. I.: Traditional Theories and Research on Aggression: How to Identify the Distressed Employee. Paper presented at the Preventing Workplace Violence Course. Sponsored by the Southwest Center for Occupational and Environmental Health. The University of Texas - Houston Health Science Center, Houston, Texas, July 12, 1995.

Perez, F. I.: Risk Factors in Workplace Violence. Paper presented at the Preventing Workplace Violence Course. Sponsored by the Southwest Center for Occupational and Environmental Health. The University of Texas - Houston Health Science Center, Houston, Texas, July 12, 1995.

Gilham, D. and Perez, F. I.: Implementing an Effective Intervention and Treatment Plan. Paper presented at the Preventing Workplace Violence Course. Sponsored by the Southwest Center for Occupational and Environmental Health. The University of Texas - Houston Health Science Center, Houston, Texas, July 12, 1995.

Perez, F. I.: Violence in the Workplace. Seminar presented to Tenneco, Inc. Houston, Texas, August 8, 1995.

Perez, F. I.: Stress in the Workplace. Seminar presented to St. Paul Fire and Marine Insurance Company, Houston, Texas, August 16, 1995.

Perez, F. I.: Aspectos Psicologicos. Dificultades Emotivas y Cognitivas en la Esclerosis Multiple. Presented at the Symposium of Information for Patients with Multiple Sclerosis. Sponsored by the International Federation of Multiple Sclerosis Society, the Asociacion Mexicana Contra La Esclerosis Multiple, and the Association Regiomontana De Esclerosis Multiple, Monterrey, N.L., August 26, 1995.

Perez, F. I. and Tonn, M.: The Identification, Management and Prevention of Workplace

Violence. Presented at the M. W. Kellogg Company 1995 Kelsafe Conference, Houston, Texas. September 15, 1995.

Perez, F. I.: Estrés Ocupacional. Presented at Jornadas sobre Salud Ocupacional en Trabajadores del Sector Terciario. Oviedo, Spain, November 16, 1995.

Perez, F. I.: Violencia en el lugar de trabajo. Presented at Jornadas sobre Salud Ocupacional en Trabajadores del Sector Terciario. Oviedo, Spain, November 16, 1995.

Perez, F. I.: Acoso sexual. Presented at Jornadas sobre Salud Ocupacional en Trabajadores del Sector Terciario. Oviedo, Spain, November 17, 1995.

Perez, F. I.: Resolución de conflictos. Presented at Jornadas sobre Salud Ocupacional en Trabajadores del Sector Terciario. Oviedo, Spain, November 17, 1995.

Perez, F. I.: What Else Could It Be? Psychosocial Aspects of Back Pain. Presented at The Management of Chronic Pain Continuing Education Seminar. Sponsored by St. Luke's Episcopal Hospital, Houston, Texas, December 10, 1995.

Perez, F. I.: The Management of Violence in the Schools. Presented to the Dickinson Independent School District Safety Department, Dickinson, Texas, February 13, 1996.

Perez, F. I. and Brown, G.A.: The Evaluation and Deception in the Biofeedback Clinic - Continuing Education Workshop presented at the Association for Applied Psychophysiology and Biofeedback 27th Annual Meeting, Albuquerque, New Mexico, March 20, 1996.

Perez, F. I.: Risk Factors in Workplace Violence - How to Identify the Distressed Employee. Presented at the Preventing Workplace Violence Seminar. Sponsored by the Southwest Center for Occupational and Environmental Health. The University of Texas - Houston Health Science Center, Houston, Texas, April 12, 1996.

Perez, F. I. and Schweitzer, S.: Sexual Harassment: Psychological and Legal Issues. Presented at the Preventing Workplace Violence Seminar. Sponsored by the Southwest Center for Occupational and Environmental Health. The University of Texas - Houston Health Science Center, Houston, Texas, April 12, 1996.

Gicham, D., Perez, F.I., Harris, P., Baker, S., and Bennett, M.: Intervention and Management of Violence in the Workplace: Case Studies. Presented at the Preventing Workplace Violence Seminar. Sponsored by the Southwest Center for Occupational and Environmental Health. The University of Texas - Houston Health Science Center, Houston, Texas, April 12, 1996.

Perez, F.I.: Rambling and Reflecting after 24 years as a psychologist. Presented to the Clinical Psychology Interns Seminar, University of Houston, April 12, 1996.

Perez, F. I.: Aspectos Psicologicos, Dificultades Cognitivas y Emotivas en la Esclerosis Multiple. Presented at the Symposium of Information for Patients with Multiple Sclerosis. Sponsored by the International Federation of Multiple Sclerosis Societies, The Asociacion Mexicana Contra la Esclerosis Multiple. Mexico City, Mexico, April 27, 1996.

Perez, F. I.: Social Contingencies and Verbal Communities in the Development of Mass Action Litigation. Presented at the 22nd Annual Convention of the Association for Behavior Analysis, San Francisco, California, May 26, 1996.

Perez, F.I.: Violence and Youth - Prevention and Intervention in the Schools. Workshop presented at the School Nurses Conference. South Texas Chapter. Sponsored by the University of Texas School of Nursing, South Padre Island, Texas, August 1, 1996.

Perez, F. I.: The Management of Violence in the Workplace. Presented to Cash American International, Inc., Houston, Texas, August 12, 1996.

Perez, F. I.: Aspectos Psicologicos, Dificultades Cognitivas y Emotivas en la Esclerosis Multiple. Presented at the Symposium of Information for Patients with Multiple Sclerosis. Sponsored by the International Federation of Multiple Sclerosis Societies, The Asociacion Mexicana Contra la Esclerosis Multiple. Chihuahua, Mexico, August 16 and 17, 1996.

Perez, F. I.: The Evaluation and Management of Post-Traumatic Stress Disorders in Occupational Injuries. Presented to Liberty Mutual Insurance, Houston, Texas, October 10, 1996.

Perez, F. I. and Brown, G.A.: Emotions and Feelings in the Bioregulation of the "Mind": A Physiological and Neuropsychological Hypothesis. Short Continuing Education Course presented at the Annual Meeting of the Association for Applied Psychophysiology and Biofeedback. San Diego, California, March 14, 1997.

Perez, F. I.: Malingering and Deception in the Context of Workers' Compensation. Continuing Education Seminar presented at the Texas Orthopedic Hospital, Houston, Texas, May 12, 1997.

Perez, F. I.: The Problem of History in Clinical Assessment - Focus on the Psychological Present. Paper presented at the Annual Convention of the Association for Behavioral Analysis. Chicago, Illinois, May 26, 1997.

Perez, F. I.: Aspectos Psicologicos de la Esclerosis Multiple. Presented at the Tercer Simposio de Informacion Para Pacientes con Esclerosis Multiple. Sponsored by the International Federation of Multiple Sclerosis Societies and the Asociacion Mexicana Contra la Esclerosis Multiple. Mexico. D.F., May 31, 1997.

Perez, F. I.: Implications of Neuropsychological Evaluation for Return to Work. Seminar presented at the 15th Annual Conference of the Texas Association of Rehabilitation Professionals in the Private Sector. Houston, Texas, August 15, 1997.

Perez, F. I.: Post Traumatic Stress Disorder in the Workplace. Seminar presented at the 15th Annual Conference of the Texas Association of Rehabilitation Professionals in the Private Sector. Houston, Texas, August 15, 1997.

Perez, F. I.: Coping with Muscular Dystrophy - A Family Affair. Seminar presented by the Muscular Dystrophy Association - Houston Area, Houston, Texas, November 1, 1997.

Perez, F. I.: The Medicalization of Worker's Compensation Injuries. Seminar presented to

Kemper Insurance Group, Dallas, Texas, November 6, 1997.

Perez, F. I.: Evaluating Psychological and Neuropsychological Injuries. Seminar presented at The Claims Institue, 97-98 Series - The Big Chill: Damages Evaluation and Defenses. The Houstonian, Houston, Texas. January 13 and 15, 1998.

Perez, F. I.: Stress and Violence in the Workplace. Seminar presented to Exxon Company, USA, Occupational Health Department, Houston, Texas, January 14, 1998.

Perez, F. I.: Presentacion de Sintomas Sin Hallazgos Objetivos: Buscando por las Contingencias de Conducta. Symposium presented at II Simposio de Psicologia Conductual Applicada, Universidad Nacional Autonoma de Mexico, Campus Iztacala, Mexico, March 23, 1998.

Perez, F. I., and Brown, G. A.: The Emotional Brain: Psychophysiological Hypothesis for Self-Regulation and Decision Making. Four hours Continuing Education Workshop presented at The Association for Applied Psychophysiological and Biofeedback Twenty-Ninth Annual Meeting. Orlando, Florida, April 4, 1998.

Perez, F. I.: The Medicalization of Workers' Compensation Injuries: Psychosocial Contribution and Behavior Management. Seminar presented at the Work Injury Management National Conference, New Orleans, Louisiana, May 15, 1998.

Perez, F.I. Cambios Psicologicos y su Impacto en la Vida de Pacientes con Esclerosis Multiple. Seminar presented to the International Federation of Multiple Sclerosis Society and the Mexican Academy of Neurology, Monterrey, Mexico, July 4, 1998.

Perez, F. I. The Medicalization of Workers' Compensation Injuries: Implications for Case Management. Seminar presented at The Sith Annual Educational Conference of Case Management Society of America – Houston/Gulf Coast Chapter, Adam's Mark Hotel, Houston, Texas, August 27, 1998.

Perez, F. I. Stopping Occupational Stress Claims from Lowering Productivity and Raising Costs and Creating Administrative Nightmares in Your Workplace. Seminar Presented at the Workers' Comp Update 1999. Council on Education in Management, Houston, Texas, November 5, 1999.

Perez, F.I. Neuropsychological Aspects of Multiple Sclerosis. Presented at the Department of Neurology Grand Rounds, Baylor College of Medicine, The Methodist Hospital, Houston, Texas, February 7, 2000.

Perez, F. I. Emotions and Feelings in the Bioregulation of Consciousness. Short course presented at the Association for applied Psychophysiology and Biofeedback 31st Annual Meeting. Denver, Colorado, April 1, 2000.

Perez, F. I. Barriers to Getting Well & Counseling Techniques for a Quicker Recovery Resulting in a Return to Work. Seminar presented to the Houston Area Rehabilitation Association and the Texas Association of Rehabilitation Professionals in the Private Sector. Veterans Administration Hospital, Houston, Texas, August 1, 2000.

Perez, F. I. Case Studies in Occupational Psychology. Seminar presented at the Occupational

Medicine for the Primary Care Physician Continuing Medical Education Course. The University of Texas Health Science Center Houston – School of Public Health. Double Tree Hotel Post Oak, Houston, Texas, November 11, 2000.

Perez, F.I. Post Traumatic Stress Disorders in Occupational Injuries. Seminar presented at the Worker's Compensation in the New Millennium Seminar. Sponsored by Phillips & Akers, Dallas, Texas. November 9, 2001.

Perez, F.I. Case Studies in Occupational Injuries. Seminar presented at the Workers' Compensation 2002 Symposium. Sponsored by Phillip & Akers, Houston, Texas, March 15, 2002.

Perez, F.I. The Brain Injured Plaintiff: Use of Neuropsychology in Assessing Cognitive Deficits an Evaluation of PTSD Claims. Presented at the Prosecuting or Defending a Trucking Accident Case Continuing Education Seminar. Sponsored by the Texas Bar Association, San Antonio, Texas, September 13, 2002.

Perez, F.I. Aspectos Psicologicos de la Eclerosis Multiple – Adaptacion y Acceptacion. Seminar presented at the Second Conference of the Latin American Committee for Treatment and Research in Multiple Sclerosis (LACTRIMS). Monterrey, Mexico, October 12, 2002.

Perez, F. I. Aspectos Neuropsicologicos de la Esclerosis Multiple – Evaluacion y Manejo. Presented at the Mexican Academy of Neurology 26th Annual Reunion. Puebla, Mexico. October 31, 2002.

Perez, F.I. and Hotz, S.L. Neuropsychology of Memory and Emotional Trauma – Research and Treatment. Continuing Education Seminar presented at the Texas Psychological Association 2002 Annual Convention. San Antonio, Texas. November 14, 2002.

Perez, F.I. Coping with Multiple Sclerosis. Seminar presented to patients and their family at the 2002 Annual Meeting and Research Symposium sponsored by the National Multiple Sclerosis Society – Lone Star Chapter. Houston, Texas. November 16, 2002.

Perez, F.I. Behavioral Analysis of Litigation, Health Care Utilization and Worker's Compensation – Risk Factors and Effective Management. Presented at the Valve Industry Leadership Forum, Phoenix, Arizona. February 18, 2003.

## FEE SCHEDULE

Initial Comprehensive Interview 380.00

Psychophysiological Evaluation 250.00

Neuropsychological Testing 1300.00

Personality Testing 1300.00

MMPI 180.00

MCMI 180.00

MBHI 180.00

Psycho-Social History 180.00

TOMM 180.00

PAI 180.00

Validity Profile Indicator 180.00

WRAT-III 180.00

Comprehensive Narrative 300.00

Pre-Deposition Conference 200.00/hr.

Deposition 900.00/2 hr. min

Additional deposition time 450.00/any part of hour

Attorney Conference 200.00/hr.

Court Appearance 3600.00 full day

1800.00 half-day

Review of records

15 min. 100.00

30 min. 120.00

45 min. 150.00

1 hour 200.00

Evaluations out of town 3500.00 plus expenses

Retainer 3000.00

Cancellation of evaluations without 72 business hours notice 1500.00

Other prices available upon request