# FRANCISCO PEREZ, Ph.D.
# HISTORY OF EXPERT TESTIMONY

| | |
|---|---|
| Style of Case: | N.N. Individually and a/n/f of A.B. vs. The Institute for Rehabilitation and Research |
| Cause Number: | 1999-42840 |
| Court: | 334th Judicial District Court of Harris County, Texas |
| Type of Case: | Deposition and Trial |
| | |
| Style of Case: | John N. Avalos, Individually and on Behalf of the Estate of Noel Ryan Avalos, and Jacob Avalos v. Barbara Farrell Sanders and Ace Transportation, Inc. |
| Cause Number: | 58,185 |
| Court: | 253rd Judicial District Court of Liberty County, Texas |
| Type of Case: | Deposition |
| | |
| Style of Case: | Jesus Merino, Jr., Janie Merino, Individually, and as Next Friend to Vanessa Lira, Jesus Merino, III, and Guadalupe Merino vs. Dino Morales d/b/a Dino's Drywall; Wilshire Homes, Inc.; Austin Sales, Inc., Safeway Rental Equipment Company, Inc.; and Waco Scaffolding & Shoring Service Company, Inc. |
| Cause Number: | 97-384-C277 |
| Court: | 277th Judicial District Court of Williamson County, Texas |
| Type of Case: | Deposition |
| | |
| Style of Case: | Kerry Drake, et al vs. Chemrex, Inc., et al |
| Cause Number: | 97-CV-25,580 |
| Court: | In the District Court of Shelby County, Texas |
| Type of Case: | Deposition |
| | |
| Style of Case: | Phillip Wayne Pearson and Grace Kathryn Pearson vs. Jaime Garcia and Deboer, Inc. |
| Cause Number: | C-325-00-C |
| Court: | 139th District Court of Hidalgo County, Texas |
| Type of Case: | Trial |
| | |
| Style of Case: | Nallie v. Chemical Tank Lines, Inc; Sunoco, Inc. (R&M) and Octel America, Inc. |
| Cause Number: | H-99-2202 |
| Court: | In the United States District Court for the Southern District of Texas |

Type of Case:     Deposition

| | |
|---|---|
| Style of Case: | Bobbie Embesi, et al v. Andrew Culwell, Willie Robert, and Daphne Mauer |
| Cause Number: | 2000-17563 |
| Court: | 189th District Court of Harris County, Texas |
| Type of Case: | Deposition and Trial |

| | |
|---|---|
| Style of Case: | Ealey Mitchum, Jr. V. The Kroger Co. |
| Cause Number: | 99-57220 |
| Court: | 157th District Court of Harris County, Texas |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Mohammad Tamoozi, et al v. Sofamor Danek Group, Inc., et al |
| Cause Number: | 1999-46214 |
| Court: | 165th Judicial District Court of Harris County, Texas |
| Type of Case: | Deposition and Trial |

| | |
|---|---|
| Style of Case: | Joe A. Gonzales v. Brand Scaffold Services, Inc. and Brand Scaffold Builders, Inc. |
| Cause Number: | 2000-11182 |
| Court: | 165th Judicial District Court of Harris County, Texas |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Tina Reese and James Pitts v. Joyce Breaux Lambert and Thomas B. Gray |
| Cause Number: | 32344 |
| Court: | 21st Judicial District Court of Washington County, Texas |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Brenda Lynda Resendez vs. Juan Jose Alvarado and Whataburger, Inc. |
| Cause Number: | 00-2772-B |
| Court: | 117th Nueces County, Texas |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Edward Wildberger vs. Hvide Marine Incorporated |
| Cause Number: | A-160,390 |
| Court: | 58th Judicial District Court of Jefferson County, Texas |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Maria del Carmen Rodriguez, et al. v. Bridgestone/Firestone, Inc. and Lucila S. Huerta, in her Capacity as Administratrix of the Estate of Lucila R. Serna, Deceased |
| Cause Number: | C-512-00-A |
| Court: | 92nd Judicial District Court of Hidalgo County, Texas |
| Type of Case: | Deposition |
| | |
| Style of Case: | Juanita Laura Gonzalez and Argelio Gonzalez, Jr. v. Mission Hospital Inc., and Roel Barreiro |
| Cause Number: | C-4311-99-F |
| Court: | 332nd District Court of Hidalgo County, Texas |
| Type of Case: | Deposition |
| | |
| Style of Case: | Transcontinental Insurance Company v. Juan Hernandez |
| Cause Number: | 2001-CI-06382 |
| Court: | 285th Judicial District Court of Bexar County, Texas |
| Type of Case: | Deposition |
| | |
| Style of Case: | Ronald Smith and Lori Smith, Individually and as Next Friends of Ronald Andrew James Smith, a Minor, and as Next Friends of Robert William Lee Smith, a Minor |
| Cause Number: | 2000-22946 |
| Court: | 164th Judicial District Court of Harris County, Texas |
| Type of Case: | Deposition |
| | |
| Style of Case: | Jason Ray Neuendorff, et al. v. Jon Lee Beach, et al. |
| Cause Number: | 2000-56204 |
| Court: | 270th Judicial District Court of Harris County, Texas |
| Type of Case: | Deposition |
| | |
| Style of Case: | Jose Lopez, et al v. Estate of Holly Yanta |
| Cause Number: | 2000-04-1499-B |
| Court: | 138th Judicial District Court of Cameron County, Texas |
| Type of Case: | Deposition |
| | |
| Style of Case: | Glenn Ford, et al vs. C.F. Industries, Inc., et al |
| Cause Number: | 2000-59275 |
| Court: | 189th Judicial District Court of Harris County, Texas |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Edward Patnaude, Jr. and Malenda Patnaude vs. Lampson International, Ltd. |
| Cause Number: | A-163,466 |
| Court: | 58th Judicial District Court of Jefferson County, Texas |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Justin Taylor vs. Michael Shepherd, et al |
| Cause Number: | 6N002933 |
| Court: | 126th Judicial District Court of Travis County, Texas |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Karla West and David West vs. Charles C. Scott, Metropolitan Rapid Transit Authority of Harris County and First Transit, Inc. f/k/a Ryder/ATE, Inc. f/k/a Ryder Transportation Services, Ind. d/b/a ATE, Inc. |
| Cause Number: | 2000-64362 |
| Court: | 190th Judicial District Court of Harris County, Texas |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Bobby Allen Flowers, et al v. Pepsi-Cola Metropolitan Bottling Company, Inc., d/b/a Pepsi Bottling Group, Inc., et al |
| Cause Number: | 2001-02004 |
| Court: | 151st Judicial District Court of Harris County, Texas |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Karen M. Smith v. Sydnee J. Parkinson and Herbert Gleason |
| Cause Number: | 2000-30339 |
| Court: | 152nd Judicial District Court of Harris County, Texas |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Pedro and Olga Martinez, Individually and next friends of Maria and Perla Martinez, minors, Veronica Garcia, Cristina Vasquez, Guillermo Vasquez, Teresa Rangel and Maria E. Martinez v. U-Haul Co. of Texas |
| Cause Number: | 2000-52676 |
| Court: | 234th Judicial District Court of Harris County, Texas |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Brian Ryan, et al. v. Conoco, Inc., et al. |
| Cause Number: | 97-8553 |
| Court: | 14th Judicial District Court, Parish of Calcasieu, Louisiana |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Homer Douglas Brown, Jr., Individually and as Next Friend of Ruby Brown, Deceased and in his Representative Capacity as Administrator of the Estate of Ruby Brown, Deceased v. Nathaniel Tramaine Barrs, et al. |
| Cause Number: | 00-48431 |
| Court: | 80th Judicial District Court of Harris County, Texas |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Michael Ferguson vs. Trinity Marine Industries, Employer, and Reliance National Indemnity Company, Carrier |
| Cause Number: | 2001LHC3374 |
| Court: | |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Juan Jose Gaona, et al. vs. John Lee Wagner, T&R Leasing L.L.C. and Scott Enterprises, Inc. |
| Cause Number: | M-00-250 (Civil Action #) |
| Court: | In the Southern District of Texas, McAllen Division |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | San Antonio Independent School District, a Self-Insured Governmental Entity v. Dorothy Hatfield |
| Cause Number: | 2001-CI-07422 |
| Court: | 285th District Court of Bexar County, Texas |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Felix and Carolina Jaimez, Individually and a/n/f of Florencio Jaimez, Minor Child vs. Lone Star Rentals, Inc., Case Corporation, Be Van Pham, Individually and d/b/a Be Pham Hardwood Flooring and Construction, Daole Truc Tran, Individually, Be Van Nguyen, Individually |
| Cause Number: | 98-18069 |
| Court: | 129th Judicial District Court of Harris County, Texas |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Marta Alaniz, Ind. and a/n/f of Heron Alaniz, a minor vs. Orencio Gonzalez, Jr. and Cal-Ark International, Inc. |
| Cause Number: | DC-00-250 |
| Court: | 229th District Court of Starr County, Texas |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Doris Pena v. Ronnie Marin and SPER Production Equipment Rental, Inc. |
| Cause Number: | DC-01-176 |
| Court: | 229th District Court of Duval County, Texas |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Anthony Smith v. Weingarten Realty Management Company, Weingarten Realty, Inc. |
| Cause Number: | 00-54451 |
| Court: | 189th District Court of Harris County, Texas |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Matthew Wohlfahrt and Lynn Wohlfahrt v. Houston Baptist University, Blaine Vincent, Chad Hartley, David Kraitman, Ron Cottrel, and Jeremy Clark |
| Cause Number: | 1999-46830 |
| Court: | 190th District Court of Harris County, Texas |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Manrique v. Warning Lights of Texas |
| Cause Number: | |
| Court: | |
| Type of Case: | Trial |

| | |
|---|---|
| Style of Case: | Hillary Thomas, et al. v. Conoco, Inc., et al. |
| Cause Number: | 98-5567 |
| Court: | 14th Judicial District Court, Parish of Calcasieu, Louisiana |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Carlos Gauna v. Willie Weston Howse; Ashland, Inc.; and Jaime Alberto Gauna |
| Cause Number: | C-1673-02-B |
| Court: | 93rd Judicial District Court of Hidalgo County, Texas |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Charles E. Doran, Arlene Doran, Individually and on Behalf of the Estate of Laurie J. Doran, Deceased, v. Pilgrim's Pride Corporation v. Hermann Hospital for Restorative Care, Inc, et al |
| Cause Number: | 31665-98-12 |
| Court: | District Courts of Angelina County |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Magdalen Cano Billins-King vs. Bianca Medico |
| Cause Number: | 2001-48199 |
| Court: | 55TH Judicial District Court of Harris County, Texas |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Jose Lazo v Stolt Nielson Transportation, Inc. and Humphries Construction Corporation |
| Cause Number: | 2001-52466 |
| Court: | 218st Judicial District Court of Harris County, Texas |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | D'arcy Garland, et al v. BMW of North American, Inc., et al |
| Cause Number: | 2000-07904 |
| Court: | 164th Judicial District Court of Harris County, Texas |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Walter W. Britton v Kemco, Inc. |
| Cause Number: | 2000-06719 |
| Court: | 270th Judicial District Court, Harris County, Texas |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Bill Perry, Jr., Individually and as Representative of the Estate of Bill Perry, Se., Deceased, et al vs NES Companies, LP, e al |
| Cause Number: | 2001-41496 |
| Court: | 125th Judicial District Court, Harris County, Texas |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Laura Canals vs Wal-Mart Stores, Inc. and Scott Decker, Manager of Wal-Mart Stores, Inc., In Kingsville, Texas |
| Cause Number: | 01-416-D |
| Court: | 105th Judicial District Court, Kleberg County, Texas |
| Style of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Lucas Cage and Kanungnit(Nita) Cagle vs Austin Mission Hills Associates, Ltd., d/b/a Mission Hills Apartments, and Internacional Realty, Inc. |
| Cause Number: | 251-724 |
| Court: | County Court at Law No. 2 Travis County, Texas |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Tony Nguyen and Phong Nguyen, Individually and as Next Friends of Sam Nguyen, A Minor vs. Six Flags Theme Parks, Inc., D/B/A Six Flags Astroworld and Diedra Wuenschell |
| Cause Number: | 2001-54868 |
| Court: | 215th Judicial District Court of Harris County, Texas |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Marisela Nowakowski, et al v. Ford Motor Company, et al |
| Cause Number: | C-124-02-E |
| Court: | 275th Judicial Distric Court of Hidalgo County, Texas |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Oscar Castillo and Arissa Castillo, Individually and on Behalf of the Estate of Joshua Alexander Robert Castillo, Deceased, and as Next Friends of Christopher Jonathan Andrew Castillo and Matthew Castillo vs McLane Company, Inc., a/k/a McLane Food Service-Temple, Inc., Circle K Stores, Inc., Circle K enterprises, Inc. and Gladstrong Investments(USA)Corporation |
| Cause Number: | C1581-01-F |
| Court: | |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Stacy Sibley v Exxon Mobil Corporation |
| Cause Number: | 11111-208 |
| Court: | |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Zoila Serrano, as Next Friend of Herminion Serrano vs. Allied Construction Company, et al. |
| Cause Number: | 99-47691 |
| Court: | 151st Judicial District Court of Harris County, Texas |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Argonaut Southwest Insurance Company v. David R. Carpenter |
| Cause Number: | 2001-56783 |
| Court: | 165th Judicial District Court of Harris County, Texas |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Dwayne and Maria Ross, Individually, el al v. Matthew Curtis Marshall, et al |
| Cause Number: | H-01-1311 |
| Court: | United State District Court for the Southern District of Texas-Houston Division |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Jack R. and Charlotte Mullin vs. Star Enterprise, et al |
| Cause Number: | A-167,429 |
| Court: | 58th District Court of Jefferson County, Texas |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Brenda Coburn Adams vs. Randall Joe Zidek, et al |
| Cause Number: | C17,279-2004 |
| Court: | 145th Distirict Court of Nacgdoches County, Texas |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Jesse Cancino, Neddie Rodriguez, Individually and on Behalf of Jonathan R. Cancino, a Minor vs SSP/Circle K d/b/a Circle K and Circle K Stores, Inc. |
| Cause Number: | C-1796-00-D |
| Court: | 206th Judicial District Court, Hidalgo County, Texas |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | In the Interest of Matthew William Mitchell, a Minor vs Danforth Hospital Inc. d/b/a Columbia Mainland Medical Center; HCA-The Healthcare Company f/k/a Columbia Healthcare Corporation and GHC-Galen Health Care LLC |
| Cause Number: | 63,889-B |
| Court: | Probate Court of Galveston County |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Alan Carle and Janice Carle, Individually and as Next Friends of Andrew Carle and Meredith Carle, Minors vs. Rudolph Harris, M.D. |
| Cause Number: | 2001-55991 |
| Court: | 165th District Court of Harris County, Texas |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Fiona Jones, et al. v. Allied Concrete Material, Inc. and Curtis Caldwell Crews |
| Cause Number: | C-200-1786 |
| Court: | 80th Judicial District Court of Harris County, Texas |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | William Lucas vs Pilgrim's Pride Corporation and Bunch and Associates, Inc. |
| Cause Number: | 2:02CV03 |
| Court: | United States District court for the Eastern District of Texas, Marshall Division |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Jewel Wiley v. Wabash National Corporation, et al |
| Cause Number: | 2001-26923 |
| Court: | 190th Judicial District Court of Harris County, Texas |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Linda Royal, Individually, as Representative of the Estate of William L. Royal, Deceased, and as Next Friend of Ian Royal, a Minor v. SCR Construction Co., Inc. and Price Construction, Inc. |
| Cause Number: | 02-01-00003-CVL |
| Court: | 81st Judicial District Court of LaSalle County, Texas |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Denise Coronado as Next Friend of Larry Coronado II and Adriana Coronado, Minors vs. Osage Environmental, Inc. |
| Cause Number: | 01-10-39907-CV |
| Court: | 79th Judicial District Court of Jim Wells County, Texas |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Armstrong v Gourley, et al. |
| Cause Number: | 54285-CV |
| Court: | |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Abel Rodulpho Esquivel, et al v. Kellogg Brown & root, Inc., et al |
| Cause Number: | 1999-36433 |
| Court: | 190th Judicial District Court of Harris County, Texas |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Kimberly Latham vs. FSI Nasa Clear Lake, Inc. dba Saltgrass Steak House, el al |
| Cause Number: | 2002-15685 |
| Court: | 113th Judicial District Court of Harris County, Texas |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Insurance Company of the State of Pennsylvania v. Della A. Jones |
| Cause Number: | 2002-44921 |
| Court: | 152nd Judicial District Court of Harris County, Texas |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Richard Kinsey v. Contractor Technology Industries, Ltd., Contractor Technology, Inc., & Juan Garza |
| Cause Number: | 2002-63362 |

| | |
|---|---|
| Court: | 157th Judicial District Court of Harris County, Texas |
| Type of Case: | Deposition |
| | |
| Style of Case: | Martha Hernandez vs. Phillip Dangler and Wanda Dangler |
| Cause Number: | 2002-21561 |
| Court: | 129th Judicial District Court of Harris County, Texas |
| Type of Case: | Deposition |
| | |
| Style of Case: | Maria Elizabeth Garza vs. Coastal Mart, Inc. a/k/a El Paso Energy and Tropical Air Commercial Refrigeration |
| Cause Number: | C-2308-02-D |
| Court: | 206th Judicial District of Hidalgo County, Texas |
| Type of Case: | Deposition |
| | |
| Style of Case: | Robert J. McCarthy vs. Century Industries, Inc. and Home Depot U.S.A., Inc. |
| Cause Number: | 02CV0891 |
| Court: | 122nd Judicial District Court of Galveston County, Texas |
| Type of Case: | Deposition |
| | |
| Style of Case: | Linda Mendels v Frank J. Nemeth |
| Cause Number: | C-2002-32667 |
| Court: | 295th Judicial District Court of Harris County, Texas |
| Type of Case: | Deposition |
| | |
| Style of Case: | Floyd Garner |
| Cause Number: | 2002-LHC-2752 |
| Court: | |
| Type of Case: | Deposition and Trial |
| | |
| Style of Case: | Continental Casualty Company Vs Mary Wilhite |
| Cause Number: | 27861 |
| Court: | |
| Type of Case: | Deposition |
| | |
| Style of Case: | Augustine Moline Jr. vs Union Pacific Railroad Company |
| Cause Number: | G-03-463 |
| Court: | United State District Court for the Southern District of Texas, Galveston Division |
| Type of Case: | Deposition |
| | |
| Style of Case: | Eva Vigh vs. Memorial Hermann Hospital |
| Cause Number: | |
| Court: | |
| Type of Case: | Deposition |

| | |
|---|---|
| Style of Case: | Rodrigo Magana, and his wife, Maria Magana v. Hammer & Steel, Inc., et al |
| Cause Number: | G-02-180 |
| Court: | United State District Court for the Southern District of Texas, Galveston Division |
| Type of Case: | Deposition |
| | |
| Style of Case: | Debbie Armstrong vs Peter Gourley, Diamond "G" Productions, Brazos County, Texas, City of Bryan d/b/a Bryan Texas Utilities, Johnny Ackel, and Flying "J" Rodeo |
| Cause Number: | 54285-CV |
| Court: | 272nd Judicial District Court Brazos County, Texas |
| Type of Case: | Deposition |
| | |
| Style of Case: | Troy Stilwell vs Diamond Offshore Company, et al |
| Cause Number: | 2002-58736 |
| Court: | 270th Judicial District Court of Harris County, Texas |
| Type of Case: | Deposition |
| | |
| Style of Case: | Aaron Cardenas, Individually and on Behalf of the Estate of Janie Torres, Deceased, and As Next Friend of Crystal Cardenas, a Minor v. Angel's Auto Mart, and Ford Motor Company |
| Cause Number: | C-2625-02-A |
| Court: | 92nd Judicial District Court of Hidalgo County, Texas |
| Type of Case: | Deposition |
| | |
| Style of Case: | Randy Furra vs. Maryland Marine, Inc. and Higman Marine Services, Inc. |
| Cause Number: | B163,986 |
| Court: | 60th Judicial District Court |
| Type of Case: | Deposition |
| | |
| Style of Case: | Annie M. Woodard v A-1 Delivery Services, Inc. and Ronald Wayne Mattock |
| Cause Number: | 12871 |
| Court: | 149th Judicial District Court |
| Type of Case: | Deposition |
| | |
| Style of Case: | Cruz Macias Galvan, Individually and on Behalf of the Estate of Sergio Alberto Macias, Deceased and Victorino Quiroga as Next Friend of Diego A. Quiroga, A Minor v. David Garcia, et al |
| Cause Number: | 2002-04-1485-B |

| | |
|---|---|
| Court: | 138th Judicial District of Cameron County, Texas |
| Type of Case: | Deposition |
| | |
| Style of Case: | Gallego v Baptist, et al |
| Cause Number: | 2002-C1 08511 |
| Court: | 288th Judicial District Court of Bexar County, Texas |
| Type of Case: | Deposition |
| | |
| Style of Case: | Robert Curtis Olmstead and Olmstead Contractors, Inc. d/b/a/ Horizon Pools, Landscape & Nursery v First Community Bank, Julie Kudlaced, Ronald Kudlacek and David Baldwin |
| Cause Number: | 03CV0020 |
| Court: | 405th Judicial District Court of Galveston County, Texas |
| Type of Case: | Deposition |
| | |
| Style of Case: | Jerry Coffey, Individually and as Representative of the Estate of Cynthia Cappel, et al. v. Wyeth, et al |
| Cause Number: | E-167334 |
| Court: | 172nd District Court of Jefferson County, Texas |
| Type of Case: | Deposition |
| | |
| Style of Case: | Terry Robles, individually and as next friend of Juanita Hernandez, and Maria Robles v Union Pacific Railroad Co. |
| Cause Number: | 2002-59039 |
| Court: | 281st Judicial District Court of Harris County, Texas |
| Type of Case: | Deposition |
| | |
| Style of Case: | Daniel Marcos Garcia, et al vs Sames Motor Co., Inc., et al |
| Cause Number: | DC-02-73 |
| Court: | 229th District Court of Duval County, Texas |
| Type of Case: | Deposition |
| | |
| Style of Case: | Estella Aguilar, Estella Valdez v. Stephen Straub and Steven Wichkoski |
| Cause Number: | 2003-08634 |
| Court: | 215th District Court, Harris County, Texas |
| Type of Case: | Deposition |
| | |
| Style of Case: | Manuel Lopez, et al v. Ainsworth Trucking, et al |
| Cause Number: | DC0327 |
| Court: | 381st Judicial District Court of Starr County, Texas |
| Type of Case: | Deposition |
| | |
| Style of Case: | Bettye Davis-Lewis, Individually and As Next Friend of Trevor Lewis, a Minor Child v. Sylvan Learning Systems, Inc. |

| | |
|---|---|
| Cause Number: | 2003-22149 |
| Court: | 125th Judicial District Court of Harris County Texas |
| Type of Case: | Deposition |
| Style of Case: | David Noack, Individually, et al v. Reggie Humphrey, et al |
| Cause Number: | 03-5-59790-B |
| Court: | 135th Judicial District Court of Victoria County, Texas |
| Type of Case: | Deposition |
| | |
| Style of Case: | Augustin Ontiveros v Houston Ship Repair, Inc., et al |
| Cause Number: | 2003-LHC-02470 |
| Court: | |
| Type of Case: | Deposition |
| | |
| Style of Case: | Rhea McAllister v Metabolife International, Inc., et al |
| Cause Number: | 2001-30831-A |
| Court: | 295th Judicial District Court, Harris County, Texas |
| Type of Case: | Deposition |
| | |
| Style of Case: | Deandrick Fields, Individually and as Representative of the Estate of Barranthia Journet-Fields and Guardian of Deijah Fields and Dalyah Fields, minors v Dwain Devon Marshall and FFE Transportation Services, Inc. |
| Cause Number: | 335973-401 |
| Court: | Harris County Probate Court No. One |
| Style of Case: | Deposition |
| | |
| Style of Case: | Nekay Jackson, et al v. Kyong Leingang, et al |
| Cause Number: | 2-02CV-200DF |
| Court: | United States District Court for the Eastern District of Texas, Marshall Division |
| Type of Case: | Deposition |
| | |
| Style of Case: | Carlos Ledezma v. The Gray Insurance Company |
| Cause Number: | |
| Court: | |
| Type of Case: | Deposition |