BURNESS CORLETT & PARTNERS
*The Maritime Consultants*

J7704
BROWN WATER V



**Preliminary Report**

**Brown Water V Allision with**

**Queen Isabella Causeway.**

**September 15th 2001.**

**BCP / J / 7704**

**November 2004**

BURNESS CORLETT & PARTNERS
*The Maritime Consultants*

J7704
BROWN WATER V



## CONTENTS

| | | |
|---|---|---|
| **1** | **Introduction** | **4** |
| 1.1 | Instructions | 4 |
| 1.2 | Documents | 4 |
| 1.3 | The Casualty. | 5 |
| 1.4 | Author's Statement | 5 |
| **2** | **Casualty Description** | **6** |
| 2.1 | Chart Details | 6 |
| 2.2 | Hydrographics | 10 |
| 2.3 | Currents | 14 |
| 2.4 | Tug and Barge Details | 15 |
| **3** | **Manoeuvring Principles** | **17** |
| 3.1 | Effect of Rudder | 17 |
| 3.2 | Effect of Grounding at the Stern | 19 |
| **4** | **Description and Estimates of Squat** | **20** |
| 4.1 | Squat. | 20 |
| 4.2 | Speed of the Tow and Water Depths. | 21 |
| 4.3 | Evaluation of Squat. | 23 |
| 4.4 | Effects of Unsteady Conditions. | 24 |
| 4.5 | Overall Squat. | 25 |
| **5** | **Conclusions** | **27** |
| 5.1 | Environmental Data | 27 |
| 5.2 | Squat | 27 |
| **6** | **References** | **28** |
| **7** | **Author's CV** | **29** |
| **8** | **US Court Experience and Rates** | **36** |

BURNESS CORLETT & PARTNERS
*The Maritime Consultants*

J7704
BROWN WATER V



## List of Figures

*Number*                                                                          *Page*

Figure 2.1 Small Scale Chart (from NOAA 11302)............................................................ 7

Figure 2.2 Large Scale Chart (Approx 1:15,000) in Area of Interest................................. 8

Figure 2.3 DWS Survey.................................................................................................. 11

Figure 2.4 Large Scale Extract from DWS Survey ......................................................... 12

Figure 2.5 DWS Survey at Holes 1 and 2. ..................................................................... 13

Figure 3.1 Simplified ship turning diagram..................................................................... 18

Figure 4.1 Dand Squat Curves ...................................................................................... 24

## List of Tables

*Number*                                                                          *Page*

Table 2.1 Principal Particulars....................................................................................... 15

Table 2.2 Barge Particulars ........................................................................................... 16

BURNESS CORLETT & PARTNERS
*The Maritime Consultants*

J7704
BROWN WATER V



# 1   Introduction

## 1.1   Instructions

1.1.1   Burness Corlett and Partners (Isle of Man) Ltd. (BCP) have been requested by Messrs. Royston Rayzor, acting on behalf of the Owners of the Motor Tug Brown Water V to investigate aspects of the casualty that involved the allision of the 4 loaded barge tow under the control of the tug with the Queen Isabella Bridge Causeway between Port Isabella and Padre Island, Texas, on September 15th 2001.

1.1.2   BCP are to consider, based on the available data, the effects that the phenomenon of squat might have had on the tow during its approach to the Causeway, in particular, whether it could have caused the tow or the tug to touch the bottom.

1.1.3   BCP's systems generally use metric units of length (metres), weight (tonnes of 1000 kg or 2204 pounds) etc. and calculations will be done in these units. Where appropriate in this report, equivalent quantities in imperial units of feet, short tons (2000 pounds) etc. will also be provided for clarity in the descriptive text. Tow and current speeds will generally be given in knots in the text with equivalent statute miles per hour if appropriate.

## 1.2   Documents

1.2.1   The following documents and materials have been made available :

- Transcripts of the USCG hearings held in Corpus Christi between October 9th and October 12th 2001 and on November 5th 2001.

- Record of the Relief Captain David Fowler's interview with various authorities.

- NOAA Chart 11302 which includes the area of the allision.

- Drawings of the Barges.

- Inspection / Survey report on the Tug Brown Water V

- Machinery Manuals for the Tug.

BURNESS CORLETT & PARTNERS
*The Maritime Consultants*

J7704
BROWN WATER V



- Hydrographic Survey data produced by DWS Inc. and by the USCG for the area where the tug is alleged to have touched bottom.

- Reference Chart and Navigation Notes :Laguna Madre

**1.3   The Casualty.**

1.3.1   The tow left Brownsville on the evening of 14th September 2001 heading for the Intracostal Waterway (ICW) at Port Isabel and thence North towards Corpus Christi along the ICW. The tow was able to make a speed of around 4 or 5 statute miles per hour or up to about 4.5 knots.

1.3.2   The evidence is that at about 0200 on the morning of September 15th 2001, the lead barge of the tow struck a supporting pile of the Queen Isabella Causeway about 500 feet West of the ICW and the causeway collapsed at this position. Cars continued to drive along the causeway and several drove into the water as a result of the collapse. 9 people lost their lives.

1.3.3   The tug's relief captain was Mr David Fowler. In an interview with the authorities taken after the accident, Mr Fowler indicated that he felt the tug bump on the ground near one of the starboard channel marker buoys shortly before the allision.

1.3.4   There was further evidence from Mr Fowler, the crew and others that the tidal currents were very strong that night and were setting across the channel.

**1.4   Author's Statement**

1.4.1   This report has been prepared by Mr. J.C. Colman of Burness Corlett and Partners whose C.V. is attached at Section 7.

1.4.2   The author of this report believes that the facts that he has stated in the report are true, and confirms that the opinions expressed in it are his own and are correct.

*J. C. C.*

15th November 2004

BURNESS CORLETT & PARTNERS
*The Maritime Consultants*

J7704
BROWN WATER V



## 2    Casualty Description

### 2.1    Chart Details

2.1.1    NOAA chart 11302 covers the area in question. It has a scale of 1:40,000 or about 0.63 miles (statute) to the inch. Figure 2.1 is a reproduction of the relevant area of the chart at a slightly smaller scale and Figure 2.2 is the casualty area blown up to a larger scale of about 1:15,000. A plan view of the tow is shown on Figure 2.2 to the correct scale. Its position in the channel is not intended to indicate that the tow was in fact in this position at any particular time. Both extracts are shown North up, as are the hydrographic extracts below. The chart itself is about NNW up.

2.1.2    During the hearings, there was some confusion about the standard terms used for the direction of navigation along the ICW. In this report we will use Northbound to mean travel along the ICW in the direction from Brownsville towards Corpus Christi. This direction is broadly North. Navigation in this direction is often referred to as Eastbound because the other end of the ICW is well to the East in Florida.

**BURNESS CORLETT & PARTNERS**
*The Maritime Consultants*



J7704
BROWN WATER V



**Figure 2.1 Small Scale Chart (from NOAA 11302)**

BURNESS CORLETT & PARTNERS
*The Maritime Consultants*

J7704
BROWN WATER V





**Figure 2.2 Large Scale Chart (Approx 1:15,000) in Area of Interest**

2.1.3    The chart indicates that the project depth of the ICW in this area is 12 ft. to Mean Lower Low Gulf (MLLG). The height of tide at the time of the casualty was about 2.1 ft above MLLG at the nearest tide gauge in Port Isabel.

2.1.4    The chart used by BCP is the latest, September 2003 edition. Two notations in the area of interest on earlier charts have not been included on this later version. One note states 'Shoal (PA) 7 ft rep July 1990'. It was located just below the text G C "147" and its arrow



pointed to the edge of the ICW channel alongside buoy 147. The second note was just below this and occurred only in the earlier versions of 11302 used in the Reference Charts. It appeared to state '5ft rep 1985' and it was arrowed to a position just South of the first notation's arrow on the edge of the ICW channel. These notes may have been reviewed in the light of hydrographic surveys including those produced by DWS and by USCG for the analysis of this casualty.

2.1.5    The Reference Chart also shows a green can buoy 147A, no longer present, on the edge of the ICW close to the present position of buoy 149 which is shown just off the edge of the channel. It also has overlaid warnings including a general note '*WATCH FOR CROSS CURRENTS*' and a large arrow pointing about North West towards the Queen Isabella Causeway with the caption 'INBOUND CURRENT'. The inbound current arrow is smaller and at a lesser angle to the channel than the 'OUT GOING CURRENT' arrow North of the Causeway.

2.1.6    The area of interest encompasses the ICW from the Port Isabel Swing Bridge (indicated as PONTOON BRIDGE HOR CL 149 FT on the chart), around the radiused curve in the channel and thence directly to the Queen Isabella Causeway Bridge which is marked as FIXED BRIDGE HOR CL 275 FT VERT CL 73 FT. This is the direction in which the Brown Water V was navigating at the time of the casualty.

2.1.7    The chart shows various navigational marks in this part of the channel. The solid triangles 150, 152 and 154 are beacons mounted on solid structures close to or on the port edge (Northbound) of the dredged channel. The circles with attached diamonds are green 'can' buoys 151, 149, 147 and 145 on the starboard (Northbound) side of the channel and there is one black 'nun' type buoy no. 146 on the port side of the channel. There is no buoy or beacon 148.

2.1.8    As is clear from the blow-up chart, the starboard side buoys 145 and 147 are not right on the edge of the dredged channel but are positioned according to NOAA various distances outside it. Buoy 149 is also displaced slightly to the East of the channel edge. The actual positions of some of these marks are in dispute but BCP will not be dealing with this issue in this report.

BURNESS CORLETT & PARTNERS
*The Maritime Consultants*

J7704
BROWN WATER V



2.1.9   The chart provides data on tidal heights for 2003 and 2004. We do not know if similar data was available on the 2001 chart. There is no chart data provided on the speed or direction of any currents in or around the ICW.

## 2.2   Hydrographics

2.2.1   Apart from the data on the ICW project depth and the warnings mentioned above, the chart provides little data on the depths in the area of interest. After the casualty, hydrographic surveys were carried out for the USCG and, by DWS Inc., for Brown Water.

2.2.2   The USCG survey was a conventional single beam sounder survey conducted at cross sections of the channel spaced around 30 ft apart. With this method, the depths between the cross sections are not known except at the edges and the centreline of the channel, where longitudinal cuts were taken.

2.2.3   The DWS survey was conducted using a multibeam sounder and employing a pattern that ensured complete coverage of the area. BCP have used this survey to assess the depths of water available in the relevant areas. The survey depths are given in a colour coded scale, to MLLG. The actual depths at the time of the incident would have been about 2 feet deeper. The Tidal Gauge at Port Isabel read 2.1 ft above MLLG but this was upstream of the casualty position and therefore the water was likely to have been higher.

2.2.4   The DWS Survey data is reproduced at Figure 2.3  below from the evidence presented at the USCG hearings. It covers the area approximately from buoy 145 to buoy 149 on the starboard side of the channel. The actual dredged channel is shown in blue towards the edge of the surveyed area.

2.2.5   The warnings on the old NOAA chart 11302 about reported shoaling and shallow areas between buoys 147 and 149 may have referred to the area of shoaling outside the buoy line but they did not correctly reflect the depths found in the positions indicated on the edge of the ICW channel in the hydrographic surveys carried out for this casualty.

BURNESS CORLETT & PARTNERS
*The Maritime Consultants*

J7704
BROWN WATER V





**Figure 2.3 DWS Survey**

2.2.6    Figure 2.4 below shows the area between buoys 147 and 149 in more detail and Figure 2.5 shows the indentation features in the bottom referred to below.

# BURNESS CORLETT & PARTNERS
*The Maritime Consultants*

J7704
BROWN WATER V





**Figure 2.4 Large Scale Extract from DWS Survey**

BURNESS CORLETT & PARTNERS
*The Maritime Consultants*

J7704
BROWN WATER V



# *Hole 1 and 2*



Hole 1

Hole 2

**Figure 2.5 DWS Survey at Holes 1 and 2.**

2.2.7   There are several notable features in this survey. One is that there are quite steep gradients both at the channel edges and around the shallow bank to the East of the buoys. This may be taken to mean that the bottom is quite hard rather than being a soft muddy bottom which would not be able to support a steep gradient.

2.2.8   The channel itself would have been about 17-18 ft deep at the time of the casualty. The starboard edge of the channel forms a marked step up to the first submerged bank level which is around 12 ft deep, reducing to around 9 to 10 ft at the buoy line.

2.2.9   The depths just beyond the buoy line around buoy 149 reduce again to around 6 to 8 feet at the time of the casualty. There appears to be a further bank in this area with closely spaced

BURNESS CORLETT & PARTNERS
*The Maritime Consultants*

J7704
BROWN WATER V



linear contours aligned in a SW to NE direction but with indentations opening towards the deep channel.

2.2.10   There are at least 5 marked indentations or holes in the bottom, about 2 or more feet deeper than the surrounding levels, on a line approximately between buoys 149 and 147.

2.2.11   There is a marked deep (12 to 13 ft) and apparently linear cut running into the East (starboard) side of the channel just South of Buoy 147. It is shown in green on Figure 2.3 and Figure 2.4. This cut gets deeper but retains linear contours just North of Buoy 147, where the depth would have been up to about 16 feet. The contours are aligned roughly from South East to North West.

**2.3    Currents**

2.3.1   The currents in this area consist of the local tidal flows, which are usually relatively modest due to the low rise and fall of the tide. Occasionally the action of weather systems in the Gulf raises the local sea level and causes accelerated tidal flow through Brazos Santiago into the Laguna Madre.

2.3.2   A depression was indeed present in the Gulf at the time and it caused the tidal height to be considerably higher than predicted. The tide was rising (i.e. flooding) at about maximum rate at the time of the casualty according to the output from the tide gauge, produced for the USCG hearings.

2.3.3   Evidence heard at the USGC hearings from the Reference Chart, from those on site and from locally experienced skippers suggested a fast and complex tidal flow in the area. One current of water flows West into the Brownsville Ship Channel (44 ft deep) from Brazos Santiago Pass. Part of this is diverted at the 'Y' into the Port Isabel Channel and this part then flows North along this channel to the Swing Bridge and thence North East out into Laguna Madre.

2.3.4   A second current flows North West directly from Brazos Santiago Pass into Laguna Madre, passing the old causeway and thence towards the ICW where it passes under the Queen Isabella Causeway. These two currents would meet somewhere near buoy 147. The

## BURNESS CORLETT & PARTNERS
*The Maritime Consultants*

J7704
BROWN WATER V



evidence suggests that in the Northern sector of this part of the ICW, towards the Causeway, the current may set at an angle from South East to North West across the ICW.

2.3.5    The precise speeds and directions of the currents described above are not known. They were not measured anywhere at the time of the casualty and as far as we are aware there have been no subsequent measurements or studies carried out to clarify the situation.

### 2.4    Tug and Barge Details

2.4.1    The Brown Water V is a twin screw inland waterway pusher tug of 720 hp (2 X 360 hp) with particulars as set out in Table 2.1 below. The tug was equipped with open propellers and twin rudders aft of the propellers.

**Table 2.1 Principal Particulars**

| Length Overall | 49.1 feet |
|---|---|
| Breadth | 20.0 feet |
| Draft (approx) | 8.3 feet |
| Main Machinery | 2 X 360hp@1800 rpm |
| Gear ratio \| prop P/D | 6:1 \| 44 / 60 inches |

2.4.2    BCI do not have copies of any design drawings for the tug. We do have General Arrangement drawings for the two types of barge that were employed in the tow.

2.4.3    The tow consisted of four loaded barges arranged end to end (strung out) with a raked bow barge at the front. The rake barge was 195 feet long, 35 feet wide and had a draft of about 9 feet. The other three barges were regulation type square ended barges of length 200 feet, breadth 35 feet and draft of about 9.1 feet except for the second barge from the tug which had a draft of about 7 feet.

2.4.4    The tow was therefore about 844 feet long, 35 feet wide and it would have displaced about 6900 tonnes. The barge weights and drafts are given in the USCG casualty report form and are as set out in Table 2.2 below. We have assumed that they were arranged in the order presented on the form, with the rake bow barge at the head of the tow.

BURNESS CORLETT & PARTNERS
*The Maritime Consultants*

J7704
BROWN WATER V



| Barge Code | Length ft | Draft ft fwd / aft | Load Short tons apprx |
|---|---|---|---|
| NM 315 – Rake Bow | 195 | 9 ft 1 inch / 9 ft 0 inch | 1482 |
| ACL 9933B – Reg. | 200 | 9 ft 1 inch / 9 ft 1 inch | 1660 |
| VLB 9173 – Reg. | 200 | 6 ft 10 inch / 7 ft 0 inch | 1200 |
| VLB 9182 – Reg. | 200 | 9 ft 1 inch / 9 ft 0 inch | 1660 |

**Table 2.2 Barge Particulars**

BURNESS CORLETT & PARTNERS
*The Maritime Consultants*

J7704
BROWN WATER V



## 3    Manoeuvring Principles

### 3.1    Effect of Rudder

3.1.1    A vessel, including a barge tow, navigating on a straight course in open water is similar to a symmetrical airfoil aligned with the direction of flow. In this state there is no turning effect or side force applied to the airfoil or the ship.  If the airfoil, or the vessel, is turned slightly, so that there is now an angle of attack, the flow around the foil changes and as a result, a net turning effect is developed and there will also be a net side force.

3.1.2    With airfoils, the primary desired effect is the side force, which is the lift produced by aircraft wings. With ships, the lift force is quite small but the turning effect or moment is significant and it is primarily this effect that makes a ship turn.

3.1.3    The main effect of the rudder is to turn the ship (or tow) slightly so that an angle of attack develops. The turning moment applied by the rudder is much less than that applied by the flow over the ship. The rudder is however effective at controlling the angle of attack and thus the rate of turn because it is well placed to swing the stern and adjust the ship's angle to the incoming flow.

3.1.4    In ships, the angle of attack at midships is known as the drift angle.  This angle, shown in Figure 3.1, is oriented such as to point the bow of the ship inside the curve that the ship is following while the stern sweeps a path outside that of the rest of the ship. An effect of this is that in a turn to port, at the stern, the water encounters the starboard side of the ship (positive drift angle) whereas at the bow it meets the port side (negative drift angle).



**BURNESS CORLETT & PARTNERS**
*The Maritime Consultants*

J7704
BROWN WATER V



**Figure 3.1 Simplified ship turning diagram**

3.1.5    When turning under way, a ship obviously rotates as well as following a curved path. The laws of hydrodynamics generally dictate that the effective rotation pivot point (where there is no drift angle) is about ¼ of the way from the bow to the stern. In this tow, it is likely to have been towards the aft end of the leading barge. If the forward motion is taken out of the equation, this would mean that while turning, the stern will be going sideways through the water at a substantial rate. This is known as crossflow.

BURNESS CORLETT & PARTNERS
*The Maritime Consultants*

J7704
BROWN WATER V



**3.2    Effect of Grounding at the Stern**

3.2.1    As noted above, the important action of the rudder in steering a vessel is to swing the stern into a position such that a controlled drift angle is obtained. If the stern is grounded then this objective will be completely frustrated. While the stern is touching the bottom and unable to swing relative to the rest of the vessel, there is no control over the vessel's heading.

3.2.2    The best hope of regaining control is to drive the stern into deeper water. This may well account for the holes or indentations found in the submerged banks by the DWS hydrographic survey.

3.2.3    With the stern grounded, the tow would be entirely at the mercy of the currents affecting the barges. The forward barges were deep draft and if the stern was located at or just beyond buoy 149 along the channel then these barges would have been affected by any current running along the deeper cut that enters the channel here from the SE.

BURNESS CORLETT & PARTNERS
*The Maritime Consultants*

J7704
BROWN WATER V



## 4    Description and Estimates of Squat

### 4.1    Squat.

4.1.1    The term squat is used to describe the vertical lowering of a vessel under way caused by the hydrodynamic pressure effects of the water flowing under and around the hull. Much research has been devoted to it over many years and a number of references dealing with it are listed below.

4.1.2    Squat occurs because a fluid moving at speed will be at a lower pressure than surrounding fluid moving at lower speed or stationary. Water pressure is the action that supports a vessel afloat and if it reduces, the vessel will sink lower into the water until it picks up the lost balance of buoyancy. The pressure reduction will also result in a lowering of the water surface locally, which has an additional lowering effect on a vessel. This effect can contribute around 50% of the total squat.

4.1.3    A vessel under way will always squat but the effect is greater in shallow and restricted water and at increasing speed through the water.  This is because of the increased speed that the water has to achieve to squeeze past the vessel under way. At the speeds of interest here, it is reasonable to assume that squat varies according to the square of the speed through the water.

4.1.4    The water pressure around and along a moving vessel's hull will also vary according to the shape of the vessel and the hydrographic environment. Normally there is a higher pressure area around the bow, a lower pressure area along the main body of the ship then a second higher pressure area around the stern. The low pressure area exerts a downward pressure that is greater than the sum of the two higher pressures, so the vessel squats. In the case of a barge tow, the flexibility at the joints will allow the tow to bend slightly in response to the local pressures.

4.1.5    The balance between the pressures will also affect the vessel's trim. If the high pressure at the bow is greater than that at the stern, then the vessel will trim down by the stern. This trim effect can have a marked influence on the underkeel clearance at the bow and stern of the vessel.

BURNESS CORLETT & PARTNERS
*The Maritime Consultants*

J7704
BROWN WATER V



4.1.6   Squat is a dynamic effect, meaning that it changes according to the variations in pressure caused by local changes in speed, depth and propulsive effort. A vessel will respond in a dynamic way to these changes by pitching and heaving slightly around the mean value. Model and full scale experiments (refs 1, 4 and 6) have demonstrated the magnitudes of these motions in some particular cases.

4.1.7   The amount by which a vessel will squat and trim is calculable under steady conditions of water depth, waterway restriction (i.e. banks) and speed. In unsteady conditions, allowances may be made using guidance from the literature. The elements that contribute to unsteady conditions are numerous and many may have applied in this casualty. They are:

   • Current varying in strength and direction along the vessel

   • Cross flow affecting all or parts of the vessel due to turning

   • Changes in water depth along the vessel and as the vessel proceeds

   • Changes in restriction due to changes in submerged or surface breaking bank characteristics

   • Use of propellers to accelerate or decelerate the vessel

4.1.8   In this casualty, it is likely that most if not all the above factors combined to increase the squat and stern trim of the tow as the tug passed buoy 149. This makes calculation of the precise amount of squat at any given time in this case very difficult particularly as the exact track of the tow and the precise timing and magnitude of the engine and rudder orders employed are unknown.

4.1.9   The approach taken here is therefore to look at the evidence that is available and assess the range of squat values that could have applied.

**4.2   Speed of the Tow and Water Depths.**

4.2.1   There are no precise data available from which the tow's exact speed through the water can be computed or deduced but the indications from the evidence at the hearings were that it was about 4 knots (around 4.5 mph). This is a normal manoeuvring speed for barge tows,

BURNESS CORLETT & PARTNERS
*The Maritime Consultants*

J7704
BROWN WATER V



which may operate at up to 5 or 6 mph (4.5 to 5.5 knots) on passage in long straight channels.

4.2.2   BCP have produced a simple mathematical manoeuvring model of the tow to evaluate speed estimates. This model could also be used together with a model of the channel and its surroundings to investigate various possibilities applicable to the casualty. The lack of information on current speeds and directions and on actual tug engine and rudder orders would at this stage make any such work highly speculative so it has not been considered within the scope of this report.

4.2.3   The tow's speed of 4 knots would according to BCP's calculations be achieved at about 200 rpm on the two propellers or 1200 rpm on the engines which should be at between half and 2/3 throttle setting. The maximum propeller revolutions are 300 rpm. At full power and revolutions, the tow would have been capable of about 6 knots.

4.2.4   The current flowing through the Port Isabel Channel was estimated at the USCG hearing to have been about 4 knots. The tow would therefore have been making about 8 knots over the ground while in this channel. This current would not have had a significant effect on the squat provided the tow remained within the deep ICW channel where the current would have been at its strongest and most consistent. Squat is controlled by the vessel's speed through the water.

4.2.5   It appears likely from the evidence that the stern of the tow passed close to buoys 149 and 147 at around the time of the observed grounding. The depths between these buoys ranged from 8 to 11 feet according to the DWS hydrographics. The light orange shade around holes 1 and 2 on the DWS survey represents depths of 9.5 to 10 ft at the time of the casualty. The aft barge (draft about 9 ft) could thus have been around 6 inches above the bottom in this area.

4.2.6   The fast moving water tends to be located in the deep channels but in shallower places outside the banks the current will be reduced. There may also have been an eddy formed at the confluence of the two currents which could have resulted in the shoaling observed near buoy 149. This would also reduce the mean current speed in this area.

BURNESS CORLETT & PARTNERS
*The Maritime Consultants*

J7704
BROWN WATER V



4.2.7   This means that if, for instance, the vessel is making 8 knots over the ground by doing 4 knots through the water in a 4 knot following current, and the stern swings out into a shallower area where the current is only 1 knot, then the stern will at least temporarily be going through the water at 7 knots.

**4.3   Evaluation of Squat.**

4.3.1   Squat as a physical phenomenon is dependent on water depth, water speed (as it affects pressure) and gravity. It is therefore often measured or computed against a standardising number known as the Froude Depth Number $Fn(h) = V/\sqrt{(gh)}$ where V is the ship speed, g is the acceleration due to gravity and h is the depth. This enables squat calculations and measurements to be applied across a range of vessel types and sizes and in a range of water depths and speeds. Dand in Ref 1 produced curves plotted against Froude Depth Number of squat coefficient $Cs$ = Squat X 100 / Lpp and trim coefficient $C\tau$ = Trim X 100 / Lpp. They are reproduced at Figure 4.1 below.

4.3.2   The applicable Froude depth numbers in 10 feet of water are $Fn(h)$ = 0.38 at 4 knots and $Fn(h)$ = 0.66 at 7 knots. The depth / draft ratio for this data is given as h / t = 1.16. For the tow in 10 feet of water with a draft of about 9 feet it is 1.11, which is reasonably close. The data is for a high block coefficient hull form which is again applicable to a barge tow.

4.3.3   The trim data will not be applicable as the tanker in the reference had a bulbous bow which tends to encourage trim by the bow. The barge tow will tend to trim at different angles along its length because of its flexibility. The typical somewhat 2-dimensional hull form of a pusher tug will encourage trim of the tow by the stern while power is being applied through the propellers.

4.3.4   At 4 knots ($Fn(h)$ = 0.38) the squat coefficient $Cs$ is about 0.23 so the value of squat for the tow with a length of 844 feet would be about 1.94 feet. With this amount of squat, the tug and the aft barge could easily contact the bottom.

4.3.5   At the steady tow speed of 4 knots in water of 17 feet depth or more (i.e. in the ICW) the Froude depth number would be about 0.29, $Cs$ is about 0.13 and so squat would be about 1 foot. There would be no likelihood of grounding.

## BURNESS CORLETT & PARTNERS
*The Maritime Consultants*



J7704
BROWN WATER V

4.3.6  At the higher speed of 7 knots, Froude depth number at 0.66 is off the scale of the Dand data which is heading beyond a Cs value of 0.5. At this value, squat would theoretically be over 4 feet but would in this case be limited by heavy contact with the bottom. Also the speed of 7 knots would not apply for the whole length of the tow but its effect would be concentrated around the aft end.



**Figure 4.1 Dand Squat Curves**

## 4.4    Effects of Unsteady Conditions.

4.4.1  A local increase in speed of the stern to 7 knots through the water on approach to Buoy 149 would be accompanied by a fairly rapid reduction in water depth. Refs. 3 and 4 show that there is a dynamic effect that will apply in these circumstances whereby squat can increase temporarily to around 150% of its steady state value, in this case without an accompanying increase in speed through the water.

BURNESS CORLETT & PARTNERS
*The Maritime Consultants*

J7704
BROWN WATER V



4.4.2    As discussed in the manoeuvring section above, turning involves setting up a crossflow under the stern of the tow and the tug. Ref. 5 describes some of the effects of crossflow in the context of squat. It can increase squat markedly even at quite modest speeds provided underkeel clearance is low.

4.4.3    The evidence suggests that as he approached this position, the Captain was turning the tow to port and therefore swinging the stern out to starboard, probably into more slowly moving shallower water. This would increase the crossflow component locally under the tug and the aft part of the after barge in comparison with a normal turn. Again this would tend to increase the squat effect.

4.4.4    It is highly likely in our view that the holes and indentations mentioned above were caused by propeller wash from passing Northbound tow traffic. They are in an area where tugs might wish to apply extra revolutions both to get away from the shallows and also to line up for the Causeway opening.

4.4.5    The extra revs increase the propeller race across the rudders and enhance the rudder effect. The added flow speed under the stern of the tug will also increase squat and stern trim. The effect can be large, as shown in Ref. 1, particularly if the underkeel clearance is already small. The effect is often seen as sucking the water out from underneath the vessel and this is not an unreasonable view of what is actually happening. It will affect the stern of the tow and the tug where the propeller influence is greatest. It could easily add a foot of squat locally.

**4.5    Overall Squat.**

4.5.1    The combination of all these factors leads to a conclusion that outside the channel, 2 feet of squat at the stern of the tug would be well within the bounds of possibility, indeed it would be likely. This would be sufficient to ground the tug and the aft barge in areas shallower than about 9 or 10 feet which is within the range of depths to be found near the line between buoys 147 and 149, where the holes noted during the DWS survey are to be found.

4.5.2    Further, it is likely that the aft part of the aft barge, affected by crossflow, higher speed through the water and reduced underkeel clearance, touched bottom before any effects of added revolutions were brought to bear. Applying extra power with this barge already in

BURNESS CORLETT & PARTNERS
*The Maritime Consultants*

J7704
BROWN WATER V



contact with the bottom would draw water away from the bottom of the tug and would at least temporarily increase the force and extent of the grounding.

BURNESS CORLETT & PARTNERS
*The Maritime Consultants*

J7704<br>BROWN WATER V



## 5    Conclusions

### 5.1    Environmental Data

5.1.1    The DWS Survey provides very high resolution coverage of the area where the Brown Water V was alleged to have grounded just prior to the allision. About 2 feet should be added to the colour depth scale to get depths applicable to the time of the casualty.

5.1.2    At the time of the casualty, there was an unusually strong current of an estimated 4 knots running along the ICW from the Swing Bridge up towards the Queen Isabella Causeway. There was another current flowing in from Brazos Santiago directly toward the Causeway. These two currents would have converged at around buoy 147. North of this, the current set from South East to North West across the channel.

5.1.3    There are no measurements to hand of the current speeds or directions at any time or location in the area.

5.1.4    It is likely that the current would run faster in deeper water and that over the shallower banks near the meeting area of the two currents, there would be back eddies and areas of much slower flow speed. The Brown Water V may have touched bottom in such an area.

### 5.2    Squat

5.2.1    The underkeel clearance between the bottom of the aft barge and the submerged bank around buoys 149 to 147 would have been only a foot or two in static conditions. At the speeds through the water and over the ground that the Brown Water V was making, it would be very likely that the starboard bilge of the barge would touch bottom.

5.2.2    Calculating the exact amount of squat of the barge tow during this casualty is not possible because of the uncertainties present, particularly the lack of knowledge of the exact track of the tow, its speed, the current and the engine and rudder orders deployed on the tow. However, much of the evidence points to the presence of unsteady squat enhancing factors which increase the likelihood of a firm grounding at the stern of the tow while it was in the shallower water to starboard of the ICW.

BURNESS CORLETT & PARTNERS
*The Maritime Consultants*

J7704
BROWN WATER V



## 6   References

1. Full Form Ships in Shallow Water : Some Methods for the Prediction of Squat in Subcritical Flows.  I.W. Dand, National Physical Laboratory January 1972.

2. The Squat of Full Ships in Shallow Water.  I.W. Dand and A.M. Ferguson, TRINA 1974

3. Ship Squat over a Stepped Bottom : Theoretical Model.  Y.E. Drobyshevskiy, TRINA 2000

4. Experimental Investigation of a Grounding on a Shallow Sandbank.  Ferguson, Seren and McGregor, TRINA 1983.

5. Unstable Squat from Lateral Motion of Ships in Shallow Water. E.O.Tuck, Journal of Ship Research, March 1974.

6. A Comparison of the Theoretical and Empirical Prediction of Squat in Shallow Water. A.Millward, International Shipbuilding Progress, Vol. 39 No.417 1992.

BURNESS CORLETT & PARTNERS
*The Maritime Consultants*



J7704
BROWN WATER V

## 7   Author's CV

# CURRICULUM VITAE

**Jeremy Charles Colman**

| | |
|---|---|
| **YEAR OF BIRTH:** | 1953 |
| **NATIONALITY:** | British |
| **STATUS:** | Principal Consultant |
| **JOINED B.C.P:** | 1976 |
| **QUALIFICATIONS:** | B.Sc.(Hons) Ship Science, University of Southampton |
| | Fellow (C.Eng.),Royal Institution of Naval Architects |
| | Member, Royal Institute of Navigation |
| | Member, Society of Naval Architects and Marine |
| | Engineers (SNAME) (USA) |
| | Companion, Nautical Institute |
| **LANGUAGES:** | English |
| **HOME ADDRESS:** | The Hollies, Grove Mount, Ramsey, |
| | Isle of Man IM8 3HQ |
| | Tel:   01624 812641 |
| **OFFICE ADDRESS:** | Baltic House,  Station Road, Ballasalla, |
| | Isle of Man IM9 2AE |
| | Tel:   01624 822808 |
| | Fax:  01624 822825 |
| | Mobile - 07624 495492 |
| | Email  jcc@bcpiom-intmaritime.com |

BURNESS CORLETT & PARTNERS
*The Maritime Consultants*

J7704
BROWN WATER V



### EXPERIENCE:

Entered BCP direct from University, but vacation training as follows:

At Lloyds Register of Shipping (Summer of 1974), employed as Assistant Surveyor in tonnage and grain stability departments.  Experience in calculation of gross and net tonnages for all major assigning authorities, on most types of vessel.  Also, calculation and approval of grain stability booklets, and calculation of effects on stability of grain shift (cargo shift) for a variety of vessel types.

D.J.Doust and Associates (Naval Architects), Montreal, Canada (Summer 1975).  Employed as assistant Naval Architect in design and predictions of performance of an internal duct propulsion system for semi-submersible oil rigs.

University work included ship design and drawing, stability, hydrodynamics, study of materials, resistance and propulsion.  Dissertation on design, construction and performance of ancient Polynesian sailing outrigger canoes and catamarans.  B.Sc. Thesis: Investigation into the future of the cross channel ferry service with traffic projections and design proposals.

### EXPERIENCE SINCE JOINING B.C.P.

<u>Naval Architecture</u>

Design and analysis for new buildings and conversions. Vessel types include ferries, passenger/cargo liners, container feeders, fishing vessels, tugs and supply boats, research ships, tankers.  Conversions involve re-engineing, upgrading cargo handling gear and access equipment, stability and damage stability assessment. Calculation of wind and current forces on ships for use in Termpol Code, a tanker terminal design guide for Canada.

Corresponding member of SNAME panel O-44, Marine Safety and Environmental Protection.

<u>Computer Applications</u>

Responsibility for technical program development and usage of networked P.C.'s running hydrostatics, stability, damage stability, strength, manoeuvring (deep and shallow water), powering,

BURNESS CORLETT & PARTNERS
*The Maritime Consultants*

J7704
BROWN WATER V



motions, container lashing analysis and many other program suites.   Management of BCP computer fluid dynamics (CFD) and roll damping tank software developments.

Management of in-house CAD system for vessel design, analysis and database management, mounted on industry standard hardware. Internet and e-mail systems development.  Management of development of software and systems for use on portable computers 'on site' in Court or in the field.  Management of 3D rendered solid modelling and animation computer system.

Casualty Investigation & Expert Witness work for Legal Clients

First Court appearance in Tampa, Florida (1982) in a "surge" case involving interaction between a moving and a moored ship, analysis of mooring restraint and damage to ship and shore cranes and cargo conveyors.   Further expert witness experience includes: Appearance at DERBYSHIRE Inquiry, 1987, giving expert evidence on finite element analysis, structural strength, motions and loads applied in storm.   Court appearance at tanker ALVENUS trial in Galveston, Texas, September to November 1989, giving expert evidence on finite element analysis, collapse mechanisms, events leading up to collapse of vessel, damage analysis, general technical and naval architectural aspects of casualty. Appearance at Admiralty Court (Golden Polydinamos) giving evidence on speed, angle of blow and computer generated collision track reconstructions. Court appearance at Dunter and Tystie trial (2001), dealing with structural damage to tugs and operational modes. Court appearance at MSC Carla trial in New York (2003) dealing with ultimate hull girder failure, heavy weather loads and motions, buckling, effects of defects, finite element analysis, first principles calculations. Appearance at Reopened Formal Inquiry into the loss of the trawler Gaul (2004), dealing with cause of loss, the ROV surveys, stability and flooded stability, the hindcast, ship motions and design issues.

Appearances at Arbitrations giving expert evidence on squat, speed, power and resistance, grounding processes, effect of flocculation and salt water wedge.  Appearance at Arbitration giving evidence and advice on technical and regulatory aspects of a vessel's suitability, including stability, cargo access equipment, air conditioning and certification. Appearances at Arbitrations on shipbuilding disputes involving defects, warranty claims, distortion, container cell guide deflections, coating systems, noise and vibration. Appearance at Arbitration on a narrow channel collision and subsequent fires giving evidence on MATHMAN track reconstructions in complex currents and with vessels navigating out of control.

# BURNESS CORLETT & PARTNERS
*The Maritime Consultants*

J7704
BROWN WATER V



Provision of deposition evidence in US proceedings in the M.T. ALVENUS and the MSC CARLA.

Reports and analysis produced for Formal Investigation of KURDISTAN, covering wave impact, thermal stress, ice impact, oil outflow and fracture mechanics. Damage stability and casualty analysis in connection with HERALD of FREE ENTERPRISE Inquiry and subsequent investigations into UK ro-ro ferries. Investigations into progressive flooding and subsequent grounding of M.V. SUNDANCER.  Investigations into the flooding and structural effects of attacks on vessels by explosive devices. Investigations into the ESTONIA casualty and the Report of the Scandinavian Commission of Inquiry. Investigation into the SEA EMPRESS grounding at Milford Haven including 3D simulations of manouevres and technical analysis of salvage operations. Investigation into the structural failure of the M.T. NAKHODKA.

Preparation of numerous expert reports for litigation and Inquiries.  Subjects covered include:

| | | |
|---|---|---|
| * Collision Analysis | * Intact and Damaged Stability | * Structural Analysis |
| * Interaction and Squat | * Flooding and Foundering | * Model Testing |
| * Corrosion and Cracking | * Fishing Vessel Casualties | * Shipbuilding Practices |
| * Personal Injury | * Cargo Shift | * Shallow Water Effects |
| * State of the Art | * Noise & Vibration | * Storms and Ice Effects |
| * Course Recorder Analysis | * Manoeuvring Simulation | * Design Adequacy |
| * Seakeeping and Motions | * Fuel Consumption | * Moorings and Surge |
| * Cranes and Derricks | * Fires and Explosions | * Charterparty Disputes |
| * Salvage and Groundings | * Thermal Effects | * FPSO Disputes |

Site work, Surveys and Underwater Surveys.

On-site survey and assistance with casualty management for bulk carriers, tankers and general cargo vessel collisions, fires and explosions, salvage, structural failures and groundings.  Speed and angle of blow surveys, structural integrity surveys.  Drydock surveys for damage analysis. Surveys of alleged defects in newbuildings and conversions. Survey for assessment of high speed vessel characteristics – speed, handling, noise and vibration, cavitation, hull damage. Scaffolding collapse survey and analysis.

# BURNESS CORLETT & PARTNERS
*The Maritime Consultants*

J7704
BROWN WATER V



Vessels surveyed in connection with casualties and disputes include M.T. Alvenus, M.V. Bechar, M.T. Nassia, M.V. Shipbroker, M.V. Alpha Star, M.T. Evoikos, M.T. Orapin Global, FPU Balder, M.Y. Caribbean, M.T. Eagle Memphis, M.T. Oriental Violet, MSC Carla, M.V Marigo P, LNG Newbuilding (2002), MFV Gaul wreck survey, Barents Sea, July 2002.

Underwater video survey analyses including M.T. Haven, MFV Gaul, M.T. Nakhodka, MSC Carla, M.V. Derbyshire, M.V. Estonia, M.V. Cordigliera.

Yards visited in connection with disputes include KFELS and Sembawang, Singapore; Namura, Japan; Todd, Galveston; Verolme Botlek, Netherlands; Malta Drydock; Columbo Dockyard, Sri Lanka; Bahrain Slipway; IZAR Puerto Real, Spain; various UK yards.

On-site and office-based technical analysis and assistance with shipbuilding and offshore disputes including alleged design, welding, dimensional control and coating defects, application of shipbuilding standards, force majeure, scheduling, technical interpretation of contract and specification. Analysis of change orders, variations to contract, shipyard QA systems. Trials analysis (non-machinery). Analysis of damage to vessels and equipment during construction and conversion.

Survey and analysis of technical aspects of various personal injury claims. Provision of technical assistance to BCP marine engineers, nautical experts and surveyors as required. Provision of joint studies involving other experts within and outside BCP.

Technical Studies and Projects:

Provision of consultancy services to studies and contracts, including FPSO projects (including West of Shetland and West African shelf), risk analysis and Formal Safety Assessments, offshore towing, tanker manoeuvring studies, marine environment studies, noise and vibration studies, economic ship operation, corrosion, ship maintenance, cargo handling equipment, stability, damage stability, roll damping tanks, information technology, CAD.

BURNESS CORLETT & PARTNERS
*The Maritime Consultants*

J7704
BROWN WATER V



Management, preparation and production of Formal Safety Assessment of Harbour Operations at Sullom Voe for Shetland Islands Council. Management and technical direction of Formal Safety Assessment of Harbour Operations in the Isle of Man.

Quantitative risk assessment of bulk carrier loading and discharge practices, with recommendations, for European Commission.

Design, management and on site supervision of car ferry conversion involving removal of decks, asbestos stripping, fitting portable car decks, strengthening of decks, fittings of new lounge superstructure in aluminium and refurbishment of systems (electrical, piping, safety, engine control) and accommodation.

Preparation for submission to D.O.T.(UK) of passenger ro/ro stability and damage stability calculations ; damage stability calculations for D.O.T., plus on-site assistance with conversion, 300ft. passenger/cargo vessel for trans-oceanic trade.

Design supervision of small fishery/oceanographic research vessel. Propeller design and trials management for fishing boat.

Design assessment of a class of double skin Aframax tankers, structural and environmental (vessels in service).

Supervision of research project on risk assessment and oil outflow characteristics for tankers.

Study into wave and wake effects of high speed catamaran and monohull ferries operating in shallow water.

Investigations into squat of ships and interaction with banks, sea bed and other ships.

Yacht and small craft surveys.

Technical literature and data searches using BCP libraries and internet resources.

**COUNTRIES WORKED IN** (On assignment for BCP):

Bahrain, Belgium, Canada, France, Germany, Greece, Holland, Hong Kong, Ireland, Italy, Japan, Malta, Norway, Russia, Singapore, Spain, Sri Lanka, Sweden, Turkey, U.S.A.

BURNESS CORLETT & PARTNERS
*The Maritime Consultants*

J7704
BROWN WATER V



**TECHNICAL PAPERS PUBLISHED:**

RINA International Conference on 'Computers and Small Craft', December 1984

A Review of Computer Applications in Small Craft Design and Operation.

J.C.Colman, N.White and B.J.Corlett

RINA Spring Meetings 1987 - 'Kurdistan' - Anatomy of a Marine Disaster

J.C.Colman, N.R.Hendy and Dr.E.C.B.Corlett

The Naval Architect, April 1992 - IMO's Tanker Study: A Technical Critique

B.J.Corlett, J.C.Colman and J.P.Hook

Maritime Law Association of Australia and New Zealand (MLAANZ) Conference, Hong Kong, Oct.1992 - 'Bulk Carrier Losses - A Naval Architect's Viewpoint'

J.C.Colman and B.J.Corlett

Marine Surveying Seminar, HQS Wellington, March 1993 - 'A Modern Approach to Collision Investigation'

J.C.Colman and B.E.K.Gilmour

Seaways, March 1994 - Some Considerations on Squat and its Effects

J.C.Colman and B.J.Corlett

RINA Conference 'Learning from Marine Incidents II', March 2002 – 'The Investigation of Structural Failures in Ships.' J.C.Colman

**Outside Pursuits** - Owner of Sigma 33ft offshore one design yacht, campaigned and cruised Irish Sea, N.W.Scotland and Ireland.

BURNESS CORLETT & PARTNERS
*The Maritime Consultants*

J7704
BROWN WATER V



## 8    US Court Experience and Rates

### 8.1    J.C. Colman US Court Experience

8.1.1    1982 US Court Tampa, Florida, M.V. Star Laconian vs M.V. Gurhan Guner. Deposition and Expert Evidence in Court.

8.1.2    1987 US Court Galveston, Texas, M.T. Alvenus vs Conoco etc., Deposition and Expert Evidence in Court.

8.1.3    2002/3 US Court New York, Hyundai Mipo Dockyard and Hyundai Corporation vs MSC Carla etc.,  Deposition (2002) and Expert Evidence (2003).

### 8.2    Rates

8.2.1    J.C.Colman is employed as a Principal Consultant by Burness, Corlett and Partners (Isle of Man) Ltd. BCP's rate for Mr Colman is currently £112.00 sterling per hour. This rate may increase by a small increment for calendar year 2005.

8.2.2    The rate is exclusive of taxes and expenses etc. and applies to travelling time (max 8 hours per day), time in Court and all time spent working on a project.