# APPENDIX F

# PHOTOGRAPHS

| Section F-1 | Bridges Over the Mississippi River and its Major Tributaries | |
|---|---|---|
| State Route 79 | Arkansas River | near Pine Bluff, AR |
| Interstate 440 | Arkansas River | in Little Rock, AR |
| Interstate 30 | Arkansas River | in Little Rock, AR |
| Interstate 430 | Arkansas River | north of Little Rock, AR |
| State Route 9 | Arkansas River | in Morrilton, AR |
| State Route 7 | Arkansas River | in Dardenelle, AR |
| State Route 109 | Arkansas River | near Montana, AR |
| Interstate 540 | Arkansas River | in Van Buren, AR |
| Interstate 55 | Mississippi River | in Memphis, TN |
| Interstate 40 | Mississippi River | in Memphis, TN |
| Interstate 155 | Mississippi River | in Caruthersville, MO |
| State Route 60 | Mississippi River | in Cairo, MO |
| Interstate 57 | Mississippi River | near Cairo, MO |
| Interstate 64 | Mississippi River | St. Louis, MO |
| State Route 54 | Missouri River | near Jefferson City, MO |
| Interstate 70 | Missouri River | near Overton, MO |
| State Route 51 | Ohio River | near Fillmore, KY |
| Interstate 24 | Ohio River | in Paducah, KY |
| State Route 45 | Ohio River | in Paducah, KY |
| State Route 60 | Tennessee River | near Epperson, KY |
| State Route 56 | Ohio River | near The Rocks, KY |
| State Route 41 | Ohio River | near Evansville, IN |
| State Route 231 | Ohio River | near Patronville, IN |
| Interstate 64 | Ohio River | in Louisville, KY |
| State Route 31 | Ohio River | in Louisville, KY |

| Section F-2 | Bridges Over Navigable Waterways |
|---|---|

SECTION F-1



































































IMG_00000
03/06/2004



IMG_00011
03/06/2004



IMG_00011
03/06/2004

















IMG_0030.jpg
03/06/2004



IMG_0031.jpg
03/06/2004



IMG_0232.jpg
03/06/2004



IMG_0234.jpg
03/06/2004




















































































IMG 0142 W
03/06/2004



IMG 0143 W
03/06/2004



IMG 0144 W
03/06/2004



IMG 0145 W
03/06/2004











































IMG 126.i



IMG 127.i
03/06/2004






















































IMG-02.tif
03/06/2004



IMG-06.tif
03/06/2004



IMG-06.tif
03/06/2004



IMG-07.tif
03/06/2004







IMG-11-W
03/06/2004



IMG-11-W
03/06/2004



IMG-12-W
03/06/2004



IMG-14-W
03/06/2004
























































































