










































 

 

 





























IMG 18 M
03/06/2004


IMG 19 M
03/06/2004


IMG 20 M
03/06/2004


IMG 22 M
03/06/2004










































































































 



































































































 



 

 



 

 






































Louisville I-64 JUB pl

















SECTION F-2