Bridges over Navigable Waterways


P8260007.JPG
US 169 Over Missouri River, Kansas City, MO


P8280008.JPG
US 169 Over Missouri River, Kansas City, MO, Railroad Bridge Behind


P8260009.JPG
US 169 Over Missouri River, Kansas City, MO


P8280010.JPG
I-70 Over Kansas River, Kansas City, Kansas looking North





Bridges over Navigable Waterways



P8280013.JPG
Railroad Bridge over Kansas River, Kansas City, Kansas



P8280014.JPG
I-70 Over Kansas River, Kansas City, Kansas, looking North



P8280015.JPG
Kansas Avenue (2nd St) over Kansas River, Kansas City, Kansas, looking



P8280016.JPG
Kansas Avenue (3rd St) over Kansas River, Kansas City, Kansas, looking





## Bridges over Navigable Waterways



PS250010.JPG
US 169 Over Missouri River- Kansas City, MO



PS280020.JPG
McKinley Bridge over Mississippi River- looking Northeast



PS280021.JPG
McKinley Bridge over Mississippi River- looking Northeast



PS280022.JPG
McKinley Bridge over Mississippi River- looking Northeast



PS280023.JPG
McKinley Bridge over Mississippi River- looking Northeast



PS280024.JPG
McKinley Bridge over Mississippi River- looking Northeast

## Bridges over Navigable Waterways




P8280025.JPG
Martin Luther King Bridge over Mississippi River, looking East

P8280026.JPG
Martin Luther King Bridge over Mississippi River, looking East




P8280027.JPG
Martin Luther King Bridge over Mississippi River, looking East

P8280028.JPG
Martin Luther King Bridge over Mississippi River, looking East




## Bridges over Navigable Waterways



P8280031.JPG
Martin Luther King Bridge over Mississippi River looking East



P8280032.JPG
Martin Luther King Bridge over Mississippi River looking East, Eads Br.



P8280033.JPG
Eads Bridge (1874) over Mississippi River



P8280034.JPG
Eads Bridge (1874) over Mississippi River





## Bridges over Navigable Waterways



I-55 I-64 I-70 over Mississippi River - Looking North



I-55 I-64 I-70 over Mississippi River - Looking South



I-55 I-64 I-70 over Mississippi River - Looking South



I-55 I-64 I-70 over Mississippi River - Looking South





Bridges over Navigable Waterways








## Bridges over Navigable Waterways



PSA10094.JPG
Bear Mountain Bridge over Hudson River, near Garrison, NY. Built 1924



P8310005.JPG
Newburgh-Beacon Bridge over Hudson River, New York State, looking...



P8310007.JPG
Newburgh-Beacon Bridge over Hudson River, New York State, looking...



P8310010.JPG
Newburgh-Beacon Bridge over Hudson River, New York State, looking...





## Bridges over Navigable Waterways



P8310013.JPG
Newburgh-Beacon Bridge over Hudson River, New York State, looking...



P8310014.JPG
Newburgh-Beacon Bridge over Hudson River, New York State, looking...



P8310015.JPG
Newburgh-Beacon Bridge over Hudson River, New York State, looking...



P8310016.JPG
Newburgh-Beacon Bridge over Hudson River, New York State, looking...





## Bridges over Navigable Waterways



P8310019.JPG
Newburgh-Beacon Bridge over Hudson River, New York State, Typical Pier



P8310020.JPG
Newburgh-Beacon Bridge over Hudson River, New York State, Typical Pier



P8310021.JPG
Newburgh-Beacon Bridge over Hudson River, New York State, Typical Pier



P8310022.JPG
Newburgh-Beacon Bridge over Hudson River, New York State, looking...





## Bridges over Navigable Waterways



P8310019.JPG
Railroad Bridge over Hudson River, Poughkeepsie, NY, looking South



P8310020.JPG
Railroad Bridge over Hudson River, Poughkeepsie, NY, looking South



P8310027.JPG
Mid-Hudson Bridge (highway) over Hudson River, Poughkeepsie, NY, lo...



P8310028.JPG
Railroad Bridge over Hudson River, Poughkeepsie, NY





Bridges over Navigable Waterways



P8310070.JPG
Mid-Hudson Bridge (highway) over Hudson River, Poughkeepsie, NY



P8310073.JPG
Mid-Hudson Bridge (highway) over Hudson River, Poughkeepsie, NY



P8310034.JPG
Newburgh-Beacon Bridge over Hudson River, New York State



P8310035.JPG
Newburgh-Beacon Bridge over Hudson River, New York State





Bridges over Navigable Waterways


P8310038.JPG
Newburgh-Beacon Bridge over Hudson River, New York State


P8310039.JPG
Newburgh-Beacon Bridge over Hudson River, New York State


P8310040.JPG
Newburgh-Beacon Bridge over Hudson River, New York State


P8310041.JPG
Newburgh-Beacon Bridge over Hudson River, New York State


Newburgh-Beacon Bridge over Hudson River, New York State


P8310043.JPG
Newburgh-Beacon Bridge over Hudson River, New York State

## Bridges over Navigable Waterways



P8310044.JPG
Newburgh-Beacon Bridge over Hudson River, New York State



P8310045.JPG
Newburgh-Beacon Bridge over Hudson River, New York State



P9250082.JPG



P9250103.JPG
Rock Is Pier





## Bridges over Navigable Waterways



Rock Is over Arkansas R-2.jpg



Rock Is over Arkansas R-3.jpg



Rock Is over Arkansas R-4.jpg



Rock Is over Arkansas R-5.jpg



Rock Is over Arkansas R-6.jpg