United States District Court
Southern District of Texas
FILED

NOV 1 5 2004

Michael N. Milby, Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-01-157<br>Admiralty<br><br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES, LLC AS OWNER, AND AMERICAN COMMERCIAL BARGE LINES, LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. No. B-02-004<br>Admiralty<br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | C. A. NO. B-02-125<br>Admiralty |

## PETITIONERS, AMERICAN COMMERCIAL LINES, LLC, AMERICAN COMMERCIAL BARGE LINES LLC, DEERE CREDIT, INC., STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION AND GENERAL ELECTRIC CAPITAL CORPORATION'S DESIGNATION OF EXPERTS

{N1215980.1}

Pursuant to the Joint Discovery/Case Management Plan, Petitioners provide their

Designation of Experts as follows:

### SPECIALLY EMPLOYED OR RETAINED EXPERTS

The following experts have been specially employed or retained by the above-named

Petitioners and may provide expert testimony in this case:

1.    Mr. Daniel E. Brock
      115 Rue Marne
      Paducah, Kentucky  42001

Mr. Brock's expert report is attached.  He may testify regarding the opinions set forth in

his report and related matters.  His experience and qualifications are contained in his curriculum

vitae, which is also attached.

2.    Mr. Joe Hargiss
      P. O. Box 1272
      Henderson, Kentucky  42419-1272

Mr. Hargiss' expert reports are attached.  Mr. Hargiss may testify regarding the opinions

set forth in his reports and related matters.  His experience and qualifications are contained in his

curriculum vitae.

3.    Mr. Michael D. Russell
      P. O. Box 580128
      Houston, Texas  77258-0128

Mr. Russell's expert report is attached.  Mr. Russell may testify regarding the opinions set

forth in his report and related matters.  His experience and qualifications are contained in his

curriculum vitae, which is also attached.

{N1215980.1}

4.      Mr. Earl Hatfield
        P. O. Box 460461
        Houston, Texas  77056

        Mr. Hatfield may testify regarding the opinions set forth in his survey reports, which are

attached, and related matters.  Mr. Hatfield is an expert marine surveyor.

5.      Barry Mabry
        Ernest & Young LLP
        3900 One Shell Square
        701 Poydras Street
        New Orleans, Louisiana  70139

        Mr. Mabry is a certified public accountant and certified fraud examiner.  His firm has

been hired to audit and perform a financial analysis of the claim made by the State of Texas.  By

agreement, his report is not due until November 30, 2004.  At that time, his report and

curriculum vitae will be provided.  If called, it is expected that he will testify regarding the

opinions set forth in his expert report related matters.  His experience and qualifications will be

summarized in his curriculum vitae.

6.      Petitioners reserve the right to call experts listed by Brown Water Towing I, Inc. and

Brown Water Marine Services, Inc., who may be called to render expert testimony on matters

related to claimants' claims for damages and experts called to testify regarding the Queen

Isabella Causeway and the lack of fendering, lighting and other safety equipment.

## NON-RETAINED EXPERTS

        The following persons have not been specifically retained by Petitioners as an expert but

who may give expert testimony as set forth in Rules 701 and 702 of the Federal Rules of

Evidence.

{N1215980.1}

1.    Captain Nick Perigini
      NOAA
      Silver Springs, Maryland

      If called to testify, it is anticipated he may testify as he did at the United States Coast

Guard Hearing into the casualty.  Transcripts of the hearing are in the possession of claimants.

His testimony is at Vol. II, pp. 8-196.

2.    Mr. Elijio Garza
      U.S. Army Corps of Engineers
      Corpus Christi, Texas

      If called to testify, it is anticipated he may testify as he did at the United States Coast

Guard Hearing into the casualty.  Transcripts of the hearing are in the possession of claimants.

His testimony is at Vol. II, pp. 118-146.

3.    Mr. Douglas Swain
      DWS International, Inc.

      If called to testify, it is anticipated he may testify as he did at the United States Coast

Guard Hearing into the casualty.  Transcripts of the hearing are in the possession of claimants.

His testimony is at Vol. II, pp. 150-269.

4.    Philip Langley
      Wagoner, Oklahoma

      If called, it is anticipated that he may testify as he did in his deposition, which is in the

possession of claimants.

5.    Alton Chadwick
      Traylor Brothers, Inc.

      If called to testify, it is anticipated he may testify as he did at the United States Coast

Guard Hearing into the casualty.  Transcripts of the hearing are in the possession of claimants.

His testimony is at Vol. IV, pp. 215-260; Vol. V, pp. 15-40.

6.    Norman Ivey
      200 Richland Drive East
      Mandeville, Louisiana  70448

      If called, it is anticipated that he may testify as he did in his deposition, which is in the

possession of claimants.

7.    Christian Brinkop
      36 Woodstone Drive
      Mandeville, Louisiana  70471

      If called, it is anticipated that he may testify as he did in his deposition, which is in the

possession of claimants.

8.    James Farley
      8904 Lippincott Street
      Louisville, Kentucky  40222

      If called, it is anticipated that he may testify as he did in his deposition, which is in the

possession of claimants.

9.    Philip S. Timberlake
      7410 Zollman Road
      Lonesville, Indiana  47136

      If called, it is anticipated that he may testify as he did in his deposition, which is in the

possession of claimants.

10.   William Whitlock
      4007 Fox Meadow Way
      Prospect, Kentucky  40059

      If called, it is anticipated that he may testify as he did in his deposition, which is in the

possession of claimants.

11.    Peter Kazunas
       14105 Longland Place
       Louisville, Kentucky  40245

       If called, it is anticipated that he may testify as he did in his deposition, which is in the

possession of claimants.

12.    Stephen H. Mosher
       632 Deer Meadow Trail
       Volporiso, Indiana  46385

       If called, it is anticipated that he may testify as he did in his deposition, which is in the

possession of claimants.

13.    Michael Khouri
       11312 Bodley Drive
       Louisville, Kentucky  40223

       If called, it is anticipated that he may testify as he did in his deposition, which is in the

possession of claimants.

14.    Denny Hoessle
       4416 Creeks Stone Boulevard
       Jefferson, Indiana  47130

       If called, it is anticipated that he may testify as he did in his deposition, which is in the

possession of claimants.

15.    Petitioners also reserve the right to call any doctor or other medical provider to any of

claimants or claimants' decedents, including, but not limited to, those doctors listed as experts by

claimants and if called, are expected to testify in accord with their reports, which are in the

possession of claimants.

Respectfully submitted,

GLENN G. GOODIER, Attorney-in-Charge
Admitted *Pro Hac Vice*
By Order Entered 4/23/02
Jones, Walker, Waechter, Poitevent,
   Carrère & Denègre, L.L.P.
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:   (504) 582-8174
Facsimile:   (504) 582-8010

LES CASSIDY
State Bar Number 03979270
Federal Identification Number 5931
814 Leopard
Corpus Christi, Texas  78401
Telephone:   (361) 887-2969
Facsimile:   (361) 887-6521

OF COUNSEL:

WOOLSEY & CASSIDY, P.C.
814 Leopard
Corpus Christi, Texas  78401
Telephone:   (361) 887-2969
Facsimile:   (361) 887-6521

Counsel for Petitioners,
American Commercial Lines LLP and
American Commercial Barge Line LLC
Deere Credit, Inc. (formerly Senstar Finance
Company), as Owner of the Barge NM-315
State Street Bank and Trust Company of
Connecticut, N.A., as Owner/Trustee of the Barge
ACL-9933B and Not in Its Individual Capacity, and
General Electric Capital Corporation, as Beneficial
Owner of the Barge ACL-9933B

{N1215980.1}

7

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been federal expressed to all counsel on

this 12th day of November, 2004.

GLENN G. GOODIER