Glenn G. Goodier, Esq.                                November 9, 2004
New Orleans, Louisiana

## INTRODUCTION

1. At your request, I have reviewed documents concerning the allision of the BROWN WATER V and tow with the Queen Isabella Causeway Bridge, South Padre Island, Texas, on September 15, 2001. My initial report of findings and all opinions to date follows. As additional work may be done in this matter, any findings and opinions expressed herein will be amended or supplemented as required.

## DOCUMENTS REVIEWED

2. The following were reviewed:

   1) Transcript of the U.S. Coast Guard Hearing of October 9-12 and November 5, 2001
   2) Exhibits from the U.S. Coast Guard Hearing
   3) Deposition transcript of Stephen Mosher
   4) Deposition transcript of Philip Timberlake
   5) Deposition transcript of William Whitlock
   6) Deposition transcript of Norman Ivey
   7) Deposition transcript of Michael Khouri
   8) Deposition transcript of Douglas Ruschman
   9) Deposition transcript of Patrick Hoessle
   10) Deposition transcript of Peter Kazunas
   11) Deposition transcript of J. Adams
   12) Deposition transcript of Christian Brinkop
   13) Deposition transcript of Paul Book
   14) Deposition transcript of James Farley
   15) Deposition transcript of Gary Langley
   16) Report of Dr. Jerome Modell
   17) Report of Richard Cortez, CPA
   18) American Waterways Operators Responsible Carriers Program Administrative Procedures
   19) U.S. Coast Guard 8th District Local Notice to Mariners of September 4, 11, 18 & 25, 2001
   20) *Inland River Record 2004*
   21) U.S. Coast Guard Port State Information Exchange (PSIX) website
   22) Expert Panel Report of Captain J. Disler and John Deck III of September 29, 2004
   23) Expert Report of Richard Silloway, P.E. of September 29, 2004
   24) Expert Report Captain William Beacom of September 29, 2004
   25) Title 33 Code of Federal Regulations

26) Title 46 Code of Federal Regulations
27) NOAA Chart 11302, September 13, 2003
28) "Gulf Intracoastal Waterway" The Handbook of Texas Online
29) U.S. Coast Guard Marine Safety Manual
30) U.S. Coast Guard, Eighth District Instruction 16710.1, January 21, 1997

## FINDINGS AND OPINIONS

1. The U.S. Coast Guard Eighth District has a Cooperative Towing Vessel Examination Program (CTVEP). "Commercial towing vessel safety is enhanced through this cooperative effort between industry and the Coast Guard. This program allows the Coast Guard to maximize the use of its resources by concentrating its enforcement activities on higher risk vessels." The program "…is designed to reward companies that have shown a commitment to quality, and it allows for a more efficient use of Coast Guard and industry resources." Brown Water Marine Services was an active participant in the program and voluntarily offered itself up to examinations by the Coast Guard. (U.S. Coast Guard, Eighth District Instruction 16710.1, January 21, 1997; LT Helton, U.S. Coast Guard at U.S. Coast Guard Hearing, Volume One, Page 77.)

OPINION: Brown Water Marine Service qualified for the Coast Guard's CTVEP by meeting federal regulations and demonstrated to the Coast Guard to be a low risk regarding vessel safety.

2. The BROWN WATER V was inspected by Coast Guard following the incident. LT Helton signed the United States Coast Guard Vessel Boarding Report (CG-5437). There are 7 deficiencies noted on the 2 page report. The report is marked "Repairs to be effected by 1 Oct 2001". LT Helton testified that the deficiencies noted on the report were not collaterally related to the incident. (Helton at U.S. Coast Guard Hearing, Volume Four, Page 207; United States Coast Guard Vessel Boarding Report, CG-5437, for the BROWN WATER V, September 15, 2001.)

OPINION: The deficiencies noted on the CG-5437 report were not major safety violations. Had they been major safety violations, they would have been required to be corrected immediately. The deficiencies had nothing to do with the allision of the BROWN WATER V with the Queen Isabella Causeway Bridge.

3. The green navigation lights on the underside of the center span of the Queen Isabella Causeway Bridge which marked the center of the Gulf Intracoastal Waterway were not lighted. Captain Phillip Langley was at the wheel of the BRUCE BORDELON when she passed under the Queen Isabella Causeway bridge southbound. He testified that the green navigation lights were not working on both the north side and south side of the bridge. He notified the harbormaster on VHF-FM Channel 16 of the outage at 2045 hours on September 14, 2001, 5.25 hours before the incident. The owner or operator of the Queen Isabella Causeway Bridge failed to maintain the range of 2 green lights over the center of the navigable channel of the Gulf Intracoastal Waterway. (Exhibit 115; Exhibit 116; Langley at 17; Audio Tape Transcription of Interview with David Wayne Fowler, September 12, 2001 at Page 17 and Audio Tape Transcription (undated) at Page 13, Title 33 Code of Federal Regulations, Part 118)

OPINION: The U.S. Coast Guard should have been notified directly and a Broadcast Notice to Mariners (BNM) should have been broadcast on VHF-FM radio for alerting vessels in the area of the outage. The owner or operator of the Queen Isabella Causeway Bridge was in violation of Title 33 Code of Federal Regulations, Part 118.

4. The U.S. Coast Guard enforces federal regulations including those regulations concerning the surrender, suspension and revocation of U.S. Coast Guard issued licenses for the operation of uninspected towboats. Administrative actions against a license are remedial in nature and are not penal. Administrative actions intend "to help maintain standards for competence and conduct essential to the promotion if safety at sea." Captain Fowler was diagnosed with post-traumatic

3

stress disorder on September 17, 2001, as a result of the incident. His towboat master's license was deposited with the Coast Guard the same day. (Title 46 Code of Federal Regulations, Part 5.5; U.S. Coast Guard Hearing, Volume One, Page 52)

"Violations by personnel of statutes and regulations enforced by the Coast Guard can result in criminal or civil penalties taken against the person and/or administrative proceedings (or alternative action) against merchant mariners' credentials (MMCs) issued to the person by the Coast Guard.... The basic authority to initiate suspension and revocation (S&R) proceedings is derived from 46 U. S. C. Chapter 77. This authorizes action against a mariner who while acting under the authority of his or her MMCs commit acts of incompetence, misconduct, negligence, or violations of laws or regulations which are intended to promote marine safety or to protect navigable waters....Personnel investigations are conducted to promote safety on the high seas and the navigable waters of the United States, and to prevent or mitigate personnel related hazards to life, property, and the marine environment. Alternative actions concerning MMCs include voluntary surrender agreements, voluntary deposit agreements, goodfaith deposits, settlement agreements, and letters of warning." (U.S. Coast Guard Marine Safety Manual, Volume V, Chapter 2; United States Coast Guard License Serial Number 887687)

OPINION: The criminal or civil penalties taken against a person holding a Coast Guard issued license or the administrative proceedings taken against a mariner's license is how the Coast Guard polices licensed personnel. Captain Fowler's Operator of Uninspected Towing Vessel license, which was deposited with the Coast Guard, was the correct license required to operate the BROWN WATER V.

5.  Captain David D. Fowler was on the third issue of his Coast Guard license as an Operator of Uninspected Towboats, at the time of this incident. This represents approximately 12 years. Prior to this incident, he had 2 marine casualty incidents

in his Coast Guard record. Those incidents were groundings on August 30, 2000, when he was at the wheel of the JANICE CAROL and on March 7, 2001, when he was at the wheel of the GOLDA PICKETT. The incidents resulted in no damage or pollution. (Audio Tape Transcription of Interview with David Wayne Fowler, September 12, 2001; United States Coast Guard License Serial Number 887687; U.S. Coast Guard Marine Casualty Investigation Report MC00011686 of October 19, 2000; U.S. Coast Guard Marine Casualty Investigation Report MC01003217 of April 15, 2001)

OPINION: Two groundings in 12 years is a very low number of incidents if Fowler had been operating towboats during those 12 years.

6. The Gulf Intracoastal Waterway (GIWW) is more than 1,300 miles long from Florida through Texas and has a project width of 125 feet and a project depth of 12 feet. Controlling depths are published periodically in the U.S. Coast Guard Local Notices to Mariners. The GIWW is directly linked to 10 deep-draft ports and 26 shallow-draft channels. Competition for tows for the use of the waterway comes from sport and commercial fishing fleets, work boats supporting hundreds of offshore rigs and platforms, recreational boaters and birders. (NOAA Nautical Chart 11302, Side A; "Gulf Intracoastal Waterway" The Handbook of Texas Online.)

OPINION: The Gulf Intracoastal Waterway with a narrow project width of 125 feet and a shallow project depth of 12 feet is restrictive when 35 foot wide barges are doubled up abreast and meet a similar tow. The sharp bends in the GIWW and intersections with major shipping channels combined with environmental conditions, barge drafts and a great deal of other commercial and recreational traffic, present challenges to operators of towboats. Touching bottom or grounding are not unusual occurrences and are in some circumstances the prudent course of action to take to avoid a greater marine casualty.

7. Television receivers are not prohibited by federal law or regulation from being in the wheelhouse of an uninspected towboat. (Eighth Coast Guard District Towing Vessel Boarding Form of September 15, 2001)

OPINION: Television receivers, video games, and other electronic displays other than radar or electronic charts can be distracting and should not be operating when underway. Television receivers are a good source of weather information.

8. The U.S. Coast Guard has a website called the Port State Information Exchange (PSIX) System. It has a Vessel Search feature where it shows some vessel particulars and a Coast Guard contact history of vessels taken from the Coast Guard internal database. A review of the PSIX for vessels operated by Brown Water Marine was conducted. (<http://cgmix.uscg.mil/psix/psix2/>)

OPINION. The PSIX is not an accurate measure of a vessel's marine casualty history. "Involved in a marine casualty" on the PSIX includes but is not limited to groundings, allisions, personnel casualties, sinkings and equipment failures. There is no indication on the PSIX whether the groundings were intentional or unintentional, whether the allision was the striking of a stationery vessel or if the vessel was stationery and was struck by another vessel, whether the personnel casualty was a cut finger, heart attack, bee sting, fall overboard, etc., whether the sinking involved another vessel, whether the equipment failure was a burned out light, a steering failure, or whether due to part failure or maintenance. A review of the PSIX for vessels operated by Brown Water Marine Service does not reflect incompetent or unsafe operation.

This preliminary report is issued solely for the incident referenced above, issued without prejudice to the rights of whom it may concern and is based on federal regulations, the documents provided to this reviewer and documents researched by

6

this reviewer. The undersigned reserves the privilege to revise, supplement or amend

this report should further information be made available.

Michael D. Russell

Encl  (1)  Curriculum Vitae
       (2)  Prior Testimony and Compensation

Michael D. Russell, U.S. Coast Guard (Ret)
Turnaround Maritime Services
POB 580128, Houston, Texas 77258-0128
Tel: (281) 326-3191 Fax: (281) 326-3191
mruss6@aol.com

## EXPERIENCE

Maritime safety consultant with over 29 years' experience in several facets of maritime safety enforcement and management in the United States Coast Guard and the marine industry.

January 1995 to Present:

**Maritime Consultant**
Turnaround Maritime Services, Houston, Texas, USA

Provides advice and recommendations concerning litigation of maritime, boating and offshore incidents. Other services provided include marine casualty investigations, vessel inspections, cargo surveys, Coast Guard liaison, vetting, company and personnel audits, dock safety operations, Marine Safety Advisor, Pollution and Safety Advisor, American Bureau of Shipping Record reviews and towboat safety programs as well as training in all these areas. Clients include shipowners, charterers, law firms, training centers, ports, investigation firms and towboat companies. Accomplishments include:

- Instructor, Berth Operator Course
- Guest Instructor at The Seamen's Church Institute, Center for Maritime Education
- Consulted on the revision of a Pollution and Safety Advisor manual update
- Inspected and evaluated a potential layberth at the Port Of Beaumont, Texas
- Oriented several newly contracted Pollution and Safety Advisors
- Evaluated an inland towboat company for use by a major shipping company
- Served as a Marine Safety Advisor aboard a tankships discharging crude oil off Nicaragua
- Served as a Pollution and Safety Advisor off Cayman Islands on behalf of client's affiliate
- Served as a Marine Safety Advisor in Bermuda to evaluate ship compatibility with berth
- Provided Coast Guard casualty investigation training to ship officers and crews
- Serves as auditor for Pollution and Safety Advisors of inland waters and seagoing vessels
- Provided safety instruction to inland and coastal marine berth operators
- Provided ship and dock screening services to marine terminals and ship operators
- Provided marine casualty investigation services to the Port of Houston Authority
- Provided consultation on small passenger vessel sinking and deaths of 13 passengers
- Provided consultation concerning contaminated cargo on a tankship in Ecuador
- Served as Safety Director for a towing company
- Provided opinion on liability concerning injury of a deckhand on a barge
- Provided consultation on death of contract workers onboard a tankship
- Provided Pollution and Safety Advisor in-port services aboard 330+ tankships at terminals transferring over 46,000,000+ barrels of crude oil and chemicals with no water pollution
- Provided training and for new Pollution and Safety Advisors for ships and barges
- Provided consultation on injury of crewman on pipe laying barge
- Provided consultation on barge tow colliding with another tow
- Provided consultation and deposition on death of tankerman
- Investigated illness of contract worker on offshore platform
- Provided consultation on contract worker injury on airboat
- Investigated capsizing and sinking of crane barges
- Documented damages to steel products during unloading
- Conducted loading survey of break bulk cargo of offshore platform blowout preventers
- Conducted loading survey of freight ship break bulk cargo of bags of resin
- Conducted surveillance of allegedly injured complainant proving no physical restrictions

Encl (1)

- Provided expert testimony on federal regulations reducing client's liability
- Provided expert testimony on state regulations reducing client's liability
- Helped to prove client non-liability in pollution case
- Worked with Sealand container ships reducing claims
- Provided consultation on collision of barge tow and motorboat
- Investigated stevedore proving negligence in his fall from gangway
- Investigated seized oil well and found incorrect additive to drilling mud offshore
- Investigated "wetted" plywood cargo for ship owner and found client not liable
- Investigated vessel striking offshore structure proving structure not lighted
- Investigated gas well tool string lost downhole proving negligence
- Prepared chemical tanker to successfully pass U.S. Coast Guard inspection

July 1990 to January 1995:

**Chief, Investigations Department and Senior Investigating Officer**
U.S. Coast Guard Marine Safety Office, Houston, Texas

Supervised staff which investigated marine casualties in the nation's third largest port and largest foreign commerce port. Investigated violations by and prosecuted merchant mariners and commercial vessel operators. Counseled maritime industry nationwide on interpretation of federal illegal drug and alcohol regulations. Major accomplishments include:

- Investigated/reviewed over 700 maritime casualty cases with over $55,000,000 in damages
- Prosecuted/managed litigation against 200+ mariners with a 98% conviction rate
- Advised the Norwegian Consul on the PLAN KRISTINE ship fire investigation
- Lead investigator for the National Transportation Safety Board/Coast Guard Marine Board of Inquiry on the fatal OMI CHARGER tankship explosion and fire in Galveston Bay
- Managed the spending of $11,000,000 for the cleanup of the San Jacinto River flooding
- Prosecution of barge tankerman led to Commandant upheld definition of "topping off"

July 1986 to June 1990:

**Chief, Inspections and Investigations Department**
U.S. Coast Guard Marine Safety Office, Galveston, Texas

Supervised staff of 15 which ensured foreign and U.S. vessels complied with U.S. and international inspection and casualty reporting regulations. Investigated allegations against U.S. Merchant Mariners and vessel operators. Major accomplishments include:

- Oversaw inspections of a fleet of over 250 U.S. passenger and cargo vessels
- Developed an uninspected vessel check off list for towboats
- Initiated a "ship rider" program with major shipping companies for new inspectors
- Brought the Galveston-Bolivar car ferries under Coast Guard inspection
- Brought the historical square rigger ELISSA under Coast Guard inspection
- Managed the spending of $3,000,000 for the cleanup of the MEGA BORG spill
- Developed checklist for self-inspection of offshore platforms

**Chief, Readiness Planning Department**

Responsible for planning, development, training and execution of mobilization exercise projects. Served as the Military Sealift Command Liaison. Major accomplishments include:

- Advised the Republic of the Philippines on upgrading security in the Port of Manila
- Advised the Government of Malaysia on upgrading port security in the Port of Pinang
- Authored the Coast Guard maritime counterterrorism plan for the Port of Galveston

Mike Russell

July 1982 to June 1986:

Chief, Vessel Inspection Division
U.S. Coast Guard Marine Safety Office, Corpus Christi, Texas

Coordinated and reviewed all equipment and system inspection activities of a fleet of over 140 U.S. vessels for compliance with U.S. and international laws. Detained vessels with significant deficiencies from sailing until documented and corrected. Trained and evaluated performance of inspectors.

Chief, Port Safety Division

Prioritized and scheduled boardings of U.S. and foreign vessels to ensure compliance with U.S. and international operational and environmental protection regulations. Trained and supervised dockside facility inspectors and approved facility operations manuals.

Assistant Chief, Port Operations Department

Supervised Port Operations Center, Boat Division and Marine Environmental Protection Division and provided associated training. Served as Senior Watchstander.

EDUCATION

Lamar University, Beaumont, Texas, Bachelor of Science, Speech
Trinity University, San Antonio, Texas, Graduate Work, Fine Arts
U.S. Coast Guard Officer Candidate School, Yorktown, Virginia
San Jacinto Junior College, Pasadena, Texas, Management

TRAINING

Advanced Boating Accident Investigation – Underwriters Laboratory
Accident Investigation Techniques – International Loss Control Institute
Civilian Personnel Procedures for Supervisors
Confined Space Entry
Effective Technical Writing
Hazardous Chemical School
Heat Stress Prevention, Noise Exposure and Hearing Conservation
How To Supervise People
Investigation Department
ISM, ISO 9002 and Standards of Training, Certification and Watchkeeping (STCW) – American Bureau of Shipping
Life Saving Appliances and Water Survival – McMillan Offshore Survival
Liquefied Natural Gas Carriers
Marine Safety Basic Inspection
Marine Safety Information System
Marine Safety Information System Operations Management
Maritime Law Enforcement
National Boating Safety School
Nondestructive Testing
Offshore Marine Inspections
Offshore Support Vessels Inspection Workshop
Outer Continental Shelf Inspections
Outer Continental Shelf Helicopter Safety – U.S. Department of Interior
Petroleum Tankship Operations – World Trade Institute
Port Physical Security Management

3

Mike Russell

Port Readiness and Contingency Planning
Radiographic Film Interpretation
Recognizing the Symptoms of Drugs and Alcohol in the Workplace
Search and Rescue
Tankship Operations I – ABS Group, Inc.
Thermal Heating Barges

## PROFESSIONAL AFFILIATIONS

Houston Mariners Club
Houston Propeller Club – Board of Governors
International Association of Marine Investigators
Nautical Institute

## MILITARY

Retired from active duty with the U.S. Coast Guard as a Lieutenant Commander

## EXPERT WITNESS EXPERIENCE

Deposition for a suit involving a ship breaking away from a dock causing water pollution
Deposition for a suit involving the deaths of 13 persons on a small passenger vessel
Deposition and testimony in state court for a suit involving an injured passenger on an airboat
Deposition and testimony in federal court for a suit involving a collision between an outboard/airboat and a barge tow
Deposition for a suit involving a stevedore falling off an accommodation ladder
Deposition for a suit involving a drowned barge tankerman

## PRESENTATIONS

| | |
|---|---|
| "Vessel Screening Reports" | ExxonMobil Baytown, Texas |
| "Coast Guard Marine Casualty Investigations" | Seamen's Church Institute |
| "Mooring Safety" | Esso Bermuda |
| "Pollution Prevention on Barges" | ExxonMobil Beaumont, Texas |
| "Vessel Inspections" | ExxonMobil Memphis, Tennessee |
| "Vessel Performance Reports" | ExxonMobil Everett, Massachusetts |
| "Static Accumulation" | ExxonMobil Port Mobil, New York |
| "Coast Guard Investigations and the Administrative Law Process" | Hollywood Marine |
| "Marine Casualty Investigations" | American Oil Company (AMOCO) |
| "Welcome To Houston and Initiatives in the U.S. Coast Guard" | Nautical Institute |
| "Federal Regulations Changes in Drug/Alcohol Testing" | Port Safety Advisory Council |
| "Federal Pollution Regulations for Small Boats" | Galveston Bay Foundation |
| "Coast Guard Drug Testing" | International Association of Geophysical Contractors |

4

Mike Russell

**PAPERS/REPORTS**

Author: "Ship Riding – Training for New Inspectors", <u>Commander (m), Eighth Coast Guard District, New Orleans, Louisiana</u>

Co-author: "Marine Board of Investigation Concerning the Explosion and Fire On Board the Tankship OMI CHARGER (US) on 9 October 1993 At Bolivar Roads Inner Anchorage Near Galveston, Texas with Injuries and Multiple Loss of Life", <u>Commander (m) Ninth Coast Guard District, Cleveland, Ohio</u>

Editor: "Propulsion and Steering Casualties on the Houston Ship Channel", <u>Coast Guard Marine Safety Office Houston</u>

## PRIOR TESTIMONY AND COMPENSATION

### PAST TESTIMONY AND DEPOSITIONS 2000-2004

| STYLE | COURT | CAUSE NO. | TRIAL/DEPOSITION |
|---|---|---|---|
| MARK ANTHONY BEASLEY AND MARY THOMPSON, CO-ADMINISTRATORS OF THE ESTATE OF ANDREA MARIE BEASLEY, DECEASED AND MARK ANTHONY BEASLEY, ADMINI-STRATOR OF THE ESTATE OF LOGAN REED BEASLEY, DECEASED VS. LAND AND LAKE TOURS, INC. D/B/A WHITE AND YELLOW DUCK SIGHT-SEEING TOURS AND UNITED STATES OF AMERICA. | U.S. DISTRICT CT., W. DISTRICT OF ARKANSAS, HOT SPRINGS DIVISION | 99-6102 | DEPOSITION |
| BP AMOCO CORP-ORATION, BP AMOCO OIL COMPANY, AMOCO OIL COMPANY and BP OIL SUPPLY COMPANY VS. M/V GENMAR HECTOR, her engines, tackle, apparel, etc., and GENMAR HECTOR LIMITED, UNITED OVER-SEAS TANKERS LTD. and GENERAL MARITIME CORPORATION | U S. DISTRICT CT., S. DISTRICT OF TEXAS, GALVESTON DIVISION | G-01-165 | DEPOSITION |

Compensation for time spent on reading, reviewing, researching, traveling, consulting and testifying is $200.00 per hour.

Encl (2)