

P.O. BOX 460461
HOUSTON, TEXAS
77056-8461

*EARL HATFIELD MARINE SURVEYOR*

OFFICE: 713-668-0554
FAX: 713-668-1368

REPORT NO.: 3314                                    Port Bolivar, Texas

Re:    Condition Survey                             Official No.: Unknown
                                                    Hull No.: 98-2597
                            Built: Jeffboat, Inc., Jeffersonville, Indiana
                                                    Year Built: 1999

October 28, 2001

## DOUBLE SKIN STEEL ROLLED TOP COVERED HOPPER BARGE
## "ACL 9933 B"

*THIS IS TO CERTIFY* that the undersigned Marine Surveyor attended survey of the aforementioned barge on August 27, 2001, while she lay afloat, loaded, at Western Fleet, Port Bolivar, Texas, at the request of Mr. Wick Krohn and documented barge owners and operators American Commercial Barge Lines and for the account to "Whom It May Concern" in order to ascertain the condition of aforementioned barge.

## BARGE DESCRIPTION:

Barge is double skin steel welded construction with flush deck, rounded gunwale and bilge's, raised coaming around outer perimeter of cargo hold complete with steel rolled top covers, walking deck along each side, square Bow and Stern buoyancy compartments.

Barge is typical inland hopper barge design, transversely framed and fitted with six (6) transverse watertight bulkheads forming five (5) Port and Starboard double bottom wing tanks.

Bow and Stern compartment are each fitted with one (1) cast steel kevel and one (1) 8" deck coupling button at each corner, one (1) 42" cast steel open chock kevel and one (1) deck padeye at centerline, one (1) manual deck winch Port and Starboard outer decks and one (1) 4-dog raised coaming manway to below deck void.

Outer deck area along each side fitted with one (1) 2-dog raised coaming manway to each wing tank and three (3) 42" open chock cast steel kevels.

PAGE 2 of 3
BARGE "ACL 9933 B"
CONDITION SURVEY
REPORT NO.: 3314

Barge Dimensions:     200.0' Long x 35.0' Wide x 13' Depth.

## UPON EXAMINATION
## THE FOLLOWING WAS FOUND:

1.)     Port and Starboard side plates normally waved 0" to 1" between frames with scattered 1" indents for length and height. Coating is in very good condition.

2.)     Hopper coaming with scattered light normal outset dents, indents and light waving between frames for length and height.

3.)     Wing tank internals were found with coating and normal distortion along structural support structure conforming to external hull conditions.

7.)     Main deck, external structure support members with light normal scattered rust scale.

## RECOMMENDATIONS:

1.)     No recommendations made at this time.

## SURVEYORS COMMENTS:

Conditions as outlined of the aforementioned barge are noted for record only and in no way reflects barge's suitability to perform its intended service as designated.

## PHOTOGRAPHS:

Enclosed and submitted as a part of this report are four (4) photographs taken at time of survey.

PAGE 3 of 3
BARGE "ACL 9933 B"
CONDITION SURVEY
REPORT NO.: 3314

This is not a Certificate of Seaworthiness.

THIS SURVEY WAS PERFORMED WITHOUT PREJUDICE FOR THE

ACCOUNT TO "WHOM IT MAY CONCERN."

EARL HATFIELD MARINE SURVEYOR

Earl Hatfield
Principal Surveyor



PORT SIDE HOPPER COAMING & WALKING DECK VIEWED FROM AFT TO FORWARD.



BARGE "ACL9933 B" VIEWED FROM FORWARD TO AFT.

PHOTOS TAKEN @
WESTERN TOWING FLEET
PORT BOLIVAR, TEXAS
ON SEPTEMBER 27, 2001



STERN DECK VIEWED FROM STARBOARD TO PORT.



STARBOARD BOW MAKE UP WIRE.

PHOTOS TAKEN @
WESTERN TOWING FLEET
PORT BOLIVAR, TEXAS
ON SEPTEMBER 27, 2001