


P.O. BOX 460461
HOUSTON, TEXAS
77056-8461

*EARL HATFIELD MARINE SURVEYOR*

OFFICE: 713-668-0554
FAX: 713-668-1368

REPORT NO.: 3317

Port Bolivar, Texas

Re:   Condition Survey

Official No.: 953212
Hull No.: 38-1941-5
Built: Equitable Shipyards, Inc., New Orleans, LA.
Year Built: 1990

October 27, 2001

## DOUBLE SKIN STEEL ROLLED TOP HOPPER BARGE
## "NM 315"

*THIS IS TO CERTIFY* that the undersigned Marine Surveyor attended survey of the aforementioned barge on August 27, 2001, while she lay afloat, loaded, at Western Fleet, Port Bolivar, Texas, at the request of Mr. Wick Krohn and documented barge owners and operators American Commercial Barge Lines and for the account to "Whom It May Concern" in order to ascertain the condition of aforementioned barge.

### BARGE DESCRIPTION:

Barge is double skin steel welded construction with flush deck, rounded gunwale and bilge's, raised coaming around outer perimeter of cargo hold complete with steel rolled top covers, walking deck along each side, sheer forward on Bow rake and square Stern buoyancy compartment.

Barge is typical inland hopper barge design, transversely framed and fitted with five (5) transverse watertight bulkheads forming four (4) Port and Starboard double bottom wing tanks, Bow rake and Stern buoyancy compartment.

Bow and Stern compartment are each fitted with one (1) 42" cast steel open chock kevel, one (1) 8" deck coupling button across forward deck, one (1) 42" cast steel open chock kevel at centerline, one (1) deck padeye forward deck centerline and one (1) 4-dog raised coaming manway to each below deck void.

Outer deck area along each side fitted with four (4) 42" open chock cast steel kevels and one (1) 4-dog raised coaming manway to each wing tank.

PAGE 2 of 3
BARGE "NM 315"
CONDITION SURVEY
REPORT NO.: 3317

Barge Dimensions:   195.0' Long x 35.0' Wide x 12' Depth.

## UPON EXAMINATION
## THE FOLLOWING WAS FOUND:

1.) Port and Starboard side plates normally waved 0" to 1-1/2" between frames with scattered 2" indents for length and height.

2.) Hopper coaming with scattered normal outset dents, indents and light waving between frames for length and height.

3.) Wing tank internals were found with coating and normal distortion along structural support structure conforming to external hull conditions.

7.) Main deck, external structure support members with normal scattered rust scale.

8.) Damage to Bow main deck heavily waved 0" to 12" x 17' x 35' and/or for length and width with Port and Starboard side plates bulge outward 0" to 6" and associated internal structural framing distorted. Continuing final survey to be performed when barge is empty and dry-docked.

## RECOMMENDATIONS:

1.) Perform permanent repairs to Bow rake as required. Undersigned estimates $30,000.00 for cost of repairs.

## SURVEYORS COMMENTS:

Conditions as outlined of the aforementioned barge are noted for record only and in no way reflects barge's suitability to perform its intended service as designated.

## PHOTOGRAPHS:

Enclosed and submitted as a part of this report are fourteen (14) photographs taken at time of survey.

PAGE 3 of 3
BARGE "NM 315"
CONDITION SURVEY
REPORT NO.: 3317

This is not a Certificate of Seaworthiness.

THIS SURVEY WAS PERFORMED WITHOUT PREJUDICE FOR THE

ACCOUNT TO "WHOM IT MAY CONCERN."

EARL HATFIELD MARINE SURVEYOR

*[signature]*

Earl Hatfield
Principal Surveyor


BOW RAKE STARBOARD FORWARD DECK VIEWED FROM OUTBOARD.


BOW RAKE STARBOARD FORWARD DECK VIEWED FROM AFT TO FORWARD.

PHOTOS TAKEN @
WESTERN TOWING FLEET
PORT BOLIVAR, TEXAS
ON SEPTEMBER 27, 2001


BOW RAKE PORT CAST STEEL KEVEL WITH IMBEDDED CONCRETE.


BOW RAKE MAIN DECK VIEWED FROM STARBOARD TO PORT.

PHOTOS TAKEN @
WESTERN TOWING FLEET
PORT BOLIVAR, TEXAS
ON SEPTEMBER 27, 2001



BOW RAKE PORT AFT DAMAGED DECK PLATE VIEWED FROM CENTERLINE OUTBOARD.



BOW RAKE PORT AFT DAMAGED DECK PLATE VIEWED FROM CENTERLINE OUTBOARD.

PHOTOS TAKEN @
WESTERN TOWING FLEET
PORT BOLIVAR, TEXAS
ON SEPTEMBER 27, 2001



BOW RAKE PORT FORWARD DECK PLATE VIEWED FROM CENTERLINE OUTBOARD.



BOW RAKE DAMAGED DECK PLATE VIEWED FROM STARBOARD AFT TO PORT FORWARD.

PHOTOS TAKEN @
WESTERN TOWING FLEET
PORT BOLIVAR, TEXAS
ON SEPTEMBER 27, 2001



**BOW RAKE DAMAGED FORWARD DECK PLATE VIEWED FROM AFT TO FORWARD.**



**BARGE "NM 315" VIEWED FROM FORWARD TO AFT.**

PHOTOS TAKEN @
WESTERN TOWING FLEET
PORT BOLIVAR, TEXAS
ON SEPTEMBER 27, 2001



**BOW RAKE PORT DECK PLATE VIEWED FROM PORT TO STARBOARD.**



**BOW RAKE VIEWED FROM PORT FORWARD TO AFT.**

PHOTOS TAKEN @
WESTERN TOWING FLEET
PORT BOLIVAR, TEXAS
ON SEPTEMBER 27, 2001



TOP OF STEEL ROLLED COVERS VIEWED FROM FORWARD TO AFT.



BARGE "NM 315" VIEWED FROM AFT TO FORWARD.

PHOTOS TAKEN @
WESTERN TOWING FLEET
PORT BOLIVAR, TEXAS
ON SEPTEMBER 27, 2001