



P.O. BOX 460461
HOUSTON, TEXAS
77056-8461


EARL HATFIELD MARINE SURVEYOR

OFFICE: 713-668-0554
FAX: 713-668-1368

REPORT NO.: 3315                                     Port Bolivar, Texas

Re:    Condition Survey                              Official No.: 967631
                                                     Hull No.: 90-2374
                                   Built: Jeffboat, Inc., Jeffersonville, Indiana
                                                     Year Built: 1991

October 26, 2001

## DOUBLE SKIN STEEL FIBERGLAS COVERED HOPPER BARGE
## "VLB 9182"

*THIS IS TO CERTIFY* that the undersigned Marine Surveyor attended survey of the aforementioned barge on August 27, 2001, while she lay afloat, loaded, at Western Fleet, Port Bolivar, Texas, at the request of Mr. Wick Krohn and documented barge owners and operators American Commercial Barge Lines and for the account to "Whom It May Concern" in order to ascertain the condition of aforementioned barge.

## BARGE DESCRIPTION:

Barge is double skin steel welded construction with flush deck, rounded gunwale and bilge's, raised coaming around outer perimeter of cargo hold complete with steel rolled top covers, walking deck along each side, square Bow and Stern buoyancy compartments.

Barge is typical inland hopper barge design, transversely framed and fitted with five (5) transverse watertight bulkheads forming four (4) Port and Starboard double bottom wing tanks.

Bow and Stern compartment are each fitted with two (2) 8" single post bitts forming double post bitt and deck padeye at each corner, one (1) 42" cast steel open chock kevel at centerline, one (1) deck padeye forward deck centerline and one (1) 4-dog raised coaming manway to below deck void.

Outer deck area along each side fitted with one (1) 2-dog raised coaming manway to each wing tank, three (3) 42" open chock cast steel kevels, one (1) 10" deck coupling button forward and aft along each side.

PAGE 2 of 3
BARGE "VLB 9182"
CONDITION SURVEY
REPORT NO.: 3315

Barge Dimensions:   200.0' Long x 35.0' Wide x 12' Depth.

## UPON EXAMINATION
## THE FOLLOWING WAS FOUND:

1.) Port and Starboard side plates normally waved 0" to 1" between frames with scattered 1-1/2 indents for length and height. Coating along hull in good condition for a barge of this age.

2.) Hopper coaming with scattered normal outset dents, indents and light waving between frames for length and height.

3.) Wing tank internals were found with coating and normal distortion along structural support structure conforming to external hull conditions.

7.) Main deck, external structure support members with normal scattered rust scale.

8.) Damage to Stern outer corner broken and partially missing.

## RECOMMENDATIONS:

1.) Perform permanent repairs to Stern Fiberglas cover. Undersigned estimates $1,000.00 for cost of repairs.

## SURVEYORS COMMENTS:

Conditions as outlined of the aforementioned barge are noted for record only and in no way reflects barge's suitability to perform its intended service as designated.

## PHOTOGRAPHS:

Enclosed and submitted as a part of this report are four (4) photographs taken at time of survey.

PAGE 3 of 3
BARGE "VLB 9182"
CONDITION SURVEY
REPORT NO.: 3315

This is not a Certificate of Seaworthiness.

THIS SURVEY WAS PERFORMED WITHOUT PREJUDICE FOR THE

ACCOUNT TO "WHOM IT MAY CONCERN."

EARL HATFIELD MARINE SURVEYOR

Earl Hatfield
Principal Surveyor


PORT SIDE WALKING DECK VIEWED FROM AFT TO FORWARD.


STARBOARD SIDE WALKING DECK VIEWED FROM AFT TO FORWARD.

PHOTOS TAKEN @
WESTERN TOWING FLEET
PORT BOLIVAR, TEXAS
ON SEPTEMBER 27, 2001



PORT BOW FIBERGLAS COVER DAMAGE VIEWED FROM FORWARD.



BARGE "VLB 9182" VIEWED FROM AFT TO FORWARD.

PHOTOS TAKEN @
WESTERN TOWING FLEET
PORT BOLIVAR, TEXAS
ON SEPTEMBER 27, 2001