# HARGISS MARINE SERVICE

### P.O. BOX 1272  HENDERSON, KENTUCKY 42419-1272

**PHONE # (270) 826-2388          E-MAIL hargiss@dynasty.net          FAX # (270) 827-8091**

---

## SURVEY REPORT

**REPORT#01-11-6078**
**NOVEMBER 27, 2001**

## SUBJECT: HOPPER BARGE: NM-315
## DAMAGE SURVEY

**THIS IS TO CERTIFY** that the Undernamed Surveyor did on November 27, 2001 at the request of Mr. Wick Krohn, and on behalf of and for the account of American Commercial Barge Lines and/or their Underwriters, Survey Subject Barge Afloat in an Unladen Condition at American Commercial Marine Service Fleet, approximately Mi. 976.1  Ohio River near Cairo, Illinois.

This Survey was Conducted in order to ascertain the Nature and Extent of Damages to Subject Barge Allegedly Occurring while in Tow of M/V Brown Water V was involved in an Allision with the Queen Issabella Highway Bridge, approximately Mile 669.0 Gulf Intracostal Canal West on/or about September 15, 2001.

**ATTENDING:**                          **REPRESENTING:**
Mr. James Thomas                        American Commercial Barge Lines
Mr. Joe Hargiss                         American Commercial Barge Lines

## DESCRIPTION

The Subject Vessel is a Typical Inland, Semi Integrated, Double Skin, Dry Cargo, Hopper Barge, of all welded steel construction, Fitted with Steel Roll Covers, with Hull divided into 7-Water Tight Void Compartments, 1-Rake Bow, 5-Mid Body Wingtanks, 1-Square Stern.

Built: Trinity Industries 1990                Hull #1941.5

Approximate Size: 195' length x 35' breadth x 13' depth.

**REPORT #01-11-6078**                     **(2)**                     **HOPPER BARGE - NM-315**

## FOUND:
### 1) BOW VOID COMPARTMENT:
A) <u>Bow Deck</u>: Inset 0-10" over an area starting at Bow Head Log extending Aft 16' 6" long x 28' 0" wide starting at Starboard Side extending Inboard to Port.

B) <u>Bow Head Log</u>: Distorted 0-6" over an area starting Starboard Bow Corner extending inboard 17' 0" wide x height of Head Log.

C) <u>Starboard Bow Corner</u>: Distorted 0-3" over an area starting Bow Head Log extending Aft 9' 8" long x height of Corner.

D) <u>Port Bow Side/Gunnel</u>: Distorted 0-3" over an area starting Port Bow Corner extending Aft 10' 0" long x 3' 6" heigh starting at deck extending Downward.

E) <u>Internals</u>: Distorted in way of Damages.


## CROP and RENEW as FOLLOWS:
One (1) Pl. 26" x ¾" x 9' 8" formed Corner.
Two (2) Pls. 42" x 5/8" x 8' 0" Corner Deck.
One (1) Pl. 40" x 3/8" x 10'0" Deck.
Three (3) Pls. 68" x 5/16" x 28' 0" Deck.
Two (2) Pls. 40" x 3/8" x 4' 6" Deck.
One (1) Pl. 36" x ¾" x 17' 0" formed Headlog.
One (1) Pl. 42" x 3/8" x 10' 0" formed Gunnel/Side.
Two (2) Pls. 24" x ½" x 2' 0" Button Doublers.
One (1) Pl. 24" x ½" x 4' 0" Cavel Doubler.
Eight (8) 3 ½" x 3 ½" x 5/16" x 11' 4" Diagonal Angle.
Seven (7) 3 ½" x 3 ½" x 5/16" x 6' 10" Diagonal Angle.
Two (2) Pls. 3" x 5/16" x 8' 4" Ladder Sides.
Nine (9) ½" x 1' 2" Ladder Rungs.
Two (2) 3 ½" x 3 ½" x 5/16" x 11' 0" Longitudinal Angle.
One (1) 7" x 9.8# x 3' 3" Vertical Channel.
One (1) Pl. 16" x 5/16" x 2' 8" Flanged Deck Gusset.
Fifteen (15) 5" x 3" x 5/16" x 16' 6" Deck Angles.
Two (2) Pls. 16" x ½" x 3' 7" Corner Brackets.
Two (2) Pls. 12" x ½" x 2' 6" Corner Brackets.
One (1) 7" x 9.8# x 3' 6" Transverse Headlog Channel.
One (1) 7" x 9.8# x 17' 6" Transverse Headlog Channel.
Seven (7) 10" x 15.3# x 3' 0" Vertical Headlog Channel.
Fifteen (15) Pls. 12" x 3/8" x 1' 10" Deck Gussets.
Remove and Reset 2-Buttons.
Remove and Reset 1-48" Cavel.

**REPORT #01-11-6078**                    **(3)**                    **HOPPER BARGE - NM-315**

## CROP and RENEW as FOLLOWS:

Remove and Reset 3-D-Rings.
Replace 1-48" Cavel.
Remove and Reset 2-Ratchets, 2-45' Wires and Shackles.
Remove and Reset 1-4-Dog Manhole.
Clean and Remove Welding Rods, Scrap Steel, Scaffold Boards/Brackets, Etc. from Temporary
Repairs performed on Headlog.

## NOTES

A) Necessary Tug Service.

B) No Dry Dock Required.

C) Necessary Crane Service.

D) Necessary SRL Insurance.

E) Necessary Testing of Void Compartment by Competent Shipyard Person prior to Work.

F) Necessary Testing of Void Compartment to Prove Water Tight.

G) Necessary Fairing of Old Steel to New.

H) Necessary Steel Preparation and Recoating of New Work and Affected Areas of Inside Bow
   Void Compartment (Steel Plate and Internals) as per Original, No Coating on Exterior.

I) Approximate Weight of Repairs 15,850.0 lbs.

J) Sizes area Approximate Only and May Vary Somewhat when Repairs are Effected.

K) Shipyards are Requested to take Measurements and Verify Plate Thickness and Sizes Prior to
   Bidding and/or Ordering Steel.

L) Bids were Solicited as Follows:
1) Missouri Dry Dock & Repair:$2.78 per lb. Start: Arrival, Complete: 12 Work days.
2) CGB Water Front Service: $1.72 per lb. Start:12/03/01, Complete: 12/12/01.
3) Walker Boat Yard: $2.64 per lb. Start: Arrival, Complete: 11 Work Days.
4) James Marine Service: $2.49 per lb. Start:12/01/01, Complete: 12/12/01.
5) National Maintenance of Kentucky: $2.25 per lb. Start: Arrival, Complete: 3-Weeks.
6) Jeff Boat Inc.: $2.34 per lb. Start: Arrival, Complete: 45 Work Days.

**REPORT #01-11-6078**                    **(4)**                    **HOPPER BARGE - NM-315**

**Survey Made and Report Submitted Without Prejudice to the rights and/or Interest of Whom it May Concern.**

**ATTENDING SURVEYOR:**
**Mr. Joe Hargiss**

                                        **HARGISS MARINE SERVICE**

                                        **Joe Hargiss, President**

**JGH/tlh**

11/27/2001  18:58   12708270091                HARGISS MARINE SERV                    PAGE  01

## REPAIR BID

DATE: _11/29/2001_                   VESSEL: _NM 315_

SHIPYARD: _WaterFront Services_

ESTIMATOR: _Chris Smith_

TOTAL ESTIMATED REPAIR COST: _#27,262_

BID per POUND: _#1 72_

NOTE: AN ALL INCLUSIVE BID IS PREFERRED.

If It Appears Necessary to Attach Additional Costs, Not Included in Your Submitted Bid, These Cost Should be Specified Below.

TOWING / SHIFTING:_____
DRY DOCKING / BLOCKING:_____
FAIRING / ALIGNMENT:_____
TESTING:_____
STEEL PREP. / COATING:_____
CLEANING:_____
REMOVAL / DISPOSING of MATERIAL:_____

START DATE: _12/3/2001_        COMPLETION DATE: _12/12/2001_

OTHER ITEMS: _additional pounds will be @ #1 72_

## REPAIR BID

**DATE:** 11/28/01    **VESSEL:** NM 315

**SHIPYARD:** NATIONAL MAINT. & REPAIR OF KY

**ESTIMATOR:** RICK GRIFFITH

**TOTAL ESTIMATED REPAIR COST:** 35,663.00

**BID per POUND:** $2.25

**NOTE: AN ALL INCLUSIVE BID IS PREFERRED.**

**If it Appears Necessary to Attach Additional Costs, Not Included in Your Submitted Bid, These Cost Should be Specified Below.**

**TOWING / SHIFTING:** _____
**DRY DOCKING / BLOCKING:** _____
**FAIRING / ALIGNMENT:** _____
**TESTING:** _____
**STEEL PREP. / COATING:** _____
**CLEANING:** _____
**REMOVAL / DISPOSING of MATERIAL:** _____

**START DATE:** upon arrival    **COMPLETION DATE:** 3 weeks

**OTHER ITEMS:** _____

11/27/2001  18:41  1270827_931          HARGISS MARINE SERV          PAGE  01

# REPAIR BID

DATE: _Nov. 28, 2001_          VESSEL: _NM - 315_

SHIPYARD: _JEFFBOAT._

ESTIMATOR: _Kenneth P. Howe Jr._

TOTAL ESTIMATED REPAIR COST: $ _37,101_

BID per POUND: $ _2.34 /lb._

NOTE: AN ALL INCLUSIVE BID IS PREFERRED.

If it Appears Necessary to Attach Additional Costs, Not Included in Your Submitted Bid, These Cost Should be Specified Below.

TOWING / SHIFTING: _____
DRY DOCKING / BLOCKING: _____
FAIRING / ALIGNMENT: _____
TESTING: _____
STEEL PREP. / COATING: _____
CLEANING: _____
REMOVAL / DISPOSING of MATERIAL: _____

START DATE: _Upon Arrival._     COMPLETION DATE: _15 Working Days_

OTHER ITEMS: _____

_Barge To Be Delivered To Jeffboa._

270-827-3091

## REPAIR BID

DATE: 11/28/01          VESSEL: nm-315

SHIPYARD: walker Boat Yard

ESTIMATOR: CC Myers

TOTAL ESTIMATED REPAIR COST: 41,953⁰⁰

BID per POUND: 2⁶⁴/#

NOTE: AN ALL INCLUSIVE BID IS PREFERRED.

If it Appears Necessary to Attach Additional Costs, Not Included in Your Submitted Bid, These Cost Should be Specified Below.

TOWING / SHIFTING: _____
DRY DOCKING / BLOCKING: _____ Top side per Survey
FAIRING / ALIGNMENT: _____
TESTING: _____
STEEL PREP. / COATING: _____
CLEANING: _____
REMOVAL / DISPOSING of MATERIAL: _____

START DATE: on Arrival    COMPLETION DATE: 11 working Days

OTHER ITEMS: _____

NM-315
NOVEMBER 27, 2001
BOW DAMAGE



**NM-315**
**NOVEMBER 27, 2001**
**BOW DAMAGE**



## NM-315
## NOVEMBER 27, 2001
## BOW DAMAGE



NM-315
NOVEMBER 27, 2001
BOW DAMAGE



**NM-315**
**NOVEMBER 27, 2001**
**BOW DAMAGE**



NM-315
NOVEMBER 27, 2001
BOW DAMAGE



NM-315
NOVEMBER 27, 2001
BOW DAMAGE

