

# HARGISS MARINE SERVICE

**P.O. BOX 1272  HENDERSON, KENTUCKY 42419-1272**

PHONE # (270) 826-2388     E-MAIL hargiss1@adelphia.net     FAX # (270) 827-8091

---

## SURVEY REPORT

**REPORT#01-12-6350**
**DECEMBER 20, 2001**

**SUBJECT: HOPPER BARGES: NM-315, ACL-9933B, VLB-9173, VLB-9182
VALUATION**

**THIS IS TO CERTIFY** that the Undernamed Surveyor did on December 20, 2001 at the request of Mr. Wick Krohn and on behalf of and for the account of American Commercial Barge Lines and/or their Underwriters, Conduct Research to Estimate the Present day Market Value of Subject Vessels on September 15, 2001.

The Estimated Present Day Market Value of Subject Vessels, is Based Upon the Barges being in Generally Good Condition, and the Mutually Advantageous Desire to Buy and Sell. Values were Calculated from Comparable Sales at this Time.

## NM-315

### DESCRIPTION

The Subject Vessel is a typical Inland, Semi Integrated, Double Skin, Dry Cargo, Hopper Barge of all welded Steel Construction, fitted with Steel Roll Covers, with Hull divided into 6-Water Tight Compartments, 1-Rake Bow, 4-Mid Body Wingtanks, 1-Square Stern.

**Built:** Equitable Ship 1990             **Official #**953212

**Approximate Size:** 200' length x 35' breadth x 13' depth.

**Gross Reg. Tonnage:** 687              **Net Reg. Tonnage:** 687

**Approximate Value:** $110,000.00.

REPORT #01-12-6350                    (2)                    HOPPER BARGES VALUE

## ACL-9933B

### DESCRIPTION

The Subject Vessel is a typical Inland, Box Type, Double Skin, Dry Cargo, Hopper Barge of all welded Steel Construction, fitted with Steel Roll Covers, with Hull divided into 7-Water Tight Compartments, 1-Square Bow, 5-Mid Body Wingtanks, 1-Square Stern.

**Built:** Jeff Boat Inc. 1999                    **Official #1084946**

**Approximate Size:** 200' length x 35' breadth x 13' depth.

**Gross Reg. Tonnage:** 764                    **Net Reg. Tonnage:** 764

**Approximate Value:** $275,000.00.

---

## VLB-9173

### DESCRIPTION

The Subject Vessel is a typical Inland, Box Type, Double Skin, Dry Cargo, Hopper Barge of all welded Steel Construction, fitted with Steel Roll Covers, with Hull divided into 7-Water Tight Compartments, 1-Square Bow, 5-Mid Body Wingtanks, 1-Square Stern.

**Built:** Jeff Boat Inc. 1991                    **Official #967622**

**Approximate Size:** 200' length x 35' breadth x 12' depth.

**Gross Reg. Tonnage:** 705                    **Net Reg. Tonnage:** 705

**Approximate Value:** $150,000.00.

REPORT #01-12-6350                    (3)                    HOPPER BARGES VALUE

## VLB-9182

### DESCRIPTION

The Subject Vessel is a typical Inland, Box Type, Double Skin, Dry Cargo, Hopper Barge of all welded Steel Construction, fitted with Steel Roll Covers, with Hull divided into 7-Water Tight Compartments, 1-Square Bow, 5-Mid Body Wingtanks, 1-Square Stern.

**Built:** Jeff Boat Inc. 1991                    **Official #**967631

**Approximate Size:** 200' length x 35' breadth x 12' depth.

**Gross Reg. Tonnage:** 705                    **Net Reg. Tonnage:** 705

**Approximate Value:** $150,000.00.

**Survey Made and Report Submitted Without Prejudice to the Rights an/or Interest of Whom it May Concern.**

**ATTENDING SURVEYOR:**
Mr. Joe Hargiss

HARGISS MARINE SERVICE

Joe Hargiss, President

JGH/tlh