Below is a list of Job related experiences and References:

1) **November 1968 - June 1971**: American Commercial Barge Lines, Ship Yard, Alton, Illinois

A) Welder / Fitter.
B) Boat Operator.
C) Crane Operator.
D) Dry Dock Repair Foreman.
E) Wheel Shop Repair Foreman.

2) June 1971 - July 1978, American Commercial Barge Lines, Barge Maintenance and Dry Dock Superintendent, at Henderson, Kentucky.

A) Set up and Supervise Boat and Barge Repairs at various Ship Yards.
B) Supervise various Boat and Barge Salvage Operations.
C) Inspect Cargo Damage / Claims of various types.
D) New Construction Inspection.
E) Lay out damages and Inspect various vessel Dry Docking and Repairs at locations along the Inland River Systems.
F) Assist and Supervise various Salvage Operations on Sunken Vessels.

3) **July 1978 - August 1979**, American Commercial Barge Lines, Barge Maintenance Superintendent, Jeffersonville, Indiana.

A) Responsible for and Supervise Barge Maintenance Personal, and Barge Repairs and related problems along the Inland Waterways System.
B) Supervise Salvage Operations of the M/V OWEN CHILDRESS ( Sank December 31, 1978 at Mi. 769.2 Ohio River ).
C) Inspection of New Construction at Jeffboat Inc.

4) **August 1979 - February 1980.** Barge Maintenance Superintendent, Flowers Transportation,

A) Set up and Supervise Repair Dock at Hickman, Kentucky at Mi. 921 Lower Mississippi River.
B) Supervise Repairs to Vessels in New Orleans, Louisiana.

5) **February 1980 - Present:** Set up and Operate Hargiss Marine Service, a Marine Surveying Service located in Henderson, Kentucky.

A) Perform General Condition and Value Surveys.
B) Lay out Repairs and Inspect Damaged Vessels.
C) Cargo Damage Surveys.
D) Supervise Salvage Operations on Boats and Barges at various locations.
E) Perform Damage Surveys on Docks, Cells etc., during the above times I have operated Boats at various times during Salvage Operations and/or the Testing Vessels.
F) New Construction Surveys.

(2)

Below is a list of Job related experiences and References:

6) I hold a Master License of Towing Vessels, Western Rivers with the required Radar Endorsement (July 1977 - Present), and Competent Shipyard Personnel Certificate.

7) Below is a partial list of references;

A) American Commercial Barge Lines; Mr. Norb Whitlock, Mr. Paul Book, Mr. Wick Krohn (812) 288-0100
B) Ingram Barge Co. Mr. Rick Harnack, Ms. Patti Hyer. (800) 876-2047
C) McDonough Marine Service; Mr. Dave Williams, (636) 474-1115
D) JeffBoat Inc; Mr. Ken Howe (812) 288-0425
E) U.S.C.E. Mr. Jay Davis (Lockmaster Cannelton L&D). (812) 547-2962
F) Underwriters Marine Service. Mr. Charles Hazelwood (513) 929-4666
G) Aon Risk Management; Mr. Robert Lienhart. Ms. Meg Moore (800) 325-7028
H) Owensboro Harbor Service; Mr. Bob Aldrich (270) 264-1316
I) Evansville Barge & Marine Service; Mr. Steve Grantz (812) 424-9278
J) Mt. Vernon Barge Service; Mr. Art Bayers, Mr. Stan Billman, (812) 838-4889
K) National Maintenance & Repair; Mr. Sandy McDanniel (270) 898-4000
L) IMI Delta; Mr. Robert Stone, (618) 269-3313
M) Paducah River Service; Mr. Butch Wherman, (270) 898-6897
N) Okie Moore Diving and Salvage: Mr. Okie Moore (636) 947-9200

AMERICAN COMMERCIAL BARGE LINE: v. OHIO RIVER CO.
MAY 1980 FERDERAL COURT LOUISVILLE, KENTUCKY

AMERICAN COMMERCIAL BARGE LINE: v. HICKMAN CO. RIVERPORT
OCTOBER 15, 2002 DEPOSITION (SPIVEY GAULT)

AMERICAN COMMERCIAL BARGE LINE: v. ALABAMA FARMERS CO-OP
JANUARY 21, 2002 DEPOSITION (JOEL HENDERSON)

OHIO RIVER CO.: v. MARTIN-MARIETTA
AUGUST 12, 2003 DEPOSITION (KENNETH CREHAN)

JAMES POSHARD: v. PROPERTY-OWNERS INSURANCE CO.
OCTOBER 16, 2003 DEPOSITION (MICHEL B. LANGFORD)