IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE INC., AS BAREBOAT CHARTERERS, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § | CIVIL ACTION NO. B-01-157<br><br>Consolidated with |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER and AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-912, ACL-9993B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § | CIVIL ACTION NO. B-02-004<br><br><br><br><br><br>and |
| IN THE MATTER OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-02-125<br><br><br><br><br><br>admiralty |

### ORDER

BE IT REMEMBERED that on November 15, 2004, the Court considered "Petitioners' Brown Water Towing I, Inc. and Brown Water Marine Service, Inc. Unopposed Motion to Withdraw Their Motion to Consolidate" [Dkt. No. 287].

On May 7, 2004, Petitioners Motioned this Court to consolidate a federal pending case, Civil Case No. H-04-0043, with the above styled litigation [Dkt. No. 251]. The present Motion requests that this Court withdraw the consolidation motion because the pending case has settled.

The Court hereby **GRANTS** Petitioners' Motion [Dkt. No. 287]. Therefore, the consolidation motion [Dkt. No. 251] is hereby **WITHDRAWN**.

DONE at Brownsville, Texas, this 15 day of November, 2004.

Hilda G. Tagle
United States District Judge