# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 19 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWNWATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C.A. NO. B-01-157 Admirality |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES, LLC AS OWNER, AND AMERICAN COMMERCIAL BARGE LINES, LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § | Consolidated with<br><br>C.A. No. B-02-004 Admirality<br><br>JURY DEMANDED<br><br>and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § § § § § | C.A. NO. .B-02-125 Admirality |

### THIRD PARTY DEFENDANT, A.G. HILL POWER, INC., a/k/a JHB ENTERPRISES, INC.'S, ORIGINAL ANSWER

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW,** Third Party Defendant, A.G. Hill Power, Inc., a/k/a JHB Enterprises, Inc., and files this its' Answer to Third Party Plaintiff's Original Complaint, and by like numbered paragraphs would state as follows:

## ANSWER AS TO "JURISDICTION"

1.      Third Party Defendant, A.G. Hill Power, Inc., a/k/a JHB Enterprises, Inc., is without knowledge or information sufficient to permit it to form a belief as to the truth of the allegations contained in Paragraph I the Third Party Complaint.

## ANSWER AS TO "FACTS"

2.      Third Party Defendant, A.G. Hill Power, Inc., a/k/a JHB Enterprises, Inc., is without knowledge or information sufficient to permit it to form a belief as to the truth of the allegations contained in Paragraph II of the Third Party Complaint.

## ANSWER AS TO "PARTIES"

3.      Third Party Defendant, A.G. Hill Power, Inc., a/k/a JHB Enterprises, Inc., denies the allegations set forth in Paragraph III of the Third Party Complaint.

## SPECIFIC NEGATIVE AVERMENT AS TO "CAPACITY"

4.      Defendant specifically denies that it has been sued in its correct legal capacity as to the events stated in Third Party Plaintiff's Original Petition.  A.G. Hill Power, Inc., a/k/a JHB Enterprises, Inc., sold its' business on October 14, 1996, prior to the accident made the basis of Plaintiff's claim and at the time of the accident was not responsible for maintaining any lights on or around the Queen Isabella Causeway.  The business was sold to First South Utility Construction, Inc., d/b/a A. G. Hill Power currently represented in the referenced state court actions by Attorney Augustin Rivera.

### ANSWER AS TO "CAUSE OF ACTION AS TO DEFENDANT THIRD PARTY DEFENDANT, A.G. HILL POWER, INC., A/K/A JHB ENTERPRISES, INC."

5.    Third Party Defendant, A.G. Hill Power, Inc., a/k/a JHB Enterprises, Inc., denies the allegations set forth in Paragraph IV of the Third Party Complaint.

6.    A.G. Hill Power, Inc., a/k/a JHB Enterprises, Inc., denies it bears any responsibility for the incident made the basis of the claim as alleged in paragraph IV of the Third Party Complaint.

7.    A.G. Hill Power, Inc., a/k/a JHB Enterprises, Inc., denies any acts or omissions on behalf of Hill caused or contributed to the collision or caused or contributed to serveral deaths, personal injury or property damage as alleged in paragraph IV of the Third Party Complaint.

8.    A.G. Hill Power, Inc., a/k/a JHB Enterprises, Inc., denies it failed to comply with the law as alleged in paragraph IV of the Third Party Complaint.

9.    Third Party Defendant, A.G. Hill Power, Inc., a/k/a JHB Enterprises, Inc., is without knowledge or information sufficient to permit it to form a belief as to the truth of all of the allegations contained in Paragraph V of the Third Party Complaint, particularly with respect to prior filings and acts of the parties. The remainder of the allegations contained in paragraph V of the Third Party Complaint are specifically denied.

10.    Third Party Defendant, A.G. Hill Power, Inc., a/k/a JHB Enterprises, Inc., specifically denies any and all allegations contained in VI (incorrectly numbered IV) of the Third Party Complaint.

11.    Third Party Defendant, A.G. Hill Power, Inc., a/k/a JHB Enterprises, Inc., specifically denies that any party is entitled to any damages from A.G. Hill Power, Inc., a/k/a JHB Enterprises, Inc.

12.    A.G. Hill Power, Inc., a/k/a JHB Enterprises, Inc., denies it was responsible

for maintaining the lights near or around the Queen Isabella Causeway, denies it was negligent and denies it caused or contributed to several deaths or personal injuries as alleged in paragraph VI of Plaintiff's Third Party Complaint (incorrectly numbered IV).

## AFFIRMATIVE DEFENSES

13.    The Third Party Claimant's damages, if any, are limited by the applicable laws of the state with respect to comparative causation, contributory negligence, and proportionate responsibility.  By this pleading A.G. Hill Power, Inc., a/k/a JHB Enterprises, Inc., does not admit that it was responsible for the maintenance or operation of any lights or navigational aids on the Queen Isabella Causeway.  By this pleading this Third Party Defendant solely asserts that the applicable laws of the State of Texas require a comparative fault determination among all persons, firms or corporations who may ultimately be determined to have contributed to the cause of Claimants' injuries, if any, and all persons, firms or corporations who may have previously settled a claim or in any manner be responsible for the incident in question and the Plaintiffs resulting injuries.

14.    The accident and injuries complained of herein, if any, were caused by the actions or inactions of third-persons, firms or corporations over whom Third Party Defendant, A.G. Hill Power, Inc., a/k/a JHB Enterprises, Inc.,  exercised no control and for which Third Party Defendant, A.G. Hill Power, Inc., a/k/a JHB Enterprises, Inc.,  has no legal responsibility.

15.    Third Party Defendant, A.G. Hill Power, Inc., a/k/a JHB Enterprises, Inc., claims it right to set off, settlement or judgment credit, to the extent applicable and allowed by Texas law.

16.    Third Party Defendant, A.G. Hill Power, Inc., a/k/a JHB Enterprises, Inc., asserts of the defense of limitation as a bar to Claimants' recovery.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Third Party Defendant, A.G. Hill

Power, Inc., a/k/a JHB Enterprises, Inc., would request that this Court enter a judgment

against Third Party Claimants, with prejudice, and award to A.G. Hill Power, Inc., a/k/a

JHB Enterprises, Inc. its' cost and fees as provided by law.

## DEMAND FOR TRIAL BY JURY

Please take notice that Third Party Defendant, A.G. Hill Power, Inc., a/k/a JHB

Enterprises, Inc., demands a trial by jury of all issues in connection with Third Party

Complainants complaints against it.

Respectfully submitted,

BRIN & BRIN, P.C.
1202 Third Street
Corpus Christi, Texas 78404
(361) 881-9643
(361) 883-0506 Facsimile

By: _____
DAVID H. CRAGO
Attorney In Charge
State Bar No. 04975260
Federal I.D. No. 13868
ATTORNEYS FOR DEFENDANT
A.G. HILL POWER, INC. NOW
KNOWN AS JHB ENTERPRISES, INC.

## CERTIFICATE OF SERVICE

I certify that I mailed a copy of the foregoing by certified U.S. Mail, return receipt requested, on this ___ day of November, 2004.

Watts Law Firm, L.L.P.
Ray R. Marchan
1926 E. Elizabeth
Brownsville, TX 78520

Jim Hart
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, TX 77017

John David Franz
The Law Office of John David Franz
400 N. McColl
McAllen, TX 78501

Steve Q. McManus
Law Offices of McManus & Crane, L.L.P.
209 W. Juan Linn
P.O. Box 2206
Victoria, TX 77902-2206

Richard Leo Harrell
The Edwards Law Firm, L.L.P.
Frost Bank Plaza, Ste 2100
Corpus Christi, TX 78403-0480

James B. Manley, P.C.
3616 Preston road
Pasadena, TX 77505

Kieth N. Uhles
James H. Hunter, Jr.
Royston, Rayzor, Vickery & Williams, L.L.P.
55 Cove Circle
P.O. Box 3509
Brownsville, TX 78523-3509

S. Mark Strawn
Schirrmeister Ajamie
Pennzoil Place – South Tower
711 Louisiana, Ste 2150
Houston, TX 77002

Heriberto "Eddie" Medrano
Law Offices of Heriberto "Eddie" Medrano
1101 West tyler
Harlingen, TX 78550

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Dr., Suite C
The Woodlands, TX 77381

Julian Rodriguez, Jr.
Attorney at Law
100 W. Pecan
McAllen, TX 78501

Raymond Thomas and
Andres Gonzalez, Jr.
Kittleman, Thomas, Ramirez & Gonzalez, PLLC
4900 B. North 10th Street
McAllen, Texas 78504

Will W. Pierson
Royston, Rayzor, Vickery & Williams
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, TX 78476

Less Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, TX 78471

Glenn Goodier
Jones, Walker, Waechter, Poitevent, Carrere &
Denegre, L.L.P.
201 St. Charles Avenue – 48th Floor
New Orleans, LA  70170-5100

Juan A. Magallanes
Magallanes, Hinojosa & Mancias, P. C.
1713 Boca Chica Blvd.
Brownsville, TX  78520

Daryl G. Dursum
Adams & Reese, L.L.P.
4400 One Houston Center
1221 McKinney
Houston, TX  77010

Veronica Farias
Law Offices of Veronica Farias
2854 Boca Chica
Brownsville, TX  78521

Geoffrey Amsel
1010 N. St. Mary's Street, Room 1403
San Antonio, TX  78215

Mark Spansel
Jack Gilbert
Margie Manzano Corbett
Office of the Attorney General
Transportatioin Division
P.O. Box 12548
Austin, TX 78711-2548

Frank Enriquez
Roberto d. Puente
Law Offices of Frank Enriquez
4200 B North Bicentennial
McAllen, TX  78504


_____
DAVID H. CRAGO