# SEALED RECORD

DESCRIPTION OF CONTENTS: All Claimants Plaintiff's Initial Disclosures Supplementation

SEALED BY ORDER OF THE COURT AND MAY NOT BE OPENED UNLESS BY ORDER OF THE COURT

CASE NO. B-01-CV-157
INSTRUMENT NO. 294