UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 26 2004

Michael N. Milby, Clerk of Court

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION FOR BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERERS, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY § § § § § § § § | CIVIL ACTION NO. B-01-157<br><br>**Consolidated with** |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC, AS OWNER, and AMERICAN COMMERCIAL BARGE LINE LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY § § § § § § § § | CIVIL ACTION NO. B-02-004<br><br>**and** |
| IN THE MATTER OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-02-125<br><br>Admiralty |

# THIRD AMENDED
# INITIAL DISCLOSURES OF
# WILLIAM E. KIMBRELL, CLAIMANT

NOW COMES Claimant William E. Kimbrell and files this his Third Amended Initial Disclosures as required by Rule 26(a)(1) and (2) of the Federal Rules of Civil Procedure as follows:

## I.

## RESERVATIONS OF PRIVILEGES

The following disclosures are submitted subject to and without waiving any right to assert as to any document or communication all applicable privileges and exemptions to disclosure pursuant to any applicable statute or rule of procedure, including, by not limited to, the attorney/client privilege, the attorney work product privilege, the party communication privilege and the consulting expert privilege.

## II.

## INCORPORATION OF OTHER RULE 26 DISCLOSURES

Claimants incorporate by reference all persons, documents and tangible items disclosed pursuant to Rule 26(a)(1) and (2) by all other parties to this action.

## III.

## PERSONS WITH KNOWLEDGE

(A) Individuals likely to have knowledge of Discoverable Information [F.R.C.P. 26(a)(1)(A)]:

See Claimant William E. Kimbrell's First Supplement to First Amended Exhibit A - List of Persons Likely to Have Knowledge of Discoverable Facts.

(B) Description of Documents, Data Compilations and Tangible Things that Claimant May use to Support His Claim [F.R.C.P. 26(a)(1)(B)]:

See Claimant William E. Kimbrell's First Supplemental Exhibit G - Photographs and Videotapes

See Claimant William E. Kimbrell's First Supplemental Exhibit H - List of Documents and Other Items

See Claimant William E. Kimbrell's First Supplemental Exhibit J - Documents Produced by Parties Other than William E. Kimbrell

(C) Computation of Damages [F.R.C.P. 26(a)(1)(C)]:

Claimant William E. Kimbrell is seeking compensatory damages for the wrongful death of his daughter, Chealsa Louise Welch, in an amount to be determined by the trier of fact in this case for each and every element of damages available to claimant under applicable federal and state laws.

(D) Insurance Agreement under Which Any Person Carrying on an Insurance Business May Be Liable To Satisfy Part or All of a Judgment Entered in this Action [F.R.C.P. 26(a)(1)(D)]:

None in the Claimant's possession. Claimant refers Petitioners to their respective policies of insurance.

## IV.

## DISCLOSURE OF EXPERT TESTIMONY

Disclosure of Expert Testimony [F.R.C.P. 26(a)(2)(A)(B) and (C)]:

Claimant William E. Kimbrell refers Petitioners to his First Supplement to his First Amended Exhibits B and C.

Pursuant to the letter agreement dated September 28, 2004, which is attached hereto as Exhibit L, Claimant reserves the right to elicit expert testimony at the time of trial or through deposition, on direct examination or upon cross examination, from any expert identified and/or designated by any other party to this litigation. Further, Claimant William E. Kimbrell incorporates by reference, just as if fully set forth herein, the names, addresses and expert reports of each and every liability expert that has been and/or that will be identified and/or designated by all other Claimants in this case and, by doing so, designates and identifies those experts pursuant to F.R.C.P. 26(a)(2)(A)(B) and (C).

In addition, certain witnesses have not been retained by Claimant William E. Kimbrell to testify in this matter, but do possess scientific, technical, or other specialized knowledge which could assist the trier of fact to understand the evidence or determine a fact in issue, and do possess sufficient knowledge, skill, experience, training, or education to be qualified as an expert witness, and may be asked by Claimants to provide such expert testimony, either live, via deposition, or through the introduction of records. These persons presently include

those listed in the disclosures of the parties, and the experts retained and/or designated by Claimants.

Various other persons who have been identified as having knowledge of relevant facts may also be asked to express opinions or inferences which are (a) rationally based on the perception of the witness; and (b) helpful to a clear understanding of the witness's testimony or a determination of a fact in issue pursuant to Federal Rule of Civil Evidence 701. These persons presently include those listed in the disclosures of the parties.

Claimant reserves the right to designate additional expert witnesses to respond to experts designated by other parties.

Claimant reserves the right to supplement this designation of expert witnesses as depositions and other discovery are continuing.

Claimant reserves their right to supplement this designation to designate rebuttal or impeachment expert witnesses.

Claimant reserves the right to elicit expert opinion or lay opinion testimony from fact witnesses or other persons with knowledge of facts relevant to this cause who may be called to testify by deposition or at the trial of this cause.

Claimant reserves the right to designate and to elicit opinion from any expert designated and/or called to testify either in deposition or at trial by any other party to this suit.

Claimant reserves the right to withdraw the designation of any expert and to aver positively that any such previously designated expert will not be called as a witness at trial,

and to redesignate same as a consulting expert, who cannot be called by opposing counsel.

Claimant hereby designates, as adverse parties, potentially adverse parties, and/or as witnesses associated with adverse parties, all experts designated by any party to this suit, even if the designating party is not a party to the suite at the time of trial. In the event a present or future party designates any expert but then is dismissed for any reason from the suit or fails to call any designated expert, Claimant reserves the right to designate and/or call any such experts previously designated by any party.

Respectfully submitted,

By: /s/ Richard Leo Harrell
Richard Leo Harrell
Texas Bar No.: 09041320
802 N. Carancahua, Suite 2100
P. O. Box 480
Corpus Christi, TX 78403-0480
Telephone: (361) 698-7600
Facsimile: (361) 698-7614
Attorney-in-Charge for Claimant
William E. Kimbrell

OF COUNSEL:

THE EDWARDS LAW FIRM, L.L.P.
802 N. Carancahua, Suite 1400  (78470)
P. O. Box 480
Corpus Christi, TX  78403-0480
Telephone No.: (361) 698-7600
Facsimile No.:   (361) 698-7615

## CERTIFICATE OF SERVICE

The undersigned attorney, attorney-in-charge for Claimant and Claimant-respondent, hereby certifies that a true and correct copy of the above and foregoing *Third Amended Initial Disclosures of William E. Kimbrell, Claimant* has been served upon all counsel of record on this 24th day of November, 2004.

Richard Leo Harrell

### CERTIFIED MAIL RETURN RECEIPT REQUESTED

Will W. Pierson, Esq.
Keith Uhles, Esq.
James Hunter, Esq.
ROYSTON, RAYZOR, VICKERY
& WILLIAMS, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
*CM/RRR # 7003 3110 0002 0871 3224*

Leslie D. Cassidy, III, Esq.
WOOLSEY & CASSIDY
500 N. Water Street, Ste. 1020
Corpus Christi, Texas 78471
*CM/RRR # 7003 3110 0002 0871 3231*

Glen Goodier, Esq.
JONES, WALKER, WAECHTER, POITEVENT,
CARRERE & DENEGRE, L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100
*CM/RRR # 7003 3110 0002 0871 3835*

### REGULAR MAIL

Heriberto "Eddie" Medrano, Esq.
LAW OFFICES OF HERIBERTO MEDRANO
2009 East Harrison, Ste. B
Harlingen, Texas 78550

Thomas E. Quirk, Esq.
AARON & QUIRK
901 NE Loop 410, Ste. 903
San Antonio, Texas 78209-1307

Mark J. Spansel, Esq.
ADAMS & REESE, L.L.P.
4500 One Shell Square
New Orleans, LA 70139

Ray R. Marchan, Esq.
WATTS LAW FIRM, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

James B. Manley, Esq.
ATTORNEY AT LAW
200 William Barnett
Cleveland, Texas 77327

John David Franz, Esq.
THE LAW OFFICES OF JOHN DAVID FRANZ
400 N. McColl
McAllen, Texas 78501

J.A. Magallanes, Esq.
Carlos Escobar, Esq.
MAGALLANES, HINOJOSA & MANCIAS, PC
1713 Boca Chica Blvd.
P.O. Box 4901
Brownsville, Texas 78520

Frank Enriquez, Esq.
Robert Puente, Esq.
LAW OFFICES OF FRANK ENRIQUEZ
4200-B North Bicentennial
McAllen, Texas 78504

William Q. McManus, Esq.
Steve Q. McManus, Esq.
LAW OFFICE OF MCMANUS
   & CRANE, L.L.P.
209 West Juan Linn
P.O. Box 2206
Victoria, Texas 77902-2206

Jack F. Gilbert, Esq.
Michael Ratliff, Esq.
OFFICE OF THE ATTORNEY GENERAL
TRANSPORTATION DIVISION
P.O. Box 12548
Austin, Texas 78714-2548

Veronica Farias, Esq.
LAW OFFICE OF VERONICA FARIAS
2854 Boca Chica
Brownsville, Texas 78521

J. Chad Guantt, Esq.
GUANTT & KRUPPSTADT, L.L.P.
1400 Woodloch, Ste. 575
The Woodlands, Texas 77380

Geoffrey Amsel, Esq.
SBC TEXAS LEGAL
175 E. Houston, 4th Floor
San Antonio, Texas 78205

Thomas R. Ajamie, Esq.
S. Mark Strawn, Esq.
SCHIRRMEISTER AJAMIE, L.L.P.
711 Louisiana Street, Ste. 2150
Houston, Texas 77002

Julian Rodriguez, Jr., Esq.
JULIAN RODRIGUEZ, JR. & ASSOC., P.C.
10113 N. 10th Street, Ste. "C"
McAllen, Texas 78504

Raymond Thomas, Esq.
Andres Gonzales, Esq.
KITTLEMAN, THOMAS, RAMIREZ
   & GONZALES
4900-B N. 10th Street
McAllen, Texas 78504

Jim S. Hart, Esq.
Nejd Yaziji, Esq.
WILLIAMS BAILEY LAW FIRM, L.L.P.
8441 Gulf Freeway, Ste. 600
Houston, Texas 77017

Mikal Watts, Esq.
WATTS LAW FIRM, L.L.P.
Tower II Building
555 N. Carancahua, 14th Floor
Corpus Christi, TX 78478

3rd Amended Initial Disclosures of William Kimbrell, Claimant   Page 8
Kimbrell # 8558   RLH/MAB   11-24-04

Dino Esparza
WILLETTE & GUERRA, L.L.P.
1534 East 6th Street, Suite 200
Brownsville, Texas 78520

David H. Crago
BRIN & BRIN, P.C.
1202 Third Street
Corpus Christi, Texas 78404