189. Omar Hinojosa
c/o Julian Rodriguez, Jr.
Attorney at Law
100 W. Pecan
McAllen, TX 78501
(956) 682-8801;
Ramon Garcia
Law Offices of Ramon Garcia, P.C.
222 West University Dr.
Edinburg, TX 78539
Claimant

190. Raquel Teran Hinojosa
Rt 1 Box 331
Rio Hondo, TX 78583
(956) 748-3107
c/o Julian Rodriguez, Jr.
Attorney at Law
100 W. Pecan
McAllen, TX 78501
(956) 682-8801;
Ramon Garcia
Law Offices of Ramon Garcia, P.C.
222 West University Dr.
Edinburg, TX 78539
Claimant

191. Rita Hinojosa a/k/a Maria Rita Saenz
1409 E. Kleberg
Kingsville, TX 78363
(361) 516-1676
c/o Julian Rodriguez, Jr.
Attorney at Law
100 W. Pecan
McAllen, TX 78501
(956) 682-8801
Claimant

192. W. Lamoine Holland
     Law Office of W. Lamoine Holland
     1920 Nacogdoches Rd., Suite 100
     San Antonio, TX 78209
     (210) 824-7474
     Attorney for Claimant, Dimas Mora

193. Patrick D. Hoessle
     4416 Creekstone Blvd.
     Jefferson, Indiana
     or
     P. O. Box 610
     Jefferson, Indiana 47130-4717
     Phone Number Unknown
     ACBL dispatcher who has information about the dispatching of the barges in question. Please see his deposition taken in this case.

194. G. N. Hotz
     American Commercial Barge Line LLC
     P. O. Box 610
     1701 Utika Pike
     Jeffersonville, Indiana 47130-4717
     (812) 288-0100
     Served as Assistant Vice-President for ACBL during the time period 1992 - present. Was also involved in Safety & Risk Management for ACBL.

195. R. L. Huber
     American Commercial Barge Line LLC
     P. O. Box 610
     1701 Utika Pike
     Jeffersonville, Indiana 47130-4717
     (812) 288-0100
     Served on Board of Directors for ACL during the time period 1992 - present

196. Stan Hulse
     This witness may have knowledge of Chealsa Louise Welch & Jacqueline Paddock Golterman's relationship

197. James H. Hunter, Jr.
Keith N. Uhles
Royston, Rayzor, Vickory & Williams, L.L.P.
55 Cove Circle
Brownsville, TX 78521
(956) 542-4377
Attorneys for Petitioners, Brown Water Towing I, Inc. and Brown Water Marine Service, Inc.

198. Pastor Hyde
Assembly of God
Port Isabel, Texas
Married Barry & Chealsa Welch

199. Reverent Stephen Hyde
Lighthouse Assembly of God Church
10 Port Road
Port Isabel, Texas 78578
(956) 943-5372
Disclosed by Roberto Espericueta as an expert who will testify concerning mental anguish.

200. Jeff Ingram
Address & Phone Number Unknown
Name taken from list of exhibits produced at the United States Coast Guard hearings

201. Norman "Sonny" Ivey
200 Richmond Dr. East
Mandeville, LA 70448
American Commercial Barge Line LLC
P. O. Box 610
1701 Utika Pike
Jeffersonville, Indiana 47130-4717
(812) 288-0100
Employee of ACBL who has knowledge of relevant facts. Served as Vice-President for ACBL during the time period 1992 - present. Was also involved in Transportation Services (Gulf Coast) for ACBL. Please see his deposition taken in this case.

202. D. D. Jahnke
American Commercial Barge Line LLC
P. O. Box 610
1701 Utika Pike
Jeffersonville, Indiana 47130-4717
(812) 288-0100
Served as Assistant Vice-President for ACBL during the time period 1992 - present.
Was also involved in Marketing Services (Grain) for ACBL.

203. Port Isabel - San Benito Navigation District
Brian G. Janis
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 N. Expressway 83
Brownsville, TX 78521-2284
(956) 546-3731
(956) 546-3766

204. D. D. Jaworski
American Commercial Barge Line LLC
P. O. Box 610
1701 Utika Pike
Jeffersonville, Indiana 47130-4717
(812) 288-0100
Served as Assistant Vice-President for ACBL during the time period 1992 - present.
Was also involved in Marketing Services (Liquid) for ACBL.

205. Stewart Jenkins
Address & Phone Number Unknown
Name taken from list of exhibits produced at the United States Coast Guard hearings

206. Charles Johnson
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 2100 (78470)
P.O. Box 480
Corpus Christi, TX 78403-0480
(361) 698-7600
Investigator

207. Dennis Johnston
     4200 Smith School Rd.
     Austin, TX 78744
     (512) 389-4624
     Custodian of Records - Texas Parks & Wildlife Dept.

208. Peter L. Kazunas
     American Commercial Barge Line LLC
     P. O. Box 610
     1701 Utika Pike
     Jeffersonville, Indiana 47130-4717
     (812) 288-0100
     or
     1701 E. Market St.
     Jefferson, Indiana 47130
     or
     14105 Lang Card Place
     Louisville, KY 40245
     (812) 288-1918
     Served as Vice-President for ACBL during the time period 1992 - present. Was also involved in Logistics Services (Distribution) for ACBL.

209. Wendy Keener
     517 Florence Dr.
     Albany, GA 31701
     (229) 420-3944
     This witness has knowledge of Chealsa Louise Welch & William E. Kimbrell's relationship

210. Mr. Kendall, Manager
     Town of South Padre Island
     P.O. Box 3410
     South Padre Island, TX 78597
     (956) 761-1025
     Mr. Kendall will have information of utility service provided to South Padre Island as a result of the collision made the basis for this lawsuit.

211. KGBT - TV Channel 4 and Custodian of Records
Attn: News Director
9201 W. Expressway 83
Harlingen, TX 78552
(956) 366-4444
News station that covered story - Knowledge of facts and circumstances surrounding the news reporting/footage of the causeway collapse accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the records are under the supervision, custody and control of the custodian of records, that such records were kept in that regular course of business.

212. KGBT - Channel 5 and Custodian of Records
East Expressway 83
Weslaco, Texas 78598
(956) 428-5555
News station that covered story - Knowledge of facts and circumstances surrounding the news reporting/footage of the causeway collapse accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the records are under the supervision, custody and control of the custodian of records, that such records were kept in that regular course of business.

213. KNVO Univision - Channel 48 and Custodian of Records
801 N. Jackson
McAllen, Texas 78501
(956) 687-4848
News station that covered story - Knowledge of facts and circumstances surrounding the news reporting/footage of the causeway collapse accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the records are under the supervision, custody and control of the custodian of records, that such records were kept in that regular course of business.

214. Michael A. Khouri
American Commercial Barge Line LLC
P. O. Box 610
1701 Utika Pike
Jeffersonville, Indiana 47130-4717
(812) 288-0100
or
11312 Bodley
Louisville, KY 40223

(502) 244-2630
Served as Senior Vice-President, General Counsel & Secretary for ACL & ACBL during the time period 1992 - present. Also served on Board of Directors for ACBL during the time period 1992 - present. Was also involved in Transportation Services & Legal Dept. for ACBL.

215. Andy & Peggy Kimbrell
Kingsville, Texas
These witnesses have knowledge of Chealsa Louise Welch & William E. Kimbrell's relationship.

216. Cheyenne Kimbrell
1214 Seneca St.
Buffalo, NY 14210
(716) 824-5466
Sister to Chealsa Louise Welch

217. William Eugene & Krystyna Kimbrell
1214 Seneca St.
Buffalo, N.Y. 14210
(716) 824-5466
c/o Richard Leo Harrell
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 2100 (78470)
P.O. Box 480
Corpus Christi, TX 78403-0480
(361) 698-7600
Father and stepmother of Chealsa Louise Welch. These witnesses have knowledge of the relationship between themselves and Chealsa Louise Welch.

218. C. W. Kinzler
American Commercial Barge Line LLC
P. O. Box 610
1701 Utika Pike
Jeffersonville, Indiana 47130-4717
(812) 288-0100
Served as Assistant Vice-President for ACBL during the time period 1992 - present. Was also involved in Transportation Services (Gulf Coast & River) for ACBL.

219. M. E. Kleopjel
     American Commercial Barge Line LLC
     P. O. Box 610
     1701 Utika Pike
     Jeffersonville, Indiana 47130-4717
     (812) 288-0100
     Served as Vice-President for ACBL during the time period 1992 - present

220. KNVO - TV 48 Univision
     Attn: News Director
     801 N. Jackson Rd.
     McAllen, TX 78501
     (956) 687-7784
     News station that covered story

221. George C. Kraehe
     Willette & Guerra, L.L.P.
     3505 Boca Chica Blvd., Suite 460
     Brownsville, TX 78521
     (956) 541-1846
     (956) 541-1893 fax
     Attorney for Cameron County

222. KRGV - TV Channel 5
     900 E. Expressway 83
     Weslaco, TX 78596
     (956) 968-5555
     News station that covered story

223. Duane Krohn
     American Commercial Barge Line LLC
     P. O. Box 610
     1701 Utika Pike
     Jeffersonville, Indiana 47130-4717
     (812) 288-0100
     ACBL Risk Analyst who has information about the valuation of the barges and the pending freight, as well as the damages to the Barge NM-315 and damages sustained by ACBL