# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION FOR BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERERS, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § | CIVIL ACTION NO. B-01-157<br><br>**Consolidated with** |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC, AS OWNER, and AMERICAN COMMERCIAL BARGE LINE LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § | CIVIL ACTION NO. B-02-004<br><br><br>**and** |
| IN THE MATTER OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § | CIVIL ACTION NO. B-02-125<br><br>Admiralty |

## <u>CLAIMANT WILLIAM E. KIMBRELL'S</u>
## <u>FIRST SUPPLEMENT TO FIRST AMENDED EXHIBIT A</u>
## <u>PERSONS LIKELY TO HAVE KNOWLEDGE OF DISCOVERABLE FACTS</u>

1.    A. M. Adams
      American Commercial Barge Line LLC
      P. O. Box 610
      1701 Utika Pike
      Jeffersonville, Indiana 47130-4717
      (812) 288-0100
      Served as Vice-President for ACBL during the time period 1992 - present

2.    Ann Adams
      American Commercial Barge Line LLC
      P. O. Box 610
      1701 Utika Pike
      Jeffersonville, Indiana 47130-4717
      (812) 288-0100
      Was involved in Transportation Services (Fleet) for ACBL during the time period
      1992 - present

3.    A. Y. Adams
      American Commercial Barge Line LLC
      P. O. Box 610
      1701 Utika Pike
      Jeffersonville, Indiana 47130-4717
      (812) 288-0100
      Served as Assistant Vice-President for ACBL during the time period 1992 - present

4.    J. L. Adams
      American Commercial Barge Line LLC
      P. O. Box 610
      1701 Utika Pike
      Jeffersonville, Indiana 47130-4717
      (812) 288-0100
      or
      213 South Lyndon Lane
      Louisville, KY 40222
      Former Employee who has knowledge of relevant facts.  Served as Assistant Vice-
      President for ACL during the time period 1992 - present

5.  A.G. Hill Power a/k/a JHB Enterprises, Inc.
    c/o Ms. Janet Thompson
    6654 Leopard St.
    Corpus Christi, TX 78409
    (361) 289-2189
    Company believed to have repaired and/or maintained the street lights on the bridge.

6.  Omar Alegria
    Brownsville F.D. Diver
    1010 E. Adams Street
    Brownsville, Texas 78520
    (956) 546-3195
    Recovered Esteban Rivas' body

7.  Allstate Insurance Company and Custodian of Records
    Osciel Carbajal (956) 605-9862
    c/o Thomas E.
    Aaron & Quirk
    901 N.E. Loop 410, Ste. 903
    San Antonio, Texas 78209-1307
    Subrogation claimant for property damages to Brigette Goza.

8.  Paula Alvarez , Brownsville Store Manager
    Eyemasters
    Sunrise Mall
    Expressway 83
    Brownsville, TX
    (956) 544-6405
    Brownsville Store Manager.  Esteban Rivas worked at Eyemasters.  He worked alongside Paula Alvarez.  Ms. Alvarez will testify as to Esteban's work ethic, his personality and character.

9.  American Commercial Barge Lines
    American Commercial Lines
    c/o Mr. Glen Goodier
    Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
    201 St. Charles Avenue, 48th Floor
    New Orleans, LA 70170-5100
    (504) 582-8174
    Owner and/or charterer of barges pushed by BROWN WATER V at the time of the accident

10.    American Electric Power
       P.O. Box 24404
       Canton, OH 44701
       Corporate Office:
       1 Riverside Plaza
       Columbus, OH 43215
       (614) 223-1000
       Lessor of dark fiber to Padre Island due to collapse of the bridge causing loss of
       telephone cable and service.

11.    Geoffrey Amsel
       SBC Management Services
       1010 N. St. Mary's, Room 1403
       San Antonio, TX 78215
       (210) 886-4805
       Represents B & B Services, Inc., Circle L Service, R & G Construction and Security
       Services Southwestern Bell

12.    M. G. Aron
       American Commercial Barge Line LLC
       P. O. Box 610
       1701 Utika Pike
       Jeffersonville, Indiana 47130-4717
       (812) 288-0100
       Served on Board of Directors for ACL during the time period 1992 - present

13.    Eddie Arriola
       1616 Michigan
       Port Isabel, TX
       Long Island Swing Bridge
       (956) 943-4474
       Mr. Arriola is the supervisor of the Long Island Swing Bridge in Port Isabel, TX. He
       has knowledge of different barge configurations passing through the area and of the
       circumstances surrounding the accident

14. Michael Ash
American Commercial Barge Line LLC
P. O. Box 610
1701 Utika Pike
Jeffersonville, Indiana 47130-4717
(812) 288-0100
Was involved in Safety & Risk Management for ACBL during the time period 1992 - present.

15. Attorney General of Texas
c/o Mr. Michael Ratliff
John Cornyn
P.O. Box 12548
Austin, TX 78711-2548
(512) 463-2100
Claimant

16. B & B Services, Inc.
c/o Geoffrey Amsel
1010 N. St. Mary's # 1403
San Antonio, TX 78215
(210) 886-4805
Contractor of Southwestern Bell Telephone who was hired to assist in restoration of telephone service after bridge collapse

17. D. Baggs
American Commercial Barge Line LLC
P. O. Box 610
1701 Utika Pike
Jeffersonville, Indiana 47130-4717
(812) 288-0100
Served on Board of Directors for ACL during the time period 1992 - present

18. Cindy Bailey
Ms. Bailey notified Ms. Golterman about the bridge collapse. This witness may have knowledge of Chealsa Louise Welch & Jacqueline Paddock Golterman's relationship

19.    L. S. Baird
       American Commercial Barge Line LLC
       P. O. Box 610
       1701 Utika Pike
       Jeffersonville, Indiana 47130-4717
       (812) 288-0100
       Served as Vice-President & Treasurer for ACBL during the time period 1992 -
       present

20.    Ross Baliguire
       Address & Phone Number Unknown
       Deckhand of the M/V BROWN WATER V who has information about the events
       surrounding the incident

21.    Andrea Banks
       The Edwards Law Firm, L.L.P.
       802 N. Carancahua, Suite 2100 (78470)
       P.O. Box 480
       Corpus Christi, TX 78403-0480
       (361) 698-7600
       Paralegal

22.    Butch Barras
       American Commercial Barge Line LLC
       P. O. Box 610
       1701 Utika Pike
       Jeffersonville, Indiana 47130-4717
       (812) 288-0100
       Involved in boat maintenance for ACBL during the time period 1992 - present

23.    Barrera & Tijerina
       100 W. Pecan
       McAllen, TX 78501
       (956) 686-1755

24.    Horacio L. Barrera
       1203 E. Van Buren
       Brownsville, TX 78520
       (956) 546-7159
       Mr. Barrera will testify to the necessity and reasonable attorneys fees.

25.  Captain William M. Beacom
     2423 Jackson Street
     Sioux City, Iowa 51104
     (712) 255-3412
     (712) 255-0844 fax
     Captain Beacom may testify regarding the opinions set forth in his report.  Please
     refer to the CV of Captain William M. Beacom, document nos. TX000002-TX000006
     which is attached to Third Amended Initial Disclosures of William E. Kimbrell,
     Claimant.

26.  A. P. Beier
     American Commercial Barge Line LLC
     P. O. Box 610
     1701 Utika Pike
     Jeffersonville, Indiana 47130-4717
     (812) 288-0100
     Served as Senior Vice-President & Chief Financial Officer for ACL & ACBL during
     the time period 1992 - present.  Also served on Board of Directors for ACBL during
     the time period 1992 - present

27.  Phil A. Bellamy
     Law Office of Phil A. Bellamy
     815 Ridgewood
     Brownsville, TX 78520
     (956) 546-9345

28.  Melanie Beltran
     8315 Opalwood
     Humble, Texas 77338
     Family friend, Esteban Rivas' girlfriend, has knowledge of Esteban's character,
     personality and familial relationship with his father and mother.

29.  Jose L. Benavidez
     PO Box 1418
     Rio Hondo, TX 78583
     (956) 748-2253
     Defendant Brownwater possesses information on Mr. Benavidez' current address and
     phone number as he is a former employee.
     Mr. Benavidez is a former Brownwater Marine employee who possesses an OUTV

master's vessel license. He worked as a pilot and captain for Brownwater Marine. Mr. Benavidez will render opinions regarding necessary horsepower for "push boats" such as the Brownwater V as well as safe barge configurations. Mr. Benavidez will also provide expert testimony based on his experience as a pilot and captain employed by Brownwater Marine regarding safety issues at Brownwater Marine as they relate to pushing barges. In particular, Mr. Benavidez complained of unsafe practices to manages at Brownwater prior to the allision made the basis of this suit.

30.   Hector Bennett
      Fire Marshall
      Port Isabel Fire Department
      204 Musina
      Port Isabel, Texas 78578
      (956) 943-3523
      and Custodian of Records
      Mr. Bennett has knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the records are under the supervision, custody and control of the custodian of records, that such records were kept in that regular course of business.

31.   T. E. Behringer
      American Commercial Barge Line LLC
      P. O. Box 610
      1701 Utika Pike
      Jeffersonville, Indiana 47130-4717
      (812) 288-0100
      Served as Senior Vice-President for ACBL during the time period 1992 - present. Was also involved in Human Resources for ACBL.

32.   Paul B. Besson
      American Commercial Barge Line LLC
      P. O. Box 610
      1701 Utika Pike
      Jeffersonville, Indiana 47130-4717
      (812) 288-0100
      Served on Board of Directors for ACBL during the time period 1992 - present. Was also involved in Human Resources for ACBL.

33.    P. S. Besson
       American Commercial Barge Line LLC
       P. O. Box 610
       1701 Utika Pike
       Jeffersonville, Indiana 47130-4717
       (812) 288-0100
       Served as Senior Vice-President; Board of Directors for ACL during the time period
       1992 - present.  Also served as Senior Vice-President for ACBL during the time
       period 1992 - present.

34.    Amy Dixon Blackmon
       MediSysRehabilitation
       7307 Creekbluff Crive
       Austin, Texas 78750
       (512) 459-4315
       Retained expert for Rene Mata and Frank Mata

35.    Lynn Dixon
       DPS Driver
       Austin, Texas
       Recovered Rivas vehicle, leader of DPS dive team, will provide testimony regarding
       the position of Esteban Rivas' body in the vehicle and extraction efforts by divers.

36.    Joe W. Blocker
       301 N. Chaparral
       Fulton, TX 78358
       (361) 790-9350
       Mr. Blocker was a deck hand on board the BROWN WATER V at the time of the
       accident.  His employer is Brown Water Marine Service, Inc.

37.    H. J. Bobzien, Jr.
       American Commercial Barge Line LLC
       P. O. Box 610
       1701 Utika Pike
       Jeffersonville, Indiana 47130-4717
       (812) 288-0100
       Served as Chairman; Chief Executive Officer; Board of Directors for ACL during the
       time period 1992 - present.  Also Served as Chairman; Board of Directors for ACBL
       during the time period 1992 - present

38.  Paul Book
     c/o Les Cassidy
     Woolsey & Cassidy, P.C.
     1020 Bank of America
     500 N. Water St. #1020
     Corpus Christi, TX 78471
     (361) 887-2969

39.  Warren Bourgeois
     American Commercial Barge Line LLC
     5600 River Road
     Harahan, Louisiana
     or
     5800 River Rd.
     New Orleans, LA 70123
     (504) 733-7870
     ACBL dispatcher who has information about the dispatching of the barges in question

40.  Christian Brinkop
     36 Woodstone Dr.
     Mandeville, LA 70471
     (812) 288-0100
     Employee who has knowledge of relevant facts.  Served as Vice-President for ACBL
     during the time period 1992 - present.  Was also involved in Transportation Services
     (Gulf Coast & River) for ACBL.  Please see his deposition testimony taken in this
     case.

41.  Agustin Briseno
     6684 Monte Vello
     Brownsville, TX 78520
     (956) 943-4474
     Long Island Swing Bridge
     Mr. Briseno works at the Long Island Swing Bridge in Port Isabel, TX.  He has
     knowledge of the configuration of barges passing through the area and of the
     circumstances surrounding the area.

42.   Rafael Briseno
      1015 Timeer Dr.
      Brownsville, TX
      Long Island Swing Bridge
      (956) 943-4474
      Mr. Briseno works at the Long Island Swing Bridge in Port Isabel, TX.  He has
      knowledge of the configuration of barges passing through the area and of the
      circumstances surrounding the area

43.   Daniel E. Brock
      MB Marine Consultants
      115 Rue Marne
      Paducah, Kentucky 42001
      (270) 554-3142
      Retained expert for American Commercial Lines, LLC, et al
      Mr. Brock may testify regarding the opinions set forth in his report and related
      matters.

44.   Steve Brooks
      American Commercial Barge Line LLC
      P. O. Box 610
      1701 Utika Pike
      Jeffersonville, Indiana 47130-4717
      (812) 288-0100
      Served as Assistant Vice-President for ACBL during the time period 1992 - present.
      Was also involved in Marketing Services (Bulk) for ACBL.

45.   S. J. Brooks
      American Commercial Barge Line LLC
      P. O. Box 610
      1701 Utika Pike
      Jeffersonville, Indiana 47130-4717
      (812) 288-0100
      Served as Assistant Vice-President for ACBL during the time period 1992 - present

46.   R. C. Browman
      American Commercial Barge Line LLC
      P. O. Box 610
      1701 Utika Pike
      Jeffersonville, Indiana 47130-4717
      (812) 288-0100
      Served as Vice-President for ACBL during the time period 1992 - present

47.  Brown Water V Crew
     Address & Phone Number Unknown
     The crew will have information about the events surrounding the accident

48.  P. F. Brotzge
     American Commercial Barge Line LLC
     P. O. Box 610
     1701 Utika Pike
     Jeffersonville, Indiana 47130-4717
     (812) 288-0100
     Served as Assistant Treasurer for ACL & ACBL during the time period 1992 - present

49.  Brown Water Officers
     P.O. Box 2269
     Rockport, TX 78381
     (361) 729-3721
     The officers of Brown Water may have information as to Brown Water's operations,
     the crew, vessel and events surrounding the accident

50.  Brown Water Towing I, Inc.
     Brown Water Marine Service, Inc.
     P.O. Box 2269
     320 Cove Harbor South
     Rockport, TX 78381-2269
     (361) 729-3721
     c/o Will W. Pierson
     1700 Wilson Plaza West
     606 N. Carancahua
     Corpus Christi, TX  78476
     (361) 884-8808

51.  Brownsville Fire Department and Custodian of Records
     1010 E. Adams Street
     Brownsville, Texas 78520
     (956) 546-3195
     Personnel at call / Assisted in rescue of vehicles/victims
     Knowledge of facts and circumstances surrounding the investigation of the accident
     made the basis of this accident.  It is reasonably anticipated that the custodian of
     records will testify that the records are under the supervision, custody and control of
     the custodian of records, that such records were kept in that regular course of
     business.

52. Brownsville Herald and Custodian of Records
    1135 East Van Buren Street
    Brownsville, TX 78520
    (956) 542-4301
    Knowledge of facts and circumstances surrounding the news reporting of the accident
    made the basis of this accident. It is reasonably anticipated that the custodian of
    records will testify that the records are under the supervision, custody and control of
    the custodian of records, that such records were kept in that regular course of
    business.

53. Captain Daniel Bryant
    422 Palm
    Laguna Vista, TX
    Phone Number Unknown
    Captain Bryant has knowledge of the circumstances surrounding the accident

54. Captain Joe Lee Bryant
    104 Hwy 100 Lot 1
    Port Isabel, TX
    Phone Number Unknown
    Captain Bryant has knowledge of the circumstances surrounding the accident

55. Buena Vista Funeral Home and Custodian of Records
    125 McDavitt Blvd.
    Brownsville, TX 78520
    (956) 541-5400
    Knowledge of facts and circumstances surrounding the funeral and funeral expenses
    of claimants in the accident made the basis of this accident. It is reasonably
    anticipated that the custodian of records will testify that the records are under the
    supervision, custody and control of the custodian of records, that such records were
    kept in that regular course of business.

56. Adair Bunker
    Amarillo, Texas
    Attorney who represented William E. Kimbrell in regards to the custody matter

57. James W. Buky
    American Commercial Barge Line LLC
    P. O. Box 610

1701 Utika Pike
Jeffersonville, Indiana 47130-4717
(812) 288-0100
Served as Vice-President & Senior Vice-President for ACBL during the time period
1992 - present.  Was also involved in Marketing Services for ACBL.

58.    J. P. Burlette
Brownsville F.D. Diver
1010 E. Adams Street
Brownsville, Texas 78520
(956) 546-3195
Mr. Burlette discovered Esteban Rivas' body

59.    Bob Burns
American Commercial Barge Line LLC
P. O. Box 610
1701 Utika Pike
Jeffersonville, Indiana 47130-4717
(812) 288-0100
VP Distribution and was involved in the Legal Dept. for ACBL during the time period
1992 - present

60.    R. G. Burns
American Commercial Barge Line LLC
P. O. Box 610
1701 Utika Pike
Jeffersonville, Indiana 47130-4717
(812) 288-0100
Served as Assistant Secretary; General Counsel; Secretary for ACL during the time
period 1992 - present.  Also served as Assistant Secretary, Vice-President - General
Counsel for ACBL during the time period 1992 - present.

61.    Debra Butler
1724 Ginger Court
Orange Parks, FL 32065
(904) 272-8363
This witness has knowledge of Chealsa Louise Welch & William E.  Kimbrell's
relationship

62.    Calvary Hill Funeral Home and Cemetery
       21723 Aldine Westfield
       Humble, TX 77338
       (281) 445-3340

63.    Cameron County
       c/o Mr. George C. Kraehe
       Willette & Guerra, L.L.P.
       3505 Boca Chica Blvd., Suite 460
       Brownsville, TX 78521
       (956) 541-1846
       Claimant

64.    Cameron County District Attorney's Office and Custodian of Records
       c/o Yolanda De Leon, District Attorney
       974 E. Harrison St.
       Brownsville, TX 78520-7198
       (956) 504-0066
       Knowledge of facts and circumstances surrounding the investigation of the accident
       made the basis of this accident.  It is reasonably anticipated that the custodian of
       records will testify that the records are under the supervision, custody and control of
       the custodian of records, that such records were kept in that regular course of
       business.

65.    A. Campos and
       Custodian of Records and Bills of
       McCaleb Funeral Home
       P.O. Box 236
       Weslaco, TX 78596
       (956) 968-7533
       Knowledge regarding funeral services and interment fees pertaining to burial of Robin
       Faye Leavell

66.    Sigifredo C. Cantu, Fire Chief and Custodian of Records
       Harlingen Fire Department
       3510 E. Grimes
       Harlingen, TX 78550
       (956) 427-8885
       Knowledge of facts and circumstances surrounding the investigation of the accident
       made the basis of this accident.  It is reasonably anticipated that the custodian of
       records will testify that the records are under the supervision, custody and control of
       the custodian of records, that such records were kept in that regular course of
       business.

67.   Cantu's Wrecker Service
      Jackson Avenue, Port Isabel, TX 78578
      (956) 943-1911

68.   Les Cassidy
      Woolsey & Cassidy, P.C.
      1020 Bank of America
      500 N. Water St. #1020
      Corpus Christi, TX 78471
      (361) 887-2969
      (361) 887-6521 fax
      Attorney for Petitioners, American Commercial Lines, LLC and American
      Commercial Barge Line, LLC

69.   Rolando Castaneda
      Texas Ranger
      Texas Dept. of Public Safety

70.   Daniel Ceballos
      c/o Burns International Security Services
      Long Island, TX
      Address & Phone Number Unknown
      Mr. Ceballos had knowledge of the circumstances surrounding the accident

71.   Central Power & Light
      c/o C.T. Corporation System
      350 N. St. Paul Street
      Dallas, TX 75201
      (214) 979-1172
      Has knowledge regarding the street lights on the causeway

72.   Alton Jewel Chadwick
      Traylor Brothers, Inc.
      Mr. Chadwick may testify regarding the opinions that he rendered in his testimony
      during the United States Coast Guard hearing into the casualty.  His testimony is at
      Vol. IV, pp. 215-260; Vol. V, pp. 15-40.

73. Chad S. Chapman
    Aransas Pass, TX 78336
    (361) 758-6349
    Vice President and Director of Brown Water Marine Service, Inc. Mr. Chapman is
    also the Secretary and Treasurer for Brown Water Towing I, Inc. He has also been
    in charge of Personnel, Operations and Sales since 1-1-97.

74. Hugh T. Chapman
    Brown Water Marine Service, Inc.
    320 Cove Harbor
    Rockport, TX 78381-2205
    (361) 729-3721
    Mr. Chapman has been in the Sales Dept. and Insurance & Risk Management for
    Brown Water Service, Inc and Brown Water Towing I, Inc. since 1-1-97. Mr.
    Chapman, the principal shareholder of Brown Water Marine Service, Inc. and Brown
    Water Towing I, Inc. should have knowledge regarding facts and circumstances of the
    procurement of the insurance policy at issue. Please see the deposition of Hugh
    Chapman.

75. Hugh Timothy Chapman
    320 Cove Harbor
    Rockport, Texas
    Marine Transportation/Brown Water Marine

76. Betty Louise Chase
    2810 East Harrison Lot 193
    Harlingen, TX
    (806) 468-7318
    This witness has knowledge of Chealsa Louise Welch & William E. Kimbrell's
    relationship; Grandmother of Chealsa Welch. Please see the deposition of Betty
    Chase.

77. Sam Chase
    Deceased husband of Betty Louise Chase

78. Circle L Service
    c/o Geoffrey Amsel
    1010 N. St. Mary's # 1403
    San Antonio, TX 78215
    (210) 886-4805
    Contractor of Southwestern Bell Telephone who was hired to assist in restoration of
    telephone service after bridge collapse

79.   City of Brownsville EMS
      Attn: Director
      954 E. Madison
      Brownsville, TX 78520
      (956) 541-9491
      Assisted at scene

80.   City of Harlingen EMS
      PO Box 533668 or 1705 Vermont
      Harlingen, TX 78553
      (956) 364-2711
      Assisted at scene

81.   City of Los Fresnos EMS
      200 N. Brazil
      Los Fresnos, TX 78566
      (956) 233-4473
      Assisted at scene

82.   City of Port Isabel EMS
      305 E. Maxan
      Port Isabel, TX 78578
      (956) 943-7829
      Assisted at scene

83.   David E. Cole
      P.O. Box 99
      Marrero, LA 70073-0099
      (504) 340-8942
      Expert retained by Claimants Estate of Robin Faye Leavell; Knowledge regarding
      accident and cause of accident made the basis of this suit

84.   Jeremy Charles Coleman
      Principal Consultant
      Burness Corlett & Partners, Ltd.
      Baltic House, Station Road
      Ballasalla, Isle of Man IM9 2AE
      01624 822808
      Retained expert for Brown Water

85.  Captain Phil Colo
     416 Barker Street
     Laguna Vista, TX
     Phone Number Unknown
     Captain Colo has knowledge of the circumstances surrounding the accident

86.  Commander and/or Investigating Officers
     Coast Guard
     District 8
     501 Magazine St.
     New Orleans, LA 70130
     (504) 589-6230
     The Commander and/or investigating officers will have information about the events
     surrounding the accident.

87.  Commercial General Liability Policy Declaration and Custodian of Records
     Petitioner in possession of address and telephone numbers
     Knowledge of facts and circumstances surrounding the insurance policy and claim of
     the accident made the basis of this accident.  It is reasonably anticipated that the
     custodian of records will testify that the records are under the supervision, custody
     and control of the custodian of records, that such records were kept in that regular
     course of business.

88.  Robert Cornelison
     250 Industrial Drive
     Port Isabel, TX 78578

89.  Mary Ann Courter and Custodian of Records
     Texas Department of Public Safety
     5805 Lamar Blvd.
     P.O. Box 4087
     Austin, Texas 78773-0001
     Knowledge of facts and circumstances surrounding the investigation of the accident
     made the basis of this accident.  It is reasonably anticipated that the custodian of
     records will testify that the records are under the supervision, custody and control of
     the custodian of records, that such records were kept in that regular course of
     business.

90.    Michael R. Cowan, Attorney At Law
       Baylor College of Medicine
       765 E. 7th St.
       Brownsville, TX 78520
       (956) 541-4981
       Chealsa Kimbrell Welch's Attorney regarding Med-Mal

91.    Edgar Cruz
       Port Isabel Fire Department
       204 Musina
       Port Isabel, Texas 78578
       (956) 943-3523
       Personnel at call / Assisted in rescue of vehicles/victims

92.    Lawrence J. Dahm, M.D.
       Pathology
       P.O. Drawer 2588
       Harlingen, TX 78551
       or
       2938 Lazy Lake Drive
       Harlingen, TX 78550
       (956) 425-5019
       Conducted autopsy on Robin Faye Leavell. Knowledge regarding injuries and cause
       of death of Robin Faye Leavell. Also conducted autopsy on Chealsa Louise Welch
       (Kimbrell) and has knowledge regarding injuries and cause of death of Chealsa
       Louise Kimbrell (Welch).

93.    Darling-Mouser Funeral Home
       945 Palm Blvd. at Monroe
       Brownsville, TX 78520-6120
       (956) 546-7111

94.    Deer Credit Inc as Owner of Barge NM 315
       c/o Les Cassidy
       Woolsey & Cassidy, P.C.
       1020 Bank of America
       500 N. Water St. #1020
       Corpus Christi, TX 78471
       (361) 887-2969
       (361) 887-6521 fax

95.  Dewitt S. Davenport, M.D.
     Valley Baptist Medical Center
     Pathology Department
     2101 Pease St.
     Harlinen, TX 78551
     (956) 389-1921
     Assisted in autopsy of Chealsa Welch

96.  B. A. Dean
     American Commercial Barge Line LLC
     P. O. Box 610
     1701 Utika Pike
     Jeffersonville, Indiana 47130-4717
     (812) 288-0100
     Served as Controller for ACL & ACBL during the time period 1992 - present. Also
     served as Assistant Secretary for ACBL during the time period 1992-present.

97.  John Deck, III
     Maritime Consultants and Associates
     P.O. Box 501
     Chardon, Ohio 44024
     (440) 635-0531
     Retained expert for Rene Mata and Frank Mata who has knowledge of marine
     operations and equipment, industry standards and customary practices in operations
     such as those that petitioners were engaged in at the time of the incident in question.
     Commander John Deck, III is a retired Coast Guard Officer with 20 years of service.
     He holds a Bachelor of Science from the U.S. Coast Guard Academy and a Master's
     of Science degree in Mechanical Engineering and a Naval Engineer's degree from
     Massachusetts Institute of Technology. Please refer to the Report of Mr. Deck,
     document nos. MA000598-MA000607 and the CV of Mr. Deck, document nos.
     MA000614-MA000619, which are attached to Third Amended Initial Disclosures of
     William E. Kimbrell, Claimant.

98.  Jimmy Deckard
     Port Isabel Fire Department
     204 Musina
     Port Isabel, Texas 78578
     (956) 943-3523
     Personnel at call / Assisted in rescue of vehicles/victims

99.    Yolanda DeLeon
       County Attorney
       Cameron County Courthouse
       974 E. Harrison St.
       Brownsville, TX 78520-7190
       (956) 504-0066
       Represents Cameron County District Attorney's Office

100.   Helen Delgadillo
       Watts Law Firm, L.L.P.
       1926 E. Elizabeth
       Brownsville, TX 78520
       (956) 544-0500

101.   Alejandro Del Toro
       Diver involved in rescue and recovery

102.   Department of the Army and Custodian of Records
       Corps of Engineer
       1920 North Chaparral Street
       Corpus Christi, Texas 78401
       Attn: Mr. Elijio Garza, Area Engineer
       Knowledge of facts and circumstances surrounding the investigation of the accident
       made the basis of this accident. It is reasonably anticipated that the custodian of
       records will testify that the records are under the supervision, custody and control of
       the custodian of records, that such records were kept in that regular course of
       business.

103.   Captain Gerald Edwin Disler
       Maritime Consultants and Associates
       P.O. Box 899
       Wildwood, Texas 77663
       (409) 834-2433
       Retained expert for Rene Mata and Frank Mata who has knowledge of marine
       operations and equipment, industry standards and customary practices in operations
       such as those that petitioners were engaged in at the time of the incident in question.
       Captain Disler is licensed by the U.S. Coast Guard in the dual capacity of Ocean
       Master and Chief Engineer. He has extensive work experience as Master and Chief
       Engineer aboard a wide variety of commercial work vessels, especially along the

South Texas coast. Please refer to the Report of Mr. Disler, document nos. MA000598-MA000607 and the CV of Mr. Disler, document nos. MA000608-MA000613, which are attached to Third Amended Initial Disclosures of William E. Kimbrell, Claimant.

104. Lynn Dixon
DPS Diver
Austin, TX
Recovered Rivas vehicle, leader of DPS dive team

105. Dorothy & Jerry Dolittle
Los Fresnos, Texas
These witnesses may have knowledge of Chealsa Louise Welch & Jacqueline Paddock Golterman's relationship

106. E. R. Donaldson
American Commercial Barge Line LLC
P. O. Box 610
1701 Utika Pike
Jeffersonville, Indiana 47130-4717
(812) 288-0100
Served as Vice-President for ACBL during the time period 1992 - present

107. Willeen Donnell
This witness may have knowledge of Chealsa Louise Welch & William E. Kimbrell's relationship

108. William R. Edwards, III
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 2100 (78470)
P.O. Box 480
Corpus Christi, TX 78403-0480
(361) 698-7600
Attorney for Claimant, William Kimbrell

109. Jody R. Ellington, P.E.
Pharr District Bridge Engineer
Texas Department of Transportation
P.O. Box 1717
Pharr, Texas 78577-1717

Mr. Ellington may testify regarding the opinions set forth in his report. Please refer to the Memorandum of Jody R. Ellington, P.E., document nos. TX000018-TX000025 and the CV of Jody R. Ellington, document nos. TX000026-TX000029 which are attached to Third Amended Initial Disclosures of William E. Kimbrell, Claimant.

110. Captain Steve Ellis
    1016 Tarpon, #9
    Port Isabel, TX
    (956) 943-4525
    Captain Ellis has knowledge of the circumstances surrounding the accident

111. Randy Elmore
    367 Shaver Rd.
    Aransas Pass, TX 78336
    (361) 758-2408
    Mr. Elmore was a mechanic who was onboard the Brown Water V prior to the incident. His employer is Brown Water Marine Service, Inc. Mr. Elmore is a mechanic who made repairs on throttle or gears on Brown Water V prior to incident

112. Frank Enriquez
    Law Offices of Frank Enriquez
    4200-B North Bicentennial
    McAllen, TX 78504
    (956) 686-5291
    Attorney for Claimants, Robert Espericueta, Alberto Leroy Moya, Rolando Lee Mora and Antonio Salinas, Jr.

113. J. Ermer
    American Commercial Barge Line LLC
    P. O. Box 610
    1701 Utika Pike
    Jeffersonville, Indiana 47130-4717
    (812) 288-0100
    Served on Board of Directors for ACL during the time period 1992 - present

114. Carlos Escobar
    J.A. Magallanes
    Magallanes, Hinojosa & Mancias, P.C.
    1713 Boca Chica Blvd.
    P.O. Box 4901

Brownsville, TX 78520
(956) 544-6571
(956) 544-4290 fax
Attorneys for Laguna Madre Water District of Port Isabel

115.   Robert Espericueta
RR 25 Box 1170
Mission, TX 78572
(956) 519-8382
c/o Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, TX 78504
(956) 686-5291
Witness

116.   Robert and Virginia Fandrich
5101 Verdi Way
Stockton, CA 95207
(209) 478-4135
Claimants

117.   Veronica Farias
Law Office of Veronica Farias
2845 Boca Chica Blvd.
Brownsville, TX 78521
(956) 546-1537
(956) 546-2234 fax
Attorney / Ad Litem for Minor Claimant, William Welch

118.   James Franklin Farley
8904 Lippincott
Louisville, KY 40222
Employee of ACBL who has knowledge of relevant facts. Served as Vice-President
for ACBL during the time period 1992 - present.  Was also involved in Marketing
Services & Transportation Services for ACBL.  Please see his deposition testimony
taken in this case.

119.   Lt. D.J. Fassero
       Commanding Officer
       Freedom of Information Coordinator
       United States Coast Guard
       Marine Safety Office
       400 Mann St. # 210
       Corpus Christi, TX 78401
       (361) 888-3162

120.   Max Fernandez
       KRGV - TV Channel 5
       900 E. Expressway 83
       Weslaco, TX 78596
       (956) 968-5555
       Reporter

121.   Fire Marshall and Custodian of Records
       Port Isabel Fire Department
       204 Musina
       Port Isabel, Texas 78578
       (956) 943-3523
       Knowledge of facts and circumstances surrounding the investigation of the accident
       made the basis of this accident.  It is reasonably anticipated that the custodian of
       records will testify that the records are under the supervision, custody and control of
       the custodian of records, that such records were kept in that regular course of
       business.

122.   E. Fitsimmons
       American Commercial Barge Line LLC
       P. O. Box 610
       1701 Utika Pike
       Jeffersonville, Indiana 47130-4717
       (812) 288-0100
       Served on Board of Directors for ACL during the time period 1992 - present

123.   Cliff Fleming
       721 Palm Blvd.
       Laguna Vista, TX
       Phone Number Unknown
       Mr. Fleming has knowledge of the circumstances surrounding the accident

124. L. L. Fleming
American Commercial Barge Line LLC
P. O. Box 610
1701 Utika Pike
Jeffersonville, Indiana 47130-4717
(812) 288-0100
Served as Assistant Secretary for ACL & ACBL during the time period 1992 - present

125. Colleen Forster
5652 Pinon Vista Dr.
Austin, TX 78724
(512) 933-9195
Potential Claimant

126. Captain David Dwayne Fowler
860 Debonair Dr.
Mobile, AL 36695
(334) 639-1747
David Fowler was at the wheel of the BROWN WATER V at the time of the accident.
His employer is Brown Water Marine Service, Inc. He has knowledge of the facts
and circumstances surrounding the incident which is made the subject of this
litigation.

127. J. M. Fox
American Commercial Barge Line LLC
P. O. Box 610
1701 Utika Pike
Jeffersonville, Indiana 47130-4717
(812) 288-0100
Served as Assistant Vice-President for ACBL during the time period 1992 - present

128. Captain James Franceschi
34 Sunburst Lane
Brownsville, TX 78520
(956) 546-6103
Captain Franceshi was piloting the Irini F out through the Brownsville Ship Channel
when he heard Brown Water V mayday call. He has knowledge of David Fowler's
radio conversations subsequent to the accident. Captain Franceshi also has
knowledge of the circumstances surrounding the accident and of previous groundings
in the channel area

129.  Victor Franco
      c/o Burns International Security Services
      Long Island, TX
      Address & Phone Number Unknown
      Mr. Franco has knowledge of the circumstances surrounding the accident

130.  John David Franz
      The Law Offices of John David Franz
      400 N. McColl
      McAllen, TX 78501
      (956) 686-3300
      (956) 686-3578 fax
      Attorney for Esteban Rivas and Miriam Rivas

131.  James A. Freeburg, Ed.D., P.C.
      Address & Phone Number Unknown
      Name taken from list of exhibits produced at the United States Coast Guard hearings

132.  G. L. Fuller
      American Commercial Barge Line LLC
      P. O. Box 610
      1701 Utika Pike
      Jeffersonville, Indiana 47130-4717
      (812) 288-0100
      Served as Vice-President for ACBL during the time period 1992 - present

133.  Carlos J. Galvan, Jr.
      105 Port Road
      Port Isabel, TX 78578
      (956) 943-2626
      Assistant Director of Operations of Laguna Madre Water District of Port Isabel. Has
      knowledge of the circumstances surrounding the accident and losses sustained by the
      Water District.

134.  Scott Gangel
      Port Isabel, Texas
      This witness may have knowledge of Chealsa Louise Welch & Jacqueline Paddock
      Golterman's relationship

135.  Gustavo Garcia
      6939 West Business 83
      Harlingen, TX
      Mr. Garcia has knowledge of the circumstances surrounding the accident

136.  Ramon Garcia
      Law Offices of Ramon Garcia, P.C.
      222 West University Dr.
      Edinburg, TX 78539
      (956) 383-7441
      Attorney for Claimants, Clarissa Hinojosa, Gaspar Hinojosa, II, Omar Hinojosa and
      Raquel Hinojosa

137.  R. L. Gardner
      American Commercial Barge Line LLC
      P. O. Box 610
      1701 Utika Pike
      Jeffersonville, Indiana 47130-4717
      (812) 288-0100
      Served as Vice-President for ACBL during the time period 1992 - present

138.  Mr. Elijio Garza, Area Engineer
      United States Army Corps of Engineers
      1920 N. Chaparral Street
      Corpus Christi, TX 78401
      (361) 884-3385
      Mr. Garza may testify regarding the opinions that he rendered in his testimony during
      the United States Coast Guard hearing into the casualty.  His testimony is at Vol. II,
      pp. 118-146.

139.  Juan Garza
      Port Isabel Fire Department
      204 Musina
      Port Isabel, Texas 78578
      (956) 943-3523
      Personnel at call / Assisted in rescue of vehicles/victims

140.  Sylvia S. Garza
      Tropical Texas Center for Mental Health and Mental Retardation
      1242 North 77 Sunshine Strip
      Harlingen, TX 78550
      (956) 423-8094
      Secretary

141.    Toribio Garza, Jr., P.E.
        Director of Maintenance
        Texas Department of Transportation
        P.O. Box 1717
        Pharr, Texas 78577-1717
        Mr. Garza may testify regarding the opinions set forth in his report.  Please refer to
        the Memorandum of Toribio Garza, Jr., document nos. TX000030-TX000035, and
        the CV of Mr. Garza, document nos. TX000036-TX000037, which are attached to
        Third Amended Initial Disclosures of William E. Kimbrell, Claimant.

142.    J. Chad Gauntt
        Gauntt & Kruppstadt, L.L.P.
        9004 Forest Crossing Drive, Suite C
        Springs, TX 77381
        (281) 367-6555
        (281) 367-3705 fax
        Attorney for Esteban Rivas and Miriam Rivas

143.    General Electric Capital Corp.
        c/o Les Cassidy
        Woolsey & Cassidy, P.C.
        1020 Bank of America
        500 N. Water St. #1020
        Corpus Christi, TX 78471
        (361) 887-2969

144.    Cliff Gerrard
        Independence Plumbers of South Texas
        8602 Robindell Dr.
        Houston, TX 77074
        (713) 484-6842
        Claimant

145.    Jack F. Gilbert
        Margie Manzano Corbett
        Office of the Attorney General
        Transportation Division
        P.O. Box 12548
        Austin, TX 78711-2548
        (512) 463-2004
        Represents the State of Texas and Texas Department of Transportation

146.   Dolores Goette
       410 Morris St.
       Laguna Vista, TX
       Phone Number Unknown
       Ms. Goette has knowledge of the circumstances surrounding the accident

147.   Captain Henry or Harry Goette
       410 Morris St.
       Laguna Vista, TX
       Phone Number Unknown
       Captain Goette has knowledge of the circumstances surrounding the accident

148.   David Golterman
       807 Palm
       Laguna Vista, TX 78578
       Husband of Jacqueline Paddock Golterman

149.   Jacqueline Paddock Golterman
       807 Palm
       Laguna Vista, TX 78578
       Please refer to the deposition of Jacqueline Paddock Golterman.

150.   Carlos Gonzalez, Jr.
       Port Isabel Fire Department
       204 Musina
       Port Isabel, Texas 78578
       (956) 943-3523
       Personnel at call / Assisted in rescue of vehicles/victims

151.   Gabe Gonzalez
       Port Isabel Fire Department
       204 Musina
       Port Isabel, Texas 78578
       (956) 943-3523
       Personnel at call / Assisted in rescue of vehicles/victims

152.   Jacinto Gonzalez and Custodian of Records
       Game Warden IV
       Texas Parks & Wildlife Dept.
       805 W. Price
       Brownsville, TX 78521
       (956) 546-1952
       Knowledge of facts and circumstances surrounding the investigation of the accident
       made the basis of this accident. It is reasonably anticipated that the custodian of
       records will testify that the records are under the supervision, custody and control of
       the custodian of records, that such records were kept in that regular course of
       business.

153.   Nena Gonzalez
       2100 N. Minnesota
       Brownsville, Texas 78521
       Mrs. Gonzalez met Esteban Rivas and will testify as to his personality, character and
       his love for his family.

154.   Glenn G. Goodier
       Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
       201 Saint Charles Avenue, 48th Floor
       New Orleans, LA 70170-5100
       (504) 582-8174
       (504) 582-8010 fax
       Attorneys for American Commercial Barge Lines

155.   P. Goodwin
       American Commercial Barge Line LLC
       P. O. Box 610
       1701 Utika Pike
       Jeffersonville, Indiana 47130-4717
       (812) 288-0100
       Served on Board of Directors for ACL during the time period 1992 - present

156.   P. R. Goodwin
       American Commercial Barge Line LLC
       P. O. Box 610
       1701 Utika Pike
       Jeffersonville, Indiana 47130-4717
       (812) 288-0100
       Served on Board of Directors for ACL during the time period 1992 - present

157. Bridgette Goza
310 Monroe
P.O. Box 13375
Port Isabel, TX 78578
(956) 943-7952
c/o Mr. Ray R. Marchan
Watts Law Firm, LLP
1926 Elizabeth
Brownsville, TX 78520
(956) 544-0500
(956) 541-0255 fax
Claimant

158. Edward Grafwallnes
Fire Chief
Los Fresnos Volunteer Fire Department
200 N. Brazil
Los Fresnos, TX 78566
or
P.O. Box 777
Los Fresnos, TX 78566
(956) 233-4751
Personnel at call / Assisted in rescue of vehicles/victims, Custodian of Records
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this accident.  It is reasonably anticipated that the custodian of
records will testify that the records are under the supervision, custody and control of
the custodian of records, that such records were kept in that regular course of
business.

159. Billy & Norma Gray
44 Saqua Ct.
Brownsville, TX 78521
(956) 546-6362
Lived with Esteban Rivas.  They have knowledge of his personality, character and
familial relationship

160. R. B. Greenwell
American Commercial Barge Line LLC
P. O. Box 610

1701 Utika Pike
Jeffersonville, Indiana 47130-4717
(812) 288-0100
Served as Vice-President for ACBL during the time period 1992 - present

161. CWO Grodecki
Address & Phone Number Unknown
Name taken from list of exhibits produced at the United States Coast Guard hearings;
Had an interview with Captain David Fowler on 09/17/01

162. Geneva Grooms
This witness may have knowledge of Chealsa Louise Welch & William E. Kimbrell's
relationship

163. Mark Guillot
5705 Laguna Circle South, #202
South Padre Island, TX
Phone Number Unknown
Mr. Guillot has knowledge of the circumstances surrounding the accident

164. E. A. Haberli
American Commercial Barge Line LLC
P. O. Box 610
1701 Utika Pike
Jeffersonville, Indiana 47130-4717
(812) 288-0100
Served on Board of Directors for ACL during the time period 1992 - present

165. F. J. Haendiges
American Commercial Barge Line LLC
P. O. Box 610
1701 Utika Pike
Jeffersonville, Indiana 47130-4717
(812) 288-0100
Served as Vice-President & Treasurer for ACL & ACBL during the time period 1992
- present.

166.  Michael C. Hagan
      American Commercial Barge Line LLC
      P. O. Box 610
      1701 Utika Pike
      Jeffersonville, Indiana 47130-4717
      (812) 288-0100
      Served as President; Chief Operating Officer; Board of Directors for ACL & ACBL
      during the time period 1992 - present.  Also served as Chief Executive Officer for
      ACBL during the time period 1992 - present.

167.  Joe Hargiss
      Hargiss Marine Service
      P.O. Box 1272
      Henderson, Kentucky 42419-1272
      (270) 826-2388
      Retained expert for American Commercial Lines, LLC, et al
      Mr. Hargiss is the expert surveyor who has information about the damages to the
      Barge NM-315 and the value of all four barges

168.  Harlingen EMS and Custodian of Records
      1705 Vermont Street
      Harlingen, Texas 78550 or
      P.O. Box 533668
      Harlingen, Texas 78553
      (956) 864-2711
      Knowledge of facts and circumstances surrounding the accident made the basis of this
      accident.  It is reasonably anticipated that the custodian of records will testify that the
      records are under the supervision, custody and control of the custodian of records, that
      such records were kept in that regular course of business.

169.  Harlingen Fire Department and Custodian of Records
      3510 E. Grimes
      Harlingen, Texas 78550
      (956) 427-8885
      Personnel at call / Assisted in rescue of vehicles/victims
      Knowledge of facts and circumstances surrounding the investigation of the accident
      made the basis of this accident.  It is reasonably anticipated that the custodian of
      records will testify that the records are under the supervision, custody and control of
      the custodian of records, that such records were kept in that regular course of
      business.

170.    Richard Leo Harrell
        The Edwards Law Firm, L.L.P.
        802 N. Carancahua, Suite 2100 (78470)
        P.O. Box 480
        Corpus Christi, TX 78403-0480
        (361) 698-7600
        Attorney for Claimant, William Kimbrell

171.    Anita Harris
        c/o Mr. Heriberto Medrano
        Law Offices of Heriberto Medrano
        1101 West Tyler
        Harlingen, TX 78550
        (956) 428-2412
        Claimant

172.    Daisy Harris
        Address and telephone number unknown
        Claimant

173.    M. L. Harris
        American Commercial Barge Line LLC
        P. O. Box 610
        1701 Utika Pike
        Jeffersonville, Indiana 47130-4717
        (812) 288-0100
        Served as Senior Vice-President for ACBL during the time period 1992 - present

174.    Robert Victor Harris
        99 Avalon Dr.
        Brownsville, TX
        (956) 542-6105
        Victim of Queen Isabella Bridge Collapse

175.    Jim S. Hart
        Williams Bailey Law Firm, L.L.P.
        8441 Gulf Freeway, Suite 600
        Houston, TX 77017
        (713) 230-2200
        Attorney for Claimant, Hector Martinez, Sr.

176.   Earl Hatfield
       Earl Hatfield Marine Surveyor
       P.O. Box 460461
       Houston, Texas 77056-8461
       (713) 668-0554
       Retained expert for American Commercial Lines, LLC, et al
       Mr. Hatfield may testify regarding the opinions set forth in his survey reports and
       related matters. Mr. Hatfield is an expert marine surveyor.

177.   Barbara J. Hausman, M.T. (ASCP) and Custodian of Records
       Valley Regional Medical Center
       Pathology Department
       100 A. Alton Gloor
       Brownsville, TX 78526
       (956) 350-7000
       Lab Director
       Doctor - Knowledge of facts and circumstances surrounding the medical examination
       and treatment of Claimant for injuries sustained as a result of the accident made the
       basis of this lawsuit. All medical providers are expected to testify as to history,
       examination, treatment, diagnosis, prognosis and causation as related to Claimant's
       injuries that form the basis of this suit. Additionally, Claimant may introduce all the
       health care provider's medical records through a qualified custodian of records.
       Custodian of Records - Knowledge of facts and circumstances surrounding the
       medical and financial records pertaining to Claimant for injuries sustained as a result
       of the accident made the basis of this lawsuit. It is reasonably anticipated that the
       custodian of records will testify that the medical and records are under the
       supervision, custody and control of the custodian of records, that such records were
       kept in that regular course of business, and that the medical expenses incurred are
       reasonable and necessary.

178.   LT Robert L. Helton
       Address & Phone Number Unknown
       Name taken from list of exhibits produced at the United States Coast Guard hearings;
       Had an interview with Captain David Fowler on 09/17/01

179.  S. L. Hendricks
      American Commercial Barge Line LLC
      P. O. Box 610
      1701 Utika Pike
      Jeffersonville, Indiana 47130-4717
      (812) 288-0100
      Served as Assistant Secretary for ACL during the time period 1992 - present

180.  S. Henrichs
      American Commercial Barge Line LLC
      P. O. Box 610
      1701 Utika Pike
      Jeffersonville, Indiana 47130-4717
      (812) 288-0100
      Served as Assistant Secretary for ACBL during the time period 1992 - present

181.  E. W. Herde
      American Commercial Barge Line LLC
      P. O. Box 610
      1701 Utika Pike
      Jeffersonville, Indiana 47130-4717
      (812) 288-0100
      Served as Assistant Secretary for ACL & ACBL during the time period 1992 - present

182.  Art Hernandez
      Port Isabel Fire Department
      204 Musina
      Port Isabel, Texas 78578
      (956) 943-3523
      Personnel at call / Assisted in rescue of vehicles/victims

183.  Eduardo "Eddie" Hernandez
      105 Port Road
      Port Isabel, TX 78578
      (956) 943-2626
      General Manager of Laguna Madre Water District of Port Isabel has knowledge of the
      circumstances surrounding the accident and losses sustained by the Water District.
      Mr. Hernandez also has information of the utility service provided to South Padre
      Island as result of the collision made the basis of this suit.

184.  R. P. Herre
      American Commercial Barge Line LLC
      P. O. Box 610
      1701 Utika Pike
      Jeffersonville, Indiana 47130-4717
      (812) 288-0100
      Served as Division President for ACL during the time period 1992 - present

185.  Clarissa Hinojosa
      3318 Crestmeadow
      Corpus Christi, TX 78415
      (361) 225-2866
      Claimant

186.  Gaspar Hinojosa
      214 W. Ave. B
      Kingsville, TX
      Victim of Queen Isabella Bridge collapse

187.  Gaspar Hinojosa, II
      c/o Julian Rodriguez, Jr.
      Attorney at Law
      100 W. Pecan
      McAllen, TX 78501
      (956) 682-8801;
      Ramon Garcia
      Law Offices of Ramon Garcia, P.C.
      222 West University Dr.
      Edinburg, TX 78539
      Claimant

188.  Martin Hinojosa
      1409 E. Kleberg
      Kingsville, TX 78363
      (361) 516-1676
      c/o Julian Rodriguez, Jr.
      Attorney at Law
      100 W. Pecan
      McAllen, TX 78501
      (956) 682-8801
      Claimant