189.  Omar Hinojosa
      c/o Julian Rodriguez, Jr.
      Attorney at Law
      100 W. Pecan
      McAllen, TX 78501
      (956) 682-8801;
      Ramon Garcia
      Law Offices of Ramon Garcia, P.C.
      222 West University Dr.
      Edinburg, TX 78539
      Claimant

190.  Raquel Teran Hinojosa
      Rt 1 Box 331
      Rio Hondo, TX 78583
      (956) 748-3107
      c/o Julian Rodriguez, Jr.
      Attorney at Law
      100 W. Pecan
      McAllen, TX 78501
      (956) 682-8801;
      Ramon Garcia
      Law Offices of Ramon Garcia, P.C.
      222 West University Dr.
      Edinburg, TX 78539
      Claimant

191.  Rita Hinojosa a/k/a Maria Rita Saenz
      1409 E. Kleberg
      Kingsville, TX 78363
      (361) 516-1676
      c/o Julian Rodriguez, Jr.
      Attorney at Law
      100 W. Pecan
      McAllen, TX 78501
      (956) 682-8801
      Claimant

192.   W. Lamoine Holland
       Law Office of W. Lamoine Holland
       1920 Nacogdoches Rd., Suite 100
       San Antonio, TX 78209
       (210) 824-7474
       Attorney for Claimant, Dimas Mora

193.   Patrick D. Hoessle
       4416 Creekstone Blvd.
       Jefferson, Indiana
       or
       P. O. Box 610
       Jefferson, Indiana 47130-4717
       Phone Number Unknown
       ACBL dispatcher who has information about the dispatching of the barges in
       question.  Please see his deposition taken in this case.

194.   G. N. Hotz
       American Commercial Barge Line LLC
       P. O. Box 610
       1701 Utika Pike
       Jeffersonville, Indiana 47130-4717
       (812) 288-0100
       Served as Assistant Vice-President for ACBL during the time period 1992 - present.
       Was also involved in Safety & Risk Management for ACBL.

195.   R. L. Huber
       American Commercial Barge Line LLC
       P. O. Box 610
       1701 Utika Pike
       Jeffersonville, Indiana 47130-4717
       (812) 288-0100
       Served on Board of Directors for ACL during the time period 1992 - present

196.   Stan Hulse
       This witness may have knowledge of Chealsa Louise Welch & Jacqueline Paddock
       Golterman's relationship

197.   James H. Hunter, Jr.
       Keith N. Uhles
       Royston, Rayzor, Vickory & Williams, L.L.P.
       55 Cove Circle
       Brownsville, TX 78521
       (956) 542-4377
       Attorneys for Petitioners, Brown Water Towing I, Inc. and Brown Water Marine
       Service, Inc.

198.   Pastor Hyde
       Assembly of God
       Port Isabel, Texas
       Married Barry & Chealsa Welch

199.   Reverent Stephen Hyde
       Lighthouse Assembly of God Church
       10 Port Road
       Port Isabel, Texas 78578
       (956) 943-5372
       Disclosed by Roberto Espericueta as an expert who will testify concerning mental
       anguish.

200.   Jeff Ingram
       Address & Phone Number Unknown
       Name taken from list of exhibits produced at the United States Coast Guard hearings

201.   Norman "Sonny" Ivey
       200 Richmond Dr. East
       Mandeville, LA 70448
       American Commercial Barge Line LLC
       P. O. Box 610
       1701 Utika Pike
       Jeffersonville, Indiana 47130-4717
       (812) 288-0100
       Employee of ACBL who has knowledge of relevant facts.  Served as Vice-President
       for ACBL during the time period 1992 - present.  Was also involved in Transportation
       Services (Gulf Coast) for ACBL.  Please see his deposition taken in this case.

202. D. D. Jahnke
American Commercial Barge Line LLC
P. O. Box 610
1701 Utika Pike
Jeffersonville, Indiana 47130-4717
(812) 288-0100
Served as Assistant Vice-President for ACBL during the time period 1992 - present.
Was also involved in Marketing Services (Grain) for ACBL.

203. Port Isabel - San Benito Navigation District
Brian G. Janis
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 N. Expressway 83
Brownsville, TX 78521-2284
(956) 546-3731
(956) 546-3766

204. D. D. Jaworski
American Commercial Barge Line LLC
P. O. Box 610
1701 Utika Pike
Jeffersonville, Indiana 47130-4717
(812) 288-0100
Served as Assistant Vice-President for ACBL during the time period 1992 - present.
Was also involved in Marketing Services (Liquid) for ACBL.

205. Stewart Jenkins
Address & Phone Number Unknown
Name taken from list of exhibits produced at the United States Coast Guard hearings

206. Charles Johnson
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 2100 (78470)
P.O. Box 480
Corpus Christi, TX 78403-0480
(361) 698-7600
Investigator

207.  Dennis Johnston
      4200 Smith School Rd.
      Austin, TX 78744
      (512) 389-4624
      Custodian of Records - Texas Parks & Wildlife Dept.

208.  Peter L. Kazunas
      American Commercial Barge Line LLC
      P. O. Box 610
      1701 Utika Pike
      Jeffersonville, Indiana 47130-4717
      (812) 288-0100
      or
      1701 E. Market St.
      Jefferson, Indiana 47130
      or
      14105 Lang Card Place
      Louisville, KY 40245
      (812) 288-1918
      Served as Vice-President for ACBL during the time period 1992 - present.  Was also
      involved in Logistics Services (Distribution) for ACBL.

209.  Wendy Keener
      517 Florence Dr.
      Albany, GA 31701
      (229) 420-3944
      This witness has knowledge of Chealsa Louise Welch & William E.  Kimbrell's
      relationship

210.  Mr. Kendall, Manager
      Town of South Padre Island
      P.O. Box 3410
      South Padre Island, TX 78597
      (956) 761-1025
      Mr. Kendall will have information of utility service provided to South Padre Island
      as a result of the collision made the basis for this lawsuit.

211.  KGBT - TV Channel 4 and Custodian of Records
      Attn: News Director
      9201 W. Expressway 83
      Harlingen, TX 78552
      (956) 366-4444
      News station that covered story - Knowledge of facts and circumstances surrounding
      the news reporting/footage of the causeway collapse accident made the basis of this
      accident. It is reasonably anticipated that the custodian of records will testify that the
      records are under the supervision, custody and control of the custodian of records, that
      such records were kept in that regular course of business.

212.  KGBT - Channel 5 and Custodian of Records
      East Expressway 83
      Weslaco, Texas 78598
      (956) 428-5555
      News station that covered story - Knowledge of facts and circumstances surrounding
      the news reporting/footage of the causeway collapse accident made the basis of this
      accident. It is reasonably anticipated that the custodian of records will testify that the
      records are under the supervision, custody and control of the custodian of records, that
      such records were kept in that regular course of business.

213.  KNVO Univision - Channel 48 and Custodian of Records
      801 N. Jackson
      McAllen, Texas 78501
      (956) 687-4848
      News station that covered story - Knowledge of facts and circumstances surrounding
      the news reporting/footage of the causeway collapse accident made the basis of this
      accident. It is reasonably anticipated that the custodian of records will testify that the
      records are under the supervision, custody and control of the custodian of records, that
      such records were kept in that regular course of business.

214.  Michael A. Khouri
      American Commercial Barge Line LLC
      P. O. Box 610
      1701 Utika Pike
      Jeffersonville, Indiana 47130-4717
      (812) 288-0100
      or
      11312 Bodley
      Louisville, KY 40223

(502) 244-2630
Served as Senior Vice-President, General Counsel & Secretary for ACL & ACBL
during the time period 1992 - present.  Also served on Board of Directors for ACBL
during the time period 1992 - present.  Was also involved in Transportation Services
& Legal Dept. for ACBL.

215.  Andy & Peggy Kimbrell
       Kingsville, Texas
       These witnesses have knowledge of Chealsa Louise Welch & William E. Kimbrell's
       relationship.

216.  Cheyenne Kimbrell
       1214 Seneca St.
       Buffalo, NY 14210
       (716) 824-5466
       Sister to Chealsa Louise Welch

217.  William Eugene & Krystyna Kimbrell
       1214 Seneca St.
       Buffalo, N.Y.  14210
       (716) 824-5466
       c/o Richard Leo Harrell
       The Edwards Law Firm, L.L.P.
       802 N. Carancahua, Suite 2100 (78470)
       P.O. Box 480
       Corpus Christi, TX 78403-0480
       (361) 698-7600
       Father and stepmother of Chealsa Louise Welch.  These witnesses have knowledge
       of the relationship between themselves and Chealsa Louise Welch.

218.  C. W. Kinzler
       American Commercial Barge Line LLC
       P. O. Box 610
       1701 Utika Pike
       Jeffersonville, Indiana 47130-4717
       (812) 288-0100
       Served as Assistant Vice-President for ACBL during the time period 1992 - present.
       Was also involved in Transportation Services (Gulf Coast & River) for ACBL.

219.  M. E. Kleopjel
      American Commercial Barge Line LLC
      P. O. Box 610
      1701 Utika Pike
      Jeffersonville, Indiana 47130-4717
      (812) 288-0100
      Served as Vice-President for ACBL during the time period 1992 - present

220.  KNVO - TV 48 Univision
      Attn: News Director
      801 N. Jackson Rd.
      McAllen, TX 78501
      (956) 687-7784
      News station that covered story

221.  George C. Kraehe
      Willette & Guerra, L.L.P.
      3505 Boca Chica Blvd., Suite 460
      Brownsville, TX 78521
      (956) 541-1846
      (956) 541-1893 fax
      Attorney for Cameron County

222.  KRGV - TV Channel 5
      900 E. Expressway 83
      Weslaco, TX 78596
      (956) 968-5555
      News station that covered story

223.  Duane Krohn
      American Commercial Barge Line LLC
      P. O. Box 610
      1701 Utika Pike
      Jeffersonville, Indiana 47130-4717
      (812) 288-0100
      ACBL Risk Analyst who has information about the valuation of the barges and the
      pending freight, as well as the damages to the Barge NM-315 and damages sustained
      by ACBL

224. La Feria Contractors, Inc.
P.O. Box 1028
La Feria, TX 78559
(956) 797-2231
Contractor of Southwestern Bell Telephone who was hired to assist in restroation of telephone service after bridge collapse

225. Laguna Madre Water District of Port Isabel
c/o Mr. J.A. Magallanes
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Cica
P.O. Box 4901
Brownsville, TX 78520
(956) 544-6571
Claimant

226. Captain Gary Phillip Langley
Wagoner, Oklahoma
Captain Langley was the relief captain on board the tug boat Bruce Bordelon at the time of the accident.  He has knowledge of the circumstances surrounding the accident.  Please refer to the deposition of Gary P. Langley

227. Harvey "Scooter" Larsen
c/o Will W. Pierson
Royster Rayzor
Jack C. Partridge
Royston, Rayzor, Vickery & Williams, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua, Suite 1700
(361) 884-8808
Corpus Christi, TX 78476
Mr. Larsen has been in the Operations Dept. for Brown Water Marine Service, Inc. and Brown Water Towing I, Inc. since 1-1-97.  He has knowledge of some of the facts and circumstances surrounding the incident in question.

228. Sandra D. Laurel
Snow & Laurel, L.L.P.
310 West Sunset
San Antonio, TX 78209

(210) 344-6600
(210) 820-0019 fax
Attorney for Daisy Harris, Administrator for the Estate of Robert Victor Harris

229. S. G. Lawler
American Commercial Barge Line LLC
P. O. Box 610
1701 Utika Pike
Jeffersonville, Indiana 47130-4717
(812) 288-0100
Served as Vice-President & Treasurer for ACL during the time period 1992 - present

230. Carol Leavell
c/o William Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
P.O. Box 2206
Victoria, TX 77902-2206
(361) 575-6764
Claimant; Individually and As Representative of the Estate of Robin Fay Leavell

231. Richard Leavell
c/o William Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
P.O. Box 2206
Victoria, TX 77902-2206
(361) 575-6764
Claimant; Individually and As Representative of the Estate of Robin Fay Leavell

232. Lt. D. Lompra and Custodian of Records
Harlingen Fire Department
3510 Grimes
Harlingen, TX 78550
(956) 427-8885
Personnel at call / Assisted in rescue of vehicles/victims
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the records are under the supervision, custody and control of the custodian of records, that such records were kept in that regular course of business.

233. Long Island Bridge Company
c/o John R. Freeland
806 Pecan
McAllen, TX 78501
(956) 943-1622
Employees of Long Island Bridge Company witnessed the four barges and tug pass under the bridge immediately prior to the accident. They also have knowledge of the configuration of barges passing through the area and of the circumstances surrounding the accident

234. Long Island Village Owners Association
950 S. Garcia, # 368
South Padre Island, TX 78578

235. Judge Elia Cornejo Lopez
Judge for Jacqueline Paddock Golterman regarding probate and custody hearing for William B. Welch

236. Megdalia Lopez
Rio Grande State Center
1401 Rangerville Rd.
Harlingen, TX 78550
(956) 425-8900
Magistrate

237. Los Fresnos Volunteer Fire Department and Custodian of Records
200 N. Brazil
Los Fresnos, TX 78566
or
P.O. Box 777
Los Fresnos, TX 78566
(956) 233-4751
Personnel at call / Assisted in rescue of vehicles/victims
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the records are under the supervision, custody and control of the custodian of records, that such records were kept in that regular course of business.

238.   Audra Lynn
       KRGV - TV Channel 5
       900 E. Expressway 83
       Weslaco, TX 78596
       (956) 968-5555
       Reporter

239.   Barry Mabry
       Ernest & Young, LLP
       3900 One Shell Square
       701 Poydras Street
       New Orleans, Louisiana 70139
       Retained expert for American Commercial Lines, LLC, et al
       Mr. Mabry is a certified public accountant, certified fraud examiner and is hired to
       audit and perform a financial analysis of the claim made by the State of Texas.

240.   C. B. Maddox
       American Commercial Barge Line LLC
       P. O. Box 610
       1701 Utika Pike
       Jeffersonville, Indiana 47130-4717
       (812) 288-0100
       Served as Assistant Secretary for ACL & ACBL during the time period 1992 - present

241.   James B. Manley
       Attorneys at Law
       3616 Preston Road
       Pasadena, TX 77505
       (713) 450-3737
       Attorney for William Morris Welch

242.   Ray R. Marchan
       Watts Law Firm, LLP
       1926 Elizabeth
       Brownsville, TX 78520
       (956) 544-0500
       (956) 541-0255 fax
       Attorney for Plaintiffs, Lydia Zamora, Gustavo Mireles, Bigo's International, Esteban
       F. Rivas and Maria Miriam Rivas, Bridgette Goza and Jacqueline Paddock

243. Dan J. Markquitz
American Commercial Barge Line LLC
P. O. Box 610
1701 Utika Pike
Jeffersonville, Indiana 47130-4717
(812) 288-0100
Served as Senior Vice-President for ACBL during the time period 1992 - present.
Was also involved in Marketing Services for ACBL.

244. Arturo Martinez
105 Port Road
Port Isabel, Texas 78578
(956) 943-2626
Acting General Manager of Laguna Madre Water District of Port Isabel has
knowledge of the circumstances surrounding the accident and losses sustained by the
Water District.

245. Hector Martinez
P.O. Box 212
Port Isabel, TX 78578
(956) 943-5118
Claimant

246. Hector Martinez, Sr.
c/o Jim S. Hart
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, TX 77017
(713) 230-2200
Claimant; Father of Hector Martinez, Jr.

247. Jenny Martinez
KRGV - TV Channel 5
900 E. Expressway 83
Weslaco, TX 78596
(956) 968-5555
Custodian of Records

248.  Laura Martinez
      Aaron & Quirk
      901 N.E. Loop 1410, Suite 903
      San Antonio, TX 78209-1307
      (210) 820-0211
      (210) 820-0214 fax
      Subrogation Assistant

249.  Rene & Frank Mata
      c/o Mr. Raymond Thomas
      Mr. Andres Gonzalez
      Kittleman, Thomas, Ramirez, & Gonzales
      4900-B N. 10th Street
      McAllen, TX 78504
      (956) 686-8797
      Claimants

250.  G. Mayberry
      Harlingen Fire Department
      3510 E. Grimes
      Harlingen, Texas 78550
      (956) 427-8885
      Operator

251.  R. E. Mayberry, Jr.
      American Commercial Barge Line LLC
      P. O. Box 610
      1701 Utika Pike
      Jeffersonville, Indiana 47130-4717
      (812) 288-0100
      Served on Board of Directors for ACL during the time period 1992 - present

252.  McCaleb Funeral Home
      Funeral Director and Custodian of Records and Bills
      P.O. Box 236
      Weslaco, TX 78596
      (956) 968-7533
      Knowledge regarding funeral and burial expenses of Robin Faye Leavell

253.  John & Mary McCoy
      514 Brookside Pass
      Cedar Park, TX 78613
      (512) 331-5402
      Claimants

254.  Malcom G. McLaren
      McLaren Engineering Group
      100 Snake Hill Road
      P.O. Box 600
      West Nyack, NY 10994
      (845) 353-6400
      Retained expert for Brown Water

255.  William Q. McManus
      McManus & Crane, L.L.P.
      209 West Juan Linn
      P.O. Box 2206
      Victoria, TX 77902-2206
      (361) 575-6764
      (361) 575-8454 fax
      Attorney for Claimants, Rene Leavell and Carol Leavell, Individually and as
      Representatives of the Estate of Robin Faye Leavell, dec'd.

256.  Heriberto Medrano
      Law Offices of Heriberto Medrano
      1101 West Tyler
      Harlingen, TX 78550
      (956) 428-2412
      (956) 428-2495 fax
      Attorney for the Estate of Robert Harris

257.  Juan Medrano
      Port Isabel Fire Department
      204 Musina
      Port Isabel, Texas 78578
      (956) 943-3523
      Personnel at call / Assisted in rescue of vehicles/victims

258.  Daniel Mena
      105 Port Road
      Port Isabel, TX 78578
      (956) 943-2626
      Director of Finance of Laguna Madre Water District of Port Isabel.  Has knowledge
      of the circumstances surrounding the accident and losses sustained by the Water
      District.

259.  Romeo Miller
      3106 Barnes Bridge
      Dallas, TX 75228
      Phone Number Unknown
      Potential Claimant

260.  Lola Millon
      Sister of Jacqueline Paddock Golterman

261.  Gustavo Mireles
      c/o Mr. Ray R. Marchan
      Watts Law Firm, LLP
      1926 E. Elizabeth
      Brownsville, TX 78520
      (956) 544-0500
      Claimant

262.   J. Antonio Mireles
      c/o S. Mark Strawn
      Schirrmeister Ajamie, L.L.P.
      Pennzoil Place - South Tower
      711 Louisiana, Suite 2150
      Houston, TX 77002
      (713) 860-1600
      Claimants; As Personal Representative of the Estate of Julio Cesar Mireles

263.  Juan Antonio Mireles
      c/o S. Mark Strawn
      Schirrmeister Ajamie, L.L.P.
      Pennzoil Place - South Tower
      711 Louisiana, Suite 2150
      Houston, TX 77002
      (713) 860-1600
      Claimant; As Personal Representative of the Estate of Julio Cesar Mireles

264.    Soledad Gonzalez Mireles
        c/o S. Mark Strawn
        Schirrmeister Ajamie, L.L.P.
        Pennzoil Place - South Tower
        711 Louisiana, Suite 2150
        Houston, TX 77002
        (713) 860-1600
        Claimant; Mother of Julio Cesar Mireles

265.    Captain Joseph Mock
        P.O. Box 572
        Port Isabel, TX
        Phone Number Unknown
        Captain Mock has knowledge of the circumstances surrounding the accident

266.    R. J. Moon
        American Commercial Barge Line LLC
        P. O. Box 610
        1701 Utika Pike
        Jeffersonville, Indiana 47130-4717
        (812) 288-0100
        Served as Assistant Secretary for ACL & ACBL during the time period 1992 - present

267.    Dimas Mora
        c/o W. Lamoine Holland
        1920 Nacogdoches Rd., Suite 100
        San Antonio, TX 78209
        (210) 824-7474
        Claimant

268.    Gustavo Morales
        584 Jose Marti #207
        Brownsville, TX 78521
        or
        c/o Mr. Ray R. Marchan
        Watts Law Firm, L.L.P.
        1926 E. Elizabeth
        Brownsville, TX 78520
        (956) 544-0500
        Claimant

269.    Manuel Morales, Area Manager
        Eyemasters
        Valle Vista Mall
        Harlingen, TX
        (956) 428-7991
        Esteban Rivas worked at Eyemasters under the supervision of Mr. Morales. Mr.
        Morales will testify as to Esteban's work ethic, his personality and character.

270.    Ramon Moreno
        Rt. 3, Box 708 F
        Los Fresnos, TX
        (210) 824-7474
        Mr. Moreno has knowledge of the circumstances surrounding the accident

271.    Keith D. Morley
        Zurich North America
        3003 Summit Boulevard, Ste. 1800
        Atlanta, GA 30319
        (404) 851-3386
        Mr. Morley, as the insurance adjustor for Zurich North America assigned to handle
        the Brown Water account and the underlying litigation against Brown Water and
        American Commercial Barge Lines, should have information with respect to the
        insurance policy at issue, the underlying litigation, the assumption of the defense of
        American Commercial Barge Lines, the authorization for the filing of limitation of
        liability proceedings, and the execution of Letters of Undertaking.

272.    Clovis Morrison
        Morrison & Associates
        3117 Westerwood Drive
        Baton Rouge, Louisiana 70816
        (225) 291-7998
        Retained expert for Brown Water

273.    Stephen H. Mosher
        320 Cove Harbor
        P.O. Box 2205
        Rockport, TX 78381-2205
        (361) 729-3721
        or
        632 Deer Meadow Trail
        Valparaiso, IN 46385

(219) 548-8448
c/o Will W. Pierson
Royster Rayzor
Jack C. Partridge
Royston, Rayzor, Vickery & Williams, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua, Suite 1700
(361) 884-8808
Corpus Christi, TX 78476
Port Director for Burns Harbor Port of Indiana.  Mr. Mosher was the President of Operations for Brown Water Towing I, Inc. who has information about the Brown Water Companies' operations, the crew, the vessel, and certain events surrounding the incident in question.  He was also the Secretary, Treasurer and Director for Brown Water Marine Service, Inc.  Mr. Mosher was also in charge of Personnel, Health & Safety, Operations, Sales, Industry & Regulatory compliance and Insurance & Risk Management.  Please refer to the deposition of Stephen H. Mosher

274.   Alberto Leroy Moya
       4607 W. University Dr.
       Edinburg, TX 78539
       (956) 287-2140
       c/o Frank Enriquez
       Law Offices of Frank Enriquez
       4200-B North Bicentennial
       McAllen, TX 78504
       (956) 686-5291
       Witness

275.   Rolando Lee Moya
       6509 N. 8th #3
       Edinburg, TX 78539
       (956) 688-6480
       c/o Frank Enriquez
       Law Offices of Frank Enriquez
       4200-B North Bicentennial
       McAllen, TX 78504
       (956) 686-5291
       Witness

276. Dr. Donald Jay Mulkerne
Spring Hill Behavioral Health
100 Memorial Hospital Drive, Ste. 1-B
Mobile, AL 36608
(251) 340-0688
Dr. Mulkerne is Capt. David Fowler's treating psychologist and has knowledge of the impact of the accident regarding David Fowler's emotional and psychological well-being.

277. Charles & Darla Nathanson
23102 Botkins Rd.
Hockley, TX 77477
(210) 824-7474
Potential Claimant

278. Ricardo J. Navarro
Denton, Navarro & Bernal
222 East Van Buren, Ste. 405
Harlingen, TX 78550-6804
(956) 421-4904
(956) 421-3621 fax
Attorney for the Town of South Padre Island

279. Eddie Newman
c/o Will W. Pierson
Royster Rayzor
Jack C. Partridge
Royston, Rayzor, Vickery & Williams, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua, Suite 1700
(361) 884-8808
Corpus Christi, TX 78476
Vessel Captain for Brown Water V

280. Angel & Mark Norstnett or Nortess
323 Bahia
Port Isabell, TX
(956) 943-7113
These witnesses have knowledge of Chealsa Louise Welch & William E. Kimbrell's relationship

---

281.    Ben Nunez and Custodian of Records
        Brownsville Fire Department
        1010 E. Adams St.
        Brownsville, TX 78520
        (956) 546-3195
        Acting Fire Marshall, Custodian of Records - Brownsville Fire Department
        Knowledge of facts and circumstances surrounding the investigation of the accident
        made the basis of this accident. It is reasonably anticipated that the custodian of
        records will testify that the records are under the supervision, custody and control of
        the custodian of records, that such records were kept in that regular course of
        business.

282.    Benny Ochoa III and Custodian of Records
        Justice of the Peace
        313 Queen Isabella Blvd.
        P.O. Box 1563
        Port Isabel, TX 78578
        (956) 943-2520
        Certifier on death certificate of Robin Faye Leavell, also has knowledge of accident
        and cause of death of Robin Faye Leavell. Mr. Ochoa also certified on death
        certificate of Chealsa Louise Welch (Kimbrell) and has knowledge of accident and
        cause of death of Chealsa Louise Welch (Kimbrell).
        Knowledge of facts and circumstances surrounding the pronouncement of death of
        Claimants made the basis of this accident. It is reasonably anticipated that the
        custodian of records will testify that the records are under the supervision, custody
        and control of the custodian of records, that such records were kept in that regular
        course of business.

283.    Levy Paul Old
        1200 N. Magnolia, #26
        Rockport, TX 78382
        (361) 727-9165
        Mr. Old was a deck hand on board the BROWN WATER V at the time of the
        accident. His employer is Brown Water Marine Service, Inc. He claims to have been
        asleep in the wheelhouse prior to the allision. He may have knowledge of some of the
        facts and circumstances surrounding the incident in question.

284. Joe Ollinger
Trey Fredriksen
Captain Terry Girardot
Pilot Ralph Owens
Marine Resource

285. Walter Olmstead
U.S. Coast Guard

286. Ben Paddock
Ex-Husband of Jackie Paddock Golterman

287. Pat (Last name unknown)
United States Coast Guard
Person who notified Jacqueline Paddock Golterman about license plate found.

288. Juan Pedarza
Port Isabel Fire Department
204 Musina
Port Isabel, Texas 78578
(956) 943-3523
Personnel at call / Assisted in rescue of vehicles/victims

289. M. K. Pepper
American Commercial Barge Line LLC
P. O. Box 610
1701 Utika Pike
Jeffersonville, Indiana 47130-4717
(812) 288-0100
Served as Vice-President for ACBL during the time period 1992 - present

290. Francisco I. Perez, Ph.D.
Francisco I. Perez, Ph.D. and Associates, P.C.
6560 Fannin, Ste. 1224
Houston, Texas 77030
(713) 790-1225
Retained expert for Brown Water

291.   Chief Lenny Perez
       Brownsville Fire Department
       1010 E. Adams Street
       Brownsville, Texas 78520
       (956) 546-3195
       Personnel at call / Assisted in rescue of vehicles/victims

292.   Captain Nicholas E. Perugini
       National Oceanic and Atmospheric Administration
       Chief, Marine Chart Division
       Office of Coast Survey
       National Ocean Service, NOAA
       Silver Springs, MD
       Mr. Perugini may testify regarding the opinions that he rendered in his testimony
       during the United States Coast Guard hearing into the casualty.  His testimony is at
       Vol. II, pp. 8-196.

293.   K. W. Peters
       American Commercial Barge Line LLC
       P. O. Box 610
       1701 Utika Pike
       Jeffersonville, Indiana 47130-4717
       (812) 288-0100
       Served as Senior Vice-President for ACL & ACBL during the time period 1992 -
       present.  Also served on Board of Directors for ACBL during the time period 1992 -
       present

294.   Will W. Pierson
       Jack C. Partridge
       Royston, Rayzor, Vickery & Williams, L.L.P.
       1700 Wilson Plaza West
       606 N. Carancahua, Suite 1700
       (361) 884-8808
       Corpus Christi, TX 78476
       Attorneys for Petitioners, Brown Water Towing I, Inc. and Brown Water Marine
       Service, Inc.

295.   Port Isabel EMS and Custodian of Records
       305 E. Maxan
       Port Isabel, Texas 78578
       (956) 943-7829

Knowledge of facts and circumstances surrounding the emergency medical services of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the records are under the supervision, custody and control of the custodian of records, that such records were kept in that regular course of business.

296. Port Isabel Fire Department and Custodian of Records
204 Musina
Port Isabel, Texas 78578
(956) 943-3523
Personnel at call / Assisted in rescue of vehicles/victims
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the records are under the supervision, custody and control of the custodian of records, that such records were kept in that regular course of business.

297. Port Isabel Public Works
305 E. Maxan
Port Isabel, Texas 78578

298. Port Isabel-San Benito Navigation District
c/o Mr. Brian G. Janis and Custodian of Records
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, TX 78521-2284
(956) 546-3731
May have knowledge of the circumstances surrounding the accident.

299. Cheryl Powell
2415 E. Santa Gertrudus # 97
Kingsville, TX
(361) 516-1588
This witness has knowledge of Chealsa Louise Welch & William E. Kimbrell's relationship; Chealsa's cousin and daughter to Andy & Peggy Kimbrell

300. Andy Puente
Port Isabel Fire Department
204 Musina
Port Isabel, Texas 78578
(956) 943-3523
Personnel at call / Assisted in rescue of vehicles/victims

301. Daniel Pugh
     Telephone & Address Unknown
     Mr. Pugh has knowledge of the circumstances surrounding the accident

302. Jozannah Quintanilla
     KRGV - TV Channel 5
     900 E. Expressway 83
     Weslaco, TX 78596
     (956) 968-5555
     Reporter

303. Thomas E. Quirk
     Aaron & Quirk
     901 N.E. Loop 1410, Suite 903
     San Antonio, TX 78209-1307
     (210) 820-0211
     (210) 820-0214 fax
     Attorney for Allstate Insurance Co. - Bridgette M. Goza

304. R & G Construction
     c/o Geoffrey Amsel
     1010 N. St. Mary's #1403
     San Antonio, TX 78215
     (210) 886-4805
     Contractor of SWB Telephone who was hired to assist in restoration of telephone
     service after bridge collapse

305. Dan Reeves
     1806 Illinois
     Port Isabel, TX
     Phone Number Unknown
     Mr. Reeves has knowledge of the circumstances surrounding the accident

306. Reliance National Risk Specialists and Custodian of Records
     4 Penn Center Plaza
     Philadelphia, PA 19103
     or
     77 Water St.
     New York, NY 10005
     (212) 858-3600

Knowledge of facts and circumstances surrounding the insurance/policy of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the records are under the supervision, custody and control of the custodian of records, that such records were kept in that regular course of business.

307.  Esteban F. Rivas
      20307 Beigewood Lane
      Humble, TX 77338
      c/o John David Franz
      The Law Offices of John David Franz
      400 N. McColl
      McAllen, TX 78501
      and
      c/o J. Chad Gauntt
      Gauntt & Druppstadt, L.L.P.
      9004 Forest Crossing Drive, Suite C
      The Woodlands, TX 77381
      Claimant, father of Esteban Rivas; Individually and As Representative of the Estate of Esteban F. Rivas.  Mr. Rivas will testify as to the relationship with Esteban and the loss he has suffered as a result of Esteban's death.

308.  Francisco S. Rivas
      20307 Beigewood Ln.
      Humble, TX
      Victim of Queen Isabella Bridge collapse

309.  Maria Miriam Rivas
      c/o John David Franz
      The Law Offices of John David Franz
      400 N. McColl
      McAllen, TX 78501
      and
      c/o J. Chad Gauntt
      Gauntt & Druppstadt, L.L.P.
      9004 Forest Crossing Drive, Suite C
      The Woodlands, TX 77381
      Claimant, mother of Esteban Rivas; Individually and As Representative of the Estate of Esteban F. Rivas.  Mrs. Rivas will testify as to her relationship with Esteban and the loss she has suffered as a result of Esteban's death.

310. Trooper Adrian Rivera
     DPS
     Brownsville, Texas

311. Joe Rivera, County Clerk
     Cameron County Courthouse
     974 E. Harrison
     Brownsville, Texas 78520
     (956) 504-0066
     Knowledge of facts and circumstances surrounding the incident made the basis of this
     lawsuit.

312. Captain Russell Robinson
     c/o R & R Hi-Way Baitstand
     Port Isabel, TX
     (956) 943-6311
     Captain Robinson has knowledge of the circumstances surrounding the accident

313. Juan Rodriguez, Jr.
     ID No. 7928 / District 3C02
     Department of Public Safety
     Harlingen, TX
     Mr. Rodriguez is the investigating DPS Trooper who prepared the police report for
     this case. He has knowledge of the events causing the allision.

314. Julian Rodriguez, Jr.
     Law Office of Julian Rodriguez, Jr.
     100 W. Pecan
     McAllen, TX 78501
     (956) 682-8801
     (956) 682-4544 fax
     Attorney for Claimants, Omar Hinojosa, Individually and as the Administrator of the
     Estate of Gaspar Hinojosa, Raquel Hinojosa, Clarissa Hinojosa, Gaspar Hinojosa, II,
     Rita Hinojosa and Martin Hinojosa

315. Martin Rodriguez
     Port Isabel Fire Department
     204 Musina
     Port Isabel, Texas 78578
     (956) 943-3523
     Personnel at call / Assisted in rescue of vehicles/victims

316.  Clifford A. Rowell, Fire Chief and Custodian of Records
      South Padre Island Fire Department
      P.O. Box 3410
      South Padre Island, TX 78597
      (956) 761-5454 Ext. 325
      Knowledge of facts and circumstances surrounding the investigation of the accident
      made the basis of this accident.  It is reasonably anticipated that the custodian of
      records will testify that the records are under the supervision, custody and control of
      the custodian of records, that such records were kept in that regular course of
      business.

317.  Douglas Charles Ruschman
      6503 Harrods View Circle
      Prospert, KY 40059
      American Commercial Barge Line LLC
      P. O. Box 610
      1701 Utika Pike
      Jeffersonville, Indiana 47130-4717
      (812) 288-0100
      Employee of ACBL who has knowledge of relevant facts.  Also served as Assistant
      Vice-President for ACBL during the time period 1992 - present.  Was also involved
      in Safety & Risk Management for ACBL.  Mr. Ruschman has information with
      respect to the underlying litigation, the naming of American Commercial Barge Line
      in the relevant insurance policy, the filing of the limitation of liability proceedings,
      and the execution of a Letter of Undertaking on behalf of American Commercial
      Barge Lines by Zurich.  Please see his deposition testimony taken in this case.

318.  Michael D. Russell, U.S. Coast Guard (Ret)
      Turnaround Maritime Services
      P.O. Box 580128
      Houston, Texas 77258-0128
      (281) 326-3191
      Retained expert for American Commercial Lines, LLC, et al
      Mr. Russell may testify regarding the opinions set forth in his report and related
      matters.

319.  SBC Management Services
      1010 N. St. Mary's, Room 1403
      San Antonio, TX 78215
      (210) 886-4805

320. Amadeo Saenz, District Engineer
600 West US 83 Expressway
P.O. Drawer EE
Pharr, Texas 78577

321. Antonio Salinas, Jr.
1216 Hunters Chase Dr.
Edinburg, TX 78539
(956) 688-6480
c/o Frank Enriquez
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, TX 78504
(956) 686-5291
Witness

322. James Sanborn
Sanborn, Yearwood & Associates
324 Keller Road
Berwyn, PA 19312-1452
James Sanborn conducted an audit of Brown Water Towing and the Brown Water V
on behalf of ACBL prior to the date of the incident in question and has knowledge of
Brown Water's operations and equipment and has knowledge of what ACBL knew
about Brown Water's operations and equipment prior to the date of the incident in
question.

323. Diana Sanchez, Dispatcher and Custodian of Records
Harlingen Fire Department
3510 E. Grimes
Harlingen, Texas 78550
(956) 427-8885
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this accident. It is reasonably anticipated that the custodian of
records will testify that the records are under the supervision, custody and control of
the custodian of records, that such records were kept in that regular course of
business.

324.  James Sanders
Lake Charles Diesel, Inc.
5400 Hwy. 90 East
P.O. Drawer 1707
Lake Charles, LA 70602-1707
(337) 433-6311
Consulting expert for Rene Mata and Frank Mata

325.  Bill Schmidt
American Commercial Barge Line LLC
P. O. Box 610
1701 Utika Pike
Jeffersonville, Indiana 47130-4717
(812) 288-0100
Served as Assistant Vice-President for ACBL during the time period 1992 - present.
Was also involved in Logistics Services (Fleets) for ACBL.

326.  Allen R. Schultz
909 Silber Road, #53
Houston, Texas 77024
(713) 812-7673
Retained expert for Brown Water

327.  Security Systems
Southwestern Bell Telephone
c/o Geoffrey Amsel
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, TX 78209
(210) 886-4805
Claimant

328.  Joe Sheffield
This witness may have knowledge of Chealsa Louise Welch & William E. Kimbrell's
relationship

329.  Russell Sigman
1646 W. Palm Dr.
Aransas Pass, TX 78336
(361) 758-8208
or

5123 Ivycrest Tr.
Arlington, TX 76017
(817) 478-1166
Mr. Sigman is the President of Brown Water Marine Service, Inc.  He is also the
Assistant Secretary and Treasurer for Brown Water Towing I, Inc.  Mr. Sigman has
also been in charge of Operations since 1-1-97.

330.  Richard Frank Silloway, P.E.
      Engineering Partners International, Inc.
      1310 Kingwood Drive
      Kingwood, Texas 77339
      Retained expert for the State of Texas.
      Mr. Silloway may testify regarding the opinions set forth in his report.  Please refer
      to the Expert Report of Richard Frank Silloway, document nos. TX000007-
      TX000010, the CV of Mr. Silloway, document nos. TX000011-TX000012, the
      Publications and Presentations by Mr. Silloway, document nos. TX000013-
      TX000014, and the Expert Witness Testimony of Mr. Silloway, document nos.
      TX000015-TX000017, all of which are attached to Third Amended Initial Disclosures
      of William E. Kimbrell, Claimant.

331.  Richard Simpson
      Long Island Village Owners Association
      950 S. Garcia, # 368
      South Padre Island, TX 78578
      Custodian of Records

332.  B. A. Slider
      American Commercial Barge Line LLC
      P. O. Box 610
      1701 Utika Pike
      Jeffersonville, Indiana 47130-4717
      (812) 288-0100
      Served as Controller for ACL during the time period 1992 - present.  Also served as
      Controller & Assistant Secretary for ACBL during the time period 1992 - present

333.  J. W. Snow
      American Commercial Barge Line LLC
      P. O. Box 610
      1701 Utika Pike

Jeffersonville, Indiana 47130-4717
(812) 288-0100
Served as Chairman; Board of Directors for ACL during the time period 1992 - present

334.   South Padre Island Fire Department or Custodian of Records
P.O. Box 3410 or 104 E. Venus
South Padre Island, Texas 78597
(956) 761-5454 Ext. 325
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the records are under the supervision, custody and control of the custodian of records, that such records were kept in that regular course of business.

335.   South Padre Island Public Works
P.O. Box 3410
South Padre Island, Texas 78597

336.   Southwestern Bell Telephone, L.P.
c/o Geoffrey Amsel
1010 N. St. Mary's St., Room 1403
San Antonio, TX 78215
(210) 886-4805
Claimant

337.   Mark J. Spansel
Edwin C. Laizer
Daryl G. Darsum
Adams & Reese, L.L.P.
4500 One Shell Square
New Orleans, LA 70139
(504) 581-3234 OR
(504) 585-0215
Attorneys for Texas Department of Transportation

338.  Stacy & Robert Spinks
      1218 Mango Court
      Laguna Vista, TX 78578
      (956) 943-6832
      These witnesses have knowledge of Chealsa Louise Welch & William E. Kimbrell's
      relationship

339.  Spring Hill Behavioral Health
      100 Memorial Hospital Drive, Ste. 1-B
      Mobile, AL 36608
      (251) 340-0688
      Has knowledge regarding David Fowler's emotional and psychological condition.

340.  State of Texas
      c/o Mr. Jack F. Gilbert
      Office of the Attorney General
      Transportation Division
      P.O. Box 12548
      Austin, Texas 78714-2548
      (512) 463-2004
      Claimant

341.  Dale Ray Stockton
      14648 Arroyo Drive
      Harlingen, TX
      (956) 423-5403
      Mr. Stockton has knowledge of prior collisions of tugboats and barges with the Queen
      Isabella Causeway

342.  Richard Stockton Photography
      208 West Mesquite
      South Padre Island, TX
      Mr. Stockton has knowledge of the circumstances surrounding the accident

343.  Russell Stockton
      208 West Mesquite
      South Padre Island, TX
      Phone Number Unknown
      Mr. Stockton has knowledge of the circumstances surrounding the accident

344. J. W. Stone
American Commercial Barge Line LLC
P. O. Box 610
1701 Utika Pike
Jeffersonville, Indiana 47130-4717
(812) 288-0100
Served on Board of Directors for ACL during the time period 1992 - present

345. S. Mark Strawn, Esq.
Thomas R. Ajamie
Schirrmeister Ajamie, L.L.P.
Pennzoil Place-South Tower
711 Louisiana Street, Suite 2150
Houston, TX 77002
(713) 860-1600
Attorneys for Claimants J. Antonio Mireles, Juan Antonio Mireles and Soledad
Gonzalez Mireles

346. M. C. Strench
American Commercial Barge Line LLC
P. O. Box 610
1701 Utika Pike
Jeffersonville, Indiana 47130-4717
(812) 288-0100
Served as Assistant Secretary for ACL & ACBL during the time period 1992 - present

347. Douglas A. Swain
DWS International, Inc.
Mr. Swain may testify regarding the opinions that he rendered in his testimony during
the United States Coast Guard hearing into the casualty. His testimony is at Vol. II,
pp. 150-269; Brown Water Marine Expert Witness

348. Mark N. Swaney and Custodian of Records
Calvary Hill Funeral Home and Cemetery
21723 Aldine Westfield
Humble, TX 77338
(281) 445-3340
Knowledge of facts and circumstances surrounding the funeral and funeral expenses
of claimants in the accident made the basis of this accident. It is reasonably

anticipated that the custodian of records will testify that the records are under the supervision, custody and control of the custodian of records, that such records were kept in that regular course of business.

349.  Texas Department of Public Safety and Custodian of Records
5 Boca Chica Blvd.
Brownsville, TX 78520
c/o Mary Ann Courter
5805 Lamar Blvd.
P.O. Box 4087
Austin, TX 78773-0001
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the records are under the supervision, custody and control of the custodian of records, that such records were kept in that regular course of business.

350.  Texas Department of Transportation and Custodian of Records
P.O. Drawer EE
Pharr, TX 78577
c/o  Mark J. Spansel
Edwin C. Laizer
Daryl G. Darsum
Adams & Reese, L.L.P.
4500 One Shell Square
New Orleans, LA 70139
(504) 581-3234 OR
(504) 585-0215
(504) 566-0210 fax;
Mr. Jack F. Gilbert
Office of the Attorney General
Transportation Division
P.O. Box 12548
Austin, Texas 78714-2548
(512) 463-2004
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the records are under the supervision, custody and control of the custodian of records, that such records were kept in that regular course of business.

351.   TxDOT and Custodian of Records
       P.O. Drawer EE
       Pharr, TX 78577
       Attn: Teresa Muehlberger/Safety Dept.
       Knowledge of facts and circumstances surrounding the investigation of the accident
       made the basis of this accident. It is reasonably anticipated that the custodian of
       records will testify that the records are under the supervision, custody and control of
       the custodian of records, that such records were kept in that regular course of
       business.

352.   Texas Parks & Wildlife Department and Custodian of Records
       c/o Mr. Boyd Kennedy, Staff Attorney
       Law Enforcement Division
       5541 Bear Lane, Suite 232
       Corpus Christi, TX 78405
       and Dennis Johnston
       4200 Smith School Road
       Austin, TX 78744
       (512) 389-4624
       Chief of Marine Enforcement - Knowledge of facts and circumstances surrounding
       the investigation of the accident made the basis of this accident. It is reasonably
       anticipated that the custodian of records will testify that the records are under the
       supervision, custody and control of the custodian of records, that such records were
       kept in that regular course of business.

353.   Captain Dewitt Thomas
       105 Channel
       Port Isabel, TX 78578
       (956) 943-3332
       Captain Thomas has knowledge of the circumstances surrounding the accident

354.   D. F. Thomas
       American Commercial Barge Line LLC
       P. O. Box 610
       1701 Utika Pike
       Jeffersonville, Indiana 47130-4717
       (812) 288-0100
       Served on Board of Directors for ACL during the time period 1992 - present

355.  Raymond L. Thomas
      Andres Gonzales
      Kittleman, Thomas, Ramirez & Gonzales
      4900-B N. 10th Street
      McAllen, TX 78504
      (956) 686-8797
      (956) 630-5199
      Attorneys for Claimants, Rene Mata and Frank Mata

356.  Whitey Thomas
      Port Isabel, Texas
      This witness may have knowledge of Chealsa Louise Welch & Jacqueline Paddock
      Golterman's relationship

357.  Dodie Thompson
      1123 Pino Dr.
      Port Isabel, TX 78578
      (956) 943-3560
      Has knowledge of relevant facts

358.  Phillip S. Timberlake
      7410 Zollman Rd.
      Lanesville, Indiana 47136
      c/o Les Cassidy
      Woolsey & Cassidy, P.C.
      1020 Bank of America
      500 N. Water St. #1020
      Corpus Christi, TX 78471
      (361) 887-2969
      Phillip Timberlake conducted an audit of Brown Water Towing and the Brown V on
      behalf of ACBL prior to the date of the incident in question and has knowledge of
      Brown Water's operations and equipment and has knowledge of what ACBL knew
      about Brown Water's operations and equipment prior to the date of the incident in
      question.  Please refer to the deposition testimony of Phillip Timberlake taken in this
      case.

359. Tony Torres
Justice of the Peace
Cameron County PCT No. 2-1
974 W. Harrison St.
Brownsville, TX 78520
(956) 544-0857
Authorized autopsy of Gaspar Hinojosa

360. Gene Trevino
16607 Blanco Rd., Ste. 1505
San Antonio, Texas 78232
(210) 479-8999
Retained expert for Rene Mata and Frank Mata

361. Neal Trowbridge
c/o Will W. Pierson
Royster Rayzor
Jack C. Partridge
Royston, Rayzor, Vickery & Williams, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua, Suite 1700
(361) 884-8808
Corpus Christi, TX 78476
Vessel Captain for Brown Water I

362. R. Barry Uber
American Commercial Barge Line LLC
P. O. Box 610
1701 Utika Pike
Jeffersonville, Indiana 47130-4717
(812) 288-0100
Served as Division President for ACL during the time period 1992 - present. Also
served as President & COO for ACBL.

363. United States Army Corps of Engineers
1920 N. Chaparral Street
Corpus Christi, TX 78401
(361) 884-3385
Attn: Mr. Eligio Garza
Area Engineer

364.  United States Coast Guard
      Commanding Officer
      Lt. D.J. Fassero
      Marine Safety Office - Corpus Christi
      400 Mann Street, Suite 210 or
      555 N. Carancahua Street, Ste. 500
      Corpus Christi, TX 78401
      (361) 888-3162
      The United States Coast Guard performed an investigation of the accident

365.  United States Department of Transportation
      c/o Hon. Greg Serres, United States Attorney
      600 East Harrison, Suite 201
      Brownsville, TX 78520-7114
      (956) 548-2554
      Knowledge of facts and circumstances surrounding the investigation of the accident
      made the basis of this accident. It is reasonably anticipated that the custodian of
      records will testify that the records are under the supervision, custody and control of
      the custodian of records, that such records were kept in that regular course of
      business.

366.  US Filter Distribution Group
      P.O. Box 870700
      Dallas, TX 75284-0700
      (214) 631-9410
      Provided materials to Southwestern Bell for phone service restoration

367.  Janie Valdez
      7300 North Padre Boulevard
      South Padre Island, TX
      Phone Number Unknown
      Ms. Valdez has knowledge of the circumstances surrounding the accident

368.  Ross Valigura
      828 Hughes
      Box 429
      Palacios, Texas 77465
      (979) 578-1864
      Ross Valigura as a deckhand on board the Brown Water V at the time of the incident
      in question.

369.   Ana Isabel Vasquez
       KNVO - TV 48 Univision
       Attn: News Director
       801 N. Jackson Rd.
       McAllen, TX 78501
       (956) 687-7784
       Newsroom Supervisor, Custodian of Records & Tapes

370.   Albert M. Vega
       Buena Vista Funeral Home
       125 McDavitt Blvd.
       Brownsville, TX 78520
       (956) 541-5400
       Funeral director of funeral services for Chealsa Louise Welch

371.   Lt. R.G. Vera
       Brownsville Fire Department
       1010 E. Adams Street
       Brownsville, Texas 78520
       (956) 546-3195
       Personnel at call / Assisted in rescue of vehicles/victims

372.   Ross Villigura
       828 Hughes
       Box 429
       Palacios, TX 77465
       (979) 578-1864
       Mr. Viligura was a deck hand on board the BROWN WATER V at the time of the
       accident.  His employer is Brown Water Marine Service, Inc.

373.   Juan Carlos Villarreal and Custodian of Records
       City of Port Isabel EMS
       305 E. Maxan
       Port Isabel, TX 78578
       (956) 943-7829
       EMS Director - Knowledge of facts and circumstances surrounding the emergency
       medical services given to Claimants of the accident made the basis of this lawsuit.
       It is reasonably anticipated that the custodian of records will testify that the records
       are under the supervision, custody and control of the custodian of records, that such
       records were kept in that regular course of business.