374. Sheldon Weisfeld
855 East Harrison Street
Brownsville, TX 78520
(956) 546-2727
Mr. Weisfeld is David Fowler's criminal attorney

375. C. R. Whitlatch
American Commercial Barge Line LLC
P. O. Box 610
1701 Utika Pike
Jeffersonville, Indiana 47130-4717
(812) 288-0100
Served as Vice-President for ACBL during the time period 1992 - present

376. Todd Whyte
American Commercial Barge Line LLC
P. O. Box 610
1701 Utika Pike
Jeffersonville, Indiana 47130-4717
(812) 288-0100
Was involved in Logistics Services (Research) for ACBL during the time period 1992 - present.

377. James "Jim" Wilson
United States Coast Guard
800 David Drive, Room 232
Morgan City, LA 70380
(985) 384-7000
Mr. Wilson conducted the U.S.C.G. investigative hearings

378. Captain Rocky Lee Wilson
P.O. Box 2166
Port Aransas, TX 78373
(361) 749-3633
Captain Wilson was the captain on board the BROWN WATER V at the time of the incident in question. He has knowledge of the facts and circumstances surrounding the incident in question and has knowledge of the operation and management of the Brown Water V.

---

379. Kyle Watts
American Commercial Barge Line LLC
P. O. Box 610
1701 Utika Pike
Jeffersonville, Indiana 47130-4717
(812) 288-0100
Involved in barge maintenance for ACBL during the time period 1992 - present

380. Mikal C. Watts
Watts Law Firm, LLP
Tower II Building
555 N. Carancahua, 14th Floor
Corpus Christi, TX 78478
(361) 887-0500

381. Larry J. Weas
American Commercial Barge Line LLC
P. O. Box 610
1701 Utika Pike
Jeffersonville, Indiana 47130-4717
(812) 288-0100
Served as Vice-President for ACBL during the time period 1992 - present. Was also involved in Human Resources for ACBL.

382. D. Wegstaff, III
American Commercial Barge Line LLC
P. O. Box 610
1701 Utika Pike
Jeffersonville, Indiana 47130-4717
(812) 288-0100
Served on Board of Directors for ACL during the time period 1992 - present

383. Barry R. & Chealsa L. Welch, Deceased
1002 Pompano
Port Isabel, TX
Victims of Queen Isabella Bridge collapse

384. Dan Welch
 4222 Vista
 Pasadena, TX 77504
 (713) 947-8023
 Uncle of Barry R. Welch who will testify regarding the relationship between Barry & his father, Morris Welch and the financial contributions that Morris Welch could have expected from Barry Welch

385. William B. Welch, Minor
 c/o Ms. Veronica Farias
 Law Offices of Veronica Farias
 2854 Boca Chica Blvd.
 Brownsville, TX 78521
 (956) 546-1537
 Claimant

386. William Morris Welch
 c/o Mr. James B. Manley
 Attorneys at Law
 3616 Preston Rd.
 Pasadena, TX 77505
 (713) 450-3737
 Claimant; This witness may have knowledge about the relationship between William E. Kimbrell and Chealsa Kimbrell Welch

387. William Norb Whitlock
 4007 Fox Meadow Way
 Prospect, KY 40059
 (812) 288-0100
 or
 American Commercial Barge Line LLC
 P. O. Box 610
 1701 Utika Pike
 Jeffersonville, Indiana 47130-4717
 (812) 288-0100
 Served as Vice-President of Fleet Maintenance for ACBL and has knowledge of facts relevant to this litigation, including, but not limited to, ACBL's policies and procedures. For further answer, please refer to William N. Whitlock's depostion testimony taken in this case.

388. J. J. Wolff
American Commercial Barge Line LLC
P. O. Box 610
1701 Utika Pike
Jeffersonville, Indiana 47130-4717
(812) 288-0100
Served as Senior Vice-President & Chief Financial Officer for ACL & ACBL during the time period 1992 - present. Also served on Board of Directors and was involved in Finance Dept for ACBL during the time period 1992 - present.

389. Captain Ron Yates
Maritime Consultant
17199 FM350 North
Moscow, Texas 75960
(936) 398-2180
Retained expert for Brown Water

390. Ronald W. Yates
Address & Phone Number Unknown
Name taken from list of exhibits produced at the United States Coast Guard hearings

391. Nejd Yaziji
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, TX 77017
(713) 230-2200

392. Lydia Zamora
c/o Mr. Ray R. Marchan
Watts Law Firm, L.L.P.
1926 E. Elizabeth
Brownsville, TX 78520
(956) 544-0500
Claimant

393. Craig Zimmerman
1/4 Mile North 100 on FM 1575
P.O. Box 4025
Los Fresnos, TX
(956) 233-4689
Mr. Zimmerman has knowledge of the circumstances surrounding the accident

394. John Zimmerman
     Brownsville F.D. Dive Supervisor
     1010 E. Adams Street
     Brownsville, Texas 78520
     (956) 546-3195
     Supervised the rescue and recovery efforts

395. William Zimmerman
     706 North Shore Drive
     Port Isabel, TX
     (956) 943-1009
     Mr. Zimmerman has knowledge of the circumstances surrounding the accident