# EXHIBIT "B"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION FOR BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERERS, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § | CIVIL ACTION NO. B-01-157 **Consolidated with** |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC, AS OWNER, and AMERICAN COMMERCIAL BARGE LINE LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § | CIVIL ACTION NO. B-02-004 **and** |
| IN THE MATTER OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-02-125 Admiralty |

## CLAIMANT WILLIAM E. KIMBRELL'S
## FIRST SUPPLEMENT TO FIRST AMENDED EXHIBIT B
## RETAINED EXPERTS

**Category I - Retained experts disclosed by William E. Kimbrell:**

William E. Kimbrell has not, individually, retained any experts at this time. However, pursuant to the letter agreement dated September 28, 2004, which is attached to the Third Amended Initial Disclosures of William E. Kimbrell, Claimant, as Exhibit L, William E. Kimbrell designates the liability experts designated by other claimants in this cause and incorporates by reference, just as if fully set forth herein, the names, addresses and expert reports of each and every liability expert that has been and/or that will be identified and designated by all other claimants in this case and, by doing so, designates those experts pursuant to F.R.C.P. 26(a)(A)(B) and (C).

**Category II - Experts disclosed by other parties:**

**Experts Designated by the Leavell Claimants**

1.    David E. Cole
      P.O. Box 99
      Marrero, LA 70073-0099
      (504) 340-8942
      Expert retained by Claimants Estate of Robin Faye Leavell; Knowledge regarding accident and cause of accident made the basis of this suit

2.    Juan Rodriguez, Jr.
      Department of Public Safety
      Port Isabel, TX
      Phone Number Unknown
      Investigated incident made the basis of this suit

**Experts Designated by Claimants Rene Mata and Frank Mata**

1.    American Commercial Barge Lines
      c/o Mr. Glen Goodier Jones, Walker, Waechter, Poitevent, Carrere & Denegre, LLP
      201 St. Charles Avenue, 48th Floor
      New Orleans, Louisiana 70170-5100
      Owner of barges pulled by BROWN WATER V at the time of the accident.

2.    Eddie Arriola
      1616 Michigan
      Port Isabel, Texas
      Mr. Arriola is the supervisor of the Long Island Swing Bridge in Port Isabel, Texas.

He has knowledge of different barge configurations passing through the area and of the circumstances surrounding the accident.

3.  Hector Bennett
    and Custodian of Records
    Port Isabel Fire Department
    204 Musina
    Port Isabel, Texas 78578
    (956) 943-3523
    Mr. Bennett has knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in that regular course of business.

4.  Joe W. Blocker
    30 1 N. Chaparral
    Fulton, Texas 78358
    (361) 790-9350
    Mr. Blocker was a deck hand on board the BROWN WATER V at the time of the accident.

5.  Agustin Briseno
    6684 Monte Vello
    Brownsville, Texas
    Mr. Briseno works at the Long Island Swing Bridge in Port Isabel, Texas. He has knowledge of the configuration of bargespassing through the area and of the circumstances surrounding the area.

6.  Rafael Briseno
    10 15 Timeer Drive
    Brownsville, Texas
    Mr. Briseno works at the Long Island Swing Bridge in Port Isabel, Texas. He has knowledge o f the configuration of barges passing through the area and of the circumstances surrounding the area.

7.  Brownsville Fire Department and Custodian of Records
    1010 E. Adams Street
    Brownsville, Texas 78520
    (956) 546-3195

Personnel at call / Assisted in rescue of vehicles/victims
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in that regular course of business.

8.   Brownsville Herald and Custodian of Records
     1135 East Van Buren Street
     Brownsville, TX 78520
     (956) 542-4301
     Knowledge of facts and circumstances surrounding the news reporting of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in that regular course of business.

9.   Buena Vista Funeral Home and Custodian of Records
     125 McDavitt Blvd.
     Brownsville, TX 78520
     (956) 541-5400
     Knowledge of facts and circumstances surrounding the funeral and funeral expenses of claimants in the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to Claimants are under the supervision, custody and control of the custodian of records, that such records were kept in that regular course of business.

10.  Steve Mosher
     320 Cove Harbor
     P.O. Box 2205
     Rockport, TX 78381-2205
     (361) 729-3721
     or
     632 Deer Meadow Trail
     Valparaiso, IN 46385
     (219) 548-8448
     c/o Will W. Pierson
     Royster Rayzor
     Jack C. Partridge
     Royston, Rayzor, Vickery & Williams, L.L.P.
     1700 Wilson Plaza West
     606 N. Carancahua, Suite 1700

(361) 884-8808
Corpus Christi, TX 78476
Mr. Mosher is the President of Brown Water Towing I, Inc.

11. Captain Daniel Bryant
422 Palm
Laguna Vista, Texas
Captain Bryant has knowledge of the circumstances surrounding the accident.

12. Captain Joe Lee Bryant
104 Hwy 100 Lot 1
Port Isabel, Texas
Captain Bryant has knowledge of the circumstances surrounding the accident.

13. Cameron County District Attorney's Office and Custodian of Records
c/o Yolanda De Leon, District Attorney
974 E. Harrison St.
Brownsville, TX 78520-7198
(956) 504-0066
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this accident. It is reasonably anticipated that the custodian of
records will testify that the financial records for pertaining to claimants are under the
supervision, custody and control of the custodian of records, that such records were
kept in that regular course of business.

14. Sigifredo C. Cantu, Fire Chief
Lt. D. Lompra
Diana Sanchez
and Custodian of Records
Harlingen Fire Department
3510 E. Grimes
Harlingen, TX 78550
(956) 427-8885
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this accident. It is reasonably anticipated that the custodian of
records will testify that the financial records for pertaining to claimants are under the
supervision, custody and control of the custodian of records, that such records were
kept in that regular course of business.

15.   Daniel Ceballos
      C/O Bums International Security Services
      Long Island, Texas
      Mr. Ceballos has knowledge of the circumstances surrounding the accident.

16.   Captain Phil Colo
      416 Barker Street
      Laguna Vista, Texas
      Captain Colo has knowledge of the circumstances surrounding the accident.

17.   Department of the Army
      Corps of Engineers
      1920 North Chaparral Street
      Corpus Christi, Texas 78401
      Attn: Mr. Elijio Garza, Area Engineer
      May have knowledge as to the contributing factors for the accident.

18.   Captain Steve Ellis
      1016 Tarpon, #9
      Port Isabel, Texas
      Captain Ellis has knowledge of the circumstances surrounding the accident.

19.   Cliff Fleming
      721 Palm Blvd.
      Laguna Vista, Texas
      Mr. Fleming has knowledge of the circumstances surrounding the accident.

20.   Captain David Fowler
      860 Debonair Drive
      Mobile, Alabama 36695
      (334) 639-1747
      Captain Fowler was at the wheel of the BROWN WATER V at the time of the
      accident.

21.   Captain James Franceschi
      34 Sunburst Lane
      Brownsville, Texas 78520
      (956) 546-6 103
      Captain Franceshi was piloting the Irini Fout through the Brownsville Ship Channel
      when he heard Brown Water V's mayday call. He has personal knowledge of Captain

Fowler's radio conversations subsequent to the accident. Captain Franceshi also has knowledge of the circumstances surrounding the accident and of previous groundings in the channel area.

22. Victor Franco
C/O Bums International Security Services
Long Island, Texas
Mr. Franco has knowledge of the circumstances surrounding the accident.

23. Gustavo Garcia
6939 West Business 83
Harlingen, Texas
Mr. Garcia has knowledge of the circumstances surrounding the accident.

24. Dolores Goette
410 Morris Street
Laguna Vista, Texas
Ms. Goette has knowledge of the circumstances surrounding the accident.

25. Captain Henry Goette
410 Morris Street
Laguna Vista, Texas
Captain Goette has knowledge of the circumstances surrounding the accident.

26. Jacinto Gonzalez and Custodian of Records
Game Warden IV
Texas Parks & Wildlife Dept.
805 W. Price
Brownsville, TX 78521
(956) 546-1952
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to Claimants are under the supervision, custody and control of the custodian of records, that such records were kept in that regular course of business.

27. Edward Grafwallnes
Fire Chief and Custodian of Records for
Los Fresnos Volunteer Fire Department
200 N. Brazil

Los Fresnos, TX 78566
or
P.O. Box 777
Los Fresnos, TX 78566
(956) 233-4751
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in that regular course of business.

28.   Mark Guillot
      5705 Laguna Circle South, #202
      South Padre Island, Texas
      Mr. Guillot has knowledge of the circumstances surrounding the accident.

29.   Joe Hargiss
      P.O. Box 1272
      Henderson, Kentucky
      Expert Surveyor who has information about the damages to the Barge NM-315 and that value of all four barges.

30.   Mr. Boyd Kennedy, Staff Attorney
      Texas Parks and Wildlife Dept.
      4200 Smith School Road
      Austin, Texas 78744
      Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

31.   KGBT - TV Channel 4 and Custodian of Records
      9201 W. Expressway 83
      Harlingen, TX 78552
      (956) 366-4444
      Knowledge of facts and circumstances surrounding the news reporting/footage of the causeway collapse accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to Claimants are under the supervision, custody and control of the custodian of records, that such records were kept in that regular course of business.

32.  KGBT - Channel 5 and Custodian of Records
East Expressway 83
Weslaco, Texas 78598
(956) 428-5555
Knowledge of facts and circumstances surrounding the news reporting/footage of the causeway collapse accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to Claimants are under the supervision, custody and control of the custodian of records, that such records were kept in that regular course of business.

33.  KNVO Univision - Channel 48 and Custodian of Records
801 N. Jackson
McAllen, Texas 78501
(956) 687-4848
Knowledge of facts and circumstances surrounding the news reporting/footage of the causeway collapse accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to Claimants are under the supervision, custody and control of the custodian of records, that such records were kept in that regular course of business.

34.  Captain Phillip Langley
3326 Lakeside Drive
Rockwall, Texas 75087
(800) 873-9823
Captain Langley was the relief captain on board the tugboat Bruce Bordelon at the time of the accident. He has knowledge of the circumstances surrounding the accident.

35.  Long Island Bridge Company
*c/o* John R. Freeland
806 Pecan
McAllen, Texas 7850 1
(956) 943-1622
Employees of Long Island Bridge Company witnessed the four barges and tug pass under the bridge immediately prior to the accident. They also have knowledge of the configuration of barges passing through the area and of the circumstances surrounding the accident.

36.  Captain Joseph Mock
Post Office Box 572
Port Isabel, Texas
Captain Mock has knowledge of the circumstances surrounding the accident.

37.     Ramon Moreno
        Rt. 3, Box 708F
        Los Fresnos, Texas
        Mr. Moreno has knowledge of the circumstances surrounding the accident.

38.     Dr. Donald Jay Mulkerne
        Spring Hill Behavioral Health
        100 Memorial Hospital Drive, Ste. 1 -B
        Mobile, Alabama 36608
        Dr. Mulkerne is Capt. David Fowler's treating psychologist and has knowledge of the
        impact of the accident on Capt. Fowler's emotional and psychological well-being.

39.     Ben Nunez and Custodian of Records
        Brownsville Fire Department
        1010 E. Adams St.
        Brownsville, TX 78520
        (956) 546-3195
        Knowledge of facts and circumstances surrounding the investigation of the accident
        made the basis of this accident.  It is reasonably anticipated that the custodian of
        records will testify that the records pertaining to claimants are under the supervision,
        custody and control of the custodian of records, that such records were kept in that
        regular course of business.

40.     Levie Paul Old
        1200 N. Magnolia, #26
        Rockport, Texas 783 82
        (361) 727-9165
        Mr. Old was a deck hand on board the BROWN WATER V at the time o f the
        accident.

41.     Port Isabel-San Benito Navigation District
        c/o Mr. Brian G. Janis
        Sanchez, Whittington, Janis & Zabarte, LLP
        100 North Expressway 83
        Brownsville, Texas 78521 -2284
        May have knowledge o f the circumstances surrounding the accident.

42.     Daniel Pugh
        Telephone and address unknown
        Mr. Pugh has knowledge of the circumstances surrounding the accident.

43. Dan Reeves
1806 Illinois
Port Isabel, Texas
Mr. Reeves has knowledge of the circumstances surrounding the accident.

44. Captain Russell Robinson
c/o R&R Hi-Way Baitstand
Port Isabel, Texas
Captain Robinson has knowledge of the circumstances surrounding the accident.

45. Clifford A. Rowell, Fire Chief
and Custodian of Records
South Padre Island Fire Department
P.O. Box 3410
South Padre Island, TX 78597
(956) 761-5454 Ext. 325
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to Claimants are under the supervision, custody and control of the custodian of records, that such records were kept in that regular course of business.

46. Dale Ray Stockton
14648 Arroyo Drive
Harlingen, Texas
Mr. Stockton has knowledge of prior collisions of tugboats and barges with the Queen Isabella Causeway.

47. Russell Stockton
208 West Mesquite
South Padre Island, Texas
Mr. Stockton has knowledge of the circumstances surrounding the accident.

48. Texas Department of Public Safety
c/o Mary Ann Courter
5805 Lamar Blvd
Post Office Box 4087
Austin, Texas 78773-0001
May have knowledge of the circumstances surrounding the accident.

49. Texas Parks & Wildlife Department
C/O Boyd Kennedy

Staff Attorney
Law Enforcement Division
5541 Bear Lane, Ste. 232
Corpus Christi, Texas 78405
and
4200 Smith School Road
Austin, Texas 78744
May have knowledge of the circumstances surrounding the accident.

50.    Captain Dewitt Thomas
       121 Channel
       Port Isabel, Texas
       Captain Thomas has knowledge of the circumstances surrounding the accident.

51.    Gene Trevino
       16607 Blanco Rd., Ste. 1505
       San Antonio, Texas 78232
       (210) 479-8999

52.    United States Coast Guard
       Commanding Officer
       Marine Safety Office - Corpus Christi
       400 Mann Street, Ste. 21 0
       Corpus Christi, Texas 78401
       The United States Coast Guard performed an investigation of the accident.

53.    Janie Valdez
       7300 North Padre Blvd.
       South Padre Island, Texas
       Ms. Valdez has knowledge of the circumstances surrounding the accident.

54.    Ross Valigura
       828 Hughes
       Box 429
       Palacios, Texas 77465
       (979) 578-1864
       Ross Valigura as a deckhand on board the Brown Water V at the time of the incident
       in question.

55.   Jim Wilson
      United States-Coast Guard
      800 David Drive, Room 232
      Morgan City, LA 70380
      Mr. Wilson conducted the U.S.C.G. investigative hearings

56.   Captain Rocky Lee Wilson
      Post Office Box 21 66
      Port Aransas, Texas 78373
      (361) 749-3633
      Captain Wilson was the captain on board the BROWN WATER V at the time of the
      accident.

57.   United States Department of Transportation
      c/o Hon. Greg Serres, United States Attorney
      600 East Harrison, Ste. 201
      Brownsville, Texas 78520-7 1 14
      May have knowledge of the circumstances surrounding the accident.

58.   Craig Zimmerman
      1/4 Mile North l00 on FM 1575
      Post Office Box 4025
      Los Fresnos, Texas
      Mr. Zimmerman has knowledge of the circumstances surrounding the accident.

59.   William Zimmerman
      706 North Shore Drive
      Port Isabel, Texas
      Mr. Zimmerman has knowledge of the circumstances surrounding the accident.

**Experts Designated by Claimant Laguna Madre Water District**

1.    Eduardo "Eddie" Hernandez
      117 E. Price Rd.
      Brownsville, TX 78520
      (956) 541-9001
      Former General Manager of Laguna Madre Water District of Port Isabel has
      knowledge of the circumstances surrounding the accident and losses sustained by the
      Water District.

2.    Carlos J. Galvan, Jr.
      105 Port Road
      Port Isabel, Texas 78578
      (956) 943-2626
      Assistant Director of Operations of Laguna Madre Water District of Port Isabel has
      knowledge of the circumstances surrounding the accident and losses sustained by the
      Water District.

3.    Daniel Mena
      105 Port Road
      Port Isabel, Texas 78578
      (956) 943-2626
      Director of Finance of Laguna Madre Water District of Port Isabel has knowledge of
      the circumstances surrounding the accident and losses sustained by the Water District.

4.    Arturo Martinez
      105 Port Road
      Port Isabel, Texas 78578
      (956) 943-2626
      Acting General Manager of Laguna Madre Water District of Port Isabel has
      knowledge of the circumstances surrounding the accident and losses sustained by the
      Water District.

**Experts Designated by Rivas Claimants**

1.    Jose L. Benavidez
      PO Box 1418
      Rio Hondo, TX 78583
      (956) 748-2253
      Defendant Brownwater possesses information on Mr. Benavidez' current address and
      phone number as he is a former employee.
      Mr. Benavidez is a former Brownwater Marine employee who possesses an OUTV
      master's vessel license.  He worked as a pilot and captain for Brownwater Marine.
      Mr. Benavidez will render opinions regarding necessary horsepower for "push boats"
      such as the Brownwater V as well as safe barge configurations.  Mr. Benavidez will
      also provide expert testimony based on his experience as a pilot and captain employed
      by Brownwater Marine regarding safety issues at Brownwater Marine as they relate
      to pushing barges.  In particular, Mr. Benavidez complained of unsafe practices to
      manages at Brownwater prior to the allision made the basis of this suit.

2.    Lynn Dixon
      DPS Diver
      Austin, Texas
      Recovered Rivas vehicle, leader of DPS dive team.

3.    Juan Rodriguez, Jr.
      I.D. No. 7928
      DPS Investigating Officer
      District 3C02
      Harlingen, Texas
      Mr. Rodriguez is the Investigating DPS Trooper who prepared the police report for
      this case. He has knowledge of the events causing the allision.

4.    Margie W. Cornwell, M.D.
      Pathologist
      P.O. Drawer 2588
      Harlingen, Texas 78551
      Dr. Cornwell will testify as to the cause of Stvan's death. She is the pathologist who
      performed the autopsy on Stvan.

5.    Eddie Arriola
      1616 Michigan
      Port Isabel, Texas
      Mr. Arriola is the supervisor of the Long Island Swing Bridge in Port Isabel, Texas.
      He has knowledge of different barge configurations passing though the area and
      circumstances surrounding the allision.

6.    Agustin Briseno
      6684 Monte Vello
      Brownsville, Texas

7.    Rafael Briseno
      1015 Timeer Dr.
      Brownsville, Texas
      The Briseno's work at the Long Island Swing Bridge in Port Isabel, Texas. They have
      knowledge of the configuration of barges passing through the area and the
      circumstances surrounding the area.

8.    Brownsville Fire Department Rescue Divers
      Brownsville, Texas

9.    Omar Alegria
      Brownsville F.D. Diver
      1010 E. Adams Street
      Brownsville, Texas 78520
      (956) 546-3195

10.   John Zimmeran
      Brownsville F.D. Dive Supervisor
      1010 E. Adams Street
      Brownsville, Texas 78520
      (956) 546-3195

11.   Chief Lenny Perez
      Brownsville Fire Department
      1010 E. Adams Street
      Brownsville, Texas 78520
      (956) 546-3195

12.   Jim Wilson
      United States Coast Guard
      800 David Drive, Room 232
      Morgan City, LA 70380
      Mr. Wilson conducted the Coast Guard Hearings and has knowledge of all
      testimony and exhibits involved.

**Experts Designated by Jacqueline Paddock, Individually and as Next friend of William B. Welch and as Representative of the Estate of Chealsa and Barry Welch, Deceased, Lydia Zamora Individually and as Representative of the Estate of Hector Martinez, Jr. Deceased, Gustavo Morales, Bridgette Goza, and Bigo's International LLC**

1.    Allstate Insurance Company
      c/o Thomas E. Quirk
      Aaron & Quirk
      901 N. E. Loop 410, Ste 903
      San Antonio, Texas 78209-1307
      Subrogation claimant for property damages of Bridgette Goza.

2.    Eddie Arriola
      1616 Michigan
      Port Isabel, Texas

Mr. Arriola is the supervisor of the Long Swing Bridge in Port Isabel, Texas. He has knowledge of different barge configurations passing through the area and of the circumstances surrounding the accident.

3.    Attorney General of Texas
      c/o Mr. Michael Ratliff
      P.O. Box 12548
      Austin, Texas 78711-2548
      Claimant

4.    State of Texas
      c/o Mr. Jack F. Gilbert
      P. 0. Box 12548
      Austin, Texas 78711-2548

5.    Hector Bennett
      Port Isabel Fire Department
      204 Musina
      Port Isabel, Texas 78578
      (956) 943-3523
      Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records pertaining to claimants are under supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.

6.    Port Isabel Fire Department
      204 Musina
      Port Isabel, Texas 78578
      (956) 943-3523

7.    Agustin Briseno
      6684 Monte Vello
      Brownsville, Texas 78520
      Mr. Briseno works at the Long Island Swing Bridge in Port Isabel, Texas He has knowledge of the configuration of barges passing through the area and of the circumstances surrounding the area.

8.    Rafael Briseno
      1015 Tineer Drive

Brownsville, Texas 78520

Mr. Briseno works at the Long Island Swing Bridge in Port Isabel, Texas. He has knowledge of the configuration of barges passing through the area and of the circumstances surrounding the area.

9.  Brownsville Fire Department
    1010 E. Adam Street
    Brownsville, Texas 78520
    (956) 546-3195

10. Buena Vista Funeral Home
    125 McDavitt Blvd.
    Brownsville, Texas 78520
    956-541-5400

11. Cameron County District Attorney's Office and Custodian of Records
    Attn: Yolanda De Leon, District Attorney
    974 E. Harrison
    Brownsville, TX 78520
    Knowledge of Facts and circumstances surrounding the investigation of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.

12. Mark N. Swaney
    Calvary Hill Funeral Home and Cemetery
    21723 Aldine Westfield
    Humble, Texas 77338
    281-445-3346

13. Sigifredo C. Cantu, Fire Chief
    Harlingen Fire Department
    3510 E. Grimes
    Harlingen, Texas 78550
    (956) 427-8885

14. John Deck, III
    Maritime Consultants and Associates
    P.O. Box 501

Chardon, Ohio 44024
(440) 635-0531
Retained expert for Rene Mata and Frank Mata who has knowledge of marine operations and equipment, industry standards and customary practices in operations such as those that petitioners were engaged in at the time of the incident in question. Commander John Deck, III is a retired Coast Guard Officer with 20 years of service. He holds a Bachelor of Science from the U.S. Coast Guard Academy and a Master's of Science degree in Mechanical Engineering and a Naval Engineer's degree from Massachusetts Institute of Technology. Please refer to the Report of Mr. Deck, document nos. MA000598-MA000607 and the CV of Mr. Deck, document nos. MA000614-MA000619, which are attached to Third Amended Initial Disclosures of William E. Kimbrell, Claimant.

15.    Department of the Army
       Corps of Engineer
       1920 North Chaparral Street
       Corpus Christi, Texas 78401
       attn: Mr. Elijio Garza, Area Engineer

16.    Captain Gerald Edwin Disler
       Maritime Consultants and Associates
       P.O. Box 899
       Wildwood, Texas 77663
       (409) 834-2433
       Retained expert for Rene Mata and Frank Mata who has knowledge of marine operations and equipment, industry standards and customary practices in operations such as those that petitioners were engaged in at the time of the incident in question. Captain Disler is licensed by the U.S. Coast Guard in the dual capacity of Ocean Master and Chief Engineer. He has extensive work experience as Master and Chief Engineer aboard a wide variety of commercial work vessels, especially along the South Texas coast. Please refer to the Report of Mr. Disler, document nos. MA000598-MA000607 and the CV of Mr. Disler, document nos. MA000608-MA000613, which are attached to Third Amended Initial Disclosures of William E. Kimbrell, Claimant.

17.    Fire Marshall
       Port Isabel Fire Department
       204 Musina
       Port Isabel, Texas 78578
       (956) 943-3523

18. Jacinto Gonzalez and Custodian of Records
    Game Warden IV
    Texas Parks & Wildlife Dept.
    805 W. Price
    Brownsville, TX 78521
    (956) 546-1952
    Knowledge of facts and circumstances surrounding the investigation of the accident
    made the basis of this accident.  It is reasonably anticipated that the custodian of
    records will testify that the records are under the supervision, custody and control of
    the custodian of records, that such records were kept in that regular course of
    business.

19. Edward Grafwallnes
    Fire Chief
    Los Fresnos Volunteer Fire Department
    200 N. Brazil
    Los Fresnos, Texas 78566
    or
    P.O. Box 777
    Los Fresos, Texas 78566
    (956) 233-4751
    Knowledge of facts and circumstances surrounding the investigation of the accident
    made the basis of this accident.  It is reasonably anticipated that the custodian of
    records will testify that the records pertaining to claimants are under the supervision,
    custody and control of the custodian of records, that such records were kept in the
    regular course of business.

20. Ana Gutierrez, M. D.
    1313 Alton.Gloor Blvd., Ste. C.
    Brownsville, Texas 78521
    Treated Brigette Goza and Gustavo Morales

21. Harlingen EMS
    1705 Vermont Street
    Harlingen, Texas 78550
    or
    P.O. Box 533668
    Harlingen, Texas 78553
    (956) 864-2711

22.    Harlingen Fire Department
       3510 E. Grimes
       Harlingen, Texas 78550
       (956) 427-8885

23.    Barbara J. Hausman, M. T. (ASCP)
       Valley Regional Medical Center
       Pathology Department
       100 A Alton Gloor
       Brownsville, Texas 78526
       Lab Director

24.    Justice of Peace Benny Ochoa, III
       302 Queen Isabella Blvd.
       Port Isabel, Texas 78578
       956-943-2520

25.    KGBT - TV Channel 4 and Custodian of Records
       9201 W. Expressway 83
       Harlingen, TX 78552
       (956) 366-4444
       Knowledge of facts and circumstances surrounding the news reporting/footage of the
       causeway collapse accident made the basis of this accident.  It is reasonably
       anticipated that the custodian of records will testify that the records are under the
       supervision, custody and control of the custodian of records, that such records were
       kept in that regular course of business.

26.    KGBT - Channel 5 and Custodian of Records
       East Expressway 83
       Weslaco, Texas 78598
       (956) 428-5555
       Knowledge of facts and circumstances surrounding the news reporting/footage of the
       causeway collapse accident made the basis of this accident.  It is reasonably
       anticipated that the custodian of records will testify that the records are under the
       supervision, custody and control of the custodian of records, that such records were
       kept in that regular course of business.

27.    KNVO Univision - Channel 48 and Custodian of Records
       801 N. Jackson
       McAllen, Texas 78501
       (956) 687-4848
       Knowledge of facts and circumstances surrounding the news reporting/footage of the

causeway collapse accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the records are under the supervision, custody and control of the custodian of records, that such records were kept in that regular course of business.

28. Lt. D. Lompra
    Harlingen Fire Department
    3510 E. Grimes
    Harlingen, Texas 78550
    (956) 427-8885

29. Los Fresnos Volunteer Fire Department
    200 N. Brazil
    Los Fresnos, Texas 78566
    or
    P. 0. Box 777
    Los Fresos, Texas 78566
    (956) 233-4751

30. Los Fresnos Family Health Clinic
    503 A West Ocean Blvd.
    Los Fresnos, Texas 78566

31. Ben Nunez
    Brownsville Fire Department
    1010 E. Adams Street
    Brownsville, Texas 78520
    (956) 546-3195
    Acting Fire Marshall

32. Regina Ortiz
    Los Fresnos Family Health Clinic
    503 A West Ocean Blvd.
    Los Fresnos, Texas 78566
    Custodian of Records

33. Yolanda Padilla
    Harlingen EMS
    1705 Vermont Street
    Harlingen, Texas 78550

or
P.O. Box 533668
Harlingen, Texas 78553
(956) 864-2711
Custodian of Records

34.    Port Isabel EMS and Custodian of Records
       305 E. Maxan
       Port Isabel, Texas 78578
       (956) 943-7829
       Knowledge of facts and circumstances surrounding the emergency medical services
       of the accident made the basis of this accident.  It is reasonably anticipated that the
       custodian of records will testify that the records are under the supervision, custody
       and control of the custodian of records, that such records were kept in that regular
       course of business.

35.    Port Isabel Fire Department
       204 Musina
       Port Isabel, Texas 78578
       (956) 943-3523

36.    Port Isabel-San Benito Navigation District
       c/o Mr. Brian G. Janis
       Sanchez, Whittington, Janis & Zabarte, LLP
       100 North Expressway 83
       Brownsville, Texas 78521-2284

37.    Reliance National Risk S e t s
       4 Penn Center Plaza
       Philadelphia, PA 19103
       or
       77 Water Street
       New York, NY 10005

38.    Joe Rivera, County Clerk
       Cameron County Courthouse
       974 E. Harrison
       Brownsville, Texas 78520
       (956) 504-0066
       Knowledge of facts and circumstances surrounding the incident made the basis of this
       lawsuit.

39.　Clifford A. Rowell
　　　South Padre Island Fire Department
　　　P.O. Box 3410
　　　South Padre Island, Texas 78597
　　　(956) 761-5454 Ext 325
　　　Fire Chief

40.　Diana Sanchez
　　　Harlingen Fire Department
　　　3510 E. Grimes
　　　Harlingen, Texas 78550
　　　(956) 427-8885
　　　Dispatcher

41.　James Sanders
　　　Lake Charles Diesel, Inc.
　　　5400 Hwy. 90 East
　　　P.O. Drawer 1707
　　　Lake Charles, LY 70602-1707
　　　(337) 433-6311
　　　Mr. Sanders is a consulting expert

42.　Security Systems
　　　Southwestern Bell Telephone
　　　c/o Mr. Geoffrey Amsel
　　　SBC Management Services
　　　1010 N. St. Mary's, Room 1403
　　　San Antonio, Texas 78209
　　　Claimant

43.　South Padre Island Fire Department
　　　P.O. Box 3410
　　　South Padre Island, Texas 78597
　　　(956) 761-5454 Ext 325

44.　Mark N. Swaney and Custodian of Records
　　　Calvary Hill Funeral Home and Cemetery
　　　21723 Aldine Westfield
　　　Humble, TX 77338
　　　(281) 445-3340

Knowledge of facts and circumstances surrounding the funeral and funeral expenses of claimants in the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the records are under the supervision, custody and control of the custodian of records, that such records were kept in that regular course of business.

45.    Mary Ann Courter
       Juan Rodriguez, Jr.
       Texas Department of Public Safety
       5805 Lamar Blvd.
       P.O. Box 4087
       Austin, Texas 78773-0001

46.    Texas Department of Transportation
       c/o Mr. Jack F. Gilbert
       P.O. Box 12548
       Austin, Texas 78711-2548

47.    Amadeo Saenz, District Engineer
       600 West US 83 Expressway
       P.O. Drawer EE
       Pharr, Texas 78577

48.    Texas Parks & Wildlife Department
       c/o Boyd Kennedy
       Staff Attorney
       Law Enforcement Division
       5541 Bear Lane, Ste. 232
       Corpus Christi, Texas 78405
       and 4200 Smith School Road
       Austin, Texas 78744

49.    TxDOT and Custodian of Records
       P.O. Drawer EE
       Pharr, TX 78577
       Attn: Teresa Muehlberger/Safety Dept.
       Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the records are under the supervision, custody and control of the custodian of records, that such records were kept in that regular course of

business.

50.    Randle Thompson, LPC, LMFT
       Bienestar Counseling Centre
       P.O. Box 298
       Olmito, Texas 78575

51.    Carolyn Thompson
       Randle Thompson, LPC, LMFT
       Bienestar counseling Centre
       P.O Box 298
       Olmito, Texas 78575
       Office Manager

52.    United States Coast Guard
       Commanding Officer
       Marine Safety Office-Corpus Christi ' C
       400 Man Street, Ste. 210 or
       555 Carancahua Street, Suite 500
       Corpus Christi, Texas 78401
       The United States Coast Guard performed an investigation of the accident.

53.    Juan Carlos Villarreal and Custodian of Records
       City of Port Isabel EMS
       305 E. Maxan
       Port Isabel, TX 78578
       (956) 943-7829
       EMS Director - Knowledge of facts and circumstances surrounding the emergency
       medical services given to Claimants of the accident made the basis of this lawsuit.
       It is reasonably anticipated that the custodian of records will testify that the records
       are under the supervision, custody and control of the custodian of records, that such
       records were kept in that regular course of business.

54.    Jim Wilson
       United States Coast Guard
       800 David Drive, Room 232
       Morgan City, Louisiana 70380
       Wilson conducted the U. S. C. G. investigation hearings.

55.    United States Department of Transportation
       c/o Hon. Greg Serres, United States Attorney
       600 E. Harrison, Ste. 201

Brownsville, Texas 78520-7114

56. Valley Regional Medical Center
    Pathology Department
    100-A Alton Gloor Blvd.
    Brownsville, Texas 78520

57. Joe Hargiss
    P.O. Box 1272
    Henderson, Kentucky
    Expert surveyor who has information about the damages to the Barge NM-315 and
    the value of all four barges.

**Experts Designated by Hector Martinez, Sr.**

1. Margie W. Cornwell, M.D.
   P.O. Drawer 2580
   Harlingen, Texas 78551
   Pathologist who performed the autopsy on Hector Martinez, Jr. and suffering

**Experts Designated by Roberto Espericueta**

1. Reverent Stephen Hyde
   Lighthouse Assembly of God Church
   10 Port Road
   Port Isabel, Texas 78578
   (956) 943-5372
   Will testify concerning mental anguish

**Experts Designated by Rescuers-Claimants - Rolando Lee Moya, Alberto Leroy Moya, Antonio Salinas Jr., and Roberto Espericueta**

1. Claimants hereby designate all persons who have provided testimony at the United
   States Coast Guard hearing related to the incident in question.

**Experts Designated by Plaintiff Anita Harris, Individually and as Next Friend of Victor Justin Harris (a minor)**

1. Plaintiffs adopt as their experts the three pathologists from Valley Baptists Hospital
   in Harlingen, Texas identified by Co-Plaintiffs Chealsa and Barry Welch who
   performed autopsies on decedent Plaintiffs.

**Experts Designated by The State of Texas**

1.  Captain William M. Beacom
    2423 Jackson Street
    Sioux City, Iowa 51104
    (712) 255-3412
    (712) 255-0844 fax
    Captain Beacom may testify regarding the opinions set forth in his report.  Please
    refer to the CV of Captain William M. Beacom, document nos. TX000002-TX000006
    which is attached to Third Amended Initial Disclosures of William E. Kimbrell,
    Claimant.

2.  Jody R. Ellington, P.E.
    Pharr District Bridge Engineer
    Texas Department of Transportation
    P.O. Box 1717
    Pharr, Texas 78577-1717
    Mr. Ellington may testify regarding the opinions set forth in his report.  Please refer
    to the Memorandum of Jody R. Ellington, P.E., document nos. TX000018-TX000025
    and the CV of Jody R. Ellington, document nos. TX000026-TX000029 which are
    attached to Third Amended Initial Disclosures of William E. Kimbrell, Claimant.

3.  Richard Frank, P.E.
    Engineering Partners International, Inc.
    1310 Kingwood Drive
    Kingwood, Texas 77339
    Mr. Silloway may testify regarding the opinions set forth in his report.  Please refer
    to the Expert Report of Richard Frank Silloway, document nos. TX000007-
    TX000010, the CV of Mr. Silloway, document nos. TX000011-TX000012, the
    Publications and Presentations by Mr. Silloway, document nos. TX000013-
    TX000014, and the Expert Witness Testimony of Mr. Silloway, document nos.
    TX000015-TX000017, all of which are attached to Third Amended Initial Disclosures
    of William E. Kimbrell, Claimant.

4.  Toribio Garza, Jr., P.E.
    Director of Maintenance
    Texas Department of Transportation
    P.O. Box 1717
    Pharr, Texas 78577-1717
    Mr. Garza may testify regarding the opinions set forth in his report.  Please refer to
    the Memorandum of Toribio Garza, Jr., document nos. TX000030-TX000035, and

the CV of Mr. Garza, document nos. TX000036-TX000037, which are attached to Third Amended Initial Disclosures of William E. Kimbrell, Claimant.