# EXHIBIT "C"

FUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION FOR BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERERS, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-01-157<br><br>**Consolidated with** |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC, AS OWNER, and AMERICAN COMMERCIAL BARGE LINE LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-02-004<br><br>**and** |
| IN THE MATTER OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-02-125<br><br>Admiralty |

**CLAIMANT WILLIAM E. KIMBRELL'S**
**FIRST SUPPLEMENT TO FIRST AMENDED EXHIBIT C**
**LIST OF POTENTIAL NON-RETAINED EXPERTS**

**Category I -**

The individuals disclosed below participated in the occurrence made the basis of this suit and/or the rescue, and/or the recovery, and/or investigation, and/or causation of allision, and/or the treatment of injuries. These individuals may be potential experts (non retained experts) and may have expert opinions with regard to their involvement.

1. Eddie Arriola
   1616 Michigan
   Port Isabel, TX
   Long Island Swing Bridge
   (956) 943-4474
   Mr. Arriola is the supervisor of the Long Island Swing Bridge in Port Isabel, TX. He has knowledge of different barge configurations passing through the area and of the circumstances surrounding the accident

2. Ross Baliguire
   Address & Phone Number Unknown
   Deckhand of the M/V BROWN WATER V who has information about the events surrounding the incident

3. Jose L. Benavidez
   PO Box 1418
   Rio Hondo, TX 78583
   (956) 748-2253
   Defendant Brownwater possesses information on Mr. Benavidez' current address and phone number as he is a former employee.
   Mr. Benavidez is a former Brownwater Marine employee who possesses an OUTV master's vessel license. He worked as a pilot and captain for Brownwater Marine. Mr. Benavidez will render opinions regarding necessary horsepower for "push boats" such as the Brownwater V as well as safe barge configurations. Mr. Benavidez will also provide expert testimony based on his experience as a pilot and captain employed by Brownwater Marine regarding safety issues at Brownwater Marine as they relate to pushing barges. In particular, Mr. Benavidez complained of unsafe practices to manages at Brownwater prior to the allision made the basis of this suit.

4. Hector Bennett
   Port Isabel Fire Department
   204 Musina
   Port Isabel, Texas 78578

(956) 943-3523
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records pertaining to claimants are under supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.

5.     Joe W. Blocker
       301 N. Chaparral
       Fulton, TX 78358
       (361) 790-9350
       Mr. Blocker was a deck hand on board the BROWN WATER V at the time of the accident. His employer is Brown Water Marine Service, Inc.

6.     Agustin Briseno
       6684 Monte Vello
       Brownsville, TX
       Long Island Swing Bridge
       (956) 943-4474
       Mr. Briseno works at the Long Island Swing Bridge in Port Isabel, TX. He has knowledge of the configuration of barges passing through the area and of the circumstances surrounding the area

7.     Rafael Briseno
       1015 Timeer Dr.
       Brownsville, TX
       Long Island Swing Bridge
       (956) 943-4474
       Mr. Briseno works at the Long Island Swing Bridge in Port Isabel, TX. He has knowledge of the configuration of barges passing through the area and of the circumstances surrounding the area

8.     Brownsville Fire Department and Custodian of Records
       1010 E. Adams Street
       Brownsville, Texas 78520
       (956) 546-3195
       Personnel at call / Assisted in rescue of vehicles/victims
       Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the records are under the supervision, custody and control of the custodian of records, that such records were kept in that regular course of business.

9.  Brownsville Herald and Custodian of Records
    1135 East Van Buren Street
    Brownsville, TX 78520
    (956) 542-4301
    Knowledge of facts and circumstances surrounding the news reporting of the accident
    made the basis of this accident. It is reasonably anticipated that the custodian of
    records will testify that the records are under the supervision, custody and control of
    the custodian of records, that such records were kept in that regular course of
    business.

10. Captain Daniel Bryant
    422 Palm
    Laguna Vista, TX
    Phone Number Unknown
    Captain Bryant has knowledge of the circumstances surrounding the accident

11. Captain Joe Lee Bryant
    104 Hwy 100 Lot 1
    Port Isabel, TX
    Phone Number Unknown
    Captain Bryant has knowledge of the circumstances surrounding the accident

12. Buena Vista Funeral Home and Custodian of Records
    125 McDavitt Blvd.
    Brownsville, TX 78520
    (956) 541-5400
    Knowledge of facts and circumstances surrounding the funeral and funeral expenses
    of claimants in the accident made the basis of this accident. It is reasonably
    anticipated that the custodian of records will testify that the records are under the
    supervision, custody and control of the custodian of records, that such records were
    kept in that regular course of business.

13. James W. Buky
    American Commercial Barge Line LLC
    P. O. Box 610
    1701 Utika Pike
    Jeffersonville, Indiana 47130-4717
    (812) 288-0100
    Served as Vice-President & Senior Vice-President for ACBL during the time period
    1992 - present. Was also involved in Marketing Services for ACBL.

14.    Calvary Hill Funeral Home and Cemetery
       21723 Aldine Westfield
       Humble, TX 77338
       (281) 445-3340

15.    Cameron County District Attorney's Office and Custodian of Records
       c/o Yolanda De Leon, District Attorney
       974 E. Harrison St.
       Brownsville, TX 78520-7198
       (956) 504-0066
       Knowledge of facts and circumstances surrounding the investigation of the accident
       made the basis of this accident. It is reasonably anticipated that the custodian of
       records will testify that the records are under the supervision, custody and control of
       the custodian of records, that such records were kept in that regular course of
       business.

16.    Sigifredo C. Cantu, Fire Chief
       Lt. D. Lompra
       Diana Sanchez
       and Custodian of Records
       Harlingen Fire Department
       3510 E. Grimes
       Harlingen, TX 78550
       (956) 427-8885
       Knowledge of facts and circumstances surrounding the investigation of the accident
       made the basis of this accident. It is reasonably anticipated that the custodian of
       records will testify that the records are under the supervision, custody and control of
       the custodian of records, that such records were kept in that regular course of
       business.

17.    Rolando Castaneda
       Texas Ranger
       Texas Dept. of Public Safety

18.    Daniel Ceballos
       C/O Bums International Security Services
       Long Island, Texas
       Mr. Ceballos has knowledge of the circumstances surrounding the accident.

19.    City of Brownsville EMS
       Attn: Director
       954 E. Madison
       Brownsville, TX 78520
       (956) 541-9491
       Assisted at scene

20.    City of Harlingen EMS
       PO Box 533668 or 1705 Vermont
       Harlingen, TX 78553
       (956) 364-2711
       Assisted at scene

21.    City of Los Fresnos EMS
       200 N. Brazil
       Los Fresnos, TX 78566
       (956) 233-4473
       Assisted at scene

22.    City of Port Isabel EMS
       305 E. Maxan
       Port Isabel, TX 78578
       (956) 943-7829
       Assisted at scene

23.    David E. Cole
       P.O. Box 99
       Marrero, LA 70073-0099
       (504) 340-8942
       Expert retained by Claimants Estate of Robin Faye Leavell; Knowledge regarding
       accident and cause of accident made the basis of this suit

24.    Captain Phil Colo
       416 Barker Street
       Laguna Vista, TX
       Phone Number Unknown
       Captain Colo has knowledge of the circumstances surrounding the accident

25.    Commander and/or Investigating Officers
       Coast Guard
       District 8
       501 Magazine St.

---

1ST SUPPLEMENT TO 1ST AMENDED EXHIBIT C - NON RETAINED EXPERTS          Page 6
Kimbrell #8558   RLH/MAB                        11-24-04

New Orleans, LA 70130
(504) 589-6230
The Commander and/or investigating officers will have information about the events surrounding the accident.

26.    Robert Cornelison
       250 Industrial Drive
       Port Isabel, TX 78578

27.    Mary Ann Courter
       Juan Rodriguez, Jr.
       Texas Department of Public Safety
       5805 Lamar Blvd.
       P.O. Box 4087
       Austin, Texas 78773-0001

28.    Edgar Cruz
       Port Isabel Fire Department
       204 Musina
       Port Isabel, Texas 78578
       (956) 943-3523
       Personnel at call / Assisted in rescue of vehicles/victims

29.    Lawrence J. Dahm, M.D.
       Pathology
       P.O. Drawer 2588
       Harlingen, TX 78551
       or
       2938 Lazy Lake Drive
       Harlingen, TX 78550
       (956) 425-5019
       Conducted autopsy on Robin Faye Leavell. Knowledge regarding injuries and cause of death of Robin Faye Leavell. Also conducted autopsy on Chealsa Louise Welch (Kimbrell) and has knowledge regarding injuries and cause of death of Chealsa Louise Kimbrell (Welch).

30.    Darling-Mouser Funeral Home
       945 Palm Blvd. at Monroe
       Brownsville, TX 78520-6120
       (956) 546-7111

31.  Dewitt S. Davenport, M.D.
     Valley Baptist Medical Center
     Pathology Department
     2101 Pease St.
     Harlinen, TX 78551
     (956) 389-1921
     Assisted in autopsy of Chealsa Welch

32.  John Deck
     Jay Disler
     American Admiralty Bureau
     P.O. Box 372
     East Claridon, OH
     or
     12236 Old State Road
     Chardon, OH 44024
     (440) 635-0429
     Experts who have knowledge of marine operations and equipment industry standards
     and customary practices in operations such as those that petitioners were engaged in
     at the time of the incident in question.

33.  Jimmy Deckard
     Port Isabel Fire Department
     204 Musina
     Port Isabel, Texas 78578
     (956) 943-3523
     Personnel at call / Assisted in rescue of vehicles/victims

34.  Alejandro Del Toro
     Diver involved in rescue and recovery

35.  Department of the Army
     Corps of Engineers
     1920 North Chaparral Street
     Corpus Christi, Texas 78401
     Attn: Mr. Elijio Garza, Area Engineer
     May have knowledge as to the contributing factors for the accident.

36.     Lynn Dixon
        DPS Diver
        Austin, TX
        Recovered Rivas vehicle, leader of DPS dive team

37.     Captain Steve Ellis
        1016 Tarpon, #9
        Port Isabel, TX
        (956) 943-4525
        Captain Ellis has knowledge of the circumstances surrounding the accident

38.     Randy Elmore
        367 Shaver Rd.
        Aransas Pass, TX 78336
        (361) 758-2408
        Mr. Elmore was a mechanic who was onboard the Brown Water V prior to the
        incident.  His employer is Brown Water Marine Service, Inc.  Mr. Elmore is a
        mechanic who made repairs on throttle or gears on Brown Water V prior to incident

39.     J. Ermer
        American Commercial Barge Line LLC
        P. O. Box 610
        1701 Utika Pike
        Jeffersonville, Indiana 47130-4717
        (812) 288-0100
        Served on Board of Directors for ACL during the time period 1992 - present

40.     James Farley
        8904 Lippincott
        Louisville, KY 40222
        Employee of ACBL who has knowledge of relevant facts. Served as Vice-President
        for ACBL during the time period 1992 - present.  Was also involved in Marketing
        Services & Transportation Services for ACBL.  Please see his deposition testimony
        taken in this case.

41.     Lt. D.J. Fassero
        Commanding Officer
        Freedom of Information Coordinator
        United States Coast Guard
        Marine Safety Office

400 Mann St. # 210
Corpus Christi, TX 78401
(361) 888-3162

42. Fire Marshall
Port Isabel Fire Department
204 Musina
Port Isabel, Texas 78578
(956) 943-3523

43. E. Fitsimmons
American Commercial Barge Line LLC
P. O. Box 610
1701 Utika Pike
Jeffersonville, Indiana 47130-4717
(812) 288-0100
Served on Board of Directors for ACL during the time period 1992 - present

44. Cliff Fleming
721 Palm Blvd.
Laguna Vista, Texas
Mr. Fleming has knowledge of the circumstances surrounding the accident.

45. L. L. Fleming
American Commercial Barge Line LLC
P. O. Box 610
1701 Utika Pike
Jeffersonville, Indiana 47130-4717
(812) 288-0100
Served as Assistant Secretary for ACL & ACBL during the time period 1992 - present

46. Captain David Fowler
860 Debonair Dr.
Mobile, AL 36695
(334) 639-1747
David Fowler was at the wheel of the BROWN WATER V at the time of the accident.
His employer is Brown Water Marine Service, Inc. He has knowledge of the facts
and circumstances surrounding the incident which is made the subject of this
litigation.

47.    J. M. Fox
       American Commercial Barge Line LLC
       P. O. Box 610
       1701 Utika Pike
       Jeffersonville, Indiana 47130-4717
       (812) 288-0100
       Served as Assistant Vice-President for ACBL during the time period 1992 - present

48.    Captain James Franceschi
       34 Sunburst Lane
       Brownsville, TX 78520
       (956) 546-6103
       Captain Franceshi was piloting the Irini F out through the Brownsville Ship Channel
       when he heard Brown Water V mayday call.  He has knowledge of David Fowler's
       radio conversations subsequent to the accident.    Captain Franceshi also has
       knowledge of the circumstances surrounding the accident and of previous groundings
       in the channel area

49.    Victor Franco
       C/O Bums International Security Services
       Long Island, Texas
       Mr. Franco has knowledge of the circumstances surrounding the accident.

50.    Carlos J. Galvan, Jr.
       105 Port Road
       Port Isabel, Texas 78578
       (956) 943-2626
       Assistant Director of Operations of Laguna Madre Water District of Port Isabel has
       knowledge of the circumstances surrounding the accident and losses sustained by the
       Water District.

51.    Gustavo Garcia
       6939 West Business 83
       Harlingen, Texas
       Mr. Garcia has knowledge of the circumstances surrounding the accident.

52.    Mr. Eligio Garza, Area Engineer
       United States Army Corps of Engineers
       1920 N. Chaparral Street
       Corpus Christi, TX 78401
       (361) 884-3385

53.  Juan Garza
     Port Isabel Fire Department
     204 Musina
     Port Isabel, Texas 78578
     (956) 943-3523
     Personnel at call / Assisted in rescue of vehicles/victims

54.  Dolores Goette
     410 Morris Street
     Laguna Vista, Texas
     Ms. Goette has knowledge of the circumstances surrounding the accident.

55.  Captain Henry or Harry Goette
     410 Morris St.
     Laguna Vista, TX
     Phone Number Unknown
     Captain Goette has knowledge of the circumstances surrounding the accident

56.  Carlos Gonzalez, Jr.
     Port Isabel Fire Department
     204 Musina
     Port Isabel, Texas 78578
     (956) 943-3523
     Personnel at call / Assisted in rescue of vehicles/victims

57.  Gabe Gonzalez
     Port Isabel Fire Department
     204 Musina
     Port Isabel, Texas 78578
     (956) 943-3523
     Personnel at call / Assisted in rescue of vehicles/victims

58.  Jacinto Gonzalez and Custodian of Records
     Game Warden IV
     Texas Parks & Wildlife Dept.
     805 W. Price
     Brownsville, TX 78521
     (956) 546-1952
     Knowledge of facts and circumstances surrounding the investigation of the accident
     made the basis of this accident.  It is reasonably anticipated that the custodian of
     records will testify that the records are under the supervision, custody and control of
     the custodian of records, that such records were kept in that regular course of
     business.

59.    Edward Grafwallnes
Fire Chief
Los Fresnos Volunteer Fire Department
200 N. Brazil
Los Fresnos, Texas 78566
or
P.O. Box 777
Los Fresos, Texas 78566
(956) 233-4751
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the records pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.

60.    Mark Guillot
5705 Laguna Circle South, #202
South Padre Island, Texas
Mr. Guillot has knowledge of the circumstances surrounding the accident.

61.    Joe Hargiss
P.O. Box 1272
Henderson, Kentucky
Expert surveyor who has information about the damages to the Barge NM-315 and the value of all four barges.

62.    Harlingen Fire Department
3510 E. Grimes
Harlingen, Texas 78550
(956) 427-8885
Personnel at call / Assisted in rescue of vehicles/victims

63.    Barbara J. Hausman, M.T. (ASCP)
Valley Regional Medical Center
Pathology Department
100 A. Alton Gloor
Brownsville, TX 78526
(956) 350-7000
Lab Director

---

64.  Art Hernandez
     Port Isabel Fire Department
     204 Musina
     Port Isabel, Texas 78578
     (956) 943-3523
     Personnel at call / Assisted in rescue of vehicles/victims

65.  Eduardo "Eddie" Hernandez
     105 Port Road
     Port Isabel, TX 78578
     (956) 943-2626
     General Manager of Laguna Madre Water District of Port Isabel has knowledge of the
     circumstances surrounding the accident and losses sustained by the Water District.
     Mr. Hernandez also has information of the utility service provided to South Padre
     Island as result of the collision made the basis of this suit.

66.  Patrick D. Hoessle
     4416 Creekstone Blvd.
     Jefferson, Indiana
     or
     P. O. Box 610
     Jefferson, Indiana 47130-4717
     Phone Number Unknown
     ACBL dispatcher who has information about the dispatching of the barges in question

67.  Norman "Sonny" Ivey
     200 Richmond Dr. East
     Mandeville, LA 70448
     American Commercial Barge Line LLC
     P. O. Box 610
     1701 Utika Pike
     Jeffersonville, Indiana 47130-4717
     (812) 288-0100
     Employee of ACBL who has knowledge of relevant facts.  Served as Vice-President
     for ACBL during the time period 1992 - present.  Was also involved in
     Transportation Services (Gulf Coast) for ACBL.

68.    Mr. Boyd Kennedy, Staff Attorney
       Texas Parks and Wildlife Dept.
       4200 Smith School Road
       Austin, Texas 78744
       Knowledge of facts and circumstances surrounding the incident made the basis of
       this lawsuit.

69.    KGBT - TV Channel 4 and Custodian of Records
       9201 W. Expressway 83
       Harlingen, TX 78552
       (956) 366-4444
       Knowledge of facts and circumstances surrounding the news reporting/footage of the
       causeway collapse accident made the basis of this accident.  It is reasonably
       anticipated that the custodian of records will testify that the records are under the
       supervision, custody and control of the custodian of records, that such records were
       kept in that regular course of business.

70.    KGBT - Channel 5 and Custodian of Records
       East Expressway 83
       Weslaco, Texas 78598
       (956) 428-5555
       Knowledge of facts and circumstances surrounding the news reporting/footage of the
       causeway collapse accident made the basis of this accident.  It is reasonably
       anticipated that the custodian of records will testify that the records are under the
       supervision, custody and control of the custodian of records, that such records were
       kept in that regular course of business.

71.    KNVO Univision - Channel 48 and Custodian of Records
       801 N. Jackson
       McAllen, Texas 78501
       (956) 687-4848
       Knowledge of facts and circumstances surrounding the news reporting/footage of the
       causeway collapse accident made the basis of this accident.  It is reasonably
       anticipated that the custodian of records will testify that the records are under the
       supervision, custody and control of the custodian of records, that such records were
       kept in that regular course of business.

72.   Captain Phillip Langley
      3326 Lakeside Dr.
      Rockwall, TX 75087
      (800) 873-9823
      Captain Langley was the relief captain on board the tug boat Bruce Bordelon at the
      time of the accident.   He has knowledge of the circumstances surrounding the
      accident

73.   Lt. D. Lompra
      Harlingen Fire Department
      3510 Grimes
      Harlingen, TX 78550
      (956) 427-8885
      Personnel at call / Assisted in rescue of vehicles/victims

74.   Long Island Bridge Company
      c/o John R. Freeland
      806 Pecan
      McAllen, TX 78501
      (956) 943-1622
      Employees of Long Island Bridge Company witnessed the four barges and tug pass
      under the bridge immediately prior to the accident.  They also have knowledge of the
      configuration of barges passing through the area and of the circumstances surrounding
      the accident

75.   Los Fresnos Volunteer Fire Department
      200 N. Brazil
      Los Fresnos, TX 78566
      or
      P.O. Box 777
      Los Fresnos, TX 78566
      (956) 233-4751
      Personnel at call / Assisted in rescue of vehicles/victims

76.   Arturo Martinez
      105 Port Road
      Port Isabel, Texas 78578
      (956) 943-2626
      Acting General Manager of Laguna Madre Water District of Port Isabel has
      knowledge of the circumstances surrounding the accident and losses sustained by the
      Water District.

77. G. Mayberry
    Harlingen Fire Department
    3510 E. Grimes
    Harlingen, Texas 78550
    (956) 427-8885
    Operator

78. Juan Medrano
    Port Isabel Fire Department
    204 Musina
    Port Isabel, Texas 78578
    (956) 943-3523
    Personnel at call / Assisted in rescue of vehicles/victims

79. Daniel Mena
    105 Port Road
    Port Isabel, Texas 78578
    (956) 943-2626
    Director of Finance of Laguna Madre Water District of Port Isabel has knowledge of
    the circumstances surrounding the accident and losses sustained by the Water District.

80. Captain Joseph Mock
    P.O. Box 572
    Port Isabel, TX
    Phone Number Unknown
    Captain Mock has knowledge of the circumstances surrounding the accident

81. Ramon Moreno
    Rt. 3, Box 708F
    Los Fresnos, Texas
    Mr. Moreno has knowledge of the circumstances surrounding the accident.

82. Keith D. Morley
    Zurich North America
    3003 Summit Boulevard, Ste. 1800
    Atlanta, GA 30319
    (404) 851-3386
    Mr. Morley, as the insurance adjustor for Zurich North America assigned to handle
    the Brown Water account and the underlying litigation against Brown Water and
    American Commercial Barge Lines, should have information with respect to the

insurance policy at issue, the underlying litigation, the assumption of the defense of American Commercial Barge Lines, the authorization for the filing of limitation of liability proceedings, and the execution of Letters of Undertaking.

83. Stephen H. Mosher
320 Cove Harbor
P.O. Box 2205
Rockport, TX 78381-2205
(361) 729-3721
or
632 Deer Meadow Trail
Valparaiso, IN 46385
(219) 548-8448
c/o Will W. Pierson
Royster Rayzor
Jack C. Partridge
Royston, Rayzor, Vickery & Williams, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua, Suite 1700
(361) 884-8808
Corpus Christi, TX 78476
Port Director for Burns Harbor Port of Indiana.  Mr. Mosher was the President of Operations for Brown Water Towing I, Inc. who has information about the Brown Water Companies' operations, the crew, the vessel, and certain events surrounding the incident in question.  He was also the Secretary, Treasurer and Director for Brown Water Marine Service, Inc.  Mr. Mosher was also in charge of Personnel, Health & Safety, Operations, Sales, Industry & Regulatory compliance and Insurance & Risk Management.  Please refer to the deposition of Stephen H. Mosher

84. Dr. Donald Jay Mulkerne
Spring Hill Behavioral Health
100 Memorial Hospital Drive, Ste. 1-B
Mobile, AL 36608
(251) 340-0688
Dr. Mulkerne is David Fowler's treating psychologist and has knowledge regarding David Fowler's emotional and psychological condition.

85. Eddie Newman
c/o Will W. Pierson
Royster Rayzor
Jack C. Partridge

Royston, Rayzor, Vickery & Williams, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua, Suite 1700
(361) 884-8808
Corpus Christi, TX 78476
Vessel Captain for Brown Water V

86.    Ben Nunez and Custodian of Records
       Brownsville Fire Department
       1010 E. Adams St.
       Brownsville, TX 78520
       (956) 546-3195
       Knowledge of facts and circumstances surrounding the investigation of the accident
       made the basis of this accident.  It is reasonably anticipated that the custodian of
       records will testify that the records pertaining to claimants are under the supervision,
       custody and control of the custodian of records, that such records were kept in that
       regular course of business.

87.    Levie Paul Old
       1200 N. Magnolia, #26
       Rockport, TX 78382
       (361) 727-9165
       Mr. Old was a deck hand on board the BROWN WATER V at the time of the
       accident.  His employer is Brown Water Marine Service, Inc.

88.    Joe Ollinger
       Trey Fredriksen
       Captain Terry Girardot
       Pilot Ralph Owens
       Marine Resource

89.    Walter Olmstead
       U.S. Coast Guard

90.    Juan Pedarza
       Port Isabel Fire Department
       204 Musina
       Port Isabel, Texas 78578
       (956) 943-3523
       Personnel at call / Assisted in rescue of vehicles/victims

91.    Chief Lenny Perez
       Brownsville Fire Department
       1010 E. Adams Street
       Brownsville, Texas 78520
       (956) 546-3195
       Personnel at call / Assisted in rescue of vehicles/victims

92.    Port Isabel Fire Department
       204 Musina
       Port Isabel, Texas 78578
       (956) 943-3523
       Personnel at call / Assisted in rescue of vehicles/victims

93.    Port Isabel-San Benito Navigation District
       c/o Mr. Brian G. Janis
       Sanchez, Whittington, Janis & Zabarte, LLP
       100 North Expressway 83
       Brownsville, Texas 78521 -2284
       May have knowledge o f the circumstances surrounding the accident.

94.    Andy Puente
       Port Isabel Fire Department
       204 Musina
       Port Isabel, Texas 78578
       (956) 943-3523
       Personnel at call / Assisted in rescue of vehicles/victims

95.    Daniel Pugh
       Telephone and address unknown
       Mr. Pugh has knowledge of the circumstances surrounding the accident.

96.    Dan Reeves
       1806 Illinois
       Port Isabel, Texas
       Mr. Reeves has knowledge of the circumstances surrounding the accident.

97.    Trooper Adrian Rivera
       DPS
       Brownsville, Texas

98.    Captain Russell Robinson
       c/o R & R Hi-Way Baitstand
       Port Isabel, TX
       (956) 943-6311
       Captain Robinson has knowledge of the circumstances surrounding the accident

99.    Juan Rodriguez, Jr.
       Department of Public Safety
       Port Isabel, TX
       Mr. Rodriguez is the investigating DPS Trooper who prepared the police report for
       this case.  He has knowledge of the events causing the allision.

100.   Martin Rodriguez
       Port Isabel Fire Department
       204 Musina
       Port Isabel, Texas 78578
       (956) 943-3523
       Personnel at call / Assisted in rescue of vehicles/victims

101.   Clifford A. Rowell
       South Padre Island Fire Department
       P.O. Box 3410
       South Padre Island, TX 78597
       (956) 761-5454 ext 325
       Fire Chief

102.   Douglas Charles Ruschman
       6503 Harrods View Circle
       Prospert, KY 40059
       American Commercial Barge Line LLC
       P. O. Box 610
       1701 Utika Pike
       Jeffersonville, Indiana 47130-4717
       (812) 288-0100
       Employee of ACBL who has knowledge of relevant facts.  Also served as Assistant
       Vice-President for ACBL during the time period 1992 - present.  Was also involved
       in Safety & Risk Management for ACBL.  Mr. Ruschman has information with
       respect to the underlying litigation, the naming of American Commercial Barge Line
       in the relevant insurance policy, the filing of the limitation of liability proceedings,
       and the execution of a Letter of Undertaking on behalf of American Commercial
       Barge Lines by Zurich.  Please see his deposition testimony taken in this case.

103.    Diana Sanchez
        Harlingen Fire Department
        3510 E. Grimes
        Harlingen, Texas 78550
        (956) 427-8885
        Dispatcher

104.    Russell Sigman
        1646 W. Palm Dr.
        Aransas Pass, TX 78336
        (361) 758-8208
        or
        5123 Ivycrest Tr.
        Arlington, TX 76017
        (817) 478-1166
        Mr. Sigman is the President of Brown Water Marine Service, Inc.  He is also the
        Assistant Secretary and Treasurer for Brown Water Towing I, Inc.  Mr. Sigman has
        also been in charge of Operations since 1-1-97.

105.    South Padre Island Fire Department
        P.O. Box 3410 or 104 E. Venus
        South Padre Island, Texas 78597
        (956) 761-5454 Ext. 325

106.    Dale Ray Stockton
        14648 Arroyo Drive
        Harlingen, Texas
        Mr. Stockton has knowledge of prior collisions of tugboats and barges with the Queen
        Isabella Causeway.

107.    Russell Stockton
        208 West Mesquite
        South Padre Island, Texas
        Mr. Stockton has knowledge of the circumstances surrounding the accident.

108.    Douglas A. Swain
        Address & Phone Number Unknown
        Name taken from list of exhibits produced at the United States Coast Guard hearings;
        Brown Water Marine Expert Witness

109.  Mark N. Swaney
      Calvary Hill Funeral Home and Cemetery
      21723 Aldine Westfield
      Humble, TX 77338
      (281) 445-3340

110.  Texas Department of Public Safety
      c/o Mary Ann Courter
      5805 Lamar Blvd
      Post Office Box 4087
      Austin, Texas 78773-0001
      May have knowledge of the circumstances surrounding the accident.

111.  Texas Parks & Wildlife Department
      C/O Boyd Kennedy
      Staff Attorney
      Law Enforcement Division
      5541 Bear Lane, Ste. 232
      Corpus Christi, Texas 78405
      and
      4200 Smith School Road
      Austin, Texas 78744
      May have knowledge of the circumstances surrounding the accident.

112.  Captain Dewitt Thomas
      105 Channel
      Port Isabel, TX 78578
      (956) 943-3332
      Captain Thomas has knowledge of the circumstances surrounding the accident

113.  Phillip Timberlake
      7410 Zollman Rd.
      Lanesville, Indiana 47136
      c/o Les Cassidy
      Woolsey & Cassidy, P.C.
      1020 Bank of America
      500 N. Water St. #1020
      Corpus Christi, TX 78471
      (361) 887-2969
      (361) 887-6521 fax

Phillip Timberlake conducted an audit of Brown Water Towing and the Brown V on behalf of ACBL prior to the date of the incident in question and has knowledge of Brown Water's operations and equipment and has knowledge of what ACBL knew about Brown Water's operations and equipment prior to the date of the incident in question. Please refer to the deposition testimony of Phillip Timberlake taken in this case.

114.   United States Coast Guard
       Commanding Officer and custodian of records
       Lt. D.J. Fassero
       Marine Safety Office - Corpus Christi
       400 Mann Street, Suite 210
       Corpus Christi, TX 78401
       (361) 888-3162
       The United States Coast Guard performed an investigation of the accident

115.   United States Department of Transportation
       c/o Hon. Greg Serres, United States Attorney
       600 East. Harrison, Suite 201
       Brownsville, TX 78520-7114
       (956) 548-2554

116.   Janie Valdez
       7300 North Padre Blvd.
       South Padre Island, Texas
       Ms. Valdez has knowledge of the circumstances surrounding the accident.

117.   Ross Valigura
       828 Hughes
       Box 429
       Palacios, Texas 77465
       (979) 578-1864
       Ross Valigura as a deckhand on board the Brown Water V at the time of the incident in question.

118.   Albert M. Vega
       Buena Vista Funeral Home
       125 McDavitt Blvd.
       Brownsville, TX 78520
       (956) 541-5400
       Funeral director of funeral services for Chealsa Louise Welch

119.  Lt. R.G. Vera
      Brownsville Fire Department
      1010 E. Adams Street
      Brownsville, Texas 78520
      (956) 546-3195
      Personnel at call / Assisted in rescue of vehicles/victims

120.  Ross Viligura
      828 Hughes
      Box 429
      Palacios, TX 77465
      (979) 578-1864
      Mr. Viligura was a deck hand on board the BROWN WATER V at the time of the
      accident.  His employer is Brown Water Marine Service, Inc.

121.  Juan Carlos Villarreal
      City of Port Isabel EMS
      305 E. Maxan
      Port Isabel, TX 78578
      (956) 943-7829
      EMS Director

122.  Jim Wilson
      United States Coast Guard
      800 David Drive, Room 232
      Morgan City, LA 70380
      (985) 384-7000
      Mr. Wilson conducted the U.S.C.G. investigative hearings and has knowledge of all
      testimony and exhibits involved as well as opinions regarding the cause of the allision
      and resulting death of Stvan Rivas.

123.  Captain Rocky Lee Wilson
      P.O. Box 2166
      Port Aransas, TX 78373
      (361) 749-3633
      Captain Wilson was the captain on board the BROWN WATER V at the time of the
      incident in question.  He has knowledge of the facts and circumstances surrounding
      the incident in question and has knowledge of the operation and management of the
      Brown Water V.

124.  William Norb Whitlock
      4007 Fox Meadow Way
      Prospect, KY 40059
      (812) 288-0100
      or
      American Commercial Barge Line LLC
      P. O. Box 610
      1701 Utika Pike
      Jeffersonville, Indiana 47130-4717
      (812) 288-0100
      Served as Vice-President of Fleet Maintenance for ACBL and has knowledge of facts
      relevant to this litigation, including, but not limited to, ACBL's policies and
      procedures. For further answer, please refer to William N. Whitlock's deposition
      testimony taken in this case.

125.  Craig Zimmerman
      1/4 Mile North 100 on FM 1575
      Post Office Box 4025
      Los Fresnos, Texas
      Mr. Zimmerman has knowledge of the circumstances surrounding the accident.

126.  John Zimmerman
      Brownsville F.D. Dive Supervisor
      1010 E. Adams Street
      Brownsville, Texas 78520
      (956) 546-3195
      Supervised the rescue and recovery efforts

127.  William Zimmerman
      706 North Shore Drive
      Port Isabel, Texas
      Mr. Zimmerman has knowledge of the circumstances surrounding the accident.

**Category II - Custodian of records**

The following individuals, if called to testify, may testify as to authenticity and matters contained in the business and/or medical records and the manner in which such records are kept or are recorded, made, and kept, and who made the entries.

1.      The custodian of medical records at all times pertinent to this lawsuit for
        Brownsville EMS
        954 E. Madison
        Brownsville, TX 78520
        (956) 541-9491

2.      The custodian of medical records at all times pertinent to this lawsuit for
        Brownsville Fire Department
        1010 E. Adams Street
        Brownsville, Texas 78520
        (956) 546-3195

3.      The custodian of medical records at all times pertinent to this lawsuit for
        Harlingen Fire Department
        3510 E. Grimes
        Harlingen, Texas 78550
        (956) 427-8885

4.      The custodian of medical records at all times pertinent to this lawsuit for
        Los Fresnos EMS
        200 N. Brazil
        Los Fresnos, TX 78566
        (956) 233-4473

5.      The custodian of medical records at all times pertinent to this lawsuit for
        Los Fresnos Volunteer Fire Department
        200 N. Brazil
        Los Fresnos, TX 78566
        or
        P.O. Box 777
        Los Fresnos, TX 78566
        (956) 233-4751

6.    The custodian of medical records at all times pertinent to this lawsuit for
      Port Isabel EMS
      305 E. Maxan
      Port Isabel, TX 78578
      (956) 943-7829

7.    The custodian of records at all times pertinent to this lawsuit for
      Port Isabel Fire Department
      204 Musina
      Port Isabel, Texas 78578
      (956) 943-3523

8.    The custodian of records at all times pertinent to this lawsuit for
      South Padre Island Fire Department
      P.O. Box 3410
      South Padre Island, TX 78597
      (956) 761-5454 ext 325

9.    The custodian of records at all times pertinent to this lawsuit for
      Texas Parks & Wildlife Dept.
      805 W. Price
      Brownsville, TX 78521
      (956) 546-1952

10.   Custodian of records at all times pertinent to this lawsuit for
      Buena Vista Funeral Home
      125 McDavitt Blvd.
      Brownsville, TX 78520
      (956) 541-5400