# EXHIBIT "H"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION FOR BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERERS, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY § § § § § § § § | CIVIL ACTION NO. B-01-157<br><br>**Consolidated with** |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC, AS OWNER, and AMERICAN COMMERCIAL BARGE LINE LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY § § § § § § § § § | CIVIL ACTION NO. B-02-004<br><br>**and** |
| IN THE MATTER OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-02-125<br><br>Admiralty |

### CLAIMANT WILLIAM E. KIMBRELL'S FIRST SUPPLEMENTAL EXHIBIT H DOCUMENTS AND OTHER ITEMS

| | Document Nos. | Description |
|---|---|---|
| 1. | 8558-000001/1 | Letter written by Chealsa Kimbrell Welch on 06-28-97 to her father while he was in prison |
| 2. | 8558-000002/2 | Letters to William E. Kimbrell from Betty Chase re: photos |
| 3. | 8558-000003/3 | Pardon from State Board of Pardons and Paroles Re: William Kimbrell's Offense |
| 4. | 8558-000004/13 | Texas Peace Officer's Accident Report / Fatality Accident Report of 09/25/01 |
| 5. | 8558-000014/19 | Plaintiff's Original Petition, styled Kimbrell v. Bacon, Cause No. 1999-12-5339-C |
| 6. | 8558-000020/20 | DWQ Records re: Texas Parks & Wildlife Department |
| 7. | 8558-000021/21 | DWQ Records re: Brownsville Fire Department |
| 8. | 8558-000022/22 | DWQ Records re: Port Isabel Fire Department |
| 9. | 8558-000023/23 | DWQ Records re: Los Fresnos Fire Department |
| 10. | 8558-000024/24 | DWQ Records re: South Padre Island Fire Department |
| 11. | 8558-000025/25 | DWQ Records re: Harlingen Fire Department |
| 12. | 8558-000026/27 | DWQ Records re: KNVO - TV 48 Univision with Videotape |
| 13. | 8558-000028/29 | DWQ Records re: Valley Baptist Medical Center - Autopsy Report of Gaspar Hinojosa |
| 14. | 8558-000030/30 | Certificate of Death re: Chealsa Louise Welch (Kimbrell) |

| | | |
|---|---|---|
| 15. | 8558-000031/34 | Autopsy Report re: Chealsa Louise Welch (Kimbrell) |
| 16. | 8558-000035/42 | Unused |
| 17. | 8558-000043/44 | DWQ Records re: KRGV - TV Channel 5 with Videotape |
| 18. | 8558-000045/46 | Birthday Card from Chealsa to little sister Shyanne dated 2/21/01 |
| 19. | 8558-000047/57 | William Kimbrell's Bell Atlantic Phone Bill from Period February 4 - March 3, 1998 |
| 20. | 8558-000058/64 | William Kimbrell's Bell Atlantic Phone Bill from Period March 4 - April 3, 1998 |
| 21. | 8558-000065/72 | William Kimbrell's Bell Atlantic Phone Bill from Period June 4 - July 3, 1998 |
| 22. | 8558-000073/75 | Voluntary Statement of Robert Espericueta given to the Texas Department of Public Safety, Texas Ranger Division |
| 23. | 8558-000076/77 | Voluntary Statement of Alberto Leroy Moya given to the Texas Department of Public Safety, Texas Ranger Division |
| 24. | 8558-000078/79 | Voluntary Statement of Rolando Lee Mora given to the Texas Department of Public Safety, Texas Ranger Division |
| 25. | 8558-000080/81 | Voluntary Statement of Antonio Salinas, Jr. given to the Texas Department of Public Safety, Texas Ranger Division |
| 26. | 8558-000082/83 | Email to Barry & Chealsa Welch Sent 9-12-01, after Terrorist Attacks, Re: Coincidence of Dates |

| | | |
|---|---|---|
| 27. | 8558-000106/117 | Newspaper Articles re: Queen Isabella Bridge Collapse & Obituaries/Funeral Services |
| 28. | 8558-000118/122 | Thank You & Christmas cards from Chealsa Welch & Betty Chase |
| 29. | 8558-000123/123 | Receipt from Travelers Express Company, Inc. for $15 that Mr. Kimbrell Sent Chealsa on 01-23-98 |
| 30. | | American Admiralty Bureau's Preview of a Tow Configuration and Power Guide |
| 31. | | American Admiralty Bureau's Interim Recommendations for Tow Powering and Configuration for Western Rivers Push Tows |
| 32. | | U.S. Coast Guard Records relating to Brown Water Marine Service, Inc., Brown Water Towing I, Inc. and/or the BROWN WATER V |
| 33. | | U.S. Coast Guard Records relating to the barges in the BROWN WATER V tow at the time of the incident giving rise to this litgation |
| 34. | | International Ship Management Code (ISM Code) |
| 35. | | Vol 1-5 and exhibits produced at the United States Coast Guard hearings which took place on October 9, 10, 11, 12, 2001 and November 5, 2001 |
| 36. | 8558-000124/143 | Sworn Statement of Jose L. Benavides taken on 3-30-04, including Exhibit A |
| 37. | 8558-0000144 | DWQ Records re: Long Island Village Owners Association |
| 38. | MA000598-MA000607 | Report by Captain G.E. "Jay" Disler and John Deck, III |

| | | |
|---|---|---|
| 39. | MA000608-MA000613 | CV of Captain Gerald Edwin Disler |
| 40. | MA000614-MA000619 | CV of John Deck, III |
| 41. | TX000002-TX000006 | CV / Resume of Captian William M. Beacom |
| 42. | TX000007-TX000010 | Report of Richard F. Silloway, P.E. |
| 43. | TX000011-TX000012 | CV of Richard Frank Silloway, P.E. |
| 44. | TX000013-TX000014 | Publications and Presentations by Richard F. Silloway, P.E. |
| 45. | TX000015-TX000017 | Expert Witness Testimony of Richard F. Silloway, P.E. |
| 46. | TX000018-TX000025 | Memorandum by Jody R. Ellington, P.E. |
| 47. | TX000026-TX000029 | CV of Jody R. Ellington, P.E. |
| 48. | TX000030-TX000035 | Memorandum by Toribio Garza, Jr., P.E. |
| 49. | TX000036-TX000037 | CV of Toribio Garza, Jr., P.E. |

Claimants may rely on documents and items produced and/or disclosed by other parties in this case.

**ON NOVEMBER 24, 2004, ITEM NOS. 38-49 WERE PRODUCED TO THE FOLLOWING PARTIES:**

**CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Will W. Pierson, Esq.
Keith Uhles, Esq.
James Hunter, Esq.
ROYSTON, RAYZOR, VICKERY
& WILLIAMS, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
*CM/RRR # 7003 3110 0002 0871 3224*

Leslie D. Cassidy, III, Esq.
WOOLSEY & CASSIDY
500 N. Water Street, Ste. 1020
Corpus Christi, Texas 78471
*CM/RRR # 7003 3110 0002 0871 3231*

Glen Goodier, Esq.
JONES, WALKER, WAECHTER, POITEVENT,
CARRERE & DENEGRE, L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100
*CM/RRR # 7003 3110 0002 0871 3835*

**REGULAR MAIL**

Heriberto "Eddie" Medrano, Esq.
LAW OFFICES OF HERIBERTO MEDRANO
2009 East Harrison, Ste. B
Harlingen, Texas 78550

Mark J. Spansel, Esq.
ADAMS & REESE, L.L.P.
4500 One Shell Square
New Orleans, LA 70139

James B. Manley, Esq.
ATTORNEY AT LAW
200 William Barnett
Cleveland, Texas 77327

John David Franz, Esq.
THE LAW OFFICES OF JOHN DAVID FRANZ
400 N. McColl
McAllen, Texas 78501

Thomas E. Quirk, Esq.
AARON & QUIRK
901 NE Loop 410, Ste. 903
San Antonio, Texas 78209-1307

Ray R. Marchan, Esq.
WATTS LAW FIRM, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

J. Chad Guantt, Esq.
GUANTT & KRUPPSTADT, L.L.P.
1400 Woodloch, Ste. 575
The Woodlands, Texas 77380

Geoffrey Amsel, Esq.
SBC TEXAS LEGAL
175 E. Houston, 4th Floor
San Antonio, Texas 78205

J.A. Magallanes, Esq.
Carlos Escobar, Esq.
MAGALLANES, HINOJOSA & MANCIAS, PC
1713 Boca Chica Blvd.
P.O. Box 4901
Brownsville, Texas 78520

Thomas R. Ajamie, Esq.
S. Mark Strawn, Esq.
SCHIRRMEISTER AJAMIE, L.L.P.
711 Louisiana Street, Ste. 2150
Houston, Texas 77002

Frank Enriquez, Esq.
Robert Puente, Esq.
LAW OFFICES OF FRANK ENRIQUEZ
4200-B North Bicentennial
McAllen, Texas 78504

Julian Rodriguez, Jr., Esq.
JULIAN RODRIGUEZ, JR. & ASSOC., P.C.
10113 N. 10th Street, Ste. "C"
McAllen, Texas 78504

William Q. McManus, Esq.
Steve Q. McManus, Esq.
LAW OFFICE OF MCMANUS
    & CRANE, L.L.P.
209 West Juan Linn
P.O. Box 2206
Victoria, Texas 77902-2206

Raymond Thomas, Esq.
Andres Gonzales, Esq.
KITTLEMAN, THOMAS, RAMIREZ
    & GONZALES
4900-B N. 10th Street
McAllen, Texas 78504

Jack F. Gilbert, Esq.
Michael Ratliff, Esq.
OFFICE OF THE ATTORNEY GENERAL
TRANSPORTATION DIVISION
P.O. Box 12548
Austin, Texas 78714-2548

Jim S. Hart, Esq.
Nejd Yaziji, Esq.
WILLIAMS BAILEY LAW FIRM, L.L.P.
8441 Gulf Freeway, Ste. 600
Houston, Texas 77017

Veronica Farias, Esq.
LAW OFFICE OF VERONICA FARIAS
2854 Boca Chica
Brownsville, Texas 78521

Mikal Watts, Esq.
WATTS LAW FIRM, L.L.P.
Tower II Building
555 N. Carancahua, 14th Floor
Corpus Christi, TX 78478

Dino Esparza
WILLETTE & GUERRA, L.L.P.
1534 East 6th Street, Suite 200
Brownsville, Texas 78520

David H. Crago
BRIN & BRIN, P.C.
1202 Third Street
Corpus Christi, Texas 78404

**ON JUNE 30, 2004 ITEM NOS. 1-29 WERE PRODUCED TO THE FOLLOWING PARTIES:**

**CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Will W. Pierson, Esq.
Keith Uhles, Esq.
James Hunter, Esq.
ROYSTON, RAYZOR, VICKERY
& WILLIAMS, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
*CM/RRR # 7003 3110 0002 0721 8850*

Leslie D. Cassidy, III, Esq.
WOOLSEY & CASSIDY
500 N. Water Street, Ste. 1020
Corpus Christi, Texas 78471
*CM/RRR # 7003 3110 0002 0721 8843*

Glen Goodier, Esq.
JONES, WALKER, WAECHTER, POITEVENT,
CARRERE & DENEGRE, L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100
*CM/RRR # 7002 2410 0003 6789 2250*

**REGULAR MAIL**

Heriberto "Eddie" Medrano, Esq.
LAW OFFICES OF HERIBERTO MEDRANO
2009 East Harrison, Ste. B
Harlingen, Texas 78550

Mark J. Spansel, Esq.
ADAMS & REESE, L.L.P.
4500 One Shell Square
New Orleans, LA 70139

James B. Manley, Esq.
ATTORNEY AT LAW
200 William Barnett
Cleveland, Texas 77327

John David Franz, Esq.
THE LAW OFFICES OF JOHN DAVID FRANZ
400 N. McColl
McAllen, Texas 78501

Thomas E. Quirk, Esq.
AARON & QUIRK
901 NE Loop 410, Ste. 903
San Antonio, Texas 78209-1307

Ray R. Marchan, Esq.
WATTS LAW FIRM, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

J. Chad Guantt, Esq.
GUANTT & KRUPPSTADT, L.L.P.
1400 Woodloch, Ste. 575
The Woodlands, Texas 77380

Geoffrey Amsel, Esq.
SBC TEXAS LEGAL
175 E. Houston, 4th Floor
San Antonio, Texas 78205

J.A. Magallanes, Esq.
Carlos Escobar, Esq.
MAGALLANES, HINOJOSA & MANCIAS, PC
1713 Boca Chica Blvd.
P.O. Box 4901
Brownsville, Texas 78520

Frank Enriquez, Esq.
Robert Puente, Esq.
LAW OFFICES OF FRANK ENRIQUEZ
4200-B North Bicentennial
McAllen, Texas 78504

William Q. McManus, Esq.
Steve Q. McManus, Esq.
LAW OFFICE OF MCMANUS
    & CRANE, L.L.P.
209 West Juan Linn
P.O. Box 2206
Victoria, Texas 77902-2206

Jack F. Gilbert, Esq.
Michael Ratliff, Esq.
OFFICE OF THE ATTORNEY GENERAL
TRANSPORTATION DIVISION
P.O. Box 12548
Austin, Texas 78714-2548

Veronica Farias, Esq.
LAW OFFICE OF VERONICA FARIAS
2854 Boca Chica
Brownsville, Texas 78521

Thomas R. Ajamie, Esq.
S. Mark Strawn, Esq.
SCHIRRMEISTER AJAMIE, L.L.P.
711 Louisiana Street, Ste. 2150
Houston, Texas 77002

Julian Rodriguez, Jr., Esq.
JULIAN RODRIGUEZ, JR. & ASSOC., P.C.
10113 N. 10th Street, Ste. "C"
McAllen, Texas 78504

Raymond Thomas, Esq.
Andres Gonzales, Esq.
KITTLEMAN, THOMAS, RAMIREZ
    & GONZALES
4900-B N. 10th Street
McAllen, Texas 78504

Jim S. Hart, Esq.
Nejd Yaziji, Esq.
WILLIAMS BAILEY LAW FIRM, L.L.P.
8441 Gulf Freeway, Ste. 600
Houston, Texas 77017

Mikal Watts, Esq.
WATTS LAW FIRM, L.L.P.
Tower II Building
555 N. Carancahua, 14th Floor
Corpus Christi, TX 78478