# EXHIBIT "J"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION FOR BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERERS, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO. B-01-157<br><br>**Consolidated with** |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC, AS OWNER, and AMERICAN COMMERCIAL BARGE LINE LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO. B-02-004<br><br>**and** |
| IN THE MATTER OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION NO. B-02-125<br><br>Admiralty |

<u>**CLAIMANT WILLIAM E. KIMBRELL'S
FIRST SUPPLEMENTAL EXHIBIT J
REPORT OF DOCUMENTS, ITEMS FROM OTHER PARTIES**</u>

Attached please find a report listing documents produced by other Parties

- Claimant, William E. Kimbrell's Exhibit J, Report of Documents and Items Produced by Other Parties, dated 11-19-04

The documents and tangible things referenced above are available and/or will be available at Claimant's attorneys' offices in Corpus Christi, Texas upon reasonable notice and/or are matters of public record and/or are documents and items which have been disclosed by other parties in this case and are accessible to Petitioners from those sources.

Any copying/reproduction costs of documents will be reimbursed by the party requesting such documents.

# PLAINTIFFS' EXHIBIT "J"
## DOCUMENTS PROVIDED BY OTHER PARTIES

Friday, November 19, 2004

| | |
|---|---|
| AC000001 - AC000038 | ACBL Safety Rules Handbook - Rights / Accountability |
| AC000039 - AC000416 | American Commerical Barge Line - Boat Operations Manual |
| AC000417 - AC000683 | American Commerical Barge Line - User Guide |
| AC000684 - AC000689 | ACBL's Response to Request #1 - Barge History Report for 2001 |
| AC000690 - AC000789 | ACBL's Response to Request #3 - Securities & Exchange Commission - Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934, for the Fiscal Year Ended December 28, 2001 |
| AC000790 - AC000899 | ACBL's Response to Request #3 - Securities & Exchange Commission - Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934, for the Fiscal Year Ended December 29, 2000 |
| AC000900 - AC000981 | ACBL's Response to Request #3 - Securities & Exchange Commission - Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934, for the Fiscal Year Ended December 31, 1999 |
| AC000982 - AC001089 | ACBL's Response to Request #3 - Securities & Exchange Commission - Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934, for the Fiscal Year Ended December 25, 1998 |
| AC001090 - AC001096 | ACBL's Response to Request #4 - Loading Instructions for Inland Service Hopper Barges for Ingram Barge Company, the Ohio River Company, American Commercial Barge Line - Dated August 5, 1997 |
| AC001097 - AC001162 | ACBL's Response to Request #4 - Vessel Management Guide - Critical Responses - First Edition May 2000 |
| AC001163 - AC001235 | ACBL's Response to Request #4 - Vessel Management Guide - Equipment Standards - First Edition May 2000 |
| AC001236 - AC001414 | ACBL's Response to Request #4 - Vessel Management Guide - Work Practices - First Edition May 2000 |

Friday, November 19, 2004

| | |
|---|---|
| AC001415 - AC001618 | ACBL's Response to Request #4 - Vessel Management Guide - Vessel Operating Standards - First Edition May 2000 |
| AC001619 - AC001624 | ACBL's Response to Request #5 - AWO Responsible Carrier Program Audit of Brown Water Marine Service, Inc. - March 2000 |
| AC001625 - AC001636 | ACBL's Response to Request #8 - Includes Invoice Approvals, Certificates of Documentation and Coast Guard Vessel Documentation |
| AC001637 - AC001640 | ACBL's Response to Request #9 - Bad Order Overview, Dates Reported 12/6/99 - 9/13/01 |
| AC001642 - AC001643 | ACBL's Response to Request #10 - Drawings - General Arrangment, Open Hopper Box Barge, Dated 8/9/90 & 6/6/97 |
| AC001644 - AC001659 | ACBL's Response to Request #12 - Damage Survey Report & Repair Bids - November 2001 (Due to Allision with the Queen Isabella Highway Bridge) |
| AC001660 - AC001669 | ACBL's Response to Request #12 - Results of Condition Survey on August 27, 2002 - Report Dated October 27, 2001 & Photos Dated September 27, 2001 |
| AC001670 - AC001674 | ACBL's Response to Request #12 - Results of Condition Survey on August 27, 2002 - Report Dated October 26, 2001 & Photos Dated September 27, 2001 |
| AC001675 - AC001679 | ACBL's Response to Request #12 - Results of Condition Survey on August 27, 2002 - Report Dated October 28, 2001 & Photos Dated September 27, 2001 |
| AC001680 - AC001682 | ACBL's Response to Request #13 - Certificates of Insurance, Dated 5/22/00 & 9/27/01 |
| AC001683 - AC001692 | ACBL's Response to Request #17 - Includes Letter to ACBL from Brown Water Marine Dated 7/14/98 re: Increase of Vessel Labor Rates, Invoice Dated 9/30/01 re: Shifting Barges, Contract of Affreightment Dated 9/4/01 and Reports re: Loading & Unloading in Different Cities |
| AC001693 - AC001880 | ACBL's Response to Request #18 - Includes Certificate of Formation of ACBL, LLC and Bareboat Charter Dated as of July 1, 1999 Between American Commercial Barge Line, LLC as Charterer and State Street Bank and Trust Company of Connecticut, N.A. as Owner Trustee |

Friday, November 19, 2004

| | |
|---|---|
| AC001881 - AC001882 | ACBL's Response to Request #19 - Correspondence from Glenn Jones to Barge Incident Notification re: Brownwater #5 & Port Isabel Bridge Collision, Dated 9/15/01 |
| AC001883 - AC001892 | ACBL's Response to Request #21 - Various Correspondence re: Barge Incident Notification Dated March 2000, Increasing Fuel Prices Dated 1996-2000 and a Certificate of Insurance Dated 5/9/97 |
| AC001893 - AC001976 | ACBL's Response to Request #22 - Includes Correspondence, Invoices, Daily Time Sheets, Copies of Checks, & Survey Reports - All re: Damages / Incidents |
| AC001977 - AC001984 | Third Supplemental Response to Request for Production of Documents No.5 - ACBL's Management Assessment of Excell Marine Corporation, Inc. - Provided by Marine Resources |
| AC001985 - AC001986 | Supplemental Answer to Interrogatory No. 3 - ACBL's Flowchart of Employee Names & Departments |
| AC001987 - AC001992 | Supplemental Response to Request for Production of Documents No. 5 - AWO Responsible Carrier Program Audit of Ace Marine Transportation, Audit Performed by Marine Resource |
| AC001993 - AC001998 | Supplemental Response to Request for Production of Documents No. 5 - ACBL's Management and Vessel Conformance Review of Marine Inland Transporation Co. & Eckstein Marine Service, Inc., Provided by Marine Resources |
| AC001999 - AC002003 | Supplemental Response to Request for Production of Documents No. 5 - AWO Responsible Carrier Program Audit of Capital Towing Corporation - Vessels Audited: M/V Lucille Brooks & M/V Elizabeth Bleiler, Audit Performed by Marine Resource |
| AC002004 - AC002008 | Supplemental Response to Request for Production of Documents No. 5 - AWO Responsible Carrier Program Audit of Holly Marine Towing - Vessels Audited: M/V Margaret Ann & M/V Chris Ann, Audit Performed by Marine Resources |
| AC002009 - AC002013 | Supplemental Response to Request for Production of Documents No. 5 - Preliminary AWO Responsible Carrier Program Audit of Calumet River Fleeting, Inc. - Vessels Audited: M/V Matador Vi & M/V Ethel E., Audit Performed by Marine Resources |


Friday, November 19, 2004

| | |
|---|---|
| AC002014 - AC002018 | Supplemental Response to Request for Production of Documents No. 5 - AWO Responsible Carrier Program Audit of Kindra Lake Towing - Vessels Audited: M/V Morgan, Audit Performed by Marine Resource |
| AC002019 - AC002023 | Supplemental Response to Request for Production of Documents No. 5 - AWO Responsible Carrier Program Audit of Hoosier Marine - Vessels Audited: M/V Steve McKinney & V/M Normania, Audit Performed by Marine Resource |
| AC002024 - AC002037 | Supplemental Response to Request for Production of Documents No. 5 - AWO Responsible Carrier Program - An Independent Post Audit Review for Deleware Marine Corporation, Conducted on 4-3-02 at Port Allen, LA |
| AC002038 - AC002043 | Supplemental Response to Request for Production of Documents No. 5 - AWO Responsible Carrier Program Independent Audit of Kindra Lake Towing, L.P. by Marine Resources, Completed 5-24-01 at Chicago, IL |
| AC002044 - AC002156 | Computation of Damages & Insurance Policies (Zurich American Insurance Company & Liberty International Underwriters) & Marine Insurance Package for American Commercial Lines Holdings LLC |
| AC002157 - AC002178 | Expert Daniel E. Brock's Opinion re American Commercial Lines et al |
| AC002179 - AC002194 | C V of Daniel E. Brock |
| AC002195 - AC002201 | Expert Daniel E. Brock's Opinion re Brown Water V & The Queen Isabella Causeway Bridge |
| AC002202 - AC002207 | C V of Michael D. Russell |
| AC002208 - AC002212 | Condition Survery Report of Barge, No. 3314 - Double Skin Steel Rolled Top Covered Hopper Barge ACL 9933 B |
| AC002213 - AC002222 | Condition Survery Report of Barge, No. 3317 - Double Skin Steel Rolled Top Hopper Barge NM 315 |
| AC002223 - AC002227 | Condition Survery Report of Barge, No. 3315 - Double Skin Steel Fiberglass Covered Hopper Barge VLB 9182 |
| AC002228 - AC002242 | Hargiss Marine Service Survey Report re Hopper Barge NM 315, Damage Report |

Friday, November 19, 2004

| | |
|---|---|
| AC002243 - AC002245 | Hargiss Marine Service Survey Report re Hopper Barges NM 315, ACL 9933b, VLB 9182 Valuation |
| AC002246 - AC002248 | C V of Joe Hargiss |
| BR000001 - BR000012 | Allen R Schultz Naval Architect's Report re M/T Brownwater V Allision with Queen Isbella Causeway Bridge |
| BR000013 - BR000107 | Appendix F Photographs to Allen R Schultz Naval Architect's Report re M/T Brownwater V Allision with Queen Isbella Causeway Bridge |
| BR000108 - BR000108 | Allen R Schultz's Schedule of Fees |
| BR000109 - BR000112 | CV of Allen R Schultz |
| BR000113 - BR000119 | CV of Captain R. W. Yates |
| BR000120 - BR000134 | Morrison & Associates Consulting Engineers' Expert Report re Brown Water V & Tow Allision with Queen Isabella Bridge |
| BR000135 - BR000305 | McLaren Engineering - Forensic Engineering Report on the Allision of Brown Water V with Queen Isabella Causeway Over the Intercoatal Bridge - November 2004 |
| BR000306 - BR000336 | CV of Franciso I. Perez, Ph. D. ABPP |
| BR000337 - BR000352 | History of Expert Testimony of Franciso I. Perez, Ph. D. |
| BR000353 - BR000388 | Burness Corlett & Partners, The Maritime Consultants Preliminary Report re Brown Water V Allision with Queen Isabella Causeway |
| BR000389 - BR000393 | Franciso I. Perez, Ph. D.'s Report re Plaintiff's |
| BR000394 - BR000398 | Captain R. W. Yates' Report re Accdient |
| GO000001 - GO000004 | Allstate Insurance Claim Information re Brigette Goza |
| GO000005 - GO000005 | Copart Salvage Auto Auction - Final Settlement Statement |
| GO000006 - GO000006 | Cantu's Wrecker Service Receipt |
| GO000007 - GO000007 | Brigette Goza's Texas Nonrepairable Certification of Title |
| HA000001 - HA000004 | Pathology Report & Certificate of Death re Robert Harris |
| HA000005 - HA000007 | Police Report re Robert Harris Accident |

Friday, November 19, 2004

| | |
|---|---|
| HA000008 - HA000010 | 2001 Income Tax Return re Robert Harris |
| HA000011 - HA000012 | Social Security Earnings Authorization re Robert Harris |
| HA000013 - HA000016 | Medical Records Authorizations re Robert Harris |
| HA000017 - HA000020 | Employment Records Authorization re Robert Harris |
| HA000021 - HA000023 | Transcript of Tax Form re Robert Harris |
| HA000024 - HA000026 | Birth Certificate & Marriage Certificate re Robert Harris |
| HA000027 - HA000030 | Darling Mouser Funeral Home & Mont Meta Memorial Park Receipts re Robert Harris |
| HA000031 - HA000032 | Signed Order Granting Letters to Administration re Robert Harris |
| HA000033 - HA000149 | Certificates of Completion re Robert Harris |
| HA000150 - HA000150 | CD re Robert V. Harris Documents Photos |
| HI000001 - HI000032 | Exhibit 1 - Gaspar Hinojosa's Death Certificate and Pathology Report & Medical Records |
| HI000033 - HI000037 | Exhibit 2 - Copy of Gaspar Hinojosa's Passport, Driver's License and Military Information |
| HI000038 - HI000115 | Exhibit 3 - Volunteer Fire Department Accident Report & Medical Records re Gaspar Hinojosa |
| HI000116 - HI000130 | Exhibit 4 - Copy Photos of Gaspar Hinojosa with Family & Friends |
| HI000131 - HI000138 | Exhibit 5 - Copy Photos Accident Vehicle |
| HI000139 - HI000302 | Exhibit 6 - Copies of DWQ Notices |
| HI000303 - HI000311 | Exhibit 7 - 1099 Form and Wage Information re Gaspar Hinojosa |
| HI000312 - HI000320 | Exhibit 8 - Gaspar Hinojosa Birth Certificate and Marriage License |
| HI000321 - HI000330 | Exhibit 9 - Billing Information from Valley Hospitals re Gaspar Hinojosa and Funeral Expenses & Other Expenses Prepared for Irma G. Hinojosa |
| HI000331 - HI000332 | Exhibit 10 - Letter of Administration re The Estate of Gaspar Hinojosa |

Friday, November 19, 2004

| | |
|---|---|
| HI000333 - HI000372 | Exhibit 11 - Gaspar Hinojosa's Clock-in and Clock-Out hours for 9/14/01, His Resume, Tax Info & Authorizatized Releases for Medical & Employment Records |
| LE000001 - LE000047 | Photo Copies of Barge |
| LM000001 - LM000001 | Laguna Madre Water District Causeway Emergency Disaster Overall Actual & Estimated Cost |
| MA000001 - MA000002 | Exhibit A - Retained Expert Witness List |
| MA000003 - MA000011 | Exhibit B - Non-Retained Medical Experts |
| MA000012 - MA000021 | Exhibit C - Persons with Knowledge of Relevant Facts |
| MA000022 - MA000031 | Panel Report of First Impression of Observaction, Research and Opinion re Brown Water Towing vs. Its Engines Tackle et al |
| MA000032 - MA000037 | CV of Captain Gerald Edwin Disler |
| MA000038 - MA000043 | CV of John Deck III |
| MA000044 - MA000048 | Lake Charles Diesel Inc. Receipts for Boat Repair and Technician Report |
| MA000049 - MA000051 | Pathology Report re Julio Cesar Mireles |
| MA000052 - MA000057 | Pathology Report & Death Certificate re Robin Faye Leavell |
| MA000058 - MA000064 | Pathology Report re Stevan Rivas |
| MA000065 - MA000071 | Pathology Report re Gaspar Saenz Hinojosa |
| MA000072 - MA000094 | Medical Records from Valley Regional Medical Center / Valley Baptist Medical Center re Gaspar Saenz Hinojosa |
| MA000095 - MA000104 | Pathology Report re Hector Martinez Jr. |
| MA000105 - MA000107 | Pathology Report re Barry Welch |
| MA000108 - MA000110 | Pathology Report re Chealsa Louise Welch |
| MA000111 - MA000129 | Medical Record from Dr. Jaime Silva re Bridgette Goza |
| MA000130 - MA000164 | Medical Record from Stephanie Garcia M.D. re Bridgette Goza |
| MA000165 - MA000192 | Medical Record from Dr. Paul Lenz, M.D. re Bridgette Goza |
| MA000193 - MA000198 | Psychological Evaluation from Fletoon & Associates re Omar A. Hinojosa |

Friday, November 19, 2004

| | |
|---|---|
| MA000199 - MA000203 | Psychological Evaluation from Fletoon & Associates re Gaspar Hinojosa II |
| MA000204 - MA000209 | Psychological Evaluation from Fletoon & Associates re Clarissa Hinojosa |
| MA000210 - MA000214 | Psychological Evaluation from Fletoon & Associates re Maria R. Hinojosa |
| MA000215 - MA000220 | Psychological Evaluation from Fletoon & Associates re Martin Hinojosa |
| MA000221 - MA000225 | Psychological Evaluation from Fletoon & Associates re Raquel T. Hinojosa |
| MA000226 - MA000227 | Psychological Evaluation from Fletoon & Associates re William Barrett Welch |
| MA000228 - MA000232 | Psychological Evaluation from Fletoon & Associates re Jackie Paddock |
| MA000233 - MA000238 | Psychological Evaluation from Fletoon & Associates re Gustavo A. Morales |
| MA000239 - MA000243 | Psychological Evaluation from Fletoon & Associates re Gustavo A. Morales |
| MA000244 - MA000248 | Psychological Evaluation from Fletoon & Associates re Lydia Zamora |
| MA000249 - MA000255 | CV of David H. Feltoon Ph. D. |
| MA000256 - MA000307 | Medical Records from Valley Regional Medical Center re Brigette Goza |
| MA000308 - MA000323 | Medical Billing Records from Valley Regional Medical Center re Brigette Goza |
| MA000324 - MA000342 | Medical Records from Los Fresno Family Health Care Center re Brigette Goza |
| MA000343 - MA000355 | Medical Billing Records from Los Fresno Family Health Care Center re Brigette Goza |
| MA000356 - MA000369 | Medical & Billing Records from Randle Thompson - Counselor re Brigette Goza |

Friday, November 19, 2004

| | |
|---|---|
| MA000370 - MA000518 | Medical Records from Valley Regional Medical Center re Gustavo Morales |
| MA000519 - MA000547 | Medical Billing Records from Valley Regional Medical Center re Gustavo Morales |
| MA000548 - MA000573 | Medical & Billing Records from Dr. Oliver Achleitner re Gustavo Morales |
| MA000574 - MA000577 | CV of Dr. Oliver Achleitner |
| MA000578 - MA000597 | Medical Billing Records from Dr. Ana Gutierrez re Gustavo Morales |
| MA000598 - MA000607 | Panel Report of First Impression of Observations, Research and Opinion |
| MA000608 - MA000613 | CV of Captain Gerald Edwin Disler |
| MA000614 - MA000619 | CV of John Deck III |
| MA000620 - MA000622 | Lake Charles Diesel Inc. Receipts |
| MA000623 - MA000624 | Lake Charles Diesel Inc.'s Technicians Reports |
| MO000001 - MO000022 | Exhibit D - Photo Copies of Bridge |
| MO000023 - MO000026 | Exhibit e - Voluntary Statement of Robert Espericueta |
| MO000027 - MO000028 | Exhibit e - Voluntary Statement of Rolanda Le Moya |
| MO000029 - MO000030 | Exhibit e - Voluntary Statement of Alberto Leroy Moya |
| MO000031 - MO000032 | Exhibit e - Voluntary Statement of Antonio Salinas Jr. |
| MO000033 - MO000047 | C V of Fructuoso Irigoyen - Rascon M. D. |
| MO000048 - MO000051 | Dr. Fructuoso Irigoyen - Rascon Description of Evaluation of Rolando moya |
| MO000052 - MO000054 | Dr. Fructuoso Irigoyen - Rascon Description of Evaluation of Alberto L. Moya |
| MO000055 - MO000057 | Dr. Fructuoso Irigoyen - Rascon Description of Evaluation of Antonio Salinas Jr. |
| MO000058 - MO000060 | Dr. Fructuoso Irigoyen - Rascon Description of Evaluation of Roberto Espericueta |

Friday, November 19, 2004

| | | |
|---|---|---|
| OT000000 - OT000000 | U. S. Coast Guard Records Relating to the Barges in the Brown Water V Tow at the Time of the Incident Giving Rise to This Litigation | |
| OT000000 - OT000000 | American Admiralty Bureau's Preview of a Town Configuration and Power Guide | |
| OT000000 - OT000000 | American Admiralty Bureau's Interim Recommendations for Tow Powering and Configuration for Western Rivers Push Tows | |
| OT000000 - OT000000 | U. S. Coast Guard Records Relating to Brown Water Marine Service, Inc., Brown Water Towing I, Inc. and/or the Brown Water V | |
| OT000000 - OT000000 | Funeral Photos Relating to Chealsa and Barry Welch | |
| OT000000 - OT000000 | Photos from AG Hill Power Electric Contractor | |
| OT000000 - OT000000 | Newspaper Article Relating to the Causeway Collapse | |
| OT000000 - OT000000 | Internet Documents Relating to the Causeway Collapse | |
| OT000000 - OT000000 | International Ship Management Code ( ISM Code ) | |
| OT000000 - OT000000 | Claimants Also Refer All Parties to the Transcripts ( Vol 1-5 and Exhibits Produced at the U. S. Coast Guard Hearings) | |
| SB000001 - SB000002 | Southwestern Bell Telephone Breakdown of Charges for Damages | |
| TX000001 - TX000001 | CD titled - Brown Water vs. ACBL, The State of Texas Photos | |
| TX000002 - TX000006 | CV / Resume of Captian William M. Beacom | |
| TX000007 - TX000010 | Expert Richard F. Siloway, P.E.'s Report re M/V Brown Water V | |
| TX000011 - TX000017 | CV of Richard F. Siloway, P.E. | |
| TX000018 - TX000023 | TXDOT's Jody R. Ellington's Memo re Queen Isabella Causeway Bridge Allision & Reconstruction General Summary Information | |
| TX000024 - TX000025 | TXDOT's Jody R. Ellington's Memo re Exhibit A, Queen Isabella Causeway - Damage Claim Estimate | |
| TX000026 - TX000027 | TXDOT's Jody R. Ellington's Memo re Exhibit B, Jody R Ellington's Work Experience | |

EXHIBIT "J" - Documents Provided by Other Parties   Page 10 of 11
8558 - Kimbrell, William E, Ind- a/n/f Chelsa Welsh, Barry Welsh and William B. Welsh   RLH/mab

Friday, November 19, 2004

| | |
|---|---|
| TX000028 - TX000033 | TXDOT's Toribio Garza Jr., P.E.'s Memo re Queen Isabella Causeway Bridge Allision & Reconstruction General Summary Information |
| TX000034 - TX000035 | TXDOT's Toribio Garza Jr.'s Memo re Exhibit A, Queen Isabella Causeway - Damage Claim Estimate |
| TX000036 - TX000037 | TXDOT's Toribio Garza Jr.'s Memo re Exhibit B, Toribio Garza Jr.'s Work Experience |
| TX000038 - TX000055 | Presentation of NOAA Hydrographic Survey Results & Nautical Charting Issues Associated with Queen Isabella Causeway Bridge Collapse |
| TX000056 - TX000056 | United States Dept. Of Transportation, United States Coast Guard Marine Safety Office Hearing re Allision of Brown Water V with Queen Isabella, Vol. 2 |
| TX000057 - TX000057 | United States Dept. Of Transportation, United States Coast Guard Marine Safety Office Hearing re Allision of Brown Water V with Queen Isabella, Vol. 3 |
| WE000001 - WE000001 | Photo of Barry Welch & Chealsa Louise Kimbrell |
| WE000001 - WE000002 | Photo and Marriage License of Barry Rena Welch & Chealsa Louise Kimbrell |
| WE000002 - WE000002 | Death Certificate of Barry Rena Welch |
| WE000003 - WE000004 | Marriage License of Barry Rena Welch & Chealsa Louise Kimbrell |
| WE000005 - WE000005 | Death Certificate of Mary Louise Welch |

Documents identified herein by Plaintiffs are intended to be offered into evidence at the time of any pre-trial proceeding or trial, Rule 193.7, Tex.R.Civ.P.