# EXHIBIT "L"

09/28/2004 12:40 FAX 381 8 7281   RRVW   001/002
SEP.28.2004 10:10 7138601699   AJAMIE LLP   #7263 P.002/003

# AJAMI

Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
www.ajamie.com
713 860 1600 telephone
713 860 1699 facsimile

S. Mark Strawn
mstrawn@ajamie.com

197.01

September 28, 2004

BY FACSIMILE

Glenn Goodier
Jones, Walker, Waechter, Poitevent,
  Carrere & Denegre, L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100

Will W. Pierson
Royston, Rayzor, Vickery & Williams, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, TX 78476

Re: *Brown Water, In Re: American Commercial*, In the United States District Court for the Southern District of Texas, Brownsville Division, CA No. B-01-157.

Dear Counsel:

Please let this letter confirm our agreement that the designation of liability experts by one Claimant will be considered designated by all Claimants.

Please indicate your agreement by signing this letter in the space provided below, and return it to me by fax at your earliest convenience. I will circulate the agreement to the other Claimants.

With best regards I remain.

Very truly yours,

S. Mark Strawn

SMS:tdh

09/28/2004 TUE 11:13 [TX/RX NO 8105] 002

08/30/2004 11:03 FAX 504 58  014    JONES WALKER                    ☒003/003
SEP.28.2004 10:09 7138601599         AJAMIE LLP                     #7263 P.003/003

AGREED:

*[signature]*

Glen Goodier, as attorney for Petitioners
American Commercial Barge Lines, et al.

AGREED:

_____

Will W. Pierson, as attorney for Petitioners
Brownwater Marine Services, et al.

cc:   Eddie Medrano (fax)
      Ray Marchum (fax)
      Mark J. Spansel (fax)
      Michael Ratcliff (fax)
      Thomas R. Ajamie (firm)

09/28/2004 12:40 FAX 361 8   281      RRYT                                  ☒002/002
SEP.28.2004 10:10 7138601699          AJAMIE LLP                     #7263 P.003/003

AGREED:

_____
Glen Goodier, as attorney for Petitioners
American Commercial Barge Lines, et al.

AGREED:

*(signature)*
_____
Will W. Pierson, as attorney for Petitioners
Brownwater Marine Services, et al.

cc:   Eddie Modrano (fax)
      Ray Marchan (fax)
      Mark J. Spansel (fax)
      Michael Ratcliff (fax)
      Thomas R. Ajamie (firm)

09/28/2004 TUE 11:18 [TX/RX NO 8105] ☒003