United States District Court
Southern District of Texas
FILED

NOV 2 9 2004

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | |
| PETITION OF BROWN WATER | § | C. A. NO. B-01-157 |
| TOWING I, INC., AS OWNER, AND | § | Admiralty |
| BROWN WATER MARINE SERVICE, | § | |
| INC., AS BAREBOAT CHARTERER, OF | § | |
| THE BROWN WATER V, ITS ENGINES, | § | |
| TACKLE, ETC. IN A CAUSE OF | § | |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |
| | § | Consolidated with |
| | § | |
| IN RE THE COMPLAINT AND | § | |
| PETITION OF AMERICAN | § | C. A. NO. B-02-004 |
| COMMERCIAL LINES LLC AS | § | Admiralty |
| OWNER, AND, and AMERICAN | § | |
| COMMERCIAL BARGE LINES, LLC, | § | |
| AS CHARTERER OF THE BARGES | § | |
| NM-315,VLB-9182,ACL-9933B, | § | |
| VLB-9173, IN A CAUSE OF | § | |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

## PETITIONERS BROWN WATER TOWING I, INC. AND BROWN WATER MARINE SERVICE, INC.'S RESPONSE TO CAMERON COUNTY'S MOTION FOR CONTINUANCE AND/OR MOTION TO SEVER

TO HONORABLE JUDGE OF THIS COURT:

COMES NOW, Brown Water Towing I, Inc. and Brown Water Marine Service, Inc. ("Petitioners") and file this their Response to Third-Party Defendant Cameron County's Motion for Continuance and/or Motion to Sever, respectfully showing the Court as follows:

### I.

The Petitioners oppose Third Party Defendant Cameron County's Motion for Severance but have no position with respect to the Motion for Continuance. The Petitioners only claims against

49477:1130560.1:112404

Cameron County in the captioned litigation is for contribution. The granting of a severance would be detrimental to judicial economy and would increase the expense to the parties as it would require two trials on the same issues. In addition, separate findings of causation and fault in two separate trials would create the risk of conflicting findings. For these reasons, the Petitioners request that the severance be denied.

## II.

In its Motion, Third Party-Defendant Cameron County seeks a "severance" pursuant to Federal Rules of Civil Procedure 21 and 42(b). Motions for severance under Rule 21 and motions for a separate trial under Rule 42(b) are distinct, and should be treated as such. *McDaniel v. Anheuser-Busch* 987 F.2d 298, 304 (5th Cir. 1993). Under Rule 42(b) separate trials must result in one judgment, while severed claims become new actions with new cause numbers to be tried independently. *Id.* Rule 42(b) has an important limitation, "the issue to be tried must be so distinct and separate from the others that a trial of it alone may be had without injustice." *Id.* at 305, *quoting Swofford v. B & W, Inc.*, 336 F.2d 406, 415 (5th Cir. 1964). The Petitioners' action against Cameron County is for contribution. Specifically the Petitioners allege that Cameron County failed in its duty to provide maintenance to the street lights on the Queen Isabella Causeway and that such a breach proximately caused or contributed to the Claimants' damages. Causation of the Claimants' damages and apportionment of fault are central issues to this claim for contribution. It would be difficult for the Court to decide the issues of causation and fault in one action and then relitigate these same issues a second time as to Cameron County in a separate trial without the risk of inconsistent findings. *See id.* Further, such separate trials would be inconvenient to the Petitioners and other

parties and would waste judicial resources.  Under the circumstances, the request for separate trials should be denied.

**III.**

Similarly, a severance under Rule 21 is not warranted in this case.  A decision regarding a severance balances convenience and judicial economy against the dangers of prejudice and confusion. *Hanley v. First Investors Corp.*, 151 F.R.D. 76, 80 (E.D. Tex. 1993). The Court should also consider whether the claims are logically separable. *United States v. O'Neil*, 709 F.2d 361, 367 (5th Cir. 1983). A severance is not warranted when "it would prolong the ultimate termination of an action, add to the cost of resolving the lawsuit, create duplicitous litigation or increase the likelihood of inconsistent verdicts." *El Aguila Food Prods., Inc. v. Gruma Corp.*, 167 F. Supp. 2d 955, 960 (S.D. Tex. 2001). In the current case, a severance, especially one coupled with a continuance, would prolong the litigation.  It would also create a strong potential for inconsistent verdicts.  In short, a global determination of fault in this matter would best serve the interests of the parties and judicial economy by reducing expense to the parties, saving judicial resources, and eliminating the risk of conflicting findings.  Thus, Cameron County's Motion for Severance should be denied.

WHEREFORE, PREMISES CONSIDERED, the Petitioners Brown Water Towing I, Inc. and Brown Water Marine Service, Inc. request that this Court enter an order denying Cameron County's Motion for Severance. The Petitioners also request all other relief to which it may be entitled at law, and equity, or in admiralty.

Respectfully submitted,

Will Pierson
State Bar No. 16003100
Federal I.D. No. 1931
Keith N. Uhles
State Bar No. 20371100
Federal I.D. No. 1936
1700 Wilson Plaza West
606 North Carancahua
Corpus Christi, TX 78476
(361) 884-8808 office
(361) 884-7261 fax
Attorneys for Petitioners,
Brown Water Towing I, Inc. and Brown Water Marine
Service, Inc.

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded to the below listed counsel via the indicated means below on this __2ᵗʰ__ day of November, 2004.

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. Dino Esparza
Willette & Guerra, LLP
1534 E 6th Street, Suite 200
Brownsville, Texas 78520

**VIA REGULAR MAIL**

Mr. Raymond Thomas
Mr. Andres Gonzalez
Kittleman, Thomas, Ramirez & Gonzales
4900-B North 10th Street
McAllen, Texas 78504

Mr. Ray R. Marchan
Watts Law Firm
1926 E. Elizabeth
Brownsville, Texas 78520

Mr. Michael Ratliff
Office of the Attorney General
Transportation Division
Post Office Box 12548
Austin, Texas 78711-2548

Mark J. Spansel
Adams & Reese, L.L.P.
701 Poydras, Suite 4500
One Shell Square
New Orleans, LA 70139

Mr. James B. Manley, P.C.
200 William Barnett
Cleveland, Texas 77327

Mr. John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

Mr. J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
1400 Woodlock Forest Dr., Suite 575
The Woodlands, Texas 77380

Mr. William Q. McManus
Mr. Steve Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
2009 East Harrison, Suite B
Harlingen, Texas 78550

Les Cassidy
Cassidy & Raub
814 Leopard Street
Corpus Christi, Texas 78471

Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

Mr. Thomas R. Ajamie
Mr. S. Mark Strawn, Esq.
Ajamie, L.L.P.
Pennzoil Place-South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002

Mr. Julian Rodriguez, Jr.
Julian Rodriguez, Jr. & Associates, P.C.
10113 N. 10th Street, Suite C
McAllen, Texas 78504

Mr. Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307

Mr. Jim S. Hart
Ms. Nejd Yaziji
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

Mr. Frank Enriquez
Mr. Robert Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

Mr. J. A. Magallanes
Carlos Escobar
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Blvd.
Post Office Box 4901
Brownsville, Texas 78520

Mr. Geoffrey Amsel
SBC Management Services
175 East Houston Street, 4th Floor
San Antonio, Texas 78205

Mr. Glenn G. Goodier
Jones, Walker, Waechter, Poitevent, Carrere
 & Denegre, L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100

Mr. Richard Leo Harrell
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 1400 (78470)
P.O. Box 480
Corpus Christi, Texas 78403-0480

David H. Crago
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, Texas 78404

OF ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.