Case 1:01-cv-00157   Document 298   Filed in TXSD on 12/03/2004   Page 1 of 3

United States District Court
Southern District of Texas
ENTERED

DEC 0 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE INC., AS BAREBOAT CHARTERERS, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § | CIVIL ACTION NO. B-01-157<br><br>Consolidated with |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER and AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-912, ACL-9993B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § | CIVIL ACTION NO. B-02-004<br><br><br><br><br><br>and |
| IN THE MATTER OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-02-125<br><br><br><br><br><br>admiralty |

## ORDER

BE IT REMEMBERED that on December 2, 2004, the Court considered the filing titled "All (Claimants) Plaintiff's F.R.C.P. 26(a)(1) and (2) Initial Disclosures Supplementation" [Dkt. No. 294]. This sizable submission includes, *inter alia*, initial

1

disclosure supplementation, and responses to interrogatories and requests for production. The filing is hereby **STRICKEN** for the following reasons.

First, the Court finds that the subject filing does not comport with the requirements of General Order No. 2004-11, titled "In the Matter of Protecting Personal Privacy in Public Case Files," signed by Chief Judge Head, of the Southern District of Texas, on October 19, 2004. The General Order requires parties filing documents with the Court to "refrain from including, or shall partially redact where inclusion is necessary" certain "personal data identifiers from all pleadings filed with the court . . . ." Included in the definition of "personal data identifiers" are social security numbers, names of minor children, dates of birth, financial account numbers, and home addresses. Importantly, a party may file an unredacted document containing such personal data identifiers with the Court if it is sealed. See General Order 2004-11. The "responsibility for redacting personal identifiers and properly filing documents to be sealed rests solely with counsel and the parties. The Clerk will not review each pleading for compliance with this rule." Throughout the subject filing, home addresses, birth dates, etc., are not redacted; nor was the filing made under seal.

Second, Local Rule 5.4 states, "Depositions, interrogatories, answers to interrogatories, requests for admission, production, or inspection, responses to those requests, and other discovery material shall not be filed with the clerk." The subject filing, which includes initial disclosures and replies to interrogatories and requests for production, plainly falls within the terms of Local Rule 5.4.

Accordingly, the plaintiffs' filing [Dkt. No. 294] is hereby **STRICKEN**. Furthermore, it is hereby
**ORDERED** that all parties comply with the requirements of General Order 2004-11 in all future filings with the Court. It is further
**ORDERED** that all parties abstain from filing discovery documents with this Court in accordance with Local Rule 5.4.

The parties are reminded that Local Rules and General Orders are available to the general public on the United States District Court for the Southern District of Texas' website: http://www.txs.uscourts.gov/.

DONE at Brownsville, Texas, this 2 day of December, 2004.

_____
Hilda G. Tagle
United States District Judge