# SEALED RECORD

DESCRIPTION OF CONTENTS: *Supplemental Disclosures*

SEALED BY ORDER OF THE COURT AND MAY NOT BE OPENED UNLESS BY ORDER OF THE COURT

CASE NO. B-01-CV-157
INSTRUMENT NO. # 300