| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

IN RE: THE COMPLAINT AND PETITION § Civil Action No. B-01-157
OF BROWN WATER TOWING I, INC., et al   Admiralty

§ Consolidated with:
  Civil Action No. B-02-004 and
§ Civil Action No. B-02-125

## AMENDED
## SCHEDULING ORDER

1. Trial: Estimated time to try: __20__ days.     ☐ Bench   ☐ Jury

2. New parties must be joined by:     April 8, 2004
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:     June 30, 2004

4. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.     August 15, 2004

5. *As to Cameron County*, Discovery must be completed by:     March 8, 2005*
   *Counsel may agree to continue discovery beyond the deadline, but there will be no
   intervention by the court. No continuance will be granted because of information
   acquired in post-deadline discovery.*

***************************The Court will provide these dates***************************

6. *As to Cameron County*, Dispositive Motions will be filed by:     April 1, 2005*

7. Joint pretrial order is due:     June 15, 2005

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:     June 29, 2005

9. Jury Selection is set for 9:00 a.m. on:     N/A
   *(The case will remain on standby until tried)*

*Parties are advised that the discovery and dispositive motion deadlines referenced in the Scheduling
Order of April 12, 2004 will remain in effect for all parties except Cameron County.

Signed _December 6_, 2004, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge