United States District Court
Southern District of Texas
ENTERED

DEC 0 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE INC., AS BAREBOAT CHARTERERS, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § | CIVIL ACTION NO. B-01-157<br><br>Consolidated with |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER and AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-912, ACL-9993B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § | CIVIL ACTION NO. B-02-004<br><br><br><br>and |
| IN THE MATTER OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-02-125<br><br><br><br>admiralty |

## ORDER

BE IT REMEMBERED that on December _8_, 2004, the Court considered American Commercial Lines LLC, *et al.*, Supplemental Disclosures dated December 2, 2004, [Dkt. No. 300] and Brown Water Towing I, Inc., *et al.* second submission of initial disclosures, dated December 3, 2004 [Dkt. No. 301 & 302].

1

This Court, in an Order dated December 3, 2004 [Dkt. No. 298], ordered all parties to desist from submitting documents with this Court violating the requirements of Local Rule 5.4 or General Order No. 2004-11. The above described submissions contain discovery and therefore violate Local Rule 5.4. These submissions also contain unredacted home addresses and therefore violate General Order 2004-11. The Court is mindful that the above submissions were filed either a day before or the same day as the described Order. Nonetheless, the filings [Dkt. Nos. 300, 301, & 302] are hereby **STRICKEN**. The Clerk is **ORDERED** to remove these filings [Dkt. Nos. 294,[1] 300, 301, & 302] from the Court's docket.

In addition to its Order dated December 3, 2004 [Dkt. No. 298], the Court refers all parties to Federal Rules of Civil Procedure 5 (d), for guidance with respect to when and what documents must be filed with the Court.

DONE at Brownsville, Texas, this _8_ day of December, 2004.

Hilda G. Tagle
United States District Judge

---

[1] "All Claimants Initial Disclosures" [Dkt. No. 294] was stricken by this Court's Order dated December 3, 2004 [Dkt. No. 298]. However, the Court did not Order its removal from this Case's Docket.

2