United States District Court
Southern District of Texas
FILED

DEC 1 3 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-01-157<br>Admiralty<br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES, LLC AS OWNER, AND AMERICAN COMMERCIAL BARGE LINES, LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-02-004<br>Admiralty<br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | C. A. NO. B-02-125<br>Admiralty |

MOTION FOR SUMMARY JUDGMENT OF
AMERICAN COMMERCIAL LINES LLC

American Commercial Lines LLC ("ACL"), Complainant/Petitioner in Civil Action No. B-02-004, moves for summary judgment against all Claimants in the above referenced and consolidated actions and seeks a decree of exoneration from all liability arising out of the

{N1220251.1}

September 15, 2001 collision between the lead barge in the tow of the tug M/V BROWN WATER V and the Queen Isabella Causeway.

As set forth more fully in the attached Memorandum, ACL was merely the registered owner of Barge VLB-9173 and Barge VLB-9182 and had bareboat chartered Barge VLB-9173 and Barge VLB-9182 to American Commercial Barge Line LLC ("ACBL"), a wholly owned subsidiary of ACL. ACL's barges were dumb, unmanned barges having no motive power of their own and were seaworthy and were not a cause of the collision. At the time of the collision, ACBL was the owner *pro hac vice* and bareboat charterer of Barge VLB-9173 and Barge VLB-9182. ACL had no contractual relationship with Brown Water I, Inc. or Brown Water Marine Service, Inc. (hereafter "Brown Water"), the owner and operator respectively of the tug BROWN WATER V. ACBL, as bareboat charter owner *pro hac vice* of Barges VLB-9173 and Barge VLB-9182, contracted with Brown Water, an experienced third party independent towage contractor, to tow the barges with a tug boat selected, owned, operated and crewed by Brown Water. ACL had no involvement with the towage of the barges by Brown Water or with the selection by ACBL of Brown Water.

In accordance with Rule 56 of the Federal Rules of Civil Procedure, ACL moves that summary judgment be entered in its favor as the pleadings, sworn testimony, documents and affidavits show that there is no genuine issue as to any material fact and that mover is entitled to judgment as a mater of law dismissing all claims against it, with prejudice, and exonerating it from all liability as a result of the September 15, 2001 collision.

Mover files herewith an Exoneration Decree, Ex. 1 to its Memorandum in Support of Motion for Summary Judgment, to be entered in its favor.

{N1220251.1}

Respectfully submitted,

_____
GLENN G. GOODIER, Attorney-in-Charge
Admitted *Pro Hac Vice*
By Order Entered 4/23/02
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre, L.L.P.
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:  (504) 582-8174
Facsimile:  (504) 582-8010

LES CASSIDY
State Bar Number 03979270
Federal Identification Number 5931
814 Leopard Street
Corpus Christi, Texas 78401
Telephone:  (361) 887-2969
Facsimile:  (361) 887-6251

OF COUNSEL:

WOOLSEY & CASSIDY, P.C.
814 Leopard Street
Corpus Christi, Texas 78401
Telephone:  (361) 887-2969
Facsimile:  (361) 887-6251

Counsel for Petitioners,
American Commercial Lines LLP and
American Commercial Barge Line LLC
Deere Credit, Inc. (formerly Senstar Finance
Company), as Owner of the Barge NM-315,
State Street Bank and Trust Company of
Connecticut, N.A., as Owner/Trustee of the Barge
ACL-9933B and Not in Its Individual Capacity, and
General Electric Capital Corporation, as Beneficial
Owner of the Barge ACL-9933B

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 10th day of December, 2004, served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States Priority Mail, properly addressed and first class postage prepaid.

_____
GLENN G. GOODIER

- 4 -

{N1220251.1}