# AFFIDAVIT

**STATE OF INDIANA**

**COUNTY OF CLARK**

BEFORE ME, the undersigned Notary Public, duly commissioned in the State and County aforesaid, personally came and appeared:

## RICHARD R. FOLTZ

who, after being duly sworn, did depose and testify that:

1. I am a citizen of the United States of the full age of majority and a resident of the State of Indiana. I am employed by American Commercial Barge Line LLC as Contract Administrator and have personal knowledge of the facts attested to herein, and also make this affidavit based upon a review of records maintained by American Commercial Barge Line LLC concerning Barge NM-315, Barge ACL-9933B, Barge VLB-9182, and Barge VLB-9173.

2. I am generally familiar with the September 15, 2001 collision involving the tug M/V BROWN WATER V and the Queen Isabella Causeway in Texas (hereinafter "the collision").

3. Affiant is informed that at the time of the collision the tug BROWN WATER V had four barges in its tow, namely, Barge NM-315, Barge ACL-9933B, Barge VLB-9182, and Barge VLB-9173.

4. On September 15, 2001 and at all times material to the collision, the four barges referred to above were and are dumb, unmanned barges and have no motive power of their own or

**EXHIBIT 2**

other means of propulsion. The four barges referred to above were and remain documented with the U.S. Coast Guard.

5. On September 15, 2001 and at all times material to the collision, Deere Credit Inc. (formerly known as Senstar Finance Company) was the registered owner of Barge NM-315 and American Commercial Barge Line LLC was the bareboat charterer and owner *pro hac vice* of Barge NM-315 pursuant to a bareboat charter agreement dated as of December 29, 1989.

6. On September 15, 2001 and at all times material to the collision, State Street Bank and Trust Company of Connecticut, National Association, was the Owner Trustee of Barge ACL-9933B and General Electric Capital Corporation was the Beneficial Owner of Barge ACL-9933B, pursuant to a Trust Agreement dated as of July 1, 1991. Pursuant to a bareboat charter agreement dated as of July 1, 1999, American Commercial Barge Line LLC was the bareboat charterer and owner *pro hac vice* of Barge ACL-9933B.

7. On September 15, 2001 and at all times material to the collision, Deere Credit Inc. (formerly Senstar Finance Company), State Street Bank and Trust Company of Connecticut, National Association, and General Electric Capital Corporation had no dominion or control over Barge NM-315 and Barge ACL-9933B and had no contractual relationship or dealings with Brown Water I Inc., the owner of the tug M/V BROWN WATER V, or Brown Water Marine Service, Inc., operator of the tug M/V BROWN WATER V, with respect to the towage of the barges involved in the collision.

8. On September 15, 2001 and at all times material to the collision, Barge NM-315, Barge ACL-9933B, Barge VLB-9182 and Barge VLB-9173 were under bareboat charter to American Commercial Barge Line LLC, which was the party that contracted with Brown

Water Marine Service, Inc., an independent towage contractor, to perform certain towing services.

9.  On September 15, 2001, and at all times material to the collision, American Commercial Lines LLC was the registered owner of Barge VLB-9182 and Barge VLB-9173. American Commercial Lines LLC was and is the parent company of American Commercial Barge Line LLC, and the two companies were and are separate and distinct companies.

10. On September 15, 2001 and at all times material to the collision, American Commercial Lines LLC had bareboat chartered Barge VLB-9182 and Barge VLB-9173 to American Commercial Barge Lines LLC and, as such, American Commercial Barge Line LLC was the owner *pro hac vice* of Barge VLB-9182 and Barge VLB-9173.

11. American Commercial Lines LLC had no contractual relationship or dealings with Brown Water Marine I Inc., Brown Water Marine Service, Inc., or the tug M/V BROWN WATER V. American Commercial Lines LLC was not in possession of Barge NLB-9182 and Barge VLB-9173 on September 15, 2001 and at all times material to the collision.

_____
RICHARD R. FOLTZ

SWORN TO AND SUBSCRIBED BEFORE
ME, NOTARY PUBLIC, THIS 8th DAY
OF DECEMBER, 2004.

_____
NOTARY PUBLIC

KAREN R WELSH
NOTARY PUBLIC STATE OF INDIANA
CLARK COUNTY
MY COMMISSION EXP. DEC. 12, 2007