IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-01-157<br>Admiralty<br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES, LLC AS OWNER, AND AMERICAN COMMERCIAL BARGE LINES, LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-02-004<br>Admiralty<br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | C. A. NO. B-02-125<br>Admiralty |

APPENDIX OF EXHIBITS SUBMITTED ON BEHALF OF
AMERICAN COMMERCIAL BARGE LINE LLC

ACBL submits the following Exhibits in connection with its Motion for Summary Judgment:

{N1220265.1}

| | |
|---|---|
| Exhibit 1: | Proposed Exoneration Decree in favor of ACBL. |
| Exhibit 2: | Excerpts from T. Schoenbaum, <u>Admiralty & Maritime Law</u> (West 4th ed. 2003). |
| Exhibit 3: | U.S. Fifth Circuit's unpublished decision in <u>In re Central Gulf Lines, Inc.</u>, No. 01-31028, 03/03/03. |
| Exhibit 4: | Deposition Excerpts of Old. |
| Exhibit 5: | Deposition Excerpts of Mosher. |
| Exhibit 6: | Affidavit of Foltz. |
| Exhibit 7: | Deposition of Excerpts of Langley. |
| Exhibit 8: | Fowler's Transcribed Statement to USCG. |
| Exhibit 9: | Deposition Excerpts of Whitlock. |
| Exhibit 10: | Deposition Excerpts of Farley. |
| Exhibit 11: | Deposition Excerpts of Tim Chapman. |
| Exhibit 12: | Deposition Excerpts of Hoessle. |
| Exhibit 13: | Deposition Excerpts of Kazunas. |
| Exhibit 14: | Affidavit of Brock. |
| Exhibit 15: | Deposition Excerpts of Valigura. |
| Exhibit 16: | Deposition Excerpts of Brinkop. |
| Exhibit 17: | Deposition Excerpts of Khouri. |
| Exhibit 18: | Deposition Excerpts of Timberlake. |
| Exhibit 19: | Affidavit of Russell. |
| Exhibit 20: | Timberlake's Report re: Audit of Brown Water. |
| Exhibit 21: | Lt. Helton Testimony, USCG Hearing. |
| Exhibit 22: | Deposition Excerpts of Chad Chapman. |
| Exhibit 23: | Submission of Brown Water to USCG regarding Fowler. |
| Exhibit 24: | Perugine Testimony, USCG Hearing. |

Exhibit 25:   Handwritten Statement of Fowler to USCG.

Exhibit 26:   Excerpts of Park & Cattell, The Law of Tug, Tow, and Pilotage (3d. ed. 1994).

Exhibit 27:   Naptha Barge Co. v. Continental Navigation Co., 1978 AMC 501 (E.D. La. 1977).

Respectfully submitted,

_____
GLENN G. GOODIER, Attorney-in-Charge
Admitted *Pro Hac Vice*
By Order Entered 4/23/02
Jones, Walker, Waechter, Poitevent,
    Carrère & Denègre, L.L.P.
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:   (504) 582-8174
Facsimile:   (504) 582-8010

LES CASSIDY
State Bar Number 03979270
Federal Identification Number 5931
814 Leopard Street
Corpus Christi, Texas 78401
Telephone:   (361) 887-2969
Facsimile:   (361) 887-6251

OF COUNSEL:

WOOLSEY & CASSIDY, P.C.
814 Leopard Street
Corpus Christi, Texas 78401
Telephone:   (361) 887-2969
Facsimile:   (361) 887-6251

Counsel for Petitioners,
American Commercial Lines LLP and
American Commercial Barge Line LLC
Deere Credit, Inc. (formerly Senstar Finance
Company), as Owner of the Barge NM-315,
State Street Bank and Trust Company of
Connecticut, N.A., as Owner/Trustee of the Barge
ACL-9933B and Not in Its Individual Capacity, and
General Electric Capital Corporation, as Beneficial
Owner of the Barge ACL-9933B

{N1220265.1}

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 10th day of December, 2004, served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States Priority Mail, properly addressed and first class postage prepaid.

_____
GLENN G. GOODIER