IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND ) | C.A. No. B-01-157 |
| PETITION OF BROWN WATER ) | (Subject to Rule 9(h) of |
| TOWING I, INC., AS   ) | the Federal Rules of Civil |
| OWNER, et al         ) | Procedure) |
|                      ) | Admiralty |
| Consolidated With    ) | |
|                      ) | |
| IN RE THE COMPLAINT AND ) | C.A. No. B-02-004 |
| PETITION OF AMERICAN  ) | (Subject to Rule 9(h) of |
| COMMERCIAL LINES LLC AS) | the Federal Rules of Civil |
| OWNER, et al          ) | Procedure) |
|                       ) | Admiralty |
| and                   ) | |
|                       ) | |
| IN RE THE COMPLAINT AND ) | C.A. No. B-02-125 |
| PETITION OF DEERE       ) | (Subject to Rule 9(h) of |
| CREDIT, INC. (FORMERLY ) | the Federal Rules of Civil |
| SENSTAR FINANCE         ) | Procedure) |
| COMPANY), AS OWNER OF   ) | Admiralty |
| THE BARGE NM-315, et al) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF

LEVIE OLD

JANUARY 24, 2003

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**ACUSCRIBE**
COURT REPORTERS

**EXHIBIT 4**

750 NORWOOD TOWER
114 WEST 7TH STREET
AUSTIN, TEXAS 78701
info@acuscribe.com

TELEPHONE: (512) 499-0277
TOLL-FREE: (800) 497-0277
FAX: (512) 499-0298
www.acuscribe.com

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
 2                     BROWNSVILLE DIVISION

 3   IN RE THE COMPLAINT AND        * C.A. No. B-01-157
     PETITION OF BROWN WATER        * (Subject to Rule 9(h) of
 4   TOWING I, INC., AS OWNER,      * the Federal Rules of
     AND BROWN WATER MARINE         * Civil Procedure)
 5   SERVICE, INC., AS BAREBOAT     * Admiralty
     CHARTERER, OF THE BROWN        *
 6   WATER V, ITS ENGINES,          *
     TACKLE, ETC. IN A CAUSE OF     *
 7   EXONERATION FROM OR            *
     LIMITATION OF LIABILITY        *
 8
         Consolidated With
 9
     IN RE THE COMPLAINT AND        * C.A. No. B-02-004
10   PETITION OF AMERICAN           * (Subject to Rule 9(h) of
     COMMERCIAL LINES LLC AS        * the Federal Rules of
11   OWNER, and AMERICAN            * Civil Procedure)
     COMMERCIAL BARGE LINES,        * Admiralty
12   LLC, AS CHARTERER OF THE       *
     BARGES NM-315, VLB-9182,       *
13   ACL-9933B, and VLB-9173,       *
     IN A CAUSE OF EXONERATION      *
14   FROM OR LIMITATION OF          *
     LIABILITY                      *
15
         and
16
     IN RE THE COMPLAINT AND        * C.A. No. B-02-125
17   PETITION OF DEERE CREDIT,      * (Subject to Rule 9(h) of
     INC. (FORMERLY SENSTAR         * the Federal Rules of
18   FINANCE COMPANY), AS           * Civil Procedure)
     OWNER OF THE BARGE NM-315,     * Admiralty
19   and STATE STREET BANK AND      *
     TRUST COMPANY OF               *
20   CONNECTICUT, NATIONAL          *
     ASS'N, AS OWNER TRUSTEE OF     *
21   THE BARGE ACL-9933B and        *
     NOT IN ITS INDIVIDUAL          *
22   CAPACITY, and GENERAL          *
     ELECTRIC CAPITAL               *
23   CORPORATION, AS BENEFICIAL     *
     OWNER OF THE BARGE             *
24   ACL-9933B, PRAYING FOR         *
     EXONERATION FROM AND/OR        *
25   LIMITATION OF LIABILITY        *
```

```
 1   *********************************************

 2            ORAL AND VIDEOTAPED DEPOSITION OF

 3                        LEVIE OLD

 4                    JANUARY 24, 2003

 5   *********************************************

 6

 7            ORAL AND VIDEOTAPED DEPOSITION OF LEVIE
 8   OLD, produced as a witness at the instance of all
 9   Claimants and duly sworn, was taken in the
10   above-styled and numbered cause on the 24th day of
11   January, 2003, from 12:48 p.m. to 2:38 p.m., before
12   KATHERINE A. BUCHHORN, Certified Shorthand Reporter in
13   and for the State of Texas, reported by machine
14   shorthand, at the Texas Office of the Attorney
15   General, 300 W. 15th Street, 14th Floor, Austin, Texas
16   78701 pursuant to the Federal Rules of Civil Procedure
17   and any provisions stated on the record or attached
18   hereto.
19
20
21
22
23
24
25
```

| | | |
|---|---|---|
| 02:34 PM | 1 | witness. |
| | 2 |     MR. PIERSON: I'm going to ask you two |
| | 3 | more. |
| | 4 | FURTHER EXAMINATION |
| 02:34 PM | 5 | BY MR. PIERSON: |
| | 6 | Q. That particular evening, Mr. Old, was there |
| | 7 | anybody from ACBL, an ACBL employee, on board the |
| | 8 | boat? |
| | 9 | A. No. |
| 02:34 PM | 10 | Q. Have you ever seen an ACBL employee on the |
| | 11 | boat? |
| | 12 | A. I've never seen an ACBL employee. |
| | 13 | Q. And when I asked you -- |
| | 14 | A. Well -- |
| 02:35 PM | 15 | Q. Pardon? |
| | 16 | A. Other than, like, fleet boats; but other than |
| | 17 | that... |
| | 18 | Q. What's the difference between a fleet boat |
| | 19 | and the type of tugboat that you-all have? |
| 02:35 PM | 20 | A. They just stay in the fleet of that company, |
| | 21 | and they move the barges for you, pull them out for |
| | 22 | you. |
| | 23 | Q. So it's like a yard, really -- |
| | 24 | A. Yes. |
| 02:35 PM | 25 | Q. -- but it's on water? |