```
 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF TEXAS

 3                  BROWNSVILLE DIVISION

 4

 5   IN RE THE COMPLAINT AND         ) CIVIL ACTION

 6   PETITION OF BROWN WATER         ) NO. B-01-157

 7   TOWING I, INC., AS OWNER,       )

 8   AND BROWN WATER MARINE          )

 9   SERVICE INC., AS BAREBOAT       )c/w

10   CHARTERERS, OF THE BROWN        )

11   WATER V, ITS ENGINES, TACKLE,   )CIVIL ACTION

12   ETC., IN A CAUSE OF             )NO. B-02-004

13   EXONERATION FROM OR             )

14   LIMITATION OF LIABILITY         ) Admiralty

15                                   )

16   IN THE MATTER OF AMERICAN       )

17   COMMERCIAL LINES AS OWNER       )

18   AND AMERICAN COMMERCIAL BARGE   )

19   LINE LLC AS CHARTERER OF THE    )

20   BARGES NM-315, VLB-9182,        )

21   ACL-9993B, VLB-9173, PRAYING    ) DEPOSITION OF

22   FOR EXONERATION FROM AND/OR     )STEPHEN H. MOSHER

23   LIMITATION OF LIABILITY         )    Taken on

24                                   ) May 26, 2004
```



EXHIBIT 5

 1          The videotaped deposition of STEPHEN H.

 2   MOSHER, called for examination, taken pursuant to

 3   the Federal Rules of Civil Procedure of the United

 4   States District Courts pertaining to the taking of

 5   depositions, taken before ELLEN DUSZA, CSR No.

 6   84-3386, a Notary Public within and for the County

 7   of Cook, State of Illinois, and a Certified

 8   Shorthand Reporter of said state, at Suite 1000,

 9   155 North Wacker Drive, Chicago, Illinois, on the

10   26th day of May, A.D. 2004, at 9:38 a.m.

11

12    PRESENT:

13        WATTS & HEARD,

14        (1926 East Elizabeth Street,

15        Brownsville, Texas   78520-4933,

16        956-544-0500), by:

17        MR. RAY R. MARCHAN,

18            appeared on behalf of Brigete Goza,

19            Gustavo Morales, Jacqueline

20            Paddock and Lydia Zamora;

21

22

23

24

```
 1   PRESENT:   (Continued)
 2        AJAMIE LLP,
 3        Pennzoil Place, South Tower,
 4        711 Louisiana, Suite 2150,
 5        Houston, Texas  77002,
 6        713-860-1600), by:
 7        MR. S. MARK STRAWN,
 8             appeared on behalf of the Estate
 9             of Julio Morales, et al.;
10        GAUNTT & KRUPPSTADT, LLP,
11        (1400 Woodloch Forest Drive, Suite 575,
12        The Woodlands, Texas  77380,
13        281-367-6555), by
14        MR. J. CHAD GAUNTT,
15             appeared on behalf of the Estate
16             of Stvan Rivas, et al.;
17        WILLIAMS BAILEY,
18        (8441 Gulf Freeway, Suite 600,
19        Houston, Texas  77017-5051,
20        713-230-2200), by:
21        MR. BYRON M. BUCHANAN,
22             appeared on behalf of
23             Hector Martinez, Sr.;
24
```

STEPHEN H. MOSHER, MAY 26, 2004

```
 1  PRESENT: (Continued)

 2      ROYSTON, RAYZOR, VICKERY & WILLIAMS,

 3      (1700 Wilson Plaza west,

 4      606 North Carancahua,

 5      Corpus Christi, Texas  78476,

 6      361-884-8808), by:

 7      MR. WILL W. PIERSON,

 8          appeared on behalf of Petitioners,

 9          Brown Water Marine Service, Inc.,

10          et al.;

11

12      JONES, WALKER, WAECHTER, POITEVENT,

13      CARRERE & DENEGRE,

14      (Bank One Center, 52nd Floor,

15      201 St. Charles Avenue,

16      New Orleans, Louisiana  70170,

17      504-582-8174), by:

18      MR. GLENN G. GOODIER,

19          appeared on behalf of American

20          Commercial Lines LLC and

21          American Commercial Barge Line LLC;

22

23

24
```

STEPHEN H. MOSHER, MAY 26, 2004

```
 1  PRESENT:   (Continued)
 2       ADAMS AND REESE LLP,
 3       4500 One Shell Square,
 4       New Orleans, Louisiana   70139,
 5       504-585-0215), by:
 6       MR. MARK J. SPANSEL,
 7            appeared on behalf of the
 8            State of Texas;
 9
10  ALSO PRESENT:
11       MR. TIMOTHY KELLY, Videographer,
12            Esquire Deposition Services.
13
14
15
16
17
18
19
20
21
22  REPORTED BY:   ELLEN DUSZA, CSR No. 84-3386.
23
24
```

STEPHEN H. MOSHER, MAY 26, 2004

BY MR. MARCHAN:

    Q.    Mr. Mosher, you've given your deposition before, have you not?

    A.    Yes, sir.

    Q.    Okay. At any time you don't understand the question being put to you, let us know and we'll try to repeat it, rephrase it or have it read back. We'll try to put it in a way you do understand. And if at any time you need a break, please let us know and we'll be glad to accommodate you.

    A.    Yes, sir.

    Q.    All right. Mr. Mosher, we asked for your deposition because you, in part of your career, have been an employee of Brown Water Marine, is that correct?

    A.    Correct.

    Q.    Okay. And if I understand it, you started working for them back in 1991?

    A.    Yes, sir.

    Q.    And what was your job title when you first started with Brown Water Marine?

    A.    Operations manager.

    Q.    Okay. And by the end of your stint with

STEPHEN H. MOSHER, MAY 26, 2004

1    Brown Water, you were vice president of operations?

2        A.    Correct.

3        Q.    All right.  What -- did you have any

4    other job titles between those two titles?

09:41:06    5        A.    No, sir, that was it.

6        Q.    All right.  Would you describe generally

7    for us what your job duties were as operations

8    manager and then what your duties increased to as

9    vice president?

09:41:15    10        A.    Basically the title transfer was a

11    transition from a small company with six vessels to

12    when we got to 20 vessels, just the number of

13    people, employment and the setup of other

14    corporations.

09:41:33    15        Q.    Okay.  Had you worked for other

16    companies that ran tugs or dredges before Brown

17    Water Marine?

18        A.    Yes, sir.

19        Q.    What companies?

09:41:45    20        A.    Lloyd W. Richardson Construction

21    Corporation.

22        Q.    Now, during your work with Brown Water

23    either during that time or prior, did you ever come

24    to hear about or learn about the Sunset, Ltd.

1          A.     Morely.

2          Q.     -- Morely from Steve Mosher reference

3    claim No. 5100006031.

4                 And this is a letter addressed to

09:48:54   5    Mr. Chapman regarding a claim by American

6    Commercial Lines as to some damage to one of their

7    barges near that time.

8                 Do you remember that letter?

9          A.     I'm recalling the letter, yes.

09:49:17  10    Q.     Okay.  And can you tell us just

11   generally the context of the letter?  What happened

12   to cause this letter to come to Brown Water from

13   American Commercial Lines?

14         A.     There was a barge that was in tow that

09:49:32  15   had some damage sustained to it, and that was the

16   cost for repairs, I presume, from ACBL coming back

17   to Brown Water for those -- to put the barge back

18   in the state or condition it was in.

19         Q.     Okay.  And by this time, April 7th of

09:49:46  20   1999, how long had ACBL or ACL, American Commercial

21   Lines, been doing business with Brown Water?

22         A.     We had done business with all the barge

23   lines from basically when I started back in 1991.

24         Q.     Was ACBL or ACL using Brown Water, from

1    your working knowledge, even before you were hired

2    on?

3        A.    No, sir.

4        Q.    Okay.  Then tell us how it came to be

09:50:16    5    that you started getting that business.

6        A.    Well, we had --

7        Q.    I mean Brown Water.

8        A.    Brown Water started -- basically when we

9    started in the Rockport area, the Corpus Christi

09:50:27    10    area, there was only one other towing company.

11    Lloyd W. Richardson Construction Company was it,

12    and when they closed their doors, they were the

13    only canal towing company, so that opportunity

14    arose that because we were on that end of the canal

09:50:37    15    that we would make our services available to all

16    the barge lines.

17            And ACBL's business initially was just a

18    little bit of fleeting services for Alcoa, and then

19    we had barge line services with National Marine

09:50:52    20    Service.  And National Marine Service was a company

21    that was acquired by ACBL, and as a result of that

22    merger and because of the amount of business we

23    were doing, National Marine had just naturally

24    flowed into their setup.

STEPHEN H. MOSHER, MAY 26, 2004

1       Q.      When you say "fleeting service," what do

2  you mean?

3       A.      ACBL at that time used a company out of

4  Louisiana that would bring barges down to Alcoa and

09:51:16  5  they had a contract, and the company, the barges

6  would be routinely loaded throughout the week and

7  we would provide the shifting services from a

8  fleeting operation.  Because the big tug would push

9  a six-pack barge and it would go from New Orleans,

09:51:30  10  I guess, to Rockport, Corpus Christi, and we would

11  be the one that would just fleet the barges and

12  shift them over to Alcoa, load them and bring them

13  back to the fleets so when the big tug showed up,

14  he would pick up six loads and drop off six

09:51:41  15  empties.

16       Q.      So kind of like a local switching

17  operation?

18       A.      Exactly.

19       Q.      All right.  Now ACBL was doing business

09:51:51  20  with Lloyd W. Richardson while you were employed

21  there?

22       A.      No, sir.

23       Q.      No?

24       A.      No, sir.  I mean on occasion they

STEPHEN H. MOSHER, MAY 26, 2004

1  either one of those.

2      Q.    Okay.  You're not sure of who he spoke

3  with?

4      A.    No, sir.  He may have just spoken to me

10:00:03  5  entirely.

6      Q.    Okay.  Did you have any knowledge of

7  what the horse rating -- horsepower rating of

8  vessels were for Brown Water V or any other vessel

9  that was audited?

10:00:19  10      A.    They were 800 horsepower tugs.

11      Q.    Okay.  How did you determine that?

12      A.    Basically I was told that.  It's pretty

13  much standard in the industry, 12V-71s are 800

14  horsepower tugs.

10:00:36  15      Q.    And when you say "12V-71," you mean 12

16  cylinder engines and -- dual engines?

17      A.    Correct.

18      Q.    Where did you glean that information

19  from while you worked for Brown Water?

10:00:54  20      A.    Just practice in the industry,

21  discussions with other people knowing that 12V-71s

22  always represent 800 horsepower tugs, if you have

23  two of them.

24      Q.    Okay.  Who was in charge of engine

STEPHEN H. MOSHER, MAY 26, 2004

1          Q.    All right.  And during that testimony

2    you verified that, in fact, the captain that was

3    operating the Brown Water V at the time of the

4    allision had not received any independent training

10:24:28    5    from Brown Water because he was already licensed by

6    the Coast Guard to be able to handle those types of

7    vessels, is that correct?

8          A.    Correct.

9          Q.    Who is the -- was it Rocky Wilcox that

10:24:38    10    was the captain in charge of the Brown Water V?

11          A.    Rocky Wilson.

12          Q.    Rocky Wilson.  Yeah.

13                Rocky Wilson, it was actually a

14    different situation with Brown Water.  He worked

10:24:49    15    his way up through the ranks.

16          A.    Yes, sir.  He had a license for crew

17    boats and wanted to become a towboat operator.

18          Q.    Okay.  But David Fowler already came in

19    with the rating from the Coast Guard to be able to

10:25:02    20    run those inland tugs?

21          A.    Yes, sir.  He had been running tugs for

22    10 or 12 years.

23          Q.    Okay.  And before the collision with the

24    Queen Isabella Causeway, he hadn't worked for Brown

1  Water very long, had he?

2      A.    He had worked for us previous and then

3  took an absent of leave for a place closer to home.

4      Q.    Okay.  But the total amount of time that

10:25:20  5  he had worked for Brown Water from his initial hire

6  until the allision with the Queen Isabella Causeway

7  was how long?

8      A.    Maybe six, nine months.

9      Q.    Okay.  He hadn't been with the company a

10:25:32  10  full year in total working time?

11      A.    Correct.

12      Q.    All right.  Now, you did describe -- I

13  may jump around a little bit, but during the audit

14  conducted by ACBL or Marine Resource, if they had

10:25:47  15  it done for them, that you-all had certain manuals

16  or training materials for your employees.  Did

17  you-all make those available to David Fowler?

18      A.    They had -- they have a safety handbook

19  that he reviewed and everything about our policies

10:26:05  20  and procedures about the company.

21      Q.    Okay.  I want to show you this one

22  document and see if you recognize it.  Again, I

23  believe it's something that was produced to us.  I

24  am going to mark this as 107 by Brown Water called

1      Q.      Right.

2      A.      Basically I knew the barge hit the

3   bridge, the pillar on the bridge, and that's

4   basically all I knew at that time.

10:32:11   5      Q.      All right.  When did you get more

6   details from either -- well, first from Captain

7   Fowler about what had happened?

8      A.      When I talked to him on the boat.

9      Q.      Okay.  And what did he state to you?

10:32:15  10      A.      Basically he said he was approaching the

11  bridge and the lights were out and that he was on

12  the buoy line, that was the only thing he had to go

13  off of because you can't see the channel underneath

14  the water, and that he was in line, he had the tow

10:32:30  15  line up on the bridge coming out of the turn.  The

16  tow was lined up, and he hit something where all of

17  a sudden -- I mean he turned around, he said he

18  looked and his stern and the buoy was on the

19  outside of the stern, so he was inside the stern,

10:32:41  20  inside the channel, he thought, and the skags hit

21  the bottom of the -- the bottom of the ocean, and

22  when that happened, he lost momentum.  He lost the

23  momentum of pushing power.

24      Q.      Was it your working knowledge that --

1    Q.    Okay.  And as recent as less than a year

2  before this allision?

3    A.    Well, I mean AWO has been around for a

4  long time, but the responsible carrier

10:58:50  5  certification program was something that the

6  industry was starting to push for probably '99,

7  2000, and that's when the other associations

8  started falling off to the wayside.

9    Q.    Okay.  And of course this allision took

10:59:03  10  place in 2001 which would be a year or two after

11  the -- at least your working knowledge of the RCP

12  program?

13    A.    Correct.

14    Q.    Okay.  But no doubt that at the end

10:59:15  15  of -- the audit information was available to ACBL

16  that Brown Water, not you, but Brown Water was not

17  an RCP certified carrier, and that that was the

18  case even continued through the time of the

19  allision with the causeway?

10:59:34  20    A.    Yeah, but the industry Brown Water

21  Marine Services was in, we were being audited by

22  companies all the time: Dow, DuPont, other towing

23  companies, other barge line companies.  Everybody

24  had their own type of -- they wanted to just do a

STEPHEN H. MOSHER, MAY 26, 2004

```
 1  duties were the same, is that right?

 2        A.    Yes.

 3        Q.    Just for a bigger entity?

 4        A.    Yes, sir.
```
13:11:29
```
 5        Q.    Would you tell us, please, what the

 6  scope of your duties were as vice president of

 7  operations?

 8        A.    Basically to oversee the entire

 9  operations of the company.
```
13:11:44
```
10        Q.    Okay.  So you essentially were running

11  the company, is that fair to say?

12        A.    The day-to-day operations, yes.  If we

13  get into the maintenance area, that was Tim Chapman

14  and Scooter and Russ.  I would tell them we got a
```
13:11:56
```
15  boat that has a problem and they would take care of

16  that.  I would make sure they get it taken care of,

17  and if it was a persistent problem with the crew,

18  let me know.

19        Q.    Okay.  Have -- you've been away from the
```
13:12:09
```
20  company for how long now?

21        A.    Since August of 2003.

22        Q.    And what was your reason for leaving the

23  company?

24        A.    Just a better opportunity to expand my
```

1        MR. GOODIER:   Sorry?

2   BY THE WITNESS:

3        A.    Russ Sigmund.

4   BY MR. SPANSEL:

13:30:18   5        Q.    Do you know if he is still president of

6   Brown Water Marine Service?

7        A.    I don't know now.

8        Q.    Do you know who took your place?

9        A.    No, I don't know.

13:30:40  10        Q.    In 2001, can you tell me how many

11   vessels Brown Water owned?

12        A.    I'm trying to think, 17, 18 vessels.  We

13   had crew boats and the tugs.  I think it's 18.

14        Q.    How many were tugboats?

13:31:03  15        A.    12.

16        Q.    So you had about six crew boats?

17        A.    Right.

18        Q.    How many vessels did the company have

19   when you started in 1991?

13:31:22  20        A.    Six -- well, actually I think it was two

21   tugs, two crew boats and we also had a bunch of

22   barges.  So when you say "vessels," I'm just

23   thinking boats.

24        Q.    Right.

1   you to contact the captains on the boat?

2        A.      It could be for anything.  Their wife

3   called, their son's in the hospital.  They had

4   somebody contact them about a crew change, and I'm

13:34:31   5   able to get something coordinated for them so they

6   can get off the boat or change a crew change.  A

7   problem with the boat, something -- a question

8   about a barge, or if Chad was tied up on the phone,

9   I was kind of fall-back person.  So we interacted a

13:34:47   10   lot in what was going on on a day-to-day basis

11   because of that fall-back-on-me kind of scenario.

12        Q.      What communications did you have with

13   the Brown Water V on September 14th and 15th?

14        A.      Rocky had called me and told me that

13:35:07   15   they had -- a gear that was sticking, I don't know

16   if it was -- the throttle, I think, was sticking

17   for the gear, and that he wanted to go ahead and

18   get it repaired, and he had a barge that he had to

19   taken into Harlingen, and he didn't want to go into

13:35:23   20   Harlingen because of that gear sticking.  He wanted

21   to layup when he got down towards Brownsville where

22   the tow had an enough room to moor it to the dock

23   where we could get a mechanic on and fix it.

24   Because when he got passed the JFK Causeway,

1  somewhere between there and -- there's no place

2  really to stop and get people out to you, that's

3  when the gear started sticking on him.

4           So when you to start maneuvering the

13:35:45  5  boat down shifting and so forth, he thought there

6  would be a problem getting into arroyo, so he

7  wanted to take the tow into Brownsville, he talked

8  to me about that, and then getting the mechanic

9  there.  I took care of the mechanic getting on

13:35:59  10  board the vessel that afternoon or evening.

11           And then we talked about the logistics

12  of the barge.  The barge that he did drop at

13  Harlingen would now be on the boat, so when I

14  talked to the Port of Brownsville, they told me

15  that barges hadn't made-ready in Brownsville.  So I

16  advised Rocky to just take that one barge up to

17  Harlingen and drop it off and then go back and pick

18  up your barges Saturday.  Why go back down to

19  Brownsville when you could pick up your barges

13:36:23  20  Saturday, that way we get the barge dropped off for

21  the customer, because we've already passed it,

22  passed the point.  You know, the customer was

23  relying -- he's got an ETA and you got to let

24  everybody know there's a change.  So I wanted to

STEPHEN H. MOSHER, MAY 26, 2004

1   get the barge dropped off in arroyo, and that's

2   when I found out after the vessel hit the bridge,

3   that there was four barges -- because those barges

4   hadn't made-ready and they elected to bring all

13:36:48   5   four barges out.

6         Q.   Okay.  When did you talk to Wilson about

7   the throttle in the barge he wanted to take down to

8   Brownsville?  Was that on the 14th?

9         A.   Yeah, that was on the 14th.  I don't

13:37:02   10   know if it was during a lunch hour, if Chad was

11   gone to lunch.  I was there because we all sit our

12   lunch periods so somebody was always there to take

13   a call from the boat, or if it was actually early

14   afternoon before Rocky went to bed because he got

13:37:10   15   off watch at noon.

16         Q.   Do you remember if you talked to him

17   more than once on the 14th or was it that one time?

18         A.   I think he called me and told me about

19   the throttle.  I went ahead and got with Scooter to

13:37:23   20   get a mechanic lined up, and then I called him back

21   to let him know that we had gotten it all

22   coordinated and somebody would be there to take

23   care of it, and I don't know if I called Rocky back

24   or if Chad called him back.

1    Q.    He wanted -- so when he called, he
2    wanted your approval to take the barge down to
3    Brownsville and wanted you to line up the mechanic?
4    A.    Well, he wasn't asking me for approval
13:37:44   5    to take the barge down to Brownsville, he was
6    just asking to line up the mechanic.  He was
7    telling me that he's not going to go into arroyo
8    because he didn't feel comfortable about the gears
9    sticking that he had to go ahead and go on to
13:37:57   10   Brownsville.
11   Q.    Okay.  Do you remember the name of the
12   mechanic that you sent down to Brownsville?
13   A.    Randy Elmore.
14   Q.    When did you talk to Wilson to tell him
13:38:21   15   to bring the barge up from Brownsville alone?
16   A.    That -- during that conversation where
17   he was asking for the mechanic about the logistics,
18   and then when I told him we plan to take the barge
19   down to Brownsville and I'll check on your barges
13:38:39   20   and we'll find out about the mechanic, and then I
21   guess I did call him back because I remember
22   telling him to take the barge on up to Brownsville
23   because the boat -- the barges aren't going to be
24   made ready in Brownsville to be picked up.

STEPHEN H. MOSHER, MAY 26, 2004

1    A.    Right.

2    Q.    Is there any means of communication

3 that the customers have directly with the vessels?

4 Can they in turn communicate directly with the

13:42:18    5 vessels?

6    A.    No.

7    Q.    Does it happen that the -- once you

8 communicate with the customers each morning, that

9 they respond to ask for more information about the

13:42:41    10 vessels and the status of the cargo?

11    A.    The customers call us?

12    Q.    Yeah.

13    A.    They would call you and they would say

14 well, do you - for lack -- for instance, is this

13:42:47    15 boat going to Brownsville?  If we had two barges

16 booked on it, nobody would know that.  If somebody

17 had a barge that made-ready in Brownsville, knowing

18 that our boat was getting into Brownsville, they

19 would call and ask if we had space, meaning that if

13:43:00    20 we had an allotment for a position for a barge to

21 fit into the tow.  If we didn't have space, we'd

22 tell them we didn't have space; if we did have

23 space, we would book the barge with them, is what

24 we call it, just a booking of the barge.

**STEPHEN H. MOSHER, MAY 26, 2004**

1      A.    No.   These things are operational things

2  that basically have to be handled right away so you

3  just take care of it and you get it resolved and

4  then go on.

13:44:42   5      Q.    So there would be no written record?

6      A.    No.

7      Q.    In addition to you fielding those types

8  of complaints from customers about schedule in

9  progress of barges, would anybody else at Brown

13:44:59  10  Water field that kind of call?

11      A.    Well, Chad was being introduced into the

12  business learning a lot of that, and in addition,

13  Tim would be involved.

14      Q.    Okay.   On September 15th, those four

13:45:20  15  barges were ACBL barges, is that right?

16      A.    I believe so.

17      Q.    And do you remember what the cargo was?

18      A.    No, sir.

19      Q.    Do you remember what the terms of the

13:45:38  20  charter -- charters were for those barges?

21      MR. GOODIER:   Charters?

22  BY THE WITNESS:

23      A.    It's not charters.   We had a rate

24  structure called a Union City rate.

1          MR. GOODIER:  I'm sorry, I thought you were

2    asking what ACBL's charters were for this boat.  I

3    objected that he wouldn't know what ACBL's charges

4    were for this.

13:46:01    5          MR. SPANSEL:  No, no.

6          MR. GOODIER:  I'm sorry.

7    BY THE WITNESS:

8          A.    The --

9          MR. PIERSON:  We were talking about charters.

13:46:08    10         MR. GOODIER:  That's right near Bourbon

11   Street, isn't it?

12         MR. PIERSON:  It would be nice to be dreaming

13   right now.

14   BY MR. SPANSEL:

13:46:20    15         Q.    Go ahead.

16         A.    The concept for what we did was they

17   call tramp towing.  Basically there was a company

18   back in the early 70s that set aside what they

19   called a Union City rate, which basically said an

13:46:27    20   empty would be delivered from New Orleans to

21   Bolivar Road or to Corpus Christi, and this is how

22   much it was.  And if it's a regulation barge or if

23   it was a 20,000 barrel barge or 30,000 barrel

24   barge, everything had different rates, because the

1　concept was at that time it was six barge tows.  So

2　you fill up a six barge tow with six 10,000 barrel

3　barges, so you had a rate.  And then they had a

4　double rate if you had a 20,000, because that took

13:46:55　5　two 10,000 out of the picture.  But you still would

6　double-charge for that one barge because it

7　lessened the amount of barges in the tow, but you

8　still have to charge the same amount for a

9　six-pack.

13:47:08　10　　　　　　So we had rates that paralleled the

11　Union City concept that everybody else had that we

12　worked with.  We would tell them these are the

13　rates that we'll tow south of Bolivar to

14　Brownsville for.  I mean we were the only

13:47:18　15　independent towing company doing it.  Other

16　companies would go to Brownsville, on occasion it

17　would be from Baton Rouge or New Orleans or

18　wherever, they could go, too, but because a lot of

19　the barge lines didn't have a lot of activity south

13:47:30　20　of Houston, it kind of got out of their big boat

21　concept and they relied -- we had a niche in the

22　fact that everybody relied on us to have vessels,

23　along with Kirby Corporation, they had a lot of

24　vessels running down there, too.

1          So between the two us, we took care of a

2    lot of industries, Ingram, so we didn't sever the

3    marketing arms of ACBL or Memko Barge Lines.  If

4    they had an opportunity to go to Brownsville, they

13:47:56    5    would help us to make opportunities to tow, so they

6    would go ahead and market their opportunities all

7    the way to Brownsville, even though their

8    operations actually visibly stop by their tugs in

9    Houston.  But they could compete against an ACBL or

13:48:10    10    somebody else to go after those markets, and we

11    fulfilled that need of that minimal towage because

12    collectively we were able to make it work from all

13    the towing -- from all the barge line companies.

14          Q.    You mentioned that there was no

13:48:26    15    particular deadline for the one barge that was

16    destined for Harlingen.  Do you know about the

17    other three barges, was there any deadline for

18    deliver of those?

19          A.    There's never a deadline in tramp towing

13:48:43    20    because it's a preferred rate structure.  They

21    can't legitimately go ahead and request that you

22    have to be there by such and such a time.  If you

23    wanted that, then you can go out and charter the

24    vessel.  And you pay the full day rate and we'll do

1    barges to come ready to pick up from Corpus,

2    Victoria or Houston.  So it was a combination of

3    all that.

4         Q.    I want to talk to you a little bit about

13:53:35    5    the AWO Responsible Carrier Program.  First of all,

6    Brown Water was a member of AWO, correct?

7         A.    I believe we had just signed up with the

8    AWO, I don't know, that year sometime.

9         Q.    2001?

13:53:52    10    A.    Right.

11        Q.    Were you asked by ACBL to sign up with

12    AWO?

13        A.    No.

14        Q.    Did you ever get out of AWO before you

13:54:17    15    left the company?

16        A.    No.

17        Q.    So from 2001 until the time you left, as

18    far as you know, Brown Water was a member of AWO?

19        A.    Well, I know that up to the time that I

13:54:25    20    was there, we got our certification.  I mean it's a

21    process you have to go through and get the auditor

22    to come out and inspect the vessels.  We got that

23    certification and were working on that process

24    during the time this allision happened.  I think

1    you have 18 months when you sign up to get the

2    certification.

3         Q.    So you were not RCP-certified at the

4    time of the incident, but --

13:54:48    5         A.    Right.

6         Q.    -- sometime later you became certified?

7         A.    Yes.

8         Q.    How much longer after the accident?

9         A.    I believe in April or May of the very

13:54:57    10   next year or maybe it was the summer months.   I

11   know it happened before I left.

12        Q.    Did you have a designated representative

13   from Brown Water to AWO?   Would that have been you?

14        A.    Yes.   But as far as attending meetings

13:55:10    15   and stuff, no.

16        Q.    Would you explain what you mean that you

17   all didn't attend meetings or different people

18   attended meetings?

19        A.    I mean AWO would have a meeting in

13:55:24    20   Houston or what have you and we didn't go to the

21   AWO meetings, but we were a member of the AWO and

22   they provided information to us from electronic

23   e-mails.   You got to become -- when you went into

24   AWO, it was just an organization for all the