|       | 1  | Q.    When you testified at the Coast Guard |
|-------|----|---------------------------------------------|
|       | 2  | hearing, you stated that Fowler was hired on April |
|       | 3  | 27th, '01.  Do you recall that? |
|       | 4  | A.    If I said that, then I said that.  Yes, |
| 14:34:16 | 5 | sir. |
|       | 6  | Q.    And then you also testified that he took |
|       | 7  | a leave of absence on July 20, '01. |
|       | 8  | A.    Okay. |
|       | 9  | Q.    Do you recall the reason he took a leave |
| 14:34:27 | 10 | of absence? |
|       | 11 | A.    I believe just to work at a vessel that |
|       | 12 | was closer to home, because he lived in Mobile, |
|       | 13 | Alabama and had to fly in. |
|       | 14 | Q.    And then he came back to work for you on |
| 14:34:43 | 15 | September 10th, '01, just a few days before this |
|       | 16 | incident, is that right? |
|       | 17 | A.    Yes, sir. |
|       | 18 | Q.    And do you remember the circumstances of |
|       | 19 | him coming back to you? |
| 14:34:51 | 20 | A.    I believe he was working for a towing |
|       | 21 | company called Basin Marine in -- on the Chaffala |
|       | 22 | Bay River, and they sold the boat out from |
|       | 23 | underneath him I think is what he told me. |
|       | 24 | Q.    And when he did come back, was there any |

Exhibit 5

1  process he had to go through or you already knew

2  him so you just said come on back?

3      A.    Yes, basically.  We already knew him, he

4  showed me his license, he still had the original

14:35:17  5  license.  Put him back to work.

6      Q.    When you hired Fowler originally, had he

7  told you that he had experience on this particular

8  waterway?

9      A.    Yes, sir.  He said he had experience of

14:35:47  10  the western end.

11      Q.    Did you do anything to verify that

12  experience or you took him at his word?

13      A.    I took him at his word, and then the

14  check and the balance in the system was when he

14:35:56  15  worked with the other guys that did know the

16  system.  It would be real evident if he didn't

17  know where he was going, he would be making

18  mistakes.

19      Q.    If I understand correctly, the fact that

14:36:06  20  he had a license for operation of uninspected

21  towing vessels was the standard you used for hiring

22  him, correct?

23      A.    Correct.

24      Q.    You didn't investigate nor feel it was

STEPHEN H. MOSHER, MAY   , 2004

1    A.    Correct.

2    Q.    Do you remember who were the crews on

3  those vessels when he came aboard?

4    A.    No.  I don't remember which crews.  It

14:59:01    5  could have been Brown Water I.  It was probably

6  maybe Neal Trowbridge was captain.  I don't know if

7  he was on -- I can just recall crews -- the crews

8  stay on the boats usually for years at a time.

9    Q.    Who is Neal Trowbridge?

14:59:19   10    A.    He was one of the vessel captains on the

11  Brown Water I, and Eddie Newman was probably on the

12  Brown Water V.

13    Q.    Okay.  So it's possible he talked with

14  Mr. Timberlake, the ACBL auditor?

14:59:26   15    A.    Could have been, or it could be the

16  pilot or the relief captain.

17    Q.    Now, you indicated that you had been

18  audited by a number of other companies in the past

19  as well.

14:59:38   20    A.    Right.

21    Q.    Can you give me the names of any of the

22  other companies that audited the Brown Water?

23    A.    DuPont, BASS, BP Chemical -- BP Oil

24  Expiration, Exxon, Mobil.  God, just about anybody

1    who you can think of that's out there in the Gulf

2    coast.  I mean they would send out auditors, they

3    would inspect on site, they would inspect vessel

4    operations facilities.  If there was problems, they

15:00:03    5    would let us know.

6        Q.    Were these audits always done pursuant

7    to the AWO RCP program or were they done pursuant

8    to the responsible -- didn't the chemical operators

9    have a similar --

15:00:16    10        A.    Right.  They do it for whatever

11    reason -- purposes they want to do it for.  BP Oil

12    may do it as if they did a tugboat operation off

13    Nigeria.

14        Q.    Okay.

15:00:29    15        A.    They didn't conform to AWO standards.

16    Everybody had their own curriculum.

17        Q.    Were the standards pretty similar from

18    what you recall?

19        A.    A lot of standards were the same.

15:00:42    20        Q.    Now, I understand that afore this

21    accident in September of 2001, you-all had no

22    program for wheelhouse -- for training of

23    wheelhouse personnel, true?

24        A.    We had no training program for

STEPHEN H. MOSHER, MAY 26, 2004

```
 1    to the form --

 2         MR. STRAWN:  I'll tell you what.  It's called

 3    a leading question.  I get to ask questions like

 4    that, he gets to answer them, and you get to be

 5    quiet.

 6         MR. PIERSON:  Actually, you don't get to ask

 7    leading questions because --

 8         MR. GOODIER:  You're telling me I've got to be

 9    quiet?

10         MR. PIERSON:  -- he's not a witness of any

11    party.  He's not my witness.  He's subpoenaed to be

12    here.

13    BY MR. STRAWN:

14         Q.    Do you understand my question?  It's

15    your understanding -- and we can have her read it

16    back if you like.

17         A.    The audit just basically is an audit.

18    It gives them a comfort level or not a comfort

19    level, I don't know.  I mean I don't have to -- we

20    didn't have to be AWO to run a towboat or be a

21    towboat-operated company.  That was a voluntary

22    organization that they elected to be and they sent

23    them out to look at our organization.  If we didn't

24    achieve those specific standards, maybe we could go
```

15:09:09  (line 5)
15:09:13  (line 10)
15:09:26  (line 15)
15:09:31  (line 20)

1    out there and achieve them later.

2    Q.    All right.  And the result of the audit

3    was that you were not in compliance with AWO RCP

4    standards, true?

15:09:51    5    A.    That's what the audit says, yes.

6    Q.    And when ACBL was told that the result

7    was that they elected to continue to use you-all

8    anyway?

9    A.    I mean just --

15:10:00    10    Q.    Is that true?

11    A.    Well, they continued to us as servers --

12    as a tramp server, yeah.

13    Q.    Okay.  I want to make sure I understand.

14    For the Brown Water V, a full load is

15:10:25    15    four fully loaded barges, standard sized barges,

16    true?

17    A.    No.  What we tried to do with the Brown

18    Water V is three loads, one empty or two loads, two

19    empties.  That's primarily the guidelines we try to

15:10:35    20    keep as dispatchers go ahead and try to keep the

21    boat.  It operates best at that level.

22    Q.    So a full load for Brown Water V would

23    be two loads, two empties or three loads, one

24    empty?

1          A.     Right, four barges usually.

2          Q.     All right.

3          A.     And depending on the amount of distance

4    they had to travel and where all they were going.

15:10:56    5          Q.     And would it also depend on the

6    characteristics at the time, in other words, the

7    conditions?

8          A.     Correct.

9          Q.     The sea conditions and the wind

15:11:04   10    conditions?

11          A.     Correct.

12          Q.     All right.  And how did you-all

13    communicate that this was a full load to the

14    captains?

15:11:11   15          A.     Basically they had three barges to pick

16    up out of Brownsville.  They elected to take the

17    fourth barge with them with the three loads when

18    they made-ready, but all they had was three loads

19    to come out with.  That was the only orders from

15:11:26   20    us.

21          Q.     I think you're misunderstanding my

22    question.

23          A.     Okay.

24          Q.     It's my understanding from your

1    testimony today is that the office at Brown Water

2    would be the ones to assign the horsepower for the

3    tows, true?

4        A.    Yes.

15:11:44    5        Q.    Okay.  You-all had decided that for this

6    boat, the Brown Water V, a full load was either two

7    empties and two fulls or three fulls and one empty.

8    That was your policy about what a full load for

9    this vessel would be, true?

15:12:00    10        A.    That was -- you're going to be careful

11    the way you're illustrating it.  The standard rule

12    of thumb for that boat, you want a combination of

13    empty and loads.  You don't want four loads because

14    you're just going to run into a lot of downtime

15:12:15    15    because they're going to sit on the beach, so to

16    speak.  We only elected to send that boat down

17    there -- we elected to put three barges on there.

18    There may have been more barges in Brownsville

19    available to them, because I heard the Brown Water

15:12:26    20    VII was down there also.  So the Brown Water VII is

21    a little bit bigger boat.  Maybe they took the four

22    loads and then we gave them three loads.  But the

23    crew determined to take that fourth barge load with

24    them.  I wouldn't have done that.

1    Q.    I'm sorry?

2    A.    I would not have put that fourth barge

3    tow on that boat.    That was our policy.    We just

4    wouldn't do that.    We'd give them a combination of

15:12:43    5    loads and empties for that boat.

6    Q.    Okay.    Now, how was the policy as to

7    what's a full load communicated from the dispatch

8    office down to the vessel pilots and captains?

9    A.    The crew would go ahead and get their

15:13:03    10    orders.    I mean if they had a problem with it, they

11    would tell us we're not picking this up or we've

12    got -- with these conditions, we can't take four

13    out of here, we're only going to take out two.

14    Okay.    Fine.    I mean we would try to tell them

15:13:23    15    what's available and they would elect what they

16    would take.    If they could take four, they want to

17    take four, they thought everything was fine, they

18    would take four, if not they would leave one

19    behind.

15:13:25    20    Q.    And I guess I'm asking a more basic

21    question which is just the policy that you-all had

22    about what you liked to push with the Brown Water

23    V, did anybody communicate that to the captains and

24    pilots of the Brown Water 5?

1    A.    The Brown Water V -- if I told a boat to

2 pick up ten barges, they would tell me I'm only

3 taking four or six, whatever.  I had captains that

4 would take six.  I had captains that would only

15:14:07    5 take two.  So basically you got to look at your

6 particular crew, they feel comfortable with the

7 vessel, they know the weather conditions and they

8 make the decision ultimately on how many barges

9 they will take.

15:14:19   10              Now, what we try to do as a rule of

11 thumb is based on history.  That boat performed at

12 most -- at best at four barges, and it was a

13 combination of empties or loads.  800s, it's

14 usually 200 horsepower, rule of thumb in the

15:14:30   15 industry, 200 horsepower per barge.  In Louisiana

16 it's six barges because the conditions are a lot

17 different.

18      MR. STRAWN:  All right.  Let me object as

19 nonresponsive.

20                   (WHEREUPON, the document marked

21                    Deposition Exhibit No. 34

22                    was first referred to.)

23 BY MR. STRAWN:

24      Q.    I'm going to show you part of Exhibit

BY MR. GOODIER:

1

    Q.    Mr. Mosher, during your testimony you

2

said that Brown Water had several different types

3

of operations, but one of them you mentioned is the

4

15:45:55   5  tramp towing business, is that correct?

    A.    Yes, sir.

6

    Q.    And am I correct that Brown Water held

7

itself out as an independent contractor and towing

8

company for hire in the intercoastal waterway from

9

15:46:09  10  an area, say, from Houston to Brownsville?

    A.    Yes, sir.

11

    Q.    Do you know of any towing company in the

12

year -- years 1999, 2000 and 2001 that had any more

13

experience in the area of the intercoastal waterway

14

15:46:23  15  west of Corpus Christi than Brown Water?

    A.    We were the most experienced.  Kirby had

16

some knowledgeable people out of the Corpus Christi

17

office that were probably just as experienced.

18

    Q.    But with respect to a company with

19

15:46:41  20  the most towboats and the most experience, would

21  you say Brown Water was the most experienced

22  company?

    A.    Yes, sir.

23

    MR. STRAWN:  Objection, asked and answered.

24

1    BY THE WITNESS:

2         A.    Yes, sir, we had the most boats down

3    there.

4    BY MR. GOODIER:

15:46:51    5         Q.    If a customer had called you up and

6    asked you what was the horsepower of the Brown

7    Water V, what would your answer have been?

8         A.    800.

9         Q.    As I understand your testimony that the

15:47:11   10    pay that Brown Water would receive for towage of

11    anybody's equipment such as ACBL or Ingram or the

12    numerous other customers that you had was based on

13    a Union City rate?

14         A.    Yes, sir.  They were a company that

15:47:28   15    designed the rate.  The rate that we had was

16    different than the Union City rate, but it was the

17    same concept that Point A to Point B this is what

18    it charged for one 10,000 barge and fuel loaded.

19         Q.    So in other words, the charge was per

15:47:40   20    barge?

21         A.    Correct.

22         Q.    So if the company gave you one barge or

23    ten barges, it would be one times whatever your

24    rate was or ten times whatever your rate was?

STEPHEN H. MOSHER, MAY 20, 2004

```
 1          A.      Correct.
 2          Q.      And the company didn't get a break
 3     because you put ten barges on a towboat versus one
 4     barge on a tow barge, it was the same rate per
 5     barge?
 6          A.      Correct.
 7          Q.      Am I correct that the barges that ACBL
 8     would offer to Brown Water for towage, as you say
 9     booking a barge, as you said, they would have no
10     crews on board them, would they?
11          A.      No.
12          MR. SPANSEL:   Object to the leading form.
13     BY THE WITNESS:
14          A.      There's was no crews on the barge.
15     BY MR. GOODIER:
16          Q.      Did they have any power on the barges?
17          A.      No, no power on the barges.
18          Q.      And would ACBL have anybody on board the
19     tugs during the towage?
20          A.      No.
21          Q.      Am I correct that ACBL as well as the
22     other customers that you provided services in your
23     tramp towing would rely on Brown Water to push the
24     barges from the point of origin to point of
```

15:47:58    5
15:48:15    10
15:48:22    15
15:48:31    20

```
 1   destination safely?

 2          MR. SPANSEL:  Objection to leading form.

 3              You can answer.

 4          MR. STRAWN:  Objection.

 5          MR. SPANSEL:  You can answer.

 6   BY THE WITNESS:

 7          A.    Yes.

 8   BY MR. GOODIER:

 9          Q.    Who has -- between yourself and the

10   barges and barge owners of the barges that you were

11   towing would be responsible to know the

12   capabilities of your towboats?

13          A.    We would.

14          Q.    When, if ever, did ACBL instruct Brown

15   Water on the proper method for you to put your tows

16   together?

17          A.    Never.

18          Q.    When, if ever, would ACBL tell you the

19   number of barges that you were to push with any one

20   of your towboats?

21          A.    They never did.

22          Q.    When, if ever, did ACBL or any of your

23   other customers tell you how to navigate your

24   vessels?
```

15:48:50 (line 5)
15:48:56 (line 10)
15:49:08 (line 15)
15:49:26 (line 20)

1          A.      They never told us.

2          Q.      When, if ever, did ACBL or any of your

3    other customers tell you how fast or how slow to

4    push their barges?

15:49:39  5          A.      They didn't do that on the tramp tow.

6          Q.      Can't do that on the tramp tow?

7          A.      Yeah.   The tramp tow concept is you

8    can't bitch about the service.   This is a good

9    economic rate to get your barge from Point A to

15:49:50  10   Point B, and that's all the say-so you have.

11          Q.      When, if ever, did ACBL or any of your

12   other customers tell you a specific route that you

13   had to take with their barges?

14          A.      Never.

15:50:00  15          Q.      When, if ever, did ACBL or any of the

16   other customers tell you when to stop along the way

17   or where to stop along the way, if necessary?

18          A.      They never told us that.

19          Q.      When, if ever, did ACBL exercise any

15:50:12  20   operational control over Brown Water or any of its

21   vessels?

22          A.      They never had any.

23          Q.      Whose responsibility was it to hire

24   competent personnel to work on board Brown Water

1  towboats?

2      A.    Personnel as captains was mine.

3      Q.    And Chad was the deck hands?

4      A.    Yes, sir.

15:50:36  5      Q.    What, if ever, did ACBL or any of your

6  other customers have any responsibility for hiring

7  any of your crew members?

8      A.    They never had any.

9      Q.    Prior to the date of this accident,

15:50:55  10  when, if ever, did you have any reason to question

11  or doubt the competency of your captain or your

12  relief captain at that time, Mr. Fowler?

13      A.    I never had any reason.

14      Q.    When, if ever, prior to September 15th,

15:51:08  15  2001 did you have any reason to doubt the

16  competence of the Captain Wilson, Rocky Wilson?

17      A.    I never had a reason.

18      Q.    At Brown Water, who does Brown Water

19  rely on to make all decisions with respect to the

15:51:27  20  towage of the barges?

21      A.    It would be myself and Chad.

22      Q.    Once the Brown Water vessel arrives at

23  the scene and the barges are there to be towed,

24  whose responsibility is it at that time to decide

```
 1   how the tow's to be configured?
 2        A.    The captain's.
 3        Q.    Whose responsibility is it to decide how
 4   many barges can be towed?
 5        A.    We give them a number and then they look
 6   at the barges when they arrive based on the
 7   number -- there's a lot of combinations, but -- I
 8   mean they'll tell us they can only take two out or
 9   one barge is -- actually, there was a lot of times
10   where we would call a barge loaded because it had
11   one foot a draft, it may have had something minor
12   in it and it would actually be an empty, and we
13   would show up, and then all of a sudden we had
14   three empties and the wind would be whaling and we
15   couldn't take it because it wasn't a fully loaded
16   barge.  So they would say, "I can't take it."
17        Q.    So that would be left up to the
18   discretion of the captain?
19        A.    Oh, yeah.
20        Q.    When, if ever, did Brown Water interfere
21   with that and say, "No, we want you to take the
22   barges despite the safety concerns that you have"?
23        A.    We never did that.  We never questioned
24   the licensed mariner.
```

15:51:52   5
15:52:06   10
15:52:13   15
15:52:26   20

STEPHEN H. MOSHER, MAY 26, 2004

|        |    |                                                      |
|--------|----|------------------------------------------------------|
|          | 1  | Q.    What about if the mariner -- what if |
|          | 2  | there were weather conditions where the licensed |
|          | 3  | mariner of your vessel decided it was necessary to |
|          | 4  | pull to the bank and stop.  Whose decision was |
| 15:52:49 | 5  | that? |
|          | 6  | A.    The captain's, who's ever on the wheel. |
|          | 7  | Actually the relief pilot or the captain, who's |
|          | 8  | ever on the wheel. |
|          | 9  | Q.    When, if ever, would Brown Water |
| 15:52:51 | 10 | interfere with them and tell them, "No, we disagree |
|          | 11 | with you.  Keep going"? |
|          | 12 | A.    We wouldn't do that. |
|          | 13 | Q.    What about if the captain needed |
|          | 14 | assistance, he thought he needed an assist tug to |
| 15:53:04 | 15 | get through an area.  Whose responsibility was it |
|          | 16 | to ask for the assistance? |
|          | 17 | A.    Who's ever on the wheel that needs the |
|          | 18 | assistance.  They'll call the office and we'll get |
|          | 19 | assistance or come up with an alternative plan. |
| 15:53:22 | 20 | Q.    With respect to all the decisions we've |
|          | 21 | talked about in addition to the ones you've |
|          | 22 | answered before such as whether to stop for |
|          | 23 | weather, whether to ask for assistance, whether to |
|          | 24 | start on a tow, whether to accept the tow, when, if |

1   ever, has ACBL had to make those decisions for

2   Brown Water?

3        A.    They never did.

4        Q.    It's always been Brown Water's decision

15:53:48  5   to make with their captain?

6        A.    Yeah, it's our operation.

7        Q.    So Brown Water relies on its captains to

8   safely move the barges from Point A to Point B?

9        A.    Correct.

15:54:12  10       Q.    And am I correct that when Brown Water

11  is booking barges for one company such as, say,

12  ACBL, say ACBL has two barges to book with Brown

13  Water, that ACBL may or may not know which vessel

14  eventually tows those barges?

15:54:31  15       A.    Correct, that's possible.

16       Q.    And then Brown Water has the option to,

17  for instance, change out vessels, turn vessels

18  halfway, move the barges halfway and then for your

19  convenience put them on another vessel and continue

15:54:43  20  the voyage?

21       MR. SPANSEL:  Object to the leading form.

22  BY THE WITNESS:

23       A.    We did that all the time, and then also

24  sometimes we get somebody to drop a boat and we

STEPHEN H. MOSHER, MAY 26, 2004

1    would pull the boat from underneath ACBL and go and

2    tow a drilling rig because it was an hourly rate

3    job where we'd make a lot of money to go to

4    Louisiana, you know, make $70,000, so we left all

15:55:00    5    their tow behind.

6    BY MR. GOODIER:

7        Q.    Are there times when Brown Water may

8    take barges that belong to ACBL and barges for some

9    other company and put them together into one tow?

15:55:15    10       MR. STRAWN:    Objection, leading.

11   BY THE WITNESS:

12       A.    That's how it worked.    That's the only

13   way it could work.    Because it was -- ACBL and

14   Memko or Canal, none of them were by themselves

15:55:23    15   could make the money work for tramp towing on the

16   south end or the east end.

17   BY MR. GOODIER:

18       Q.    So explain to me how would you put your

19   tow together if you only had, say, one ACBL barge

15:55:37    20   and other people's barges available for towage,

21   say, from Brownsville to Corpus?

22       A.    If it was three barges or four barges,

23   depending, you know, we would just put them

24   altogether and the boat arrived and we'd them pick

1  them up.

2      Q.    So you would have more than one

3  company's barges?

4      A.    Oh, yeah.  That's the only way you

15:55:53  5  could -- that's the only way it would work.

6      Q.    Would the various barge companies even

7  know how many barges were on your boats?

8      A.    No.

9      Q.    Were there ever any time where Brown

15:56:23  10  Water tows had to stop because of the weather?

11      A.    Oh, yeah.

12      Q.    And, again, that would be the discretion

13  of the captain to do that?

14      A.    Right.  The captains would stop.  They

15:56:29  15  would moor wherever -- they would moor in

16  anticipation of events due to the fact that they

17  were monitoring weather, cold fronts approaching,

18  Matagorda Bay would get sloppy and rough.  They

19  would hold up inside and wait until the weather

15:56:41  20  calmed down.

21      Q.    Whose responsibility was it to get the

22  weather information?

23      A.    The captain's.

24      Q.    With respect to the towage in question