IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE THE COMPLAINT AND PETITION )
OF BROWN WATER TOWING I, INC., )
AS OWNER, AND BROWN WATER )
MARINE SERVICE, INC., AS ) C.A. No: B-01-157
BAREBOAT CHARTERER OF THE BROWN )
WATER V, ITS ENGINES, TACKLE, )
ETC. IN A CAUSE OF EXONERATION )
FROM OR LIMITATION OF LIABILITY, )
)
)
_____)

COPY

**VIDEO DEPOSITION OF GARY P. LANGLEY,**

taken on Friday, the 16th day of July, 2004, at

11:05 a.m., pursuant to the Oklahoma Code, at the

Radisson Inn-Tulsa Airport, 2201 North 77 East

Avenue, Tulsa, Oklahoma, before Trisha G. Goodman,

Certified Shorthand Reporter in and for the State of

Oklahoma.

**EXHIBIT 7**

GOODMAN & CLARK REPORTING  **  (918) 749-5000

```
 1                    A P P E A R A N C E S:

 2        MR. JACK PARTRIDGE
          Royston, Rayzor, Vickery & Williams, LLP
 3        1700 Wilson Plaza West
          606 North Carancahua
 4        Corpus Christi, Texas   78476

 5        MR. RAY R. MARCHAN
          Watts Law Firm, LLP
 6        Fort Brown Plaza
          1926 East Elizabeth Street
 7        Brownsville, Texas 78520

 8        MR. S. MARK STRAWN
          Ajamie, LLP
 9        Pennzoil Place - South Tower
          711 Louisiana Street, Suite 2150
10        Houston, Texas   77002

11        MR. H. LEE STRAYHAN, III
          Jones, Walker, Waechter, Poitevent,
12             Carrere & Denegre, LLP
          201 St. Charles Avenue
13        New Orleans, Louisiana   70170-5100

14        MR. MICHAEL RATLIFF
          Assistant Attorney General
15        Transportation Division
          P.O. Box 12548
16        Austin, Texas   78711-2548

17

18

19

20

21

22

23

24

25
```

```
                          GOODMAN & CLARK REPORTING   **   (918) 749-5000
```

| | | | | |
|---|---|---|---|---|
| 1 | | **I N D E X** | | |
| 2 | WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
| 3 | GARY P. LANGLEY | | | | |
| 4 | BY MR. PARTRIDGE | 4 | | 116 | |
| | BY MR. MARCHAN | | 30 | | |
| 5 | BY MR. STRAWN | | 61 | | 120 |
| | BY MR. RATLIFF | | 89 | | 122 |
| 6 | BY MR. STRAYHAN | | 106 | | |

\* \* \* \* \* \*

**EXHIBITS**

| NUMBER | PAGE |
|---|---|
| 119 | 51 |
| 120 | 51 |

\* \* \* \* \* \*

**S T I P U L A T I O N S**

It is stipulated and agreed by and between the parties hereto that all objections, except as to the form of the question, are reserved until the time of trial with the same force and effect as if made at the taking of the deposition.

```
 1            bridge; is that correct?
 2    A.      Yes, sir.  It's an aid in navigation.  When you
 3            line them -- when you line them up it's an aid
 4            in navigation to where it will show you that
 5            you were lined up to go down through the center
 6            of the bridge.
 7    Q.      And those aids to navigation are important to
 8            you as a captain because that's what you depend
 9            on.
10                    MR. MARCHAN:  Objection; form.
11                    MR. STRAWN:  Object to the form.
12                    MR. MARCHAN:  Let me explain about
13            that.
14                    THE WITNESS:  I know what it is.
15                    MR. MARCHAN:  Well, we don't have a
16            judge, and if an attorney makes an objection,
17            let him finish the objection and then probably
18            you can still answer the question, if the.
19    Q.      (By Mr. Partridge) Do you depend on the
20            navigational lights?
21    A.      I depend on every aid to navigation that's out
22            there, whether it be the buoys, the fender
23            works, and especially the green lights going up
24            under the bridge, 'cause it's a very -- it
25            determines whether you have a slide or you're
```

| | | |
|---|---|---|
| 1 | | steering or you're just pushing straight down |
| 2 | | through the bridge.  It's a very good |
| 3 | | indication. |
| 4 | Q. | And those two green lights, were they working |
| 5 | | or not working as you approached? |
| 6 | A. | No, sir, they were not working. |
| 7 | Q. | Are there any other navigational lights that |
| 8 | | are on the High-rise bridge? |
| 9 | A. | Yes, sir, the ones on the fender works. |
| 10 | Q. | What color are those lights? |
| 11 | A. | Red. |
| 12 | Q. | Where are those lights positioned? |
| 13 | A. | Positioned on the outside edge of the fender |
| 14 | | works. |
| 15 | Q. | As you were approaching the High-rise bridge to |
| 16 | | pass under it, as you were inbound towards Port |
| 17 | | Isabel, did you notice whether the red lights |
| 18 | | on the fenders were working? |
| 19 | A. | Negative.  They were not working, sir. |
| 20 | Q. | The lights on, say, the -- the lights that you |
| 21 | | saw as you were approaching the causeway that |
| 22 | | were on the fender system, the red lights, were |
| 23 | | any of them working? |
| 24 | A. | Yes, sir. |
| 25 | Q. | Which of the lights were working? |