AUDIO TAPE TRANSCRIPTION

OF INTERVIEW WITH DAVID DWAYNE FOWLER

SEPTEMBER 12, 2001

<u>COPY</u>

# Ak/Ret Reporting, Records & Video, Inc.

CERTIFIED COURT REPORTERS
880 TOWER II
555 N. CARANCAHUA
CORPUS CHRISTI, TEXAS 78478
(361) 882-9037   (800) 388-9037
FAX (361) 882-3355

**EXHIBIT 8**

1          THE INTERVIEWER:  Return to vessel, 1732,

2    to interview the relief captain.  Interview conducted

3    September 12th, 2001 with Mr. David Dwayne Fowler

4    regarding the collision between the tug Brown Water 5

5    and the Queen Isabel causeway.

6        Q    Mr. Fowler, before we get into the meat of it,

7    I do need to let you know I need the truth from you.

8    False statements under 18 U. S. code (Unintelligible) is

9    a criminal (Unintelligible).  So I need you to be up

10   front and honest with me (Unintelligible) what

11   happened.

12            We read your statement.  Did you get a

13   chance (Unintelligible)?

14       A    (Unintelligible).

15       Q    There are some issues I want to go through.

16   Some of those questions may be a little pointed.  I know

17   that.  I'll try to be as delicate as possible.  I know

18   you've been through a lot.  And like I told you earlier,

19   I'm not here to harm you.  I am just here to find out

20   what the cause of the accident was.

21       A    I appreciate that.

22       Q    I have a couple of questions.

23            Have you been involved in any other

24   incidents in the past?

25       A    Nothing really major.  I've had a grounding one

1    time that caused me to lay against the (Unintelligible)

2    bridge in Houma.  But no collisions or anything.

3        Q    Was that the 7th of March, 2001?

4        A    Yes, sir.  I believe it was.  It was --

5        Q    (Unintelligible).

6        A    Yes.

7        Q    (Unintelligible) with two loaded tank barges

8    bayou (Unintelligible)?

9        A    Yes, sir.

10        Q    (Unintelligible) the tug toward the bank

11    touched ground, stalled engine.  The crew was trying to

12    (Unintelligible).  Was there any damage to the bridge?

13        A    No, sir.  None that I was told about.

14        Q    Okay.  And here they've got an address of ███

15    ███████.  I'm just curious if that is --

16        A    That was when my wife and I separated for a

17    little while.  But that's not my residence now.

18        Q    Okay.  Your current residence is ██████

19        A    █████████████████  Mobile, Alabama.

20        Q    All right.  And (Unintelligible) 30 August,

21    2000?

22        A    For what?

23        Q    MUTV JANICE CAROLINE grounded?

24        A    Yes, sir.  That's coming out of Corpus

25    Christi.

1    Q    Okay.  All right.  What I'd like you to do

2  initially -- and then we'll go into some questions based

3  on -- on your testimony and your statement and some of

4  the other key areas that I want to visit.  If you'll

5  just go through what happened as far as from where you

6  came out of -- what's that swing bridge?  What's the

7  name of it?

8    A    (Unintelligible).

9    Q    Can you go from there until the point of

10  contact with the bridge, please?

11    A    Yes, sir.

12          Well, I (Unintelligible) the swing bridge

13  on the count of 12 about three times and then the Corpus

14  harbor called and told me to try them on 16.  So I

15  called him on 16 two or three times and he finally

16  answered.  And I asked permission to come through.  And

17  he gave me the okay that he would have the bridge open

18  and ready.  And by the time I got there, he had it open

19  and I had the green light and I proceeded through.

20          Going through the bridge after I cleared

21  the bridge, I lined up on my first green buoy.  And I'm

22  pointing up towards (Unintelligible).  And as I'm

23  getting a little closer, you know, I veer off to the

24  port a little bit.  And I was staying in the channel.  I

25  took my -- spot light was shining on the buoy and then

1    that first red beacon there.  There was no light on that

2    red beacon.  I don't even remember the number of it.

3              But, anyway, I went on through.  I cleared

4    that buoy.  And coming up on the second buoy, I was

5    making my turn for the Queen Isabel bridge and I noticed

6    the lights were out on the bridge.

7         Q    Okay.  Which lights are we talking about?

8         A    On the Queen Isabel bridge.

9         Q    The overhead lights?

10        A    The navigational lights.  And I also noticed

11   some of the street lights were out.  But my main concern

12   was the navigational lights.  I saw two red lights on

13   the (Unintelligible).

14        Q    On which side?  On both sides?

15        A    They were on both sides.  You know, I couldn't

16   tell if they were on my side or the other side, but I

17   could tell that there was two red lights on the

18   (Unintelligible).  But I went on and was making my turn

19   there and all of a sudden (Unintelligible) boat hit some

20   kind of bump.  I don't know if it was a sand bar.  I

21   thought I got too close and run over the buoy.  The

22   rudder was still to the port because I was making my

23   swing.  Okay?

24              But I stood up, I turned around went and

25   looked out the back window at the buoy and I noticed

1    that I wasn't even close to the buoy.  I looked back.

2        Q    Which buoy are we talking about?

3        A    Well, it was the -- I believe the third buoy --

4        Q    Okay.

5        A    -- after I cleared.  I believe now.  I'm not

6    certain.  But I believe it was the third -- third green

7    buoy.  I looked back and I noticed the head of the tow

8    was still swinging to the left.  At that time, I grabbed

9    hold of the -- come hard back over to the port -- to the

10   starboard to bring it back.  I noticed that the head of

11   the tow was on the -- or right on top -- it wasn't on

12   top -- it wasn't even close but it was in line with the

13   red buoy, the last red buoy before you get to the

14   bridge.

15            And that's when I come hard back over to

16   the starboard to try to get the head back into the

17   channel.  And I noticed that I wasn't going to get the

18   head to steer out of it.  That's when I throwed the

19   engines in reverse and started backing up to regroup.  I

20   couldn't tell -- I was trying to get the tow stopped.  I

21   couldn't tell if I was backing up or still coming

22   ahead.  It seemed like I was still coming ahead.

23            But as I'm backing up on the throttle, the

24   head kept falling to the port.  And I just kept going

25   forward.  And the next thing I know is when the head of

1    the tow hit the pillar of the bridge.

2        Q    Now, let's visit a -- a few issues.  In the --

3    in the bridge -- not the bridge but up in the pilot

4    house, did you have any problems with your navigation

5    equipment, the radar?

6        A    No, sir.  Everything was working fine.

7        Q    Okay.  How much rest did you -- did you have?

8        A    Sir?

9        Q    How much rest did you get?

10       A    How much rest?

11       Q    Before you came on watch.

12       A    I went to bed about 7:00 o'clock that night.

13   Ross come woke me up at -- between 11:00 and 11:15

14   because I usually get up an hour before I start my

15   watch.  So I'd say about four and a half, five hours,

16   something like that.

17       Q    Are you in good physical health?

18       A    Yes, sir.

19       Q    No medical problems?

20       A    Well, I have -- or I did have a blood disorder

21   they call hepatitis C.  But I took interferon and I took

22   my pills and my shots and I don't have that -- or they

23   told me it was gone.  But I got to go back for my

24   six-month checkup.  But I'm not on medication any more.

25       Q    Okay.

1        A    Resolved or whatever.

2        Q    So you're not taking medication for anything?

3        A    No, sir.

4        Q    Okay.  Not even nonprescription?

5        A    No, sir.  The only nonprescription I would be

6    taking would be like Tylenol or something for a headache

7    or --

8        Q    Did you take anything like that?

9        A    No, sir.

10        Q    Okay.  I notice you're wearing glasses.  I'm

11    curious what kind of prescription you have.

12        A    Well, they're bifocals.  I just started wearing

13    them in about the last three years.  I couldn't even

14    tell you really what my prescriptions are.

15        Q    And you were wearing your glasses.  Correct?

16        A    Yes, sir.  Everything is fuzzy if I take them

17    off.

18        Q    Had you had any alcohol --

19        A    No, sir.

20        Q    -- during that day or evening?

21        A    No, sir.

22        Q    Now, in the 24 hours before the accident, kind

23    of give me an idea what your -- what your routine was.

24        A    Well, basically, just pulling my watch, watch a

25    little T.V., you know.

1     Q     How much rest in the 24-hour period?

2     A     In a 24-hour period, I'd say somewhere about 8

3   to 10 hours.

4     Q     What kind of shifts do you guys work?

5     A     We work six-hour watches.

6     Q     You and Rocky just switch off?

7     A     Yes, sir.

8     Q     Do you have any other additional duties

9   besides --

10     A     No.

11     Q     Okay.  In that 24-hour period, did you have any

12   alcohol at all?

13     A     No, sir.

14     Q     I'd like to go back to when you first went into

15   your turn and you -- you felt something.  You said you

16   walked to the back of the pilot house and looked out?

17     A     I just stood up and kind of went to the back

18   window there to see what I possibly had hit.

19     Q     Okay.  Which side were you looking out?

20     A     I was looking out the starboard side.

21     Q     How long were you looking out the starboard

22   side?

23     A     Just for a second or two.

24     Q     Were you trying to locate your buoy?

25     A     Yes, sir.

1    Q    And then you immediately returned back to the

2    helm?

3    A    Yes, sir.

4    Q    Okay.  Any mechanical problems with the boat?

5    A    Not at that time.  We had some earlier with the

6    throttle but they sent a mechanic out and got that

7    fixed.

8    Q    Which throttle and --

9    A    It was on the port throttle.

10    Q    Okay.  What was it doing?

11    A    It wasn't going into gear.

12    Q    Forward or reverse or --

13    A    In forward.  And it was acting up really on the

14    back, too -- in reverse, too.  But it was more in the

15    forward gear.  Once you pulled it out of gear and if you

16    had to go back in gear, you really had to slam into the

17    throttle to get it to go.  And it was -- they changed

18    out the box -- the gear box was the problem.

19    Q    Okay.  So when you -- when you did -- when you

20    did pull back on the throttle, was the response what you

21    expected?

22    A    Yes, sir.

23    Q    Okay.  Do you know what the draft of your --

24    A    Not exactly.  I believe they were between 9 to

25    9 feet 6.

Q     (Unintelligible).

A     9, 6, yes, sir.

Q     How -- when -- when did you guys start your voyage?  And where did you depart from?

A     Let's see.  I caught the boat at Brazos flood gate.  They were already there coming back from Bolivar, I believe, is where they picked up their tow.  And we come from Brazos -- we stopped by our office and picked up a barge there.  I believe it was the Sam 1.  And then we went to Corpus and dropped off one of those there, dropped off an empty.  And then we left Corpus and come into Brownsville and dropped off the rest of our tow. And then we picked up our barges there.

THE INTERVIEWER:  Did you ever get a list of the cargoes carried on those barges?

UNIDENTIFIED SPEAKER:  (Unintelligible).

THE INTERVIEWER:  You need to send that over with the chemical testing.  Fax it over if you want.

Q     Were you awake when you guys came through the bridge initially on the way in?

A     No, sir.  I had done went to bed.

Q     So you don't know if -- you don't know what --

A     It was -- I got relieved -- I believe it was about a mile, maybe a mile and a half this side of the

1   Colorado there.

2       Q    Okay.  So you don't know anything about whether

3   the bridge was lit or how it was lit?

4       A    No, sir.

5       Q    Based on your personal observation?

6       A    No, sir.

7       Q    How many times have you been down to

8   Brownsville on a tug?

9       A    About eight to ten times, in that area.

10      Q    Was it with Brown Water or was it --

11      A    It was with Brown Water and other companies.

12  I've been to Brownsville, I believe, with Coastal one

13  time.  But most of it has been to Corpus.  Back from

14  Houston to Corpus.

15      Q    Okay.  And were you always -- or this turn that

16  you were negotiating at the time of the incident, how

17  many times would you say you've done that turn as

18  captain?

19      A    Three, four times.

20      Q    Daytime or nighttime?

21      A    Day and night.

22      Q    A mixture of both?

23      A    Sir?

24      Q    A mixture of both?  Some days, some nights?

25      A    Yes, sir.

1    Q    Okay.  Have you ever handled four barges strung

2  out through there before?

3    A    No, sir.  Three barges is the most I ever --

4  let me rephrase that.  When you say four because

5  I've --

6    Q    Four strung out.

7    A    Strung out but you got three loads and maybe

8  one empty.  But they're still the same length.

9    Q    Okay.  Yeah.  So you've handled four --

10   A    Yes, sir.

11   Q    -- through there before?

12   A    Yes, sir.

13   Q    Would you consider the loads that you guys were

14  carrying on those four barges normal, high or low?  Or

15  do you know what I'm saying?

16   A    I'd say it was normal.  There wasn't no --

17  really no what we call a high low coupling.  They were

18  all pretty square.  It was a normal tow.

19   Q    Okay.  (Unintelligible).  How long have you

20  been on this particular vessel?

21   A    Well, this hitch here, I think about six days.

22  But I've been on it before.  I was on it for about three

23  weeks last time I was --

24   Q    How long ago was that?

25   A    Oh, I believe about three months ago.

1       Q    Are you left or right handed?

2       A    Right handed.

3       Q    How -- how much experience have you had in the

4 marine industry?

5       A    Well, I started in '84 as a deckhand.  And I

6 got my license, I believe, in January of '90.  I believe

7 I'm on my third issue.  So about 12 years in the

8 wheelhouse, I guess.  And about another six years as a

9 deckhand.  Almost 20 years.

10     Q    Okay.  I know -- I notice that there is a T.V.

11 up in the pilot house?

12     A    Yes, sir.

13     Q    Was that T.V. on at the time of the accident?

14     A    No, sir.

15     Q    Do you guys typically have that T.V. on when

16 you're transit?

17     A    Well, I don't.  But, you know, I can't say

18 about anybody else.

19     Q    Okay.  But you didn't have the T.V. on?

20     A    No, sir.

21     Q    Was the pilot house dark?  I mean, do you have

22 any lights on that might have affected your vision?

23     A    Well, the lights -- it was dark.  But the only

24 lights is the light off the radar.  Just --

25     Q    The sweep?

1      A      The sweep.  And, you know, your wind gauge and

2  stuff like that.

3      Q      Speaking of winds, what were your winds on that

4  night?

5      A      Well, I was -- you know, I was guessing but I'm

6  pretty comfortable.  It was 20 to 25.

7      Q      Knots or miles per hour?

8      A      Huh?

9      Q      Knots or miles per hour?

10     A      Knots.

11     Q      Okay.  How fast was the tug moving?

12     A      Between three and a half to four knots.

13     Q      And the current?

14     A      It's hard for me to say how far -- fast the

15  current was running because I don't have a gauge.  But,

16  you know, it was -- it was running pretty hard.

17     Q      Did you expect it to be running hard when you

18  came through there?

19     A      No, sir.  I didn't set up for it because I -- I

20  didn't expect it.

21     Q      You mentioned you didn't set up for it.  How

22  would you set up for it?

23     A      Well, if I knew it was running to the west like

24  it was, you know, I would have held up a little tighter

25  on the greens when I was making my turn.

1    Q    Do you carry tide and current tables on the

2   tug?  Any kind of books --

3    A    Yes, sir.

4    Q    -- with that information?

5    A    Yes, sir.

6    Q    On the morning of the incident, were you

7   looking at your chart at all?

8    A    No, sir.

9    Q    Was there any reason?

10    A    Well, I know how to run it as far as how to

11   navigate through there.  But the only time I usually

12   look at the chart is for my mile markers to tell where I

13   am.  Because some of the mile markers are missing.  I

14   used it to -- for -- just to let me know where I'm at.

15    Q    In your opinion, was the navigation in the

16   place that you expected them to be?

17    A    All except for the red buoy.  I felt like that

18   it was out of station.

19    Q    Which buoy was that?

20    A    The red buoy just before you get to the

21   bridge.  This red right here.  It was up above this

22   green right here.

23    Q    And you marked the one (Unintelligible)?

24    A    And this buoy here was up right in here.  It

25   was about like that there.  You know, I can't tell if it

1    was really in the channel or not.  But it -- to me, it

2    definitely had been moved.

3        Q    Okay.  According to this note, Mr. Fowler is

4    indicating that buoy -- the last red buoy prior to the

5    bridge, number 146, according to him, was out of

6    location.

7                   What kind of lights would you normally see

8    on the bridge, navigation lights?

9        A    Well, your two outside red lights and you got

10   your center green light to -- for you to line up that

11   tells you where the center of your bridge is, what the

12   center of the channel is.

13       Q    And which ones were visible to you?

14       A    None of them.  None of them was lit.

15       Q    Okay.  You did indicate if the centering lights

16   were on?

17       A    Yes, sir.  But I couldn't tell if they were on

18   the north or the south side.  But I did see a couple of

19   red lights.

20       Q    Was it clear enough that night for you to see

21   without the lights or was it fairly dark?

22       A    It was fairly dark.  But like I said in my

23   statement, the visibility was good.

24       Q    Do you have any difficulty seeing at night?

25       A    No, sir.

1    Q    Okay.  Given the fact -- not fact -- but given

2  your statement that the nav lights were out, you could

3  still see the fender lights, couldn't you?

4    A    I could see the two red lights.

5    Q    So you knew where the channel was, as far as

6  where you needed to go?

7    A    Yes, sir.  That's what I was steering on was

8  the fender lights.

9    Q    You said the winds were 20, 25 knots.  And I

10  failed to ask you from what direction.

11    A    I believe that they were west, northwest.

12    Q    If you would, please mark the wind direction.

13    A    Get myself together.

14    Q    How does the wind affect a tow configured like

15  you had?

16    A    The wind is not going to affect it due to the

17  weight of the tow.  I've always said a hurricane could

18  come through there and it's not going to bother that tow

19  with that much weight.

20    Q    So what part of the tow from bow to stern would

21  be most liable to be affected, if anything?  By winds.

22    A    By winds?  Well, that's hard to say because due

23  to the weight of the tow.  I do know that the -- the

24  tide was up real good, due -- the way the current was

25  running.  You know, like I said, it's hard for me to

1  tell how hard it was running; but I know that it was --

2  the tide had to be up for it to be going through like it

3  was.

4       Q    How does the current affect the tow

5  (Unintelligible)?

6       A    Well, it depends on how hard it's -- it's

7  running, you know.  It -- the current could be flat, you

8  know, and not bother the tow at all and then it could be

9  running real hard and it would be hard to steer up into

10  (Unintelligible).

11      Q    What I'm asking is if -- if -- say you had a

12  current from the side.  Which part of the tow would be

13  most affected by it?  What would you have to do -- to

14  compensate, you know --

15      A    Well, in this situation here, the current was

16  coming and hitting me on my starboard side so I had to

17  steer it back into the current to keep it held up into

18  the current.

19      Q    The horsepower on the tow, was that an adequate

20  amount of horsepower to -- to push those loaded barges?

21      A    Yes, sir.  I think it was.  We could always use

22  extra horsepower; but, you know, I think it was

23  adequate.

24      Q    Was it adequate to effectively steer it with

25  the current?

1       A    Well, then, again, there you go with the

2    current -- with the current running like it was, you

3    know, I don't think it would matter how much horsepower

4    you had.  You know, it's still going to affect the

5    same.

6       Q    Okay.  What I'm trying to -- what I'm trying to

7    establish here is with this current running the way it

8    was and the tow configured the way it was with the

9    horsepower you had, did -- do you think you had control

10   enough to -- to make it through the turn without the

11   current taking you?

12      A    Not after the current grabbed it, no.

13      Q    Okay.  You indicated earlier the

14   (Unintelligible).  And I'm going to ask you -- that's

15   probably the reason we pursued the interview.  I need to

16   know where -- if you can mark it for me where -- where

17   you bumped bottom.  Because that's obviously a

18   navigational issue, too, for -- for other vessels.

19      A    I hit the bridge here.

20               (End of side A.)

21               (Beginning of side B.)

22      A    It was in between 149 and 147.  Now, I can't

23   say how far but it was in between those two buoys

24   there.

25      Q    Okay.  Now, we -- we touched bases on any

AK/RET REPORTING - (800) 388-9037

1    prescription drugs.  And I have to ask it and it's

2    uncomfortable.  But was there any drugs in your

3    (Unintelligible) or (Unintelligible)?

4        A    No, sir.

5        Q    Any significant events in your life in the last

6    week or two that may have affected you physically or

7    emotionally?

8        A    No.  I -- I've got some issues, you know, but

9    nothing that I haven't been dealing with.  It wouldn't

10   have affected this incident.

11       Q    We're not trying to pry into your personal

12   life, but, you know, was it something --

13       A    Well --

14       Q    -- significant, you know, life event that

15   would, you know, affect -- affect your life or, you

16   know --

17       A    Well, I've got a brother that got in some

18   trouble and he -- he went to prison in March of last

19   year.  And, you know, that had us all upset, of course.

20   But that's been over a year ago.  And like I said, that

21   wouldn't --

22       Q    Any marriage problems or problems with --

23       A    No, sir.  No, sir.

24       Q    Financial problems?

25       A    No, sir.  None other than normal.

1    Q   Can you give us an estimate of what speed you

2  were traveling at the time you impacted the bridge?

3    A  I'd say I had it slowed down to one and a half

4  to two knots.

5    Q  Now, I'm going to ask you to draw the

6  configuration of the tow.  I'm going to ask you to draw

7  the configuration of the tow for me.

8    A  From the impact or --

9    Q  Just where you were strung out as far as when

10  you hit the bridge, how the tow was configured and what

11  angle.

12    A  Okay.  About like that.  This is the boat and

13  the four barges.

14    Q  Okay.

15    A  And I'm steady backing up and steady falling.

16    Q  Okay.  Now, we -- we noted -- and you guys

17  (Unintelligible) a wire on this side (Unintelligible)

18  free.  And I'm just curious -- any explanation how she

19  broke free?

20    A  Well, from my understanding that somewhere

21  right in here where it made impact that it hit on the

22  starboard side of the head.

23    Q  Okay.

24    A  And when it hit right there, it pushed this

25  side back and pulled this side forward and that's when

1    it broke.

2        Q    Okay.  You're saying it pivoted on you?

3        A    Yes, sir.  It pivoted on me.

4        Q    Okay.  When the cable snapped, what happened to

5    your tow at that point?  Where did it move to?

6        A    At that point, these three barges and the boat,

7    more or less, we were still in contact here until we had

8    a wire on this side.  But the tow ended up -- the head

9    here ended up the rake end facing this way towards the

10   channel.

11       Q    Okay.

12       A    So I would say the turn hitting right here

13   pushed the stern around after it broke loose.

14       Q    Okay.  And that barge, where did it -- did the

15   barge remain against the pillar or --

16       A    Well, from what I can remember the way it was,

17   that's the way the barge was laid up against the

18   pillar.  But to be honest with you, I don't know if the

19   barge was laid up against the pillar or if it had

20   stopped and got on the ground there.  I don't know.  I

21   know it was facing the other way, though.

22       Q    Did the -- did the tow run aground?

23       A    The only place it hit the ground was back here

24   where I touched bottom.

25       Q    What about after you made contact with the

1    bridge?  Did it --

2         A     The tow eventually come to a stop and was on

3    the ground.  Because we were all out -- our engines were

4    out of gear and we was sitting still and not moving and

5    we didn't have no anchors out.  I would say it was on

6    the ground eventually.

7         Q     So when the people started showing up on the

8    scene, you were pretty much just sitting on the ground

9    there?

10        A     Pretty much I'd say because we wasn't moving.

11        Q     You weren't having to maneuver --

12        A     No, sir.

13        Q     We'll just use this one because we've already

14   used it for wind direction.  Can you tell me or show

15   me -- we've indicated that in this area is where --

16   where you bumped bottom?

17        A     Yes, sir.

18        Q     Now, can you show me where the tow went from

19   this area?

20        A     Okay.  Somewhere right in here, I believe.  I'm

21   not certain.  I'm swinging coming around like this and

22   was trying to line up on this green buoy here.  But when

23   the tow hit bottom, I noticed -- when I looked back to

24   see if I had run over this buoy here is when I noticed

25   the head done fell over right towards this red buoy.

1    Q    Okay.

2    A    And that's when I was trying to get it back

3    into the channel.

4    Q    Which side of the buoy did the tow go?

5    A    The tow went on the left side of the buoy.

6    Q    When you went back to look for the other buoy,

7    the one behind you --

8    A    Uh-huh.

9    Q    -- what position was your rudder in?

10    A    The rudder?  I'd say five degrees to the port.

11    I was making my swing.  I wasn't hard over.

12    Q    When you let go of the helm on that tug boat,

13    did the -- did the helm swing at all?

14    A    No, sir.  I mean, it depends on where you put

15    the rudders.  But the rudders don't move by

16    theirselves.

17    Q    Not even if they're being affected by water

18    flow or current or anything like that?

19    A    Well, again, you know, it depends on the flow

20    of the current, you know.  If the current is running

21    real hard, sure, it's going to push it one way or the

22    other.

23    Q    I guess -- I guess I'm trying to say like --

24    like a car when you make a turn and you let the wheel

25    slide in your hand, it kind of -- it tends to want to

1    put the wheels back straight.

2        A    Right.

3        Q    On this -- on this vessel with the current or

4    the flow of the water going out of its helm, if you let

5    off the helm, does it -- does it stay where it's at or

6    does it try to come back to some other --

7        A    Well, say -- say you have a straight rudder

8    there.  And you let go of it and the flow of the current

9    could make it go one way or the other.  It's not going

10   to hold steady straight.

11       Q    Okay.

12       A    No.  It will move but, you know, it depends on

13   how long you're going to let it do that.

14       Q    With the current the way it was on that

15   particular day, do you think that it could have affected

16   your rudders at all?

17       A    Yes, sir.

18       Q    What do you think it would have done to them?

19       A    Well, I mean -- let me rephrase -- I think the

20   current affected the steering of it.  I don't -- I don't

21   know about the rudders, how the current would have

22   affected the rudders.  But I do feel like that it

23   affected the steering and the handling of the boat and

24   the tow.

25       Q    Which part of the tow actually do you think

1   struck ground first?

2       A    I don't think the tow did strike the ground.  I

3   think the stern of the boat did.

4       Q    What's the draft of the boat?

5       A    8 foot -- 8 -- I think it's between 8 foot and

6   8, 3.

7       Q    And your tow, you said was 9 foot --

8       A    9 -- between 9 and 9, 6.

9       Q    Okay.

10      A    But I do believe that the way I was swinging

11  that the stern of the boat -- you know, I went further

12  than the tow went in my swing.  That's what hit was the

13  stern of the boat.

14      Q    Okay.  Do you think the stern of the boat was

15  out of the channel?

16      A    No, sir.

17      Q    And as far as the channel, were you -- where

18  were you in relation to the channel?  Were you in the

19  middle of the channel, to the right, to the left?

20      A    I was a little bit to the -- I'm going to say a

21  little bit to the right of the channel the way I was

22  steering.

23      Q    Okay.

24      A    I was in the middle.  And the way I'm steering,

25  I ended up a little to the right of it.  I was in the

1   channel but a little bit on the right side.  When we hit

2   bottom, I was not in the middle but a little to the

3   right.

4       Q    Is there a fathometer or a depth finder --

5       A    No, sir.

6       Q    -- on the tug boat?

7            How would you determine the depth of the

8   water under your boat if you needed to?

9       A    Well, we'd have to get a depth finder.

10      Q    There was a deckhand that was working the shift

11  with you.  Right?

12      A    Yes, sir.

13      Q    And what was his name?

14      A    Levy Ole.

15      Q    Levy Ole?

16      A    Yes, sir.

17      Q    Where was Mr. Ole at the time of the accident?

18      A    Mr. Ole was in the wheelhouse.  They had been

19  up for a while and he was laying down on the couch

20  asleep in the wheelhouse.  Because I told him I didn't

21  want him nowhere else.  In case something happened and I

22  had to have him, I wanted him where I could get ahold of

23  him.  And he was in the wheelhouse.

24      Q    You said he was asleep?

25      A    Sir?

1    Q    Was he asleep?

2    A    Yes, sir.

3    Q    As you approached the bridge, you've indicated

4    that the nav lights to your recollection were not lit?

5    A    Yes, sir.

6    Q    Did you feel that it would be important to wake

7    Levy up to see if maybe he could lend you assistance or

8    did you not think you needed it?

9    A    Well, at that time, I didn't think I needed

10   him.  You know, I just didn't think I needed him to

11   navigate safely through the bridge.

12   Q    Let me -- I need to clarify something for

13   myself.  When you say he was in the house, are you

14   talking about up in the wheelhouse with you or down in

15   the galley?

16   A    No, sir.  He was up in the wheelhouse with me.

17   Q    Okay.  And he was on the couch that's in the

18   back of the house?

19   A    Yes, sir.

20   Q    Okay.  Did he -- when you struck bottom or when

21   you made contact with the bridge, was he awake or asleep

22   at the time?

23   A    He was asleep when I touched bottom.

24   Q    What about when you made contact with the

25   bridge?

1       A     He was awake.  I had already had him awake.  I

2   told him to go get the crew up.  I was trying to stop,

3   but it looked like I was going to hit the bridge.

4       Q     So he was awake at the time that you made

5   contact with the bridge?

6       A     Yes, sir.

7       Q     How long did it take the crew to get out on --

8   on deck out on the barges?

9       A     Well, they didn't get on until after the

10  initial impact.  But within -- anywhere from three to

11  five minutes, they were out there.

12              THE INTERVIEWER:  Okay.  Let's take a

13  five-minute break.

14              (Short recess.)

15              THE INTERVIEWER:  Resuming interview

16  after a brief recess.

17      Q     You made indication wind direction specified by

18  Mr. Fowler.  And that's just my name.

19              UNIDENTIFIED SPEAKER:  You want to put

20  north, northwest?

21              THE INTERVIEWER:  He's got the arrow.

22              UNIDENTIFIED SPEAKER:  Okay.

23              THE INTERVIEWER:  This shows the

24  compass.  This one indicated position of red buoy by Mr.

25  Fowler.  He's marked it there.  I've just drawn a line

1   to it.  And this is the area stipulated as his

2   bumping -- basically going around bumping the bottom.

3   I've just marked them that way just for my reference.

4       Q    I had a question regarding -- you've indicated

5   that the -- the Brown Water 5 bumped bottom?

6       A    Yes, sir.

7       Q    Okay.  In this area that you've marked on the

8   chart.

9               Now, my question for you, you've indicated

10  that the DW 5 was drafting 8 feet, 8, 3, somewhere in

11  there and that the tow -- the barges were 9, 8, 9 and a

12  half?

13      A    Yes, sir.

14      Q    Now, how -- how could it be that the tow boat

15  went aground or touched bottom but the barges didn't?

16  I'm trying to get that straight in my mind.  If, in

17  fact, the barges were drafting more than the tow boat.

18      A    Well, like I said, with me making that swing,

19  you know, I might have steered just past that hump.  But

20  the way the boat ended up, the boat touched bottom.

21      Q    Okay.

22      A    That's the best I can figure, you know.

23      Q    Okay.  Was it at that point that you released

24  the controls and looked out the --

25      A    Yes, sir.  Once I touched bottom because I

1    didn't know what I had hit or run on to. So I stood up

2    and let go of the controls to --

3        Q    Okay. What position were the controls in when

4    you let go right after that?

5        A    About five degrees to the port.

6        Q    Okay. When you got off, what position were

7    they in?

8        A    They were running about half throttle or

9    three-quarters.

10       Q    Ahead or astern?

11       A    They were going ahead.

12       Q    Both of them?

13       A    Yes, sir.

14       Q    Okay. Have you been -- ever been through this

15   area before with -- with that strong a current?

16       A    Not -- not that I can recall, no, sir.

17       Q    Did you know a strong current was possible in

18   that area?

19       A    That's hard for me to say because, you know, a

20   strong current can be just about anywhere, you know.

21   But I didn't think about it being that strong.

22       Q    Well, there is normal places to expect them,

23   isn't there?

24       A    Well, yes, sir. Normal.

25       Q    Would that be a place where you would normally

1    expect a strong current or did you --

2         A    No, sir.  It wouldn't have been normal for me

3    to think, you know, with the island and all there, you

4    know, because you ain't got nothing steady coming in

5    that I can think of.

6         Q    What -- what kind of tide did you -- did you

7    encounter?  What was the tide doing?  Do you know?

8         A    I believe it was flooding.

9         Q    Okay.  Are you -- are you familiar with the

10   rule governing drug and alcohol use by a mariner?

11        A    Yes, sir.

12        Q    Okay.  Do you know what the legal limits are?

13        A    I don't know what the legal limits are, other

14   than it's against the law to have anything on like

15   that.  I don't know if it's different from highways and

16   all.

17        Q    Yeah.  The legal -- for commercial vessels, the

18   legal limit is .04.  And I want to revisit.

19             Did you indicate -- you've indicated to us

20   that you didn't have any alcohol in a 24-hour period.

21   And I remind you, you know, about making false

22   statements.  I'm going to ask you point blank again.

23             Did -- did you have any alcohol in the

24   24-hour period before the incident or did you indicate

25   to anybody that you had had any alcohol?

1      A    Not in 24 hours.  I did indicate to somebody I

2    had a couple within 36 hours.

3      Q    Okay.  So 24 hours before the accident, you

4    didn't have any?

5      A    No, sir.

6      Q    Who did you indicate that to?

7      A    The Park & Wildlife that took me for my blood

8    test.

9      Q    Did he ask you or did you just volunteer that?

10     A    I volunteered it.

11     Q    What -- can you tell us what you told him?

12     A    I just told him, you know, I was wondering how

13   long before it was out of my system, you know, within 36

14   hours.  And he said, well, if you've had three, I don't

15   think you have anything to worry about.  That's not

16   going to show up, you know.  But if I thought that it

17   did have an effect, I would be the first one to say I

18   had.

19     Q    Other than alcohol, did you consume any other

20   prescription or --

21     A    No, sir.

22     Q    -- or nonprescription?

23     A    I don't -- I don't fool with nothing like

24   that.

25     Q    Okay.  I'm going to make a statement on your

1    behalf.  I'm just going to make a statement and -- and

2    you let me know if it's accurate or not.  You had -- you

3    were making the turn pretty much the way you planned it

4    and you could see the opening that you were looking to

5    go through under that Queen Isabel causeway --

6        A    Yes, sir.

7        Q    -- before the -- the alleged grounding; is that

8    correct?

9        A    Yes, sir.

10        Q    Once again, we're going to revisit it again.

11    When you let go of the controls to go back and look and

12    see if the buoy can -- if you had hit the buoy, do you

13    think the current could have affected the rudders?

14        A    Yes, sir.

15        Q    Do you think it could have pushed them at all?

16        A    I think the current pushed the tow over.

17        Q    But as far as your rudders, do you think it

18    could have pushed the rudders?

19        A    It's -- it's very possible, yes, sir.  I'd say

20    it.

21        Q    Okay.  How long do you think it would take for

22    you to -- to go look at that buoy and then return to the

23    helm, roughly?

24        A    About two to three seconds.

25        Q    1,001, 1,002, 1,003.  Is that about how long it

1    takes?

2        A    Yes, sir.

3            THE INTERVIEWER:  Okay.  That concludes

4    this interview.

5            (Reporter's disclaimer:  The tape

6    transcribed was inaudible at times during the

7    transcription.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    THE STATE OF TEXAS:

2    COUNTY OF NUECES:


4              TAPE TRANSCRIPTION OF

5         INTERVIEW WITH DAVID DWAYNE FOWLER

6              SEPTEMBER 12, 2001


8         I, Debra Odom, a Certified Shorthand

9    Reporter/transcriber, do hereby certify that the

10   foregoing is a transcription of the intelligible parts

11   of an audio tape in the above matter.

12        I further certify that I am neither counsel for,

13   related to, not employed by any of the parties to the

14   action (if any).

15        I further certify that the transcription fee of

16   $_____ was paid/will be paid in full by

17   _____.

18        GIVEN UNDER MY HAND AND SEAL OF OFFICE on this

19   _____ day of _____, 2001.




22                    _____
                      Debra Odom, CSR
                      Certification No. 804
23                    Expiration:  12/31/02