1          UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF TEXAS
2               BROWNSVILLE DIVISION

3

4

5  IN RE THE COMPLAINT AND      * CIVIL ACTION
    PETITION OF BROWN WATER      *
6  TOWING I, INC., AS OWNER,     * NO. B-01-157
    AND BROWN WATER MARINE       *
7  SERVICE INC., AS BAREBOAT     * c/w
    CHARTERERS, OF THE BROWN      *
8  WATER V, ITS ENGINES, TACKLE, * CIVIL ACTION
    ETC., IN A CAUSE OF          *
9  EXONERATION FROM OR           * NO. B-02-004
    LIMITATION OF LIABILITY      *
10                                *
    IN THE MATTER OF AMERICAN     * Admiralty
11 COMMERCIAL LINES AS OWNER     *
    AND AMERICAN COMMERCIAL BARGE *
12 LINE LLC AS CHARTERER OF THE  *
    BARGES NM-315, VLB-9182,      *
13 ACL-9993B, VLB-9173, PRAYING  *
    FOR EXONERATION FOR AND/OR    *
14 LIMITATION OF LIABILITY       *
                                  *
15   *   *   *   *   *   *   *   *   *   *   *

16                                       COPY

17

18

19          Transcript of the videotaped
    deposition of **WILLIAM N. "NORB" WHITLOCK**,
20 ▆▆▆▆▆▆▆▆▆▆▆ Prospect, Kentucky
    40059, taken in the offices of Boehl,
21 Stopher & Graves, Suite 2300, Aegon Center,
    400 North Market Street, Louisville,
22 Kentucky 40202, on Friday, the 30th day of
    August, 2002.

23

24

25                              **EXHIBIT 9**

1    **APPEARANCES:**

2

3

4    WATTS & HEARD
     (By:  Mikal C. Watts, Esquire
5           Ray R. Marchan, Esquire
            Martin Siegel, Esquire
6               - and -
            Greg Gowan, Esquire)
7    1926 East Elizabeth Street
     Brownsville, Texas   78520-4933
8        (Attorneys for Brigete Goza,
          Gustavo Morales, Jacqueline
9          Paddock, and Lydia Zamora)

10

11   LAW OFFICES OF HERIBERTO MEDRANO
     (By:  Heriberto "Eddie" Medrano,
12           Esquire)
     1101 West Tyler Street
13   Harlingen, Texas   78550
         (Attorneys for the Harris
14        Claimants)

15

16   SCHIRRMEISTER AJAMIE
     (By:  S. Mark Strawn, Esquire)
17   Suite 2150
     Pennzoil Place - South Tower
18   711 Louisiana
     Houston, Texas   77002
19       (Attorneys for the Estate of
          Julio Morales, et al)

20

21   GAUNTT & KRUPPSTADT
     (By:  J. Chad Gauntt, Esquire)
22   Suite C
     9004 Forest Crossing Drive
23   The Woodlands, Texas   77381

24               - and -

25

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

**Gaudet, Kaiser & Pepper**
Toll Free 1-888-525-9100

1967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    **APPEARANCES** **(continued):**

2

3

4            THE LAW OFFICE OF JOHN DAVID FRANZ
             (By:  John David Franz, Esquire)
             400 North McColl
5            McAllen, Texas  78501
                 (Attorneys for the Estate of
6                 Stvan Rivas, et al)

7

8

9            KITTLEMAN, THOMAS, RAMIREZ
             & GONZALES
             (By:  Andres H. Gonzalez, Jr.,
10                  Esquire)
             4900-B North 10th Street
11           Post Office Box 1416
             McAllen, Texas  78505
12               (Attorneys for the Mata
                 Claimants)

13

14

15           WILLIAMS BAILEY
             (By:  Candice McNabb, Esquire)
16           Suite 600
             8441 Gulf Freeway
17           Houston, Texas  77017-5001
                 (Attorneys for Hector Martinez,
18               Sr.)

19

20

21           LAW OFFICES OF McMANUS & CRANE
             (By:  William Q. McManus, Esquire)
             209 West Juan Linn
22           Post Office Box 2206
             Victoria, Texas 77902-2206
23               (Attorneys for Robin Faye
                 Leavell, et al)

24

25

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    **APPEARANCES (continued):**

2

3

4    ROYSTON, RAYZOR, VICKERY & WILLIAMS
     (By:  Will W. Pierson, Esquire)
     1700 Wilson Plaza West
5    606 North Carancahua
     Corpus Christi, Texas 78476
6         (Attorneys for Petitioners,
           Brown Water Marine Service,
7          Inc., et al)

8

9

10   JONES, WALKER, WAECHTER, POITEVENT,
     CARRERE & DENEGRE
     (By:  Glenn G. Goodier, Esquire)
11   52nd Floor
     Bank One Center
12   201 St. Charles Avenue
     New Orleans, Louisiana  70170

13                - and -

14
     BURT BARR & ASSOCIATES
15   (By:  John Holman Barr, Esquire)
     304 South Record Street
16   Dallas, Texas  75202
          (Attorneys for American
17         Commercial Lines LLC and
           American Commercial Barge Line
18         LLC)

19

20
     ADAMS AND REESE
21   (By:  Edwin C. Laizer, Esquire)
     Suite 4500
22   One Shell Square
     701 Poydras Street
23   New Orleans, Louisiana  70139

24                - and -

25

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

**Gaudet, Kaiser & Pepper**
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    **APPEARANCES** (**continued**):

2

3              OFFICE OF THE ATTORNEY GENERAL
               TRANSPORTATION DIVISION
4              (By:  Jack F. Gilbert, Esquire)
               Post Office Box 12548
5              Austin, Texas  78711-2548
                    (Attorneys for the State of
6                   Texas)

7

8    **ALSO PRESENT**:

9

10             Daniel Longoria,
               Law Clerk
11             Watts & Heard

12

               Sandra Watts
13

14   **VIDEOGRAPHER**:

15

16

17             Michael Gilmore
               United Video Production Company
               Suite 205
18             418 Peoples Street
               Corpus Christi, Texas 78401
19

20   **REPORTED BY**:

21

22             **M. H. GAUDET, JR., CCR, RPR, RMR**
               Certified Court Reporter
23             State of Louisiana

24

25             *      *      *      *      *

1    Boat and Barges.  Six months later I was

2    made Vice President of Fleet Maintenance.

3    And in 1982 I became Senior Vice President

4    in charge of transportation or -- services

5    for operations side, and I held that

6    position until February of 2000.

7        Q.    Give me the title of that

8    position again.

9        A.    Senior Vice President of

10   Transportation Services.

11       Q.    Okay.  And I'm sorry.  How long

12   did you hold that again?

13       A.    From '82 until February of

14   2000.

15       Q.    Okay.  And in February of 2000

16   what did you begin to do?

17       A.    I took -- took over the

18   position of Senior Vice President of

19   Logistic Services.

20       Q.    Okay.  Is that your present

21   title?

22       A.    Yes, sir.

23       Q.    All right.  Why don't we

24   just go ahead and start in the fall of 1979.

25            What were your day-to-day job

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    bottom line is you would have been at a

2    level that's very high level senior

3    management?

4         A.    Yes.

5         Q.    Okay.  Tell me what you do on a

6    day-to-day basis between February of 2000

7    and the present as Senior Vice President of

8    Logistic Services.

9         A.    Manage the -- the allocation

10   and utilization of our assets, and that's

11   the -- manage the whole movement of our --

12   of our barge fleet and our boat fleet in

13   terms of meeting our customers'

14   requirements.

15        Q.    Okay.  With respect to the

16   policies and procedures that exist at

17   American Commercial Barge Line concerning

18   the circumstances with which your barges are

19   moved by either company-owned boats or

20   third-party boats, you are the top level

21   individual in the company with day-to-day

22   responsibility over that; correct?

23        A.    I have responsibility to

24   allocate barges to meet the customer's

25   demands and to plan the use of power to move

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1  the barges from location A to location B.

2       Q.       Right.  And with respect to

3  that responsibility, you are the

4  highest-level person with day-to-day

5  responsibility over the movement of your

6  barges by boats?

7       A.       Of planning the logistics of

8  moving the boats and the barges.

9       Q.       Okay.  Now, I asked you to

10 explain to me what you do on a day-to-day

11 basis and you gave me that very nice and

12 precise response, and I appreciate that.  .

13 Translate that into an average day for me.

14 I mean how do you do that?

15      A.       Well, I mean I -- maybe starts

16 off with we -- we end up looking -- we look

17 at what our -- our customers' demands are on

18 a rolling five-week basis --

19      Q.       Okay.

20      A.       -- where -- where we -- where

21 we have bookings.  A booking is a -- is a

22 loading, where we have loadings.  And I look

23 to see where our barges are, try to forecast

24 where our equipment is and where it needs to

25 be.  And I have people that do all that, but

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    provide the supervisory framework for

2    getting that done.

3           Q.      Sure.

4           A.      We try to forecast where our

5    equipment is and how we need to move the

6    equipment over this window, five-week --

7    rolling five-week window to meet our

8    customers' requirements.  And then once that

9    is done, then I have people that plan the

10   power in and -- in and out of the hubs like

11   New Orleans, Cairo, or St. Louis, which are

12   kind of hub activities that we have.  I may

13   plan the power for the barges that we have

14   to move.

15          Q.      Okay.

16          A.      And if we're running -- If I'm

17   running short of power, then I go to the

18   outside market to either -- where I can't

19   move the barges I need to move, then we go

20   to the outside market to either charter in

21   power or we farm it out on a millage basis,

22   towage at law, for someone to move the

23   barges from A to B.

24          Q.      Okay.  And let me see if I

25   can't translate that one more step.  And I

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    think I understand what you're saying, but I
2    want to make sure.
3              You probably have overall -- I
4    don't know whether it's done by computer or
5    what, but -- but you have overall customer
6    needs about "We've got to have this many
7    barges moving in this direction at this
8    time," and you try to identify what those
9    are going to be five weeks out?
10        A.     Try to.
11        Q.     Okay.  And when you talk about
12   "Then we plan the power," what you mean by
13   that is is "We have figured out where all
14   the barges need to go."  Of course, barges
15   don't propel themselves, when you -- so when
16   you say "plan the power," you mean planning
17   tugs to push the barge, towboats.
18        A.     I'm planning -- I'm planning
19   the towboats, how I -- what boats I have
20   going in what direction.
21        Q.     You've got to find the towboats
22   to push the barges?
23        A.     Well, I've -- I've got the
24   towboats; they're constantly turning.  So
25   I'm looking at the timings of when the

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    towboats are going to arrive at a hub so I

2    know whether to send them to the Upper Miss.

3    or the Illinois or turn them back south to

4    Cairo.

5         Q.    Okay.  I got you.  But when you

6    phrase "plan the power," that is finding the

7    towboats to push the barges that you need to

8    push?

9         A.    That's correct.

10        Q.    Okay.  I got you.

11   MR. WATTS:

12             Oh.  They're telling me my mic

13   fell down.  Excuse me for a second.

14   MR. GOODIER:

15             They don't work really well on

16   thin shirts.  We found that out this morning

17   with the witness.  It kept falling on the

18   floor.

19   MR. WATTS:

20             Yeah.  I'll put it right above

21   this.  I'm sorry about that.

22   EXAMINATION BY MR. WATTS:

23        Q.    All right.  Now, how do you go

24   about -- Well, let me ask you this.

25             With respect to the overall

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1   you -- if you're a large volume provider to

2   somebody that may have a more favorable rate

3   than others.   All that sort of stuff

4   changes.

5         Q.      Do you -- Do you or the people

6   working under you get involved in the

7   negotiation of those discounts on behalf of

8   ACBL?

9         A.      Yes, sir.

10        Q.      Okay.  With respect to the

11  business that American Commercial Barge

12  Lines does with Brown Water Marine, for

13  example, do you get involved in the pricing

14  relationships there?

15        A.      No.

16        Q.      Who does that?

17        A.      Generally, the dispatchers.

18        Q.      The people that work under you

19  do that?

20        A.      Deal with that.

21        Q.      Okay.

22        A.      And they basically deal with

23  the -- the Oil City tariff is the way most

24  things are priced on the West Canal.

25        Q.      Uh-huh.  Okay.

1          Q.      All right.  That's fair enough.

2                  Let me talk to you about some

3      testimony that Mr. Brinkop and Mr. Ivey gave

4      me.

5                  Do you recall reading in those

6      depositions where Mr. Ivey started talking

7      about a rule of thumb and Mr. Brinkop

8      started talking about, you know, "We had a

9      generalized rule that you basically need a

10     minimum of 200 horsepowers for each barge

11     that you're pushing along the Intracoastal

12     Canal"?

13         A.      I remember those -- those

14     discussions.

15         Q.      Okay.  Let me ask you this.

16                 From February of 2000 at least

17     up until September of 2001 when the Queen

18     Isabella Causeway was impacted and eight

19     people were killed, did American Commercial

20     Barge lines continue to have a policy of

21     requiring at least 200 horsepower for each

22     barge that one of its tugs was pushing along

23     the Intracoastal Canal?

24         A.      We did not have a policy.  We

25     have guidelines that -- that says that as a

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1   rule of thumb you may have -- you would use

2   200 horsepower per barge, but there are many

3   situations where we drop down to a hundred

4   and fifty horsepower per barge, depending

5   upon the conditions.

6         Q.     Okay.   Now, let me just ask you

7   this.

8                Is the rule of thumb of 200

9   horsepower per barge along the Intracoastal

10   Canal one that is written down inside of

11   ACBL?

12         A.     I'm not aware of us ever

13   writing anything down that addressed the

14   West Canal.

15         Q.     Do you recall Mr. Brinkop

16   telling me in deposition that "We had such a

17   rule of thumb and that if somebody wanted to

18   deviate from it, they would need to call

19   me," meaning Brinkop?

20         A.     No, I don't remember that.

21         Q.     Or call his barge

22   superintendent; do you remember that?

23         A.     I don't remember that.

24         Q.     Okay.   Since February of 2000

25   when you took over this area of the company,

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1          Q.    And if you had chosen to

2    institute a policy -- Strike that question.

3          If you had chosen to do so, it

4    was within your authority to institute a

5    policy that ACBL, in this effort to

6    encourage other companies to become

7    RCP-compliant, you could have decided to

8    refuse to do business with noncompliant,

9    non-Responsible Carrier Program companies

10   like Brown Water Marine; correct?

11         A.    Yes, I could have.

12         Q.    Okay.  Now, Mr. Whitlock, who

13   was it that decided to perform audits on

14   Brown Water Marine prior to the Queen

15   Isabella Causeway collapse incident?

16         A.    I think I may have raised the

17   question about should we do an audit of

18   Brown Water.

19         Q.    In response to what incident

20   did you raise the question as to whether we

21   should do an audit of Brown Water?

22         A.    I think it had to do with a

23   grounding incident that occurred in

24   Matagorda Bay, and --

25         Q.    In March of 2001?

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1          A.      I think -- I'm not sure.   It

2    was a grounding incident in Matagorda Bay is

3    all I remember.

4          Q.      Okay.

5          A.      And the reason I was concerned

6    about it is because a lot of our customers

7    want to know when we ground with a barge and

8    have product in it.   And the reason for

9    the -- raising the question is we were not

10   notified at the time that it -- that it

11   happened, and our customers want us to

12   notify them on their -- you know,

13   particularly liquid customers, on their

14   hotline whenever there's that kind of

15   incident that happens.

16         Q.      So the genesis of the audit

17   that you ordered to be done of Brown Water

18   Marine was a grounding incident that was

19   not -- or about which you did not get

20   notification?

21         A.      That's correct.

22         Q.      Okay.   So you said, "Well, why

23   don't we do an audit of them"?

24         A.      Right.

25         Q.      And what was the purpose of

1    doing the audit?

2        A.    Was to see if they have

3    policies and procedures in place to deal

4    with notification.

5        Q.    Okay.  And in the course of

6    that audit, did you ask the auditor to see

7    whether they have policies and procedures in

8    place to see whether they would meet the

9    minimum requirements of the Responsible

10   Carrier Program?

11       A.    We asked the third-party

12   auditor to -- to go do an audit.  It was no

13   more prescriptive than that.

14       Q.    Okay.  But the fact of the

15   matter is is after that audit, you learned

16   that Brown Water Marine was not

17   RCP-compliant?

18       A.    No.  I learned that Brown Water

19   Marine was not RCP-certified.

20       Q.    Okay.  In the audit?

21       A.    And I learned that -- that

22   Brown Water Marine, based on the history of

23   our knowledge that we've been using them

24   for, you know, approximately ten years with

25   no real problems, and that the audit

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1   indicated there was no real issues other

2   than they needed to do a better job at

3   documenting such things as "Yes, I have

4   safety meetings," and "Yes, I do training,"

5   and those were the glaring -- or the things

6   that appeared to be lacking in their overall

7   program.

8        Q.    How about the number of Coast

9   Guard incidents that had been reported?

10       A.    I don't -- I'm not aware of how

11  many incidents they have.  I know we have

12  not had many incidents at all with Brown

13  Water over the many -- ten years that we've

14  done business with them.

15       Q.    Well, in ordering the audit

16  that you ordered, did you ask anybody to

17  check their Coast Guard history to see what

18  kind of safety record they had as a company?

19       A.    There was no reason to, because

20  we hadn't had any problems with them in ten

21  years.

22       Q.    So is the answer to my question

23  did you ask anybody to check their safety

24  history --

25       A.    No, I did not ask anybody to

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    check the Coast Guard records --

2         Q.      All right.

3         A.      -- because we had not had any

4    problems with them.

5         Q.      Okay.  So we have a situation

6    where in March of 2000 they ran aground and

7    there was a notification problem; correct?

8         MR. PIERSON:

9              I'm going to object to the form

10   of the question.

11        MR. GOODIER:

12             I am also.  By -- By "they ran

13   aground," do you mean Brown Water?

14        MR. WATTS:

15             Yeah.

16        MR. GOODIER:

17             Because the evidence says it's

18   not Brown Water.  Okay?

19        MR. WATTS:

20             Okay.  Whatever.

21        MR. PIERSON:

22             That was just a minor detail.

23        MR. WATTS:

24             That's an important detail.

25        MR. WATTS:

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    A.    Approximately -- Counting

2 shipyard vessel personnel, maybe 3,000.

3    Q.    All right, sir.

4         Is there one person of the

5 3,000-plus employees of ACBL that has the

6 duty and responsibility to make sure that

7 the third-party towboat carriers that

8 you-all hire to safely tow your barges are,

9 in fact, obeying the Coast Guard regulations

10 regarding barge towing?

11    A.    No.  We have no one designated

12 with that responsibility.  That's the third

13 party tower's responsibility.

14    Q.    Does ACB have -- ACBL have an

15 employee that is charged with the duty and

16 responsibility of making sure that the

17 third-party carriers that you hire to safely

18 transport your barges are obeying and

19 abiding by the AWO RCP guidelines?

20    A.    No.  We do not have any one

21 individual designated with that

22 responsibility, because the AWO is

23 voluntary, membership in the AWO, and it's

24 voluntary as whether people want to

25 participate or not participate in AWO.

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1          Q.      It's my understanding --

2     Correct me if I'm wrong -- that

3     Mr. Timberlake and Mr. Sanborn work

4     together; is that right?

5          A.      Yes.  They work as a team

6     providing RCP audits for many companies in

7     the industry.

8          Q.      My question to you, sir, is

9     do you hire any other entity besides

10    Mr. Sanborn and Timberlake's company?

11         A.      No one else to conduct audits,

12    no, sir.

13         Q.      Why do you not hire -- If

14    you're going to conduct an audit of a

15    third-party carrier concerning their --

16    their following RCP guidelines, why do you

17    not hire a -- someone with marine experience

18    like a tugboat captain or one of your own

19    ACBL tugboat captains to go and conduct that

20    audit of, for instance, Brown Water?

21         A.      I have -- I have great faith

22    in Mr. Timberlake, Mr. Timberlake's ability.

23    I feel he's capable of doing the job I'm

24    interested in having done.

25         Q.      Is your faith in his ability to

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    is, and that's about it.

2        MR. PIERSON:

3            I know that the Eleventh

4    Circuit doesn't recognize the Eleventh

5    Amendment argument.

6        MR. FRANZ:

7            All right.  Let's go, buddy.

8        MR. WATTS:

9            I know you've got two

10   questions, and then he's done.  Let's go.

11       MR. GILBERT:

12           Let's go.

13   EXAMINATION BY MR. GILBERT:

14       Q.     Sir, my name is Jack Gilbert.

15   I'm an Assistant Attorney General for the

16   State of Texas and represent the State of

17   Texas in this case.

18           I have five areas of questions,

19   but hopefully we'll do it within five

20   minutes.  We'll see.

21           First of all, how many barges

22   and tugs does ACBL own and operate?  Do you

23   know?

24       A.     We own probably somewhere in

25   the range of a hundred and fifty,

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    thereabouts.

2         Q.    Tugs?

3         A.    Tugs and towboats.

4         Q.    Okay.  How about barges?

5         A.    We own in excess of 5,000

6    barges, some of which are in South America.

7         Q.    Okay.  I've seen something on

8    your website that indicates that ACBL is the

9    largest North American mover of goods via

10   barges and tugs.

11              Is that a correct statement?

12        A.    That's probably a correct

13   statement.  We are the largest barge line.

14   We probably move more -- more ton/miles than

15   anybody.  We may not move more tons, but we

16   move more ton/miles --

17        Q.    Okay.

18        A.    -- than anybody else.

19        Q.    It's under your department that

20   you make the decisions of where to assign

21   tugs to operate; is that true?

22        A.    Yes.  (Witness nods head

23   affirmatively.)

24        Q.    And do tugs have a certain

25   operational area that they operate within?

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1          A.        Generally.  It -- It's more

2     based on the pattern or the traffic lanes as

3     to where our customers' traffic lanes take

4     us --

5          Q.        Okay.

6          A.        -- and the density within the

7     traffic lane.

8          Q.        Okay.  In regards to the

9     Intracoastal Waterway, and particularly the

10    Brownsville area, it's my understanding that

11    the Brownsville -- Port of Brownsville is

12    kind of the end of the line for the Western

13    Canal; is that correct?

14         A.        That's correct.

15         Q.        Of the number of tugs that you

16    have operating in the Western Canal from

17    Houston down to the port of Brownsville, do

18    you know how many tugs you have in that

19    area?

20         MR. GOODIER:

21              From Houston to Brownsville?

22    EXAMINATION BY MR. GILBERT:

23         Q.        From Houston to Brownsville.

24         A.        Houston to Brown -- I don't

25    have many that operate in that segment of

144

1    the Waterway, because our density is -- is

2    not very heavy.

3         Q.    Okay.  Do you rely on third

4    parties more in that area of the

5    Intracoastal Waterway than you do elsewhere?

6         A.    Yes.  Principally, we rely on

7    third parties there.  We do have some boats

8    that go there on occasion.

9         Q.    Okay.

10        A.    Like most of the -- Most of the

11   ends of the system, we rely on third party

12   where we don't have the density.

13        Q.    Okay.  If you wanted to,

14   though, you could assign another tugboat to

15   operate down in the Brownsville area.  You

16   could buy another tug and send it down there

17   and dictate it's operating that area, if you

18   chose to do so?

19        A.    If I chose to, but it wouldn't

20   make -- it wouldn't make good business sense

21   for me to do that.

22        Q.    So it's a reason of economics

23   that you choose to rely on third parties in

24   that area; is that correct?

25        A.    That's correct, because I don't

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1   Mr. Timberlake recommended.  Mr. Timberlake

2   said that they were close to becoming

3   RCP-certified.  They needed to clean up some

4   of the administrative aspects.

5          Q.      That was your understanding of

6   the audit?

7          A.      That was my understanding, yes.

8          Q.      Was it ever called to your

9   attention that Steve Mosher said, "Yeah, we

10  may recertify or try to recertify again,"

11  something to that effect?

12         MR. GOODIER:

13              Object to the form of the

14  question.  That's not what anybody said.

15         THE WITNESS:

16              I'm not aware of any comments

17  like that, what Mr. Mosher may have said.  I

18  have no idea.

19  EXAMINATION BY MR. FRANZ:

20         Q.      It wasn't a major concern to

21  you as the Senior Vice President of

22  transpor -- of logistics at ACBL to follow

23  up on how Brown Water was progressing on its

24  certification program?

25         A.      No.  Brown Water has two years

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1   to -- to become compliant.

2          Q.        And no one at any of these

3   president's meetings which occur on a

4   monthly basis ever suggested that your

5   third-party vendors be checked up on to --

6   to check in more detail on safety and

7   compliance?

8          A.        No.  We have a standing policy

9   to encourage all of our vendors to join AWO

10  and become RCP-certified.

11         Q.        As I understand ACBL's position

12  and your position with regard to this

13  litigation, prior to September of '01 you

14  really had no basis to question whether

15  Brown Water could safely provide towing

16  services to ACBL, based on their history?

17         A.        That's correct.  They've been

18  providing adequate or fine service without

19  incident for us for many -- for many years.

20         Q.        And you maintain that position

21  even though you had an audit from

22  Mr. Timberlake regarding Brown Water;

23  correct?

24         A.        That's correct.

25         Q.        And, now, certainly after this

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    can think of to increase performance of an

2    engine?

3         A.    You can -- You can put a bigger

4    propeller on the -- on the -- on the boat to

5    increase horsepower.

6         Q.    Do you know what types of

7    propellers are on the BROWN WATER V?

8         A.    I have no idea.

9         Q.    Do you know anything about the

10   drive train of the BROWN WATER V?

11        A.    No.  I have no knowledge.

12        Q.    Do you rely upon the

13   third-party carriers, such as Brown Water,

14   to know what their boats can do?

15        A.    Absolutely.

16        Q.    Are you aware that Brown Water

17   Marine is now -- now RCP-certified?

18        A.    No, I'm not aware of that.

19   I -- I don't -- I'm not aware that we have

20   received any official notification, and I

21   haven't seen it in any AWO literature.

22        Q.    What does the phrase "care,

23   custody, and control" mean to you?

24        A.    It means is -- It means to me

25   that when I place a barge in a third party

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1   is care.

2        MR. PIERSON:

3            These are my questions now,

4   John.

5        THE WITNESS:

6            What's in -- What's in --

7            When -- When it's -- When it's

8   in the care of a third party, they are

9   responsible for that barge, same as -- same

10  as when I operate a fleet and I have someone

11  else's barges in my fleet, if something

12  happens to that barge, it's my

13  responsibility.

14  EXAMINATION BY MR. PIERSON:

15       Q.    And so are you aware that these

16  three particular barges with the coiled

17  steel were placed into the care, custody,

18  and control of Brown Water Marine?

19       A.    Yes, I'm aware that we offered

20  those barges for towing to Brown Water

21  Marine.

22       Q.    Do you rely upon Brown Water

23  Marine, then, to deliver those barges and

24  the cargo safely to their destination?

25       MR. MEDRANO:

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1          I'm going to object to the

2   leading nature of these questions and ask

3   you not to do so again.

4   EXAMINATION BY MR. PIERSON:

5          Q.        Okay.   Do you or do you not

6   rely upon Brown Water Marine to safely

7   deliver the barges and cargo to their

8   destination?

9          MR. WATTS:

10                 Objection; ambiguous.

11         MR. MEDRANO:

12                 Same objection.

13         MR. WATTS:

14                 I'm sorry.   Go ahead.

15         THE WITNESS:

16                 Yes.   We rely on Brown Water to

17  deliver the barges that we offer for towing

18  from -- from origin to destination.

19  EXAMINATION BY MR. PIERSON:

20         Q.        Was ACBL aware, to your

21  knowledge, that Brown Water Marine had four

22  barges in tow on the day of the allision?

23         A.        We were not aware until we read

24  about it subsequent to the incident.

25         Q.        How does that work in the

1  industry when you turn barges over to the

2  care, custody, and control of a third-party

3  operator such as Brown Water?

4       A.     I'm not -- I don't understand.

5       Q.     Do they tell you how many

6  barges they're going to tow?

7       A.     No.  We -- We tow -- We -- We

8  buy third-party towing from many people

9  every day, and the only thing we tell those

10  third-party providers is we've got X number

11  of barges we want moved from point A to

12  point B.  They tell us the schedule in which

13  they can pick them up on, and we have no

14  idea what boats they're going to put them on

15  or -- or what other -- what other companies

16  that they may have barges in their tow that

17  they're trying to move as well, because

18  that's how these company make [sic] --

19  make -- That's their business, of moving not

20  only our barges, but everybody else's barges

21  in that area.

22       Q.     If Brown Water Marine had a

23  chemical barge in tow that was destined for

24  Harlingen and decided because of some

25  mechanical problems to take it to

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9100

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    reasons is because our volume is basically a

2    Mississippi River flow volume, and when they

3    came back out of the canal into the

4    Mississippi River with the size tows, they

5    weren't capable of handling that size tow,

6    we felt, efficiently in heavy -- heavy flow

7    situations.  So we've upgraded all of our

8    fleet boats and our canal boats up to the

9    12- to 13-, 1,800-horsepower ranges.

10         Q.    ACBL has hired Brown Water

11   Marine to tow barges for how many years?

12         A.    I think it's been at least ten,

13   somewhere in that range, for, you know, many

14   years.

15         Q.    Does ACBL rely upon past

16   experience with a contractor in making its

17   determinations whether or not the contractor

18   can tow a barge safely?

19         A.    Yes.  We rely on, you know --

20   Many of the third-party providers, we rely

21   on their experience.

22         Q.    And track record?

23         A.    Right.  That's correct.

24         Q.    And what has Brown Water's

25   track record been for ACBL?

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1        A.      We have not -- We have had very

2    few incidents with Brown Water.  The one had

3    to do with the -- with the grounding in

4    Matagorda Bay, which we subsequently learned

5    wasn't a Brown Water boat.

6        Q.      And they didn't tell you that a

7    different boat was towing one of your

8    barges; correct?

9        A.      That's correct.

10       Q.      And that was the reason for

11   you-all's concern?

12       A.      No.  Our rea -- Our concern was

13   the fact we were -- were not notified, and

14   we felt that was Brown Water's

15   responsibility, to notify us of the

16   incident.

17       Q.      In ten years, can you estimate

18   for us how many barges have been moved by

19   Brown Water Marine on behalf of ACBL in the

20   canal?

21       A.      No.  I -- I -- I don't know.  I

22   know it's significant number.

23       Q.      Many, many?

24       A.      Yes.

25       Q.      That would involve --

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1      A.      I mean you're -- you're --

2      Q.      Many, many, many?

3      A.      I would -- I would say it's --

4   MR. GOODIER:

5           That's a lot more than many.

6   THE WITNESS:

7           It -- I -- I don't really know.

8   EXAMINATION BY MR. PIERSON:

9      Q.      Many, many, many?

10     A.      I -- I don't really know, but I

11  know it's -- over the ten years it's into

12  the hundreds to a thousand or -- you know.

13  It's -- It's a significant number.  It's not

14  like it's one or two.

15     Q.      A significant number of hours

16  in tow?

17     A.      Yes.

18     Q.      If, for example, a company has

19  70 Coast Guard infractions in ten years,

20  would that be indicative to you of a bad

21  safety record?

22     A.      Not necessarily.  Depends upon

23  what those -- what those are; if you're

24  talking about 2692s.  Depends.  Those could

25  be personal injuries.

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762