```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF TEXAS
 2                 BROWNSVILLE DIVISION

 3

 4

 5   IN RE THE COMPLAINT AND           *  CIVIL ACTION
     PETITION OF BROWN WATER           *
 6   TOWING I, INC., AS OWNER,         *  NO. B-01-157
     AND BROWN WATER MARINE            *
 7   SERVICE INC., AS BAREBOAT         *  c/w
     CHARTERERS, OF THE BROWN          *
 8   WATER V, ITS ENGINES, TACKLE,     *  CIVIL ACTION
     ETC., IN A CAUSE OF               *
 9   EXONERATION FROM OR               *  NO. B-02-004
     LIMITATION OF LIABILITY           *
10                                     *
     IN THE MATTER OF AMERICAN         *  Admiralty
11   COMMERCIAL LINES AS OWNER         *
     AND AMERICAN COMMERCIAL BARGE     *
12   LINE LLC AS CHARTERER OF THE      *
     BARGES NM-315, VLB-9182,          *
13   ACL-9993B, VLB-9173, PRAYING      *
     FOR EXONERATION FOR AND/OR        *
14   LIMITATION OF LIABILITY           *
                                       *
15                                     *
          *  *  *  *  *  *  *  *  *  *  *

16
                                           COPY
17

18

19           Transcript of the videotaped
     deposition of JAMES FRANKLIN FARLEY, ▓▓▓
20   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Louisville, Kentucky
     40222, taken in the offices of Boehl,
21   Stopher & Graves, Suite 2300, Aegon Center,
     400 North Market Street, Louisville,
22   Kentucky 40202, on Thursday, the 29th day of
     August, 2002.
23

24

25                                      EXHIBIT 10
```

601 POYDRAS STREET, SUITE 2003          Gaudet, Kaiser & Pepper          7967 OFFICE PARK BLVD.
NEW ORLEANS, LOUISIANA 70130                                             BATON ROUGE, LOUISIANA 70809
PHONE (504) 525-9100                   Toll Free 1-888-525-9100          PHONE (225) 926-9411
FAX (504) 525-9109                                                       FAX (225) 926-9762

```
 1   APPEARANCES:

 2

 3            WATTS & HEARD
              (By:  Ray R. Marchan, Esquire)
 4            1926 East Elizabeth Street
              Brownsville, Texas  78520-4933
 5                (Attorneys for Brigete Goza,
                   Gustavo Morales, Jacqueline
 6                 Paddock, and Lydia Zamora)

 7


 8            LAW OFFICES OF HERIBERTO MEDRANO
              (By:  Heriberto "Eddie" Medrano,
 9                       Esquire)
              1101 West Tyler Street
10            Harlingen, Texas  78550
                  (Attorneys for the Harris
11                 Claimants)

12


13            SCHIRRMEISTER AJAMIE
              (By:  S. Mark Strawn, Esquire)
14            Suite 2150
              Pennzoil Place - South Tower
15            711 Louisiana
              Houston, Texas  77002
16                (Attorneys for the Estate of
                   Julio Morales, et al)

17


18
              GAUNTT & KRUPPSTADT
19            (By:  J. Chad Gauntt, Esquire)
              Suite C
20            9004 Forest Crossing Drive
              The Woodlands, Texas  77381
21
                         - and -
22
              THE LAW OFFICE OF JOHN DAVID FRANZ
23            (By:  John David Franz, Esquire)
              400 North McColl
24            McAllen, Texas  78501
                  (Attorneys for the Estate of
25                 Stvan Rivas, et al)
```

1  **APPEARANCES (continued):**

2

3

4  KITTLEMAN, THOMAS, RAMIREZ
   & GONZALES
   (By:  Andres H. Gonzalez, Jr.,
5              Esquire)
   4900-B North 10th Street
6  Post Office Box 1416
   McAllen, Texas  78505
7       (Attorneys for the Mata
           Claimants)
8

9

10 WILLIAMS BAILEY
   (By:  Candice McNabb, Esquire)
11 Suite 600
   8441 Gulf Freeway
12 Houston, Texas  77017-5001
        (Attorneys for Hector Martinez,
13         Sr.)

14

15

16 LAW OFFICES OF McMANUS & CRANE
   (By:  William Q. McManus, Esquire)
   209 West Juan Linn
17 Post Office Box 2206
   Victoria, Texas 77902-2206
18      (Attorneys for Robin Faye
           Leavell, et al)

19

20

21 ROYSTON, RAYZOR, VICKERY & WILLIAMS
   (By:  Will W. Pierson, Esquire)
22 1700 Wilson Plaza West
   606 North Carancahua
23 Corpus Christi, Texas 78476
        (Attorneys for Petitioners,
24         Brown Water Marine Service,
           Inc., et al)

25

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1    APPEARANCES (continued):

 2

 3
            JONES, WALKER, WAECHTER, POITEVENT,
 4          CARRERE & DENEGRE
            (By:  Glenn G. Goodier, Esquire)
 5          52nd Floor
            Bank One Center
 6          201 St. Charles Avenue
            New Orleans, Louisiana   70170
 7
                       - and -
 8
            BURT BARR & ASSOCIATES
 9          (By:  John Holman Barr, Esquire)
            304 South Record Street
10          Dallas, Texas   75202
                (Attorneys for American
11               Commercial Lines LLC and
                 American Commercial Barge Line
12               LLC)

13


14
            ADAMS AND REESE
15          (By:  Edwin C. Laizer, Esquire)
            Suite 4500
16          One Shell Square
            New Orleans, Louisiana   70139
17
                       - and -
18
            OFFICE OF THE ATTORNEY GENERAL
19          TRANSPORTATION DIVISION
            (By:  Jack F. Gilbert, Esquire)
20          Post Office Box 12548
            Austin, Texas   78711-2548
21              (Attorneys for the State of
                 Texas)
22

23

24

25
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1   VIDEOGRAPHER:

 2

 3
             Michael Gilmore
 4           United Video Production Company
             Suite 205
 5           418 Peoples Street
             Corpus Christi, Texas 78401
 6

 7

 8
     REPORTED BY:
 9

10

11           M. H. GAUDET, JR., CCR, RPR, RMR
             Certified Court Reporter
12           State of Louisiana

13

14

15

16

17

18                *     *     *     *     *

19

20

21

22

23

24

25
```

601 Poydras Street, Suite 2003
New Orleans, Louisiana 70130
Phone (504) 525-9100
Fax (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 Office Park Blvd.
Baton Rouge, Louisiana 70809
Phone (225) 926-9411
Fax (225) 926-9762

```
 1          Q.      And in '93 when ACBL acquired
 2   Valley Line, what was your position?
 3          A.      Vice President of Distribution
 4   Services.
 5          Q.      And where were you based out
 6   of?
 7          A.      At our main office in
 8   Jeffersonville, Indiana.
 9          Q.      And what were your duties as
10   Vice President of Distribution Services?
11          A.      I managed the dispatch or
12   logistics function of the company.
13          Q.      Were you involved in the barge
14   operations and boat operations like you were
15   at Conti?
16          A.      No, sir.
17          Q.      Were you involved with the
18   fleeting of the barges as you were at Conti?
19          A.      No, sir.
20          Q.      Is it my understanding that as
21   Vice President of Distribution Services, one
22   of your main duties was to go ahead and
23   oversee the assignment of barges throughout
24   your system of operations, your geographic
25   area of operations?
```

```
 1        A.      The trans -- Yes.  In other
 2  words, the transmittal of orders from the
 3  office to the boats to tell -- direct the
 4  boats what to do, if that's your question,
 5  sir --
 6        Q.      Yes.
 7        A.      Yes.  That was part of my job.
 8        Q.      What else did you do as -- What
 9  else were the other duties you had as Vice
10  President of Distribution Services?
11        A.      Beyond that primary logistics
12  function?
13        Q.      Yes.
14        A.      I also managed the vendor
15  relationships with our fleeting and shifting
16  vendors.
17        Q.      How long did you have that
18  position as Vice President of Distribution?
19        A.      Until 1998.
20        Q.      That was -- I think five years
21  was the longest you ever held a position;
22  right?
23        A.      What can I say?  That's right.
24        Q.      All right.  Did you have
25  anything to do with -- Did y'all have a risk
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1        A.      You get to play more golf.
 2        MR. GOODIER:
 3              With Captain Ivey.
 4   EXAMINATION BY MR. MEDRANO:
 5        Q.      All right, sir.  And so what
 6   was your title then?
 7        A.      It was Vice President, Liquid
 8   Sales.
 9        Q.      And how long did you have that
10   position?
11        A.      Till March of 2000.
12        Q.      And then where did you go?
13        A.      I was made Senior Vice
14   President, Marketing Services.
15        Q.      And is that the position that
16   you hold today?
17        A.      No, sir, it's not.
18        Q.      Okay.  When did you leave as
19   Senior Vice President of Marketing Services?
20        A.      July 1st of this year.
21        Q.      What is your position now?
22        A.      Senior Vice President,
23   Transportation Services.
24        Q.      So you took over Mr. Khouri's
25   job?
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1        THE WITNESS:
 2             Why do we make a decision to
 3   use a third party?
 4   EXAMINATION BY MR. MARCHAN:
 5        Q.   Yeah.  Why do you make a
 6   decision to use a third party to meet
 7   American Commercial Barge Line's
 8   obligations?
 9        A.   Because we don't have boats of
10   our own in that particular reach in a timely
11   manner to make that movement.
12        Q.   When you sub out the work to a
13   third party, do y'all make profit from using
14   the third party?  That is, they charge less
15   than what you charge the customer?
16        A.   Well, moves are priced over the
17   length, their length.
18        Q.   Sure.
19        A.   They're not broken into any
20   specific section.  So as result, it's a net
21   profitability of a movement.  We don't spend
22   a lot of time breaking that down.
23        Q.   So is the answer yes, y'all
24   make net profit from subbing out the work?
25        MR. GOODIER:
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1   EXAMINATION BY MR. PIERSON:
 2        Q.    Mr. Farley, I'm Will Pierson,
 3   and I represent Brown Water Marine.
 4              You and I have never met; have
 5   we?
 6        A.    No.
 7        Q.    And we've never spoken; have
 8   we?
 9        A.    No, sir.
10        Q.    You used the term earlier
11   "care, custody, and control."
12              What does that mean in the
13   towing industry?
14        A.    It means when a third-party
15   vendor takes over an ACBL barge, that that
16   barge is indeed in their care, custody, and
17   control.
18        Q.    Does care, custody, and control
19   in the industry mean the responsibility to
20   deliver the barges safely to their
21   destination?
22        MR. STRAWN:
23              Objection.
24        MR. FRANZ:
25              Object to the leading question.
```

601 POYDRAS STREET, SUITE 2003  
NEW ORLEANS, LOUISIANA 70130  
PHONE (504) 525-9100  
FAX (504) 525-9109  

Gaudet, Kaiser & Pepper  
Toll Free 1-888-525-9100  

7967 OFFICE PARK BLVD.  
BATON ROUGE, LOUISIANA 70809  
PHONE (225) 926-9411  
FAX (225) 926-9762

| | |
|---|---|
| 1 | EXAMINATION BY MR. PIERSON: |
| 2 | Q. What does that mean in the |
| 3 | industry to you, Mr. Farley? |
| 4 | A. Well, I will just use an |
| 5 | example; to move a barge from point A to |
| 6 | point B with a third party, that they would |
| 7 | use -- if that barge is in their care, |
| 8 | custody, and control, they make the |
| 9 | decisions on the movement of that barge. |
| 10 | It's in their care, in their custody, and in |
| 11 | their control. |
| 12 | Q. You've worked for a number of |
| 13 | barge companies; is that correct? |
| 14 | A. That's correct. |
| 15 | Q. Has the term "care, custody, |
| 16 | and control" ever changed from company to |
| 17 | company? |
| 18 | A. No. |
| 19 | Q. Have you received any |
| 20 | particular information about whether or not |
| 21 | there are Coast Guard requirements or rules |
| 22 | or regulations for horsepower on the East |
| 23 | Canal down by Brownsville? |
| 24 | A. That's the West Canal, but -- |
| 25 | Q. I'm sorry. |

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1   That specific document, no.
 2        Q.    Has Monarch Steel ever
 3   complained to ACBL about what happened down
 4   at the Queen Isabella Causeway on September
 5   the 15th of 2001?
 6        A.    No, not to my knowledge.
 7        Q.    Has Monarch Steel ever
 8   complained, to your knowledge, about whether
 9   or not the BROWN WATER V was properly
10   powered or improperly powered?
11        A.    No, not to my knowledge have
12   they made any comments.
13        Q.    In your experience in the
14   industry, have you ever had a customer such
15   as Monarch Steel complain about the use of a
16   third-party operator?
17        A.    Not to my knowledge.  (Witness
18   shakes head negatively.)
19        Q.    In this particular situation, I
20   believe three of the barges had Monarch
21   steel; is that your understanding?
22        A.    I honestly don't -- I don't --
23   can't remember.  I know there was four
24   barges involved, and three -- There were
25   three steel barges.  I believe they were
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

**Gaudet, Kaiser & Pepper**
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1   Monarch.
 2        Q.    Have you received any
 3   complaints from any of the customers that
 4   have had cargos towed by Brown Water Marine
 5   about the BROWN WATER V being underpowered?
 6        A.    The BROWN WATER V being
 7   underpowered, no.
 8        Q.    Do you know of any evidence
 9   from any source that the BROWN WATER V was,
10   in fact, underpowered on September the 15th
11   of 2001?
12        A.    I have no reason to have a -- a
13   belief about underpowered for the BROWN
14   WATER V.
15        Q.    Now, the experience with Brown
16   Water Marine, however many years that's
17   been, has been satisfactory to ACBL?
18        A.    Yes.
19        Q.    Does ACBL continue to use Brown
20   Water Marine?
21        A.    Yes.
22        Q.    As the result of this
23   particular incident, did -- To your
24   knowledge, did ACBL look to Brown Water
25   Marine to fix whatever damage was to the
```

601 Poydras Street, Suite 2003
New Orleans, Louisiana 70130
Phone (504) 525-9100

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 Office Park Blvd.
Baton Rouge, Louisiana 70809
Phone (225) 926-9411

1   ACBL barge?
2       A.    Yes.
3       Q.    Is that customary in the
4   industry?
5       A.    Yes.
6       Q.    Is there any particular
7   timetable on the West Canal as to how long
8   it'll take to make a movement, say, from
9   Brownsville to Bolivar?
10      A.    Is -- I'm sorry.  A timetable?
11      Q.    Right.
12      A.    No.  There's no specific
13  timetable.
14      Q.    I wanted to ask you -- There
15  was a question asked about profit and is the
16  rate set for a particular -- Say these three
17  barges from Brownsville to Bolivar, if
18  that's where they were going to go, there's
19  a set rate for those barges?
20      A.    From their origin to
21  destination, yes, there's a set rate.
22      Q.    Is it correct to say that if
23  you then hire a third party such as Brown
24  Water, that that, in fact, would cut into
25  ACBL's profits?

601 Poydras Street, Suite 2003
New Orleans, Louisiana 70130
Phone (504) 525-9100
Fax (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 Office Park Blvd.
Baton Rouge, Louisiana 70809
Phone (225) 926-9411
Fax (225) 926-9762

```
 1   knew how many barges were being transported
 2   on that particular day?
 3         A.    I don't know whether they knew.
 4         Q.    Do the independent operators
 5   such as Brown Water customarily inform you
 6   whether or not they're taking three barges,
 7   four barges, two barges, one barge?
 8         A.    No, they do not.
 9         Q.    Are there situations that
10   you're aware of where there may be two ACBL
11   barges combined with barges from some other
12   company?
13         A.    Could that happen?
14         Q.    Yes, sir.
15         A.    Yes, it could happen.
16         Q.    Does the independent operator
17   tell ACBL that there are two other barges
18   from some other company?
19         A.    No.
20         Q.    And is that the industry
21   custom?
22         A.    Yes.
23         Q.    And has it been this way since
24   you've been involved in the industry?
25         A.    Yes.  (Witness nods head
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762