```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF TEXAS
 2                       BROWNSVILLE, TEXAS
 3

    IN RE: THE COMPLAINT AND       )
 4  PETITION OF BROWN WATER        )     COPY
    TOWING I, INC. AS OWNER, AND   )
 5  BROWN WATER MARINE SERVICE,    )  CIVIL ACTION
    INC., AS BAREBOAT CHARTERER,   )
 6  OF THE BROWN WATER V, ITS      )  NO. B-01-157
    ENGINES, TACKLE, ETC., IN A    )
 7  CAUSE OF EXONERATION FROM      )
    OR LIMITATION OF LIABILITY     )
 8  ************************************************************
 9             ORAL AND VIDEOTAPED DEPOSITION OF
                      HUGH TIMOTHY CHAPMAN
10                     OCTOBER 27, 2004
11  ************************************************************
12       ORAL AND VIDEOTAPED DEPOSITION OF HUGH TIMOTHY CHAPMAN,
13  produced as a witness at the instance of the Claimants, and
14  duly sworn, was taken in the above-styled and numbered cause
15  on the 27th of October, 2004, from 9:05 a.m. to 1:37 p.m.,
16  before Shannon H. Hurst, CSR in and for the State of Texas,
17  reported by method of machine shorthand, at the offices of
18  Royston, Rayzor, Vickery & Williams, L.L.P., 1700 Wilson Plaza
19  West, 606 N. Carancahua, Corpus Christi, Texas, 78476, pursuant
20  to the Federal Rules of Civil Procedure and the provisions
21  stated on the record or attached hereto.
22
23
24
25                                        EXHIBIT 11
```

```
 1                      APPEARANCES
 2
 3   FOR THE CLAIMANTS:
 4        Mr. Ray R. Marchan
          WATTS LAW FIRM, L.L.P.
 5        1926 E. Elizabeth
          Brownsville, Texas 78520
 6
 7   FOR THE MIRELES FAMILY:
 8        Mr. S. Mark Strawn
          AJAMIE, L.L.P.
 9        Pennzoil Place - South Tower
          711 Louisiana, Suite 2150
10        Houston, Texas 77002
11
     FOR RENE & FRANK MATA:
12
          Ms. Rebecca Vela
13        KITTLEMAN, THOMAS,
          RAMIREZ & GONZALES, P.L.L.C.
14        4900-B North 10th Street
          McAllen, Texas 78505
15
16   FOR WILLIAM EUGENE KIMBRELL:
17        Richard Leo Harrell
          THE EDWARDS LAW FIRM, L.L.P.
18        802 N. Carancahua, Suite 1400
          Corpus Christi, Texas 78403-0480
19
20   FOR BROWN WATER TOWING, INC.:
21        Mr. Will W. Pierson
          ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
22        1700 Wilson Plaza West
          606 N. Carancahua
23        Corpus Christi, Texas 78476
24
25
```

```
 1   FOR AMERICAN COMMERCIAL BARGE LINES:
 2        Mr. Glenn Goodier
          JONES, WALKER, WAECHTER,
 3        POITEVENT, CARRERE & DENEGRE, L.L.P.
          201 St. Charles Avenue, 48th Floor
 4        New Orleans, LA  70170-5100
 5
     FOR THE STATE OF TEXAS:
 6
          Mr. Edwin C. Laizer
 7        ADAMS AND REESE, L.L.P.
          4500 One Shell Square
 8        New Orleans, LA  70139
 9
     FOR ACBL UNDERWRITERS:
10
          Mr. Sy S. Shamsie
11        WESTMORELAND HALL, P.C.
          Williams Tower, 64th Floor
12         2800 Post Oak Boulevard
          Houston, Texas 77056-6125
13
14   THE VIDEOGRAPHER:
15        Carlos Marroquin
16
17
18
19
20
21
22
23
24
25
```

|  |  |
|---|---|
| 1 | Q. When did Brown Water Properties come into existence, as far as you recall? |
| 3 | A. Mid '90s. |
| 4 | Q. And your sons, Chad and Manning, when did they become stockholders or directors or officers of Brown Water Properties? |
| 7 | A. About the same time in form of a trust. |
| 8 | Q. And what's the name of the trust, please? |
| 9 | A. I don't recall. They've been dissolved. |
| 10 | Q. Okay. When was the first time that you became involved as an owner or operator in the marine transportation business? |
| 13 | A. Owner or operator as an employee? '74. |
| 14 | Q. When did you first become an owner of any marine transportation business? |
| 16 | A. Mid to late '80s. |
| 17 | Q. From that point in time when you first became involved as an owner in marine transportation businesses, what were the name of your companies? |
| 20 | A. I had a shrimp trawler at one time, if you consider that a transportation. But if not, then '89 Brown Water Marine was -- started acquiring assets, I guess. |
| 23 | Q. Okay. Did Brown Water Marine exist before '89? |
| 24 | A. I don't recall. I had some assets, but I don't know if they were just as an individual or for any corporation. |

Timestamps in left margin: 09:11 (line 5), 09:11 (line 10), 09:12 (line 15), 09:12 (line 20), 09:12 (line 25).

|  |  |
|---|---|
| 1 | I don't recall. |
| 2 | Q. Did you absorb or take over any existing business |
| 3 | that you renamed Brown Water Marine? |
| 4 | A. No. |
| 09:13  5 | Q. When was the first time that you were involved in |
| 6 | the purchasing of a tugboat? |
| 7 | A. Tugboat? '89. |
| 8 | Q. By 1991 how many tugboats were you operating or did |
| 9 | you own through any corporations? |
| 09:13  10 | A. I don't recall the exact number. |
| 11 | Q. Approximately? |
| 12 | A. Tugboats? Maybe three. |
| 13 | Q. Did you buy any of them new? |
| 14 | A. No. |
| 09:14  15 | Q. Do you recall, back when it happened, the tugboat |
| 16 | barge crash that involved damage and loss of life on the Sunset |
| 17 | Limited Amtrack train; Mobile, Alabama? |
| 18 | A. Roughly, yeah, I remember. |
| 19 | Q. Okay. You were in the business and it came to your |
| 09:14  20 | attention? |
| 21 | A. Yes. |
| 22 | Q. All right. After that incident, when did you first |
| 23 | learn of the American Waterways Organization that had the |
| 24 | Responsible Carrier Program? |
| 09:15  25 | A. I don't really recall when I knew of it. |

```
10:05   1     A.    No.
        2     Q.    Have you received any information or -- Pardon me.
        3   Have you received any surveillance information on any of the
        4   families or victims' families?
10:05   5     A.    I don't recall.
        6     Q.    At the time of this incident, what percentage of
        7   your towing business was contracted with ACBL?
        8     A.    I don't know.
        9     Q.    More than half?
10:05  10     A.    Less than half, I'm sure.
       11     Q.    How about the other way around?  Were you aware of
       12   how much of their west canal towing Brown Water was doing for
       13   ACBL?
       14     A.    No.
10:06  15     Q.    Definitely before the causeway collapse you were
       16   aware that Brown -- I'm sorry -- that ACBL had its own tow
       17   fleet, though; is that correct?
       18     A.    They have boats, that's correct.
       19     Q.    Okay.  What is your working knowledge of why
10:06  20   they would want to use your companies instead of their own
       21   tugboats?
       22     A.    I guess they couldn't handle it all with their own
       23   tows.
       24     Q.    Was that your working knowledge then?
10:06  25     A.    That's pretty much it, anywhere in the industry.
```

|  |  |  |
|---|---|---|
|  | 1 | Q.  Have you ever, before today, given a deposition in any other case involving Brown Water? |
|  | 2 |  |
|  | 3 | A.  Yes. |
|  | 4 | Q.  How many times? |
| 11:30 | 5 | A.  Don't know. |
|  | 6 | Q.  How many? |
|  | 7 | A.  I don't recall. |
|  | 8 | Q.  More than once? |
|  | 9 | A.  I'm not so sure I have. |
| 11:30 | 10 | Q.  Not sure you have at all or not -- |
|  | 11 | A.  Oh, I've given depositions.  Whether it was one or two or three, I don't recall. |
|  | 12 |  |
|  | 13 | Q.  When was the last time that you did that? |
|  | 14 | A.  I don't -- I don't remember. |
| 11:30 | 15 | Q.  Have you ever given a deposition where you were offered as the corporate representative of Brown Water as opposed to testifying personally? |
|  | 16 |  |
|  | 17 |  |
|  | 18 | A.  I don't remember doing it. |
|  | 19 | Q.  Is there any relationship in terms of ownership between ACBL and Brown Water? |
| 11:31 | 20 |  |
|  | 21 | A.  No. |
|  | 22 | Q.  Does ACBL hold any notes on any Brown Water equipment? |
|  | 23 |  |
|  | 24 | A.  No. |
| 11:31 | 25 | Q.  Have the Brown Water entities changed since the time |

|  |  |
|---|---|
|  | 1  of the causeway allision, grown, shrunk, or has the business |
|  | 2  stayed about the same size? |
|  | 3      A.    We may have added a vessel in a corporation. |
|  | 4  I don't -- I'd have to go back and look. |
| 11:31 | 5      Q.    But it's within one boat? |
|  | 6      A.    It's with -- Yeah. We may have even sold some |
|  | 7  vessels. I'd just have to go back and look. |
|  | 8      Q.    In terms of number of employees, it would be |
|  | 9  roughly -- |
| 11:32 | 10     A.    Roughly -- |
|  | 11     Q.    -- the same? |
|  | 12     A.    -- the same. |
|  | 13     Q.    You were asked some questions about the percentage |
|  | 14  of business that ACBL provided for Brown Water. And I think |
| 11:32 | 15  you said you weren't sure as to what the percentage would have |
|  | 16  been. |
|  | 17     A.    The -- |
|  | 18     Q.    Go ahead. |
|  | 19     A.    I was asked if it was 50 percent of our business, |
| 11:32 | 20  and I think I said no. |
|  | 21     Q.    Well, do you know what percentage it was at the time |
|  | 22  of the allision? |
|  | 23     A.    Without going back to accounts receivables or |
|  | 24  monthly -- monthly accounts, I couldn't tell you what |
| 11:32 | 25  percentage. |

|       |    |                                                                                      |
|-------|----|--------------------------------------------------------------------------------------|
|       | 1  | Q.   Were they your largest customer?                                                |
|       | 2  | A.   No.                                                                             |
|       | 3  | Q.   Who was?                                                                        |
|       | 4  | A.   Don't recall.                                                                   |
| 11:32 | 5  | Q.   So you know it wasn't ACBL, but you don't remember                              |
|       | 6  | who --                                                                               |
|       | 7  | A.   I doubt if it was ACBL because we do an awful lot of                            |
|       | 8  | oil field work.                                                                      |
|       | 9  | Q.   And the oil field work is the crew boat?                                        |
| 11:32 | 10 | A.   Crew boats and our -- and our tugs, also. Tugs and                              |
|       | 11 | barges.                                                                              |
|       | 12 | Q.   And that's towing what, inland rigs and --                                      |
|       | 13 | A.   Inland rigs.                                                                    |
|       | 14 | Q.   -- things like that?                                                            |
| 11:33 | 15 | A.   And structures, whatever. Whatever relates to the                               |
|       | 16 | oil field. We called it an oil field.                                                |
|       | 17 | Q.   As far as the canal work, not oil field related but                             |
|       | 18 | moving of barges, would ACBL have been your largest customer?                        |
|       | 19 | A.   Then, I don't know. We -- We've got a number of                                 |
| 11:33 | 20 | canal people. I just couldn't say when they were or not.                             |
|       | 21 | Q.   If it wasn't ACBL, who would it be?                                             |
|       | 22 | A.   Possibly BASF.                                                                  |
|       | 23 | MR. PIERSON: They don't make anything. They                                          |
|       | 24 | make the products that make your life better.                                        |
| 11:33 | 25 | MR. LAIZER: I heard that.                                                            |

|       |    |                                                                     |
|-------|----|---------------------------------------------------------------------|
|       | 1  | MR. PIERSON: Why would you advertise that?                          |
|       | 2  | I never understood that.                                            |
|       | 3  | Q.   (BY MR. LAIZER) Do you know what the protocol was              |
|       | 4  | for the boats -- at the time of the causeway allision, for the      |
| 11:33 | 5  | Brown Water boats that were working on the canal, was there a       |
|       | 6  | set communication schedule as to when they had to talk to the       |
|       | 7  | office?                                                             |
|       | 8  | A.   We always talked to the boats, and still do and                |
|       | 9  | always have, usually at 7:00 o'clock in the morning, seven days     |
| 11:34 | 10 | a week, to get traffic, as we call it.                              |
|       | 11 | Q.   All right. And was that the only time, just the                |
|       | 12 | 7:00 a.m. traffic?                                                  |
|       | 13 | A.   No. They -- they can call in anytime they wanted               |
|       | 14 | to.                                                                 |
| 11:34 | 15 | Q.   In terms of a routine call, though, --                         |
|       | 16 | A.   That was --                                                    |
|       | 17 | Q.   -- 7:00 o'clock every morning?                                 |
|       | 18 | A.   That was standard. Unless we needed to know                    |
|       | 19 | something later in the day, we'd ask them to call in or             |
| 11:34 | 20 | call them.                                                          |
|       | 21 | Q.   And who would handle the traffic calls?                        |
|       | 22 | A.   I think mostly at that time Chad was. But whoever              |
|       | 23 | was there; could have been Steve, could have been Scooter.          |
|       | 24 | Q.   And what information would the boats provide when              |
| 11:34 | 25 | they called in with the traffic?                                    |

| | | |
|---|---|---|
| | 1 | A. Our customers basically wanted to know where we |
| | 2 | were, what we had barge-wise. |
| | 3 | Q. And what about what barges were in tow? |
| | 4 | A. Let's just say what we had in tow and maybe ETA |
| 11:35 | 5 | if we were getting close to a place. |
| | 6 | Q. So you would feel pretty comfortable that every day |
| | 7 | you knew which boats had which barges and where they were? |
| | 8 | A. In the mornings when the boats called in, yes, they |
| | 9 | would tell us that. |
| 11:35 | 10 | Q. And did you-all make it a practice to publish that |
| | 11 | information out to your customers? |
| | 12 | A. We would then put it in the fax machine, yes, sir. |
| | 13 | Q. And who would it be faxed to? |
| | 14 | A. Whoever we might be towing for. |
| 11:35 | 15 | Q. Did you also send it to people that you weren't |
| | 16 | towing for at that particular moment? |
| | 17 | A. More than likely so they'd know where our boats |
| | 18 | were. |
| | 19 | Q. So that if they happened to have a barge somewhere |
| 11:35 | 20 | where you had a boat going, they'd know that you might be -- |
| | 21 | A. We were going to be there. |
| | 22 | Q. Did you -- At the time of the causeway allision, or |
| | 23 | before that, were you aware of the fact that there were strong |
| | 24 | currents that ran through that area between the swing bridge |
| 11:36 | 25 | and the causeway? |

|       |    |                                                                    |
|-------|----|--------------------------------------------------------------------|
|       | 1  | Q.   You mentioned earlier that the dispatchers were               |
|       | 2  | responsible for assigning boats to barges. Were there any          |
|       | 3  | particular rules or protocols that they used to do that?           |
|       | 4  | A.   Meaning?                                                      |
| 11:40 | 5  | Q.   Was there any set standards for how they went about           |
|       | 6  | assigning boats to barges?                                         |
|       | 7  | A.   Depends on which boat was in which port and what              |
|       | 8  | barges were there and what needed to come out.                     |
|       | 9  | Q.   Well, let's talk for just a second about the Brown            |
| 11:40 | 10 | Water V. Was there a set standard as to how many barges it         |
|       | 11 | could safely handle?                                               |
|       | 12 | A.   Normally three to four is what he was assigned.               |
|       | 13 | Q.   And are we talking about loaded or empty, or did it           |
|       | 14 | matter?                                                            |
| 11:41 | 15 | A.   Normally it was no more than three loads, one empty           |
|       | 16 | or two and two.                                                    |
|       | 17 | Q.   Three loads, one empty or two and two?                        |
|       | 18 | A.   Two empties, two loads.                                       |
|       | 19 | Q.   And how was that information communicated to the              |
| 11:41 | 20 | other people at Brown Water?                                       |
|       | 21 | A.   Verbally, I guess.                                            |
|       | 22 | Q.   How did that come to be the rule of thumb?                    |
|       | 23 | A.   I don't know. That was just determined at some                |
|       | 24 | point many years ago that that's rule of thumb. That's what        |
| 11:41 | 25 | the boat would be assigned.                                        |

|  |  |  |
|---|---|---|
|  | 1 | equipment and cargo carried onboard. It is the duty of the |
|  | 2 | captain to keep himself fully informed and adhere to all |
|  | 3 | U.S. Coast Guard and other relevant laws, regulations, and |
|  | 4 | directives affecting the operation of the vessel. |
| 12:17 | 5 | That's written in your operations manual. Is |
|  | 6 | that your understanding of the -- of the Brown Water guidelines |
|  | 7 | given to their captains and responsibilities assigned to their |
|  | 8 | captains? |
|  | 9 | A.   Yes. |
| 12:17 | 10 | MR. STRAWN: Objection, leading. |
|  | 11 | A.   As -- as captain, that boat is his responsibility. |
|  | 12 | Q.   (BY MR. GOODIER) It also says that: The captain |
|  | 13 | shall set forth the courses to be steered and specific |
|  | 14 | instructions to be carried out and shall require wheelhouse |
| 12:18 | 15 | personnel to familiarize themselves with that. |
|  | 16 | A.   Again, that's his boat, and he's responsible for it. |
|  | 17 | MR. HARRELL: Objection, responsiveness. |
|  | 18 | Q.   (BY MR. GOODIER) I take it that Brown Water is still |
|  | 19 | in operation today? |
| 12:18 | 20 | A.   Yes. |
|  | 21 | Q.   Has the Coast Guard stopped your company from |
|  | 22 | operating, put you out of business? |
|  | 23 | A.   No. |
|  | 24 | Q.   If -- You were mentioning a booklet or a book called |
| 12:18 | 25 | the Inland River Record guide or journal? |