1      UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF TEXAS
2           BROWNSVILLE DIVISION

3

4

5   IN RE THE COMPLAINT AND      * CIVIL ACTION
    PETITION OF BROWN WATER       *
6   TOWING I, INC., AS OWNER,     * NO. B-01-157
    AND BROWN WATER MARINE        *
7   SERVICE INC., AS BAREBOAT     * c/w
    CHARTERERS, OF THE BROWN      *
8   WATER V, ITS ENGINES, TACKLE, * CIVIL ACTION
    ETC., IN A CAUSE OF           *
9   EXONERATION FROM OR           * NO. B-02-004
    LIMITATION OF LIABILITY       *
10                                *
    IN THE MATTER OF AMERICAN     * Admiralty
11  COMMERCIAL LINES AS OWNER     *
    AND AMERICAN COMMERCIAL BARGE *
12  LINE LLC AS CHARTERER OF THE  *
    BARGES NM-315, VLB-9182,      *
13  ACL-9993B, VLB-9173, PRAYING  *
    FOR EXONERATION FOR AND/OR    *
14  LIMITATION OF LIABILITY       *
                                  *
15  *  *  *  *  *  *  *  *  *  *  *

16

17

18

19          Transcript of the videotaped
    deposition of **PATRICK D. HOESSLE**, ▮▮▮▮
20  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Jeffersonville,
    Indiana 47130, taken in the offices of
21  Jones, Walker, Waechter, Poitevent, Carrere
    & Denegre, 52nd Floor, Bank One Center, 201
22  St. Charles Avenue, New Orleans, Louisiana
    70170, on Monday, the 15th day of July,
23  2002.

24

25                              **EXHIBIT 12**

**2**

1    **APPEARANCES:**

2

3

4    WATTS & HEARD
     (By:  Mikal C. Watts, Esquire
5                 - and -
                Ray R. Marchan, Esquire)
6    1926 East Elizabeth Street
     Brownsville, Texas  78520-4933
7         (Attorneys for Brigete Goza,
            Gustavo Morales, Jacqueline
            Paddock, and Lydia Zamora)
8

9

10   LAW OFFICES OF HERIBERTO MEDRANO
     (By:  Heriberto "Eddie" Medrano,
11                Esquire)
     1101 West Tyler Street
12   Harlingen, Texas  78550
          (Attorneys for the Harris
13         Claimants)

14

15

16   SCHIRRMEISTER AJAMIE
     (By:  S. Mark Strawn, Esquire)
17   Suite 2150
     Pennzoil Place - South Tower
18   711 Louisiana
     Houston, Texas  77002
19        (Attorneys for the Estate of
            Julio Morales, et al)

20

21

22   GAUNTT & KRUPPSTADT
     (By:  J. Chad Gauntt, Esquire)
23   Suite C
     9004 Forest Crossing Drive
24   The Woodlands, Texas  77381
          (Attorneys for the Estate of
25         Stvan Rivas, et al)

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

**Gaudet, Kaiser & Pepper**
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

3

1    **APPEARANCES** (continued):

2

3            LAW OFFICE OF JULIAN RODRIGUEZ, JR.
             (By:  Nathan Pekar, Esquire)
4            100 West Pecan Street
             McAllen, Texas 78501
5                (Attorneys for the Estate of
                     Omar Hinojosa, et al)
6

7

8            KITTLEMAN, THOMAS, RAMIREZ
             & GONZALES
9            (By:  Andres H. Gonzales, Jr.,
                       Esquire)
10           4900-B North 10th Street
             Post Office Box 1416
11           McAllen, Texas  78505
                 (Attorneys for the Mata
12                   Claimants)

13

14

15           ROYSTON, RAYZOR, VICKERY & WILLIAMS
             (By:  Will Pierson, Esquire)
             1700 Wilson Plaza West
16           606 North Carancahua
             Corpus Christi, Texas 78476
17               (Attorneys for Petitioners,
                     Brown Water Marine Service,
18                   Inc., et al)

19

20

             JONES, WALKER, WAECHTER, POITEVENT,
21           CARRERE & DENEGRE
             (By:  Glenn G. Goodier, Esquire)
22           52nd Floor
             Bank One Center
23           201 St. Charles Avenue
             New Orleans, Louisiana  70170
24
                       - and -
25

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

**Gaudet, Kaiser & Pepper**
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

4

1    **APPEARANCES (continued):**

2

3

4    BURT BARR & ASSOCIATES
     (By:  John Holman Barr, Esquire)
5    304 South Record Street
     Dallas, Texas  75202
6        (Attorneys for American
          Commercial Lines LLC and
7         American Commercial Barge Line
          LLC)

8

9

10   ADAMS AND REESE
     (By:  Mark J. Spansel, Esquire
11        - and -
          Edwin C. Laizer, Esquire)
12   Suite 4500
     One Shell Square
13   701 Poydras Street
     New Orleans, Louisiana  70139

14             - and -

15   OFFICE OF THE ATTORNEY GENERAL
     TRANSPORTATION DIVISION
16   (By:  Jack F. Gilbert, Esquire)
     Post Office Box 12548
17   Austin, Texas  78711-2548
         (Attorneys for the State of
18        Texas)

19

20

21   WILLIAMS BAILEY
     (By:  Byron M. Buchanan, Esquire)
22   Suite 600
     8441 Gulf Freeway
23   Houston, Texas  77017-5001
         (Attorneys for Hector Martinez,
          Sr.)

24

25

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

**Gaudet, Kaiser & Pepper**
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

5

1    **VIDEOGRAPHER:**

2

3

     Michael Gilmore
4    United Video Production Company
     Suite 205
5    418 Peoples Street
     Corpus Christi, Texas  78401

6

7

8    **REPORTED BY:**

9

10

     **M. H. GAUDET, JR., CCR, RPR, RMR**
11   Certified Court Reporter
     State of Louisiana

12

13

14

15

16

17         *        *        *        *        *

18

19

20

21

22

23

24

25

73

1    do something.

2        Q.    All right, sir.

3        A.    Because I would -- you know, I

4    don't -- my -- I talk to the captains pretty

5    regular on the telephone and -- you know,

6    and -- But they are the ears and eyes out

7    there.  They're the ones that ultimately

8    make the decision on whether to move

9    something.

10       Q.    When you say you talk to the

11   captains, you're talking about the tug

12   captains?

13       A.    Correct.

14       Q.    And that is only for ACBL tugs

15   or --

16       A.    That's correct.  That's

17   correct.

18       Q.    What about for non-ACBL tugs?

19   Do you talk to --

20       A.    No.

21       Q.    -- their captains?

22       A.    No.

23       Q.    Why not?

24       A.    I have no cause to.  I would

25   just --

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

74

1      Q.      Why would you have cause to
2  talk to ACBL tug captains pushing ACBL
3  barges but not have cause to talk to
4  non-ACBL tugboats pushing ACBL barges?
5      A.      Again, what -- If it's a
6  non-ACBL boat, then they have -- that
7  company has their own operations group.
8              Basically, all's I'm doing is
9  talking to a dispatcher who's an equal as
10 myself in another company, and if I tell him
11 that -- or her -- that I have a barge that I
12 would like for them to move, as I don't have
13 the resources, I don't have a boat in the
14 area or at -- or at the time, and so then I
15 would basically just tell them what the
16 barge is, what it's loaded with, where it's
17 at, and where it's going, and then they
18 would offer back to me a timing of when they
19 could move it or when they foresee that
20 they'll be able to move it.
21             If that's acceptable to me,
22 then I will go ahead and tell them to move
23 it.  If it's not, then I would say, "Well,
24 let me look and see if somebody else has a
25 better timing."

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 924-9411
FAX (225) 926-9762

1    tugs horsepower-wise?

2        A.    No.

3        Q.    All right, sir.  So assuming

4    our hypothetical -- You've got the four

5    barges; ACBL tugs are not available -- do

6    you just pick one of these five carriers at

7    random, or is it alphabetical, or do you

8    take sequential turns going from one carrier

9    to the next, or how do you do that?

10       A.     Well, the way that -- that I do

11   it is, number one, that area from Bolivar,

12   which is mile 350 on the West Canal to

13   Brownsville, that's an area there's

14   typically not a lot of players over there at

15   any one time, and it's -- it -- I would call

16   it somewhat of a niche market.

17            And Brown Water has chosen to

18   operate in that area full-time.  They don't

19   go anywhere else.  Of course, they go to

20   Houston, but I mean they don't go -- You're

21   not going to see a Brown Water boat on the

22   Lower Miss. -- Well, you might, but very,

23   very rarely.  They tend to operate all their

24   boats in --

25            Basically, whether it's ACBL or

130

1    Ingram or ORC or whomever the company is, if

2    you have very many barges that are going to

3    be going to Brownsville, Brown Water's going

4    to offer probably the most timings.  They

5    have the most boats.  So just by the sheer

6    fact that they operate five or six boats

7    over there, that makes them a very strong

8    presence over there.  So that -- And that's

9    their area of expertise.  That's where they

10   operate all the time.  So I typically start

11   with them.

12         Q.    Because they have the most

13   number of tugs down there?

14         A.    Correct.

15         Q.    All right, sir.

16         A.    And, again, it's -- Like I

17   said, it's a niche market.  And that's --

18   you know, that's -- You know, that's solely

19   where they operate, and, you know, who

20   should know that area better than them?

21         Q.    All right, sir.  Do you know --

22   First of all, you've been using Brown Water

23   to transport your barges for the five and a

24   half years that you were working in the --

25         A.    Correct.

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

132

1    that correct?

2         A.    Yes.

3         Q.    All right, sir.  Do you know --

4         A.    They don't own any barges.

5    They're strictly in the towing business.

6         Q.    All right, sir.  Concerning

7    these Brown Water tugs, do you know what

8    horsepower they have?

9         A.    No.  (Witness shakes head

10   negatively.)

11        Q.    Have you ever visited the Brown

12   Water facilities?

13        A.    No, I haven't.

14        Q.    Have you ever been on any Brown

15   Water tugs?

16        A.    No, I haven't.

17        Q.    Have you ever visited the South

18   Texas area, Port Isabell, Port of

19   Brownsville?

20        A.    No, I haven't.

21        Q.    Now, concerning your

22   contracting or hiring now for like, say,

23   Brown Water to go ahead and push your

24   barges, who determines how much they are to

25   be paid, or how is that determined?

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411

133

1          A.      I don't -- I don't keep track

2    of the rates.  There's a -- There's this

3    kind of an accepted industry standard over

4    there.  It's a function of the Union City

5    rates, and it's accepted scale, and I

6    believe they work off of that.  But I really

7    don't -- I really don't keep track of that.

8          Q.      Well, let me ask you this.

9              If -- If you had these barges

10   to move from Port of Brownsville, would you

11   be charged the same by Brown Water to push

12   these same four barges vis-a-vis Blessey or

13   Western Towing, or would each company charge

14   you a different rate?

15         A.      I don't know.

16         Q.      You don't know?

17         A.      I don't know.  (Witness shakes

18   head negatively.)

19         Q.      All right.  So do you know

20   whether or not one of these third-party tug

21   carriers charges more or less than another?

22         A.      I don't.  I'm assuming that

23   they're all relatively comparitable [sic].

24              But, again, all these -- All

25   these principal carriers were already being

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

155

1          A.      Yes, sir.

2          Q.      He's still Vice President of

3    Distribution?

4          A.      Well, no, he is not.  Just

5    recently he is -- was promoted.

6          Q.      All right.  What's his position

7    now?

8          A.      I think he is Senior Vice

9    President of Sales and Marketing.

10          Q.      All right, sir.  So who has the

11    post now of Vice President, Distribution

12    Services?

13          A.      That would be an individual by

14    the name of Bob Burns.

15          Q.      B-u-r-n-s?

16          A.      I think so.

17                  Actually, they're in a

18    transition, and Mr. Kazunas is still acting

19    as my boss and doing other duties, and I

20    haven't met this new guy yet.

21          Q.      Are you aware of any other

22    audits that ACBL has conducted on any

23    third-party tug carriers?

24          A.      I'm not, no.

25          Q.      All right, sir.  Now I'd like

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

156

1    to ask you some questions concerning these

2    particular barges belonging to ACBL that

3    were involved in the collision with the

4    Queen Isabella Causeway on September the

5    15th.

6              All right, sir?

7    A.      Okay.

8    Q.      Now, it's my understanding --

9    And correct me if I'm wrong -- that the day

10   before the accident, the collision with the

11   bridge, the BROWN WATER V, the tugboat BROWN

12   WATER V --

13   A.      Right.

14   Q.      -- was traveling to the port of

15   Brownsville towing three ACBL barges; is

16   that right?  Is that your understanding?

17   A.      Yes.

18   Q.      And were you the gentleman that

19   had gone ahead and hired Brown Water to go

20   ahead and push those three ACBL barges?

21   A.      Sure.

22   Q.      All right, sir.  And who did

23   you speak to specifically, if you can

24   recall, concerning the hiring of Brown Water

25   to go ahead and push those three barges?

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

157

1    A.    I'm almost positive it was Chad

2    Chapman is who I spoke with.

3    Q.    And when you call Mr. Chapman,

4    do you call him there in Rockport?

5    A.    Yes.

6    Q.    All right.  And what is

7    Mr. Chapman's position with Brown Water?

8    A.    He --

9    Q.    As best as you know.

10   A.    As much as I know, he's a

11   dispatcher.  I know he does handle that --

12   that function for the company.  He may have

13   other hats.  I don't know.

14   Q.    These three barges, sir, where

15   were they prior to being picked up by the

16   BROWN WATER V?

17   A.    I would -- I would believe that

18   they were in Bolivar, at the fleet at

19   Bolivar at West Canal 343.70.  It's an

20   interchange point that we use to drop barges

21   that are going further west as opposed to

22   taking them to Houston.

23   Q.    Do you recall what was the

24   final destination of the three barges?

25   A.    No, not off the top of my head

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

158

1   I don't.  I knew they were westbound.

2          Q.      Would it refresh your memory if

3   I told you that supposedly one of the barges

4   was headed towards the Port of Harlingen?

5          A.      Yes.

6          Q.      And just one of the three

7   barges; right?

8          A.      I believe so.

9          Q.      Do you recall what the three

10  barges were carrying?

11         A.      No.  (Witness shakes head

12  negatively.)  I don't remember specifically.

13         Q.      Were these dry cargo barges?

14         A.      Could have been.  I mean I --

15  I remember the one that was going to

16  Harlingen, I think, was a load of phosphate.

17  I don't recall what other -- else he had in

18  tow.

19         Q.      All right, sir.  Do you recall

20  when you -- what is the date or how many

21  days before September the 15th you had gone

22  ahead and contacted Mr. Chapman to go ahead

23  and move with these three barges down to

24  South Texas?

25         A.      I would have -- I would have

1   probably booked those with him two or three,

2   maybe four days in advance of his boat

3   actually arriving at Bolivar to pick them

4   up.

5        Q.    All right, sir.  Now, let me go

6   ahead and ask you some questions at this

7   point concerning the three barges of steel

8   coils that, by September the 8th, you

9   already had present and loaded there in the

10  Port of Brownsville.

11              Okay, sir?

12       A.    Okay.

13       Q.    Okay.  Now, based on the

14  documents that I have seen, am I correct in

15  understanding that these three barges that

16  were part of the four that struck the

17  Causeway were already present in the Port of

18  Brownsville and already loaded with steel

19  coils by September the 10th?

20       A.    I don't recall specifically,

21  but if it's what it shows, then -- then I

22  would agree with you.

23       Q.    All right, sir.  And so my

24  question to you, then, is:  When do you --

25  Or when did you go ahead and contract with

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1  somebody to go ahead and move these barges

2  out of the Port of Brownsville and on their

3  way up north the channel [sic]?

4       A.      I don't -- I don't recall.  I

5  mean I could have did it at the same time

6  that I booked the ones westbound, but I may

7  have done it after that.  I may not have

8  got -- You know, in other words, he may have

9  already been proceeding west with the

10 westbound barges when I found out that these

11 barges were, in fact, loaded in Brownsville,

12 at which point I would have called them and

13 said, "I've got three loads in Brownsville

14 that I need to move back, that -- you know,

15 that I would like for you to move."

16          And he could have told me that,

17 "I've got -- Great.  I've got a boat there

18 right now that can take them," or -- which,

19 as it turns out, he had told me that, well,

20 he didn't have anybody until the BROWN WATER

21 V got there, and then after he dropped tow,

22 that he would pick those three up and then

23 proceed -- return back eastbound with those

24 loads.

25          Q.      All right.  Let's back up for a

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1   little bit, because you lost me.

2       A.      Okay.

3       Q.      Are you telling me that you do

4   recall talking to Mr. Chapman about the

5   three barges there in the Port of

6   Brownsville?

7       A.      Not specifically, but obviously

8   I would have had to have booked -- talked to

9   him and booked them with him, because they

10  moved them out.

11      Q.      Well, let me ask you this.

12              What is the normal operating

13  procedure concerning barges that are loaded

14  and ready to be transported?  How -- How

15  soon -- Or when do you first go ahead and

16  start calling someone about towing these

17  barges?

18      A.      Well, it -- It depends.  As

19  soon as you find out that they're loaded,

20  then you need to start thinking about how

21  you're going to move them and, if you're not

22  going to move them, who's going to move

23  them.

24      Q.      Just a moment, please.

25              Isn't it true -- I can't find

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

162

1    the document.

2              Isn't it true that, in fact,

3    these three barges there in the Port of

4    Brownsville had already been loaded and were

5    waiting to be transported for at least a

6    week prior to September the 15th?

7        A.      It could have been.

8        Q.      And so what I'm asking you is,

9    assuming that it was, for purposes of these

10   questions --

11       A.      Right.

12       Q.      -- when did you first go ahead

13   and contact Brown Water to move the barges?

14       A.      I don't remember.

15       Q.      How can you -- What document --

16   What can you review that would go ahead and

17   tell us when you went ahead and contracted

18   with Brown Water to move these three barges?

19       A.      There's -- There's not a

20   document.  I mean that would have just been

21   a verbal that I would have let them -- let

22   Chad know that they were loaded.

23              Well, I like to think that I

24   knew -- I like to think that I knew that

25   they were loaded the day they loaded, but

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

163

1    it -- Depending on, you know, whether it was

2    a weekend and -- you know, I may have --

3    They may have loaded on the 10th.  I may not

4    have actually known that they were loaded

5    until the 11th or the 12th.

6        Q.    My question to you is this:

7    Don't you have to make some type of an entry

8    into your computer that would indicate when

9    you contacted brown Water to go ahead and

10   move these three barges from the Port of

11   Brownsville?

12       A.    No.  All's I would do, if I

13   wanted -- If I wanted to move that

14   particular barge with Brown Water, I'd pull

15   the barge number that I planned to move with

16   Brown Water, and I have a boat number set up

17   in our system that reflects that if anyone

18   else looks at it, that they know that it's a

19   Brown Water boat that's going to move it.

20            And I would just -- whatever

21   Chad told me -- Whichever boat he elected to

22   use, he would tell me the boat, and then I

23   would just put that on there.  That way if

24   the customer called and wanted to inquire

25   was this barge moving, "No, it's not.  It's

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

164

1  interchanging."  "Well, does it have a

2  schedule to be moved?"  "Yes, it does."  And

3  then you could look and see that it -- that

4  it had a Brown Water boat pickup number on

5  it.

6       Q.    All right.  So let me see if I

7  understand this correctly.

8             When you talked to Chad at

9  Brown Water and you told him that you had

10 three barges at the Port of Brownsville to

11 be towed out of there, he told you, "Yes.

12 I'll do it," and he told you which tug he

13 was going to assign to do the job?

14      MR. GOODIER:

15            Let me object to the form of

16 the question.  I believe he didn't remember

17 that conversation specifically.

18 EXAMINATION BY MR. MEDRANO:

19      Q.    Is that correct?

20      A.    He told me he would move it --

21      Q.    All right.

22      A.    -- and he might have -- But he

23 didn't specifically say which tug.

24 Typically what he does is, as I told you

25 before, they have quite a few boats.  Some

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1     of them are on -- that are just tramping

2     barges.  Some of them are on individual

3     jobs.  And he might -- and which he might

4     tell me that he plans on it being this boat

5     so that I can then put that on -- you know,

6     on my screen.  But it could end up being --

7     I mean he has the authority to choose which

8     boat he moves it [sic].

9         Q.     Yes, sir.

10         But my question to you is this:

11     Is it my understanding that when you talked

12     to Mr. Chapman --

13         A.     Yes.

14         Q.     -- in general --

15         A.     Yes.

16         Q.     -- concerning him moving barges

17     for you --

18         A.     Right.

19         Q.     -- that he tells you more often

20     than not --

21         A.     Right.

22         Q.     -- which specific tug he is

23     going to assign to do the job that you've

24     requested him to do?

25         A.     Right.

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    the barge history that it's the -- that has

2    the sequential statuses on it.  It would

3    show -- if you were reading the sequence of

4    events, that barge would show movement --

5    Most likely it would show movement on one of

6    my boats where it interchanged, and it would

7    give the time that it interchanged, when it

8    started, you know, waiting -- basically

9    waiting at Bolivar.

10            And then once -- The next step

11   would be it would show en route on the BROWN

12   WATER V at a given time when it -- that --

13   when it actually, you know, picked it up.

14       Q.    And so have you had an

15   opportunity to review the documents

16   concerning the history of these three barges

17   when they were being transported on

18   September 14th, 15th?

19       A.    I'm not sure I follow you.

20   Yeah.

21       Q.    If the three barges that were

22   involved in the collision with the bridge --

23       A.    Right.

24       Q.    -- that were in the Port of

25   Brownsville that were being transported by

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

173

1  the BROWN WATER V, have you had an

2  opportunity to review the documents, the

3  history sheets involving the trafficking of

4  those three barges and who was pushing

5  them -- who was supposed to push them?

6        A.        What do you mean, have I had a

7  chance?  You mean did I go look at them?

8        Q.        Have you looked at them since

9  the date of the accident?

10        A.        Yeah.

11        Q.        Okay.  Who -- Which of the

12  Brown Water tugs was originally assigned to

13  go ahead and push those three ACBL barges

14  north from port of Brownsville?

15        A.        Eastbound back?

16        Q.        Yes, sir.

17        A.        I believe that was the BROWN

18  WATER V is what was originally set on them.

19        Q.        And how many barges was the

20  BROWN WATER V supposed to push back from the

21  Port of Brownsville?

22        A.        Three.

23        Q.        And how many barges do you know

24  the BROWN WATER V was pushing back from the

25  Port of Brownsville on the day in question?

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

174

```
1          A.      He was pushing back four.

2          Q.      Why?

3          A.      I don't know.

4          Q.      Do you know -- Do you yourself

5   know -- Do you have any information that has

6   been made available to you prior to

7   September the 15th that would lead you to

8   believe that, in fact, the BROWN WATER V had

9   the capacity to go ahead and push four ACBL

10  barges through the Queen Isabella Causeway

11  safely, you yourself?

12         A.      One more time, please.

13         Q.      Prior to September the 15th,

14  did you yourself receive any information or

15  have any personal knowledge that the BROWN

16  WATER V, the tug BROWN WATER V, had the

17  capacity to go ahead and push four ACBL

18  barges safely through the Queen Isabella

19  Causeway?

20         A.      No.

21         Q.      And, in fact, is it your

22  testimony that you hired the BROWN WATER V

23  to go ahead and push three barges?

24         A.      That's correct.

25         Q.      And this fourth barge that was
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

175

1  not loaded at the Port of Brownsville was

2  also an ACBL barge; correct?

3         A.    Correct.

4         Q.    And it was supposed to be

5  dropped off at the Port of Harlingen; is

6  that correct?

7         A.    Correct.

8               On its --

9         Q.    But it was not --

10        A.    On its way eastbound, it was to

11 be dropped out.

12        Q.    But it's your understanding

13 that it was not dropped off at the Port of

14 Harlingen?

15        A.    That's correct.

16        Q.    Do you know why?

17        A.    No.

18        Q.    Did anybody ever call you and

19 tell you why, in fact, it had not been

20 dropped off at the Port of Harlingen?

21        A.    No.

22        Q.    You told us earlier that if

23 there was a problem that a third-party

24 captain had concerning your ACBL barges,

25 that it was your understanding that that

601 POYDRAS STREET, SUITE 2803
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

176

1    tugboat captain could contact his

2    dispatcher --

3         A.     Correct.

4         Q.     -- who would then go ahead and

5    be able to contact you?

6         A.     Correct.

7         Q.     Were you, in fact, contacted by

8    Brown Water and told that on its east --

9         MR. GOODIER:

10              West.

11   EXAMINATION BY MR. MEDRANO:

12        Q.     -- westbound voyage -- I keep

13   thinking north and south.

14        MR. GOODIER:

15              I know.

16   EXAMINATION BY MR. MEDRANO:

17        Q.     -- that on its westbound

18   voyage, the BROWN WATER V was not going to

19   be able to drop off this barge at the Port

20   of Harlingen?

21        A.     No.

22        Q.     Isn't it -- Isn't it your

23   policy as a dispatcher that you want to know

24   when, in fact, a third-party carrier cannot

25   fulfill its obligations?  They're supposed

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762