1  on the Elmo so we can look at them.

2  EXAMINATION BY MR. STRAWN:

3      Q.      This is just a document that --

4  You recognize this, though, as a -- as

5  the --

6      A.      Right.

7      Q.      -- barge history; right?

8      A.      Yes.  It's the -- It says

9  succession of statuses for a barge.

10      Q.      And this particular one,

11  though, that we've been produced, do you

12  know who went to the computer and pressed

13  the right buttons to get it to print out for

14  the various barges?

15      A.      No, I don't.

16      Q.      Do you know when that was done?

17      A.      No, I don't.

18      Q.      Did you ever go back after the

19  September 15th incident, that you can

20  recall, and have to make any corrections to

21  the information on the computer regarding

22  any of these four barges?

23      A.      Yes; on the phosphate barge.

24      Q.      What kind of information did

25  you have to change after September 15th?

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9100

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1          A.      Well, that's when I learned

2     that the barge -- Is this the one?

3     (Indicating)  Because I can't -- I need to

4     move that around.  I don't know if that's

5     the barge in question.

6               Can you move that?

7          Q.      Yes.

8          A.      Is that the barge in question?

9          Q.      Are you looking for the one

10    that was carrying phosphate?

11         A.      Oh.  I'm sorry.

12               Yes.  Is this the one,

13    VLB-9173?  (Indicating)

14               That is the phosphate.  I'm

15    sorry.  Yes, it is the phosphate one.

16         Q.      Okay.  What information on that

17    document did you have to go back and change?

18         A.      Well, on Saturday I had found

19    out that the phosphate barge did not drop,

20    and if you -- and if you -- you see there

21    was an entry there of an E-98, which

22    basically stands for a shift at West Canal

23    669.50.  That is the -- That's the Port of

24    Harlingen.

25         Q.      Am I -- Well, have you got --

232

1    Am I pointing to that entry now, that you

2    can see, E-98?

3          A.      Yes.

4          Q.      So tell me what you did with

5    that entry and when you did it.

6          A.      Well, I had -- I found out that

7    it didn't, in fact, drop when I thought it

8    did.  So I showed it back on the -- on the

9    boat, and I showed it as an E-98 with the

10   BROWN WATER V on it.

11         Q.      And when did that change get

12   made?

13         A.      That was Saturday.  I had -- I

14   had anticipated that barge dropping, and I

15   had shown it to drop on the 14th and then

16   found out that it -- in fact, it actually

17   did not drop.  And so I changed it and

18   showed it -- that it went back on the BROWN

19   WATER V, and the BROWN WATER V had it,

20   and -- and it was in his tow until he gave

21   it to the BROWN WATER VIII, who was -- ended

22   up being the boat that actually shifted it

23   up to Port Harlingen.

24         Q.      On the 21st?

25         A.      That's correct, as to when it

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411

233

1    actually reached its destination.

2         Q.    Are there any other changes

3    that you made to the barge history reports

4    after the incident?

5         A.    No.

6         Q.    Now, take me through what --

7    what is the -- These E-98s are under a

8    column that says "STA" up at the top.

9         A.    Status.  That's the status, the

10   individual statuses.  And E -- An E-98 means

11   that it's being moved, that it's under

12   movement.

13        Q.    Okay.

14        A.    Such as if you go to the very

15   top of the page up here, it's showing the

16   E-98 by the tug the CLYDESDALE.  And it

17   looks like the CLYDESDALE gave it to the

18   JULIE S, who had it, who gave it to a tug

19   that dropped it into the Comanche fleet up

20   there.  That's --

21        Q.    Now, there are -- There are a

22   lot of different codes under -- under

23   status, so I assume it's --

24        A.    Yes.

25        Q.    -- more than just moving and

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1   lets us know there's any damage or something

2   like that that we may not know about.

3          Q.      Who is that, sir?

4          A.      That is -- The name of the

5   company is Iron Mike Marine.  And he -- he

6   works -- He's private.  He -- You know, he

7   cleans barges for not only us but other

8   people out there that unload barges.

9          Q.      Do you know who at ACBL or on

10  behalf of ACBL authorized the immediate

11  repairs to the barge that was damaged in

12  this allision?

13         A.      No.  If it was a barge -- If

14  they authorized repair for a barge, it would

15  have been someone from barge maintenance.

16         Q.      Okay.  In order for your barge

17  to have been repaired, you would have

18  expected someone from your company to have

19  made the authorization?

20         A.      Yes.  (Witness nods head

21  affirmatively.)

22         Q.      There was some talk previously

23  in your testimony about the fourth barge

24  that came east from Brownsville on the night

25  of this allision, the one that was supposed

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

264

1 to have been dropped off in the Port of

2 Harlingen the previous day on the way west.

3             Do you remember that --

4      A.    Yes.

5      Q.    -- line of questioning?

6             And you have no recollection of

7 finding out about that fourth barge being in

8 the tow until after this particular

9 allision; correct?

10      A.    Correct.

11      Q.    Now, I think I understood your

12 testimony correctly, but I wanted to make

13 sure.

14             As I heard your testimony, even

15 if you had known beforehand, before the

16 incident about the fourth barge, it wouldn't

17 have mattered to you because it had to keep

18 moving until its ultimate destination?

19      A.    Right.

20             The company was -- Brown Water

21 was -- They were in charge.  That barge was

22 under their care and custody.  And me not

23 being a member of operations of my own

24 company, I had really no authority to tell

25 them -- I mean basically they would have

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411

1    just let me know what their game plan was.

2         Q.     Nor did you have any problem

3    with that?  If somebody had told you

4    beforehand there's a fourth barge coming up,

5    you wouldn't have objected and say, "Oh, no.

6    Wait a minute.  I have a problem with that"?

7         A.     No, sir.

8         Q.     You testified previously about

9    how frequently you use Brown Water from

10   Bolivar to Brownsville.

11              Do you recall that?

12        A.     Yes; and points in between.

13        Q.     How often would you say you use

14   Brown Water on that run?  Is it 95 percent

15   of the time?  Ninety?

16   MR. GOODIER:

17              I'm sorry.  Do you mean the run

18   all the way from Bolivar all the way to

19   Brownsville?

20   MR. SPANSEL:

21              And back, yes.

22   MR. GOODIER:

23              Because he said "points in

24   between," so I just --

25   THE WITNESS:

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

310

1    exchange of dialogue about what you might

2    need and where you might need it?

3            A.    Correct.

4            Q.    And then they'll let you know

5    whether or not they'll have a tugboat in the

6    area?

7            A.    That is correct.

8            Q.    Is there a term that's used in

9    y'all's industry about a commitment to

10   commit a barge to a particular tugboat?

11           A.    Perhaps just -- We might say

12   that we booked it with somebody.

13           Q.    Booked it.  All right.

14                 There's no written

15   documentation of that; is there?

16           A.    No, sir.

17           Q.    And there hasn't ever been in

18   the industry, to your knowledge?

19           A.    No, sir.

20           Q.    Now, when ACBL, say, books a

21   barge with Brown Water Marine Service, can

22   you unbook it?

23           A.    Sure.

24           Q.    And what are the circumstances

25   when you can unbook it?

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

311

1      A.      Well, you could unbook it at

2   your whim, if you so desired.

3      Q.      If you didn't want a carrier to

4   take it?

5      A.      Correct.

6      Q.      Now, the other side of the coin

7   is do you rely upon the tugboat companies to

8   transport the barges safely to where they're

9   to be transported?

10     A.      Yes.

11     Q.      You talked about, a couple of

12  times here, committing the barges to the

13  care and custody of the tugboat company.

14          Do you recall that?

15     A.      Yes, sir.

16     Q.      Explain for us what that means.

17     A.      It's -- It's as if that barge,

18  by the -- me verbally booking it with them,

19  is now their barge and that it's under their

20  care and custody and that they're

21  responsible for it until it gets to where

22  there's -- wherever it is that we've agreed

23  upon.

24     Q.      Is that your understanding of

25  what the practice is in the industry?

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-8767

1        A.        It's accepted practice, yes,

2  sir.

3        Q.        Now, there was this discussion

4  of the chemical barge, the phosphate barge,

5  and why it didn't go to the Port of

6  Harlingen.

7                  Do you recall that?

8        A.        Correct.

9        Q.        Did Brown Water Marine ever

10  call you up and tell you, "We're not taking

11  the phosphate barge to Harlingen"?

12        A.        No, sir.

13        Q.        Did they ever explain why they

14  didn't do that?

15        A.        I think after the fact it was

16  brought to my attention that -- I believe

17  they had a problem with their -- one of

18  their boats, and they wanted to get some

19  work done on it.

20        Q.        Now, is that an unusual

21  situation, in your experience with ACBL,

22  where a tugboat company will not tell you,

23  for example, where they've taken one of the

24  barges?

25        A.        No, that's not uncommon.  I

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1   mean it -- No.  I mean they'll -- I would

2   get that traffic the following morning

3   anyway.  So, no, that's not uncommon.

4        Q.      Now, when you book a barge,

5   let's say, from Bolivar to Brownsville with

6   Brown Water Marine Service, is there

7   customarily a time limit when the barge is

8   to arrive in Brownsville?

9        A.      No, sir.  (Witness shakes head

10  negatively.)

11       Q.      Does ACBL rely upon the tugboat

12  company to determine when it will deliver

13  the barge?

14       A.      Yes.

15       Q.      And let's say, for example, it

16  takes, what, four or five days to get from

17  Bolivar to Brownsville, normally?

18       A.      Yes.  (Witness nods head

19  affirmatively.)

20       Q.      Okay.  And during that four or

21  five days, does ACBL customarily make an

22  attempt to determine whether or not that

23  barge -- where it is?

24       A.      Once that barge is in tow, we

25  get a daily update on the progress of the

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

314

1    boat.  So every 24 hours we get an update on

2    how -- how the movement is progressing.

3         Q.      From the tugboat company?

4         A.      That's correct, from the

5    tugboat company.

6         Q.      Do you know what a hot barge

7    is, in the industry, what that term is?

8         A.      Yes.

9         Q.      I'm not talking about a

10    chemical barge or one that's heated.

11              Explain for us what a hot barge

12    is.

13         A.      It's basically -- It's when a

14    barge has a preference, in that if you have

15    two barges of identical shape, cargo,

16    with -- that are at the same location and

17    they have the same destination and you have

18    a choice to only move one of them, that --

19    that you would put a preference on the hot

20    barge.  It's just an indicator to give it

21    preference to move.

22         Q.      Does that change the rate

23    schedule in any way?

24         A.      No, sir.

25         Q.      Now, do you -- Are you familiar

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    with the Union City towing rate schedule?

2        A.      Vaguely.

3        Q.      Do you know how long it's been

4    in effect?

5        A.      I think since 1973 or

6    something.

7        Q.      Are there ever any allowances

8    or changes for fuel rates or fuel increases?

9        A.      There are.

10       Q.      But that's to be negotiated?

11       A.      That's correct.

12       Q.      Now, have you had other

13   occasions with towing companies other than

14   Brown Water Marine where a barge is not

15   dropped off at a particular location until

16   maybe a day later, a couple of days later?

17       A.      Yes.

18       Q.      Is that unusual?

19       A.      No.

20       Q.      Now, do you rely upon the

21   tugboat company to have the care and custody

22   of the barge to deliver that barge safely to

23   its destination?

24       A.      Yes, sir.

25       Q.      And to your knowledge, is that

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    the practice in the industry?

2         A.    Yes, sir.

3         Q.    Do you have any particular

4    knowledge in advance when a barge may -- one

5    of your barges may be dropped off, say, at a

6    fleet location and the tugboat company then

7    takes another run with another set of barges

8    and then comes back and gets your barge?

9    Does that ever happen, to your knowledge?

10        A.    One more time.

11        Q.    Okay.  Suppose with me that you

12   have some ACBL barges that are in tow by

13   Brown Water Marine.

14             Is there anything, to your

15   knowledge, that stops Brown Water Marine

16   from docking those barges at a fleet

17   facility, making a run with another

18   company's barges, and then coming back to

19   yours?

20        A.    No.   (Witness shakes head

21   negatively.)

22        Q.    Have you heard of that

23   happening?

24        A.    Yeah, I suppose.  I'm trying to

25   think of a specific example.  But I mean

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1   that's -- It's not uncommon for them to kind

2   of change the plan on you.

3       Q.      And you're talking about the

4   tugboat companies changing the plan?

5       A.      That's correct, based on what

6   issues they may be confronting.

7       Q.      Say, for example, after this

8   incident the BROWN WATER V was prevented

9   from leaving the Port of Brownsville, and so

10  a different Brown Water tug -- I think it

11  was the VIII -- then picked up the barges

12  and took them east.

13              Is that your understanding?

14      A.      Yes, sir.  That's correct.

15      Q.      Now, are there times in your

16  experience in this particular industry when

17  ACBL doesn't even know what particular tug

18  is going to be involved in a tow?

19      A.      Yes.

20      Q.      And are there times in this

21  particular industry when a tugboat company

22  will tell you, "We're committing this tug to

23  these tows or these barges," and then they

24  use a different tug?

25      A.      Yes.

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

318

1      Q.      And that's something that

2   there's no way that you can control --

3   control or predict that?

4      A.      No.

5      Q.      What are some of the factors

6   that dictate, in your experience, why that

7   might happen?

8      A.      Weather, unexpected weather, a

9   problem with a boat, perhaps their boat

10  breaks or something, or if it's come to

11  their attention that maybe one of the barges

12  in their tow is taking on water or something

13  like that.  There are many things that could

14  change -- you know, have them change the

15  plan on you.

16     Q.      In your understanding of the

17  industry, then, whose discretion is it to

18  make those changes once the barge is in tow?

19  Is that your discretion with ACBL, or is

20  that the tugboat company's discretion?

21     A.      That would be the tugboat

22  company's discretion that has the barge.

23     Q.      Now, in your experience with

24  ACBL, does ACBL rely upon the tugboat

25  companies to furnish competent captains and

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

319

1   crews?

2       A.      Yes.

3       Q.      When ACBL uses one of ACBL's

4   own tugs, do you-all attempt to determine

5   whether or not the crews are competent, to

6   your knowledge?

7       A.      We do.  The -- The operations

8   people put those guys in place.

9       Q.      Do you know of any towboat

10  company in this industry that tries to

11  determine the competency of third-party

12  tugboat operators?

13      A.      No, sir.

14      Q.      Does -- I've heard the term

15  "dumb barge" in this case.

16              Can you explain for us what the

17  term "dumb barge" means?

18      A.      I don't -- I don't know.

19      Q.      Okay.  How about a barge

20  that's -- How about a barge that's --

21      MR. GOODIER:

22              That's a dumb lawyer

23  expression, I'm afraid.

24      MR. PIERSON:

25              Well, it just proves we didn't

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

**Gaudet, Kaiser & Pepper**
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

320

1    go over the answers.

2         MR. MEDRANO:

3              Oh, nice disclaimer there,

4    Will.

5    EXAMINATION BY MR. PIERSON:

6         Q.    Is it true that the barges

7    don't have any propulsion mechanism with

8    ACBL?

9         A.    Oh, that's correct.  Yes, sir.

10        Q.    And they don't have any crew?

11        A.    No, sir.

12        Q.    They don't have any way of

13   moving without the tugboats?

14        A.    That's correct.

15        Q.    Okay.  So they go wherever the

16   tugboat takes them?

17        A.    Absolutely.

18        Q.    And if I were to tell you

19   perhaps that was another phrase for "dumb

20   barge," does that make sense?

21        A.    It does.  I've learned

22   something.

23        Q.    Okay.  All right.  I want to

24   talk to you about this situation that was

25   referred to, I think, in Exhibit number 3 to

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

321

1    the deposition today, document A-1189.  That

2    was the letter from your boss, Mr. Kazunas,

3    to Steve Mosher with Brown Water Marine, and

4    I believe it involved the ARLENE GARRITT.

5         A.    Yes.

6         Q.    Do you know who owns the ARLENE

7    GARRITT?

8         A.    I understand that it's owned by

9    Garritt Construction.

10        Q.    Now, those barges -- That barge

11   that ran aground from ACBL, that was

12   committed to Brown Water; is that correct?

13        A.    That's correct.

14        Q.    Did Brown Water tell you that

15   the ARLENE GARRITT had taken over that tow,

16   to your knowledge?

17        A.    No.  I don't -- I don't

18   remember if it was booked out from Bolivar

19   on the ARLENE GARRITT or if it was booked

20   out on somebody else and the ARLENE GARRITT

21   ended up taking that tow from somebody else

22   they turned.  But that's also a common

23   practice, to -- turning of boats.

24        Q.    Well, that was my next

25   question.

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    Are there times when barges are

2  committed to a particular tug company and

3  that tug company, for whatever reason,

4  cannot fulfill that obligation and then

5  subcharters or subcontracts that out to

6  another tugboat company, in your experience?

7       A.    That does happen, yes.

8       Q.    And do the tugboat companies

9  always tell ACBL when that's happened, if

10 you know?

11      A.    Yeah.  You normally know,

12 because then, you know, when you talk to

13 them and get traffic, then, you know, they

14 would indicate that, you know, "This didn't

15 work out with this boat, so we -- we're

16 moving it on this one.  We --"

17      Q.    But apparently in this

18 situation --

19      A.    But not beforehand.

20      Q.    Apparently in this situation it

21 was not discovered by ACBL until after the

22 event that the ARLENE GARRITT had that barge

23 in tow.

24           Is that a fair reading of that

25 letter?

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1            A.      I think so, but --
 2            Q.      We would have to ask
 3    Mr. Kazunas about that?
 4         MR. MARCHAN:
 5              Object to form.
 6         THE WITNESS:
 7              Yes.
 8    EXAMINATION BY MR. PIERSON:
 9            Q.      The audit that was talked
10    about, do you recall how it came back?  Was
11    it satisfactory, unsatisfactory as to Brown
12    Water Marine, or do you know?
13            A.      I don't know.
14            Q.      Does ACBL conduct audits of
15    other tugboat companies?
16            A.      I believe so, yes.
17            Q.      And they use outside companies,
18    third parties to conduct those audits; is
19    that correct?
20            A.      Yes, sir.
21            Q.      Does ACBL, to your knowledge,
22    have anyone who's capable in-house of
23    conducting audits of tugboat companies?
24            A.      No.   (Witness shakes head
25    negatively.)
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

324

1       Q.      Do you know of anybody with

2    that title with ACBL?

3       A.      No.

4       Q.      Has there ever been any

5    complaint to you from any third party or

6    independent party about how the Brown Water

7    tugs or their horsepower -- or about that

8    the Brown Water tugs are underpowered?

9       A.      No, sir.

10      Q.      Okay.  Do you understand that

11   that's one of the allegations in this

12   particular case, or do you even know?

13      A.      I'm assuming, but I didn't know

14   specifically.

15      Q.      But your testimony is have

16   there been complaints or there have been no

17   complaints from outside sources about how

18   the Brown Water tugs are powered?

19      A.      No complaints.

20      Q.      And no complaints to you.

21              Do you know of any complaints

22   to the company?

23      A.      I'm not aware of any.

24      Q.      Do the tugboat companies

25   customarily tell you how many barges they

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

325

1   have in tow?

2         A.      No, sir.

3         Q.      And so, say, for example, you

4   have two barges in Brownsville that are to

5   be picked up by Brown Water Marine.

6               Would they customarily tell you

7   that they may take another barge for another

8   company back up east up the channel?

9         A.      No.

10         Q.      They don't have to do that?

11         A.      No, sir, they don't.

12         Q.      In the industry practices, the

13   tugboat companies don't do that?

14         A.      No, they do not.

15         Q.      If you ask them, will they tell

16   you?

17         A.      Sure.

18         Q.      Now, you don't know the

19   capabilities of the BROWN WATER V?

20         A.      No, sir.

21         Q.      You were asked questions about

22   whether or not there have been ACBL barges

23   of three or more taken by Brown Water Marine

24   through the Queen Isabella Causeway, and you

25   can't recall one way or the other?

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    A.    That's correct.

2    Q.    And the only way to determine

3 that would be to go back and compare all of

4 the billing records --

5    A.    Yes, sir.

6    Q.    -- to your knowledge?

7    A.    Yes, sir.

8    Q.    You do not keep any logs like

9 that or any determination?

10    A.    No, sir.

11    Q.    Have there been ever any

12 complaints made about Brown Water Marine's

13 service prior -- service to ACBL prior to

14 this particular incident?

15    A.    (Witness shakes head

16 negatively.)  No, nothing --

17    Q.    I'm talking about of a serious

18 magnitude.

19    A.    No, sir.

20    Q.    You were talking about the five

21 tugboat companies that you customarily use

22 west of Bolivar.

23        Are you with me?

24    A.    Uh-huh (indicating

25 affirmatively).  Yes, sir.

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

327

1      Q.    And you stated, I think, on a

2   couple of occasions, because of their

3   history of reliability, the history of ACBL

4   with those companies; is that accurate?

5      A.    Yes.

6      Q.    Is that passed down orally from

7   the various dispatchers, or do you keep some

8   type of documentation of that?

9      A.    Passed down orally.

10      Q.    In your experience with Brown

11   Water Marine, did you find them to be a

12   competent tugboat company?

13      A.    Yes.

14      Q.    Did you have any complaints to

15   voice of Brown Water Marine prior to

16   September the 15th of 2001?

17      A.    No, sir.

18      Q.    And did I understand your

19   testimony that you continue to use Brown

20   Water Marine Service in that end of the

21   channel?

22      A.    Yes, I do.

23      Q.    Now, there was some discussion

24   about committed barges to the company BASF.

25            Do you recall that?

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    BASF will only allow Brown Water Marine tugs

2    to operate those barges?

3        A.    That's correct.

4        Q.    And so that's what we're

5    talking about, dedicated tugs and dedicated

6    barges?

7        A.    Yes, sir.

8        Q.    Do you know -- Has it been

9    reported to you either before or after this

10   incident that Brown Water Marine Service or

11   Brown Water Towing I, Inc. has a bad safety

12   record?

13       A.    No.

14       Q.    You have dealt personally for

15   the past four or five years with Chad

16   Chapman and Steve Mosher; is that correct?

17       A.    Correct.

18       Q.    Can you characterize how you

19   found them to be as far as their industry is

20   concerned?  Are they knowledgeable, they're

21   not knowledge?

22       A.    They are -- They're

23   knowledgeable.  They're -- It is my

24   experience that they're responsive.

25       Q.    And what do you mean,

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    "responsive"?

2         A.    They report traffic to me on a

3    regular and timely basis, and it's accurate.

4         Q.    Would you characterize them as

5    being dependable or undependable?

6         A.    Dependable.

7         Q.    How about reliable?

8         A.    Reliable.

9         Q.    And there are a number of other

10   companies that they're in competition with?

11        A.    Correct.

12        Q.    The largest, I guess, would be

13   Western, which has acquired Kirby; is that

14   correct?

15        A.    Correct.

16        Q.    That's a very large company; is

17   it not?

18        A.    It is.

19        Q.    Does -- Or do the dispatchers

20   and the planners at ACBL get together and

21   discuss maybe just informally or over coffee

22   the capabilities of the various tugboat

23   companies?  For example, do you say, "I'm

24   having trouble with Western at this point,

25   you know, at this particular part of the

1    being taken from the Port of Brownsville to

2    Bolivar?  Was there any specified time for

3    that?

4            A.    No, sir.

5            Q.    Was there any specified time --

6    Well, let me ask it this way.

7                  Have you ever made any

8    specified time period for any of the ACBL

9    barges to be brought from Bolivar to

10   Brownsville?

11           A.    No.

12           Q.    And the reason for that under

13   the industry is why?

14           A.    It wouldn't matter.  It's going

15   to get there when it gets there.

16           Q.    There's no way to control that?

17           A.    There's no way to control it.

18           Q.    And you rely upon the tugboat

19   companies, then, to use their discretion?

20           A.    Absolutely.

21           Q.    Their discretion as to the

22   currents?

23           A.    (Witness nods head

24   affirmatively.)

25           Q.    Their discretion as to the

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

334

1    channels?

2         A.        (Witness nods head

3    affirmatively.)

4         Q.        You have to answer yes or no.

5         A.        Yes.   Yes.

6                   I'm sorry.

7                   Yes.

8         Q.        And their discretion, their

9    abilities as to how to get it there safely?

10        A.        Yes.

11        Q.        And is it that way in the

12   industry?

13        A.        Yes.

14        Q.        And as we look out here on the

15   Mississippi River outside this office, is

16   that your understanding about the tugboat

17   companies that ply the Mississippi River as

18   well?

19        A.        Yes, sir.

20        Q.        Do you know of any barge

21   company in the United States that, when it

22   places barges in the care and custody of a

23   tugboat operator, that then that barge

24   company tries to tell the tugboat company

25   how to operate those barges safely?

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    A.    I'm not aware of any, no.

2    Q.    You have not seen that in your

3  experience?

4    A.    I've never seen that in the

5  industry.

6    Q.    And ACBL does not do that?

7    A.    No, we do not.

8    Q.    Do you rely upon the companies

9  that are most familiar with different parts

10  of the channels or the rivers in the United

11  States?

12    A.    Yes.

13    Q.    And has it been your experience

14  that Brown Water Marine is knowledgeable

15  about the parts of the channel from Bolivar

16  down to Brownsville?

17    A.    Yes.

18    Q.    In fact, that's their regular

19  trade, in your understanding?

20    A.    Yes, sir.

21    Q.    The -- Since this particular

22  incident, has there been any discussion

23  within ACBL to end the relationship with

24  Brown Water Marine?

25    A.    No, sir.  (Witness nods head

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1   conducted by your company or by a

2   third-party company at your behest on any of

3   these third-party carriers; correct?

4         A.      Correct.

5         MR. MEDRANO:

6               Pass the witness.

7         MR. GOODIER:

8               Oh.  Oh, no.

9         MR. SPANSEL:

10              Just a few.

11              Horsepower -- Oh.  I'm sorry.

12              Are we ready?

13        THE VIDEOGRAPHER:

14              Yes.

15   RE-EXAMINATION BY MR. SPANSEL:

16        Q.      Horsepower, that's been brought

17   up here in the last round of questioning.

18   You talked about the ACBL restrictions on

19   length and width of tows in the Western

20   Canal.

21              Are there any practices or

22   regulations that ACBL has on horsepower?

23        A.      No, sir.

24        Q.      Okay.  You told us in response

25   to Mr. Pierson's questioning that you expect

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

363

1    daily reports from third-party carriers as

2    to the position and status of your barges;

3    correct?

4         A.    Yes, sir.

5         Q.    How do you expect those reports

6    to be delivered?

7         A.    They can be -- I get them

8    verbally over the telephone, I get them

9    faxed, and I can also access them from

10   companies who have websites where they post

11   that information on the Internet.

12        Q.    Does Brown Water have a

13   website?

14        A.    No, they do not.

15        Q.    How does Brown Water normally

16   inform you?

17        A.    Brown Water either faxes me

18   positions and traffic, usually around 9:00

19   or 10:00 o'clock in the morning, or they'll

20   telephone me and give me the information

21   verbally.

22        Q.    What happened with this fourth

23   phosphate barge that was supposed to be

24   delivered in Port Harlingen?  Did it just

25   not get reported?  Is that what happened?

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762