```
 1              UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF TEXAS
 2                   BROWNSVILLE DIVISION

 3

 4
      IN RE THE COMPLAINT AND        *   CIVIL ACTION
 5    PETITION OF BROWN WATER        *
      TOWING I, INC., AS OWNER,      *   NO. B-01-157
 6    AND BROWN WATER MARINE         *
      SERVICE INC., AS BAREBOAT      *   c/w
 7    CHARTERERS, OF THE BROWN       *
      WATER V, ITS ENGINES, TACKLE,  *   CIVIL ACTION
 8    ETC., IN A CAUSE OF            *
      EXONERATION FROM OR            *   NO. B-02-004
 9    LIMITATION OF LIABILITY        *
                                     *
10    IN THE MATTER OF AMERICAN      *   Admiralty
      COMMERCIAL LINES AS OWNER      *
11    AND AMERICAN COMMERCIAL BARGE  *
      LINE LLC AS CHARTERER OF THE   *
12    BARGES NM-315, VLB-9182,       *
      ACL-9993B, VLB-9173, PRAYING   *
13    FOR EXONERATION FOR AND/OR     *
      LIMITATION OF LIABILITY        *
14                                   *
                                     *
15    *  *  *  *  *  *  *  *  *  *   *

16

17

18         Transcript of the videotaped deposition of
      PETER L. KAZUNAS, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Louisville,
19    Kentucky 40245, taken at the Seelbach Hilton, 500
      South 4th Street, Louisville, Kentucky, on Tuesday,
20    the 14th day of January, 2003.

21

22

23                                    COPY

24

25                                           EXHIBIT 13
```

```
 1   APPEARANCES:

 2           WATTS & HEARD
             (By:  Mikal C. Watts, Esquire
 3                     - and -
                   Ray R. Marchan, Esquire)
 4           1926 East Elizabeth Street
             Brownsville, Texas  78520-4933
 5               (Attorneys for Brigete Goza,
                  Gustavo Morales, Jacqueline
 6                Paddock, and Lydia Zamora)

 7

             SCHIRRMEISTER AJAMIE
 8           (By:  S. Mark Strawn, Esquire)
             Suite 2150
 9           Pennzoil Place - South Tower
             711 Louisiana
10           Houston, Texas  77002
                 (Attorneys for the Estate of
11                Julio Morales, et al)

12
             GAUNTT & KRUPPSTADT
13           (By:  Catherine Palmore, Esquire)
             Suite C
14           9004 Forest Crossing Drive
             The Woodlands, Texas  77381
15               (Attorneys for the Estate of
                  Stvan Rivas, et al)
16

17           KITTLEMAN, THOMAS, RAMIREZ
             & GONZALES
18           (By:  Dale Kasofsky, Esquire)
             4900-B North 10th Street
19           Post Office Box 1416
             McAllen, Texas  78505
20               (Attorneys for the Mata
                  Claimants)
21
             ROYSTON, RAYZOR, VICKERY & WILLIAMS
22           (By:  Jack Partridge, Esquire)
             1700 Wilson Plaza West
23           606 North Carancahua
             Corpus Christi, Texas 78476
24               (Attorneys for Petitioners,
                  Brown Water Marine Service,
25                Inc., et al)
```

1  **APPEARANCES (cont.)**

2  JONES, WALKER, WAECHTER, POITEVENT,
   CARRERE & DENEGRE
3  (By:  Glenn G. Goodier, Esquire)
   52nd Floor
4  Bank One Center
   201 St. Charles Avenue
5  New Orleans, Louisiana  70170

6

   ADAMS AND REESE
7  (By: Edwin C. Laizer, Esquire)
   Suite 4500
8  One Shell Square
   701 Poydras Street
9  New Orleans, Louisiana  70139

10            - and -

11 OFFICE OF THE ATTORNEY GENERAL
   TRANSPORTATION DIVISION
12 (By:  Michael Ratliff, Esquire)
   Post Office Box 12548
13 Austin, Texas  78711-2548
        (Attorneys for the State of
14         Texas)

15

   WILLIAMS BAILEY
16 (By:  J. Mark Smith, Esquire)
   Suite 600
17 8441 Gulf Freeway
   Houston, Texas  77017-5001
18      (Attorneys for Hector Martinez,
         Sr.)

19

20

21

22

23

24

25

601 Poydras Street, Suite 2003
New Orleans, Louisiana 70130
Phone (504) 525-9100
Fax (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 Office Park Blvd.
Baton Rouge, Louisiana 70809
Phone (225) 926-9411
Fax (225) 926-9762

```
 1   VIDEOGRAPHER:

 2

 3        Justin Lynch
          United Video Production Company
 4        Suite 205
          418 Peoples Street
 5        Corpus Christi, Texas  78401

 6

 7

 8
     REPORTED BY:
 9

10

11        Betty Venturella, CCR
          Certified Court Reporter
12        State of Louisiana

13

14

15

16

17

18

19

20

21

22

23

24

25
```

601 Poydras Street, Suite 2003
New Orleans, Louisiana 70130
Phone (504) 525-9100
Fax (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 Office Park Blvd.
Baton Rouge, Louisiana 70809
Phone (225) 926-9411
Fax (225) 926-9762

1  2002. During that time period, you held two
2  different titles. First, between the summer of '98
3  and March of 2000, you were the Vice-President of
4  Distribution Services or the Assistant --
5       A.    Assistant Vice-President of
6  Distribution Services.
7       Q.    Between March of 2000 and July of 2002,
8  you were Senior Vice-President of Distribution --
9       A.    No, no. I was the Assistant
10 Vice-President of what they named the new group,
11 was Logistic Services, reporting to the Senior
12 Vice-President, Norb Whitlock.
13      Q.    I apologize. That's why I like to go
14 through it again and make sure my notes are right.
15 Okay. Did your title change in March of 2000?
16      A.    Yes.
17      Q.    And you were named the Senior
18 Vice-President of what?
19      A.    No. In July of 1998, I was named the
20 Assistant Vice-President of Distribution Services.
21      Q.    Got that.
22      A.    In March of 2000, I was named the same
23 position, but title changed to Assistant
24 Vice-President of Logistic Services.
25      Q.    Got you, okay. All right. At no time

601 Poydras Street, Suite 2003
New Orleans, Louisiana 70130
Phone (504) 525-9100
Fax (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 Office Park Blvd.
Baton Rouge, Louisiana 70809
Phone (225) 926-9411
Fax (225) 926-9762

```
 1   between the summer of '98 and July of 2002 did your
 2   day-to-day job functions change?
 3        A.   Did not change.
 4        Q.   All right.  What were your day-to-day
 5   job functions during the period between the summer
 6   of '98 and July of 2002?
 7        A.   Oversaw the dispatch functions of
 8   American Commercial Barge Line.
 9        Q.   Any other roles that you had?
10        A.   No.
11        Q.   All right.  So your sole job as the
12   Assistant Vice-President of Distribution Services
13   and as the Assistant Vice-President of Logistic
14   Services between the summer of '98 and July of 2002
15   was to oversee the distribution functions of the
16   company?
17        A.   Correct.
18        Q.   All right.  What were the distribution
19   functions of the company during that time frame?
20        A.   All information on barge management,
21   managing the information about the status of our
22   barge equipment, planning boat power, and working
23   with the port service and towing vendors.
24        Q.   Were you the top level management
25   employee who was specifically in charge of
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1      A.    I wouldn't know.
 2      Q.    Okay.  You're just not aware of that?
 3      A.    I wouldn't know if they did or didn't.
 4      Q.    Fair enough.  Now, second source of
 5  information.  March of 2000, you have just had your
 6  title changed, although not your responsibilities,
 7  your title has changed from Assistant
 8  Vice-President of Distribution Services to the
 9  Assistant Vice-President of Logistic Services,
10  correct?
11      A.    Correct.
12      Q.    And on March the 29th, you drafted a
13  letter that has been marked as Exhibit-3 to Mr.
14  Hoessle's deposition.
15  BY MR. GOODIER:
16            What is the number there?
17  EXAMINATION BY MR. WATTS:
18      Q.    1189.  It's dated March the 29th of
19  2000.  You wrote a letter to Steven Mosher,
20  Vice-President of Operations of Brown Water Marine.
21  Do you see that?
22      A.    Correct.
23      Q.    All right.  Do you recall writing this
24  letter?
25      A.    Yes.
```

1  Q. Now, the letter arose from a grounding
2  incident that ACBL felt it had not been timely
3  informed about; is that right?
4  A. Correct.
5  Q. Okay. And as a result of the failure
6  of Brown Water to timely inform ACBL of this
7  incident, you ordered an audit of Brown Water
8  Marine, correct?
9  A. Brown Water Marine had not had any --
10 we had been doing business with Brown Water Marine
11 for some time. This was an incident where they did
12 not notify us when a boat stopped. The grounding
13 was not significant. There was notification that a
14 boat had stopped for a particular reason, any
15 reason. I thought it would be good for us to do a
16 vendor audit on this company, since we had not done
17 one that I'm aware of to review their operations.
18 Q. Okay. Is the answer to my question
19 then yes, that this was the precipitating event, in
20 other words, the failure to inform ACBL of the
21 grounding incident is what caused you to say, this
22 would be a good time to do an audit of this
23 company, we have an audit to perform?
24 A. Yes.
25 Q. Okay. Fair enough. In fact, on the

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1  would have been to the extent that I would have
 2  been made aware of any of their procedures.
 3       Q.   Outside of that audit, are you aware of
 4  any other effort to evaluate their safety
 5  management system?
 6       A.   No.
 7       Q.   How about Brown Water's environmental
 8  compliance?  Would there have been any effort to
 9  evaluate that?
10       A.   We would have no reason to.  We don't
11  operate those vessels.  But I'm not aware of any --
12  any effort that was undertaken by anybody at ACBL
13  to evaluate Brown Water's environmental.  I'm just
14  not aware of any.
15       Q.   How about their crew training
16  standards, if they had any?
17       A.   No.
18       Q.   How about their emergency response
19  plans, if they had any?
20       A.   Only what may have been mentioned
21  within that audit, but, no, I'm not aware of
22  anybody at ACBL going and auditing them in that
23  regard or getting detailed information about Brown
24  Water in that regard.
25       Q.   How about their equipment maintenance
```

1  standards, if they had any?
2      A.   No, no.  They're a third party tower to
3  us.  They provide towage at law.  The barge is in
4  their care and custody.  We provide them equipment
5  to tow, and it is their discretion as to how they
6  operate those or they operate their boats and their
7  equipment.
8      Q.   So the answer to my question is, no?
9      A.   No.
10     Q.   And how about their pay scales?  Was
11 there ever any effort by ACBL to determine where
12 Brown Water was paying their people relative to
13 other companies?
14     A.   I'm not aware of any -- I would have --
15 I'm not aware of any, but nor would I know if
16 anything was done in that regard.
17     Q.   To your knowledge, did anybody from
18 ACBL ever visit Brown Water's operation?
19     A.   Yes.  Individuals would have visited
20 Brown Water's operations.
21     Q.   For what purpose?
22     A.   To meet the individuals that they work
23 with.  I can't speak if any of the dispatching
24 group would have been there, but I'm sure someone
25 within the logistics group has been in their

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1  have known that or asked the question.
2      Q.   Does ACBL have written contracts in
3  place with any of those five companies that provide
4  service in the West Canal?
5      A.   Written towing contracts?
6      Q.   Written any kind of contracts.
7      A.   I can speak to the towing side.  No.
8  Could there be other contracts between ACBL and
9  Kirby?  Yes.  I wouldn't -- that I'm not privy to,
10 there could be.  I'm just not aware of them.
11     Q.   So the only documentation that would
12 exist as far as the relationship would be the rate
13 sheets and the insurance certificates that would
14 have to be furnished?
15     A.   Correct, that's correct.
16     Q.   Do the charges in the West Canal area
17 ever vary by the horsepower of the vessel that is
18 being provided to tow your barges?
19     A.   I'm not aware of that.  Typically, it's
20 a rate to move a barge without specific as to what
21 boat they may use or anything like that.
22     Q.   Is it typically a flat rate, in other
23 words?
24     A.   It's the percent of Union City.  A
25 carrier could use a flat rate.  I'm not aware.  In

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1   2002, we were using Brown Water.
2       Q.   I want to talk to you for just a second
3   about the audit that was done on Brown Water, which
4   was done back in March of 2000. You told us that
5   the precipitating event for that, so to speak, was
6   this grounding incident and the lack of timely
7   notice?
8       A.   The event, the issue that caused the
9   audit was the lack of notification, not the
10  grounding incident, per se.
11      Q.   And that's because you expected them to
12  give you notice when the barge stopped?
13      A.   We require our towing vendors to notify
14  ACBL when their boats stop for an extended period
15  of time, typically two or three hours or longer, we
16  require them to notify us of that occurrence. The
17  reason we ask them to notify us of that occurrence
18  is because our customers want to know -- some of
19  our customers want to know that information. Plus,
20  that information can also affect the logistics
21  planning. If I have a boat on a -- a barge on a
22  particular boat, and it's supposed -- and we're
23  anticipating it's going to be there, you know, X
24  number of days, hours ahead, and I'm planning
25  another boat to pick it up and it's not going to

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1  make it, we have to change our plans.  So the more
2  information we know about what's going on with our
3  equipment, the better the planning can be.
4      Q.    Okay.  And in that instance, they
5  failed to give you the notification?
6      A.    They failed to give us notification of
7  a boat stoppage.  In this case, it happened to be a
8  grounding.  Hence, that's when I made the decision,
9  Brown Water has been a solid vendor for us over the
10 years.  They have been doing a good job for us.  We
11 have never done any kind of audit on them that I
12 was aware of.  I said, let's get an independent
13 third party to go look at their operations.  I'm
14 not an operations expert by any means, so I
15 acquired that individual, that company to do it on
16 our behalf, and that is why we acquired it.  It was
17 not -- it was not done to catch them, nor would I
18 do anything to catch anybody.
19     Q.    Have you ever done an audit on a third
20 party towing contractor where there wasn't some
21 event that caused you to have the audit done?
22     A.    Yes.  And I'm trying to think of who it
23 would be.  It may not have necessarily been a third
24 party tower.  It could have been a port service
25 vendor.  The name is slipping me.  I would have to

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762