# CURRICULUM VITAE

## Daniel E. Brock

## MB Marine Consultants

Exhibit B

# CURRICULM VITAE

**Daniel E. Brock**



Paducah, KY  42001
- Office
Facsimile
- e-mail

## Personal:
Date of Birth:  November 10, 1942

## Education:
| | |
|---|---|
| Bunker Hill High School, Bunker Hill, Indiana | 1956 - 1960 |
| Columbia University, Political Science, ( through U.S. Military ) | 1960 - 1963 |
| American Management Association, Executive Effectiveness Courses | 1988 - 1989 |
| University of South Alabama, Hazardous Materials Specialist | 1993 - 1994 |
| University of South Alabama, Confined Space Entry Instructor | 1995 |

## Summary of Experience:

**MB MARINE CONSULTANTS**
**Paducah, Kentucky**
**Vice-President**
**Established July 1993**

Providing expertise on Personal Injury and Navigational issues to the Commercial Towing and Inland Gaming Industries; Operations and Engineering Management, Safety Programs, Accident Investigation, Navigational Risk Analysis, Employee Training and Organizational development to comply with AWO Responsible Carrier program.

---

**INGRAM BARGE COMPANY**
**ASSISTANT VICE PRESIDENT - SAFETY, TRAINING, ENVIRONMENTAL GROUP**
**Nashville, Tennessee (Paducah, Kentucky Office)**
**December 1, 1992 – Retired May 31, 1999**

Design and implement elective and required Training Programs for 1,500 Ingram Vessel and Shore Based Associates.

Directly responsible for the design and implementation of Safety and Training Programs, Company Policies, Emergency Response Manuals, and First Response Teams.  Format and implement Oil Pollution Act of 1990 regulations.  Senior Management Member on First Response Team and Ingram Qualified Individual.

Page I of 12

CURRICULM VITAE - (Continued):

**INGRAM BARGE COMPANY - LIQUID RIVER OPERATIONS GROUP**
**MARINE SUPERINTENDENT**
**Nashville, Tennessee (Paducah, Kentucky Office)**
**July 1, 1991 - November 30, 1992**

Direct the Liquid River Operations Group of Ingram Barge Company, and supervise the operations of thirteen (13) towboats dedicated to liquid transportation. Responsible for 220 Vessel and seven (7) Administrative Personnel.

Format and implement Oil Pollution Act of 1990 regulations. Senior Management member on the First Response Team and Ingram Qualified Individual.

Direct the Engineering Department and coordinate all repair functions. Coordinate all vessel overhauls, and major vessel rehabilitation projects.

Direct all administrative activities: Hiring, Training, Safety Programs, Payroll Preparation, Insurance, Benefits, and Wages.

---

**INGRAM BARGE COMPANY**
**MARINE SUPERINTENDENT - DRY CARGO & LIQUID OPERATIONS**
**Nashville, Tennessee (Paducah, Kentucky Office)**
**November 24, 1986 - July 1, 1991**

Responsible for the overall operation of the Paducah, Kentucky operating office. Supervise operation of forty-five river towboats, 1,600 barges (Liquid and Dry Cargo), twenty Administrative personnel in two locations, and 900 vessel personnel.

Direct the Engineering Department and coordinate all repair functions on forty-five river towboats. Coordinate all vessel overhauls, repowering projects, and major vessel rehabilitation projects. Direct and coordinate the design and construction of new company equipment.

Direct all administrative activities: Hiring, Training Safety Programs, Payroll Preparation, Insurance, Benefits, and Wages.

### CURRICULM VITAE - (Continued):

**CONTI-CARRIERS & TERMINALS, INC.**
**MARINE SUPERINTENDENT**
**East Carondelet, Illinois**
**July 1979 - November 1986**

Responsible for the overall operation of the East Carondelet, Illinois operating office, a subsidiary of Continental Grain Corporation. Responsibilities include the direction of the activities of ten (10) river towboats, 550 barges (Dry Cargo - Hopper Barges), ten (10) administrative personnel in two locations, and 220 vessel personnel.

Direct the Vessel Engineering Department and establish repair and maintenance functions.

Direct the Barge Maintenance Department and establish timely, cost effective barge repair capability at various locations. Direct and coordinate the design and construction of all new company equipment.

Direct all administrative activities: Hiring, Safety Programs, Payroll Preparation, Insurance, Benefits, and Wages.

Responsible for the Research and development of new projects for Continental Grain Company.

- 1979-1982   Designed and Supervised Construction of nine Conti-Carrier River Towboats.

- 1980   Input to the Marin Government Test Laboratories in Holland, on the design of Vessel Hulls, Kort Nozzles, and Rudder Configurations for Continental Grain Corp.

- 1983-1986   Provide consultation to the Venezuelan Government on instituting Western River Towing technology on navigable waterways within this country.

---

**WISCONSIN BARGE LINE**
**PORT CAPTAIN**
**St. Louis, Missouri**
**October 1977 - July 1979**

Responsible for the Supervision of 330 employees and fifteen lower river tow boats.

Responsible for the Safety and Training Programs.

<u>CURRICULM VITAE - (Continued)</u>:

## **Onboard River Work Experience:**

1958 - 1959,   worked summers as Deckhand for Bull Towing Company.
1963 - 1964,   Mate and Pilot, Bull Towing Company.
1965 - 1967,   Pilot, National Marine Service.
1967 - 1971,   Pilot and Captain for Ingram Barge Company.
1971 - 1977,   Pilot and Captain for Wisconsin Barge Line.

## **USCG Licenses:**

- Master of Towing Vessels, Western Rivers, Inland Waters and Great Lakes
- First Class Pilot, Steam & Diesel Vessels, Unlimited Tonnage, Inland Waters
- Tankerman, Dangerous Liquids, Person in Charge, Barge   ( Inactive )
- Radar Observer, Unlimited

## **Certifications Held**:

- Shipyard Competent Person - Delta Laboratories
- Haz - Mat Specialist Level - University of South Alabama
- Laboratory Specimen Collection Agent - National Reference Laboratories
- Confined Space Entry, Instructor – University of South Alabama
- Tank Barge Closed Loading/ Vapor Recovery – Texas A&M University
- Environmental Health & Safety Law – IAML, Newport Beach, California

## **Industry Activities**:

- Industry Liaison with the Corps of Engineers and US Coast Guard
- Guest Lecturer, US Coast Guard Crisis Management Course, Yorktown, VA
- Past Member/Committee Person of the American Waterways Operator (AWO)
- Past Chairman of RIAC (River Industry Action Committee)
- Past Chairman of LOMRC (Lower Mississippi River Committee)
- Past Board Member of Marine Navigation Safety Association

## **Industry Recognitions:**

- United States Coast Guard, Meritorious Public Service Award
- United States Coast Guard, Certificate of Appreciation
- Ohio River Division, Corps of Engineers, Certificate of Recognition for Outstanding Service
- St. Louis District Corp of Engineers, Certificate of Recognition for Outstanding Service
- Propeller Club, Port Person of the Year, 1999
- Greater New Orleans Barge Fleeting Association, Appreciation Award
- Jeff Boat Recognition Award for the Design of River Towboats

# MB MARINE CONSULTANTS

## Client History:

| | | |
|---|---|---|
| **Client:** | Louisiana Casino Cruises, Inc. | DATE: 1993 |
| **Attorney:** | Corporate | |
| **Service Provided:** | Compile Area/Navigational Risk Analysis<br>Expert Testimony before Louisiana Gaming Commission<br>Expert Testimony before U.S. Coast Guard Board | |

| | | |
|---|---|---|
| **Client:** | Marquette Transportation, Inc. | DATE: 1994 |
| **Court:** | USDC, WDKY, Paducah Div.,<br>cause number not available | |
| **Attorney:** | Mr. Frank Dantone | Defendant |
| **Service Provided:** | Expert Witness, Personal Injury<br>Deposition – Case settled | |

| | | |
|---|---|---|
| **Client:** | Mid-South Towing Company, Inc. | DATE: 1995 |
| **Court:** | USDC, EDLA, cause number not available | |
| **Attorney:** | Mr. George Alvey | Defendant |
| **Service Provided:** | Expert Witness, Navigation Accident<br>Expert Opinion submitted – case settled | |

| | | |
|---|---|---|
| **Client:** | Players International, Inc. | DATE: 1996-1997 |
| **Attorney:** | Corporate | |
| **Service Provided:** | Compile Area/Navigational Risk Analysis<br>Expert Testimony before Indiana Gaming Commission<br>Provide Documentation and Consultation to U.S. Coast Guard | |

| | | |
|---|---|---|
| **Client:** | Mid-South Towing Company, Inc. | DATE: 1998 |
| **Court:** | USDC, WDKY, Paducah Div., #5:597CV-8-R | |
| **Attorney:** | Mr. William Bateman | Defendant |
| **Service Provided:** | Expert Witness, Personal Injury<br>Expert Option submitted – case settled | |

## **Client History:**

| | | |
|---|---|---|
| **Client:** | Mid-South Towing Company, Inc. | DATE: 1998-1999 |
| **Court:** | Not available | |
| **Attorney:** | Mr. William Bateman | Defendant |
| **Service Provided:** | Expert Witness, Personal Injury<br>Preliminary opinion submitted – case settled | |

| | | |
|---|---|---|
| **Client:** | Mid-South Towing Company, Inc. | DATE: 1998-1999 |
| **Court:** | USDC, EDKY, Ashland Div. #97-98 | |
| **Attorney:** | Mr. William Bateman | Defendant |
| **Service Provided:** | Expert Witness, Personal Injury<br>Expert opinion submitted, Deposition – case settled | |

| | | |
|---|---|---|
| **Client:** | Martin Marietta Aggregates | DATE: Sept. 1999 |
| **Attorney:** | N/A | |
| **Service Provided:** | Formulate Gulf Intracoastal Waterway Analysis<br>New Orleans, Louisiana to Panama City, Florida<br>295 mile In-depth Waterway Study; Four Months | |

| | | |
|---|---|---|
| **Client:** | Mid-South Towing Company, Inc.. | DATE: July 1999 |
| **Court:** | USDC, WDTN, cause number not available | |
| **Attorney:** | Mr. William Bateman | Defendant |
| **Service Provided:** | Expert Witness, Personal Injury<br>Expert opinion submitted, – case settled | |

| | | |
|---|---|---|
| **Client:** | Mid-South Towing Company, Inc. | DATE: August 1999 |
| **Court:** | USCG, ALJ Hearing, MSO Memphis | |
| **Attorney:** | Mr. William Bateman | Defendant |
| **Service Provided:** | Expert Witness, License Revocation<br>Expert opinion submitted<br>Trial Testimony before Administrative Law Judge | |

## Client History:

| | | |
|---|---|---|
| **Client:** | M/G Transport, Inc. & M/G-T Services, Inc. | DATE: December 1999 |
| **Court:** | USDC, SDTX, Houston Div. No. H-98-3375 | |
| **Attorney:** | Mr. Timothy W. Strickland | Plaintiff |
| **Service Provided:** | Expert Witness, Barge Break-away/Sinking | |
| | Expert witness opinion submitted | |
| | Investigation, Deposition | |
| | Case settled | |

| | | |
|---|---|---|
| **Client:** | Kirby Inland Marine Corporation | DATE: April 2000 |
| **Court:** | USDC, NDAL, NW Division #CV-99-J-0432-NW | |
| **Attorney:** | Mr. Frank J. Dantone, Jr. | Defendant |
| **Service Provided:** | Expert Witness, Collision with Fishing Vessel | |
| | Expert witness opinion submitted | |
| | Deposition | |
| | Case settled | |

| | | |
|---|---|---|
| **Client:** | Willoughby Inc. | DATE: April 2000 |
| **Attorney:** | N/A | |
| **Service Provided:** | Develop Facility Operations Manual for MTR | |
| | Submit to United States Coast Guard for approval. | |
| | United States Coast Guard approval April 17th, 2000. | |

| | | |
|---|---|---|
| **Client:** | Vulcan Materials/RECO Transportation Inc. | DATE: April 2000 |
| **Attorney:** | N/A | |
| **Service Provided:** | Develop Fire Concepts and Extinguishment Training | |
| | Program for Marine Employees. | |
| | Conduct Associate Training. | |

# Client History:

| | | |
|---|---|---|
| **Client:** | Vulcan Materials/RECO Transportation Inc. | DATE: April 2000 |
| **Attorney:** | N/A | |
| **Service Provided:** | Develop Confined Space Entry Training Program for Marine Employees. OSHA/USCG Required. Conduct Associate Training. | |

| | | |
|---|---|---|
| **Client:** | Willoughby Inc. | DATE: May 2000 |
| **Attorney:** | N/A | |
| **Service Provided:** | Develop Facility Emergency Response Plan for MTR Submit to United States Coast Guard for approval. United States Coast Guard approval May 16th, 2000. | |

| | | |
|---|---|---|
| **Client:** | Patton-Tully Transportation Company | DATE: June 2000 |
| **Court:** | USDC, WDTN, #99-2499-G/A | |
| **Attorney:** | Mr. Ernest Lane III | Defendant |
| **Service Provided:** | Expert Witness, Personal Injury Expert opinion submitted, – case settled | |

| | | |
|---|---|---|
| **Client:** | Vulcan Materials/RECO Transportation Inc. | DATE: July 2000 |
| **Attorney:** | N/A | |
| **Service Provided:** | Develop Hazard Communication Training Program for Marine Employees. OSHA Required. Conduct Associate Training. | |

| | | |
|---|---|---|
| **Client:** | Vulcan Materials/RECO Transportation Inc. | DATE: July 2000 |
| **Attorney:** | N/A | |
| **Service Provided:** | Develop Lockout/Tagout Training Program for Marine Employees. OSHA Required. Conduct Associate Training. | |

## Client History:

| | | |
|---|---|---|
| **Client:** | Vulcan Materials/RECO Transportation Inc. | DATE: August 2000 |
| **Attorney:** | N/A | |
| **Service Provided:** | Develop Drug and Alcohol Training Program for Marine Employees. USCG Required. | |

| | | |
|---|---|---|
| **Client:** | Midland Enterprises/Orgulf Transport Co. | DATE: January 2001 |
| **Court:** | USDC, NDMS, Greenville Div., No. 4:00CV176-P-B | |
| **Attorney:** | Mr. Ernest Lane, III | Plaintiff |
| **Service Provided:** | Expert Witness, Equipment Accident Collision with another vessel Expert opinion submitted, case settled | |

| | | |
|---|---|---|
| **Client:** | Mid-South Towing Company | Date: October 2001 |
| **Court:** | USDC, SDIL, #00-912-MJR | |
| **Attorney:** | Mr. William Bateman | Defendant |
| **Service Provided:** | Expert Witness, Personal Injury Expert Opinion submitted, case settled | |

| | | |
|---|---|---|
| **Client:** | Tennessee Valley Towing, Inc. | Date: December 2001 |
| **Court:** | State of KY, McCracken Circuit Court, Div. I, #99-C1-00118 | |
| **Attorney:** | Mr. Stephen E. Smith, Jr. | Defendant |
| **Service Provided:** | Expert Witness, Personal Injury Expert Opinion prepared, case settled | |

## **Client History:**

| | | |
|---|---|---|
| **Client:** | Sea River Maritime Inc. | Date: September, 2002 |
| **Court:** | USDC, NDMS, Delta Div., #2:98CV36-B-B | |
| **Attorney:** | Mr. Michael Baggot | Defendant |
| **Service Provided:** | Expert Witness, Wrongful Death Claim | |
| | Expert Opinion prepared and submitted. | |
| | Case settled | |

| | | |
|---|---|---|
| **Client:** | Wilkerson Barge Line Inc. | DATE: February 2002 |
| **Owner:** | Mr. Emery Skelton | |
| **Service Provided:** | Vessel Re-Engineering – 3600 H.P. Towboat. | |
| | Engine rehabilitation, onboard equipment update, | |
| | Propeller redesign, installation of new Alarm System. | |
| | Install new Main Engine & Reduction Gear cooling system. | |
| | Supervise all shipyard and machinery repairs. | |

| | | |
|---|---|---|
| **Client:** | Tennessee Valley Towing, Inc. | Date: December 2002 |
| **Court:** | USDC, WDKY, #5:01CV00158R | |
| **Attorney:** | Mr. Stephen E. Smith, Jr. | Defendant |
| **Service Provided:** | Expert Witness, Personal Injury | |
| | Expert Opinion prepared and submitted. | |
| | Deposition concluded. | |
| | Case settled. | |

| | | |
|---|---|---|
| **Client:** | Tennessee Valley Towing, Inc. | Date: May 2003 |
| **Court:** | State of KY, McCracken Circuit Court, | |
| | Div. II, number not available | |
| **Attorney:** | Mr. Stephen E. Smith, Jr. | Defendant |
| **Service Provided:** | Expert Witness, Personal Injury | |
| | Expert Opinion prepared and submitted. | |
| | Case settled. | |

## Client History:

| | | |
|---|---|---|
| **Client:** | Canal Barge Company, Inc. | Date: November 2003 |
| **Court:** | Civil Dist Ct. Orleans Parish LA #01-14725 | |
| **Attorney:** | Mr. Wayne G. Zeringue, Jr. | Defendant |
| **Service Provided:** | Expert Witness, Personal Injury | |
| | Expert Opinion prepared and submitted. | |
| | Case settled | |

| | | |
|---|---|---|
| **Client:** | Inland Marine Management, Inc. | Date: September 2003 |
| **Court:** | State of KY, McCracken Circuit Court | |
| | Division II, #00-C1-00-750 | |
| **Attorney:** | Mr. Frank J. Dantone, Jr | Defendant |
| **Service Provided:** | Expert Witness, Personal Injury | |
| | Case to Jury trial. Verdict for Defendant | |

| | | |
|---|---|---|
| **Client:** | Apex Towing Company, Inc. | DATE: February 2004 |
| **Owner:** | Apex Towing company, Inc. St. Louis Mo. | |
| **Service Provided:** | Vessel Re-Engineering – 3600 H.P. Towboat. | |
| | Engine rehabilitation, onboard equipment update, | |
| | propeller redesign, installation of new kort nozzles. | |
| | Supervise all steel and machinery repairs. | |

| | | |
|---|---|---|
| **Client:** | Triple M Transportation Company Inc. | DATE: May, 2001 |
| **Owner:** | Mr. James Nowell | July, 2004 |
| **Service Provided:** | Vessel Engineering – 6000 H.P. Towboats. | |
| | Maintain all onboard Equipment & implement | |
| | Preventive Maintenance Programs. | |
| | Direct Hull and underwater gear modifications. | |
| | Supervise all shipyard and machinery repairs | |

## Client History:

| | | |
|---|---|---|
| **Client:** | Inland Marine Management, Inc. | Date: July 2004 |
| **Court:** | USDC, NDMS, Eastern Div., No. 1:03CV60-M-D | |
| **Attorney:** | Mr. Frank J. Dantone, Jr | Defendant |
| **Service Provided:** | Expert Witness, Personal Injury | |
| | Expert Opinion submitted | |
| | Case remains in litigation | |

| | | |
|---|---|---|
| **Client:** | American Commercial Barge Line, LLC | Date: Current |
| **Court:** | USDC, SDTX, Brownsville Div., #B-02-004 | |
| **Attorney:** | Mr. Glenn G. Goodier | Defendant |
| **Service Provided:** | Industry Expert Witness, Limitation of Liability | |
| | Wrongful Death, Brown Water Marine | |
| | Queen Isabella Causeway Bridge Collapse | |
| | Case remains in litigation | |

| | | |
|---|---|---|
| **Client:** | Southern Towing Company | Date: October 2004 |
| **Court:** | USDC, EDLA, No. 03-2688, Sect. J-MAG2 | |
| **Attorney:** | Mr. G. Ray Bratton | Defendant |
| **Service Provided:** | Expert Witness, Personal Injury | |
| | Expert Opinion submitted | |
| | Case settled | |

| | | |
|---|---|---|
| **Client:** | American Commercial Barge Line, LLC | Date: Current |
| **Court:** | USDC, EDLA, No. 02-3183, Section "F" (1) | |
| **Attorney:** | Mr. Glenn G. Goodier | Defendant |
| **Service Provided:** | Expert Witness, Personal Injury | |
| | Case remains in litigation | |

SERIAL NUMBER
1006439

ISSUE NUMBER 7

# UNITED STATES COAST GUARD



LICENSE

## U.S. MERCHANT MARINE OFFICER

*This is to certify that*

**\*\*\* DANIEL EARL BROCK \*\*\***

*having been duly examined and found competent by the undersigned is licensed to serve for the term of five years from the below issue date as*

FIRST CLASS PILOT OF STEAM OR MOTOR VESSELS OF ANY GROSS TONS UPON THE LOWER MISSISSIPPI RIVER FROM MILE 900.0 TO MILE 950.0; MASTER OF TOWING VESSELS UPON THE GREAT LAKES, INLAND WATERS AND WESTERN RIVERS, EXCEPTING WATERS SUBJECT TO INTERNATIONAL REGULATIONS PREVENTING COLLISIONS AT - "SEE REVERSE"

*Given under my hand this* 6TH *day of November* 2002.



, BY DIR
OFFICER IN CHARGE, MARINE INSPECTION

ISSUE PORT: MEMPHIS, TN
EXPIRATION DATE: NOVEMBER 6, 2007

DEPT OF TRANSP. U.S COAST GUARD. CG-2849 (REV. 6-01)