1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE THE COMPLAINT AND          *  CIVIL ACTION
PETITION OF BROWN WATER          *
TOWING I, INC., AS OWNER,        *  NO. B-01-157
AND BROWN WATER MARINE           *
SERVICE INC., AS BAREBOAT        *  c/w
CHARTERERS, OF THE BROWN         *
WATER V, ITS ENGINES, TACKLE,    *  CIVIL ACTION
ETC., IN A CAUSE OF              *
EXONERATION FROM OR              *  NO. B-02-004
LIMITATION OF LIABILITY          *
                                 *
IN THE MATTER OF AMERICAN        *  Admiralty
COMMERCIAL LINES AS OWNER        *
AND AMERICAN COMMERCIAL BARGE    *
LINE LLC AS CHARTERER OF THE     *
BARGES NM-315, VLB-9182,         *
ACL-9993B, VLB-9173, PRAYING     *
FOR·EXONERATION FOR AND/OR       *
LIMITATION OF LIABILITY          *
                                 *
                                 *
                                 *
*   *   *   *   *   *   *   *   *   *   *

COPY

        Transcript of the videotaped
Rule 30(b)(6) deposition of **AMERICAN
COMMERCIAL BARGE LINE, LLC,** through its
designated representative, **CHRISTIAN
BRINKOP,** ▬▬▬▬▬▬▬▬▬▬ Mandeville,
Louisiana 70471, taken in the offices of
Jones, Walker, Waechter, Poitevent, Carrere
& Denegre, 52nd Floor, Bank One Center, 201
St. Charles Avenue, New Orleans, Louisiana
70170, on Wednesday, the 14th day of August,
2002.

**EXHIBIT 16**

2

1    **APPEARANCES:**

2

3

4            WATTS & HEARD
             (By:  Mikal C. Watts, Esquire
5                       - and -
                    Ray R. Marchan, Esquire)
6            1926 East Elizabeth Street
             Brownsville, Texas  78520-4933
7                (Attorneys for Brigete Goza,
                  Gustavo Morales, Jacqueline
8                 Paddock, and Lydia Zamora)

9

10           SCHIRRMEISTER AJAMIE
             (By:  S. Mark Strawn, Esquire)
11           Suite 2150
             Pennzoil Place - South Tower
12           711 Louisiana
             Houston, Texas  77002
13               (Attorneys for the Estate of
                  Julio Morales, et al)
14

15

16           GAUNTT & KRUPPSTADT
             (By:  J. Chad Gauntt, Esquire)
17           Suite C
             9004 Forest Crossing Drive
18           The Woodlands, Texas  77381
                 (Attorneys for the Estate of
19                Stvan Rivas, et al)

20

21           LAW OFFICE OF JULIAN RODRIGUEZ, JR.
22           (By:  Julian Rodriguez, Jr.,
                       Esquire)
23           100 West Pecan Street
             McAllen, Texas 78501
24               (Attorneys for the Estate of
                  Omar Hinojosa, et al)
25

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

**Gaudet, Kaiser & Pepper**
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

3

1    **APPEARANCES** (**continued**):

2

3

4    KITTLEMAN, THOMAS, RAMIREZ
     & GONZALES
5    (By:  Andres H. Gonzalez, Jr.,
              Esquire)
6    4900-B North 10th Street
     Post Office Box 1416
7    McAllen, Texas  78505
          (Attorneys for the Mata
8           Claimants)

9

10   WILLIAMS BAILEY
     (By:  Jim Hart, Esquire)
11   Suite 600
     8441 Gulf Freeway
12   Houston, Texas  77017-5001
          (Attorneys for Hector Martinez,
13          Sr.)

14

15

16   LAW OFFICES OF McMANUS & CRANE
     209 West Juan Lynn
17   Post Office Box 2206
     Victoria, Texas 77902-2206
18        (Attorneys for Robin Faye
            Leavell, et al)

19

20

21   ROYSTON, RAYZOR, VICKERY & WILLIAMS
     (By:  Will Pierson, Esquire)
22   1700 Wilson Plaza West
     606 North Carancahua
23   Corpus Christi, Texas 78476
          (Attorneys for Petitioners,
24          Brown Water Marine Service,
            Inc., et al)

25

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

4

1   **APPEARANCES (continued):**

2

3

4       JONES, WALKER, WAECHTER, POITEVENT,
        CARRERE & DENEGRE
        (By:  Glenn G. Goodier, Esquire)
5       52nd Floor
        Bank One Center
6       201 St. Charles Avenue
        New Orleans, Louisiana  70170
7           (Attorneys for American
             Commercial Lines LLC and
8            American Commercial Barge Line
             LLC)
9

10

11      BURT BARR & ASSOCIATES
        (By:  John Holman Barr, Esquire)
12      304 South Record Street
        Dallas, Texas  75202
13          (Attorneys for American
             Commercial Barge Line LLC)
14

15

16      ADAMS AND REESE
        (By:  Mark J. Spansel, Esquire)
17      Suite 4500
        One Shell Square
18      New Orleans, Louisiana  70139

19              - and -

20      OFFICE OF THE ATTORNEY GENERAL
        TRANSPORTATION DIVISION
21      (By:  Jack F. Gilbert, Esquire)
        Post Office Box 12548
22      Austin, Texas  78711-2548
            (Attorneys for the State of
23           Texas)

24

25

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

5

1    **VIDEOGRAPHER**:

2

3

4        Michael Gilmore
         United Video Production Company
         Suite 205
5        418 Peoples Street
         Corpus Christi, Texas 78401
6

7

8

9

    **REPORTED** BY:
10

11

12       **M. H. GAUDET, JR., CCR, RPR, RMR**
         Certified Court Reporter
13       State of Louisiana

14

15

16

17

18           *       *       *       *       *

19

20

21

22

23

24

25

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

**9**

1  36 Woodstone Drive, Mandeville, Louisiana

2  70471.

3      THE COURT REPORTER:

4          Thank you, sir.

5  EXAMINATION BY MR. WATTS:

6      Q.    Mr. Brinkop, my name is

7  Mikal Watts.  I'm a lawyer in Corpus

8  Christi, Texas, and I'm here to take your

9  deposition.

10          Have you had your deposition

11  taken before?

12      A.    Yes.

13      Q.    Okay.  You understand that

14  we're making a movie of you as you speak and

15  taking down every word that everybody in the

16  room says --

17      A.    Yes.

18      Q.    -- is that right?

19          Okay.  If for some reason you

20  don't understand one of my questions, if

21  you'll just let me know, I'll try to

22  rephrase it.  That way when you do answer

23  each of my questions, we can all safely

24  assume that you fully understand the

25  question as asked.

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

10

1          Will you do that for me?

2     A.     I will.

3     Q.     The second agreement I'd like

4  to make with you is, for some reason, either

5  because I'm going to try to get through this

6  quickly or there's an objection or somebody

7  just starts talking, if you get interrupted

8  where you don't feel like you've had a full

9  opportunity to completely answer the

10  question, just tell me that, and we'll let

11  you finish your answer.

12          Is that okay?

13     A.     Yes.

14     Q.     That way, when you do answer

15  each question, once we type up the

16  transcript, we can all full -- we can all

17  safely assume that you had a full and fair

18  opportunity to completely answer each one of

19  the questions that was asked.  Okay?

20     A.     Okay.

21     Q.     All right.  Let me get some

22  background information on you, Mr. Brinkop.

23          How old a man are you?

24     A.     Fifty-five.

25     Q.     And tell me a little bit about

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

11

1    your background:  Where were you raised,

2    where did you go to school, this kind of

3    thing.

4         A.    I was raised in St. Louis,

5    Missouri; went there through high school;

6    went several years of college at SMU in

7    Dallas, Texas.

8         Q.    When were you at SMU?

9         A.    '65 to '67.

10         Q.    What did you study?

11         A.    I was an English major.

12         Q.    Okay.  And did you graduate

13    from SMU?

14         A.    No, I didn't.

15         Q.    Okay.  What did you do after

16    you completed your work at SMU?

17         A.    I got drafted.

18         Q.    Okay.  And --

19         A.    Spent two years in the Army.

20         Q.    And served in Vietnam?

21         A.    No.

22         Q.    Where did you serve?

23         A.    I served in Germany.

24         Q.    Okay.  And you spent two years

25    there, and I assume you were honorably

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

**12**

1    discharged?

2          A.       I was.

3          Q.       What did you do after you got

4    out of the Army?

5          A.       Various jobs; worked for a

6    landlord in St. Louis fixing up rental

7    property for several years, and then I

8    started as a deckhand on a boat in 1971.

9          Q.       And how long from 1971 did you

10   serve as a deckhand on a boat?

11         A.       Three years.

12         Q.       And what did you begin to do in

13   1974?

14         A.       I got my pilot's license and

15   became a pilot.

16         Q.       And when you say your pilot's

17   license and became a pilot, I assume you're

18   talking about --

19         A.       On a boat.

20         Q.       -- a boat?

21         A.       Yes, sir.

22         Q.       Okay.  And how long did you

23   serve a pilot?

24         A.       I served in the capacity of

25   pilot/relief captain/captain till 1981.

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

**13**

1      Q.    And in 1981 what did you begin

2   to do?

3      A.    I came into the office of ACBL

4   as a port captain.

5      Q.    When did you first begin

6   working for ACBL?

7      A.    My first two trips as a

8   deckhand were for ACBL.

9      Q.    So beginning in 1971?

10     A.    Yeah.

11           And then I -- I left and went

12   to another company and came back and -- got

13   my license there and came back to ACBL in

14   '74 as a pilot.  So I have been back at ACBL

15   since '74.

16     Q.    Okay.  And just so that our

17   chronology's complete, who did you work for

18   between '71 and '74 when you left for this

19   other company?

20     A.    Eagle Marine Industries in

21   St. Louis.

22     Q.    Okay.  So temporarily in 1971

23   and then continuously since 1974 to the

24   present, you've worked for ACBL?

25     A.    That's correct.

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

14

1       Q.      Okay.  I think we were up

2   through about 1981 when you came into the

3   office as a port captain for ACBL.

4               How long did you serve ACBL as

5   a port captain?

6       A.      About two and a half years.

7       Q.      Which would take us sometime

8   into late '83, early '84?

9       A.      Late '83 I became Vice

10  President of Operations for the River

11  Division.

12      Q.      And how long were you Vice

13  President of Operations for the River

14  Division?

15      A.      Through October of '98.

16      Q.      And was that continuously from

17  1981 through October of 1998 that you were

18  Vice President of Operations of the River

19  Division?

20      A.      From 1983 through '98, yes.

21      Q.      And when -- In 1998, what did

22  you begin to do at that period of time?

23      A.      I came to New Orleans and took

24  over the position of Vice President of Gulf

25  Coast Operations.

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

**15**

1    Q.    Okay.  And have you served as

2  the Vice President of Gulf Coast Operations

3  for ACBL continuously since 1998?

4    A.    I have.

5    Q.    All right.  Is that your

6  present position?

7    A.    It is.

8    Q.    Let me tell you that what we

9  have here in addition to the video camera is

10  I have a document presenter where I can put

11  a document on the screen; you can see it

12  here.  He can splice it into the video so

13  the jury sees what we're talking about and

14  everybody can follow along.  Okay?

15    A.    Okay.

16    Q.    Just for the record, as we go

17  to the screen, Exhibit 18 is the notice for

18  your deposition, but the document I want to

19  talk to you about is Exhibit 19, and this is

20  an organizational chart that was provided to

21  us by ACBL.

22        And as I understand it, the

23  President and Chief Operating Officer of

24  ACBL is presently a gentleman by the name of

25  Barry Uber?

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    before today; have we?

2         A.     No.

3         Q.        You do know from your position

4    with the -- ACBL as the Vice President of

5    Operations for the Gulf Coast region that on

6    occasion ACBL utilizes Brown Water Marine

7    and its tugboats to tow ACBL barges?

8         A.     Yes.

9         Q.        And when that occurs, does ACBL

10   place the barges in the care, custody, and

11   control of the tugboat company such as Brown

12   Water Marine?

13        A.     Yes.

14        Q.        What does that phrase mean to

15   you in this particular industry, "care,

16   custody, and control of a barge"?

17        A.        It means it's under their care,

18   custody, and control.  It's -- You know, we

19   ask them to move it from point A to point B,

20   and it is their decision how to do so, when

21   to do so --

22        Q.        And the tugboat's

23   responsibility --

24        A.        And their responsibility;

25   they're --

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

141

1        Q.        -- to do so safely?

2        A.        -- responsible for it.

3        Q.        Let me make sure that we're

4    clear on the record.

5              Is it ACBL's position that when

6    a barge is placed in the care, custody, and

7    control of the tugboat operator, that the

8    tugboat operator has the responsibility to

9    move the barge safely?

10        MR. GOODIER:

11              Objection; leading.

12    EXAMINATION BY MR. PIERSON:

13        Q.        Go ahead.  You can answer.

14        A.        Absolutely.

15        Q.        And to your knowledge in this

16    particular industry, is that the way it's

17    done with other tugboat operators?

18        A.        Yes.

19        Q.        There are other tugboat

20    operators that ACBL uses?

21        A.        Yes.

22        Q.        And the phrase "care, custody,

23    and control of a barge," that's something

24    that means -- it's a specific phrase that

25    means something in your industry?

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

142

1    A.    Yes.

2    MR. GOODIER:

3         Object to leading.

4    EXAMINATION BY MR. PIERSON:

5         Q.    In your position as the Vice

6    President of Operations for ACBL down here

7    in New Orleans for the Gulf Coast region,

8    you stated that you've never had any

9    conversations with Brown Water Marine or its

10   personnel.

11        Have you ever had any

12   complaints voiced to you about Brown Water

13   Marine as an operator?

14        A.    No.

15        Q.    Have you ever had any

16   complaints voiced to you as the vice

17   president of the Gulf Coast region that

18   Brown Water Marine and its tugboat captains,

19   that they're unsafe operators?

20        A.    No.

21        Q.    I want to make sure that we're

22   clear on the record.

23        There's been a lot of

24   discussions about horsepower requirements

25   and rules of thumb.

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762