1          UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF TEXAS
2            BROWNSVILLE DIVISION

3

4

5   IN RE THE COMPLAINT AND        *   CIVIL ACTION
    PETITION OF BROWN WATER        *
6   TOWING I, INC., AS OWNER,      *   NO. B-01-157
    AND BROWN WATER MARINE         *
7   SERVICE INC., AS BAREBOAT      *   c/w
    CHARTERERS, OF THE BROWN       *
8   WATER V, ITS ENGINES, TACKLE,  *   CIVIL ACTION
    ETC., IN A CAUSE OF            *
9   EXONERATION FROM OR            *   NO. B-02-004
    LIMITATION OF LIABILITY        *
10                                 *
    IN THE MATTER OF AMERICAN      *   Admiralty
11  COMMERCIAL LINES AS OWNER      *
    AND AMERICAN COMMERCIAL BARGE  *
12  LINE LLC AS CHARTERER OF THE   *
    BARGES NM-315, VLB-9182,       *
13  ACL-9993B, VLB-9173, PRAYING   *
    FOR EXONERATION FOR AND/OR     *
14  LIMITATION OF LIABILITY        *
                                   *
15  *   *   *   *   *   *   *   *   *   *   *

16

17

18

       Transcript of the videotaped deposition of
19  **MICHAEL A. KHOURI,** ████████████████████Louisville,
    Kentucky 40223, taken at the Seelbach Hilton, 500
20  South 4th Street, Louisville, Kentucky, on Tuesday,
    the 14th day of January, 2003.

21

22

23                                        COPY

24

25                                   **EXHIBIT 17**

**APPEARANCES:**

WATTS & HEARD
(By:  Mikal C. Watts, Esquire
            - and -
      Ray R. Marchan, Esquire)
1926 East Elizabeth Street
Brownsville, Texas  78520-4933
            (Attorneys for Brigete Goza,
             Gustavo Morales, Jacqueline
             Paddock, and Lydia Zamora)


SCHIRRMEISTER AJAMIE
(By:  S. Mark Strawn, Esquire)
Suite 2150
Pennzoil Place - South Tower
711 Louisiana
Houston, Texas  77002
            (Attorneys for the Estate of
             Julio Morales, et al)


GAUNTT & KRUPPSTADT
(By:  Catherine Palmore, Esquire)
Suite C
9004 Forest Crossing Drive
The Woodlands, Texas  77381
            (Attorneys for the Estate of
             Stvan Rivas, et al)


KITTLEMAN, THOMAS, RAMIREZ
& GONZALES
(By:  Dale Kasofsky, Esquire)
4900-B North 10th Street
Post Office Box 1416
McAllen, Texas  78505
            (Attorneys for the Mata
             Claimants)

ROYSTON, RAYZOR, VICKERY & WILLIAMS
(By:  Jack Partridge, Esquire)
1700 Wilson Plaza West
606 North Carancahua
Corpus Christi, Texas 78476
            (Attorneys for Petitioners,
             Brown Water Marine Service,
             Inc., et al)

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1  **APPEARANCES(cont.)**

2         JONES, WALKER, WAECHTER, POITEVENT,
          CARRERE & DENEGRE
3         (By:  Glenn G. Goodier, Esquire)
          52nd Floor
4         Bank One Center
          201 St. Charles Avenue
5         New Orleans, Louisiana   70170

6

          ADAMS AND REESE
7         (By: Edwin C. Laizer, Esquire)
          Suite 4500
8         One Shell Square
          701 Poydras Street
9         New Orleans, Louisiana   70139

10                          - and -

11        OFFICE OF THE ATTORNEY GENERAL
          TRANSPORTATION DIVISION
12        (By:  Michael Ratliff, Esquire)
          Post Office Box 12548
13        Austin, Texas   78711-2548
                   (Attorneys for the State of
14                  Texas)

15

          WILLIAMS BAILEY
16        (By:   J. Mark Smith, Esquire)
          Suite 600
17        8441 Gulf Freeway
          Houston, Texas   77017-5001
18                 (Attorneys for Hector Martinez,
                    Sr.)
19
          LAW OFFICES OF VERONICA FARIAS
20        (By:  Veronica Farias, Esquire)
          2854 Boca Chica Boulevard
21        Brownsville, Texas   78521
                   (Attorney Ad Litem for William
22                  Welch, minor)

23  ALSO PRESENT:
          Mr. Douglas Ruschman
24        Vice-President
          American Commercial Barge Line, L.L.C.

25

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9100

**Gaudet, Kaiser & Pepper**
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1   **VIDEOGRAPHER**:

2

3

4           Justin Lynch
           United Video Production Company
           Suite 205

5           418 Peoples Street
           Corpus Christi, Texas   78401

6

7

8   **REPORTED BY**:

9

10

11          **Betty Venturella, CCR**
           Certified Court Reporter
           State of Louisiana

12

13

14

15

16

17

18          *        *        *        *        *

19

20

21

22

23

24

25

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gauder, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1      A.    I reported to the general counsel and

2  did general corporate legal work of whatever

3  description that the general counsel assigned to

4  me, contracts, pretty much A to Z.

5      Q.    All right.  And how long did you work

6  for the general counsel in the original position

7  that you held?

8      A.    My first promotion was 1984 when I was

9  named general counsel for the Barge Line Unit of

10  American Commercial Lines.

11      Q.    When you said the Barge Line Unit, what

12  did the Barge Line Unit do for --

13      A.    Well, that's ACBL, but ACL includes --

14  includes then and still does a shipyard division,

15  Jeff Boat, a terminal division, American Commercial

16  Terminals.

17      Q.    So you would have been the general

18  counsel for the Barge Line Unit known as ACBL by

19  1984?

20      A.    Right.

21      Q.    Okay.  How long did you serve as the

22  general counsel for ACBL?

23      A.    I'm trying to remember.  I held that

24  title through 1990, I believe, and maybe a little

25  bit later, I was named the Vice-President in about

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    '88, the Senior Vice-President in 1990, and about

2    at that point, they started adding some other

3    functions.  I was the chief legal officer all the

4    way through until I assumed a position in March 1st

5    of 2000 as head of operations.  But backing up from

6    there, a lady named Mary Strich was named general

7    counsel, and she reported to me in the mid '90s.  I

8    can't remember the exact date.

9        Q.    Okay.  Let me take that last answer and

10   kind of break it up a little bit.

11       A.    Sure.

12       Q.    You said you were named Vice-President

13   first in 1988.  Would that be a Vice-President of

14   the general counsel's office, or did you have a

15   different Vice-Presidential title?

16       A.    No.  I mean, they just added it on,

17   general corporate officer.

18       Q.    Right.  You became a general corporate

19   officer, but your daily function was still as a

20   general counsel?

21       A.    Yes.

22       Q.    Okay.  And then in 1990, you became the

23   Senior Vice-President again with a better title,

24   but your daily function was within the general

25   counsel's office?

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1          A.      We didn't ask the lawyer to determine

2    whether we would continue using Brown Water Marine.

3    We asked someone to report the facts and testimony

4    as best as they could back to -- just a conduit, if

5    you would.

6          Q.      I understand.  You didn't delegate to

7    this person your business decision about what

8    towing subcontractors you were going to use?

9          A.      We needed a set of eyes and ears and

10   someone to let us know what was the testimony and

11   what did it look like.

12         Q.      Okay.  That's what I was driving at.

13   But this person was advising you so that you could

14   make your business decision as to whether or not to

15   continue using Brown Water Marine?

16         BY MR. GOODIER:

17                 I object to the form of the

18                 question.  You mischaracterized what

19                 he said.  He never said they advised

20                 him of anything.  They told him what

21                 they heard.

22         BY THE WITNESS:

23                 We were not looking for advice.

24                 I did not receive advice, as best I

25                 recall.  And I don't recall a whole

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1     lot of specifics, but it was, what

2     did it sound like, you know, were

3     there facts that were coming out,

4     testimony coming out that would

5     cause us to question the continued

6     use of Brown Water.  And again, to

7     put it in fullness, if I can finish

8     the question, we had, I think,

9     something like ten years worth of

10    operating experience with Brown

11    Water.  Had had virtually no types

12    of problems with them.  They were,

13    as best we knew, a good operator.

14    So this was -- within that context

15    or with that backdrop, is something

16    coming out now that we weren't aware

17    of that would cause us to change our

18    mind.  And based on the facts as

19    best I recall, that Norb and I had a

20    discussion, and a decision was made

21    that, subject to a final Coast Guard

22    report, if there's something else

23    that came out that wasn't in oral

24    testimony, which I'm not sure what

25    that would be, but subject to that,

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1              for the time being, we were going to

2              continue using Brown Water.

3        EXAMINATION BY MR. STRAWN:

4        Q.    I understand.  I need for the record to

5   object to your question as nonresponsive.

6   Understanding that this person was not giving you

7   advice, but was reporting on the testimony, he was

8   reporting to you for the purpose of you determining

9   whether you would continue to use Brown Water?

10       A.    Yes.

11       Q.    And as of the time that you left the

12  company, and as far as you know, as of today, it's

13  been you all's decision to continue using Brown

14  Water as your primary towing subcontractor in South

15  Texas?

16       A.    Well, two parts to the answer.  As of

17  when I left on June 30 of '02, that is my

18  understanding that we continued to use them.  I

19  have no knowledge as to whether they are primary,

20  secondary or tertiary tower in that area, but it's

21  not my --

22       Q.    With that proviso, you're aware that

23  there's been no change in their status as an

24  approved vendor for ACBL?

25       A.    I'm sorry, but I'm going to have to

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1          A.      Yes.

2          Q.      Just to get your understanding, what

3    was the purpose for the Responsible Carrier

4    Program?

5          A.      Again, not to give an overly long

6    answer, but the context of the Responsible Carrier

7    Program came originally out of the tragedy over in

8    Mobile.  There was legislation proposed through the

9    Merchant Marine Committee at that time.  And so

10   that was one type of response to that.  The

11   industry group looked at other industries as a

12   model of how to, you know, better deal with both

13   the regulators and how to improve overall

14   performance.  And that's where the Responsible

15   Carrier Program came into existence.

16                I mean, one of the things that

17   there is a misconception, it was not intended to be

18   a new regulatory scheme, some quantifiable set of

19   regulations.  It was more designed as establishing

20   overall processes and then a certification process

21   to see on a regular basis, I believe it's every

22   three years, are you still following those

23   processes.  But it was not a new set of regulations

24   in, say, lieu of Coast Guard regulations.

25         Q.      Right.  But it was a voluntary program

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9100

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9556

1   that the industry felt was important?

2        A.    Yes.   And it was voluntary, yes, you're

3   right.

4        Q.    And it was something that ACBL ascribed

5   to?

6        A.    Yes.

7        Q.    And you felt that it was important for

8   your company to be a member of that program and to

9   represent itself to the public as being a member of

10  that program?

11       A.    Well, again, in fullness of that

12  answer, I mean, we were a long time member of the

13  industry trade association, American Waterway

14  Operators.   We supported them, we supported their

15  efforts in improving the industry as a whole, and

16  this is one part of supporting both the trade

17  association and the industry.

18       Q.    And did the fact that Brown Water or

19  any other third party that you contracted with was

20  not a member of the Responsible Carrier Program or

21  was not certified in the Responsible Carrier

22  Program, did that play a role in your decisions as

23  to whether to use that company as a third party

24  contractor?

25       A.    It was not a determinative -- again,

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1  indications from anything that they were an unsafe

2  operator.

3       Q.   And after the Queen Isabella Causeway

4  event, in fact, you sent somebody down there to

5  look, listen in at the Coast Guard hearings just to

6  determine if they were a company that you wanted to

7  continue a relationship with; is that correct?

8       A.   Number one, we wanted to, you know, it

9  is -- as a prudent and responsible operator try to

10  figure out what happened given the tragedy of eight

11  deaths.  We said that's the only way we were going

12  to be able to get a view of the circumstances

13  surrounding that tragedy.  So a part of that would

14  be, is this someone who we need to make a decision

15  to stop using.

16       Q.   So you sent a man down there to listen

17  to the Coast Guard hearings and report back to the

18  company so that a determination could be made?  Is

19  that correct?

20       A.   Yes.

21       Q.   And as of 2002, mid-2002 when you left

22  the company, ACBL was continuing to use Brown Water

23  Marine; is that correct?

24       A.   To my knowledge, yes.

25       Q.   Are you aware of any other problems

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    that ACBL has had with Brown Water Marine, say,

2    prior to September of 2001?

3         A.    The only other matter that came up,

4    again, to my knowledge, was and as I understand, a

5    minor grounding incident, and it was not the

6    grounding incident that gave rise to the question.

7    It was that they didn't, they, Brown Water, did not

8    notify ACBL within the -- I forget how many hours

9    time frame in which they were supposed to be

10   notified.  That was what kicked off the inquiry at

11   that time.

12        Q.    Did you later find out that another tow

13   company was involved, and it wasn't actually Brown

14   Water vessels towing those vessels that grounded?

15        A.    I really don't remember the exact

16   details of that.

17        Q.    Is it fair to say that prior to

18   September of 2001, that ACBL was satisfied with the

19   service they had received from Brown Water Marine?

20        A.    To my knowledge, ACBL was fully

21   satisfied with the service from Brown Water Marine

22   .

23        BY MR. PARTRIDGE:

24             Thank you, sir.

25        BY MR. WATTS:

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

2

3

4

5

6 IN RE THE COMPLAINT AND      * CIVIL ACTION
PETITION OF BROWN WATER        *
7 TOWING I, INC., AS OWNER,     * NO. B-01-157
AND BROWN WATER MARINE         *
8 SERVICE INC., AS BAREBOAT     * c/w
CHARTERERS, OF THE BROWN       *
9 WATER V, ITS ENGINES, TACKLE, * CIVIL ACTION
ETC., IN A CAUSE OF            *
10 EXONERATION FROM OR           * NO. B-02-004
LIMITATION OF LIABILITY        *
                               *
11 IN THE MATTER OF AMERICAN     * Admiralty
COMMERCIAL LINES AS OWNER      *
12 AND AMERICAN COMMERCIAL BARGE *
LINE LLC AS CHARTERER OF THE   *
13 BARGES NM-315, VLB-9182,      *
ACL-9993B, VLB-9173, PRAYING   *
14 FOR EXONERATION FROM AND/OR   *
LIMITATION OF LIABILITY        *
15                               *
                               *
16  *   *   *   *   *   *   *   *   *   *   *

**COPY**

17

18

19

20         Transcript of the videotaped
deposition of **PHILIP S. TIMBERLAKE**, ████
21 ████████████ Lanesville, Indiana 47136,
taken in the offices of Boehl, Stopher &
22 Graves, Suite 2300, Aegon Center, 400 North
Market Street, Louisville, Kentucky 40202,
23 on Friday, the 30th day of August, 2002.

24

25

**EXHIBIT 18**

601 POYDRAS STREET, SUITE 2003      7967 OFFICE PARK BLVD.
NEW ORLEANS, LOUISIANA 70130         BATON ROUGE, LOUISIANA 70809
PHONE (504) 525-9100                    PHONE (225) 926-9411
FAX (504) 525-9109                       FAX (225) 926-9762

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

1   **APPEARANCES**:

2

3

4   WATTS & HEARD
    (By:  Ray R. Marchan, Esquire

5        Gregory Gowan, Esquire
              - and -

6        Mark Siegel, Esquire)
    1926 East Elizabeth Street

7   Brownsville, Texas  78520-4933
         (Attorneys for Brigete Goza,

8        Gustavo Morales, Jacqueline
         Paddock, and Lydia Zamora)

9

10  LAW OFFICES OF HERIBERTO MEDRANO
    (By:  Heriberto "Eddie" Medrano,

11             Esquire)
    1101 West Tyler Street

12  Harlingen, Texas  78550
         (Attorneys for the Harris

13       Claimants)

14

15  SCHIRRMEISTER AJAMIE
    (By:  S. Mark Strawn, Esquire)

16  Suite 2150
    Pennzoil Place - South Tower

17  711 Louisiana
    Houston, Texas  77002

18       (Attorneys for the Estate of
         Julio Morales, et al)

19

20  KITTLEMAN, THOMAS, RAMIREZ

21  & GONZALES
    (By:  Andres H. Gonzalez, Jr.,

22             Esquire)
    4900-B North 10th Street

23  Post Office Box 1416
    McAllen, Texas  78505

24       (Attorneys for the Mata
         Claimants)

25

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

**Gaudet, Kaiser & Pepper**
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    **<u>APPEARANCES</u> (<u>continued</u>):**

2

3       GAUNTT & KRUPPSTADT
        (By:  J. Chad Gauntt, Esquire)
4       Suite C
        9004 Forest Crossing Drive
5       The Woodlands, Texas  77381

6                - and -

7       THE LAW OFFICE OF JOHN DAVID FRANZ
        (By:  John David Franz, Esquire)
8       400 North McColl
        McAllen, Texas  78501
9          (Attorneys for the Estate of
              Stvan Rivas, et al)
10

11

12      WILLIAMS BAILEY
        (By:  Candice McNabb, Esquire)
13      Suite 600
        8441 Gulf Freeway
14      Houston, Texas  77017-5001
           (Attorneys for Hector Martinez,
15            Sr.)                   .

16

17      LAW OFFICES OF McMANUS & CRANE
        (By:  William Q. McManus, Esquire)
18      209 West Juan Lynn
        Post Office Box 2206
19      Victoria, Texas 77902-2206
           (Attorneys for Robin Faye
20            Leavell, et al)

21

22      ROYSTON, RAYZOR, VICKERY & WILLIAMS
        (By:  Will W. Pierson, Esquire)
23      1700 Wilson Plaza West
        606 North Carancahua
24      Corpus Christi, Texas 78476
           (Attorneys for Petitioners,
25            Brown Water Marine Service,
              Inc., et al)

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

**Gaudet, Kaiser & Pepper**
**Toll Free 1-888-525-9100**

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    **APPEARANCES** (**continued**):

2

3         JONES, WALKER, WAECHTER, POITEVENT,
          CARRERE & DENEGRE
4         (By:  Glenn G. Goodier, Esquire)
          52nd Floor
5         Bank One Center
          201 St. Charles Avenue
6         New Orleans, Louisiana   70170

7                   - and -

8         BURT BARR & ASSOCIATES
          (By:  John Holman Barr, Esquire)
9         304 South Record Street
          Dallas, Texas   75202
10              (Attorneys for American
                 Commercial Lines LLC and
11               American Commercial Barge Line
                 LLC)

12

13

14        ADAMS AND REESE
          (By:  Edwin C. Laizer, Esquire)
          Suite 4500
15        One Shell Square
          New Orleans, Louisiana   70139
16
                    - and -
17
          OFFICE OF THE ATTORNEY GENERAL
18        TRANSPORTATION DIVISION
          (By:  Jack F. Gilbert, Esquire)
19        Post Office Box 12548
          Austin, Texas   78711-2548
20              (Attorneys for the State of
                 Texas)

21

22

     **ALSO** **PRESENT**:
23

24        Daniel Longoria
          Law Clerk
25        Watts & Heard

1    **VIDEOGRAPHER:**

2

3

4              Michael Gilmore
               United Video Production Company
5              Suite 205
               418 Peoples Street
6              Corpus Christi, Texas 78401

7

8

9

        **REPORTED BY:**
10

11

12             **M. H. GAUDET, JR., CCR, RPR, RMR**
               Certified Court Reporter
13             State of Louisiana

14

15

16

17          *        *        *        *        *

18

19

20

21

22

23

24

25

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1   agent?
 2        A.      For Pruden -- I was an employee
 3   of Prudential.
 4        Q.      And when you left Prudential
 5   and went to ACBL, about what time was that?
 6        A.      1980.
 7        Q.      And what did you start out at
 8   at ACBL?
 9        A.      As a fleet dispatcher
10   dispatching the harbor tugs.
11        Q.      In what harbor?
12        A.      Louisville harbor.
13        Q.      And how long did you dispatch
14   tugs in --
15        A.      I dispatched --
16   THE COURT REPORTER:
17              Wait.  Wait.  Let him finish
18   his question.
19   THE WITNESS:
20              I'm sorry.  I thought he was
21   finished.
22   EXAMINATION BY MR. STRAWN:
23        Q.      I was, almost.
24              How long did you dispatch tugs
25   in the Louisville harbor?
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1          A.      Total of five years; two years

2     as a dispatcher, and then I became the

3     Louisville harbor manager for the last three

4     years.

5          Q.      Okay.  Let me back up.

6                  That would be from about '80 to

7     '82 you were a -- a dispatcher in the

8     Louisville harbor --

9          A.      Right.

10         Q.      -- for ACBL, and in between '83

11    and about '85 --

12         A.      Sometime in '82, I believe it

13    was, to '85, then I was manager of the

14    Louisville harbor.

15         Q.      Okay.  And so that's the

16    position, harbormaster?

17         A.      Kind of like that, yeah.  I

18    deal with -- dealt with the customers and

19    set up the night orders and things for the

20    other dispatchers and managed three other

21    dispatchers.

22         Q.      That takes us up to about 1985.

23                 What did you do then?

24         A.      Then I moved to the ACBL home

25    office in Jeffersonville, which was just

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    right across the river.  I went into

2    distribution services, which is the dispatch

3    arm for the rivers, and I dispatched the

4    Ohio River for two years, approximately.

5         Q.    Okay.  That would take us to

6    around '87, by my calculations.

7              That sounds right?

8         A.    That's right.

9         Q.    Okay.  And then in '87 you

10   would have left the distribution on the Ohio

11   River and taken up some other position at

12   ACBL?

13        A.    Yes.  I move to the operations

14   department, with the title of Fuel

15   Coordinator, and that meant I purchased the

16   fuel for the -- for the fleet.

17        Q.    What does -- What does it

18   entail to purchase their fuel?  Do you have

19   to --

20        A.    I dealt --

21        Q.    -- do contracts?

22        A.    I negotiated with -- with

23   midstreamers and fueling customers -- or

24   vendors -- Excuse me -- and would purchase

25   the fuel on a daily basis, boats from, you

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1  know, New Orleans to St. Paul to Cairo to

2  Pittsburgh, over the entire system.

3      Q.      Who were the main vendors that

4  you were purchasing fuel from?

5      A.      Economy Boat Store has three

6  locations, Aragon Boat Store, Wooton River

7  Service, Hardley Marine, Exxon, John W.

8  Stone, some in the St. Paul area that I

9  don't even remember the names now.  We

10  didn't -- We bought -- We only bought fuel

11  there on an emergency basis.

12     Q.      All right.

13     A.      Paducah River Service.

14     Q.      Were there any other items or

15  any other types of vendors that you'd have

16  to deal with besides fuel sales?

17     A.      Yes.  After I'd been in the

18  operations department for a couple years,

19  they gave me the title of Operations

20  Manager.  And what that entailed, I bought

21  the supplies for the boats, negotiated with

22  the vendors, groceries, deck stores, rope,

23  rigging.  I also was responsible for the

24  budget for the vessels, except personnel; I

25  did not take care of the personnel.  That

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1   was someone else's function.

 2          Q.     So the groceries you wouldn't

 3   take care of?

 4          A.     I -- The -- I said the

 5   personnel.  I did not take care of the --

 6          Q.     Oh.

 7          A.     -- captains, mates, deckhands,

 8   cooks.

 9          Q.     Oh, okay.  Okay.  I was -- I

10   thought you meant the need there --

11          A.     No.

12          Q.     -- the need -- stores that they

13   needed.

14                 So back me up a little bit

15   here.

16                 From '87 to what year were you

17   the Fuel Coordinator?

18          A.     Approximately two years, until

19   they changed my title to Operations

20   Manager --

21          Q.     Okay.  And then you --

22          A.     -- and then I was that until --

23   Yeah.

24          Q.     Okay.  So from about '89 until

25   what year you were the Operations --
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

**Gaudet, Kaiser & Pepper**
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1           A.      '97 --

 2           Q.      Okay.

 3           A.      -- when I retired.

 4           Q.      Okay.  So you retired from the

 5  company in 1997 --

 6           A.      Yes.

 7           Q.      -- in the position of -- And

 8  we've got to be careful about cutting in on

 9  each other.

10                   But in '97 with the position of

11  Operations Manager?

12           A.      Yes.

13           Q.      Okay.  And so that -- at that

14  time you had -- looks to me like --

15           A.      Seventeen years.

16           Q.      Okay.  Seventeen years with the

17  company.

18           A.      (Witness nods head

19  affirmatively.)

20           Q.      And -- And did you retire with

21  a pension?

22           A.      Yes.  I withdrew the money and

23  bought an annuity with it, yes.

24           Q.      Okay.  You withdrew the money

25  out of ACBL stock?
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

**Gaudet, Kaiser & Pepper**
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1   their season is about a month long each?

 2        A.      Yeah, each time.

 3        Q.      Okay.  Anything else that

 4   you've done since then besides the seasonal

 5   work at the racetrack since you retired?

 6        A.      Consulting.  I started a small

 7   consulting firm when I left ACBL called

 8   Marine Resources.

 9        Q.      And we'll talk about that in a

10   minute.

11                I noticed there was a -- a

12   company called Sanborn Yearwood --

13        A.      Yes.

14        Q.      -- & Associates?

15                Have you done work with them?

16        A.      Yes, I have.

17        Q.      On a -- basically a contract

18   basis?

19        A.      Yes.

20        Q.      And that --

21        A.      Jim Sanborn, who is the

22   principal -- one of the principals in that

23   organization, he and I joined forces to do

24   responsible carrier audits on inland

25   companies.
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1      Q.      Okay.  So there's not a --

2      A.      -- personal proprietorship.

3      Q.      There's not a -- a location for

4  that business other than your house?

5      A.      My house; I work out of a

6  nine-by-nine room in my house.

7      Q.      All right.  And it's -- There's

8  not a -- an actual corporation that was

9  created by filing with the Secretary --

10     A.      No.

11     Q.      -- of State?

12             When you worked at ACBL, did

13  you ever have any involvement with any

14  professional organizations or trade

15  organizations in the towing and barge

16  industry?

17     A.      Yes.  I was member of the

18  Louisville Propeller Club.

19     Q.      Anything besides the Propeller

20  Club?

21     A.      No.

22     Q.      So you were never a member of

23  the American Waterways Association?

24     A.      No.

25     Q.      When did you become affiliated

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    with the AWO?

2         A.     1998.

3         Q.     How did that come about?

4         A.     That's when the Responsible

5    Carrier Program was starting.  They were

6    going to have independent auditors conduct

7    the RCP audits, and I was int -- Of course,

8    that's one of the reasons I started this

9    small company, because I knew this was

10   coming up, and I was interested in becoming

11   an AWO auditor, supplement my income.

12        Q.     Okay.  Who are your -- your

13   primary contacts now over at ACBL?

14        A.     Norb Whitlock, Chris Brinkop,

15   Bill Kinzler, and Pete Kazunas.

16        Q.     So if ACBL wants to conduct an

17   audit, which one of those fellows would be

18   the one to call you?

19        A.     I've done them for all four of

20   them.

21        Q.     So any one of them could call

22   you?

23        A.     Uh-huh (indicating

24   affirmatively).  Yes, sir.

25        Q.     Is there one of them that

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

 1          Q.      So --

 2          A.      -- about doing a vendor audit.

 3          Q.      Okay.  So and he would -- He

 4    wouldn't give you anything that would spell

 5    out what they expected in an audit?

 6          A.      No.

 7          Q.      How about what they -- what

 8    you're going to charge them?  Would they

 9    give you a letter that would say that?

10          A.      I have a rate that I work for

11    ACBL for.

12          Q.      Okay.  And then when you --

13    When you complete the audit and you send it

14    back to them, I take it you send it with

15    some kind of letter explaining it?

16          A.      I hand-deliver it and go over

17    it with them, with whoever hires me.  Like

18    Pete, we'd set in his office and go over my

19    information, and he'd ask me any questions,

20    you know, that he would have.

21          Q.      Now, when you'd go to that

22    meeting, what did you bring with you?

23          A.      Just the audit report.

24          Q.      Now, I noticed, yeah, in -- in

25    ACBL's document production on some of the

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    third-party audits that Marine Resources

2    did, there is both the audit summary and

3    there's also the vessel checklist that have

4    been completed?

5        A.    Yeah.  Normally on a vendor

6    audit I did not give them the vessel

7    checklist.  That was just a working paper

8    for me.

9        Q.    All right.  But then on

10   occasions you would give them that for

11   certain --

12       A.    Yeah.

13       Q.    -- vessels?

14       A.    There's times that I have.

15   I -- I don't think on vendor audit -- Give

16   me a moment to think.

17            I think there was a checklist

18   when I did one in Paducah, Kentucky.  It's

19   no longer in business.

20            Can I refresh my memory?

21   MR. GOODIER:

22            Of course.

23   EXAMINATION BY MR. STRAWN:

24       Q.    Sure.  Any time I ask you a

25   question, you're welcome to --

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1              A.      Okay.

 2              Q.      -- look at that big stack of

 3      paper.  And we'll get to the stack of paper

 4      in a minute.

 5              A.      All right.  Tolen Marine came

 6      to me.  Tolen Marine, I had a checklist

 7      which I more or less absconded [sic].  The

 8      RCP program had not started yet.  There was

 9      no such thing as an RCP checklist.  So I

10      used the Chemical Manufacturers Association

11      trade group, the CMA -- I used one of their

12      checklists as a guideline.

13              Q.      All right.  For -- For Tolen?

14              A.      Yes, for Tolen.

15              Q.      You said Tolen's no longer in

16      business?

17              A.      No.

18              Q.      Did they go out of business

19      because ACBL yanked their work from them, or

20      do you know?

21              A.      ACBL yanked their work from

22      them.  I don't know if that was the

23      resulting card -- cause of them going out of

24      business.

25              Q.      I have some RCP audits, and
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    Q.    -- and you -- There's nothing

2  generated in terms of a report beyond what

3  we have here --

4    A.    No.

5    Q.    -- as Exhibit 27?

6    A.    It was just a verbal report.

7    Q.    Okay.  You said that was the

8  first audit that you did.

9         Do you know when that was, what

10  year?

11    A.    It was shortly after I retired.

12  I would say it was probably in the summer of

13  '97.

14    Q.    Okay.  Well, you got out of

15  ACBL in -- in what month of 1997?

16    A.    April.

17    Q.    Of April?

18         And you did your first audit in

19  the summer?

20    A.    Yes.

21    Q.    Tell me how you -- what you did

22  to become RPA -- AWO RCP-certified as a

23  auditor.

24    A.    In the fall of 1998 I attended

25  a two-day training course in Houston

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

**Gaudet, Kaiser & Pepper**
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    conducted by the AWO for people wanting to

2    be certified as a responsible carrier audit

3    [sic].  At the end of the second day I took

4    a written exam, and then I was issued a

5    certificate of passing that I was a

6    certified AWO auditor.

7         Q.    Now, over that two-day period,

8    how long were you actually -- How much

9    classroom time is involved in that two days?

10        A.    It was all day except for a

11   midmorning break and then lunch and an

12   afternoon break.

13        Q.    So --

14        A.    I mean we started at 8:00 in

15   the morning, got out at like 4:00, 4:30 in

16   the afternoon.

17        Q.    So two full days of classroom

18   instruction?

19        A.    Uh-huh (indicating

20   affirmatively).  And then at the end of the

21   second day, late afternoon the second day, a

22   written exam.

23        Q.    Did you actually go out on

24   board a vessel?

25        A.    No.

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1    (Indicating)

 2         Q.      Well, let me use this as an

 3    example.

 4                 I -- I have the Brown Water

 5    audit --

 6         A.      That is not a -- That is not an

 7    RCP.  It might be labeled "RCP," but it's

 8    not a -- I didn't do a certification audit

 9    on them.

10         Q.      Okay.

11         A.      It was a vendor audit.

12         Q.      Let me show you what I'm

13    referring to.

14         A.      Okay.

15         Q.      This was produced by Brown --

16    by ACBL, and it's got your company's name on

17    it, and somebody handwrote a date of March

18    2000.

19                 And for the record, it's Bates-

20    marked as number A-933.

21                 And it purports to be a

22    Respons -- AWO Responsible Carrier Program

23    audit of Brown Water Marine Services -- of

24    Brown Water Marine Service, Inc., together

25    with vessels audited of the BROWN WATER VI
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1  and BROWN WATER VII.

2      A.      Uh-huh (indicating

3  affirmatively).

4      Q.      You're telling us that that is

5  not a --

6      A.      It wasn't a certification

7  audit.  It was a vendor audit.  I probably

8  should not have used "Responsible Carrier

9  Program" as a title on it, because it was

10  just a vendor audit.

11      Q.      Well, yeah.  I don't mean to

12  pick on you, and you don't have to fall on

13  your sword for Mr. Sanborn if it's his

14  mistake, but --

15      A.      No.  He was not --

16      Q.      -- that's what I was -- That's

17  what I was driving at.

18          Who drafted this document?

19      A.      I drafted this document.  He

20  was not in -- Mr. Sanborn was not involved

21  in any of the vendor audits conducted by me

22  for ACBL, only the RCP certification audits.

23      Q.      Okay.  And so not just the

24  title page but -- but the conclusions and

25  everything, these are all your work product?

```
 1                    Oh, okay.
 2         MR. MARCHAN:
 3              Well, we'll need that.
 4         MR. GOODIER:
 5              I mean they're identical
 6    documents.  It's just somebody wrote that on
 7    there, and I don't know who.
 8    EXAMINATION BY MR. STRAWN:
 9         Q.     Okay.  Do you have any
10    knowledge that it was -- that this audit was
11    not done sometime in March of 2000?
12         A.     No.  It was done in March of
13    2000, I believe, because if you'll look in
14    the Brown Water working paper stuff, there's
15    a letter there from Brown Water dated April
16    the 5th when they mailed me information that
17    I'd requested from them while I was down
18    there doing it the week before and I asked
19    them to send me some information.  And that
20    letter -- letter is in there.
21         Q.     I did see that letter.
22              So that would tell you that --
23         A.     It was dated April the 5th, so
24    that was the week after I was down there.
25         Q.     So you think pretty certainly
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    you were down there in late March of 2000?

2         A.    Yes.  Yes.

3         Q.    Have I marked as Exhibit 28 to

4    your deposition a copy of your -- your file

5    of the audit summary that you did?

6         A.    Uh-huh (indicating

7    affirmatively).

8         Q.    Is that a yes?

9         A.    Yes.

10        Q.    All right.  And since this is a

11   vessel -- I'm sorry -- a vendor audit as

12   opposed to an RCP certification audit, I

13   take it that the goal of the audit is to

14   advise ACBL, your client, as to whether or

15   not they should be using this particular

16   vendor?

17        A.    Yes.

18        Q.    All right.  However, to do that

19   audit, I looked at some of the supporting

20   documents that you used, and it looks to me

21   like what you did is you went through and

22   did a -- a vessel audit using the vessel

23   checklist that the A -- AWO RCP provides.

24        A.    Yes.  I don't -- On a vendor

25   audit, I don't go through it line by line

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    and check everything.  I keep a legal pad

2    with me when I'm doing a vendor audit, you

3    know, like on a boat or in a management

4    audit, make notes.  I don't cover every item

5    in the Responsible Carrier RCP checklist.  I

6    just use it as a guideline --

7        Q.    Okay.

8        A.    -- as a reference point.

9        Q.    And in doing that audit of

10   Brown Water, did you go through the

11   management audit checklist that AWO has

12   provided?

13       A.    No.  I don't believe I filled

14   out a management checklist.  I sat in their

15   office and discussed with their port captain

16   and marine superintendent -- I forget what

17   his title was -- some of the things that are

18   required to be AWO-certified.  I did give

19   him a copy of the checklist for his use, a

20   blank copy, so he could more or less do a --

21   a self-audit of what was required.

22             I talked to the young man who

23   was -- handled the training and safety for

24   him, the one that kept track of the safety

25   meetings on board and what topics were

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1   covered and things like that.  And I also

2   talked to their port engineer, who's in

3   charge of all the maintenance on the boats,

4   those three people.

5            And at that time I -- While I

6   was there, I looked over their operations

7   manual; didn't go over it in detail; I

8   briefly went through it -- some of their

9   other documents, and that's when I requested

10  for him to ship that information back to me,

11  because I was -- I'd already been out on

12  another audit before then, and everything I

13  had was full of paper.  And I asked him to

14  ship it to me --

15       Q.      Lawyers know about that.

16       A.      -- so I didn't have to carry it

17  on the plane loose.

18       Q.      Okay.  And while I'm thinking

19  about it, thinking about management audits,

20  with respect to the -- the AWO RCP audit

21  that was conducted of ACBL back in 1999 in

22  which you did the vessel audit --

23       A.      I did the vessel audit portion.

24       Q.      Okay.  Let me finish the

25  question.

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762