1      Q.      Okay.  Okay.  All right.

2      A.      I also don't know what the

3  "2951" is written over there either.

4      Q.      What do you remember about the

5  meetings that you had with Chapman and --

6  I'm sorry -- with Mr. Mosher?

7      A.      We set in the office and

8  just -- I went over the items that are

9  required on the management section of the

10  audit with him.  I didn't go through a

11  checklist and have him to produce

12  everything, because after he showed me his

13  operations manuals and what manuals they

14  had, they were all in different places and

15  everything.

16          So what I did was go over the

17  checklist with him to show him what was

18  required if he would decide to go ahead and

19  become a -- AWO RCP-certified.  I made a

20  list of the information I requested that he

21  send me, which is part of this file here,

22  which was the operations manual, some of the

23  hiring information, some on the training.

24          And then I also talked to this

25  Russ Sigman, the -- He's the engineer, the

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    port engineer, ops engineer.  I talked to

2    him -- We -- Mosher took me down to his

3    office, which was in the other end of the

4    building.  I talked to him about how he

5    handled repairs, how he scheduled repairs,

6    both routine and emergency.

7              And then I also talked to a

8    young man, which I don't have his name here

9    and I don't remember his name, but one of

10    his duties was in charge of training and

11    safety.  He's the one that kept track of the

12    safety meetings that they held and what

13    topics they covered and stuff like that.

14    And I do not remember his name.

15        Q.    All right.  And were any of

16    these conversations documented in any

17    fashion?

18        A.       Just on my work paper, which I

19    don't have.

20        Q.       The meeting that you had

21    with -- with Mr. Mosher, did that happen

22    before or after the vessel audits?

23        A.       After the vessel audits.

24        Q.       All right.  What did you tell

25    him about what you found in the -- in your

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1  vessel audit?

2       A.      I went over the information

3  that I found and -- and discussed with him

4  some of the things that would have to be

5  done to be RCP-certified --

6       Q.      All right.

7       A.      -- same as I did with the

8  management.  I also went over on the vessels

9  with him:  "Here's what I found.  Here's

10  what you need to do if you decide you want

11  to become RCP-certified."

12      Q.      How about just -- Because I

13  know that you're not -- you're not there

14  doing an RCP certification audit.  You're

15  really there doing a vendor audit for ACBL.

16          Did you discuss with him what

17  ACBL's expectations were?

18      A.      No, not specific, except that I

19  did -- If I remember right, I did discuss

20  with him that most major companies are --

21  they're not actually requiring some of their

22  major vendors to be AWO members, but they

23  are expecting them to -- to meet some of the

24  criteria, to be responsible carriers even

25  though they're not a member of AWO.

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1   including that there should be copies of the

2   notice -- current Notice to Mariners?

3        A.    Uh-huh (indicating

4   affirmatively).   (Witness nods head

5   affirmatively.)

6        Q.    All right.  And you would

7   have -- you would have told -- I'm turning

8   now to what is the -- If you're including

9   the cover page, it's the one, two, three --

10  it's the fourth -- the fourth page under

11  "Training."

12            And it's your observation that

13  "The company needed to develop a shoreside

14  and on-board training program to fulfill the

15  AWO Responsible Carrier Program."

16            That would have been something,

17  again, that you would have gone through with

18  Mr. Kazunas --

19       A.    Yes.

20       Q.    -- and informed him of that?

21       A.    Yes.

22       Q.    All right.  And you would have

23  told him as well on the next page that they

24  needed to do a rewrite of their operations

25  manual to reflect their current management

601 POYDRAS STREET, SUITE 2803
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1   and operating standards --

 2        A.     Yes.

 3        Q.     -- and to fulfill the

 4   requirements of the AWO RCP?

 5        A.     That's correct.

 6        Q.     And they needed to document

 7   their training programs?

 8        A.     Correct.

 9        Q.     And you would have gone through

10   basically all of these items?

11        A.     Yes.

12        Q.     And you would have told them

13   that they had agreed to look into possible

14   membership in the AWO and, again, to

15   reevaluate their thoughts becoming a member

16   and that they had pledged that they would --

17   would achieve the standards of the AWO?

18        A.     Whether they became a member or

19   not.

20        Q.     All right.  And what does

21   that -- What does that mean?

22        A.     That means that the things that

23   I listed that they needed to do to qualify

24   for certification under AWO, they would

25   agree to do.
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1          Q.      Okay.  And did you tell
 2    Mr. Kazunas that -- that you're available to
 3    go back down and check on whether or not
 4    Brown Water accomplished that at some time
 5    in the future?
 6          A.      No.
 7          Q.      Did he talk to you about --
 8          A.      He asked --
 9          Q.      -- calling back and following
10    up?
11          A.      He asked me if they had said
12    anything to me about working for them to get
13    them certified, and I told him they had not,
14    and I hadn't had any contact with them since
15    the day I left down there.
16          Q.      Okay.  And what else do you
17    remember at that meeting with Mr. Kazunas?
18          A.      He asked me what I thought --
19    overall what I thought of the company;
20    should they -- should they be using them as
21    a tower, if I had any heartache with
22    anything, and I told him I didn't.
23          Q.      All right.  And, again, can you
24    remember the -- any more specifically than
25    that what --
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1          A.      I can't remember the word for

 2   word of what I said to him.

 3          Q.      So he asked you point-blank for

 4   a recommendation on an up-or-down, yes-or-no

 5   basis?

 6          A.      Yes.

 7          Q.      And you said -- You said yes?

 8          A.      I said I didn't see any

 9   problem.

10          Q.      All right.  So it didn't

11   concern you that they weren't able to

12   document their safety meetings?

13          A.      No.

14          Q.      All right.  Didn't concern you

15   that they didn't have notices to mariners on

16   board?

17          A.      No.

18          Q.      Didn't concern you that --

19          A.      In the type of audit I was

20   doing, it was not -- Now, if I'd been doing

21   a certification, that's different.  I would

22   have required to see them.  I -- When I do a

23   certification, I say, "Let me see the

24   training for Joe Blow," and I expect you to

25   be able to show me, "This is when he
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1   recommendations and what you normally do.

2         Q.    Are there different levels of

3   certification for a RCP inspector?

4         A.    No -- Yes, there is.  There are

5   five auditors, I understand, that are

6   certified individually for either a

7   management audit or a vessel audit.  I don't

8   know how many each, but there -- Five are

9   certified that way, and rest of the auditors

10  are certified to do both --

11        Q.    Okay.

12        A.    -- management and vessel.

13        Q.    And what type certification do

14  you have?

15        A.    I have both.

16        Q.    Do you know what type of

17  certification Mr. --

18        A.    Excuse me.  Start again.

19        Q.    Do you know what type of

20  certification Mr. Sanborn has?

21        A.    He has both.

22        Q.    Okay.  Do you remember who

23  trained you, the name of the trainer or

24  teacher that you had during your

25  recertification?

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1   operation, if they were interested at some

 2   point in the --

 3        A.    I believe --

 4        Q.    -- future?

 5        A.    Excuse me.

 6              I believe I did.

 7        Q.    Okay.  And did you tell

 8   Mr. Kazunas that you had no response from

 9   Mr. Mosher?

10        A.    That's the last conversation we

11   had about Brown Water.

12        Q.    Mr. Kazunas knew that you had

13   offered -- you had offered your services for

14   certification of the Brown Water operation

15   and that Mosher had just basically left it

16   as, you know, "We'll look it into it later.

17   We're -- We're not saying yes right now"?

18        A.    That's correct.

19        MR. FRANZ:

20              Thank you, sir.

21   EXAMINATION BY MR. PIERSON:

22        Q.    Mr. Timberlake, Will Pierson.

23   I represent the Brown Water parties in this

24   case.

25              What is your understanding of
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
1   how long a carrier has to become certified

2   after it joins AWO?

3        A.     Two years.

4        Q.     Are you aware that Brown Water

5   became certified within two years after

6   joining AWO?

7        A.     No.

8        Q.     When you inspected the BROWN

9   WATER VI, how would you characterize the

10  maintenance of that particular vessel?

11       A.     I thought that there was no

12  large problems with the maintenance.

13       Q.     How would you characterize the

14  maintenance of the BROWN WATER VII?

15       A.     Same way.

16       Q.     How would you rank those boats

17  compared to other size boats that you've

18  inspected?

19       A.     Same -- You mean the other

20  class, same-size --

21       Q.     Yes, sir.

22       A.     -- vessels?

23              As good.

24       Q.     How about the crew?  Did the

25  crew appear to be knowledgeable to you on
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

273

```
1          A.      I would -- I would note that.

2          Q.      That would be of concern?

3          A.      That would be of concern.

4          Q.      Mr. Timberlake, because someone

5   joins AWO and becomes RCP-certified, does

6   that insure that it's a safe operating

7   company?

8          A.      No.

9          Q.      Is it your understanding that

10  the I-40 bridge collapse was caused by an

11  RCP-certified carrier?

12         A.      I do not know that.

13         Q.      There's no guarantee --

14         A.      You're talking about the one in

15  Oklahoma?

16         Q.      Yes, sir.

17         A.      No, I did not know.  They were

18  not.

19         Q.      There's no guarantee that by

20  becoming RCP-certified that you're going to

21  operate safely on the navigable waters of

22  the United States?

23         A.      No.

24         Q.      That's a true statement?

25         A.      Yes.
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1   influence your opinion in any way of the

 2   vendor audit?

 3        A.     No.

 4        Q.     Did they openly, in your

 5   opinion, communicate to you what their plans

 6   and programs were?

 7        A.     Yes.

 8        Q.     You knew when you went down

 9   there that Brown Water Marine had never been

10   a member of the AWO; is that correct?

11        A.     I believe it is, yeah.

12        Q.     That's a correct statement?

13        A.     I -- That's a correct

14   statement, yes.

15        Q.     And you suggested to them that

16   if they wanted to become RCP-certified,

17   there would be certain things they had to

18   do?

19        A.     Yes.

20        Q.     And Mr. Mosher indicated to

21   you, "Well, we're not sure we're going to do

22   that or not," but he didn't tell you that,

23   "No, we're not ever going to do that"?

24        A.     That's correct.

25        Q.     And so basically you gave them
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1    the type of information that they might need

 2    if they wanted to become certified, and

 3    Mr. Mosher indicated on behalf of the

 4    company that they'd think about it?

 5         A.    Yes.

 6         Q.    There are tugboat operators

 7    that are not members of the American

 8    Waterways Operators; is that correct?

 9         A.    Yes.

10         Q.    There's no government

11    requirement or mandate that all tugboat

12    operators have to belong to the AWO?

13         A.    No.

14         Q.    That's a true statement?

15         A.    That's a true statement, yes.

16         Q.    When you were asked questions

17    about the 12V-71 Detroit Diesel engines on

18    board the BROWN WATER VI and BROWN WATER

19    VII, do you have knowledge that engines can

20    be modified beyond their original

21    manufactured state such that -- such that

22    they can generate greater horsepower?

23         A.    No.    (Witness shakes head

24    negatively.)

25         Q.    Do you know anything about
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1   modifications of gear ratios on engines such

2   that they can generate greater horsepower?

3         A.      No.

4         Q.      Is there a difference, in your

5   experience, between the horsepower that's

6   generated at the engine and the actual

7   horsepower that's being generated at the

8   propellers?

9         A.      I can't answer that question.

10         Q.      Do you know whether or not you

11   can -- the different ways that you can

12   modify an engine such that you've generated

13   more horsepower than what the manufacturer's

14   specifications state?

15         A.      No, I'm not.

16         Q.      Do you know, though,

17   practically that there are cars out on the

18   street that have greater horsepower than the

19   way the manufacturer made them; isn't that

20   true?

21         A.      That's true.

22         Q.      When you did the vendor audit

23   of Brown Water Marine in March of 2000, how

24   would you say that they compared to other

25   vendor audits that you did?

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1              A.      Better than some, as good as

 2      many.

 3              Q.      Not the best that you've ever

 4      done?

 5              A.      Not the best I've ever done.

 6              Q.      Certainly not the worst?

 7              A.      Certainly not the worst.

 8              Q.      Better than average?

 9              A.      Average or -- or better.

10              Q.      And you characterize them as a

11      small company?

12              A.      Yes, I do.

13              Q.      As far as small companies, how

14      would they rank in your mind?

15              A.      Probably better than average.

16              Q.      Did you then recommend to

17      Mr. Kazunas that as far as your opinion was

18      concerned, that Brown Water was a safe

19      operator?

20              A.      Yes.

21              Q.      And you believe that if they

22      implemented some of the things that you

23      suggested to them, that they would become a

24      safer operator?

25              A.      Yes.
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1          Q.      And you saw no problems with

2    ACBL utilizing Brown Water Marine?

3          A.      No.

4          Q.      And was it your opinion that

5    you were simply going back to tell ACBL what

6    it is that ACBL wanted to hear, or were you

7    using your independent judgment?

8          A.      I don't work that way.

9          Q.      So you were out there

10   independently making these audits?

11         A.      Yes, sir.

12         Q.      And ACBL has never tried to

13   influence your opinion about a particular

14   vendor?

15         A.      No.

16         Q.      Would you read for us the last

17   paragraph of the audit that you did of Brown

18   Water Marine?

19         MR. GOODIER:

20              Is that -- That's 24?

21         THE WITNESS:

22              You've got it?

23         MR. PIERSON:

24              I believe it is.

25         THE WITNESS:

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1              The last paragraph?
 2    EXAMINATION BY MR. PIERSON:
 3         Q.      Yes, sir.
 4         A.      "Brown Water works hard, smart,
 5    and effectively with a small staff.  There
 6    seems to be a climate of continuous
 7    improvement, and I also noted that the
 8    leadership of their organization, they focus
 9    on what's important and those things that
10    will produce the best results, such as
11    safety, service."
12         Q.      Do you believe that?
13         A.      Yes.  I've said that about
14    other companies, too, but I haven't said it
15    about all companies.
16              May I say something else?
17         Q.      Yes, sir.
18         A.      To me it was a -- it was an
19    outfit that -- where, due to their size,
20    people had to wear different hats.  You
21    know, they had different responsibilities.
22    And I was impressed with the way that some
23    of them wore two or three different hats.
24         Q.      It wasn't a detriment that they
25    did different jobs, in your opinion?
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

**Gaudet, Kaiser & Pepper**
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1          A.      No, not -- Definitely not.

 2          Q.      You've seen other companies

 3   where people wear different hats and they're

 4   not able to do it, in your opinion?

 5          A.      Struggle, yes.

 6          Q.      Does the fact that there was an

 7   accident with the Queen Isabella Causeway

 8   change your evaluation of Brown Water

 9   Marine?

10          A.      No, sir.

11          Q.      And you would go out there

12   again if requested by someone to do so?

13          A.      Yes.

14          Q.      All right.  Do you know who

15   performed the RCP certification audit for

16   Brown Water Marine?

17          A.      No, I don't.

18          Q.      Are those records maintained by

19   the AWO?

20          A.      The only records maintained by

21   the AWO is the letter from the auditor

22   stating that they have passed certification.

23          MR. PIERSON:

24              All right.  I'll pass -- I'll

25   pass the witness.
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1              Thank you, sir.

2         MR. GOODIER:

3              I just have a few questions.

4         MR. STRAWN:

5              Okay.

6    EXAMINATION BY MR. GOODIER:

7         Q.      Mr. Timberlake, am I correct

8    that the United States Coast Guard has

9    certain requirements for individuals that

10   actually operate uninspected towing

11   vessels --

12        A.      Yes.

13        Q.      -- captains and pilots?

14        A.      Yes.

15        Q.      They're required to have

16   licenses?

17        A.      Yes.

18        Q.      In order to have those

19   licenses, do they have to take tests?

20        A.      Yes.

21        Q.      In order to take those tests,

22   do they have to undergo some sort of

23   training in order to learn how to --

24        MR. FRANZ:

25             Objection; leading.

```
 1    EXAMINATION BY MR. GOODIER:

 2        Q.     -- take the test?

 3        A.     Yes.

 4        Q.     They do?

 5        A.     Yes.

 6        Q.     Are part of -- As part of

 7    training, Rules of the Road?

 8        A.     Yes.

 9        Q.     Are they tested on Rules of the

10    Road, as far as you know?

11        MR. FRANZ:

12             Objection; leading.

13        THE WITNESS:

14             I don't know.

15    EXAMINATION BY MR. GOODIER:

16        Q.     You don't know.  Okay.

17        MR. GOODIER:

18             Are they tested?  The question

19    was:  Are they tested with respect to Rules

20    of the Road?  That's a leading question?

21        MR. FRANZ:

22             I didn't object to that one,

23    Counsel.

24        MR. GOODIER:

25             Yes, you did.
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1        But never mind.

2    MR. MEDRANO:

3        Let's go on.  Okay?

4  EXAMINATION BY MR. GOODIER:

5        Q.    Does the AWO have any written

6  guidelines with respect to horsepower to tow

7  size?

8        A.    No.

9        Q.    With respect to ACBL

10  third-party vendor audits, you mentioned

11  that Tolen Marine was one that -- that you

12  recommended that ACBL not use?

13        A.    Yes.

14        Q.    Was there another one?

15        A.    Yes.

16        Q.    What was the name of that

17  company?

18        A.    Marine Inland.

19        Q.    Did it -- Did it maintain a

20  certificate from the AWO that it was

21  RCP-certified?

22        A.    They told me they were

23  RCP-certified.

24        Q.    All right.  And did you

25  recommend against using them?

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1              A.      Yes.
 2         MR. GOODIER:
 3              Thank you.
 4              No further questions.
 5    RE-EXAMINATION BY MR. STRAWN:
 6              Q.      I have just a few for you.
 7              And I know that this is not
 8    anything that you're familiar with, but I
 9    want to show you just for a second and see
10    if you think that it's accurate.  And I need
11    to widen this out a little bit, but I'm
12    going to show you Brown Water Marine
13    Service's objections and responses to
14    interrogatories, because you were asked if
15    you knew whether or not Brown Water was a
16    member of the AWO at the time you went down
17    and talked to them.
18              And I want you to direct your
19    attention back to page number 18 here, where
20    they were -- Let's see if I can get the --
21         MR. GOODIER:
22              I'm sorry.
23              Did you say that he said he did
24    not know whether they were a member of the
25    AWO or not when he went down to audit them?
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1  EXAMINATION BY MR. STRAWN:

2        Q.      When you went down to audit

3  them, you understood and confirmed with

4  Mr. Mosher that they were not a member of

5  the AWO?

6        A.      Yes.

7        Q.      And he told you and wrote to

8  you that they were -- would consider -- in

9  his April 5 letter, they would consider

10 becoming a member in the future --

11       A.      Yes.

12       Q.      -- but that they were not?

13       A.      That they were not a member.

14       Q.      All right.  Well, let me show

15 you this answer here where it says, "Subject

16 to the foregoing objections and without

17 waiving objections, from January 1st, 1997

18 through the present, Brown Water Marine

19 Services, Inc. has been a member of the

20 American Waterways Operators and the Gulf

21 Intracoastal Canal Waterway Association.

22 Stephen Mosher" -- the person you talked

23 to --

24       A.      Uh-huh (indicating

25 affirmatively).

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762