**Michael D. Russell, U.S. Coast Guard (Ret)**
**Turnaround Maritime Services**
**Texas 77258-0128**

## EXPERIENCE

Maritime safety consultant with over 29 years' experience in several facets of maritime safety enforcement and management in the United States Coast Guard and the marine industry.

January 1995 to Present:

**Maritime Consultant**
Turnaround Maritime Services, Houston, Texas, USA

Provides advice and recommendations concerning litigation of maritime, boating and offshore incidents. Other services provided include marine casualty investigations, vessel inspections, cargo surveys, Coast Guard liaison, vetting, company and personnel audits, dock safety operations, Marine Safety Advisor, Pollution and Safety Advisor, American Bureau of Shipping Record reviews and towboat safety programs as well as training in all these areas. Clients include shipowners, charterers, law firms, training centers, ports, investigation firms and towboat companies. Accomplishments include:

- Instructor, Berth Operator Course
- Guest Instructor at The Seamen's Church Institute, Center for Maritime Education
- Consulted on the revision of a Pollution and Safety Advisor manual update
- Inspected and evaluated a potential layberth at the Port Of Beaumont, Texas
- Oriented several newly contracted Pollution and Safety Advisors
- Evaluated an inland towboat company for use by a major shipping company
- Served as a Marine Safety Advisor aboard a tankships discharging crude oil off Nicaragua
- Served as a Pollution and Safety Advisor off Cayman Islands on behalf of client's affiliate
- Served as a Marine Safety Advisor in Bermuda to evaluate ship compatibility with berth
- Provided Coast Guard casualty investigation training to ship officers and crews
- Serves as auditor for Pollution and Safety Advisors of inland waters and seagoing vessels
- Provided safety instruction to inland and coastal marine berth operators
- Provided ship and dock screening services to marine terminals and ship operators
- Provided marine casualty investigation services to the Port of Houston Authority
- Provided consultation on small passenger vessel sinking and deaths of 13 passengers
- Provided consultation concerning contaminated cargo on a tankship in Ecuador
- Served as Safety Director for a towing company
- Provided opinion on liability concerning injury of a deckhand on a barge
- Provided consultation on death of contract workers onboard a tankship
- Provided Pollution and Safety Advisor in-port services aboard 330+ tankships at terminals transferring over 46,000,000+ barrels of crude oil and chemicals with no water pollution
- Provided training and for new Pollution and Safety Advisors for ships and barges
- Provided consultation on injury of crewman on pipe laying barge
- Provided consultation on barge tow colliding with another tow
- Provided consultation and deposition on death of tankerman
- Investigated illness of contract worker on offshore platform
- Provided consultation on contract worker injury on airboat
- Investigated capsizing and sinking of crane barges
- Documented damages to steel products during unloading
- Conducted loading survey of break bulk cargo of offshore platform blowout preventers
- Conducted loading survey of freight ship break bulk cargo of bags of resin
- Conducted surveillance of allegedly injured complainant proving no physical restrictions

Encl (1)

**Exhibit B**

- Provided expert testimony on federal regulations reducing client's liability
- Provided expert testimony on state regulations reducing client's liability
- Helped to prove client non-liability in pollution case
- Worked with Sealand container ships reducing claims
- Provided consultation on collision of barge tow and motorboat
- Investigated stevedore proving negligence in his fall from gangway
- Investigated seized oil well and found incorrect additive to drilling mud offshore
- Investigated "wetted" plywood cargo for ship owner and found client not liable
- Investigated vessel striking offshore structure proving structure not lighted
- Investigated gas well tool string lost downhole proving negligence
- Prepared chemical tanker to successfully pass U.S. Coast Guard inspection

July 1990 to January 1995:

**Chief, Investigations Department and Senior Investigating Officer**
U.S. Coast Guard Marine Safety Office, Houston, Texas

Supervised staff which investigated marine casualties in the nation's third largest port and largest foreign commerce port. Investigated violations by and prosecuted merchant mariners and commercial vessel operators. Counseled maritime industry nationwide on interpretation of federal illegal drug and alcohol regulations. Major accomplishments include:

- Investigated/reviewed over 700 maritime casualty cases with over $55,000,000 in damages
- Prosecuted/managed litigation against 200+ mariners with a 98% conviction rate
- Advised the Norwegian Consul on the PLAN KRISTINE ship fire investigation
- Lead investigator for the National Transportation Safety Board/Coast Guard Marine Board of Inquiry on the fatal OMI CHARGER tankship explosion and fire in Galveston Bay
- Managed the spending of $11,000,000 for the cleanup of the San Jacinto River flooding
- Prosecution of barge tankerman led to Commandant upheld definition of "topping off"

July 1986 to June 1990:

**Chief, Inspections and Investigations Department**
U.S. Coast Guard Marine Safety Office, Galveston, Texas

Supervised staff of 15 which ensured foreign and U.S. vessels complied with U.S. and international inspection and casualty reporting regulations. Investigated allegations against U.S. Merchant Mariners and vessel operators. Major accomplishments include:

- Oversaw inspections of a fleet of over 250 U.S. passenger and cargo vessels
- Developed an uninspected vessel check off list for towboats
- Initiated a "ship rider" program with major shipping companies for new inspectors
- Brought the Galveston-Bolivar car ferries under Coast Guard inspection
- Brought the historical square rigger ELISSA under Coast Guard inspection
- Managed the spending of $3,000,000 for the cleanup of the MEGA BORG spill
- Developed checklist for self-inspection of offshore platforms

**Chief, Readiness Planning Department**

Responsible for planning, development, training and execution of mobilization exercise projects. Served as the Military Sealift Command Liaison. Major accomplishments include:

- Advised the Republic of the Philippines on upgrading security in the Port of Manila
- Advised the Government of Malaysia on upgrading port security in the Port of Pinang
- Authored the Coast Guard maritime counterterrorism plan for the Port of Galveston

July 1982 to June 1986:

**Chief, Vessel Inspection Division**
U.S. Coast Guard Marine Safety Office, Corpus Christi, Texas

Coordinated and reviewed all equipment and system inspection activities of a fleet of over 140 U.S. vessels for compliance with U.S. and international laws. Detained vessels with significant deficiencies from sailing until documented and corrected. Trained and evaluated performance of inspectors.

**Chief, Port Safety Division**

Prioritized and scheduled boardings of U.S. and foreign vessels to ensure compliance with U.S. and international operational and environmental protection regulations. Trained and supervised dockside facility inspectors and approved facility operations manuals.

**Assistant Chief, Port Operations Department**

Supervised Port Operations Center, Boat Division and Marine Environmental Protection Division and provided associated training. Served as Senior Watchstander.

## EDUCATION

Lamar University, Beaumont, Texas, Bachelor of Science, Speech
Trinity University, San Antonio, Texas, Graduate Work, Fine Arts
U.S. Coast Guard Officer Candidate School, Yorktown, Virginia
San Jacinto Junior College, Pasadena, Texas, Management

## TRAINING

Advanced Boating Accident Investigation – Underwriters Laboratory
Accident Investigation Techniques – International Loss Control Institute
Civilian Personnel Procedures for Supervisors
Confined Space Entry
Effective Technical Writing
Hazardous Chemical School
Heat Stress Prevention, Noise Exposure and Hearing Conservation
How To Supervise People
Investigation Department
ISM, ISO 9002 and Standards of Training, Certification and Watchkeeping (STCW) – American Bureau of Shipping
Life Saving Appliances and Water Survival – McMillan Offshore Survival
Liquefied Natural Gas Carriers
Marine Safety Basic Inspection
Marine Safety Information System
Marine Safety Information System Operations Management
Maritime Law Enforcement
National Boating Safety School
Nondestructive Testing
Offshore Marine Inspections
Offshore Support Vessels Inspection Workshop
Outer Continental Shelf Inspections
Outer Continental Shelf Helicopter Safety – U.S. Department of Interior
Petroleum Tankship Operations – World Trade Institute
Port Physical Security Management

3

Mike Russell

Port Readiness and Contingency Planning
Radiographic Film Interpretation
Recognizing the Symptoms of Drugs and Alcohol in the Workplace
Search and Rescue
Tankship Operations I – ABS Group, Inc.
Thermal Heating Barges

**PROFESSIONAL AFFILIATIONS**

Houston Mariners Club
Houston Propeller Club – Board of Governors
International Association of Marine Investigators
Nautical Institute

**MILITARY**

Retired from active duty with the U.S. Coast Guard as a Lieutenant Commander

**EXPERT WITNESS EXPERIENCE**

Deposition for a suit involving a ship breaking away from a dock causing water pollution
Deposition for a suit involving the deaths of 13 persons on a small passenger vessel
Deposition and testimony in state court for a suit involving an injured passenger on an airboat
Deposition and testimony in federal court for a suit involving a collision between an outboard/airboat and a barge tow
Deposition for a suit involving a stevedore falling off an accommodation ladder
Deposition for a suit involving a drowned barge tankerman

**PRESENTATIONS**

| | |
|---|---|
| "Vessel Screening Reports" | ExxonMobil Baytown, Texas |
| "Coast Guard Marine Casualty Investigations" | Seamen's Church Institute |
| "Mooring Safety" | Esso Bermuda |
| "Pollution Prevention on Barges" | ExxonMobil Beaumont, Texas |
| "Vessel Inspections" | ExxonMobil Memphis, Tennessee |
| "Vessel Performance Reports" | ExxonMobil Everett, Massachusetts |
| "Static Accumulation" | ExxonMobil Port Mobil, New York |
| "Coast Guard Investigations and the Administrative Law Process" | Hollywood Marine |
| "Marine Casualty Investigations" | American Oil Company (AMOCO) |
| "Welcome To Houston and Initiatives in the U.S. Coast Guard" | Nautical Institute |
| "Federal Regulations Changes in Drug/Alcohol Testing" | Port Safety Advisory Council |
| "Federal Pollution Regulations for Small Boats" | Galveston Bay Foundation |
| "Coast Guard Drug Testing" | International Association of Geophysical Contractors |

Mike Russell

**PAPERS/REPORTS**

Author: "Ship Riding – Training for New Inspectors", <u>Commander (m), Eighth Coast Guard District, New Orleans, Louisiana</u>

Co-author: "Marine Board of Investigation Concerning the Explosion and Fire On Board the Tankship OMI CHARGER (US) on 9 October 1993 At Bolivar Roads Inner Anchorage Near Galveston, Texas with Injuries and Multiple Loss of Life", <u>Commander (m) Ninth Coast Guard District, Cleveland, Ohio</u>

Editor: "Propulsion and Steering Casualties on the Houston Ship Channel", <u>Coast Guard Marine Safety Office Houston</u>

## PRIOR TESTIMONY AND COMPENSATION

PAST TESTIMONY AND DEPOSITIONS 2000-2004

| STYLE | COURT | CAUSE NO. | TRIAL/DEPOSITION |
|---|---|---|---|
| MARK ANTHONY BEASLEY AND MARY THOMPSON, CO-ADMINISTRATORS OF THE ESTATE OF ANDREA MARIE BEASLEY, DECEASED AND MARK ANTHONY BEASLEY, ADMINISTRATOR OF THE ESTATE OF LOGAN REED BEASLEY, DECEASED VS. LAND AND LAKE TOURS, INC. D/B/A WHITE AND YELLOW DUCK SIGHT-SEEING TOURS AND UNITED STATES OF AMERICA. | U.S. DISTRICT CT., W. DISTRICT OF ARKANSAS, HOT SPRINGS DIVISION | 99-6102 | DEPOSITION |
| BP AMOCO CORPORATION, BP AMOCO OIL COMPANY, AMOCO OIL COMPANY and BP OIL SUPPLY COMPANY VS. M/V GENMAR HECTOR, her engines, tackle, apparel, etc., and GENMAR HECTOR LIMITED, UNITED OVERSEAS TANKERS LTD. and GENERAL MARITIME CORPORATION | U S. DISTRICT CT., S. DISTRICT OF TEXAS, GALVESTON DIVISION | G-01-165 | DEPOSITION |

Compensation for time spent on reading, reviewing, researching, traveling, consulting and testifying is $200.00 per hour.

Encl (2)