B-01-157

DEPARTMENT OF
TRANSPORTATION
U.S. COAST GUARD
CG-5437 (8-86)

# UNITED STATES COAST GUARD
# VESSEL BOARDING REPORT

DATE: 15 SEP 01

VESSEL NAME: BROWN WATER V          VESSEL TYPE: UTV
CALL SIGN: WBR3118   GT: 84   YEAR BUILT: 1977   FLAG: US
BOARDING PORT: BROWNSVILLE, TX (CORPUS)   PS CASE NUMBER: _____

| AREAS EXAMINED: | CARGO OPERATIONS | U.S. NAVIGATION SAFETY REGS | U.S. POLLUTION PREVENTION REGS | CERTIFICATES |
|---|---|---|---|---|
| | — | MEO | MEO | MEO |

**Deficiency Description** / **Deficiency Citation** / **Action Taken or Required**

1) EMPLOYEE ASSISTANCE PROGRAM   46 CFR 16.401   Cleared 26SEP01
   EDUCATIONAL/HOTLINE INFO NOT POSTED

2) CG LOCAL NOTICES TO MARINERS   33 CFR 164.72   Cleared 26SEP01
   NOT MAINTAINED SINCE JAN 2000

3) NO RETROREFLECTIVE MATERIAL   46 CFR 25, 25-15   Cleared 26SEP01
   ON LIFE RINGS

4) FLOATING STROBES ON RING   46 CFR 25.05-11   Cleared 26SEP01
   BUOYS NOT FUNCTIONING

5) DECK MACHINERY SPACE
   PROTECTIVE GLOBES, CAGES MISSING

Copy delivered to: Stephen Morris   President
                  (Master/Mate Printed Name)   (Position)

Boarding Officer: Robert L. Helton, LT   Robert L. Helton, LT
                 (Printed Name)              (Signature)

Repairs to be effected by 1 Oct 2001

Unit Name and Address:  USCG Corpus Christi
                        555 N. Carancahua, Ste 500
                        C.C. Texas 78478

Note: This report is for information only. Notice will be given if penalty action in initiated.

UNIT COPY

7530-01-GF3-1980

# Exhibit C

DEPARTMENT OF
TRANSPORTATION
U.S. COAST GUARD
CG-5437 (8-86)

# UNITED STATES COAST GUARD
# VESSEL BOARDING REPORT

DATE: 15 SEP 01

VESSEL NAME: BROWN WATER V    VESSEL TYPE: UTV
CALL SIGN: WBR3118   GT: 84   YEAR BUILT: 1977   FLAG: US
BOARDING PORT: BROWNSVILLE TX (CORMS)   MS CASE NUMBER: ____

| AREAS EXAMINED: | CARGO OPERATIONS | U.S. NAVIGATION SAFETY REGS | U.S. POLLUTION PREVENTION REGS | CERTIFICATES |
|---|---|---|---|---|
| | — | MEO | MEO | MEO |

**Deficiency Description** / **Deficiency Citation** / **Action Taken or Required**

1) EMPLOYEE ASSISTANCE PROGRAM  46 CFR 16.401   Cleared/26SEP01
   EDUCATIONAL/HOTLINE INFO NOT POSTED.

2) CG LOCAL NOTICES TO MARINERS  33 CFR 164.72   Cleared/26SEP01
   NOT MAINTAINED SINCE JAN 2000

3) NO RETROREFLECTIVE MATERIAL  46 CFR 25.25-15   Cleared/26SEP01
   ON LIFE RINGS

4) FLOATING STROBES ON RING  46 CFR 25.25-11   Cleared/26SEP01
   BUOYS NOT FUNCTIONING

5) DECK MACHINERY — PTO
   PROTECTIVE GUARDS, CAGES MISSING

Copy delivered to: _____  President
                   (Master/Mate Printed Name)       (Position)

Boarding Officer: Robert L Helton, LT   Robert L Helton, LT
                  (Printed Name)          (Signature)

Repairs to be effected by 1 Oct 2001

Unit Name and Address:  MSO Corpus Christi
555 N. Carancahua, Ste 500
C.C. Texas 78478

Note: This report is for information only. Notice will be given if penalty action in initiated.

OWNER COPY

7530-01-GF3-1980

DEPARTMENT OF
TRANSPORTATION
U.S. COAST GUARD
CG-5437 (8-86)

# UNITED STATES COAST GUARD
# VESSEL BOARDING REPORT

DATE: 15 SEP 01

VESSEL NAME: BROWNWATER V    VESSEL TYPE: UTV

CALL SIGN: WBR3118    GT: 84    YEAR BUILT: 1977    FLAG: US

BOARDING PORT: Brownsville, TX (CCRMF)    PS CASE NUMBER: _____

| AREAS EXAMINED: | CARGO OPERATIONS | U.S. NAVIGATION SAFETY REGS | U.S. POLLUTION PREVENTION REGS | CERTIFICATES |
|---|---|---|---|---|
| | | WEO | LEO | MPO |

**Deficiency Description** — **Deficiency Citation** — **Action Taken or Required**

1) STBD TACHOMETER MALFUNCTIONING SINCE JULY 2000.

2) STRIPPED INSULATION, JURY RIGS ON BOTH TACHOMETER WIRES    Cleared 26Sep01

3)

4)

5)

Copy delivered to: Stephen Mosher    (Position) Master
(Master/Mate Printed Name)

Boarding Officer: Robert L Helton, LT    (Signature) Robert L Helton, LT
(Printed Name)

Unit Name and Address:
MSO Corpus Christi
555 N Carancahua, Ste 500
CC, Texas 78478

Repairs to be effected by 1 Oct 2001

Note: This report is for information only. Notice will be given if penalty action is initiated.

OWNER COPY

7530-01-GF3-1980

DEPARTMENT OF
TRANSPORTATION
U.S. COAST GUARD
CG-5437 (8-86)

# UNITED STATES COAST GUARD
# VESSEL BOARDING REPORT

DATE: 15 SEP 01

VESSEL NAME: BROWN WATER V    VESSEL TYPE: UTV

CALL SIGN: WBZ3118    GT: 84    YEAR BUILT: 1977    FLAG: US

BOARDING PORT: BROWNSVILLE, TX (CORMS)    PS CASE NUMBER: _____

| AREAS EXAMINED: | CARGO OPERATIONS | U.S. NAVIGATION SAFETY REGS | U.S. POLLUTION PREVENTION REGS | CERTIFICATES |
|---|---|---|---|---|
| | — | MEO | MEO | MEO |

**Deficiency Description** / **Deficiency Citation** / **Action Taken or Required**

1) STBD TACHOMETER MALFUNCTIONING SINCE JULY 2000

2) STRIPPED INSULATION, JURY RIGS ON BOTH TACHOMETER WIRES — Cleared 26 Sep 01

3)

4)

5)

Copy delivered to: Stephan Mosher    President
(Master/Mate Printed Name)    (Position)

Boarding Officer: Robert L. Helton, LT    Robert L. Helton, LT
(Printed Name)    (Signature)

Unit Name and Address: MSO Corpus Christi
555 N Carancahua, Ste 500
CC, Texas 78478

Repairs to be effected by 1 Oct 2001

Note: This report is for information only. Notice will be given if penalty action in initiated.

UNIT COPY

7530-01-GF3-1960