# AWO

# RESPONSIBLE CARRIER PROGRAM

## AUDIT OF

## BROWN WATER MARINE SERVICE, INC.

### VESSELS AUDITED

### M/V BROWN WATER VI

### M/V BROWN WATER VII

### AUDIT PERFORMED

### BY

### MARINE RESOURCES



TIMBERLAKE
EXHIBIT
28

Discovery Ex. No. 28
Cause No.
#B-01-157
Causeway Collapse

**EXHIBIT 20**

## SUMMARY OF VESSEL AUDITS

Navigation/Communication Equipment

Observations:

- All required navigation and communication equipment present.

- Strong back up communication.

- All required documents & license on board and current.

Opportunities for Improvement

- Pilot House personnel should be more familiar with required documents and be able to produce then upon request.

- Need to add radio log to daily log.

- There should be copies of the current Notice to Mariners on board.

Firefighting/Lifesaving Equipment

Observations:

- Drills and safety meetings are company policy. Several topics are covered each safety meeting.

- Management monitors safety meetings and drills.

Opportunities for Improvement:

- Vessels have no Fire Stations.

- One vessel had no smoke alarms and the alarms on the other vessel were out of order.

- No emergency lighting.
- The rubber seals on some watertight doors have been painted.
- One vessel did not have life preservers in accommodation rooms.
- Need check list for firefighting/lifesaving equipment.

**Environmental Controls**

<u>Observations:</u>

- Crews understand zero tolerance policy on environmental issues.
- On board manuals cover emergency response, waste management and contingency plan.

<u>Opportunities for Improvement</u>

- Vessels should have a spill kit on board. Currently have pads only.
- Even though fuel transfer procedures are not required by the USCG for vessels with less than 10,000 gallons of fuel, the AWO RCP requires them.

Machinery

<u>Observations:</u>

- Propulsion and steering systems being maintained as per company policy.
- Alarms are tested each time an engine is started.
- PA system is used as general alarm.

<u>Opportunities for Improvement:</u>

- Some electrical boxes could be labeled better.
- Guards on exposed moving parts such as shafts, belts and pulleys should be added to a checklist.

**Towboat Hull**

<u>Observations:</u>

- All openings seem to be watertight.
- Rails, ladders, chains are in good order.

<u>Opportunities for Improvement:</u>

- Vessels should have a piping diagram on board.
- A few seals on watertight doors have been painted.

<u>Boat and Barge Rigging.</u>

- Inspection and replacement is an on going process.

<u>Opportunities for Improvement</u>

Add rigging to check list.

**Training**

<u>Observations:</u>

Company needs to develop a shore side and on board training program to fulfill the AWO Responsible Carrier Program requirements.

## SUMMARY OF MANAGEMENT AUDIT

Need to do a re-write of the Brown Water Marine Operations Manual to reflect current management and vessel practices and to fulfill the requirements of the AWO RCP.

Need to develop new check list to cover the items required by the AWO RCP and a system to verify their use.

Need to document required training programs including orientation and refresher training.

Develop an evaluation system for vessel employees.

Document vessel maintenance program.

## AUDIT NOTES:

Brown Water Marine Service is currently in the process of updating their Operations Manual. They have committed to begin a consolidation of many of their manuals to parallel AWO's program.

They have agreed to look into possible membership in the AWO again and reevaluate their thoughts of becoming a member. What ever they decide, they agree to achieve the standards of AWO and welcome future audits.

Brown Water Marine works hard, smart and effectively with a small staff. There seems to be a climate of continuous improvement. I also noticed that the leadership of the organization focus on the important, that is those things that will produce the best results in such things as safety and service.