# In The Matter Of:

*ALLISION OF BROWN WATER V WITH QUEEN ISABELLA*
*CAUSEWAY, D/L SEPTEMBER 15, 2001*

---

*VOLUME ONE OCTOBER 9, 2001*
*September 15, 2001*

---

*AK/RET REPORTING, RECORDS & VIDEO, INC.*
*CERTIFIED COURT REPORTERS*
*SUITE 880 TOWER II*
*555 N. CARANCAHUA*
*CORPUS CHRISTI, TX  78478*
*(361) 882-9037    FAX: (361) 882-3355*

*Original File CGHEAR.TXT, 322 Pages*
*Min-U-Script® File ID: 0311023165*

**Word Index included with this Min-U-Script®**

**EXHIBIT 21**

Page 1

[1]  UNITED STATES DEPARTMENT OF TRANSPORTATION
     UNITED STATES COAST GUARD MARINE SAFETY OFFICE
[2]              HEARING
[3]

     RE: ALLISION OF BROWN WATER V WITH QUEEN ISABELLA
[4]     CAUSEWAY, D/L SEPTEMBER 15, 2001
[5]
[6]
              VOLUME 1
[7]          OCTOBER 9, 2001
[8]
[9]
[10]       Community Room
             Tower II
[11]     555 North Carancahua
         Corpus Christi, Texas 78478
[12]
[13]
[14]
[15]
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

Page 2

[1]          APPEARANCES

[2] HEARING OFFICER:

    MR. JIM WILSON

[3]  U. S. Coast Guard Marine Safety Office

     555 Carancahua Street, Suite 500

[4]  Corpus Christi, Texas 78478

[5] FOR BROWN WATER MARINE:

    MR. WILL PIERSON

[6]  Royston, Rayzor, Vickery & Williams

     606 North Carancahua, Suite 1700

[7]  Corpus Christi, Texas 78476

[8]  MR. JAMES H. HUNTER, JR.

     Royston, Rayzor, Vickery & Williams

[9]  55 Cove Circle

     Brownsville, Texas 78521-2613

[10]

    FOR THE STATE OF TEXAS AND TXDOT:

[11]  MR. MICHAEL RATLIFF

      MR. S. RONALD KEISTER

[12]  Assistant Attorney General

      Post Office Box 12548

[13]  Austin, Texas 78711-2548

[14]  MR. MARK SPANSEL

      Adams & Reese

[15]  One Houston Center

      1221 McKinney St., Suite 4400

[16]  Houston, Texas 77010-2010

[17] FOR PORT ISABEL:

      MR. JEFFREY D. ROERIG

[18]  Roerig, Oliveira & Fisher

      855 West Price Road, Suite 9

[19]  Brownsville, Texas 78520

[20] FOR SOUTH PADRE ISLAND:

      MR. RICARDO J. NAVARRO

[21]  Denton, Navarro & Bernal

      Bank of America Building

[22]  222 East Van Buren, Suite 405

      Harlingen, Texas 78550-6804

[23]

[24]

[25]

Page 73

[1] A: I've had numerous training but the major
[2] training that I've had is marine inspector training at
[3] Yorktown, Virginia. I've also had senior marine
[4] inspector training at Yorktown, Virginia. I've also had
[5] investigating officer training.
[6] Q: How long was the investigation officer
[7] training, if you recall?
[8] A: The preliminary training was two weeks.
[9] Q: Did you have any investigating officer
[10] training beyond that?
[11] A: Yes, sir. I've served as investigating officer
[12] for three years now.
[13] HEARING OFFICER: Any questions from any
[14] of the parties?
[15] MR. PIERSON: I have a question on behalf
[16] of Brown Water Marine. If I could direct it either to
[17] Lieutenant Helton or —
[18] HEARING OFFICER: Whoever knows the
[19] answer can answer this. Make sure we know who it is
[20] that's answering it.
[21] EXAMINATION
[22] BY MR. PIERSON:
[23] Q: Vessels like the BROWN WATER V that are
[24] uninspected vessels under the Coast Guard regulations
[25] and the United States Code of Federal Regulations, I'd

Page 74

[1] like an explanation of what that means.
[2] HEARING OFFICER: Who wants to take it?
[3] MR. GRODECKI: I'll take it.
[4] THE WITNESS: Okay. Uninspected vessel
[5] means that it's not issued a certificate of inspection
[6] by the United States Coast Guard. An inspected vessel,
[7] on the other hand, is a vessel that is inspected
[8] frequently both in dry dock and in the water. All
[9] safety equipment, hulls and machinery, personnel,
[10] training and licensing and that nature.
[11] An uninspected vessel is one that is not
[12] issued a certificate of inspection. But, however, it is
[13] subject to random examination by the Coast Guard to make
[14] sure it's in compliance with Federal laws and
[15] regulations.
[16] Q: (By Mr. Pierson) And the BROWN WATER V then
[17] was an uninspected vessel?
[18] A: That's correct.
[19] Q: May I ask the same questions about the barges
[20] involved? Are the barges required to undergo any type
[21] of inspection?
[22] A: The barges involved in this incident, no, sir.
[23] There are barges that are required to be inspected by
[24] the Coast Guard and are issued a certificate of
[25] inspection. But these barges did not fall into that

Page 75

[1] category.
[2] MR. PIERSON: Thank you.
[3] EXAMINATION
[4] BY MR. WILSON:
[5] Q: I would like to know a little bit more about
[6] these random checks on the uninspected towing vessels.
[7] What are you checking?
[8] A: Generally, we have a checklist where we check
[9] and make sure that navigation equipment, crew licensing,
[10] safety equipment and just overall safety of the vessel
[11] is —
[12] Q: Structural? Is there structural inspections?
[13] A: If we note something structurally deficient
[14] with the vessel, yes, it is. We don't actually do a
[15] full hull inspection. The vessel will not be hauled
[16] out and completely inspected by the Coast Guard.
[17] Q: Is there a checklist that you use when you do
[18] an uninspected towing vessel inspection?
[19] A: Yes, sir.
[20] Q: Would you mind making that available? Not
[21] right now. I've got a hole in that — IO 8 hasn't been
[22] filled, has it?
[23] MS. WOOD: 8, 9 and 10, sir.
[24] THE WITNESS: Mr. Wilson, I'd like to
[25] point out that there was an uninspected vessel checklist

Page 76

[1] completed at the time of the investigation.
[2] Q: (By Mr. Wilson) And that is your checklist,
[3] also?
[4] A: That was done by Wally Omstead, Chief Warrant
[5] Officer.
[6] Q: I have a copy of that. We'll make that IO
[7] Exhibit 8. Could you explain to her what that is?
[8] A: It's an uninspected towing vessel examination
[9] checklist.
[10] HEARING OFFICER: Gentlemen, I've got it
[11] here and I think it's been provided to y'all. When I
[12] say I've got it here, I can get it.
[13] Any other questions?
[14] EXAMINATION
[15] BY MR. PIERSON:
[16] Q: May I ask one more of Lieutenant Helton on
[17] behalf of Brown Water Marine?
[18] I've heard the term — perhaps, I'm saying
[19] it wrong — the Cooperative Towing Vessel Inspection
[20] Program. Is there such a program?
[21] A: Yes, sir, there is.
[22] Q: Would you explain what that is and advise
[23] whether or not Brown Water Towing 1, Inc. is a member of
[24] that program.
[25] A: Yes, sir. The cooperative towing vessel

**Page 77**

[1] program is a volunteer program; whereby, tow boat
[2] operators can ask the Coast Guard to look at their
[3] vessels and participate in that program. It's not
[4] mandated by law. It's a voluntary program. In fact,
[5] Brown Water Marine is involved in the cooperative towing
[6] vessel program.

[7]    HEARING OFFICER: I haven't seen an issue
[8] of structure or anything else. If there is one, I don't
[9] know about it.

[10]              EXAMINATION
[11]           BY MR. WILSON:

[12]    Q: Lieutenant Helton, you are also inspector
[13] qualified, are you not?

[14]    A: Yes, sir, I am.

[15]    Q: On what vessels?

[16]    A: I have an inspection qual on what we call T
[17] boats, which are passenger boats. I also have a guard
[18] qual and I also have a tank vessel exam qual. As far as
[19] the IO quals, I have all three of those quals, also,
[20] with marine casualty investigator, marine violation
[21] investigator and suspension and revocation investigator.

[22]    HEARING OFFICER: Is there any other
[23] things? I wanted their background because, obviously,
[24] we're going to be using them. We're going to be using
[25] them right now on this.

**Page 78**

[1]    Sir?

[2]    MR. STANSEL: Mr. Wilson, there is —
[3] Mark Stansel with TXDOT. There is also a handwritten
[4] witness statement. Is that also going into evidence at
[5] this time?

[6]    HEARING OFFICER: That's the one, I
[7] believe — yes, thank you. So there will be four things
[8] going in on each tape, the mini cassette, the full size
[9] cassette will be next in order. I hope you're capable
[10] of sorting these evidentiary numbers out for me. The
[11] transcript and the handwritten statement.

[12]    Do we have a handwritten statement from
[13] Captain Fowler?

[14]    MR. HELTON: Yes, sir.

[15]    HEARING OFFICER: We have handwritten
[16] statements from all the crew members.

[17]    As far as these large cassettes, I did
[18] listen to them and verify them as complete against the
[19] mini cassettes.

[20]    Okay. On the second cassette, there will
[21] not be a separate — there's not a separate handwritten
[22] statement for the second cassette. There's one
[23] handwritten statement from each member of the crew.

[24]    MR. HELTON: Yes, sir.

[25]    HEARING OFFICER: So the second one will

**Page 79**

[1] only have three exhibits. The first exhibit will be the
[2] mini cassette. The second exhibit will be the regular
[3] size tapes. The third exhibit will be the transcript.
[4] We'll straighten it out later.

[5]    MS. WOOD: On the first one, the
[6] interview with Captain Fowler on the 15th conducted by
[7] Mr. Grodecki, that was — that also had a written —

[8]    HEARING OFFICER: We're going to put the
[9] written one in with the first set of stuff.

[10]    MS. WOOD: Because I have two tapes right
[11] now.

[12]    HEARING OFFICER: Right. But I want to
[13] keep the two tapes separate. The first tape they're
[14] going to play was the one — Mr. Grodecki, what time of
[15] the day does that tape start?

[16]    MR. GRODECKI: It starts immediately when
[17] I arrived on scene. So it was shortly after 3:00 a.m.

[18]    HEARING OFFICER: 3:00 a.m., Saturday,
[19] the 15th?

[20]    MR. GRODECKI: Yes, sir. I would just
[21] like to point out that that tape also continued with Mr.
[22] Helton and myself interviewing the four crew members on
[23] the tugboat. So he's also an interviewer on that first
[24] tape.

[25]    HEARING OFFICER: I listened to those

**Page 80**

[1] tapes. I never heard that.

[2]    Okay. Well, anyway, once they're in
[3] evidence, if we need them with the crew members, we've
[4] got them.

[5]    I must have had the first incomplete
[6] tape.

[7]    Have we got the evidence straightened out,
[8] the numbering?

[9]    MR. GRODECKI: I'll help her get it sorted
[10] out.

[11]    HEARING OFFICER: Okay. Good. Because
[12] tomorrow or later on today, we're going to want to talk
[13] about them and we're going to want to identify them.

[14]    Can we start the tapes or does anybody
[15] need a recess?

[16]    MR. PIERSON: May I ask one more question
[17] of Chief Warrant Officer Grodecki?

[18]    HEARING OFFICER: Certainly.

[19]              EXAMINATION
[20]           BY MR. PIERSON:

[21]    Q: Chief, I wanted to ask you a question. It was
[22] read into the record that the repairs to the barge were
[23] done without the knowledge of the Coast Guard.

[24]    It's more accurate to say that Brown Water
[25] Marine was told to repair the barge and then to submit

Page 1

UNITED STATES DEPARTMENT OF TRANSPORTATION

UNITED STATES COAST GUARD MARINE SAFETY OFFICE

HEARING

RE:  ALLISION OF BROWN WATER V WITH QUEEN ISABELLA
     CAUSEWAY, D/L SEPTEMBER 15, 2001


VOLUME IV

OCTOBER 11, 2001


Community Room

Tower II

555 North Carancahua

Corpus Christi, Texas   78478


(Copy)

---

Page 3

1  APPEARANCES CONTINUED:

2

3  FOR CAMERON COUNTY:
       MR. GEORGE C. KRAEHE
4      Willette & Guerra, L.L.P.
       3505 Boca Chica Boulevard, Suite 460
5      Brownsville, Texas  78521

6      MR. RICHARD BURST
       P.O. Box 337
7      Raymondville, Texas  78580

8
   UNITED STATES COAST GUARD:
9      MR. ALAN R. GRODECKI
       MR. ROBERT L. HELTON
10     MR. HARRY MARCH
       MS. CHRISTINE WOOD
11     MS. NICOLE STARR
       MR. FRANK GARCIA
12

13 ALSO PRESENT:  MR. ALTON CHADWICK
                  MR. DAVID STUART JENKINS
14                MR. RICHARD F. SILLOWAY
                  MR. MIKE WIKE
15                MR. RONALD W. YATES

16

17

18

19

20

21

22

23

24

25

---

Page 2

1  APPEARANCES:

2

   HEARING OFFICER:
3      MR. JIM WILSON
       U.S. Coast Guard Marine Safety Office
4      555 North Carancahua Street, Suite 500
       Corpus Christi, Texas  78478
5

6  FOR BROWN WATER MARINE:
       MR. WILL PIERSON
7      Royston, Rayzor, Vickery & Williams
       606 North Carancahua Street, Suite 1700
8      Corpus Christi, Texas  78476

9      MR. JAMES H. HUNTER, JR.
       Royston, Rayzor, Vickery & Williams
10     55 Cove Circle
       Brownsville, Texas  78521
11

12 FOR STATE OF TEXAS:
       MR. MICHAEL RATLIFF
13     MR. JACK F. GILBERT
       Assistant Attorneys General
14     Post Office Box 12548
       Austin, Texas  78711
15

       MR. MARK SPANSEL
16     Adams & Reese
       1221 McKinney Street
17     Suite 4400
       Houston, Texas  77010
18

19 FOR PORT ISABEL:
       MR. JEFFREY D. ROERIG
20     Roerig, Oliveira & Fisher, L.L.P.
       855 West Price Road, Suite 9
21     Brownsville, Texas  78520

22
   FOR SOUTH PADRE ISLAND:
23     MR. RICARDO J. NAVARRO
       Denton, Navarro & Bernal
24     222 East Van Buren, Suite 405
       Harlingen, Texas  78550
25

---

Page 4

1              I N D E X

2  WITNESSES                              PAGE

3  ROSS BALIGURE
       Examination by Mr. Hunter          17
4     -Examination by the Hearing Officer 27
       Examination by Mr. Ratliff         30
5      Examination by Mr. Roerig          42
       Examination by Mr. Navarro         56
6      Examination by Mr. Kraehe          64
       Re-Examination by Mr. Ratliff      68
7      Re-Examination by Mr. Hunter       73

8  J.W. BLOCKER
       Examination by Mr. Hunter          78
9      Examination by Mr. Gilbert         84
       Examination by Mr. Navarro         108
10     Examination by Mr. Kraehe          115
       Examination by Mr. Roerig          120
11     Re-Examination by Mr. Navarro      123
       Examination by the Hearing Officer 125
12

   PHILIP LANGLEY
13     Examination by the Hearing Officer 137
       Examination by Mr. Pierson         154
14     Examination by Mr. Spansel         166
       Examination by Mr. Roerig          180
15     Re-Examination by Mr. Pierson      181

16 WALLY OLMSTED
       Examination by the Hearing Officer 187
17     Examination by Mr. Hunter          203
       Examination by Mr. Ratliff         208
18     Re-Examination by Mr. Hunter       210

19 ALTON CHADWICK
       Examination by the Hearing Officer 215
20     Examination by Mr. Spansel         230
       Examination Continued by the Hearing Officer 232
21

22 Certificate of Reporter               261

23

24

25

**Page 205**

1 A. Yes. Yes, sir, except for the tachometer is
2 malfunctioning. We revisited on the 26th of September and
3 Brown Water, at least it was communicated by the people at
4 Brown Water, they were working on it. They had ordered some
5 new ones and they were still trying to line that up, so they
6 were working on it.
7 Q. Okay. But the boarding report indicates that all
8 deficiencies were clear; is that fair to say?
9 A. On the 26th?
10 Q. IO No. 8 dated 15 September '01.
11 A. And then over -- where it indicates -- are you
12 talking over action taken and required?
13 Q. The category will say cleared, and then there's a
14 date out to the side.
15 A. Right.
16 Q. I guess they were all cleared on September the
17 26th?
18 A. Except for the starboard tachometer.
19 Q. Yeah.
20 A. Yeah.
21 Q. I know you're not an electrician. Does it appear
22 to you the reason the tachometer wasn't working was because
23 of the wires, the loose wires?
24 A. Yeah, I'm not an electrician. It could be. It
25 might be an item of concern.

**Page 206**

1 Q. All right. In IO No. 8 you had some handwritten
2 notes and one of them that stuck out in my mind was that it
3 took -- it's your handwritten notes, which I believe is one
4 of the reverse sides of the pages on the checklist. Down at
5 the bottom, you indicate it took several minutes to locate
6 the charts of the area. You did -- and that's -- that would
7 be, I guess, the lower Laguna Madre area?
8 A. The chart I -- it was an area of familiarity thing
9 again. I'm brand new and actually I've never worked with
10 the charts in that area, but when I asked the Captain, I
11 just wanted -- and these were notes more to just make me
12 think and prompt me for --
13 Q. Sure.
14 A. It did. When I asked the Captain if he had a
15 chart of the area, that's basically what I wanted to see. I
16 wasn't really -- I wanted to see if there was a chart aboard
17 of the vessel of the area.
18 Q. And it's not so much your note; what I'm looking
19 at is, the charts were on board the vessel, weren't they?
20 A. Yes, sir.
21 Q. And they were on the vessel on September 15th at
22 the time you conducted your inspection?
23 A. The chart I indicated?
24 Q. Right.
25 A. Yes, sir.

**Page 207**

1 Q. Local chart of the area.
2 A. Yeah, and I indicated that in a note, I think.
3 Right.
4 MR. HUNTER: Mr. Wilson?
5 HEARING OFFICER: Sir.
6 MR. HUNTER: We've reviewed the list of
7 deficiencies and wonder if the -- and these deficiencies
8 appear to be minor in nature and appear to us to be nothing
9 causally related to the accident. We wonder if we can pose
10 that question.
11 HEARING OFFICER: Certainly. Are you up to
12 speed? Do you know what we've been discussing down here and
13 what's been going on or we could put Mr. Helton on the
14 stand? He's been here every day. You just heard the report
15 that he was there when it was done. I don't even have to
16 put him on the stand.
17 MR. HUNTER: That would be fine. I could ask him.
18 HEARING OFFICER: Lieutenant Helton, is there
19 anything on this report that you feel is even collaterally
20 related to the marine casualty that is under investigation
21 at this hearing?
22 MR. HELTON: No, sir.
23 MR. HUNTER: Thank you. We have no further
24 questions.
25 HEARING OFFICER: Sir?

**Page 208**

1 MR. RATLIFF: Mike Ratliff for State of Texas.
2 EXAMINATION
3 BY MR. RATLIFF:
4 Q. You said the notice to mariners was not updated
5 since when?
6 A. The last one we were able to find and the format
7 that they have up there that they had in the wheelhouse, it
8 appeared to be pretty prominent in a binder of sorts with
9 notice to mariners in there. I asked the Captain about the
10 notice to mariners and he pulled out the binder, went
11 through it and the last one that was -- that we could find
12 or the most, I'm sorry, the most recent was January of -- I
13 think it was 2000, is what I had written at that time. That
14 was what he could -- that was what we found.
15 Q. And the Captain that you're conducting this
16 interview with, was that Rocky Wilson?
17 A. Yes, sir.
18 Q. And you say that it took several minutes to locate
19 the charts. Did you ask Captain Wilson, then, for the chart
20 for this area?
21 A. Yes, sir, and he was helping me at that time. He
22 had a lot on his mind, but he was, you know, periodically
23 through the day he was dedicated to --
24 HEARING OFFICER: Where did he find the chart?
25 THE WITNESS: Ended up, sir, we -- he ended up