FROM :                     FAX NO. :                     Oct. 05 2001 10:46AM P1

# BROWN WATER MARINE SERVICE, INC.
## MARINE TRANSPORTATION & TOWING
COVE HARBOR • P.O. BOX 2269 • (361) 729-3721 • ROCKPORT, TEXAS 78381

EXHIBIT 116

TO: Lt Bob Helton / Mr James Wilson    Oct 5, 2001

FROM: Stephen Mosher

Recap of David Fowler's Transit To/or From Brownsville, Tx.

* June 30, 2001, M/V BWI, 2 Barge Tow 1(L) & 1(E), Dave Fowler made the bridge in the Afternoon — O/B from Brownsville

* July 9, 2001, M/V BWI, 1 Barge Tow, 1(L), Dave did not make the Bridge, he was off watch — I/B to Brownsville

* July 10, 2001, M/V BWI, 1 Barge Tow, 1(E), Dave Fowler made the Bridge in the Afternoon — O/B from Brownsville

* Sept 14, 2001, M/V BWII, 4 Barge Tow, 2(L) & 2(E), Dave Fowler did not make Bridge, he was off watch — I/B Brownsville

* Sept 15, 2001, M/V BWII, 4 Barge Tow, David hit Bridge 0130-0200 hrs on thereabouts. O/B from Brownsville,

EXHIBIT 23

— David Fowler's Employment w/ Brown Water Marine shows the following tows — 6 — Trips of 3/4 Barge Tows (Bolivar/Houston) to Corpus Christi / Port Lavaca. 2 — Trips Towing Drilling Rigs LA to Texas — (Sabine Bayou to San Antonio Bay) — Balance of Towage was 1 & 2 Barge Tows Corpus Christi to Bolivar/Houston —

Causeway Collapse