### Page 1

```
         UNITED STATES DEPARTMENT OF TRANSPORTATION
         UNITED STATES COAST GUARD MARINE SAFETY OFFICE
                            HEARING

RE:  ALLISION OF BROWN WATER V WITH QUEEN ISABELLA
     CAUSEWAY, D/L SEPTEMBER 15, 2001

                         VOLUME II
                      OCTOBER 10, 2001




                       Community Room
                         Tower II
                     555 North Carancahua
                   Corpus Christi, Texas 78401




                         (ORIGINAL)
```

### Page 2

```
                       A P P E A R A N C E S

HEARING OFFICER:
     MR. JIM WILSON
     U.S. Coast Guard Marine Safety Officer
     555 Carancahua Street, Suite 500
     Corpus Christi, Texas 78478

FOR Brown Water Marine:
     MR. WILL PIERSON
     Royston, Rayzor, Vickery & Williams
     606 North Carancahua, Suite 1700
     Corpus Christi, Texas 78476

     MR. JAMES H. HUNTER, JR.
     Royston, Rayzor, Vickery & Williams
     55 Cove Circle
     Brownsville, Texas 78521-2613

FOR THE STATE OF TEXAS:
     MR. JACK F. GILBERT
     Assistant Attorneys General
     Post Office Box 12548
     Austin, Texas 78711-2548

     MR. MARK SPANSEL
     Adams & Reese
     Suite 4400, 1221 McKinney St.
     Houston, Texas
     77010-2010

FOR PORT ISABEL:
     MS. ELIZABETH G. NEALLY
     Roerig, Oliveira & Fisher, L.L.P.
     855 West Price Road, Suite 9
     Brownsville, Texas 78520

FOR SOUTH PADRE ISLAND:
     MR. RICARDO J. NAVARRO
     Denton, Navarro & Bernal
     Bank of America Building
     222 East Van Buren, Suite 405
     Harlingen, Texas 78550-6804
```

### Page 3

```
APPEARANCES CONTINUED

FOR CAMERON COUNTY:
     MR. GEORGE C. KRAEHE
     Willette & Guerra, L.L.P.
     International Plaza
     3505 Boca Chica Boulevard, Suite 460
     Brownsville, Texas 78521

UNITED STATES COAST GUARD:
     MR. ALAN R. GRODECKI
     MR. ROBERT L. HELTON
     MR. HARRY MARCH
     MS. CHRISTINE HOOD
     MS. NICOLE STARR
     MR. FRANK GARCIA

ALSO PRESENT:  MR. ALTON CHADWICK
               MR. DAVID STUART JENKINS
               MR. RICHARD F. SILLOWAY
               MR. MIKE WIKE
               MR. RONALD W. YATES
```

### Page 4 — INDEX

```
                                                        PAGE
Appearances                                              2

CAPTAIN NICK PERUGINI
     Examination By Hearing Officer                      8
     Examination By Mr. Pierson                         36
     Examination By Mr. Spansel                         92
     Examination By Mr. Pierson                        100
     Examination By Mr. Kraehe                         104
     Examination By Mr. Pierson                        106
     Examination By Mr. Spansel                        112
     Examination By Mr. Navarro                        115
     Examination By Mr. Pierson                        117

ELIJIO GARZA
     Examination By Hearing Officer                    118
     Examination By Mr. Pierson                        122
     Examination By Mr. Gilbert                        137
     Examination By Mr. Pierson                        146

DOUGLAS W. SWAIN
     Examination By Mr. Pierson                        150
     Examination By Mr. Pierson                        158
     Examination By Mr. Gilbert                        232
     Examination By Mr. Navarro                        260
     Examination By Mr. Pierson                        269

JEFFREY INGRAM
     Examination by Mr. Pierson                        196
```

### Page 5 — PROCEEDINGS

HEARING OFFICER: This hearing is open. This is day two of our search for a way to keep from anything like this happening, again, to the Queen Isabella bridge. The time is now 8:05. The date is 10 October 2001. We have a new court reporter, Jennifer L. Karl. She has been previously sworn.

The schedule for the day -- and this is the way I would like to do it. I invited TV cameras in today. I guess if you don't want TV cameras, invite them. But the way I intend to do this today is we're going to put on the NOAA channel presentation of their survey of the channel. Then is the Army Corps here today?

MR. GARZA: Yes, sir.

HEARING OFFICER: Okay. Would the Army Corps like to go next?

MR. GARZA: It would be fine, but we have looked at both surveys, and they mirror each other, so. . .

HEARING OFFICER: Okay. So the Army Corps cannot add anything?

MR. GARZA: No, sir.

### Page 6

HEARING OFFICER: Okay. I will just take official notice of that when it gets to that time. Are you going to be present the rest of the day in case we need you, or are you planning on leaving?

MR. GARZA: If you need me, yes, I will be present the rest of the day.

HEARING OFFICER: Okay. Let me think about that. Okay. And these attorneys kept me up late last night, so it will take me a while to think about it. At the first recess, I will let you know.

And then Brown Water does have a presentation. Do we have Port Isabel here?

MS. NEALLY: Yes.

HEARING OFFICER: Okay. All the parties are present, except for Captain Fowler or his attorney.

And, again, we're sticking to just the channel, its various dimensions and stuff like that. Then we have Coast Guard witnesses here to explain, one, the Coast Guard Aids to Navigation. If I call it ATON once in a while, that's what I mean is aids to navigation. I am going to try not to do it, but I am sure that word is going to come out. To explain their post-channel survey of the various ATONS, I

Page 19

1  information on this; but as I said, when the Coast
2  Guard publishes something like this in the Notice to
3  Mariners, we will add a note to the chart that warns
4  of shoaling in this particular area.
5     So as I indicated earlier, we were called in to
6  conduct a hydrographic survey to help determine if
7  the channel was clear. Just a couple ways on how we
8  conduct a survey, in this particular case, what we
9  did was our vessel using a deferential GPS
10 positioning, essentially high accuracy positioning,
11 probably on the order of three meter positioning,
12 horizontal accuracy, will run a set of systematic
13 lines back and forth, essentially perpendicular to
14 the channel at 25 meter spacing.
15    What we used in this particular case was a single
16 beam echo sounder that essentially can tell the depth
17 very precisely right below the survey vessel. So
18 essentially in a survey like this what you're doing
19 is sampling the bottom. And in looking at the
20 records from here, it's very unlikely that anything
21 major would -- could be found between these 25 meter
22 line spacing. So this particular entire area we
23 covered pretty thoroughly with echo sounders, then we
24 also --
25    Q. I am sorry about interrupting. But the red

Page 20

1  line on the left side of the screen, whatever exhibit
2  this is --
3     A. Oh, I am sorry.
4     Q. That's the swing bridge you covered from --
5     A. Yeah, this is the swing bridge here.
6     Q. Okay, thank you.
7     A. From here north to the causeway.
8     Q. Thank you, sir.
9        MR. GRODECKI: That's Exhibit NOAA 04.
10       HEARING OFFICER: Okay.
11    A. Okay. And just to give you an idea of
12 perspective, this, this distance is from the swing
13 bridge to the causeway bridge is, is less than a
14 mile, one nautical mile, and the information that was
15 given to me that the tug and barges together were
16 about 850 feet. One of the, one of the rules of
17 thumb that I have sort of been using in sort of
18 judging scale here is that between buoys 147 and 149,
19 at least their charted positions, roughly that's
20 about 850 feet. So when you're looking at some of
21 these exhibits, you can sort of keep that in mind.
22    Q. That was 149 and 145?
23    A. 149 and 147.
24    Q. Okay.
25    A. Approximately that distance is 850 feet

Page 21

1  approximately.
2     Q. Thank you, sir.
3     A. Just gives you a general idea of scale.
4        So this area we covered pretty thoroughly with
5  echo soundings that will show the depths very
6  accurately. This area in the blue is the area that
7  we covered with side scan sonar. Now, side scan
8  sonar, you tow from the stern of a vessel, and it
9  creates an image of the bottom. It doesn't measure
10 the depths, but what it can show are features that
11 stick up off the bottom or irregularities in the
12 bottom.
13    So, for example, if there were an old abandoned
14 buoy block on the bottom, we would be able to see it
15 with the side scan sonar, if there were an old
16 anchor, a wreck. If there was any sort of
17 irregularity in the bottom itself, like a dredge
18 scour, we can very often detect that in the side scan
19 sonar, so it creates a shadowy image of the bottom.
20    Now, I think a little later on we are going to
21 get into the -- sort of the details of some of the
22 results of this, this survey. But in general what
23 we're looking at here are depths in feet in the area
24 from 149 to 145, and essentially the depths in feet
25 are corrected to the chart vertical datum, which is

Page 22

1  mean lower low water. So, of course, as the tide
2  goes up and down, if you have a high tide, the depths
3  that you can expect are going to be higher or deeper
4  than what you see as far as the depths at the
5  particular vertical datum.
6     Again, this is -- these depths that you're
7  looking at right here are reduced to mean lower low
8  water. Essentially, what we're seeing is that in the
9  Corps' project, that is in the white water there --
10 all of the depths that we found are 12 feet or
11 deeper. We will be able to go into some detail on
12 depths in the blue water. Essentially, again, the
13 blue water on the chart indicates six feet or less.
14 In the particular case, we are going to see that
15 there are depths deeper than six feet and in some
16 cases between six feet and 12 feet.
17    Q. Captain?
18    A. Yes.
19    Q. This is, this is -- we're looking at the
20 chart depths right now, or we are looking at the
21 depths that you project for 2:00 o'clock?
22    A. No, no. These are actually reduced to the
23 chart depths to the mean lower low water.
24    Q. Okay. So that's what you would see on a
25 chart, if you put all that on a chart?

Page 23

1     A. Yeah. If you put all of it on there, that's
2  exactly what you would see on a chart reduced to the
3  vertical datum.
4     Just a note, also, you will see -- and we will be
5  able to take a look at this a little bit later on
6  more closely as we can zoom in. But what you'll see,
7  that we also obtained positions of the buoys, and
8  essentially the positions of the buoys were pretty
9  much right on where the Coast Guard had told us to
10 chart them, so the positions of the buoys agree with
11 their charted positions.
12    Okay. Now, and I know this is going to be very
13 difficult to see right here. But, like I said, later
14 on we will be able to zoom in and get more detail out
15 of this. What I have here is a plot of depths at the
16 time of the incident approximately 02:00 on September
17 15th. We have a tide gauge in Port Isabel that we
18 maintain, so we're able to compute quite accurately
19 the stage of tide at the time of the incident, and we
20 computed that. Out here in this particular area, the
21 tide corrector would be about 2.1 feet, so what we
22 did was we took our survey, and we added 2.1 feet to
23 all of the survey depths, and essentially that
24 increased most of the depths within the channel
25 certainly well over 12 feet. And, again, I have got

Page 24

1  some views that will show this a little bit more
2  zoomed in. This is more of a zoomed in view of the
3  hydrographic survey. I know buoys 149 and 147 are of
4  particular interest. What we've done here is we've
5  just dashed in a line between just connecting the two
6  positions of the buoys approximately. And, again,
7  this particular shot is at mean lower low water. You
8  will see the convention that I use is blue depths are
9  at the time of the incident. This is, this is at
10 mean lower low water on the chart. You will see
11 between these two lines basically eight feet at mean
12 lower low water somewhere between eight feet, seven
13 to eight feet, nine feet along this particular line.
14 That's at mean lower low water.
15    Now, at the time of the incident, again, this is
16 zoomed in; and what we're looking at, as I said, the
17 tide corrector was about 2.1 feet, so the depths at
18 the time of the incident between buoys, our survey
19 shows about 10 feet, nine feet, somewhere between
20 nine and 10 feet, between the buoys, okay? And as I
21 said, later on if you want to examine that more
22 closely, we will be able to do that.
23    Q. Yes, sir, I am sure we will.
24    A. Now, one of the things that -- this is one
25 that does not appear in the package that I gave you,