## WITNESS STATEMENT

NAME OF VESSEL/FACILITY: _Brown Water II_

INCIDENT: _Queen Isabela Bridge / M/V Brown Water II_

LOCATION: _Queen Isabela Bridge_

DATE/TIME OF INCIDENT: _9-15-01 / 0130 AM_

PERSON MAKING STATEMENT: _Rel Capt David D Fowler_

ADDRESS: ▓▓▓▓▓▓▓▓▓

PHONE: ▓▓▓▓▓▓▓   POSITION: _Rel Capt._

EMPLOYED BY: _Brown Warter Maine_

SSN/MMD/LIC. ▓▓▓▓▓▓   PORT OF ISSUE: _Rock Port TX_

DATE OF ISSUE: _____   ISSUING OFFICER: _Rock Port TX_

### STATEMENT
### (TO BE WRITTEN IN PEN BY PERSON MAKING STATEMENT)

I David Fowler came on watch 2400 on 9-15-01 at mile 675 IRW I rel. the Capt. on watch and took over the watch and was North Bound whit 4 load the tow was 79 by 35 I came into Long Inland and call the Long Inland swing brige to came tru North Bound the brige gave the ok to come tru I had come tru the Long Inland swing brige was lineing up on the Queen Isabela Hy. Bridge when the Stp. Stren of the Boat hit Bottm causing the head of the tow trun west out of the Channel I was truning the tow to the East to get control of the tow but I coud not I trip to Back up and stop but the tow keep going to the west cusding the tow to hit the Queen Isabela Hy. Bridge the light on the Bridge was not working and the Street light where off to the Curnn was stron to the west the only light light that was on was the red lights on the finder work of the Bridge I think the current and tide had a lot to do whit this incident. and the light of the Bridge visriability was Good the wind was 20-25 kt west-Nort west I did everything Posb, that I coud do to avoid this incident.

THE ABOVE STATEMENT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

**EXHIBIT 25**

SIGNATURE: _David D Fowler_   DATE: _9-15-01_

**STATEMENT (CONTINUED)**
**(TO BE WRITTEN IN PEN BY PERSON MAKING STATEMENT)**

THE ABOVE STATEMENT IS TRUE AND CORRECT TO THE BEST OF MY
KNOWLEDGE.

SIGNATURE: _David Fowler_           DATE: _9-15-01_

INVESTIGATOR: _Robert Welton, LT_     PAGE _2_ of _3_

## U.S. COAST GUARD STATEMENT FORM
### PRIVACY ACT STATEMENT

The investigator of this incident wishes to obtain your name, address, social security number, telephone number, place of employment, etc.. The Privacy Act, 5 U.S.C. 552a(e)(3), requires that you be informed concerning the authority of the investigator to collect this information, the primary purposes for which the Coast Guard will use this information, any secondary purposes for the information and whether your disclosure of this information is voluntary or required by Federal law.

1. **AUTHORITY:** The investigator, as a Federal law enforcement officer (14 U.S.C. 93e and E.O. 11735 of 3 AUG 1973), is requesting this information pursuant The General Duties of Ship Officers and Owners (33 U.S.C. 361) and Investigations of Marine Casualties (46 U.S.C. 239), and regulations written to enforce these laws.

2. **PRINCIPAL PURPOSES FOR THIS INFORMATION:** The statement which you provide the investigator will be used to determine the cause of this incident and establish the identity of the party or parties in violation of the aforementioned laws and regulations. Your name, address, and other personal information is needed to enable the investigator to contact you if more information should be needed or to clarify aspects of your statement. Your identity and contact information is needed in order to use your statement at any civil and criminal proceedings which may result from this investigation.

3. **OTHER PURPOSES:** None.

4. **The disclosure of your personal information is VOLUNTARY.**

---

I have read and understand the Privacy Act Statement:

Signature: _D__O D Fouler_      Date: 9-15-2001

---

I have had the Privacy Act Statement read to me and I acknowledge that I understand.

Signature: _____      Date:

Coast Guard Investigator:

Signature: _Robert W. Western, LT_      Date: 9-17-2001

---

Page 3 of 3 page(s)