IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 3 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C.A. NO. B-01-157 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| Consolidated with: | § § | |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER and AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § | C.A. NO. B-02-004 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| Consolidated with: | § § | |
| IN THE MATTER OF DEERE CREDIT, INC.,(FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIABILITY | § § § § § § § § § § § § § § § | C.A. NO. B-02-125 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |

**CLAIMANTS' NOTICE OF VIDEO DEPOSITION
OF AMERICAN COMMERCIAL BARGE LINES**

TO:   Brown Water Towing I, Inc. as Owner, and Brown Water Marine Service, Inc. as Bareboat Charterers of the Brown Water V, its engines, tackle, etc., in a cause of Exoneration from or Limitation of Liability, by and through their attorney of record, Mr. Will W. Pierson at Royston, Rayzor, Vickery & Williams, P.C., 1700 Wilson Plaza West, 606 N. Carancahua, Corpus Christi, Texas 78476.

American Commercial Lines LLC as Owner and American Commercial Barge Line LLC as Charterer of the Barges NM-315, VLB-912, ACL-9933B, VLB-9173, Prayer for Exoneration from and/or Limitation of Liability, by and through their attorney of record, Mr. Les Cassidy, at Woolsey & Cassidy, P.C., 1020 Bank of America, 500 North Water Street, Corpus Christi, Texas 78471, and Mr. Glen Goodier, Jones Walter, Waechter, Poitevent, Carrere & Denegre, LLP, 201 St. Charles Avenue - 48th Floor, New Orleans, LA 70170-5100.

Deere Credit, Inc., as Owner of the barge NM-315, and State Street Bank and Trust Company Connecticut, National Association, as Owner Trustee of the barge ACL-9933B and Not in its Individual Capacity, and General Electric Capital Corporation, as Beneficial Owner of the barge ACL-9933B, Praying for Exoneration from and/or Limitation of Liability, by and through their attorney Mr. Less Cassidy, at Woolsey & Cassidy, P.C., 1020 Bank of America, 500 North Water Street, Corpus Christi, Texas 78471.

PLEASE TAKE NOTICE that, pursuant to FRCP 30, all Claimants in the above entitled civil actions will take the video taped oral deposition of Mark Dougherty on January 7, 2005 at 9:00 a.m. at the conference room of the Seelbach Hilton Hotel, 500 S. 4th Avenue, Louisville, Kentucky, 40202, (502) 585-3200. The deposition will be videotaped by United Video of Corpus Christi, Texas.

The deposition will continue from day to day until completed and will be taken before a court reporter appointed or designated under FRCP 28. All parties are invited to attend and cross-examine this witness.

Respectfully submitted this 10th day of December, 2004.

_____
S. Mark Strawn*
Southern District of Texas ID No. 9996
State Bar No. 19374325
Ajamie LLP
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
(713) 860-1600 Telephone
(713) 860-1699 Facsimile

ATTORNEYS FOR CLAIMANTS

* Signed for by permission by N. Jill Yaziji.

**CERTIFICATE OF SERVICE**

On this 10th day of December, 2004, a true and correct copy of the forgoing Notice of Deposition and was sent via facsimile and certified mail return receipt requested to Petitioners, American Commercial Barge Lines, LLC, et al. and Counsel Representing Petitioners, Brown Water Marine Service, Inc., et al. counsel, and via facsimile only to all other counsel.

_____
S. Mark Strawn

12057.1                                        3