
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 28 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE INC., AS BAREBOAT CHARTERERS, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY § | CIVIL ACTION NO. B-01-157<br><br>Consolidated with |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER and AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-912, ACL-9993B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY § | CIVIL ACTION NO. B-02-004<br><br>and |
| IN THE MATTER OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY § | CIVIL ACTION NO. B-02-125<br><br>admiralty |

## ORDER

BE IT REMEMBERED that on December 28, 2004, the Court considered certain Claimants' ("movants") Unopposed Motion for Extension of Time to Respond to certain Motions for Summary Judgement [Dkt. No. 313].

1

On December 13, 2004, American Commercial Lines, LLC, American Commercial Barge Line LLC, and Deere Credit, Inc. et al., separately filed for summary judgment [Dkt. Nos. 305, 306, & 308, respectively]. The responses to these motions are due on January 3, 2005. Movants, on December 23, 2004, motioned this Court for a thirty (30) day extension to respond [Dkt. No. 313].

The motion [Dkt. No. 313] is hereby **GRANTED**. Accordingly, movants are hereby **ORDERED** to submit their responses to the above motions for summary judgment no later than February 2, 2005, at 3 p.m.

DONE at Brownsville, Texas, this 28th day of December, 2004.

Hilda G. Tagle
United States District Judge