United States District Court
Southern District of Texas
FILED

DEC 2 9 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C.A. NO. B-01-157 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| Consolidated with: | § § | |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER and AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § | C.A. NO. B-02-004 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| Consolidated with: | § § | |
| IN THE MATTER OF DEERE CREDIT, INC.,(FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIABILITY | § § § § § § § § § § § § § § § § | C.A. NO. B-02-125 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |

<u>CLAIMANTS' UNOPPOSED AMENDED MOTION FOR EXTENSION OF TIME
TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT</u>

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Jacqueline Paddock Individually and as Representative of the Estates of Chealsa Louise Welch and Barry Welch and as Next Friend of William B. Welch, William Morris Welch, Individually and as the Surviving Father of Barry Welch, William Eugene (Gene) Kimbrell, Individually and as the Surviving Father of Chealsa Louise Welch, Anita Harris Individually and as Representative of the Estate of Robert V. Harris, and as Next Friend of Victor Justin Harris, Carol Leavell and Rick Leavell, Individually and as Representatives of the Estate of Robin Faye Leavell, Lydia Zamora Individually and as Legal Representative of the Estate of Hector Martinez, Jr., Hector Martinez, Sr. Individually, J. Antonio Mireles and Soledad Gonzalez Mireles, Individually and as Legal Representatives of the Estate of Julio Cesar Mireles, Esteban Rivas and Miriam Rivas, Individually and as Legal Representatives of the Estate of Stvan Rivas, Omar Hinojosa, Individually and as Legal Representatives of the Estate of Gaspar Hinojosa, Raquel Hinojosa, Clarissa Hinojosa and Gaspar Hinojosa, II, Martin D. Hinojosa and Rita S. Hinojosa, Individually, Brigette Goza, Individually, Rene Mata and Frank Mata, Individually, Gustavo Morales, Individually, Bigos International, L.L.C., Rolando Lee Moya, Individually, Alberto L. Moya, Roberto Espericueta, Individually, Antonio Salinas, Individually, Southwestern Bell, Laguna Madre Water District, **(herinafter referred to as "Claimants")**, file this Unopposed Amended Motion for Extension of Time to Respond to Motions for Summary Judgment, and would respectfully show the following:

## I. BACKGROUND

These consolidated Admiralty Actions arise out of the September 15, 2001, allision of the M/V BROWN WATERV and her tow with the Queen Isabella

Causeway. On December 13, 2004, Motions for Summary Judgment were filed in this case by American Commercial Barge Line LLC, American Commercial Lines, LLC, and Deere Credit, State Street Bank and GE Capital (collectively referred to as "ACBL"). The Claimants' responses to ACBL's Motions for Summary Judgment are currently due on Monday, January 3, 2005.

## II. RELIEF REQUESTED AND GROUNDS

The Claimants request an extension of time of an additional 30 days to respond to ACBL's Motions for Summary Judgment. The Original Scheduling Order in this case set a deadline of December 15, 2004, for the parties to file dispositive motions. The dispositive motion deadline was not revised in the Amended Scheduling Order of December 6, 2004, except as to Cameron County. The Amended Scheduling Order continued the trial setting, and reset the case for pre-trial conference on June 29, 2005.

In light of the continuance of the trial setting, there is ample time for the Court to consider ACBL's Motion for Summary Judgment well in advance of trial. ACBL's Motion consists of 25 pages of briefing, and numerous affidavits of experts who have not been deposed in the case. The parties are continuing discovery. In light of the complexity and length of ACBL's motions, the continuance of the trial setting, and the intervening Christmas and New Year's holidays, a short extension of time for the Claimants to respond to ACBL's Motions is warranted.

### III. UNOPPOSED NATURE OF MOTION

Claimants' counsel discussed this Motion with counsel representing ACBL, et al. ACBL's counsel is not opposed to a 30-day extension of the current response date.

WHEREFORE, premises considered, Claimants move the Court enter the attached Order extending the date by which they must respond to ACBL et al.'s Motions for Summary Judgment until February 2, 2005, and for such other and further relief as to which they may show themselves to be justly entitled.

Respectfully submitted this __29th__ day of December, 2004.

_____
**Mikal C. Watts**
State Bar No. 20981820
Federal Bar No. 12419
**Ray R. Marchan**
Federal Bar No. 9522
State Bar No. 12969050
Watts Law Firm, L.L.P.
1926 E. Elizabeth
Brownsville, TX 78520
956.544.0500 Phone
956.541.0255 Fax
**S. Mark Strawn**
Southern District of Texas ID No. 9996
State Bar No. 19374325
Ajamie LLP
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
(713) 860-1600 Telephone
(713) 860-1699 Facsimile
**Heriberto Medrano**
Law Office of Heriberto Medrano
Federal Bar No. 5952
State Bar No. 13897800
2009 East Harrison, Suite B
Harlingen, TX 78550
956.428.2412 Phone
956.428.2495 Fax

**Raymond L. Thomas**
Federal Bar No. 10715
State Bara No. 19865350
Kittleman, Thomas, Ramirez &
Gonzales, PLLC
4900-B North 10th Street
McAllen, Texas 78504
956.686.8797 Phone
956.630.5199 Fax

Attorney for Claimants Jacqueline Paddock Individually and as Representative of the Estates of Chealsa Louise Welch and Barry Welch and as Next Friend of William B. Welch, William Morris Welch, Individually and as the Surviving Father of Barry Welch, William Eugene (Gene) Kimbrell, Individually and as the Surviving Father of Chealsa Louise Welch, Carol Leavell and Rick Leavell, Individually and as Representatives of the Estate of Robin Faye Leavell, Lydia Zamora Individually and as Legal Representative of the Estate of Hector Martinez, Jr., Hector Martinez, Sr. Individually, Esteban Rivas and Miriam Rivas, Individually and as Legal Representatives of the Estate of Stvan Rivas, Omar Hinojosa, Individually and as Legal Representatives of the Estate of Gaspar Hinojosa, Raquel Hinojosa, Clarissa Hinojosa and Gaspar Hinojosa, II, Martin D. Hinojosa and Rita S. Hinojosa, Individually, J. Antonio Mireles, as Personal Representative of the Estate of Julio Cesar Mireles, Juan Antonio Mireles, and Soledad Gonzalez Mireles. Anita Harris Individually and as Representative of the Estate of Robert V. Harris, and as Next Friend of Victor Justin Harris. Brigette Goza, Individually, Rene Mata and Frank Mata, Individually, Gustavo Morales, Individually, Bigos International, L.L.C., Rolando Lee Moya, Individually, Alberto L. Moya, Roberto Espericueta, Individually, Antonio Salinas, Individually, Southwestern Bell, Laguna Madre Water District.

## CERTIFICATE OF CONFERENCE

I hereby certify that I have discussed this Motion with opposing counsel, and the Motion is unopposed. Claimants have received an electronic representation from Petitioners' counsel that they are unopposed to ALL CLAIMANTS receiving a 30-day extension to respond to their Motions for Summary Judgment.

_____
Ray R. Marchan

## CERTIFICATE OF SERVICE

On this ___29th___ day of December, 2004, a true and correct copy of the forgoing Claimants' Unopposed Amended Motion for Extension of Time to Respond to Motions for Summary Judgment was served upon opposing counsel via facsimile and certified mail return receipt requested, and via facsimile and regular mail to all other counsel.

_____
Ray R. Marchan