United States District Court
Southern District of Texas
FILED

DEC 3 0 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION FOR BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | CIVIL ACTION NO. B-01-157 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| Consolidated with: | § | |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC, AS OWNER and AMERICAN COMMERCIAL BARGE LINE LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, PRYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § | CIVIL ACTION NO. B-02-004 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| Consolidated with: | § | |
| IN THE MATTER OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-02-125 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |

**CLAIMANT HECTOR MARTINEZ'S UNOPPOSED MOTION FOR EXTENSION OF SUBMISSION DATE AND OF TIME TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT FILED BY AMERICAN COMMERCIAL BARGE LINES, LLC, AMERICAN COMMERCIAL LINES, LLC, DEERE CREDIT, INC., STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT AND GENERAL ELECTRIC CAPITAL CORPORATION**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES Hector Martinez, and files this his Unopposed Motion for Extension of Submission Date and of Time to Respond to Motions for Summary Judgment filed by American Commercial Barge Lines, L.L.C., American Commercial Lines, L.L.C., Deere Credit, Inc., State Street Bank and Trust Company of Connecticut and General Electric Capital Corporation and, in that regard, would respectfully show the following:

## I. BACKGROUND

These consolidated admiralty actions arise out of the September 15, 2001 allision of the M/V BROWN WATER V and her tow with the Queen Isabella Causeway. Three (3) separate motions for summary judgment were filed on December 13, 2004 in this case by American Commercial Barge Lines, LLC, American Commercial Lines, LLC, Deere Credit, Inc., State Street Bank and Trust Company of Connecticut and General Electric Capital Corporation (collectively referred to as "ACBL et al."). The federal PACER information system indicates that the submission date for these motions for summary judgment is January 3, 2005 and, pursuant to the Local Rules of the Southern District of Texas, Claimants' response to these motions for summary judgment are due to be filed on that date.

On December 23, 2004, certain Claimants in this cause filed their unopposed motion for extension of time to respond to the three (3) motions for summary judgment filed by ACBL et al. [Dkt. No. 313] By its order dated December 28, 2004, this Court granted that unopposed motion. Claimant Hector Martinez's current motion seeks the same relief that this Court granted to those certain other Claimants by way of this Order dated December 28,

2004.

## II. RELIEF REQUESTED AND GROUNDS

Claimant Hector Martinez requests an extension of time of an additional thirty (30) days on the submission date for the referenced motions for summary judgments and within which to respond to ACBL et al.'s motions for summary judgment.

The original Scheduling Order in this case set a deadline of December 15, 2004, for the parties to file dispositive motions. The dispositive motion deadline was not revised in the Amended Scheduling Order issued by the Court on December 6, 2004, except as to Cameron County. The Amended Scheduling Order continued the trial setting and reset the case for pre-trial conference on June 29, 2005. In light of the continuance of the trial setting, there is ample time for the Court to consider ACBL et al.'s Motion for Summary Judgment well in advance of trial and no delay of the trial will be occasioned by granting the thirty (30) day extension of time requested in this motion.

ACBL et al.'s Motion consists of 25 pages of briefing, and numerous affidavits of experts who have not been deposed in the case. Discovery is continuing in this cause. Key depositions are scheduled to be taken in January, 2005. For example, the deposition of David Fowler, who was at the wheel of the M/V BROWN WATER V at the time of the allision, is scheduled for January 13, 2005. This deposition could not have been taken earlier because of Fowler's invocation of this Fifth Amendment privilege against self-incrimination. Also, the Claimants have been attempting to obtain the deposition of Rocky Wilson, the Master of the M/V BROWN WATER V, for several months. Although both

of these witnesses were Brown Water Marine employees at the time of the allision, Claimants have reason to believe their testimony will also be relevant to ACBL et al.'s liability. Additionally, no expert witnesses have been deposed, although numerous affidavits form these expert have been submitted in support of ACBL et al.'s motions. The Claimants will need time to gather affidavits to counter the numerous affidavits submitted by ACBL et al.

In light of the complexity and length of ACBL et al.'s motions, the continuance of the trial setting and the intervening Christmas and New Year's holidays, a short extension of time for the Claimants to respond to ACBL et al.'s Motions is warranted.

### III. UNOPPOSED NATURE OF MOTION

Claimants agreed to the creation of a Claimants' Steering Committee for ease in the coordination of the prosecution of this multi-party litigation. Members of the Claimants' Steering Committee have spoken for the Claimants as a group on several occasions in the past, including securing extensions of certain Scheduling Order dates and agreements relative to the designation of experts. Attorney S. Mark Strawn, Attorney Heriberto Medrano and Attorney Ray R. Marchan are, along with others, members of the Claimants' Steering Committee.

Attorney S. Mark Strawn, a member of the Claimant' Steering Committee, conferred with counsel and Attorney-in-Charge for the movants on the three (3) motions for summary judgment (American Commercial Barge Lines, LLC, American Commercial Lines, LLC, Deere Credit, Inc., State Street Bank and Trust Company of Connecticut and General Electric

Capital Corporation) with regard to the requested extension of time which is the subject matter of this motion and was advised by counsel for the movants on the motions for summary judgment that said counsel was not opposed to the requested thirty (30) day extension as to all Claimants in this cause of action. This present motion is, therefore, unopposed.

WHEREFORE, PREMISES CONSIDERED, Claimant Hector Martinez moves the Court to enter the attached Order extending the submission date and the date by which Claimant Hector Martinez must respond to ACBL et al.'s three (3) motions for summary judgment until February 2, 2005, and that Claimant be granted all such other and further relief to which he may show himself to be justly entitled.

Respectfully submitted this 29th day of December, 2004.

Respectfully Submitted,

*[signature]*
JIM S. HART
TBN: **09147400**
Federal I.D. **14548**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
(713) 230-2312
(713) 643-6226 (Facsimile)
**ATTORNEY IN CHARGE**

Of Counsel:

WILLIAMS BAILEY LAW FIRM, L.L.P.
BYRON M. BUCHANAN
TBN: 00796268
Federal I.D. 20594
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
(713) 230-2312
(713) 643-6226 (Facsimile)

## CERTIFICATE OF CONFERENCE

I hereby certify that S. Mark Strawn, a member of the Claimant' Steering Committee in this cause of action has discussed the subject matter of this motion with counsel for American Commercial Barge Lines, LLC, American Commercial Lines, LLC, Deere Credit, Inc., State Street Bank and Trust Company of Connecticut and General Electric Capital Corporation and that Counsel for American Commercial Barge Lines, LLC, American Commercial Lines, LLC, Deere Credit, Inc., State Street Bank and Trust Company of Connecticut and General Electric Capital Corporation is unopposed to the relief which is sought by this motion.

_____
Jim Hart

## CERTIFICATE OF SERVICE

On this 29th day of December, 2004, a true and correct copy of the forgoing Claimant Hector Martinez's Unopposed Motion for Extension of Submission Date and of Time to Respond to Motions for Summary Judgment Filed by American Commercial Barge Lines, LLC, American Commercial Lines, LLC, Deere Credit, Inc., State Street Bank and Trust Company of Connecticut and General Electric Capital Corporation was served upon opposing counsel via facsimile and certified mail returned receipt requested, and via facsimile to all other counsel.

_____
Jim Hart

### VIA UPS OVERNIGHT

Will W. Pierson, Esq.
Keith Uhles, Esq.
James Hunter, Esq.
ROYSTON, RAYZOR, VICKERY
& WILLIAMS, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476

Leslie D. Cassidy, III, Esq.
WOOLSEY & CASSIDY
500 N. Water Street, Ste. 1020
Corpus Christi, Texas 78471

Glen Goodier, Esq.
JONES, WALKER, WAECHTER, POITEVENT,
CARRERE & DENEGRE, L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100

## REGULAR MAIL

Heriberto "Eddie" Medrano, Esq.
LAW OFFICES OF HERIBERTO MEDRANO
2009 East Harrison, Ste. B
Harlingen, Texas 78550

Mark J. Spansel, Esq.
ADAMS & REESE, L.L.P.
4500 One Shell Square
New Orleans, LA 70139

James B. Manley, Esq.
ATTORNEY AT LAW
200 William Barnett
Cleveland, Texas 77327

John David Franz, Esq.
THE LAW OFFICES OF JOHN DAVID FRANZ
400 N. McColl
McAllen, Texas 78501

J.A. Magallanes, Esq.
Carlos Escobar, Esq.
MAGALLANES, HINOJOSA & MANCIAS, PC
1713 Boca Chica Blvd.
P.O. Box 4901
Brownsville, Texas 78520

Frank Enriquez, Esq.
Robert Puente, Esq.
LAW OFFICES OF FRANK ENRIQUEZ
4200-B North Bicentennial
McAllen, Texas 78504

Thomas E. Quirk, Esq.
AARON & QUIRK
901 NE Loop 410, Ste. 903
San Antonio, Texas 78209-1307

Ray R. Marchan, Esq.
WATTS LAW FIRM, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

J. Chad Guantt, Esq.
GUANTT & KRUPPSTADT, L.L.P.
1400 Woodloch, Ste. 575
The Woodlands, Texas 77380

Geoffrey Amsel, Esq.
SBC TEXAS LEGAL
175 E. Houston, 4th Floor
San Antonio, Texas 78205

Thomas R. Ajamie, Esq.
S. Mark Strawn, Esq.
SCHIRRMEISTER AJAMIE, L.L.P.
711 Louisiana Street, Ste. 2150
Houston, Texas 77002

Julian Rodriguez, Jr., Esq.
JULIAN RODRIGUEZ, JR. & ASSOC., P.C.
10113 N. 10th Street, Ste. "C"
McAllen, Texas 78504

J:\Wpfiles\personal-injury\Martinez, Hector\Pleadings\2004-12-28 UnOpp Mtn for Extension.wpd

Raymond Thomas, Esq.
Andres Gonzales, Esq.
KITTLEMAN, THOMAS, RAMIREZ
   & GONZALES
4900-B N. 10th Street
McAllen, Texas 78504

William Q. McManus, Esq.
Steve Q. McManus, Esq.
LAW OFFICE OF MCMANUS
   & CRANE, L.L.P.
209 West Juan Linn
P.O. Box 2206
Victoria, Texas 77902-2206

Richard Leo Harrell
802 N. Carancahua, Suite 2100
P. O. Box 480
Corpus Christi, TX 78403-0480

Dino Esparza
WILLETTE & GUERRA, L.L.P.
1534 East 6th Street, Suite 200
Brownsville, Texas 78520

David H. Crago
BRIN & BRIN, P.C.
1202 Third Street
Corpus Christi, Texas 78404

Jack F. Gilbert, Esq.
Michael Ratliff, Esq.
OFFICE OF THE ATTORNEY GENERAL
TRANSPORTATION DIVISION
P.O. Box 12548
Austin, Texas 78714-2548

Veronica Farias, Esq.
LAW OFFICE OF VERONICA FARIAS
2854 Boca Chica
Brownsville, Texas 78521

Mikal Watts, Esq.
WATTS LAW FIRM, L.L.P.
Tower II Building
555 N. Carancahua, 14th Floor
Corpus Christi, TX 78478