UNITES STATE DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 3 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § | CIVIL ACTION B-01-157 |

Consolidated with:

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES, LLC, AS OWNER and AMERICAN COMMERCIAL BARGE LINE, LLC AS CHARTERER, OF BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § | CIVIL ACTION B-02-004 |

Consolidated with:

| | | |
|---|---|---|
| IN THE MATTER OF DEERE CREDIT, INC, (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § | CIVIL ACTION B-02-125 |

**UNOPPOSED MOTION OF ESTEBAN RIVAS AND MIRIAM RIVAS, INDIVIDUALLY
AND AS REPRESENTATIVES OF THE ESTATE OF
STVAN RIVAS FOR  EXTENSION OF SUBMISSION DATE AND OF TIME TO
RESPOND TO MOTIONS FOR SUMMARY JUDGMENT FILED BY AMERICAN
COMMERCIAL BARGE LINES, LLC, AMERICAN COMMERCIAL LINES, LLC,
DEERE CREDIT, INC., STATE STREET BANK AND TRUST COMPANY OF
CONNECTICUT AND GENERAL ELECTRIC CPAITAL CORPORATION**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Esteban Rivas and Miriam Rivas, individually and as representatives of the Estate of Stvan

Rivas file this unopposed Motion for Extension of Submission Date and of Time to Respond to

Motions for Summary Judgment and in support thereof show the following:

1.      The consolidated admiralty actions arise from the September 15, 2001 allision of the M/V

Brownwater V and her tow with the Queen Isabella Causeway.    Three separate Motions for

Summary Judgment were filed on December 13, 2004 in this case by American Commercial Barge

Lines, LLC, American Commercial Lines, LLC, Deere Credit, Inc., State Street Bank and Trust

Company of Connecticut and General Electric Capital Corporation (collectively "ACBL et al.").

The submission date for these motions is January 3, 2005 and therefore responses are to be filed on

or before that date.

2.      On December 23, 2004, certain Claimants in this cause filed their unopposed motion for

extension of time to respond to the three (3) motions for summary judgment.  By its Order dated

December 28, 2004, this Court granted the unopposed motion.  Esteban Rivas and Miriam Rivas,

individually and as representatives of the Estate of  Stvan Rivas seek the same relief for the same

reasons set forth in the motions filed by other claimants.    Specifically, key depositions are

scheduled for the month of January 2005 and counsel for Claimants Esteban Rivas and Miriam

Rivas, individually and as representatives of the Estate of Stvan Rivas anticipates that a response can be filed within 30 days of the current January 3, 2005 submission date. Furthermore, ACBL's motion contains 25 pages of legal briefing and numerous affidavits of experts that have yet to be deposed. The complex nature of this case, the granting of a continuance of the trial setting and the holiday season all warrant the granting of short extension of time in which to respond.

3.      Attorney S. Mark Strawn, a member of the Claimant's Steering Committee conferred with counsel and Attorney in Charge for the movants on the three motions for summary judgment and said counsel advised that counsel for movants was not opposed to a thirty day extension as to all Claimants in this cause of action.

4.      Wherefore, Claimants Esteban Rivas and Miriam Rivas, individually and as representatives of the Estate of Stvan Rivas move the Court to enter the attached Order extending the submission date and the date by which Esteban Rivas and Miriam Rivas, individually and as representatives of the Estate of Stvan Rivas must respond to ACBL's three Motions for Summary Judgment.

        Respectfully submitted this 3rd day of January 2004.


                            **The Law Offices of John David Franz**
                            400 N. McColl
                            McAllen, Texas 78501
                            Tel. (956) 686-3300
                            Fax (956) 686-3578


                            John David Franz
                            State Bar No. 07389200
                            Federal I.D. No. 1190
                            Attorney in Charge

                            and

**Gauntt & Kruppstadt, L.L.P.**
1400 Woodloch, Ste.575
The Woodlands, Texas 77380

J. Chad Gauntt
State Bar No. 07765990
Federal I.D. No. 14135
Of Counsel

## CERTIFICATE OF SERVICE

I certify that on this 3rd day of January, 2005, a true and correct copy of the above and foregoing document has been provided to the following, via Regular Mail, unless otherwise indicated:

Will W. Pierson
**Royston, Razor, Vickery & Williams**
606 N. Carancahua, Ste 1700
Corpus Christi, Texas 78476

Keith N. Uhles
**Royston Razor, Vickery & Williams**
P.O. Box 3509
Brownsville, Texas 78523

Leslie D. Cassidy, III
**Woolsey & Cassidy**
1020 Bank of America
500 N. Water Street
Corpus Christi, Texas 78471

Glenn Goodier
**Jones, Walker, Waechter, Poitevent, Carrere & Denegre**
201 St. Charles Ave., 48th Floor
New Orleans, La. 70170-5100

J. Chad Gauntt
**Gauntt & Kruppstadt, L.L.P.**
1400 Woodloch Forest Drive, Suite 575
The Woodlands, Texas 77380

Heriberto Medrano
**Law Offices of Heriberto Medrano**
2009 East Harrison, Suite B
Harlingen, Texas 78550

Thomas E. Quirk
**Aaron & Quirk**
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209

Mark J. Spansel
**Adams & Reed**
701 Poydras, Suite 4500
One Shell Square
New Orleans, LA 70139

Ray R. Marchan
**Watts Law Firm**
1926 E. Elizabeth
Brownsville, Texas 78520

James B. Manley, P.C.
200 William Barnett
Cleveland, Texas 77327
(281) 593-1100
(281) 593-1700 fax

Juan A. Magallanes
**Magallanes, Hinojosa & Mancias**
1713 Boca Chica Blvd.
Post Office Box 4901
Brownsville, Texas 78520

Thomas R. Ajamie
S. Mark Strawn
**Schirrmeister Ajamie, LLP**
Pennzoil Place- South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002

Frank Enriquez
**Law Offices of Frank Enriquez**
4200-B North Bicentennial
McAllen, Texas 78504

Julian Rodriguez, Jr.
**Julian Rodriguez, Jr. & Associates, P.C.**
10113 N. 10th Street, Suite C
McAllen, Texas 78504

Steve Q. McManus
**McManus & Crane**
209 W. Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

Raymond L. Thomas
**Kittleman, Thomas, Ramirez & Gonzalez, PLLC**
4900-B North 10th St.
McAllen, Texas 78504

Jim S. Hart
Nejd Yaziji
**Williams Bailey Law Firm, LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

Veronica Farias
Attorney at Law
2854 Boca Chica Blvd.
Brownsville, Texas 78521

Richard Leo Harrell
**The Edwards Law Firm**
Post Office Box 480
Corpus Christi, Texas 78403

Mikal C. Watts
**Watts Law Firm**
Tower II Building
555 N. Carancahua, 14th Floor
Corpus Christi, Texas 78478

Jack Gilbert
**Office of the Attorney General**
**Transportation Division**
P.O. Box 12548
Austin, Texas 78714-2548

Dino Esparza
**Willette & Guerra, L.L.P.**
1534 East 6th Street, Suite 200
Brownsville, Texas 78520

David H. Crago
**Brin & Brin, P.C.**
1202 Third Street
Corpus Christi, Texas 78404

John David Franz