United States District Court
Southern District of Texas
ENTERED

JAN 0 3 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C.A. NO. B-01-157 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |

Consolidated with:

| | | |
|---|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER and AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § | C.A. NO. B-02-004 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |

Consolidated with:

| | | |
|---|---|---|
| IN THE MATTER OF DEERE CREDIT INC., (FORMERLY SENSTAR FINANCE COMPANY), AS WONER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRICAL CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIABILITY | § § § § § § § § § § § § § § | C.A. NO. B-02-125 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admirality |

Claimants Unopposed Motion 12.29.04.wpd            8

## ORDER

On this day the Court considered Hinojosa Claimants' Unopposed Motion for Extension of Time to Respond to Motions for Summary Judgment, and after consideration thereof the Court finds that said Motion has merit; and its accordingly, ORDERED that Hinojosa Claimants' Responses to Motions for Summary Judgment filed by American Commercial Barge Line LLC, American Commercial Lines LLC, Deere Credit, State Street Bank and GE Capital shall be due to be filed no later than February 2, 2005 @ 5:00 pm.

**SIGNED AND ENTERED**, this 3 day of January, 2005, at Brownsville, Texas.

_____
JUDGE HILDA TAGLE,
UNITED STATES DISTRICT JUDGE