United States District Court
Southern District of Texas
ENTERED

JAN 0 3 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION FOR BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § | CIVIL ACTION NO. B-01-157 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| Consolidated with: | | |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC, AS OWNER and AMERICAN COMMERCIAL BARGE LINE LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, PRYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § | CIVIL ACTION NO. B-02-004 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| Consolidated with: | | |
| IN THE MATTER OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § | CIVIL ACTION NO. B-02-125 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |

**ORDER**

On this day the Court considered Claimant William E. Kimbrell's Unopposed Motion for Extension of Submission Date and of Time to Respond to Motions for Summary Judgment filed by American Commercial Barge Lines, LLC, American Commercial Lines, LLC, Deere Credit, Inc., State Street Bank and Trust Company of Connecticut and General Electric Capital Corporation and, after consideration thereof, the Court finds that said motion has merit and should be Granted; and it is, accordingly,

ORDERED that Claimant William E. Kimbrell's motion is Granted and it is further Ordered that the submission date on the three (3) motions for summary judgment filed in this cause of action by American Commercial Barge Lines, LLC, American Commercial Lines, LLC, Deere Credit, Inc., State Street Bank and Trust Company of Connecticut and General Electric Capital Corporation is February 2, 2005 and that Claimant William E. Kimbrell's response to said motions for summary judgment shall be filed on or before February 2, 2005, @ 3:00 p.m.

SIGNED AND ENTERED, this 3 day of January, 2005, at Brownsville, Texas.

_____
HILDA G. TAGLE,
UNITED STATES DISTRICT JUDGE