UNITES STATE DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 4 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION B-01-157 |

Consolidated with:

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES, LLC, AS OWNER and AMERICAN COMMERCIAL BARGE LINE, LLC AS CHARTERER, OF BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION B-02-004 |

Consolidated with:

| | |
|---|---|
| IN THE MATTER OF DEERE CREDIT, INC, (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION B-02-125 |

## ORDER

On this day the Court considered Claimants Esteban Rivas and Miriam Rivas, individually and as representatives of the Estate of Stvan Rivas' unopposed Motion for Extension of Submission Date and of Time to Respond to Motions for Summary Judgment of American Commercial Barge Lines, LLC, American Commercial Lines, LLC, Deere Credit, Inc., State Street Bank and Trust Company of Connecticut and General Electric Capital Corporation and, after consideration thereof, the court finds that said motion has merit and should be granted; and it therefore

ORDERED that Claimants Esteban Rivas and Miriam Rivas, individually and as representatives of the Estate of Stvan Rivas' motion is GRANTED and it is further Ordered that the submission date on the three motions for summary judgment filed by American Commercial Barge Lines, LLC, American Commercial Lines, LLC, Deere Credit, Inc., State Street Bank and Trust Company of Connecticut and General Electric Capital Corporation is February 2, 2005 and that Claimants response shall be filed on or before February 2, 2005, @ 3:00 p.m.

SIGNED AND ENTERED, this 3 day of January 2005, at Brownsville, Texas.

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE