# United States District Court

For the Southern District of Texas
Brownsville Division

In Re: The Complaint and Petition of Brown Water Towing I., Inc. as Owner, and Brown Water Marine Service, Inc. as Bareboat Charterer, of Tackle, Etc. in a Cause of Exoneration From or Limitation of Liability

In Re: The Complaint and Petition of American Commercial Lines LLC as Owner, and American Commercial Barge Lines, LLC, As Charterer of the Barges NM-315, VLB-9182, ACL-9933B, VLB-9173, In a Cause of Exoneration From or Limitation of Liability

SUBPOENA IN A CIVIL CASE
CASE NUMBER:   B-01-157
Consolidated with C.A. No. B-02-004
Admirality and C.A. No. B-02-125

TO:   Custodian of Records for:   Cameron County District Attorney
974 E. Harrison
Brownsville, TX 78520

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | |
|  | DATE AND TIME |
|  | |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| The office of the custodian:   974 E. Harrison<br>Brownsville, TX 78520 | Instanter, 2004 |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
complete records as described on the attached Exhibit 'A'

| PLACE | DATE AND TIME |
|---|---|
| The office of the custodian:   974 E. Harrison<br>Brownsville, TX 78520 | Instanter, 2004 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

   Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b) (6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Ray R. Marchan*  Attorney for Plaintiff(s) | December 13, 2004 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Ray R. Marchan
Marshall's Business Records
802 N. Carancahua, Suite 670, Corpus Christi, TX 78470   (361) 884-1736

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

Order No. 04-43920-010

**EXHIBIT "A"**

Any and all accident and investigation records relative to all causeway victims, including but not limited to, accident report and all supplements, interoffice memorandum, fatality package investigation records and reports, CAD reports, field notes, 911 records, dispatcher records, memorandums, notes, telephone messages and conversation notes, color prints of photographs, copies of audio and/or video tapes, witness statements, drawings, diagrams, accident reconstruction team records and reports, all data in connection with requests for support and services rendered by EMS, fire department and/or wrecker transport, and other data compilation in any form pertaining to an accident which occurred on or about **09/15/01** in **Cameron County, Texas**, involving **a collision of a Barge and the Causeway**.

Order No. 43920.1-14

IN THE UNITED STATES DISTRICT COURT
For the Southern District of Texas
Brownsville Division

| | |
|---|---|
| In Re: The Complaint and Petition of Brown Water Towing I, Inc. as Owner, and Brown Water Marine Service, Inc. as Bareboat Charterer, of Tackle, Etc. in a Cause of Exoneration From or Limitation of Liability and<br><br>In Re: The Complaint and Petition of American Commercial Lines LLC as Owner, and American Commercial Barge Lines, LLC, As Charterer of the Barges NM-315, VLB-9182, ACL-9933B, VLB-9173, In a Cause of Exoneration From or Limitation of Liability | Civil Action No. B-01-157<br>Consolidated with C.A. No. B-02-004<br>Admirality and C.A. No. B-02-125 |

## NOTICE OF INTENTION
## TO TAKE DEPOSITION BY WRITTEN QUESTIONS

To Defendant(s) by and through their attorney(s) of record: Les Cassidy, David H. Crago, Ramon Esparza, Glenn Goddier, James H. Hunter, Jr., William W. Pierson and Keith N. Uhles

To other party/parties by and through their attorney(s) of record: See Attached Attorney List 'A'

Pursuant to Rule 31, Federal Rules of Civil Procedures, you will please take notice that fourteen (14) days from the service of a copy hereof with attached questions, a deposition by written questions will be taken of Custodian of Records for:

See Attached Location List 'B'

before a Notary Public for    Marshall's Business Records (361) 884-1736  Fax (361) 882-9249
802 N. Carancahua, Suite 670, Corpus Christi, TX 78470

or its designated agent, which deposition with attached questions may be used in evidence upon the trial of the above-styled and numbered cause pending in the above named court. Notice is further given that request is hereby made as authorized under Rule 45, Federal Rules of Civil Procedure, to the officer taking this deposition to issue a subpoena duces tecum and cause it to be served on the witness to produce any and all records as described on the attached questions and/or Exhibit(s) and any other such record in the possession, custody or control of the said witness, and every such record to which the witness may have access and to turn all such records over to the officer authorized to take this deposition so that photographic reproductions of the same may be made and attached to said deposition. All electronic or magnetic data should be produced in a paper format unless otherwise specified.

Ray R. Marchan
WATTS LAW FIRM
1926 E. Elizabeth Avenue
Brownsville, TX 78520
(956) 544-0500  Fax (956) 541-0255
Attorney for Plaintiff(s)
FA# 9522

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all respective parties and/or attorneys of record by hand delivery, FAX, and/or certified mail, return receipt requested, on this day.

Dated: December 13, 2004                                  by _____

Order No. 04-43920-001, 003, 008, 010 thru 017

Order No. **04-43920-001, 003, 008, 010 thru 017**

## ATTORNEY LIST 'A'

Geoffrey Amsel
Francisco J. Enriquez
Veronica Farias
John David Franz
J. Chad Gauntt
Andres H. Gonzalez, Jr.
Richard Leo Harrell
Jim Hart
Juan A. Magallanes
James B. Manley
Steve Q. McManus
Heriberto "Eddie" Medrano
Robert R. Puente
Roberto D. Puente
Julian Rodriguez, Jr.
S. Mark Strawn
Raymond Thomas

Order No. **04-43920-001, 003, 008, 010 thru 017**

Order No. **04-43920-001, 003, 008, 010 thru 017**

## LOCATION LIST 'B'

South Padre Island Fire Department (Accident)
 104 East Venus  South Padre Island, TX 78597
Texas Department of Public Safety, Traffic Law Enforcement(Accident)
 2901 Paredes Lines Rd.  Brownsville, TX 78521
United States Department of Transportation (Accident)
 600 Easr Harrison, Suite 201  Brownsville, TX 78520
Cameron County District Attorney (Accident)
 974 E. Harrison  Brownsville, TX 78520
Port Isabel Fire Department (Accident)
 204 Musina  Port Isabel, TX 78578
Los Fresnos Fire Department (Accident)
 200 N. Brazil  Los Fresnos, TX 78566
Brownsville Fire Department (Accident)
 1010 Adams Street  Brownsville, TX 78520
Harlingen Fire Department (Accident)
 3510 East Grimes Street  Harlingen, TX 78550
City of Brownsville EMS (Accident)
 954 East Madison  Brownsville, TX 78520
Los Fresnos Ambulance Company Inc. (Accident)
 200 North Brazil  Los Fresnos, TX 78566
KGBT-TV Channel 4 (Accident)
 9201 West Expressway 83  Harlingen, TX 78552

Order No. **04-43920-001, 003, 008, 010 thru 017**

IN THE UNITED STATES DISTRICT COURT
For the Southern District of Texas
Brownsville Division

| | |
|---|---|
| In Re: The Complaint and Petition of Brown Water Towing I, Inc. as Owner, and Brown Water Marine Service, Inc. as Bareboat Charterer, of Tackle, Etc. in a Cause of Exoneration From or Limitation of Liability and<br><br>In Re: The Complaint and Petition of American Commercial Lines LLC as Owner, and American Commercial Barge Lines, LLC, As Charterer of the Barges NM-315, VLB-9182, ACL-9933B, VLB-9173, In a Cause of Exoneration From or Limitation of Liability | Civil Action No. B-01-157<br>Consolidated with C.A. No. B-02-004<br>Admirality and C.A. No. B-02-125 |

## DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS

Custodian of Records for:  Cameron County District Attorney
Type of Records:         complete records as described on the attached Exhibit 'A'

1.   Please state your full name, occupation and official title.
     ANSWER_____

2.   Are you the custodian of records for Cameron County District Attorney ?
     ANSWER_____

3.   Are you among those who have possession, custody, control of or access to complete records as described on the attached Exhibit 'A'?
     ANSWER_____

4.   Are the aforementioned records kept in the regular course of business of your employer?
     ANSWER_____

5.   Was it in the regular course of business of Cameron County District Attorney for a person with knowledge of the act, event, condition, opinion or diagnosis recorded to make the record or to transmit information thereof to be included in such record?
     ANSWER_____

6.   Please state whether these records were made at the time or shortly after the time of the transaction recorded.
     ANSWER_____

7.   Please explain how long records are maintained before destruction.
     ANSWER_____

Order No. 04-43920-010

8. Please release exact duplicate of the records as requested on the deposition subpoena, or the originals thereof, for attachment to this deposition. Have you done as requested? If not, why not?

ANSWER_____

_____
WITNESS (Custodian of Records)

Before me, the undersigned authority, on this day personally appeared_____,
known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, who being first duly sworn, stated upon his/her oath that the answers to the foregoing questions are true and correct.

SWORN TO AND SUBSCRIBED before me, this _____ day of _____, 20_____

_____
NOTARY PUBLIC

My Commission Expires:_____

Order No. 04-43920-010

## EXHIBIT "A"

Any and all accident and investigation records relative to all causeway victims, including but not limited to, accident report and all supplements, interoffice memorandum, fatality package investigation records and reports, CAD reports, field notes, 911 records, dispatcher records, memorandums, notes, telephone messages and conversation notes, color prints of photographs, copies of audio and/or video tapes, witness statements, drawings, diagrams, accident reconstruction team records and reports, all data in connection with requests for support and services rendered by EMS, fire department and/or wrecker transport, and other data compilation in any form pertaining to an accident which occurred on or about **09/15/01** in **Cameron County, Texas,** involving **a collision of a Barge and the Causeway.**

Order No. 43920.1-14