United States District Court
Southern District of Texas
FILED

JAN 1 0 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION FOR BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | CIVIL ACTION NO. B-01-157 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| Consolidated with: | § § § | |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC, AS OWNER and AMERICAN COMMERCIAL BARGE LINE LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, PRYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § | CIVIL ACTION NO. B-02-004 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| Consolidated with: | § § § | |
| IN THE MATTER OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-02-125 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |

**CLAIMANT HECTOR MARTINEZ'S SUGGESTION OF LACK OF MATTER JURISDICTION**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES Hector Martinez, pursuant to FRCP 12(h)(3) and files this Suggestion

of Lack of Matter Jurisdiction over the claims made by Petitioners against Cameron County, and would show the Court the following:

## I. Background

On September 6, 2002 Petitioners Brown Water Marine Service, Inc. and Brown Water Towing I, Inc. filed their Motion for Leave to Assert Third-Party Complaint Against Cameron County (Dkt. No. 208). On December 10, 2002 Petitioners American Commercial Lines, LLC, American Barge Lines, LLC, Deere Credit, Inc., State Street Bank and Trust Company of Connecticut, and General Electric Capital Corporation's filed their Motion for Leave to Assert Third Party Complaint and Cross Complaint Against Cameron County (Dkt. No. 215). This Court granted both motions for leave on September 13, 2004. Both Petitioners have alleged that Cameron County is a Texas governmental entity, and have brought their claims pursuant to the Texas Tort Claims Act (Dkt. No. 208, Exhibit A at ¶ II, and 215, Exhibit A at ¶ III.

## II. Analysis.

Whenever it appears by suggestion of the parties or otherwise that the court lacks jursidiction of the subject matter, the court shall dismiss the action. FRCP 12(h)(3). This Court lacks subject matter jurisdiction over Cameron County because Cameron County's Sovereign Immunity, and Eleventh Amendment protections have not been waived. The wavier of Sovereign Immunity contained in the Texas Tort Claims Act only permits suit in state court. Tex. Civ. Prac. & Rem. Code Ann. § 101.102(a), and see *Sherwinski v. Peterson*, 98 F.3d 849, 851-852 (5th Cir. 1996.)

\\Docserver\debbiem$\Wpfiles\personal-injury\Martinez, Hector\Pleadings\Suggestion of Lack of Matter Jurisdiction.wpd

In its Order of September 30, 2004 this Court has already cogently analyzed the Sovereign Immunity and Eleventh Amendment issues as they applied to the State of Texas' Motion to Dismiss (Dkt. No. 271). In said Order, the Court reasoned that Sovereign Immunity and the Eleventh Amendment would normally prohibit claims against the State of Texas in federal court, but that under the facts of this case, the State of Texas had waived its immunity from suit in federal court by filing claims in this action.

Unlike the State of Texas, Cameron County has not filed a claim in these consolidated limitation proceedings. Furthermore, Cameron County has not waived, in any other fashion, the protections of Sovereign Immunity, and the Eleventh Amendment. Cameron County raised this defense in its original answers to the Third-Party Complaints and Cross-Claims (Dkt. No. 282 at ¶¶ 6 & 7 and Dkt. No. 283 at ¶¶ 5 & 6). The inclusion of this defense within Cameron County's Answers is all that was required to preserve the issue. FRCP 12(b)(1).

WHEREFORE, Hector Martinez respectfully suggest that this Honorable Court is without subject matter jurisdiction over Petitioners' claims against Cameron County, and suggest that the Court enter the attached order dismissing said claims, without prejudice.

Respectfully Submitted,

_____
JIM S. HART
TBN: **09147400**
Federal I.D. **14548**
8441 Gulf Freeway, Suite 600
Houston, Texas  77017
(713) 230-2312
(713) 643-6226 (Facsimile)
**ATTORNEY IN CHARGE**

Of Counsel:

WILLIAMS BAILEY LAW FIRM, L.L.P.
BYRON M. BUCHANAN
TBN: 00796268
Federal I.D. 20594
8441 Gulf Freeway, Suite 600
Houston, Texas  77017
(713) 230-2312
(713) 643-6226 (Facsimile)

## CERTIFICATE OF SERVICE

On this 5th day of January, 2004, a true and correct copy of the forgoing Claimant Hector Martinez's Suggestion of Lack of Subject Matter Jurisdiction was served upon opposing counsel via facsimile and certified mail returned receipt requested, and via facsimile to all other counsel.

_____
Jim Hart

## VIA CERTIFIED MAIL

Will W. Pierson, Esq.
Keith Uhles, Esq.
James Hunter, Esq.
ROYSTON, RAYZOR, VICKERY
& WILLIAMS, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476

Leslie D. Cassidy, III, Esq.
WOOLSEY & CASSIDY
500 N. Water Street, Ste. 1020
Corpus Christi, Texas 78471

Glen Goodier, Esq.
JONES, WALKER, WAECHTER, POITEVENT,
CARRERE & DENEGRE, L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100

## REGULAR MAIL

Heriberto "Eddie" Medrano, Esq.
LAW OFFICES OF HERIBERTO MEDRANO
2009 East Harrison, Ste. B
Harlingen, Texas 78550

Thomas E. Quirk, Esq.
AARON & QUIRK
901 NE Loop 410, Ste. 903
San Antonio, Texas 78209-1307

Mark J. Spansel, Esq.
ADAMS & REESE, L.L.P.
4500 One Shell Square
New Orleans, LA 70139

Ray R. Marchan, Esq.
WATTS LAW FIRM, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

James B. Manley, Esq.
ATTORNEY AT LAW
200 William Barnett
Cleveland, Texas 77327

J. Chad Guantt, Esq.
GUANTT & KRUPPSTADT, L.L.P.
1400 Woodloch, Ste. 575
The Woodlands, Texas 77380

John David Franz, Esq.
THE LAW OFFICES OF JOHN DAVID FRANZ
400 N. McColl
McAllen, Texas 78501

Geoffrey Amsel, Esq.
SBC TEXAS LEGAL
175 E. Houston, 4th Floor
San Antonio, Texas 78205

J.A. Magallanes, Esq.
Carlos Escobar, Esq.

MAGALLANES, HINOJOSA & MANCIAS, PC
1713 Boca Chica Blvd.

\\Docserver\debbiem$\Wpfiles\personal-injury\Martinez, Hector\Pleadings\Suggestion of Lack of Matter Jurisdiction.wpd

P.O. Box 4901
Brownsville, Texas 78520

Frank Enriquez, Esq.
Robert Puente, Esq.
LAW OFFICES OF FRANK ENRIQUEZ
4200-B North Bicentennial
McAllen, Texas 78504

Raymond Thomas, Esq.
Andres Gonzales, Esq.
KITTLEMAN, THOMAS, RAMIREZ
    & GONZALES
4900-B N. 10th Street
McAllen, Texas 78504

William Q. McManus, Esq.
Steve Q. McManus, Esq.
LAW OFFICE OF MCMANUS
    & CRANE, L.L.P.
209 West Juan Linn
P.O. Box 2206
Victoria, Texas 77902-2206

Jack F. Gilbert, Esq.
Michael Ratliff, Esq.
OFFICE OF THE ATTORNEY GENERAL
TRANSPORTATION DIVISION
P.O. Box 12548
Austin, Texas 78714-2548

Veronica Farias, Esq.
LAW OFFICE OF VERONICA FARIAS
2854 Boca Chica
Brownsville, Texas 78521

Mikal Watts, Esq.

Thomas R. Ajamie, Esq.
S. Mark Strawn, Esq.
SCHIRRMEISTER AJAMIE, L.L.P.
711 Louisiana Street, Ste. 2150
Houston, Texas 77002

Julian Rodriguez, Jr., Esq.
JULIAN RODRIGUEZ, JR. & ASSOC., P.C.
10113 N. 10th Street, Ste. "C"
McAllen, Texas 78504

WATTS LAW FIRM, L.L.P.
Tower II Building
555 N. Carancahua, 14th Floor
Corpus Christi, TX 78478

Richard Leo Harrell
802 N. Carancahua, Suite 2100
P. O. Box 480
Corpus Christi, TX 78403-0480

Dino Esparza
WILLETTE & GUERRA, L.L.P.
1534 East 6th Street, Suite 200
Brownsville, Texas 78520

David H. Crago
BRIN & BRIN, P.C.
1202 Third Street
Corpus Christi, Texas 78404