UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION FOR BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | CIVIL ACTION NO. B-01-157 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| Consolidated with: | § § | |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC, AS OWNER and AMERICAN COMMERCIAL BARGE LINE LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, PRYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § | CIVIL ACTION NO. B-02-004 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| Consolidated with: | § § | |
| IN THE MATTER OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-02-125 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |

**ORDER**

\\Docserver\debbiem$\Wpfiles\personal-injury\Martinez, Hector\Pleadings\Suggestion of Lack of Matter Jurisdiction.wpd

On this day the Court considered Hector Martinez's Suggestion of Lack of Subject Matter Jurisdiction, and determines that the Court is without subject matter jurisdiciton over all claims made against Cameron County, and it is accordingly, ORDERED that Cameron County is DISMISSED from these consolidated limitation proceedings, without prejudice.

SIGNED AND ENTERED, this _____ day of _____, 2005, at Brownsville, Texas.

HILDA TAGLE,
UNITED STATES DISTRICT JUDGE