IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWIN I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC. AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM AND/OR LIMITATION OF LIABILITY<br><br>Consolidated with | C. A. No. B-01-157 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure Admiralty) |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, AMERICAN COMMERCIAL BARGE LINES LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, AND VLB-9173, IN A CAUSE OF EXONERATION FROM AND/OR LIMITATION OF LIABILITY ET AL<br><br>Consolidated with | C.A. NO. B-02-004 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure Admiralty) |
| IN THE MATTER OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER FO THE BARGE ACL-9933B IN A CAUSE OF EXONERATION FROM AND/OR LIABILITY | C.A. No. B-02-125 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure Admiralty) |

## ORDER

On this day the Court considered Claimants' Suggestion of Lack of Subject Matter Jurisdiction, and determines that the Court is without subject matter jurisdiction over all claims made against Cameron County, and it is accordingly, ORDERED that Cameron County is DISMISSED from these consolidated limitation proceedings, without prejudice.

SIGNED AND ENTERED, this _____ day of _____, 2005, at Brownsville, Texas.

_____
HILDA TAGLE
UNITED STATE DISTRICT JUDGE