IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 0 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWIN I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC. AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM AND/OR LIMITATION OF LIABILITY | C. A. No. B-01-157 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure Admiralty) |
| Consolidated with | |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, AMERICAN COMMERCIAL BARGE LINES LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, AND VLB-9173, IN A CAUSE OF EXONERATION FROM AND/OR LIMITATION OF LIABILITY ET AL | C.A. NO. B-02-004 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure Admiralty) |
| Consolidated with | |
| IN THE MATTER OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER FO THE BARGE ACL-9933B IN A CAUSE OF EXONERATION FROM AND/OR LIABILITY | C.A. No. B-02-125 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure Admiralty) |

### REQUEST FOR SCHEDULING CONFERENCE

8

Jacqueline Paddock Individually and as Representative of the Estates of Chealsa Louise Welch and Barry Welch and as Next Friend of William B. Welch, William Morris Welch, Individually and as the Surviving Father of Barry Welch, deceased, William Eugene (Gene) Kimbrell, Individually and as the Surviving Father of Chealsa Louise Welch, deceased, Anita Harris Individually and as Representative of the Estate of Robert V. Harris, and as Next Friend of Victor Justin Harris, Carol Leavell and Rick Leavell, Individually and as Representatives of the Estate of Robin Faye Leavell, Lydia Zamora Individually and as Legal Representative of the Estate of Hector Martinez, Jr., Hector Martinez, Sr. Individually, Esteban Rivas and Miriam Rivas, Individually and as Legal Representatives of the Estate of Stvan Rivas, Omar Hinojosa, Individually and as Legal Representatives of the Estate of Gaspar Hinojosa, Raquel Hinojosa, Clarissa Hinojosa and Gaspar Hinojosa, II, Martin D. Hinojosa and Rita S. Hinojosa, Individually, Brigette Goza, Individually, Rene Mata and Frank Mata, Gustavo Morales, Individually, Bigos International, L.L.C., Rolando Lee Moya, Alberto L. Moya, Antonio Salinas and Roberto Espericueta, ("CLAIMANTS") file this Request for Scheduling Conference, and would show onto the Court the following:

On December 3, 2004, this Court entered an Order continuing this case from its February 7, 2005 trial setting in light of the recent addition of Cameron County as a Third-Party Defendant (Dkt. No. 299). The Court has scheduled this case for pre-trial conference on June 29, 2005. If the Court dismisses Cameron County from the litigation for lack of subject matter jurisdiction, then Claimants respectfully request that the Court schedule a status conference so that a new scheduling order and trial setting can be entered.

Respectfully submitted,

WATTS LAW FIRM, L.L.P.

_____
Mikal C. Watts
State Bar No.
Ray R. Marchan
State Bar No. 12969050
WATTS LAW FIRM, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
(956) 544-0500
(956) 541-0255 FAX

ATTORNEYS FOR CLAIMANTS

### CERTIFICATE OF SERVICE

I hereby certify that on this the _10th_ day of January, 2005, a true and correct copy of the foregoing instrument was delivered to opposing counsel by hand-delivery, via fax or by certified mail, return receipt requested.

_____
RAY R. MARCHAN