IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 7 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC, AS BAREBOAT CHARTERER OF THE BROWN WATER V, ITS ENGINES TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | C.A. NO. B-01-157
Admiralty |
| Consolidated with: | § § | |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, LLC AS OWNER, AND AMERICAN COMMERCIAL BARGE LINES, LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § | C.A. No. B-02-004
Admiralty |
| Consolidated with: | § § | |
| IN THE MATTER OF DEERE CREDIT, INC.,(FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § § § § § | C.A. NO. B-02-125
Admiralty |

01-223.01 Brown Water:   atty-in-charge
Page 1

### THIRD-PARTY DEFENDANT CAMERON COUNTY, TEXAS'S DESIGNATION OF ATTORNEY IN CHARGE

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COMES NOW, Cameron County, Texas, Third-party Defendant in the above-styled and numbered cause, and hereby files its designation of attorney in charge:

> Eileen M. Leeds
> State Bar No. 00791093
> Federal I.D. No. 16799
>
> WILLETTE & GUERRA, L.L.P.
> 1534 East 6th Street, Ste. 200
> Brownsville, Texas 78520
> Telephone: (956) 541-1846
> Facsimile: (956) 541-1893

as attorney-in-charge on its behalf to have full control and management of its cause and to receive all further communications from the Court and other counsel relating to this cause.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
1534 E. 6th Street Suite 200
Brownsville, Texas 78520
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Eileen M. Leeds
State Bar No. 00791093
USDC No. 16799

Charles Willette, Jr.
State Bar No. 21509700
Federal Id No. 22703
**ATTORNEYS FOR THIRD-PARTY DEFENDANT CAMERON COUNTY, TEXAS**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 7th day of January 2005, a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record as noted hereunder.

Mr. Will W. Pierson
Royston, Rayzor, Vickery & Williams, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, TX 78476
*Atty for Petitioners/3rd-Party Plaintiffs, Brown Water Towing, I, Inc and Brown Water Marine Serv., Inc.*

Mr. Keith Uhles
Royston, Rayzor, Vickery & Williams, L.L.P.
55 Cove Circle
Brownsville, Texas 78521
*Atty for Petitioners/3rd-Party Plaintiffs, Brown Water Towing, I, Inc and Brown Water Marine Serv., Inc.*

Mr. Glenn G. Goodier
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100
*Atty. for American Commercial Lines, LLP, American Commercial Barge Lines, LLC, Deere Credit, Inc. And General Electric Capital Corp.*

Mr. Les D. Cassidy, III
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
*Atty. for American Commercial Lines, LLP, American Commercial Barge Lines, LLC, Deere Credit, Inc. And General Electric Capital Corp.*

Mr. David H. Crago
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, Texas 78404
*Atty for AG Hill Power, Inc a/k/a JHB Enterprises, Inc*

Mr. Jack F. Gilbert
Ms. Margie Manzano Corbett
Office of the Attorney General
Transportation Division
Post Office Box 12548
Austin, Texas 78711-2548
*Attorneys for the State of Texas*

Mr. Daryl G. Dursum
Adams and Reese, LLP
One Houston Center
1221 McKinney St., Suite 4400
Houston, TX 77010-2010
*Attorneys for the State of Texas*

Mr. Mark J. Spansel
Adams and Reese, LLP
701 Poydras St., Suite 4500
New Orleans, LA 70139
*Attorneys for the State of Texas*

Mr. James B. Manley
James B. Manley, P.C.
200 William Barnett
Cleveland, TX 77327
*Atty. for Claimant William Morris Welch, Ind. & as surviving Parent of Barry Welch*

Mr. Ray R. Marchan
Watts Law Frim L.L.P.
1926 E. Elizabeth
Brownsville, TX 78520
*Atty. for Claimants Jacqueline Paddock, Ind. & as Rep. of the Estate of Chelsea & Barry Welch and A/N/F of William B. Welch, Lydia Zamora, Ind. & as Rep. of the Estate of Hector Martinez, Jr., Brigette Goza, Gustavo Morales, Ind., Bigos International, LLC*

Mr. John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, TX 78501
*Atty. for Claimants Esteban Rivas, Ind. & as Rep. of the Estate of Stvan Rivas*

Mr. J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
1400 Woodlock Forest Dr., Suite 575
The Woodlands, Texas 77380
*Atty. for Claimants Esteban Rivas, Ind. & as Rep.
of the Estate of Stvan Rivas*

Mr. William Q. McManus
Mr. Steve Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206
*Atty. for Claimants, the Estate of Robin Faye
Leavell, Carol Leavell, Ind. and as Rep. Of the
Estate of Robin Farye Leavell, Ricky Leavell and
as Rep. of the Estate of Robin Faye Leavell*

Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
2009 East Harrison, Suite B
Harlingen, Texas 78550
*Atty. for Claimants Anita Harris, Ind. & a/n/f of
Vitor Justin Harris and as Rep. of the Estate of
Robert V. Harris*

Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521
*Atty. Ad Litem for William Welch, minor*

Mr. Raymond L. Thomas
Mr. Andres H. Gonzalez, Jr.
Kittleman, Thomas, Ramirez & Gonzales, PLLC
4900-B N. 10th Street
McAllen, Texas 78504
*Atty. for Claimants Rene Mata and Frank Mata*

Mr. S. Mark Strawn, Esq.
Schirrmeister Ajamie, L.L.P.
Pennzoil Place-South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002
*Atty for Claimants, Juan Antonio Mireles, as
Personal Rep. of the Estate of Julio Cesar
Mireles, Juan Antonio Mireles and Soledad
Gonzalez Mireles*

Mr. Julian Rodriguez, Jr.
Julian Rodriguez, Jr. & Associates, P.C.
10113 N. 10th Street, Suite C
McAllen, Texas 78504
*Atty for Claimants, Omar Hinojosa, Ind. and as
Administrator of the Estate of Gaspar
Hinojosa, Raquel Hinojosa, Clarissa Hinojosa
and Gaspar Hinojosa, III*

Mr. Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307
*Atty. for Claimant, Bridgette M. Goza*

Mr. Jim S. Hart
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
*Atty for Claimant, Hector Martinez, Sr.*

Mr. Frank Enriquez
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504
*Atty. for Claimants Rolando Lee Moya, Alberto
Leroy Moya, Antonio Salinas, Jr. And Roberto
Espericueta*

Mr. J.A. Magallanes
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Blvd.
Brownsville, Texas 78520
*Atty. for Laguna Madre Water District*

Mr. Geoffrey Amsel
SBC Management Services
175 East Houston Street, 4th Floor
San Antonio, Texas 78205
*Atty. for Southwestern Bell Telephone, LP*

Mr. Richard Leo Harrell
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 1400
Corpus Christi, Texas 78470
*Atty for Claimant, William E. Kimbrell*

_____
Eileen M. Leeds

01-223.01 Brown Water:   atty-in-charge
Page 4