United States District Court
Southern District
FIL

JAN 1 2 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | C.A. NO. B-01-157 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| Consolidated with: | § § | |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER and AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § | C.A. NO. B-02-004 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| Consolidated with: | § § | |
| IN THE MATTER OF DEERE CREDIT, INC.,(FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIABILITY | § § § § § § § § § § § § § § § | C.A. NO. B-02-125 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |

## SUGGGESTION OF DEATH

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Claimant Dixie Welch informs the Court that William Welch has died. Dixie Welch has been appointed Administratix of the Estate of William Welch, deceased.

Claimant Dixie Welch requests that this suit proceed against the defendants named herein.

Respectfully submitted this __29th__ day of December, 2004.

_____
Mikal C. Watts
State Bar No. 20981820
Federal Bar No. 12419

**Ray R. Marchan**
Federal Bar No. 9522
State Bar No. 12969050
Watts Law Firm, L.L.P.
1926 E. Elizabeth
Brownsville, TX 78520
956.544.0500 Phone
956.541.0255 Fax

## CERTIFICATE OF SERVICE

On this __11__ day of January, 2005, a true and correct copy of the forgoing Claimants' Suggestion of Death was served upon opposing counsel via regular mail to all other counsel.

_____
Ray R. Marchan