Case 1:01-cv-00157    Document 335    Filed in TXSD on 01/13/2005    United States District Court
Southern District of Texas
ENTERED

JAN 1 3 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | CIVIL ACTION NO. B-01-157 |
| PETITION OF BROWN WATER | § | Consolidated with |
| TOWING I, INC., ET AL. | § | CIVIL ACTION NO. B-02-004 |
| | § | and |
| | § | CIVIL ACTION NO. B-02-125 |
| | § | |
| | § | ADMIRALTY |

## ORDER

BE IT REMEMBERED that on January 13, 2005, the Court considered the suggestion of certain claimants that this Court lacks subject matter jurisdiction over the petitioners' third party claims against Cameron County, Texas [Dkt. Nos. 327, 330, & 331].

The petitioners in this case and Cameron County are hereby **ORDERED** to brief the following. First, the parties shall discuss whether and to what extent Cameron County is protected by the Eleventh Amendment of the United States Constitution in this case. Second, the parties shall analyze whether and under what circumstances Cameron County may be sued in federal court for claims arising under the Texas Tort Claims Act ("TTCA"). This discussion shall include an examination of two important issues. Initially, the parties shall explain the effect of the Fifth Circuit's decision in Sherwinski v. Peterson, 98 F.3d 849 (5th Cir. 1996) on this Court's ability to hear the TTCA claims against Cameron County. Next, the parties must address whether the TTCA is the petitioners' sole avenue for recourse against Cameron County (i.e., when a party can, if ever, bring a claim against a County other than a TTCA claim).

Additionally, although by this Order the petitioners and Cameron County are required to brief this matter, the other parties are encouraged to file responses to the Court's query.

1

The petitioners are hereby **ORDERED** to submit their briefs with this Court no later than 3:00 p.m. on January 24, 2005.

Cameron County is hereby **ORDERED** to submit their response with this Court no later than 3:00 p.m. on February 4, 2005.

The other parties, although not required, should submit any replies with this Court no later than 3:00 p.m. on February 11, 2005.

DONE at Brownsville, Texas, this 13 day of January, 2005.

_____
Hilda G. Tagle
United States District Judge