

**SLACK&DAVIS** LLP

MICHAEL L. SLACK
MIKE DAVIS
DONNA J BOWEN
JOHN C. "RUSTY" ALLMAN
LADD C SANGER

United States Courts
Southern District of Texas
FILED
JAN 1 4 2005
Michael N. Milby, Clerk

January 12, 2005

B 01 CV 157

**via REGULAR MAIL**

Mr. Juan Barbosa
Deputy-in-Charge
UNITED STATES DISTRICT COURT
101 Federal Bldg
600 E. Harrison Street
Brownsville, TX 78520

Re:   Case No. B-01-157; In Re: *The Complaint and Petition of Brown Water Towing I, Inc., et al.*; In the United States District Court for the Southern District of Texas, Brownsville Division

Dear Mr. Barbosa:

Please remove the this firm from the service list to receive any further filings or orders, either by fax or mail, in the referenced matter.

Thank you for your prompt attention to this matter.

Very truly yours,

SLACK & DAVIS, L.L.P.

Rosie Lachico
Legal Assistant to Michael L. Slack

/rl

cc:   Mr. Michael N. Milby
      Clerk of Court
      UNITED STATES DISTRICT COURT
      P. O. Box 61010
      Houston, TX 77208

2705 BEE CAVE ROAD, SUITE 220 AUSTIN, TEXAS 78746  512.795.8686  512.795.8787 (FAX)
2911 TURTLE CREEK BLVD., SUITE 1400 DALLAS, TEXAS 75219  214.528.8686  214.528.6989 (FAX)
800.455.8686 (TOLL-FREE TO AUSTIN OFFICE)  WWW.SLACKDAVIS.COM  INQUIRY@SLACKDAVIS.COM