IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWIN I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC. AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C. A. No. B-01-157<br><br><br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, AMERICAN COMMERCIAL BARGE LINES LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, AND VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY ET AL | § § § § § § § § § § § § § | C.A. NO. B-02-004<br>Admiralty |

ORDER

BE IT REMEMBERED that on December _____, 2004, the Court considered Claimants' Motion to Assert Third-Party Complaint Against The State of Texas Department of Transportation. The Court hereby GRANTS the motion.

Done at Brownsville, Texas this the _____ day of January, 2005.

_____
U.S. DISTRICT JUDGE