United States District Court
Southern District of Texas
FILED

JAN 2 4 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION FOR BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO. B-01-157 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| Consolidated with: | |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC, AS OWNER and AMERICAN COMMERCIAL BARGE LINE LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, PRYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION NO. B-02-004 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| Consolidated with: | |
| IN THE MATTER OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION NO. B-02-125 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |

**CROSS-CLAIM AGAINST THE STATE OF TEXAS**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

William E. Kimbrell ("Claimant") files this cross-claim against a co-party pursuant to FRCP 13(g), and would show unto the Court the following:

**I.**

The State of Texas is a co-party (claimant) in these consolidated limitation proceedings and has filed a claim and appeared in these proceedings and may be served with these pleadings by serving its attorney of record in accordance with the Federal Rules of Civil Procedure.

**II.**

Jurisdiction over this cross-claim exists under this Court's Admiralty and Maritime Jurisdiction, 28 U.S.C. § 1333 and, alternatively, under this Court's Supplemental Jurisdiction, 28 U.S.C. § 1367.

**III.**

On September 30, 2004 this Honorable District Court entered and order denying the State of Texas' Motion to Dismiss (Petitioners' Counter-Claims and Cross-Claims) on the basis of Sovereign Immunity and the Eleventh Amendment (Dkt. No. 271). In said order the Court concluded that the State of Texas had waived the protections of Sovereign Immunity and the Eleventh Amendment by voluntarily submitting its claims against the Petitioners in this Court. (Id. at 11). Accordingly, this cross-claim is not made pursuant to the Texas Tort Claims Act.

## IV.

During the prosecution of this case the Petitioners have claimed that the State of Texas bears some responsibility for this incident. Petitioners have claimed that the State of Texas was responsible for maintaining the navigational lights on the Queen Isabella Causeway in Port Isabel, Cameron County, Texas, and that the red and green navigational lights, and the red lights on the fendering system underneath the causeway were burned out. Petitioners have also claimed that the fendering system itself was inadequate. Petitioners claim that the failure to maintain, or properly maintain, the lights constitutes negligence and/or negligence per se, and that the failure of the State of Texas to comply with applicable maritime law and regulation creates a presumption of fault and/or negligence on the part of the State of Texas.

## V.

Claimant William E. Kimbrell, therefore, maintains in this cross-claim that the negligence and/or fault of the State of Texas was a proximate cause of the death of his daughter, Chealsa Louise Welch and of the injuries and damages of which he complains herein.

## VI.

Claimant William E. Kimbrell brings this action for damages for pecuniary losses arising from the death of his daughter, Chealsa Louise Welch, including loss of care, maintenance, support, services, advice, counsel, loss of companionship and society, mental

anguish and contributions of a pecuniary value that Claimant would have received from Chealsa Louise Welch during her lifetime. Claimant also seeks all other damages provided for under any applicable laws, including the law of the State of Texas a federal maritime law, arising out of the death of Chealsa Louise Welch.

### VII.

Claimant William E. Kimbrell also brings this action for loss of his daughter's consortium, including, affection, solace, comfort, assistance, emotional support, love and felicity. Claimant William E. Kimbrell also brings this action to recover damages for his own mental anguish, emotional pain, suffering and bereavement, as well as for the loss of companionship, love, support and society that he has experienced in the past and will forever experience in the future as the result of the death of his daughter, Chealsa Louise Welch.

WHEREFORE, PREMISES CONSIDERED, Claimant William E. Kimbrell prays that upon final trial, that Claimant have and recover from the State of Texas, jointly and severally, for all of his actual damages, plus pre- and post-judgment interest as provided by law, and for cost of court and for all other relief to which Claimant may show himself to be justly entitled.

Respectfully submitted this 21st day of January, 2005.

By: _____
Richard Leo Harrell
Attorney-in-Charge for Claimant
William E. Kimbrell

Texas Bar No.: 09041320
802 N. Carancahua, Suite 2100
P. O. Box 480
Corpus Christi, TX 78403-0480
Telephone: (361) 698-7600
Facsimile: (361) 698-7614

OF COUNSEL:

THE EDWARDS LAW FIRM, L.L.P.
802 N. Carancahua, Suite 1400  (78470)
P. O. Box 480
Corpus Christi, TX  78403-0480
Telephone No.:  (361) 698-7600
Facsimile No.:   (361) 698-7614

## CERTIFICATE OF SERVICE

On this 21st day of January, 2005, a true and correct copy of the forgoing *Cross-Claim Against the State of Texas* was served upon opposing counsel via facsimile and certified mail returned receipt requested, and via facsimile to all other counsel.

Richard Leo Harrell

## CERTIFIED MAIL RETURN RECEIPT REQUESTED

| | |
|---|---|
| Mark J. Spansel, Esq. | Michael Ratliff, Esq. |
| ADAMS & REESE, L.L.P. | OFFICE OF THE ATTORNEY GENERAL |
| 4500 One Shell Square | TRANSPORTATION DIVISION |
| New Orleans, LA 70139 | P.O. Box 12548 |
| *CM/RRR # 7003 3110 0002 0870 2846* | Austin, Texas 78714-2548 |
| | *CM/RRR # 7003 3110 0002 0870 2853* |

## REGULAR MAIL

Will W. Pierson, Esq.
Keith Uhles, Esq.
James Hunter, Esq.
ROYSTON, RAYZOR, VICKERY
& WILLIAMS, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476

Leslie D. Cassidy, III, Esq.
WOOLSEY & CASSIDY
500 N. Water Street, Ste. 1020
Corpus Christi, Texas 78471


Thomas E. Quirk, Esq.
AARON & QUIRK
901 NE Loop 410, Ste. 903
San Antonio, Texas 78209-1307

James B. Manley, Esq.
ATTORNEY AT LAW
200 William Barnett
Cleveland, Texas 77327

John David Franz, Esq.
THE LAW OFFICES OF JOHN DAVID FRANZ
400 N. McColl
McAllen, Texas 78501

J.A. Magallanes, Esq.
Carlos Escobar, Esq.
MAGALLANES, HINOJOSA & MANCIAS, PC
1713 Boca Chica Blvd.
P.O. Box 4901
Brownsville, Texas 78520

Glen Goodier, Esq.
JONES, WALKER, WAECHTER, POITEVENT,
CARRERE & DENEGRE, L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100

Heriberto "Eddie" Medrano, Esq.
LAW OFFICES OF HERIBERTO MEDRANO
2009 East Harrison, Ste. B
Harlingen, Texas 78550


Ray R. Marchan, Esq.
WATTS LAW FIRM, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

J. Chad Guantt, Esq.
GUANTT & KRUPPSTADT, L.L.P.
1400 Woodloch, Ste. 575
The Woodlands, Texas 77380

Geoffrey Amsel, Esq.
SBC TEXAS LEGAL
175 E. Houston, 4th Floor
San Antonio, Texas 78205

Thomas R. Ajamie, Esq.
S. Mark Strawn, Esq.
SCHIRRMEISTER AJAMIE, L.L.P.
711 Louisiana Street, Ste. 2150
Houston, Texas 77002

Frank Enriquez, Esq.
Robert Puente, Esq.
LAW OFFICES OF FRANK ENRIQUEZ
4200-B North Bicentennial
McAllen, Texas 78504

William Q. McManus, Esq.
Steve Q. McManus, Esq.
LAW OFFICE OF MCMANUS
    & CRANE, L.L.P.
209 West Juan Linn
P.O. Box 2206
Victoria, Texas 77902-2206

Jim S. Hart, Esq.
Nejd Yaziji, Esq.
WILLIAMS BAILEY LAW FIRM, L.L.P.
8441 Gulf Freeway, Ste. 600
Houston, Texas 77017

Eileen M. Leeds
WILLETTE & GUERRA, L.L.P.
1534 East 6th Street, Suite 200
Brownsville, Texas 78520

David H. Crago
BRIN & BRIN, P.C.
1202 Third Street
Corpus Christi, Texas 78404

Brian G. Janis
SANCHEZ, WHITTINGTON, JANIS
    & ZABARTE, L.L.P.
100 N. Expressway 83
Brownsville, Texas 78521-2284

Julian Rodriguez, Jr., Esq.
JULIAN RODRIGUEZ, JR. & ASSOC., P.C.
10113 N. 10th Street, Ste. "C"
McAllen, Texas 78504

Raymond Thomas, Esq.
Rebecca Vela, Esq.
KITTLEMAN, THOMAS, RAMIREZ
    & GONZALES
4900-B N. 10th Street
McAllen, Texas 78504

Veronica Farias, Esq.
LAW OFFICE OF VERONICA FARIAS
2854 Boca Chica
Brownsville, Texas 78521

Mikal Watts, Esq.
WATTS LAW FIRM, L.L.P.
Tower II Building
555 N. Carancahua, 14th Floor
Corpus Christi, TX 78478

Robert E. Ammons
THE AMMONS LAW FIRM, LLP
3700 Montrose Blvd.
Houston, TX 77006

Ramon Garcia
ATTORNEY AT LAW
222 W. University Dr., #DO
Edinburg, TX 78539