United States District Court
Southern District of Texas
FILED

JAN 2 4 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION FOR BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERS, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § | C.A. NO. B-01-157 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| AND | § § | |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER AND AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-912, ACL-9993B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § | (consolidated with C.A. No. B-02-004) |

### NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT;

COME NOW CLAIMANTS, **RENE MATA AND FRANK MATA**, and hereby designate **REBECCA VELA** of the law firm of **KITTLEMAN, THOMAS, RAMIREZ & GONZALES, L.L.P.** as additional counsel on their behalf. Claimants request that the parties and the United States District Clerk place **REBECCA VELA** on its service list for purposes of forwarding all correspondence, papers, pleadings, notices and other matters from the Court and the parties.

Further, Claimants respectfully request that the parties and the United States District Clerk

remove Andres Gonzalez, Jr. off of its service list since he is no longer with the law firm of **KITTLEMAN, THOMAS, RAMIREZ & GONZALES, L.L.P. RAYMOND L. THOMAS** will remain on the file as the Attorney-in-Charge.

Respectfully submitted,

By: _____
Raymond L. Thomas
State Bar No. 19865350
Federal Bar No. 10715

By: _____
Rebecca Vela
State Bar No. 24008207
Federal I.D. No. 23179

**ATTORNEYS FOR CLAIMANTS
FRANK MATA and RENE MATA**

OF COUNSEL:

*KITTLEMAN, THOMAS, RAMIREZ
& GONZALES, LLP*
4900-B North 10th Street
McAllen, Texas 78504
(956) 686-8797
(956) 630-5199 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served in accordance with the Federal Rules of Civil Procedure to the following parties on January 20th, 2005.

Les Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471

Glen Goodier
Jones, Walker, Waechter, Poitevent, Carrere
  & Denegre, L.L.P.
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100

Will Pierson
Royston, Rayzor, Vickery & Williams,
L.L.P.
606 North Carancahua, Suite 1700
Corpus Christi, Texas 78476

Keith N. Uhles
James H. Hunter, Jr.
Royston, Rayzor, Vickery & Williams,
L.L.P.
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78523-3509

David H. Crago
Brin & Brin, PC
1325 Palm B.vd., Suite A
Brownsville, Texas 78520

Eileen Leads
Willette & Guerra
1534 E. 6th Street, Suite 200
Brownsville, Texas 78520

Ray R. Marchan
Watts Law Firm, LLP
1926 E. Elizabeth
Brownsville, Texas 78520

Michael Watts
Watts Law Firm, LLP
555 N. Carancahua, Suite 1400
Corpus Christi, Texas 78478

S. Mark Strawn, Esq.
Thomas R. Ajamie
Schirmeister Ajamie, L.L.P.
711 Louisiana Street, Suite 2150
Houston, Texas 77002

Heriberto Medrano
Law Offices of Heriberto Medrano
2009 E. Harrison, Suite B
Harlingen, Texas 78550

John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381

William Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

Julian Rodriguez, Jr.
Law Office of Julian Rodriguez, Jr.
10113 N. 10th St., #C
McAllen, Texas 78501

James B. Manley
Attorneys at Law
3616 Preston Road
Pasadena, Texas 77505

Geoffrey Amsel
SBC Management Services
1010 N. St. Mary's Room 1403
San Antonio, Texas 78209

J. A. Magallanes
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Blvd.
Brownsville, Texas 78520

Mark J. Spansel and
Jack Gilbert
Margie Manzano Corbett
Office of the Attorney General
Transportation Division
P.O. Box 12548
Austin, Texas 78711-2548

Daryl G. Dursum
Adams & Reese, L.L.P.
4400 One Houston Center
1221 McKinney
Houston, Texas 77010

Frank Enriquez
Roberto D. Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

W. Lamoine Holland
Law Office of W. Lamoine Holland
1920 Nacogdoches Rd., Suite 100
San Antonio, Texas 78209

Richard Leo Harrell
The Edwards Law Firm, L.L.P.
P.O. Box 480
Corpus Christi, Texas 78403-0480

Jim S. Hart
Nejd Yaziji
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051

Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307

Robert E. Ammons
The Ammons Law Firm LLP
3700 Montrose Blvd.
Houston, Texas 77006
713-523-1606

Ramon Garcia
Law Office of Ramon Garcia, P.C.
222 W. University
Edinburg, Texas 78539

_/s/ Raymond L. Thomas_
Raymond L. Thomas