\* *Richard Leo Harrell* (signature) *sam w/permis*
Richard Leo Harrell
Attorney-in-Charge
State Bar No.: 09041320
Federal ID No.: 12325
802 N. Carancahua, Suite 1400
P. O. Box 480
Corpus Christi, TX 78403-0480
Phone: 361.698.7600
Fax:   361.698.7614
*Attorney for Claimant William Eugene Kimbrell, Individually as Surviving Father of Chealsa Welch, Deceased*

\* *Heriberto Medrano* (signature) *w/permis*
Heriberto "Eddie" Medrano
State Bar No.: 13897800
Federal ID No.: 5952
Law Offices of Heriberto "Eddie" Medrano
2009 East Harrison, Ste. B
Harlingen, TX 78550
Phone: 956.428.2412
Fax:   956.428.2495
*Attorney for Claimant Anita Harris, Individually, as Next Friend of Victor Justin Harris and as Representative of the Estate of Robert V. Harris*

\* *John David Franz* (signature) *jam w/permis*
John David Franz
State Bar No.: 07389200
Federal ID No.: 1190
400 North McColl
McAllen, TX 78501
Phone: 956.686.3300
Fax:   956.686.3578
*Attorney for Claimants Esteban Rivas and Miriam Rivas, Individually and as Representatives of the Estate of Stvan F. Rivas*

\* *S. Mark Strawn* (by w/ permis)
S. Mark Strawn
State Bar No.: 19374325
Federal ID No.: 9996
Thomas R. Ajamie
State Bar No. 00952400
Federal I.D. No. 6165
Pennzoil Place – South Tower
711 Louisiana, Suite 2150
Houston, TX  77002
Phone: 713.860.1600
Fax:   713.860.1699
*Attorneys for Claimants J. Antonio Mireles, as Personal Representative of the Estate of Julio Cesar Mireles, Juan Antonio Mireles and Soledad Gonzales Mireles*


\* *Juan A. Magallanes* (sgn w/ permis)
Juan A. Magallanes
State Bar No.: 12879500
Federal ID No.: 2258
Carlos Escobar
State Bar No.: 24025351
1713 Boca Chita
P.O. Box 4901
Brownsville, TX  78520
Phone: 956.544.6571
Fax:   956.544.4290
*Attorney for Laguna Madre Water District of Port Isabel*


\* *Pamela St. John* (sgn w/ permis)
Pamela St. John
State Bar No.: 01918090
Legal Department
175 East Houston, 14th Floor
San Antonio, TX  78205
Phone: 210.351.3495
Fax:   210.351.3458
*Attorney for Southwestern Bell Telephone Company*

\* *[signature]* /s/w permission
Raymond L. Thomas
State Bar No.: 19865350
Federal ID No.: 10715
Rebecca Vela
State Bar No.: 24008207
Federal ID No.: 23179
Kittleman, Thomas, Ramirez & Gonzalez
4900-B North Tenth Street, Suite 204
McAllen, TX 78504-1416
Phone: 956.686.8797
Fax:   956.630.5199
*Attorney for Rene Mata and Frank Mata*

\* *[signature]* /s/w permission
Jim Hart
State Bar No.: 09147400
Federal ID No.: 14548
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Ste. 600
Houston, TX 77017-5001
Phone: 713.230.2312
Fax:   713.643.6226
*Attorney for Hector Martinez, Sr.*

\* *[signature]* /s/w permission
Julian Rodriguez, Jr.
State Bar No.: 17146770
Federal ID No.: 15112
Julian Rodriguez, Jr. & Associates, P.C.
10113 N. 10th Street, Ste. C
McAllen, TX 78504
Phone: 956.287.0088
Fax:   956.287.0098
*Attorney for Raquel Teran Hinojosa, Individually and on behalf of the Estate of Gaspar Hinojosa; Clarissa Hinojosa, Omar Hinojosa, Gaspar Hinojosa, III, each individually; Claimants Martin D. Hinojosa and Rita S. Hinojosa, Individually and as Heirs of the Estate of Gaspar Hinojosa*

38

*__/s/ Steve Q. McManus__ (signed w/ permission)
Steve Q. McManus
State Bar No.: 13784700
Federal ID No.: 5889
William Q. McManus
State Bar No. 24008619
Law Office of McManus & Crane, L.L.P.
209 West Juan Linn
P.O. Box 2206
Victoria, TX 77902-2206
Phone: 361.575.6764
Fax:   361.575.8454
*Attorneys for Claimants Ricky Leavell and Carol Leavell, Individually and as Representatives of the Estate of Robin Faye Leavell*

*__/s/ Frank Enriquez__ (signed w/ permission)
Frank Enriquez
State Bar No.: 06630500
Federal ID No.: 3734
Robert Puente
4200-B North Bicentennial
McAllen, TX 78504
Phone: 956.686.5291
Fax:   956.618.5064
*Attorney for Claimants Roberto Espericueta, Albert Leroy Moya, Rolando Lee Moya and Antonio Salinas, Jr.*

*__/s/ James B. Manley__ (signed w/ permission)
James B. Manley
State Bar No.: 12915000
Federal ID No.: 3286
200 William Barnett
Cleveland, TX 77327
Phone: 281.593.1100
Fax:   281.593.1700
*Attorney for Claimant William Morris Welch*

\*   SIGNED BY PERMISSION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Claimants' Memorandum in Support of Response to the Motion for Summary Judgment of American Commercial Lines LLC has been served upon all Petitioners' Counsel by certified mail, return receipt requested and on all other counsel of record, by regular US mail on the 2nd day of February, 2005.

Ray R. Marchan

## CERTIFIED MAIL RETURN RECEIPT REQUESTED

Glen Goodier, Esq.
JONES, WALKER, WAECHTER,
POITEVENT, CARRERE & DENEGRE,
L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100
CM/RRR #7003 1680 0006 5135 1455

Leslie D. Cassidy, III, Esq.
WOOLSEY & CASSIDY
500 N. Water Street, Ste. 1020
Corpus Christi, Texas 78471
CM/RRR #7003 0500 0000 8697 8447

## REGULAR MAIL

Heriberto "Eddie" Medrano, Esq.
LAW OFFICES OF HERIBERTO MEDRANO
2009 East Harrison, Ste. B
Harlingen, Texas 78550

Thomas E. Quirk, Esq.
AARON & QUIRK
901 NE Loop 410, Ste. 903
San Antonio, Texas 78209-1307

Mark J. Spansel, Esq.
ADAMS & REESE, L.L.P.
4500 One Shell Square
New Orleans, LA 70139

Ray R. Marchan, Esq.
WATTS LAW FIRM, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

James B. Manley, Esq.
ATTORNEY AT LAW
200 William Barnett
Cleveland, Texas 77327

J. Chad Guantt, Esq.
GUANTT & KRUPPSTADT, L.L.P.
1400 Woodloch, Ste. 575
The Woodlands, Texas 77380

John David Franz, Esq.
THE LAW OFFICES OF JOHN DAVID FRANZ
400 N. McColl
McAllen, Texas 78501

Pamela St. John, Esq.
SBC TEXAS LEGAL
175 E. Houston, 4th Floor
San Antonio, Texas 78205

J.A. Magallanes, Esq.
Carlos Escobar, Esq.
MAGALLANES, HINOJOSA & MANCIAS, PC
1713 Boca Chica Blvd.
P.O. Box 4901
Brownsville, Texas 78520

Thomas R. Ajamie, Esq.
S. Mark Strawn, Esq.
SCHIRRMEISTER AJAMIE, L.L.P.
711 Louisiana Street, Ste. 2150
Houston, Texas 77002

Frank Enriquez, Esq.
Robert Puente, Esq.
LAW OFFICES OF FRANK ENRIQUEZ
4200-B North Bicentennial
McAllen, Texas 78504

Julian Rodriguez, Jr., Esq.
JULIAN RODRIGUEZ, JR. & ASSOC., P.C.
10113 N. 10th Street, Ste. "C"
McAllen, Texas 78504

William Q. McManus, Esq.
Steve Q. McManus, Esq.
LAW OFFICE OF MCMANUS & CRANE, L.L.P.
209 West Juan Linn
P.O. Box 2206
Victoria, Texas 77902-2206

Raymond Thomas, Esq.
Andres Gonzales, Esq.
KITTLEMAN, THOMAS, RAMIREZ & GONZALES
4900-B N. 10th Street
McAllen, Texas 78504

Jack F. Gilbert, Esq.
Michael Ratliff, Esq.
OFFICE OF THE ATTORNEY GENERAL
TRANSPORTATION DIVISION
P.O. Box 12548
Austin, Texas 78714-2548

Jim S. Hart, Esq.
Nejd Yaziji, Esq.
WILLIAMS BAILEY LAW FIRM, L.L.P.
8441 Gulf Freeway, Ste. 600
Houston, Texas 77017

Veronica Farias, Esq.
LAW OFFICE OF VERONICA FARIAS
2854 Boca Chica
Brownsville, Texas 78521

Dino Esparza
WILLETTE & GUERRA, L.L.P.
1534 East 6th Street, Suite 200
Brownsville, Texas 78520

David H. Crago
BRIN & BRIN, P.C.
1202 Third Street
Corpus Christi, Texas 78404

Will W. Pierson, Esq.
Keith Uhles, Esq.
James Hunter, Esq.
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476