


Printer Friendly Page

## Vessel Information

| Vessel | VIN | Hull Number | Flag | Call-Sign | Year Built |
|---|---|---|---|---|---|
| BROWN WATER I | 600525 | 41 | UNITED STATES | WBR3118 | 1978 |

### Vessel Particulars

| Service | Length | Breadth | Depth | Alternate VINs | IMO Number |
|---|---|---|---|---|---|
| Towing Vessel | 53.8 ft | 22.1 ft | 8.3 ft | | |

### Service Information

| Service Status | Out of Service Date | Last removed from service by: |
|---|---|---|
| In Service | | MARINE SAFETY CENTER (MSC) |

### Tonnage Information

| Deadweight | Gross Tonnage (GRT) | Net Tonnage (NRT) | Gross Tonnage (GT ITC) |
|---|---|---|---|
| | 105 | 71 | |

**Cargo Authority:**

---

## Vessel Documents and Certifications

| Document | Agency | Date Issued | Expiration Date |
|---|---|---|---|
| CERTIFICATE OF DOCUMENTATION | USCG | December 22, 2004 | January 31, 2006 |

---

Back to Top

## Summary of Coast Guard Contacts

**Version 2.3**

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 2242057 | Corpus Christi, TX | November 16, 2004 | Enforcement | | |
| 2097957 | Corpus Christi, TX | May 24, 2004 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 1982048 | Galena Park, TX | January 8, 2004 | Boarding | | |
| 1970610 | Washington, DC | December 22, 2003 | Vessel Inspection/PSC | | |
| 1606446 | Corpus Christi, TX | April 18, 2002 | Enforcement | | |
| 1604965 | Corpus Christi, TX | March 12, 2002 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

**Incident Information**

**Role**
Acknowledged Pollution Source

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 1604965 | Corpus Christi, TX | March 12, 2002 | Incident Investigation | | Discharge of Oil |

**Incident Information**
**Role**
Involved in a Marine Casualty

**Incident Information**
**Role**
Acknowledged Pollution Source

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 72756 | GALVESTON, TX | October 20, 1999 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 131406 | GALVESTON, TX | August 5, 1998 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 160573 | GALVESTON, TX | January 23, 1997 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 118222 | Victoria, TX | July 26, 1996 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 188859 | Victoria, TX | January 21, 1994 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

*Back to Top*

*Page Created*: 30 August 2000
*Last Modified*: 23 October 2003

*Disclaimer*:   www.uscg.mil/disclaim.html
*Questions?*:   psix@comdt.uscg.mil
*Phone*:   *(202) 267-6889*

**Marine Safety Pages:**
Port State Control (Home Page)
Office of Marine Safety

*Rehabilitation Act (Section 508)*:
Web accessibility concerns?
USCG Policy regarding web accessibility
*Phone*:   *(202) 366-4648*




Printer Friendly Page

## Vessel Information

| Vessel | VIN | Hull Number | Flag | Call-Sign | Year Built |
|---|---|---|---|---|---|
| BROWN WATER II | 517687 | 214 | UNITED STATES | WY5453 | 1968 |

### Vessel Particulars

| Service | Length | Breadth | Depth | Alternate VINs | IMO Number |
|---|---|---|---|---|---|
| Towing Vessel | 41.7 ft | 19.1 ft | 7.2 ft | CG98794 | |

### Service Information

| Service Status | Out of Service Date | Last removed from service by: |
|---|---|---|
| In Service | | MARINE SAFETY CENTER (MSC) |

### Tonnage Information

| Deadweight | Gross Tonnage (GRT) | Net Tonnage (NRT) | Gross Tonnage (GT ITC) |
|---|---|---|---|
| | 48 | 32 | |

**Cargo Authority:**

## Vessel Documents and Certifications

| Document | Agency | Date Issued | Expiration Date |
|---|---|---|---|
| CERTIFICATE OF DOCUMENTATION | USCG | December 22, 2004 | January 31, 2006 |

Back to Top

## Summary of Coast Guard Contacts

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 1970613 | Washington, DC | December 22, 2003 | Vessel Inspection/PSC | | |
| 1644685 | GALVESTON, TX | July 11, 2002 | Incident Investigation | | Discharge of Oil |

Incident Information
Role
Moored/Anchored in Vicinity of Primary Subject

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 172334 | GALVESTON, TX | April 5, 2001 | Incident Investigation | | Marine Casualty, Reportable |

Incident Information
Role
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 7979 | GALVESTON, TX | December 14, 2000 | Incident Investigation | | Marine Casualty, Reportable |

Incident Information
Role

*Version 2.3*

Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 155177 | BROWNSVILLE, TX | January 5, 2000 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 103843 | BROWNSVILLE, TX | January 18, 1996 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 101383 | Victoria, TX | January 27, 1995 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

Back to Top

*Page Created*: 30 August 2000
*Last Modified*: 23 October 2003

*Disclaimer:* www.uscg.mil/disclaim.html
*Questions?:* psix@comdt.uscg.mil
*Phone:* (202) 267-6889

**Marine Safety Pages:**
Port State Control (Home Page)
Office of Marine Safety

*Rehabilitation Act (Section 508):*
Web accessibility concerns?
USCG Policy regarding web accessibility
*Phone:* (202) 366-4648





Printer Friendly Page

## Vessel Information

| Vessel | VIN | Hull Number | Flag | Call-Sign | Year Built |
|---|---|---|---|---|---|
| BROWN WATER III | 627896 | 211 | UNITED STATES | | 1980 |

### Vessel Particulars

| Service | Length | Breadth | Depth | Alternate VINs | IMO Number |
|---|---|---|---|---|---|
| Towing Vessel | 41.5 ft | 16.2 ft | 6.1 ft | | |

## Service Information

| Service Status | Out of Service Date | Last removed from service by: |
|---|---|---|
| In Service | | MARINE SAFETY CENTER (MSC) |

### Tonnage Information

| Deadweight | Gross Tonnage (GRT) | Net Tonnage (NRT) | Gross Tonnage (GT ITC) |
|---|---|---|---|
| | 37 | 25 | |

**Cargo Authority:**

---

## Vessel Documents and Certifications

| Document | Agency | Date Issued | Expiration Date |
|---|---|---|---|
| CERTIFICATE OF DOCUMENTATION | USCG | December 22, 2004 | January 31, 2006 |

*Back to Top*

---

## Summary of Coast Guard Contacts

*Version 2.3*

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 1970617 | Washington, DC | December 22, 2003 | Vessel Inspection/PSC | | |
| 1708270 | Victoria, TX | November 7, 2002 | Incident Investigation | | Marine Casualty, Reportable |

    **Incident Information**
    **Role**
    Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 22353 | Corpus Christi, TX | April 12, 1994 | Incident Investigation | | Marine Casualty, Reportable |

    **Incident Information**
    **Role**
    Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 22353 | Corpus Christi, TX | April 12, 1994 | Incident Investigation | | Discharge of Oil |

    **Incident Information**

**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 136769 | Corpus Christi, TX | April 5, 1994 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 136769 | Corpus Christi, TX | April 5, 1994 | Incident Investigation | | Discharge of Oil |

**Incident Information**
**Role**
Involved in a Marine Casualty

*Back to Top*

*Page Created*: 30 August 2000
*Last Modified*: 23 October 2003

*Disclaimer:*   www.uscg.mil/disclaim.html
*Questions?:*   psix@comdt.uscg.mil
*Phone:*   (202) 267-6889

**Marine Safety Pages:**
Port State Control (Home Page)
Office of Marine Safety

*Rehabilitation Act (Section 508):*
Web accessibility concerns?
USCG Policy regarding web accessibility
*Phone:*   (202) 366-4648




Printer Friendly Page

## Vessel Information

| Vessel | VIN | Hull Number | Flag | Call-Sign | Year Built |
|---|---|---|---|---|---|
| BROWN WATER IV | 596212 | 39 | UNITED STATES | | 1978 |

### Vessel Particulars

| Service | Length | Breadth | Depth | Alternate VINs | IMO Number |
|---|---|---|---|---|---|
| Towing Vessel | 47.7 ft | 18.6 ft | 7.2 ft | | |

### Service Information

| Service Status | Out of Service Date | Last removed from service by: |
|---|---|---|
| In Service | | MARINE SAFETY CENTER (MSC) |

### Tonnage Information

| Deadweight | Gross Tonnage (GRT) | Net Tonnage (NRT) | Gross Tonnage (GT ITC) |
|---|---|---|---|
| | 49 | 33 | |

**Cargo Authority:**

---

## Vessel Documents and Certifications

| Document | Agency | Date Issued | Expiration Date |
|---|---|---|---|
| CERTIFICATE OF DOCUMENTATION | USCG | December 22, 2004 | January 31, 2006 |

Back to Top

---

## Summary of Coast Guard Contacts

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 1970620 | Washington, DC | December 22, 2003 | Vessel Inspection/PSC | | |
| 10910 | GALVESTON, TX | October 30, 1999 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 214579 | GALVESTON, TX | May 10, 1997 | Incident Investigation | | |
| 53752 | GALVESTON, TX | May 10, 1997 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 106905 | Victoria, TX | June 11, 1995 | Incident Investigation | | Marine Casualty, Reportable |

*Version 2.3*

**Incident Information**

**Role**

Involved in a Marine Casualty



*Page Created*: 30 August 2000
*Last Modified*: 23 October 2003

*Disclaimer*: www.uscg.mil/disclaim.html
*Questions?*: psix@comdt.uscg.mil
*Phone*: *(202) 267-6889*

**Marine Safety Pages:**
Port State Control (Home Page)
Office of Marine Safety

*Rehabilitation Act (Section 508)*:
Web accessibility concerns?
USCG Policy regarding web accessibility
*Phone*: *(202) 366-4648*





Printer Friendly Page

## Vessel Information

| Vessel | VIN | Hull Number | Flag | Call-Sign | Year Built |
|---|---|---|---|---|---|
| BROWN WATER V | 580422 | | UNITED STATES | WYH7875 | 1977 |

### Vessel Particulars

| Service | Length | Breadth | Depth | Alternate VINs | IMO Number |
|---|---|---|---|---|---|
| Towing Vessel | 49.1 ft | 20.0 ft | 8.3 ft | | |

### Service Information

| Service Status | Out of Service Date | Last removed from service by: |
|---|---|---|
| In Service | | COMMANDANT (G-MOA) |

### Tonnage Information

| Deadweight | Gross Tonnage (GRT) | Net Tonnage (NRT) | Gross Tonnage (GT ITC) |
|---|---|---|---|
| | 84 | 57 | |

Cargo Authority:

---

## Vessel Documents and Certifications

| Document | Agency | Date Issued | Expiration Date |
|---|---|---|---|
| CERTIFICATE OF DOCUMENTATION | USCG | December 22, 2004 | January 31, 2006 |

Back to Top

---

## Summary of Coast Guard Contacts

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 1988906 | Galena Park, TX | January 20, 2004 | Towing Vessel Exam | | |

### Deficiency Information

| System | SubSystem | Cause |
|---|---|---|
| Operations/Management | Drug and Alcohol Testing | Unknown |

**Description of Deficiency**
Chemical testing program and policy not aboard as per 46 CFR 16.205 & 16.201.

| Due Date | Resolved | Resolved Date |
|---|---|---|
| 2/20/2004 | Yes | 7/2/2004 |

**Resolution Description**
Employee assistance program updated.

### Deficiency Information

| System | SubSystem | Cause |
|---|---|---|
| Fire Fighting | Portable Dry Chemical Fire Extinguisher | Improper/Lack of Maintenance |

**Description of Deficiency**
No CG or UC approved fire extinguishers aboard as per 46 CFR 25.30-10.

Version 2.3

| Due Date | Resolved | Resolved Date |
|---|---|---|
| | Yes | 7/2/2004 |

**Resolution Description**
Fire extinguishers were inspected or replaced on the vesse.

**Deficiency Information**

| System | SubSystem | Cause |
|---|---|---|
| Operations/Management | Drug and Alcohol Testing | Unknown |

**Description of Deficiency**
No employee assistance program. Educational/hotline information not posted as per 46 CFR 16.401 (a).

| Due Date | Resolved | Resolved Date |
|---|---|---|
| 2/20/2004 | Yes | 7/2/2004 |

**Resolution Description**
Policy manual is onbaord the vessel.

**Deficiency Information**

| System | SubSystem | Cause |
|---|---|---|
| Navigation | Piloting/Steering | |

**Description of Deficiency**
Marine charts of the area to be transited not maintained as per 33 CFR 164.72 (b) (1).

| Due Date | Resolved | Resolved Date |
|---|---|---|
| 2/20/2004 | Yes | 7/2/2004 |

**Resolution Description**
Charts were updated.

**Deficiency Information**

| System | SubSystem | Cause |
|---|---|---|
| Documentation | Logs/Records | Unknown |

**Description of Deficiency**
No garbage log as per 33 CFR 151.55 & 151.61. LEGACY COMPONENT DESC: Garbage Recordkeeping

| Due Date | Resolved | Resolved Date |
|---|---|---|
| 2/20/2004 | Yes | 7/2/2004 |

**Resolution Description**
Garbage logs are noted on vessels daily log.

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 1970622 | Washington, DC | December 22, 2003 | Vessel Inspection/PSC | | |
| 1928749 | Corpus Christi, TX | October 15, 2003 | Enforcement | | |
| 1759646 | GALVESTON, TX | March 19, 2003 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 127515 | BROWNSVILLE, TX | September 16, 2001 | Incident Investigation | | Discharge of Oil |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 121965 | BROWNSVILLE, TX | September 15, 2001 | Incident Investigation | | Discharge of Oil |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 106016 | Corpus Christi, TX | February 9, 2001 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 11104 | Corpus Christi, TX | January 22, 2001 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 178547 | GALVESTON, TX | November 11, 2000 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 197914 | Victoria, TX | August 15, 2000 | Incident Investigation | | |
| 20797 | Corpus Christi, TX | May 28, 2000 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|

| | 197912 | Corpus Christi, TX | April 30, 2000 | Incident Investigation | | |
| | 82709 | Corpus Christi, TX | April 30, 2000 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 139169 | Victoria, TX | January 21, 1998 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 197913 | Victoria, TX | June 13, 1995 | Incident Investigation | | |
| 102109 | MORGAN CITY, LA | February 25, 1993 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

~~Back to Top~~

*Page Created*: 30 August 2000
*Last Modified*: 23 October 2003

*Disclaimer:*  www.uscg.mil/disclaim.html
*Questions?:*  psix@comdt.uscg.mil
*Phone:*  *(202) 267-6889*

**Marine Safety Pages:**
Port State Control (Home Page)
Office of Marine Safety

*Rehabilitation Act (Section 508)*:
Web accessibility concerns?
USCG Policy regarding web accessibility
*Phone:*  *(202) 366-4648*



<u>Printer Friendly Page</u>

## Vessel Information

| Vessel | VIN | Hull Number | Flag | Call-Sign | Year Built |
|---|---|---|---|---|---|
| BROWN WATER VI | 607830 | 72 | UNITED STATES | | 1979 |

## Vessel Particulars

| Service | Length | Breadth | Depth | Alternate VINs | IMO Number |
|---|---|---|---|---|---|
| Towing Vessel | 47.1 ft | 20.1 ft | 7.4 ft | CG172134 | |

## Service Information

| Service Status | Out of Service Date | Last removed from service by: |
|---|---|---|
| In Service | | MARINE SAFETY CENTER (MSC) |

## Tonnage Information

| Deadweight | Gross Tonnage (GRT) | Net Tonnage (NRT) | Gross Tonnage (GT ITC) |
|---|---|---|---|
| | 57 | 38 | |

Cargo Authority:

---

## Vessel Documents and Certifications

| Document | Agency | Date Issued | Expiration Date |
|---|---|---|---|
| CERTIFICATE OF DOCUMENTATION | USCG | December 22, 2004 | January 31, 2006 |

Back to Top

---

## Summary of Coast Guard Contacts

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 1970623 | Washington, DC | December 22, 2003 | Vessel Inspection/PSC | | |
| 1604117 | GALVESTON, TX | April 12, 2002 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
Role
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 292681 | Corpus Christi, TX | August 3, 2001 | Vessel Inspection/PSC | | |
| 70231 | Corpus Christi, TX | May 3, 2001 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
Role
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 10017 | Victoria, TX | January 7, 2000 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
Role
Involved in a Marine Casualty

*Version 2.3*



| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 152881 | Victoria, TX | December 8, 1999 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 1114 | Galena Park, TX | January 19, 1996 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 35795 | GALVESTON, TX | January 1, 1995 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 30061 | GALVESTON, TX | October 21, 1994 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 77152 | Corpus Christi, TX | May 11, 1993 | Incident Investigation | | Discharge of Oil |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 77152 | Corpus Christi, TX | May 11, 1993 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

Back to Top

**Page Created**: 30 August 2000
**Last Modified**: 23 October 2003

**Marine Safety Pages:**
Port State Control (Home Page)
Office of Marine Safety

**Disclaimer:** www.uscg.mil/disclaim.html
**Questions?:** psix@comdt.uscg.mil
**Phone:** (202) 267-6889

**Rehabilitation Act (Section 508):**
Web accessibility concerns?
USCG Policy regarding web accessibility
**Phone:** (202) 366-4648




Printer Friendly Page

## Vessel Information

| Vessel | VIN | Hull Number | Flag | Call-Sign | Year Built |
|---|---|---|---|---|---|
| BROWN WATER VII | 630328 | II | UNITED STATES | | 1980 |

### Vessel Particulars

| Service | Length | Breadth | Depth | Alternate VINs | IMO Number |
|---|---|---|---|---|---|
| Towing Vessel | 55.8 ft | 22.0 ft | 7.6 ft | | |

### Service Information

| Service Status | Out of Service Date | Last removed from service by: |
|---|---|---|
| In Service | | MARINE SAFETY CENTER (MSC) |

### Tonnage Information

| Deadweight | Gross Tonnage (GRT) | Net Tonnage (NRT) | Gross Tonnage (GT ITC) |
|---|---|---|---|
| | 92 | 62 | |

**Cargo Authority:**

## Vessel Documents and Certifications

| Document | Agency | Date Issued | Expiration Date |
|---|---|---|---|
| CERTIFICATE OF DOCUMENTATION | USCG | December 22, 2004 | January 31, 2006 |

Back to Top

## Summary of Coast Guard Contacts

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 2054785 | Victoria, TX | April 10, 2004 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 1970625 | Washington, DC | December 22, 2003 | Vessel Inspection/PSC | | |
| 1597589 | GALVESTON, TX | March 26, 2002 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 1604138 | GALVESTON, TX | February 21, 2002 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**

*Version 2.3*

Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 1604076 | GALVESTON, TX | December 17, 2001 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 168811 | Corpus Christi, TX | November 21, 2000 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 208256 | Corpus Christi, TX | November 2, 2000 | Incident Investigation | | |
| 161132 | GALVESTON, TX | November 7, 1999 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 155775 | BATON ROUGE, LA | July 6, 1999 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 103130 | MORGAN CITY, LA | July 4, 1999 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 155688 | BROWNSVILLE, TX | June 16, 1999 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 179608 | Corpus Christi, TX | April 3, 1999 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**

**Role**

Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 149142 | BROWNSVILLE, TX | February 9, 1998 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**

**Role**

Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 121227 | Corpus Christi, TX | November 11, 1996 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**

**Role**

Involved in a Marine Casualty

*Page Created*: 30 August 2000
*Last Modified*: 23 October 2003

*Disclaimer:*  www.uscg.mil/disclaim.html
*Questions?:*  psix@comdt.uscg.mil
*Phone:  (202) 267-6889*

**Marine Safety Pages:**
Port State Control (Home Page)
Office of Marine Safety

*Rehabilitation Act (Section 508):*
Web accessibility concerns?
USCG Policy regarding web accessibility
*Phone:  (202) 366-4648*

Current Details





Printer Friendly Page

## Vessel Information

| Vessel | VIN | Hull Number | Flag | Call-Sign | Year Built |
|---|---|---|---|---|---|
| BROWN WATER VIII | 584092 | | UNITED STATES | WYG7366 | 1977 |

### Vessel Particulars

| Service | Length | Breadth | Depth | Alternate VINs | IMO Number |
|---|---|---|---|---|---|
| Towing Vessel | 60.3 ft | 22.0 ft | 8.0 ft | | |

### Service Information

| Service Status | Out of Service Date | Last removed from service by: |
|---|---|---|
| In Service | | MARINE SAFETY CENTER (MSC) |

### Tonnage Information

| Deadweight | Gross Tonnage (GRT) | Net Tonnage (NRT) | Gross Tonnage (GT ITC) |
|---|---|---|---|
| | 71 | 56 | |

Cargo Authority:

---

## Vessel Documents and Certifications

| Document | Agency | Date Issued | Expiration Date |
|---|---|---|---|
| CERTIFICATE OF DOCUMENTATION | USCG | December 22, 2004 | January 31, 2006 |

Back to Top

---

## Summary of Coast Guard Contacts

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 1970627 | Washington, DC | December 22, 2003 | Vessel Inspection/PSC | | |
| 58849 | PORT ARTHUR, TX | October 12, 2000 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 33093 | PORT ARTHUR, TX | December 11, 1999 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 184087 | PORT ARTHUR, TX | December 11, 1999 | Incident Investigation | | Discharge of Oil |

**Incident Information**
**Role**

*Version 2.3*

Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 184087 | PORT ARTHUR, TX | December 11, 1999 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 33320 | GALVESTON, TX | March 7, 1998 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 185364 | MORGAN CITY, LA | November 6, 1997 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 231798 | NEW ORLEANS, LA | September 21, 1997 | Incident Investigation | | |
| 14585 | Victoria, TX | March 26, 1997 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 114947 | NEW ORLEANS, LA | February 17, 1997 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 188897 | Corpus Christi, TX | January 14, 1997 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 169386 | Victoria, TX | January 10, 1997 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**

**Role**

Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 103330 | BROWNSVILLE, TX | April 1, 1996 | Incident Investigation | | Discharge of Oil |

**Incident Information**

**Role**

Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 103330 | BROWNSVILLE, TX | April 1, 1996 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**

**Role**

Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 115816 | MORGAN CITY, LA | November 1, 1995 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**

**Role**

Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 42379 | Victoria, TX | April 5, 1995 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**

**Role**

Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 77911 | Victoria, TX | September 30, 1994 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**

**Role**

Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 60575 | Victoria, TX | June 13, 1994 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**

**Role**

Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 118130 | MORGAN CITY, LA | May 6, 1994 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**

**Role**

Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 111821 | Corpus Christi, TX | May 9, 1992 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**

**Role**

Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 26551 | Corpus Christi, TX | January 9, 1992 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**

**Role**

Involved in a Marine Casualty

Back to Top

*Page Created*: 30 August 2000
*Last Modified*: 23 October 2003

*Disclaimer:* www.uscg.mil/disclaim.html
*Questions?:* psix@comdt.uscg.mil
*Phone:* (202) 267-6889

**Marine Safety Pages:**
Port State Control (Home Page)
Office of Marine Safety

*Rehabilitation Act (Section 508)*:
Web accessibility concerns?
USCG Policy regarding web accessibility
*Phone:* (202) 366-4648





Printer Friendly Page

## Vessel Information

| Vessel | VIN | Hull Number | Flag | Call-Sign | Year Built |
|---|---|---|---|---|---|
| BROWN TIDE | 626060 | 210 | UNITED STATES | | 1980 |

### Vessel Particulars

| Service | Length | Breadth | Depth | Alternate VINs | IMO Number |
|---|---|---|---|---|---|
| Towing Vessel | 51.1 ft | 20.8 ft | 7.3 ft | | |

### Service Information

| Service Status | Out of Service Date | Last removed from service by: |
|---|---|---|
| In Service | | MARINE SAFETY CENTER (MSC) |

### Tonnage Information

| Deadweight | Gross Tonnage (GRT) | Net Tonnage (NRT) | Gross Tonnage (GT ITC) |
|---|---|---|---|
| | 64 | 43 | |

**Cargo Authority:**

---

## Vessel Documents and Certifications

| Document | Agency | Date Issued | Expiration Date |
|---|---|---|---|
| CERTIFICATE OF DOCUMENTATION | USCG | December 22, 2004 | January 31, 2006 |

*Back to Top*

---

## Summary of Coast Guard Contacts

*Version 2.3*

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 1970647 | Washington, DC | December 22, 2003 | Vessel Inspection/PSC | | |
| 1628325 | Corpus Christi, TX | June 9, 2002 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 154300 | GALVESTON, TX | March 4, 2001 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 128381 | Victoria, TX | December 28, 2000 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**

**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 10017 | Victoria, TX | January 7, 2000 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 160904 | GALVESTON, TX | February 24, 1998 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 160904 | GALVESTON, TX | February 24, 1998 | Incident Investigation | | Discharge of Oil |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 115220 | Galena Park, TX | April 10, 1997 | Incident Investigation | | Discharge of Oil |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 115220 | Galena Park, TX | April 10, 1997 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 134164 | Corpus Christi, TX | September 7, 1996 | Incident Investigation | | Discharge of Oil |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 134164 | Corpus Christi, TX | September 7, 1996 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 80021 | Corpus Christi, TX | June 28, 1995 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 39645 | GALVESTON, TX | April 3, 1995 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

| Activity Number | USCG Zone/Port | Date | Activity Type | Enforcement Description | Incident Description |
|---|---|---|---|---|---|
| 40661 | Corpus Christi, TX | April 14, 1994 | Incident Investigation | | Marine Casualty, Reportable |

**Incident Information**
**Role**
Involved in a Marine Casualty

Back to Top

*Page Created*: 30 August 2000
*Last Modified*: 23 October 2003

*Disclaimer:*    www.uscg.mil/disclaim.html
*Questions?:*    psix@comdt.uscg.mil
*Phone:*    *(202) 267-6889*

**Marine Safety Pages:**
Port State Control (Home Page)
Office of Marine Safety

*Rehabilitation Act (Section 508):*
Web accessibility concerns?
USCG Policy regarding web accessibility
*Phone:    (202) 366-4648*