**U.S. Department of Transportation**
**United States Coast Guard**

**Activity Summary Report**

| | |
|---|---|
| Title: | PS01082764: BROWN WATER V |
| Activity ID: | 294389 |
| Activity Start Time: | 09/15/2001 |
| Originating Unit: | CORMS |
| Owner Unit: | CORMS |
| Controlling Unit: | CORMS |
| Activity Type: | Vessel Inspection |
| Team Lead: | ▇▇▇ |
| Status: | Closed - Agency Action Complete |
| Status Date: | 10/26/2001 |
| Prompt Date: | |
| Subject POC: | |
| Vessel Name: | BROWN WATER V |
| VIN: | 580422 |

**Vessel Owner/Operator:**

**Owning Organization Name**
BROWN WATER TOWING I, INC. - Unknown

| Address | City | State | Zip | Country | Province |
|---|---|---|---|---|---|
| 320 COVE HARBOR | PO BOX 2269 | ROCKPORT  TX | 78381 | | |

**Operating Organization Name**
BROWN WATER MARINE SVC INC - Unknown

| Address | City | State | Zip | Country | Province |
|---|---|---|---|---|---|
| 320 COVE HARBOR | PO BOX 2269 | ROCKPORT  TX | 78381 | | |

**Activities Conducted:**

| Type | Date | Unit |
|---|---|---|

**Inspection Results**

| System | Date | Results |
|---|---|---|
| Lifesaving | 09/15/01 | Inspected Satisfactory |
| Engineering | 09/15/01 | Inspected Satisfactory |
| Unknown | 09/15/01 | Inspected Satisfactory |
| Navigation | 09/15/01 | Inspected Satisfactory |
| Electrical | 09/15/01 | Inspected Satisfactory |

**Inspection Results - Deficiencies**

| ITEM | COMPLIANCE DATE | | DATE ISSUED | DATE RESOLVED |
|---|---|---|---|---|
| 0001 | | | 09/15/2001 | 10/04/2001 |
| SYSTEM | SUBSYSTEM | | COMPONENT | |
| Unknown | | | | |

---Description---
There was no display of the community service hot-line telephone number for crewmember assistance as specified under the Employee Assistance Program requirements of Title 46, Code of Federal Regulations, Part 16.401.

| ITEM | COMPLIANCE DATE | | DATE ISSUED | DATE RESOLVED |
|---|---|---|---|---|
| 0002 | | | 09/15/2001 | 10/04/2001 |
| SYSTEM | SUBSYSTEM | | COMPONENT | |
| Navigation | | | | |

---Description---
Vessel did not have maintain current Notices to Mariners. The latest    edition of the Coast Guard Eighth District Local Notice to Mariners that  was made available on the date of the boarding (15SEP01) was the 01/00    January 4th, 2000 Edition.

**Inspection Results - Deficiencies**
(Continued)

| ITEM | COMPLIANCE DATE | | DATE ISSUED | DATE RESOLVED |
|---|---|---|---|---|
| 0003 | | | 09/15/2001 | 10/04/2001 |
| SYSTEM | SUBSYSTEM | | COMPONENT | |
| Lifesaving | | | | |

—Description—
The floating strobe lights on the UTVs ring buoys did not function when removed from their retaining clasps and turned upright.

| ITEM | COMPLIANCE DATE | | DATE ISSUED | DATE RESOLVED |
|---|---|---|---|---|
| 0004 | | | 09/15/2001 | 10/04/2001 |
| SYSTEM | SUBSYSTEM | | COMPONENT | |
| Electrical | | | | |

—Description—
There were several exposed lights on deck and in the machinery spaces that did not have protective globes, and/or protective guards (cages).

| ITEM | COMPLIANCE DATE | | DATE ISSUED | DATE RESOLVED |
|---|---|---|---|---|
| 0005 | 09/16/2001 | | 09/15/2001 | |
| SYSTEM | SUBSYSTEM | | COMPONENT | |
| Engineering | | | | |

—Description—
Starboard tachometer did not appear to be functioning properly, and could only indicate up to 1100 RPMs. A review of the deck log seemed to suggest that these tachometer difficulties had been occurring since 03JUL01 as the operating RPMs were specified in the deck log to be 1100 since that date.

| ITEM | COMPLIANCE DATE | | DATE ISSUED | DATE RESOLVED |
|---|---|---|---|---|
| 0006 | | | 09/15/2001 | 10/04/2001 |
| SYSTEM | SUBSYSTEM | | COMPONENT | |
| Electrical | | | | |

—Description—
The tachometer repeater wiring for both tachometers had been stripped/spliced and twisted together (jury-rigged).

**Documents and Certificates:**

(none)

**Narrative Summary:**

Case Subjects:
Name: BROWN WATER V          VIN: D580422

Certification: NONE
Cargo Type: BULK SOLID - NON HAZARDOUS
Cargo Name: STEEL
Cargo Operation: MOORED
Location: BANANA DOCKS, PORT ISABELLE, TX

Comments:
Routine post casualty UTV boarding. Discrepancies noted.

Narrative Supplement:
Statement

Post Casualty UTV Boarding:

Boarding Officer: CWO ▇▇▇▇▇▇▇▇

Vessel Name: BROWN WATER V

Vin: D580422

Service: Towboat/Tugboat

Owner/Operator: Brown Water Marine Service, Inc. of Rockport TX

On 15SEP01, I was a member of the MSO Corpus Christi team that conducted the initial marine casualty investigation of the Uninspected Towing Vessel (UTV) BROWN WATER V & tow consisting of barges NM 315, ACL 9933B, VLB 9182, and VLB 9173 alleged allision with the Queen Isabella causeway in the vicinity of Port Isabelle, TX. Other members of the Investigation team included LT Helton of MSO Corpus Christi, and CWO ▓▓▓▓ of Marine Safety Satellite Office Brownsville, TX, who together interviewed the crew of UTV BROWN WATER V. During this time, and in accordance with MSO Corpus Christi's standard post marine casualty investigation protocol, I was assigned to conduct a UTV boarding in conjunction with the investigation. The findings of this boarding were as follows:

I began the boarding in the wheelhouse of UTV BROWN WATER V at approximately 1057 hours on 15SEP01. The vessel was at moorings at the "Banana Docks" in Port Isabelle TX. LT Helton, CWO ▓▓▓▓ and various members of the UTV crew, owners representatives, and legal counsel were present in the wheelhouse at this time. The UTV "lead Captain" ▓▓▓▓▓▓▓▓ performed a steering test, and satisfactorily demonstrated cycling the rudders. In addition, he demonstrated the vessel's propulsion forward and astern, but stated that the vessel's starboard tachometer was not functioning properly. After ▓▓▓▓ performed these tasks, I stepped into the helm position to view the UTV controls. I immediately noticed that there was a small television set on the forward console that had been placed in a position, which appeared to be intended for viewing by the person at the helm. I thought this to be peculiar, as the television could be particularly distracting to the person at the helm, and could significantly effect the night vision of any person performing navigational duties on the bridge at night. I switched-on the television set and found that it was set to the local ABC affiliate channel.

After standing briefly in the helm position, I elected to continue the boarding in other areas of the vessel as LT ▓▓▓▓ and CWO ▓▓▓▓ had begun the process of receiving a statement from one of the crewmembers in the wheelhouse. During this period, and before returning to the bridge, I noted the following conditions:

1. There was no display of the community service hot-line telephone number for crewmember assistance as specified under the Employee Assistance Program requirements of Title 46, Code of Federal Regulations, Part 16.401.

2. The floating strobe lights on the UTVs ring buoys did not function when removed from their retaining clasps and turned upright.

3. There were several exposed lights on deck and in the machinery spaces that did not have protective globes, and/or protective guards (cages).

4. The tachometer repeater wiring for both tachometers had been stripped/spliced and twisted together (jury-rigged).

I returned to the wheelhouse with ▓▓▓▓ after LT ▓▓▓▓ and CWO ▓▓▓▓ had moved the interview location to another area. The following notable equipment discrepancies were noted:

1. ▇▇▇▇▇ retrieved a binder that he said was used for Coast Guard Local Notices to Mariners. The latest edition of the Coast Guard Eighth District Local Notice to Mariners that we could find in this binder was the 01/00 January 4th Edition.

2. As stated above, the starboard tachometer did not appear to be functioning properly, and could only indicate up to 1100 RPMs. A review of the deck log seemed to suggest that these tachometer difficulties had been occurring since 03JUL01 as the operating RPMs were specified in the deck log to be 1100 since that date.

I asked ▇▇▇▇▇ if the vessel had a chart for the area that was being transited at the time of the alleged allision. He indicated that there was, and began searching for it. His search continued for what seemed to be several minutes. First, he searched a storage compartment located under the bench along the aft bulkhead of the wheel house, then he briefly looked in several other locations. Finally, he returned to searching the storage area under the bench and appeared to look in a different pile than he had previously checked. He ultimately located a tightly folded NOAA Marine Chart 11302, 28th edition (August 1999). This chart did not appear to have been recently used. There were not corrections indicated on this chart at the time of the boarding.

▇▇▇▇▇▇▇, CWO, USCG

Boarding Officer

01OCT01