

| U.S. Department of Homeland Security<br>**United States Coast Guard** | Commandant<br>United States Coast Guard | 2100 Second Street, S.W.<br>Washington, DC 20593-0001<br>Staff Symbol: G-MRI-1<br>Phone: (202) 267-1194<br>Fax: (202) 267-4402<br>Email: ebates@comdt.uscg.mil |

5720
FOIA 04-2501
September 17, 2004

Mr. S. Mark Strawn
Ajamie, LLP
Pennzoil Place – South Tower
711 Louisiana, Suite 2150
Houston, TX  77002

Dear Mr. Strawn:

This letter is in response to your Freedom of Information Act (FOIA) request of September 1, 2004, concerning the incident and investigation (Activity numbers 1482244 and 1928749) involving the vessel BROWN WATER V on September 15, 2001 and documents relating to the American Waterways Operators Bridge Allision Work Group report of May, 2003.

The information that you have requested requires coordination from two of our Coast Guard Offices.  The offices involved are the Office of Information Resources (G-MRI-1) and the Office of Compliance (G-MOC). You will receive a separate reply from each office.

For questions regarding the American Waterways Operators Bridge Allision Work Group report of May 2003, please contact Mr. James Redd of (G-MOC) at (202) 267-0507.

Per your telephone conversation on September 16, 2004 with Ms. Elizabeth Bates of my staff, it is our understanding that you do not request the following information:  names of private citizens who are third parties or witnesses, names of junior Coast Guard personnel, social security numbers, home addresses, home telephone numbers and license numbers.

Activity 1482244 is still under investigation and may be protected from release under 5 U.S.C. 552(b)(5) and 552(b)(7)(A) as predecisional material and an ongoing law enforcement proceeding.  It is our understanding that you authorize an extension of the time limit for response to this request until the investigation is completed.  All releasable material from this investigation case will be forwarded to you upon completion of the investigation.

We have enclosed some of the information requested in your letter of September 1, 2004, as amended during the telephone conversation referenced above.  If this does not reflect your understanding, please advise me in writing, within ten days from the date of receipt of this letter.

Sincerely,

G. W. CHAPPELL
Chief, Data Administration Division
U.S. Coast Guard
By direction

Enclosure:    (1) Marine Information for Safety and Law Enforcement System printouts
              (2) Enclosures to Investigation Activity 1928749

Copy:    G-M FOIA Coordinator

3

Activity # 1928749  Docket

| UNITED STATES OF AMERICA | |
| UNITED STATES COAST GUARD | |
| **Charged Party**<br>FOWLER, DAVID D. | **Enforcement Activity #**<br>1928749 |
| **Enforcement Activity Summary** | **Owner Unit**<br>CORMS |
| | **Enforcement Activity Start Date**<br>15 Oct 2003 |

### Summary of Current Violation(s)

| Law/Reg | Description | Violation Date | Location | Finding | Recommended Penalty |
|---|---|---|---|---|---|
| 46 CFR 5.29 | Negligence | 15 Sep 2001 | MM 665.1 West of the Harvey Lock | | $0 |

### Enforcement Activity Description

Summary

At or near 2110 on Friday, September 14, 2001, the M/V Brown Water V departed Brownsville, Texas, under the control of ▮▮▮▮▮▮▮▮. The Brown Water V was pushing four loaded hopper barges ahead of it, lined up in a straight line, single-file. At 2400 Captain David D. Fowler took the helm. The vessel successfully cleared the Long Island Swing Bridge at 0145 on September 15, and at 0200 allided almost head-on with Queen Isabella Causeway Bridge approximately 375 feet west of the channel. The Queen Isabella Bridge connects Port Isabel with South Padre Island. The allision caused two 80-foot sections of the bridge to collapse. Following the collapse, nine vehicles entered the water through the missing bridge sections, resulting in eight deaths and three injuries.

The full report is in the Incident Investigation Evidence tab and is listed as The REPORT.

10/10/03 Contacted Mr. ▮▮▮▮▮▮▮ who is Mr. Fowler's Lawyer, I advised him that his client is going to be charged with negligence in regard to the Queen Isabella Causeway Bridge allision. I advised him that his client had several options and if he could please contact his client and see what his intentions are.

10/14/03 Was contacted by Mr. ▮▮▮▮▮▮▮▮, who informed me that his client Mr. David D. Fowler has elected to voluntary surrender his License in lieu of going to a hearing. I told Mr. ▮▮▮▮ that I would draft and e-mail a copy of a Voluntary Surrender Receipt tomorrow along with 46 CFR 5.203. Mr. ▮▮▮▮ assured me that his client would be made fully aware of the effect of this action in accordance with 46 CFR 5.203 prior to Mr. Fowler signing the receipt.

10/15/03 E-mailed a copy of the Voluntary Surrender Receipt along with 46 CFR 5.203 to Mr. ▮▮▮▮▮▮▮ for him to pass along to his client.

11/08/03 Captain David D. Fowler after being made aware of all the provisions in 46 CFR 5.203 signed a Voluntary Surrender Receipt.

### Involved Coast Guard Units (Originating)

| Unit | Case # | Activity Type | Activity # |
|---|---|---|---|
| MORMS | 117653 | Incident Investigation | 1482244 |
| CORMS | 117653 | Enforcement | 1928749 |

### Charged Party

| Name | SSN |
|---|---|
| FOWLER, DAVID D. | ▮▮▮▮▮▮ |

Activity # 1928749   Docket

| Street | | | |
|---|---|---|---|
| ███████████████ | | | |

| City | State | Zip | Country |
|---|---|---|---|
| ████ | ██ | ████ | |

| Phone (Phone Number) | Fax |
|---|---|
| ████████ | |

| Involved Subjects | | |
|---|---|---|
| Vessel Name<br>BROWN WATER V | Primary VIN<br>580422 | Role<br>Involved in a Marine Casualty |
| Facility Name<br>Queen Isabella Causeway Bridge | ID<br>SYS-100063948 | Role<br>Site of Incident |
| Waterway Name<br>MM 665.1 West of the Harvey Lock | Local Name<br>Queen Isabella Causeway Bridge | Description |

| Involved Parties | |
|---|---|
| Name<br>FOWLER, DAVID D. | |
| Role<br>Respondent | SSN<br>████████ |
| Name<br>FOWLER, DAVID D. | |
| Role<br>Watchstander | SSN<br>████████ |

Activity # 1928749   Docket

| UNITED STATES OF AMERICA | |
|---|---|
| UNITED STATES COAST GUARD | |
| **Charged Party**<br>FOWLER, DAVID D. | **Enforcement Activity #**<br>1928749 |
| **Enforcement Activity Details** | **Owner Unit**<br>CORMS |
| | **Enforcement Activity Start Date**<br>15 Oct 2003 |

---

### Enforcement Activity Description

**Summary**

At or near 2110 on Friday, September 14, 2001, the M/V Brown Water V departed Brownsville, Texas, under the control of ████████████. The Brown Water V was pushing four loaded hopper barges ahead of it, lined up in a straight line, single-file. At 2400 Captain David D. Fowler took the helm. The vessel successfully cleared the Long Island Swing Bridge at 0145 on September 15, and at 0200 allided almost head-on with Queen Isabella Causeway Bridge approximately 375 feet west of the channel. The Queen Isabella Bridge connects Port Isabel with South Padre Island. The allision caused two 80-foot sections of the bridge to collapse. Following the collapse, nine vehicles entered the water through the missing bridge sections, resulting in eight deaths and three injuries.

The full report is in the Incident Investigation Evidence tab and is listed as The REPORT.

10/10/03 Contacted Mr. ████████ who is Mr. Fowler's Lawyer, I advised him that his client is going to be charged with negligence in regard to the Queen Isabella Causeway Bridge allision. I advised him that his client had several options and if he could please contact his client and see what his intentions were.

10/14/03 Was contacted by Mr. ████████████, who informed me that his client Mr. David D. Fowler has elected to voluntary surrender his License in lieu of going to a hearing. I told Mr. ██████ that I would draft and e-mail a copy of a Voluntary Surrender Receipt tomorrow along with 46 CFR 5.203. Mr. ██████ assured me that his client would be made fully aware of the effect of this action in accordance with 46 CFR 5.203 prior to Mr. Fowler signing the receipt.

10/15/03 E-mailed a copy of the Voluntary Surrender Receipt along with 46 CFR 5.203 to Mr. ████████████ for him to pass along to his client.

11/08/03 Captain David D. Fowler after being made aware of all the provisions in 46 CFR 5.203 signed a Voluntary Surrender Receipt.

---

### Involved Coast Guard Units (Originating)

| Unit<br>**MORMS** | Case #<br>117653 | Activity Type<br>Incident Investigation | Activity #<br>1482244 |
|---|---|---|---|
| Street<br>800 DAVID DR, RM 232 | | | |
| City<br>MORGAN CITY | State<br>LA | Zip<br>70380-1304 | Country<br>US |
| Telephone<br>985-380-5320 | | Fax<br>985-385-1687 | |
| Unit<br>**CORMS** | Case #<br>117653 | Activity Type<br>Enforcement | Activity #<br>1928749 |
| Street<br>555 N. Carancahua St.<br>Suite 500 | | | |
| City<br>Corpus Christi | State<br>TX | Zip<br>78478-0012 | Country<br>US |
| Telephone<br>361-888-3182 | | Fax<br>361-888-3230 | |

Activity # 1928749   Docket

| Charged Party | | |
|---|---|---|
| **Name**<br>**FOWLER, DAVID D.** | | SSN <span style="background:black">   </span> |
| Street <span style="background:black">   </span> | | |
| City <span style="background:black"> </span> | State <span style="background:black"> </span> | Zip <span style="background:black"> </span>  Country |
| Phone (Phone Number) <span style="background:black"> </span> | | Fax |

| Involved Subjects | | |
|---|---|---|
| Vessel Name<br>BROWN WATER V | Primary VIN<br>580422 | Role<br>Involved in a Marine Casualty |
| Facility Name<br>Queen Isabella Causeway Bridge | ID<br>SYS-100063948 | Role<br>Site of Incident |
| Waterway Name<br>MM 665.1 West of the Harvey Lock | Local Name<br>Queen Isabella Causeway Bridge | Description |

| Involved Parties | | |
|---|---|---|
| **Name**<br>**FOWLER, DAVID D.** | Role<br>Respondent | SSN <span style="background:black"> </span> |
| Street <span style="background:black"> </span> | | |
| City <span style="background:black"> </span> | State <span style="background:black"> </span> | Zip <span style="background:black"> </span>  Country |
| Phone (Phone Number) <span style="background:black"> </span> | | Fax |
| **Name**<br>**FOWLER, DAVID D.** | Role<br>Watchstander | SSN <span style="background:black"> </span> |
| Street <span style="background:black"> </span> | | |
| City <span style="background:black"> </span> | State <span style="background:black"> </span> | Zip <span style="background:black"> </span>  Country |
| Phone (Phone Number) <span style="background:black"> </span> | | Fax |

| Past Violation(s) History |
|---|
| **No prior violations** |

Activity # 1928749   Docket

| 1st Charge | |
|---|---|
| Law or Regulation Cite | 46 CFR 5.29 |
| Description | Negligence |
| Statutory Authority | |
| Max Penalty | $ |
| Recommended Penalty: | $0 |
| Date of the Violation | 15 Sep 2001 |
| Location | MM 665.1 West of the Harvey Lock |

## Details of the Violation

| Jurisdictional Elements |
|---|

PARTY:  Is the responsible party subject to this cite?
PLACE:  Is the alleged place of occurrence subject to this cite?
ACT:  Is the alleged act subject to this cite?

**1.** Respondent's address is as follows:

███████████████████

███████████████████████   .

   Exhibit Label: CG 2
   Evidence Desc: Screen shot from MISLE MMLDshowing Mr. David D, Fowler's address

**2.** Respondent holds the following Coast Guard-issued credential(s):
License #████████
   Exhibit Label: CG 1
   Evidence Desc: Copy of Mr. David D. Fowler's License that he deposited with the Coast Guard.

**3.** Respondent acted under the authority of that license, certificate or document, on 09/15/2001 by:
      serving as Captain aboard the vessel BROWN WATER V as required by law or regulation.

   Exhibit Label: CG 3
   Evidence Desc: Captain Fowlers Statements to Coast Guard

| Factual Elements |
|---|

Factual element 1
Factual Elements of the offense pertain to the ACT.

**1**.

Captain David D. Fowler was the Relief pilot on watch aboard the BROWN WATER V when it allided with the
Queen Isabella
Causeway.

| Aggravating/Mitigating Factors |
|---|

**1**.

Activity # 1928749   Docket

**The Coast Guard has introduced the following exhibits:**

1. Exhibit Label: CG 1
    Evidence Desc: Copy of Mr. David D. Fowler's License that he deposited with the Coast Guard.
    Exhibit Desc: Copy of Mr. David D. Fowler's License that he deposited with the Coast Guard.

2. Exhibit Label: CG 2
    Evidence Desc: Screen shot from MISLE MMLDshowing Mr. David D, Fowler's address
    Exhibit Desc: Screen shot from MISLE MMLDshowing Mr. David D, Fowler's address

3. Exhibit Label: CG 3
    Evidence Desc: Captain Fowlers Statements to Coast Guard
    Exhibit Desc: Captain Fowlers Statements to Coast Guard

4. Exhibit Label: CG 4
    Evidence Desc: Voluntary Surrender Receipt David D. Fowler
    Exhibit Desc: Voluntary Surrender Receipt David D Fowler



# UNITED STATES COAST GUARD

## TO U.S. MERCHANT MARINE OFFICER

### LICENSE

*This is to certify that*

*having been duly examined and found competent by the undersigned local inspectors, is licensed to serve as*

**OPERATOR OF UNINSPECTED TOWING VESSELS UPON GREAT LAKES AND INLAND WATERS EXCEPTING WATERS**

*** DAVID D. FOWLER ***

SUBJECT TO REGULATIONS FOR PREVENTING COLLISIONS AT SEA; ALSO, RADAR OBSERVER-INLAND (RADAR EXPIRES FEBRUARY, 2004).

EXPIRATION DATE: JUNE 02, 2004

NEW ORLEANS, LA

3RD

-3-



WARNING -- When modifying party information do not overtype existing party names to create new notes (John Smith to Harry Jones). Existing party information should only be updated to reflect address or similar changes for the party shown. Search for or create a different party if the displayed information is not the appropriate party.

## WITNESS STATEMENT

NAME OF VESSEL/FACILITY: BRown TWATER II

INCIDENT: QUEEN IsAbElA Bridge / "b BRown wAter II

LOCATION: Queen Isadela Bridge

DATE/TIME OF INCIDENT: 9-15-01 / 0130 AM

PERSON MAKING STATEMENT: Ref CAPT DAvid D fowNER

ADDRESS: ████████████

PHONE: ████████████        POSITION: Ref CAPT.

EMPLOYED BY: BRow wARTeR maiNe

SSN/MMD/LIC.: ████████████   PORT OF ISSUE: Rock PoRT TX

DATE OF ISSUE: _____   ISSUING OFFICER: Rock PoRT TX

### STATEMENT
### (TO BE WRITTEN IN PEN BY PERSON MAKING STATEMENT)

I DAvid fowleR CAME oN wATCH 2400 oN 9-15-01
At mile 675 Icw I Ref THE CAPT oN wATCH AND Toock oveR
THE wATCH AND wAs NoRTH Bound wHiT 4 loAd THE Tow wAs 7 BY 35
I CAME iNTo loNE INlAND AND CALL THE loNE INlAND swiNG BRidE
To CoME TRu NoRTH BowND THE BRiCE CAVE THE ok To CoME TRu
I HAd CoME TRu THE loNE INlAND swiNG BRiCE wAs liNEiNG uP oN THE
QuEEN IsAbElA Hy BRiDCE wHEN THE STb sTREN of THE BoAT
HIT BoTTAm CAusiNG THE HEAd of THE Tow TRuN WEST ouT of THE
CRANMEl I wAs TRuNING THE Tow To THE EAST To GET CoNTRol of
THE Tow BuT I Coud NoT I TRid To Bock uP ANd STob BuT THE Tow KEIP
GoiNG To THE WEST Cushing THE Tow To HiT THE QuEEN IsAbElA
Hy. BRidCE THE liCHT oN THE BRidGE wAs NoT woRkiNG ANd THE
STREET liCHT wHERE off To THE CuRNN wAs sTRoN To THE WEST
THE oNly liNT LiCHT THAT wAs oN wAs THE Red liCHTs oN
THE fiNdER woRk of THE BRidGE I THiNK THE CuRReNT ANd TiDE
HAd AloT To Do wHiT THIS INCIDENT. ANd THE liCHT of THE BRidGE
visRiABility wAs Good THE wiNd wAs 20-25 kT wEST-NoRY WEST
I Did EveRTHiNG PosB, THAT I Coud Do To AvoiD THIS INCIDENT.

THE ABOVE STATEMENT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNATURE: ████████████████        DATE: 9-15-01

INVESTIGATOR: ████████████████        PAGE 1 of 3

10
22

## STATEMENT (CONTINUED)
### (TO BE WRITTEN IN PEN BY PERSON MAKING STATEMENT)



THE ABOVE STATEMENT IS TRUE AND CORRECT TO THE BEST OF MY
KNOWLEDGE

SIGNATURE ▮▮▮▮▮▮▮▮▮▮▮▮               DATE: 9-15-01

INVESTIGATOR ▮▮▮▮▮▮▮▮▮▮, LT        PAGE 2 of 3

## U.S. COAST GUARD STATEMENT FORM
## PRIVACY ACT STATEMENT

The investigator of this incident wishes to obtain your name, address, social security number, telephone number, place of employment, etc.. The Privacy Act, 5 U.S.C. 552a(e)(3), requires that you be informed concerning the authority of the investigator to collect this information, the primary purposes for which the Coast Guard will use this information, any secondary purposes for the information and whether your disclosure of this information is voluntary or required by Federal law.

1. AUTHORITY: The investigator, as a Federal law enforcement officer (14 U.S.C. 93e and E.O. 11735 of 3 AUG 1973), is requesting this information pursuant The General Duties of Ship Officers and Owners (33 U.S.C. 361) and Investigations of Marine Casualties (46 U.S.C. 239), and regulations written to enforce these laws.

2. PRINCIPAL PURPOSES FOR THIS INFORMATION: The statement which you provide the investigator will be used to determine the cause of this incident and establish the identity of the party or parties in violation of the aforementioned laws and regulations. Your name, address, and other personal information is needed to enable the investigator to contact you if more information should be needed or to clarify aspects of your statement. Your identity and contact information is needed in order to use your statement at any civil and criminal proceedings which may result from this investigation.

3. OTHER PURPOSES: None.

4. The disclosure of your personal information is VOLUNTARY.

---

I have re␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣Act Statement:

Signature: ██████████████████████

Date:
9-15-2001

---

I have had the Privacy Act Statement read to me and I acknowledge that I understand.

Signature: _____

Date:

Coast Guar█████████████████████

Signature: ██████████████ ,LT

Date:
9-17-2001

---

Page 3 of 3 page(s)



*Below is the IO* ███ *correction of the original transcripts (IO 17) of the audio cassette (IO 18)*
*that was played. IO Exhibit 18 is a copy of IO Exhibit 16, the original audio mini-cassette. This*
*is the initial interview with Captain David D. Fowler conducted by CWO* ███ *on Saturday,*
*September 15, 2001.*

---

**CWO** ███ **: 405 — Parks & Wildlife boat. We're going to catch it here at the dock
and head out to the scene. 425 — on board tug.**

**CAPTAIN FOWLER: I just made the Long Island Bridge and I was making my bend there.
I had the head swinging to the port to line up on the bridge and something on the starboard
side there I don't know if I hit a sandbar or just hit, you know, the mud or what. But it
caused the head to keep sliding around. I had it hooked up, running hooked up, the head
kept going to the port. I tried to steer back to the starboard. I couldn't get the head to come
back around. I went to backing it up on it. (Unintelligible)**

**CWO** ███ **: Okay. Are you — are you uh, all hopper barges?**

**CAPTAIN FOWLER: Yes.**

**CWO** ███ **: All empty?**

**CAPTAIN FOWLER: No, sir. They're all loaded.**

**CWO** ███ **: What do you got?**

**CAPTAIN FOWLER: Dry cargo. I think this one here has got some kind of wheat or grain
in it and the rest of them's got rolled steel.**

**CWO** ███ **: Okay. Have you been checking for flooding or anything?**

**CAPTAIN FOWLER: Yeah. (Unintelligible)**

**CWO** ███ **: Any damage?**

**UNKNOWN — (Unintelligible) dead center (Unintelligible) starboard side.
(Unintelligible)**

**CWO** ███ **: What's your plan at this point? Are you going to stay here or
are you going to head back to Brownsville?**

**CAPTAIN FOWLER:** Well, they supposed to be bringing some kind of Breathalyzer for me. They got the Brown Water VIII coming out of Brownsville light boat – he's coming to assist with the tow.

**CWO ▮▮▮▮▮▮:** Okay.

**UNKNOWN:** (Unintelligible)

**CWO ▮▮▮▮▮▮:** Are you pushed up somewhere?

**CAPTAIN FOWLER:** No, uh, far as I know I'm on the bank.

**CWO ▮▮▮▮▮▮:** All right. I can tell you're a little bit jittery. So …

**CAPTAIN FOWLER:** Oh uh, I was just trying to get em to stop. I couldn't get em — I couldn't get the tow stopped. And then when I seen the bridge come down, I was throwing my arms, flashing my lights trying to get the cars to stop -- they just kept coming. I finally got some people from the west going east, I got them stopped. It was too late.

**CWO GRODECKI:** Well, fortunately, it's early in the morning and there's not a lot of cars on the causeway. Had it been during the day, it could have been a lot worse.

**CAPTAIN FOWLER:** Has anybody been killed?

**CWO ▮▮▮▮▮▮:** I don't know. I just got out here.

**CAPTAIN FOWLER:** (Unintelligible)

**CWO ▮▮▮▮▮▮:** You're not the captain. You're the pilot. Right?

**CAPTAIN FOWLER:** Well, I'm the relief captain -- what they call the relief captain. He's the captain. When he's on watch or home or whatever, then I take the captain's responsibility.

**CWO ▮▮▮▮▮▮:** Okay. How long -- how long had you been on watch?

**CAPTAIN FOWLER:** I come on at midnight.

**CWO ▮▮▮▮▮▮:** Is that when you left Brownsville?

**CAPTAIN FOWLER:** Well, they'd already left Brownsville. They left at ten minutes after 9:00, 2110.

**CWO ▮▮▮▮▮▮:** Okay.

2

**CAPTAIN FOWLER:** And I took over at midnight and then come on through -- I guess I was about five miles or so from coming into Port Isabel there at Long Island Swing Bridge. And I called the bridge. I made the bridge. I come around the bend and I was trying to line up on the bridge and I just lost it, you know.

**CWO** ████████ : How many times had you driven through this same area?

**CAPTAIN FOWLER:** Oh, I don't know, maybe 50 times -- back and forth. I've been working for Brown Water for a while.

**CWO** ████████ : Okay.

**CAPTAIN FOWLER:** We usually run …

**CWO** ████████ : And you've been making Brownsville runs and everything?

**CAPTAIN FOWLER:** Yes …

**CWO** ████████ : Are you pretty familiar with the waters down here?

**CAPTAIN FOWLER:** I'm not going to say I'm real familiar with them. You know, I can run it without a chart. But, you know, I know where I'm going and how to go but as far as the depth of the water and all, no, I'm not gonna say I'm that familiar with it.

**CWO** ████████ : Okay.

**CAPTAIN FOWLER:** But I will use the charts, you know, to keep up with my mile boards and where I am, but as far as knowing it, you know …

**CWO** ████████ : Assuming you have good depths … the whole way and accidentally I'm sure …

**CAPTAIN FOWLER:** Yes.

**CWO** ████████ : So I can't -- I can't see very well but was it the center span?

**CAPTAIN FOWLER:** No, sir. It was this one right here, the third -- the third span from the center span -- see there is the center span right there.

**CWO** ████████ : So you've got one, two …

**CAPTAIN FOWLER:** (Unintelligible)

3

CWO ███████: They call them one, two, three?

CAPTAIN FOWLER:  Yeah.  I'd say one — the third one there.

CWO ███████: To the west?

CAPTAIN FOWLER:  Yes.

CWO ███████: What was your — what was your speed?

CAPTAIN FOWLER:  I was doing about five.  I'd say between four and five because I was — like I said I had it running hooked up.  And when that — I had the head coming to the port and then when I hit, you know, I tried to steer back because I didn't come to a stop.  I kept moving.  And I tried to steer back. Like I said, you know, everything feeled the same, you know, we just drifted over here. See on my rudder indicator where I had it hard over and I haven't fooled with anything.

CWO ███████: 40 degrees starboard?

CAPTAIN FOWLER:  (Unintelligible)

CWO ███████: You got three barges. Right?

CAPTAIN FOWLER:  Four.

CWO ███████: Four? Okay. And how many horsepower does the tug have?

CAPTAIN FOWLER:  800.

CWO ███████:  Okay.  Two engines?

CAPTAIN FOWLER:  Yes.

CWO ███████: 400 each?

CAPTAIN FOWLER:  You got — might as well say — 800 foot of tow out there. Three of the boxes — barges are boxes to me —  200 by 35.  So that's 600 foot. Then that break barge is a 195 by 35. So, that's another, that's 795 foot.

CWO ███████: Okay.

CAPTAIN FOWLER:  Probably is an 800...

CWO ███████: What — what's your name again?

CAPTAIN FOWLER:  David Fowler.

CWO ███████ : Let me write some stuff down.  What's the name of the other captain?

UNKNOWN: ████████ .

CWO ███████ : ███████ ?

UNKNOWN:  Correct.

CWO ███████ : Can you spell your name again?

CAPTAIN FOWLER:  David Fowler - F—o—w—l—e—r.

CWO ███████ : (Unintelligible)

CWO ███████ : You got it?  Is there somebody that is qualified to use it?

UNKNOWN:  Yes Sir, Petty Officer (Unintelligible)

CWO ███████ : You got uh, is ████ around here somewhere?

CAPTAIN WILSON:  Right here Sir.

CWO ███████ : Can you take the helm?

CAPTAIN WILSON:  Sure I can.

CWO ███████ : You got any problem with that?

CAPTAIN WILSON:  Sure I can.

CWO ███████ : What we can do is run a test real quick.

UNKNOWN:  (Unintelligible)

CAPTAIN FOWLER:  We gonna do it here, or …

CWO ███████ : No. We can – do you want to do it down below somewhere?

CAPTAIN FOWLER:  Sure.

CAPTAIN WILSON:  Can I turn my lights off?  I can see a lot better if these lights are off.

CWO ███████ : Yeah that's fine, go ahead.

CWO ███████ : ████ . No problem?  You're awake?  Your …

CAPTAIN WILSON:  Oh yeah.

CWO ███████ : … all that good stuff?

CAPTAIN WILSON:  Yeah, I've had a pot of coffee in me since two o'clock.

CWO ███████ : Okay. You -- you guys keep a log on what -- what's been transpiring?

5

**CAPTAIN WILSON:**  (Unintelligible) … up until this mishap – we got logs on everything.

**CWO** ▮▮▮▮▮▮ **:**  I'm going to -- I'm going to need all of those in a little bit.

**CAPTAIN WILSON:**  Alright.

**CWO** ▮▮▮▮▮▮ **:**  Listen uh – he's uh, he's fairly jittery – so uh ,you're probably going to be at the helm for a while -- I don't -- I don't think he's in any condition to keep driving.

**UNKNOWN:**  (Unintelligible)

**CWO** ▮▮▮▮▮▮ **:**  There's usually a ladder on the front here.

**UNKNOWN:**  (Unintelligible)

**CWO** ▮▮▮▮▮▮ **:**  All right.

**UNKNOWN:**  (Unintelligible)

**CWO** ▮▮▮▮▮▮ **:**  Okay.

**CWO** ▮▮▮▮▮▮ **:**  Has he been smoking or anything?

**UNKNOWN:**  No.

**CWO** ▮▮▮▮▮▮ **:**  Go ahead.  Uh, don't start till I get down there.

-----------------------------------------------------------------------

*END IO Corrected Transcripts BEGIN copy of IO Exhibit 17*

*Following is the IO* ▓▓▓ *correction of the original transcripts (IO 20) of the audio cassette (IO 21) that was played.  IO Exhibit 21 is a copy of IO Exhibit 19, the original audio mini-cassette.  This is the formal interview with Captain David D. Fowler conducted by CWO* ▓▓▓ *and LT* ▓▓▓ *on September 17, 2001.*

**CWO** ▓▓▓**:  Return to vessel, 1732, to interview the relief captain.  Interview conducted September 12th, (sic) 2001 with Mr. David Dwayne Fowler regarding the allision between the tug, uh, Brown Water V and the Queen Isabella Causeway.**

**LT** ▓▓▓**:  Mr. Fowler, before we get - get into the meat of it, I do need to let you know I need the truth from you.  False statements under 18 U. S. Code 1001 are a - is a criminal charge.  So I need you to be up front and honest with me and tell me exactly what happened.  We've read your statement.  Did you get a chance (Unintelligible)?**

**CWO** ▓▓▓**:  (Unintelligible).**

**LT** ▓▓▓**:  There are some issues that, that I want to go through.  Some of those questions may be a little pointed.  I know that.  I'll try to be as delicate as, as possible.  I know you've been through a lot. And like I told you earlier, I'm not here to harm you.  I am just here to find out what the cause of the accident was.**

**CAPTAIN FOWLER:  I appreciate that.**

**LT** ▓▓▓**:  I have a couple of questions.  Have you been involved in any other incidents in the past?**

**CAPTAIN FOWLER:  Hmm, nothing really major.  Uh, I've had a grounding at one time that caused me to lay against the Bayou Du Large bridge in Houma.  But no collisions or anything.**

**LT** ▓▓▓**:  Was that the 6th of -- the 7th of March, 2001?**

**CAPTAIN FOWLER:  Yes, sir.  I believe it was.  It was the …**

**LT** ▓▓▓**:  UTV GOLDA PICKETT?**

**CAPTAIN FOWLER:  Yes.**

**LT** ▓▓▓**:  OK.  East bound on the ICW with two loaded tank barges, uh, Bayou De Large Bridge?**

**CAPTAIN FOWLER:  Yes, sir.**

**LT** ▓▓▓**:  The tide pushed the tug toward the bank, propeller touched ground, stalled engine. The crew was trying to start the engine and it drifted into the bridge.  Was there any damage to the bridge?**

**CAPTAIN FOWLER:  No, sir.  None that uh, I was told about.**

**LT** ▓▓▓**:  Okay.  And here they've got an address of** ▓▓▓**.  I'm just curious if that is …**

1

**CAPTAIN FOWLER:** That was when my wife and I separated for a little while. But that's not my residence now.

**LT** ████████**:** Okay. Your current residence is ████

**CAPTAIN FOWLER:** ████████████████████.

**LT** ████████**:** All right. And (Unintelligible) 30 August, 2000?

**CAPTAIN FOWLER:** For what?

**LT** ████████**:** The UTV JANICE CAROLINE grounded?

**CAPTAIN FOWLER:** Yes, sir. That's coming out of Corpus Christi.

**LT** ████████**:** Okay. All right. What I'd like you to do initially and then we'll go into some, uh, questions based on -- on your testimony and your statement and some of the other key areas that I want to visit. If you'll just go through what happened as far as from where you came out of -- what's that swing bridge, what's the name?

**CAPTAIN FOWLER:** Long Island.

**LT** ████████**:** Can you go from there until the point of contact with the bridge, please?

**CAPTAIN FOWLER:** Yes, sir. Well, I called the Long Island swing bridge on channel 12 about three times and then the Corpus harbor called and told me to try them on 16. So I called him on 16, uh, two or three times and he finally answered. And I asked permission to come through. And he gave me the okay that he would have the bridge open and ready. And by the time I got there, he had it open and I had the green light and I proceeded through.

Uh, going through the bridge after I cleared the bridge, I lined up on my first green buoy. And I'm, pointing up towards it. And as I'm getting a little closer, you know, I veer off to the port a little bit. And, to staying in the channel. Uh, I took my spot light was shining on the buoy and then that first red beacon there. There was no light on that red beacon. I don't even remember the number of it.

But, anyway, I went on through. I cleared that buoy. And coming up on the second buoy, I was making my turn for the Queen Isabel bridge and I noticed the lights were out on the bridge.

**LT** ████████**:** Okay. Which lights are we talking about?

**CAPTAIN FOWLER:** On the Queen Isabel bridge.

**LT** ████████**:** The overhead lights?

**CAPTAIN FOWLER:** The navigational lights. And I also noticed some of the street lights were out. But my main concern was the navigational lights. I saw two red lights on the fender works.

**LT** ████████**:** On which side or on both sides?

**CAPTAIN FOWLER:** They were on both sides, but it, uh, you know, I couldn't tell if they were on

2

my side or the other side, but I could tell that there was two red lights on the fender works. But, uh, I went on and was making my turn there and all of a sudden like the boat hit some kind of hump. I don't know if it was a sand bar. I thought I got too close and run over the buoy. The rudder was still to the port cause I was making my swing. Okay?

But I stood up, I turned around went and looked out the back window at the buoy and I noticed that I wasn't even close to the buoy. I looked back ...

LT ███████: Which buoy are we talking about?

CAPTAIN FOWLER: Uh, it was the -- I believe the third buoy ...

LT ███████: Okay.

CAPTAIN FOWLER: ... after I cleared. I believe now. I'm not certain. But I believe it was the third, third green buoy. Uh, I looked back and I noticed the head of the tow was still swinging to the left. At that time, I grabbed hold of the (Unintelligible) to come hard back over to the port, uh, to the starboard to bring it back. I noticed that the head of the tow was on the -- or right on top -- it wasn't on top -- it wasn't even close but it was in line with the, uh, the red buoy, the last red buoy before you get to the bridge.

And that's when I come hard back over to the starboard to try to get the head back into the channel. And uh, I noticed that I wasn't going to be able to get the head to steer out of it. That's when I throwed the engines in reverse and started backing up to regroup. Uh, I couldn't tell -- I was trying to get the tow stopped. I couldn't tell if I was backing up or still coming ahead. It seemed like I was still coming ahead.

But as I'm backing up on the throttle, uh, the head kept falling to the port. And I just kept going forward. And the next thing I knowed is when the head of the tow hit the pillar of the bridge.

LT ███████: Now, let's visit a few -- a few issues, uh. In the in the bridge, not the bridge but up in the pilot house, did you have any problems with your navigation equipment, the radar?

CAPTAIN FOWLER: No sir, everything was working fine.

LT ███████: Okay.

CWO ████████████: How much rest did you -- did you have?

CAPTAIN FOWLER: Sir?

CWO ████████████: How much rest did you get?

CAPTAIN FOWLER: How much rest?

CWO ████████████: Before you came on watch.

CAPTAIN FOWLER: I went to bed about 7:00 o'clock that night. Uh, ███ come woke me up at between 11:00 and 11:15 because I usually get up an hour before I start my watch. So I'd say about

four and a half, five hours, something like that.

CWO ████████: Are you in good physical health?

CAPTAIN FOWLER: Yes, sir.

CWO ████████: No medical problems?

CAPTAIN FOWLER: Well, I have -- or I did have a blood disorder they call hepatitis C. But I took interferon and I took my pills and my shots and I don't have that -- or they told me it was gone. But I got to go back for my six-month checkup. But I'm not on medication any more. Resolved or whatever.

CWO ████████: So you're not taking medication for anything?

CAPTAIN FOWLER: No, sir.

CWO ████████: Okay. Not even nonprescription?

CAPTAIN FOWLER: No, sir. The only nonprescription I would be taking would be like Tylenol or something for a headache or ...

CWO ████████: Did you take anything like that?

CAPTAIN FOWLER: No, sir.

LT ████████: Okay. I notice you're wearing glasses. I'm curious what kind of prescription you have.

CAPTAIN FOWLER: Well, they're bifocals. I just started wearing them in about the last three years. I couldn't even tell you really what my prescriptions are.

CWO ████████: And you were wearing your glasses. Correct?

CAPTAIN FOWLER: Yes, sir. Yah cause, everything is fuzzy if I take them off.

CWO ████████: Had you, uh, had any alcohol ...

CAPTAIN FOWLER: No, sir.

CWO ████████: ... during that day or evening?

CAPTAIN FOWLER: No, sir.

CWO ████████: Okay.

LT ████████: In, in the 24 hours before the accident, kind of give me an idea hat your -- what your routine was.

CAPTAIN FOWLER: Well, basically, just pulling my watch, watch a little T.V., you know.

LT ████████: How much rest in the 24-hour period?

CAPTAIN FOWLER: In a 24-hour period, I'd say somewhere about 8 to 10 hours.

LT ████████: Okay. What kind of shifts do you guys work?

CAPTAIN FOWLER: We work six-hour watches.

LT ████████: You and ████ just switch off?

CAPTAIN FOWLER: Yes, sir.

LT ▮▮▮▮▮: Do you have any other additional duties besides —

CAPTAIN FOWLER: No.

LT ▮▮▮▮▮: Okay. In that 24-hour period, did you have any alcohol at all?

CAPTAIN FOWLER: No, sir.

CWO ▮▮▮▮▮▮: I'd like to go back to when you first went into your turn and you — you felt something. You said you walked to the back of the pilot house and, uh, looked out?

CAPTAIN FOWLER: I just stood up and kind of went to the back window there to see what I possibly had hit.

CWO ▮▮▮▮▮: Okay, and which side were you looking out?

CAPTAIN FOWLER: I was looking out the uh, starboard side.

CWO ▮▮▮▮▮: How long were you looking out the starboard side?

CAPTAIN FOWLER: Just for a second or two.

CWO ▮▮▮▮▮: You were trying to locate your buoy?

CAPTAIN FOWLER: Yes, sir.

CWO ▮▮▮▮▮: And then uh, you immediately returned back to the helm?

CAPTAIN FOWLER: Yes, sir.

CWO ▮▮▮▮▮: Okay. Any mechanical problems with the boat?

CAPTAIN FOWLER: Not at that time. We had some earlier with the throttle but they sent a mechanic out and got that fixed.

CWO ▮▮▮▮▮: Which, which throttle and —

CAPTAIN FOWLER: It was on the port throttle.

CWO ▮▮▮▮▮: Okay. What was it doing?

CAPTAIN FOWLER: It wasn't going into gear.

CWO ▮▮▮▮▮: Forward or reverse or —

CAPTAIN FOWLER: In forward. And it was acting up really on the back, too — in reverse, too. But it was more in the forward gear. Once you pulled it out of gear and if you had to go back in gear, you really had to slam into the throttle to get it to go. And it was — they changed out the box — the gear box was the problem.

CWO ▮▮▮▮▮: Okay. So when you — when you did — when you did pull back on the throttle, was the response what you expected?

CAPTAIN FOWLER: Yes, sir.

CWO ▮▮▮▮▮: Okay. Do you know what the draft of your barges were?

CAPTAIN FOWLER: Not exactly. I believe they were between nine to nine six.

CWO ▮▮▮▮▮: So your deepest one would have been nine six?

CAPTAIN FOWLER: 9-6, yes, sir.

LT ███████: How — when — when did you guys start your voyage? And where did you depart from?

CAPTAIN FOWLER: Well, let's see. I caught the boat at Brazos flood gate. They were already there coming back from Bolivar, I believe, is where they picked up their tow. And, uh, we come from Brazos — uh, we stopped by our office and picked up a barge there. I believe it was the Sam 1. And, uh, then we went to Corpus and dropped off one of those there, dropped off an empty. And then we left Corpus and come into Brownsville and dropped off the rest of our tow. And then we picked up our barges there.

CWO ███████: Did, did you guys ever get a list of the cargoes carried on each barge?

UNIDENTIFIED SPEAKER: (Unintelligible).

CWO ███████: You need to send that over with the chemical testing. Fax it over if you want.

LT ██████: Were you awake when you guys came through the bridge initially on the way in?

CAPTAIN FOWLER: Uh, no, sir. I had done went to bed.

LT ██████: So you don't know if — you don't know what —

CAPTAIN FOWLER: It was — I got relieved — I believe it was about a mile, maybe a mile and a half this side of, uh, the Colorado there.

LT ███████: Okay. So you don't know anything about whether the bridge was lit or how it was lit ...

CAPTAIN FOWLER: No, sir.

LT ██████: ... based on your personal observation?

CAPTAIN FOWLER: No, sir.

CWO ███████: How many times have you been down to Brownsville on a, on a tug?

CAPTAIN FOWLER: Uhh, about eight to ten times, in that, in that area.

CWO ███████: Was it uh, with Brown Water or was it —

CAPTAIN FOWLER: It was with Brown Water and other companies. I've been to Brownsville, I believe, with Coastal one time. But most of it has been to Corpus. Back from Houston to Corpus.

CWO ███████: And, uh, and were you always — or this turn that you were negotiating at the time of the incident, how many times would you say you've done that turn — as captain?

CAPTAIN FOWLER: Three, four times.

CWO ███████: Daytime or nighttime?

CAPTAIN FOWLER: Oh, day and night.

CWO ███████: A mixture of both?

CAPTAIN FOWLER: Sir?

CWO ▓▓▓▓▓: A mixture of both? Some days, some nights?

CAPTAIN FOWLER: Yes, sir.

LT ▓▓▓▓: Okay. Have you ever handled four barges strung out through there before?

CAPTAIN FOWLER: No, sir. Three barges is the most I've ever done -- well, let me rephrase that. When you say four because I've had ...

LT ▓▓▓▓: Four strung out.

CAPTAIN FOWLER: ... strung out but you got three loads and maybe one empty. But they're still the same length.

LT ▓▓▓▓: Okay. Yeah. So you've handled four, four ...

CAPTAIN FOWLER: Yes, sir.

LT ▓▓▓▓: ... through there before?

CAPTAIN FOWLER: Yes, sir.

CWO ▓▓▓▓▓: Would you consider the loads that you guys were carrying on those four barges normal, high or low? Or do you know what I'm saying?

CAPTAIN FOWLER: I'd say it was normal. There wasn't no -- really no what we call a high low coupling. They were all pretty square. It was a normal tow.

CWO ▓▓▓▓▓: How long have you been on this particular vessel?

CAPTAIN FOWLER: Well, this hitch here, I think about six days. But I've been on it before. I was on it for about three weeks last time I was --

CWO ▓▓▓▓▓: How long ago was that?

CAPTAIN FOWLER: Oh, I believe about three months ago.

CWO ▓▓▓▓▓: Are you left or right handed?

CAPTAIN FOWLER: Right handed.

LT ▓▓▓▓: How -- how much experience have you had in the marine industry?

CAPTAIN FOWLER: Well, I started in '84 as a deckhand. And I got my license, I believe, in January of '90. Oh, I believe I'm on my third issue. So, about 12 years in the wheelhouse, I guess, and about another six years as a deckhand. Right, almost 20 years.

LT ▓▓▓▓: Okay. I noticed -- I noticed that there is a TV up in, up in the pilot house?

CAPTAIN FOWLER: Yes, sir.

LT ▓▓▓▓: Was that TV on at the time of the accident?

CAPTAIN FOWLER: No, sir.

LT ▓▓▓▓: Do you guys typically have that TV on when you're on transit?

CAPTAIN FOWLER: Well, I don't. But, you know, I can't say about anybody else.

LT ▓▓▓▓: Okay. But you didn't have the TV on?

7

CAPTAIN FOWLER: No, sir.

LT ████████: Was the, was, was the pilot house dark? I mean, do you have any lights on that might have affected your vision?

CAPTAIN FOWLER: Well, the only lights -- it, it was dark. But the only lights is the light off the radar. Just uh ...

LT ████████: The sweep?

CAPTAIN FOWLER: The sweep. And, you know, your wind gauge and stuff like that.

LT ████████: Okay. Speaking of winds, what were your winds on that night?

CAPTAIN FOWLER: Well, I was — you know, I was guessing but I'm pretty comfortable, it was 20 to 25.

LT ████████: Knots or miles per hour?

CAPTAIN FOWLER: Sir?

LT ████████: Knots or miles per hour?

CAPTAIN FOWLER: Knots.

LT ████████: Okay. Go ahead.

CWO ████████: How fast was the tow moving?

CAPTAIN FOWLER: Uh, between three and a half to four knots.

CWO ████████: And the current?

CAPTAIN FOWLER: It's hard for me to say how far — fast the current was running because I don't have a gauge. But uh, you know I know it was — it was running pretty hard.

CWO ████████: Did you expect it to be running hard when you came through there?

CAPTAIN FOWLER: No, sir. I didn't set up for it because I didn't — I didn't expect it.

LT ████████: How would - you mentioned you didn't set up for it. How would you set up for it?

CAPTAIN FOWLER: Well, if I knew it was running to the west like it was, you know, I would have held up a little tighter on the greens when I was making my turn.

CWO ████████: Do you carry tide and current tables on the tug? Any kind of books ...

CAPTAIN FOWLER: Yes, sir.

CWO ████████: ... with that information?

CAPTAIN FOWLER: Yes, sir.

LT ████████: Okay, on the, on the morning of the incident were you looking at your chart at all?

CAPTAIN FOWLER: No, sir.

LT ████████: Okay. Was there any reason?

8

CAPTAIN FOWLER: Well, I, I know how to run it as far as how to navigate through there. But uh, the only time I usually look at the chart is for my mile boards to tell where I am. Because some of the mile markers are missing. So I use it to -- for -- just to let me know where I'm at.

CWO ████████: In your opinion, uh, were the aids to navigation in the place that you expected them to be?

CAPTAIN FOWLER: All except for the uh, red buoy. I felt like that it was out of station.

LT ████: And which red buoy was that?

CAPTAIN FOWLER: The red buoy just before you get to the bridge. Uh, I'm looking down here. This red right here. It was up above this green, ok right here.

LT ████: Can you mark the one for me that you (Unintelligible)?

CAPTAIN FOWLER: Okay this buoy here was up right in here. Well, it was about like that there. You know, I can't tell if it was really in the channel or not. But it, it -- to me, it definitely had been moved.

LT ████: Okay. According to this note, Mr. Fowler is indicating that buoy -- the last red buoy prior to the bridge, number 146, according to him, was out of location.

CWO ████████: What kind of lights uh, would you normally see on the bridge, navigation lights?

CAPTAIN FOWLER: Well, your two outside red lights okay and you got your center green light to -- for you to line up that tells you where the center of your bridge is, where the center of the channel is.

CWO ████████: And which ones were visible to you?

CAPTAIN FOWLER: None of them. None of them was lit.

LT ████: Okay. You did indicate the fendering lights were on?

CAPTAIN FOWLER: Yes, sir. But I couldn't tell if they were on the north or the south side. But I did see a couple of red lights.

CWO ████████: Was it clear enough uh, that night for you to see without the lights or was it fairly dark?

CAPTAIN FOWLER: It was fairly dark. But like I said in my statement, the visibility was good.

CWO ████████: Do you have any difficulty seeing at night?

CAPTAIN FOWLER: No, sir.

LT ████: Okay. Let's say, let's say, given the fact -- well not the, erase that, not fact, -- but given your statement that the, the nav lights were out, you could still see the fender lights good?

CAPTAIN FOWLER: I could see the two red lights I was looking at ...

LT ████: So you knew where the channel was ...

CAPTAIN FOWLER: Yes, sir.

LT ████: ... as far as where you needed to go?

9

CAPTAIN FOWLER: Yes, sir.

LT ▮▮▮▮▮: Okay.

CAPTAIN FOWLER: That's what I was steering on was the fender lights.

LT ▮▮▮▮▮: Okay. You said the winds were 20, 25 knots, and I failed to ask you from what direction.

CAPTAIN FOWLER: Uh, I believe that they were west, northwest.

LT ▮▮▮▮▮: If you would, please mark the wind direction.

CAPTAIN FOWLER: Get myself together.

CWO ▮▮▮▮▮: How does the wind affect a, a tow configured like you had?

CAPTAIN FOWLER: The wind is not going to affect it due to the weight of the tow. I've always said a hurricane could come through there and it's not going to bother that tow with that much weight.

CWO ▮▮▮▮▮: Okay. So um, the, what part of the tow from bow to stern would be most liable to be affected, if anything? By winds?

CAPTAIN FOWLER: By winds? Well, that's hard to say because due to the weight of the tow. Uh, I do know that the — the tide was up real good, due, you know, with the way the current was running. You know, like I said, it's hard for me to tell how hard it was running; but I know that it was — the tide had to be up for it to be going through like it was.

CWO ▮▮▮▮▮: How does the current affect the tow say like, the one you had?

CAPTAIN FOWLER: Well, it depends on how hard it's — it's running, you know. It — the current could be flat, you know, and not bother the tow at all and then it could be running real hard and it would be hard to steer up into it, or …

CWO ▮▮▮▮▮: Okay. What I'm asking is uh — if — say you had a current coming from the side. Which part of the tow would be most affected by it? What would you have to do — to compensate, you know — would it affect …

CAPTAIN FOWLER: Well, in this situation here, the current was coming and hitting me on my starboard side so I had to steer it back into the current to keep it held up into the current.

CWO ▮▮▮▮▮: The horsepower on the tow, was that an adequate amount of horsepower to — to push those loaded barges?

CAPTAIN FOWLER: Yes, sir. I think it was. We could always use extra horsepower; but, you know, I think it was adequate.

CWO ▮▮▮▮▮: Was it, was it adequate to uh, uh, effectively steer it with the current?

CAPTAIN FOWLER: Well, then, again, there you go with the current — with the current running like it was, you know, I don't think it would matter how much horsepower you had. You know, it's still going to affect the same.

CWO ████████: Okay. What I'm trying to -- what I'm trying to establish here is with this current running the way it was and the tow configured the way it was with the horsepower you had, did -- do you think you had control enough to -- to make it through the turn without the current taking you?

CAPTAIN FOWLER: Not after the current grabbed it, no.

LT ████████: Okay. You indicated earlier that you bumped bottom. And I'm going to ask you -- that's probably the reason we pursued the interview. I need to know where -- if you can mark it for me where -- where you believed bumped bottom. Because that's obviously a navigational issue, too, for -- for other vessels.

CAPTAIN FOWLER: I hit the bridge here. It was in between 149 and 147. Now, I can't say how far, but it was in between those two buoys there.

LT ████████: Now, we -- we touched bases on any prescription drugs. And I have to ask it and it's uncomfortable. But was there any drugs in your background or past?

CAPTAIN FOWLER: No, sir.

LT ████████: Any significant events in your life in the last week or two or that may have affected you physically or emotionally?

CAPTAIN FOWLER: No. I -- I've got some issues, you know, but nothing that I haven't been dealing with. It wouldn't have affected this, this, this incident.

CWO ████████: We're not trying to pry into your personal life, but, you know, was it something ...

CAPTAIN FOWLER: Well --

CWO ████████: ... significant, you know, life event that would, you know, affect -- effect your life or, or, you know --

CAPTAIN FOWLER: Well, I've got a brother that got in some trouble and he -- he went to prison in March of last year. And, you know, that had us all upset, of course. But uh, that's been over a year ago. And like I said, that wouldn't a --

CWO ████████: Any marriage problems or problems with (Unintelligible).

CAPTAIN FOWLER: No, sir. No, sir.

CWO ████████: Financial problems?

CAPTAIN FOWLER: No, sir. None other than normal.

LT ████████: Could you know, can you give us an estimate of what speed you were traveling at the, at the time you impacted the bridge?

CAPTAIN FOWLER: I'd say I had it slowed down to one and a half to two knots.

LT ███████: Now, what, what I'm going to ask you to, to draw the configuration of the tow. You've got arrows here and I'm going to ask you to draw the configuration of the tow for me.

CAPTAIN FOWLER: From the impact or, or where?

LT ███████: Just where you were strung out as far as when you hit the bridge, how the tow was configured and what angle.

CAPTAIN FOWLER: Okay. About like that there. This is the boat and the four barges.

LT ███████: Okay.

CAPTAIN FOWLER: And I'm steady backing up and the head is steady falling.

LT ███████: Okay. Now, we -- we noted -- and you guys lost (Unintelligible) a wire on this side broke free. And I'm just curious -- any explanation how she broke free?

CAPTAIN FOWLER: Well, from my understanding that somewhere right in here where it made impact, that it hit on the starboard side of the head.

LT ███████: Okay.

CAPTAIN FOWLER: And when it hit right there, it pushed this side back and pulled this side forward and that's when it broke.

LT ███████: Okay. So basically you're saying it pivoted on you?

CAPTAIN FOWLER: Yes, sir. It pivoted on me.

CWO ███████: When the cable snapped uh, what, what happened to your tow at that point? Where did it move to?

CAPTAIN FOWLER: At that point, these three barges and the boat, more or less, we were still in contact here until we had a wire on this side. But the tow ended up -- the head here ended up the rake end facing this away towards the channel.

LT ███████: Okay.

CAPTAIN FOWLER: Uh, I would say the current hitting right here pushed the stern around after it broke loose.

LT ███████: Okay. And that barge, where did it -- did the barge remain against the pillar or --

CAPTAIN FOWLER: Well, from what I can remember the way it was, that's the way the barge was laid up against the pillar. But to be honest with you, I don't know if the barge was laid up against the pillar or if it had stopped and got on the ground there. I don't know. I know it was facing thata way, though.

CWO ███████: Did the -- did the tow run aground?

CAPTAIN FOWLER: The only place it hit the ground was back here where I touched bottom.

CWO ███████: What about after you made contact with the bridge? Did it --

CAPTAIN FOWLER: The tow eventually come to a stop and was on the ground. Because we were all out -- our engines were out of gear and we was sitting still and not moving and we didn't have no anchors out. I would say it was on the ground eventually.

CWO ███████: So when the people started showing up on the scene, you were pretty much just sitting on the ground there?

CAPTAIN FOWLER: Pretty much I'd, I'd say because we wasn't moving.

CWO ███████: You weren't having to maneuver or anything?

CAPTAIN FOWLER: No, sir.

LT ███████: Well, we'll just use this one because we've already used it for wind direction. Can you tell me or show me -- we've indicated that in this area is where -- where you bumped bottom?

CAPTAIN FOWLER: Yes, sir.

LT ███████: Now, can you show me where the tow went from this area?

CAPTAIN FOWLER: Okay. Somewhere right in here, I believe. I'm not certain. I'm swinging coming around like this and was trying to line up on this green buoy here. But when the tow hit bottom, I noticed that when I looked back to see if I had run over this buoy here is when I noticed the head done fell over right towards this red buoy.

LT ███████: Okay.

CAPTAIN FOWLER: And that's when I was trying to get it back into the channel. And, uh …

LT ███████: Which side of the buoy did the tow go?

CAPTAIN FOWLER: The tow went on the left side of the buoy.

CWO ███████: When you went back to look for the other buoy, the one behind you …

CAPTAIN FOWLER: Uh-huh.

CWO ███████: … what position was your rudder in?

CAPTAIN FOWLER: The rudder? I'd say five degrees to the port. Cause I was making my swing. I wasn't hard over.

CWO ███████: When you let go of the helm on that, on that tug boat, does the -- does the helm swing at all?

CAPTAIN FOWLER: No, sir. I mean, it depends on where you put the rudders. But the rudders don't move by theirselves.

CWO ███████: Not even if they're being affected by water flow or current or anything like that?

CAPTAIN FOWLER: Well, again there, you know, it depends on the flow of the current, you know. If the current is running real hard, sure, it's going to push it one way or the other.

CWO ███████: I guess -- I guess I'm trying to say like -- like a car when you make a turn and you let the wheel slide in your hand, it kind of -- it tends to want to put the wheels back straight.

13

**CAPTAIN FOWLER: Right.**

**CWO █████████: On this -- on this vessel with the current or the flow of the water going under the tow, if you let off the helm, does it -- does it stay where it's at or does it try to come back to some other --**

**CAPTAIN FOWLER: Well, say -- say you have a straight rudder there. And you let go of it and the flow of the current could make it go one way or the other. It's not going to hold steady straight.**

**CWO █████████: Okay.**

**CAPTAIN FOWLER: No. It will move but, you know, it depends on how long you're going to let it do that.**

**CWO █████████: With the current the way it was on that particular day, do you, do you think that it could have affected your rudders at all?**

**CAPTAIN FOWLER: Yes, sir.**

**CWO █████████: What do you think it would have done to them?**

**CAPTAIN FOWLER: Well, I mean -- let me rephrase -- I think the current affected the steering of it. I don't -- I don't know about the rudders, how the current would have affected the rudders. But I do feel like that it affected the steering and the handling of the boat and the tow.**

**CWO █████████: Which part of the tow actually do you think struck ground first?**

**CAPTAIN FOWLER: I don't think the tow did strike the ground. I think the stern of the boat did.**

**CWO █████████: What's the draft of the boat?**

**CAPTAIN FOWLER: Uh, 8 foot -- 8 -- I think it's between 8 foot and 8 - 3.**

**CWO █████████: And your tow, you said was 9 foot --**

**CAPTAIN FOWLER: 9 -- between 9 and 9 - 6.**

**CWO █████████: Okay.**

**CAPTAIN FOWLER: But I do believe that the way I was swinging that the stern of the boat -- you know, I went further than the tow went in my swing. That's what hit was the stern of the boat.**

**CWO █████████: Okay.**

**LT ███████: Do you think the stern of the boat was out of the channel?**

**CAPTAIN FOWLER: No, sir.**

**LT ███████: Okay, as far as the channel, were you -- where were you in relation to the channel? Were you in the middle of the channel, to the right, to the left?**

**CAPTAIN FOWLER: I was a little bit to the, a -- I'm going to say a little bit to the right of the channel the way I was steering.**

**LT ███████: Okay.**

CAPTAIN FOWLER: I was, was in the middle. And the way I'm steering, I ended up a little to the right of it. I was in the channel but a little bit on the right side. When it hit bottom, I was not in the middle but a little to the right.

CWO ████████: Is there a fathometer or a depth finder on the ...

CAPTAIN FOWLER: No, sir.

CWO ████████: ... tow boat?

CAPTAIN FOWLER: No, sir.

CWO ████████: How, how would you determine the depth of the water under your boat if you needed to?

CAPTAIN FOWLER: Well, we'd have to get a depth finder.

LT ██████: There was a deckhand that was working the shift with you. Correct?

CAPTAIN FOWLER: Yes, sir.

LT ██████: And what was his name?

CAPTAIN FOWLER: ███.

LT ██████: ███ Old?

CAPTAIN FOWLER: Yes, sir.

LT ██████: Where was Mr. ███ at the time of the accident?

CAPTAIN FOWLER: Mr. ███ was in the wheelhouse. They had been up for a while and he was laying down on the couch asleep in the wheelhouse. Cause I told him I didn't want him nowhere else. In case something happened or I had to have him, I wanted him where I could get ahold of him. And he was in the wheelhouse.

CWO ████████: You said he was asleep?

CAPTAIN FOWLER: Sir?

CWO ████████: Was he asleep?

CAPTAIN FOWLER: Yes, sir.

LT ██████: As you, as you approached the bridge, you've indicated that the nav lights to your recollection were not lit?

CAPTAIN FOWLER: Yes, sir.

LT ██████: Did you feel that it would be important to wake ███ up to see if maybe he could lend you assistance or did you not think you needed it?

CAPTAIN FOWLER: Well, at that time, I didn't think I needed him. You know, uh, I just didn't think I needed him to navigate safely through the bridge.

CWO ████████: Let me -- I need to clarify, clarify something for myself. When you say he was in the house, are you talking about up in the wheelhouse with you ...

15

**CAPTAIN FOWLER:** Up in the wheelhouse.

**CWO ▮▮▮▮▮▮:** ... or down in the galley?

**CAPTAIN FOWLER:** No, sir. He was up in the wheelhouse with me.

**CWO ▮▮▮▮▮▮:** Okay. And he was on the couch that's in the back of the house?

**CAPTAIN FOWLER:** Yes, sir.

**CWO ▮▮▮▮▮▮:** Okay. Did he uh – when you uh struck bottom or when you made contact with the bridge, was he awake or asleep at the time?

**CAPTAIN FOWLER:** He was asleep when I touched bottom.

**CWO ▮▮▮▮▮▮:** What about when you made contact with the bridge?

**CAPTAIN FOWLER:** He was awake. I had already had him awake. I told him to go get the crew up. I was trying to stop, but it looked like I was going to hit the bridge.

**CWO ▮▮▮▮▮▮:** So he was awake at the time that you made contact with the bridge?

**CAPTAIN FOWLER:** Yes, sir.

**CWO ▮▮▮▮▮▮:** How long did it take the crew to get out on – on deck and on the barges?

**CAPTAIN FOWLER:** Well, they didn't get on until after the initial impact. But a, within – anywhere from three to five minutes, they were out there.

**LT ▮▮▮▮:** Okay. Let's take a five-minute break.

**CWO ▮▮▮▮▮▮:** Resuming interview after a brief recess.

**LT ▮▮▮▮:** You made indication wind direction specified by Mr. Fowler. And that's just my name.

**MR. ▮▮▮▮▮▮▮▮▮▮.:** You want to put west, northwest?

**LT ▮▮▮▮:** He's got the arrow.

**MR. ▮▮▮▮▮▮▮▮▮▮.:** Okay.

**LT ▮▮▮▮:** This shows the compass. This one indicated position of red buoy by Mr. Fowler. He's marked it there. I've just drawn a line to it. And this is the area stipulated as his bumping – basically going around bumping the bottom.

**MR. ▮▮▮▮▮▮▮▮▮▮** Okay.

**LT ▮▮▮▮:** I've just marked them that way, just for my reference.

**LT ▮▮▮▮:** I had a question regarding – you've, you've indicated that the – the Brown Water V bumped bottom? Okay? In this area that you've marked on the chart. Now, my question for you, you've indicated that the BWN V was drafting 8 feet, 8-3, somewhere in there and that the tow, the tow – the barges were 9 – 9 and a half? Now, how – how could it be that the, the tow boat went aground or touched bottom but the barges didn't? I'm trying to get that straight in my mind or if, in fact, that the barges were drafting more than the tow boat.

16

CAPTAIN FOWLER:  Well, like I said, with me making that swing,  you know, I might have steered just past that hump.  But the way the boat ended up, the boat touched bottom.

LT ███████:  Okay.

CAPTAIN FOWLER:  That's the best I can figure, you know.

LT ███████:  Okay.  Was it at that point that you released the controls and looked out the --

CAPTAIN FOWLER:  Yes, sir.  Once I touched bottom because I didn't know what I had hit or, or run on to.  So I stood up and let go of the controls to --

LT ███████:  Okay.  What position were your controls in when you let go right after that?

CAPTAIN FOWLER:  About five degrees to the port.

LT ███████:  Okay.

CWO ████████:  And your, your throttles what position were they in?

CAPTAIN FOWLER:  They were running about half throttle or three-quarters.

CWO ████████:  Ahead or astern?

CAPTAIN FOWLER:  They were going ahead.

CWO ████████:  Both of them?

CAPTAIN FOWLER:  Yes, sir.

LT ███████:  Have you been -- ever been through this area before with, with a -- with that strong a current?

CAPTAIN FOWLER:  Not -- not that I can recall, no, sir.

CWO ████████:  Did you know a strong current, uh, was possible in that area?

CAPTAIN FOWLER:  Well, that's hard for me to say because, you know, it, it, a strong current can be just about anywhere, you know.  But I didn't think about it being that strong.

CWO ████████:  Well, there is normal places to expect them, isn't there?

CAPTAIN FOWLER:  Well, yes, sir.  Normal ...

CWO ████████:  Would that be, would that be a place where you would normally expect a strong current or did, did you --

CAPTAIN FOWLER:  No, sir.  It, it wouldn't have been normal for me to think, you know, with the island and all there, you know, because you ain't got nothing steady coming in that I can think of.

LT ███████:  What -- what kind of tide did you -- did you encounter?  What was the tide doing?  Do you know?

CAPTAIN FOWLER:  Well, I believe it was flooding.

LT ███████:  Okay.  Are you -- I am gonna revisit the, the    -- are you familiar with the rule governing drug and alcohol use by a mariner?

CAPTAIN FOWLER:  Yes, sir.

17

LT ▉▉▉▉: Okay. Do you know what the legal limits are?

CAPTAIN FOWLER: Nah, I don't know what the legal limits are, other than, you know, it's against the law to have anything on like that.

LT ▉▉▉▉: Okay.

CAPTAIN FOWLER: I don't know if it's different from highways and all, but ...

LT ▉▉▉▉: Yeah. The legal — for commercial vessels, the legal limit is .04. Uh, and I, and I want to revisit. Did you indicate — you've indicated to us that you didn't have any alcohol in a 24-hour period. And I remind you, uh, you know, about making false statements, yes or no. I'm going to ask you point blank again. Did — did you have any alcohol in the 24-hour period before the incident or did you indicate to anybody that you had had any alcohol?

CAPTAIN FOWLER: Not in 24 hours. I did indicate to somebody I had a couple within 36 hours.

LT ▉▉▉▉: Okay. So 24 hours before the accident, you didn't have any?

CAPTAIN FOWLER: No, sir, no.

LT ▉▉▉▉: Okay.

CWO ▉▉▉▉: Who did you indicate that to?

CAPTAIN FOWLER: The Park & Wildlife that took me to, for my blood test.

LT ▉▉▉▉: Did he ask you or did you just volunteer that?

CAPTAIN FOWLER: I volunteered it.

LT ▉▉▉▉: What, what — can you tell us what you told him?

CAPTAIN FOWLER: I just told him, that uh, you know, I was wondering how long before it was out of my system, you know, within 36 hours. And he said, well, if you've had three, he said uh, I don't think you have anything to worry about. That's not going to show up, you know. But if I thought that it did, uh, have an effect, I'd been the first one to say I had.

CWO ▉▉▉▉: Other than alcohol, did you consume any other prescription or ...

CAPTAIN FOWLER: No, sir.

CWO ▉▉▉▉: ... or nonprescription?

CAPTAIN FOWLER: I don't — I don't fool with nothing like that.

CWO ▉▉▉▉: Umm. I'm going to make a statement, uh, on your behalf. I'm just going to make a statement and — and you let me know if, if it's accurate or not. Umm, you had — you were making the turn pretty much the way you planned it and that you could see the opening that you were looking to, to go through under that Queen Isabel causeway ...

CAPTAIN FOWLER: Yes, sir.

CWO ▉▉▉▉: ... before the a — the alleged grounding; is that correct?

CAPTAIN FOWLER: Yes, sir.

18

LT ▮▮▮▮▮: Now, once again, this is uh, we're going to revisit it again. When you let go of the controls to go back and look and see if the buoy can — if you had hit the buoy, do you think the current could have affected the rudders?

CAPTAIN FOWLER: Yes, sir.

LT ▮▮▮▮▮: Do you think it could have pushed them over?

CAPTAIN FOWLER: I think the, the current pushed the tow over, you know.

LT ▮▮▮▮▮: Okay, But as far as your rudders, do you think it could have pushed the rudders?

CAPTAIN FOWLER: It's — it's very possible, yes, sir. I'd say it.

LT ▮▮▮▮▮: Okay.

CWO ▮▮▮▮▮▮▮: How long do you think it would take, uh, for you to — to go look at that buoy and then return to the helm, roughly?

CAPTAIN FOWLER: About two to three seconds.

CWO ▮▮▮▮▮▮▮: So, 1,001, 1,002, 1,003. Is that about how long it takes?

CAPTAIN FOWLER: Yes, sir.

CWO ▮▮▮▮▮▮▮: Okay. That concludes this interview.

(Reporter's disclaimer: The tape transcribed was inaudible at times during the transcription.)

>>>>>>>>> *END IO Corrected Transcripts* <<<<<<<<<

# UNITED STATES OF AMERICA
## DEPARTMENT OF HOMELAND SECURITY
## UNITED STATES COAST GUARD

*IN THE MATTER OF:*

DOCUMENT ISSUED TO:

David D. Fowler

LICENSE # ██████████

MSO CORPUS CHRISTI
Misle Enf Act # 1928749
October 20, 2003

**— VOLUNTARY SURRENDER RECEIPT —**

COME NOW the United States Coast Guard acting through its duly appointed Investigating Officer and affirm as follows:

On this 20th day of October, 2003 the Respondent in the above captioned matter executed a Voluntary Surrender of his document in lieu of administrative proceedings against his document. I have explained to the respondent all the provisions outlined in 46 CFR 5.203 and that this surrender, constitutes a relinquishment of all rights and privileges related to said document.



CWO US Coast Guard
Investigating Officer

I have read and agree with all the provisions of this Voluntary Surrender of my License: ██████

Code of Federal Regulations]
Title 46, Volume 1]
Revised as of October 1, 2002]
From the U.S. Government Printing Office via GPO Access
CITE: 46CFR5.203]

Page 59]

## TITLE 46--SHIPPING

## CHAPTER I--COAST GUARD, DEPARTMENT OF TRANSPORTATION

PART 5--MARINE INVESTIGATION REGULATIONS--PERSONNEL ACTION--Table of Content

### Subpart E--Deposit or Surrender of License, Certificate or Document

Sec. 5.203  Voluntary surrender to avoid hearing.

 (a) Any holder may surrender a license, certificate or document to
the Coast Guard in preference to appearing at a hearing.
 (b) A holder voluntarily surrendering a license, certificate or
document shall sign a written statement containing the stipulations
that:
 (1) The surrender is made voluntarily in preference to appearing at
a hearing;
 (2) All rights to the license, certificate or document surrendered
are permanently relinquished; and,
 (3) Any rights with respect to a hearing are waived.
 (c) A voluntary surrender of a license, certificate or document to
an investigating officer in preference to appearing at a hearing is not
to be accepted by an investigating officer unless the investigating
officer is convinced that the holder fully realizes the effect of such
surrender.

