# POLICIES
# &
# PROCEDURES
# MANUAL

## Brown Water Marine Service, Inc.
### P. O. Box 2269
### 320 Cove Harbor South
### Rockport, Texas  78381-2269 (78382)

24 Hour Phone: (361) 729-3721
Watts:              (888) 722-2713
Fax:                (361) 729-0332
Email:  FORBWM@AOL. COM



DEPOSITION
EXHIBIT
117

**COPY**

MIR 00449

49477 D 04303

# *TABLE OF CONTENTS*

| INFORMATION | SECTION |
|---|---|
| OPERATING PROCEDURES | 1 |
| SAFETY PROCEDURES | 2 |
| ENVIRONMENTAL/WASTE PROCEDURES | 3 |
| INCIDENT PROCEDURES | 4 |
| EMERGENCY PROCEDURES | 5 |
| INCIDENT/COMMUNICATIONS PROCEDURES | 6 |
| ORGANIZATION/AUTHORITY LEVELS | 7 |
| VESSEL EMPLOYEE POLICIES | 8 |
| ORGANIZATIONAL FORMS | 9 |

MIR 00450

49477 D 04304

# ITEMIZED TABLE OF CONTENTS/INDEX

## SECTION 1

*VESSEL OPERATING PROCEDURES*

| | |
|---|---|
| a. Navigation | A-1 thru A-4 |
| b. Change of Watch | A-5 thru A-8 |
| c. Locking | A-9 thru A-10 |
| d. Main Engine Shutdown During Delays | A-11 |
| e. Standing Radio Watch | A-12 |
| f. Vessel Secutiry/ Carriage of Personnel Aboard Tugs or Push Boats Other Than Vessel Crewmembers | A-13 |
| g. Vessel Log/Required Logbook Entries | A-14 thru A-16 |
| h. Vessel to Office Communication | A-17 thru A-18 |
| i. Vessel to Vessel Communications | A-19 |
| j. Scheduling Horsepower | A-20 thru A-21 |
| k. Confined Space Entry | A-22 |
| l. Color Coding of Piping | A-23 |

*REQUIRED DOCUMENTS ON BOARD*          A-24 thru A-25

*FUEL TRANSFER PROCEDURES*          A-26 thru A-28

*VESSEL MAINTENANCE/INSPECTION PROCEDURES*

| | |
|---|---|
| a. Equipment Maintenance Schedules | A-29 thru A-31 |
| b. Lockout/Tag out Procedure | A-32 thru A-34 |
| c. Maintenance and Repair Reporting | A-35 thru A-36 |
| d. Routine Vessel Repairs | A-37 thru A-38 |
| e. Non-Routine Vessel Repairs | A-39 thru A-40 |
| f. Emergency Vessel Repairs | A-41 thru A-42 |

*BENZENE POLICY*          A-43 thru A-45

*CARGO TRANSFER/CARGO HANDLING PROCEDURES*          A-46 thru A-53

*VAPOR CONTROL PROCEDURES*

| | |
|---|---|
| i. Vapor Recovery Transfer Rate | A-54 |
| ii. Pre-transfer Inspection For Vapor Recovery Operations | A-55 thru A-56 |
| iii. Vapor Piping | A-57 |
| iv. Inspection And Verification of Vent Lines | A-58 |

*PROCEDURES FOR IDENTIFYING CRITICAL STORES & SUPPLIES*          A-59

*page one*

MIR 00451

49477 D 04305

## SECTION 2

COMPANY SAFETY POLICY                                      B-1

COMPANY SAFETY RULES                                       B-2 thru B-5

PERSONAL PROTECTIVE EQUIPMENT POLICY                       B-6 thru B-11

SAFETY TRAINING / DRILLS / MEETINGS                        B-12 thru B-14

SAFE USE OF EQUIPMENT                                      B-15 thru B-19

CARGO KNOWLEDGE                                            B-20 thru B-21

HAZARD COMMUNICATION PROCEDURES                            B-22 thru B-23

FALL OVERBOARD PREVENTION (INLAND)                         B-24 thru B-26

DECK WINCH OPERATION                                       B-27 thru B-27

## SECTION 3

COMPANY ENVIRONMENTAL POLICY                               C-1

GARBAGE DISPOSAL                                           C-2 thru C-3

HANDLING OF WASTE OIL, BILGE SLOPS & USED FILTERS          C-4 thru C-6

HAZARDOUS WASTE DISPOSAL / HANDLING                        C-7

SANITARY SYSTEMS / HANDLING OF SEWAGE                      C-8 thru C-9

## SECTION 4

INCIDENT REPORTING PROCEDURES (Vessel Personnel)           D-1 thru D-3

INCIDENT REPORTING (Shore Personnel)                       D-4 thru D-5

REPORTING & CHEMICAL TESTING REQUIREMENTS                  D-6 thru D-7

MIR 00452


49477 D 04306

## SECTION 5

EMERGENCY RESPONSE PROCEDURES

      Personal injury or illness                     E-1   thru  E-2
      Oil or Hazardous Substance Spill         E-3   thru  E-10
      Vessel Accidents                     E-11 thru  E-23

ONBOARD EMERGENCY RESPONSE TRAINING/DRILL PROCEDURES    E-24 thru E-27

## SECTION 6

INCIDENT INVESTIGATION PROCEDURES / COMMUNICATIONS
PROCEDURES FOR DISSEMINATING LESSONS LEARNED    F-1  thru  F-2

CORRECTIVE / PREVENTATIVE ACTION    F-3  thru  F-4

DOCUMENT CONTROL, UPDATING AND DISTRIBTION    F-5  thru  F-6

PERFORMANCE MEASUREMENT PROCEDURES    F-7

## SECTION 7

ORGANIZATION / LEVELS OF AUTHORITY

      Organization Flow Chart
      Communication & Routing Flow Chart
      Shore Organization             G-1
      Vessel Organization          G-2  thru  G-12

## SECTION 8

HIRING POLICY (Vessel Personnel)    H-1  thru  H-2

PHYSICAL STANDARDS POLICY    H-3  thru  H-5

DRUG AND ALCOHOL POLICY    H-6

PROFICIENCY EVALUATION POLICY    H-7

MIR 00453

49477 D 04307

*ORIENTATION AND TRAINING POLICY*                           H-8

*BROWN WATER MARINE SERVICE, INC. TRAINING MATRIX*          H-9

*PERSONNEL DEVELOPMENT PROGRAM*                             H-10    thru  H-15

*PRESCRIPTION MEDICATION NOTIFICATION POLICY*               H-16

*DISCIPLINARY POLICY*                                       H-17    thru  H-19

*INTERNAL AUDIT POLICY*                                     H-20

*VENDOR SAFETY POLICY*                                      H-21

*LAW & REGULATION COMPLIANCE*                               H-22

## SECTION 9

**ORGANIZATIONAL FORMS**

Station Bill
Vessel Incident Report
Personal Injury / Illness Report
Vessel Safety Equipment Inspection Form
Vessel Employee Counseling Report
Phone List Log
Tankerman Trainee Loads & Discharge Sign Off Sheet
Daily Inspection Checkoff List
Barge Inspection Sheet
Expense Report
Grocery List
Drug and Alcohol Policy
Zero Tolerance Policy
Vessel Workorder
Eighth Coast Guard District Towing Vessel Boarding Form
Employee Assistance Hotlines
Vessel Shipyard Workorder / Repair
Performance Review - Captains
Performance Review - Other Crew Members
Vessel Log

MIR 00454

49477 D 04308

## A.1/A.2 VESSEL OPERATING PROCEDURES
### a. Navigation

A.    GENERAL GUIDANCE/OVERVIEW

- The purpose of this procedure is to establish a standard operating procedure for navigation aboard all Brown Water Marine Service, Inc. vessels. Following this procedure will result in uniform and consistent work practices which help to safeguard crewmembers, equipment and the environment.

B.    RESPONSIBILITY

1.    The Manager of Vessel Operations is responsible for implementing this procedure and ensuring that wheelhouse personnel are aware of the requirements outlined in this procedure.

2.    The vessel Captain is responsible for ensuring that the wheelman on watch follows the practices described in this procedure.

3.    The wheelman on watch is responsible for following these procedures.

4.    The wheelman on watch must be licensed by the U.S. Coast Guard as an Operator of Un-Inspected Towing Vessels, or hold an equivalent U.S. Coast Guard license, and must maintain this license aboard the vessel while navigating.

C.    PROCEDURES

The vessel Captain or wheelhouse person on watch must navigate the vessel in a safe and prudent manner. This includes, but is not limited to, the following:

1.    Complying with all applicable U.S. Coast Guard Inland Navigation Rules.

2.    Planning and carrying out orders received from the Brown Water Marine Service, Inc. dispatcher and reporting any variances or discrepancies to the dispatcher.

3.    Ensuring that the necessary information and documentation is located in the wheelhouse of the vessel and maintained in an orderly manner. Required information includes the following:

a)    Navigation charts or maps for the area to be transited;
b)    Current copy of U.S. Coast Guard Inland Navigation Rules;
c)    U.S. Coast Guard Vessel Traffic Service System manuals for areas served by Brown Water Marine Service, Inc. vessels;
d)    FCC radio station license;
e)    U.S. Coast Guard Certificate of Documentation;

MIR 00455

49477 D 04309

       f)     Fuel transfer procedures;

       g)    U.S. Coast Guard licenses for vessel wheelhouse personnel;

       h)    Compass deviation chart;

4.    Ensuring that the vessel and tow are suitable for the waterway to be transited and expected operating conditions. To be considered suitable, the vessel must:

       a)    Maintain appropriate draft, trim and dimensions for the intended waterway;

       b)    Be staunch, tight and seaworthy; and,

       c)    Have appropriate lines, wires, and fittings for the tow configuration to be used.

5.    Contacting the Brown Water Marine Service, Inc. dispatcher for an assist tug to help navigate when conditions may endanger the safety of the tow, its cargo, or the vessel crew. Such conditions may include, but are not limited to, the following:

       a)    Strong current;

       b)    High winds;

       c)    High or low river stages;

       d)    Dangerous maneuvering; and,

       e)    Tripping locks or bridges.

6.    Checking U.S. Coast Guard marine information radio broadcast regularly for relevant navigation information.

7.    Maintaining in proper working order the vessel's installed navigation equipment, including:

       a)    VHF-FM radio and backup;

       b)    Radar(s)see radar failure A-4, 15 for single radar equipped vessels;

       c)    Compass;

       d)    Swing indicator;

       e)    Searchlights, horn, and horn light; and,

       f)    Navigation lights.

8.    Using the judgment of a prudent mariner and stopping operations when conditions dictate. Such conditions may include, but are not limited to, the following:

       a)    Limited visibility;

       b)    Severe weather;

       c)    Strong currents at docks or bridges

       d)    Traffic restrictions;

       e)    Lack of required crew; and,

MIR 00456

49477 D 04310

f)    Mechanical problems or failure.

9.    Observing the Brown Water Marine Service, Inc. look-out policy which states:

a)    "It is the policy of Brown Water Marine Service, Inc. to be in strict compliance with U.S. Coast Guard Navigation Rules regarding look-outs."

b)    Inland Navigation Rule No. 5 states: "Every vessel shall at all times maintain a proper look-out by sight and hearing, as well as by all available means appropriate in the prevailing circumstances and conditions so as to make a full appraisal of the situation and the risk of collision."

c)    The vessel operator shall appoint and instruct a qualified person to perform lookout duties in any situation deemed appropriate by the operator.

d)    In any situation he deems appropriate, the vessel Captain or wheelhouse person on watch shall take precautions including, but not limited to, the following:

i)     Appointing a qualified person to perform look-out duties;
ii)    Instructing the look-out person as to his or her duties; and,
iii)   Setting up an appropriate means of communication with the person acting as lookout.

10.   Communicating with the Brown Water Marine Service, Inc. dispatcher in accordance with the Vessel to Dispatcher communications procedure. (See A.1/A.2.i, Vessel to Office Communications.)

11.   Communicating with other vessels in accordance with the Vessel Bridge-to-Bridge communications procedure. (See A.1/A.2.j, Vessel-to-Vessel Communications.)

12.   Communicating with regulatory bodies and persons in charge in accordance with the Vessel to Regulatory Bodies and persons in charge procedure.

13.   Following the Brown Water Marine Service, Inc. change of the watch procedures. (See A.1/A.2.b, Change of Watch.)

14.   Ensuring required documentation is kept onboard the vessel. This includes, but is not limited to, the following, in addition to the documentation required to be maintained in the wheelhouse (see item 3 above):

a)    VHF Radio Operations Manual:

MIR 00457

49477 D 04311

b)    Radar Operations Manual;
c)    GPS Operations Manual, if the vessel is so equipped;
d)    Emergency Response Manual;
e)    Brown Water Marine Service, Inc. Operations Memos, Safety Memos, Safety Notices, and Regulatory Updates Manual; and,
f)    Chemical Data Guide.

15. Single radar equipped vessels need to perform the following, as a minimum, for radar Failure:

a)    Post additional look outs in accordance to Inland Navigation Rule No.: 5
b)    Notify vessel dispatch at the earliest convenience.
c)    If radar was being used to navigate because of weather conditions secure tow at earliest convenience until weather breaks, before getting underway to make necessary repairs.

MIR 00458 

## A.1/A.2 VESSEL OPERATING PROCEDURES
### b. Change of Watch

A.    GENERAL GUIDANCE/OVERVIEW

1.    The purpose of this procedure is to describe the change of watch procedure to be followed by wheelhouse personnel, tanker-men and deckhands aboard Brown Water Marine Service, Inc. vessels and to provide a uniform and consistent work practice that will safeguard Brown Water Marine Service, Inc. crewmembers and equipment, and the environment.

2.    Twenty-four hour watches must change at 0600, 1200, 1800, and 2400 hours unless otherwise agreed in advance.

3.    Vessels operating in the oilfield that are crewed with 3 or less personnel, will not hold watches and work as directed by the oilfield client. The vessel Captain will be responsible for assuring man hours worked and rest are in compliance with the law. Contact vessels dispatch for situations that may violate 46 US 8104 (h).

4.    The change of watch must be postponed if it occurs during a critical stage of vessel operations.

5.    Wheelhouse personnel must comply with applicable federal law regarding hours worked. 46 USC 8104 (h) provides that "an individual licensed to operate a towing vessel may not work for more than 12 hours in a consecutive 24-hour period, except in an emergency."

6.    A record must be maintained in the Daily Boat Log with the names of all crewmembers aboard and any crew changes that occur.

B.    RESPONSIBILITY

1.    The Manager of Vessel Operations is responsible for implementing this procedure and ensuring that vessel personnel are aware of the requirements outlined in this procedure.

2.    The vessel Captain or wheelhouse person on watch is responsible for ensuring that the practices described in this procedure are implemented.

3.    The tanker-man on duty (or person in charge) on the barge is responsible for ensuring that the practices outlined in the procedure are implemented.

C.    PROCEDURES

1.    Wheelhouse personnel -- vessel underway

MIR 00459
04177 D 04313

a)    The wheelhouse person on duty must exchange with the relief person coming on duty information including, but not limited to, the following:

    i)    Performance of the vessel, its engines, steering system, pumps, generators, and other critical machinery;

    ii)    Location and direction of the vessel, including traffic in the area and whether the tow is overtaking, or being overtaken;

    iii)    Work instructions or duties in progress of the crew;

    iv)    Status of routine boat call to the dispatcher;

    v)    Orders or information received from the dispatcher; and,

    vi)    Any tide, current, and weather conditions.

2.    Wheelhouse personnel -- vessel not underway

a)    The wheelhouse person on duty must exchange with the relief person coming on duty information including, but not limited to, the following:

    i)    Status of the current operation;

    ii)    Last contact with the dispatcher;

    iii)    Information vital to the dispatcher;

    iv)    State of the transfer, if in progress, including performance of the pump, pump engine, or other transfer equipment; and,

    v)    Time of last contact with the dock person in charge.

3.    Tanker-man and Deckhands -- vessel underway

a)    The tanker-man/deckhands on duty must exchange with the relief person coming on duty information including, but not limited to, the following:

    i)    Condition of the tow, including:

        a)    Couplings and rigging.
        b)    Navigation lights.

    ii)    Status of current tasks in progress, including:

        a)    What has been done?
        b)    What needs to be done?

MIR 00460
49477 D 04314

iii)  Status of engine room functions, including:

    a)  Oil level in engines;

    b)  Water level of engines; and,

    c)  Generator changeover.

iv)  Status of barge transfers capability for tanker man.

    a)  Is the barge ready to load or discharge?

    b)  Does the barge meet Brown Water Marine Service, Inc. readiness criteria?

4.  **Tanker-man -- cargo transfer in progress**

    a)  The tanker-man on duty must exchange with the relief person coming on duty information including, but not limited to, the following:

        i)  State of the transfer;

        ii)  Performance of the pump, pump engine, or other transfer equipment;

        iii)  Declaration of Inspection (DOI) procedures:

            a)  Discuss the items on the DOI.

            b)  The tanker-man on duty must continue transfer operations until the relief tanker-man is fully aware of the state of the transfer.

            c)  Sign the DOI.

        iv)  The tanker-man going off watch must report the status of the transfer in progress to the wheelhouse person coming on duty.

5.  **Tanker-man -- cargo transfer not in progress**

    a)  The tanker-man on duty must exchange with the relief person coming on duty information including, but not limited to, the following:

        i)  Readiness of barges waiting to load or discharge, including, but not limited to, the following:

            a)  Readiness of the barge;

            b)  Condition of the cargo tanks;

            c)  Fuel in the tank; and,

A-7

MIR 00461

49177 D 04315

                        d)     Test start pump engine.

ii)    Last contact with the dock person in charge.

iii)   Status of current tasks in progress.

                        a)     What has been done?

                        b)     What needs to be done?

A-8

MIR 00462

## A.1/A.2 VESSEL OPERATING PROCEDURES
### c. Locking

A.   GENERAL GUIDANCE/OVERVIEW

- The purpose of this procedure is to provide uniform guidelines to be followed by all personnel operating Brown Water Marine Service, Inc. vessels through locks.

B.   RESPONSIBILITY

1.   The wheelman on watch is responsible for ensuring that this procedure is followed.

2.   The deck personnel are responsible for performing the duties described in this procedure.

C.   PROCEDURES

1.   The wheelman on watch contacts the lock to give tow information and arrival time to the lock-master.

    a)   The lock-master informs the wheelman on watch of any special instructions including, but not limited to, the following:

        i)     Currents and water levels;
        ii)    Number of lines required by locks;
        iii)   Number of deck personnel required for locking;
        iv)    Communications required for locking;
        v)     Restrictions on tow length and width;
        vi)    Locking order; and.
        vii)   Locking or running.

2.   The wheelman on watch provides the lock master with information on the following:
    a)   Number of barges in tow, and barge identification numbers;
    b)   Tow length, width, and draft;
    c)   Cargo type, amount of cargo loaded on the barge (if loaded), and the last cargo contained in the barge (if empty); and,
    d)   Boat name and official number.

3.   The wheelman on watch conducts a pre-locking conference with the vessel crew, including, but not limited to the following:

    a)   Special locking instructions provided by the lock master;
    b)   Communication requirements;
    c)   Personal protective equipment (PPE) required for the locking;

A-9

MIR 00463
49477 D 04317

        d)     Fenders required; and,

        e)     Number and size of towlines required.

4.    The lockmaster contacts the wheelman on watch to bring the tow into the locks.

5.    The wheelman on watch sends deck personnel to the head of the tow with the proper equipment and PPE as discussed during the pre-locking conference. Some locks may require more than one person on the tow.

6.    The wheelman on watch maneuvers the tow into the locks.

        a)     The deck personnel give the wheelman on watch directions by hand signals and/or voice communications over a hand-held VHF radio.

        b)     If necessary, the deck personnel signal the wheelman to stop at appropriate times, tie off the tow, and tend to lines until told to release the tow by the wheelman on watch.

        c)     Tows are not tied off when locks are running; however, deck personnel are still required for directions and manning fenders.

7.    The wheelman on watch receives a signal from the lockmaster to exit the locks.

8.    Deck personnel, when required will release the lines when directed by the wheelman on watch and maintain position on the head of the tow, giving the wheelman directions until the head of the tow clears the locks.

9.    The wheelman on watch checks the traffic before departing from the locks.

MIR 00464
19477 D 04318

## A.1/A.2 VESSEL OPERATING PROCEDURES
### d. Main Engine Shutdown During Delays

A.    GENERAL GUIDANCE/OVERVIEW

- The purpose of this procedure is to provide guidance for shutting down the main engine on Brown Water Marine Service, Inc. vessels during routine vessel delays.

B.    PROCEDURES

1.    While awaiting locks, during fog delays, or when loading or discharging barges, shut down at least one engine (two, if safety conditions allow), in an effort to conserve fuel and reduce cost.

2.    Engine shutdown periods are a prime time for the deckhand to make engine inspections to discover and correct potential problems and to perform routine maintenance.

3.    During extended delays, engines should be restarted every 12 hours and brought to operating temperature to check equipment, with particular attention to the main engine lube oil levels and air starters. Report any discrepancies immediately to dispatch.

MIR 00465

49477-D-04319

## A.1/A.2 VESSEL OPERATING PROCEDURES
### e. Standing Radio Watch

A.    GENERAL GUIDANCE/ OVERVIEW

- The purpose of this procedure is to provide uniform guidelines for wheelmen standing radio watch on Brown Water Marine Service, Inc. vessels.

B.    RESPONSIBILITY

- The wheelman on watch is responsible for standing, or designating someone to stand, the radio watch.

C.    PROCEDURES

1.    While standing by at a fleet or at a dock facility, the wheelman on watch must monitor the channel required by the facility and monitor the company communications system.

2.    While underway, the wheelman on watch must:

    a)    Monitor channel 16 and the designated navigation channel for the area being transited; and,

    b)    Monitor the company communications system if equipped.

3.    The wheelman on watch must notify the facility and the Brown Water Marine Service, Inc. dispatcher before leaving the wheelhouse of the approximate amount of time he will be away from the radio.

    a)    If hand-held VHF radio is available and is used to maintain communications with the fleet or facility or company communication system, it is not necessary to notify the facility before leaving the wheelhouse.

    b)    When leaving the wheelhouse for short periods of less than 15 minutes, it is not necessary to notify facility before leaving the wheelhouse.

MIR 00466
49477 D04320

## A.1/A.2 VESSEL OPERATING PROCEDURES
### f. Vessel Security/Carriage of Personnel Aboard Tugs or Push Boats Other Than Vessel Crewmembers

A.    GENERAL GUIDANCE/OVERVIEW

- This procedure provides uniform guidance for vessel security and the carriage of personnel other than vessel crewmembers aboard Brown Water Marine Service, Inc. vessels.

B.    PROCEDURES

1.    Vessel Security

    a)    Persons other than employees, customer representatives, government officials, or authorized service personnel are not allowed onboard Brown Water Marine Service, Inc. vessels without prior authorization. It is the responsibility of the master to ensure that no unauthorized visitors board the vessel at any time.

    b)    Authorization for outside personnel to come aboard a Brown Water Marine Service, Inc. vessel must be requested by the master from the Operations Manager, before allowing visitors onboard.

    c)    No solicitation of any kind is allowed onboard any Brown Water Marine Service, Inc. vessel. All solicitations must be directed to the Operations Manager.

2.    Carriage of Personnel Other Than Vessel Crewmembers

When a non-crewmember is given authorization to board a Brown Water Marine Service, Inc. vessel, the crew must ensure that the following procedures are carried out prior to departure, or immediately upon the visitor's boarding:

    a)    All newly embarked personnel must be mustered in the wheelhouse and logged onto the vessel;

    b)    All personnel must be issued a life jacket if they do not have one, and instructed in its use;

    c)    All personnel must be assigned emergency stations and instructed in the procedures and signals to be used on the vessel in the event of an emergency; and,

    d)    Upon arrival at the vessel's destination, non-crewmembers are to be checked off prior to disembarking.

MIR 00467

49477 D 04321

## A.1/A.2 VESSEL OPERATING PROCEDURES
### g. Vessel Log/Required Logbook Entries

A.    GENERAL GUIDANCE/OVERVIEW

- This procedure establishes guidelines for the maintenance of vessel logs on board Brown Water Marine Service, Inc. vessels.
- It is extremely important that entries regarding accidents be completed, regardless of how trivial an incident may seem at the time. The log must contain a true and accurate record of the event, and any questions concerning the information to be included in the log should be referred to the Operations Manager.

B.    PROCEDURES

1.    Each Brown Water Marine Service, Inc. vessel must maintain an official log. The following guidelines for maintaining the log must be adhered to:

   a)    The log must kept daily, accurately, and legibly;
   b)    The log must be retained aboard the vessel for a period of one year;
   c)    Log entries, properly dated, must be made as soon as possible after the occurrence for which the entry is made;
   d)    No errors or erasures should be made in the log. Any incorrect statements must be corrected by drawing a single line through the entry and initialing it; and,
   e)    The log must be returned to the Brown Water Marine Service, Inc. after every crew change and the yellow copy stays on board the vessel.

2.    The following information is required to be entered in the Brown Water Marine Service, Inc. logbook:

   a)    Details of all required monthly fire, boat, man overboard, abandon ship, damage control, and vessel response plan drills;

   b)    Details of steering gear, navigation equipment, and communications gear tests conducted prior to departure from port;

   c)    Results of weekly and monthly testing of emergency lighting and power systems;

   d)    Fuel and lube oil data, including the amount of fuel or lube oil transferred to or from the other vessel;

   e)    Offenses by and/or disciplinary actions against crewmembers, including a statement concerning the notification of such an entry to the crewmember. Any reply by the crewmember must be recorded in the

A-14

MIR 00468
49477 D 04322

log and a copy of the entries must be furnished to the crewmember, duly executed by the master and another member of the crew;

f)  The nature of any illness suffered by a  crewmember, including medical treatment administered and the name of the individual who administered it;

g)  Any personal injuries reported, whether to a crewmember or another individual aboard the vessel.  Where there are no injuries, make the notation, "No personal injuries reported today";

h)  The name of every crewmember who ceases to be a member of the crew other than by death, with the place, time, manner, and cause of departure;

i)  Report of any death and cause of death;

j)  Report of any collision, stranding or grounding;

k)  Search for contrabands or stowaways;

l)  The number and description of any non-crewmembers carried onboard the vessel, their boarding and departure points, and the reason or authorization for their being aboard;

m)  General condition of the vessel and its equipment, at least monthly;

n)  The times and places of all arrivals and departures of the vessel, including changes of river segments, locks, bridges, etc.;

o)  Intermittent operations such as drops or additions or barges, standby time, hire of tug, and change of river segment, along with notations as to where, by whose orders, and for what purpose these operations were undertaken;

p)  A complete list of vessel crewmembers, including their jobs, ratings, and/or licenses;

q)  Crew change times, and a listing of persons relieved and coming on duty;

r)  Brief description of equipment and supplies received and any damage to these items that may have occurred;

s)  Report of any vessel damage;

A-15

MIR 00469

49477 D 04323

t)     Notation of any machinery or equipment not properly working, and all repairs undertaken;

u)     Notation of any repair work undertaken by an outside contractor along with any tickets or invoices;

v)     Any purchases of fuel and lube made for the vessel, including the name of the vendor;

w)    Any rope, hawser or wires broken during the day's operations;

x)     Weather conditions affecting navigation;

y)     Navigation time, including geographic departure point and arrival point, and reason for trip (deliver cargo, receive cargo, etc.);

z)     Details of all crew safety meetings;

aa)    Times of any delays (groundings, Coast Guard boarding's, traffic, lock, closures, etc.);

3.     In the event of abandoning ship, the logbook should be taken from the vessel.

MIR 00470

49477-D-04324

## A.1/A.2 VESSEL OPERATING PROCEDURES
### h. Vessel to Office Communication

A.    GENERAL GUIDANCE/OVERVIEW

- The purpose of this procedure is to establish guidelines for communication between Brown Water Marine Service, Inc. vessels and the main office.

B.    PROCEDURES

1.    Daily

    a)    The following information should be transmitted to the main Brown Water Marine Service, Inc. dispatch office every morning between 0700 and 0730 hours.

        i)    Vessel position at 0700 hours;
        ii)    Amount of onboard fuel at 0700 hours;
        iii)    List of events other than normal vessel operations that have not been reported to the office;
        iv)    Number and description of all delays encountered within the last 24 hours;
        v)    All fuel taken on the boat;
        vi)    All lube oil taken on the boat;
        vii)    All pickups and drop offs within the last 24 hours;
        viii)    All crew changes within the last 24 hours;
        ix)    Any safety meetings held; and.
        x)    Any safety drills held.

2.    Monthly

- Record sheets for drills and safety meetings must be sent in after crew changes to the Brown Water Marine Service, Inc. main office. Each boat is required to hold at least one safety meeting and one drill each month. All safety meetings and drills should be recorded in the vessel log and called in with the vessel's daily traffic information to allow for verification and tracking of monthly safety requirements.

3.    By Event

    a)    Accident or injury: Any accident must be reported to the main office immediately, followed by a completed CG-2692 report and Brown Water Marine Service, Inc. accident report form. Regardless of how minor the accident, this report is needed so that we can answer any questions about the incident. Make sure that you send the front and back of each report form and mail the original copy to Brown Water

A-17

MIR 00471
49477 D 04325

Marine Service, Inc. office as soon as possible. This applies to all personal injury reports as well as vessel accidents.

b)    Barge discrepancy: When making a pick-up from a fleet, terminal, or another boat, report any barge discrepancies, such as damage to the hull, etc., and complete a barge condition report. Submit the barge condition report to the main Brown Water Marine Service, Inc. office by mail or at crew change.

c)    Delay en route: Report to the office when the vessel is stopped due to weather, traffic or other unexpected delay.

d)    Vessel discrepancy: Report to the office any vessel discrepancies that need repair or that may affect the operation of the vessel.

e)    Safety discrepancy: Immediately report any discrepancy that affects the vessel safety equipment or the safety of the crew.

f)    Navigational aids: Report any discrepancies to the Brown Water Marine Service, Inc. office and to the Coast Guard.

A-18

MIR 00472

## A.1/A.2 VESSEL OPERATING PROCEDURES
### i. Vessel-to-Vessel Communications

A.    GENERAL GUIDANCE/OVERVIEW

- The purpose of this procedure is to establish guidelines for communication between Brown Water Marine Service, Inc. vessels and other vessels.

B.    PROCEDURES

1.    Communication between vessels on the single side-band radio must be limited to company business or transmission of safety-related data. Federal regulations regarding frequencies, FCC radio procedures, and power limitations must be observed at all times.

2.    Communications of a casual nature between vessels must be conducted on the VHF-FM radio on authorized frequencies. Law does not allow profanity.

3.    The call sign of the vessel must be given upon beginning and ending all communications, as well as every five minutes of conversation.

A-19

MIR 00473

00157 D 04827

## A.1/A.2 VESSEL OPERATING PROCEDURES
### j. Scheduling Horsepower

A.     GENERAL GUIDANCE/OVERVIEW

1.     The purpose of this procedure is to establish a uniform system for the scheduling of horsepower (i.e., assigning a boat to a barge or group of barges to form a tow). Following this procedure will enable the Brown Water Marine Service, Inc. dispatchers to maximize horsepower efficiency.

2.     When assigning boats to trips, every effort will be made to maximize the horsepower to tow ratio in order to utilize the horsepower most efficiently. However, when horsepower supply is in abundance, a larger boat may be used in order to utilize all company-owned or full-time charter boats before hiring a pay-as-use boat.

B.     RESPONSIBILITY

1.     The Operations manager and dispatcher are responsible for all aspects of a trip -- except finance and billing -- once a tow is booked. The Operations manager or dispatcher carry out the following duties:

   a)     Assign horsepower to trips during business hours. Hire pay-as-use boats as needed. Check approved horsepower listing.

   b)     Coordinate with the dispatcher the horsepower schedule for after business hours.

   c)     Give the Sales Department timely and accurate information on horsepower availability.

   d)     Coordinate with Port Engineers on scheduled or unscheduled maintenance of Brown Water Marine Service, Inc. boats.

   e)     Discuss with either the Brown Water Marine Service, Inc. Vessel Operations Department or the boat's owner, the capabilities of the current crewmembers.

   f)     Confirm the routes to be taken by tows are navigable.

   g)     Advise the Operations Manager of overages or shortfalls in horsepower availability.

2.     The Dispatchers are responsible for communicating trip orders to vessel personnel and for transferring the pertinent information on a trip to hard copy logs. Dispatchers carry out the following duties:

A-20

MIR 00474

49477 D 04328

a)    Assign horsepower to trips.

b)    Hire and terminate pay-as-use boats after hours using approved boat listing.

c)    Coordinate boat maintenance problems with Port Engineers.

3.    The Operations Manager is responsible for managing the traffic department. He is responsible for carrying out the following duties:

a)    Assign full-time or pay-as-use charter boats, as workload requires.

b)    Communicate with the Dispatcher on scheduling questions.

C.    PROCEDURES

a)    Dispatcher will determine proper horsepower and vessel with consideration for variables of wind and current, bays and lock crossings, as well as crew constraints for tonnage size.

A-21

MIR 00475

## A.1/A.2 VESSEL OPERATING PROCEDURES
### k. Confined Space Entry

1.    GENERAL GUIDANCE/OVERVIEW

- There is no confined space entry allowed by and Brown Water Marine Service, Inc, vessel personnel. Any confined space entry will be administered by dispatch in hiring of a certified Marine Chemist.

- The purpose of this procedure is to control entry into tanks aboard boats, dry cargo barges, and tank barges owned and operated by the Brown Water Marine Service, Inc., to protect the lives and health of Brown Water Marine Service, Inc. employees.

- The procedure outlined herein must be followed whenever oxygen deficiency and/or flammable gas hazards are known to exist or may reasonably be expected to exist.

1.    Hot Work

- Hot work, such as burning and welding, may not be performed aboard Brown Water Marine Service, Inc. vessels unless authorized by a marine chemist. No ignition source, including a match, lighter, unapproved light source, or non-explosion proof ventilation, may be taken into or placed near tanks aboard vessels unless authorized by a marine chemist.

A-22

MIR 00476

4947·D·04330

## A.1/A.2 VESSEL OPERATING PROCEDURES
### 1.    Pipe Color Coding

**a)    GENERAL GUIDANCE / OVERVIEW**

    **i)**    The purpose of this procedure is to describe a uniformed color- coding system to identify piping aboard an operated vessel.

    **ii)**    When painting piping it is only necessary to color code the valves and piping on either side and a periodic strip to aid in identification as you follow it.  It is also required to paint the pipe with the appropriate color as it goes to and from a bulkhead.

    **iii)**    The following colors will identify the following piping:

| | |
|---|---|
| OIL LINES | ORANGE |
| FUEL LINES | YELLOW |
| BILGE LINES | BLACK |
| FIRE LINES | RED |
| TOILET/SHOWER WATER | GREY |
| SALT WATER INTAKE | GREEN |
| FRESH WATER | BLUE |
| AIR LINES | WHITE |
| HYDRAULIC LINES | BROWN |

A-23

MIR 00477

49477-D-04351

## A.3 REQUIRED DOCUMENTS ON BOARD

1.    All vessel documents must be current (in date) and maintained in the wheelhouse for review where possible.

2.    The following vessel-related documents must be kept onboard Brown Water Marine Service, Inc. vessels at all times:

   a)    Coast Guard Certificate of Documentation;
   b)    Federal Communications Commission (FCC) Ship's Radio Station License;
   c)    MARPOL placards posted at galley and at all vessel exits;
   d)    Coast Guard-approved Vessel Response Plan (VRP) (for tank barge tows);
   e)    Fuel transfer procedures;
   f)    Skiff registration sticker;
   g)    Discharge of oil prohibited placards in engine room and at exterior fuel stations;
   h)    Copy of Navigation Rules;
   i)    Updated navigation charts or maps for areas of operation;
   j)    Updated Light Lists for areas of operation;
   k)    International Load Line Certificate (if required);
   l)    Stability letter (if required);
   m)    Survey for Assignment of Load Lines (if required);
   n)    Certificate of Financial Responsibility; (if required)
   o)    Certificate of Classification (if applicable);
   p)    Certificate of Inspection for Passenger Carriage (if applicable).

3.    The following crew-related documents must be kept on board vessels at all times:

   a)    Coast Guard-required operating licenses or Merchant Mariner's Documents; and,
   b)    FCC radiotelephone operator's license, if required.

4.    The following is a list of forms used aboard all Brown Water Marine Service, Inc. vessels:

   a)    Vessel logs;
   b)    Radio logs;
   c)    Engine room logs;
   d)    Barge condition and damage reports;
   e)    Tow diagram;
   f)    Fuel report;
   g)    Personal injury report;
   h)    Vessel accident report;

**MIR 00478**

**49477 D 04332**

i)     Towboat operations deck log;
j)     Grocery order forms;
k)    Barge check sheet for cargo transfer preparation;
l)     Boat safety inspection forms; and
m)    Barge safety inspection forms.

A-25

MIR 00479

49477 D 04333

## A.4 FUEL TRANSFER PROCEDURES

A.    GENERAL GUIDANCE/OVERVIEW

1.    The following procedures establish guidelines for safe fuel transfer operations for all Brown Water Marine Service, Inc. vessels.

2.    Before any fuel transfer may begin, the Master and Deckhand must agree on the transfer procedures and follow them precisely. Fuel transfer procedures must be adequately posted and all appropriate personnel should be informed when a transfer is planned.

3.    Before receiving fuel from a fuel dock or fuel barge, the Deckhand must request that the supplier sound all supply tanks to be pumped from and must verify by means of water-finding paste, that no water is present in supply tanks. Before accepting any fuel onboard, complete soundings of all fuel tanks onboard the vessel must be taken.

4.    No fuel will be pumped without first notifying the Captain.

5.    After receiving fuel and before signing the receiving ticket, the Deckhand must verify the transaction by sounding all fuel tanks onboard the vessel. If all figures fall within normal limits of accuracy, the Deckhand may sign the receipt. If amounts differ, the Deckhand should note the discrepancy on the receipt prior to signing it or, if warranted, call the office for immediate resolution of the matter before signing the receipt.

6.    All transfers must be noted in the engine room log and in the vessel logbook. Fuel may not be transferred between vessels except in the case of taking on fuel from an approved vendor.

B.    RESPONSIBILITY

• The Master and Deckhand are responsible for agreeing upon and executing the fuel transfer procedures for Brown Water Marine Service, Inc. vessels.

C.    PROCEDURES

1.    The following fuel transfer procedures must be followed in accordance with the Fuel Transfer Procedure Book on each vessel. In addition, each person involved in the fuel transfer operation must review the Brown Water Marine Service, Inc. spill prevention and control contingency plan.

a)    Perform pre-fueling inspection in accordance with the Coast Guard Declaration of Inspection (DOI) and ensure that all requirements are met prior to commencing the fuel transfer.

A-26

MIR 00480

49477 D 04334

b)    Gauge all fuel tanks and ensure an accurate starting inventory.

c)    Set valves for tanks to be filled.

d)    Ensure that the vents for all tanks to be pumped out or loaded are clear and fitted with flame screens.

e)    Ensure that drip containers are in place at all hose connections and vents.

f)    Inform the captain that the fuel transfer will begin.

g)    Monitor the liquid level in the tanks constantly during loading. Do not fill tanks beyond 90% of total tank capacity.

h)    After loading or discharge is complete and the pumps are secured, secure all valves.

i)    Disconnect hoses and refit hose caps or blind flanges.

j)    Gauge all fuel tanks to obtain an accurate ending inventory.

k)    Log the amount of fuel received or transferred.

l)    Notify the captain that the fuel transfer is complete.

2.    The following oil pollution prevention procedures are required by federal regulation to be followed during fuel transfers involving towing vessels with a capacity of 250 barrels or more of oil:

a)    The Master must be the person in charge (PIC) of all fuel and slop transfers between vessels and all internal vessel transfers between tanks on the same vessel.

b)    Oil transfer procedures that address the transfer of oil to the vessel and from tank to tank within your vessel must be on board and posted. Crewmembers responsible for carrying out oil transfers must be familiar with the content of these procedures and must use the transfer procedures during all transfer operations. Particular attention must be paid to the piping diagram illustrating the transfer system and valve arrangement.

c)    If the vessel conducts fueling between sunset and sunrise, it must have deck lighting that adequately illuminates the work area for the transfer and each transfer connection point in use on the vessel.

d)    Each part of the transfer system not necessary for the transfer must be securely blanked or shut off.

A-27

MIR 00481

49477 D.04335

e)     All connections in the transfer system must be leak-free.

f)     The person in charge of transfer operations must remain at the site of the transfer for its duration.

g)     The persons in charge of transfer operations on the receiving vessel and transferring facility or vessel must hold a conference prior to each transfer and agree upon the following:

   i)     Transfer rate;
   ii)    Sequence of transfer operations;
   iii)   Emergency procedures;
   iv)    Discharge containment procedures;
   v)     Discharge reporting procedures; and,
   vi)    Transfer shutdown procedures.

h)     Each person in charge must fill out a Declaration of Inspection form prior to each transfer.

i)     In the case of a spill, the person conducting the transfer must stop the transfer operation until the oil has been cleaned up and the Coast Guard authorizes restarting the transfer.

j)     A placard must be posted in the engineering spaces stating that it is a violation of the Clean Water Act to discharge oil into the navigable waters of the United States.

3.     The following regulatory requirement applies to towing vessels which have a capacity of 250 barrels or more of oil and which exceed 100 gross tons:

a)     No individual may serve as the person in charge of the transfer of fuel oil to the vessel unless he has been instructed his duties and in the provisions of the Federal Water Pollution Control Act and associated federal regulations that apply to the vessel. A written record of the name of each person currently designated as a person in charge of transfer operations must be kept and must be made available to the Coast Guard for inspection upon request.

A-28

MIR 00482

49477 D 04336

## A.5/A.6 VESSEL MAINTENANCE/INSPECTION PROCEDURES
### a. Equipment Maintenance Schedules

A.    GENERAL GUIDANCE/OVERVIEW

1.    This procedure establishes guidelines for maintaining equipment on board
      Brown Water Marine Service, Inc. operated vessels, and lists those items that
      should be checked routinely.

2.    The Brown Water Marine Service, Inc. generally follows the maintenance
      schedules recommended by various machinery manufacturers.

3.    The repair history of all equipment is periodically reviewed to determine the
      need for changes in the maintenance schedule.

4.    Notification of these work orders is made by radio to each vessel. Vessels
      report completed tasks to the main dispatch office and the work is logged.

B.    RESPONSIBILITY

1.    The Deckhand is responsible for completing a daily engine log and reporting any
      discrepancies immediately to the Brown Water Marine Service, Inc., main
      office.

2     The Operations Engineer is responsible for determining the most cost-effective,
      efficient and timely means of equipment repair. Unscheduled maintenance and
      repairs are reported to the Operations Department and used to update the
      maintenance file on each boat.

C.    PROCEDURES

1.    The following equipment must be checked daily:

      a)    Main engine lube oil;
      b)    Generator lube oil;
      c)    Gear lube oil;
      d)    Day tank levels;
      e)    Fuel tank sump;
      f)    Water pumps;
      g)    Fuel lines;
      h)    Lube lines;
      i)    Water lines;
      j)    Compress air moisture;
      k)    Water temperature;
      l)    Lube oil temperature;

A-29

MIR 00483

49477 D 04337