m)    Fuel pressure;
n)    Hydraulic oil; and,
o)    Gear oil pressure;
p)    Packing in Stuffing Boxes.
q)    Guards around exposed moving parts,
r)    Engine alarms-high bilge, day tank & check wiring for heat sensors

2.    The following equipment must be checked weekly:

a)    Grease routine;
b)    Air filters and hoses;
c)    Battery and constavolt;
d)    Throttle/clutch;
e)    Drive belts;
f)    Air compressor strainer;
g)    Air compressor oil;
h)    Water inhibitor;
i)    Exhaust leaks;
j)    Hydraulic lines; and,
k)    Air box drains.

3.    The following items are time-interval maintenance equipment items and are scheduled by calculating engine hours elapsed:

a)    Main engine oil and filter change;(200 hours)
b)    Main engine fuel filter change;(drop in RPM's or 1000 hours)
c)    Generator oil and filter change;(200 hours)
d)    Generator fuel filter change;(Drop in RPM's or 1000 hours)
e)    Service air cleaner; if applicable
f)    Marine gear oil and filter change;
g)    Main engine vibration damper;
h)    Fire equipment survey;
i)    Safety equipment survey;
j)    Life preserver survey;
k)    Engine alarm survey;
l)    Vessel document survey;
m)    Fire extinguisher re-charge; and,
n)    Heat exchanger zincs replaced.

4.    Vessels will be dry docked for regular maintenance according to the service in which they operate. The Operations Department must schedule the dry-docking at the proper time. The Port Engineer will supervise and authorize all repairs made while the vessel is on dry dock.

5.    The vessel master or his relief will conduct monthly vessel inspections on each vessel. A detailed inspection list must be completed in double with one copy to

A-30

MIR 00484
49477 D 04338



the master and one copy to the Operations Department. All discrepancies and repairs must be addressed in the most efficient manner by the Operations Department.

6.    The attached forms should be used during all routine equipment maintenance checks.

7.    Guards must be in place around exposed moving machinery. Daily inspections will include guard inspections. Notification to maintenance department must be made if vessel crew is unable to re-secure the guard themselves.

8.    Vessels will have gauges and recording of gauge must be noted daily on the vessel and engine room logs. Every vessel will have an independent gauge for oil pressure, rpm's, water temperature, and fuel pressure on the main engines. generators will have oil pressure and water temperature gauges. Gears will have lube pressure gauges.

D.    Requirements and training of the person in charge of maintenance will be advanced degree with 3 years of vessel maintenance experience.

E.    Watertight closures are to be inspected quarterly. Vessel Inspection will be required for doors, ventilators, air pipes, tank vents and other vessel design.

F.    Scuppers or freeing ports must be maintained and clear of debris. Quarterly inspection while vessel is underway will be done to ensure compliance.

MIR 00485



A.5/A.6 VESSEL MAINTENANCE/INSPECTION PROCEDURES
b. Lockout/Tag out Procedure

A.     GENERAL GUIDANCE/OVERVIEW

- This procedure describes the conditions under which lockout/tag out procedures should be undertaken and provides a uniform and consistent work practice that will safeguard Brown Water Marine Service, Inc. crewmembers, operating personnel, equipment, and the environment. It applies to all Brown Water Marine Service, Inc. vessel crewmembers and operations shore personnel.

- Following this procedure will assist in reducing accidents and injuries due to operating errors.

B.     RESPONSIBILITY

1.     The Safety Director is responsible for implementing a company-wide lockout/tag out procedure for marine operations.

2.     The Maintenance and Repair Manager is responsible for implementing a lockout/tag out policy and procedure for work done under his or her supervision.

3.     All Port Engineers and Mechanics are responsible for complying with and enforcing the Lockout/Tag out procedures on Brown Water Marine Service, Inc. vessels.

4.     The vessel captain or wheelhouse person on watch is responsible for ensuring that equipment he or she deems as not fit for service is locked out or tagged out.

5.     Tanker men or other crewmembers are responsible for reporting unsafe or unusable equipment to the vessel captain or wheelhouse person on watch.

C.     PROCEDURES

1.     When boat gear or shop equipment becomes worn or damaged, and is no longer safe or suitable for its intended use, it must be tagged out of service. The tag out list includes, but is not limited to, the following:

    a)     Fire extinguishing systems;
    b)     Air or electrically operated tools;
    c)     Air compressors;
    d)     Portable pumps;
    e)     Bilge pumps;
    f)     Utility cranes;
    g)     Emergency engine shutdown;

A-32

MIR 00486

49477 D 04340

h)   Spotlights;
i)   30 minute self-contained breathing apparatus (SCBAs):
j)   Emergency oxygen kits;
k)   Radars;
l)   Electrical appliances;
m)   Fans or blowers; and,
n)   Other devices that may present a hazard if used in their present
      unsuitable condition.

2.   The vessel captain or wheelhouse person on watch must require that marine
     gear, tools, and safety equipment be tagged and, when possible, physically
     removed to an out-of-service location so it cannot be mistakenly used.

3.   The following information must be written on the tag:

     a)   "Do Not Operate" on one side;
     b)   "Do Not Remove This Tag" on the other side;
     c)   Description of the problem with the item;
     d)   Name of the boat to which the equipment is assigned;
     e)   Signature of individual tagging item; and,
     f)   Date of tagging.

4.   When vessel maintenance is being conducted, energy sources that present a
     hazard to the maintenance personnel must be disconnected, de-energized,
     depleted, or eliminated.  This includes, but is not limited to, the following:

     a)   Securing electrical power and bleeding off air from compressor tanks
          before working on engines or starters;

     b)   Turning off electrical breakers to steering motors, winches, spotlights,
          etc., before working on the unit;

     c)   Securing the source of propulsion and steering when a diver is under a
          boat for maintenance or inspection; and.

5.   The vessel captain or wheelhouse person on watch must require that appropriate
     energy source, switch, valve or breaker box be locked and tagged out of service.

6.   In the event a repair cannot be made immediately, the vessel captain or
     wheelhouse person on watch, Port Engineer, mechanic, Port Captain, or Safety
     Supervisor must ensure that the energy sources are tagged "Do Not Operate"
     and physically locked with appropriate devices, such as:

     a)   Key locks;
     b)   Clamps;

A-33

MIR 00487

49477 D 04341

c)   Tie wraps; or,

d)   Other suitable methods and material that cannot be removed except by forcefully cutting or destroying.

7.   "Do Not Operate" tags must be attached to the gear and its power source when applicable.  The tags should be replaced when they become unreadable.

8.   These precautions are taken because some time may elapse before an item is repaired and put back in operation.  This procedure should prevent an employee from using broken or worn-out equipment by mistake.

9.   Portable equipment sent for repair must be securely tagged.  The tag must be filled out with a complete description of the equipment problem.

10.  Energy sources for boat operating equipment must remain locked and tagged out until the equipment is repaired or removed.

11.  After a unit is restored to service, the energy source may be unlocked and the tag removed jointly by the vessel captain or wheelhouse person on watch and the individual completing the maintenance or repair to the unit.

A-34

MIR 00488

9477 D 04342

## A5/A.6 VESSEL MAINTENANCE AND INSPECTION PROCEDURES
### c. Maintenance and Repair Reporting

A.    GENERAL GUIDANCE/OVERVIEW

- This procedure establishes a system for reporting and handling mechanical and engineering problems aboard Brown Water Marine Service, Inc. boats.

B.    RESPONSIBILITY

1.    The Maintenance Manager is responsible for assigning the Port Engineer or Designate to the boat for repairs.

2.    The Port Engineer or Designate is responsible for performing the duties required by this procedure.

C.    PROCEDURES

1.    The Port Engineer or a Designate receives boat problem information from the boats in any of the following formats:

   a)    Boat Department personnel receive telephone calls during normal working hours at the main office.

   b)    If there is no answer, the Port Engineer is paged.

   c)    The Answering Service receives calls to the same phone numbers after normal working hours.

   d)    The Answering Service contacts the "on call" personnel.

   e)    The "on call" personnel will assist with the problem or contact the appropriate party.

   f)    Non-emergency boat repair information is written up on Boat Engine Room Logs and sent to the main office with regular crew change.

2.    The Port Engineer evaluates the problem to determine if it is routine, non-routine or emergency repair.

3.    The Port Engineer notifies the Traffic Department of the problem and estimated time for repair, and may ask to remove the boat from service depending on the repair designation.

4.    The Port Engineer or Boat Mechanic records the problem on the Daily Maintenance and Repair schedule.

MIR 00489

49477 D 04343

5.   The Dispatch notifies the Port Engineer when the boat is available for repair.

6.   The Port Engineer coordinates repairs as needed and reviews the daily maintenance and repair schedule for previously reported items needing repair.

7.   The Port Engineer notifies Dispatch when the repairs are complete and the boat is ready for service.

8.   The Port Engineer or Boat Mechanic completes a Boat Maintenance and Repair Report, and then removes the repaired item or items from the Daily Maintenance and Repair Schedule.

MIR 00490



### A.5/A.6 VESSEL MAINTENANCE AND INSPECTION PROCEDURES
#### d. Routine Vessel Repairs/Make Up Wire

A.    GENERAL GUIDANCE/OVERVIEW

- This procedure establishes guidelines for handling routine repairs to Brown Water Marine Service, Inc. boats, including, but not limited to, dry docking, topside, and machinery repairs.
- Make up wires aboard vessels are the lifeline of the industry and a uniform system for maintaining and inspecting wires is necessary by the Captain and crew.

B.    RESPONSIBILITY

1.    The Maintenance Manager is responsible for assigning the Port Engineer or Designate to the repair.

2.    The Port Engineer or Designate is responsible for performing the duties required by this procedure.

C.    PROCEDURES

1.    The Port Engineer schedule boats for routine repairs or dry dockings using the Boat Maintenance History Status Board and Daily Maintenance and Repair Schedule.

2.    The Port Engineer takes the following steps:

   a)    Coordinates with Dispatch when a boat is nearing its scheduled repair or dry docking period.

   b)    Prepares a list of repairs with the assistance of the boat crew.

   c)    Refers to the Vessel Logs, Engine Room Logs and Repair Schedule, and the Vessel Inspection Report for any additional items to add to the list of repairs.

   d)    Reviews the list of repairs and select a shipyard to perform the repairs or do at Brown Water Marine Service, Inc. facility.

   e)    Reviews the list of repairs with the shipyard representative, and together they estimate the time required to perform the repairs.

   f)    Notifies the Dispatcher of the boat's routine repair and the estimated time out of service for the repairs.

A-37

MIR 00491

00477 D 04345

           i)      The Dispatch notifies the Port Engineer when the boat is available for the repairs.

g)      Schedules the shipyard for routine repairs.

h)      Conducts a machinery survey or dry dock report and a hull inspection if the boat has been in dry dock.

i)      Inspects the items on the repair list and add additional items captured during the hull and machinery survey.

j)      Reviews the additions to the repair list with the shipyard representative and modify the estimated completion time if affected by the additional items.

k)      Notifies the Dispatch of the additional repairs and the new completion time.

l)      Inspects and verifies repairs made by the vendor against the repair list.

m)      Notifies the Dispatch when the repairs are complete and the boat is ready for service.

n)      Completes a Dry dock Report, Shipyard Guidelines Report and a Maintenance and Repair form, and makes appropriate corrections to the daily schedule.

o)      Files completed forms, reports and lists in the Boat Maintenance file for the boat on which the repairs were made.

3.    Make up wire - care, maintenance and inspection procedure.

a)      Captain and crew are required to inspect and log on the logbook a visual inspection of all towing gear.

b)      Care should be taken to avoid crushing wire between the tug and barge or dock.

c)      Wires must be lubricated, but not more than once per week.

d)      Eye sockets must be inspected as well.

e)      Wires that are frayed, have severe corrosion, stiff, or kinked must be discarded.

f)      Only company issued cables may be used and the following minimum specifications are to be followed:
          4.     7/8" Galvanized cable will have 7.6 tons straight pull.
          5.     7/8" Hula Hoops with chain will have 12 tons straight pull.

MIR 00492

49477 D 04346

## A.5/A.6 VESSEL MAINTENANCE AND INSPECTION PROCEDURES
### e. Non-Routine Vessel Repairs

A.    GENERAL GUIDANCE/OVERVIEW

- This procedure establishes guidelines for handling non-routine vessel repairs aboard Brown Water Marine Service, Inc. vessels, including, but not limited to, dry docking, topside, and machinery repairs which do not affect the vessel's ability to run or operate safely.

B.    RESPONSIBILITY

1.    The Port Engineer is responsible for the repairs.

2.    The Port Engineer or Designate is responsible for performing the duties required by this procedure.

3.    The Dispatcher is responsible for arranging for boats to be available for repair.

C.    PROCEDURES

1.    The wheelman on watch reports problems involving the boat's hull, machinery or equipment to Dispatch and or the Port Engineer.

2.    The Port Engineer or Designate takes the following steps:

   a)    Gathers the information and notifies Dispatch of the problem. Once the boat's destination is determined, the Traffic Department places orders to schedule repairs.

   b)    Adds the reported problem to the Daily Maintenance and Repair Schedule and checks to see if other repairs are necessary.

   c)    Decides whether to make the repairs himself, or dispatch the Shore Boat Mechanic or vendor to make the repairs.

   d)    Notifies Dispatch of the repairs needed and estimated time to correct the problem.

   e)    Notifies Dispatch when the repairs are complete and the boat is back in service.

3.    The Port Engineer or Boat Mechanic fills out the Boat Maintenance and Repair Report and notes any new problems encountered that could not be repaired within the time frame of the original repair.

A-39

**MIR 00493**

49477 D 04347

4. The Port Engineer or Boat Mechanic reviews the repairs made to the boat and any additional problems encountered while making repairs.

5. The Port Engineer or Boat Mechanic updates the Daily Maintenance and Repair Schedule.

A-40

MIR 00494

49477 D 04348

## A.5/A.6 VESSEL MAINTENANCE AND INSPECTION PROCEDURES
### f. Emergency Vessel Repairs

**A.     GENERAL GUIDANCE/OVERVIEW**

- This procedure establishes guidelines for handling emergency vessel repairs on Brown Water Marine Service, Inc. boats, including, but not limited to, dry docking, topside and machinery repairs that affect the boat's ability to run or operate safely.

- Failure or malfunction of vessel equipment may require notification of the Coast Guard and submittal of Form CG-2692. See section D (Incident Reporting Procedures) for further guidance.

**B.     RESPONSIBILITY**

1.     The Port Engineer is responsible for assigning and designating the repairs.

2.     The Port Engineer or Designate is responsible for performing the duties required by this procedure.

**C.     PROCEDURES**

1.     The wheelman on watch, or a designate, reports problems involving the boat's hull, machinery or equipment to the Port Engineer and Dispatch.

2.     The Port Engineer or Designate takes the following steps:

    a)     Contacts the wheelman on watch to determine if the boat can safely travel to a designated site to make repairs.

    b)     Gathers information and determines whether to make the repairs himself or dispatch shore mechanic or vendor to make the repairs.

    c)     Notifies the Traffic Department of the problem and requests assistance, if needed, to get the boat to a designated site to make repairs.

    d)     Obtains an estimated time for repairs to be complete.

    e)     Notifies the Traffic Department of the estimated time the boat will be out of service for repairs.

    f)     Follows the repairs through completion.

    g)     Notifies the Traffic Department when repairs are complete and the boat is back in service.

MIR 00495

49477 D 04349

h)    Notifies the Boat Maintenance Manager of the problem and corrective action taken.

i)    Fills out the Boat Maintenance and Repair Report and updates the Daily Maintenance and Repair Schedule.

MIR 00496

49477 D 04350

## A.6/A.7 BENZENE POLICY

A.    GENERAL GUIDANCE/OVERVIEW
- This procedure establishes guidelines for handling emergency vessel repairs on Brown Water Marine Service, Inc. boats, including, but not limited to, dry docking, topside and machinery repairs that affect the boat's ability to run or operate safely.

B.    PROCEDURES

- Benzene-containing cargoes must be handles to minimize exposure to hazardous levels of benzene. Additionally, benzene exposure below the current PEL/TLV during all operations involving benzene-containing cargoes.
- Terminals handling benzene must have vapor recovery systems.
- Respirators must be worn during the following conditions or operations:
    a)    Spills involving benzene-containing cargo.
    b)    Tanker-man operations when PIC feels significant health hazards are a concern
    c)    While connecting or disconnecting cargo or vent hoses.
    d)    Bleeding off air pumps.
    e)    Benzene exposure levels:

|          |                                                      |
|----------|------------------------------------------------------|
| 1 ppm:   | Permissible exposure limit (PEL)                     |
| 5 ppm:   | 15-minute short-term exposure limit (STEL)           |
| 1000 ppm | Immediately dangerous to life or health (IDLH). This concentration represents a level from which on could escape within 30 minutes without any escape-impairing symptoms or irreversible health effects. |

C.    Hazards and Precautions

1)    Characteristics of benzene

    i)    Benzene is a clear liquid, naturally occurring in crude oils, and formed during the gasoline refining process. It has a distinctive sweet odor, which does not provide adequate warning of its hazard. Benzene cannot be detected by sense of smell until it reaches 4.68 ppm – well above the 1 ppm permissible exposure limit. Monitoring has demonstrated that when there is a steady smell of gas in the work area, it is likely that benzene concentrations exceed the safe exposure level, and respiratory protection is needed.

    ii)    Most gasoline contain from 1% to 5% benzene.

    iii)    Benzene presents both acute (short-term) and chronic (long-term) hazards.

**MIR 00497**

A-43

49477.D 04351

2)    Toxic effects of benzene:

    i)    Benzene's acute health effects are not considered a significant health hazard. Acute health effects do not normally materialize until vapor concentrations are well above the level at which the odor is recognizable.

    ii)    Repeated or prolonged exposure to low concentrations of benzene (chronic or long-term exposure) presents benzene's most significant health hazard. The effects of chronic exposure to sufficiently high levels of benzene can range from anemia to leukemia. Because benzene's greatest hazard is in the repeated or prolonged inhalation of low concentration of vapor, accurate monitoring and adequate respiratory protection is essential.

| | |
|---|---|
| 1 ppm to 10 ppm: | Half-face respirator with organic vapor cartridges. |
| 10 ppm to 50 ppm: | Full-face respirator with organic vapor cartridges or canister. |
| 50 ppm +: | Supplied air respirator with full-face piece in the positive pressure mode. This may be either positive pressure SCBA or positive pressure airline respirator with 5 or 10-minute escape respirator. |

D.    Benzene emergency procedures

  1)    First air-immediate actions

    It is unlikely that an individual would be overcome by acute benzene overexposure during normal transfer operations. However, should an individual be significantly overexposed to a benzene-containing cargo and require immediate treatment, the following actions should be taken:

    i)    *Eye and face exposure:* Wash immediately with large amounts of water. If irritation persists, see a physician as soon as possible.

    ii)    *Skin exposure:* Remove contaminated clothing and wash exposed skin with soap and water.

    iii)    *Inhalation:* Move the victim to fresh air immediately. If breathing has stopped, provide artificial respiration. Call for medical assistance as soon as possible.

    iv)    *Swallowing:* If for some reason, an individual has swallowed a benzene-containing product, do not induce vomiting. Call for medical assistance immediately.

A-44

MIR 00498

49477 D 04352

v)   In any case following significant overexposure to a benzene-containing cargo, contact the vessel captain. It will be necessary for the individual who is overexposed to undergo a physical examination.

2)   Spills and/or leaks

In the event of a spill or leak of a benzene-containing cargo, stop all cargo transfer operations immediately. Don respirator with organic vapor cartridges, and eliminate all ignition sources in the area. Respiratory protection must be worn until area and personnel monitoring demonstrates that the area is safe.

A-45

MIR 00499

49477 D 04353

## A.7 CARGO TRANSFER/CARGO HANDLING PROCEDURES

A.    GENERAL GUIDANCE/OVERVIEW

- This procedure establishes guidelines for handling and transferring cargo aboard Brown Water Marine Service, Inc. barges in an efficient, safe, and environmentally sound manner.

B.    RESPONSIBILITY

1.    The tanker man on watch is the designated Person in Charge (PICK) and is responsible for transferring cargo and carrying out related operations on barges.

2.    The wheelman on watch is responsible for ensuring that this procedure is followed.

C.    PROCEDURES

1.    Personnel Procedures

    a)    The PIC must remain onboard the vessel and alert at all times during transfer operations.

    b)    The PIC must personally supervise the connection, top-off, disconnect or any other step critical to the transfer.

    c)    The PIC must give orders to start the flow of cargo to or from the barge.

    d)    No person may serve as PIC of transfer operations on more than one barge at a time unless:

        i)    The barges are immediately adjacent;
        ii)    There is easy access between barges;
        iii)   The PIC is not in charge of both the barge and the facility;
        iv)   The terminal operations manual addresses multi-barge transfers and is approved by the Coast Guard Captain of the Port; and,
        v)    The barge has a Letter of Alternate Compliance from the Captain of the Port allowing double transfers.

    e)    The wheelman on watch must be on the barge during critical times to serve as a "second pair of eyes."

2.    Pre-Transfer Procedures

MIR 00500

49477 D 04354

a)    Prior to commencing cargo transfer operations, the Person in Charge must inspect the barge to ensure that the following conditions are met. Any defects must be reported immediately to the Operations Manager prior to cargo transfer:

    i)    Proper mooring -- minimum of four lines in good condition and of adequate size and length;

    ii)    When possible, use a double stern and bow line and a forward and backing line;

    iii)    Identify cargo as Subchapter D or other by using the MSDS on the cargo or the Chemical Data Guide;

    iv)    Valid Certificate of Inspection:

        a)    Cargoes other than Subchapter D and non-regulated cargoes must be listed on the COI for the barge to be authorized to transport that cargo.

        b)    Using the MSDS, establish the freeze point of the cargo.

        c)    If the freeze point is close to or above the outside temperature, see Freezing Cargo Procedure.

    v)    Valid Certificate of Financial Responsibility (if applicable);

    vi)    Review vessel operating instructions and piping arrangement;

    vii)    Warning sign and red flag displayed where required;

    viii)    Dangerous cargo placards displayed where required;

    ix)    Minimum of two fire extinguishers per barge are present;

    x)    Proper mooring lights and red loading light are required for night transfers;

    xi)    Proper bonding device is present. If required, connect before cargo connections and vapor connections are made and maintain until cargo connections and vapor connections have been broken;

    xii)    Cargo hose connection (bolt in every hole including blank flanges), gasket, and hose in good condition;

    xiii)    No cargo odor, water, or leaks in voids and rake tanks;

    xiv)    Condition of drip pans -- empty with all drain valves plugged or in the closed position;

    xv)    Blind flanges -- bolts tight, good gasket with a bolt in every hole;

    xvi)    Butter-worth hatches -- all dogs tight and gaskets in place;

    xvii)    Flame screens in good condition and in place;

    xviii)    Thoroughly inspect barge for damage that could cause pollution. If damage is found, immediately report it to the wheelhouse person on watch;

    xix)    Check lube oil, coolant, and fuel for pump engine;

    xx)    Test cargo pump engine emergency shutdown and reset;

    xxi)    Check cargo pump seal and packing for evidence of leakage;

    xxii)    Test cargo valves for ease of operation;

    xxiii)    Ensure an adequate supply of absorbent material is onboard the barge;

A-47

MIR 00501

49477 D 04355

xxiv) Verify hydrostatic test date stenciled on the cargo hose is within the previous 12-month period;

xxv) If used, vent stacks are to be in the raised position with all valves open; and,

xxvi) Consult with terminal representative and jointly prepare Declaration of Inspection.

3.  **Cargo Planning**

a)  The Person in Charge maintains stability and minimizes hull stress during cargo transfer operations by keeping draft and trim in mind at all times, and regulates cargo flow accordingly.

b)  The Person in Charge makes preliminary and final calculations of the amount of cargo onboard to ensure that there is enough outage in each tank to allow for cargo expansion during the trip. Specific gravity information is obtained from the inspector, or from the MSDS prior to transfer.

4.  **Cargo Transfer Procedures**

a)  Line up initial cargo system;

b)  The Person in Charge gives the okay to begin transfer operations;

c)  Begin cargo flow at the agreed upon rate;

d)  Monitor all connections for leaks. Shut down system if leak is discovered and do not start transfer until all leaks are stopped;

e)  To discharge, ensure all shore valves are fully open to the receiving tanks before the barge manifold valves are opened;

f)  Check for pressure in the shorelines. If pressure exists, put pump on the line before the manifold valve is opened to avoid possible backflow into the barge tanks;

g)  If performing a closed discharge, ensure vent stack is open or nitrogen is being put on the barge by the dock and the flow has started.

h)  Monitor pressure/vacuum gauge to ensure that the vacuum is not being pulled on the barge.

i)  If the vacuum is 0.3 or over, check the vest stack to ensure that it is open and nitrogen is flowing, and/or slow the discharge rate.

A-48

MIR 00502

49477 D 04356

       ii)     If the vacuum does not fall below 0.3, stop the transfer.

i)       To load, open the barge manifold valve and cargo tank valves before the shore side valves. Continually check with the shore side Person in Charge to ensure that the cargo flow does not start prematurely.

j)       Once the product flow begins, inspect the total cargo transfer system to ensure that there are no leaks, that the proper tanks to discharge or receive product are being used, and that there is no discharge to the wing tanks or overboard.

       i)     Pay special attention to pump seals, sample/gauge tubes, blinds and other fittings that are subject to leakage. Repeat inspections frequently during the total transfer operation.

k)      When the transfer system is running properly, and with the agreement of the shore side Person in Charge, increase the transfer rate to the agreed upon rate. Since the increased pressure could cause leakage, re-check the system.

l)      Check barge figures against shore figures for the amount of cargo to be received during the total transfer.

m)     Avoid closing any cargo or manifold valve against shore or barge pump pressure. When changing from one tank to another, ensure all valves to the tanks receiving cargo are opened before closing valves to the tanks being topped off.

n)      During final shutdown after loading, which must be done at reduced rates, the shore valves should normally be closed before the vessel manifold valves. During final shutdown after discharging, the barge manifold valves should normally be closed before the shore side valves.

o)      The vessel's mooring lines or wires will slacken or tighten as the draft changes due to cargo transfer or as a result of tide or current changes. Check the lines frequently and adjust them as necessary to keep the barge alongside the dock and the barge-to-shore connection in proper alignment.

       i)     Ensure that mooring lines are long enough to allow for changes in draft, surge and tide during transfer operations;

       ii)    Do not perform cargo transfers unless moorings are strong enough to hold in all expected surge, current and weather conditions; and,

       iii)   Consider all conditions at the dock to determine the adequate size, proper lead and the number of lines necessary. Ensure that

MIR 00503

49477 D 04357

all lines have the proper lead and are secure. When possible, use a breast line on the bow and stern and a forward and backing line.

p)   Check hose leads frequently to ensure they are long enough and that they have not slipped between the barge and the dock.

q)   The Person in Charge should check the water around the barge regularly, particularly around drip pans and hose connections.

   i)   If product is observed around the barge, immediately stop the transfer until the source is found. If the source is found to be the barge, do not restart the transfer until the leak is stopped and cleanup operations are complete.

r)   The Person in Charge must be alert at all times to the weather and other conditions around the barge which may require additional precautions:

   i)   Shut down the cargo transfer during severe electrical storms, or if a fire occurs on the dock, on the barge, or in the near vicinity.

   ii)   No vessel may approach or stay alongside the barge when transferring cargo without permission from the Person in Charge of the facility.

s)   The facility Person in Charge must prepare to shut down and tend the mooring lines or take whatever action may be required if a vessel appears to be approaching at excessive speed. The surge caused by a passing vessel can cause damage to the barge-to-shore connection.

t)   Shut down all transfer operations any time safety or pollution control is in question.

5.   Post-Transfer Procedures

a)   The Person in Charge must ensure that care is taken while draining the cargo connection, disconnecting the hoses and arms, and securing the cargo manifold after the completion of a transfer operation.

b)   Avoid pressurizing the cargo hose or loading arm by closing the shore side valves before the barge manifold valve. After discharge operations, close the barge main-fold valve first.

c)   Allow air to vent in the system when the hose or arm is being drained to avoid a vacuum which would prevent compete drainage. Ensure there is enough room in the cargo tanks to receive the extra cargo.

MIR 00504

49477 D 04358

d)   Drain all cargo from the connections and into the barge drip pan or shore containment system.

e)   Always loosen the bottom of the connection first so that any spray of residue will drain into the drip pan. Ensure that drip pans are placed under every coupling that is to be broken, and that drains or plugs are in place.

f)   Before the coupling is loosened, ensure the hose or arm weight is not putting pressure on the flange couplings and that enough personnel are present to handle the job.

g)   Hold the arm in place as soon as the hose arm is disconnected so that a blank and gasket can be applied before it is moved. Place a bolt in every hole and tighten evenly.

h)   Place a blank and gasket on each cargo manifold, with a bolt in every hole and tightened evenly.

6.   Procedures for Operating the Emergency Shutdown

a)   To stop the flow of product from the barge in an emergency, the barge is equipped with a plainly marked emergency shutdown cable running from the main pump engine down the center of the barge approximately 100'.

b)   To test the cable or operate it in an emergency, grab the handle provided at the shutdown station and pull upwards. This will trip the flapper restricting the airflow to the engine, and the engine will die. The emergency cable will need to be reset after use before the engine will restart.

7.   Communication Procedures

For vessel-to-vessel transfers, federal regulation requires that continuous two-way voice communication be available between the Persons in Charge of both vessels. If portable radios are used to meet this requirement, they must be intrinsically safe.

8.   Procedures for Topping Off Cargo Tanks

a)   Cargoes and reduced transfer rates to be used during topping off and trimming of the barge should be agreed upon during the pre-transfer conference.

b)   The Person in Charge must notify the facility Person in Charge at least ten minutes before final topping and trimming operations begin, so that he or she can reduce the flow and prepare for final shutdown.

A-51

MIR 00505

49477 D 04359

c)  Top off the barge from bow to stern, making certain to keep it as level as possible to prevent cargo from entering the vapor recovery system or leaking from the Butter-worth hatches.

d)  Before reaching the assigned draft or cargo level, have the facility Person in Charge start slowing the shore pumps.

e)  Close the #5 and #6 cargo tank valves, and pinch down on the #3, #4, and #2 cargo tank valves. Remember that when you close the #5 and #6 tank valves, and pinch down on the #3, #4, and #2 tank valves, the flow into the #1 cargo tanks increases.

f)  As the product level in the cargo tank approaches the required level, pinch down on the #1 port and starboard, and open the #2 cargo tanks. This will help avoid excess pressure being placed on the rest of the piping.

g)  As the product reaches the proper level in the #1 tanks, close the valve tightly, then reopen the valve to wash away any scale in the valve gate and close tightly.

h)  As the product reaches the proper level in the #2 tanks, pinch down on the #2 valves and open the #3 cargo tanks. Close the valve tightly, then reopen the valve to wash away any scale in the valve gate and close tightly. Check the closed cargo tanks frequently to make sure that the cargo level is not rising. Continue in the same method as above for #3, #4, and #6 cargo tanks.

i)  Notify the facility Person in Charge prior to stopping the flow. When the cargo level in the #5 port and starboard cargo tanks reaches the proper level, signal the facility Person in Charge to shut down. Remember to leave enough room to drain the dock hose. Close all cargo valves and header valves.

j)  When transfer operations are complete, the Person in Charge reviews the cargo system to ensure that all necessary valves are closed, and blanks are on all manifolds and hoses. Ensure all ullage hatches, expansion domes, spill valves, and standpipes are tightly closed and all flame screens are in place.

k)  When topping and trimming barges, remember:

   i)  Closing off one tank increases the rate of flow to other tanks in the system;

   ii)  The rate of flow into any tank which is nearly full can quickly be reduced by opening the valve to another tank;

MIR 00506

49477 D 04360

iii) The Person in Charge of topping off cargo tanks must give the process his undivided attention, which means he cannot perform other duties simultaneously, such as reading the barge's draft;

iv) To close a valve, seal it hard, then open slightly to wash any scale which may be under the gate, then close hard again;

v) The greater the pressure against a valve, the longer it will take to open or close it;

vi) The liquid level in the topped off tanks should be checked frequently to make certain that the level is not rising. This may occur is the barge stripping system is not properly secured or cargo valves are leaking; and,

vii) After topping off the last tanks and during the final securing of transfer operations, it is important to avoid having the cargo hose or loading arm pressurized. To avoid this condition, the shore side valves should be closed before the barge manifold valves. After discharge operations, the barge's manifold valve should be closed first.

9. **Spill Reporting Requirements**

Federal regulations require that Persons in Charge of a barge or facility report to the National Response Center as soon as they have knowledge of any discharge of oil or hazardous substances from a barge or facility.

MIR 00507


49477 D 04361

### A.7.b. VAPOR CONTROL PROCEDURES
#### i. Vapor Recovery Transfer Rate

A.    GENERAL GUIDANCE/OVERVIEW

- This procedure establishes guidelines for determining the maximum allowable transfer rate for vapor recovery loadings on Brown Water Marine Service, Inc. barges equipped with vapor recovery systems.

B.    RESPONSIBILITY

1.    The Person in Charge of transfer operations is responsible for performing the duties required by this procedure.

2.    The wheelman on watch is responsible for ensuring that this procedure is followed.

C.    PROCEDURES

1.    Ensure that the cargo transfer rate does not exceed the maximum allowable transfer rate as determined by the smallest of the following measures:

   a)    80% of the total venting capacity of the pressure relief valves in the cargo tank venting system;

   b)    The total vacuum relieving capacity of the vacuum relief valves in the cargo tank venting system; and,

   c)    The rate based on the pressure drop calculations at the barge vapor header.

2.    Maximum transfer rates for all vessels operating under vapor recovery are as follows:

   a)    10,000 to 15,000 barrel barges = 3,500 barrels per hour;

   b)    20,000 barrel barges and above = 5,000 barrels per hour.

3.    The Operations Manager must approve transfer rates exceeding these maximums.

MIR 00508

49477 D 04362

## A.7.b. VAPOR CONTROL PROCEDURES
### ii. Pre-transfer Inspection For Vapor Recovery Operations

A.   **GENERAL GUIDANCE/OVERVIEW**

- This procedure establishes guidelines for ensuring that vapor recovery components are operating properly aboard all Brown Water Marine Service, Inc. tank barges.

B.   **RESPONSIBILITY**

1.   The Person in Charge of transfer operations is responsible for following this procedure.

2.   The wheelman on watch is responsible for ensuring that this procedure is followed.

C.   **PROCEDURES**

1.   Follow the procedures outlined below in addition to the procedures utilized during normal transfers:

   a)   Wear personal protective equipment (PPE) as needed for the cargo in the barge when testing P/V and spill valves, hooking up hoses, or draining low points.

   b)   If the barge is to load benzene, ensure that a Certificate of Vapor Tightness is onboard.

   c)   Close the low point drain on the port/starboard vapor header, if applicable.

   d)   Close the low point drain near the vent stack, if applicable.

   e)   Close valve to the vent riser.

   f)   Check the pressure disc of each spill valve fitted on each cargo tank.

   g)   Blinds used for the vapor control manifold should have a hole located in the twelve o'clock position to accommodate the vapor control system.

   h)   Each cargo tank is fitted with a liquid level gauge stick. Remove the cap, raise the stick, and set the specific gravity for the product to be transferred.

   i)   Ensure that the last one meter (3.3 feet) of vapor piping before the vapor connection is painted red/yellow/red.

A-55

MIR 00509


49477.D 04363

j)  The cross-header should be stenciled with the word "VAPOR" in black letters at least 2'' high.

k)  The vapor connection flange should be fixed with a 1" long by 1/2" diameter stud projecting outward from the face of the flange, midway between bolt holes.

l)  The high level alarms for each cargo tank, if installed, should be labeled "ALARM/SHUTDOWN SENSOR."

m)  Ensure that the P/V relief valve flame screen, if required, is in place and in good condition prior to testing.

n)  Ensure that the facility has a Letter of Adequacy endorsed as meeting the requirements of 33 CAR Subpart E.

MIR 00510

49477 D 04364

## A.7.b. VAPOR CONTROL PROCEDURES
### iii. Vapor Piping

A.    GENERAL GUIDANCE/OVERVIEW

- This procedure establishes guidelines for identifying the vapor header and preventing misconnection of loading lines on Brown Water Marine Service, Inc. tank barges.

B.    RESPONSIBILITY

1.    The Person in Charge of transfer operations is responsible for following this procedure.

2.    The wheelman on watch is responsible for ensuring that this procedure is followed.

C.    PROCEDURES

1.    The Person in Charge checks the vapor-piping diagram.

2.    Characteristics of a vapor header:

    a)    The vapor collection piping system on tank barges is permanently installed and located as close as practical to the loading manifold. The piping system is electrically bonded to the hull and electrically continuous.

    b)    The last one meter (3.3 feet) of vapor piping prior to the valve before the vapor connection is painted red/yellow/red. The red bands are 4" wide and the yellow band is 32" wide.

    c)    The vapor header is stenciled with the word "VAPOR" in black letters at least 2" high.

    d)    The vapor connection flange is to be fixed with a 1" by 1/2" diameter stud projecting outward from the face of the flange. This stud is located at the top of the flange, midway between bolt holes.

    e)    When not in use, blank off the vapor headers using a single blank flange with a bolt in every hole. Each blank flange used on the vapor piping has a hole drilled at the twelve o'clock position to accommodate the pin.

MIR 00511

49477 D 04365

### A.7.b. VAPOR CONTROL PROCEDURES
#### iv. Inspection And Verification Of Vent Lines

A.    GENERAL GUIDANCE/OVERVIEW

- This procedure establishes guidelines to ensure that approved vapor recovery systems or common vent lines are free of polymer build-up prior to loading or discharging.

B.    RESPONSIBILITY

1.    The Person in Charge of transfer operations is responsible for following this procedure.

2.    The wheelman on watch is responsible for ensuring that this procedure is followed.

C.    PROCEDURES

1.    The Person in Charge performs the following steps:

a)    Checks the Certificate of Inspection on board the barge.

b)    Locates polymerizing or inhibited cargoes in the section of the CIO marked *Specific Hazardous Cargo Authority*.

c)    Refers to the Chemical Data Guide or the MEDS Manual on board the vessel to determine what cargoes are subject to polymerization, or what cargoes are inhibited.

d)    Locates the MSDS for the cargo and determines its toxicity and whether or not it is a polymerizing or inhibited cargo.

e)    Checks each inspection port, if the barge is so equipped. If the barge is not so equipped, the PIC checks the vapor header when making a connection with a flashlight (at night) or a mirror (during the day) for polymer build-up..

i)    Personal protective equipment must be worn when checking for polymerization.

f)    Notifies the wheelman on watch when polymerization is suspected.

2.    The wheelman on watch reports the problem to the Operations Manager.

A-58

MIR 00512

49477 D 04366

## A. 9 PROCEDURES FOR IDENTIFYING CRITICAL STORES AND SUPPLIES

A.    GENERAL GUIDANCE/OVERVIEW

- The purpose of this procedure is to establish uniform guidelines for identifying critical stores and supplies to be ordered for Brown Water Marine Service, Inc. vessels.

B.    RESPONSIBILITY

- The master is responsible for ensuring that routine store and supply requisitions are sent in to the Brown Water Marine Service, Inc. main office, and for limiting and controlling the number of routine store and supply requisitions.

C.    PROCEDURES

1.    Routine store and supply requests should be called in to the offices of Brown Water Marine Service, Inc., to the Vessel Operations off of the requisition forms the day prior to crew change or by fax transmission.

2.    The master shall review and call in the store and supply requisition after a comprehensive review.

3.    Crewmembers submitting requisition forms to the Master for review should verify all part numbers and list all possible information on any non-standard supplies requested.

4.    Attention to correct part numbers is essential when completing store and supply requisition forms.

MIR 00513

49477 D 04367

## B. 1 COMPANY SAFETY POLICY

- Brown Water Marine Service, Inc. is committed to safety in all phases of our operations. We fully comply with all applicable laws and regulations. Our corporate safety program supplements existing safety standards as a means of providing additional protection for our employees, the environment, and our cargo. Every Brown Water Marine Service, Inc. employee is expected to give his or her full support to our corporate effort to promote safety.

- We believe that all accidents are preventable by establishing rules and safe working procedures, exercising good judgment, and using common sense. Preventing accidents will prevent injuries and death. All Brown Water Marine Service, Inc. employees have the opportunity and responsibility to protect themselves and to contribute to the protection of their fellow crewmembers, the environment, and the equipment for which they are responsible.

- The individual is always directly responsible for his or her immediate actions, or inaction, and is therefore the only person who can guarantee his or her own safety. A job is well done only when it is done safely.

- We expect to maintain efficiency in our daily operations by doing every job safely and correctly the first time and every time. Accidents and injuries that occur as a result of carelessness or attempting to save a few minutes are unacceptable. Everyone is expected to recognize the need to practice "safety first" when engaged in any task.

- Safety policies or procedures are always subject to amendment if an employee has a suggestion for a better way. Everyone is encouraged to participate in the development of new procedures, or revisions to existing procedures, by making recommendations to the Brown Water Marine Service, Inc. Safety Director. You may call, send your suggestions in written form, or stop by the office to discuss your ideas. Your efforts will be very much appreciated.

MIR 00514

49477 D 04368

## B. 2 COMPANY SAFETY RULES

**A.   RESPONSIBILITY**

1.   The Captain is responsible for ensuring that the most current copy of Brown Water Marine Service, Inc.'s Safety Manual is on board the vessel at all times. At least once a year, the Captain must review the Safety Rules with the crew, and note the review in a safety meeting report.

2.   The Manager of Safety and Training is responsible for reviewing, updating, and maintaining the Safety Rules, and distributing revisions to the Safety Rules as needed.

3.   All Brown Water Marine Service, Inc. employees must follow company Safety Rules at all times.

**B.   SAFETY RULES**

1.   It is the policy of Brown Water Marine Service, Inc. that we will operate safely and in full compliance with all safety regulations. All employees are to support this policy.

2.   No one may board any Brown Water Marine Service, Inc. vessel if he/she is under the influence of alcohol or drugs.

3.   No alcohol or drugs are allowed aboard any vessel owned or operated by the Brown Water Marine Service, Inc. Violation of this rule will result in immediate dismissal.

4.   Life vests or work jackets must be worn at all times when the possibility of falling overboard exists. Brown Water Marine Service, Inc. employees must wear a life jacket when on the tow, in a skiff, boarding or leaving a boat or barge, or at any other time when exposed to the water. Life vests must be properly secured when worn.

5.   Station bills are posted on each boat. Each crewmember must review his assignment aboard the vessel and be prepared to respond in an emergency. Learn your station immediately upon boarding your assigned boat.

6.   Steel-toed work shoes are to be worn while aboard the vessel. All hands on watch must wear shoes that have skid and oil-resistant soles. Personnel working on deck must wear shoes that are at least ankle-high. Tennis shoes are forbidden when boarding the boat, when on watch, or when leaving the boat.

MIR 00515

49477 D 04369

7.   All newly hired personnel must be aware that hazards are involved in learning a new job. When in doubt, ask. Always know exactly what you are supposed to do before you try to do it.

8.   The boat and tow must be kept clean and free of obvious safety hazards. Good housekeeping will eliminate most hazards before an accident occurs. Stow lines, rigging, buckets, etc. when you finish a task.

9.   Stairways and ladders must always remain unobstructed, clean, and free of tripping hazards. Never lay lines, cords, or wires across or down stairs.

10.  Decks and walkways must be kept dry and free of slippery areas. All cargo residue, wet or dry, must be removed as soon as possible.

11.  Hand rails must be used at all times when using stairs or permanently installed ladders. Always face the stairs when going up or down them. Never attempt to use the stairs when both hands are full or your vision is obstructed.

12.  When walking on the tow, always use an inboard walkway, not the outside edges.

13.  Always carry a load on your outboard shoulder. Be prepared to let the item you are carrying fall overboard instead of yourself.

14.  Treat vessel drills as a real emergency. Always respond with the appropriate equipment and report to your specified location.

15.  No smoking areas must be observed without fail. You are not permitted to smoke:

     a)   Aboard any tow of liquid cargo;
     b)   On any dock;
     c)   In the deck locker;
     d)   In bed;
     e)   At fueling stations;
     f)   When fueling outboard engines;
     g)   When painting or mixing paint;
     h)   When using spray cans; or
     i)   When handling any flammable product.

16.  Learn the location of all emergency equipment aboard your vessel. Know how to use the equipment before an emergency arises.

17.  If you discover a fire, reports the fire first, then fight the fire with the available equipment until help arrives.

B-3

MIR 00516

49477 D 04370

18.   Always wear clothing appropriate for the task you are performing. Long pants and shirts are always required.

19.   Cargo transfer operations create their own particular hazards. All personnel engaged in hookups, transfers, disconnect or cargo monitoring must always wear the appropriate protective equipment. Gloves, eye protection, respiratory protection, and protective clothing must always be worn if specified in the cargo transfer procedures.

20.   Eye protection must be worn when using power tools, airlines, welding/cutting equipment or any activity that increases the chance of foreign material entering your eye.

21.   Hearing protection must always be worn when in the engine room, generator room, barge machinery area, or when passing through spaces that have high noise levels.

22.   When laying wires, handling lines, working ratchets, etc. always work on the inside side of the line and protect yourself from a fall overboard. Ratchets must always be tightened inboard.

23.   Line handling while locking or docking a tow may present a hazard to anyone who is not alert to his surroundings. Pay very close attention to the lines at each station. Keep yourself away from lines under strain and never straddle a line or place your feet in the bight. If you observe a situation that may create an immediate hazard, leave the area.

24.   Be alert for other hazards that may arise while locking or docking. Hard bumps and gaps between the barges or between a barge and the lock wall may occur. Avoid an unsafe situation by paying close attention to what is happening around you. Inattention may lead to injury.

25.   Always help other crewmembers stay safe by passing the word about bumps or other situations that might catch them by surprise. Hold on to something when you hear the word "bump" or see one coming up.

26.   Never try to jump from barge to barge, barge to lock wall, barge to dock, etc. Always wait until you can make the move safely. Use a skiff if necessary.

27.   Never lean on lifelines, rails, lock walls, or over the edge of a vessel.

28.   Always use a portable ladder correctly. Set the ladder at a safe working angle on secure footing. Do not try to use a ladder as a horizontal bridge. Always tie off the top of a portable ladder.

MIR 00517

49477 D 04371

29. Repair or replace defective tools. Do not use a tool that is inappropriate for the job. Never wear loose clothing around machinery. Take special care when working around operating machinery.

30. Never operate machinery unless all protective guards and alarms are in place and working as designed.

31. Never step on manhole covers. Always replace a manhole cover and secure it in a watertight condition.

32. Always keep your fingers, hands, and feet away from a pinch point at lines and deck fittings.

33. Never place your hand or foot between a barge and tow knee, between barges in the tow, or between the dock and a vessel.

34. When transporting rigging or lines always carry the equipment as taught. Do not try to drag lines across barges.

35. Report all injuries or accidents, regardless of how slight.

36. Never engage in horseplay or practical jokes.

37. Do not allow unauthorized personnel aboard the boat or tow.

38. Always use a flashlight at night. Be sure that you illuminate the deck area rather than step into a shadow. Never step where you cannot see the edge of a vessel or the deck. Use your flashlight carefully to avoid blinding the pilot, yourself, or another crewmember. Always use the buddy system at night when checking the tow. Never go out on the tow or aloft without checking with the pilothouse first.

39. Learn and observe all company safety rules. Watch how things develop at a dock or lock so you can anticipate and avoid hazardous situations. The best safety tip of all is: PAY ATTENTION. Be alert to everything and everyone as you perform your task. You will contribute to a safer operation.

40. Entry into cargo spaces, wing tanks, rakes, or voids is prohibited.

MIR 00518

49477 D 04372

## B.3. PERSONAL PROTECTIVE EQUIPMENT POLICY

### A.    GENERAL GUIDANCE/OVERVIEW

- Personal protective equipment (PPE) is a barrier between the employee and workplace hazards. While PPE generally makes our work place hotter and more uncomfortable, and sometimes slows the job down because it takes time to put on the gear, the results of not taking precautions in the workplace can be tragic. A serious laceration, loss of eyesight, chemical overexposure, hearing loss, or even drowning may result from not wearing personal protective equipment.

- Vessel crewmembers must wear the appropriate gear and keep it readily available. Personal protective equipment must be considered a part of our daily operation for every employee, from new trainees to senior captains.

- Because PPE has a wide variety of uses depending on the material and style, the Safety Director must review any changes in the equipment supplied to Brown Water Marine Service, Inc. employees. Items delivered to vessel crews will be specified in advance as to make and model. Vendors should deliver the specified stock; substitutes will not be accepted without prior agreement.

- All PEP should be cleaned, inspected, and stored after each use.

- The company will replace company-supplied personal protective equipment when it becomes substandard due to normal wear-and-tear or work-related damage. Damage to company-issued PEP should be reported to the vessel captain.

### B.    RESPONSIBILITY

1.    The Safety Director is responsible for approving the selection of personal protective equipment and providing training to vessel crews. He must also review any changes in the equipment supplied to Brown Water Marine Service, Inc. employees.

2.    The Manager of Vessel Operations is responsible for ensuring that vessel captains provide their crews with the necessary personal protective equipment and that PPE is used effectively and at the appropriate times.

3.    All Brown Water Marine Service, Inc. crewmembers are personally responsible and will be held accountable for wearing the approved personal protective equipment at the appropriate times. Taking the necessary steps to procure and wear protective equipment during prescribed work activities is a company safety requirement.

B-6

MIR 00519

49477 D 04373

C.    PROCEDURES

1.    Eye Protection

a)    Safety glasses or safety goggles must be worn when eye impact hazards exist. Acceptable safety glasses are American National Standards Institute (ANSI)-approved impact-resistant eye wear with side shields; acceptable safety goggles are ANSI-approved chemical splash-resistant eyewear with splash-resistant covers over the ventilation openings. Work situations that require eye protection include, but are not limited to, the following:

   i)    Chipping, scaling, grinding, hammering, or brush/roller painting;
   ii)   Start-up of barge pump engines;
   iii)  Cutting, repairing, or installing wire rope;
   iv)   Bleeding off air pressure;
   v)    Walking in plants or facilities that require eye protection; and,
   vi)   Changing out spotlight bulbs or fluorescent tube lights.

b)    Safety goggles must be worn when splash hazards exist or when an impact hazard exists with an employee wearing prescription non-safety glasses. Work situations that require safety goggles include, but are not limited to, the following:

   i)    Hooking up or disconnecting barge cargo, stripping, or vent hoses;
   ii)   Bleeding air off cargo pumps;
   iii)  Cleaning up cargo spills;
   iv)   Cleaning with a wash-down gun or spray painting;
   v)    Removing blank flanges, plugs, or caps from lines or hoses when residual pressure exists;
   vi)   Disconnecting hydraulic hoses, fuel hoses, or cargo lines where residual pressure may exist; and,
   vii)  During barge cargo transfer start-ups when hose connections are being checked for leaks.

c)    A full-face respirator may be required due to vapor hazards in many of these potential splash situations. Full-face respirators can be substituted for splash goggles when appropriate.

2.    Foot Protection

a)    Trainees, deckhands, and tanker-men when performing work duties must wear steel-toed leatherwork boots. Boat wheelmen must wear steel-toed leatherwork shoes or boots when performing normal work duties or when walking in chemical plants, dock facilities, and shipyards.

MIR 00528

49477 D 04374

b)    Steel-toed rubber boots (steel-toed, slip-resistant PVC boots) must be worn during boat wash downs, wet weather, or cargo splash hazard situations where leather boot damage as well as contamination can occur.

3.    Hand Protection

a)    Synthetic rubber gloves (synthetic, impermeable gloves made of chemical-resistant material) must be worn where hand contact with cargoes or chemicals is possible. Examples of situations where synthetic rubber gloves must be worn include, but are not limited to, the following:

    i)      Removing or connecting blank hose flanges;
    ii)     Making or breaking cargo hose connections;
    iii)    Stripping or mopping cargo tanks;
    iv)     Cleaning with paint thinner or degreasers;
    v)      Changing oil or fuel filters;
    vi)     Handling calcium hypo chlorite tablets;
    vii)    Using oven cleaners; and,
    viii)   Working on the vessel's marine sanitation device.

b)    Leather gloves (made of cowhide or pigskin) are required when hands may come into contact with surfaces that can cut or penetrate the skin. Gear and tools that must be handled with leather gloves include, but are not limited to, the following:

    i)      Wire rope;
    ii)     Ratchets;
    iii)    Slings;
    iv)     Winch wheels;
    v)      Sledge hammers;
    vi)     Toothpicks;
    vii)    Chains; and,
    viii)   Grating and deck plates.

c)    Leather gloves should be worn to prevent abrasions from needle guns, grinders, and other hand tools. Cut-resistant butcher gloves are provided and recommended for use during food preparation or knife sharpening.

4.    Head Protection

a)    Hard hats must be worn when there is a potential for head injury due to impact or penetration from overhead objects. Work situations in which hard hats are required include, but are not limited to, the following:

B-8

MIR 00521

49477 D 04375

i)      Working near, or with, an operating crane;
ii)     Working on a bunker barge when alongside a ship;
iii)    Walking or working in a shipyard;
iv)     Walking or working in a plant or marine dock facility when not aboard the boat or barge; and,
v)      Working on the barge, when required by the plant or marine dock facility.

5.    **Hearing Protection**

a)      Hearing protection is required whenever sound levels become uncomfortable. Situations in which ear muffs and/or ear plugs (ANSI-approved over and in-the-ear protection) must be worn include, but are not limited to, the following:

i)      In the boat engine room when the main engine and/or generators are operating;
ii)     Within 25 feet of an operating barge pump engine; and,
iii)    When using a deck scalar, needle gun, or portable grinder.

6.    **Skin Protection**

a)      Cargo transfers and barge maintenance provide an opportunity for skin exposure to chemicals. All personnel conducting cargo transfers or maintenance must wear, as a minimum, long sleeve shirts and long pants as well as previously listed PPE.

b)      Additional skin protection measures are required when handling cargoes with particularly hazardous characteristics. Two-piece PVC rain suits or chemical resistant, impermeable, disposable splash suits must be worn when skin contact to carcinogens (such as benzene or a benzene mixture), corrosives (such as acidic acid, calcium chloride, calcium bromide, caustic soda, or ethylene dichloride) and Grade B poisons (such as acrylonitrile, acetone cyanohydrin, or aniline) is possible. Activities which require additional skin protection include, but are not limited to, the following:

i)      Removing or connecting blank hose flanges;
ii)     Making or breaking cargo hose connections;
iii)    Bleeding air off cargo pumps;
iv)     Top-side maintenance on open cargo tank hatches, sight glasses, pump seals, or other cargo splash hazard work;
v)      Cargo spill response; and,
vi)     Drip pan clean out.

**MIR 00522**

49477 D 04376

c) Asphalt or other cargoes exceeding 200° F require face shield protection due to the potential for skin burns whenever a splash hazard exists. Work situations where face shields must be worn include, but are not limited to, the following:

    i) Removing blank flanges; and,

    ii) Making or breaking cargo hose connections.

d) Corrosive or acid cargoes require face shield protection due to the potential for skin burns whenever a splash hazard exists. Work situations where face shields must be worn include, but are not limited to, the following:

    i) Removing blank flanges; and,

    ii) Making or breaking cargo hose connections.

e) A full-face respirator can be substituted for a face shield in any cargo splash situation. Face shields (ANSI-approved chemical splash-resistant full face protection that is attached to a hard hat or has a fitted head cap) must be worn with safety glasses or splash goggles. Face shields are not considered adequate eye protection when worn alone.

7. Drowning Protection

a) Working life vests (Type 3 or Type 5, Coast Guard-approved with reflective material on all floatation cells) must be worn when there is a risk of entering the water unexpectedly. Situations in which a working life vest is required to be worn include, but are not limited to, the following:

    i) Anytime a person is working for or with Brown Water Marine Service, Inc., and the individual is aboard a vessel;

    ii) While using ladders, ramps, gangways, pilings, or fender works to gain access to or from a barge;

    iii) On the boat main deck at night when underway;

    iv) On the boat main deck during a storm when underway;

    v) In the boat skiff; and,

    vi) In emergency response team boats.

b) There are only a few exceptions to the Brown Water Marine Service, Inc. life vest rule. When a barge is in the shipyard in dry dock or moored for long-term shipyard maintenance, life vests need not be worn during performance of maintenance work. In addition, individuals authorized to enter cargo or void tanks need not wear a life vest when in the tanks.

B-10

MIR 00523

49477 D 04377