c) Life jackets (Type 1) must be kept available for emergency situations. If an employee must enter the water because of an emergency, a Type 1 personal floatation device must be donned, time permitting. If circumstances do not allow the use of Type 1 PFD, carry a life jacket, working life vest, ring buoy, or any other available floatation device when you must enter the water.

d) Life jackets, work vests, and personal flotation devices (PFDs) must be worn snug to the body with reflective tape on all cells, and fastened or zippered completely.

e) Brown Water Marine Service, Inc. employees are not permitted to enter the water during the performance of normal work duties. The only exception to this rule is when wading in shallow water to moor a skiff or handle a mooring line. In these limited situations, the employee may not enter the water above his or her knees and must wear a working life vest or life jacket. If an emergency occurs and an employee enters deep water to save a life, he must carry some type of floatation device.

MIR 00524
49477 D 04378

### B.4 SAFETY TRAINING/DRILLS/MEETINGS

*SAFETY TRAINING/MEETINGS*

A.  GENERAL GUIDANCE/OVERVIEW

The purpose of Brown Water Marine Service, Inc. group meetings and safety training is to accomplish several important missions:

- Safety meetings help identify and eliminate hazards. They encourage safety awareness throughout the crew. They allow crewmembers to become actively involved in discussing potential hazards and suggesting ideas for developing safe working procedures.

- Safety training and meetings motivate Brown Water Marine Service, Inc. Crewmembers to observe company safety practices and policies. When the Captain demonstrates his continued commitment to safety, for example, it has a positive impact on a deckhand. This is an extremely effective form of training and supervision.

- Safety training and meetings call a stop to unsafe practices. They give employees a chance to relate "near miss" or "close call" experiences, evaluate the reasons for the near occurrences, and discuss ways of performing duties differently to prevent such happenings in the future.

- Safety meetings introduce new safety rules and/or introduce changes to existing rules. They allow the Captain an opportunity to discuss the reasons for changes and reinforce the company's commitment to safety in general.

- Finally, safety meetings demonstrate Brown Water Marine Service, Inc.'s commitment to safety. Each employee must realize that we are not trying to promote safety on an intermittent basis. Rather, we are committed to safety as a way of operating. Crewmembers should understand that their safety comes before anything else. There is no exception to this policy.

B.  RESPONSIBILITY

1.  The Captain is responsible for ensuring that formal safety meetings are conducted on at least a monthly basis and cover topics essential to the safe operation of the vessel.

2.  The Manager of Safety and Training is responsible for reviewing vessel safety meeting minutes and taking action on any recommendations or comments noted in the report. He/she is also responsible for providing safety meeting material to each vessel on a monthly basis.

MIR 00525

49477 D 04379

C. PROCEDURES

1. The Captain or the Captain's designate should conduct vessel safety meetings on a monthly basis or whenever there is a need to address a critical safety issue. With the assistance of the Manager of Safety and Training, the Captain must prepare an agenda of topics to be covered which are pertinent to the safe operation of the vessel. The Captain must also assign a recorder to take minutes from the meeting, including discussion, recommendations, and problems and actions identified by the crew. These minutes should be forwarded to the Manager of Safety and Training, who will maintain all safety meetings records.

2. Before holding a meeting, make sure the crew is not worn out and will be receptive to a sit down meeting. Review your agenda before the meeting.

3. Safety meetings must be formal and must be held in a group setting. Meal times or crew change days are optimal. It may take two gatherings to discuss your monthly subject with the whole crew; however, every crewmember is to be included in the meetings. In addition, captains are encouraged to supplement the formal safety meetings with less formal and more frequent safety sessions.

*SAFETY DRILLS*

A. GENERAL GUIDANCE/OVERVIEW

- A drill is a process of physical and mental training by simulating an emergency situation. It is an art to control one's emotions when an emergency prevails. Drills help crewmembers react to emergencies in an organized and automatic fashion in accordance with company procedures and emergency response plans.

- The purpose of a drill is to protect yourself and your fellow crewmembers and to protect other individuals from inclusion in the problem. Drills help us to protect the environment, to protect company and customer equipment, and, finally, to prepare for the worst and still remain in control.

B. RESPONSIBILITY

1. The Captain or Relief Captain is responsible for conducting and supervising all drills. He is also responsible for assigning stations and responsibilities for each crewmember on board and ensuring that each crewmember's role is explained thoroughly to him or her before any drills are held.

2. All Brown Water Marine Service, Inc. crewmembers on board at the time of a drill are required to participate in the drill.

MIR 00526

49477 D 04380