C.    **PROCEDURES**

1.    Drills should be scheduled with no advance notice given, after the crew is made aware of their responsibilities for each situation that may be the subject of a drill. The timing of drills should be selected carefully. For example, a good time to hold a drill might be when the crew is awaiting orders, when the vessel is awaiting dock space, when the vessel is underway in light boat condition, or when the vessel is secured in a fleet. Drills should not be held when the vessel is docking, locking, fueling, making its way under a bridge, or underway with a tow.

2.    All drills must be conducted as if an actual emergency exists, but safely. No one is to generate any smoke, enter the water, or place an employee in danger at any time.

3.    One drill must be held a minimum of once a quarter for all crewmembers. This means that in order to ensure that the off-duty crew is also drilled, the same drill chosen for any given quarter will have to be conducted twice.

4.    The Captain and the crew must train and drill on how to handle the following emergencies: fire, man overboard, sinking, collision, and spill. A different drill must be held each quarter.

5.    The drill action plan should proceed as follows:

a)    The Captain prepares the drill scenario and writes it down.

b)    The Captain announces over the vessel P.A. system to all stations: "This is a drill! This is a drill!" Then, the Captain states the specific drill scenario, such as, "Collision, collision! All hands to the wheelhouse"; or "Fire in the engine room!".

c)    The Captain sounds the appropriate signals on the vessel horn and general alarm system.

d)    The Captain directs crewmembers to carry out the Brown Water Marine Service, Inc. operating procedure or response plan for the selected scenario.

e)    The Captain notes any actions or procedures that need correcting for post-drill critique.

f)    Crewmembers secure the vessel after the drill and stow away any equipment used.

MIR 00527

49477 D 04381

## B.5 SAFE USE OF EQUIPMENT

EXAMPLE 1: *WELDING/CUTTING*

A.   No welding or cutting is to be conducted by any crewmembers.  The Port Engineer will schedule such work.


A.   RESPONSIBILITY

   1.   The Captain is responsible for ensuring that the duties of this procedure are performed.

   2.   The wheelman on watch is responsible for supervising or performing the duties required by this procedure.

B.   PROCEDURES

   1.   Skiffs are provided for use on Brown Water Marine Service, Inc. business only. Company business includes, but is not limited to, the following:

      a)  Crew changes;
      b)  Grocery and supply pickup;
      c)  Emergencies; and,
      d)  Picking up shore representatives or other visitors with permission to be aboard the vessel.

   2.   Except for emergencies, skiffs should be used in calm and/or protected waters only.

   3.   The wheelman on watch should ensure that the rated capacity and/or weight limit of the skiff is not exceeded.

   4.   Personnel riding in or operating the skiff must wear a work vest or life jacket.

   5.   Do not stand in the skiff.

   6.   When using an outboard motor with the skiff, ensure that the motor is securely fastened to the boat and that the fuel tank has sufficient fuel for the expected duration of the trip.

   7.   Immediately remove the skiff from the water and return it to the skiff rack when the trip is complete.

   8.   Personal use of the skiff is prohibited.

MIR 00528

49477 D 04382

EXAMPLE 3: *HANDLING FACE WIRES/RIGGING*

A.    RESPONSIBILITY

    1.    The person in charge is responsible for performing the duties required by this procedure.

    2.    The wheelman on watch is responsible for enforcing this procedure.

B.    PROCEDURES

    1.    Handling of Face wires

        a)    Ensure that face wires are free of obstructions.

        b)    Ensure that an adequate amount of slack is in the face wire to perform the job without difficulty.

        c)    Walk the face wire towards the timberhead, button, or cavil using both hands and ensuring footing is adequate to perform the job.

        d)    The wheelman on watch may assist the person in charge by maneuvering the vessel, which provides less resistance on the face wire, creating slack for ease of movement.

        e)    Remove the face wire from the button installed on the push knee of the vessel.

        f)    When placing face wires on timberheads, make sure that your hands and fingers are not in the bight of the wire.

        g)    Repeat the above steps when handling opposite face wires.

        h)    After face wires are in proper placement on the barge, the person in charge should tighten the face wires using the deck winches aboard the vessel.

    2.    Handling of Barge Rigging

        a)    Ensure that the threaded pin is screwed all the way into the barrel of the ratchet.

        b)    Ensure that each pelican hook is fastened to its keeper before carrying them onto the barge or boat.

MIR 00529
49477 D 04383

c)  Ensure that the rigging wires are rolled up in a tight coil so that no loose ends are available to cause tripping hazards.

d)  Lift rigging by using your legs, not your back.

e)  Carry rigging on your outboard shoulder.

f)  When handing rigging from one person to another, make sure that the receiving person has proper footing and that rigging is handed over in a safe manner. Do not toss, throw, or drop rigging to another person.

g)  Electric or electric over hydraulic winches may be operated from the wheelhouse of the vessel by the wheelman on watch, or from the bottom deck by the person in charge.

## C.  INSPECTION, REPLACEMENT AND SPECIFICATIONS

1.  Inspect all cables routinely. DO NOT use cables that have more than two frayed  lines. DO NOT use cables that are kinked or appear corroded and/or fragile. Use this procedure for all cable applications, including those that may be on an outside barge.

2.  Minimum cable size is 7/8" with 1', 2', or 3' eye having a straight pull strength of seven tons or better.

3.  Hula Hoops with chain will also be 7/8" X 30"   6 X 25 and have a minimum straight pull of twelve tons.

## D.  VESSEL RIGGING REQUIREMENTS

1.  Captain of the vessel is responsible for the amount of rigging required for the amount of barges being towed and anticipated weather and bay crossings.

2.  All rigging request will be directed to maintenance and purchasing.

MIR 00530

EXAMPLE 4: *PORTABLE ELECTRIC/AIR HAND TOOLS*

A.    RESPONSIBILITY

   1.    Vessel personnel operating portable or air hand tools on the towboat are responsible for performing the duties required by this procedure.  This procedure does not apply to the use of portable electric or air hand tools on a barge.  A qualified individual will perform this work only after a marine chemist to be gas-free has certified the barge.

   2.    The wheelman on watch is responsible for enforcing this procedure.

B.    PROCEDURES

   1.    Portable Electric Hand Tools

      a)    Ensure that electrical wire and connections are in good operating condition and have no loose or unshielded wires.

      b)    Ensure that electrical tools with locking trigger mechanisms are left in the open position before electrical power is connected.

      c)    Do not lock trigger mechanisms.

      d)    Do not operate electrical tools in wet weather or in conditions that may lead to contact with water.

   2.    Portable Air Hand Tools

      a)    Inspect air tools to ensure that they are in proper working order.

      b)    Ensure air hoses are made of sufficient material and are in sufficiently good physical condition to withstand the operating pressure needed to operate the tool.

      c)    Ensure that crow's foot (claw) connections used to connect sections of air hoses have safety pins in place.

      d)    Use air supply through an airline equipped with a regulator set for the maximum pressure for which the tool was designed.  Never leave an air hand tool unattended at a work site while under pressure.

      e)    Turn the air off before disconnecting the hose.  Bleed off any remaining pressure in the line through the tool.  Never disconnect air hoses while under pressure.

MIR 00531

49477 D 04385

EXAMPLE 5: *HEADLINE OPERATION*

A.    RESPONSIBILITY

    1.    The wheelman on watch is responsible for deciding when and how to use headlines.

    2.    The tanker man/deckhand is responsible for performing the duties required by this procedure.

B.    PROCEDURES

    1.    Headlines are required at all times while underway with a tow.

    2.    As a minimum, use a two-part 1 7/8-inch Ultra-line or 2-inch Poly, 75-foot long headline in good condition.

    3.    Four-part headlines may be needed in rough weather or in emergencies.

    4.    Unless otherwise directed by the wheelman on watch, allow enough slack in the line to allow the boat to lay flat against the barge when working the headline to move a barge at fleets, docks, etc.

    5.    Use caution when working headlines.  For example:

        a)    Do not stand directly behind the line or in an area where the line could recoil and strike personnel if the line parts.

        b)    Do not stand in the coil of the line or allow the line to wrap around your feet or legs.

        c)    Keep a firm footing and watch for line "jerks" when the line tightens.

        d)    Watch for the "bump" when the boat and barge make contact.

        e)    Do not stand on top of the push knee to catch the headline while the boat is moving.

MIR 00532



## B.6 CARGO KNOWLEDGE

A.    RESPONSIBILITY

1.    The person in charge is responsible for securing and posting cargo identification information on the barge.

2.    The wheelman on watch is responsible for ensuring that this procedure is followed.

3.    The Safety Director is responsible for circulating customer Material Safety Data Sheets (MEDS) documentation to the fleet.

4.    The Operations Manager is responsible for working with customers to obtain MSDS documentation when not provided by the dock.

B.    PROCEDURES

1.    The person in charge must identify the hazards related to the cargo last contained in the barge and the cargo to be loaded using:

    a)    MSDS;
    b)    Chemical Data Card provided by the dock;
    c)    Chemical Data Guide carried on the boat; or,
    d)    MSDS Manual carried on the boat.

NOTE: The MSDS or Chemical Data Card contains, as a minimum:

    i)     The name and address of the manufacturer;
    ii)    An emergency telephone number;
    iii)   Cargo name that matches the cargo being transferred;
    iv)    Cargo hazard information;
    v)     Special personal protective equipment requirements;
    vi)    Spill or leak information; and,
    vii)   Fire fighting information.

The Chemical Data Guide will not have the manufacturer information.

2.    Contact the Safety Director or the Operations Manager when the dock cannot supply the MSDS or the Chemical Data Card, and the product is not listed in the Chemical Data Guide or the MSDS Manual. DO NOT start loading or discharging product before obtaining an MSDS, Chemical Data Card, or Chemical Data Guide.

MIR 00533

49477.D.04387

3.     Review the MSDS, page from the Chemical Data Guide, or Chemical Data Card and identify special handling and special personal protective equipment requirements. Ensure that proper PPE is available before starting the transfer.

4.     Post the MSDS, copy of the page from the Chemical Data Guide, or the Chemical Data Card in the Plexiglas holder affixed to the warning sign in the middle of the barge prior to transferring cargo.

    a)     Ensure that the cargo identification material remains posted until the cargo is discharged and the barge is cleaned and reloaded with a new cargo.

    b)     If the cargo is identified as a cargo containing benzene, make sure the benzene warning sign is posted. If the cargo does not contain benzene, lower the benzene warning sign.

    c)     Cargo identification need not be posted when the barge is gas-free or carrying a non-regulated cargo.

    d)     Discuss cargo information with any outside personnel and relieving tanker man before allowing personnel onto the barge.

    e)     Identify the last cargo or cargo currently in the barge with an MSDS, Chemical Data Guide, or Chemical Data Card when picking up a barge in a fleet or when swapping tows. Contact the Operations Manager when cargo identification cannot be made.

MIR 00534

## B.7 HAZARD COMMUNICATION PROCEDURES

A.    **RESPONSIBILITY**

1.    The Manager of Safety and Training is responsible for training employees in hazard communication procedures and for developing, implementing and maintaining a hazard communication-training program.

2.    The Personnel Manager is responsible for ensuring that new employees are trained prior to starting work, and for maintaining training records.

B.    **PROCEDURES**

1.    The purpose of the Brown Water Marine Service, Inc. hazard communication program is to alert employees to the presence of hazardous chemicals in the workplace and to show how to work safely with these chemicals. It is company policy that each individual understand emergency procedures and safety precautions associated with hazardous substances utilized both in the shop and field locations. This program meets all requirements of 29 CAR 1910.1200, the Occupational Safety and Health Administration's (OSHA) Hazard Communication Standard. Major elements of this program include:

   a)  A comprehensive list of the hazardous chemicals found in the workplace;

   b)  Readily available Material Safety Data Sheets (MSDS);

   c)  Assurance that containers of hazardous substances are appropriately labeled, tagged, or marked;

   d)  Training in using and comprehending MSDS labeling, and the requirements of the OSHA Hazard Communication Standard; and,

   e)  A system to inform employees, customers, subcontractors, or visitors of hazardous chemicals to which they may be exposed and suggest protective measures.

2.    It is the policy of Brown Water Marine Service, Inc. to obtain and review the MSDS prior to using any substance deemed to be hazardous.

3.    Supervisory personnel must review the information on the MSDS to ensure safe handling and ascertain that all individuals working with the substance are informed of potential hazards, emergency procedures, and required protective measures.

MIR 00535
49477 D 04389

4.    Training for hazard communication is the responsibility of the Manager of Safety and Training. Employees must be instructed in the following topics. The provision of written materials to employees will not by itself suffice as training:

a)    Requirements of the OSHA Standard;

b)    Operations in the workplace where hazardous substances are present;

c)    Locations of MSDS, the Brown Water Marine Service, Inc. hazard communication program, and the list of hazardous chemicals found in the workplace;

d)    Methods to detect the presence or release of a hazardous substance in the workplace;

e)    Physical and health hazards of identified hazardous substances in the workplace;

f)    Personal protective equipment requirements for handling hazardous substances; and,

g)    The company hazard communication program.

5.    The Personnel Manager must provide new employees with information and training on hazardous chemicals in the employee's work area at the time of initial assignment. Training must also be provided when a new chemical is introduced into the work area, and refresher training must be provided on a yearly basis. The Personnel Manager must maintain training records in the employee's personnel file.

MIR 00536



### B.8 FALL OVERBOARD PREVENTION (INLAND)

A. GENERAL GUIDANCE/OVERVIEW

The majority of towing vessel crew fatalities are the result of falls overboard. By following these procedures vessel crewmembers can reduce the risks to themselves and their fellow crewmembers.

B. RESPONSIBILITY

1. The Manager of Safety and Training is responsible for training employees in fall overboard prevention procedures and for developing, implementing, and maintaining a fall overboard prevention training program and for maintaining training records.

2. The Personnel Manager is responsible for providing new employees with information and training on fall overboard prevention at the time of initial assignment.

3. The vessel captain or wheelman on watch is responsible for ensuring that the practices described in this procedure are implemented.

4. The employee is directly responsible for following the work practices outlined in this procedure. The individual is always directly responsible for his or her immediate actions, or inaction, and is therefore the only person who can guarantee his or her own safety.

C. PROCEDURES

1. The purpose of the Brown Water Marine Service, Inc. fall overboard prevention program is to alert employees to the hazards associated with working in close proximity to the water's edge and to prevent falls overboard.

2. All falls overboard, whether or not they result in injury or death, must be reported using the Brown Water Marine Service, Inc. Standard Incident Report.

3. All employees should participate in a safety briefing when reporting aboard the vessel covering, at a minimum, the work practices outlined in this procedure.

4. Employees must be instructed in the following topics:
   a) Procedures to be followed before going on the tow:
      i) Always receive authorization from the wheelhouse before going on deck and/or on board the tow;

MIR 00537



   ii)  Discuss known hazards such as notches, duck ponds, walking conditions and current weather conditions with the off-going watch;

   iii)  Don proper Personal Protective Equipment (PPE) including:

      (1)  Properly fastened work vest

      (2)  Flashlight during hours of limited visibility

      (3)  Any other company-required Personal Protective Equipment (PPE); and,

   iv)  Use the "Buddy System" at all times. Maintain visual and/or verbal contact when outside the vessel. In some circumstances your buddy could be someone in the wheelhouse.

 b)  Procedures to be followed while on the tow:

   i)  Maintain frequent radio contact with the wheelhouse;

   ii)  Do not walk on the outside of the tow unless it is absolutely necessary;

   iii)  When head gear is being placed or adjusted, headway should be stopped if possible, or at the very least, slowed as much as possible, but still allow for steerage;

   iv)  Do not walk or step between the forward corner deck fittings and the end of barges;

   v)  Always carry loads outboard when walking along the edge of boats and barges;

   vi)  When on deck, always walk with one hand free;

   vii)  Do not step over open water;

   viii)  Do not work or stand with your back to the water;

   ix)  Always position portable ratchets so they may be tightened inboard;

   x)  When using stationary rigging that must be tightened outboard use extreme caution;

   xi)  Stay aware of bump hazards and communicate them to your buddy and the rest of the crew;

   xii)  Stay aware of and communicate locations of notches, duck ponds, or any other like hazards;

   xiii)  Illuminate all shadows before walking through them; and,

   xiv)  When departing locks and landings, all persons should meet at a designated location so all can be accounted for and return to the boat together.

 c) Procedures to be followed when returning from the deck or the tow:

   i)  Inform the wheelhouse that you have returned from the tow and your current location on the boat; and

   ii)  Record all unusual conditions or hazards so they may by communicated to the oncoming watch.

 d) General rules and safe work practices:

   i)  Ensure that the main deck and all walkways are treated with non-skid paint;

MIR 00538

49477 D 04392

ii)    Make sure all deck fitting tops and deck edges are painted white or some other high visibility contrasting color for better nighttime visibility;

iii)    Contact the wheelhouse prior to going on deck, and at night, ensure that the guard (deck) lights are turned on;

iv)    Inspect guardrails regularly and replace when defective;

v)    Make sure all guard chains are hooked, except when persons are boarding or departing the vessel;

vi)    Keep all work areas clean and clutter-free; reduce trip hazards whenever possible;

vii)    Report, and if possible, clean up any spilled and/or loose cargo immediately;

viii)    Salt icy walkways;

ix)    Whenever possible cover duck ponds with netting, figure eights or barrier tape to block holes;

x)    Do not throw a bucket over the side to collect water. Use water from a wing tank or from the boat;

xi)    Replace rigging, face wires, wing wires, and stationary wires when worn, or if they have kinks or twists;

xii)    When in locks or landings, make sure the tow is stopped before climbing lock walls or ladders while carrying gear, use a handy line to lift gear; and,

xiii)    While getting into/out of yawl, use proper techniques; including:

     1)   Always wear a work vest or life jacket

     2)   Do not stand in the yawl

     3)   When using an outboard motor with the yawl, ensure that the motor is securely fastened to the boat and that the fuel tank has sufficient fuel for the expected duration of the trip.

     4)   Immediately remove the yawl from the water and return it to the rack when the trip is complete.

MIR 00539

F40477 D 04393

## B.9 DECK WINCH OPERATION

### A. GENERAL GUIDANCE/OVERVIEW

Personal safety is a concern when operating deck equipment such as winches and capstans (deck machinery). Incidents such as pinched fingers and head trauma have occurred because of improper use.

### B. RESPONSIBILITY

The vessel Captain is responsible for routine maintenance of the deck machinery. The Captain will routinely inspect the equipment and must be notified immediately of any problems that the deck crew may experience operating these devices.

### C. PROCEDURES

1. Familiarize yourself with the deck machinery. If you have not operated the deck machinery make the Captain aware so you can be properly instructed.
2. Never operate deck machinery with a cheater bar that places you in the "strike zone". If the deck machinery teeth fail to engage then this may cause the winch to fling the cheater bar forward or back, possibly striking you.
3. Be aware of deck machinery cable set up when making up to a barge. Always provide yourself slack when hooking up cable to barges. This will allow a safety zone that you can react within by releasing the cable and preventing injury to yourself. The acceptable amount of slack for any individual safety zone will depend on the individual, but a minimum of two feet is recommended.
4. Communication by the deck crew to the wheelhouse personnel must be maintained either visually or by radio at all times.

MIR 00540

49477-D-04394

## C.1 COMPANY ENVIRONMENTAL POLICY

The Brown Water Marine Service, Inc. recognizes the importance of efficiently meeting the waterborne transportation needs of the United States in an environmentally sound manner while protecting the health and safety of our employees and the public. The management and the employees of the Brown Water Marine Service, Inc. are committed to continuously improving the compatibility of our operations with the environment. In furtherance of this commitment, the management and the employees of the Brown Water Marine Service, Inc. pledge to do the following:

- Conduct our business and operate our vessels in a manner that protects the environment and the safety and health of our employees and the general public.

- Recognize and be responsive to public concerns about waterborne transportation and its effects on the environment.

- Make safety, health, and the environment priorities in our business planning.

- Work in partnership with manufacturers, shippers, and vendors to enhance safe transportation of products and the management of associated cargo residues and cleaning wastes.

- Commit to reduce overall emissions and waste generation, and comply with all laws and regulations concerning emissions and waste.

- Participate with government and the public in creating responsible laws and regulations and standards to safeguard the workplace, community, and environment.

- Establish and maintain, in cooperation with public authorities and others, contingency procedures and plans to mitigate the effects of any accident that may occur.

MIR 00541

19477 D 04395

# C.2 GARBAGE DISPOSAL

**A.    GENERAL GUIDANCE/OVERVIEW**

The purpose of this procedure is to describe the work processes to be followed in handling waste such as garbage, trash and absorbents onboard all Brown Water Marine Service, Inc. vessels. By following these procedures, we will provide quality service to our customers, a safe work place for our employees, and protection of the environment.

**B.    RESPONSIBILITY**

I.    The Manager of Vessel Operations is responsible for implementing this procedure and ensuring that vessel personnel are aware of the requirements outlined in this procedure.

II.    The Captain or wheelhouse person on watch is responsible for ensuring that the practices described in this procedure are implemented.

**C.    PROCEDURES**

Annex V of the International Convention on Prevention of Pollution from Ships (MARPOL) lays down strict rules relating to the disposal of garbage. These requirements are summarized on the attached placard. Consistent with the requirements of MARPOL, all Brown Water Marine Service, Inc. employees must observe the following procedures:

I.    The disposal of any type of plastic into the navigable waters is strictly prohibited. All plastic materials, including such items as synthetic fiber ropes and plastic trash bags, must be disposed of in an approved manner, either ashore or by incineration. Never throw any plastic material overboard. Always put it in the container designated for that purpose.

II.    The MARPOL rules also cover the disposal of food wastes and all other types of garbage, including paper, wood, rags, glass, metal, crockery, etc. While the regulations do permit the disposal of these items at sea, under specified and controlled conditions, Brown Water Marine Service, Inc. vessels must maximize the retention of non-food wastes onboard for disposal ashore or incineration. In addition, individual crewmember must not throw anything over the side, no matter where the vessel is. All waste must be placed in the disposal containers provided. It will then be treated in accordance with the regulations.

III.    Provided the vessel is at least three miles from shore, food waste may be disposed of at sea in accordance with the MARPOL regulations (waste ground to less than one inch; no plastic garbage bags). Never store food waste in plastic bags. Always use biodegradable (paper) bags for this purpose.

MIR 00542

49477 D 04396

IV.   All vessels must record in the deck log book the time, date and location of all garbage disposal or incineration operations and the approximate quantities and types of disposed or incinerated material. This includes those occasions when garbage is transferred ashore or to a barge.

V.   Each vessel must display a sufficient number of MARPOL placards to be readily accessible by the vessel crew. (See attached sample.)

   A.   Each placard must be at least 9 inches wide by 4 inches high, made of durable material, and have letters of at least 1/8 inch high.

   B.   Each placard must contain, at a minimum, the following information:

      1.   Discharge of plastic or garbage mixed with plastic in any waters is prohibited.

      2.   Discharge of all garbage is prohibited in the navigable waters of the United States and in all other waters, within three nautical miles of the nearest land.

      3.   A person who violates the above requirement is liable for a civil penalty of up to $25,000, a fine of up to $50,000, and/or imprisonment for up to five years for each violation.

C-3

MIR 00543

49477 D 04397

## C.3 HANDLING OF WASTE OIL, BILGE SLOPS, AND USED FILTERS

A.    GENERAL GUIDANCE/OVERVIEW

The purpose of this procedure is to describe the work processes to be followed in handling bilge slops, waste oil, and used oil filters. By following the procedures below, we will provide quality service to our customers, a safe work place for our employees, and help to protect our environment.

B.    RESPONSIBILITY

 I.    The Manager of Vessel Operations is responsible for implementing this procedure and ensuring that vessel personnel are aware of the requirements outlined in this procedure.

 II.   The vessel Captain or wheelhouse person on watch is responsible for ensuring that the practices described herein are implemented.

C.    PROCEDURES

 I.    Bilge Slops

  A.    When handling bilge oil, do not pump or pour bilges that contain oil or oily mixtures overboard. Retain oily mixtures in the boat's bilge; bilges will be stripped out at approved shipyard or stripping facility designated by the Brown Water Marine Service, Inc. Maintenance and Repair Department.

  B.    Pump used oil only directly from the engine into the boat slop tank or drums.

  C.    Pump or deliver used oil only into a reception facility on shore. Each Brown Water Marine Service, Inc. boat of 100 gross tons and above has at least one fixed or portable pump to discharge bilge oil through adequate piping to a reception facility on shore. For assistance in locating a bilge oil disposal facility, contact the Dispatcher.

  D.    Only a qualified person shall be responsible for the transfer of oil from or to the boat to ensure a pollution-free operation. Only a person instructed by the vessel Captain in his or her duties and in applicable Federal Water Pollution Control Act requirements may serve as a qualified person.

  E.    When pumping bilges ashore, observe the following procedures:

C-4

MIR 00544
49477 D 04398

1.      Ensure that the transfer system has the acceptable shore connection;

2.      Align transfer system properly;

3.      Ensure connections are lead-free and couplings are secure;

4.      Remain on site when the transfer is in progress; and,

5.      Stop transfer operations in the event of a spill.

F.      A placard stating the following must be placed in the engine room of each Brown Water Marine Service, Inc. vessel:

### DISCHARGE OF OIL PROHIBITED

**The Federal Water Pollution Control Act prohibits the discharge of oil or oily waste into or upon the navigable waters of the United States, or the waters of the contiguous zone, or which may affect natural resources belonging to, appertaining to, or under the exclusive management authority of the United States, if such discharge causes a film or discoloration of the surface of the water or causes a sludge or emulsion beneath the surface of the water. Violators are subject to substantial civil penalties and/or criminal sanctions including fines and imprisonment.**

II.      Used Filters

     A.      Discard used oil filters and fuel filters only after they have been drained aboard the vessel of any residual product.

     B.      Dispose of used lube oil filters and fuel filters at participating fuelers or in recycling drums provided at company-designated operating facilities. Do not dispose of used filters by mixing with trash.

III.      Waste Oil

     A.      Waste oil must be pumped into a holding tank for later transfer to a receptacle provided by a mid-stream fuel flat or authorized shore side disposal facility. No waste oil may be placed in the water, on shore, in a trash dumpster, or in any receptacle that is not provided specifically for oily waste. Brown Water Marine Service, Inc. specifically prohibits the placement of waste oil in open containers, in barge wing tanks, in drip pans, or any area that is not designed for specifically for the collection of waste oil.

MIR 00545

49477 D 04399

B.    Oily waste, including rags, bilge residue, old engine parts, oily wood, etc., must be disposed of as if it is waste oil. Oily waste must be transferred to a facility that is equipped to handle the product and knowingly accepts the responsibility for safely and lawfully disposing of the waste material.

C-6

MIR 00546

49477 D 04400

## C.4 HAZARDOUS WASTE DISPOSAL/HANDLING

A.    GENERAL GUIDANCE/OVERVIEW

The purpose of this procedure is to describe the work processes to be followed in handling and disposing of hazardous waste. By following the procedures below, we will provide quality service to our customers, a safe work place for our employees and help to protect our environment.

B.    RESPONSIBILITY

I.    The Manager of Vessel Operations is responsible for implementing this procedure and ensuring that the vessel personnel are aware of the requirements outlined in this procedure.

II.    The vessel Captain or wheelhouse person on watch is responsible for ensuring that the practices described herein are implemented.

C.    PROCEDURES

I.    All hazardous waste materials, such as old paint, solvents, degreasers, etc. must be stored in a sealed and approved container clearly marked with its contents. DO NOT dump hazardous material into the slop tank or other unauthorized container.

II.    All hazardous waste material must be delivered to an approved midstream refueled or a Brown Water Marine Service, Inc. dock for disposal in accordance with applicable federal and state regulations.

III.    Wear appropriate personal protective equipment when handling hazardous waste.

MIR 00547

49477 D 04401

## C.5 SANITARY SYSTEMS/HANDLING OF SEWAGE

A.    GENERAL GUIDANCE/OVERVIEW

The purpose of this procedure is to describe the maintenance and environmental procedures for marine sanitation devices located onboard Brown Water Marine Service, Inc. vessels. By following these procedures, we will safeguard our crews, equipment and the environment.

B.    RESPONSIBILITY

I.    The Manager of Vessel Operations is responsible for implementing this procedure and ensuring that vessel personnel are aware of the requirements outlined in this procedure.

II.    The vessel Captain or wheelhouse person on watch is responsible for ensuring that the practices described in this procedure are implemented.

C.    PROCEDURES

I.    Human waste must be disposed of through the marine sanitation device (MSD) installed on each Brown Water Marine Service, Inc. boat. There may be no deviation from this rule.

II.    No one may alter the flow of wastewater or divert the flow of waste from the MSD. If an MSD becomes inoperative, it must be reported to the Manager of Vessel Operations and repaired immediately.

III.    MSDs must be maintained according to the manufacturer's operating manual located on each Brown Water Marine Service, Inc. vessel. Maintenance procedures include, but are not limited to, the following:

A.    Wear a full face respirator, rubber gloves, and a long sleeved shirt;
B.    Open the calcium hypo chlorite container in an open area;
C.    Place the pellets in a separate container;
D.    Close the calcium hypo chlorite container;
E.    Carry the separate container to the MSD area;
F.    Service the unit;
G.    Ensure that the overboard by-pass valve is closed and sealed; and,
H.    Store the calcium hypochlorite container in a dry area.

MIR 00548

C-8

49477 D 04402

IV.  Each Brown Water Marine Service, Inc. vessel must display a placard which
     contains, at a minimum, the following information about the vessel's installed
     MSD:

     A.  Safety precautions associated with the use or maintenance of the MSD;
     B.  Operating instructions for the use of the device;
     C.  Name of the manufacturer; and,
     D.  Name and model number of the device.

V.   Incinolet Use.

MIR 00549

19477 D 04403

### D.1-D.5 INCIDENT REPORTING PROCEDURES
#### (Vessel Personnel)

A.    **GENERAL GUIDANCE/OVERVIEW**

- The following procedures are to be followed by Brown Water Marine Service, Inc. vessel crewmembers in communicating emergency situations to the proper personnel.

B.    **RESPONSIBILITY**

1.    Vessel crewmembers are responsible for immediately reporting emergency situations to the Captain, Relief Captain, or Pilot on watch.

2.    The vessel Captain, the Relief Captain, or in their absence, the Pilot on watch, is responsible for implementing the Brown Water Marine Service, Inc. emergency response plan and:

    a)    Serving as the company On-Scene Representative until properly relieved;

    b)    Immediately reporting emergency response situations to the Brown Water Marine Service, Inc. Dispatcher by calling 1-361-729-3721 and stating, "I HAVE A VESSEL EMERGENCY!"

    c)    Investigating the incident; and,

    d)    Reporting the results of investigations to the Operations Manager in the appropriate time period.

3.    The Dispatcher on duty is responsible for receiving emergency response calls from Brown Water Marine Service, Inc. vessels and connecting them with the duty Emergency Response Coordinator/Incident Commander.

4.    The duty Emergency Response Coordinator/Incident Commander is responsible for receiving emergency response calls from the Dispatcher and implementing the Brown Water Marine Service, Inc. emergency response plan.

5.    The Operations Manager is responsible for ensuring that each vessel is provided with a copy of the Brown Water Marine Service, Inc. emergency response plan.

C.    **PROCEDURES**

1.    Whenever the Captain, Relief Captain, or Pilot experiences one of the emergency situations listed below, he must institute the provisions of the Brown Water Marine Service, Inc. emergency response plan.

MIR 00550

49477 D 04404

a)    Emergencies include, but are not limited to:

    i)     Collisions/allisions;
    ii)    Groundings;
    iii)   Spills (not limited to cargo spills), whether on deck or in the water;
    iv)   Personal injury;
    v)    Serious or potentially serious illness;
    vi)   Fire on board the towing vessel or the barge;
    vii)  Hurricane;
    viii) Parted tow line;
    ix)   Major mechanical or structural failure; and,
    x)    Extensive icing conditions.

b)    The Captain, Relief Captain, or Pilot must report a vessel emergency as quickly as possible by calling the Brown Water Marine Service, Inc. Dispatcher and stating, "I HAVE A VESSEL EMERGENCY!"

c)    After emergency action has been completed, the Captain, Relief Captain, or Pilot must complete the Brown Water Marine Service, Inc. Standard Incident Report and either:

    i)     Provide the report to the company Operations Representative on scene; or,

d)    The Captain, Relief Captain, or Pilot must assess any equipment damage and report the information to the Emergency Response Coordinator.

2.    The Dispatcher on duty must receive emergency response calls from Brown Water Marine Service, Inc. vessels and:

a)    Immediately contact the Emergency Response Coordinator/Incident Commander;

b)    Conference the vessel calling with the Emergency Response Coordinator/Incident Commander, or provide the Emergency Response Coordinator/Incident Commander with the information needed to contact the vessel; and,

c)    Stand by and render assistance as necessary.

3.    The duty Emergency Response Coordinator/Incident Commander must receive response calls from the Dispatcher on duty and institute the provisions of the Brown Water Marine Service, Inc. emergency response plan.

MIR 00551

49477.D.04405

a)  The Emergency Response Coordinator/Incident Commander must make
the notifications required by the Brown Water Marine Service, Inc.
emergency response plan and complete the following forms:

i)   Emergency Reporting Checklist;
ii)  Coast Guard Forms CG-2692 and 2692 B, as required; and,
iii) Brown Water Marine Service, Inc. Claims Report.

b)  The completed forms must be submitted to the Claims Coordinator
within 48 hours of the occurrence. If the incident occurs on a weekend
or holiday, the forms must be submitted the next workday.

MIR 00552

49477.D.04406

## D.1-D.5 INCIDENT REPORTING
### (Shore Personnel)

A.    **GENERAL GUIDANCE/OVERVIEW**

- The following procedures provide instructions to be followed by Brown Water Marine Service, Inc. shore personnel in handling and reporting emergency situations, including the filing of form CG-2692, and casualty-related drug testing requirements.

B.    **RESPONSIBILITY**

1.    The Vice President of Operations is responsible for ensuring that this procedure is followed.

2.    The Incident Commander/Emergency Response Coordinator is responsible for performing the duties required by this procedure.

3.    The Corporate Safety Manager is responsible for updating, revising, and maintaining the emergency response plan.

4.    The Document Coordinator is responsible for distributing the emergency response plan.

C.    **PROCEDURES**

1.    Vessel personnel through the Dispatcher must report emergencies. Emergencies include, but are not limited to:

   a)    Collisions/allisions;
   b)    Groundings that exceed one hour or in which equipment is damaged;
   c)    Spills (not limited to cargo spills), whether on deck or in the water;
   d)    Personal injury;
   e)    Fire on board the towing vessel or the barge; and,
   f)    Hurricane.

2.    The Dispatcher must place a conference call to the On-Call Incident Commander/Emergency Response Coordinator and connect the boat with the Incident Commander/Emergency Response Coordinator.

   a)    If the connection with the boat is lost, the Dispatcher must pass on available information to the Incident Commander/Emergency Response Coordinator, and the Incident Commander/Emergency Response Coordinator must contact the boat directly.

MIR 00553

49477 D 04407

3.  The Incident Commander/Emergency Response Coordinator must follow the Brown Water Marine Service, Inc. emergency response plan to handle and report the emergency, utilizing the Incident Command structure as needed for the emergency.

4.  The Incident Commander/Emergency Response Coordinator must report decisions made in response to an emergency, even if they are delegated to other personnel.

5.  The Incident Commander/Emergency Response Coordinator must keep a log of parties to whom the incident has been reported, including the name of the person contacted and time of contact.

6.  As required by Coast Guard regulation, immediately after addressing resultant safety concerns, the Incident Commander/Emergency Response Coordinator must submit Form CG-2692 and notify the nearest Coast Guard Marine Safety Office, Marine Inspection Office, or Coast Guard Group Office whenever a vessel is involved in a marine casualty consisting of the following:

    a)  An unintended grounding, or an unintended strike of a bridge;
    b)  An intended grounding, or an intended strike against a bridge, that creates a hazard to navigation, the environment, or the safety of the vessel;
    c)  Loss of main propulsion. primary steering, or any associated component or control system that reduces the maneuverability of the vessel;
    d)  An occurrence materially and adversely affecting the vessel's seaworthiness or fitness for service;
    e)  A loss of life; or,
    f)  An injury that requires professional medical treatment beyond first aid and renders the individual unfit to perform his or her routine duties.

    For further clarification on reporting requirements for the above incidents, see the Reporting/Chemical Testing Requirements Matrix, attached.

7.  The Emergency Reporting Checklist must be submitted to the Claims Coordinator within 48 hours of the time of occurrence. If the incident occurs on a weekend or holiday, the Emergency Reporting Checklist must be submitted the next workday.

D-5

MIR 00554
49477 D 04408

## REPORTING AND CHEMICAL TESTING REQUIREMENTS

| TYPE OR ACCIDENT | Immediate Verbal Report to Coast Guard | Submit CG-2692 | Determine if Drug/Alcohol Use Involved & Submit CG-2692 | Chemical Test Required | Submit CG-2692B |
|---|---|---|---|---|---|
| 1. Accidental grounding or bridge striking | YES | YES | YES | NO | NO* |
| 2. Intentional grounding or bridge striking | | | | | |
| • Creates hazard to navigation, environment, or safety of vessel | YES | YES | YES | NO | NO* |
| • Otherwise reportable | YES | YES | YES | NO | NO* |
| • None of the above | NO | NO | NO | NO | NO* |
| 3. Loss of propulsion/steering/control system | YES | YES | YES | NO | NO* |
| 4. Seaworthiness/fitness for service adversely affected (e.g., fire, flooding, failure of fire extinguishing systems/lifesaving equipment/auxiliary generator/bridge pump) | YES | YES | YES | NO | NO* |
| 5. Loss of life | YES | YES | YES | YES | YES |
| 6. Injury (professional medical treatment beyond first aid and unfit to perform routine duties) | YES | YES | YES | YES | YES |
| 7. Property damage (to a RTC vessel, third party vessel, dock, terminal, bridge or fender system, lock wall, etc.; not including salvage, cleaning, gas-freeing, dry-docking, or demurrage costs) | | | | | |
| • $25,000 or less | NO | NO | NO | NO | NO |
| • $25,000 to $100,000 | YES | YES | YES | YES | YES |
| • Greater than $100,000 | YES | YES | YES | YES | YES |
| 8. Actual or constructive total loss of vessel | | | | | |
| • Inspected vessels (including tank barges or seagoing barges) | YES | YES | YES | YES | YES |
| • Self-propelled vessels (100 gross tons or more) | YES | YES | YES | YES | YES |
| • Any other vessel | YES | YES | YES | YES | YES |
| 9. Oil Spill | | | | | |
| • Less than 10,000 gallons | YES | YES** | YES** | NO | NO* |
| • 10,000 gallons or more | YES | YES*** | YES*** | YES | YES |

D-6

MIR 00555
49477.D 04409

| 10. Chemical Spill | YES | YES** | YES** | YES | YES |
| --- | --- | --- | --- | --- | --- |

* Not required; may be used if evidence of drug or alcohol use is found.
** If spill is result of an otherwise reportable casualty.

D-7

MIR 00556

49477 D 04410

## E.1 EMERGENCY RESPONSE PROCEDURES
### Personal Injury or Illness

A.    GENERAL GUIDANCE/OVERVIEW

- This procedure describes what to do in case of a personal injury or illness on board any Brown Water Marine Service, Inc. vessel. Following this procedure will enable vessel personnel to provide assistance to the injured or ill crewman and to meet Brown Water Marine Service, Inc. requirements regarding onboard injury or illness.

B.    RESPONSIBILITY

1.    The Manager of Vessel Operations is responsible for implementing this emergency plan and ensuring that vessel personnel are aware of the requirements outlined in this procedure.

2.    The vessel Captain or wheelhouse person on watch is responsible for evaluating the degree of emergency and ensuring that appropriate action is taken.

C.    PROCEDURES

In the event of an emergency personal injury or illness, the person in charge must take action including, but not limited to, the following:

1.    If necessary, obtain assistance from off-watch crewmembers by sounding the general alarm.

2.    Administer first aid to the injured or ill person.

3.    Determine the injured or ill person's need for emergency care.

4.    If there is no need for additional medical assistance:

a)    Notify Brown Water Marine Service, Inc. Dispatcher of injury or illness;
b)    Fill out the Brown Water Marine Service, Inc. Standard Incident Report; and,
c)    Fill out Coast Guard Form CG-2692, if requested.

**The remainder of this procedure applies to injuries and illness requiring more than onboard emergency first aid.**

5.    Call the Brown Water Marine Service, Inc. Dispatcher; this is a "PRIORITY" call.

6.    Give appropriate information, including, at a minimum, the condition of the person and the location of the vessel.

E-1

MIR 00557

49477 D 04411

7.   Give the estimated time of arrival at the nearest location where emergency help can meet the vessel, and either:

    a)   Proceed to that location; or,
    b)   Obtain assistance to evacuate the person via emergency air or water transportation.

8.   Continue first aid until emergency help arrives.

9.   If possible, obtain information from the person regarding history of the accident or illness.

10.  Obtain information from the person regarding the location of his or her family members.

11.  Contact the Vessel Personnel Department to arrange for a relief crewmember and give the location of the ill or injured person's family.

12.  Ensure that the person has identification and personal belongings before leaving the vessel.

13.  Fill out the Brown Water Marine Service, Inc. Standard Incident Report.

14.  Fill out Coast Guard Form CG-2692 if requested by the U.S. Coast Guard.

15.  Call the Brown Water Marine Service, Inc. Dispatcher for further instructions.

16.  Report significant "near miss" personal injury incidents to the Brown Water Marine Service, Inc. Safety Department.

MIR 00558



## E.2 EMERGENCY RESPONSE PROCEDURES
### Oil or Hazardous Substance Spill

A.    GENERAL GUIDANCE/OVERVIEW

- This procedure for response to a spill of a petroleum or petrochemical product ("product") provides a uniform and consistent plan of action to be taken onboard Brown Water Marine Service, Inc. vessels. By following this procedure, Brown Water Marine Service, Inc. intends to provide a plan that will ensure the safety of the crew. Brown Water Marine Service, Inc. equipment, and the operating environment by lowering the risk of operating error.

B.    RESPONSIBILITY

1.    The Manager of Vessel Operations is responsible for implementing this emergency plan and ensuring that vessel personnel are aware of the requirements outlined this procedure.

2.    The vessel Captain or eelhouse person on watch is responsible for evaluating the spill and ensuring that appropriate action is taken.

3.    The tanker man on watch (or person in charge) is responsible for following the practices described in this procedure.

4.    The Emergency Response Team is an assigned group of Brown Water Marine Service, Inc. employees who are responsible for taking action in the event of an emergency situation. Responsibilities of the Emergency Response Team include, but are not limited to, the following:

a)    Notify local, s and federal authorities as required by applicable law and regulatio

b)    Initiate contro cedures to minimize risk to vessel crewmembers, Brown Water Marine Service, Inc. equipment, and the environment;

c)    Determine spill containment, cleanup, and removal action necessary;

d)    Coordinate and disseminate information to the media; and,

e)    Handle the legal obligations and responsibilities of the company in the event of a spill.

5.    The On-Scene Coordinator is a member of the Emergency Response Team who is responsible for coordinating decisions regarding various aspects of a spill, including, but not limited to, the following:

a)    Activities of vessel crewmembers, other Brown Water Marine Service, Inc. employees, and contractors;

b)    Methods of controlling the flow of product;

c)    Spill clean-up methods; and,

E-3

**MIR 00559**

**49477 D 04413**

d)    Methods for disposing of waste material.

C.    PROCEDURES

*Spill On The Deck During Cargo Transfer*

1.    Shut down the transfer, using the emergency shutdown procedure agreed to during the pre-transfer conference.

2.    Put on appropriate chemical protective clothing and respirator.

3.    Stop and contain the flow of product, provided that available personal protective equipment is adequate to ensure personal safety.

4.    If the product does not go into the water:

a)    Notify the vessel Captain or wheelhouse person on watch and obtain assistance.
b)    Contain product on the deck using bagged oil-dry and/or absorbent pads.

5.    Contact the Brown Water Marine Service, Inc. dispatcher. This is a "PRIORITY" call. Give pertinent spill information. (Pertinent spill information includes, but is not limited to, the following:

a)    Name of the person reporting the spill;
b)    Name of the towing vessel;
c)    Name of the barge(s) involved;
d)    Time of the spill;
e)    Location and source of the spill;
f)    Identity of the product spilled;
g)    Course, speed, and intended track of the towing vessel;
h)    Estimate of quantity of product spilled on the deck and/or in the water;
i)    Existing or potential hazard (fire, explosion, etc.), if any;
j)    Corrective action being taken;
k)    Weather conditions on scene; and,
l)    Current condition of the vessel.)

6.    Evaluate with the dispatcher and the Operations Department the risk involved in clean-up depending upon the product and the quantity spilled.

a)    If the spill is small and personnel exposure risk is low:

i)    Pick up contaminated absorbent and/or spill pads and dispose of in accordance with Brown Water Marine Service, Inc. waste disposal procedures.

MIR 00560

49477 D 04414

  ii) Resume transfer operations when the cause of the spill has been determined and corrected.

 b) If the spill is large or personnel exposure risk is high:

  i) Leave absorbent and/or spill pads until an authorized clean-up contractor arrives on scene.

  ii) Follow the instructions given by the Brown Water Marine Service, Inc. On-Scene Coordinator for spills involving the Brown Water Marine Service, Inc. Emergency Response Team.

*Spill In The Water During Cargo Transfer*

1. Shut down the transfer, using the emergency shutdown procedure agreed to during the pre-transfer conference.

2. Put on appropriate chemical protective clothing and respirator.

3. Stop the flow of product, provided that available personal protective equipment is adequate to ensure personal safety.

4. Notify the vessel Captain or wheelhouse person on watch and obtain assistance.

5. Contact the Brown Water Marine Service, Inc. Dispatcher. This is a "PRIORITY" call.

 a) Give pertinent spill information.
 b) Ensure that the U.S. Coast Guard has been notified.

6. If the product spilled is black oil:

 a) Promptly deploy sweep boom and plastic containment boom.
 b) Contain remaining cargo on deck with bagged oil-dry and/or spill pads.

7. Evaluate with the dispatcher and the Operations Department the risk involved in cleanup, depending upon the product and the quantity spilled.

 a) If the spill is small and personnel exposure risk is low:

  i) Pick up contaminated absorbent and/or spill pads and dispose of in accordance with Brown Water Marine Service, Inc. waste disposal procedures.

E-5

MIR 00561

49477 D 04415

ii) Leave sweep boom and plastic containment boom in place until notified otherwise.

iii) Resume transfer operations upon approval from the U.S. Coast Guard.

b) If the spill is large or personnel exposure risk is high:

i) Leave absorbent and/or spill pads until an authorized clean-up contractor arrives on scene.

ii) Follow the instructions given by the Brown Water Marine Service, Inc. On-Scene Coordinator for spills involving the Brown Water Marine Service, Inc. Emergency Response Team.

8. If the product spilled is a clean petroleum product or chemicals:

a) Contact the Brown Water Marine Service, Inc. Dispatcher for instructions prior to deploying plastic containment boom.

b) Deploy the sweep boom and absorbent pads if available personal protective equipment is adequate for the cargo hazards and a Brown Water Marine Service, Inc. dispatcher has granted approval to do so.

9. Follow step 7 above if appropriate.

10. Follow the instructions given by the On-Scene Coordinator for spills involving the Brown Water Marine Service, Inc. Emergency Response Team.


*Spill On A Dock During Transfer*

1. Shut down the transfer, using emergency shutdown procedures agreed to during the pre-transfer conference.

2. Notify the vessel Captain or wheelhouse person on watch.

3. Contact the Brown Water Marine Service, Inc. Dispatcher. This is a "PRIORITY" call. Give pertinent spill information.

4. If the spill has entered the water, ensure that the U.S. Coast Guard is notified.

a) It is the responsibility of the dock personnel to call the U.S. Coast Guard and report the spill.

E-6

MIR 00562
49477 D 04416

b)    However, if the dock personnel do not call the U.S. Coast Guard, the
wheelman on watch must notify a Brown Water Marine Service, Inc.
Dispatcher and the Brown Water Marine Service, Inc. Dispatcher will
report the spill to the U.S. Coast Guard.

*Spill In The Water Due To A Grounding Or Collision*

1.    Put on appropriate chemical protective clothing and respirator.

2.    Evaluate the condition of the barge(s) and the extent of the spill.

3.    Contact the Brown Water Marine Service, Inc. Dispatcher. **This is a
"PRIORITY" call.** Give pertinent spill information.

4.    Evaluate how to stop the flow of the product with the Operations Department.
Measures which may be taken include, but are not limited to, the following:

a)    Pump water from flooded void compartments;
b)    Ground barge in shallow water;
c)    Transfer cargo from leaking tank to other tanks or another barge; or,
d)    Other appropriate action as determined by maintenance and repair
personnel.

5.    If the product spilled is black oil:

a)    Promptly deploy sweep boom and plastic containment boom.
b)    Put out absorbent and/or spill pads.

6.    Evaluate with the dispatcher and the Operations Department the risk involved in
cleanup, depending upon the product and the quantity spilled.

a)    If the spill is small and personnel exposure risk is low:

i)    Pick up contaminated absorbent and/or spill pads and dispose of
in accordance with Brown Water Marine Service, Inc. waste
disposal procedures.

ii)    Leave sweep boom and plastic containment boom in place until
notified otherwise.

b)    If the spill is large or personnel exposure risk is high:

i)    Leave absorbent and/or spill pads until an authorized clean-up
contractor arrives on scene.

E-7

MIR 00563

4847 D 04417

ii)    Follow the instructions given by the Brown Water Marine Service, Inc. On-Scene Coordinator for spills involving the Brown Water Marine Service, Inc. Emergency Response Team.

7.    If the product spilled is a clean petroleum product or chemicals:

a)    Contact the Brown Water Marine Service, Inc. Dispatcher for instructions prior to deploying plastic containment boom.

b)    Deploy sweep boom and absorbent pads if available personal protective equipment is adequate for the cargo hazards and a Brown Water Marine Service, Inc. dispatcher has granted approval to do so.

8.    Follow step 6 above if appropriate.

9.    Follow Brown Water Marine Service, Inc. procedures for response to grounding or collision. (See section E.3, Emergency Response Procedures: Vessel Accident)

10.    Follow the instructions given by the On-Scene Coordinator for spills involving the Brown Water Marine Service, Inc. Emergency Response Team.

*Spill Due To Heat Expanding The Cargo*

1.    Put on the appropriate chemical protective clothing and respirator.

2.    Stop the flow of the product.

a)    Tighten any leaking fittings.
b)    Relieve excessive vapor pressure by opening the vent stack valve.
c)    Transfer cargo to another tank.

3.    If the product does not go into the water:

a)    Notify the vessel Captain or wheelhouse person on watch and obtain assistance.

b)    Contain the product on deck using bagged oil-dry and/or absorbent pads.

c)    Contact the Brown Water Marine Service, Inc. Dispatcher. This is a "PRIORITY" call. Give pertinent spill information.

d)    Evaluate with the dispatcher and the Operations Department the risk involved in cleanup, depending upon the product and the quantity spilled.

E-8

MIR 00564

49477 D 04418

    e)    If the spill is small and personnel exposure risk is low:

        i)    Pick up contaminated bagged oil-dry and/or absorbent pads and dispose of in accordance with Brown Water Marine Service, Inc. waste disposal procedures.

    f)    If the spill is large or personnel exposure risk is high:

        i)    Leave contaminated bagged oil-dry and/or spill pads until an authorized clean-up contractor arrives on scene.

        ii)    Follow the instructions given by the Brown Water Marine Service, Inc. On-Scene Coordinator for spills involving the Brown Water Marine Service, Inc. Emergency Response Team.

4.    If the product goes into the water:

    a)    Notify the vessel Captain or wheelhouse person on watch and obtain assistance.

    b)    Contact the Brown Water Marine Service, Inc. Dispatcher. This is a "PRIORITY" call. Give pertinent spill information.

5.    If the product spilled is black oil:

    a)    Promptly deploy sweep boom and plastic containment boom.

    b)    Put out bagged oil-dry and/or absorbent pads.

6.    Evaluate with the dispatcher and the Operations Department the risk involved in clean up, depending upon the product and quantity spilled:

    a)    If the spill is small and personnel exposure risk is low:

        i)    Pick up contaminated absorbent and/or spill pads and dispose of in accordance with Brown Water Marine Service, Inc. waste disposal procedures.

        ii)    Leave sweep boom and plastic containment boom in place until notified otherwise.

    b)    If the spill is large or personnel exposure risk is high:

        i)    Leave absorbent and/or spill pads until an authorized clean-up contractor arrives on scene.

MIR 00565

49477 D 04419

   ii) Follow the instructions given by the Brown Water Marine Service, Inc. On-Scene Coordinator for spills involving the Brown Water Marine Service, Inc. Emergency Response Team.

7. If the product is a clean petroleum product or chemicals:

 a) Contact the Brown Water Marine Service, Inc. Dispatcher for instructions prior to deploying plastic containment boom.

 b) Deploy sweep boom and absorbent pads if the available personnel protective equipment is adequate for the cargo hazards and a Brown Water Marine Service, Inc. dispatcher has granted approval to do so.

8. Follow step 6 above if appropriate.

9. Follow the instructions given by the On-Scene Coordinator for spills involving the Brown Water Marine Service, Inc. Emergency Response Team.

## GENERAL

1. Poor weather conditions, high seas, and strong currents will dictate the safety and effectiveness of boom deployment. Contact the Brown Water Marine Service, Inc. dispatcher if these conditions exist.

2. Fill out the Brown Water Marine Service, Inc. Standard Incident Report.

3. Fill out U.S. Coast Guard Form CG-2692, if requested.

4. Follow Brown Water Marine Service, Inc. procedures for emergency response to personal injury and illness, if appropriate. (See E.1)

5. Do not enter void compartments.

6. Do not enter cargo tanks.

MIR 00566