### E.3 EMERGENCY RESPONSE PROCEDURES
### Vessel Accident

EXAMPLE 1: COLLISION/ALLISION

A.  GENERAL GUIDANCE/OVERVIEW

- This procedure describes what to do in the case of a collision between a Brown Water Marine Service, Inc. vessel and another vessel or a structure. This procedure will minimize the potential for personal injury and for environmental and equipment damage.

B.  RESPONSIBILITY

1. The Manager of Vessel Operations is responsible for implementing this emergency plan and ensuring that vessel personnel are aware of the requirements outlined in this procedure.

2. The vessel Captain or wheelhouse person on watch is responsible for evaluating the degree of emergency and ensuring that appropriate action is taken.

C.  PROCEDURES

1. In the event a collision is imminent, the Captain or wheelhouse person in charge must take action including, but not limited to, the following:

    a)  Sound five short blasts on horn;
    b)  Sound general alarm, if appropriate; and,
    c)  Instruct crew to put on life jackets or exposure suits, if appropriate.

2. In the event a collision occurs, the vessel Captain or wheelhouse person in charge must take action including, but not limited to, the following:

    a)  Attend to any injured crewmember.
    b)  Notify nearby marine traffic if collision is in, near, or blocking a navigable channel.
    c)  Assess damage to the boat, tow, and/or structure. Put on chemical protective clothing and respirator if required.

3. If collision is with another vessel, obtain pertinent information from the vessel Captain or wheelhouse person in charge of the other vessel.

    a)  If the damage is minor:

E-11

MIR 00567

49477 D 04421

      i)     Notify Brown Water Marine Service, Inc. dispatcher. This is a "PRIORITY" call.
      ii)    Notify the Coast Guard. Fill out Form CG-2692 if requested and only when a Brown Water Marine Service, Inc. supervisor is present.
      iii)   Document the damage, including photographs.
      iv)   Fill out the Brown Water Marine Service, Inc. Standard Incident Report.
      v)    Get underway.

  b)   If the damage is serious:

      i)     Notify Brown Water Marine Service, Inc. dispatcher. This is a "PRIORITY" call.
      ii)    Notify the U.S. Coast Guard.
      iii)   If cargo is leaking from a barge, follow Brown Water Marine Service, Inc. procedures for spill response.
      iv)   If water is leaking in a void compartment, pump water out with portable pump. Do not pump water if mixed with cargo.
      v)    When pumping the void compartments, maintain the barge in stable condition. Contact the Brown Water Marine Service, Inc. dispatcher for further assistance.
      vi)   If pumping the void compartments does not or will not keep the barge afloat, ground the barge in shallow water and contact the Brown Water Marine Service, Inc. dispatcher for further assistance.
      vii)  Await advice from a U.S. Coast Guard representative on a course of action to be taken and when to get underway.
      viii)  Fill out the Brown Water Marine Service, Inc. Standard Incident Report.
      ix)   Fill out U.S. Coast Guard Form CG-2692 when a Brown Water Marine Service, Inc. supervisor is present.

4.   If the collision is with an aid to navigation:

  a)   Notify the Brown Water Marine Company, Inc. Dispatcher. This is a "PRIORITY" call.
  b)   Notify the U.S. Coast Guard.
  c)   Document the damage, including photographs.
  d)   Fill out the Brown Water Marine Service, Inc. Standard Incident Report.
  e)   Fill out Coast Guard Form CG-2692.
  f)   Get underway.

MIR 00568

49477 D 04422

5. If the collision is with a structure:

   a) Notify the Brown Water Marine Service, Inc. Dispatcher. This is a "PRIORITY" call.
   b) Notify the appropriate person in charge (Lockmaster, Bridge tender, Dock master, etc.).
   c) Notify the U.S. Coast Guard if appropriate.
   d) Document the damage, including photographs.
   e) Fill out the Brown Water Marine Service, Inc. Standard Incident Report.
   f) Fill out U.S. Coast Guard Form CG-2692 if appropriate.
   g) If the U.S. Coast Guard is not notified, the vessel Captain or wheelhouse person on watch, the Brown Water Marine Service, Inc. Dispatcher, and the appropriate person in charge will decide a course of action and when to get underway.
   h) If the U.S. Coast Guard is notified, it will decide a course of action to be taken and when to get underway.

MIR 00569

49477 D 04423

EXAMPLE 2: GROUNDING

A.  GENERAL GUIDANCE/OVERVIEW

- This procedure describes what to do in the event of a grounding of a Brown Water Marine Service, Inc. vessel. This procedure for any grounding provides a uniform and consistent plan of action to be taken on board Brown Water Marine Service, Inc. boats.

B.  RESPONSIBILITY

1.  The Manager of Vessel Operations is responsible for implementing this emergency plan and ensuring that vessel personnel are aware of the requirements outlined in this procedure.

2.  The vessel Captain or wheelhouse person on watch is responsible for evaluating the degree of emergency and ensuring the appropriate action is taken.

C.  PROCEDURES

1.  A serious grounding is one in which the tow cannot get off the ground within one hour or equipment damage occurs (includes possible sinking or environmental damage.) In the event of a serious grounding, the person in charge must take action including, but not limited to, the following:

    a)  Sound general alarm if appropriate.
    b)  Instruct crew to put on life jackets or exposure suits, if appropriate.
    c)  Notify nearby marine traffic if grounding is in, near, or blocking a navigable channel.
    d)  Notify the Brown Water Marine Service, Inc. Dispatcher.
    e)  Inspect the barge for damage. Put on chemical protective clothing and respirator if required.
    f)  If cargo is leaking from the barge, follow the Brown Water Marine Service, Inc. procedures for spill response.
    g)  If water is leaking in the void compartment, pump the water out with a portable pump. Do not pump water if mixed with cargo.
    h)  If pumping succeeds in floating the barge, make temporary external repairs if possible and contact the Brown Water Marine Service, Inc. Dispatcher for further instructions.
    i)  If pumping does not succeed in floating the barge, call the Brown Water Marine Service, Inc. Dispatcher for assistance.
    j)  Determine if water is leaking into cargo compartments. Put on chemical protective clothing if required.
    k)  If water is leaking into cargo compartments, call the Brown Water Marine Service, Inc. Dispatcher for assistance.

MIR 00570

49477 D 04424

2. A minor grounding is one in which the tow can get off the ground within one hour and no equipment is damaged. In the event of a minor grounding, the person in charge must take action including, but not limited to, the following:

   a) If no visible damage or hull leak is found, determine if the tow can get underway in an hour or less.

   b) If the vessel can get underway in one hour or less, report the incident during a routine traffic call.

   c) If there is no visible damage to the barge, but the vessel cannot get underway within one hour, evaluate the grounding and call the Brown Water Marine Service, Inc. Dispatcher for assistance.

   d) Notify the U.S. Coast Guard if appropriate.

   e) Follow instructions from the dispatcher for getting off ground. Such instructions may include, but are not limited to, the following:

      i) Wait for high tide.
      ii) Obtain assist boat(s).

3. General procedures to follow in the event of a grounding include, but are not limited to, the following:

   a) Do not enter void compartments.
   b) Do not enter cargo compartments.
   c) Fill out the Brown Water Marine Service, Inc. Standard Incident Report form.
   d) Fill out Coast Guard Form CG-2692, if applicable.

E-15

MIR 00571
49477 D 04425

EXAMPLE 3: FIRE

A. GENERAL GUIDANCE/OVERVIEW

- This procedure describes what to do in case of a fire onboard a Brown Water Marine Service, Inc. vessel. This procedure describes what to do from the moment a fire is noticed on a vessel to the time the fire is extinguished and the proper paperwork is completed.

B. RESPONSIBILITY

1. The Manager of Vessel Operations is responsible for implementing this emergency plan and ensuring that vessel personnel are aware of the requirements outlined in this procedure.

2. The vessel Captain or wheelhouse person on watch is responsible for evaluating the degree of emergency and ensuring that appropriate action is taken.

C. PROCEDURES

1. Fire on the galley stove and fires in areas other than the engine room.

    a) In the event of fire on the galley stove, use the fire extinguisher to put out the fire. When this happens, take steps including, but not limited to, the following:

        i) Assign a fire re-flash watch.
        ii) Assess damage from the fire.
        iii) Notify the vessel Captain or wheelhouse person on watch.
        iv) Determine the source of the fire.
        v) Take corrective action. If the source is electrical, de-energize the source. Follow Brown Water Marine Service, Inc. Lockout/Tag out procedures.
        vi) Notify Brown Water Marine Service, Inc. Dispatcher and arrange for repair.
        vii) Fill out Brown Water Marine Service, Inc. Standard Incident Report.

    b) In the event the heat-sensitive automatic fire extinguisher does not put out a galley stove fire, or in the event of another galley fire, or fires other than an engine room fire, take steps including, but not limited to, the following:

        i) Notify the vessel Captain, wheelhouse person on watch, or other crewmember before attempting to put the fire out.

E-16

MIR 00572

49477 D 04426

  ii) Sound the general alarm and announce "FIRE" on the P.A. System.
  iii) Alert the crew. Yell "FIRE!"
  iv) Put on a life jacket.
  v) Take a head count of the crew.
  vi) Follow the Brown Water Marine Service, Inc. procedures for Personal Injury or Illness, if appropriate.
  vii) Investigate the fire to determine its size, location, and suspected source.

 c) If the fire can be put out with a hand-held fire extinguisher:

  i) Put out the fire.
  ii) Notify the vessel Captain or wheelhouse person on watch.
  iii) Assign a fire re-flash watch.
  iv) Determine the source of the fire.
  v) Take corrective action. Follow Brown Water Marine Service, Inc. Lockout/Tag out procedures.
  vi) Assess the damage from the fire.
  vii) Determine if it is safe to continue to operate the vessel.
  viii) Notify the Brown Water Marine Service, Inc. Dispatcher and formulate a plan based on the damage to the vessel.
  ix) Fill out a Brown Water Marine Service, Inc. Standard Incident Report.

 d) If the fire cannot be put out with a hand-held fire extinguisher, report to the vessel Captain or wheelhouse person on watch.

 e) Prepare to abandon the vessel.

  i) Request assistance from nearby vessels.
  ii) Notify Brown Water Marine Service, Inc. Dispatcher. This is a "PRIORITY" call.
  iii) Bring hand-held emergency signaling devices (walkie-talkie, signal flares, signal smoke) and other survival gear.
  iv) Ground and/or stop tow.
  v) Separate boat from barge(s). Put crew onboard barge if safe to do so.
  vi) Ground and/or stop boat away from barges.
  vii) Abandon the vessel. Use a skiff or life raft if safe to deploy.
  viii) Use emergency signaling devices to request assistance.
  ix) Get to the shore as soon as possible or to another boat, barge, or structure.
  x) Get upwind and/or a safe distance from the fire.

2. Fire in the engine room

MIR 00573

49477 D 04427

a) In the event of a fire in the engine room, take steps including, but not limited to, the following:

   i) Notify the vessel Captain, wheelhouse person on watch, or another crewmember before attempting to put out the fire.
   ii) Sound the General Alarm and announce "FIRE" on the P.A. System.
   iii) Alert the crew. Yell "FIRE!"
   iv) Put on a life jacket.
   v) Take a head count of the crew.
   vi) Follow the Brown Water Marine Service, Inc. procedures for Personal Injury or Illness, if appropriate.
   vii) Investigate the fire to determine its size, location, and suspected source.
   viii) If the fire can be put out with a hand-held fire extinguisher:

      a) Put out the fire.
      b) Notify the vessel Captain or wheelhouse person on watch.
      c) Assign a fire re-flash watch.
      d) Determine the source of the fire.
      e) Take corrective action. Follow Brown Water Marine Service, Inc. Lockout/Tag out procedures.
      f) Assess the damage from the fire.
      g) Determine if it is safe to continue to operate the vessel.
      h) Notify the Brown Water Marine Service, Inc. Dispatcher and formulate a plan based on the damage to the vessel.
      i) Fill out a Brown Water Marine Service, Inc. Standard Incident Report.

   ix) If the fire cannot be put out with a hand-held fire extinguisher, report to the vessel Captain or wheelhouse person.

      a) Take action to stop and/or ground the tow as soon as possible.
      b) Evacuate crewmembers from the engine room.
      c) Activate the engine room $CO_2$ system only when directed by the vessel Captain or wheelhouse person in charge.
      d) Prepare to break out the boat from the barge(s). If safe to do so, slacken face wires on boat.
      e) Prepare to stop engines as soon as possible.
      f) Request assistance from nearby vessels.
         (1) Call "Mayday" on VHF Channel 16.
         (2) Notify the Brown Water Marine Service, Inc. Dispatcher. This is a "PRIORITY" call.

E-18

MIR 00574

49477 D 04428

      g) Activate the onboard $CO_2$ system and close doors to the engine room.

  x) If the fire goes out:

      a) Do not enter the engine room.
      b) Assign a fire re-flash watch.
      c) Contact the Brown Water Marine Service, Inc. Dispatcher, using battery power for radio.
      d) Have the engine room oxygen level tested for safe re-entry by a marine chemist.
      e) When safe to re-enter engine room, determine the source of the fire.
      f) Take corrective action. Follow Brown Water Marine Service, Inc. Lockout/Tag out procedure.
      g) Assess damage from the fire.
      h) Determine if it is safe to continue to operate the vessel.
      i) Notify Brown Water Marine Service, Inc. Dispatcher and formulate a plan based on the damage to the vessel.
      j) Fill out the Brown Water Marine Service, Inc. Standard Incident Report.

  xi) Prepare to abandon the vessel.

      a) Request assistance from nearby vessels.
      b) Notify Brown Water Marine Service, Inc. Dispatcher. This is a "PRIORITY" call.
      c) Bring hand-held emergency signaling devices (walkie-talkie, signal flares, signal smoke) and other survival gear.
      d) Use barge for refuge if it is safe to do so. Separate boat from barge(s).
      e) Abandon the vessel. Use a skiff or life raft if safe to deploy.
      f) Use emergency signaling devices to request assistance.
      g) Get to the shore as soon as possible or to another boat, barge, or structure.
      h) Get upwind and/or a safe distance from the fire.

3. General

      a) If a crewmember is injured, follow the Brown Water Marine Service, Inc. procedure for personal injury or illness.
      b) Stay upwind of toxic or poisonous gases or vapor.
      c) Stay out of smoke-filled areas.
      d) Fill out Brown Water Marine Service, Inc. Standard Incident Report.
      e) Fill out U.S. Coast Guard Form CG-2692, if applicable.

MIR 00575

49477 D 04429

EXAMPLE 4: SINKING

A.  GENERAL GUIDANCE/OVERVIEW

- This procedure describes what to do in the event of an imminent sinking. It provides a uniform and consistent plan of action to be taken onboard Brown Water Marine Service, Inc. boats. This procedure describes the course of action to be taken from the moment that vessel personnel note that the boat may be sinking to the time when personnel need to obtain assistance if it is necessary to abandon the vessel. Following this procedure will allow the crew the optimum opportunity to avoid sinking and avoid personal injury as well as loss of the vessel.

B.  RESPONSIBILITY

1.  The Manager of Vessel Operations is responsible for implementing this emergency plan and ensuring that vessel personnel are aware of the requirements outlined in this procedure.

2.  The vessel Captain or wheelhouse person on watch is responsible for evaluating the degree of emergency and ensuring that appropriate action is taken.

C.  PROCEDURES

1.  In the event the vessel appears to be sinking, the person in charge must take action including, but not limited to, the following:

    a)  Sound the general alarm.
    b)  Instruct crew to put on life jackets or exposure suits if applicable.
    c)  Sound five short blasts on the horn if other traffic is in the area.
    d)  If the crew can prevent the vessel from sinking, take appropriate emergency action and call the Brown Water Marine Service, Inc. Dispatcher. This is a "PRIORITY" call.
    e)  If the crew cannot prevent sinking, call "Mayday" on VHF Channel 16.
    f)  Contact other boats in the area and request assistance. Use the appropriate VHF Channel to establish contact.
    g)  If the engines are running and the crew can ground the vessel, ground the vessel in shallow water and call the Brown Water Marine Service, Inc. Dispatcher.
    h)  If the crew cannot ground the vessel and the engines are not running, prepare the crew to abandon the vessel.
    i)  Take emergency signaling devices (walkie-talkies, signal flares, signal smoke) and other survival gear and clothing and abandon the vessel.
    j)  Get on board the barge, skiff or life raft.
    k)  Obtain assistance by using emergency signaling devices.

E-20

MIR 00576

49477 D 04430

D.  GENERAL

1. If a crewmember is injured, follow Brown Water Marine Service, Inc. procedures for Personal Injury or Illness.
2. Fill out Brown Water Marine Service, Inc. Standard Incident Report.
3. Fill out U.S. Coast Guard Form CG-2692, if requested.

E-21

MIR 00577

## EXAMPLE 5: MAN OVERBOARD

A. GENERAL GUIDANCE/OVERVIEW

- This procedure describes what to do in the case of a man overboard on a Brown Water Marine Service, Inc. vessel. It provides a uniform and consistent plan of action to be taken onboard Brown Water Marine Service, Inc. boats. This procedure describes what to do from the moment that it is noticed that a man is overboard to the time that the man is retrieved and the proper paperwork is completed. Following this procedure will enable the crew to quickly and effectively respond to a man overboard situation.

B. RESPONSIBILITY

1. The Manager of Vessel Operations is responsible for implementing this emergency plan and ensuring that vessel personnel are aware of the requirements outlined in this procedure.

2. The vessel Captain or wheelhouse person on watch is responsible for evaluating the degree of emergency and ensuring that appropriate action is taken.

C. PROCEDURES

1. In the event of a man overboard situation, the person in charge must take action including, but not limited to, the following:

   a) Take evasive measures to avoid running over the man overboard, including putting engines in neutral gear and using rudder action to swing the boat and tow away from the man in the water.
   b) Sound the general alarm.
   c) Announce "MAN OVERBOARD" on the P.A. system.
   d) Sound five short blasts on the horn, if traffic is in the area.
   e) If the victim is visible, keep him in sight at all times or designate another crewmember to keep him in sight.

      i) Determine if the victim is conscious.
      ii) If the victim is conscious, determine whether you can reach him with the lighted life rings.
      iii) If possible, throw the lighted life ring or any available floatation device to the victim or into his general vicinity to retrieve him.
      iv) Stop the tow when you are sure that the man in the water is clear of the boat.
      v) Instruct crewmembers to put on life jackets or exposure suits if applicable.
      vi) Retrieve the man from the water.

E-22

MIR 00578

49477 D 04432

        vii)    If you cannot reach the victim with a lighted life ring, retrieve the man by an alternative method such as using the vessel skiff or life raft or getting help from another vessel.

        viii)   If the man is not conscious, retrieve him by whatever means available.

f) If the man is not visible, note a landmark or mark in the area near where the man was last seen.

    i)    Notify marine traffic in the area and request assistance.
    ii)   Search for the man overboard, using available light at night.
    iii)  Call the Brown Water Marine Service, Inc. dispatcher. This is a "PRIORITY" call.
    iv)  Continue to search for the man until he is found or until the U.S. Coast Guard calls off the search.

g) Follow up with Brown Water Marine Service, Inc. Dispatcher.
h) If the man is injured, follow Brown Water Marine Service, Inc. procedures for Personal Injury or Illness.
i) Fill out the Brown Water Marine Service, Inc. Standard Incident Report.
j) If necessary, fill out U.S. Coast Guard Form CG-2692.

MIR 00579

# E.4 ONBOARD EMERGENCY RESPONSE TRAINING/DRILL PROCEDURES

NOTE: The following section is a reprint of section B.4 (SAFETY TRAINING/ MEETINGS/ DRILLS).

*SAFETY TRAINING/MEETINGS*

A. GENERAL GUIDANCE/OVERVIEW

The purpose of Brown Water Marine Service, Inc. group meetings and safety training is to accomplish several important missions:

- Safety meetings help identify and eliminate hazards. They encourage safety awareness throughout the crew. They allow crewmembers to become actively involved in discussing potential hazards and suggesting ideas for developing safe working procedures.

- Safety training and meetings motivate Brown Water Marine Service, Inc. crewmembers to observe company safety practices and policies. When the Captain demonstrates his continued commitment to safety, for example, it has a positive impact on a deckhand. This is an extremely effective form of training and supervision.

- Safety training and meetings call a stop to unsafe practices. They give employees a chance to relate "near miss" or "close call" experiences, evaluate the reasons for the near occurrences, and discuss ways of performing duties differently to prevent such happenings in the future.

- Safety meetings introduce new safety rules and/or introduce changes to existing rules. They allow the Captain an opportunity to discuss the reasons for changes and reinforce the company's commitment to safety in general.

- Finally, safety meetings demonstrate Brown Water Marine Service, Inc.'s commitment to safety. Each employee must realize that we are not trying to promote safety on an intermittent basis. Rather, we are committed to safety as a way of operating. Crewmembers should understand that their safety comes before anything else. There is no exception to this policy.

B. RESPONSIBILITY

1. The Captain is responsible for ensuring that formal safety meetings are conducted on at least a monthly basis and cover topics essential to the safe operation of the vessel.

E-24

MIR 00580

49477 D 04434

2. The Manager of Safety and Training is responsible for reviewing vessel safety meeting minutes and taking action on any recommendations or comments noted in the report. He/she is also responsible for providing safety meeting material to each vessel on a monthly basis.

C. PROCEDURES

1. The Captain or the Captain's designate should conduct vessel safety meetings on a monthly basis or whenever there is a need to address a critical safety issue. With the assistance of the Manager of Safety and Training, the Captain must prepare an agenda of topics to be covered which are pertinent to the safe operation of the vessel. The Captain must also assign a recorder to take minutes from the meeting, including discussion, recommendations, and problems and actions identified by the crew. These minutes should be forwarded to the Manager of Safety and Training, who will maintain all safety meetings records.

2. Before holding a meeting, make sure the crew is not worn out and will be receptive to a sit down meeting. Review your agenda before the meeting.

3. Safety meetings must be formal and must be held in a group setting. Meal times or crew change days are optimal. It may take two gatherings to discuss your monthly subject with the whole crew; however, every crewmember is to be included in the meetings. In addition, captains are encouraged to supplement the formal safety meetings with less formal and more frequent safety sessions.

*SAFETY DRILLS*

A. GENERAL GUIDANCE/OVERVIEW

- A drill is a process of physical and mental training by simulating an emergency situation. It is an art to control one's emotions when an emergency prevails. Drills help crewmembers react to emergencies in an organized and automatic fashion in accordance with company procedures and emergency response plans.

- The purpose of a drill is to protect yourself and your fellow crewmembers and to protect other individuals from inclusion in the problem. Drills help us to protect the environment, to protect company and customer equipment, and, finally, to prepare for the worst and still remain in control.

B. RESPONSIBILITY

1. The Captain or Relief Captain is responsible for conducting and supervising all drills. He is also responsible for assigning stations and responsibilities for each crewmember on board and ensuring that each crewmember's role is explained thoroughly to him or her before any drills are held.

E-25

MIR 00581

49477 D 04435

2. All Brown Water Marine Service, Inc. crewmembers on board at the time of a drill are required to participate in the drill.

C. PROCEDURES

1. Drills should be scheduled with no advance notice given, after the crew is made aware of their responsibilities for each situation, which may be the subject of a drill. The timing of drills should be selected carefully. For example, a good time to hold a drill might be when the crew is awaiting orders, when the vessel is awaiting dock space, when the vessel is underway in light boat condition, or when the vessel is secured in a fleet. Drills should not be held when the vessel is docking, locking, fueling, making its way under a bridge, or underway with a tow.

2. All drills must be conducted as if an actual emergency exists, but safely. No one is to generate any smoke, enter the water, or place an employee in danger at any time.

3. One drill must be held a minimum of once a quarter for all crewmembers. This means that in order to ensure that the off-duty crew is also drilled, the same drill chosen for any given quarter will have to be conducted twice.

4. The Captain and the crew must train and drill on how to handle the following emergencies: fire, man overboard, sinking, collision, and spill. A different drill must be held each quarter.

5. The drill action plan should proceed as follows:

   a) The Captain prepares the drill scenario and writes it down.

   b) The Captain announces over the vessel P.A. system to all stations: "This is a drill! This is a drill!" Then, the Captain states the specific drill scenario, such as, "Collision, collision! All hands to the wheelhouse"; or "Fire in the engine room!"

   c) The Captain sounds the appropriate signals on the vessel horn and general alarm system.

   d) The Captain directs crewmembers to carry out the Brown Water Marine Service, Inc. operating procedure or response plan for the selected scenario.

   e) The Captain notes any actions or procedures that need correcting for post-drill critique.

E-26

f)  Crewmembers secure the vessel after the drill and stow away any equipment used.

MIR 00583
49477 D 04437

## F.1 - F.4
## INCIDENT INVESTIGATION PROCEDURES/
## COMMUNICATION PROCEDURES FOR DISSEMINATING LESSONS LEARNED

A. GENERAL GUIDANCE/OVERVIEW

- This procedure provides directions for conducting and documenting incident investigations. It applies to all accidents involving Brown Water Marine Service, Inc. personnel or equipment resulting in a lost time injury, oil or hazardous substance spill, or significant collision, allision, or grounding.

B. RESPONSIBILITY

- The Operations Manager or his designee investigates the incident and prepares the investigation report.

- The Manager of Safety and Training assists in the investigation when required and disseminates lessons learned and related safety information to the fleet.

C. PROCEDURES

1. The Operations Manager investigates accidents as soon as possible following the incident with the assistance of the person responsible, the wheelman on watch, and the vessel captain (if other than the wheelman on watch).

2. The investigation takes place at the scene of the incident for spills, collisions, allisions, and groundings, and, when practical, lost time injuries.

   a) Lost time injury investigations that cannot be performed at the scene are conducted at the Brown Water Marine Service, Inc. office as soon as the injured person is available.

3. After the initial investigation is conducted, the Operations Manager prepares an investigation report detailing, at a minimum, the following information:

   a) Incident time and date;
   b) Type of incident (injury, grounding, collision, etc.);
   c) Location (river, mile, landmark, etc.)
   d) Boat involved;
   e) Barge involved;
   f) Equipment damaged (Brown Water Marine Service, Inc. or third party);
   g) Wheelman on watch;
   h) Product on barge;
   i) Substance spilled and quantity (if applicable);
   j) Load terminal;
   k) Discharge terminal or destination;

F-1

MIR 00584

49477 D 04438

    l)    Customer;
    m)    Description of incident;
    n)    Causes of incident;
    o)    Action items; and,
    p)    Routing list, including, at a minimum, the Corporate Safety Manager and the Sales Representative for the move.

4. The Operations Manager sends the original investigation report to the Vice President of Operations, with a copy to the Claims Coordinator, within seven working days of the incident.

    a)    When legal or logistical issues prevent completion of the investigation report within seven days, the report must be completed as soon as circumstances permit.

5. The Manager of Safety and Training distributes related safety facts and lessons learned to all boats in the Brown Water Marine Service, Inc. fleet within seven working days of the incident.

MIR 00585


# F.5. CORRECTIVE/PREVENTATIVE ACTION

A. GENERAL GUIDANCE/OVERVIEW

- This procedure is designed to ensure that when a deficiency or opportunity for improvement (OFI) is identified, corrective/preventative action is taken and is effective in preventing recurrence of the opportunity for improvement.

B. RESPONSIBILITY

1. The appropriate Brown Water Marine Service, Inc. Vice President, and/or the incident investigator, prepares a corrective/preventative action plan based on information gathered from the investigation.

   a) The appropriate Vice President implements corrective/preventative action or approves implementation of corrective/preventative action recommended by the investigator if the investigator does not have the authority to approve and implement the corrective/preventative action.

   b) The appropriate Vice President ensures that corrective/preventative action taken is verified for effectiveness.

2. The President reviews the long-term effectiveness of corrective action in preventing opportunities for improvement during monthly management review meetings.

3. The Opportunities for Improvement Coordinator updates and maintains Opportunity for Improvement files.

C. PROCEDURES

1. The appropriate Vice President, or the investigator, determines the corrective/preventative action required based on the investigation results.

2. The appropriate Vice President, or the investigator, enters the recommended corrective/preventative action on the OFI form.

   a) The individual with authority to approve and/or implement the corrective/preventative action initials the OFI form.

3. The individual with authority implements the corrective/preventative action.

MIR 00586
49477 D 04440