4.    The Vice President signs and dates the OF and forwards the form to the Opportunity for Improvement Coordinator for closing once the corrective/preventative action is approved and/or implemented.

5.    The Vice President returns the OFI to the investigator for further investigation if the corrective/preventative action plan is not approved.

    a)    The Vice President advises the Opportunity for Improvement Coordinator that the OFI remains open.

6.    The Opportunity for Improvement Coordinator enters information from the closed OFI into the Opportunity for Improvement Log.

7.    The Opportunity for Improvement Coordinator sends copies of the closed OFI to the following persons:

    a)    Originator of the OFI;
    b)    Affected departments, vessels, and personnel; and,
    c)    Brown Water Marine Service, Inc. Management Representative.

8.    The Opportunity for Improvement Coordinator removes and transfers the original OFI and related documentation from the Opportunity for Improvement-Open file to the Opportunity for Improvement-Closed file.

MIR 00587

18477 D04441

## F.6 DOCUMENT CONTROL, UPDATING, AND DISTRIBUTION

A.    GENERAL GUIDANCE/OVERVIEW

- This procedure establishes a system to identify, organize and maintain documents in the Brown Water Marine Service, Inc. quality system.

B.    RESPONSIBILITY

1.    The Document Coordinator performs the duties required by this procedure.

2.    The appropriate Department Managers determine if documents are controlled or uncontrolled and establish retention time.

3.    The Vice President of Operations ensures that this procedure is followed.

C.    PROCEDURES

1.    The Document Control Matrix is a database that contains information necessary to maintain the Brown Water Marine Service, Inc. controlled document system. The Document Coordinator maintains the controlled document database in Microsoft Excel computer software.

2.    At a minimum, the database contains the following fields:

a)    <u>Document ID Number</u>.  Identifies the number assigned to a document. The 3-letter prefix identifies the department, followed by a sequential 4-digit number followed by a dash plus a revision number (when applicable).

b)    <u>Prefix</u>                    <u>Number Sequence</u>

OP-Operations Department           0001-0

c)    <u>Document Name</u>.  Identifies the name of the document.

d)    <u>Originator</u>.  Identifies the person responsible for maintaining the document.

e)    <u>Document Location</u>.  Identifies the location where the document will be filed.

f)    <u>Creation Date (Original)</u>.  Identifies the date the document was created.

g)    <u>Current Revision Date</u>.  Identifies the date of the current revision.

MIR 00588


49477 D 04442

h)    <u>Retention Time</u>.  Identifies the length of time a document needs to be filed.

i)    <u>Archive Time</u>.  Identifies the length of time, after the retention time, that a document needs to be filed.

j)    <u>Document Type</u>.  Identifies whether a document is a Form, Listing, Guideline, Policy or Procedure or Other.

3.    At a minimum, the fields contained in the printed report include: Document ID Number, Document Name and Current Revision Date.

4.    The lower right hand corner of the Document Control Matrix identifies the effective date of the matrix.

MIR 00589

4137 D 04443

## F. 7. PERFORMANCE MEASUREMENT PROCEDURES

A.    GENERAL GUIDANCE/OVERVIEW

- This procedure establishes a system for maintenance, analysis, and distribution of injury, navigational, and spills statistics, to provide a means of measuring the safety performance of the Brown Water Marine Service, Inc. fleet.

B.    RESPONSIBILITY

1.    The Corporate Safety Manager maintains, produces, and distributes the safety statistics.

2.    The Manager of Safety and Training uses the Injury Record keeping Guidelines to classify statistics.

C.    PROCEDURES

1.    The Corporate Safety Manager produces a detailed monthly summary of Brown Water Marine Service, Inc. safety performance.

2.    Information is recorded and tracked on the following types of incidents:

    a)    Lost time injuries;
    b)    Medical injuries;
    c)    First aid injuries;
    d)    Record able injuries;
    e)    Navigation incidents (e.g. collisions, allisions, groundings):
    f)    Spills; and,
    g)    Serious potential incidents ("near misses").

3.    Incidents are classified according to the Injury Record keeping Guidelines.

4.    A summary of the Brown Water Marine Service, Inc. safety performance is shared monthly with all Brown Water Marine Service, Inc. vessels and operating divisions.

MIR 00590



ORGANIZATION FLOW CHART

VESSELS

STEPHEN MOSHER

CHAD CHAPMAN

MANNING CHAPMAN

MAINTENANCE
PURCHASING
VESSEL SAFETY & COMPLIANCE

SALES
INSURANCE
EMERGENCY RESPONSE

CAPTAINS

SAFETY
HUMAN RESOURCES
REGULATORY COMPLIANCE

DISPATCH
DECK HANDS
LINE HAUL SALES

MIR 00591

49477 D 04445

# COMMUNICATION & ROUTING FLOW CHART



MIR 00592

4947 D 04446

## G.1 ORGANIZATION/ LEVELS OF AUTHORITY
### (Shore Organization)

A.   GENERAL GUIDANCE/OVERVIEW

- This policy outlines the principal responsibilities of the major offices and divisions of the Brown Water Marine Service, Inc. shore-based organization.

B.   RESPONSIBILITY

1.   Traffic Division

- The Traffic Division of Brown Water Marine Service, Inc. is responsible for chartering, scheduling and dispatching vessels owned and chartered by the company. It is also responsible for contract administration and performance review of vessels chartered by the company.

2.   Office of Employee Relations

- The Office of Employee Relations furnishes advice and guidance to the fleet managers' offices on employee relations, practices, and procedures.

3.   Ships' Agents

- Ships' agents are properly accredited representatives appointed by the company to act on its behalf at a particular port in connection with a vessel's call at that port.

4.   Other Services

- There are other units in the company that are necessary for the marine operation. These units generally do not have a direct interface with vessel personnel and the details of such groups are therefore not included herein.

MIR 00593

49477 D 04447

# VESSEL ORGANIZATION CHART



MIR 00594

49477 D 04448

## G.2 ORGANIZATION/ LEVELS OF AUTHORITY
### (Vessel Organization)

*MASTER*

A.    AUTHORITY

- The Captain of the vessel is the Master.  In his absence his relief is Master.

B.    QUALIFICATIONS

- A master must have a U.S. Coast Guard license as Master or Operator, Uninspected Towing Vessels, endorsed for service on Inland Waters.

C.    RESPONSIBILITY

1.    General Responsibilities

a)    The Master is responsible for the safe and efficient operation and performance of his crew, vessel and tow, and for ensuring that the equipment is kept neat, clean, and in good working order.  The Master must also ensure that company policy, rules, and regulations are followed.

b)    The Master must report to the office all violations of Brown Water Marine Service, Inc. policy or violations of federal, state, or local laws.

2.    Personnel Responsibilities

a)    The Master must advise the office of anticipated crew shortages or overages immediately, so as to enable the office to make timely manning adjustments among the vessels.

b)    The Master must instruct every crewmember to be courteous to all people at fleets, docks, locks, etc.

c)    The Master must set the watch standing schedule for his crew, ensuring that no licensed wheelman works more than 12 hours in any 24-hour period.

d)    The Master must post a station bill and ensure that all crewmembers are familiar with their respective stations and duties in case of an emergency.

e)    The Master, Relief Captain or Pilot will be on watch at all times.   If he must leave the wheelhouse when the vessel is not underway, a crewman must be posted in the wheelhouse for security reasons and to monitor

MIR 00595
49477 D 04449

and attend the radio.  The only exception are vessels operating in the oilfield with minimum crews and need to secure access into the vessel while out of the wheel house.

3.    Equipment Responsibilities

a)    The Master must make frequent, regular inspections of crew quarters, heads, the galley, and all other areas of the boat and tow to ensure neatness, cleanliness, orderliness, safety and proper maintenance.

b)    The Master must ensure that all barges are in navigable condition and must report any deficiencies to the office.  Damaged or endangered barges must be reported immediately and appropriate measures taken to ensure their safety.

4.    Operational Responsibility

a)    Radio Records and Reports

        i)    Each morning the Pilot on watch must have the following information compiled so that when he gives the morning traffic or daily position report to the office, there will be no delay. Radio reports must be given in this sequence:

            aa) Give boat position and direction (up, down, East, West), milepost, waterway, and prior positions at 0600, 1200, 1800, and 2400 hours.  Give this report between 0700 and 0730 hours every morning.

            bb) Name of barge(s).

            cc) Time and location of an exchange of barges with another towboat.

            dd) Estimated time of arrival at destination.

            ee) Delay time, place and cause (i.e. lock delay, traffic delay, etc.)

            ff) Quantity of fuel received on boat and the location and name of supplier.

            gg) Names of crewmembers boarding or departing the vessel, with times and locations of changes.

            hh) Any other pertinent information.

MIR 00596

49477 D 04450

b)    Vessel Daily Log Reports

    i)    It is the responsibility of the Master to maintain the Vessel Daily Log and see that himself or his relief posts it at the end of each six-hour watch.

c)    Crew Injury and Illness Reports

    i)    The Master will report all personal injuries or illnesses to crewmembers or any illness occurring on his vessel on a Brown Water Marine Service, Inc. Standard Personnel Injury Report form as soon as he becomes aware of such injury or illness.

    ii)    The Master will report any serious personal injury/illness or fatality to the head office. Remember that mobile phones and radios are not private. Serious personal injury/illness includes, but is not limited to, the following:

        a)    Apparent stroke or seizure;
        b)    Partial or total paralysis;
        c)    Partial or total loss of limb;
        d)    Loss of consciousness;
        e)    Second or third degree burns; and,
        f)    Compound fracture.

    iii)    Report by radio any other personal injuries or illness, which in the Master's opinion warrant such action. This verbal report does not relieve the Master of the obligation to submit the Brown Water Marine Service, Inc. Standard Personnel Injury Report or the required U.S. Coast Guard Form CG-2692.

    iv)    The Master should also enter the incident in the Vessel Daily Log and have the injured party sign or initial the entry.

d)    Accident Reports

    i)    The Master will report all accidents resulting in actual or possible damage to any Brown Water Marine Service, Inc. tow or boat, other vessel or tows, fixed objects such as bridges, docks or locks, other objects such as buoys, or damage which results in cargo loss, contamination, spills or pollution on the Brown Water Marine Service, Inc. Standard Incident Report form. Groundings and wheel fouling should be reported, regardless of the extent of damage.

G-4

MIR 00597

49477 D 04451

ii) Serious accidents, such as collisions with other vessels or tows, which seriously disrupt the voyage and result in the grounding, sinking, or overturning of the vessel, cargo loss, pollution, or major fire should be reported on VHF radio. This verbal report does not relieve the Master of the obligation to submit the Brown Water Marine Service, Inc. Standard Incident Report form.

iii) The Master should enter the incident in the Vessel Daily Log.

iv) The original report should be mailed to the main Brown Water Marine Service, Inc. office. The Master should retain a copy of the incident form should any future developments on the incident occur.

e) Requisitioning Supplies

i) Before placing requisitions or orders for supplies (groceries, rigging, equipment, etc.), the Master should determine the need and the necessity of each item. The Master must ensure that all receipts for fuel, oil, groceries, lines, and other supplies are sent to the office as soon as possible. It is also the Master's responsibility to record vessel supplies delivered to the boat in the Vessel Daily Log.

5. Safety Responsibilities

a) The master is responsible for the following:

i) Having all fire extinguishers recharged or refilled as required for each type of extinguisher;
ii) Having a fire hose with a nozzle at each fire station;
iii) Ensuring that dewatering pumps are on board the vessel and ready to use;
iv) Having an adequate number of approved life preservers in good condition on board;
v) Ensuring that there is an adequate quantity of first aid supplies onboard the vessel;
vi) Ensuring that all crewmembers are properly trained in first aid procedures;
vii) Ensuring that all crewmembers are properly trained in the use of the firefighting equipment available at their assigned stations;
viii) Ensuring that all crewmembers are properly trained in emergency procedures, including fire drills and abandon-ship drills;
ix) Ensuring the seaworthiness of the lifeboat, if the vessel is so equipped;

MIR 00598
49477 D 04452

x)   Ensuring that all crewmembers are familiar with the contents of the safety manual, and that all crewmembers adhere to these regulations; and,

xi)   Conducting monthly drills and safety meetings in accordance with Brown Water Marine Service, Inc. policies and procedures.

xii)   Conducting required inspection and testing of various operating systems, daily, weekly, monthly, quarterly or annually.

G-6

MIR 00599

49477 D 04453

*PILOT*

## A.    QUALIFICATIONS

- The pilot must have a U.S. Coast Guard Master Operator, Un-inspected Towing Vessels license.

## B.    RESPONSIBILITY

1.    The Pilot is directly responsible to the Master and acts on behalf of the Master when on watch.

2.    While on watch, the Pilot is responsible for the safety and welfare of the vessel, its crew, and tow.

3.    Should the Master become incapacitated or leave the vessel for any reason, the Pilot becomes acting Master and assumes the responsibility, authority, and duties of the Master. Therefore, he should at all times be familiar with the Master's responsibilities, authority, and duties as outlined in this procedure. In the event the Pilot assumes command, he must immediately notify the office and advise the Manager, Vessel Operations of the reasons therefore.

4.    The Pilot must stand his watch in the pilothouse, relieving the Master, even while the vessel is tied up.

5.    The Pilot must ensure that all logs are completed for the period he is on watch and enter crew changes occurring on his watch in the Vessel Daily Log.

MIR 00600

39477 D 04454

*SENIOR DECKHAND*

A.  GENERAL RESPONSIBILITIES

    1.  The Senior Deckhand is directly responsible to the vessel Master for the proper operation and maintenance of all mechanical equipment on the boat and its tow.

    2.  The primary responsibility of the Senior Deckhand is to safely operate and efficiently maintain the boat machinery. The Senior Deckhand is accountable for all engine room tools and equipment.

B.  OPERATIONAL RESPONSIBILITIES

    1.  The Deckhand or his relief will oversee the transfer of necessary fuel, water, and lube oil to the boat. Any fuel transfer, oil transfer or bilge water transfer must be in accordance with Brown Water Marine Service, Inc. oil transfer procedures.

    2.  The Deckhand or his relief must routinely order machinery parts and engine room supplies on a timely basis from Brown Water Marine Service, Inc. headquarters. Emergency orders may be turned in at any time. The Master must be kept informed and must approve these orders prior to submittal.

    3.  In the event of delays such as channel delays, lock delays, or other delays which occur en route and/or after the boat and its tow are safely tied off or otherwise moored, the main engines may be shut down only after agreement with the Master or Pilot on watch.

C.  EQUIPMENT RESPONSIBILITIES

    1.  The Deckhand must professionally repair all machinery and equipment on board the vessel within his capacity. If office help is required, the Deckhand should notify the Brown Water Marine Service, Inc. Dispatcher for assistance.

D.  REPORTING RESPONSIBILITIES

    1.  The Deckhand on duty must complete the daily engine log each day.

    2.  The Deckhand must complete a barge condition report on each barge that is picked up in tow.

    3.  The Deckhand, in conjunction with the Master, must complete and forward to the Dispatch office at Brown Water Marine Service, Inc. headquarters, work orders for all work which is beyond the capability of the engine room personnel.

MIR 00601
49477 D 04455

E.  SAFETY RESPONSIBILITIES

1.  Firefighting

   a)  The Deckhand, must perform the following duties:

      i)  Have knowledge of the maintenance, operation and recharging procedures for all onboard fire extinguishers.

      ii)  Ensure that all fire extinguishers are properly charged and tagged.

      iii)  Have knowledge of the maintenance and operation of other fire fighting equipment (e.g., fire hoses, nozzles, fire pumps, automatic systems, etc.) available to or on board the vessel.

      iv)  Ensure the proper operation of fire hoses and nozzles.

      v)  Report to the Master any malfunction of the firefighting equipment beyond the repair capabilities of vessel personnel.

      vi)  Assist other crewmembers in the operation of all firefighting equipment aboard the vessel.

      vii)  Assist the Master in the preparation and posting of a Station Bill and preparation of emergency procedures relating to fires on board the tow or vessel.

      viii)  Assist the Master in conducting fire emergency procedures and fire drills.

      ix)  Ensure that the fire pump is always ready for emergency use.

      x)  In the case of a fire aboard a boat and/or tow, take immediate charge until properly relieved.

2.  Other responsibilities of the Deckhand include, but are not limited to, the following:

   a)  When taking on fuel, follow all U.S. Coast Guard regulations and requirements.  If spillage occurs on the deck, clean it up immediately.

   b)  If the Deckhand must leave the pumping station when transferring fuel, transfer operations must be shut down.

   c)  Keep decks free of oil and fuel.

MIR 00602

49477 D 04456

d)    Pick up and secure pumps, hoses, fire extinguishers, etc., when no
longer needed.

e)    Keep engine room neat and clean.

MIR 00603

49477 D 04457

*DECKHAND*

A.   RESPONSIBILITIES

1.   The Deckhand is directly responsible and accountable to the Master or his relief, working directly under him and following his instructions.

2.   The Deckhand is primarily accountable for his own health, safety, and cleanliness. He must be familiar with Brown Water Marine Service, Inc. policies, procedures, safety rules and regulations, and must abide by them at all times.

3.   The Deckhand will prepare meals as directed by the Captain of the vessel.

B.   DUTIES

Deckhand duties vary from vessel to vessel and from watch to watch. The Master sets the watch-standing schedule and posts the duty list for the crew. The Master, or his relief, must ensure that the Deckhand stands the proper watch and performs the proper duties. These may include, but are not limited to, the following:

1.   Operational duties

   a)   Making up the tow;
   b)   Dropping, spotting, and switching barges at docks;
   c)   Assisting the vessel and tow in making locks;
   d)   Standing lookout, or riding the head of the tow as a lookout; and,
   e)   Performing the various tasks necessary to carry out the above, such as making a coupling, operating winches and ratchets, and line handling including splicing and throwing lines.

2.   Maintenance duties

   a)   Chipping and painting vessel and tow;
   b)   Shingling minor cracks in vessels after obtaining office permission to enter any void tank in accordance with applicable tank entry procedures (competent person/permit);
   c)   Repairing of flame screens, cleaning P/V valves, greasing winches, etc., in accordance with the barge checklist distributed by the Barge Maintenance Department; and,
   d)   Other equipment maintenance as needed.

3.   Housekeeping duties

   a)   Cleaning or scouring the boat;
   b)   Cleaning quarters, including personal quarters;

MIR 00604

49477 D 04458

c) Cleaning the wheelhouse and galley;
d) Cleaning the heads and companionways;
e) Maintaining the barge, grease winches, dogs on hatch covers, etc.;
f) Dewatering the barge as necessary; and,
g) Performing other cleaning chores as directed by the Master.

4.  Safety duties

- Reporting any hazardous or unsafe condition to the Master and making "on-the-spot" corrections when capable.

5.  Other duties

- As directed by the Master or his relief.

G-12

MIR 00605

49477 D 04459

## H.1 HIRING POLICY
### (Vessel Personnel)

A.    **GENERAL GUIDANCE/OVERVIEW**

This policy establishes procedures to be followed by Vessel Personnel Department staff in interviewing and reviewing potential applicants for positions as vessel crewmembers on Brown Water Marine Service, Inc. vessels.

B.    **RESPONSIBILITY**

1.    **The Personnel Manager is responsible for:**

      a)    Receiving phone calls from potential applicants;
      b)    Reviewing applications when received;
      c)    Reviewing and researching the job history of applicants;
      d)    Conducting personal interviews;
      e)    Scheduling drug screens; and,
      f)    Reviewing results;
      g)    Reviewing qualified applicant for placement.

2.    **The Secretary is responsible for:**

      a)    Inputting information on potential applicants in the computer;
      b)    Mailing out applications to potential candidates;
      c)    Receiving applications and inputting additional information into the computer; and,
      d)    Sending out criminal background check requests.

C.    **PROCEDURES**

1.    Receive phone call from potential applicant.

2.    Pre-qualify potential applicant by phone.  To be considered for a position as a Brown Water Marine Service, Inc. crewmember, an applicant must meet the following criteria:

      a)    Be 18 years of age or older.

3.    Input name and address and mail application to applicant.

1

MIR 00606

49477 D 04460

4.    Receive completed application.

5.    Review applications.  Research work history and write up
      applicant profile.

6.    Conduct personal interview.

      a)    Explain job description.
      b)    Discuss salary.
      c)    Discuss company benefits.

7.    Evaluate application.

8.    Offer the applicant a conditional offer of employment or notify the
      applicant that he or she does not qualify or status for hiring.

9.    Schedule drug screen.

10.   Review drug screen results upon receipt from Medical Facility.

2

MIR 00607
49477 D 04461

## H.2.b PHYSICAL STANDARDS POLICY

Brown Water Marine Service, Inc. is committed to complying with the letter and the spirit of the Americans with Disabilities Act of 1990 and to maintaining a safe workplace for all Brown Water Marine Service, Inc. employees. This policy outlines the job responsibilities and physical demands associated with various positions aboard Brown Water Marine Service, Inc. vessels.

*CAPTAIN/RELIEF CAPTAIN*

A.  **WORK SCHEDULE**

The standard work schedule for Captains and Relief Captains is 14 or 20 days on the vessel, then 7 to 10 days off. While on the boat the captain stands watch for 12 hours each day, with a watch broken into six-hour watches. The captain normally stands the (forward) 6 a.m. – 12 p.m. and 6p.m. to 12 a.m. watches. Captains may be requested to return to a boat during their scheduled time off if an emergency arises.

B.  **PHYSICAL DEMAND OF THE JOB**

1.  All pilothouse personnel are required to communicate with other vessels, Coast Guard stations, Corps of Engineers lockmasters and their own crewmembers. Communications may be via a VHF radio, orally, by sound signals or by hand signals. All pilothouse personnel must have hearing that allows them to communicate effectively in the conditions that might be encountered aboard a towboat.

2.  Pilothouse personnel must have vision that allows them to safely operate the vessel in situations that are likely to occur when a boat is in navigation night and day, year round. They must have color vision that enables them to identify navigation lights, signals, and symbols, as well as warning lights or symbols. Their depth perception must be adequate for navigation in close quarters, including lock or bridge approaches.

3.  Pilothouse personnel must be capable of ascending stairs or ladders safely, of lifting or moving equipment that may be used while they are aboard the boat, and of performing their emergency duties as listed in the vessel's Station Bill. Pilothouse personnel must know how and when to use the emergency equipment located on the boat.

4.  Pilothouse personnel must be able to read well enough to understand Coast Guard Notices to Mariners, Rules of the Road, federal regulations, company directives, Corps of Engineers publications, and river charts. They must be able to write well enough to accurately record all required

3

MIR 00608

49477 D 04462