events in the vessel's log and to communicate as required in the course of their job.

## DECKHAND

### A.    WORK SCHEDULE

The standard work schedule is 14 to 20 days on the boat, then 7 to 10 days off; however, this work schedule may vary. The daily work schedule is divided into two six-hour watches, for a total of a 12-hour work day. The forward watch is from 6 a.m. to 12 p.m. and 6 p.m. to 12 a.m. The after watch runs from 12 noon to 6 p.m. and 12 a.m. to 6 a.m. Hours for the call watch may vary according to the operational demands of the vessel.

### B.    PHYSICAL DEMANDS OF THE JOB

1. Standard deckhand duties include making tow, transferring rigging, laying rigging, handling lines, shifting barges, dropping or picking up barges, checking the tow, moving and operating portable pumps, assisting in making locks or bridges, assisting in mid-stream transfers, routine housekeeping duties, and general maintenance. In addition, deckhands may be required to catch a line on deck fittings; work lines at locks, cast lines free when getting underway, and assist in the navigation of the boat. Specific duties for the forward and after watches are detailed in the deckhand duty poster aboard the boat. These duties will be performed during all types of weather, night and day, and while the vessel is underway.

2. Deckhands are required to launch, use, and ride in a skiff from time to time. They may be required to mount the outboard motor, participate in emergency evaluations, and recover the skiff when small boat operations have been completed. These procedures require a deckhand to work on a moving platform where an individual's balance may be critical.

3. Deckhands are required to use hand tools, power tools, painting equipment, and personal protective gear. Power tools may be heavy or awkward and generate dust or loud noise.

4. Deckhands are frequently required to move equipment that is heavy or awkward. Moving this equipment may require more than one person in order to move or lift the item safely. No deckhand should lift more than he can safely handle. It is the responsibility of the individual deckhand to request assistance from other members of the crew when he feels it is necessary.

4

MIR 00609

49477 D 04463

5.  Medical facilities are not readily available in many areas along the river system. In some instances a lengthy delay in obtaining medical assistance or medicine may occur. Anyone needing medicine or periodic medical treatment is responsible for obtaining such treatment or medicine during his time off the boat.

6.  It is the responsibility of every Brown Water Marine Service, Inc. crewmember to report to the vessel in a timely manner, fit and ready for duty.

MIR 00610

49477 D 04464

### H.3 DRUG AND ALCOHOL POLICY

- Brown water Marine Service, Inc. business philosophy is to provide a safe, productive, and wholesome work environment. The safety and well being of all employees on the Brown Water Marine Service, Inc. team is our highest concern. To that end, the company prohibits all employees and contract employees from reporting to work having used illegal or unauthorized drugs or under the influence of alcohol, regardless of when or where the prohibited substance entered the person's system. The possession, use or consumption of alcoholic beverages, illegal or unauthorized drugs, or other controlled substances while on company premises is strictly prohibited. These prohibitions also apply to Brown Water Marine Service, Inc employees while on travel to and from the company or while conducting company business outside the Brown Water Marine Service, Inc. premises.

- All applicants, employees, and contractors will be required as a condition of employment to submit to request drug and/or alcohol testing from time to time. Such testing will be performed in accordance with this policy and within the requirements of federal and state law.

- The use, possession, sale, or distribution of alcohol, illegal drugs, drug paraphernalia, or the improper use of legally prescribed drugs or other intoxicating substances is strictly prohibited.

- Brown Water Marine Service, Inc. will conduct periodic unannounced investigations which may include searches of employees and their personal effects for illegal drugs or other unauthorized items. The company may also include the periodic collection and testing of urine and/or blood samples to determine the presence of alcohol, illegal drugs or other prohibited substances. Cooperation in any investigation, search or screen test is a condition of employment. Any employee who is found to be in possession of illegal drugs or other prohibited items; who, as a result of testing, is found to have illegal drugs or other prohibited substances in his or her system; or who refuses to submit to testing, will be considered in violation of this policy and subject to disciplinary action, up to and including discharge. Persons whose test results are positive and persons who refuse to submit to a required drug test will be reported to the U.S. Coast Guard in accordance with federal regulation.

- All applicants will be required to successfully pass a drug/alcohol-screening test prior to employment with the company. The company may also require drug/alcohol screening tests of any employee immediately after a job-related accident or illness or return from illness.

6

MIR 00611
49477 D 04465

## H.4 PROFICIENCY EVALUATION POLICY

A.    GENERAL GUIDANCE/OVERVIEW

Crew performance evaluations are performed for the following reasons:

- *Developmental purposes:* Performance evaluations help to determine the employee's level of training and expertise, and point out areas in which further training is needed. In addition, they can aid in the evaluation of previous training programs.

- *Motivational purposes:* The presence of a properly used performance evaluation program can have a positive motivational effect on employees. It can encourage initiative, develop a sense of responsibility and accountability, and provide the stimulus for improved performance.

- *Management assistance:* A performance evaluation system assists management in making promotion, transfer, reward, and disciplinary decisions.

- *Human resource and employment planning purposes*: The performance evaluation system can aid the company in assessing future staffing needs, and in the planning and development of recruiting strategies and development training programs.

- *Communications purposes*: A performance evaluation system provides an opportunity for one-to-one communication between supervisor and employee. It offers workers an opportunity to express frustrations and difficulties, and enables the supervisor to recommend personal developmental strategies.

B.    RESPONSIBILITY

- The captain must complete a performance evaluation form on the relief captain, pilot and deckhands. The captain must review the performance evaluation form with the crewmember prior to the captain or crewmember leaving the boat.

7

MIR 00612

49477 D 04466

## II. 5 ORIENTATION AND TRAINING POLICY

A.  GENERAL GUIDANCE/OVERVIEW

1.  Brown Water Marine Service, Inc. believes that effective personnel training programs influence behavior in a positive way.  On the job training programs are regarded as an investment for the company.  To that end, the Brown Water Marine Service, Inc. has established a company-wide program to develop and institute an effective training regimen for Brown Water Marine Service, Inc. vessel crewmembers.

2.  The following elements comprise the Brown Water Marine Service, Inc. training philosophy:

a)  Training must be justified by hazards analysis, cost-benefit analysis, and/or legal requirements, and must be approved by management.

b)  If initial training is deemed to be justified, a re-training schedule must also be identified.

c)  Learning objectives must be defined and communicated to training participants by competent instructors.

d)  Post-training evaluation must be conducted to measure the effectiveness of the training.

e)  Advance training will be conducted through outside schools.

3.  This policy identifies the minimum training to be provided to Brown Water Marine Service, Inc. vessel employees.

B.  RESPONSIBILITY

1.  The Safety Manager is responsible for establishing minimum training requirements and maintaining the Training Matrix (attached).

C.  PROCEDURES

1.  The Safety Manager must determine minimum training requirements for vessel employees.  The Safety Manager must document completed training in the employee's personnel file.

MIR 00613

49477 D 04467

# BROWN WATER MARINE SERVICE, INC. TRAINING MATRIX

| Course Topic | Captain | Pilot | Tankerman | Deckhand/ T/M Trainee | Frequency |
|---|---|---|---|---|---|
| New Hire Orientation | Required | Required | Required | Required | Initial |
| Vessel Orientation | Required | Required | Required | Required | Initial |
| Hazard Communication | Required | Required | Required | Required | Annually |
| First Aid/CPR | Required | Required | Required | Optional | Five Years |
| Safety | Required | Required | Required | Required | Three Years |
| Drug and Alcohol Awareness | Required | Required | Required | Required | Annually |
| Blood Borne Pathogens | Required | Required | Optional | Optional | Five Years |
| Hydrogen Sulfide Awareness | N/A | N/A | N/A | N/A | N/A |
| Acrylonitrile Awareness | N/A | N/A | N/A | N/A | N/A |
| Emergency Response | Required | Required | Required | Required | Annually |
| Transfer Procedures | Required | Required | Required | N/A | Three Years |

9

MIR 00614

49477 D 04468

## H.6 PERSONNEL DEVELOPMENT PROGRAM

- In order for an employee to progress to a higher level of employment, he or she must demonstrate competency in certain knowledge and/or skills that are required of each position. Once all of the required criteria are met and the employee has been recommended by vessel management to proceed to the next level, he or she will be evaluated by the Operations Manager.

1) **TANKERMAN**

a) Tankerman Trainee (Entry-Level) to Tankerman

- In order to be considered for a position as Tankerman Trainee          , and Entry-Level Tankerman Trainee must demonstrate and document the following competencies:

  i) Good work ethic and positive attitude.

  ii) Familiarity with and understanding of:
  - (a) Applicable Brown Water Marine Service, Inc. personnel policy;
  - (b) Brown Water Marine Service, Inc safety programs;
  - (c) The chain of command aboard towing vessels;
  - (d) The watch system aboard towing vessels; and,
  - (e) Brown Water Marine Service, Inc. Safety Rules.

  iii) Understanding of the importance of:
  - a) Daily wake-up and personal preparation;
  - b) Proper dress for day/night, foul weather, etc.;
  - c) Proper personal protective equipment for various job functions where required;
  - d) Good personal hygiene and grooming; and,
  - e) Proper stowage of personal gear and laundry.

  iv) Ability to identify and knowledge of the advantages and disadvantages of:
  - a) Nylon Line;
  - b) Polypropylene line;
  - c) Dacryon line;
  - d) Poly-D line; and,
  - e) Spectra line.

MIR 00615

49477 D 04469

v)    Knowledge of the use of and demonstrated ability to tie the following:

        a)    Bowline;
        b)    Square knot;
        c)    Becket bend;
        d)    Round turn and two half-hitches;
        e)    Clove hitch;
        f)    Short splice; and,
        g)    Eye splice.

vi)   Demonstrated ability to:

        a)    Catch a line;
        b)    Throw a line;
        c)    Lay a breast lead;
        d)    Lay a backing lead;
        e)    Lay a towing lead;
        f)    Handle a line under strain;
        g)    Handle a lock line;
        h)    Make bumpers;
        i)    Make a line by both faking and coiling;
        j)    Open a new coil of line;
        k)    Serve the end of a line with a permanent whipping;
        l)    Use a Capstan safely and effectively;
        m)    Operate and maintain portable barge jigger pump;
        n)    Identify different areas of the engine room;
        o)    Demonstrate correct start-up and shut-down procedures for main engines, generators, and barge pump and generator engines;
        p)    Identify different types of oils used in the engine room;
        q)    Identify all valves and hoses in the engine room and the uses of each;
        r)    Lay the following wires:

           (1) Backing;
           (2) Towing;
           (3) Breast;
           (4) Jockey;
           (5) Fore and aft;
           (6) Boat face;
           (7) Boat jockey;
           (8) Long; and,
           (9) Hold-down or roll.

        s)    Use barge winches safely and effectively;

11

MIR 00616

49477 D 04470

|      |     |                                                              |
|------|-----|--------------------------------------------------------------|
|      | v)  | Demonstrate the proper knowledge and use of wire clamps, cables, and slings; |
|      | w)  | Sooge boat;                                                  |
|      | x)  | Clean inside of boat;                                        |
|      | y)  | Clean barge with degreaser;                                 |
|      | z)  | Safely use a grinder and needle gun;                        |
|      | aa) | Identify different types of paints and their uses;          |
|      | bb) | Prepare a surface for painting; and,                        |
|      | cc) | Paint a surface.                                            |

vii)   Knowledge of how to make a line fast to:
- a)   Timberheads;
- b)   H-bits;
- c)   Caval; and,
- d)   Sampson post.

viii)  Knowledge of how to rig running light and jackstaff.

ix)   Ability to identify and use:
- a)   Portable $CO_2$ fire extinguishers;
- b)   Portable dry chemical fire extinguishers;
- c)   Fixed fire extinguishing system (if installed);
- d)   Fire pump;
- e)   Fire hose; and,
- f)   Life ring buoys.

x)   Knowledge of which extinguishing agent to use on A, B, and C class fires.

xi)   Knowledge of tankerman duties and responsibilities in the event of:
- a)   Fire aboard the vessel;
- b)   Man overboard;
- c)   Abandon Ship;
- d)   Collision with another vessel or structure;
- e)   Grounding of the vessel or tow;
- f)   Tow break up; or,
- g)   Oil spill.

xii)   Demonstrated knowledge of all methods of communication including;
- a)   Hand signals;
- b)   Portable VHF radio; and,
- c)   Emergency general alarm or whistle for man overboard, fires or abandon ship situations.

xiii)  Knowledge of how to enter, exit and operate a skiff properly.

12

MIR 00617

49477 D 04471

xiv)  Ability to identify the following barge and towing vessel parts and areas:
    a)  Wheelhouse/pilothouse;
    b)  Crew quarters;
    c)  Engine room;
    d)  Galley;
    e)  Bow;
    f)  Stern;
    g)  Starboard;
    h)  Tow knees;
    i)  Life lines/rails;
    j)  Line deck;
    k)  Rake;
    l)  Rake and stern voids;
    m)  Headlog;
    n)  Rake knuckles;
    o)  Bilge knuckles;
    p)  Wing tanks;
    q)  Cargo tanks;
    r)  Ullage hatch;
    s)  Butterworth hatch;
    t)  Drip pans;
    u)  Pipe line headers; and,
    v)  Spill rails.

xv)  Successful completion of the following training programs:
    a)  Confined space entry;
    b)  Emergency response;
    c)  First aid and CPR;
    d)  Bloodborne pathogens;
    e)  Hazard communication;
    f)  Hydrogen sulfide;
    g)  Breathing air; and,
    h)  Heater.

xvi)  Good performance evaluation.

b)  *Tankerman Trainee*

- In order to be considered for a position as a Tankerman trainee, you must meet the following criteria:

i)  Assist in the following barge transfers;
    a)  10 loads;
    b)  10 discharges.

ii)  Demonstrate knowledge of:
    a)  Hose handling, including hook-up, disconnection, and proper slinging;

13

**MIR 00618**

49477 D 04472

    b)    Re-packing pumps; and,

    c)    Barge maintenance.

iii) Complete license preparation classes.

iv) Obtain endorsement as Tankerman-PIC (Barge).

v) Maintain a good performance evaluation.


*c)*  *STEERSMAN TRAINEE*

- A steersman trainee will be responsible for any fees associated with obtaining his or her wheelhouse license, Radar Observer endorsement, and any other required training that is conducted outside the Brown Water Marine Service, Inc. training program. The Operations Manager may consider personnel with a minimum of two years consecutive service with Brown Water Marine Service, Inc. financial aid for schooling.

- The Steersman will submit his or her steering logs to the training manager monthly for evaluation. Upon completion of all training requirements, the Operations Manager will evaluate the Steersman for promotion.

- A Steersman's training may be discontinued at any time upon the recommendation of the Operations Department.

- Upon completion of all training requirements, the Steersman will be required to demonstrate his or her competence to a shore-side representative appointed by the Operations Manager. If the shore-side operations representative is satisfied that the Steersman is competent, he will recommend to the Operations Manager that the Steersman be sent for schooling.


*d)*  *PILOT*

- In order to be considered for a position as Pilot, and individual must satisfactorily complete the Brown Water Marine Service, Inc. Steersman Program.

- In addition, the following competencies must be learned, demonstrated, and documented;

    (1) Knowledge of all Brown Water Marine Service, Inc policies and procedures;

    (2) Knowledge of maintenance of all boat and barge mechanical and electrical systems;

MIR 00619

49477 D 04473

(3) First aid and CPR training; and,

(4) Firefighting training.

- A Pilot may be considered for the position of Captain.

e) *CAPTAIN*

- In order to be considered for a position as Captain, an individual must have documentation all of the competencies required of a Pilot.

- In addition, he or she must meet the following criteria:

    (1) No less that five years of experience as a pilot;

    (2) Demonstrated knowledge of maintenance of all boat and barge mechanical and electrical systems;

    (3) Superior boat handling skills with no pilot error casualties;

    (4) Demonstrated knowledge of all Brown Water Marine Service, Inc. policies and procedures;

    (5) Approval from the Human Resources Manager and Operations Manager.

    (6) First aid and CPR training; and,

    (7) Firefighting training.

MIR 00620

49477 D 04474

15

## II.7  PRESCRIPTION MEDICATION NOTIFICATION POLICY

- The use of prescription or non-prescription (over-the-counter) medication may affect the ability of an individual to safely perform the duties of a Brown Water Marine Service, Inc. vessel crewmember.

- All vessel personnel are urged to use extreme caution when taking medications while employed on board a Brown Water Marine Service, Inc. vessel. The incapacitation, which can result from imprudent use of medication may be the cause of a serious accident involving personal injury, property damage, and perhaps loss of life.

- Some non-prescription drugs (for example, some of those sold for the relief fof cold symptoms and which contain antihistamines) can cause drowsiness and should not be taken by persons operating vessels, machinery or motor vehicles. In addition, some medications which have no harmful effects if taken on their own or in the proper dosage is exceeded or if taken in conjunction with alcohol or other medications. The directions supplied with any medication should always be read carefully and followed precisely.

- Information concerning the properties and side effects of many commonly used prescription and non-prescription medication is available from the Brown Water Marine Service, Inc. Vessel employees are encouraged to notify the Medical Records Administrator when they are taking prescription medication and to consult with the Medical Records Administrator to determine whether and how a particular medication may affect their ability to safely perform their duties.

MIR 00621


49477 D 04475

## 11.8 DISCIPLINARY POLICY

- Brown Water Marine Service, Inc. has the responsibility to maintain a safe work place for all its employees. In order to meet that obligation we have the right to impose discipline when and where needed. It is our intention to be fair and consistent in dealing with individuals who violate our personnel or safety policies; therefore, the following disciplinary standards have been established.. Every employee should take the time to read and clearly understand these standards. Your job security may be affected if you are not aware of what is considered unacceptable conduct.

- In most instances, minor infractions will result in a reprimand or counseling from management personnel. Employees who are counseled on their behavior should understand that their performance is expected to improve and that there should be no need for additional counseling sessions. Repetitive counseling for failure to observe company policies or acceptable standards of conduct will result in dismissal.

- If you are counseled for misconduct or a perceived violation of Brown Water Marine Service, Inc. operating policies, you have the right to respond. If there is a misunderstanding or if inaccurate information has been given to management, you should make every effort to help us correct the information. Every employee will be given the opportunity to speak to any manager or present his or her position. Do not ignore counseling sessions or warnings without providing your explanation of events.

- Some violations are so serious that we have no choice but to dismiss an individual immediately. The following standards are grounds for immediate dismissal. If you have questions about any of these standards, contact the Personnel or Operations Manager for guidance:

    (1) Leaving the vessel to which you are assigned without prior approval or relief;

    (2) Any act of dishonesty, including theft or wrongful use of money, equipment, supplies, or materials belonging to the company or to a fellow employee.

    (3) Willfully giving false information, including providing false information on a application for employment, an accident report, on official logs, or while acting in your capacity as an employee of the Brown Water Marine Service, Inc. company.

    (4) Willfully or negligently destroying or damaging company-owned property, including equipment on boats, in the office, or

MIR 00622

49477 D 04476

in vehicles, and including such items as written directives, publications, and notices.

(5) Assaulting, threatening, or attempting to do bodily harm to anyone on company property, in a company-operated vehicle, or while engaged in company business.

(6) Engaging in immoral or indecent conduct while employed by the company or on company property.

(7) Gambling on company property or while serving as an employee of the company.

(8) The use of alcohol or illegal drugs while on vessels, property, or vehicles or while on company business; the abuse of prescription drugs; or, the possession, distribution, or consumption of illegal drugs. (Brown Water Marine Service, Inc. is required by regulation to report drug violations by licensed or documented persons to the Coast Guard. Conviction of a drug offense or failure to pass a drug screen will result in the loss of an individual's license, or preclude the issuance of an original license. Therefore, it is extremely important that every Brown Water Marine Service, Inc. employee understand the importance of staying drug-free. See Section H.3 for more information on Brown Water Marine Service, Inc.'s policy on drug and alcohol use.)

(9) Refusal to participate in a drug or alcohol test or to allow your luggage to be searched for any signs of drug or alcohol use;

(10) Possession of a firearm aboard a Brown Water Marine Service, Inc. vessel, in company vehicle, or on company property.

(11) The use or attempted use of any weapon against another person;

(12) Allowing any unauthorized person to visit a company boat or company property;

(13) Insubordination. Insubordination includes failure to observe management's instructions, disrespectfully disagreeing with your supervisor or manager, or acting in an insolent or threatening manner; and,

(14) Failing to make a crew change. Crewmembers failing to make a crew change are responsible for arranging and paying for their own travel to the vessel.

MIR 00623

49477 D 04477

- Crewmembers terminated for violation of company policy or safety rules are not eligible for re-employment for a minimum period of thirty days.

- Crewmembers terminated for violation of the Brown Water Marine Service, Inc.'s drug and alcohol policy are not eligible for re-employment for a period of six months. A crewmember will be considered for re-employment only with proof of successful completion of an acceptable rehabilitation program.

- Crewmembers terminated twice for similar offenses are not eligible for re-employment at Brown Water Marine Service, Inc.

19

MIR 00624

49477 D 04478

## H.10 VENDOR SAFETY POLICY

- As of this writing, no outside towing vendors are utilized.  In the event an outside towing is used and used regularly in the course of business, then the company needs to address the outside companies safety and operating standards.

    A.  Outside vendor should have the following:

        1)   Safety Program,

        2)   Environmental Program,

        3)   Crew Requirements,

        4)   Emergency Response Procedures,

        5)   Equipment Maintenance Standards.

MIR 00625

49477 D 04479

## H.11 LAW & REGULATION COMPLIANCE

- The Operations Manager will be the designated corporate individual to implement and comply with all federal laws and regulations governing marine safety and environmental protection.

   A. Operations Manager in the normal course of business will maintain industry periodical, U.S.C.G. mailings and professional associations that can provide information about marine safety regulations, those proposed and those becoming law.

   B. The Operations Manager will implement proper protocol to insure compliance through out the corporation.

   C. All regulations whether, Federal or State, will be monitored by the Operations Manager. Also, the applicability to the current scope of business the corporation is conducting for the implementation of required regulations.

MIR 00626

49477 D 04480

# Station Bill
# Brown Water Marine Service, Inc.

**All crew members shall be familiar with the signal listed in this station bill and their duties as assigned in case of emergency.**

| Signal | Emergency | Position | Duties |
|---|---|---|---|
| Continuous ringing of the general alarm. | General Emergency (including: man overboard .fire, medical emergency, oil spill, collision, abandon ship) | Tankerman | Put on Life Vest. Proceed to the foredeck of the boat taking an outside route. Bring handheld radio (if possible) tune radio to channel 90 wait orders from wheelhouse. |
| | | Deckhand | Put on Life vest. Proceed to the foredeck of the boat taking an outside route. Assist tankerman as directed by wheelhouse (Note: Act as tankerman if there are no tankerman aboard.) |
| | | Engineers | Put on Life Vest. Proceed to the foredeck of the boat taking an outside route. Wait orders from wheelhouse |
| | | Captain | Put on Life Vest. Proceed to Wheelhouse taking an outside route. Take charge of emergency operations. |
| | | All other wheelmen | Put on Life Vest. Proceed to Wheelhouse taking an outside route. Assist Captain as directed. |
| | | Visitors | Put on Life Vest. Proceed to the foredeck of the boat taking an outside route. Wait orders from Wheelhouse. |

**Captain is in charge of overall emergency operations.**

OPS 0001
05/02

MIR 00627

49477 D 04481

# VESSEL INCIDENT REPORT

| Name of Vessel | Call Sign | Customer |
|---|---|---|
| Length | Gross Tons | Year Built<br>Official Number |
| Location (River, Mile Marker) | Date of Occurrence | Time of Occurrence |
| Name of Master | | Name of Person at Wheel |

| Weather | Time | Visibility | Distance (Miles of visibility) _____ |
|---|---|---|---|
| ☐ Clear | ☐ Daylight | ☐ Good | Air Temperature _____ |
| ☐ Rain | ☐ Twilight | ☐ Fair | Wind Speed _____ Direction _____ |
| ☐ Snow | ☐ Night | ☐ Poor | Current Speed _____ Direction _____ |
| ☐ Fog | | | |
| ☐ Other _____ | | | |

**Type of Incident**

☐ Collision    ☐ Spill    ☐ Grounding    ☐ Other _____

**Description of Incident (attach Drawing or Sketch)**

_____

_____

_____

_____

_____

**Navigation Information**

☐ Moored, Docked or Fixed    Speed _____

☐ Anchored    ☐ Underway    Course _____

Last Port _____

Where Bound _____

Date and Time of Departure _____

| Barge | Cargo | Draft<br>Forward _____ Stern _____ |
|---|---|---|
| Barge | Cargo | Draft<br>Forward _____ Stern _____ |
| Barge | Cargo | Draft<br>Forward _____ Stern _____ |
| Witness | Witness | Witness |

Signature of Master _____    Signature of P.O.W. _____

OPS 0002
05/02

MIR 00628

49477 D 04482

## PERSONAL INJURY / ILLNESS REPORT

| Name of Vessel | Call Sign | Name of Customer |
|---|---|---|
| Date of Occurrence | Time of Occurrence | Location of Occurrence (River, Mile Marker) |
| Name of Injured / Ill person | SSN# | Job Title |
| Date hitch due to end | Was individual unable to work?  ☐ Yes    ☐ No | If Yes, Indicate Date and Time Incapacity Began |

**Describe Nature of Injury or Illness (Be Specific, Indicate Parts of Body Affected)**

**Describe How and Where the Incident Occurred**

| Witness | Witness |
|---|---|

| Was First Aid Given?  ☐ Yes    ☐ No | If Yes, Describe |
|---|---|

| Name of Master | Signature of Master | Date Signed |
|---|---|---|
| Name of person Completing Form | Signature | Date of Report |

OPS 0003
03/02

MIR 00629

49477 D 04483

# VESSEL SAFETY EQUIPMENT INSPECTION FORM

M/V: _____

Crewman to Initial Each box After Inspection is Completed

| Equipment | MM/YR | MM/YR | MM/YR | MM/YR | MM/YR |
|---|---|---|---|---|---|
| Portable Fire Extinguishers | | | | | |
| Ring Buoys/Flotation Lights | | | | | |
| All Vents - Water Tightness Integrity | | | | | |
| Piping/Tank Systems | | | | | |
| First Aid Oxygen Supply | | | | | |
| Galley Stove Hood Fire Ext. | | | | | |
| Scupper & Freeing Ports | | | | | |
| Watertight Closures | | | | | |
| General Alarm/PA System | | | | | |
| Life Preservers (Type 1) | | | | | |
| Working Life Vests | | | | | |
| Engine Room Fire Pump/Hoses | | | | | |
| Flare Kit | | | | | |
| Fire Ax | | | | | |
| First Aid Kit | | | | | |
| Radio License Posted | | | | | |
| Emergency Lighting | | | | | |
| Smoke Detectors | | | | | |
| Swing Meter | | | | | |
| Compass/Deviation Card | | | | | |
| U.S.C.G. Rules of the Road | | | | | |
| N.O.A.A. Navigation Charts | | | | | |
| U.S.C.G. Notice to Mariners | | | | | |
| U.S.C.G. VTS Manuals | | | | | |
| U.S.C.G. Light List | | | | | |
| U.S. Coast Pilot | | | | | |
| N.O.A.A. Navigation Charts | | | | | |

MIR 00630

Captain's Initials

Form to be Maintained Onboard for 60 Days After Completion

## Boat Fire Extinguisher Location Guide

List Location, Quantity, & Description Of Portable Fire Extinguishers

| Location | Quantity | Description |
|---|---|---|
| Galley | | |
| Wheelhouse | | |
| Bunkroom 1 | | |
| Bunkroom 2 | | |
| Bunkroom 3 | | |
| Bunkroom 4 | | |
| Passageway ( ) | | |
| Engine Room (Upper) | | |
| Engine Room (Lower) | | |
| Store Room | | |
| Forward Hold | | |
| Barge | | |
| Other | | |

OPS 0004
0502

49477 D 04484