# BROWN WATER MARINE SERVICE, INC.
## Vessel Employee Counseling Report

Employee Name: _____     Date Issued:   /   /

Vessel Assigned: _____     Watch: _____

Position:     ☐ Captain   ☐ Relief Captain     ☐ Pilot   ☐ Tankerman
              ☐ Deckhand ☐ Other _____

Area of Concern:     ☐ Attendance     ☐ Carelessness     ☐ Disobedience
                     ☐ Safety         ☐ Tardiness        ☐ Work Quality
                     ☐ Expectations   ☐ Violation of Company Policies and
                                        Procedures: _____

                     ☐ Other: _____
                              _____

_____

Specific Event Date:     /   /

Time: _____     Vessel Location: _____

Supervisor's Notes: _____

_____

_____

_____

Employee's Remarks: _____

_____

_____

_____

_____

Employee's Signature: _____     Date:   /   /
                      I have read the above and understand it.

Supervisor's Signature: _____     Date:   /   /

OPS 0005
05/02

MIR 00631
49477 D 04485

# BROWN WATER MARINE SERVICE, INC.
## PHONE LIST

**VESSEL:** _____

| DATE | TIME | PHONE NUMBER | CALLER | COMMENTS |
|------|------|--------------|--------|----------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  | MIR 00632 |
|  |  |  |  |  |

OPS  0006
05/02

49477 D 04486

## Tankerman Trainee Loads and Discharge Sign Off Sheet

Name _____          Date _____
                (name of trainee)

Vessel Barge _____          Cargo _____

### CIRCLE ONE

Type of Transfer              Loading              Discharging

|  | YES | NO |
|---|---|---|
| PRE-TRANSFER INSPECTION | _____ | _____ |
| PRE-TRANSFER CONFERENCE & EXECUTION OF DOI | _____ | _____ |
| CONNECTION OF CARGO HOSES OR LOADING-ARMS | _____ | _____ |
| LINE-UP OF THE CARGO SYSTEM | _____ | _____ |
| START OF LIQUID FLOW | _____ | _____ |
| START OF CARGO PUMP & INCREASE OF PRESSURE TO NORMAL DISCHARGE PRESSURE | _____ | _____ |
| CALCULATION OF LOADING-RATES | _____ | _____ |
| MONITORING OF CARGO TANKS | _____ | _____ |
| TOPPING-OFF OF CARGO TANKS DURING LOADING | _____ | _____ |
| STRIPING OF CARGO TANKS DURING DISCHARGE | _____ | _____ |
| BALLASTING & DEBALLASTING IF APPROPRIATE | _____ | _____ |
| DISCONNECTION OF THE CARGO HOSES OR LOADING ARMS | _____ | _____ |
| SECURING OF CARGO SYSTEM | _____ | _____ |

NAME: _____
            (name of "PIC" tankerman conducting the training)

TITLE: _____

OPS 0007
05/02

MIR 00633
49477 D 04487

## BROWN WATER MARINE SERVICE CO. INC.
## DAILY INSPECTION CHECKOFF LIST

VESSEL: _____

DATE:

| | PORT | STBD | PORT | STBD | PORT | STBD | PORT | STBD | PORT | STBD | PORT | STBD | PORT | STBD | PORT | STBD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RPM | | | | | | | | | | | | | | | | |
| HOUR METER | | | | | | | | | | | | | | | | |
| HRS. SINCE LAST OIL CHANGE | | | | | | | | | | | | | | | | |
| CHECK OIL / OIL ADDED | | | | | | | | | | | | | | | | |
| CHECK CLUTCH OIL / OIL ADDED | | | | | | | | | | | | | | | | |
| GENERATOR: OIL LEVEL / CHANGED | | | | | | | | | | | | | | | | |
| CHECK FUEL / MEASURE | | | | | | | | | | | | | | | | |
| CHECK DAY TANKS | | | | | | | | | | | | | | | | |
| ELECTRONICS | | | | | | | | | | | | | | | | |
| CHECK ALL LIGHTS | | | | | | | | | | | | | | | | |
| CHECK SAFETY EQUIPMENT | | | | | | | | | | | | | | | | |
| CHECK ALL BELTS | | | | | | | | | | | | | | | | |
| EXHAUST LEAKS | | | | | | | | | | | | | | | | |
| DRAIN WATER TRAPS | | | | | | | | | | | | | | | | |
| WATER LEAKS | | | | | | | | | | | | | | | | |
| FUEL LEAKS | | | | | | | | | | | | | | | | |
| OIL LEAKS | | | | | | | | | | | | | | | | |
| CHECK BATTERY CABLES POST AND WATER | | | | | | | | | | | | | | | | |
| CHECK ALARM & SWITCH WIRES | | | | | | | | | | | | | | | | |
| MOTOR MOUNTS / SHIMS | | | | | | | | | | | | | | | | |
| INSPECTED BY | | | | | | | | | | | | | | | | |
| REMARKS: | | | | | | | | | | | | | | | | |

MIR 00634

OPS 0008
05/02

49477 D 04488

# Brown Water Barge Inspection Sheet

**BARGE NUMBER:** _____

| DOCUMENTS ON BOARD & CURRENT | YES | NO | NA | COMMENTS |
|---|---|---|---|---|
| 1. USCG Certificate of Inspection (COI) | | | | Exp. Date: |
| 2. Certificate of Financial Responsibility (CFR) | | | | Exp. Date: |
| 3. Barge Vapor Tightness Document | | | | Test Date: |
| 4. Current Cargo Piping Test Date | | | | Test Date: |
| 5. Tank Barge Response Plan | | | | |
| . Pipeline Diagram | | | | |
| 7. Oil Transfer Procedure Manual | | | | |
| 8. Current Letters of Alternate Compliance | | | | |
| **ENSURE THE FOLLOWING:** | | | | |
| 9. Fuel Tank Level Correct/Water Drained | | | | |
| 10. PTO and Drive Shaft are Greased | | | | |
| 11. Pump Engine is Checked and Runs | | | | |
| 12. Emergency Shutdown System is Tested | | | | |
| 13. Deepwell Pump/Gearhead are Operational | | | | |
| 14. Pump Engine Gauges Working Properly | | | | |
| 15. Fixed Winches/Ratchets Working | | | | |
| 16. Deck is Clean and Free of Debris | | | | |
| 17. Drip Pans are Clean and Coves in Place | | | | |
| 18. Flame Screens in Place (If Applicable) | | | | |
| 19. All Blinds Secure/Bolt in Every Hole | | | | |
| 20. All Bolts are Tool Tight | | | | |
| 21. Scupper Plugs are in Place | | | | |
| 22. All Cargo Valves are Checked and Closed | | | | |
| 23. Pump Burp Valve is Checked and Closed | | | | |
| 24. Piping Caps Secured Tool Tight | | | | |
| 25. Stripping System is Operational | | | | |
| 26. Stop Tank Gauged (Less Than 1/2 Full) | | | | |
| 27. Cargo Tank Gauge Sticks are Operational | | | | |
| 28. Highlevel Alarm Floats are Operational | | | | |
| 29. Sight Glasses are Operational | | | | |
| 30. Check Boom, Taglines, Winches, Cables | | | | |
| 31. Bunker Boom Drain Valve is Closed | | | | |
| **HULL SURVEY** | | | | |
| 32. Bow Rake Conditioned | | | | |
| 33. Wing Tanks Conditioned | | | | |
| 34. Stern Void Conditioned | | | | |
| 35. Hatches-Dogs are Free and Lubricated | | | | |
| 36. Port Shell Plate is Undamaged | | | | |
| 37. Starboard Shell Plate is Undamaged | | | | |
| 38. Hand Log Plate is Undamaged | | | | |
| 39. Push Knees are Undamaged | | | | |
| 40. Transom Plate is Undamaged | | | | |
| 41. Other Damage on the Barge | | | | |
| 42. Warning Signs are on the Barge | | | | |
| 43. Deck Fittings are Adequate | | | | |

**DATE:** _____      **TIME:** _____

**SIGNATURE:** _____      **PRINT NAME:** _____

OPS 0009
05/02

MIR 00635



# BROWN WATER MARINE SERVICE, INC.
## EXPENSE REPORT

EMPLOYEE: _____

POSITION: _____

| DATE | DESCRIPTION OF EXPENSE | AMOUNT OF EXPENSE |
|------|------------------------|-------------------|
|      |                        |                   |
|      |                        |                   |
|      |                        |                   |
|      |                        |                   |
|      |                        |                   |
|      |                        |                   |
|      |                        |                   |
|      |                        |                   |
|      |                        |                   |
|      |                        |                   |
|      |                        |                   |
|      | TOTAL EXPENSES:        | _____     |

OPS 00010
05/02

MIR 00636



# GROCERY LIST

## DAIRY

- 1 Eggs
- 2 Milk
- 3 Cream Cheese
- 4 Canned Biscuits
- 5 Butter/Blnk
- 6 Sour Cream

## BREAD & CHIPS

- 7 White Bread
- 8 Wheat Bread
- 9 Tortilla – Flour
- 10 Tortilla – Corn
- 11 Crackers
- 12 Potato Chips
- 13 Corn Chips
- 14 Cookies

## FRESH MEATS

- 15 Sirloin
- 16 Rib Eye
- 17 Ribs
- 18 T-Bone
- 19 Round Steak
- 20 Cutlets
- 21 Roast
- 22 Ground Beef
- 23 Pork Chops
- 24 Bacon
- 25 Sausage Bun / Link
- 26 Fryers
- 27 Weiners
- 28 Bologna
- 29 Ham
- 30 Cat Fish
- 31 Salmon
- 32 Chorizo
- 33 Pepperoni
- 34 Sliced Cheese / Block
- 35 Velveeta
- 36 Parmesan Cheese

## CANNED MEAT

- 37 Sardines
- 38 Vienna Sausage
- 39 Spam
- 40 Tuna Fish
- 41 Chile
- 42 Chile with Beans
- 43 Can Soup

## MISCELLANEOUS

- 44 Mayonaise
- 45 Salad Dressing
- 46 Mustard
- 47 Catsup
- 48 A-1 Sauce
- 49 Esket 57
- 50 Worcestershire Sauce
- 51 Soy Sauce
- 52 BBQ Sauce
- 53 Spray
- 54 Honey
- 55 Vinegar
- 56 Dill Pickles
- 57 Relish
- 58 Olives
- 59 Jalapenos
- 60 Italian Dressing
- 61 Ranch Dressing
- 62 Thousand Island
- 63 Picante Sauce
- 64 Jelly – Grape
- 65 Jelly – Strawberry
- 66 Jelly – Peach
- 67 Jelly – Pineapple
- 68 Peanut Butter

## DRIED GOODS

- 69 Lima Beans
- 70 Navy Beans
- 71 Pinto Beans
- 72 Rice
- 73 Macaroni & Cheese
- 74 Spaghetti
- 75 Spaghetti Sauce
- 76 Egg Noodles
- 77 Elbow Macaroni
- 78 Hamburger Helper

## CANNED VEGETABLES

- 79 Green Beans
- 80 Carrots
- 81 Cream Corn
- 82 Whole Corn
- 83 Mixed Greens
- 84 Spinach
- 85 Hominy
- 86 Sauerkraut
- 87 Mixed Vegetables
- 88 Black Eye Peas
- 89 English Peas
- 90 Tomatoe/Chile
- 91 Tomatoes
- 92 Tomato Paste
- 93 Tomato Sauce
- 94 Pork & Beans
- 95 Refried Beans
- 96 Baked Beans
- 97 Ranch Style Beans
- 98 Sweet Potato
- 99 Mushrooms

## CANNED FRUITS

- 100 Peaches
- 101 Fruit Cocktail
- 102 Pears
- 103 Apple Sauce

## DRY GOODS

- 104 Baking Powder
- 105 Baking Soda
- 106 Salt
- 107 Pepper
- 108 Garlic Salt
- 109 Garlic Powder
- 110 Onion Powder
- 111 Chile Powder
- 112 Tony's Creo
- 113 Bisquick
- 114 Hot Roll Mix
- 115 Corn Bread Mix
- 116 Flour / 5 lbs.
- 117 Cornmeal
- 118 Sugar / 5 lbs.
- 119 Brown Sugar
- 120 Cake Mix
- 121 Cake Frosting
- 122 Pie Filling
- 123 Vanilla Pudding
- 124 Chocolate Pudding
- 125 Cereal
- 126 Grits
- 127 Oat Meal
- 128 Wesson Oil
- 129 Pam - Spray

## DRINKS

- 130 Coffee / 3 lbs.
- 131 Coffee Filters
- 132 Coffeemate
- 133 Tea Bags
- 134 Orange Juice
- 135 Kool-Aid
- 136 Case of Coke
- 137 Case of Mixed

## HOUSEHOLD PRODUCTS

- 138 Tide
- 139 Clorox
- 140 Lava Soap
- 141 Bath Soap
- 142 Liquid Soap
- 143 Ajax
- 144 Pine Oil
- 145 Stool Deodorant
- 146 Windex
- 147 409 Cleaner
- 148 Furniture Polish
- 149 SOS Pads
- 150 Mop
- 151 Broom
- 152 Sponges
- 153 Dryer Sheets
- 154 Toothpaste
- 155 Lysol Spray
- 156 Toilet Tissue
- 157 Toilet Bags
- 158 Paper Towels
- 159 Trash Bags (30 gal)

## TRASH BAGS

- 160 Trash Bags
- 161 Aluminum Foil Lg / Sm
- 162 Plastic Food Bags
- 163 Roach & Ant Spray
- 164 Off

## FRESH FRUIT

- 165 Apples, # lbs.
- 166 Oranges, # lbs.
- 167 Bananas, # lbs.
- 168 Seasonal, # lbs.

## VEGETABLES

- 169 Potatoes, # lbs.
- 170 Tomatoes, # lbs.
- 171 Onions, # lbs.
- 172 Lettuce
- 173 Bell Peppers
- 174 Celery
- 175 Cabbage
- 176 Avocados
- 177 Garlic
- 178 Jalapenos

## SUPPLIES

- 179 Bags
- 180 Tie Lines
- 181 Barge Lines
- 182 Light Bulbs - White
- 183 Light Bulbs - Yellow
- 184 Light Bulbs – Barge Flash
- 185 Light Bulbs – Barge Steady
- 186 Light Bulbs – Spotlight
- 187 Batteries - Barge
- 188 Flashlight
- 189 937 Primer
- 190 Yellow Paint
- 191 Green Paint
- 192 White Paint
- 193 ORPRO
- 194 Paint Brush 4"
- 195 Paint Brush 3"
- 196 Paint Brush 2"
- 197 Roller Ext. Handle
- 198 Roller Frame
- 199 Roller Pan
- 200 Distilled Water
- 201 Fender Brush
- 202 Deck Brush
- 203 Log Book
- 204 Barge Pigtail
- 205 2" Masking Tape
- 206 Electrical Tape
- 207 Duct Tape
- 208 Grease
- 209 Packing
- 210 Filters
- 211 Water Filters
- 212 AA / AAA Batteries
- 213 WD 40
- 214 Power Clean
- 215 GOJO
- 216 Spill Pads

---
---
---
---
---
---
---

**MIR 00637**

OPS 0011
05/02

49477 D 04491

# BROWN WATER MARINE SERVICE, INC.

## MARINE TRANSPORTATION & TOWING
### COVE HARBOR • P.O. BOX 2269 • (361) 729-3721 • ROCKPORT, TEXAS 78381

DRUG AND ALCOHOL POLICY
(To be acknowledged prior to working on a BWM vessel)
I, the undersigned, understand and agree to comply with Brown Water Marine
Service's Drug and Alcohol policy while I am aboard a Brown Water Marine Service's vessel.

_____          _____
Date of Boarding Vessel                                  Signature

## ACCIDENT NOTIFICATION REPORT

NAME _____     SSN _____

DATE OF SHIFT / TRIP:     from _____ to _____

NAME OF VESSEL _____ POSITION _____

1. Were you at anytime injured while on aboard the M/V _____
   between the above listed dates? _____ yes _____ no  (if no then go to question 5)

2. If you answered yes to question 1 then describe how injury occurred _____

   _____

   _____

3. Did you fill out an accident report?              _____ yes        _____ no

4. Do you want to visit a doctor or receive any type of medical care? _____ yes _____ no

5. If answer to question 1 was no, then do you consider yourself to be healthy and fit for
   duty? _____ yes _____ no.  If NO, then explain why? _____

   _____

6. Do you have any knowledge of an injury to another crew member while on board the M/V
   _____ between the above listed dates? _____ yes _____ no
   If YES, the give details:
   _____

   _____

_____          _____
          DATE                                              SIGNATURE
(TO BE TURNED IN WITH VESSEL LOGS BY ALL CREW MEMBERS ! ! ! !)
                                                                    OPS 0012
                                                                    05/02

MIR 00638
49477 D 04492

# BROWN WATER MARINE SERVICE, INC.

# ZERO TOLERANCE POLICY

## All persons aboard this vessel be advised:

### DRUGS:

Absolutely no illegal drugs are permitted on this vessel.

### UNDER THE INFLUENCE:

Absolutely no weapons, explosive devices or materials, or firearms shall be brought aboard without the written consent of the owner of this vessel.

### INSPECTIONS:

It is the intent of the owner, captain, or master of this vessel to comply with the "Zero Tolerance Compliance Policy." The use of canines for illegal drug detection during inspections is warranted.

### SAFETY:

The safety of all persons aboard this vessel is of paramount concern to the owner. Should unsafe conditions arise, immediately notify the captain or officer in charge. Persons with questions regarding emergency procedures, safety, "Zero Tolerance Policy", or knowledge of violations of the above regulations should contact the captain or his representative.

OPS 0013
05/02

MIR 00639
49477 D 04493

# VESSEL WORKORDER

WORKORDER NUMBER: _____ VESSEL _____

REPAIRS NEEDED: _____

REPAIRS PERFORMED: _____
_____
_____

WORK NEEDING TO BE DONE AT A LATER DATE: _____
_____

TRUCK NUMBER_____ CREDIT CARD #'S_____

YARD DEPARTURE TIME _____ VESSEL ARRIVAL TIME_____

VESSEL DEPARTURE TIME _____ YARD ARRIVAL TIME_____

**ENGINE ROOM CONDITION:**

|  | GOOD | FAIR | POOR | COMMENT |
|---|---|---|---|---|
| DECK SURFACES | _____ | _____ | _____ | _____ |
| ENGINE PAINT | _____ | _____ | _____ | _____ |
| WALL PAINT | _____ | _____ | _____ | _____ |
| BILGE CONDITION | _____ | _____ | _____ | _____ |
| STUFFING BOX | _____ | _____ | _____ | _____ |
| LIGHTING | _____ | _____ | _____ | _____ |
| OVERALL TIDINESS | _____ | _____ | _____ | _____ |

**ENGINE ROOM STATUS:**

EXHAUST LEAKS _____
FUEL LEAKS _____
STUFFING BOXES DOUBLE NUTTED _____
FLUID LEVELS _____
ELECTRICAL WIRING_____

**VESSEL CAPTAIN ON DUTY:** _____

REPAIRS DONE SATISFACTORILY _____
DID CREW ASSIST MECHANIC _____
WERE REPAIRS CHECKED & TESTED_____
DID MECHANIC PICK UP AFTER HIMSELF_____
DID MECHANIC PERFORM ADDITIONAL JOBS_____

_____        _____
**MECHANIC SIGNATURE**                **CAPTAIN SIGNATURE**

OPS 0014
0502

MIR 00640
49477 D 04494

# EIGHTH COAST GUARD DISTRICT
# TOWING VESSEL BOARDING FORM

Date _____

Vessel Name _____    Official No. _____    Call Sign _____

Home Port _____    Length _____    Tot. Horse Pwr _____    No. of Eng ____

Gross Tons _____    Net Tons _____    Year Built _____

Route: Inland ____    Coastal _____    Ocean _____

Captain Filling out Report _____

### A. Required Markings & Documents:

| Item | Requirement | Regulation |
|------|-------------|------------|
| 1. O | Official number clearly visible on interior structural part of hull? | 46 CFR 67.121 |
| 2. O | Original Marine Document produced if at least 5 net tons? Expires:_____ | 46 CFR 67.161(a) |
| 3. O | Name and hailing port clearly displayed | 46 CFR 67.123(a) |
| 4. O | Valid radio station license? | 46 CFR 80.25 |
| 5. O | Vessel log of required tests and inspections? | 33 CFR 164.80(b) |
| 6. O | Operator License? | 46 CFR 15.610 |
| 7. O | Restricted radio operator's license? | 33 CFR 164.72(a)(3) |

### B. Lifesaving Equipment:

| | | |
|------|-------------|------------|
| 1. O | Serviceable CG approved PFD's for each person aboard | 46 CFR 25.25-5 |
| | - All lifesaving equipment marked showing CG approval numbers | 46 CFR 25.25-7 |
| | - Wearable lifesaving equipment readily accessible | 46 CFR 25.25-9(a) |
| | - Work vests CG approved? (CG approval #160.053 & 160.064) | 46 CFR 26.30-05 |
| | - Work vests stowed separately from life preservers | 46 CFR 26.30-10 |
| | - Retro reflective material for each PFD, Buoyant vest, or marine buoyant vest | 46 CFR 25.25-15 |
| | - Throwable lifesaving equipment immediately available | 46 VFR 25.25-15 |

OPS 0015
05/02

MIR 00641

49477 D 04495

## C: Navigation Safety:

| Item | Requirement | Regulation |
|---|---|---|

1. O Navigation publications (as applicable in the July 3, 1996 Final Rule)

| | | |
|---|---|---|
| | - Marine Charts of the area to be transited (Currently Corrected) | 33 CFR 164.72(b)(1) |
| | - Coast Guard Light List | 33 CFR 164.72(b)(3) |
| | - Coast Guard Local Notice to Mariners | 33 CFR 164.72(b)(3) |
| | - US Coast Pilot | 33 CFR 164.72(b)(3) |
| | - Tide Tables | 33 CFR 164.72(b)(3) |

2. O Navigation Equipment (as applicable in the July 3, 1996 Federal Register Final Rule)

| | | |
|---|---|---|
| | - Marine Radar | 33 CFR 164.72(a)(1) |
| | - Searchlight | 33 CFR 164.72(a)(2) |
| | - VHF-FM Radio w/ability to separate monitor Ch. 13 (or 67 on the LMR) and Ch. 16 | 33 CFR 164.72(a)(3) |
| | - Magnetic Compass or Swing Meter | 33 CFR 164.72(a)(4) |
| | - An Echo Depth Sounding Device | 33 CFR 164.72(a)(5) |
| | - Electronic position fixing device | 33 CFR 164.72(a)(5) |

3. O Navigation Lights (masthead, side, towing, and stern lights)    33 USC 2023(a)

   (Inland rule 23 – underway without tow, Inland Rule 24(1) Underway with tow)

| | | |
|---|---|---|
| | - Navigation Side Lights fitted with black screens (.20M/65.6") | 33 CFR 84.09 |
| | - Towing: Two amber towing lights at stern | 33 USC 2024(1) |

3. O Efficient whistle and fog bell (>39.4')

## D. MARPOL Annex V – Garbage Pollution Prevention:

1. O MARPOL Placard(s) posted (9" x 4" with .1/8" letters) [Vais . 26']    33 CFR 151.59

   Any written procedures prohibiting discharge of materials listed in Annex
   A of 33 CFR 151 (Not required by regulation – Good Practice)

| | | |
|---|---|---|
| - | Is vessel complying with disposal of plastics, paper, rags, glass, metals, Etc. 46 CFR 25-50-1 and Annex A Table of 33 CFR 151 | 33 CFR 86.05 |

## E. Marine Sanitation Device:

1. O Certified Marine Sanitation Device Installed  Type: _____    33 CFR 159.7

| | | |
|---|---|---|
| | - MSD overboard discharge valve installed and closed | 33 CFR 159.53(c) |
| | - Are onboard sewage pump out arrangements adequate | 33 CFR 159.7 |

OPS 0015
05/02

MIR 00642

49477 D 04496

**F: Fire Fighting Equipment:**

| Item | Requirement | Regulation |
|------|-------------|------------|
| 1. O | All required fire extinguishers CG or UL approved | 46 CFR 25.30-10 |
| | - All required fire extinguishers in serviceable condition | 46 CFR 25.30-5 |
| | - All required fire extinguishers have metallic or mylar name plate attached? | 46 CFR 25.30-10(d) |
| | - Minimum number portable fire extinguishers | 46 CFR 25.30-5 |
| | - Additional B-II's for each 1000 BHP of main engines up to six | 46 CFR 25.30-20(b)(2) |

## G. Pollution Prevention:

| | | |
|---|---|---|
| 1. O | Prohibited Discharge Warning Placard (5" x 8"U posted (.26') | 33 CFR 155.450 |
| 2. O | Fixed or portable means to discharge oily bilge slops | 33 CFR 155.410 |
| 3. O | Is fuel oil discharge containment adequate for oil transfer | 33 CFR 155.320 |
| 4. O | Oily waste/slop retention system & disposal (not required if essentially dry bilges) | 33 CFR 155.330 |
| | - Bilge slop system adequate (fixed piping, flange, etc.) | 33 CFR 155.410 |
| | - Oil transfer hose (if on board or if applicable) | 33 CFR 155 800 |
| 5. O | "Person-in-Charge" instructed in duties and FWPCA laws and regs | 33 CFR 155.710(e)(2) |
| 6. O | Oil Transfer Procedures available | 33 CFR 155.740 |
| | - Contents of oil Transfer Procedures meet requirements | 33 CFR 155.750 |

## H. Miscellaneous:

| | | |
|---|---|---|
| 1. O | Operator aware of marine casualty reporting requirements | 46 CFR 4.05-1 |
| 2. O | Company participates in a drug testing program | 46 CFR 16.205 |

## I.    General Housekeeping, Including Machinery Spaces:

1. O  Living spaces are clean, no build up of debris nor evidence of smoking in bed.

DESCRIBE ANY UNSAT CONDITIONS NOTED AND IF CORRECTIONS WERE MADE:

_____

_____

2. O  Galley cleanliness and refrigeration – SAT or UNSAT.

IF UNSAT NOTE THE PROBLEM(S) AND IF CORRECTIONS WERE MADE:

_____

_____

OPS 0015
05/02

MIR 00643

49477 D 04497

**I.   General Housekeeping, Including Machinery Spaces continued:**

3. O  Main deck stanchions and chains

4. O  Fuel tank vents are covered with flame screens

5. O  Machinery spaces condition:  guards in place around all moving machinery, piping is in good condition, no hazards noted.

NOTE ANY PROBLEMS FOUND IN MACHINERY SPACES AND IF THEY WERE CORRECTED:

_____

_____

6. O  Electrical systems:  no jury rigged wiring, guards and globes cover exposed lights in work or external areas, electrical boxes are in satisfactory condition, switches are covered

NOTE ANY PROBLEMS FOUND WITH ELECTRICAL SYSTEMS AND IF THEY WERE CORRECTED:

_____

_____

7. O  Steering system:  Observe operation and note any problems with hydraulic lines or linkages.

_____

_____

**J.   Examiners Comments:**

Examiner's overall impression of the vessel's appearance and the crew's behavior.  Include any suggestions made by the crew as well as any positive comments derived from this examination:

_____

_____

_____

_____

_____

_____

**K.   Unscheduled Boarding Deficiencies:**

(COMPLETE THIS SECTION ONLY IF CONDUCTING AN UNSCHEDULED BOARDING)  As a result of the examination of your vessel, the following deficiencies were noted and may be submitted for civil penalty action (Be specific):

_____

OPS 0015
05/02

MIR 00644

49477 D 04498

## K. Unscheduled Boarding Deficiencies Continued:

_____

_____

_____

_____

_____

## L. Scheduled Voluntary Examination Deficiencies:

(COMPLETE ONLY IF CONDUCTING A SCHEDULED VOLUNTARY DOCKSIDE
EXAMINATION) As a result of the examination of your vessel, the following deficiencies
were noted that prevented the issuance of the Cooperative Towing Vessel Examination Decal:

_____

_____

_____

_____

_____

_____

When these items have been corrected, please call to schedule a follow-up examination to receive the
Cooperative Towing Vessel Examination Program Decal. You should keep this letteer on board your boat.

Congratulations! Your vessel is in full compliance with the U.S. Coast Guard's Uninspected Towing Vessel
Safety regulations for the operations described above. As evidence of this, Uninspected Towing Vessel Decal
number _____ has been affixed to your vessel. You are urged to maintain the high standards
required to receive this decal. If you sell the boat, you should remove the decal. Any suggestions you may
have to improve the program can be provided to the Examiner or you may write them on the reverse of this
form.

Examiner's Name/Rank/Rate _____    Unit _____

Exam Location _____    Date _____

Exam Hours:  Time Exam Started _____    Time Exam Completed: _____    Travel Time: _____

_____          _____
Signature of Company Representative          Signature of Boarding Officer

OPS 0015
05/02

MIR 00645

49477 D 04499

# BROWN WATER MARINE
# EMPLOYEE ASSISTANCE

## HELP IS JUST A PHONE CALL AWAY

## HOTLINES

**1-800-662-HELP**          **CENTER FOR SUBSTANCE ABUSE**

**1-800-COCAINE**           **COCAINE HELP LINE**

**1-800-ALCOHOL**           **ALCOHOL HELP LINE**

**1-800-736-9805**          **FAMILIES ANONYMOUS**

**1-800-356-9996**          **ALANON/ALATEEN**
                            **MATERIAL & PUBLICATIONS**

**1-800-344-2668**          **ALANON/ALATEEN**
                            **WORLDWIDE MEETING TIMES**

**1-800-364-3975**          **THE COUNCIL ON ALCOHOL &**
                            **DRUG ABUSE – CORPUS CHRISTI**

**1-800-729-6686**          **NATIONAL CLEARINGHOUSE**
                            **FOR ALCOHOL & DRUG INFO.**

OPS 0016
05/02

MIR 00646

49477 D 04500

# BROWN WATER MARINE SERVICE, INC.
# VESSEL SHIPYARD WORKORDER / REPAIR

Date: _____

Vessel: _____          Location: _____

Maintenance Personnel: _____

Major Dry Dock: _____     Unscheduled Dry Dock: _____

Insurance: Yes    No          Survey:   Yes    No

Inspection:

| STBD | Condition/Recommendation | Port | Condition/Recommendation |
|------|--------------------------|------|--------------------------|
| Shaft | _____ | Shaft | _____ |
| Cutless | _____ | Cutless | _____ |
| Wheel | _____ | Wheel | _____ |
| Keel Coolers | _____ | Keel Coolers | _____ |
| Main Rudder | _____ | Main Rudder | _____ |
| Flanking Rudder | _____ | Flanking Rudder | _____ |
| Rudder Shoe | _____ | Rudder Shoe | _____ |

Bottom Condition _____

Paint Condition _____

Description of Services Needed _____
_____
_____

OPS 0017
05/02

MIR 00647

49477 D 04501

# Performance Review - Captains

Name: _____    Date: _____

Job Title: _____    Length of Time as Captain: _____

Boat: _____    Length of Time on Vessel: _____

## INSTRUCTIONS

1. Assess the employee according to the performance definitions in section I. If there is a special circumstance affecting a given rating, it should be noted.
2. Discuss your appraisal with the employee to clarify your ratings. Consider the employee's comments for any Possible changes.
3. You and the employee must sign the review; submit the signed review to the Vessel Operations Manager.

## I.    PERFORMANCE RATINGS AND DEFINITION
### RATINGS:

1. **UNSATISFACTORY**
   Performance is frequently unacceptable. Unless employee shows immediate improvement probation or termination must be considered.

2. **BELOW AVERAGE**
   Performance does not consistently meet the normal standards of the job. Improvement is needed to bring performance to an acceptable level.

3. **AVERAGE**
   Performance usually exceeds normal standards of the job.

4. **ABOVE AVERAGE**
   Performance usually exceeds normal standards of the job.

5. **OUTSTANDING**
   Performance is exceptional with quality and quantity of work far above normal. Few improvements are possible.

## II.    PERFORMANCE DIMENSIONS

Emphasizes quality of work, good customer service and concern for safety............................................. 1☐ 2☐3☐4☐5☐

Completes assignments on time by proper planning ....................................................................... 1☐ 2☐3☐4☐5☐

Can handle changing conditions and situations in a positive manner ........................................ 1☐ 2☐3☐4☐5☐

Wheelhouse performance-boat handling skills in various situations .......................................... 1☐ 2☐3☐4☐5☐

Wheelhouse performance-operational knowledge and participation in cargo handling procedures............... 1☐ 2☐3☐4☐5☐

Knowledge of waterways, USCG regulations, and various traffic situations at different ports... ................ ... 1☐ 2☐3☐4☐5☐

Knowledge of specific boat duties and willingness to improve performance.......................................... 1☐ 2☐3☐4☐5☐

Communicates with traffic department, docks and customers in cooperative and timely manner.................. 1☐ 2☐3☐4☐5☐

OPS 0018
05/02

MIR 00648

49477 D 04502

## Performance Review – Other Crew Members

Name: _____     Date: _____

Job Title: _____     Length of Time as Captain: _____

Boat: _____     Length of Time on Vessel: _____

### INSTRUCTIONS

1. Assess the employee according to the performance definitions in section I. If there is a special circumstance affecting a given rating, it should be noted.
2. Discuss your appraisal with the employee to clarify your ratings. Consider the employee's comments for any Possible changes.
3. You and the employee must sign the review; submit the signed review to the Vessel Operations Manager.

### I.    PERFORMANCE RATINGS AND DEFINITION RATINGS:

1. **UNSATISFACTORY**
   Performance is frequently unacceptable. Unless employee shows immediate improvement probation or termination must be considered.

2. **BELOW AVERAGE**
   Performance does not consistently meet the normal standards of the job. Improvement is needed to bring performance to an acceptable level.

3. **AVERAGE**
   Performance usually exceeds normal standards of the job.

4. **ABOVE AVERAGE**
   Performance usually exceeds normal standards of the job.

5. **OUTSTANDING**
   Performance is exceptional with quality and quantity of work far above normal. Few improvements are possible.

### II.    PERFORMANCE DIMENSIONS

Emphasizes quality of work, good customer service and concern for safety....... 1 0 2 0 3 0 4 0 5 0

Completes assignments on time by proper planning ....... 1 0 2 0 3 0 4 0 5 0

Can handle changing conditions and situations in a positive manner ....... 1 0 2 0 3 0 4 0 5 0

Wheelhouse performance-boat handling skills in various situations ....... 1 0 2 0 3 0 4 0 5 0

Wheelhouse performance-operational knowledge and participation in cargo handling procedures....... 1 0 2 0 3 0 4 0 5 0

Knowledge of waterways, USCG regulations, and various traffic situations at different ports....... 1 0 2 0 3 0 4 0 5 0

Knowledge of specific boat duties and willingness to improve performance....... 1 0 2 0 3 0 4 0 5 0

Communicates with traffic department, docks and customers in cooperative and timely manner....... 1 0 2 0 3 0 4 0 5 0

OPS 0019
05/0:

MIR 00650

49477 D 04504

# BROWN WATER MARINE SERVICE, INC.
Cove Harbor - P.O. Box 2269 - Rockport, Texas 78381
361-729-3721

## DAILY LOG BOOK

| FROM | | TO | |
|---|---|---|---|
| BOAT | | DATE | |

**WEATHER**

**TIME**

**BARGES:**

**SAFETY MEETINGS OR DRILLS:**

**Inspections - Weekly, Qtr, or Annual:**

**Personnel Injuries Sustained:**

### ENGINE OPERATING DATA

| | Light Plant | Port Engine | Starboard Engine |
|---|---|---|---|
| Hour Meter | | | |
| Oil Pressure | | | |
| Fuel Pressure | | | |
| Operating R.P.M. | | | |
| Water Temp. | | | |
| Gals. Oil Added | | | |
| Hours Since Last Oil Change | | | |
| Hours Since Last Oil Filter Change | | | |
| Hours Since Last Fuel Filter Change | | | |

| Test or Inspect | RESULTS |
|---|---|
| Steering System | |
| Rudder to Steering | |
| Steering Linkage | |
| Navigation Equip. | |
| Communications | |
| Nav Lights | |
| Towing Gear | |
| Propulsion System | |
| Problems: | |

### OPERATING DATA

| | | |
|---|---|---|
| Battery Levels | Propeller Condition | |
| Engine Smoking | Greased Stuffing Box | |
| Shaft Condition | Running Lights | |

### RADIO OPERATING DATA

| Time | Activities |
|---|---|
| | |

### FUEL/LUBE PURCHASES

| P.O.# | Facility: |
|---|---|
| Qty.: | |

| CREW | HOURS | JOB |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Towing for

Signed by

Captain on Duty

OPS 0020  07/02

MIR 00652

49477 D 04506