1          UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF TEXAS
2             BROWNSVILLE DIVISION

3

4

5   IN RE THE COMPLAINT AND      * CIVIL ACTION
    PETITION OF BROWN WATER       *
6   TOWING I, INC., AS OWNER,     * NO. B-01-157
    AND BROWN WATER MARINE        *
7   SERVICE INC., AS BAREBOAT     * c/w
    CHARTERERS, OF THE BROWN      *
8   WATER V, ITS ENGINES, TACKLE, * CIVIL ACTION
    ETC., IN A CAUSE OF           *
9   EXONERATION FROM OR           * NO. B-02-004
    LIMITATION OF LIABILITY       *
10                                *
    IN THE MATTER OF AMERICAN     * Admiralty
11  COMMERCIAL LINES AS OWNER     *
    AND AMERICAN COMMERCIAL BARGE *
12  LINE LLC AS CHARTERER OF THE  *
    BARGES NM-315, VLB-9182,      *
13  ACL-9993B, VLB-9173, PRAYING  *
    FOR EXONERATION FOR AND/OR    *
14  LIMITATION OF LIABILITY       *
                                  *
15  *  *  *  *  *  *  *  *  *  *  *        **COPY**

16

17

18

19          Transcript of the videotaped
    deposition of **PATRICK D. HOESSLE**, 4416
20  Creekstone Boulevard, Jeffersonville,
    Indiana 47130, taken in the offices of
21  Jones, Walker, Waechter, Poitevent, Carrere
    & Denegre, 52nd Floor, Bank One Center, 201
22  St. Charles Avenue, New Orleans, Louisiana
    70170, on Monday, the 15th day of July,
23  2002.

24

25

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

2

1  **APPEARANCES:**

2

3

4       WATTS & HEARD
        (By:  Mikal C. Watts, Esquire
5                - and -
             Ray R. Marchan, Esquire)
6       1926 East Elizabeth Street
        Brownsville, Texas  78520-4933
7           (Attorneys for Brigete Goza,
             Gustavo Morales, Jacqueline
8            Paddock, and Lydia Zamora)

9

10      LAW OFFICES OF HERIBERTO MEDRANO
        (By:  Heriberto "Eddie" Medrano,
11                 Esquire)
        1101 West Tyler Street
12      Harlingen, Texas  78550
            (Attorneys for the Harris
13           Claimants)

14

15

16      SCHIRRMEISTER AJAMIE
        (By:  S. Mark Strawn, Esquire)
17      Suite 2150
        Pennzoil Place - South Tower
18      711 Louisiana
        Houston, Texas  77002
19          (Attorneys for the Estate of
             Julio Morales, et al)

20

21

22      GAUNTT & KRUPPSTADT
        (By:  J. Chad Gauntt, Esquire)
23      Suite C
        9004 Forest Crossing Drive
24      The Woodlands, Texas  77381
            (Attorneys for the Estate of
25           Stvan Rivas, et al)

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1   **<u>APPEARANCES</u>** (**<u>continued</u>**):

2

3       LAW OFFICE OF JULIAN RODRIGUEZ, JR.
        (By:  Nathan Pekar, Esquire)
4       100 West Pecan Street
        McAllen, Texas 78501
5           (Attorneys for the Estate of
            Omar Hinojosa, et al)
6

7

8       KITTLEMAN, THOMAS, RAMIREZ
        & GONZALES
9       (By:  Andres H. Gonzalez, Jr.,
                Esquire)
10      4900-B North 10th Street
        Post Office Box 1416
11      McAllen, Texas  78505
            (Attorneys for the Mata
12          Claimants)

13

14

15      ROYSTON, RAYZOR, VICKERY & WILLIAMS
        (By:  Will W. Pierson, Esquire)
        1700 Wilson Plaza West
16      606 North Carancahua
        Corpus Christi, Texas 78476
17          (Attorneys for Petitioners,
            Brown Water Marine Service,
18          Inc., et al)

19

20      JONES, WALKER, WAECHTER, POITEVENT,
21      CARRERE & DENEGRE
        (By:  Glenn G. Goodier, Esquire)
22      52nd Floor
        Bank One Center
23      201 St. Charles Avenue
        New Orleans, Louisiana  70170
24
            - and -
25

4

```
 1    APPEARANCES (continued):

 2

 3

 4              BURT BARR & ASSOCIATES
              (By:  John Holman Barr, Esquire)
 5              304 South Record Street
              Dallas, Texas  75202
 6                  (Attorneys for American
                    Commercial Lines LLC and
 7                  American Commercial Barge Line
                    LLC)

 8

 9

10              ADAMS AND REESE
              (By:  Mark J. Spansel, Esquire
11                      - and -
                    Edwin C. Laizer, Esquire)
12              Suite 4500
              One Shell Square
13              701 Poydras Street
              New Orleans, Louisiana  70139

14                      - and -

15              OFFICE OF THE ATTORNEY GENERAL
              TRANSPORTATION DIVISION
16              (By:  Jack F. Gilbert, Esquire)
              Post Office Box 12548
17              Austin, Texas  78711-2548
                  (Attorneys for the State of
18                  Texas)

19

20

21              WILLIAMS BAILEY
              (By:  Byron M. Buchanan, Esquire)
              Suite 600
22              8441 Gulf Freeway
              Houston, Texas  77017-5001
23                  (Attorneys for Hector Martinez,
                    Sr.)

24

25
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

**Gaudet, Kaiser & Pepper**
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

5

1    **VIDEOGRAPHER:**

2

3

4            Michael Gilmore
             United Video Production Company
             Suite 205
5            418 Peoples Street
             Corpus Christi, Texas   78401

6

7

8    **REPORTED BY:**

9

10

             **M. H. GAUDET, JR., CCR, RPR, RMR**
11           Certified Court Reporter
             State of Louisiana

12

13

14

15

16

17            *        *        *        *        *

18

19

20

21

22

23

24

25

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

## EXAMINATION INDEX

**Page No.**

By Mr. Medrano                          11

      Re-examination              337

By Mr. Strawn                           212

By Mr. Spansel                          247

      Re-examination              362

By Mr. Gonzalez                         300

By Mr. Pierson                          308

## EXHIBITS

Exhibit 1                                50
Exhibit 2                               142
Exhibit 3                               143
Exhibit 4                               182
Exhibit 5                               200
Exhibit 6                               229
Exhibit 7                               253
Exhibit 8                               290
Exhibit 9                               290
Exhibit 10                              291
Exhibit 11                              291

    *        *        *        *        *

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1

2         **DESCRIPTIVE EXHIBIT INDEX**

3

4

    **Exhibit 1** - Invoice approval
5   BATES A-938

6

7   **Exhibit 2** - Vessel Management Guide,
    Critical Response
8   BATES A-412

9

10  **Exhibit 3** - Letter to Steve Mosher from
    Peter Kazunas dated 3/29/00
11  BATES A-1189

12

13  **Exhibit 4** - Invoice 090114A5 to American
    Commercial Barge Lines from Brown Water
14  Marine
    BATES A-992
15

16

    **Exhibit 5** - Letter to Peter Kazunas and
17  Tim Allen from Jim Farley dated 3/20/00
    BATES A-1191
18

19

    **Exhibit 6** - Barge history reports
20  BATES A-1 through A-5

21

22  **Exhibit 7** - Sequence of E-mail
    transmissions dated 3/19/00 and 3/20/00
23  BATES A-1192

24

25

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    **DESCRIPTIVE EXHIBIT INDEX (continued):**

2

3

     **Exhibit 8** -  Vessel Management Guide,
4    Equipment Standards
     BATES A-478
5

6

     **Exhibit 9** -  Vessel Management Guide, Work
7    Practices
     BATES A-551
8

9

     **Exhibit 10** -  Vessel Management Guide,
10   Vessel Operating Standards
     BATES A-730
11

12

     **Exhibit 11** -  Vessel Management Guide,
13   Operational Requirements, page 39
     BATES A-790
14

15

16

17

18              *      *      *      *      *

19

20

21

22

23

24

25

1    **S T I P U L A T I O N**

2

3         It is stipulated and agreed by and

4    among counsel for the parties hereto that

5    the deposition of the aforementioned witness

6    is hereby being taken for all purposes

7    allowed under the Federal Rules of Civil

8    Procedure, in accordance with law, pursuant

9    to notice;

10         That the formalities of filing,

11    sealing, and certification are specifically

12    waived;

13         That the formalities of reading and

14    signing are specifically not waived;

15         That all objections, save those as

16    to the form of the question and the

17    responsiveness of the answer, are hereby

18    reserved until such time as this deposition,

19    or any part thereof, may be used or sought

20    to be used in evidence.

21

22         **M. H. GAUDET, JR., CCR, RPR, RMR,**

23    Certified Court Reporter in and for

24    the State of Louisiana, officiated in

25    administering the oath to the witness.

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

**Gaudet, Kaiser & Pepper**
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1     dispatcher for the St. Louis area --

2                    What was his name again?

3          A.      Ron Loughmiller.

4          Q.      Yes.

5                    Did he provide you with --

6     Well, let me scratch that.

7                    Did anyone at ACBL, either

8     Ms. Scheckel or Mr. Farley or Mr. Mayfield

9     or Mr. Morton, did anyone provide you when

10    you started your job with a copy of any

11    policy manuals or operations manuals that

12    ACBL had at the time concerning its barge

13    operations?

14         A.      No.   (Witness shakes head

15    negatively.)

16         Q.      Were you provided with any

17    manuals, ACBL manuals, or policy documents

18    concerning safety operations of tugs and

19    tows by ACBL?

20         A.      No.

21         Q.      All right, sir.  Were you

22    supplied at the time that you started

23    working -- Let's say within the first 30

24    days -- with any list of -- Sorry.  Scratch

25    that.

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    Were you supplied within the

2   first 30 days in which you started working

3   there with any documents by ACBL that showed

4   that -- depicted any audit reports or audit

5   forms concerning safety inspection audits

6   that were conducted on ACBL barges or tugs?

7         A.      No.   (Witness shakes head

8   negatively.)

9         Q.      Were you ever told or provided

10  with documents that indicated to you that

11  ACBL had either -- itself conducted safety

12  audits on its barges or its tugs?

13        A.      No.

14        Q.      Have you ever been provided

15  with any reports showing any findings or

16  conclusions of audits conducted by ACBL or

17  other third-party entities, companies that

18  were hired to go ahead and conduct audits on

19  barges or tugs?

20        A.      No.   I haven't received

21  anything like that.

22        Q.      All right.   All right, sir.

23        A.      Which all those things that you

24  mentioned are truly outside the scope of

25  what I do, so --

1      Q.    Why would you have cause to

2  talk to ACBL tug captains pushing ACBL

3  barges but not have cause to talk to

4  non-ACBL tugboats pushing ACBL barges?

5      A.    Again, what -- If it's a

6  non-ACBL boat, then they have -- that

7  company has their own operations group.

8        Basically, all's I'm doing is

9  talking to a dispatcher who's an equal as

10  myself in another company, and if I tell him

11  that -- or her -- that I have a barge that I

12  would like for them to move, as I don't have

13  the resources, I don't have a boat in the

14  area or at -- or at the time, and so then I

15  would basically just tell them what the

16  barge is, what it's loaded with, where it's

17  at, and where it's going, and then they

18  would offer back to me a timing of when they

19  could move it or when they foresee that

20  they'll be able to move it.

21        If that's acceptable to me,

22  then I will go ahead and tell them to move

23  it.  If it's not, then I would say, "Well,

24  let me look and see if somebody else has a

25  better timing."

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    boat to cause them the least amount of

2    difficulty and also, you know, makes for

3    less time spent shoving it.

4        Q.    And when you go ahead and are

5    assigning a particular ACBL tugboat to move

6    some ACBL barges --

7        A.    Uh-huh (indicating

8    affirmatively).

9        Q.    -- and tow --

10       A.    Uh-huh (indicating

11   affirmatively).

12       Q.    -- do you take into account the

13   horsepower of that ACBL tug?

14       A.    Yes, I do.

15       Q.    And do you have a -- on your

16   display, in your database in your computer,

17   do you have that information available to

18   you that tells you ACBL barge number 1 --

19   I'm sorry -- ACBL tug number 1 is stationed

20   in Corpus Christi, Texas, for purposes of

21   this example, and it has engines rated at

22   however many horsepower?

23       A.    No.    I have learned the various

24   horsepowers of the boats that I operate.    I

25   have one boat that's a 1,000-horsepower.    I

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1  have a couple that are 1,200.  I have a

2  couple that are -- I could give you exact

3  numbers, but I'm -- They're broken up.  I

4  know I have just one 1,000.  I have a few

5  1,250s -- or -- Excuse me -- 1,200s, a

6  couple of 1350s, and a couple 1,800

7  horsepower, all of which are approved or

8  have been approved by operations to push the

9  maximum allowable size tow configuration.

10            But with respect to your

11  question, do I consider the horsepower of

12  the boat?  Yes.  If I have two boats that

13  are in the same area and I have barges for

14  each boat, I may elect to give maybe the

15  1,800 all loads, and I may give the 1,200

16  four loads and two empties.

17            But it's a function of what

18  boat is where also.  So I mean I can -- I

19  would be perfectly within my approved limits

20  to give a 1,200 six loads, and I do it every

21  day.  But, you know, I am thinking that --

22  You know, if I do know that because the

23  captain maybe has told me that it's really

24  windy out and I know that he's at 1,200 and

25  I have barges for him to move and I have

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    another boat that's coming in right behind

2    him that's an 18, I would let -- You know, I

3    wouldn't try to load all the load on that

4    guy, just make it easier for the captain.

5         Q.    So you're aware that horsepower

6    of a boat has a direct bearing on its

7    ability to go ahead and safely maneuver an X

8    number amount of barges that are loaded; is

9    that correct?

10        A.    That's right.  It -- Yeah.  I

11   mean, again, I'm within my limits on any of

12   my boats.

13        Q.    No.  I understand that.

14        A.    But, yeah.  I mean it's just

15   like a -- If you were pulling a personal,

16   you know, boat that you may have or

17   something with a truck, if you've got two

18   trucks that you could choose from and one

19   has a four cylinder and one has an eight,

20   it's nice to have the extra power to do it.

21        Q.    Let me ask you this.

22              The smallest-horsepower ACBL

23   tug that you have available to you is a

24   1,000-horsepower?

25        A.    That's correct.

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

93

1    Q.      How many barges -- What is the

2    maximum number of loaded barges that you

3    would assign that tug to push if, let's say,

4    for instance, you were assigning it to push

5    barges from Brownsville to Corpus Christi?

6    A.      Four.

7    Q.      Why only four?

8    A.      That just -- I don't know.

9    That's just me.  That's just, I guess, based

10   on my experience.

11   Q.      But you're telling me earlier

12   that your understanding of your safety

13   limits or your weight limits allows you to

14   put six barges loaded together in a two-row

15   column; is that correct?

16   A.      Yeah.  I could do that, but

17   I -- It's kind of -- Well, first of all, I

18   probably wouldn't ever have that many loads

19   out there.  Second of all, I don't -- I

20   don't run my boats out there very often.

21   But I would probably give them four.

22   Q.      All right, sir.  If you had an

23   1,800-horsepower tug down there in

24   Brownsville, how many loaded barges would

25   you feel safe to assign it to go ahead and

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    encountered by your tow?

2         A.        (Witness shakes head

3    negatively.)  Uh-uh (indicating negatively).

4         Q.        No?

5         A.        No.

6         Q.        When you told us earlier that

7    you yourself would type out these

8    instructions or orders to an ACBL tug

9    captain --

10        A.        Correct.

11        Q.        -- asking him or instructing

12   him to go ahead and pick up ACBL barges --

13   Let's say, for instance, for purposes of my

14   questions, they're in the Port of

15   Brownsville -- you would tell him, "Look.  I

16   have four barges to go ahead and have you

17   tow from the Port of Brownsville to Corpus

18   Christi."  Okay?  Is that correct?

19        A.        That's correct.

20        Q.        And you would know, however,

21   how many horsepower his tug has available;

22   correct?

23        A.        Right.  Like I said, I know the

24   horsepower of my boats.

25        Q.        If -- If he shows up and, for

601 POYDRAS STREET, SUITE, 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

 1   facilitate the movement of barges through

 2   these boats, but it's -- It's up to the

 3   captains and then ultimately, you know, the

 4   operations group on whether something is

 5   done or not done.

 6          Q.      Then let me ask you this, sir.

 7                  Do you have ACBL tugboats that

 8   operate in the Brownsville area?

 9          A.      No.   (Witness shakes head

10   negatively.)

11          Q.      When was the last time you had

12   an ACBL tugboat go down and operate out

13   of -- either taking barges down or picking

14   up barges from the Port of Brownsville?

15          A.      I had a boat down there a

16   couple of weeks ago, three or four weeks

17   ago.  I had reason to have a boat out there,

18   one of -- an ACBL boat.

19          Q.      And before that?

20          A.      It was the same boat, and it

21   was probably about a month earlier.

22          Q.      And on these two occasions,

23   were they pushing barges down there?

24          A.      They were.

25          Q.      Were they also bringing barges

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    back?

2         A.       They were.

3         Q.       So you -- You do have ACBL tugs

4    that are available for you to use to

5    transport barges down there and pick them

6    up; is that correct?

7         A.       Yes.  I could send, and I have

8    sent, boats out there when there is enough

9    tow or number of barges to warrant running

10   for.

11        Q.       What is the minimum number of

12   barges that you feel you need to have to be

13   transported down there or picked up and

14   brought back that would justify you sending

15   an ACBL tug to do that job?

16        A.       I don't really know.  I don't

17   know what the -- I don't know what the

18   break-even point is.  But -- It would be

19   just a guess, but I mean if I had --

20   Ideally, I would like to have six barges

21   going west, and then I would like to think

22   that I could maybe get at least four barges

23   coming back eastbound --

24        Q.       You said --

25        A.       -- not directly all out of

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    Brownsville but from -- maybe a barge out

2    of -- or two out of Brownsville, maybe one

3    out of Corpus, and then fill out at Point

4    Comfort.

5         Q.     You said right now, "I would

6    like to have a certain number of barges at

7    least to break even."

8              What do you mean by "break

9    even"?  Is there an economic formula that

10   you use to determine when it's economically

11   feasible for ACBL to use its own tugboats

12   versus hiring somebody else to do it?

13        A.     Well, I'm sure that there is --

14   I'm sure that there is somebody in

15   accounting that could tell me how many

16   barges I have to move in order to cover my

17   fixed costs of the boat and everything.  I

18   don't know what that is, but I mean

19   obviously you can't -- It's not profitable

20   to take one boat and move just one barge

21   with it.

22        Q.     All right, sir.

23             Going back to your ability to

24   contact or have communications with ACBL

25   captains directly, when you hire an outfit

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1    such as Brown Water to go ahead and tow your

 2    barges --

 3          A.     Uh-huh (indicating

 4    affirmatively).

 5          Q.      -- how do you do that?  Let's

 6    assume, for purposes of these next set of

 7    questions, that you are going to be using

 8    ACBL barges in the Port of Brownsville, and

 9    now you're dealing with Brown Water, and you

10    want to go ahead and you have four barges

11    there at the Port of Brownsville that you

12    want to go ahead and have transported to

13    Corpus Christi, Texas.

14          A.      (Witness nods head

15    affirmatively.)

16          Q.     What do you do?

17          A.      Assuming that -- that I, you

18    know, basically look my hand over and I

19    don't have horsepower that -- boats that can

20    move them, I would call Brown Water Marine's

21    dispatch --

22          Q.     Well, sorry.  Let me interrupt

23    you.

24                 What do you mean, you don't

25    have horsepower boats that can move them?
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1          A.      Well, if I don't have a boat

 2    out there --

 3          Q.      All right.

 4          A.      -- and wasn't planning or

 5    didn't anticipate having a boat out there in

 6    the near future --

 7          Q.      Yes, sir.

 8          A.      -- to where I had barges,

 9    loaded or empty, that I needed to move and I

10    didn't directly have the capability myself

11    to move them, I would call -- I would call,

12    say, Brown Water.

13          Q.      Who at Brown Water would you

14    call?

15          A.      I could talk to -- Typically I

16    would talk to Chad Chapman.

17          Q.      Would you call him on the

18    telephone?

19          A.      Yeah, just call him on the

20    phone.

21          Q.      And what would you tell

22    Mr. Chapman?

23          A.      I would say, "Chad, I have X

24    number of barges."

25          Q.      Four barges?
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1          A.        Four barges; yeah.

 2                    "I have four barges in

 3    Brownsville that I can't move.  Do you have

 4    anybody or do you have the space to move

 5    them back to Corpus Christi for me?"

 6                    And then, pending his answer, I

 7    would then go ahead and say, "Okay.  Please

 8    move them," or, "No, I can't -- I don't --

 9    You know, I don't like that timing.  I'll

10    see if I can find anybody closer."  He might

11    tell me that he's not going to have a

12    barge -- or a boat in Brownsville in a week,

13    and I would like to get them moving prior to

14    that, so I might try a couple of other

15    carriers to see if, perchance, that they may

16    be -- may be out there.

17          Q.        Who would be the other carriers

18    that you would consider calling to move your

19    four barges?

20          A.        I could check with Western

21    Towing.

22          Q.        And where are they out of, sir?

23          A.        Houston.

24          Q.        Who else?

25          A.        I could check with Canal Barge.
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1      Q.      And where are they located out

2   of?

3      A.      Out of New Orleans.

4      Q.      And who else?

5      A.      I could check with Eckstein

6   Marine.

7      Q.      I'm sorry?

8      A.      Eckstein.

9      Q.      You're not going to try to

10  spell it for me?

11     A.      I think it's E-c-k-s-t-i-n-e

12  [sic].

13     Q.      And where are they out of?

14     A.      New Orleans.

15     Q.      Who else?

16     A.      Blessey Marine.

17     Q.      B-l-e-s-s-y?

18     A.      Yes [sic].

19     Q.      They're out of?

20     A.      New Orleans.

21     Q.      Who else?

22     A.      That's -- I mean --

23     Q.      Is that about it?

24     A.      Yeah.  If I -- If I called

25  every one of those people and nobody had a

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1   boat out there, I'd probably give up trying

2   to move it for a day or so.

3        Q.     All right.  Let me ask you

4   this.

5              Have you, in fact, hired these

6   four different companies in the past to move

7   barges down to Brownsville and also back out

8   of Brownsville?

9        A.     Yeah.  I've used -- just to --

10  The ones that come to mind are when -- I've

11  used Western and I have used Eckstein.

12       Q.     All right, sir.  And have you

13  ever asked -- what is -- what is -- If you

14  can recall, what is the largest number of

15  barges that you have asked Western Towing to

16  tow back from the Port of Brownsville?

17       A.     I don't know.  (Witness shakes

18  head negatively.)

19       Q.     How about Eckstein?

20       A.     Again, I'm not -- I'm not sure.

21  Probably -- I just don't know.  I can't

22  remember.

23       Q.     Let me ask you this.

24              Do you know what is the largest

25  group of -- the largest number of barges

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

122

1  called in the past to go ahead and tow your

2  barges down there; is that correct?

3        A.      Yes.

4        Q.      Western, Canal, Eckstein,

5  Blessey?

6        A.      Correct.

7        Q.      All right.  Can you tell us,

8  sir, how do you determine -- You yourself,

9  how do you determine which of these tugboat

10 operators you're going to call to push your

11 barges?  What are the factors you take into

12 consideration?

13       A.      It is -- It's all a function of

14 timing and availability.

15       Q.      And what do you mean by "timing

16 and availability"?

17       A.      It has to do basically with

18 whoever can -- which -- whoever one is in

19 the position to move it and would have space

20 to do so.  Whereas one individual might say,

21 you know, "I'll have a boat in there that

22 can do it tomorrow," another guy, he might

23 not have a boat over there now at all.

24 Another guy might be a week away.  So --

25       Q.      Well, is it fair to say that

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1        A.       I don't -- I don't keep track
 2   of the rates.  There's a -- There's this
 3   kind of an accepted industry standard over
 4   there.  It's a function of the Union City
 5   rates, and it's accepted scale, and I
 6   believe they work off of that.  But I really
 7   don't -- I really don't keep track of that.
 8        Q.       Well, let me ask you this.
 9             If -- If you had these barges
10   to move from Port of Brownsville, would you
11   be charged the same by Brown Water to push
12   these same four barges vis-a-vis Blessey or
13   Western Towing, or would each company charge
14   you a different rate?
15        A.       I don't know.
16        Q.       You don't know?
17        A.       I don't know.  (Witness shakes
18   head negatively.)
19        Q.       All right.  So do you know
20   whether or not one of these third-party tug
21   carriers charges more or less than another?
22        A.       I don't.  I'm assuming that
23   they're all relatively comparitable [sic].
24             But, again, all these -- All
25   these principal carriers were already being
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    area, then I would have gotten some type of

2    an E-mail on it.

3        Q.      How many different times can

4    you recall you received notification that an

5    ACBL barge and tugboat were involved in a

6    collision of some type?

7        A.      In probably the five years I've

8    been there, maybe three; not often.

9        Q.      All right, sir.  Have there

10   been occasions when ACBL barges and tugs

11   were involved in a collision that you did

12   not receive notice of?

13       A.      Well, I guess if I didn't

14   receive notice, I didn't know about it.  But

15   no.  I had to come to find out after the

16   fact.

17       Q.      All right.  Is it your

18   understanding that whenever such a collision

19   take place involving both an ACBL barge and

20   tug, you are one of the parties there that's

21   supposed to receive notification of that

22   collision?

23       A.      Uh-huh (indicating

24   affirmatively).  (Witness nods head

25   affirmatively.)

```
 1    question, the Brown Water boat.

 2         Q.       Let me go ahead and clarify the

 3    area that I'm trying to encompass.

 4              When I say "collision," I'm

 5    talking about any kind of collision, whether

 6    it's with -- one towboat with another

 7    towboat, one tug with another tug, a tug and

 8    ACBL barges with a dock, anything like that.

 9         A.       I think we had -- Well, again,

10    as a courtesy, whether it's an ACBL boat or

11    an outside boat, we want to know, for

12    whatever reason, that there's going to be a

13    stoppage of movement to where if there -- if

14    they had run aground or, like you said, if

15    there was an incident with the dock, but --

16    which I have gotten notification on one

17    instance each.  For once, I think a Brown

18    Water boat had a barge in tow that day, had

19    bumped the dock when they were spotting it

20    to the dock, and it ensued some damage.  And

21    then one other time they, for -- I don't

22    know -- they had run aground in shallow

23    water.  They had to wait until the tide came

24    in.  They let us know.

25         Q.       And do you recall when those
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    but it goes to -- It goes to all the

2    dispatchers.  It goes to all the risk

3    people.  It goes to barge maintenance.  It

4    goes to operations.  Everybody sees it.

5        Q.    All right, sir.  Are you

6    familiar with the ACBL manual involving the

7    reporting requirements entitled "Critical

8    Response"?

9        A.    (Witness shakes head

10   negatively.)  No.

11       Q.    Have you ever seen a group of

12   documents with the front page, which, for

13   purposes of identification, we will call

14   Exhibit number 2, that's entitled "Vessel

15   Management Guide, Critical Response"?

16       A.    No.

17       Q.    You're not familiar with that?

18       A.    Uh-uh (indicating negatively).

19       Q.    All right, sir.  This grounding

20   that you are telling us involved Brown

21   Water, is it possible that it occurred in

22   March of the year 2000?

23       A.    Yes.  Again, I don't recall it

24   specifically.

25       Q.    Do you recall the facts, what

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

144

1   taken at this time.)

2       THE VIDEOGRAPHER:

3           Stand by.

4           We're back on the record, tape

5   2 continued.

6   EXAMINATION BY MR. MEDRANO:

7       Q.    Mr. Hoessle, are you familiar

8   with what's been marked as Exhibit number 3,

9   which is a letter dated March 29th of the

10  year 2000?

11      MR. GOODIER:

12          He's going to have to look at

13  the whole thing, because he can't see the

14  whole thing.

15      THE WITNESS:

16          Yeah.  It --

17      MR. GOODIER:

18          I'll show him my copy.

19      MR. MEDRANO:

20          Okay.

21      THE WITNESS:

22          It appears to be a letter from

23  my boss to Mr. Steve Mosher at Brown Water.

24  EXAMINATION BY MR. MEDRANO:

25      Q.    And your boss at the time was

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1   Mr. Peter Kazunas?

2         A.      Kazunas.

3         Q.      Kazunas?

4         A.      Yes.

5         Q.      All right, sir.  So you're

6   familiar with this letter?

7         A.      No.  I wasn't copied on it.

8   But I mean I see it.

9         Q.      Okay.  Are you familiar with

10  the incident that's reported inside that

11  letter that's the subject of this letter?

12        A.      I don't remember that incident.

13  I believe I would have been -- not -- Well,

14  not the specifics, but I knew that there was

15  a -- that he had sent him a letter.

16        Q.      All right.  So the jury will

17  understand, this letter, Exhibit number 3,

18  involves or is a discussion concerning the

19  grounding of an ACBL barge by a motor vessel

20  operated by Brown Water Services; is that

21  correct?

22        A.      That's correct.

23        Q.      And specifically the tugboat

24  in question that supposedly caused the

25  grounding of the barge belonging to ACBL was

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1  the Motor Vessel ARLENE GARRITT; is that

2  right?

3       A.    That's correct.

4       Q.    And that the grounding took

5  place on or about March the 19th of the year

6  2000; right?

7       A.    That's correct.

8       Q.    And according to this letter,

9  this is basically a complaint by ACBL and

10  Mr. Kazunas to Brown Water complaining of

11  the fact that Brown Water didn't let them

12  know about the grounding; right?

13       A.    Correct.

14       Q.    Now, this is a separate

15  grounding from the other incident that you

16  told us about you were familiar with

17  involving Brown Water; is that right?

18       A.    I don't know that it is.   I

19  don't remember specifically.

20       Q.    So it could be that there were

21  two groundings, and this was one of them,

22  and then there's another one you don't

23  remember when it happened?

24       A.    Yeah.   There could be.   But,

25  obviously, this is one where we didn't get

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    any notification as to it happening, and so

2    he sent the letter out.

3        Q.        I notice that Mr. Kazunas --

4    The title that he holds, according to this

5    letter, Exhibit number 3, is Assistant Vice

6    President, Distribution Services; is that

7    right?

8        A.        That's correct.

9        Q.        That is not -- Is he involved

10   with operations or risk management?

11       A.        No, sir.

12       Q.        So as a dispatcher, you work

13   for the distribution services division?

14       A.        That's correct.

15       Q.        All right.  Which division,

16   Mr. Hoessle, with ACBL is it your

17   understanding is mostly responsible --

18   mostly responsible -- for monitoring and

19   keeping track of any accidents, be they

20   collisions or groundings, of ACBL barges?

21       A.        I'm not real sure.  I would --

22       Q.        Well --

23       A.        -- say that it's operations.

24       Q.        Operations?

25       A.        Uh-huh (indicating

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

153

1    A.    -- if it was something that

2    pertained to me.

3    Q.    I'm sorry.  Yes, sir.  I don't

4    mean to cut you off.

5    A.    Oh, that's all right.

6    Q.    Were you aware, sir, that, in

7    fact, an audit of Brown Water Marine

8    Services was requested by ACBL when it hired

9    Marine Resources to do an audit of Brown

10   Water Marine?

11   A.    I didn't know that they were

12   going to have that, no.

13   Q.    Is this --

14   A.    I just found out afterwards

15   that they -- that they did do an audit, but

16   I didn't know.

17   Q.    When did you find out about the

18   audit?

19   A.    Oh, probably eight months ago

20   or something.

21   Q.    Okay.

22   A.    It's been -- I didn't know

23   that --

24   Q.    Is that --

25   A.    -- we ever did that.

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

154

1    Q.    Is that after -- You found out

2    about it after the September the 15th

3    accident down there at Queen Isabella

4    Causeway?

5    A.    Yeah.  Yeah.  I didn't know

6    that we had performed an audit on it.  I

7    mean I -- You know, I hadn't been told not

8    to use them or anything like that.

9    Q.    I'm sorry.

10    You had not been told not to

11   use them?

12    A.    Right.

13    Q.    Who -- Who's the party

14   responsible at ACBL -- as best as you know,

15   that is responsible for telling you, the

16   dispatcher, what third-party tug carriers

17   you can or cannot use to push ACBL barges?

18    A.    I'm not sure that there's any

19   one person, but I mean it would be something

20   that was maybe agreed upon by my boss or

21   somebody in operations.  They would have the

22   authority to do that.

23    Q.    Your boss being Mr. Kazunas?

24    A.    That's correct.

25    Q.    And he's still your boss?

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

155

1     A.    Yes, sir.

2     Q.    He's still Vice President of

3 Distribution?

4     A.    Well, no, he is not.  Just

5 recently he is -- was promoted.

6     Q.    All right.  What's his position

7 now?

8     A.    I think he is Senior Vice

9 President of Sales and Marketing.

10     Q.    All right, sir.  So who has the

11 post now of Vice President, Distribution

12 Services?

13     A.    That would be an individual by

14 the name of Bob Burns.

15     Q.    B-u-r-n-s?

16     A.    I think so.

17     Actually, they're in a

18 transition, and Mr. Kazunas is still acting

19 as my boss and doing other duties, and I

20 haven't met this new guy yet.

21     Q.    Are you aware of any other

22 audits that ACBL has conducted on any

23 third-party tug carriers?

24     A.    I'm not, no.

25     Q.    All right, sir.  Now I'd like

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

221

1   divisions of the company that we haven't

2   touched on that you can recall here?

3        A.     I think we've covered them all.

4        Q.     Okay.  Now, let me make sure

5   that I understand this correctly.

6                You -- A couple of things.

7                You have never seen an audit of

8   any of the five companies that you are

9   allowed to contract with to carry barges in

10  the area of the West Canal?

11       A.     That's correct.  No, I haven't.

12       Q.     All right.  And that's --

13  That's true to this day?

14       A.     That's correct.

15       Q.     But sometime after the

16  September 15th, 2001 incident, you came to

17  learn that an audit had been done at some

18  point regarding Brown Water Marine?

19       A.     That's correct.

20       Q.     Okay.  Now, how did you learn

21  that?

22       A.     Specifically I don't recall,

23  but it came up -- I think it come up in

24  conversation, that probably Mr. Kazunas had

25  told me that we had had that done.

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

226

1  coming out of Brownsville going to Bolivar,

2  and I've got these choices, like I could use

3  Kirby or I could use Blessey or I could use

4  Brown Water.  I think I want to use Brown

5  Water"?  You don't have to clear that with

6  anybody higher up?

7       A.      No.

8       Q.      Okay.  Now, I know you would --

9  All things being even, you would prefer to

10  use people who are safer than the next guy,

11  your company?

12       A.      Yeah.

13       Q.      You and your company would like

14  to use safe operators?

15       A.      Absolutely.  And we -- Yeah.

16  (Witness nods head affirmatively.)

17       Q.      Would you want to know -- In

18  making that decision on your company's

19  behalf as to -- as to who you're going to

20  use, would you want to know the information

21  available within your company about that,

22  about the company you're picking?

23       A.      I -- I don't -- I'm not sure I

24  understand what you're asking.  I mean do I

25  feel it necessary to -- to review something

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1   before I make that decision?  I don't know

2   what you --

3         Q.        Well, you would want to know,

4   I think, and -- wouldn't -- Your company and

5   you, in making the decision if you have

6   several operators that you can choose, you'd

7   want to know information like the operator

8   you're picking, whether or not they comply

9   with Coast Guard regulations?  You'd want to

10  know that?

11        A.        Yes.

12        Q.        And if they had found [sic]

13  to -- at various times to not maintain their

14  wheelhouses in compliance with Coast Guard

15  regulations, that's something that you'd

16  want to know when you made the decision to

17  pick them?

18        A.        Yes.  Yeah, I guess.  I mean

19  that -- again, these -- these companies that

20  I could choose from have all had a

21  well-established and prior relationship with

22  the company.  So I mean I wasn't trying to

23  reinvent the wheel.

24        Q.        Well --

25        A.        I mean they were -- I don't --

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762