228

1    MR. STRAWN:

2              Well, with respect, I need to

3    object to the last part of your answer as

4    nonresponsive.

5    EXAMINATION BY MR. STRAWN:

6         Q.     What I'm asking, though, is

7    that if, for example, it was known -- it had

8    been shown or your company knew that a

9    particular operator had maintained their

10   wheelhouse without required documentation,

11   then that would be somebody that logically

12   you would want to steer away from if you had

13   that information?

14        A.     Yeah.  If I had that

15   information, sure.

16        Q.     Okay.  And you'd surely expect,

17   if your company had that information, that

18   you, as the designated decision-maker, would

19   be given that information?

20        A.     Yes.

21        Q.     I want you to take me through

22   what has been produced to us as ACBL's

23   response to request for production number 1.

24   It's Bates-stamped document number A-1

25   through 5.  And I think these are just the

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

270

1    EXAMINATION BY MR. SPANSEL:

2          Q.       So 60 percent, then, would be

3    with third-party carriers?

4          A.       Right.

5          Q.       And of that 60 percent, you're

6    using Brown Water about 80 percent of the

7    time?

8          A.       That's correct.

9          Q.       Okay.  Now, what other

10   third-party carriers besides Brown Water are

11   you using in that area?

12         A.       Eckstein and Western, and I

13   moved a barge not too long ago with Canal,

14   Canal Barge.  They had a boat in --

15   Actually, it was in Brownsville -- that had

16   space to move an empty out for me, and they

17   brought it all the way back to Bolivar.

18         Q.       Who's your competition between

19   Bolivar and Brownsville, what other barge

20   companies?

21         A.       Kirby.  But they're -- They're

22   strictly liquids.  And then you got -- I

23   don't know if Ingram Barge Line sends that

24   much stuff out there.

25         Q.       Are you guys the main

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

283

1    at hand on those vessels either?

2            A.      I -- As far as my boats?

3            Q.      Right.

4                    I thought I heard you say you

5    just happened to know the horsepower by

6    experience; you don't refer to any material

7    to know the horsepower, for instance?

8            A.      That's correct.

9            Q.      And you do take the horsepower

10   into consideration when it comes to deciding

11   which particular tug to deploy to which

12   particular tow configuration.

13           A.      I do.

14           Q.      Correct?

15           A.      I do.

16           Q.      This practice that you

17   follow -- And I think you testified that it

18   had to do with size and configuration of

19   tows.  I believe you testified that on the

20   canal you're allowed to run two barges

21   aside, total width of 70 feet, three long,

22   in a six-pack; is that right?

23           A.      That's correct.

24           Q.      And if the width of any barge

25   is over 35 feet, then you have to go

296

1        MR. GOODIER:

2              The boats are owned by the

3    holding company, ACL.

4        MR. SPANSEL:

5              ACL?

6        MR. GOODIER:

7              (Counsel nods head

8    affirmatively.)

9    EXAMINATION BY MR. SPANSEL:

10       Q.      Do you know whether ACBL has

11   ever initiated a study of hazards, waterway

12   hazards, local conditions, in the area of

13   Port Isabell to Brownsville?

14       A.      Not to my knowledge.

15       Q.      Do you know anything about

16   Brown Water's safety record in operations?

17       A.      No.

18       Q.      Have you ever investigated the

19   safety record of Brown Water?

20       A.      Not me personally, no.

21       Q.      Do you know if the company has,

22   ACBL?

23       A.      Just that we had that audit

24   done on them.

25       Q.      That one audit that was

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

300

1          MR. SPANSEL:

2                 Pass the witness.

3                 Thank you.

4          MR. GAUNTT:

5                 I have nothing.

6          MR. MARCHAN:

7                 Nothing further.

8          MR. GONZALEZ:

9                 Mr. Hoessle, do I need to --

10          MR. GOODIER:

11                 I was looking out -- We've

12     already got you.  I was saying there's a

13     familiar face down there, but he's already

14     asked a thousand questions.

15                 (Whereupon a discussion was

16     held off the record at this time.)

17     EXAMINATION BY MR. GONZALEZ:

18          Q.     Mr. Hoessle, my name is Andy

19     Gonzalez.  I represent the Mata claimants in

20     this case.  I just have a few follow-up

21     questions.

22                 You mentioned earlier that you

23     first found out about the audit that was

24     done of Brown Water by Marine Resources

25     after the accident; correct?

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

301

1      A.      That's correct.

2      Q.      And you found this out through

3  a conversation with who, again?

4      A.      It was probably a conversation

5  with my boss, Pete Kazunas.

6      Q.      And when did that conversation

7  take place?

8      A.      I don't remember.

9      Q.      Was it over the telephone or in

10  person?

11      A.      It was in person.

12      Q.      Where did it take place?

13      A.      I'm sure it was in the office.

14      Q.      The office -- Which one?

15      A.      ACBL.

16      Q.      In Indiana?

17      A.      Yes.  Yes.  (Witness nods head

18  affirmatively.)

19      Q.      And how did this conversation

20  end up taking place?  How did it come up?

21      A.      I don't -- I don't really

22  remember.  There was some discussion, and it

23  was brought up that we had -- that we had

24  had this audit done.  And I remember

25  thinking, "Oh, I didn't even know that."  So

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

302

1    that was about it.

2         Q.      And who brought it up?

3         A.      Pete Kazunas.

4         Q.      And who else was involved in

5    this conversation?

6         A.      I'm -- I guess -- I'm trying to

7    remember when it was, because a lot of times

8    you're in passing and you're talking about

9    one thing or another.

10              But I think it was just an

11   impromptu, in-passing conversation that we

12   had.

13        Q.      And what did Mr. Kazunas tell

14   you about the audit?

15        A.      Nothing other than the fact

16   that they had a -- that there had been an

17   independent -- I guess it was -- I don't

18   know what type of audit it is, but there had

19   been an independent audit done.

20        Q.      But he didn't tell you what the

21   outcome of the audit was, what the results

22   were --

23        A.      No.

24        Q.      -- what the implications were?

25        A.      No.

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

303

1    Q.    Nothing like that?

2    A.    No, not really.

3    Q.    And have you ever heard

4 anything else about the audit other than

5 that conversation?

6    A.    No.

7    Q.    You've never seen any documents

8 regarding it?

9    A.    No, sir.

10    Q.    And never heard of any other

11 audit or report or study done on Brown

12 Water?

13    A.    That's correct.  No.

14    Q.    Have you ever talked to Glenn

15 Jones about the accident?

16    A.    No.  (Witness shakes head

17 negatively.)

18    Q.    Have you ever -- You haven't

19 talked to Mr. Jones about anything that

20 happened while he was on, I guess, night

21 watch as night planner for September 14th,

22 2001?

23    A.    No.

24    Q.    Do you know if he was the night

25 planner for the nights prior to September

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

367

1

2          **<u>REPORTER'S CERTIFICATE</u>**

3

4

5          I, **M. H. GAUDET, JR., CCR, RPR,**

6    **RMR,** Certified Court Reporter, State of

7    Louisiana, do hereby certify that the

8    above-mentioned witness, after having been

9    first duly sworn by me to testify to the

10   truth, did testify as hereinabove set forth;

11          That the testimony was reported by

12   me in shorthand and transcribed under my

13   personal direction and supervision, and is

14   a true and correct transcript, to the best

15   of my ability and understanding;

16          That I am not of counsel, not

17   related to counsel or the parties hereto,

18   and not in any way interested in the

19   outcome of this matter.

20

21

22                      OFFICIAL SEAL
                        M. H. GAUDET JR.
                        Certified Court Reporter
23   _____in and for the State of Louisiana_____
     M. H. GAUDET, JR., CCR, RPR, RMR
24   Certified Court Reporter
     State of Louisiana

25