1          UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF TEXAS
2                BROWNSVILLE DIVISION

3

4

5

6  IN RE THE COMPLAINT AND        *  CIVIL ACTION
   PETITION OF BROWN WATER        *
   TOWING I, INC., AS OWNER,      *  NO. B-01-157
7  AND BROWN WATER MARINE         *
   SERVICE INC., AS BAREBOAT      *  c/w
8  CHARTERERS, OF THE BROWN       *
   WATER V, ITS ENGINES, TACKLE,  *  CIVIL ACTION
9  ETC., IN A CAUSE OF            *
   EXONERATION FROM OR            *  NO. B-02-004
10 LIMITATION OF LIABILITY        *
                                  *
11 IN THE MATTER OF AMERICAN      *  Admiralty
   COMMERCIAL LINES AS OWNER      *
12 AND AMERICAN COMMERCIAL BARGE  *
   LINE LLC AS CHARTERER OF THE   *
13 BARGES NM-315, VLB-9182,       *
   ACL-9993B, VLB-9173, PRAYING   *
14 FOR EXONERATION FROM AND/OR    *
   LIMITATION OF LIABILITY        *
15                                *
                                  *
16 *  *  *  *  *  *  *  *  *  *  *

17                                    COPY

18

19

20        Transcript of the videotaped
   deposition of **PHILIP S. TIMBERLAKE**, 7410
21 Zollman Road, Lanesville, Indiana 47136,
   taken in the offices of Boehl, Stopher &
22 Graves, Suite 2300, Aegon Center, 400 North
   Market Street, Louisville, Kentucky 40202,
23 on Friday, the 30th day of August, 2002.

24

25

10

1    **APPEARANCES:**

2

3

4    WATTS & HEARD
     (By:  Ray R. Marchan, Esquire
           Gregory Gowan, Esquire
5              - and -
           Mark Siegel, Esquire)
6    1926 East Elizabeth Street
     Brownsville, Texas  78520-4933
7         (Attorneys for Brigete Goza,
          Gustavo Morales, Jacqueline
8         Paddock, and Lydia Zamora)

9

10   LAW OFFICES OF HERIBERTO MEDRANO
     (By:  Heriberto "Eddie" Medrano,
11              Esquire)
     1101 West Tyler Street
12   Harlingen, Texas  78550
          (Attorneys for the Harris
13        Claimants)

14

15   SCHIRRMEISTER AJAMIE
     (By:  S. Mark Strawn, Esquire)
16   Suite 2150
     Pennzoil Place - South Tower
17   711 Louisiana
     Houston, Texas  77002
18        (Attorneys for the Estate of
          Julio Morales, et al)

19

20

21   KITTLEMAN, THOMAS, RAMIREZ
     & GONZALES
22   (By:  Andres H. Gonzalez, Jr.,
              Esquire)
23   4900-B North 10th Street
     Post Office Box 1416
24   McAllen, Texas  78505
          (Attorneys for the Mata
25        Claimants)

**<u>APPEARANCES</u>** (<u>continued</u>):

        GAUNTT & KRUPPSTADT
        (By:  J. Chad Gauntt, Esquire)
        Suite C
        9004 Forest Crossing Drive
        The Woodlands, Texas  77381

              - and -

        THE LAW OFFICE OF JOHN DAVID FRANZ
        (By:  John David Franz, Esquire)
        400 North McColl
        McAllen, Texas  78501
           (Attorneys for the Estate of
            Stvan Rivas, et al)

        WILLIAMS BAILEY
        (By:  Candice McNabb, Esquire)
        Suite 600
        8441 Gulf Freeway
        Houston, Texas  77017-5001
           (Attorneys for Hector Martinez,
            Sr.)

        LAW OFFICES OF McMANUS & CRANE
        (By:  William Q. McManus, Esquire)
        209 West Juan Lynn
        Post Office Box 2206
        Victoria, Texas 77902-2206
           (Attorneys for Robin Faye
            Leavell, et al)

        ROYSTON, RAYZOR, VICKERY & WILLIAMS
        (By:  Will W. Pierson, Esquire)
        1700 Wilson Plaza West
        606 North Carancahua
        Corpus Christi, Texas 78476
           (Attorneys for Petitioners,
            Brown Water Marine Service,
            Inc., et al)

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

**Gaudet, Kaiser & Pepper**
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    **APPEARANCES** (**continued**):

2

3          JONES, WALKER, WAECHTER, POITEVENT,
           CARRERE & DENEGRE
4          (By:  Glenn G. Goodier, Esquire)
           52nd Floor
5          Bank One Center
           201 St. Charles Avenue
6          New Orleans, Louisiana   70170

7                  - and -

8          BURT BARR & ASSOCIATES
           (By:  John Holman Barr, Esquire)
9          304 South Record Street
           Dallas, Texas   75202
10               (Attorneys for American
                  Commercial Lines LLC and
11                American Commercial Barge Line
                  LLC)

12

13

           ADAMS AND REESE
14         (By:  Edwin C. Laizer, Esquire)
           Suite 4500
15         One Shell Square
           New Orleans, Louisiana   70139
16
                   - and -
17
           OFFICE OF THE ATTORNEY GENERAL
18         TRANSPORTATION DIVISION
           (By:  Jack F. Gilbert, Esquire)
19         Post Office Box 12548
           Austin, Texas   78711-2548
20               (Attorneys for the State of
                  Texas)
21

22

     **ALSO PRESENT**:

23

24         Daniel Longoria
           Law Clerk
25         Watts & Heard

1    **VIDEOGRAPHER:**

2

3

          Michael Gilmore
4         United Video Production Company
          Suite 205
5         418 Peoples Street
          Corpus Christi, Texas 78401
6

7

8

9

**REPORTED BY:**
10

11

12        **M. H. GAUDET, JR., CCR, RPR, RMR**
          Certified Court Reporter
13        State of Louisiana

14

15

16

17          *        *        *        *        *

18

19

20

21

22

23

24

25

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1            **EXAMINATION INDEX**

2

3                            **Page No**.

4

     By Mr. Strawn                        13

5

6         Re-examination            287

7

8      By Mr. Marchan                    190

9

        Re-examination            299

10

11

     By Mr. Medrano                    210

12

13         Re-examination            305

14

15      By Mr. Gonzalez                   237

16

17      By Mr. Laizer                      251

18

19      By Mr. Franz                        258

20

21      By Mr. Pierson                    270

22

23      By Mr. Goodier                    284

24

25           *       *       *       *       *

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1

# **EXHIBIT INDEX**

2

3                                                    <u>Page</u> <u>No</u>.

4

5

6       Exhibit 27                                          44
        Exhibit 28                                          61
        Exhibit 29                                          69
7       Exhibit 30                                          79
        Exhibit 31                                         111
8       Exhibit 32                                         126
        Exhibit 33                                         134
9       Exhibit 34                                         147
        Exhibit 35                                         158
10      Exhibit 36                                         160
        Exhibit 37                                         188
11      Exhibit 38                                         189
        Exhibit 39                                         198
12      Exhibit 40                                         209
        Exhibit 41                                         249
13      Exhibit 42                                         249
        Exhibit 43                                         291
14      Exhibit 44                                         308
        Exhibit 45                                         308
15      Exhibit 46                                         308
        Exhibit 47                                         308
16      Exhibit 48                                         308
        Exhibit 49                                         308
17      Exhibit 50                                         309
        Exhibit 51                                         309
18      Exhibit 52                                         309
        Exhibit 53                                         309

19

20

21

22

23

24          *        *        *        *        *

25

601 POYDRAS STREET, SUITE 2003        Gaudet, Kaiser & Pepper        7967 OFFICE PARK BLVD.
NEW ORLEANS, LOUISIANA 70130                                         BATON ROUGE, LOUISIANA 70809
PHONE (504) 525-9100                  Toll Free 1-888-525-9100        PHONE (225) 926-9411
FAX (504) 525-9109                                                    FAX (225) 926-9762

1

## DESCRIPTIVE EXHIBIT INDEX

2

3

4   **Exhibit 27** - Report of Boarding
Uninspected Towing Vessel issued by Marine
5   Resources, dated 8/5/96

6

7   **Exhibit 28** - AWO Responsible Carrier
Program audit of Brown Water Marine Service,
8   Inc., vessels audited:  BROWN WATER VI and
BROWN WATER VII, undated
9   BATES A-933

10

11  **Exhibit 29** - American Waterways Operators
Responsible Carriers Program brochure
12

13

14  **Exhibit 30** - AWO Responsible Carrier
Program audit checklist used in the audit of
the BROWN WATER VI
15

16

17  **Exhibit 31** - RCP Audit Inland Towing
Vessel Checklist used in the audit of the
BROWN WATER VII
18

19

20  **Exhibit 32** - Copy of notes made by Philip
Timberlake in Pete Kazunas' office at ACBL

21

22  **Exhibit 33** - Letter from Stephen Mosher to
Philip Timberlake dated 4/5/00
23

24

25  **Exhibit 34** - Brown Water Marine Service,
Inc. Operations Manual

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1   **DESCRIPTIVE EXHIBIT INDEX (continued):**

2

3   **Exhibit 35** - Brown Water Marine Service,
    Inc. preprinted forms, blank
4

5
    **Exhibit 36** - Brown Water Marine Service,
6   Inc. Crewman & Employee Safety Manual

7

8   **Exhibit 37** - ACBL vessel audits performed
    by Philip Timberlake dated 3/12/99
9

10
    **Exhibit 38** - Sanborn Yearwood & Associates
11  Pre-Audit Preparation; Sanborn Yearwood &
    Associates Independent Postaudit Review for
12  American Commercial Barge Lines, LLC dated
    3/4/02
13

14
    **Exhibit 39** - Detroit Diesel Field Service
15  Data Book, Technical Data

16

17  **Exhibit 40** - Propeller Selection Guide
    BATES 49477 D 01579
18

19
    **Exhibit 41** - Marine Resources earnings
20  list, two pages

21

22  **Exhibit 42** - Marine Resources client list

23

24  **Exhibit 43** - Comparison of Marine Inland
    Transportation Company and Eckstein Marine
25  Service performed by Philip Timberlake

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

**Gaudet, Kaiser & Pepper**
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

**<u>DESCRIPTIVE EXHIBIT INDEX</u> (<u>continued</u>):**

1

2

3

4   **Exhibit 44** - Subpoena issued for Philip Timberlake

5

6   **Exhibit 45** - Audit of Kindra Lake Towing
7   by Marine Resources, undated

8

9   **Exhibit 46** - Audit of vessel M/V STEVE McKINNEY by Marine Resources, undated

10

11  **Exhibit 47** - Summary of the audit of
12  Hoosier Marine, including the M/V STEVE McKINNEY and the M/V NORMANIA, by Marine
13  Resources, undated

14

15  **Exhibit 48** - Audit of Excell Marine Corporation by Marines Resources, undated

16

17  **Exhibit 49** - Audit of Holly Marine Towing,
18  including the M/V MARGARET ANN and the M/V CHRIS ANN, by Marine Resources, undated

19

20  **Exhibit 50** - Summary of audit of Calumet
21  River Fleeting, Inc., including the M/V MATADOR VI and the M/V ETHEL E, by Marine
22  Resources, undated

23

24  **Exhibit 51** - Summary of audit of Ace Marine Transportation, including the M/V
25  SKIMMER, by Marine Resources, undated

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    **DESCRIPTIVE EXHIBIT INDEX (continued):**

2

3

4    **Exhibit 52** - AWO certificate issued to
     Phil Timberlake dated 1/31/02

5

6

7    **Exhibit 53** - Handwritten notes from the
     audit of Holly Marine Towing M/V MARGARET
     ANN

8

9

10

11

12

13

14

15

16

17          *        *        *        *        *

18

19

20

21

22

23

24

25

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

**Gaudet, Kaiser & Pepper**
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    (Indicating)

2        Q.      Well, let me use this as an

3    example.

4                I -- I have the Brown Water

5    audit --

6        A.      That is not a -- That is not an

7    RCP.  It might be labeled "RCP," but it's

8    not a -- I didn't do a certification audit

9    on them.

10       Q.      Okay.

11       A.      It was a vendor audit.

12       Q.      Let me show you what I'm

13   referring to.

14       A.      Okay.

15       Q.      This was produced by Brown --

16   by ACBL, and it's got your company's name on

17   it, and somebody handwrote a date of March

18   2000.

19                And for the record, it's Bates-

20   marked as number A-933.

21                And it purports to be a

22   Respons -- AWO Responsible Carrier Program

23   audit of Brown Water Marine Services -- of

24   Brown Water Marine Service, Inc., together

25   with vessels audited of the BROWN WATER VI

601 POYDRAS STREET, SUITE 2003 ·
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

**Gaudet, Kaiser & Pepper**
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

60

1    and BROWN WATER VII.

2         A.      Uh-huh (indicating

3    affirmatively).

4         Q.      You're telling us that that is

5    not a --

6         A.      It wasn't a certification

7    audit.  It was a vendor audit.  I probably

8    should not have used "Responsible Carrier

9    Program" as a title on it, because it was

10   just a vendor audit.

11        Q.      Well, yeah.  I don't mean to

12   pick on you, and you don't have to fall on

13   your sword for Mr. Sanborn if it's his

14   mistake, but --

15        A.      No.  He was not --

16        Q.      -- that's what I was -- That's

17   what I was driving at.

18             Who drafted this document?

19        A.      I drafted this document.  He

20   was not in -- Mr. Sanborn was not involved

21   in any of the vendor audits conducted by me

22   for ACBL, only the RCP certification audits.

23        Q.      Okay.  And so not just the

24   title page but -- but the conclusions and

25   everything, these are all your work product?

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    you were down there in late March of 2000?

2        A.    Yes.  Yes.

3        Q.    Have I marked as Exhibit 28 to

4    your deposition a copy of your -- your file

5    of the audit summary that you did?

6        A.    Uh-huh (indicating

7    affirmatively).

8        Q.  .  Is that a yes?

9        A.    Yes.

10       Q.    All right.  And since this is a

11   vessel -- I'm sorry -- a vendor audit as

12   opposed to an RCP certification audit, I

13   take it that the goal of the audit is to

14   advise ACBL, your client, as to whether or

15   not they should be using this particular

16   vendor?

17       A.    Yes.

18       Q.    All right.  However, to do that

19   audit, I looked at some of the supporting

20   documents that you used, and it looks to me

21   like what you did is you went through and

22   did a -- a vessel audit using the vessel

23   checklist that the A -- AWO RCP provides.

24       A.    Yes.  I don't -- On a vendor

25   audit, I don't go through it line by line

1    and check everything.  I keep a legal pad

2    with me when I'm doing a vendor audit, you

3    know, like on a boat or in a management

4    audit, make notes.  I don't cover every item

5    in the Responsible Carrier RCP checklist.  I

6    just use it as a guideline --

7         Q.     Okay.

8         A.     -- as a reference point.

9         Q.     And in doing that audit of

10   Brown Water, did you go through the

11   management audit checklist that AWO has

12   provided?

13        A.     No.  I don't believe I filled

14   out a management checklist.  I sat in their

15   office and discussed with their port captain

16   and marine superintendent -- I forget what

17   his title was -- some of the things that are

18   required to be AWO-certified.  I did give

19   him a copy of the checklist for his use, a

20   blank copy, so he could more or less do a --

21   a self-audit of what was required.

22              I talked to the young man who

23   was -- handled the training and safety for

24   him, the one that kept track of the safety

25   meetings on board and what topics were

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1    covered and things like that.  And I also
 2    talked to their port engineer, who's in
 3    charge of all the maintenance on the boats,
 4    those three people.
 5              And at that time I -- While I
 6    was there, I looked over their operations
 7    manual; didn't go over it in detail; I
 8    briefly went through it -- some of their
 9    other documents, and that's when I requested
10    for him to ship that information back to me,
11    because I was -- I'd already been out on
12    another audit before then, and everything I
13    had was full of paper.  And I asked him to
14    ship it to me --
15        Q.    Lawyers know about that.
16        A.        -- so I didn't have to carry it
17    on the plane loose.
18        Q.    Okay.  And while I'm thinking
19    about it, thinking about management audits,
20    with respect to the -- the AWO RCP audit
21    that was conducted of ACBL back in 1999 in
22    which you did the vessel audit --
23        A.    I did the vessel audit portion.
24        Q.    Okay.  Let me finish the
25    question.
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1   Operators that describes their Responsible

2   Carriers Program?

3      A.    Yes.

4      Q.    And this is what we were

5   talking about earlier, that the checklist

6   that they provide the auditors follow the

7   requirements of that book?

8      A.    Yes.

9      Q.    All right.

10     A.    Or that's my assumption.  I

11  didn't develop a checklist.  My assumption

12  is it follows it.

13     Q.    Okay.

14     A.    I didn't lay them down side by

15  side and check them.

16     Q.    Okay.  And if you turn to page

17  Roman numeral II-1, number 28 -- I'll get it

18  for you -- is that page, number II -- Roman

19  numeral II-1, is this describing what --

20  what management should have in place at a --

21  to pass the Responsible Carriers Program?

22     A.    (No response.)

23     Q.    If you just look at the main

24  heading --

25     A.    Yes.

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1          Q.      -- "Management
 2   Administration" --
 3          A.      Yes.
 4          Q.      -- that describes what they're
 5   supposed to have in place?
 6          A.      Yes.
 7          Q.      And, of course, one of the
 8   things is procedures for making horsepower
 9   and tow size decisions, right --
10          A.      Yes.
11          Q.      -- down under 2A.
12                  But the other thing I want to
13   draw your attention to is up here at the
14   top, it says, "Each towing company should
15   develop and document written policies and
16   procedures covering, at a minimum, those
17   items described below"; correct?
18          A.      That's correct.
19          Q.      All right.  So they're supposed
20   to have not only a policy for making
21   horsepower and tow size decisions, they're
22   supposed to put that in writing somewhere as
23   a written policy?
24          A.      Yes.  It's in their operations
25   manual.
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1          Q.      Okay.  And now I want you to

2    turn to the very -- well, not quite the next

3    page, but if you'll follow along and turn

4    two -- three more pages to page II-4.  We're

5    still in that same section.

6          A.      Yes.

7          Q.      Under Subtitle G, "Vendor

8    Safety" --

9          A.      Yes.

10          Q.      -- they're supposed to have a

11    written procedure for evaluation of

12    subcontractors and vendors providing towing

13    and vessel assist services on their ability

14    to provide an acceptable level of safety;

15    correct?

16          A.      Yes.

17          Q.      So when we go and take

18    Mr. Sanborn's deposition and he produces the

19    audit checklist that he did of ACBL, we

20    should find in there a written procedure

21    that they had in place for evaluation of

22    their subcontractors that were providing

23    towing and vessel assist services on their

24    ability to provide an acceptable level of

25    safety?

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1          And you -- Can you recall who

2    those people were?

3          A.     No, I can't.

4          Q.     But you think they were the

5    operator and the deckhands?

6          A.     Operator and the deckhands,

7    yes.

8          Q.     All right.  On BROWN WATER

9    VII -- If you turn the page, on the BROWN

10   WATER VII you did come out -- I'm sorry.

11   BROWN WATER --

12         A.     VI.

13         MR. GOODIER:

14              VI.

15   EXAMINATION BY MR. STRAWN:

16         Q.     -- VI.  We're still on the VI,

17   looking at Exhibit number 30.

18              The next page that I want to

19   look at is the -- is where you're able to

20   record the particulars of that vessel, which

21   you did, and you found that she had Detroit

22   Diesel engines -- "400 each" --

23         A.     Uh-huh (indicating

24   affirmatively).

25         Q.     -- is what you wrote.  You

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1   crossed -- put "800" and marked it out and

2   put "400 each" --

3          A.      Yes.

4          Q.      -- under -- under "Horsepower

5   Rating."

6                  Where did you get that

7   information?

8          A.      From the -- the captain, when I

9   asked him what horsepower the vessel was.

10         Q.      Did you -- Did you -- What did

11  you do to verify that?

12         A.      I cannot tell, looking at an

13  engine, whether or not it's a 400 or a 500

14  or a 600.

15         Q.      Did you talk to the vessel's

16  chief engineer about that?

17         A.      No.  They do not have a chief

18  engineer on these vessels.  They have what

19  they call a deck engineer, I believe.

20  And --

21         Q.      Did you talk to him about it?

22         A.      Yes, I think I did --

23         Q.      What did he say?

24         A.      -- when we was walking

25  around --

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1          He said it was an

2    800-horsepower boat.

3          Q.     Did you ask him to provide you

4    something from maybe the engine manufacturer

5    that would document that?

6          A.     No.

7          Q.     Now, you understand that the

8    more barges you can put on a boat, the

9    higher its marginal -- It can operate more

10   profitably if it has more barges?

11         A.     Yes.

12         Q.     So there would be a financial

13   incentive for a company to be able to have

14   at least 800 or possibly a thousand

15   horsepower so they could push more barges?

16         A.     According to the area they

17   operated in.

18         Q.     Now, in your experience within

19   the industry for some 17 years -- And I know

20   you weren't -- you were in the side that is

21   involved with purchasing --

22         A.     Uh-huh (indicating

23   affirmatively).

24         Q.     -- materials and stores for the

25   vessels, so you may not know this, and if

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    you don't, that's fine.

2                But have you known it to be

3    common in the industry for companies to

4    exaggerate the horsepower ratings of their

5    vessels?

6         A.     No.  (Witness shakes head

7    negatively.)

8         Q.     All right.  Let's turn to the

9    second page -- I'm sorry -- the next page,

10   and -- Whoop.  Okay.

11               What I want to -- What I want

12   you to look at is down here in the middle,

13   it says, Are there current -- "Are there

14   copies of current Notice to Mariners on

15   board?"  And that is blank, with a question

16   mark.

17               I take that to mean that they

18   were not able to produce for you a copy of

19   the current Notice to Mariners?

20        A.     That's correct.

21        Q.     All right.  Now, for the jury,

22   the Notice to Mariners is a publication of

23   the U.S. Coast Guard; is that right?

24        A.     Yes, it is.

25        Q.     And it comes out how often?

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1              Q.      -- or where he was on the

 2      canal?

 3              A.      In the Corpus Christi area.

 4              Q.      All right.  If we look at

 5      the -- at the first page -- and this is

 6      the -- Can you confirm for me that what

 7      you're seeing on your screen is the first

 8      page of Exhibit -- What is that?  Thirty --

 9              A.      31.

10              Q.      -- one?

11              A.      Yes.

12              Q.      The audit for the BROWN WATER

13      VII; you again noted that it has

14      400-horsepower cylinders.

15              A.      Yes.

16              Q.      I'm sorry.  Four hundred

17      horsepower engines.

18                      Again, do you remember talking

19      to the engineer on board?

20              A.      There's no engineer on board.

21      There was a deck engineer.

22              Q.      All right.  Well, do you

23      remember talking to the deck engineer --

24              A.      Yes.

25              Q.      -- for that vessel?
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1      A.    Yes.

2      Q.    And was that where you got the

3 information that it had twin 400-horsepower

4 engines?

5      A.    I can't be sure whether it was

6 him or the pilothouse personnel that was on

7 duty that I asked, but I did observe him

8 when I made a walk-around in the engine

9 room.

10     Q.    You looked at the engines?

11     A.    I made a walk-around in the

12 engine room.

13     Q.    But, again, with -- as with the

14 other vessel, you wouldn't be able to look

15 at the engines and tell if it's 400 or 600

16 or 200?

17     A.    No.

18     Q.    All right.  And, again, you

19 pretty much is -- or are at the mercy and

20 have to take the word of the people that are

21 on board as to what the engines are, their

22 horsepower?

23     A.    Yes.  I do take their word for

24 it.

25     Q.    Okay.  You made a special

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1   note -- I'm turning to the second page.

2              You made a special note down.

3              At the bottom, "Summary of

4   Navigation Communication," and the way I --

5   It's kind of hard to read, but doesn't it --

6   Does it say, "No Notice to Mariners"?

7       A.      Yes, same as the other boat.

8       Q.      So you made a special note that

9   they didn't have their Notice to Mariners on

10  board?

11      A.      That's correct.

12      Q.      All right.  Was that something

13  you found particularly significant?

14      A.      As -- It's a question up here.

15  When it doesn't, I try to make a note to

16  myself.

17      Q.      Well, it's -- It's marked as

18  "No" -- I'm sorry.  On this one, isn't it,

19  "Are there copies of the Notice to Mariners

20  on board?", and you found that -- that there

21  were not?

22      A.      Yes.

23      Q.      Okay.

24      A.      That's correct.

25      Q.      And made a special note at the

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

131

```
 1    vessel audit?

 2         A.      I went over the information

 3    that I found and -- and discussed with him

 4    some of the things that would have to be

 5    done to be RCP-certified --

 6         Q.      All right.

 7         A.      -- same as I did with the

 8    management.  I also went over on the vessels

 9    with him:  "Here's what I found.  Here's

10    what you need to do if you decide you want

11    to become RCP-certified."

12         Q.      How about just -- Because I

13    know that you're not -- you're not there

14    doing an RCP certification audit.  You're

15    really there doing a vendor audit for ACBL.

16              Did you discuss with him what

17    ACBL's expectations were?

18         A.      No, not specific, except that I

19    did -- If I remember right, I did discuss

20    with him that most major companies are --

21    they're not actually requiring some of their

22    major vendors to be AWO members, but they

23    are expecting them to -- to meet some of the

24    criteria, to be responsible carriers even

25    though they're not a member of AWO.
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1  up?

2      A.     No.

3      Q.     All right.  And you didn't --

4  you -- obviously you did -- you didn't --

5  Did you send one to him later?

6      A.     No.

7      Q.     All right.  Was there any

8  particular reason why you didn't want to

9  have your field notes with you when you were

10 debriefing Mr. Kazunas?

11     A.     No.

12     Q.     There's no reason you didn't

13 want to?

14     A.     No reason.

15     Q.     All right.  How long did this

16 meeting take?

17     A.     Thirty minutes.

18     Q.     And what --

19     A.     Less.

20     Q.     And what all did you talk

21 about?

22     A.     We just went over this.  He

23 read it page by page.  I made a few comments

24 as we was going through it; like we'd talk

25 about fire -- You know, I'd say in the

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

**Gaudet, Kaiser & Pepper**
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1    firefighting/lifesaving, as you can see, the

 2    drills and safety meetings are company

 3    policy, like that, and then I'd say

 4    opportunities I see for improvement are

 5    this, this, and this.

 6         Q.     So you'd go through it page by

 7    page and item by item --

 8         A.     Yes.  Yes.

 9         Q.     -- telling him what you found?

10         A.     Telling him what I found, and

11    then if he had any questions.

12         Q.     So you'd go through it and

13    you'd say, for ex -- Well, just start at the

14    top.  You'd say that -- You'd tell him all

15    the required navigation and communications

16    equipment present?

17         A.     Yes.

18         Q.     You'd say, "Strong backup

19    communications."

20                What does that mean, "strong

21    backup communications"?

22         A.     That meant -- said that they

23    had cell phones, you know, different ways of

24    communicating in case the radio went out.

25         Q.     Did they have a battery-powered
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1    VHF, or do you remember --

 2         A.     Yes.

 3         Q.     -- what they had?

 4         A.     They each had a backup.  One

 5    of -- At least one of the radios in the

 6    pilothouse was backed up by battery.

 7         Q.     Well, you mentioned cell

 8    phones.

 9                Did they have -- why -- Did

10    they have cell phones as their backup or --

11         A.     Every boat in the world's got

12    cell phones on it now.

13         Q.     Okay.

14         A.     Like every lawyer.

15         Q.     You -- If we -- If we go

16    down -- I'm trying to make it quick --

17         A.     Okay.

18         Q.     -- so we can leave some

19    other -- some time --

20         A.     Sure.

21         Q.     -- for everyone.

22         A.     Sure.

23         Q.     You said there should be copies

24    of the current Notice to Mariners on board.

25         A.     Yeah.  Uh-huh (indicating
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    affirmatively).

2         Q.      That's something that's in the

3    list, or that's something you talked with

4    Pete about?

5         A.      Yes.

6         Q.      All right.  Do you remember

7    what he said about that?

8         A.      No.

9         Q.      Do you remember any of his

10   comments about the audit?

11        A.      No, I don't.  No, I don't.

12        Q.      Okay.  But you do remember that

13   you went through it item by item?

14        A.      I believe we did, yes.  We

15   normally do, and -- Can I say we covered

16   every bullet on this report?  No, I can't.

17   But --

18        Q.      Give me a second here to pull

19   out my -- Here it is.

20                Now, under the -- Under the

21   observation section on page -- on page 1 --

22   And I've got this here on the screen for

23   you, I think -- we were just talking about

24   that, that there should be copies of the

25   Notice to Mariners on board.  We just talked

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    including that there should be copies of the

2    notice -- current Notice to Mariners?

3         A.      Uh-huh (indicating

4    affirmatively).  (Witness nods head

5    affirmatively.)

6         Q.      All right.  And you would

7    have -- you would have told -- I'm turning

8    now to what is the -- If you're including

9    the cover page, it's the one, two, three --

10   it's the fourth -- the fourth page under

11   "Training."

12              And it's your observation that

13   "The company needed to develop a shoreside

14   and on-board training program to fulfill the

15   AWO Responsible Carrier Program."

16              That would have been something,

17   again, that you would have gone through with

18   Mr. Kazunas --

19         A.      Yes.

20         Q.      -- and informed him of that?

21         A.      Yes.

22         Q.      All right.  And you would have

23   told him as well on the next page that they

24   needed to do a rewrite of their operations

25   manual to reflect their current management

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1          A.      Yes.

2          Q.      All right.  By the way, what --

3    what is Mr. -- And if you don't know, you

4    don't know.

5               But what is Mr. Kazunas'

6    background?  Did he ever sail?

7          A.      No, I don't believe he did.

8          Q.      And by that, was he ever a

9    merchant mariner?

10         A.      I don't know, but I don't

11   believe so.

12         Q.      All right.  And we know you --

13   you never were a merchant mariner?

14         A.      No.

15         Q.      Okay.  Never held a --

16   documents to be a seaman?

17         A.      No license.

18         Q.      All right.  Or a marine

19   engineer?

20         A.      No.

21         Q.      Was there anyone else at this

22   meeting with you and Mr. Kazunas?

23         A.      No.

24         Q.      And have you followed up with

25   anyone -- Did you follow up with anyone else

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    updated or in use?

2         A.     No.  The only thing I saw on

3    this inci -- incident was what I saw on

4    network television and a story in the

5    Courier-Journal, the Louisville

6    Courier-Journal.

7         Q.     All right.  Well, I'm going to

8    show you a page from the Coast Guard report

9    that -- when they went out and boarded that

10   vessel the next day.  And I want to draw

11   your attention to this paragraph, and I'm

12   sorry.  It may be hard to read.

13   (Indicating)

14        A.     Yeah.

15        Q.     But it said, "I asked" -- And

16   they blanked out the name of who they asked.

17              But it said, "I asked" --

18   blank -- "if the vessel had a chart for the

19   area being transitted at the time of the

20   alleged allision.  He indicated that there

21   was and began searching for it.  His search

22   continued for what seemed like several

23   minutes.  First he searched the storage

24   compartment located under the bench along

25   the bulkhead of the wheelhouse.  Then he

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    briefly looked in several other locations.

2    Finally he returned to searching the storage

3    area under the bench and appeared to look in

4    a different pile than he had previously

5    checked.  He ultimately located a

6    tightly-folded NOAA marine chart, 11302,

7    28th Edition, August 1999.  This chart did

8    not appear to have been recently used.

9    There were not corrections indicated on this

10   chart at the time of the boarding."

11               You see the conclusions there?

12        A.    Yes.

13        Q.    Would that describe the

14   conditions in the wheelhouses of the BROWN

15   WATER VI and VII that you audited?

16        A.    I don't remember.  I don't

17   remember not -- I -- I don't remember any of

18   the charts being missing, and I think I

19   checked that they were there.

20        Q.    Well, they were there on the

21   BROWN WATER V as well.

22        A.    Yeah.  Yeah.

23        Q.    They just -- They just weren't

24   in use or corrected.

25        A.    Oh, okay.

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1          Q.      Okay?

2                  So with that understanding, the

3      conditions that the Coast Guard documented

4      following the collision or the allision with

5      the bridge would have been the same as the

6      conditions that you found in the wheelhouse

7      of the BROWN WATER VI and VII?

8          A.      Uh-huh (indicating

9      affirmatively).

10         MR. GOODIER:

11                 Let me object to the form of

12     the question.  That's not what he said; that

13     they were found in a -- You're saying that

14     on the Brown Water VI and VII he found them

15     in a -- in a folded condition in a -- in a

16     box or whatever it says there?  Is that what

17     you're saying?  I don't think he said -- he

18     said that.  I don't think he's testified to

19     that.

20     EXAMINATION BY MR. STRAWN:

21         Q.      Well, let's go through it one

22     item at a time.

23                 You've -- When you're in the

24     wheelhouse in the BROWN WATER VI and VII,

25     you -- they were able to produce their --

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1  the RCP?

2      A.      Yes.

3      Q.      All right.  And in all those --

4  You said you'd been on hundreds of vessels,

5  and on the -- ACBL vessels would be included

6  among those hundreds of vessels?

7      A.      Right.

8      Q.      And so what you're telling us,

9  I think, is that on those vessels, too, when

10 you've looked at the charts, they have not

11 been currently updated reflecting what's in

12 the Notice to Mariners?

13     A.      What I said was I look at a

14 chart, and I see there's corrections on the

15 chart.  I don't know if these come from the

16 pilots, observations, or they come from a

17 memo from the office, or whether his buddy

18 told him that this is what happens down in

19 that corner, or they come from Notice to

20 Mariners.  I don't know where they come

21 from.

22     Q.      Well, and that's a -- That's a

23 really good point.

24             You're -- As a non-mariner, if

25 I gave you a chart and I gave you a Notice

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1   Water vessels had, how would you have gone

2   about doing that?

3         A.      I would -- If he would have

4   asked me to insure it?

5         Q.      Yes, sir.

6         A.      I would have just had to take

7   the model numbers off of them and contact

8   Detroit Diesel and ask them what horsepower

9   are these engines.

10        Q.      Okay.  You know the Detroit

11  Diesel --

12        MR. MARCHAN:

13               Why don't you mark that for me?

14        MR. STRAWN:

15               Okay.

16        MR. MARCHAN:

17               Okay.  Why don't you hand that

18  to the witness?  What exhibit is that?

19        MR. STRAWN:

20               39.

21        MR. MARCHAN:

22               39?

23  EXAMINATION BY MR. MARCHAN:

24        Q.      Okay.  We've handed you Exhibit

25  39.

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1                    Do you recognize just from the
 2      face of the document the Detroit Diesel
 3      logo?
 4           A.     Yes.
 5           Q.     Okay.  It's a common logo in
 6      the marine industry; isn't it?
 7           A.     As far as I know.
 8           Q.     And you saw that -- that these
 9      were 12V-71s; correct?
10           A.     No, I didn't.  I just wrote
11      down they were Detroit Diesels.
12           Q.     You did write down they were
13      12V-71s; right?
14           A.     Did I, on the top -- on the
15      front of the --
16           Q.     Yeah.  You remember that?  You
17      want to look at it to verify?
18           A.     Well, if you say I did, I guess
19      I did it.
20           Q.     Well, do you feel comfortable
21      with what you're telling me?
22           A.     Yes, I feel --
23           Q.     Okay.
24           A.     -- comfortable with what you're
25      saying.
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gauder, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1        Q.    If you look on that Detroit

2    Diesel manual there, I believe on the page

3    with the charts, under the 12V-71, it says

4    that they have anywhere from 335 horsepower

5    to 317 horsepower; is that correct?

6        A.    Where are you at on there?

7        Q.    Right here, 12V-71.

8    (Indicating)  Let him put that up the

9    screen.

10        A.    12V-71.  I can't read it.

11        Q.    Okay.  Let me zoom that in.

12    Maybe this will help you.  Look on the

13    screen here, because we're able to magnify

14    it.

15              See the 12V-71  (Indicating)

16        A.    Yes.

17        Q.    And you see the rating there,

18    335 horsepower?

19        A.    If that's what it says.  I

20    can't tell that.

21        Q.    You can't read that one?

22        A.    No.

23        Q.    Let me see if I have another

24    document for you.

25        MR. GOODIER: