```
 1         MR. GOODIER:
 2              Objection; speculation.
 3         MR. PIERSON:
 4              My objection is asked and
 5    answered.
 6         MR. GOODIER:
 7              Yeah, about ten times.  What
 8    the hey.
 9    EXAMINATION BY MR. MEDRANO:
10         Q.   Has ACBL ever asked you to
11    conduct a surprise, unannounced audit of a
12    third-party carrier?
13         A.   No.
14         Q.   Has ACBL ever asked you to
15    conduct a surprise, unannounced audit of one
16    of its own tugboats?
17         A.   No.
18         Q.   When you do your -- your audits
19    of a -- of a towboat carrier, do you check
20    into their history concerning how many
21    collisions or accidents their boats have
22    been involved in?
23         A.   No.
24         Q.   Do you find out in your audits
25    of a towboat carrier the different types of
```

1   accidents or the extent of the damages that
2   have been created by these towboat carriers
3   in their past?
4      A.  No.
5      Q.  Why not?
6      A.  It's not part of my vessel
7   audit criteria.
8      Q.  But you make a recommendation,
9   do you not, sir, to the person that hired
10  you to do the audit as to whether or not you
11  think ACBL should continue using that
12  third-party carrier --
13     A.  Uh-huh (indicating
14  affirmatively).
15     Q.  -- correct?
16     A.  Right.  Yes.
17     Q.  And so does one of the things
18  that factor in -- into you making your --
19  your recommendation their safety record?
20     A.  No.  I don't get it -- As far
21  as vessel accidents, I do not ask those
22  questions.
23     Q.  You don't care about their
24  safety record concerning accidents; is that
25  right?

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1          A.      That's not part of my audit.
 2      MR. MEDRANO:
 3              That's all the questions I
 4  have.
 5              Thank you, sir.
 6      THE WITNESS:
 7              Thank you.
 8  EXAMINATION BY MR. GONZALEZ:
 9          Q.      Mr. Timberlake, my name is Andy
10  Gonzalez.  I just have a few follow-up
11  questions, and I'm --
12          A.      Excuse me.  Where are you?
13          Q.      -- going to be jumping around.
14          A.      Oh, okay.
15          Q.      Sorry.
16          A.      I just need to see who was
17  talking.
18          Q.      Sorry.  I'm going to be jumping
19  around also, so --
20          A.      All right.
21          Q.      -- please bear with me.
22              I don't know if this question
23  was asked about your recertification.  I
24  think it might have been asked for your
25  initial certification as a RCP inspector.
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1        Q.    Okay. A pretty significant
 2   difference between the cost of a vendor
 3   audit as compared to an RCP audit?
 4        A.    Not that -- It's probably
 5   double on a small company, but on a large
 6   company there's a great difference because
 7   of the number of boats you have to catch.
 8        Q.    For someone like Brown Water,
 9   it would be probably double?
10        A.    I did those -- did those boats
11   in one day. But if I was doing a
12   certification audit, it would probably be
13   double. I spent two days down there. I
14   would probably, just off the top of my
15   head -- Okay? -- bill maybe five days would
16   be the minimum, because there's a lot more
17   audit report to -- It's a lot larger, more
18   detailed.
19        Q.    Have you ever done any other
20   audits on Brown Water either for ACBL or for
21   another carrier?
22        A.    No.
23        Q.    This was the only one you've
24   ever done?
25        A.    That two-day experience was the
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1         A.    -- and didn't have any
 2   experience with them, so they asked me to go
 3   up and take a look at them.
 4         Q.    But in the case of Brown Water,
 5   nobody told you --
 6         A.    No.
 7         Q.    -- anything about --
 8         A.    Wasn't any triggering, as far
 9   as I know.
10         Q.    Okay.
11         A.    I mean I don't know if there
12   was or not.
13         Q.    During the time that you were
14   conducting the audit at Brown Water, did
15   anybody ever present you with any written
16   policies or procedures to show you that
17   Brown Water had criteria in place for making
18   towing size and horsepower decisions?
19         A.    No.  (Witness shakes head
20   negatively.)
21         Q.    Did you make any effort during
22   your audit of Brown Water to verify the
23   level of experience that their pilots and
24   mates had in operating the areas that they
25   were transiting?
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1        A.     No.
 2        Q.     That's not something that's
 3   part of your normal audit?
 4        A.     That's not something that's
 5   even part of the RCP audit.
 6        Q.     And it's not something that
 7   ACBL asked you to do --
 8        A.     No.
 9        Q.     -- during this audit?
10               And, likewise, ACBL did not ask
11   you to find out whether they had any written
12   procedures for making tow size and
13   horsepower determinations?
14        A.     No, they did not.
15        Q.     And based on what you told
16   Mr. Medrano a few minutes ago, I take it
17   that while you were doing your audit of
18   Brown Water, you did not make any effort to
19   find out about their safety record?
20        A.     No.
21        Q.     And, again, that was not
22   something that's part of your audit --
23        A.     It's not --
24        Q.     -- correct?
25        A.     It's not something that's part
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1        A.    Oh.
 2        Q.    What have they directed you to
 3   be --
 4        A.    Specifically?
 5        Q.    -- on the lookout for?
 6        A.    The only thing outside of the
 7   area of the audit report that they've ever
 8   asked me is what I think of these two
 9   companies; "Which one would you do business
10   with?"
11        Q.    Okay.  You recognize
12   Mr. Whitlock and Mr. Kazunas as being
13   management officials --
14        A.    Yes.
15        Q.    -- of ACBL?
16              Do you recognize them as people
17   who have the authority to decide whether or
18   not to use a particular vendor?
19        A.    Yes.
20        Q.    Do you recognize them as
21   personnel -- as management people at ACBN --
22   ACBL who have the authority to require a
23   vendor to do certain things if they want to
24   continue to do business with ACBL?
25        A.    I would assume they are.  He's
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1   Senior Vice President.
 2        Q.    And these gentlemen have
 3   approved of the way you have conducted your
 4   audits?
 5        A.    They've continued to give me
 6   business.
 7        Q.    Would you say that they have
 8   approved of the way you've been performing
 9   your audits?
10        A.    I would assu -- I would have to
11   assume this.
12        Q.    And no one at ACBL told you
13   that your audit of BROWN WATER VI and VII
14   was deficient in any way?
15        A.    No.
16        Q.    They've approved of the way you
17   performed the Brown water audits?
18        A.    As far as I know.
19        Q.    You mentioned to me -- And
20   perhaps I didn't understand this clearly,
21   but you spoke about Steve -- you spoke with
22   Steve Mosher at Brown Water about them
23   becoming certified at some point in time?
24        A.    I asked him if they were
25   considering joining AWO and becoming
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1    you are very complimentary of Eckstein.  You
 2    say, "Their management seems to have a
 3    commitment toward RCP and safety.  They seem
 4    to have added personnel and financial
 5    commitment necessary to reach this goal.  A
 6    few" of -- "things stood out:  Regular
 7    scheduled safety meetings and drills on all
 8    audited vessels."
 9              All the vessels that you went
10    and looked at at that company could document
11    their safety meetings; correct?
12         A.   Yes.
13         Q.   They had safety incentive
14    programs.  In other words, if a company
15    went, what, a number of days without a lost
16    time incident, they would hand out koozies
17    or jackets or things like that?
18         A.   I believe it was the employees.
19         Q.   Okay.  Without employees'
20    injury --
21         A.   It was an employee safety
22    incentive.
23         Q.   Right.
24              They would pass out to the --
25         A.   Yeah.
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1        Q.      -- employees koozies and
 2   jackets --
 3        A.      Uh-huh (indicating
 4   affirmatively).
 5        Q.      -- and stuff like that?
 6                "They had completed phase 2 of
 7   the U.S. Coast Guard self-inspection
 8   partnership."
 9                Okay.  Is that a good thing?
10        A.      Yes.
11        Q.      What is that?
12        A.      That is where they go through
13   certain phases with the U.S. Coast Guard,
14   and after they meet criteria -- And I'm not
15   familiar with the program.  I don't know
16   what the criteria are.  But after they meet
17   those criteria, they can self-inspect
18   theirself.
19        Q.      But you would recommend that
20   companies attain that level of -- of
21   qualification?
22        A.      I believe it's -- This process
23   they go through, I believe, is a good
24   process.
25        Q.      All right.  They also had a --
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1   a steersman's program.
 2             Is that a training program for
 3   their helms personnel?
 4        A.   They make their own pilots.
 5        Q.   All right.  "They had added a
 6   United States Coast Guard retiree as their
 7   safety director."
 8             So I would imagine that company
 9   knew what the regulations were?
10        A.   Yes.  They had a full-time
11   safety director.
12        Q.   Would you imagine that if it's
13   a requirement that you have currently
14   updated charts in your wheelhouse, that this
15   company would know that because they had a
16   U.S. Coast Guard official as their -- as
17   their safety director?
18        A.   Yes.
19        Q.   "They had built eight new boats
20   in the past three years."
21             Would that indicate to you that
22   they had the financial resources to -- to
23   follow through on some of these commitments?
24        A.   Yes.
25        Q.   All right.  If you had your
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1   choice to operate boats down to the
2   Brownsville area, would you prefer to have
3   Eckstein Marine or -- or Brown Water Marine
4   do your towing?
5       A.   (Witness shakes head
6   negatively.)  I don't know that I can make a
7   decision between those two.  I thought they
8   were both good operators.
9       Q.   Well, when you came back and
10  you discussed this audit that you had done
11  of Marine Inland Transportation --
12      A.   Uh-huh (indicating
13  affirmatively).
14      Q.   -- and Eckstein Marine, who did
15  you talk with about that?
16      A.   Pete Kazunas.
17      Q.   All right. And you told him
18  that you would recommend that he use
19  Eckstein?
20      A.   Yes.
21      Q.   Did you tell him what a good
22  company it was?
23      A.   I told him I thought it was an
24  excellent company, yes.
25      Q.   All right. Did you tell him it

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

## REPORTER'S CERTIFICATE

I, **M. H. GAUDET, JR., CCR, RPR, RMR**, Certified Court Reporter, State of Louisiana, do hereby certify that the above-mentioned witness, after having been first duly sworn by me to testify to the truth, did testify as hereinabove set forth;

That the testimony was reported by me in shorthand and transcribed under my personal direction and supervision, and is a true and correct transcript, to the best of my ability and understanding;

That I am not of counsel, not related to counsel or the parties hereto, and not in any way interested in the outcome of this matter.

OFFICIAL SEAL
M. H. GAUDET, JR.
Certified Court Reporter
in and for the State of Louisiana
Certificate Number 74008
Certificate expires 12-31-02

M. H. GAUDET, JR., CCR, RPR, RMR
Certified Court Reporter
State of Louisiana

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762