1                   UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF TEXAS
2                      BROWNSVILLE DIVISION

3

4
     IN RE THE COMPLAINT AND          *    CIVIL ACTION
5    PETITION OF BROWN WATER          *
     TOWING I, INC., AS OWNER,        *    NO. B-01-157
6    AND BROWN WATER MARINE           *
     SERVICE INC., AS BAREBOAT        *    c/w
7    CHARTERERS, OF THE BROWN         *
     WATER V, ITS ENGINES, TACKLE,    *    CIVIL ACTION
8    ETC., IN A CAUSE OF              *
     EXONERATION FROM OR              *    NO. B-02-004
9    LIMITATION OF LIABILITY          *
                                      *
10   IN THE MATTER OF AMERICAN        *    Admiralty
     COMMERCIAL LINES AS OWNER        *
11   AND AMERICAN COMMERCIAL BARGE    *
     LINE LLC AS CHARTERER OF THE     *
12   BARGES NM-315, VLB-9182,         *
     ACL-9993B, VLB-9173, PRAYING     *
13   FOR EXONERATION FOR AND/OR       *
     LIMITATION OF LIABILITY          *
14                                    *
                                      *
15   *   *   *   *   *   *   *   *   *   *   *

16

17

18       Transcript of the videotaped deposition of
     **PETER L. KAZUNAS**, 14105 Langland Place, Louisville,
19   Kentucky 40245, taken at the Seelbach Hilton, 500
     South 4th Street, Louisville, Kentucky, on Tuesday,
20   the 14th day of January, 2003.

21

22

23                                  ORIGINAL
24

25

601 POYDRAS STREET, SUITE 2003        Gaudet, Kaiser & Pepper        7967 OFFICE PARK BLVD.
NEW ORLEANS, LOUISIANA 70130                                         BATON ROUGE, LOUISIANA 70809
PHONE (504) 525-9100              Toll Free 1-888-525-9100           PHONE (225) 926-9411
FAX (504) 525-9109                                                   FAX (225) 926-9762

1 | **APPEARANCES:**

2 | WATTS & HEARD
    (By: Mikal C. Watts, Esquire
3 |             - and -
       Ray R. Marchan, Esquire)
4 | 1926 East Elizabeth Street
    Brownsville, Texas 78520-4933
5 |        (Attorneys for Brigete Goza,
         Gustavo Morales, Jacqueline
6 |          Paddock, and Lydia Zamora)

7 |

8 | SCHIRRMEISTER AJAMIE
    (By: S. Mark Strawn, Esquire)
9 | Suite 2150
    Pennzoil Place - South Tower
    711 Louisiana
10 | Houston, Texas 77002
       (Attorneys for the Estate of
11 |         Julio Morales, et al)

12 |

13 | GAUNTT & KRUPPSTADT
    (By: Catherine Palmore, Esquire)
    Suite C
14 | 9004 Forest Crossing Drive
    The Woodlands, Texas 77381
15 |        (Attorneys for the Estate of
        Stvan Rivas, et al)

16 |

17 | KITTLEMAN, THOMAS, RAMIREZ
    & GONZALES
18 | (By: Dale Kasofsky, Esquire)
    4900-B North 10th Street
19 | Post Office Box 1416
    McAllen, Texas 78505
20 |        (Attorneys for the Mata
        Claimants)

21 | ROYSTON, RAYZOR, VICKERY & WILLIAMS
22 | (By: Jack Partridge, Esquire)
    1700 Wilson Plaza West
23 | 606 North Carancahua
    Corpus Christi, Texas 78476
24 |        (Attorneys for Petitioners,
        Brown Water Marine Service,
25 |         Inc., et al)

601 POYDRAS STREET, SUITE 2003      **Gaudet, Kaiser & Pepper**      7967 OFFICE PARK BLVD.
NEW ORLEANS, LOUISIANA 70130                              BATON ROUGE, LOUISIANA 70809
PHONE (504) 525-9100          **Toll Free 1-888-525-9100**          PHONE (225) 926-9411
FAX (504) 525-9109                                     FAX (225) 926-9762

```
 1 │ APPEARANCES(cont.)

 2 │         JONES, WALKER, WAECHTER, POITEVENT,
   │         CARRERE & DENEGRE
 3 │         (By:  Glenn G. Goodier, Esquire)
   │         52nd Floor
 4 │         Bank One Center
   │         201 St. Charles Avenue
 5 │         New Orleans, Louisiana   70170

 6 │
   │         ADAMS AND REESE
 7 │         (By: Edwin C. Laizer, Esquire)
   │         Suite 4500
 8 │         One Shell Square
   │         701 Poydras Street
 9 │         New Orleans, Louisiana   70139

10 │                     - and -

11 │         OFFICE OF THE ATTORNEY GENERAL
   │         TRANSPORTATION DIVISION
12 │         (By:  Michael Ratliff, Esquire)
   │         Post Office Box 12548
13 │         Austin, Texas  78711-2548
   │                 (Attorneys for the State of
14 │                  Texas)

15 │
   │         WILLIAMS BAILEY
16 │         (By:  J. Mark Smith, Esquire)
   │         Suite 600
17 │         8441 Gulf Freeway
   │         Houston, Texas  77017-5001
18 │                 (Attorneys for Hector Martinez,
   │                  Sr.)
19 │

20 │

21 │

22 │

23 │

24 │

25 │
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    **VIDEOGRAPHER**:

2

3        Justin Lynch
         United Video Production Company
4        Suite 205
         418 Peoples Street
5        Corpus Christi, Texas    78401

6

7

8

    **REPORTED BY**:
9

10

11       **Betty Venturella, CCR**
         Certified Court Reporter
12       State of Louisiana

13

14

15

16

17

18

19

20

21

22

23

24

25

1

## EXAMINATION INDEX

2

**Page No.**

3

4

By Mr. Watts                                    8

5

6

7

By Mr. Laizer                                   76

8

9

By Mr. Strawn                                   115

10

## EXHIBITS

11

12    Exhibit 57                                 113

13    Exhibit 58                                 118

14                *        *        *        *        *

15

16

17

18

19

20

21

22

23

24

25

601 POYDRAS STREET, SUITE 2003    Gaudet, Kaiser & Pepper    7967 OFFICE PARK BLVD.
NEW ORLEANS, LOUISIANA 70130                                 BATON ROUGE, LOUISIANA 70809
PHONE (504) 525-9100    Toll Free 1-888-525-9100             PHONE (225) 926-9411
FAX (504) 525-9109                                           FAX (225) 926-9762

1

## DESCRIPTIVE EXHIBIT INDEX

2

3

4   **Exhibit 57** - Barge indicent notification
    dated 9/13/01
    BATES A-1270

5

6

7   **Exhibit 58** - Press release from AWO
    dated 9/20/01

8

9

10

11

12

13

14

15

16

17          *        *        *        *        *

18

19

20

21

22

23

24

25

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1                    **S T I P U L A T I O N**

2

3         It is stipulated and agreed by and among

4    counsel for the parties hereto that the deposition

5    of the aforementioned witness is hereby being taken

6    for all purposes allowed under the Federal Rules of

7    Civil Procedure, in accordance with law, pursuant

8    to notice;

9         That the formalities of filing, sealing, and

10   certification are specifically waived;

11        That the formalities of reading and signing

12   are specifically not waived;

13        That all objections, save those as to the

14   form of the question and the responsiveness of the

15   answer, are hereby reserved until such time as this

16   deposition, or any part thereof, may be used or

17   sought to be used in evidence.

18

19        **Betty Venturella, CCR,** Certified Court

20   Reporter in and for the State of Louisiana,

21   officiated in administering the oath to the

22   witness.

23

24

25

1    have gone to any of the AWO documentation to know

2    when or why they started the RCP program.  I had

3    heard about that from not only the audits, but just

4    through the articles that I would have read like

5    journals and different publications.

6         Q.    All right.  So by the summer of 1998

7    when you become the Assistant Vice-President of

8    Distribution Services, you are familiar with the

9    fact that there is a Responsible Carrier Program in

10   place that has been implemented by the American

11   Waterway Operators?

12        A.    If it was in place at that time, I

13   would have been made aware of it, yes.

14        Q.    There's this grounding incident that

15   ACBL felt like it wasn't appropriately or timely

16   informed about, and you ordered an audit in March

17   of 2000, right?

18        A.    Correct.

19        Q.    And you send Marine Resources down to

20   do a Responsible Carrier Program audit of Brown

21   Water Marine, right?

22        A.    A vendor audit.  A vendor audit is what

23   I asked Marine Resources to perform.

24        Q.    But what you wrote was a RCP or

25   Responsible Carrier Program?

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1          A.      Correct.

2          Q.      Okay.  And as a result of that audit,

3    were you informed by your auditor that Brown Water

4    Marine did not meet the Responsible Carrier Program

5    requirements?

6          A.      I believe I knew before going in that

7    they were not a -- they did not -- they were not an

8    AWO member nor RCP certified.

9          Q.      Okay.  And so, prior to the audit

10   beginning, you knew that Brown Water Marine was not

11   Responsible Carrier Program certified, correct?

12         A.      I believe so.

13         Q.      And then, the audit that you ordered,

14   when it came back to you confirmed that they would

15   not meet the Responsible Carrier Program

16   requirements?

17         A.      I'm not sure if the audit specifically

18   stated that in the documentation, but I know Phil

19   Timberlake who did the audit for Marine Resources

20   would have said that to me.

21         Q.      Okay.  You learned as a result of the

22   audit that there were certain deficiencies that

23   Brown Water Marine had that needed to be addressed;

24   is that correct?

25         A.      There were opportunities for

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    it would only do third party carrier business with

2    companies that met the Responsible Carrier Program?

3         A.    No.

4         Q.    Does ACBL presently have a policy that

5    states, we will only do business with third party

6    carriers that meet the Responsible Carrier Program?

7         A.    No.

8         Q.    Okay.  Who within ACBL has the

9    authority to require that before we will use a

10   third party carrier, they have to meet the minimum

11   requirements of the American Waterway Operators

12   Responsible Carrier Program?

13        A.    Who has the authority to require that

14   of a particular vendor?

15        Q.    Sure.

16        A.    It could be -- it would be the two --

17   it would be the Senior Vice-President of Logistic

18   Services or Marketing Services, depending on who

19   the senior level person was in that department.

20        Q.    Mr. Markowitz, Mr. Whitlock or the

21   Marketing Services folks?

22        A.    Mr. Markowitz or Mr. Whitlock, who were

23   the senior level individuals over the Distribution

24   and/or Logistics Department.

25        Q.    Mr. Kazunas, did you have the authority

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    to choose in your discretion not to utilize third

2    party carriers because they were not Responsible

3    Carrier Program certified?

4         A.    I would not -- I would not have based

5    that on a decision unless it was mandated to me by

6    the senior level individuals.

7         Q.    Did you have the authority to choose to

8    no longer use a third party carrier because of a

9    safety record that showed too many Coast Guard

10   violations?

11        A.    I would not have been privy to that

12   information, nor would I have known what those

13   investigations or the details around those

14   incidents to cause me to make that decision.

15        Q.    You say you would not be privy to that

16   information?

17        A.    I don't know where to look it up.  I

18   wouldn't have seen it myself.

19        Q.    Does American Commercial Barge Lines

20   have any function within it whose job it is to

21   track the safety records of the people who are

22   hauling your barges?

23        A.    Track the safety records of the people

24   who are hauling my barges?  ACBL boats that are

25   hauling our barges, or third parties that are

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1   hauling our barges?

2         Q.   Well, I will split the question up.

3   Does ACBL have an internal function who was

4   supposed to track the safety record of the ACBL

5   employees who are piloting the tugs that push ACBL

6   owned barges?

7         A.   I'm not in the operations group, so I

8   don't know if they have an individual responsible

9   for that.

10        Q.   Does ACBL have a function within it

11   whose job it is to track the safety records of

12   third party carrier tugboat companies who push ACBL

13   barges?

14        A.   I'm not aware of anybody, any group

15   within or department within ACBL that does that.

16        Q.   Okay.  Let me just make sure that I

17   asked both the time periods so we have got it

18   precise on the record.  I don't mean to keep asking

19   the same question.

20              Prior to the Queen Isabella

21   Causeway collapse, it is true that ACBL had no one

22   whose job it was to track the safety record of its

23   third party carriers like Brown Water Marine; is

24   that correct?

25        A.   We don't operate their vessel, so, no,

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    we would have no reason to track their record.

2        Q.    Okay.  In terms of reason to track

3    their record, after eight people died when one of

4    your barges was pushed into a bridge and caused it

5    to collapse, subsequent to that collapse of the

6    Queen Isabella Causeway, it is still true that ACBL

7    has no one within the company whose function it is

8    to track the safety record of the third party

9    carriers you utilize to push your barges, correct?

10        A.    I'm not aware of anyone who tracks that

11    equipment, internally tracks the data internal to

12    ACBL, nor would we have reason to.  We do not

13    operate those vessels.

14        Q.    Okay.  I want to talk to you about

15    power for a minute.  You said one of your job

16    functions between the summer of 1998 and June 30th,

17    2002 was power planning, planning ACBL power to

18    move equipment owned by ACBL or one of its

19    customers, right?

20        A.    Uh-huh (affirmative response).

21        Q.    Yes?

22        A.    Yes.

23        Q.    Okay.  You have read the depositions of

24    Mr. Whitlock, correct?

25        A.    Correct.

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1          Q.    Mr. Ivey?

 2          A.    No.

 3          Q.    Did you read the deposition of Chris

 4   Brinkop?

 5          A.    No.

 6          Q.    Okay.  Which other depositions have you

 7   read?

 8          A.    Mr. Whitlock, Mr. Farley and Mr.

 9   Hoessle, and I briefly glanced through Mr.

10   Timberlake's.

11          Q.    Okay.  Did you see in Mr. Whitlock's

12   deposition that ACBL had a, quote, unquote, rule of

13   thumb, close quote, of a minimum of 200 horsepower

14   per barge?

15          BY MR. GOODIER:

16                   Object to the form of the

17                   question.  You can answer.

18          BY THE WITNESS:

19                   I'm sorry.  I didn't hear.

20          BY MR. GOODIER:

21                   I just objected to the form of

22                   the question.  You may answer the

23                   question.  Go ahead.

24          BY MR. WATTS:

25                   You want me to restate it?
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1          BY THE WITNESS:

2                    Please.

3          EXAMINATION BY MR. WATTS:

4          Q.    We were kind of running over each

5    other.  Let me try to get it very precise so we

6    don't have an objection.  Have you seen in the

7    deposition of Mr. Whitlock that ACBL had a rule of

8    thumb requiring 200 horsepower per barge in the

9    Gulf Coast Region?

10         A.    I read in a deposition, and I can't

11   specifically state if that was Mr. Whitlock's or

12   anyone's, that that rule of thumb was mentioned in

13   that deposition.

14         Q.    All right.  Now, prior to reading that

15   deposition, during the time that you were the

16   Assistant Vice-President for Distribution Services

17   between the summer of 1998 and March of 2000, were

18   you personally aware that a rule of thumb existed

19   within ACBL requiring a minimum of 200 horsepower

20   per barge?

21         BY MR. GOODIER:

22                    Object to the form of the

23               question.

24         BY THE WITNESS:

25                    During that tenure, I don't

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1              recall if -- I'm aware of the rule

2              of thumb.  I don't recall where.  I

3              can't recall if it was because the

4              deposition refreshed my memory or

5              whether it was because I was just

6              familiar with that rule of thumb.

7              But I'm aware of the rule of thumb.

8         EXAMINATION BY MR. WATTS:

9         Q.    Okay.  Let me see if I can split it up

10   to be a little more precise.  When you read it in

11   the deposition, it didn't surprise you.  You didn't

12   say, I've never heard of that before?  That wasn't

13   your reaction?

14        A.    No.

15        Q.    So what you're saying is, is you don't

16   remember when in time you were aware of the rule of

17   thumb, but when you saw it in the deposition, you

18   know, well, I must have known about that at

19   sometime, because it doesn't surprise me?

20        A.    Correct.

21        Q.    Okay.  It is safe for me to assume that

22   at some point in time between the summer of 1998

23   and June 30 of 2002, while you were the Assistant

24   Vice-President of Distribution Services and the

25   Assistant Vice-President of Logistic Services, that

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    you were aware of the ACBL rule of thumb for the

2    Gulf Coast Region you have to have 200 horsepower

3    per barge?

4         A.    I was aware that there was a rule of

5    thumb out there to that effect, yes.

6         Q.    Were you aware that if a dispatcher

7    wanted to deviate from that rule of thumb, that it

8    was required that they call either the

9    Vice-President of Gulf Coast Operations or the

10   marine superintendent?

11        A.    The dispatcher would never have made a

12   decision to deviate from any rules of thumb or

13   anything.  They would assign, they would write

14   orders to the boats, but it's the operations

15   department in the wheelhouse that would determine

16   whether or not they would move a particular tow.

17        Q.    So the dispatcher, is the dispatcher

18   allowed to assign a particular tug to a number of

19   barges that will deviate from the 200 horsepower

20   per barge minimum?

21        BY MR. GOODIER:

22              Are we still talking about ACBL

23              tugboats and ACBL barges?  I think

24              that's the way you couched the

25              question initially.

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
1          BY MR. WATTS:
2                  Fine.
3          BY THE WITNESS:
4                  The Operations Department within
5          American Commercial Barge Line sets
6          guidelines such as 200 horsepower
7          rule of thumb as well as guidelines
8          for river segments as to tow size
9          requirements.  The distribution
10         group then attempts to match those
11         guidelines as they write orders from
12         a practical perspective.  I don't
13         want to keep rewriting orders, so
14         I'm aware of guidelines that the
15         operations group sets forth.  But
16         it's the operations group of ACBL
17         that sets those guidelines.  The
18         dispatcher has no authority, nor do
19         I, to deviate from those guidelines.
20         It is discretion of operations and
21         more importantly that wheelhouse
22         person, licensed individual, to
23         decide whether or not they're going
24         to move a tow that we would have
25         written for a particular boat.
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1        EXAMINATION BY MR. WATTS:

2        Q.    Who within the operations group would

3   be responsible for setting the guidelines for

4   horsepower minimums, such as the 200 horsepower

5   rule of thumb?

6        A.    They would have set the guidelines for

7   tow size, not necessarily horsepower.

8        Q.    Okay.

9        A.    But that would have been the marine

10  superintendents within the distribution group.

11  That's who would have been our communication chain.

12  I don't know who within that communication -- who

13  within that department actually set the guidelines.

14  I'm not in that department.  I'm not in operations.

15  But that's where we would get communicated to us

16  what would be from typically the marine

17  superintendents within that department.

18        Q.    Sure.  Let me just see if I can go back

19  this way and give you a hypothetical.  If Mr.

20  Hoessle had an ACBL tug that had a thousand

21  horsepower, is he permitted to match it together

22  with six barges such that the 200 horsepower rule

23  of thumb is violated?

24        A.    Is he permitted to?  He would be aware

25  that that horsepower, that size horsepower boat

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    from an ACBL perspective, we're talking about ACBL

2    tugs, correct?

3          Q.    Sure.

4          A.    We're talking about ACBL tugs, correct?

5          Q.    Sure.

6          A.    Okay.  That in that regard, he would

7    have been aware by the guidelines presented to him

8    from the Operations Department of the tow size

9    requirements for that particular boat.  In writing

10   orders, could a dispatcher at ACBL inadvertently

11   assign more barges than those guidelines that were

12   set forth?  It could have been done.

13         Q.    Now, I'm not asking you about

14   inadvertent mistakes.  I'm asking you about

15   intentional decision to deviate from the 200

16   horsepower  --

17         A.    No, he could not.

18         Q.    All right.  So let me ask you --

19         A.    He wouldn't -- let me rephrase my

20   statement.  Okay.  He would have no reason to.  He

21   doesn't make the decisions on horsepower or tow

22   size requirements.

23         Q.    He would have no right to deviate from

24   the 200 horsepower rule of thumb?

25         BY MR. GOODIER:

1      BY MR. GOODIER:

2              If you find Brown Water in there,

3          let me know.

4      BY MR. WATTS:

5              Hey, I'm not proud.  I'm just

6          trying to clarify.  Give me the

7          contract.  You know what I'm looking

8          for.

9      BY MR. GOODIER:

10             You want to take a break?

11     BY MR. WATTS:

12             Sure.

13     BY MR. GOODIER:

14             And use the bathroom?  We have

15         been going at it about an hour.

16     BY MR. WATTS:

17             Fair enough.

18             (AT THIS TIME, A RECESS WAS

19         TAKEN.)

20     EXAMINATION BY MR. WATTS:

21     Q.   What I want to do with you is discuss

22  the dichotomy between what ACBL requires internally

23  from the standpoint of power and what it does not

24  require with respect to its third party auditors.

25  With respect to the 200 horsepower rule of thumb

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    for the Gulf Coast Operations, ACBL has a

2    requirement that its tugboats must have 200

3    horsepower per barge as a rule of thumb; correct?

4         A.    It's not a requirement.  It is a rule

5    of thumb that I'm aware of for ACBL boats.

6         Q.    There is no rule of thumb that ACBL has

7    requiring that third party carriers provide 200

8    horsepower per ACBL barge pushed, correct?

9         A.    We don't -- we don't operate those

10   vessels or control third party towers' vessels, and

11   we provide barges for towage at law.  We're not

12   writing their boats' orders, per se.  We provide

13   them with barges that are available to be moved at

14   their discretion.

15        Q.    Okay.  Objection to nonresponsive.  My

16   question was, there is no requirement that ACBL has

17   with respect to its third party carriers must

18   provide at least 200 horsepower per ACBL barge

19   pushed.  That's correct, isn't it?

20        A.    We have no requirements on the

21   operations of a third party tower.  We don't -- we

22   don't control their operations.

23        Q.    And therefore, the answer to my

24   question about, there is no requirement that ACBL

25   imposes upon its third party carriers that the

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    third party carrier must provide 200 horsepower per

2    ACBL barge pushed.  That's correct?

3        A.    Correct.

4        Q.    Okay.  Now, ACBL in its contract with

5    its customer, in this case, Monarch Steel, agrees

6    to provide power as required, correct?

7        A.    Correct.

8        Q.    Show you Exhibit-56, the contract of

9    affreightment between American Commercial Barge

10   Lines and Monarch Steel.  Again, the equipment that

11   it provides is the barge together with towing power

12   as required.  Do you see that?

13       A.    That means the barges don't move by

14   themselves, and we have to provide the power to

15   move them from Point A to Point B.

16       Q.    Right.  And the power as is required

17   when it is an ACBL tug, is subjected to the 200

18   horsepower per barge rule of thumb when operating

19   in the Gulf Coast Region, correct?

20       A.    Restate the question.

21       Q.    The power as required when it is an

22   ACBL tug, is subjected to the 200 horsepower per

23   barge rule of thumb when operating in the Gulf

24   Coast Intercoastal Waterways?

25       A.    It's --

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    thumb in the Gulf Coast Region?

2         A.    I can't answer that question.  I'm not

3    in operations.

4         Q.    Okay.  After these eight folks were

5    killed in the Queen Isabella Causeway collapse, did

6    ACBL ever attempt to determine just how much power

7    the Brown Water Marine tug actually was generating?

8         A.    I wouldn't know.

9         Q.    You're not familiar with them trying to

10   do that?

11        A.    I'm not familiar with that.

12        Q.    Okay.  Did ACBL ever perform audits on

13   the power equipment of its third party auditors?  I

14   mean -- strike that.  Did ACBL ever perform audits

15   of the power equipment of its third party carrier's

16   boats?

17        A.    I can only speak to the audits that I'm

18   familiar with, and the audits that I'm familiar

19   with would not have specifically addressed that

20   issue.

21        Q.    Was ACBL aware of the horsepower being

22   provided by the engines of tugs from its third

23   party carriers?

24        A.    No.

25        Q.    Would you agree with me, that without

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1                    I'm not arguing with anybody.

2          BY MR. GOODIER:

3                    It's irrelevant.

4          EXAMINATION BY MR. WATTS:

5          Q.    I'm asking you a basic common sense

6     question.  Does it make sense to you that if you

7     don't know what the horsepower being generated is,

8     and if you don't check it, you've got no clue

9     whether or not your 200 horsepower per barge rule

10    of thumb is being met or not?

11         A.    I can't answer the question.  I am not

12    a mechanical engineer, nor am I a marine licensed

13    individual, nor do I know that much about engines.

14    So I couldn't tell you how you could assess the

15    power of an engine and whether it's producing the

16    power it was said to produce.  I do not know the

17    answer to that question.

18         Q.    Okay.  Well, let's see.  What grade

19    were you in when you did division?

20         A.    I'm sorry?

21         BY MR. GOODIER:

22                    Object to the argumentative

23                    nature of the question.  If you're

24                    going to try to belittle the

25                    witness, I'm going to instruct him

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1   requirements of the responsible -- we're a

2   certified responsible carrier as it relates to that

3   program.

4        Q.    The towing contractors that you deal

5   with in the logistics function are vendors of ACBL?

6        A.    Correct.

7        Q.    Are there written procedures at ACBL

8   for the evaluation of subcontractors and vendors

9   that provide vessel assist services on their

10   ability to provide an acceptable level of safety?

11        A.    Are -- are there written requirements?

12   No.

13        Q.    Are there written procedures at ACBL

14   for evaluation of the subcontractors and the

15   vendors who provide your towing assistance?

16        A.    No, there are not.

17        Q.    Are there any procedures?  I asked you

18   about written procedures.  Do you have any

19   procedures at ACBL for evaluation of your towing

20   contractors?

21        A.    I can only speak for the Logistics

22   Department, and there are none within the Logistics

23   Department.

24        Q.    Is there any other department at ACBL

25   that would have responsibility for creating or

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    implementing such procedures?

2         A.     Have responsibility for or actually

3    does?

4         Q.     Either.

5         A.     The group that could create procedures

6    and what not would be within our operations group.

7    I'm not aware of any written procedures for

8    evaluating a third party tower within the operating

9    group.

10         Q.     Is your group, though, the Logistics --

11    well, I say your group.  At the time of the

12    accident that we're all here about, your group, the

13    logistics group, it's that group that actually

14    deals with the third party contractors, correct?

15         A.     We are the group that deals with, works

16    with the third party towers, yes.

17         Q.     And what you're telling us is that your

18    group did not have in place any mechanism by which

19    to actually evaluate the contractors that you were

20    using?

21         A.     There were no written procedures to

22    evaluate those third parties.

23         Q.     Were there any procedures?

24         A.     Not that I'm aware of. There may

25    have -- not that I'm aware of.

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    Q.   And so, for example, Mr. Watts asked

2  you some questions about whether anybody had ever

3  checked on Brown Water's Coast Guard record, and

4  you told us that you're not aware of anybody having

5  done that, correct?

6    A.     No.  I'm not aware of anybody at ACBL

7  doing that, nor would we have in the logistics

8  function do that.  They have been providing a good

9  service for us for prior to my arrival within that

10 logistics group, and they have been with us for

11 sometime and very experienced in that area.  We

12 used them as well as other carriers like ourself.

13    Q.    So the answer to the question is,

14 you're not aware of anybody having checked on their

15 Coast Guard record?

16    A.    I'm not aware of anybody checking on

17 the Coast Guard record.

18    Q.    Are you aware of anybody having checked

19 on whether they had a safety management system in

20 place?

21    A.    They have -- the vendor audit that was

22 done by Marine Resources would have reviewed

23 aspects of their safety department and procedures.

24 I believe some of the bullet points within that

25 audit referred to their safety procedures.  That

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1   would have been to the extent that I would have

2   been made aware of any of their procedures.

3        Q.    Outside of that audit, are you aware of

4   any other effort to evaluate their safety

5   management system?

6        A.    No.

7        Q.    How about Brown Water's environmental

8   compliance?  Would there have been any effort to

9   evaluate that?

10       A.    We would have no reason to.  We don't

11  operate those vessels.  But I'm not aware of any --

12  any effort that was undertaken by anybody at ACBL

13  to evaluate Brown Water's environmental.  I'm just

14  not aware of any.

15       Q.    How about their crew training

16  standards, if they had any?

17       A.    No.

18       Q.    How about their emergency response

19  plans, if they had any?

20       A.    Only what may have been mentioned

21  within that audit, but, no, I'm not aware of

22  anybody at ACBL going and auditing them in that

23  regard or getting detailed information about Brown

24  Water in that regard.

25       Q.    How about their equipment maintenance

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762