1  standards, if they had any?
2      A.   No, no.  They're a third party tower to
3  us.  They provide towage at law.  The barge is in
4  their care and custody.  We provide them equipment
5  to tow, and it is their discretion as to how they
6  operate those or they operate their boats and their
7  equipment.
8      Q.   So the answer to my question is, no?
9      A.   No.
10     Q.   And how about their pay scales?  Was
11 there ever any effort by ACBL to determine where
12 Brown Water was paying their people relative to
13 other companies?
14     A.   I'm not aware of any -- I would have --
15 I'm not aware of any, but nor would I know if
16 anything was done in that regard.
17     Q.   To your knowledge, did anybody from
18 ACBL ever visit Brown Water's operation?
19     A.   Yes.  Individuals would have visited
20 Brown Water's operations.
21     Q.   For what purpose?
22     A.   To meet the individuals that they work
23 with.  I can't speak if any of the dispatching
24 group would have been there, but I'm sure someone
25 within the logistics group has been in their

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1  offices.  I would not -- I have not been.
2         Q.    Did that happen on your watch during
3  the four years that you were in the logistics
4  group?
5         A.    I can't attest to the fact that it did
6  or didn't.  But I wouldn't be surprised if someone
7  within my group paid a visit to Brown Water at
8  their offices.
9         Q.    Can you attest to the fact that someone
10 did visit Brown Water?  Do you know one way or the
11 other?
12        A.    I don't know for a fact, no.
13        Q.    Does ACBL put any type of requirements
14 at all on its members as far as safety is
15 concerned?
16        A.    No.  They're independent operators.
17        Q.    Does ACBL ever conduct any safety
18 meetings for its vendors?
19        A.    No.  I'm not aware of any.  If -- if
20 safety meetings would have occurred, it would have
21 been happening in the operations group, and I'm not
22 in that department.  But I am not aware of any.
23        Q.    If that had occurred with vendors, do
24 you think that you would be aware of it?
25        A.    No.  May not have been aware of it.

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1        Q.   Does the Operations Group have direct
 2   contact with ACBL's third party towing contractors?
 3        A.   They could.  There's nothing that
 4   prevents them from calling them up on the
 5   telephone.  I just don't know.
 6        Q.   Do you know of any instance where that
 7   has happened that you could cite us to?
 8        A.   I'm not aware of any, but that does not
 9   mean it may not have happened.
10        Q.   We have looked in a number of these
11   depositions at what's been identified as Ivey
12   Exhibit-12, which is the Vessel Management Guide.
13   Are you familiar with that document?
14        A.   Familiar with the name of the document.
15   And I have seen the document at ACBL, but I'm not
16   familiar with its contents.
17        Q.   Have you ever read the document?  That
18   was going to be my question.
19        A.   No, I have not.  It never was in my
20   purview to have to have read that document.  I have
21   never been in the operating group.
22        Q.   So the Vessel Management Guide is not
23   something that would be in use in the logistics
24   group?
25        A.   Correct.  It's not a required document
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1                history of the world become RCP
 2                certified.  That's not what your
 3                intentions were.
 4      BY MR. LAIZER:
 5                No.
 6      BY THE WITNESS:
 7                At the time the audit was
 8                complete, based on -- they could not
 9                have become RCP certified, correct.
10      EXAMINATION BY MR. LAIZER:
11      Q.     And he communicated that to you?
12      A.     Yes, as well as what in his opinion --
13 and I'm not the operator.  That's why I would rely
14 on him to what needed to happen to become RCP
15 certified.
16      Q.     And your meeting with Mr. Timberlake
17 would have been roughly April of 2000?
18      A.     Roughly.  I don't recall the specific
19 date, but it would have been soon after that that
20 the audit was done.
21      Q.     The collision that we are here talking
22 about took place in September of 2001.  So it's a
23 year and some months later?
24      A.     Uh-huh (affirmative response).
25      Q.     In the time between April of 2000 and
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1  happened, I may have had a phone conversation where
2  I asked, just as a courtesy, and I just don't
3  recall.  But I could have had a conversation with
4  them saying, hey, how is it going, you know, at
5  some point, and I couldn't specifically say before
6  or after the particular incident that you referred
7  to.  I would have said, hey, how is it going?  Are
8  you progressing on some of the things we talked
9  about.  I recall having some conversation with
10 that, and it could have been at a dinner they may
11 have had with us at some point in time.
12      Q.    You're talking about with someone from
13 Brown Water?
14      A.    Correct.  But I can't --
15      Q.    But you can't place whether that was
16 before or after this accident?
17      A.    No, I can't.  No, sir, I'm sorry.
18      Q.    Also, you have mentioned several times
19 that you don't recall there being other incidents
20 with Brown Water damaging ACBL barges?
21      A.    Correct.  Well, other incidents
22 damaging ACBL barges or incidents of notification
23 or both?
24      Q.    Both.  You tell me.
25      A.    Well, what is the question?

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1   Q.   You had said several times that you
2   didn't have any concerns about Brown Water.  And
3   one of the reasons you have cited is because, other
4   than this one incident where they failed to give
5   you notification, you didn't have any other
6   problems?
7   A.   I'm not aware of any other problems we
8   have had with Brown Water Marine.
9   Q.   Are you aware on September the 13th of
10  2001, which is two days before the Causeway
11  collision, the BROWN WATER V damaged another ACBL
12  barge?
13  A.   Would I have been made aware of it?  I
14  could have been --
15  Q.   Are you aware of it now?
16  A.   Now I am that you brought it to my
17  attention.  But at the time, I may have been aware.
18  There is a barge incident notification that would
19  have come out that I may or may not have been
20  copied on.  I don't know.
21  Q.   Just for the record, I will put it on
22  the screen, and you can tell me.
23  A.   But a particular incident wouldn't
24  necessarily cause me to be concerned about using
25  them or about their performance.  We have incidents

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

**REPORTER'S CERTIFICATE**

I, Betty Venturella, Certified Court Reporter in and for the State of Louisiana, Certificate No. 83080, which is current and in good standing, as the officer before whom this testimony was taken, do hereby certify that PETER L. KAZUNAS, after having been duly sworn by me, did testify as hereinbefore set forth in the foregoing 129 pages; that this testimony was reported by me in the stenotype reporting method, was prepared and transcribed by me or under my personal direction and supervision, and is a true and correct transcript to the best of my ability and understanding; that I am not related to counsel or to the parties herein, nor am I otherwise interested in the outcome of this matter.

Betty Venturella, CCR
Certificate No. 83080

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762