```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF TEXAS
 2                 BROWNSVILLE DIVISION

 3

 4

 5   IN RE THE COMPLAINT AND      *  CIVIL ACTION
     PETITION OF BROWN WATER      *
 6   TOWING I, INC., AS OWNER,    *  NO. B-01-157
     AND BROWN WATER MARINE       *
 7   SERVICE INC., AS BAREBOAT    *  c/w
     CHARTERERS, OF THE BROWN     *
 8   WATER V, ITS ENGINES, TACKLE,*  CIVIL ACTION
     ETC., IN A CAUSE OF          *
 9   EXONERATION FROM OR          *  NO. B-02-004
     LIMITATION OF LIABILITY      *
10                                *
     IN THE MATTER OF AMERICAN    *  Admiralty
11   COMMERCIAL LINES AS OWNER    *
     AND AMERICAN COMMERCIAL BARGE*
12   LINE LLC AS CHARTERER OF THE *
     BARGES NM-315, VLB-9182,     *
13   ACL-9993B, VLB-9173, PRAYING *
     FOR EXONERATION FOR AND/OR   *
14   LIMITATION OF LIABILITY      *
                                  *
15   *  *  *  *  *  *  *  *  *  *  *      ORIGINAL

16

17

18

19             Transcript of the videotaped
     deposition of NORMAN STANLEY IVEY, 200
20   Richland Drive East, Mandeville, Louisiana
     70448, taken in the offices of Jones,
21   Walker, Waechter, Poitevent, Carrere &
     Denegre, 52nd Floor, Bank One Center, 201
22   St. Charles Avenue, New Orleans, Louisiana
     70170, on Tuesday, the 16th day of July,
23   2002.

24

25
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

2

1     **APPEARANCES:**

2

3

4              WATTS & HEARD
             (By:  Mikal C. Watts, Esquire

5                    - and -
                 Ray R. Marchan, Esquire)

6              1926 East Elizabeth Street
             Brownsville, Texas  78520-4933

7                  (Attorneys for Brigete Goza,
                 Gustavo Morales, Jacqueline

8                  Paddock, and Lydia Zamora)

9

10              LAW OFFICES OF HERIBERTO MEDRANO
             (By:  Heriberto "Eddie" Medrano,

11                   Esquire)
             1101 West Tyler Street

12              Harlingen, Texas  78550
                 (Attorneys for the Harris

13                  Claimants)

14

15

16              SCHIRRMEISTER AJAMIE
             (By:  S. Mark Strawn, Esquire)

17              Suite 2150
             Pennzoil Place - South Tower

18              711 Louisiana
             Houston, Texas  77002

19                  (Attorneys for the Estate of
                 Julio Morales, et al)

20

21

22              GAUNTT & KRUPPSTADT
             (By:  J. Chad Gauntt, Esquire)

23              Suite C
             9004 Forest Crossing Drive

24              The Woodlands, Texas  77381
                 (Attorneys for the Estate of

25                  Stvan Rivas, et al)

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

3

**<u>APPEARANCES</u>** **(<u>continued</u>):**


        LAW OFFICE OF JULIAN RODRIGUEZ, JR.
        (By:  Nathan Pekar, Esquire)
        100 West Pecan Street
        McAllen, Texas 78501
            (Attorneys for the Estate of
            Omar Hinojosa, et al)



        KITTLEMAN, THOMAS, RAMIREZ
        & GONZALES
        (By:  Andres H. Gonzalez, Jr.,
            Esquire)
        4900-B North 10th Street
        Post Office Box 1416
        McAllen, Texas  78505
            (Attorneys for the Mata
            Claimants)



        ROYSTON, RAYZOR, VICKERY & WILLIAMS
        (By:  Will W. Pierson, Esquire)
        1700 Wilson Plaza West
        606 North Carancahua
        Corpus Christi, Texas 78476
            (Attorneys for Petitioners,
            Brown Water Marine Service,
            Inc., et al)

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

4

```
 1    APPEARANCES (continued):

 2

 3

 4            JONES, WALKER, WAECHTER, POITEVENT,
              CARRERE & DENEGRE
 5            (By:  Glenn G. Goodier, Esquire)
              52nd Floor
 6            Bank One Center
              201 St. Charles Avenue
 7            New Orleans, Louisiana  70170

 8                      - and -

 9            BURT BARR & ASSOCIATES
              (By:  John Holman Barr, Esquire)
10            304 South Record Street
              Dallas, Texas  75202
11                  (Attorneys for American
                     Commercial Lines LLC and
12                   American Commercial Barge Line
                     LLC)

13

14                    .

15            ADAMS AND REESE
              (By:  Edwin C. Laizer, Esquire)
16            Suite 4500
              One Shell Square
17            701 Poydras Street
              New Orleans, Louisiana  70139
18
                        - and -
19
              OFFICE OF THE ATTORNEY GENERAL
20            TRANSPORTATION DIVISION
              (By:  Jack F. Gilbert, Esquire)
21            Post Office Box 12548
              Austin, Texas  78711-2548
22                  (Attorneys for the State of
                     Texas)
23

24

25
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

5

1   **VIDEOGRAPHER**:

2

3

4           Michael Gilmore
            United Video Production Company
            Suite 205

5           418 Peoples Street
            Corpus Christi, Texas 78401

6

7

8

9

10  **REPORTED BY**:

11

12

13          **M. H. GAUDET, JR., CCR, RPR, RMR**
            Certified Court Reporter
            State of Louisiana

14

15

16

17

18

19

20

21

22

23              *        *        *        *        *

24

25

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper

Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

6

# EXAMINATION INDEX

**Page No.**

By Mr. Watts                          9

By Mr. Medrano                      123

# EXHIBITS

Exhibit 12                           61

Exhibit 13                           66

Exhibit 14                           97

Exhibit 15                           98

Exhibit 16                           93

Exhibit 17                          107

\*        \*        \*        \*        \*

7

1

2               **DESCRIPTIVE EXHIBIT INDEX**

3

4

5      **Exhibit 12** - Vessel Management Guide,
       First Edition, May of 2000
6      BATES A-729 through A-876

7

8      **Exhibit 13** - ACBL's Response to Request #8
       BATES A-938 through A-948

9

10     **Exhibit 14** - U.S. Coast Guard CG-1320
       dated 3/7/77 and U.S. Coast Guard CG-2692
11     dated 9/15/01
       BATES CAUSEWAY COLLAPSE 000207296-000526 and
12     CAUSEWAY COLLAPSE 000207296-000504

13

14     **Exhibit 15** - Certificate Status
       BATES CAUSEWAY COLLAPSE 000207296-000468
15

16

17     **Exhibit 16** - VHS videotape:  "An
       Introduction to The American Waterways
       Operators' Responsible Carrier Program"
18     NO BATES NUMBER

19

20     **Exhibit 17** - ACBL Policy and Procedure
       Manual, Revised 1/25/99
21     BATES A-877 through A-930

22

23

24             *      *      *      *      *

25

8

# S T I P U L A T I O N

It is stipulated and agreed by and among counsel for the parties hereto that the deposition of the aforementioned witness is hereby being taken for all purposes allowed under the Federal Rules of Civil Procedure, in accordance with law, pursuant to notice;

That the formalities of filing, sealing, and certification are specifically waived;

That the formalities of reading and signing are specifically not waived;

That all objections, save those as to the form of the question and the responsiveness of the answer, are hereby reserved until such time as this deposition, or any part thereof, may be used or sought to be used in evidence.

**M. H. GAUDET, JR., CCR, RPR, RMR,** Certified Court Reporter in and for the State of Louisiana, officiated in administering the oath to the witness.

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

**32**

1          You say that's not right

2    because on the river you can push 30 or 40

3    of them at a time because of the depth and

4    the width of the river relative to the depth

5    and the width of the canal out in the Gulf

6    Coast operations?

7          A.     Well, I think you've asked me a

8    question that's impossible -- impossible to

9    answer under those terms because it's not --

10   every one of them is not --

11         Q.     I understand.  I understand.

12         A.     There's a few of them could be

13   pushed by other people.

14         Q.     Okay.

15         A.     If you have a hot barge and

16   somebody's going by and you're not going to

17   be there, you might do that.

18              But the majority of ACBL

19   barges, when it's available, will be pushed

20   by ACBL barges.

21         Q.     All right.  Now, let me divide

22   that question up into the Gulf Coast region

23   only.

24              Are the majority of ACBL barges

25   that are pushed up and down the canal in the

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

33

```
 1    Gulf Coast, are they being pushed by ACBL
 2    tugs?
 3         A.      No.
 4         Q.      All right.
 5         A.      They wasn't when I was there,
 6    now.
 7         Q.      Why is that?
 8         A.      Well -- Well, one reason,
 9    because it's more economical for other
10    people to do it.
11         Q.      And I heard that yesterday,
12    too, and I guess I just don't understand
13    enough about the economics of what y'all do.
14              Why is it more economical for
15    you guys to, in effect, sub it out and get
16    somebody else's tug to push your barges?
17         A.      One thing is, is revenue is
18    based upon volumes of barges.  You're --
19    You're pushing 45 barges on the Mississippi
20    River, where you're -- versus you're pushing
21    up to six on the canal.  It takes people and
22    horsepower, people, fuel and all that.
23              So it's more -- It's more
24    expensive for you to operate your boats,
25    because you can't keep a full six-pack on
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

**34**

1    them boats all the time.

2         Q.      Uh-huh.

3         A.      It just -- the -- the

4    scheduling don't work out that way.

5         Q.      Let me -- Let me explore that

6    last answer you gave me for a minute.

7              If you're able to push 30, 45

8    barges with one tug up and down the

9    Mississippi River and you can only push

10   three, four, five, or six in the Gulf Coast

11   region, ·why is it that ACBL conducts itself

12   in the Gulf Coast region as opposed to just

13   exclusively in the river?  In other words,

14   if the margins are so much higher because

15   you can push 20 or 30 at a time, or why do

16   you also conduct operations on the Gulf

17   Coast?

18        A.      Customer relations, customer

19   demands.

20        Q.      Okay.

21        A.      A to B, as far as that's good,

22   A to B, that's the way it's -- That's the

23   way it's contracted.

24        Q.      Okay.  That's a good answer.

25        A.      Uh-huh (indicating

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

41

1    canal is of such a size and depth that you

2    could not physically get a boat with 4 to

3    10,000 horsepower down it?

4         A.    No, I'm not saying that.  You

5    could take that boat with up to 10,000, run

6    him down the canal.

7         Q.    Okay.

8         A.    It's --

9         Q.    In other words, it would fit;

10   it's just -- costs too much --

11        A.    Oh, you could --

12        Q.    -- money to run it?

13        A.    -- fit him in there, yes.

14        Q.    It just costs way too much

15   money to run it?

16        A.    That's right.

17        Q.    Okay.  Fair enough.

18              Now --

19        A.    Because I wouldn't be a manager

20   very long if I'd done that.

21        Q.    Directionally speaking, am I

22   correct in my assumption that a boat with

23   more horsepower, like that riverboat with 4

24   to 10,000 horsepower, costs more per mile to

25   run than a boat with a smaller engine with

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

**42**

```
 1    less horsepower?
 2         A.     Oh, absolutely.
 3         Q.     Okay.  And that's just basic
 4    fuel economy, economics?
 5         A.     Fuel, crews --
 6         Q.     All right.
 7         A.     -- insurance, everything, yeah.
 8         Q.     All right.  So if we're just
 9    trying to put it into the most simple of
10    terms, am I correct that, generally
11    speaking, the greater the horsepower, the
12    greater the cost of operation?
13         A.     Yeah.  Yeah.  Greater
14    horsepower, it takes fuel to operate
15    horsepower, yeah.
16         Q.     Okay.  Fair enough.  .
17         A.     Yeah.  That's a --
18         Q.     Now, is there some sort of --
19    on the river, for example, you mentioned
20    that riverboat with 4 to 10,000 horsepower
21    could push so many barges.
22                Is there some sort of ratio
23    that's kind of understood in the industry
24    about how much horsepower you need per
25    barge?
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

**43**

1      A.      There's just a rule of thumb on

2   it.  And, again, you take -- you take --

3      Q.      What's the rule of thumb?

4      A.      Rule of thumb is -- Well, it's

5   a combination of things.  It's river

6   conditions, currents, rises of the river,

7   falls of the river, river's conditions.

8           But rule of thumb is around 200

9   horsepower per barge is about what we

10  figure.

11     Q.      Okay.

12     A.      And then if the river gets on

13  up there sky-high, you might want to go down

14  to the 250.  I don't know.  It's just --

15  It's day to day in conditions and things.

16     Q.      Okay.  And I think what I'm

17  hearing is you've got a general rule of

18  thumb, which is --

19     A.      Changes so much.

20     Q.      -- 200 horsepower per barge,

21  but then you've got other conditions that

22  may change that; would that be fair?

23     A.      Could be.

24     Q.      For example, I know -- I own a

25  little ranch over in Texas, and we are

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

79

1          A.      He was or is?

2          Q.      He is a dispatcher --

3          A.      He is now?

4          Q.      -- but I don't think he's been

5     there long enough for you to have known him.

6          A.      Oh.  No.  No, I don't know him.

7          Q.      Okay.  How would you, as the

8     Vice President of Operations, interplay or

9     work with the dispatchers such as

10    Mr. Hoessle or his predecessor, if you will?

11         A.      How would I work with him?

12         Q.      Yes.

13         A.      Well, if he had a problem in

14    the operating side, then I would get

15    involved and help him straighten it out.

16    But other than that, why, we just

17    communicated conditions and all that kind of

18    stuff, and that's about the extent of it.

19         Q.      Okay.  Did you -- As the Vice

20    President of Operations for the Gulf Coast

21    region, were you above the dispatchers in

22    the Gulf Coast region from the standpoint of

23    the corporate hierarchy?

24         A.      Yes.  I was basically -- may as

25    well say in charge or responsible for the

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

**80**

1    distribution department.

2         Q.    Okay.  So, in other words --

3    And I -- really we're dealing with different

4    time periods, but --

5         A.    When I say that, that's in this

6    area, but, now, they still had superiors in

7    Jeffersonville in their departments and all,

8    but --

9         Q.    All right.  But in terms of the

10   management of what the dispatchers were

11   doing on a day-to-day basis in the Gulf

12   Coast region, you would be above them in the

13   corporate hierarchy?

14        A.    Not really in the structural of

15   it -- structure of it.  I was -- I was

16   depended upon to lead and direct and help

17   them --

18        Q.    Okay.

19        A.    -- and support them, I guess is

20   the best way to answer that.

21        Q.    Well, let me ask you this.

22              Who hired them?

23        A.    Who hired the dispatchers?

24        Q.    Yeah, in your opinion.

25        A.    The Senior Vice President of

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

95

1          How long did that rule of thumb

2   exist prior to your retirement?

3          A.     It was -- It was -- basically

4   existed ever since I was in operations.

5   Because it's hard to sit down and write up a

6   criteria to follow guidelines under

7   conditions.  You have to deviate.

8          Q.     Uh-huh.

9          A.     You have to change

10  constantly --

11         Q.     Okay.

12         A.     -- conditions.  So --

13         Q.     In terms of changing

14  constantly, there would be -- Even though

15  you had the rule of thumb of 200 horsepower

16  per vessel, there would be either weather

17  conditions or, in the river, flow conditions

18  that would cause you to want to have more

19  horsepower per barge?

20         A.     Yeah; customer demands.

21  There's numbers of things --

22         Q.     All right.

23         A.     -- that would change.

24         Q.     And so one of the reasons that

25  I assume that it was not written down is

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    that although the 200 horsepower per barge

2    was kind of a minimum horsepower per barge

3    rule of thumb, there were other occasions

4    where you would want more than that, given

5    weather or -- or flow conditions, these

6    kinds of things?

7         A.    Yes.   There's conditions where

8    you would -- you would consider using more

9    horsepower.

10        Q.    Okay.   I got you.

11        A.    You know, you wouldn't move

12   anywhere, you know, that's -- up the

13   Mississippi River.   You ain't got enough

14   horsepower, you ain't going to push the

15   barges up against the current, now.

16        Q.    Okay.   So I think what I'm

17   hearing is, is that the rule of thumb was

18   kind of a minimum horsepower per barge, but

19   under no circumstances would it be construed

20   as you don't -- you don't want to allow for

21   more horsepower per barge because you've got

22   weather conditions and flow conditions each

23   time --

24        A.    Yes.   That's correct.

25        Q.    Okay.   Good enough.

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

97

1          Now, let me put on our little

2    screen here a document.  I showed you the

3    documentation for the four barges that were

4    being pushed, and now I want to show you the

5    documentation for the --

6         A.     Now, you understand I'm not

7    familiar with them barges?

8         Q.     I understand that.

9                I want to show you the

10   documentation for the tug.

11               And Exhibit 14 is an

12   application of owner for notice of award and

13   official number and signal letters dated

14   March the 7th of 1977.  And under the name

15   it has the -- Shana M Towing, length of

16   48.1, the builder, Louis Ortis --

17               That's a yard here in

18   New Orleans, or was; right?

19        A.     It's in New Orleans or over

20   here in the bayou or --

21        Q.     Krotz Springs, Louisiana?

22        A.     Could be.

23        Q.     Okay.  The home port was

24   designated in Corpus Christi, Texas, and the

25   owner at that time was the Shana M,

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

**98**

 1 | corporate.

 2 |       Do you see that, sir?

 3 |     A.    Uh-huh (indicating

 4 | affirmatively).  Yes.

 5 |     Q.    And under rig it says "oil

 6 | screw."

 7 |       Tell me what that means.

 8 |     A.    It's -- The screw is turned by

 9 | oil-propelled or -- or an oil-furnished

10 | fuel.

11 |     Q.    Okay.  And then under

12 | horsepower it has 600 horsepower.

13 |       Do you see that?

14 |     A.    Yeah.

15 |     Q.    Builder's hull number 26, and

16 | it was built in 1977.

17 |       Now, so we have a tug that is,

18 | say, 24 years old at the time this accident

19 | happened, and when it was built, it was

20 | built with a horsepower of 600; is that

21 | right?

22 |     A.    That's what I'm looking at,

23 | yeah.

24 |     Q.    Okay.  I've got another

25 | document that has been marked as Exhibit 15,

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    and I'm told that --

2         MR. MARCHAN:

3              It's the Coast Guard inventory

4    on the vessel.

5    EXAMINATION BY MR. WATTS:

6         Q.    It's the Coast Guard inventory

7    on the vessel.  And, again, this was

8    something that would have been created out

9    of the Coast Guard records showing the

10   horsepower to be 600.

11             Do you see that?

12        A.    Yes.  I see -- I see 600 on

13   there.

14        Q.    Okay.  And as I understand the

15   general rule of thumb, this would be a tug

16   that, under the general rule of thumb, that,

17   had it been your tug, for example, would be

18   equipped to handle either one, two, or three

19   barges; is that right?

20        A.    Well, that's as a general rule

21   of thumb.

22        Q.    Okay.  Now, let me ask you a

23   different question, and that is, is that you

24   mentioned that your dispatchers had had that

25   general rule of thumb communicated to them;

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

115

```
 1        Q.      Okay.  Your authority, as we
 2   have discussed it, over the Gulf Coast
 3   region, that's an authority that you enjoyed
 4   full-time from about 1981 to 1995, although
 5   I imagine it grew over those years?
 6        A.      No.  In '78 whenever I came to
 7   New Orleans, I was in complete charge as the
 8   General Manager, you know.
 9        Q.      Okay.  So from '78 to '85 you
10   had full-time authority over the Gulf Coast?
11        A.      '95.
12        Q.      Did I say '85?
13        A.      (Witness nods head
14   affirmatively.)
15        Q.      Let me reask the question so I
16   get it clear in the record.
17        A.      '78 to '95.
18        Q.      From 1978 to 1995 you had
19   full-time authority over the company's Gulf
20   Coast operations?
21        A.      That's correct.
22        Q.      Okay.  And am I correct that on
23   a day-to-day basis, even though you had
24   people who were above you in the food chain,
25   if you will, that you had minimal
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

116

1   supervision with respect to the day-to-day

2   operations of the Gulf Coast department?  I

3   mean it was kind of your baby; is that fair?

4       A.      Yes.  Yes, that's fair.

5       Q.      With respect to the kinds of

6   contracts that you discussed that you were

7   involved in, you had what some would call

8   carte blanche to negotiate that in the best

9   interests of the company?

10      A.      Well, I wouldn't call it carte

11  blanche, but I communicated with my people,

12  and, you know, we was all under budgets and

13  everything.

14              But, yes, I was -- I had the

15  authority to do it, but I always -- I always

16  communicated with my bosses and all --

17      Q.      Okay.

18      A.      -- I mean and other -- other

19  bosses.  You know, I just didn't take it out

20  of left field and go do it.  What I did, I

21  had the authority to go do it.

22      Q.      Did you have the authority to

23  decide -- You know, within the operations of

24  the Gulf Coast operations, did you have the

25  authority to decide which purchases to make

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

117

1    and which repairs to make to vessels and

2    these kinds of things to keep -- to keep

3    stuff moving?

4         A.    Yeah.    Well, that was -- Well,

5    yes, I had the authority.    But there was

6    other departments that made those decisions,

7    like engineering department, maintenance

8    deal on there.    But I could override them if

9    I had to, yeah.

10        Q.    Okay.    With respect to crews

11   that were hired on particular trips along

12   the Gulf Coast region, who made those

13   specific hiring decisions, if you will?

14        A.    Marine superintendent and port

15   captain.

16        Q.    Did they work under you?

17        A.    Under my -- Under my blessings,

18   yeah.

19        Q.    Okay.    So, in other words, the

20   people who hired the crews for each trip

21   were hired by folks under you in the

22   organization?

23        A.    That's correct.

24        Q.    And although I don't imagine .

25   you got involved in that on a day-to-day

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

118

1   basis, you had the ability to --

2        A.     Didn't have that much hirings

3   and firings; we didn't have that much

4   turnover.

5        Q.     Okay.  But ultimately those

6   decisions were under your authority?

7        A.     (Witness nods head

8   affirmatively.)  I didn't do it directly,

9   but I had the -- I had the authority over it

10  to either stop it or approve it.

11       Q.     I asked you a question real

12  early on in the deposition.

13              You were a Vice President of

14  Operations from 1978 on; is that right?

15       A.     No.

16       Q.     Okay.  When did you become a

17  Vice President?

18       A.     I came to New Orleans in 1978

19  as a General Manager in charge of the Coast,

20  and I think it was in 1980 I was -- I was

21  voted in as a Vice President and approved

22  for the Gulf Coast operations.

23       Q.     If there were a single person

24  that we would want to find who was in near

25  complete control over the company's maritime

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

**119**

```
 1   field of operations in the Gulf Coast

 2   region, that's you; right?  I mean it was

 3   kind of your baby for the Gulf Coast?

 4         A.     Yes.  I like the way you put

 5   that.  There's other people out there could

 6   do it, too.

 7                Yeah.  That was my -- That was

 8   my -- I was responsible for the company's

 9   interests in the Gulf Coast.

10         Q.     The basic business decisions

11   made on behalf of ACBL for the Gulf Coast

12   operations generally were made by you?

13         A.     Ninety-nine percent of the

14   time, yes, sir.

15         Q.     Okay.  Did ACBL have a,

16   quote-unquote, safety department?

17         A.     Yes.  We developed a safety

18   department.

19         Q.     When you say "we developed a

20   safety department" --

21         A.     My team, my -- my people in the

22   Gulf.

23         Q.     Okay.  And that was going to be

24   my question.

25                The safety department that
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

121

1    example because we've been talking about --

2        A.    Well, you got to keep harping

3    back on it --

4        Q.    I know.

5        A.    -- trying to pin me down to it,

6    because I can't specifically tell you.

7        Q.    No.  No.  Look.  I'm trying

8    to -- I'm trying to ask the question in the

9    context of the safety policies.

10       A.    Okay.

11       Q.    If you had decided -- And this

12   is just by way of example.

13            If you had decided that you

14   wanted to write that down and make that an

15   absolute, no-exceptions policy, "Thou shalt

16   have 200 horsepower per barge," and you

17   wanted to put that into a safety policy, you

18   could have done that within the authority

19   that was granted to you by the company?

20       A.    I could have.  I'm going to

21   tell you.  That horsepower ratio per barge

22   has been discussed and studied and fought

23   and disfought [sic] and -- through the Coast

24   Guard and everything down for a hundred

25   years.  And when you get down to horsepower

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

122

1    and barges, that's a -- It's a fine element.

2         Q.    And --

3         A.    There's no way that I could put

4    anything like that in writing.

5         Q.    But the way that the safety

6    organization was set up, that was something

7    that was within your authority and that if

8    you had chosen, you know, that as an

9    example, I'm just saying, you could have

10   done it within your safety department?

11        A.    I could have done it within my

12   safety department.

13        Q.    Okay.  There's not an --

14   There's not a corporate safety department up

15   in Indiana that existed that would have

16   prevented --

17        A.    That overrode me?

18        Q.    Yes.

19        A.    No.

20        Q.    Okay.

21        A.    We all worked jointly together.

22   We had the same policies.

23        Q.    We're seeing eye to eye.

24   MR. WATTS:

25             Okay.  Mr. Ivey, just -- Why

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

## REPORTER'S CERTIFICATE

I, **M. H. GAUDET, JR., CCR, RPR, RMR,** Certified Court Reporter, State of Louisiana, do hereby certify that the above-mentioned witness, after having been first duly sworn by me to testify to the truth, did testify as hereinabove set forth;

That the testimony was reported by me in shorthand and transcribed under my personal direction and supervision, and is a true and correct transcript, to the best of my ability and understanding;

That I am not of counsel, not related to counsel or the parties hereto, and not in any way interested in the outcome of this matter.



M. H. GAUDET, JR., CCR, RPR, RMR
Certified Court Reporter
State of Louisiana

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762