```
 1            UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF TEXAS
 2              BROWNSVILLE DIVISION

 3

 4

 5   IN RE THE COMPLAINT AND      * CIVIL ACTION
     PETITION OF BROWN WATER      *
 6   TOWING I, INC., AS OWNER,    * NO. B-01-157
     AND BROWN WATER MARINE       *
 7   SERVICE INC., AS BAREBOAT    * c/w
     CHARTERERS, OF THE BROWN     *
 8   WATER V, ITS ENGINES, TACKLE,* CIVIL ACTION
     ETC., IN A CAUSE OF          *
 9   EXONERATION FROM OR          * NO. B-02-004
     LIMITATION OF LIABILITY      *
10                                *
     IN THE MATTER OF AMERICAN    * Admiralty
11   COMMERCIAL LINES AS OWNER    *
     AND AMERICAN COMMERCIAL BARGE*
12   LINE LLC AS CHARTERER OF THE *
     BARGES NM-315, VLB-9182,     *
13   ACL-9993B, VLB-9173, PRAYING *
     FOR EXONERATION FOR AND/OR   *
14   LIMITATION OF LIABILITY      *
                                  *
15                                *
                                  *
16   *  *  *  *  *  *  *  *  *  *  *    COPY

17

18

19           Transcript of the videotaped
     Rule 30(b)(6) deposition of AMERICAN
20   COMMERCIAL BARGE LINE, LLC, through its
     designated representative, CHRISTIAN
21   BRINKOP, 36 Woodstone Drive, Mandeville,
     Louisiana 70471, taken in the offices of
22   Jones, Walker, Waechter, Poitevent, Carrere
     & Denegre, 52nd Floor, Bank One Center, 201
23   St. Charles Avenue, New Orleans, Louisiana
     70170, on Wednesday, the 14th day of August,
24   2002.

25
```

13

1   **<u>APPEARANCES</u>:**

2

3

4   WATTS & HEARD
    (By:  Mikal C. Watts, Esquire

5              - and -
           Ray R. Marchan, Esquire)

6   1926 East Elizabeth Street
    Brownsville, Texas   78520-4933

7         (Attorneys for Brigete Goza,
           Gustavo Morales, Jacqueline

8           Paddock, and Lydia Zamora)

9

10  SCHIRRMEISTER AJAMIE
    (By:  S. Mark Strawn, Esquire)

11  Suite 2150
    Pennzoil Place - South Tower

12  711 Louisiana
    Houston, Texas   77002

13        (Attorneys for the Estate of
           Julio Morales, et al)

14

15

16  GAUNTT & KRUPPSTADT
    (By:  J. Chad Gauntt, Esquire)

17  Suite C
    9004 Forest Crossing Drive

18  The Woodlands, Texas   77381
          (Attorneys for the Estate of

19         Stvan Rivas, et al)

20

21

    LAW OFFICE OF JULIAN RODRIGUEZ, JR.

22  (By:  Julian Rodriguez, Jr.,
                Esquire)

23  100 West Pecan Street
    McAllen, Texas 78501

24        (Attorneys for the Estate of
           Omar Hinojosa, et al)

25

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    **APPEARANCES** (**continued**):

2

3

4    KITTLEMAN, THOMAS, RAMIREZ
     & GONZALES

5    (By:  Andres H. Gonzalez, Jr.,
                Esquire)

6    4900-B North 10th Street
     Post Office Box 1416

7    McAllen, Texas  78505
          (Attorneys for the Mata

8          Claimants)

9

10   WILLIAMS BAILEY
     (By:  Jim Hart, Esquire)

11   Suite 600
     8441 Gulf Freeway

12   Houston, Texas  77017-5001
          (Attorneys for Hector Martinez,

13          Sr.)

14

15

16   LAW OFFICES OF McMANUS & CRANE
     (By:  William Q. McManus, Esquire)

17   209 West Juan Linn
     Post Office Box 2206

18   Victoria, Texas 77902-2206
          (Attorneys for Robin Faye

19          Leavell, et al)

20

21   ROYSTON, RAYZOR, VICKERY & WILLIAMS
     (By:  Will W. Pierson, Esquire)

22   1700 Wilson Plaza West
     606 North Carancahua

23   Corpus Christi, Texas 78476
          (Attorneys for Petitioners,

24          Brown Water Marine Service,
           Inc., et al)

25

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

4

1   **APPEARANCES** (**continued**):

2

3

4       JONES, WALKER, WAECHTER, POITEVENT,
        CARRERE & DENEGRE
        (By:  Glenn G. Goodier, Esquire)

5       52nd Floor
        Bank One Center

6       201 St. Charles Avenue
        New Orleans, Louisiana   70170

7            (Attorneys for American
              Commercial Lines LLC and

8             American Commercial Barge Line
              LLC)

9

10

11      BURT BARR & ASSOCIATES
        (By:  John Holman Barr, Esquire)

12      304 South Record Street
        Dallas, Texas   75202

13           (Attorneys for American
              Commercial Barge Line LLC)

14

15

16      ADAMS AND REESE
        (By:  Mark J. Spansel, Esquire)

17      Suite 4500
        One Shell Square

18      New Orleans, Louisiana   70139

19                  - and -

20      OFFICE OF THE ATTORNEY GENERAL
        TRANSPORTATION DIVISION

21      (By:  Jack F. Gilbert, Esquire)
        Post Office Box 12548

22      Austin, Texas   78711-2548
             (Attorneys for the State of

23            Texas)

24

25

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    **VIDEOGRAPHER:**

2

3

           Michael Gilmore
4          United Video Production Company
           Suite 205
5          418 Peoples Street
           Corpus Christi, Texas 78401
6

7

8

9

     **REPORTED BY:**
10

11

12         **M. H. GAUDET, JR., CCR, RPR, RMR**
           Certified Court Reporter
13         State of Louisiana

14

15

16

17

18         *       *       *       *       *

19

20

21

22

23

24

25

601 POYDRAS STREET, SUITE 2003        Gaudet, Kaiser & Pepper        7967 OFFICE PARK BLVD.
NEW ORLEANS, LOUISIANA 70130                                         BATON ROUGE, LOUISIANA 70809
PHONE (504) 525-9100            Toll Free 1-888-525-9100             PHONE (225) 926-9411
FAX (504) 525-9109                                                   FAX (225) 926-9762

6

# EXAMINATION INDEX

**Page No.**

By Mr. Watts                          9
         Re-examination            121

By Mr. Strawn                        98
         Re-examination            137

By Mr. Gonzales                     113

By Mr. Gilbert                      117

By Mr. Pierson                      139

## EXHIBITS

Exhibit 18                           15

Exhibit 19                           15

## DESCRIPTIVE EXHIBIT INDEX

**Exhibit 18** - Notice of the deposition of
Christian Brinkop

**Exhibit 19** - Organizational chart of the
management hierarchy of American Commercial
Barge Line LLC

        *       *       *       *       *

**7**

1        **S T I P U L A T I O N**

2

3        It is stipulated and agreed by and

4    among counsel for the parties hereto that

5    the deposition of the aforementioned witness

6    is hereby being taken for all purposes

7    allowed under the Federal Rules of Civil

8    Procedure, in accordance with law, pursuant

9    to notice;

10        That the formalities of filing,

11    sealing, and certification are specifically

12    waived;

13        That the formalities of reading and

14    signing are specifically not waived;

15        That all objections, save those as

16    to the form of the question and the

17    responsiveness of the answer, are hereby

18    reserved until such time as this deposition,

19    or any part thereof, may be used or sought

20    to be used in evidence.

21

22        **M. H. GAUDET, JR., CCR, RPR, RMR**,

23    Certified Court Reporter in and for

24    the State of Louisiana, officiated in

25    administering the oath to the witness.

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

**Gaudet, Kaiser & Pepper**
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

34

```
 1    equipment those tugboat companies have got
 2    to have before you-all will match your
 3    barges with them, that's something that's
 4    completely out of your realm of
 5    responsibility?
 6         A.    That's correct.
 7         Q.    Okay.  That is an area of
 8    responsibility that is within the logistics
 9    department up in Jeffersonville, Indiana?
10         A.    That's correct.
11         Q.    Okay.  To your knowledge, who
12    is it within the Logistics Services
13    department in Jeffersonville, Indiana that
14    has overall management responsibility for
15    the barge dispatchers who, in effect, you
16    know, put together tugs and barges?
17         A.    Rephrase the question.
18         Q.    It wasn't a very good one.
19              And by the way, do that, what
20    you just did.  If I get a question that just
21    runs off and gets away from me, just go
22    ahead and tell me to rephrase it.  I'm not
23    proud.
24              My question is:  Who is it in
25    logistics that has day-to-day management
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

35

1  responsibility over the barge dispatchers

2  for the Gulf Coast area?

3        A.    It would be the Vice President

4  of Logistics.

5        Q.    And who would that be?

6        A.    As we speak, it's a gentleman

7  by the name of Bob Burns.

8        Q.    Okay.  And when did Mr. --

9        A.    It used to be Kazunas.  It used

10  to be Pete Kazunas.

11        Q.    Tell you what.  Let's do this.

12              Let's go back to Exhibit 19 for

13  a second, put that on the screen, and go

14  over to Logistics Services.

15              There's a gentleman that is on

16  the top of that organizational chart,

17  Mr. Whitlock.

18              What is his first name?

19        A.    William.

20        Q.    And did he used to be the Vice

21  President of Logistic Services?

22        A.    He is the -- He is currently

23  the Senior Vice President.

24        Q.    Okay.  So he is currently

25  Senior V.P. of Logistics?

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

36

```
1           A.      That's correct.
2           Q.      All right.  Is there a V.P.
3    under him who has direct day-to-day
4    responsibility for barge dispatchers in the
5    Gulf Coast region?
6           A.      It's the block labeled
7    Distribution --
8           Q.      Okay.
9           A.      -- where Mr. Kazunas' name is,
10   that's now occupied -- that position is now
11   occupied by Robert Burns.
12          Q.      All right.  So if we wanted to
13   follow this organizational chart down to the
14   folks that have day-to-day management
15   responsibility for the barge dispatchers, we
16   can go through Logistics Services down to
17   distribution?
18          A.      Yes.
19          Q.      Okay.  Let me go ahead and
20   circle that.
21                  But before I go any further, so
22   we are clear with each other, at the time
23   that the incident made the basis of this
24   suit, the barge hitting the Queen Isabella
25   Causeway, what you were telling me with
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

56

1    Causeway collapse incident; correct?

2         A.     What I've read in the paper and

3    seen on the TV.

4         Q.     All right.  None of your crew

5    people were involved in terms of being on

6    one of the vessels that impacted the

7    Causeway; right?

8         A.     That's correct.

9         Q.     None of your shore people were

10   involved in a way that they were anywhere

11   near this collision at this time; is that

12   right?

13        A.     That's correct.

14        Q.     Okay.  And the reason I bring

15   that up is:  Do you consider it part of your

16   responsibility to minimize the likelihood of

17   bridge impacts as part of the line manager

18   responsibility for the safety of,

19   quote-unquote, your people you described for

20   me before?

21        A.     For the group of people that

22   I'm responsible for, yes.

23        Q.     Okay.  That's what I want to

24   talk to you about now.

25              Tell me what it is that your

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

57

1   department that you manage does on a

2   day-to-day basis to attempt to provide

3   safety by minimizing the likelihood of an

4   impact with a bridge.

5          A.      It's primarily making sure that

6   the people on board the boat are experienced

7   for the prevailing circumstances and the

8   geographical area in which they're

9   operating.

10         Q.      Is that another way of saying

11  that you make sure that the tugboat pilots

12  or captains are familiar with the terrain

13  they're navigating before they're allowed to

14  navigate it?

15         A.      I don't know if it's another

16  way of saying that.  It's what I said.

17         Q.      Is it the same thing, though?

18  I mean is that what --

19         A.      Well, I want to make sure that

20  I'm not sending a person into a place with

21  which he's unfamiliar.

22         Q.      Okay.  Then we're talking

23  apples and apples.

24                 Okay.  How do you do that?

25         A.      I know -- My people know the

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

70

1    Brian to insure that the references are

2    checked.  We hold a briefing with that

3    individual before they go on board to make

4    sure they understand certain of ACBL

5    policies that are -- that are critical for

6    them to understand and then put them on

7    board.  We don't -- We assume that pilot

8    is -- is competent and has been trained.

9         Q.    Okay.

10        A.    We don't put them on to do more

11   training.  We're hiring them for their

12   expertise as a pilot.

13        Q.    Okay.  And that -- let me -- In

14   my next several questions, let me

15   distinguish between the generalized notion

16   of competence or general expertise -- Let me

17   distinguish that from the specific notion of

18   experience with respect to a particular area

19   or terrain, if you will.  In other words --

20        A.    I'm not sure I understand --

21        Q.    Yeah.

22        A.    -- the distinction.

23        Q.    And let me try again till you

24   do.  Let me just give you a hypothetical.

25             Let's say you've got a guy

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

71

1   that's -- He's got a pilot's license.  His

2   resume' checks out.  He looks like he's been

3   trained a lot, good pilot, but he's always

4   operated up in the Mobile, Alabama to New

5   Orleans area, never been down on

6   Brownsville, never -- you know, never

7   personally experienced the currents in that

8   particular area of the country, if you will.

9   Do you understand what I'm saying?

10                  My question is:  What do you

11  do -- Because you told me one of your goals

12  is to make sure that you-all don't send

13  people out on a boat into an area with which

14  they are unfamiliar.

15                  You remember that?

16      A.      Uh-huh (indicating

17  affirmatively).

18      Q.      Yes?

19      A.      Yes.

20      Q.      Okay.  And my question is:

21  Putting aside the just basic issue of

22  licensure and competence, what do you-all do

23  to make sure that an otherwise competent

24  person becomes familiar with the

25  particularized area before you let him go

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

72

1    out?

2          A.      Well, I would not hire a pilot

3    that was only familiar with the Mobile area

4    and send them to -- to Brownsville.  I

5    wouldn't do it.  I would hire somebody

6    that's familiar with that area.

7          Q.      Okay.

8          A.      You also -- also have to

9    understand --

10         Q.      Why wouldn't you do that?

11         A.      -- we don't -- we don't really

12   operate boats out in that -- out in that

13   area.  Our primary area of operation is from

14   Houston -- Bolivar, east.

15         Q.      Okay.  And I just used that as

16   an example, but I think we have a concept

17   that we've -- we've struck upon, and that

18   is, is that you personally would not permit

19   the hiring of somebody to go into a

20   particular area when they have no experience

21   in that area; is that fair?

22         A.      If I was looking to hire

23   somebody to go into an area, I would be

24   looking at people that ran that area.

25         Q.      That had run that area in the

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

73

1    past?

2          A.      Yes.

3          Q.      And why is that?  Why do you

4    have that policy?

5          A.      Just because of the -- the need

6    for geographic familiarity with the bridges,

7    the locks, the -- the where to meet when

8    you -- where can you pass, where can you not

9    pass.

10          Q.      Is the requirement that you

11    have for yourself, in effect, that you would

12    not hire somebody to go into a

13    particularized geographical area unless they

14    had run that area in the past, is that part

15    of this notion that you told me about of

16    insuring the safety of not only the crew but

17    the folks onshore and minimizing the

18    possibility of a bridge collapse?

19          A.      Among many other reasons, yes.

20          Q.      Okay.  But -- And like I say, I

21    mean you've already noticed you'll give me

22    an answer,  and then I usually rephrase it

23    to make sure I'm seeing we're -- that we're

24    eye to eye.

25                    But I think what I'm hearing --

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

74

1    And you just tell me whether I've got it

2    right -- is that you, in your capacity as

3    the Vice President of Gulf Coast Operations,

4    understand and recognize the notion that

5    safety and minimizing the potential for

6    bridge impact requires that a pilot be

7    familiar with a particular area before a

8    company allows him to navigate a tug and

9    barges in that in that area?

10        A.    That's -- Let me say that's

11   true for our company.

12        Q.    Okay.  Fair enough.

13        A.    And let me also say that the

14   safety of passage of a vessel through an

15   area is what we're concerned about.

16        Q.    Right.

17              And I take it, just in having

18   this discussion with you, you try to run

19   your safety program in a reasonable fashion;

20   right?

21        A.    Yes.

22        Q.    Okay.  And you believe that in

23   order to run a barge company safety program

24   in a reasonable fashion, one of the things

25   that you want to do in the name of trying to

75

1    minimize a barge impact with a bridge is

2    when it's your folks pushing the barges, you

3    would not hire a pilot to push barges

4    through an area of the canal that has

5    bridges in it with which that pilot was

6    unfamiliar; correct?

7         A.    That's correct.

8         Q.    Okay.

9         A.    For our company, yes.

10        MR. WATTS:

11             Right.

12             Why don't we take a break?    I

13    forgot to tell you, you can call a break

14    whenever you want.  Sometimes nature calls.

15    So I'm going to call one this time, but feel

16    free to call one whenever you want to.

17        THE WITNESS:

18             Okay.

19        MR. WATTS:

20             And watch your -- Yeah.    There

21    you go.

22        THE VIDEOGRAPHER:

23             We're off the record.

24             (Whereupon a brief recess was

25    taken at this time.).

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

84

1          A.      I -- You know, the book is a

2     book.  I can't quote them for you.  But at

3     Baton Rouge -- There's certain gauges at

4     Baton Rouge that require certain actions.

5     From 25 to 27 feet to 32 feet to 35 feet to

6     38 feet, there are different -- There are

7     different actions required.

8          Q.      What's the name of that book?

9          A.      I don't know.  It's the Coast

10    Guard high water plan or -- I don't know

11    what the name of it is.

12         Q.      Okay.

13         A.      But it's -- It's the high water

14    plan that was -- that the industry worked

15    with the Coast Guard to produce.

16         Q.      All right.  And do you have a

17    copy of that book that you consult with?

18         A.      Yes.

19         Q.      Okay.  Is there any requirement

20    whatsoever within ACBL as to a minimum

21    amount of tow size necessary to push --

22    Strike that.

23              Is there any requirement within

24    ACBL that sets forth a policy or guideline

25    with respect to the relationship between tow

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

85

1    size and horsepower on the Intracoastal

2    Canal?

3         A.     No, sir, nothing formal.  We

4    had -- As a rule of thumb, we looked at 200

5    horsepower per barge.

6         Q.     Okay.

7         A.     But, you know, there -- There's

8    a maximum tow size on the West Canal of six

9    barges, and so certainly sometimes you have

10   a boat that has more horsepower than 200

11   horsepower.

12        Q.     Right.  You have a minimum

13   threshold but not a maximum threshold for

14   horsepower.  It's okay to have too much, but

15   it's not enough -- it's not okay to have not

16   enough?

17        A.     As a rule of thumb, yes.

18        Q.     Okay.  And so the rule of thumb

19   is, is that when you're along the

20   Intracoastal Canal, the minimum amount of

21   horsepower per barge is 200 horsepower, as a

22   rule of thumb?

23        A.     Yes.

24        Q.     Okay.  Now, why do you-all have

25   a minimum horsepower rule of thumb like

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

92

1          MR. GOODIER:

2              That's not what Pierson says.

3          MR. WATTS:

4              I'm going to -- All the times I

5     was --

6          MR. PIERSON:

7              Why do I always get drug into

8     this?

9          MR. WATTS:

10             All the times I was sneaky with

11    Pierson, I never got caught.  So he doesn't

12    know anything.

13         MR. PIERSON:

14             You know, I'm late for the

15    deposition.  Now I'm sneaky, you know.

16    EXAMINATION BY MR. WATTS:

17         Q.    Did -- Were you involved in the

18    formulation of the TSAC report that dealt

19    with the issue of minimum horsepower

20    thresholds?

21         A.    I remember numerous, numerous

22    discussions of it.  I'm not sure if I was

23    involved in the generation of the report.

24         Q.    Okay.  With that as our

25    background and only that as our background,

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

93

1    is the primary purpose of a minimum

2    horsepower guideline -- Is that the result

3    of the generalized recognition that if you

4    don't have enough horsepower, that limits

5    your ability to maneuver and stop and to

6    prevent an accident?

7         A.      Let me say that a horsepower

8    guideline addresses safety issues.

9         Q.      Yeah.   Okay.

10        A.      Yeah.   So that -- That may be

11   part of it.

12        Q.      All right.   So when you were on

13   the TSAC committee -- And I agree; there's a

14   lot of discussion back and forth on all

15   this -- there's a basic understanding in

16   this industry that there is a relationship

17   to minimum horsepower and safety; is that

18   fair?

19        A.      There's a -- The question,

20   again, is in this industry there's a --

21        Q.      There's a basic recognition in

22   this industry of the relationship between

23   the notion of minimum horsepower and safety?

24        A.      I would guess.

25        Q.      Okay.   You would guess that to

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    be true?

2         A.      Yes.

3         Q.      Okay.  You believe that to be

4    true?

5         A.      There's a relationship, yes,

6    sir.

7         Q.      Okay.  Now, with respect to

8    this rule of thumb of 200 horsepower per

9    barge, you, as the Vice President of

10   Operations for the Gulf Coast region of

11   ACBL, expect your dispatchers to follow that

12   rule of thumb or to get permission from the

13   marine superintendent to deviate from it;

14   correct?

15        A.      On -- On the West Canal --

16        Q.      Which includes the area around

17   Brownsville?

18        A.      -- I would expect ACBL's

19   dispatchers, when they're dispatching into

20   my boat, to observe that 200 horsepower per

21   barge rule of thumb.

22        Q.      And you expect them to do so

23   because of the need for it to accomplish

24   safety?

25        A.      Yes.

1    would be determining who to hire and who to

2    go out and make the repairs on the barge?

3           A.    Yes.

4           Q.    Do you know in this incident

5    who made any repairs to any of the barges

6    that were involved in the collision with the

7    Queen Isabella Causeway?

8           A.    No, I don't.

9    MR. GILBERT:

10               I don't have any other

11   questions.

12   RE-EXAMINATION BY MR. WATTS:

13          Q.    Mr. Brinkop, I apologize to

14   you.  I told you I was done, and then I

15   remembered a series of questions that I

16   asked Mr. Ivey.  I don't think they're going

17   to be anything difficult between us, I just

18   need to update his answers since he left in

19   1995.

20               I asked him would it be a fair

21   statement that he was the person up until

22   1995 who had the basic authority over the

23   day-to-day activities of the Gulf Coast

24   operations at ACBL, and his answer was yes.

25               Same question to you, but from

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

122

1    '98 till 2001; it's a fair statement that

2    you are the person from 1998 until the

3    present who has the basic authority over the

4    day-to-day activities of the Gulf Coast

5    operations of ACBL; right?

6         A.    Yes.

7         Q.    Okay.  And in terms of the

8    relative significance of your field of

9    operations to the business of the entire

10   corporation, what we can do is take Exhibit

11   19, as we look on the screen, and you would

12   be considered part of management of the

13   company; right?

14        A.    Yes.

15        Q.    You are -- If we look at the

16   Transportation Services of ACBL, it's

17   divided into primarily Gulf and River, with

18   Fleet as well, and you are responsible for

19   this entire Gulf Coast Division of the

20   company's transportation operations; right?

21        A.    Yes, sir.

22        Q.    Okay.  I asked Mr. Ivey whether

23   prior to 1995, as the Vice President of

24   Operations for the Gulf Coast region, did he

25   have the ability to hire and fire employees,

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

123

1    and he told me he did.

2              Is that also true for you from

3    the period of 1998 to the present?

4         A.    Yes.

5         Q.    Okay.  I then asked him whether

6    he had the ability to negotiate into or

7    enter into contracts on behalf of the

8    company, and he mentioned that he did with

9    respect to labor contracts, fleet contracts,

10   leases, these kinds of things.  So let me

11   just ask you the same question.

12             Between 1998 and the present,

13   did you have the ability to negotiate into

14   or enter into such contracts on behalf of

15   the company?

16        A.    Yes.

17        Q.    In the negotiations for those

18   contracts that you had the authority to

19   negotiate and enter into on behalf of the

20   company, did you, like Mr. Ivey before you,

21   have the ability to decide basically how

22   much the company was going to pay for those

23   contracts?

24        A.    I think I -- It's fair to say

25   I'd have to seek approval for any

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

**124**

1    significant -- If I was going to negotiate a

2    lease and we ended up in an area that was

3    significantly out of whack to what the

4    market was --

5           Q.    Sure.

6           A.    -- I would certainly have to

7    seek approval to do that.

8           Q.    Yeah.  Let me see if I can go

9    about it this way.

10              Unless it's something that was

11   completely unprecedented or just, as you put

12   it, out of whack, the day-to-day ability to

13   set the price that you want to pay, you

14   know, for day-to-day contractual

15   negotiations, that's something you did with

16   the authority that was vested in you; right?

17          A.    Yes, sir.

18          Q.    Okay.  I got you.

19              Now, you have worked since 1998

20   through the present full-time -- as a

21   full-time Vice President of Operations for

22   Gulf Coast operations for ACBL; right?

23          A.    Correct.

24          Q.    You are paid on a salary

25   together with bonuses that are

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

125

1    incentive-type bonuses; right?

2         A.    It's been a long time.

3         Q.    I didn't ask you whether you

4    got them.

5              Let's see if we can break that

6    down.

7         A.    Am I eligible to get them?

8    Yeah, I'm eligible.

9         Q.    Okay.  Fair enough.

10             In terms of your compensation

11   structure as opposed to your compensation

12   received, number one, you get a salary;

13   right?

14        A.    I do.

15        Q.    Number two, there are incentive

16   bonuses that are available to executives at

17   your level should the incentives be met; is

18   that right?

19        A.    Yes.

20        Q.    Okay.  I asked Mr. Ivey whether

21   his incentive bonuses as Vice President of

22   Operations for the Gulf Coast region of ACBL

23   were tied to the productivity of the company

24   in the Gulf Coast region or as a whole, and

25   he told me that at the time it was tied to

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

**126**

1    the productivity of the company as a whole.

2            Is that -- Is that how your

3    bonus is set up?

4        A.    It's both.

5        Q.    It's both.  Okay.

6            So your incentive bonus is tied

7    to the productivity of the Gulf Coast

8    operation specifically in one part of it,

9    and in another part it's the company's

10   profitability as a whole?

11       A.    Yes.

12       Q.    Okay.  Fair enough.

13            Has your authority -- When you

14   first came down in 1998 and you became the

15   Vice President of Gulf Coast Operations, has

16   your authority that you've enjoyed grown as

17   you have, in effect, gained experience with

18   the Gulf Coast operations?

19       A.    Not really.

20       Q.    Okay.  Maintained about the

21   same?

22       A.    (Witness nods head

23   affirmatively.)

24       Q.    All right.  During that time

25   period from 1998 through the present, have

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

127

1    you had full-time authority over the

2    company's Gulf Coast operations?  There

3    haven't been any interruptions to it?

4         A.    I've been out of the country a

5    couple of times, you know.

6         Q.    Other than vacation and --

7    and -- I mean it's been a full-time job?

8         A.    Yes, it's been --

9         Q.    There haven't been any --

10        A.    -- a full-time job.

11        Q.    There haven't been any lapses

12   in the scope of your authority from 1998 to

13   the present?

14        A.    No.

15        Q.    Okay.  With respect to the

16   day-to-day operations of the folks that

17   worked under you, would it be a fair

18   statement that you are at a level of

19   management that you have minimal supervision

20   with respect to the day-to-day operations of

21   the folks that report to you?

22        A.    I'm not sure I understand your

23   question.

24        Q.    Yeah.

25        A.    I have minimal --

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

**128**

1    Q.    In terms of how -- Let me just

2    give you some examples.

3          The port superintendent, what

4    was his name again?

5    A.    Marine superintendent?

6    Brian Christie.

7    Q.    The marine superintendent,

8    Brian Christie, you are his direct

9    supervisor; correct?

10   A.    Right.

11   Q.    In terms of the day-to-day

12   management of Brian Christie and how he

13   performs his job, that is a process for

14   which you have been hired, and you make

15   those day-to-day decisions with minimal

16   supervision from others; would that be fair?

17   A.    Yes, sir.

18   Q.    Okay.  And let me just -- Let

19   me use another example.

20         This -- This rule of thumb, for

21   example, this 200-horsepower-per-barge

22   minimum rule of thumb and the policy that

23   somebody has to call the port superintendent

24   before they can deviate from that policy,

25   that is a policy that your department has

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

**129**

1    had since you became the Vice President of

2    Gulf Coast Operations in 1998; right?

3         A.    Yes, sir.

4         Q.    All right.  The decision with

5    respect to how to implement and enforce that

6    policy is a decision that is something that

7    you decide upon as the Vice President of

8    Gulf Coast Operations; right?

9         A.    Ultimately.

10        Q.    Okay.  A couple of other

11   questions.

12               I get the impression that you

13   enter into a lot of contracts with respect

14   to repairs of vessels; is that right?

15        A.    No.

16        Q.    You enter into a lot of

17   contracts with respect to -- I apologize.

18   You made that clear to me, and I forgot.

19               You entered into a lot of

20   contracts with respect to the personnel that

21   are put on the vessels, who to put and who

22   not to put on; right?

23        MR. GOODIER:

24               Contracts?

25        THE WITNESS:

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

**130**

1          It's not done on a contract.

2     EXAMINATION BY MR. WATTS:

3          Q.    Well, maybe I'm being too

4     formalistic about it.

5                You hire the people and decide

6     what -- who's going to what vessel?

7          A.    My -- It's part of my area of

8     responsibility.  It's not what I do, but

9     it's part of my area of responsibility.

10          Q.    Right.

11                And when you say it's not what

12     you do, you have people under you that --

13          A.    Yes, sir.

14          Q.    -- you manage that do that on a

15     day-to-day operations [sic]?

16          A.    Yes.

17          Q.    Okay.  You are ultimately, in

18     the organizational hierarchy, managing the

19     people that make the day-to-day hiring

20     decisions and the decision of who to put on

21     what vessel and this kind of thing; right?

22          A.    Yes, sir.

23          Q.    In the same spirit, you are the

24     person that both implements the policy and

25     manages those individuals that enforce the

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

**131**

1   rule of thumb policy of 200 horsepower per

2   barge; correct?

3          A.      Let me hear the question again,

4   please.

5          Q.      Sure.

6                  The rule of thumb 200

7   horsepower per barge is a practice that was

8   in effect before you got here; right?

9          A.      Uh-huh (indicating

10  affirmatively).

11         Q.      Yes?

12         A.      Yes, sir.

13         Q.      Okay.  But since you got down

14  to New Orleans as the Vice President of Gulf

15  Coast Operations, you have been the person

16  who has, in effect, implemented the policy

17  or enforced it; correct?

18         A.      Yes.

19         Q.      All right.  The decision as to

20  whether or not to allow deviations from the

21  policy is a decision that is made either by

22  yourself or your -- your port superintendent

23  whom you manage; correct?

24         A.      Marine superintendent, yes,

25  sir.

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

132

1          Q.     All right.  Do you have a

2     safety department within the Gulf Coast

3     operations of ACBL?

4          A.     No.

5          Q.     Okay.  Mr. Ivey told me about a

6     safety department that used to exist within

7     the Gulf Coast operation.

8                 Did it exist within the Gulf

9     Coast operation when you first arrived in

10    New Orleans in 1998?

11         A.     Not -- Not the one he left.

12    There was a -- There was a person that was

13    charged with that.

14         Q.     Who was that person?

15         A.     When I came down here, it was a

16    person named JoAnn Campbell.

17         Q.     And did JoAnn Campbell work

18    under you or within your organization --

19         A.     Yes, sir.

20         Q.     -- at the time?  Okay.

21                Since then has the safety

22    department been transferred to

23    Jeffersonville, or is there still one down

24    here?

25         A.     There is one with the position

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

133

1   unfilled --

2        Q.     Okay.  I --

3        A.     -- at the current time.

4        Q.     I see where you're going, okay,

5   and apologize for not catching it.

6               But JoAnn Campbell used to be

7   the person responsible for safety within

8   Gulf Coast operations?

9        A.     Well, I am the person that's

10  responsible for safety within the Gulf Coast

11  operations.

12       Q.     Fair enough.

13       A.     We had a safety person that --

14       Q.     Reported to you --

15       A.     -- that I would ask to go do

16  things to help me maintain the safety, but

17  it's -- It's my responsibility.

18       Q.     Okay.  And I think what I'm

19  hearing -- And you correct me if I'm

20  wrong -- you used to have that person,

21  JoAnn Campbell, that assisted you in

22  fulfilling that responsibility for safety in

23  the Gulf Coast operations; right?

24       A.     Yes.

25       Q.     She has since either moved or

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

134

1   left the company, and that position at

2   present is unfilled?

3        A.      Yeah.   It was filled again by a

4   guy named Jeff Stevens, who left the company

5   in January --

6        Q.      Okay.

7        A.      -- and it's been unfilled since

8   January.

9        Q.      All right.   So from the

10  standpoint of the safety policies and

11  procedures of ACBL within the Gulf Coast

12  operations, that is your direct

13  responsibility, and the person who usually

14  assists you in implementing it, that

15  position is unfilled at present?

16       A.      At present, yes.

17       Q.      Okay.   As of September the 15th

18  of 2001, was there a person who was

19  responsible for the implementation of the

20  safety policies and procedures within the

21  Gulf Coast operations of ACBL who worked for

22  you?

23       A.      The implementation of safety

24  procedures is the responsibility of all of

25  us in my organization.

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

135

1      Q.      Correct.

2              My --

3      A.      There was a person in this job

4   we're speaking of that's currently unfilled

5   at that time.

6      Q.      Okay.  Who was that person at

7   that time?

8      A.      The person is Jeff Stevens.

9      Q.      Jeff Stevens was that person as

10  of September of 2001?

11     A.      His job was not to design and

12  implement safety policies.

13     Q.      That was your job?

14     A.      That's all of our jobs.

15     Q.      Right.

16             And you enforce those safety

17  like the rule of thumb that you told me

18  about?

19     A.      This is a safety resource.

20     Q.      Okay.  And would it be a fair

21  characterization of the two people that

22  you've identified for me that they are a

23  manpower resource that you had available to

24  you in implementing the safety policies that

25  your department created under your

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

136

1    management?

2         A.    That would be a small part of

3    what -- what I used them for.

4         MR. WATTS:

5              Okay.  All right.  I think

6    that's all my questions.

7              And I apologize for forgetting

8    before.

9         THE WITNESS:

10             Okay.  Thanks.

11        MR. STRAWN:

12             One quick follow-up; won't take

13   long.

14        THE VIDEOGRAPHER:

15             I've got four minutes on this

16   tape.

17             Are we going to need to change

18   tapes?

19        MR. STRAWN:

20             Why don't you change tapes.

21        THE VIDEOGRAPHER:

22             Okay.  We're off the record,

23   end of tape 1.

24             (Whereupon a brief recess was

25   taken at this time.)

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

146

## REPORTER'S CERTIFICATE

I, **M. H. GAUDET, JR., CCR, RPR, RMR**, Certified Court Reporter, State of Louisiana, do hereby certify that the above-mentioned witness, after having been first duly sworn by me to testify to the truth, did testify as hereinabove set forth;

That the testimony was reported by me in shorthand and transcribed under my personal direction and supervision, and is a true and correct transcript, to the best of my ability and understanding;

That I am not of counsel, not related to counsel or the parties hereto, and not in any way interested in the outcome of this matter.

OFFICIAL SEAL
M. H. GAUDET, JR.
Certified Court Reporter
in and for the State of Louisiana
Certificate Number 74008
Certificate expires 12-31-02

_____
**M. H. GAUDET, JR., CCR, RPR, RMR**
Certified Court Reporter
State of Louisiana