1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF TEXAS
2                  BROWNSVILLE DIVISION

3

4

5    IN RE THE COMPLAINT AND        * CIVIL ACTION
     PETITION OF BROWN WATER        *
6    TOWING I, INC., AS OWNER,      * NO. B-01-157
     AND BROWN WATER MARINE         *
7    SERVICE INC., AS BAREBOAT      * c/w
     CHARTERERS, OF THE BROWN       *
8    WATER V, ITS ENGINES, TACKLE,  * CIVIL ACTION
     ETC., IN A CAUSE OF            *
9    EXONERATION FROM OR            * NO. B-02-004
     LIMITATION OF LIABILITY        *
10                                  *
     IN THE MATTER OF AMERICAN      * Admiralty
11   COMMERCIAL LINES AS OWNER      *
     AND AMERICAN COMMERCIAL BARGE  *
12   LINE LLC AS CHARTERER OF THE   *
     BARGES NM-315, VLB-9182,       *
13   ACL-9993B, VLB-9173, PRAYING   *
     FOR EXONERATION FOR AND/OR     *
14   LIMITATION OF LIABILITY        *
                                    *
15   *   *   *   *   *   *   *   *   *   *   *

16
                              ORIGINAL
17

18
              Transcript of the videotaped
19   deposition of **WILLIAM N. "NORB" WHITLOCK**,
     4007 Fox Meadow Way, Prospect, Kentucky
20   40059, taken in the offices of Boehl,
     Stopher & Graves, Suite 2300, Aegon Center,
21   400 North Market Street, Louisville,
     Kentucky 40202, on Friday, the 30th day of
22   August, 2002.

23

24

25

                             14

1    **<u>APPEARANCES</u>:**

2

3

4          WATTS & HEARD
           (By:  Mikal C. Watts, Esquire
5                 Ray R. Marchan, Esquire
                  Martin Siegel, Esquire
                       - and -
6                 Greg Gowan, Esquire)
7          1926 East Elizabeth Street
           Brownsville, Texas   78520-4933
8              (Attorneys for Brigete Goza,
                Gustavo Morales, Jacqueline
9 ·             Paddock, and Lydia Zamora)

10

11         LAW OFFICES OF HERIBERTO MEDRANO
           (By:  Heriberto "Eddie" Medrano,
                      Esquire)
12         1101 West Tyler Street
           Harlingen, Texas   78550
13             (Attorneys for the Harris
                Claimants)

14

15

16         SCHIRRMEISTER AJAMIE
           (By:  S. Mark Strawn, Esquire)
17         Suite 2150
           Pennzoil Place - South Tower
           711 Louisiana
18         Houston, Texas   77002
               (Attorneys for the Estate of
19              Julio Morales, et al)

20

21         GAUNTT & KRUPPSTADT
           (By:  J. Chad Gauntt, Esquire)
22         Suite C
           9004 Forest Crossing Drive
23         The Woodlands, Texas   77381

24                     - and -

25

1    **APPEARANCES** (**continued**):

2

3

4            THE LAW OFFICE OF JOHN DAVID FRANZ
             (By:  John David Franz, Esquire)
5            400 North McColl
             McAllen, Texas  78501
6                (Attorneys for the Estate of
                  Stvan Rivas, et al)

7

8

9            KITTLEMAN, THOMAS, RAMIREZ
             & GONZALES
10           (By:  Andres H. Gonzalez, Jr.,
                      Esquire)
11           4900-B North 10th Street
             Post Office Box 1416
12           McAllen, Texas  78505
                 (Attorneys for the Mata
                  Claimants)
13

14

15           WILLIAMS BAILEY
             (By:  Candice McNabb, Esquire)
16           Suite 600
             8441 Gulf Freeway
17           Houston, Texas  77017-5001
                 (Attorneys for Hector Martinez,
18                Sr.)

19

20           LAW OFFICES OF McMANUS & CRANE
21           (By:  William Q. McManus, Esquire)
             209 West Juan Linn
22           Post Office Box 2206
             Victoria, Texas 77902-2206
23               (Attorneys for Robin Faye
                  Leavell, et al)

24

25

1    **APPEARANCES** (**continued**):

2

3

4    ROYSTON, RAYZOR, VICKERY & WILLIAMS
     (By:  Will W. Pierson, Esquire)
5    1700 Wilson Plaza West
     606 North Carancahua
6    Corpus Christi, Texas 78476
         (Attorneys for Petitioners,
7          Brown Water Marine Service,
           Inc., et al)
8

9

10   JONES, WALKER, WAECHTER, POITEVENT,
     CARRERE & DENEGRE
11   (By:  Glenn G. Goodier, Esquire)
     52nd Floor
12   Bank One Center
     201 St. Charles Avenue
13   New Orleans, Louisiana   70170

           - and -
14
15   BURT BARR & ASSOCIATES
     (By:  John Holman Barr, Esquire)
16   304 South Record Street
     Dallas, Texas  75202
17        (Attorneys for American
           Commercial Lines LLC and
18         American Commercial Barge Line
           LLC)
19

20

21   ADAMS AND REESE
     (By:  Edwin C. Laizer, Esquire)
22   Suite 4500
     One Shell Square
23   701 Poydras Street
     New Orleans, Louisiana   70139

24         - and -

25

1   **APPEARANCES** (**continued**):

2

3            OFFICE OF THE ATTORNEY GENERAL
             TRANSPORTATION DIVISION
4            (By:   Jack F. Gilbert, Esquire)
             Post Office Box 12548
5            Austin, Texas  78711-2548
                  (Attorneys for the State of
6                 Texas)

7

8   **ALSO PRESENT:**

9

10           Daniel Longoria,
             Law Clerk
11           Watts & Heard

12
             Sandra Watts
13

14   **VIDEOGRAPHER**:

15

16
             Michael Gilmore
17           United Video Production Company
             Suite 205
18           418 Peoples Street
             Corpus Christi, Texas 78401
19

20   **REPORTED BY:**

21

22           **M. H. GAUDET, JR., CCR, RPR, RMR**
             Certified Court Reporter
23           State of Louisiana

24

25           *       *       *       *       *

1
## EXAMINATION INDEX
2
Page No.
3

4   By Mr. Watts                          9

5
    By Mr. Medrano                       109
6

7   By Mr. Gilbert                       141

8
    By Mr. Franz                         150
9

10  By Mr. Pierson                       164

11

12
## EXHIBITS
13

    Exhibit 55                               101
14

15  Exhibit 56                               104

16

17
## DESCRIPTIVE EXHIBIT INDEX

18

19  **Exhibit 55** - AWO Responsible Carrier Program
    Audit of Brown Water Marine Service, Inc.
20

21
    **Exhibit 56** - Contract of Affreightment
22  number 4541-005 for Monarch Steel

23

24

25          *        *        *        *        *

601 POYDRAS STREET, SUITE 2003          Gaudet, Kaiser & Pepper          7967 OFFICE PARK BLVD.
NEW ORLEANS, LOUISIANA 70130                                             BATON ROUGE, LOUISIANA 70809
PHONE (504) 525-9100                    Toll Free 1-888-525-9100         PHONE (225) 926-9411
FAX (504) 525-9109                                                       FAX (225) 926-9762

1 **S T I P U L A T I O N**

2

3          It is stipulated and agreed by and

4   among counsel for the parties hereto that

5   the deposition of the aforementioned witness

6   is hereby being taken for all purposes

7   allowed under the Federal Rules of Civil

8   Procedure, in accordance with law, pursuant

9   to notice;

10          That the formalities of filing,  ·

11   sealing, and certification are specifically

12   waived;

13          That the formalities of reading and

14   signing are specifically not waived;

15          That all objections, save those as

16   to the form of the question and the

17   responsiveness of the answer, are hereby

18   reserved until such time as this deposition,

19   or any part thereof, may be used or sought

20   to be used in evidence.

21

22          **M. H. GAUDET, JR., CCR, RPR, RMR**,

23   Certified Court Reporter in and for

24   the State of Louisiana, officiated in

25   administering the oath to the witness.

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
1          Q.    Okay.  When did it get rolled
2     into the marketing department such that
3     Dan Markowitz had control?
4          A.    In '90 -- In '92.
5          Q.    How long did the marketing
6     department have control over the
7     dispatchers?
8          A.    From '92 until February of
9     2000.
10         Q.    Okay.  And in February of 2000
11    where did the administrative control over
12    the dispatchers go?
13         A.    That's when I took over as
14    Senior V.P. of Logistic Services, and all
15    that dispatcher activity I was responsible
16    for at that point.
17         Q.    Okay.  So from February of 2000
18    to the present you had overall, company-wide
19    responsibility over the dispatchers?
20         A.    That's correct.
21         Q.    Okay.  If you would, let's just
22    take February of 2000 right now, because I
23    think between yourself and Mr. Brinkop and
24    Mr. Ivey we've gotten a good history lesson
25    about all the different iterations, and I
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    appreciate that.

2                    If you would, between February

3    of 2000 to the present, I want to create

4    kind of a Logistic Services organizational

5    chart, if you will.  And I'm -- Why don't we

6    put this on the screen.  And this is Exhibit

7    19, and I spoke with, I think, Mr. Brinkop

8    about some of this.  Counsel was kind enough

9    to provide this, and I think he actually

10   created it.

11        MR. GOODIER:

12                    And he did and made a couple of

13   errors on names.

14        MR. WATTS:

15                    But we did pretty good.  We did

16   pretty good, Glenn.

17        MR. GOODIER:

18                    We did pretty good.

19   EXAMINATION BY MR. WATTS:

20        Q.    But, anyway, we -- the marks on

21   it were done with a witness, and so those

22   aren't just me writing on it.

23                    But anyway, the company of

24   ACBL, as explained to us, was split up into

25   the marketing division, transportation

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    services, and logistics.  Was that the case

2    from the time that you became the Senior

3    Vice President of Logistic Services?

4         A.    Yes.  That was the structure

5    that was created at the time.  We created

6    the logistic service function in February of

7    2000.

8         Q.    Okay.  Great.

9               Before February of 2000

10   dispatchers would have been over here in

11   Marketing Services?

12        A.    All of the mainline logistics

13   dispatchers would have been in marketing

14   service.

15        Q.    Got you.

16        A.    Any of the fleet logistic

17   dispatchers would have been in

18   transportation services.

19        Q.    All right.  When you say "the

20   fleet logistic dispatchers," tell me what

21   you mean.

22        A.    The people that -- whose

23   responsibility would include the dispatch of

24   the fleets, fleets being like St. Louis,

25   Cairo, Chicago --

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1           Q.      Uh-huh.

 2           A.      -- Louisville --

 3           Q.      Okay.

 4           A.      -- and also the New Orleans

 5     fleet dispatchers.

 6           Q.      Okay.  Let me just ask it in

 7     the most primitive of ways.

 8                   With respect to American

 9     Commercial Barge Line tugs and barges, whose

10     job along the Intracoastal Canal was it to

11     coordinate putting tugs and barges together?

12           MR. GOODIER:

13                   At what time period?

14     EXAMINATION BY MR. WATTS:

15           Q.      Well, let's start with now.

16           A.      The responsibility for

17     dispatching the West Canal rests with

18     Denny Hoessle.

19           Q.      Okay.  And would he have been

20     part of fleet dispatch?

21           A.      No.  He's res -- He's part of

22     mainline dispatch or mainline logistics.

23           Q.      Okay.

24           A.      Logistics dispatchers are used

25     interchangeably.
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
1          Q.    All right.  And let's use
2    Denny·Hoessle as our example.
3                Where within the organizational
4    chart that we have on the screen would he be
5    under?  Would he be in dispatch -- or I mean
6    distribution here?  (Indicating)
7          A.    He'd be in the distribution
8    group.
9          Q.    All right.  So if we took
10   Exhibit 19 and wanted to figure out
11   Denny Hoessle, we would have to go down from
12   distribution, and he would be somewhere in
13   here; is that right?  (Indicating)
14         A.    That's correct.
15         Q.    And Hoessle is H-o-e-s-s --
16   MR. GOODIER:
17                S-s-l-e.
18   EXAMINATION BY MR. WATTS:
19         Q.    S-s-l-e.
20   MR. GOODIER:
21                Where's Eddie Medrano?  He
22   knows.
23   MR. WATTS:
24                Okay.
25   MR. MEDRANO:
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1              That's correct.

 2         MR. GOODIER:

 3              Thank you.

 4    EXAMINATION BY MR. WATTS:

 5         Q.    Now, Denny Hoessle was the

 6    dispatcher that put the Brown Water Marine

 7    tug with the American Commercial Barge Line

 8    barges that were together at the time of

 9    this accident; right?

10         MR. PIERSON:

11              I object to that, the form of

12    the question.

13         THE WITNESS:

14              I don't think that's -- that's

15    a correct question.

16    EXAMINATION BY MR. WATTS:

17         Q.    Okay.  Well --

18         A.    He did not put the tug with the

19    barges.

20         Q.    All right.  Well, let me see

21    if I can rephrase the question to make

22    everybody happy.

23              Denny Hoessle is the one who

24    made the decision to contract Brown Water

25    Marine to move the American Commercial Barge
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1    Line barges; correct?

 2         A.     Denny Hoessle made the decision

 3    to contract out the movement of barges to

 4    Brown Water.

 5         Q.     Okay.  Now, at the time that he

 6    made that decision in September of 2001, who

 7    was his immediate supervisor?

 8         A.     His immediate supervisor --

 9    Gosh -- I want to -- I'm not sure.  And it

10    could have -- We've had a lot of people

11    change position.  It could have been a

12    fellow by the name of Michael Neal, or it

13    could have been a fellow by the name of John

14    Fox, one or the other.

15         Q.     And would those people be under

16    Kazunas and Burns?

17         A.     They would be -- Yeah.  At that

18    time they would have been under Kazunas.

19         Q.     Okay.  And --

20         A.     Burns just came on board

21    recently.

22         Q.     All right.  So the two fellows

23    that would have been above Denny Hoessle,

24    give me their names again.

25         A.     Would have been either
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525 9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1   Michael Neal or John Fox.

2       Q.   Okay.  And whoever it was --

3   And you're not saying it was both, but

4   whoever it was would have been under

5   Mr. Kazunas at the time; correct?

6       A.   That's correct.  (Witness nods

7   head affirmatively.)

8       Q.   And at the time Mr. Kazunas was

9   working for you; is that correct?

10      A.   That's correct.

11      Q.   Okay.  I think we've got it

12  figured out, and I appreciate you taking me

13  through all that.

14           Now, at the time that you were

15  the Senior Vice President of Logistic

16  Services, how high up in the company did

17  that make you in terms of, you know, the

18  organizational structure?

19      A.   At -- At that time I reported

20  to the President and CEO.

21      Q.   Okay.  Would that have made you

22  one of the top three people in the company

23  from the standpoint of management?

24      A.   I wouldn't say the top three,

25  but I was senior level management within the

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1   company.
 2        Q.    Well, if -- Understanding the
 3   senior level management as you do, what
 4   group would that put you in the top group
 5   of?  How big?
 6        A.    Well, there's -- there was --
 7   We had a Senior V.P. of Marketing --
 8        Q.    Uh-huh.
 9        A.    -- Senior V.P. of
10   Transportation Services, Senior V.P. of
11   Logistics.  We've got a Senior V.P. of
12   Administration and finance -- or
13   Administration.
14        Q.    Okay.
15        A.    And you've got a CFO.
16        Q.    So you would have been one of
17   the top six --
18        A.    Right.
19        Q.    -- persons in American
20   Commercial Barge Line management?
21        A.    I'd say probably one of the top
22   eight, because we have an international
23   group, and --
24        Q.    And I realize you're trying to
25   be respectful to your peers here, but the
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    bottom line is you would have been at a
2    level that's very high level senior
3    management?
4         A.    Yes.
5         Q.    Okay.  Tell me what you do on a
6    day-to-day basis between February of 2000
7    and the present as Senior Vice President of
8    Logistic Services.
9         A.    Manage the -- the allocation
10   and utilization of our assets, and that's
11   the -- manage the whole movement of our --
12   of our barge fleet and our boat fleet in
13   terms of meeting our customers'
14   requirements.
15        Q.    Okay.  With respect to the
16   policies and procedures that exist at
17   American Commercial Barge Line concerning
18   the circumstances with which your barges are
19   moved by either company-owned boats or
20   third-party boats, you are the top level
21   individual in the company with day-to-day
22   responsibility over that; correct?
23        A.    I have responsibility to
24   allocate barges to meet the customer's
25   demands and to plan the use of power to move

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    the barges from location A to location B.

2        Q.    Right.  And with respect to

3    that responsibility, you are the

4    highest-level person with day-to-day

5    responsibility over the movement of your

6    barges by boats?

7        A.    Of planning the logistics of

8    moving the boats and the barges.

9        Q.    Okay.  Now, I asked you to

10   explain to me what you do on a day-to-day

11   basis and you gave me that very nice and

12   precise response, and I appreciate that.

13   Translate that into an average day for me.

14   I mean how do you do that?

15       A.    Well, I mean I -- maybe starts

16   off with we -- we end up looking -- we look

17   at what our -- our customers' demands are on

18   a rolling five-week basis --

19       Q.    Okay.

20       A.    -- where -- where we -- where

21   we have bookings.  A booking is a -- is a

22   loading, where we have loadings.  And I look

23   to see where our barges are, try to forecast

24   where our equipment is and where it needs to

25   be.  And I have people that do all that, but

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1    provide the supervisory framework for

 2    getting that done.

 3          Q.      Sure.

 4          A.      We try to forecast where our

 5    equipment is and how we need to move the

 6    equipment over this window, five-week --

 7    rolling five-week window to meet our

 8    customers' requirements.  And then once that

 9    is done, then I have people that plan the

10    power in and -- in and out of the hubs like

11    New Orleans, Cairo, or St. Louis, which are

12    kind of hub activities that we have.  I may

13    plan the power for the barges that we have

14    to move.

15          Q.      Okay.

16          A.      And if we're running -- If I'm

17    running short of power, then I go to the

18    outside market to either -- where I can't

19    move the barges I need to move, then we go

20    to the outside market to either charter in

21    power or we farm it out on a millage basis,

22    towage at law, for someone to move the

23    barges from A to B.

24          Q.      Okay.  And let me see if I

25    can't translate that one more step.  And I
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    think I understand what you're saying, but I

2    want to make sure.

3                    You probably have overall -- I

4    don't know whether it's done by computer or

5    what, but -- but you have overall customer

6    needs about "We've got to have this many

7    barges moving in this direction at this

8    time," and you try to identify what those

9    are going to be five weeks out?

10        A.        Try to.

11        Q.        Okay.  And when you talk about

12    "Then we plan the power," what you mean by

13    that is is "We have figured out where all

14    the barges need to go."  Of course, barges

15    don't propel themselves, when you -- so when

16    you say "plan the power," you mean planning

17    tugs to push the barge, towboats.

18        A.        I'm planning -- I'm planning

19    the towboats, how I -- what boats I have

20    going in what direction.

21        Q.        You've got to find the towboats

22    to push the barges?

23        A.        Well, I've -- I've got the

24    towboats; they're constantly turning.  So

25    I'm looking at the timings of when the

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9100

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1  towboats are going to arrive at a hub so I

2  know whether to send them to the Upper Miss.

3  or the Illinois or turn them back south to

4  Cairo.

5       Q.     Okay.  I got you.  But when you

6  phrase "plan the power," that is finding the

7  towboats to push the barges that you need to

8  push?

9       A.     That's correct.

10      Q.     Okay.  I got you.

11  MR. WATTS:

12           Oh.  They're telling me my mic

13  fell down.  Excuse me for a second.

14  MR. GOODIER:

15           They don't work really well on

16  thin shirts.  We found that out this morning

17  with the witness.  It kept falling on the

18  floor.

19  MR. WATTS:

20           Yeah.  I'll put it right above

21  this.  I'm sorry about that.

22  EXAMINATION BY MR. WATTS:

23      Q.     All right.  Now, how do you go

24  about -- Well, let me ask you this.

25           With respect to the overall

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    scope of your authority over the day-to-day

2    activities of the company in terms of

3    finding tugboats to push barges, would you

4    agree that that is your overall number one

5    responsibility?

6        A.    My num -- My number one

7    responsibility is to maximize utilization of

8    the assets.

9        Q.    Okay.  And I didn't ask that

10   question very well.  I guess what I'm saying

11   is with respect to the task of finding

12   tugboats to push the barges that ACBL owns

13   in order to create income, would you agree

14   that you are the person within the company

15   that is the highest level management

16   executive with the scope of that authority

17   over the day-to-day logistical activities of

18   this company?

19       A.    Yes.

20       Q.    Okay.  In terms of the

21   significance of your field of operations in

22   logistics to the overall business of the

23   corporation, what you plan, planning the

24   power to move the assets, is the economic

25   engine of this corporation.  It's the way

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9189

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
1    you make money; correct?
2         A.     Well, you -- you -- you --
3    Yeah.   It's the economic engine, but you've
4    got to have a sales department that's able
5    to sell the freight.
6         Q.     I agree.  But -- But you would
7    agree that the relative significance of your
8    field of operation to the business of the
9    corporation, this is a highly significant
10   field of operations that's got to be done
11   for the business to make the money it needs?
12        A.     It -- It's important as the
13   operations side is important to effectively
14   move -- move the barges en route.
15        Q.     Yeah.   In terms of the way that
16   this company is organized, it is one of the
17   five operational-type divisions of the
18   company; right?
19        A.     It is.
20        Q.     Okay.   The company could not
21   operate at a profit without your field of
22   operations being run properly?
23        A.     It -- It is a critical element
24   of the overall transportation of providing
25   freight transportation.
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1          Q.     And with respect to that

 2     critical element of the overall business of

 3     the company, you are the person within the

 4     company with the highest level executive

 5     position with the management of the

 6     day-to-day operations of that field of the

 7     business?

 8          A.     Of the logistics planning,

 9     that's correct.

10          Q.     Okay.  Do you have the ability

11     to hire and fire other employees of the

12     company?

13          A.     Yes, sir.

14          Q.     Do you have the power to

15     negotiate and enter into contracts on behalf

16     of the country -- the company with respect

17     to putting tugboats with barges?

18          A.     Yes.

19          Q.     Are you the top person within

20     the company that has the day-to-day

21     responsibility for entering into such

22     contracts of matching tugboats with your

23     barges?

24          A.     No.  My CEO would have --

25     certainly would have that authority to do
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    that if he decided he wanted to.

2        Q.    So I guess other than the CEO,

3    it's you.  Would that be fair?

4        A.    Yes.

5        Q.    Very delicately put on the

6    record, by the way.

7        MR. GOODIER:

8            I'm going to send a copy of

9    that to the CEO.

10   EXAMINATION BY MR. WATTS:

11       Q.    What's the boss' name?

12       A.    Hagan.

13       Q.    In entering into contracts with

14   third-party tugboat companies in the process

15   of planning the power to push your assets,

16   do you have the ability to decide what price

17   you will pay for those services?

18       A.    Generally -- The general --

19   general procedure for hiring outside towing

20   is it's based on market rates --

21       Q.    Uh-huh.  Do you have --

22       A.    -- published market rates.

23       Q.    But do you have the ability to

24   decide whether or not you're going to pay

25   that price or not?

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1   history database, logistics, through its

2   dispatchers, effects the eventual payment of

3   Brown Water Marine by going back and, in

4   effect, confirming what should have been

5   there in the first place?

6        A.     That's correct.

7        Q.     I got you.

8               As the Senior Vice President of

9   Logistics, you have a salary plus a

10  contingent bonus plan; is that right?

11       A.     Yes.

12       Q.     Okay.  You have, since February

13  of 2000, served American Commercial Barge

14  Lines full-time as its Senior Vice President

15  of Logistics; correct?

16       A.     Yes.

17       Q.     All right.  Would you agree

18  with me that with respect to issues of

19  logistics and policies and procedures of

20  placing third-party entities, tugboats, with

21  your barges, that you have a number of

22  people under you that help you effect that

23  service of the company?

24       A.     That's correct.

25       Q.     But you require minimal

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1  supervision from other corporate officers to

2  carry out that job of placing third-party

3  tugboats with your barges?

4      A.     Let me correct that.

5             I carry out the task of us

6  offering towing to third-party providers.

7      Q.     Right.

8      A.     I don't place the boats with

9  the barges.

10     Q.     Okay.  Let's see if we can't do

11 this.

12            With respect to the function of

13 putting together the boats and the barges,

14 whether it be with your own boats or with

15 third-party boats, there's nobody in the

16 company that exercises day-to-day

17 supervision over you for that task?

18     A.     That's correct.

19     Q.     Okay.  Would you agree that

20 with respect to the day-to-day decisions

21 that are made concerning logistics and

22 planning the power, as you put it, that you

23 are in near-complete control over that area

24 of American Commercial Barge Line's

25 business?

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1          A.     That -- Concerning how we
 2   effectively use our boats and the boats that
 3   we have fully found, I do.
 4          Q.     Okay.
 5          A.     Those that we contract for
 6   outside towers, no.
 7          Q.     You make the basic business
 8   decisions of putting your boats with your
 9   barges; right?
10          A.     That's correct.
11          Q.     And you make the basic business
12   decisions through the people that work
13   beneath you as to when to allow third-party
14   entities to tow your barges?
15          A.     That's correct.
16          Q.     Okay.  All right.
17   MR. WATTS:
18               Why don't we take a short
19   break?  We've been going for a little bit,
20   and I need to -- the little boys room.
21               Watch your tie, though.
22   THE VIDEOGRAPHER:
23               We're off the record.
24               (Whereupon there was a brief
25   recess at this time.)
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    did you institute any policy that required

2    your dispatchers to secure at least 200

3    horsepower per barge or to get specific

4    permission to deviate from that?

5         A.    No, I did not.

6         Q.    Okay.  Mr. Hoessle was a

7    dispatcher working inside of your logistics

8    department during the entire time between

9    the time that you became Senior Vice

10   President of Logistics and the date of this

11   incident; correct?

12        A.    That's correct.

13        Q.    At any time did you, as Senior

14   Vice President of Logistics, either orally

15   or in writing, dictate to your dispatchers

16   that in planning the power they should

17   secure at least 200 horsepower per barge

18   being pushed along the Intracoastal Canal?

19        A.    No, we did not.

20        Q.    Okay.  Did you create any

21   policies and procedures with respect to

22   planning the power that relate to the issue

23   of horsepower?

24        A.    No.

25        Q.    If we were to search all of the

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    range.  The rest of them are all in the --

2    that operates the canal.  The rest are in

3    the twelve -- twelve hundred to thirteen

4    fifty to eighteen hundred horsepower range.

5    So horsepower is kind of a moot issue.  It's

6    something that -- that you don't even think

7    about.

8        Q.     Okay.  Well, let's get back to

9    with whom the buck stops on this horsepower

10   issue.  Is it you or is it Farley?

11       A.     For the people who decide it's

12   a policy regarding that in -- for internal

13   boats, it's with our transportation service

14   group.

15       Q.     And who heads that group?

16       A.     Mr. Farley.

17       Q.     How long has he had -- How long

18   has he headed Transportation Services

19   department?

20       A.     Since July of '02.

21       Q.     And who headed it before --

22   THE COURT REPORTER:

23           I'm sorry.  Say it again.

24   EXAMINATION BY MR. WATTS:

25       Q.     Who headed --

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1              Okay.  When did he retire?

2       A.       He retired in June of '02.

3       Q.       And do you recall reading in

4    Mr. Brinkop's deposition that he thought

5    such a decision would lie with you and

6    logistics?

7       A.       I don't recall that.

8       Q.       Okay.  To the extent that he

9    made that inference -- And I'm not saying

10   that he did it on purpose or anything, but

11   to the extent that he might have made such

12   an inference, your testimony is is that he

13   is factually incorrect in that regard?

14      A.       Right.  Yeah.  He could have

15   been confused by the question.

16      Q.       That's fair enough.  Okay.

17              So now that we are in

18   Louisville and talking to the Senior Vice

19   President of Logistics, the Senior Vice

20   President of Logistics is telling us that a

21   decision with respect to horsepower-to-barge

22   allocation is properly made by the Senior

23   Vice President of Transportation Services,

24   who at the time would be Mr. Khouri?

25      A.       That's correct.

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
1          Q.      Okay.  Fair enough.

2                  Do you have, as Vice

3   President -- or as Senior Vice President of

4   Logistics Services, do you have the

5   authority to decide with whom American

6   Commercial Barge lines chooses to do

7   business from the standpoint of planning

8   your power?

9          A.      Do you -- Do you mean do -- do

10  I -- do I have the authority to determine

11  who we're going to use?

12         Q.      And who you're not going to

13  use.

14         A.      Use.  Yes, sir.

15         Q.      Okay.  Are you familiar with

16  the Responsible Carrier Program?

17         A.      Yes, sir.

18         Q.      Explain for the record what it

19  is and why it exists.

20         A.      Your question, sir?

21         Q.      What is the Responsible Carrier

22  Program and why does it exist?

23         A.      The Responsible Carrier Program

24  is -- is a -- is a kind of a policy and

25  procedure or a prescription, so to speak, as
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    EXAMINATION BY MR. WATTS:

2         Q.    And is that the incident where

3    a barge hit a bridge and derailed an Amtrak

4    train, resulting in the deaths of 47 people?

5         A.    That's my understanding, yes.

6         Q.    Was that incident the catalyst

7    for the American Waterway Operators creating

8    the Responsible Carrier Program?

9         A.    Yes.

10        Q.    Was the idea behind the

11   Responsible Carrier Program to implement

12   policies and procedures and safeguards in an

13   effort to minimize the potentiality of

14   people driving barges into bridges and other

15   people getting killed?

16        A.    No, I would not say it was

17   that -- that specific.  It was -- It was

18   designed to -- to -- to provide a framework

19   for -- for people to implement management

20   practices and safety and procedures --

21        Q.    What's the goal of all that?

22        A.    -- to -- so as to eliminate or

23   possibly prevent those kinds of accidents.

24        Q.    The kind of accident that

25   people driving over a causeway that suddenly

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    does not exist because a barge just hit it

2    and fall to their death, that's the kind of

3    thing that the Responsible Carrier Program

4    is designed to try to minimize?

5         A.      That's the kind of -- that was

6    the concept, to try to prevent that.

7         Q.      Yes.

8         A.      But I'd also point out to you

9    that the fact that someone is an --

10   RCP-certified is -- is no guarantee that

11   that's going to eliminate human -- human

12   error or poor judgment.

13        Q.      Sure.

14                RCP certification is the

15   industry's effort to attempt to minimize the

16   possibility of incidents that kill people;

17   right?

18        A.      It's an attempt by the industry

19   to -- to improve overall safety awareness

20   and -- and try to implement best practices.

21        Q.      Which will result, hopefully,

22   in minimizing the potentiality of people

23   needlessly dying as they cross waterways?

24        MR. PIERSON:

25                Objection.  That's

1    equipment, because I have accidents.

2         Q.    I see.

3               Well, with all due respect to

4    that example, sir, is it the position of

5    Norb Whitlock, the Senior Vice President of

6    Logistics for American Commercial Barge

7    Lines, that the RCP program's just a bunch

8    of bunk?

9         A.    No.   I think the RCP is -- is

10   sound -- sound practice, sound business

11   practices.

12        Q.    Why is it sound business

13   practices?

14        A.    Because I think it's -- it lays

15   out in a very systematic way the things

16   that -- that -- that companies ought to be

17   doing, should do.

18        Q.    Do you agree that the RCP

19   practices are the -- the things that good,

20   safety-conscious waterway operators ought to

21   be doing?

22        A.    Yes, because I've made it a

23   practice of trying to encourage people who

24   are not members of AWO to become members of

25   AWO and -- and become a part of the RCP

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    program.

2         Q.    Okay.  And do you think --

3         A.    And if didn't believe that, I

4    wouldn't be asking them to.

5         Q.    Okay.  So you think it is an

6    advantageous thing from the standpoint of

7    safety to encourage other companies to

8    become not only members of the AWO, but to

9    be RCP-compliant?

10        A.    Yes.

11        Q.    How do you try to encourage

12   other companies to become responsible

13   carriers and part of the Responsible Carrier

14   Program compliance?

15        A.    Meeting with them and asking

16   them to become members of AWO.

17        Q.    Did you meet with and ask Brown

18   Water Marine to do so?

19        A.    I did not personally, but I

20   know we have asked Brown Water on at least

21   a -- one occasion I know of, maybe two, to

22   become members of AWO.

23        Q.    Did you ask them on one

24   occasion, maybe two, prior to this tragic

25   incident at the Queen Isabella Causeway to

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper

Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1          Q.     And if you had chosen to

2    institute a policy -- Strike that question.

3               If you had chosen to do so, it

4    was within your authority to institute a

5    policy that ACBL, in this effort to

6    encourage other companies to become

7    RCP-compliant, you could have decided to

8    refuse to do business with noncompliant,

9    non-Responsible Carrier Program companies

10   like Brown Water Marine; correct?

11         A.     Yes, I could have.

12         Q.     Okay.  Now, Mr. Whitlock, who

13   was it that decided to perform audits on

14   Brown Water Marine prior to the Queen

15   Isabella Causeway collapse incident?

16         A.     I think I may have raised the

17   question about should we do an audit of

18   Brown Water.

19         Q.     In response to what incident

20   did you raise the question as to whether we

21   should do an audit of Brown Water?

22         A.     I think it had to do with a

23   grounding incident that occurred in

24   Matagorda Bay, and --

25         Q.     In March of 2001?

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1            A.      I think -- I'm not sure.  It
 2    was a grounding incident in Matagorda Bay is
 3    all I remember.
 4            Q.      Okay.
 5            A.      And the reason I was concerned
 6    about it is because a lot of our customers
 7    want to know when we ground with a barge and
 8    have product in it.  And the reason for
 9    the -- raising the question is we were not
10    notified at the time that it -- that it
11    happened, and our customers want us to
12    notify them on their -- you know,
13    particularly liquid customers, on their
14    hotline whenever there's that kind of
15    incident that happens.
16            Q.      So the genesis of the audit
17    that you ordered to be done of Brown Water
18    Marine was a grounding incident that was
19    not -- or about which you did not get
20    notification?
21            A.      That's correct.
22            Q.      Okay.  So you said, "Well, why
23    don't we do an audit of them"?
24            A.      Right.
25            Q.      And what was the purpose of
```

1    doing the audit?

2         A.    Was to see if they have

3    policies and procedures in place to deal

4    with notification.

5         Q.    Okay.  And in the course of

6    that audit, did you ask the auditor to see

7    whether they have policies and procedures in

8    place to see whether they would meet the

9    minimum requirements of the Responsible

10   Carrier Program?

11        A.    We asked the third-party

12   auditor to -- to go do an audit.  It was no

13   more prescriptive than that.

14        Q.    Okay.  But the fact of the

15   matter is is after that audit, you learned

16   that Brown Water Marine was not

17   RCP-compliant?

18        A.    No.  I learned that Brown Water

19   Marine was not RCP-certified.

20        Q.    Okay.  In the audit?

21        A.    And I learned that -- that

22   Brown Water Marine, based on the history of

23   our knowledge that we've been using them

24   for, you know, approximately ten years with

25   no real problems, and that the audit

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
1          A.     Approximately -- Counting

2    shipyard vessel personnel, maybe 3,000.

3          Q.     All right, sir.

4                 Is there one person of the

5    3,000-plus employees of ACBL that has the

6    duty and responsibility to make sure that

7    the third-party towboat carriers that

8    you-all hire to safely tow your barges are,

9    in fact, obeying the Coast Guard regulations

10   regarding barge towing?

11         A.     No.  We have no one designated

12   with that responsibility.  That's the third

13   party tower's responsibility.

14         Q.     Does ACB have -- ACBL have an

15   employee that is charged with the duty and

16   responsibility of making sure that the

17   third-party carriers that you hire to safely

18   transport your barges are obeying and

19   abiding by the AWO RCP guidelines?

20         A.     No.  We do not have any one

21   individual designated with that

22   responsibility, because the AWO is

23   voluntary, membership in the AWO, and it's

24   voluntary as whether people want to

25   participate or not participate in AWO.
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762