1        Q.    But irregardless whether it's

2   voluntary or not, you -- When I say "you," I

3   mean ACBL -- you're not aware of your having

4   anyone designated as your employee to make

5   sure and determine whether or not any

6   third-party carriers are, in fact, abiding

7   by the ACB -- AWO RCP guidelines; is that

8   correct?

9        A.    Right.

10       Q.    Mr. Whitlock, let me ask you

11   this.

12            Have you ever asked anyone at

13   ACBL to check on the safety record of a

14   third-party carrier that you hired to tow

15   your barges?

16       A.    I'm not aware of us asking

17   anybody to check on safety records of

18   anybody we hire as a third-party provider.

19       Q.    In other words, you don't --

20   you don't ask one of your 3,000 employees to

21   do that, and you don't ask an outside

22   independent non-ACBL employee to do that; is

23   that correct?

24       A.    No, because the people we use

25   for third-party towing are people that have

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1   done business with us for numbers of years.

2   They have demonstrated the ability to move

3   our equipment without incident.  So I have

4   no reason to ask somebody to go check for a

5   third party -- have a third party checked,

6   some Coast Guard record.

7        Q.      Does it matter to you how many

8   times a third-party carrier has been cited

9   by the Coast Guard for violations of Coast

10  Guard regulations?  Does that matter to you?

11       A.      It -- It depends.  I've been

12  cited numerous times ourself for violation

13  of certain Coast Guard regulations.

14       Q:      And in trying to determine for

15  ACBL which third-party carrier you're going

16  to hire and pay to safely transport your

17  barges, does it matter to you whether or not

18  you know how many times that third-party

19  carrier has been cited by the Coast Guard

20  for violating its rules and regulations?

21       A.      I would have no reason to know.

22  And as I reiterated earlier, they have

23  provided good service to us over the years,

24  with no reason for us to have a concern.

25       MR. MEDRANO:

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1              I'm going to object to the
 2     non-responsiveness of the question.
 3     EXAMINATION BY MR. MEDRANO:
 4          Q.    I'll ask the question again,
 5     sir.
 6              Does it matter to you -- In
 7     determining which third-party carrier you're
 8     going to hire to safely transport your
 9     barges, does it matter to you how many times
10     that carrier has been cited for violations
11     of the Coast Guard regulations by the Coast
12     Guard?  Yes or no?
13          A.    I don't look at -- I don't look
14     at that.
15          Q.    So it does not matter to you?
16          A.    I don't look for that kind of
17     information.  I base my decision whether I'm
18     going to use that individual based on the
19     level of service they've been providing to
20     us.
21          Q.    Well, let me ask you this.
22              Are you telling the jury that
23     really your -- your only concern is how well
24     the third-party carrier is performing
25     concerning pushing your barges; is that
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper

Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    right?

2         A.    That's the only basis I have to

3    make a decision as to whether to use them or

4    not use them.

5         Q.    What if the same carrier has

6    had numerous violations, serious violations,

7    pushing other people's barges that have

8    resulted in accidents?  Does that matter?

9    Is that something you would want to know

10   about?

11        A.    I'm not aware of that carrier

12   having those kinds of -- those kinds of

13   issues, or any carrier.

14        MR. MEDRANO:

15             I'm going to object to the

16   non-responsiveness of the answer.

17   EXAMINATION BY MR. MEDRANO:

18        Q.    I'm going to ask my question

19   again.

20             Mr. Whitlock, if a -- if that

21   same third-party carrier that -- that's

22   doing a good job for you has, in fact, been

23   involved in numerous accidents and Coast

24   Guard violations when pushing someone else's

25   barges, my question to you is:  Is that

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    something you would want to go ahead and

2    know about in determining whether or not you

3    want to continue your business operations

4    with that third-party carrier?

5         A.    If I were doing business with a

6    third-party provider and I was aware that

7    individual was having accidents, then I

8    would -- I would take a serious look at that

9    company.

10        Q.    And so what, if anything, do

11   you do to try to find out if, in fact, that

12   third-party carrier has, in fact, had

13   serious safety problems when pushing other

14   people's barges?

15        A.    I'd rely on what's available to

16   the -- in the media, what -- what I see,

17   what -- what instances I hear about

18   throughout the river system.

19        Q.    So you do not ask any ACBL

20   employee to make that inquiry; is that

21   correct?

22        A.    No.

23        Q.    And you do not ask any non-ACBL

24   employee or auditor that you hire on the

25   outside to make that inquiry and let you

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    know; is that correct?

2            A.       That's correct.

3            Q.       Why?

4            A.       We have -- We've had no reason

5    to do that.

6            Q.       Do you know how many and what

7    type of Coast Guard violations Brown Water

8    had been cited for prior to September 15th,

9    2001?

10           A.       I have no idea.

11           Q.       Do you have any ACBL employees

12   that conduct audits of your own towboats?

13           A.       Our operations group in the

14   transportation service department conducts

15   internal audits.  They do internal safety

16   audits.

17           Q.       Of your own towboats?

18           A.       Yes.

19           Q.       All right.  Do you also ask

20   them to do audits of third-party towboats

21   that you hire to push your barges?

22           A.       No.

23           Q.       Why not?

24           A.       That's the responsibility of

25   the third-party provider, to operate his

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    boats in a safe manner.

2         Q.        Well, isn't it true that you

3    hire outside auditors to go and do audits

4    for you at your request of third-party

5    carriers that you hire to tow your barges?

6         A.        We hire the third-party auditor

7    to go do an assessment of the -- as to how

8    that company performed in relation to the

9    RCP program.

10        Q.        Did you ask -- Who was that?

11        A.        That was Mr. Timberlake.

12        Q.        So -- Just so I understand,

13   you're telling us that you asked

14   Mr. Timberlake to go perform an RCP audit of

15   Brown Water; is that correct?

16        A.        We asked Mr. Timberlake to

17   perform an audit.

18        Q.        What kind of an audit?

19        A.        Just a -- just an audit.  I

20   assume that he used the RCP guidelines.  We

21   did not ask him to do an RCP audit.

22        Q.        Does Mr. -- Does Mr. Timberlake

23   have marine work experience?

24        A.        Yes, sir.

25        Q.        He has worked on -- on tugs and

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    on towboats?

2         A.    He's worked in the office as a

3    marine superintendent managing the operation

4    of boats and barges.

5         Q.    Would it surprise you that

6    Mr. Timberlake does not have the competency

7    to go ahead and determine whether or not the

8    engines on board a towboat are, in fact,

9    being maintained correctly or not?

10        A.    I would -- I would say

11   Mr. Timberlake probably does not possess

12   that skill to know whether the engines are

13   being maintained.

14        Q.    Did you know that

15   Mr. Timberlake does not even -- has not

16   ever -- ever gone ahead and even tried to

17   verify the horsepower that supposedly these

18   engines have on these towboats that you ask

19   him to go and audit?

20        A.    I wouldn't know whether he did

21   or he didn't.

22        Q.    But you're the person that

23   hires him; right?

24        A.    I -- I don't -- I don't recall

25   the RCP program being that prescriptive,

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1    that someone verifies the horsepower of --
 2    of the engines that's on board a towboat.
 3          Q.    All right, sir.  Let me ask you
 4    this.
 5                Who at ACBL made the decision
 6    to hire Mr. Timberlake to go do this, quote,
 7    unquote, "audit" of Brown Water?
 8          A.    Mr. Kazunas.
 9          Q.    All right.  And what were the
10    instructions -- Scratch that.
11                What was the information that
12    ACBL was looking to gather through
13    Mr. Timberlake concerning Brown Water that
14    caused you to request him to go out there?
15          A.    What we were looking for is do
16    they have an incident notification process
17    to where when they have an incident, like
18    the grounding had in Matagorda Bay, what is
19    the process for communicating that
20    information back to us when it involves one
21    of our barges.
22          Q.    All right, sir.  Thank you for
23    that answer.  It was very clear.  I
24    understand it very well.  Let me ask you
25    this.
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1      Q.      Yes, sir.  Would you say that

2   the engines are certainly one of -- one of

3   the most important pieces of equipment?

4      A.      The engines are an important

5   piece of the powertrain, but there's more to

6   the powertrain than just the engine.

7      Q.      And if you are trying to

8   determine if a third-party carrier has the

9   ability -- has the ability to safely move

10  your barges through certain waterways, would

11  it not be fair that you would want to go

12  ahead and make sure that that third-party

13  carrier is maintaining and operating his

14  engines correctly?

15     A.      No.

16     Q.      You don't care about that?

17     A.      That's his responsibility as a

18  third-party carrier.

19     Q.      Well, but you just told us that

20  you have the authority to determine which

21  third-party carriers you're going to hire

22  and rely on to safely, quote, unquote,

23  "safely" tow your barges through the

24  waterways; is that correct?

25     A.      (Witness nods head

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    affirmatively.)

2         Q.      You have to say "yes" or "no."

3         A.      Yes.

4         Q.      All right, sir.  And,

5    therefore, in making that determination, are

6    you telling this jury that it does not

7    matter to you enough to make an inquiry and

8    determine whether or not that third-party

9    carrier correctly maintains and operates his

10   engines?

11        MR. GOODIER:

12             I have an objection to the

13   argumentative statement made in that

14   question and ask you not to make those kind

15   of statement questions, argumentative-type,

16   again.

17   EXAMINATION BY MR. MEDRANO:

18        Q.      Please answer.

19        A.      Yeah.  My -- My response to

20   that is the -- the third-party carrier has

21   responsibility to maintain their engines.

22        Q.      What responsibility do you have

23   to make sure that they're correctly

24   maintaining and operating their engines when

25   they're -- when they're pushing your barges?

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

127

```
 1              A.       I don't have any responsibility

 2       for -- for their maintaining of their

 3       engines.  I have responsibility for

 4       maintaining our engines, ACBL engines, but

 5       not third-party towers.

 6              Q.       Do you have any responsibility

 7       to your company and to your clients to make

 8       sure that the third-party carriers that you

 9       hire have the capacity through their engines

10       to safely push your barges?

11              A.       That's the third-party

12       carrier's responsibility, not my

13       responsibility.

14              Q.       I understand that you are going

15       to ask the third-party carrier to safely

16       push your barge.  I understand that.  My

17       question to you is this.

18              Do you have any responsibility

19       to your own company and to your customers to

20       make sure that the third-party carrier you

21       hire to push your barge has the capacity

22       vis-a-vis engine power to safely push your

23       barge?

24              A.       No.  I'm contracting out my

25       towing to a third-party carrier at law, and
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

**Gaudet, Kaiser & Pepper**
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1  it's the responsibility of that third-party

2  carrier to operate and maintain his boat in

3  a safe manner.

4       MR. GOODIER:

5            Tape time.

6       THE VIDEOGRAPHER:

7            We're off the record.

8            (Whereupon a brief recess was

9  taken at this time.)

10      THE VIDEOGRAPHER:

11           Yeah.  Hang on.

12           We're back on the record,

13  beginning tape 2.

14  EXAMINATION BY MR. MEDRANO:

15      Q.    Mr. Whitlock, a few more

16  questions, sir.

17           Have you yourself ever worked

18  on a barge or on a towboat?

19      A.    No.

20      Q.    Have you had any training as to

21  what are the federal Coast Guard rules and

22  regulations regarding barge traffic on

23  inland waterways?

24      A.    Rephrase that question.  I

25  didn't hear it.

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

130

1    and I think it's 1,100 and some feet in

2    length.  I'm not certain about the number;

3    eleven fifty, eleven eighty, somewhere in

4    that range, I think.

5         Q.    All right, sir.

6         A.    I'm not positive, but I think

7    that's about what it is.

8         Q.    Have you ever requested

9    information from other companies such as

10   ACBL concerning getting information from

11   them as to their experience or problems

12   they've had with third-party carriers

13   pushing their barges?

14        A.    No.

15        Q.    Sir, are you aware that a --

16   a carrier, towboat company, can receive and

17   have in its possession a certification as a

18   responsible carrier under the AWO RCP

19   program and yet not be in compliance with

20   Coast Guard rules and regulations concerning

21   towing of barges?

22        A.    I would say that -- that, in

23   the early days of RCP, was -- was -- was

24   possible.

25        Q.    And when you say "the early

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

141

```
 1    is, and that's about it.
 2         MR. PIERSON:
 3              I know that the Eleventh
 4    Circuit doesn't recognize the Eleventh
 5    Amendment argument.
 6         MR. FRANZ:
 7              All right.  Let's go, buddy.
 8         MR. WATTS:
 9              I know you've got two
10    questions, and then he's done.  Let's go.
11         MR. GILBERT:
12              Let's go.
13    EXAMINATION BY MR. GILBERT:
14         Q.    Sir, my name is Jack Gilbert.
15    I'm an Assistant Attorney General for the
16    State of Texas and represent the State of
17    Texas in this case.
18              I have five areas of questions,
19    but hopefully we'll do it within five
20    minutes.  We'll see.
21              First of all, how many barges
22    and tugs does ACBL own and operate?  Do you
23    know?
24         A.    We own probably somewhere in
25    the range of a hundred and fifty,
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
1    thereabouts.
2         Q.     Tugs?
3         A.     Tugs and towboats.
4         Q.     Okay.  How about barges?
5         A.     We own in excess of 5,000
6    barges, some of which are in South America.
7         Q.     Okay.  I've seen something on
8    your website that indicates that ACBL is the
9    largest North American mover of goods via
10   barges and tugs.
11              Is that a correct statement?
12        A.     That's probably a correct
13   statement.  We are the largest barge line.
14   We probably move more -- more ton/miles than
15   anybody.  We may not move more tons, but we
16   move more ton/miles --
17        Q.     Okay.
18        A.     -- than anybody else.
19        Q.     It's under your department that
20   you make the decisions of where to assign
21   tugs to operate; is that true?
22        A.     Yes.  (Witness nods head
23   affirmatively.)
24        Q.     And do tugs have a certain
25   operational area that they operate within?
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1   the Waterway, because our density is -- is

2   not very heavy.

3        Q.     Okay.  Do you rely on third

4   parties more in that area of the

5   Intracoastal Waterway than you do elsewhere?

6        A.     Yes.  Principally, we rely on

7   third parties there.  We do have some boats

8   that go there on occasion.

9        Q.     Okay.

10        A.     Like most of the -- Most of the

11   ends of the system, we rely on third party

12   where we don't have the density.

13        Q.     Okay.  If you wanted to,

14   though, you could assign another tugboat to

15   operate down in the Brownsville area.  You

16   could buy another tug and send it down there

17   and dictate it's operating that area, if you

18   chose to do so?

19        A.     If I chose to, but it wouldn't

20   make -- it wouldn't make good business sense

21   for me to do that.

22        Q.     So it's a reason of economics

23   that you choose to rely on third parties in

24   that area; is that correct?

25        A.     That's correct, because I don't

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1   have the density to keep my boats full going

2   to Brownsville.

3          Q.     Okay.  Have you ever served

4   as -- on any -- I don't know how to call

5   it -- officer's capacity or anything in the

6   AWO?

7          A.     I'm on the board of -- board of

8   directors of AWO currently.

9          Q.     And are you intending on

10  planning -- or are you planning on attending

11  the fall convention of AWO I think that's

12  coming up in September?

13         A.     I have it on my calendar, but I

14  also have a board meeting scheduled about

15  that time, and so I'm --

16         Q.     Okay.

17         A.     I'm trying to juggle to see

18  what my requirements are going to be at the

19  board meeting as to whether -- before I

20  commit to whether I'm going to the AWO

21  meeting or not.

22         MR. GOODIER:

23             By "board meeting," you mean

24  ACBL?

25         THE WITNESS:

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1

2
## REPORTER'S CERTIFICATE

3

4

5       I, **M. H. GAUDET, JR., CCR, RPR,**

6   **RMR**, Certified Court Reporter, State of

7   Louisiana, do hereby certify that the

8   above-mentioned witness, after having been

9   first duly sworn by me to testify to the

10  truth, did testify as hereinabove set forth;

11       That the testimony was reported by

12  me in shorthand and transcribed under my

13  personal direction and supervision, and is

14  a true and correct transcript, to the best

15  of my ability and understanding;

16       That I am not of counsel, not

17  related to counsel or the parties hereto,

18  and not in any way interested in the

19  outcome of this matter.

20

21

22

23
_____

24  **M. H. GAUDET, JR., CCR, RPR, RMR**
    Certified Court Reporter
    State of Louisiana

25