1            UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF TEXAS
2                BROWNSVILLE DIVISION

3

4

5    IN RE THE COMPLAINT AND      * CIVIL ACTION
     PETITION OF BROWN WATER      *
6    TOWING I, INC., AS OWNER,    * NO. B-01-157
     AND BROWN WATER MARINE       *
7    SERVICE INC., AS BAREBOAT    * c/w
     CHARTERERS, OF THE BROWN     *
8    WATER V, ITS ENGINES, TACKLE, * CIVIL ACTION
     ETC., IN A CAUSE OF          *
9    EXONERATION FROM OR          * NO. B-02-004
     LIMITATION OF LIABILITY      *
10                                *
     IN THE MATTER OF AMERICAN    * Admiralty
11   COMMERCIAL LINES AS OWNER    *
     AND AMERICAN COMMERCIAL BARGE *
12   LINE LLC AS CHARTERER OF THE *
     BARGES NM-315, VLB-9182,     *
13   ACL-9993B, VLB-9173, PRAYING *
     FOR EXONERATION FOR AND/OR   *
14   LIMITATION OF LIABILITY      *
                                  *
15   *   *   *   *   *   *   *   *   *   *   *

16

17                              COPY

18

19          Transcript of the videotaped
     deposition of **JAMES FRANKLIN FARLEY**, 8904
20   Lippincott Street, Louisville, Kentucky
     40222, taken in the offices of Boehl,
21   Stopher & Graves, Suite 2300, Aegon Center,
     400 North Market Street, Louisville,
22   Kentucky 40202, on Thursday, the 29th day of
     August, 2002.

23

24

25

15

1    **APPEARANCES:**

2

3         WATTS & HEARD
          (By:  Ray R. Marchan, Esquire)
4         1926 East Elizabeth Street
          Brownsville, Texas   78520-4933
5             (Attorneys for Brigete Goza,
              Gustavo Morales, Jacqueline
6             Paddock, and Lydia Zamora)

7

8         LAW OFFICES OF HERIBERTO MEDRANO
          (By:  Heriberto "Eddie" Medrano,
9                     Esquire)
          1101 West Tyler Street
10        Harlingen, Texas   78550
              (Attorneys for the Harris
11            Claimants)

12

13        SCHIRRMEISTER AJAMIE
          (By:  S. Mark Strawn, Esquire)
14        Suite 2150
          Pennzoil Place - South Tower
15        711 Louisiana
          Houston, Texas   77002
16            (Attorneys for the Estate of
              Julio Morales, et al)

17

18

19        GAUNTT & KRUPPSTADT
          (By:  J. Chad Gauntt, Esquire)
          Suite C
20        9004 Forest Crossing Drive
          The Woodlands, Texas   77381
21
                    - and -
22
          THE LAW OFFICE OF JOHN DAVID FRANZ
23        (By:  John David Franz, Esquire)
          400 North McColl
24        McAllen, Texas   78501
              (Attorneys for the Estate of
25            Stvan Rivas, et al)

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1   **<u>APPEARANCES</u>** (<u>continued</u>):

2

3

4   KITTLEMAN, THOMAS, RAMIREZ
    & GONZALES
    (By:  Andres H. Gonzalez, Jr.,
5             Esquire)
    4900-B North 10th Street
6   Post Office Box 1416
    McAllen, Texas  78505
7       (Attorneys for the Mata
          Claimants)
8

9

10  WILLIAMS BAILEY
    (By:  Candice McNabb, Esquire)
11  Suite 600
    8441 Gulf Freeway
12  Houston, Texas  77017-5001
        (Attorneys for Hector Martinez,
13        Sr.)

14

15

16  LAW OFFICES OF McMANUS & CRANE
    (By:  William Q. McManus, Esquire)
17  209 West Juan Linn
    Post Office Box 2206
18  Victoria, Texas 77902-2206
        (Attorneys for Robin Faye
19        Leavell, et al)

20

21  ROYSTON, RAYZOR, VICKERY & WILLIAMS
    (By:  Will W. Pierson, Esquire)
22  1700 Wilson Plaza West
    606 North Carancahua
23  Corpus Christi, Texas 78476
        (Attorneys for Petitioners,
24        Brown Water Marine Service,
          Inc., et al)
25

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

**Gaudet, Kaiser & Pepper**
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1   **APPEARANCES (continued):**

2

3

4   JONES, WALKER, WAECHTER, POITEVENT,
    CARRERE & DENEGRE

5   (By:  Glenn G. Goodier, Esquire)
    52nd Floor
    Bank One Center

6   201 St. Charles Avenue
    New Orleans, Louisiana   70170

7                   - and -

8

9   BURT BARR & ASSOCIATES
    (By:  John Holman Barr, Esquire)
    304 South Record Street

10  Dallas, Texas   75202
          (Attorneys for American

11         Commercial Lines LLC and
           American Commercial Barge Line

12         LLC)

13

14

15  ADAMS AND REESE
    (By:  Edwin C. Laizer, Esquire)
    Suite 4500

16  One Shell Square
    New Orleans, Louisiana   70139

17                  - and -

18

19  OFFICE OF THE ATTORNEY GENERAL
    TRANSPORTATION DIVISION
    (By:  Jack F. Gilbert, Esquire)

20  Post Office Box 12548
    Austin, Texas   78711-2548

21         (Attorneys for the State of
           Texas)

22

23

24  .

25

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    **VIDEOGRAPHER:**

2

3

4          Michael Gilmore
           United Video Production Company
           Suite 205
5          418 Peoples Street
           Corpus Christi, Texas 78401

6

7

8    **REPORTED BY:**

9

10

11         **M. H. GAUDET, JR., CCR, RPR, RMR**
           Certified Court Reporter
12         State of Louisiana

13

14

15

16

17

18              *       *       *       *       *

19

20

21

22

23

24

25

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1

## EXAMINATION INDEX

2

3                                               Page No.

4

5   By Mr. Medrano                                10

6
            Re-examination                        183
7

8
    By Mr. Marchan                                106
9

10
    By Mr. Strawn                                 132
11

12
    By Mr. Gilbert                                150
13

14
    By Mr. Pierson                                166
15

16
                        EXHIBITS
17

18
    Exhibit 20                                    155
19

20  Exhibit 21                                    158

21
    Exhibit 22                                    159
22

23  Exhibit 23                                    160

24

25              *       *       *       *       *

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1

# DESCRIPTIVE EXHIBIT INDEX

2

3

4

5  **Exhibit 20** - Convention registration form
for the American Waterway Operators
convention to be held on 9/8/02
6  NO BATES NUMBER

7

8  **Exhibit 21** - ACBL - "About Us" page from
the American Commercial Barge Line LLC
9  website, hard copy
NO BATES NUMBER

10

11

12  **Exhibit 22** - "Dispatch and Planning" page
from the American Commercial Barge Line LLC
website, hard copy
13  NO BATES NUMBER

14

15  **Exhibit 23** - "FAQ" page from the American
Commercial Barge Line LLC website, hard copy
16  NO BATES NUMBER

17

18

19

20

21          *       *       *       *       *

22

23

24

25

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

# S T I P U L A T I O N

3    It is stipulated and agreed by and

4  among counsel for the parties hereto that

5  the deposition of the aforementioned witness

6  is hereby being taken for all purposes

7  allowed under the Federal Rules of Civil

8  Procedure, in accordance with law, pursuant

9  to notice;

10    That the formalities of filing,

11  sealing, and certification are specifically

12  waived;

13    That the formalities of reading and

14  signing are specifically not waived;

15    That all objections, save those as

16  to the form of the question and the

17  responsiveness of the answer, are hereby

18  reserved until such time as this deposition,

19  or any part thereof, may be used or sought

20  to be used in evidence.

22    **M. H. GAUDET, JR., CCR, RPR, RMR**,

23  Certified Court Reporter in and for

24  the State of Louisiana, officiated in

25  administering the oath to the witness.

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1          A.      You get to play more golf.

 2          MR. GOODIER:

 3              With Captain Ivey.

 4     EXAMINATION BY MR. MEDRANO:

 5          Q.      All right, sir.  And so what

 6     was your title then?

 7          A.      It was Vice President, Liquid

 8     Sales.

 9          Q.      And how long did you have that

10     position?

11          A.      Till March of 2000.

12          Q.      And then where did you go?

13          A.      I was made Senior Vice

14     President, Marketing Services.

15          Q.      And is that the position that

16     you hold today?

17          A.      No, sir, it's not.

18          Q.      Okay.  When did you leave as

19     Senior Vice President of Marketing Services?

20          A.      July 1st of this year.

21          Q.      What is your position now?

22          A.      Senior Vice President,

23     Transportation Services.

24          Q.      So you took over Mr. Khouri's

25     job?
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1          A.      I did.

2          Q.      And that was March of -- July

3     of this year?

4          A.      Yes, sir.

5          Q.      So now safety policy and

6     procedures is an area that you supervise?

7          A.      That's correct.  (Witness nods

8     head affirmatively.)

9          Q.      All right.  Let's go back to

10    your position as the Vice President of

11    Distributions.

12              Other than the dispatchers that

13    you had under you, who else did you

14    supervise?

15         A.      That was -- That was all --

16    There were some communications people,

17    people that answer phones and send messages,

18    communications, and that was it.

19         Q.      Approximately how many

20    dispatchers did y'all have during the time

21    that you were V.P. of Distributions?

22         A.      Roughly 22, 23.  That includes

23    a level of expertise which we also call the

24    planner, which has a broader geographic

25    reach of responsibility.

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1                    "Hoessle."

 2          MR. MEDRANO:

 3               I apologize to Mr. Hoessle.

 4          MR. GOODIER:

 5               I've called him that many times

 6   myself, so --

 7          MR. MEDRANO:

 8               I've massacred his name.

 9          THE WITNESS:

10               Let's call him Denny.

11   EXAMINATION BY MR. MEDRANO:

12          Q.   There you go.

13               Denny's gone ahead and told us

14   before that it's company policy whenever

15   possible to have ACBL tugboats move ACBL

16   barges.

17               Is that correct?

18          A.   That's correct.

19          Q.   And in the Gulf Coast area of

20   operations, you-all did have and do have

21   ACBL barges available for y'all to use --

22   I'm sorry -- ACBL tugboats to move your

23   barges down in that area; is that correct?

24          A.   In the West Canal?

25          Q.   Yes, sir.
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1              A.     Yes.

 2              Q.     All right, sir.  And I think he

 3    also told us that the lowest horsepower that

 4    ACBL tugs have in that area is a thousand

 5    horsepower.

 6                     Is that correct?

 7              A.     That's correct.

 8                     Hey, if I might amend that --

 9              Q.     Sure.

10              A.     -- ACBL has owned

11    smaller-horsepower tugs for use in the

12    Houston harbor --

13              Q.     Yes, sir.

14              A.     -- for switches within the

15    harbor.

16              Q.     Yes, sir.

17                     But for purposes of pushing or

18    pulling barges up and down the --

19                     You call it the Western Canal,

20    the Intracoastal Waterway?

21              A.     The West Canal, yes.

22              Q.     Yes, sir.

23                     Y'all used tugs with no less

24    than a thousand horsepower; is that correct?

25              A.     To the best of my recollection,
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1              After 1998?

 2        A.    No.   I'm sorry.   After -- I

 3   became Vice President of Distribution

 4   Services in 1993.   So my knowledge of Brown

 5   Water would have been after that period of

 6   time.

 7        Q.    All right, sir.   Are you

 8   familiar or do you know whether there are

 9   third-party tugboat companies ACBL hired to

10   go ahead and push its barges down there in

11   the Gulf Coast area of port of Brownsville?

12        A.    Specifically to the West Canal,

13   Eckstein Marine operates in the West Canal.

14   A company named -- by the name of Marine

15   Inland has operated in that reach.   Kirby

16   Corporation has moved barges for us in that

17   reach.   And I'm -- That's all I can really

18   remember.

19        Q.    All right, sir.   Are you

20   familiar with what are the standards or what

21   are the guidelines that ACBL uses in

22   determining what type -- or which

23   third-party tugboat company they will go

24   ahead and -- and hire to move its barges?

25        A.    How do we decide who we use?
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper

Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    ever did any audits on Brown Water Marine?

2        A.    I have been told that he did an

3    audit on Brown Water Marine.

4        Q.    Do you yourself have personal

5    knowledge of any of the audits that were

6    done by -- at the behest of ACBL?

7        A.    No.

8        Q.    Have you ever seen the results

9    of one of these audits?

10       A.    No.

11       Q.    Do you even know what the audit

12   that is conducted consists of?

13       A.    Specifically consists of?

14       Q.    Yes, sir.

15       A.    No, sir.

16       Q.    Do you know what areas of

17   operations the audit monitors and reports

18   on?

19       A.    It would -- My belief would be

20   that it would cover the operating procedures

21   of the company involved, the general nature

22   of the boats themselves.  It would entail a

23   boat visit.

24       Q.    When you say it's your belief,

25   do you know for a fact that it covers that,

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    or is it something you just assume?

2        A.    It's something that I would

3    assume.

4        Q.    Have you ever participated in

5    an audit yourself?

6        A.    No, sir, I have not.

7        Q.    Did you have anything to do

8    with making up the order requesting that an

9    audit be done of a third-party carrier such

10   as Brown Water?

11       A.    No.  (Witness shakes head

12   negatively.)

13       Q.    Do you know how many audits

14   ACBL commissions to be done on third-party

15   carriers on a yearly basis?

16       A.    No, I do not.

17       Q.    Since you have never seen a --

18   the results of an audit, I would assume that

19   the results of these audits that ACBL

20   commissions are not distributed to all the

21   vice presidents at ACBL; is that correct?

22       A.    That's correct.

23       Q.    Do you know -- Do -- what

24   departments the results of these audits are

25   distributed to?

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1        A.      No.  I don't know specifically
2    which departments, no.
3        Q.      All right, sir.  Just a moment,
4    please.
5            Are you familiar with any ACBL
6    rules, guidelines, policies, or procedures
7    that ACBL puts out that governs how its
8    barges can be used on the Intracoastal
9    Waterway down there in the Brownsville area?
10       A.      Could you be more specific?  In
11   "used," in the "used," I need more
12   clarification.
13       Q.      Do you know of any ACBL rules,
14   guidelines, policies, or procedures that
15   ACBL puts out that covers how its barges are
16   supposed to go ahead and be transported down
17   in that part of the Western Canal, down to
18   the port -- reaching down to the port of
19   Brownsville?
20       A.      Does "transported" mean moved?
21       Q.      Yes.
22       A.      No.  There are no such --
23       Q.      There are no such rules.  All
24   right.
25       A.      No.

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1    and 1998, did the process change regarding

 2    how you hired towing subcontractors?

 3         A.    No.

 4         Q.    Okay.  In any respect?

 5         A.    No.

 6         Q.    All right.  So, again, it was

 7    just based on who you'd done business with

 8    in the past?

 9         A.    That's one, yes.

10         Q.    All right.  Well, what is --

11    You said, "That's one."

12         A.    Uh-huh (indicating

13    affirmatively).

14         Q.    I understood that's how you

15    hire them.

16         A.    Well, if -- If some towing

17    company were adjudged by the operating arm

18    of our company not -- for us not to use

19    them, they would have -- they would have

20    said that to us, and we would have ceased to

21    use them.

22         Q.    Okay.  By "the operating arm,"

23    do you mean the operations department?

24         A.    I do.

25         Q.    Okay.  So, in other words, the
```

601 Poydras Street, Suite 2003
New Orleans, Louisiana 70130
Phone (504) 525-9100
Fax (504) 525-9109

Gaudet, Kaiser & Pepper

Toll Free 1-888-525-9100

7967 Office Park Blvd.
Baton Rouge, Louisiana 70809
Phone (225) 926-9411
Fax (225) 926-9762

1 | folks that run your tugs?

2 |     A.    Yes.  (Witness nods head

3 | affirmatively.)  That's the operating group.

4 |     Q.    They employ your crews, and

5 | they -- they make sure that your vessels are

6 | seaworthy?

7 |     A.    That's correct.

8 |     Q.    All right.  And if they come to

9 | your -- to your distribution department and

10 | they say, "Joe Blow tug company is bad.

11 | Don't use them," then you stop using them?

12 |     A.    We would have -- We would stop

13 | using them.

14 |     Q.    All right.  Is that the only

15 | way that you delist those people?

16 |     A.    Another way would have been --

17 | Let's see.  Is that the only way?

18 |     Economics could come into play.

19 | I mean if two -- two companies that we had

20 | not received those admonitions on were there

21 | and one was cheaper than the other and -- we

22 | would -- You know, we would choose the one

23 | that made that -- that -- economic sense in

24 | that regard.

25 |     Q.    All right.  Now, you have a

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
1          MR. GOODIER:

2                  Well, let me object to the form

3     of the question and mischaracterization.

4     "Rule of thumb" was used.

5          THE WITNESS:

6                  I was about -- I was going to

7     say there is a rule of thumb of over 200

8     horsepower on the West Canal.

9          MR. STRAWN:

10                 All right.  You agree it's a

11    rule of thumb but not a -- not a rule?

12         MR. GOODIER:

13                 That's correct.

14         MR. STRAWN:

15                 Okay.  That's the basis of your

16    objection?

17         MR. GOODIER:

18                 Correct.

19         MR. STRAWN:

20                 Okay.

21    EXAMINATION BY MR. STRAWN:

22         Q.     All right.  Understanding

23    that --

24         MR. GOODIER:

25                 Because the definition of rule
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    Nothing comes to my mind.  I just -- To say

2    that ACBL never fired any of its towing

3    subcontractors, I don't know that I'm

4    willing to testify to that.

5              We could have.  Let me say

6    that.

7         Q.    Did --

8         THE VIDEOGRAPHER:

9              Excuse me just a second.  I've

10   got to change tapes.

11        MR. STRAWN:

12             All right.  In fact, I need to

13   use the bathroom, too.

14        THE VIDEOGRAPHER:

15             We're off the record.

16             (Whereupon a brief recess was

17   taken at this time.)

18        THE VIDEOGRAPHER:

19             We're back on the record,

20   beginning tape 2.

21   EXAMINATION BY MR. STRAWN:

22        Q.    All right.  Mr. Farley, let's

23   continue here for a minute.

24             Back between 1993 and 1998 when

25   you were Vice President of Distribution

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9100

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    Services, how would the operations people

2    communicate to your distribution department

3    their dissatisfaction with a towing

4    subcontractor?

5         A.     It would have been verbal to

6    planners and local dispatchers.

7         Q.     Is there a -- a procedure for

8    doing that?

9         A.     A written procedure?

10        Q.     Right.

11        A.     No.  (Witness shakes head

12   negatively.)

13        Q.     How would the people in your

14   operations department become aware that a

15   certain towing subcontractor, for example,

16   didn't use adequate horsepower?

17        MR. GOODIER:

18             This is a hypothetical,

19   assuming that ever occurred?  Are you

20   assuming that that occurred?  Because I

21   don't think he --

22        MR. STRAWN:

23             Is this an objection, or is

24   this --

25        MR. GOODIER:

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gauder, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1          Yeah, it's an objection.  I

2     don't understand the question, and I have a

3     right to understand the question.

4     EXAMINATION BY MR. STRAWN:

5          Q.     Did you understand the

6     question?

7          A.     Let me say that as regards

8     adequate horsepower, was that assuming they

9     would know?  Is that what you're asking me?

10         Q.     Well, the way I understand

11    your testimony, while you were the Vice

12    President of Distribution Services at ACBL,

13    towing subcontractors would be selected and

14    unselected based on information that the

15    distribution department would receive from

16    operations?

17         A.     Okay.

18         Q.     That's what I understood, and

19    correct me if I'm wrong.

20         A.     You asked me how one would

21    be -- Your word was "de-" something.  The

22    operations group would say, "Don't use this

23    group."

24         Q.     How would the operations group

25    know that a particular towing subcontractor

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1  had problems such that you shouldn't use

2  them, whatever the problems?

3      A.      They have a -- They're tasked

4  to have a knowledge of what goes on in given

5  river reaches.  That's part of their

6  purview.  So they would be keeping up with

7  what happened in that, and, hence, would

8  know what happened.

9      Q.      So your operations people

10  are -- You used the word "tasked," I think.

11          What does "tasked" mean?

12      A.      Well, ACBL operates vessels in

13  the West Canal.  They are tasked to keep up

14  with issues around the pilotage of our own

15  vessels.  Now, it might have been by

16  virtue -- but -- but as a result of that,

17  they would have heard about incidents or

18  they would have been notified of incidents

19  within the context of our barges being

20  involved.

21      Q.      But I'm going -- It sounded

22  like it's broader than that, that they're

23  tasked with the job of keeping a -- Just

24  tell me how that -- how that would work,

25  that your operations department would become

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    aware of a problem with a towing

2    subcontractor and then they would report

3    that to the people in distribution that you

4    shouldn't hire those folks.

5         A.     Was it a serious problem?

6         Q.     Well, let's assume it was a

7    serious -- serious enough that they believed

8    you shouldn't use those folks.

9         A.     Well, it would have been

10   knowledge that it happened, something

11   happened.  They would have been aware of

12   something happening and would have -- would

13   have an opinion of how we operate our own

14   vessels, and so they would then, perhaps,

15   have discussion with the boat owner.

16              I don't know.  Again, we're --

17   We're outside of my area of responsibility

18   in 1993 to '98.  But they would -- They

19   would have had the ability to go to directly

20   meet with the owners of those vessels and

21   discuss that specific issue, whatever that

22   specific issue is.

23        Q.     Well, between 1993 and 1998 you

24   were in charge of ultimately making this --

25   the decision about who would push your

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    barges when you hired --

2         A.     From a commercial point of

3    view, who -- which -- which service we would

4    employ; in other words, who would -- who

5    would do the services, yes.

6         Q.     From a commercial point of view

7    as opposed to what other point of view?

8         A.     Well, once again, I've already

9    testified that the operations group had

10   the -- had the authority to say, "Don't use

11   this group."

12        Q.     And they were tasked with the

13   responsibility of communicating to you

14   knowledge that they acquire within the

15   industry regarding a certain operator?

16        A.     They were tasked.  I -- They

17   were -- They are responsible for keeping up

18   with operational conditions in any given

19   river reach, so -- because of the operation

20   of our own vessels, because -- because

21   that's what they do.

22        Q.     Between 1993 and 1998 when you

23   were the V.P. of Distribution Services, do

24   you remember ordering audits of third-party

25   subcontractors?

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109          Gaudet, Kaiser & Pepper
                    Toll Free 1-888-525-9100          7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1         A.       That's what I can attest to.

2         Q.       Is Magnolia Marine a company

3     that you're familiar with?

4         A.       In a general sense, yes.

5         Q.       Okay.  Is that somebody that

6     ACBL has used as a third-party contractor

7     ever, to your knowledge?

8         A.       Not to my knowledge, no.

9         Q.       Do you know if -- Do you know

10    if Mr. Ruschman is a member of any of the

11    AWO committees or has ever participated in

12    any AWO subcommittees?

13        A.       I don't know.

14        Q.       And just for history's sakes, I

15    want to run through a couple of quick

16    exhibits with you and just have you confirm

17    some of the information for me.  I think

18    we've got some of it confirmed through other

19    sources, but this will make it kind of quick

20    and easy for my purposes later on.  And I'll

21    tell you that this is information that I got

22    off of the ACBL website.

23              And I've now marked for

24    identification purposes Discovery Exhibit

25    number 21, and this indicates that -- in the

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1    first paragraph there, that ACBL --

 2         MR. MARCHAN:

 3              This one down there, yeah.

 4    Okay.

 5    EXAMINATION BY MR. GILBERT:

 6         Q.    -- that ACBL is the industry --

 7    Well, it's the largest and most diversified

 8    barge transportation company in North

 9    America.

10              Is that true, to the best of

11    your knowledge?

12         A.    Yes.

13         Q.    Okay.  And that -- is the

14    industry leader, whatever that means, in

15    transporting dry cargo?

16         A.    Recognizing that this is a

17    pub -- this is publicity and for the public,

18    I think we're the leader.

19         Q.    Okay.  Well, you are operating,

20    if you go to the last paragraph there, the

21    nation's largest fleet of inland towboats

22    and barges?

23         A.    That is correct.

24         Q.    And -- Well, I'll leave it with

25    that one on that one.
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1          Q.      On the Eastern Canal?

2          A.      Yes.

3          Q.      But can you give me a breakdown

4    of how much percentage of that?

5          A.      It would totally be a guess,

6    but I -- At this moment in time, I don't

7    think we're -- we're only operating, today,

8    one boat on the East Canal.  So it would

9    be -- A large percentage would be third

10   party.

11         Q.      Okay.

12         A.      I would also say that on the

13   Tennessee River we operate a large

14   percentage with a third party.

15         Q.      Okay.  Well, overall, can you

16   tell me -- just overall, over the whole

17   system, with your hundred and fifty tugs

18   that you operate and with five thousand

19   barges, how much of the time you're using

20   third parties versus using your own tugs?

21         A.      I don't know the exact

22   percentage, but it would be less than ten

23   percent is my opinion.

24         Q.      Less than ten percent --

25         A.      Right, in total.

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
1          Q.       -- using your own?

2          A.       We do 90 percent of our own

3     towing.

4          Q.       You do 90 percent of your own

5     towing?

6          A.       That's -- Again, I say

7     that's -- I don't know exactly what it is,

8     but that's my opinion.

9          Q.       And so just ten percent of the

10    time overall you're using some third party?

11         A.       Yes.

12    MR. GOODIER:

13              His estimate.

14    THE WITNESS:

15              My estimate.

16    EXAMINATION BY MR. GILBERT:

17         Q.       That's your estimate.    I

18    understand that's an estimate.

19              But in the Canal, on both the

20    Eastern and Western Canal, the great

21    percentage of the time you're using some

22    third party?

23    MR. GOODIER:

24              Object to the form of the

25    question.
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    a member of the American Waterways Operators

2    that you have a certain period of time to

3    then become a responsible carrier?

4          A.    Yes.

5          Q.    Do you know what that time

6    period is?

7          A.    I believe it to be two years.

8          Q.    Do you know when it was that

9    Brown Water Marine applied to be a member of

10   the American Waterways Operators?

11         A.    No, I don't know specifically.

12         Q.    When you've used that term

13   "care, custody, and control" to deliver a

14   barge from point A to point B, does ACBL, to

15   your knowledge, also require the operators

16   such as Brown Water to comply with all

17   applicable laws and regulations?

18         A.    With all laws and regulations?

19         Q.    Yes, sir.

20         A.    Yes.

21         Q.    Is that expectation in the

22   industry?

23         A.    Yes.

24         Q.    Has anyone from operations

25   within ACBL said after this accident, "Let's

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1

## REPORTER'S CERTIFICATE

3

4

5        I, **M. H. GAUDET, JR.**, **CCR**, **RPR**,

6   **RMR**, Certified Court Reporter, State of

7   Louisiana, do hereby certify that the

8   above-mentioned witness, after having been

9   first duly sworn by me to testify to the

10  truth, did testify as hereinabove set forth;

11       That the testimony was reported by

12  me in shorthand and transcribed under my

13  personal direction and supervision, and is

14  a true and correct transcript, to the best

15  of my ability and understanding;

16       That I am not of counsel, not

17  related to counsel or the parties hereto,

18  and not in any way interested in the

19  outcome of this matter.

20

21  

22

23

24  **M. H. GAUDET, JR.**, **CCR**, **RPR**, **RMR**
    Certified Court Reporter
    State of Louisiana

25