# DETROIT DIESEL



## Field Service Data Book



TIMBERLAKE
**EXHIBIT**
39

Discovery Ex. No. 39
Cause No.
#B-01-157
Causeway Collapse

## *Technical Data*

17



#### 1.4.4 Continuous Rated

| Series 53 Marine Continuous Rated Engines[*] | | | | | | |
|---|---|---|---|---|---|---|
| Engine | Injector | Timing in. | Rated Power bhp/shp (kW) | | Turbo | A/R |
| | | | 1800 r/min | 2100 r/min | | |
| 3-53N | N40 | 1.460 | 78/73 (58/54) | — | — | — |
| 4-53N | N40 | 1.460 | 105/98 (78/73) | — | — | — |
| 6V-53N | N40 | 1.460 | 160/150 (119/112) | — | — | — |

* Based on ambient conditions of 77 °F and 29.31 in. Hg barometer

| Series 71 Marine Continuous Rated Engines[*] | | | | | | |
|---|---|---|---|---|---|---|
| Engine | Injector | Timing in. | Rated Power bhp/shp (kW) | | Turbo | A/R |
| | | | 1800 r/min | 2100 r/min | | |
| 4-71N (SV) | N65 | 1.460 | 111/103 (83/78) | — | — | — |
| 4-71N | N65 | 1.460 | 130/116 (90/86) | — | — | — |
| 6-71N (SV) | N65 | 1.460 | 171/165 (130/123) | — | — | — |
| 6-71N | N65 | 1.460 | 183/174 (194/130) | — | — | — |
| 6V-71N (SV) | N65 | 1.460 | 171/165 (130/123) | — | — | — |
| 6V-71N | N65 | 1.460 | 178/174 (194/130) | — | — | — |
| 8V-71N (SV) | N65 | 1.460 | 228/215 (170/160) | — | — | — |
| 8V-71N | N65 | 1.460 | 240/230 (179/172) | — | — | — |
| 12V-71N | 7N65 | 1.460 | 290/317 (260/236) | — | — | — |
| 12V-71N (SV) | N65 | 1.460 | 340/325 (253/242) | — | — | — |
| 12V-71N | N65 | 1.460 | 330/343 (246/254) | — | — | — |

* Based on ambient conditions of 77 °F and 29.31 in. Hg barometer
† DDEC

# AWO

## RESPONSIBLE CARRIER PROGRAM

## AUDIT OF

## BROWN WATER MARINE SERVICE, INC.


### VESSELS AUDITED

### M/V BROWN WATER VI

### M/V BROWN WATER VII


### AUDIT PERFORMED

### BY

### MARINE RESOURCES

*March 2000*


Discovery Ex. No. 24
Cause No.
#B-01-157
Causeway Collapse



RUSCHMAN
EXHIBIT
24

A-933

18

## SUMMARY OF VESSEL AUDITS

Navigation/Communication Equipment

Observations:

- All required navigation and communication equipment present.

- Strong back up communication.

- All required documents & license on board and current.

Opportunities for Improvement

- Pilot House personnel should be more familiar with required documents and be able to produce then upon request.

- Need to add radio log to daily log.

- There should be copies of the current Notice to Mariners on board.

Firefighting/Lifesaving Equipment

Observations:

- Drills and safety meetings are company policy.  Several topics are covered each safety meeting.

- Management monitors safety meetings and drills.

Opportunities for Improvement:

- Vessels have no Fire Stations.

- One vessel had no smoke alarms and the alarms on the other vessel were out of order.

- No emergency lighting.

- The rubber seals on some watertight doors have been painted.

- One vessel did not have life preservers in accommodation rooms.

- Need check list for firefighting/lifesaving equipment.

## Environmental Controls

### Observations:

- Crews understand zero tolerance policy on environmental issues.

- On board manuals cover emergency response, waste management and contingency plan.

### Opportunities for Improvement

- Vessels should have a spill kit on board. Currently have pads only.

- Even though fuel transfer procedures are not required by the USCG for vessels with less than 10,000 gallons of fuel, the AWO RCP requires them.

## Machinery

### Observations:

- Propulsion and steering systems being maintained as per company policy.

- Alarms are tested each time an engine is started.

- PA system is used as general alarm.

### Opportunities for Improvement:

- Some electrical boxes could be labeled better.

- Guards on exposed moving parts such as shafts, belts and pulleys should be added to a checklist.

A-935

**Towboat Hull**

**Observations:**

- All openings seem to be watertight.

- Rails, ladders, chains are in good order.

**Opportunities for Improvement:**

- Vessels should have a piping diagram on board.

- A few seals on watertight doors have been painted.

**Boat and Barge Rigging.**

- Inspection and replacement is an on going process.

**Opportunities for Improvement**

Add rigging to check list.

**Training**

**Observations:**

Company needs to develop a shore side and on board training program to fulfill the AWO Responsible Carrier Program requirements.

A-936

## SUMMARY OF MANAGEMENT AUDIT

Need to do a re-write of the Brown Water Marine Operations Manual to reflect current management and vessel practices and to fulfill the requirements of the AWO RCP.

Need to develop new check list to cover the items required by the AWO RCP and a system to verify their use.

Need to document required training programs including orientation and refresher training.

Develop an evaluation system for vessel employees.

Document vessel maintenance program.

## AUDIT NOTES:

Brown Water Marine Service is currently in the process of updating their Operations Manual. They have committed to begin a consolidation of many of their manuals to parallel AWO's program.

They have agreed to look into possible membership in the AWO again and reevaluate their thoughts of becoming a member. What ever they decide, they agree to achieve the standards of AWO and welcome future audits.

Brown Water Marine works hard, smart and effectively with a small staff. There seems to be a climate of continuous improvement. I also noticed that the leadership of the organization focus on the important, that is those things that will produce the best results in such things as safety and service.

A-937

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C.A. NO. B-01-157 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| Consolidated with: | § § | |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER and AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182 ACL-9933B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § | C.A. NO. B-02-004 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| Consolidated with: | § § | |
| IN THE MATTER OF DEERE CREDIT INC.,(FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIABILITY | § § § § § § § § § § § § § § § | C.A. NO. B-02-125 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |

**AFFIDAVIT OF JOSE L. BENAVIDEZ**

12492.1

19

THE STATE OF TEXAS     §
                           §
COUNTY OF CAMERON   §

On this day personally appeared Jose L. Benavidez, personally known to me, who after being duly sworn upon his oath did depose and testify as follows:

1.       My name is Jose L. Benavidez. I am over the age of eighteen, and am in all respects competent to make this affidavit. The facts stated in this affidavit are true and correct. I am a citizen of the United States of America and a resident of the State of Texas. This affidavit is made on the basis of my own personal knowledge and the statements made in it are true and correct.

2.       I am 45-years old, and I have worked in the inland towing industry since the age of 15, or for a total of approximately 29 years. I hold an OUTV (Operator of Uninspected Towing Vessels) (now know as a Master of Towing Vessels License) license. I last worked for Capital Towing, but I am currently on medical leave as a result of shoulder surgery. At the time of the allision of the BROWN WATER V with the Queen Isabella Causeway on September 15, 2001, I was employed by Kirby Marine. Several years prior to the allision, I worked for a period of about three months with Brown Water Marine.

3.       Based upon my experience in the inland towing industry in South Texas, as well as my work experience with Brown Water Marine, I know that Brown Water has an extremely poor reputation for safety and training

among mariners and other professionals in the inland towing industry in South Texas. It is widely known that Brown Water pays their crew members less than other companies in the inland towing industry in South Texas. As a result, they have a rapid turnover, and tend to have less experienced personnel in their wheelhouses as compared to other companies. Brown Water has the reputation of hiring persons who can not get or keep a job with other companies, often because of drug or alcohol problems. Brown Water has a very poor reputation for safety and training of its personnel. There are other contract towing companies serving the South Texas area with more experienced and better trained crews, and better reputations for safety and training. Among these companies are Kirby Marine (which recently merged with Hollywood Marine), Garrett Construction (from Ingleside, Texas), and Eckstein Towing.

4.    I understand that it has been represented to the Court that Brown Water towed "for numerous other customers including Kirby Marine, Dow Chemical, Exxon, BP Amaco, BASF, DuPont and others." During the time that I was at Brown Water, the company did not have long term, regular business dealings with these companies. Sometimes companies that had regular business dealings with other towers would be required to use Brown Water in an emergency situation when they could not find another towing company. The fact that a contract tower has towed barges for a person does not mean they have an ongoing business relationship or that

12492.1                                3

the person believes the towing company did a good job. For example, I am aware that DuPont uses Duval Towing from Louisiana as its regular towing company in South Texas, and if they used Brown Water it would be on a rare occasion where Duval was not available.

Further, the Affiant sayeth not.

Jose L. Benavidez

SWORN TO BEFORE ME the undersigned authority, on this 2nd day of February, 2005

Suzanne Balderrama

Notary Public, State of TEXAS

My Commission Expires: 11-5-07

12492.1                                4



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | C.A. NO. B-01-157 (Subject to Rule 9(h of the Federal Rules of Civil Procedure) Admiralty |
| Consolidated with: | § § | |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER and AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182 ACL-9933B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § | C.A. NO. B-02-004 (Subject to Rule 9(h of the Federal Rules of Civil Procedure) Admiralty |
| Consolidated with: | § § § | |
| IN THE MATTER OF DEERE CREDIT INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIABILITY | § § § § § § § § § § § § § § § § | C.A. NO. B-02-125 (Subject to Rule 9(h of the Federal Rules of Civil Procedure) Admiralty |

**AFFIDAVIT OF JOHN DECK III**

12488.1

20

THE STATE OF OHIO    §

                         §

COUNTY OF __Lake__   §

      On this day personally appeared John Deck III, personally known to me, who after being duly sworn upon his oath did depose and testify as follows:

1.    My name is John Deck III. I am over the age of eighteen, and am in all respects competent to make this affidavit. The facts stated in this affidavit are true and correct. I am a citizen of the United States of America and a resident of the State of Ohio. A detailed resume of my work and educational experience is attached hereto as Exhibit "1". All of the factual statements made in my resume are within my personal knowledge and are true and correct, and my resume is incorporated herein by reference.

2.    Attached hereto as Exhibit "2" is a true and correct copy of our report (along with Captain G.E. "Jay" Dissler) into the facts and circumstances surrounding the September 15, 2001, allision of the M/V BROWN WATER V, and her tow, with the Queen Isabella Causeway. The observations in said report are based upon my review of the referenced documents. The opinions stated in the report are based upon my specialized training and experience as a Coast Guard Officer, Naval Architect, and Marine Engineer, and are within a reasonable degree of probability.

12488.1                               2

3.    As stated in my attached report, which is incorporated herein by reference, it is my opinion, based upon my education and training, and within a reasonable degree of probability, that if the M/V BROWN WATER V really had 800 horsepower, and if the engines had been properly applied, there is a greater probability that the operator would have been able to avoid the allision by either intentionally grounding the tow, or by slowing or stopping the tow.

Further, the Affiant sayeth not.

John Deck III

SWORN TO BEFORE ME, the undersigned authority, on this ___2___ day of February, 2005

Notary Public, State of Ohio
My Commission Expires:_____

Tammy L. Rhodes, Notary
State of Ohio
My Commission Expires: 3/17/07

12488.1                                3

NAME/ BROWN WATER V        VIN/ D5804    CALL/ WYH7875    FLAG/ US
ALT VINS/
MMSI NUMBER/              DATE/

### *** INVOLVED PARTIES ***

| ROLE | NAME | IPN/COFR# |
|------|------|-----------|
| OWNER | BROWN WATER MARINE SVC INC | IP89024672 |
| OPERATOR | BROWN WATER MARINE SVC INC | IP89024672 |

### **** VESSEL SPECIFICS ****

| | | | | |
|---|---|---|---|---|
| SERVICE.../ TOWBOAT/TUGBOAT | GROSS TONS../ | 84 | HOME PORT../ | CO2VD |
| PROPULSION/ | NET TONS..../ | 57 | BUILD DATE./ | |
| HORSEPOWER/ 600  ROUTE/ | DEADWT TONS / | 0 | REG. LENGTH/ | 49.100 |
| FUEL TANKS/ 0 | FUEL CAP..../ | 0 | F/C UNITS../ | |
| | LUBE OIL CAP/ | 0 | L/O/C UNITS/ | |

IVEY
EXHIBIT
15

--- DANGEROUS CARGOES AUTHORIZED/ N ---

### **** CERTIFICATE STATUS ****

| DOCUMENT KIND | IDENT | AGENCY | PORT | ISSUED | EXPIRES | STATUS |
|---------------|-------|--------|------|--------|---------|--------|
| DOCUMENTATION CERTIFICATE | | USCG | CO2VD | 28JAN97 | 31JAN02 | VALID |

### ***** INSPECTION/BOARDING STATUS ****

| INSPECTION/EXAM TYPE | -----LAST------ PORT | DATE | -NEXT-- DATE | ------CURRENT STATUS ----- ACTION | PORT | DATE |
|----------------------|------|------|------|--------|------|------|
| INITIAL CERT | | | | | | |
| CERTIFICATION | | | | | | |
| REINSPECTION | | | | | | |
| HULL EXAM | | | | | | |
| COC | | | | | | |
| EXAMINATIONS | | | | | | |
| BOARDING | PLAD | 15AUG00 | | | | |
| POL PREV EXAM | HOUMS | 14AUG95 | | | | |
| CARGO SUPERVIS | | | | | | |
| CARGO MONITOR | HOUMS | 05JUL94 | | | | |
| MARPOL | HOUMS | 14AUG95 | | | | |
| SECURITY | | | | | | |
| AMVER | | | | | | |

PORT CALLS IN LAST YEAR/    0    PORT CALLS SINCE LAST BOARDING/    0

| BOARDING TYPE | CASE | DATE | PORT | DISCR | LEGAL ACTIONS |
|---------------|------|------|------|-------|---------------|

### **** OUTSTANDING REQUIREMENTS / RECOMMENDATIONS ****

CASE/ PS00073245  DATE/ 15AUG00  PORT/ PLAD    IDENT/ 0005
LEGAL ACTIONS/ N  COMPLIANCE DATE..../ 15SEP00

DESCRIPTION/
Provide up to date charts of area's transitted by vessel.

### **** RESOLVED DISCREPANCY SUMMARY ****

| CASE | DATE | PORT | IDENT | SYSTEM | SUBSYSTEM | LEGAL ACTIONS |
|------|------|------|-------|--------|-----------|---------------|

Causeway Collapse
000207296-000468

21

SEP. 18. 2001   4:52PM   AT'L VESSEL DOC CTR                    NO. 6797   P. 2/3

DEPARTMENT OF
TRANSPORTATION
U. S. COAST GUARD
CG-1320 (Rev. 5-67)

# APPLICATION OF OWNER FOR AND NOTICE OF AWARD OF OFFICIAL NUMBER
# AND SIGNAL LETTERS

*(To be filed in TRIPLICATE if presented to the Documentation Officer at the home port designated; in QUADRUPLICATE if presented at any other port.)*

┌─────────────┐
│   IVEY      │
│  EXHIBIT    │
│    14       │
└─────────────┘

**DEPARTMENT OF TRANSPORTATION**
**UNITED STATES COAST GUARD**

Place **Port Aransas, Texas**          **March 7, 1977**
                                         *(Date)*

To: THE DOCUMENTATION OFFICER AT **Corpus Christi, Texas**

Application is hereby made for an OFFICIAL NUMBER for the following-described vessel, which is ready for a marine document:

Name: **SHANA M**                                    Rig: **Oil Screw**
Service: **Towing**                                  Horsepower: **600**
Length **48.1**    Tonnages: Gross **84.63**   Net **57**   Builder's Hull No. **26**
Builder **Louis G. Ortis**                           When built **1977**
Where built (place and State or foreign country) **Krotz Springs, Louisiana 70750**
Home port designated **Corpus Christi, Texas**
Owner **Shana M., Inc.**
Address (Street, City, State, Zip Code) **P. O. Box 567, Port Aransas, Texas 78373**
Former owner(s) **No former owner**

Application (is) (is not) made for award of visual SIGNAL LETTERS. This vessel (is) (is not) equipped with radio-transmitting apparatus.

I CERTIFY that this vessel has not previously been awarded an official number and has never been documented as a vessel of the United States under the above or any other name, to the best of my knowledge and belief.

                         SHAN M, Inc.

Signature(s) X _____          Capacity          **President**

*(Please type or print name above signature and indicate capacity in which applicant signs.)*

---

| TO BE COMPLETED BY FORWARDING PORT: | TO BE COMPLETED BY HEADQUARTERS: |
|---|---|
| Received and forwarded<br>by the PORT OF **Corpus Christi, Texas** | |
| Builder's certificate as prescribed by 19 CFR 3.12(a)<br>☑ is ☐ is not on file. | Official number awarded _____ |
| REMARKS **Official No. 580422 awarded by<br>telephone this date:** | Visual signal letters awarded _____ |
| **3/9/77** _____<br>*(Date)*    Documentation Officer. | _____    _____<br>*(Date)*    Chief, Merchant Vessel Documentation Div. |

Causeway Collapse
000207296-000526

22

DEPARTMENT OF TRANSPORTATION
U. S. COAST GUARD
CG-2692 (Rev. 6-87)

# REPORT OF MARINE ACCIDENT INJURY OR DEATH

RCS No. G-MMI 2115-003

UNIT CASE NUMBER

## SECTION I. GENERAL INFORMATION

| 1. Name of Vessel or Facility | | 2. Official No. | 3. Nationality | 4. Call Sign | 5. USCG Certificate of Inspection issued at: |
|---|---|---|---|---|---|
| M/V BROWN WATER V | | 580422 | U.S. | WBR 3118 | Nat'l Vessel Doc Ctr |
| 6. Type (Towing, Freight, Fish, Drill, etc.) | 7. Length | 8. Gross Tons | 9. Year Built | 10. Propulsion (Steam, diesel, gas, turbine...) | |
| Towing | 49.1 | 84 | 1977 | Diesel | |

| 11. Hull Material (Steel, Wood...) | 12. Draft (ft. - in.) FWD. | AFT. | 13. If Vessel Classed, By Whom: (ABS, LLOYDS, DNV, BV, etc.) | 14. Date (of occurrence) | 15. TIME Local |
|---|---|---|---|---|---|
| Steel | 8.3 | 8.3 | N/A | 9/15/01 | 2:00 a.m. |

| 6. Location (See Instruction No. 10A) | 17. Estimated Loss or Damage TO: | |
|---|---|---|
| Queen Isabella Causeway | | |

8. Name, Address & Telephone No. of Operating Co.

Brown Water Towing I, Inc.
320 Cove Harbor, P.O. Box 2269
Rockport, TX 78381

| 17. Estimated Loss or Damage TO: | |
|---|---|
| VESSEL $ | N/A |
| CARGO $ | N/A |
| OTHER $ | Unknown |

| 9. Name of Master or Person in Charge | 19. USCG License | 20. Name of Pilot | 20. USCG License | State License |
|---|---|---|---|---|
| David Fowler | ☒ YES  ☐ NO | | ☐ YES  ☐ NO | ☐ YES  ☐ NO |

| 19a. Street Address (City, State, Zip Code) | 19b. Telephone Number | 20a. Street Address (City, State, Zip Code) | 20b. Telephone Number |
|---|---|---|---|
| ▇▇▇▇▇▇▇▇ | ▇▇▇▇▇▇▇ | | ( ) |

21. Casualty Elements (Check as many as needed and explain in Block 44.)

NO. OF PERSONS ON BOARD   5

☒ DEATH- HOW MANY?   Unknown
☒ MISSING- HOW MANY?   Unknown
☒ INJURED- HOW MANY?   Unknown
☐ HAZARDOUS MATERIAL RELEASED OR INVOLVED
  (Identify Substance and amount in Block 44.)
☐ OIL SPILL-ESTIMATE AMOUNT:

☐ CARGO CONTAINER LOST/DAMAGED
☒ COLLISON (Identify other vessel or object in Block 44.)
☒ GROUNDING   ☐ WAKE DAMAGE

☐ FLOODING; SWAMPING WITHOUT SINKING
☐ CAPSIZING (with or without sinking)
☐ FOUNDERING OR SINKING
☐ HEAVY WEATHER DAMAGE
☐ FIRE
☐ EXPLOSION
☐ COMMERCIAL DIVING CASUALTY
☐ ICE DAMAGE
☐ DAMAGE TO AIDS TO NAVIGATION
☐ STEERING FAILURE
☐ MACHINERY OR EQUIPMENT FAILURE
☐ ELECTRICAL FAILURE
☐ STRUCTURAL FAILURE

☐ FIREFIGHTING OR EMERGENCY EQUIPMENT FAILED OR INADEQUATE (Describe in Block 44.)
☐ LIFESAVING EQUIPMENT FAILED OR INADEQUATE (Describe in Block 44.)
☐ BLOW OUT (Petroleum exploration/production)
☐ ALCOHOL INVOLVEMENT (Describe in Block 44.)
☐ DRUG INVOLVEMENT (Describe in Block 44.)
☐ OTHER (Specify)

22. Conditions

A. Sea or River Conditions (wave height, river stage, etc.)

B. WEATHER
☒ CLEAR
☐ RAIN
☐ SNOW
☐ FOG
☐ OTHER (Specify)

C. TIME
☐ DAYLIGHT
☐ TWILIGHT
☒ NIGHT

D. VISIBILITY
☐ GOOD
☒ FAIR
☐ POOR

E. DISTANCE (miles) Night (of visibility)

F. AIR TEMPERATURE 68-74° (F)

G. WIND SPEED & DIRECTION   App. 20K.

H. CURRENT SPEED & DIRECTION   App. 3-4 1/2   Flood

| 23. Navigation Information | | 24. Last Port Port Brownsville, TX | 24a. Time and Date of Departure |
|---|---|---|---|
| ☐ MOORED, DOCKED OR FIXED | SPEED 4-4 1/2K. AND COURSE N | Where Bound Bolivar, TX | 2110; 9/14/01 |
| ☐ ANCHORED  ☒ UNDERWAY OR DRIFTING | | | |

| 25. FOR TOWING ONLY | 25a. NUMBER OF VESSELS TOWED | Empty | Loaded | Total | 25b. TOTAL H.P. OF TOWING UNITS | 25c. MAXIMUM SIZE OF TOW WITH TOW-BOAT(S) | Length | Width | 25d. (Describe in Block 44.) |
|---|---|---|---|---|---|---|---|---|---|
| | | 0 | 4 | 4 | 800 | | 850' | 35' | ☐ PUSHING AHEAD  ☐ TOWING ASTERN  ☐ TOWING ALONGSIDE  ☐ MORE THAN ONE TOW-BOAT ON TOW |

## SECTION II. BARGE INFORMATION

| 26. Name | 26a. Official Number | 26b. Type | 26c. Length | 26d. Gross Tons | 26e. USCG Certificate of Inspection issued at: |
|---|---|---|---|---|---|
| See attachment | | | | | |

| 26f. Year Built | 26g. ☐ SINGLE SKIN  ☐ DOUBLE SKIN | 26h. Draft FWD  AFT | 26i. Operating Company | |
|---|---|---|---|---|

| 26j. Damage Amount | 26k. Describe Damage to Barge |
|---|---|
| BARGE $ | Damage to bow and deckplate of Barge NM315. |
| CARGO $ | |
| OTHER $ | |

Causeway Collapse
000207296-000504

## NOTE BOATING SAFETY

...Guard requests your cooperation in promoting the safety of life and property on the nation's waterways. By observing the prescribed laws and ...ions and by following safe boating practices, you can help reduce the number of lives lost or injuries sustained and prevent damage to property.

## ...SE OF BOARDING

...ast Guard is the primary maritime law enforcement and safety agency of the United States. Under statutory authority, Coast Guard boarding officers may ...time go onboard vessels subject to the jurisdiction of the United States and make inquiries, examine ship's papers, and inspect, examine and search the ...for the detection, prevention, and suppression of violation of U.S. Laws. The Coast Guard is also authorized to make seizures and arrests and use all ...ary force to compel compliance while conducting boardings.

...ast Guard enforces regulations related to recreational boating safety, boating while intoxicated, pollution prevention, vessel documentation and ...tion and many other areas including criminal laws such as possession and distribution of illegal drugs, illegal weapons, stolen boats, alien smuggling ...and Customs laws. Additionally, the Coast Guard checks for compliance with applicable U.S. Fisheries regulations and agreements. All this is done through ...e boarding policy in which boarding teams follow established procedures for going onboard U.S. and foreign vessels subject to U.S. jurisdiction to conduct ...ions.

## FREE HOTLINE

...s who have questions, comments or feedback concerning Coast Guard law enforcement boardings may call the
...g Safety Hotline, (800) 368-5647. Operators are available Monday through Friday, from 8:00 a.m. to 4:00 p.m. Eastern Time.

# NOTICE OF VIOLATION

## IMPORTANT NOTICE TO OWNER OR OPERATOR
### CORRECT DISCREPANCY AS SOON AS POSSIBLE

Continued operation without required safety equipment may be an invitation to a serious accident. It may also result in additional penalties for repeated violation of Federal Law

### WARNING

...n the premise that the discrepancies noted will be corrected before the next use of this boat and your statement that this is your first citation for a violation ...Federal Boating law/regulations within the past year, no penalty action will be instituted. This warning is kept on file for a period of not more than one ...om date of issue for reference in determining appropriate penalty action if there is a subsequent violation. If a record check reveals a prior written warning ...tion within one year from the date of issue, this warning may be revoked and civil penalty action instituted. If additional violations occur within tha... ...r period this warning may be used as a basis for the assessment of a higher penalty for the subsequent violation. Within 15 days after the date of issue ...on who is issued this warning may challenge the allegation that a violation has occurred by writing to the District Commander. You will then be advise... ...right to have a hearing or submit information in lieu of a hearing or the issues involved. Following the hearing or submission, a Hearing Officer wil... ...iscuss the case, issue a warning, or assess a civil penalty in any amount up to the maximum provided by law.

Warnings for violations of 33 CFR 159.7 are kept on file for a period of not more than three years from the date of issue. If a record check reveal... a prior written warning or violation within three years from the date of issue, this warning may be revoked and civil penalty action initiated.

_____

**Signature of Boarding Officer**

...CY ACT STATEMENT required by Public Law 93-579
...ORITY: 46 U.S.C. 2302, 46 U.S.C. 4311, 46 U.S.C. 12309, 46 U.S.C. 4106, 46 U.S.C. 12122, 14 U.S.C. 89.

...    RPOSE(S): Document boarding officer's report, to assess civil penalty action, if appropriate, to facilitate collection of any civil penaltie... ...and...to give boat owner/operator written notice of boarding. Information will be retained on file for 3 years and will be considered in the event of futur... ...n(s), except some "warnings" will be considered for 1 year for civil penalty purposes.
...NE USE(S): Information may be used to locate a violator and otherwise to assist in the collection of assessed civil penalties. Information is availabl... ...law enforcement agencies as permitted by law.
...ATORY OR VOLUNTARY DISCLOSURE: Providing a vessel registration/certificate of number by the user of a vessel is mandatory. Failure to provid... ...gistration, upon being boarded by a Coast Guard boarding officer, may subject the owner to a penalty or fine. Providing of a Social Security Numbe... ...s license number and date of birth is voluntary.

288

**BOARDING REPORT**

| | MO | DATE DY | YR | BOARDING TIME (24 HR) | CASE IDENTIFICATION NUMBER |
|---|---|---|---|---|---|
| | 09 | 15 | 01 | 0330 | |

| VESSEL NUMBER | VESSEL NAME | HULL IDENTIFICATION NUMBER |
|---|---|---|
| 580422 | BROWN WATER V | |

| MAKE | | | | TYPE OF BOAT | 1 Open M/B | 3 Sail | 5 Canoe/Kay. | 7 Inflatable |
|---|---|---|---|---|---|---|---|---|
| ROBERT | | | | 2 Cabin M/B | 4 Rowboat | 6 Houseboat | 8 Other (Spec.) |

| MODEL | | POB Adult | PFDS Adult | PROPULSION | 1 Outboard | 3 Inbrd Diesel | 5 Jet Drive | 7 Manual |
|---|---|---|---|---|---|---|---|---|
| RPB BARGE 770505 | | | | | 2 Inbrd Gas | 4 Inbrd/Outbrd | 6 Sail only | 8 Other (Spec.) |

| NET TONS | FEET | INCHES | Horsepower | Child | Child | MATERIAL | 1 Wood | 3 Steel | 5 Rubber | 7 Other |
|---|---|---|---|---|---|---|---|---|---|---|
| 57 | HP01 | 800 | 00 | | | | 2 Aluminum | 4 Fiberglass | 6 Cement | 8 Unknown |

| FLAG | ENGINE CMPRTMNT | 1 Open | 2 Closed (Fuel/Electrical & Ventilation reg.) |
|---|---|---|---|
| US | FUEL CMPRTMNT | 1 Open | 2 Closed (Fuel/Electrical & Ventilation reg.) |
| | CONSTRUCTION | 1 Open | 2 Closed (Fuel/Electrical reg.) |

| USE | 1 Commercial | 2 Pleasure | 3 Passenger |
|---|---|---|---|

OWNER NAME (LAST, FIRST, MIDDLE INIT.)   1 MR.   2 MS.

BROWN WATER TOWING I INC

- 1 OWNER WAS OPERATOR
- 2 OWNER ON BOARD NOT OPERATOR
- 3 OWNER NOT ON BOARD
- 4 RENTAL BOAT

ADDRESS

| CITY | STATE | ZIP | +4 | TELEPHONE NO. |
|---|---|---|---|---|
| ROCKPORT | TX | | | 888.722.2713 |

| SSN | DRIVER'S LICENSE NO. | STATE | BIRTH DATE MO DY YR |
|---|---|---|---|

OPERATOR NAME (LAST, FIRST, MIDDLE INIT.)   1 MR.   2 MS.

TYLER DAVID D

| | OPERATOR COURSES |
|---|---|
| 0 NONE | 4 RED CROSS |
| 1 CG | 5 PUBLIC SCHOOL |
| 2 COAUX | 6 STATE/COUNTY |
| 3 USPS | 7 OTHER |

ADDRESS

60 DEBONAIR DR

| CITY | STATE | ZIP | +4 | TELEPHONE NO. |
|---|---|---|---|---|
| MOBILE | AL | 36695 | | 251.639.1747 |

| SSN | DRIVER'S LICENSE NO. | STATE | BIRTH DATE MO DY YR | OPERATOR AGE, IF UNDER 18 |
|---|---|---|---|---|
| | | AL | | |

| RVW IN USE | BODY OF WATER: | ACTIVITY | 1 INLAND RULES | 2 COLREGS |
|---|---|---|---|---|
| | LAGUNA MADRE | U | LAT: 26 09 N | LONG: 97 11 W |

| CITY | STATE | DETAILED LOCATION |
|---|---|---|
| PORT ISABEL | TX | 1/4 MILE SW OF CAUSEWAY |

| CATION (See Procedures reverse side, para. J) | CITATION | VIOLATION (See Procedures reverse side, para. I) | CITATION |
|---|---|---|---|
| Numbering | 33 CFR 173 | 120 Intoxicated Operation | 46 USC 2302(c) |
| Certificate | 33 CFR 173 | 121 Failure To Terminate | 33 CFR 177.05 |
| Document/Official Number | 46 CFR 67.45 | 122 Other (Specify) | |
| Personal Flotation Device | 33 CFR 175/46 CFR 25.25 | 123 Other (Specify) | |
| Sound Producing Device | 33 USC 2033/COLREGS 33 | 124 Other (Specify) | |
| Bell | 33 USC 2033/COLREGS 33 | 125 Other (Specify) | |
| Fire Extinguisher | 46 CFR 25.30 | UNSAFE CONDITION | CITATION |
| Backfire Flame Control | 46 CFR 25.35 | 126 Unsafe conditions creating especially hazardous conditions. Terminated use. | 46 USC 4308 33 CFR 177.01 |
| Ventilation | 46 CFR 25.40/33 CFR 175.201 | | |
| Marine Sanitation Devices | 33 CFR 159.7 | 127 Corrected on the spot. | |
| Installed Toilet &No MSD Installed | 33 CFR 159.7 | 128 Overloaded | |
| Pollution Placard Not Posted | 33 CFR 155.450 | 129 Manifestly Unsafe Voyage | |
| Garbage Placard Not Posted | 33 CFR 151.59 | 130 Accumulation of Fuel in Bilges | |
| Waste Mgmnt Plan, Vsls ≥ 40 ft. | 33 CFR 151.59 | 131 Fuel Leak - Engine or Fuel Syst | |
| FCC/SSL Not Posted/Available | 47 CFR 80.405 | 132 Hazardous Bars (CCGD13 only) | |
| Operation w/o FCC SSL | 47 CFR 80.405 | 133 No Violation | |
| Nav/Anchor Lts | 33 USC 2020/COLREGS 20 | 134 Warning Issued (not written) | |
| Visual Distress Signals | 33 CFR 175.110 | 135 USCGAUX CME DECAL | YES NO YR |
| Negligent Operation | 46 USC 2302(a)/(b) | 136 Law Enforcement Action Taken | |

| UNIT | TELEPHONE NO | BOARDING OFFICER'S NAME (Print) | RANK/RATE |
|---|---|---|---|
| USCG STA S. PADRE ISLAND | 956.761.2668 | MK2 WILSON SAMUEL | E-5/MK2 |

| DEPARTMENT OF TRANSPORTATION U.S. COAST GUARD | Form CG-4100S Prepared | Y N | BOARDING OFFICER'S SIGNATURE |
|---|---|---|---|

286

Edition is obsolete.

**BOATING SAFETY HOTLINE (800) 368-5647**

PAGE 2

# BOARDING REPORT

| | DATE | | | BOARDING | CASE IDENTIFICATION NUMBER |
|---|---|---|---|---|---|
| | MO | DY | YR | TIME (24 HR) | |
| | 07 | 15 | 01 | 0330 | |

| VESSEL NUMBER | VESSEL NAME | HULL IDENTIFICATION NUMBER |
|---|---|---|
| | | |

| MAKE | | | | TYPE OF BOAT | 1 Open M/B | 3 Sail | 5 Canoe/Kay. | 7 Inflatable |
|---|---|---|---|---|---|---|---|---|
| | | POB | PFDS | | 2 Cabin M/B | 4 Rowboat | 6 Houseboat | 8 Other (Spec.) |
| | | Adult | Adult | PROPULSION | 1 Outboard | 3 Inbrd Diesel | 5 Jet Drive | 7 Manual |
| MODEL | YEAR | | | | 2 Inbrd Gas | 4 Inbrd/Outbrd | 6 Sail only | 8 Other (Spec.) |
| | | | | MATERIAL | 1 Wood | 3 Steel | 5 Rubber | 7 Other (Spec.) |
| FT TONS | FEET INCHES | Horsepower | Child | Child | 2 Aluminum | 4 Fiberglass | 6 Cement | 8 Unknown |
| | | | | FLAG | ENGINE CMPRTMNT | 1 Open | 2 Closed (Fuel/Electrical & Ventilation reg.) |
| 1 Commercial | 2 Pleasure | 3 Passenger | | | FUEL CMPRTMNT | 1 Open | 2 Closed (Fuel/Electrical & Ventilation reg.) |
| | | | | | CONSTRUCTION | 1 Open | 2 Closed (Fuel/Electrical reg.) |

| NER NAME (LAST, FIRST, MIDDLE INIT.) | 1 MR. | 2 MS. | | 1 OWNER WAS OPERATOR |
|---|---|---|---|---|
| | | | | 2 OWNER ON BOARD NOT OPERATOR |
| RESS | | | | 3 OWNER NOT ON BOARD |
| | | | | 4 RENTAL BOAT |

| | | STATE | ZIP | +4 | TELEPHONE NO. |
|---|---|---|---|---|---|
| | | TX | | | 888.7222713 |

| | DRIVER'S LICENSE NO. | STATE | BIRTH DATE MO DY | YR |
|---|---|---|---|---|

| ATOR NAME (LAST, FIRST, MIDDLE INIT.) | 4 MR. | 2 MS. | | OPERATOR COURSES | |
|---|---|---|---|---|---|
| | | | | 0 NONE | 4 RED CROSS |
| RESS | | | | 1 CG | 5 PUBLIC SCHOOL |
| | | | | 2 CGAUX | 6 STATE/COUNTY |
| | | | | 3 USPS | 7 OTHER |

| | | STATE | ZIP | +4 | TELEPHONE NO. |
|---|---|---|---|---|---|
| | | 14 | 366 95 | | 251 639 1747 |

| | DRIVER'S LICENSE NO. | STATE | BIRTH DATE MO DY YR | OPERATOR AGE. IF UNDER 18 |
|---|---|---|---|---|
| | | AL | | |

| SED | BODY OF WATER | ACTIVITY | 1 INLAND RULES | 2 COLREGS |
|---|---|---|---|---|
| | | U | LAT: 26 09' N | LONG: 97° 11' W |

| CITY | | STATE | DETAILED LOCATION |
|---|---|---|---|
| | | TX | 1/4 MILE SW OF CAUSEWAY |

| ON (See Procedures reverse side, para. 1) | CITATION | VIOLATION (See Procedures reverse side, para. 1) | CITATION |
|---|---|---|---|
| mbering | 33 CFR 173 | 120 Intoxicated Operation | 46 USC 2302(c) |
| tification | 33 CFR 173 | 121 Failure To Terminate | 33 CFR 177.05 |
| ument/Official Number | 46 CFR 67.45 | 122 Other (Specify) | |
| onal Flotation Device | 33 CFR 175/ 46 CFR 25.25 | 123 Other (Specify) | |
| nd Producing Device | 33 USC 2033/COLREGS 33 | 124 Other (Specify) | |
| | 33 USC 2033/COLREGS 33 | 125 Other (Specify) | |
| Extinguisher | 46 CFR 25.30 | UNSAFE CONDITION | CITATION |
| kfire Flame Control | 46 CFR 25.35 | 126 Unsafe conditions creating especially hazardous conditions. Terminated use. | 46 USC 4308 33 CFR 177.01 |
| tilation | 46 CFR 25.40/33 CFR 175.201 | | |
| ine Sanitation Devices | 33 CFR 159.7 | 127 Corrected on the spot | |
| lled Toilet &No MSD Installed | 33 CFR 151.57 | 128 Overloaded | |
| ution Placard Not Posted | 33 CFR 155.450 | 129 Manifestly Unsafe Voyage | |
| bage Placard Not Posted | 33 CFR 151.59 | 130 Accumulation of Fuel in Bilges | |
| te Mgmnt Plan, Vsls ≥ 40 ft. | 33 CFR 151.57 | 131 Fuel Leak - Engine or Fuel Syst | |
| SSL Not Posted/Available | 47 CFR 80.405 | 132 Hazardous Bars (CCGD13 only) | |
| ration w/o FCC SSL | 47 CFR 80.405 | 133 No Violation | |
| /Anchor Lts. | 33 USC 2020/COLREGS 20 | 134 Warning Issued (see reverse) | |
| Signals | 33 CFR 175 110 | 135 USCGAUX CME DECAL | YES NO YR |
| ently or Negligent Operation | 46 USC 2302(a)/(b) | 136 Law Enforcement Action Taken N | |

| NIF | | TELEPHONE NO | BOARDING OFFICER'S NAME (Print) | RANK/RATE |
|---|---|---|---|---|
| | | 956 761 2668 | MK2 WILSON SAMUEL | E-5/MK2 |

| DEPT OF TRANSPORTATION FATES COAST GUARD | Form CG 4100S Prepared | Y | BOARDING OFFICER'S SIGNATURE | 28 |
|---|---|---|---|---|
| Rev. 1-91) | | N | | |

**EIGHTH COAST GUARD DISTRICT**

**TOWING VESSEL BOARDING FORM**

"BANANA DOCKS"
PORT ISABEL

Date/Time of Boarding: 15 001/1057 Exam Location NO BROWNSVILLE TX ux.

VESSEL NAME BROWNWATER V / Official No. D580427 Call Sign _____

Home Port ROCKPORT TX Length 49.1' Tot.Horse.Pwr 800 No.of Eng 2 GENERATOR

2 MINS

Gross Tons 84 Net Tons 57 Year Built 1977

Route: Inland____ Coastal ✓ Ocean____ Number of personnel on board 5

Owner Address                    Operator Address

UTVE Decal issued? YES X NO___    PHASE 1 DAY 26

SERIAL 0198 /

_____    _____
_____    _____
_____    _____

**A.  Required Markings & Documents:**

1. NA Official number clearly visible on          46 CFR 67.121
   interior structural part of hull?

2. NA Original Marine Document produced if        46 CFR 67.313(a)
   at least 5 net tons? Expires: LAST DAY/JAN 02

3. NA Vessel with square bow, the name      NOT ON    46 CFR 67.123(b)
   and hailing port clearly displayed.     BOW

   NA Lettering must be of durable markings       46 CFR 67 123(d)
   not less than four inches in height.

4. NA Vessel valid radio station license?          47 CFR 80.13
                                                    47 CFR 80.405

5. [ ] Restricted radio operator's license?       33 CFR 164.72(a)(3)

6. [ ] Vessel log of required tests and           33 CFR 164.78(b)
   Inspections?                                    33 CFR 164 80(a)

7. [ ] Is vessel operator(s) properly licensed for   46 CFR 15.610
   towing vessels >26ft, and properly endorsed
   for vessel's route?                              289

8. [ ] Valid Radar Endorsement on License         46 CFR 15.815(c)

If not, Prior to June 1, 1995 must hold
Certificate of Radar-Operation Course.

9. *[initials]* Operator aware of marine casualty                          46 CFR 4.05-1
    reporting requirements

10. *[initials]* Operator aware of hazardous conditions                    33 CFR 160.215
    reporting requirements                                                 33 CFR 160.203

11. *[initials]* Does the Company have a chemical testing                   46 CFR 16.205
    program?                                                               46 CFR 16.201

12. *[handwritten]* Company's Drug and Alcohol Policy is aboard            Soon To be a
    the vessel.                                                            Requirement

13. *NO* Employee Assistance Program (EAP)                                  46 CFR 16.401(a)
    educational / hotline information posted

14. *[initials]* All personnel aboard vessel have taken a                   46 CFR 16.210
    pre-employment drug test.

15. *[initials]* Certificate of Financial                                   33 CFR 138.10
    Responsibility (COFR) (>300GT)                                         33 CFR 138 12
    (When the owner of vessel is not the operator of
    vessel, a copy of the demise charter party or other
    written document on the owner's letter head which
    specifically identifies the vessel operator named
    on the Certificate, must be maintained on board.
    33 CFR 138.100)

.6. *[initials]* Declarations of Inspections with in last                   33 CFR 156.150
    month (capacity > 250 or more barrels of
    oil, equivalent to 10,500 gal)

**B.  Navigation Safety:**

Pilot House Equipment:                 *No course plotting*

1. *[initials]* Navigation Publications, >39.4 FT
    (Or COTP Exemption Letter)

   Marine Charts of the area to be                 33 CFR 164.72(b)(1)
   transited (Current Edition or       *28th 1130Z*   *No Corrections*
   Currently Corrected Editions      *(AUG/99)*
   33 CFR 164.70)
   Coast Guard Light List                          33 CFR 164.72(b)(3)(i)(A)

   *[initials]* Coast Guard Local Notice to                 33 CFR 164.72(b)(3)(i)(B)
   Mariners and USACE Notices to
   Navigation for area to be transited.    *LAST EDITION*
                                            *01/00 Jan 4th 2000*

   *[initials]* Copy of Inland Navigation Rules            33 CFR 88.05
   (Required for self propelled vessel >12 meters)

2. [ ] Navigation Equipment)
    (Exempt if limited geographic)
                                                                    290
   *[initials]* Marine Radar                          33 CFR 164.72(a)(1)
            *SIMRAD ANRITSU*
            *Serial RA725UA MARINE RADAR*

Searchlight                                          33 CFR 164.72(a)(2)

Two VHF-FM Radios w/ability to                       33 CFR 164 72(a)(3)
separately monitor Ch.13 and Ch.16                   33 CFR 26.03
(>26 ft while navigating)

Magnetic Compass or Swing Meter *Compass light*      33 CFR 164 72(a)(4)

3. Navigation Lights (masthead, side,                    33 USC 2023(a)
towing, and stern lights)
(Inland Rule 23 Underway without tow,
Inland Rule 24(i) Underway with tow)

Navigation Side Lights fitted with                       33 CFR 84.09
black screens(>20M/65.6')

Towing: Two amber towing lights at stern             33 USC 2024(i)

4. Efficient whistle and fog bell (>39.4')              33 USC 2033

C.  **Lifesaving Equipment**

1. Serviceable CG approved PFD's for                  46 CFR 25.25-5
each person aboard

All lifesaving equipment marked                      46 CFR 25.25-7
showing CG approval numbers

Wearable lifesaving equipment                        46 CFR 25-9(a)
readily accessible

NO  Retroreflective material for each *P&S LIFELINES @ BRIDGE* 46 CFR 25.25-15
PFD, Buoyant vest, or marine
buoyant vest

Work vests CG approved?                              46 CFR 26.30-1
(CG approval#160.053 & 160.064)

OC  Work vests stowed separately from                46 CFR 26.30-10
life preservers

At least one USCG approved ring life buoy   46 CFR 25.25-5(d)
required if vessel is 26 ft in length or longer.

Lifesaving equipment designed to be                  46 CFR 25.25-9(b)
thrown required in 46 CFR 25.25-5(d)
must be immediately available.      *Ring buoys lights*

NO  All required lifesaving equipment in              46 CFR 25.25-11
serviceable condition.          *Not functioning*
                                *FLOATING STROBES*

D.  **MARPOL** Annex V - Garbage Pollution Prevention:

1. [ MARPOL Placard(s) posted                          33 CFR 151.59
(9" x 4" with >1/8" letters)[Vsls>26']
Is vessel complying with disposal of         46 CFR 25.50-1
plastics, paper rags, glass, metal,          33 CFR 151.67
etc.  Annex A Table of 33 CFR 151                    291

*WED* Discharge of garbage in U.S. navigable    33 CFR 151.66
waters is prohibited.

**E. Marine Sanitation Device:**

1. *Mod* [ ] Certified Marine Sanitation Device    33 CFR 159.7(a)(1)(2)
installed Type _III_ (Label placed on → *Possibly Modified*
device designating it as Type I or II, III,
meeting Coast Guard discharge requirements.)

2. *NW* Placard posted printed with operating    33 CFR 159.59
instructions, safety precautions and
warnings pertinent to the device.

*No two PIPED OUT EXAUST*

MSD overboard discharge valve    33 CFR 159.53(c)
installed and closed for Type III

*GROUND BURNER*

Operable Type I, II, III, system. (For a    33 CFR 159.65
Type II to be operable there must be evidence
of chemical use. Chemicals used in sewage
treatment must be kept in proper containers,
located in the general area of operation.)

**F. Fire Fighting Equipment:**

1. *NA* All required fire extinguishers CG or    46 CFR 25.30-10
UL approved

*WED* All required fire extinguishers have    46 CFR 25.30-10(d)
metallic name plate attached?

*NW* Minimum number of Portable Fire Ext.    46 CFR 25.30-20(a)(1)
for Mortorboats (**Harbortugs**)

__ 26' and over, but under 40'    2 B-I Fire Ext.,

*WED* 40' and over, but 65' & under    3 B-I I Fire Ext. *3 B-II's 4 from needs recharge*

Note: **One** B-II Hand Portable Fire Ext. may be substituted for
**Two** B-I Hand Portable Fire Ext.

*NA* Minimum number of Portable Fire Ext.    46 CFR 25.30-20(b)(1)
for **Motorvessels** (over 65')

*<65'*

__ Not over 50 tons    1 B II Fire Ext.
__ Between 50 tons and 100 tons    2 B II Fire Ext.
__ Between 100 tons and 500 tons    3 B II Fire Ext.
__ Between 500 tons and 1,000 tons    6 B II Fire Ext.
__ 1,000 tons and up    8 B II Fire Ext.

*NA* In addition to the above requirement,    46 CFR 25.30-20(b)(2)(i)
additional B-II's shall be carried in
the machinery spaces for each 1,000 B.H.P. *a HP*
of the main engines. There numbers not
exceeding no more than 6 extinguishers.    292

*NA* *SHOT* One B-III or fixed fire    46 CFR 25.30-20(b)(2)(ii)

extinguishing system in
engine room ( >300 G.T.)

**G.  Pollution Prevention:**

1.  Prohibited Discharge Warning Placard
    (5X8") posted (>26')                                33 CFR 155.450

    Machinery or other oil is not to be
    intentionally drained into the bilge's.             33 CFR 155.770

2.  If 100 gross tons and above, must have a            33 CFR 155.410
    fixed internal oily waste/slop pumping system

    At least one pump installed to discharge      33 CFR 155.410(a)(1)
    oily mixtures through a fixed piping
    system to a reception facility.

    The piping system required has at least       33 CFR 155.410(a)(2)
    one outlet that is accessible from the
    weather deck.

    Each outlet required has a shore              33 CFR 155.410(a)(3)
    connection or portable shore connection
    that meets 33 CFR 155.430 specs

    Each outlet requires a stop valve             33 CFR 155 410(a)(4)

3.  Is fuel oil discharge containment adequate    33 CFR 155.320(a)
    for oil transfer, this includes vents,
    overflow and fill pipe. (vessel >300 but
    <1600 gross tons has a capacity of at least
    1/ 2 barrel) This applies to ship 300 gross
    tons or more, constructed after June 30, 1974.

    A ship of 100 gross tons or more          33 CFR 155.320(b)(1)(2)
    constructed before July 1, 1974, and
    a ship of 100 or more but less than 300 gross
    tons constructed after June 30 1974 must meet the
    above or equip each fuel tank vent, overflow and
    fill pipe during oil transfer operations with a
    portable container of at least a 5 U.S. gallon capacity.

    If the ship has a fill fitting for         33 CFR 155.320(b)(3)
    which containment is impractical, use
    an automatic back pressure shut-off nozzle.

4.  Oily waste/slop retention system & disposal       33 CFR 155.330
    (not required if essentially dry bilge)

    Oil transfer hose                                  33 CFR 155.800
    (if on board or if applicable must meet the
    requirements of 33 CFR 154.500)

5.  "Person-in-Charge" holds valid license      33 CFR 155.710(e)(1)
    master, mate, pilot, engineer, or operator
    aboard that vessel or holds a valid merchant
    mariner's document endorsed as Tankerman-PIC         293

    Or "Person-in-Charge" carries a letter     33 CFR 155.710(e)(2)
    of instruction, verifying that he or she        33 CFR 155.715

has received sufficient formal instruction
from the operator or agent of the vessel to ensure
his or her ability to safely and adequately carry out
the duties and responsibilities of the PIC described in
33 CFR 156.120 and 156.150.

Records contain required info                              33 CFR 155.820
(person-in-charge, hose info)

6. Oil Transfer Procedures available for                   33 CFR 155.720
transferring to or from the vessel and
from tank to tank within the vessel.
(Vessel with a capacity of 250 or
more barrels of oil)

7. Contents of Oil Transfer Procedures                     33 CFR 155.750(a)
meet requirements

List of each product transferred to or       33 CFR 155.750(a)(1)
from the vessel.
A description of each transfer system        33 CFR 155.750(a)(2)
on the vessel including:

   (i) A line diagram of the vessel's
      transfer piping, including the
      location of each valve, pump, control
      device, vent, and overflow;
  (ii) The location of the shutoff valve or other
      isolation device that separates any bilge
      or ballast system from the transfer system;
 (iii) A description of and procedures for
      emptying the discharge containment
      system required by 33 CFR 155.310
      and 155.320

The number of persons required t be on       33 CFR 155.750(a)(3)
duty during transfer operations

The duties by title of each officer,         33 CFR 155.750(a)(4)
person in charge, tankerman, deckhand,
and any other person required for each
transfer operation.

Procedures and duty assignments for          33 CFR 155.750(a)(5)
Vessel's moorings during the
transfer of oil or hazardous material;

Procedures for operation the emergency       33 CFR 155.750(a)(6)
shutdown and communications means
required by 33 CFR 155.780 and 155.785,

Person-In-Charge must sign declaration                     33 CFR 156.150
of inspection
Procedures for topping off tanks;            33 CFR 155.750(a)(7)

Procedures for ensuring that all valves      33 CFR 155.750(a)(8)
used during the transfer operations are
closed upon completion of transfer;                        294

Procedures for reporting discharges of     1 33 CFR 155.750(a)(9)

oil or hazardous material into the water;

NN Procedures for closing and opening the   33 CFR 155.750(a)(10)
vessel openings in 33 CFR 155.815.

**I.   General Housekeeping**, Including Machinery Spaces:

1. *NEO* Living spaces are clean, no build up of debris nor evidence
   of smoking in bed.

   DESCRIBE ANY UNSAT CONDITIONS NOTED AND IF CORRECTIONS WERE MADE:

   _All appear Sat_

2. *NEO* Galley cleanliness and refrigeration ( - SAT or UNSAT,

   IF UNSAT NOTE THE PROBLEM(S) AND IF CORRECTIONS WERE MADE:

3. *NEO* Main deck stanchions and chains          WBR 3118

4. *NEO* Fuel tank vents are covered with flame screens.

5. *NEO* Machinery spaces conditions:  guards in place around all
   moving machinery, piping is in good condition, no hazards
   noted.  NOTE ANY PROBLEMS FOUND IN MACHINERY SPACES AND IF
   THEY WERE CORRECTED:

6. [ ] Electrical  systems:  no jury rigged wiring, guards and
   globes cover exposed lights in work or external areas,
   electrical boxes are in satisfactory condition, switches are
   covered.  NOTE ANY PROBLEMS FOUND WITH ELECTRICAL SYSTEMS
   AND IF THEY WERE CORRECTED:

   _Both Tach wires - Not Properly Connected._
   _Stripped insulation - wiring twisted together_
   _Lights guards/globes wx deck & E/R (msg cages/globes_

7. *NEO* Steering system:  Observe operation and note any problems
   with hydraulic lines or linkages.
   NO EXCESSIVE OIL

295

**I.  Examiner's Comments:**

Examiner's overall impression of the vessel's appearance and the crew's behavior.  Include any suggestions made by the crew as well as any positive comments derived from this examination:

_____

_____

**J.  Unscheduled Boarding Deficiencies:**

(COMPLETE THIS SECTION ONLY IF CONDUCTING AN UNSCHEDULED BOARDING) As a result of the examination of your vessel, the following deficiencies were noted and may be submitted for civil penalty action (Be specific):

STBD TACH MALFUNCTION — READS N (↑)1000 ~ 1100 when ~~RPM over actual~~

~~engine~~ max RPM reading

**K.  Scheduled Voluntary Examination Deficiencies:**

(COMPLETE ONLY IF CONDUCTING A SCHEDULED VOLUNTARY DOCKSIDE EXAMINATION)  As a result of the examination of your vessel, the following deficiencies were noted that prevented the issuance of the Cooperative Towing Vessel Examination Decal:

_____

_____

When all items have been corrected, please call to schedule a follow-Up examination in order to receive a Cooperative Towing Vessel Examination Decal.  You should keep this letter on board your vessel

Vessel Name: _____     Official Number: _____

CONGRATULATIONS!  Your vessel is in full compliance with the U.S. Coast Guard's Uninspected Towing Vessel Safety regulations for the operations described above.  As evidence of this, Uninspected Towing cal number_____ has been affixed to your vessel.  You are urged to maintain the high standards required receiving this decal.  If you sell the boat, you should remove the decal.  Any suggestions you have to improve the program can be provided to the Examiner or you may  296

write them on the reverse of this form.

Examiner's Name/Rank/Rate  (LNSD)  WALTERE, CWO  Unit  MSO CORPUS CHR, TX

Exam Location _____    Date _____

Exam Hours: Time Exam Started: _____  Time Exam Completed: _____
            Travel Time: _____

_____  _____
Signature of Company Representative      Signature of Boarding Officer

297