BROWN WATER V    OFF. NO. 200422  GROSS 84  NET 57  10 17 11

L 49.1 W 20.0 D 8.3  BUTER ORTIZ  KROTZ SPRING, LA.

ENGINES: 12V71N N55 inj  NL 1950  L 1800
STRB L/P 3-71N N5E inj  PORT L/P 2-71N N55 inj

REDUCTION GEARS: MAINS 514 TWIN DISC 6:1 RATIO Filter 1161 or 1403  NAPA
BALDWIN P55044 OR P556001

SHAFTS: 5" x 11'
WHEELS: 60 x 44  4 BLADE
CUTLASS BRG: 5" x 6⅛" x 20"

24

EXHIBIT
105

FREUND 800-531-6989

49477  D 00709

CLOTHES
DRYER KENMORE    D. 855 70/00

Governor — SWVS    Idle L25    NL 2050
Controls — Morse — MD-24
ENGINE ROOM EXHAUST FAN — GRANGER 4C663-4   16" BLADE

Mag Switches Allis Chalmers w/ 208/230 V Coils #48 Heaters

Radar: ~~Furuno Digital~~

~~Model 1800 Ser. 318-T 263 Class B~~ (o)

~~Type RDP 043 1984-11~~

RAM #214-148 BAILEY

INCINOLET CAMODE Mod. WB/TR III Ser. 30951

PURCHASED 4-20-94

Hydraulic Pumps. #/94 Magic Industries 512-576-5187

Mod. # P1500 A299-ADDQ20-7 7/8 Shaft/Not Splined

Coupling — Port Pump - Woods 6J INSERT

Start Switch Square D 3PH /Class 8536/Type SCG3

SERIES A / SERIAL # 278363 KF ENCL

#25 HEATERS

Coil # 31041-400-51 208-250 Volt

Reduction Gears 6 to/1

Shaft. 5" x 11'

WHEEL 60 x 44

PORT MAIN

No Numbers

STBB MAIN
12VA 38516
7127-7526

RADAR: ANRITSU
MOD RA 725 UA
SER P 72747 D

Winch Cables
Bow 95' - 7/8" W/3' Eye
Stern 90' - 7/8" W/3' Eye

PORT L/P
2A43930
65734976

Strb L/P
3 A 97470
1033-7005

12" RADIOUS - FRONT + Rear, FRONT BAD. STARTS AT Push 205C

49477   D 00711

BW5

2002

1/19   STBD GEAR   SHOP REBUILD

1/25-02   RANDY + JASON (FREEPORT) SWING PORT MAIN DUE TO
2002   FUEL DILUTION, OUR SHOP REBUILD .030 MAINS + RODS + LINERS .020.

2/25   ROY -TONY - KIRBY CC. INSTALL 2 CYL KITS IN 2-71 GENSET
STD MAINS + STD ROD BRGS. REPLACED ALL FUEL LINES.

2/29   ROY + TONY -BWM YARD - SWING STB GEAR DUE TO METAL IN SCREAN, INSTALL
514 B 6 TO 1. JASON REPAIRED PORT STEAN WINCH AND REPLACED
PORT FRESHWATER PUMP.

3/19   BWM YARD SWING PORT GEAR (ROY + TONY)

3/20   FIX RUDDER LINKAGE ON STERN DECK, STB MAIN INSTALLED NEW
GOVERNOR + NEW RACKS VESSEL TURNES 1900 LOADED (BOTH).
FIXED STERN VOID HATCH LIDS - SWING ARMS MADE.

3/14   STBD MAIN REPLACE #3 OUTBOARD INJECTOR ADJUST
THROTTLE BOTH ENGINES

4/23   SWUNG STRBD. MAIN BLOCK .010 CRACK .020 TONY + ROY
5/8   REMOVED BLOCK WITH HOLE IN IT INSTALLED
ALTERNATOR ON 2-71 & 3-71

5/8   RUSS - HAVE (2) 3P552 TEEL PUMPS HOT SHOT TO BOAT AT KIVA CONST.
by GRAINGER HOUSTON - ROCKY REPORTS both BILGE PUMPS Out

49477   D 00712

BW IV

2000 + 200

| | |
|---|---|
| 10/25 | Randy to POC. - Found spring pack stripped & front blower bad - Replaced both blowers w/ new drive spiders & plates |
| 11/9 | Randy changed #6 kit inboard starboard main 020 kit STD rod bearing, use some head port |
| 12/6 | RANDY & JASON CHNG. PORT INBOARD HD DUE TO LEAKING TUBE. JOHN & CODY CHANGED STBD INBOARD EXH. MANIFOLD. |
| 12/18 | BWM   Pull GEAR back-CHANGED front SEAL & SLEEVE (PORT) Pull STB Oil COOLER & ASSEMBLY CHANGE ALL GASKETS Found front GEAR HOUSING CRACKED BETWEEN 2 BOLT HOLES |
| 3/3 | Bwm-Tony & John STB MAIN LOW OIL PRESS. DROP PAN & FOUND REG. VALVE AT OIL PUMP LOOSE. INSTALL NEW GSKS. & REPLACED MAIN BRGS .020. |
| 4/25 | H/O mile 533 REPLACED BOTH SHAFTS AND BOTH CUTLASS BRGS. BOTTOM JOB & PUT ON 30-12LB & 10-24LB ZINCS NEED TO REPLACE SOME RUB RAIL ON BULL WORKS. |
| 9/12 | port main 12 O.C. Kits - STD Rod bearings |
| 9/14 | REPLACE MD 24 ON PORT SIDE MAIN IN BROWNSVILLE. |
| 10/21 | Tony (Bolivar) - REPLACE REGULATER GSK on STB MAIN |
| 10/5 | Randy (Bolivar- SWING STB 6:1 GEAR    Ⓟ  Ⓢ |
| 10/29 | Bwm YARD - MADE REPAIRS ON BOTH TACKS   WH 200  LH 2001   HT 2005  HT 2101   INSTALL NEW HANDLE ASSY ON STB STERN WINCH.   DID 1810  OP. 1781 (WELDED HOOKS ON BOTH PUSH KNEES) (WELDED SAFETY GUARDS ON ALL GEAR) (REPAIRED PA SYSTEM ) (SWING PORT GEAR) (REBUILT STB MAIN 12 STD CYL. KITS, ROD BRG .020) (STB MAIN RED HAND BLOCK) |
| 11/6 | SWING STB GEAR DUE TO BAD INPUT FLANGE & ALIGN PORT MAIN ENG. |
| 12/13 | RANDY - INSTALL ZENON   BWM YARD |
| 12/15 | Tony & JASON- STB GEAR FLANGE PULLED OUT. MATAGORDA - REPLACED FLANGE. |

49477    D 00713

12-4 M
12-10 C                                                         COUPLING
       U                                                         PPING.
2-10 J                                                    ng. for White
    sm                                                   ged - RANDY
REPAIR THROTTLE LINKAGE - HEAT CHANGER FRESH WATER PUMP
ADRION WELD WEAR BLOCKS OVER bUTTONS ON bULWORKS
3/15 Randy Change 271 head shim Liners
3/29 Jon - Tony - 533 - R&R Broken Port Shaft Installed 2 new wheel
H/O nuts w/old wheels - added 10 - M24 & 79 - M12 Zincs -
      Scrape bottom -
4/14 Randy to Brownsville Port Main Bent Rod #6
    Inboard  O2O KIT STD ROD BEARING
4/8 RANDY, TONY - OVERHAUL STB. MAIN - LINER STD + ROD BRG .O2O.
4/30 CAPT TERRY LEE - BOAT SANK IN ARANSAS BAY - GARRETT CONST.
    WITH SPUD BARGE & CRANE RAISED VESSEL & BW VII TOWED
    INTO BWM YARD.
6-1 JON - TO FREEPORT REPLACED PORT SIDE SHAFT COUPLING DUE
    TO CRACK.
6/26 BWM dock - Repair throttles, Repair Leaks in hull - Check Stern
    winches, Check and Adjust Strb light Plant, Install Alternator
    and braket on Port L/P, Remount Water Systems, Change
    oil in both gears, Tighten all mount bolts, install
    air box drain.
7/21 BWM Welder made misc repairs to boat, weld up hole in
    Side & replaced Filler on ballast tank, repaired handrails
8/26 swing starboard Gear with Shop space Twin Disk
10/3 SWING PORT GEAR 6:1 WITH RANDY REBUILD (BWM YARD)
    ALSO WELD NEW PLATE TO REATACH BOW BIT.

49477  D 00714

*2000*

12-4 MECO MARINE REBUILT GENDRATOR END OF 3-71.

12-10 Cody - Point Comfort - BLOWER SHAFT & REAR COUPLING WAS REPLACED ON STB MAIN DUE TO STRIPPING.

2-10 Josh-Cody-Randy BWM YARD - CHECK STRB Eng. for White smoke & Check Liners - found Air Box Drains Plugged - Randy Repair Throttle Linkage - ~~Nea changed Fresh water pump~~ Adrion WELD WEAR Blocks over buttons on bulworks

3/15 Randy Change 271 head shim Liners

3/29 Jon-Tony-533 - R&R Broken Port Shaft Installed 2 new wheel H/O nuts w/ old wheels - added 10-M24 & 29-M12 Zincs - Scrape bottom -

4/17 Randy to Brownsville Port Main Bent Rod #6 Inboard .020 KIT STD ROD BEARING

4/18 Randy, Tony - OVERHAUL STB. MAIN - LINER STD + ROD BRG .020.

4/20 CAPT Terry LEE - BOAT SANK IN ARANSAS BAY - GARRETT Const. WITH SPUD BARGE & CRANE RAISED VESSEL + BW VII TOWED INTO BWM YARD.

6-1 JON - TO FREEPORT REPLACED PORT SIDE SHAFT COUPLING DUE TO CRACK.

6/26 BWM dock - Repair throttles, Repair Leaks in hull - Check Stern winches, Check and Adjust Strb light Plant, Install Alternator and braket on Port L/P, Remount Water Systems, Change oil in both gears, Tighten all mount bolts, install air box drain.

7/21 BWM Welder made misc. repairs to boat, weld up hole in Side & replaced Filler on ballast tank, repaired handrails

8/26 swing starboard Gear with Shop space Tuning Leak

10/3 SWING PORT GEAR 6:1 WITH RANDY REBUILD (BWM YARD) ALSO WELD NEW PLATE TO REATATCH BOW BIT.

49477   D   00715

NEXT H/O CHANGE
PACKING RINGS          9B - 99          BW V

12/31  BWM - Adrion making repairs to cracks in bow - Jon Chk. Winch adjustments - Randy Inspect Reduction gear for noise - did not find anything

2/4  DIVER CUT ROPE OUT OF PORT SIDE WHEEL, CODY PULLED GEAR BACK + REPLACED FRONT SEAL + REAR SEAL ON GEAR (PORT). ADRIAN WELDED UP HOLE IN STERN VOID TANK ON STB SIDE.

2/14  BWM  Welder repaired Broke Tiller arm STB.

2/23  H/O 533 - WELDERS REPAIR STB RUTTER (ADRIAN) + 533 welders

3/2  RANDY-TONY - REPLACED HYDRO ON PORT IB SIDE - OVERHEATING.

3/4  ADRIAN -WELDED NEW PAD EYES FOR HYDROLIC STEERING RAMS + DEAD MAN AT BWM DOCK.

3/31  Jon dove under boat & Sealed Shaft Log so Adrion could Cut into Shaft log in engine room and install new packing back-up ring in Stuffing box -

4/22  H/O AMW - POSSIBLE BENT SHAFTS - Shafts OK Repack Stuffing bofes after checking for shaft wear - Welded cracks in Strb Shoe & hole in bow (insert) 8"x12" - add 10-M12 & 4-M-24 Zines

4/21  H/O mile 533  REPAIR KEEL COOLER LEAK ON PORT SIDE, ADRIAN WELDED TWO 90° ELBOWS. ALSO AT BWM YARD CREW CLEANED OUT FRESH WATER TANK.

8/26  H/O 533  Jon Tony PORT WHEEL LOOSE ON SHAFT. WENT TO MARINE PROP. OBTAIN NEW Key + REINSTALL WHEEL.

10/8  INSTALL Leg BURNER FSP #330 @31 & Plug #660533 ROPER STOVE Mod #FEP 310 BW    SER. FE 362254

11/22  Josh-Cody
Jon-Tony  12 Kits  010  PORT Both Heads ① S+S #K21293
① Ind. Castings - Std Rod Brgs - Adrion Repaired Exhaust

11/23  Josh -Randy took Crew boat to BW V - to repair broken Rocker arm bolt and jumper line

49477   D 00716

BW V

97

2/25 O/H Stbd Eng. Std Liners .020 Rod Brgs. All New Injectors
Test run OK - John - Matt - Joe

3/20 Change Blower Couplings and Shaft on Port Main -
Work on Fresh water System - Rehang Tires -

4/22 Hollywood Fleet - Jon/Matt - Swing Stbd Rod w/ Our Shop rebuilt
Pulled "B" Gear out - Installed "C" Gear - Input bearing Out -
Replaced Both Gear Cooler hoses on Stbd Reduction

5/10 Jon & Ryan - Pull Pan found Reg. Valve gasket blown out
and main Brgs worn - Crank OK - Change all main Brg Sts.
& Changed Reg. & Relief Valves w/ new Gaskets - Ck OK. 55 Oil

1/8 Jon Tried to Patch Keel Cooler (Stbd) Bleeder - Would not Stick

9/4 H/O Weld up vent in Keel Cooler on Stbd Bow top - Reweld
cracks in Struts & rudder add 300# Zinc - Straighten
Bent Fluke on Stbd wheel H/O removing Wheel - Cutlass Brg
O.K. @ Yard Weld up Crack in push Knee & Pipe nipple in bulk
head for Waste Oil Discharge - Install New Radar (Anritsu)

1/14 Haul Out @ Bloodworth Bond - Houston to repair Keel cooler
leak - piping getting thin - Should be replaced soon -

1/15 S&S Houston - went to Hollywood - replaced water pump on
Port main engine -

1/20 Jon - Changed Out Broken Stat housing - Port Main Eng.
broken while changing pump 1/15

1/24 Jon - Josh - Formosa - Found Stbd Eng. had (2) Bad Cyl. Chgd
Brought to Yard for Inframe

3/2 H/O 523 AP - Happy welded up Port Keel cooler vent
Swapped out Fire Bottles - Had Horn Inspect
will put back on boat

4/28 Port main change out Blowers & all Drives

7/9 Cody - Mike Pull Port Rod - Change Frt Seal in Gear  40 gal

8/17 H/O Bottom Job - add 500# Zinc 34-12c 8-24c Coal Tar
PRS - 4483 Seaworthy Anti Foulant - Repair Keel cooler Vents  16 gal
Repair Rudders & Stbd Outboard Strut, No Wheel or Shaft
this time - Good Condition

12/2 BWM - Checked rack adjustments, Pulled Stbd reduction
& Changed Frt Seal & Sleeve - Welder repaired cracks
in Collision Comp. Bulkhead & Holes rusted thru in
second deck -

49477    D 00717

96    BW V

4/26 Rice Elect. to Check Radar at KDL Carpenters Bayou
5/2 Sent DC/AC Power Supply for Radar —
5/11 Randy - Joe  Check Strb Engine for Overheating found both heads
making air, changed both heads w/ shop rebuilts
David Phillips - Worked on Radar @ BW M
5/12 David Phillips - "  "  "  "  "  Again, found problem
in power Supply & Magnation
5/13 Paul Check - Port Engine for overheating, heads not cracked,
Check Strb Eng for Oil leaks and blowly, found broken fuel line
Rings gone off of #3 RB., Pull heads, change all Cyl. Kits w/Std
Replace same heads
5/16 Sent Incinolet to be Swapped out by Crew —
5/20 Pat Worked on Radar at Yard — Working OK
6/2 David Phillips - Repaired Radar) 7800 Faresno Changed
Cable - Changed Modulator Board & found Loose pin
in TRX
6/30 Sent Gear Cooler hoses, Ball Joints & Spring Link to boat
8/26 S/B Houston went to HMS Fleet & Changed Water pump
on 3-71 D/P -
8/3 Start making repairs from list - Install light on horn
repaired rusted out floor in head & Eng. room wall - Cut out old
Watte drain(4") to side of boat and Plug overboard opening -
8/12 8/10 Changed Strb Shaft & Port Rudder Tube and shaft
Blast Bow Compartment - Added bleeders for heel coolers
in Bow Compartment - Randy repairing door jams on
Bunkroom ~~~~~~~~~ - Bottom Job - add 450# Zinc
Replaced Some bottom plate in Forward Comp. & add
12"x10' Doubler under Forward Fuel tank bulk head
Changed Plumbing on Bilge System - Changed Port Ram
Adjust Voltage on D/P's
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
10/22 Welder - Repair Fantail damaged by tow line - added tow pipe
Rewelded Several Cracks - checked dryer installed new
Motor - added life Boat Rack to Stern 2nd Deck coaming
12/31 Send tech. from Rice Electronics (Doyle) to Chocolate Bayou/ Monsanto Plant
Check Radar -
~~~~~~~~~~

49477    D 00718

9/25 #6  Pulled Port Shaft - found Twisted & Cracked in Stuffing
box area, causing Shaft to wobble at Stuffing box -
Had marine Propellor cut down shaft for BW I from
15'2½" Down to 11" to fit BW II. Clean up Coupling and
make new keys - Reinstall Port Shaft - Repack Stuffing
boxes both sides - check Stbd Shaft for wear - worn
some in stuffing box & has torch gouge in shaft
between Cutlass & wheel - will change when new
shaft is ready. Added 220# Zinc, Repair Rudder
Did Not Paint or Blast -
Randy Repair Water Leak on Stbd Oil Cooler
Happy - Repaired (3) Flexpipes & Welded up engine bed
scuppers - Installed new Stove

9/27  ~~Strong Port main (3 cyl) ago Bad Pistons) New Styl Pig~~
~~cyl liner Change Crank Bads~~
Found Crank Broke and Thrust out in Block -
Swing out with our shop rebuilt Spare - .010 Kits
Std Crank Rods & Mains - Port Main

10/14 Chg. Starter on Stbd Eng w/ rebuilt from S/S
10/24 Chg. Bunkroom Door & Jams
10/25 Randy - CC - Change Injector Lines on L/P
Pt 6 12/29 Randy - Houston - Pull Port Reduction - Change front Seal & Sleeve
Port #

96

1/1 Randy - Pull Port Red - Change Front Seal & Sleeve again - Seal Damage
Repair water Leak on Stbd L/P 3-71
1/22 Randy - Mark Swing Port Reduction w/ Our Shop rebuilt -
Welder - Repair crack in bow & handrail on Push Knee
1/25 Donnie - Mark - Swing Port Red again - broke tooth off Bull gears
Swing w/ Gear purchased from Power Systems - Houston
Donnie install Lids on Daytanks -
3/14 Crew making repairs on Safety Audit - Covered bunk lites - Hold
down for Ice box & Stove - Flame screens for Vents
4/12 Flush Keel Coolers & Daytanks - Paul Found Worn rocker arms
on Stbd main Eng - Changed rockers & tuned up - Checked Floor
in Head - Need Inserts in front of Shower Stall & along back
wall - Camode Smoking - Linkage problems - pulled - Change
w/ BW III - repair & install on BW III - Springs Bad

94

49477 00720 BW V

<u>7/15 H/O Repaired bottom over wheels</u> Cut Out and insert
over Both Wheels added Doublers - Rebuilt Strb Shoe
Reinforced Port Shoe - Replaced Stub Shaft in bottom of
Port Rudder - Replaced Top & Bottom Shaft & Brgs on
Strb Rudder - Replaced Bad Bracing and Ribs in Void
Compartment - Installed Segregated Bilge System
Changed Daytanks - Installed Guards on Engines
Installed New 18 K A/C in Galley & Wheel house
Worked on Follow up Steering System - Strip Bilge of Oil -
Patch fresh water Tank Bulk head in Eng Rm. Port Side

11/15 Felipe - Install New Steering pump from Magic Ind. Victoria
Mod. P1500A299 - ABD Q20-7 Straight Shaft

74| 12/1 Felipe - Donnie - Install New Perko nav lights mod # 1127
95| 3/27 Install New Window in wheel house
Port Engine slobbering at Exhaust port - Paul found broken push rod
Changed bunk room A/C on crewchange
Changed Ice Box w/ New Roper from Western Auto
Felipe - Brazos found Broken Jumper line Port Main
Paul c e Changed Inj & Tune Port L/P Change Fuel Filters

4/13 FELIPE - Col Locks  CHANGE PORT ENG WATER PUMP
4/18 Randy - Paul  in frame Port 2-71 L/P .001 LINERS Std Brgs
Welders repaired fuel tank bulk head in front Hold - also welded up
cracks in collision compartment. Reseal hatches w/ 5200 Marine
sealer -

7/6 Paul & Chad Checked Port Engine for Smoking and Low RPM -
found liner broke & Piston Burned on #3 RB - Changed Ket
and RB Head - Ran & Adj. 1775 - 1800 Tied down RPM

4/12 Russ went to BP Green Lake to Check Electrical Circuit to Automatic
bilge pump - & Mark Breaker top right so pumps won't run while
boat is parked at dock - Pump came on and pumped small amount
of waste oil out (1 gal) - causing slick - Boat needed to be
stripped of oil in bilge -

7/6 Paul to c e to check Port inboard Bank Smoking - found
Broken push rod and Bad rocker arm

94"

1/1 Blasting & Painting after purchase — Welders repairing Handrails & Misc. getting ready to hull out

2/14 H/O Scrape, Blast, Bottom Job — Happy repair most cracks in bottom fender engine room & under stern, clean out Sea Chest, weld Zincs on — Pull all packing & check shafts slight wear in stuffing boxes, install all new packing —

2/21 Launch ready to bring to yard & finish work

2/24 Install (16) New Push Knees

3/7 Ed finish work on Main engines — Rering Strb Main Hone liners & Free-up Port engine — found some rust in (1) Cylinder — Install Rebuilt H-55 Inj. in both Main Engines — Check & run both Gen Sets — Repair & rewire alarm System — remount gauges on Mains & L/P's
     Install Used Push wire Strb Front — New 95' on Port Front

3/11 Finished Misc Repairs, Winches, Electronics, Fuel System — First Job for boat —

3/22 Stop at Yard Changed Strb fresh Water Pump Dayton 3/4 Well pump Changed Port tank w/ tank from BW VI, Randy installed new Make-up lines to both L/P's from Day tanks Install New 30 gal Water Heater from Brachts Single element #500 watt — Hook up vent & Clean out for Holding Tank Sewer System — Bilge Pump Out Changed Motor — Worked on Follow-up Steering — Needs Cut out & New Shaft to Eng. room
     Port Eng Black Smoking — Lift Heads & Change all kits

4/5 Happy replaced collars & nipples in Water & Stern Compartments also installed Nipple for follow-up Steering — Pump out Comp. & Flush fresh water Tank —

4/8 Felipe to CCP Governor not stable found Beg. Bad — Change Governor — DWVS

4/25 S&S Beaumont — Changed (1) Inj #1 Cyl R Bank Port Main —

5/1 Crew Installed Electric Console and Vent & Stack Blower

4/20 Strb Eng — Drop Valve — Felipe Changed Head and found Pistons Bad & Rods Bent — Changed (6) Kits on R Bank

5/6 Sent ram to Boat for Crew to Change

American Commercial Barge Line - The World's Premier Barge Line                    Page 1 of 1

# ACBL

**Business Unit:**
**ACBL**

**+ about us**
.......................................
**territory**
.......................................
**history**
.......................................
**services**
.......................................
**safety & quality**
.......................................
**commodities**
.......................................
**sales**
.......................................
**dispatch & planning**



## ACBL
### about us

American Commercial Barge Line LLC (ACBL) - headquarters in Jeffersonville, Indiana. ACBL is the largest and most diversified barge transportation company in North America. ACBL is the industry leader in transporting dry cargo, including coal, grain, steel products and bulk ores. ACBL is the second largest transporter of liquid cargoes, transporting petroleum and chemicals throughout the Inland River system in both unit and integrated tow configurations.

ACBL annually moves more than 70 million tons of cargo to domestic markets; providing the safest, most reliable, most cost-effective means of transportation available to North and South America's coal, agricultural, manufacturing, and petrochemical industries.

Operating the nation's largest fleet of inland towboats and barges, ACBL built its reputation as a respected marine company by first making its name synonymous with quality.

### Visit the Barge Industry's Premier e-Commerce Tool...



Discovery Ex. No. 21
Cause No.
#B-01-157
Causeway Collapse

Tollfree Number 800-457-5377
Copyright © 2001 American Commercial Lines LLC

FARLEY
**EXHIBIT**
21



Westlaw.

c

**CODE OF FEDERAL REGULATIONS**
**TITLE 33--NAVIGATION AND NAVIGABLE**
**WATERS**
**CHAPTER I--COAST GUARD, DEPARTMENT**
**OF HOMELAND SECURITY**
**SUBCHAPTER P--PORTS AND WATERWAYS**
**SAFETY**
**PART 164--NAVIGATION SAFETY**
**REGULATIONS**
Current through January 26, 2005; 70 FR 3838
ß 164.72 Navigational-safety equipment, charts or maps, and publications required on towing vessels.

(a) Except as provided by ß 164.01(b), each towing vessel must be equipped with the following navigational-safety equipment:

(1) Marine Radar. By August 2, 1997, a marine radar that meets the following applicable requirements:

(i) For a vessel of less than 300 tons gross tonnage that engages in towing on navigable waters of the U.S., including Western Rivers, the radar must meet--

(A) The requirements of the Federal Communications Commission (FCC) specified by 47 CFR part 80; and

(B) RTCM Standard for Marine Radar Equipment Installed on Ships of Less Than 300 Tons Gross Tonnage, RTCM Paper 71-95/SC112-STD, Version 1.1, display Category II and stabilization Category Bravo.

(ii) For a vessel of less than 300 tons gross tonnage that engages in towing seaward of navigable waters of the U.S. or more than three nautical miles from shore on the Great Lakes, the radar must meet--

(A) The requirements of the FCC specified by 47 CFR part 80; and

(B) RTCM Standard for Marine Radar Equipment Installed on Ships of Less Than 300 Tons Gross Tonnage, RTCM Paper 71-95/SC112-STD, Version 1.1, display Category I and stabilization Category Alpha.

(iii) For a vessel of 300 tons gross tonnage or more that engages in towing on navigable waters of the

U.S., including Western rivers, the radar must meet--

(A) The requirements of the Federal Communications Commission (FCC) specified by 47 CFR part 80; and

(B) RTCM Recommended Standards for Marine Radar Equipment Installed on Ships of 300 Tons Gross Tonnage and Upwards, RTCM Paper 191-93/SC112-X, Version 1.2 except the requirements for azimuth stabilization in paragraph 3.10.

(iv) For a vessel of 300 tons gross tonnage or more that engages in towing seaward of navigable waters of the U.S. or more than three nautical miles from shore on the Great Lakes, the radar must meet--

(A) The requirements of the FCC specified by 47 CFR Part 80; and

(B) RTCM Recommended Standards for Marine Radar Equipment Installed on Ships of 300 Tons Gross Tonnage and Upwards, RTCM Paper 191-93/SC112-X, Version 1.2.

(v) A towing vessel with an existing radar must meet the applicable requirements of paragraphs (a)(1)(i) through (iv) of this section by August 2, 1998; except that a towing vessel with an existing radar must meet the display and stabilization requirements of paragraph (a)(1)(ii)(B) of this section by August 2, 2001.

(2) Searchlight. A searchlight, directable from the vessel's main steering station and capable of illuminating objects at a distance of at least two times the length of the tow.

(3) VHF-FM Radio. An installation or multiple installations of VHF-FM radios as prescribed by part 26 of this chapter and 47 CFR part 80, to maintain a continuous listening watch on the designated calling channel, VHF-FM Channel 13 (except on portions of the Lower Mississippi River, where VHF-FM Channel 67 is the designated calling channel), and to separately monitor the International Distress and Calling Channel, VHF-FM Channel 16, except when transmitting or receiving traffic on other VHF-FM channels or when participating in a Vessel Traffic Service (VTS) or monitoring a channel of a VTS. (Each U.S. towing vessel of 26 feet (about 8 meters) or more in length, except a public vessel, must hold a

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.



ship-radio-station license for radio transmitters (including radar and EPIRBs), and each operator must hold a restricted operator's license or higher. To get an application for either license, call (800) 418-FORM or (202) 418-FORM, or write to the FCC; Wireless Bureau, Licensing Division; 1270 Fairfield Road; Gettysburg, PA 17325-7245.)

(4) Magnetic Compass. Either--

(i) An illuminated swing-meter or an illuminated car-type magnetic steering compass readable from the vessel's main steering station, if the vessel engages in towing exclusively on Western Rivers; or

(ii) An illuminated card-type magnetic steering compass readable from the vessel's main steering station.

(5) Echo Depth-Sounding Device. By August 2, 2001, an echo depth-sounding device readable from the vessel's main steering station, unless the vessel engages in towing exclusively on Western Rivers.

(6) Electronic Position-Fixing Device. An electronic position-fixing device, either a LORAN-C receiver or a satellite navigational system such as the Global Positioning System (GPS) as required by ß 164.41, if the vessel engages in towing seaward of navigable waters of the U.S. or more than three nautical miles from shore on the Great Lakes.

(b) Each towing vessel must carry on board and maintain the following:

(1) Charts or maps. Marine charts or maps of the areas to be transited, published by the National Ocean Service (NOS), the ACOE, or a river authority that satisfy the following requirements:

(i) The charts or maps must be of a large enough scale and have enough detail to make safe navigation of the areas possible.

(ii) The charts or maps must be either--

(A) Current editions or currently corrected editions, if the vessel engages in towing exclusively on navigable waters of the U.S., including Western Rivers; or

(B) Currently corrected editions, if the vessel engages in towing seaward of navigable waters of the U.S. or more than three nautical miles from shore on

the Great Lakes.

(iii) The charts or maps may be, instead of charts or maps required by paragraphs (b)(1)(i) and (ii) of this section, currently corrected marine charts or maps, or applicable extracts, published by a foreign government. These charts or maps, or applicable extracts, must contain information similar to that on the charts or maps required by paragraphs (b)(1)(i) and (ii) of this section, be of large enough scale, and have enough detail to make safe navigation of the areas possible, and must be currently corrected.

(2) General publications. A currently corrected edition of, or an applicable currently corrected extract from, each of the following publications for the area to be transited:

(i) If the vessel is engaged in towing exclusively on Western Rivers--

(A) U.S. Coast Guard Light List;

(B) Applicable Notices to Navigation published by the ACOE, or Local Notices to Mariners (LNMs) published by the Coast Guard, for the area to be transited, when available; and

(C) River-current tables published by the ACOE or a river authority, if available.

(ii) If the vessel is engaged other than in towing exclusively on Western Rivers--

(A) Coast Guard Light List;

(B) Notices to Mariners published by the National Imagery and Mapping Agency, or LNMs published by the Coast Guard;

(C) Tidal-current tables published by private entities using data provided by the NOS, or river-current tables published by the ACOE or a river authority:

(D) Tide tables published by private entities using data provided by the NOS; and

(E) U.S. Coast Pilot.

(c) Table 164.72, following, summarizes the navigational-safety equipment, charts or maps, and publications required for towing vessels of 12 meters or more in length engaged in towing:

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

33 CFR ß 164.72                                                                    Page 3
 33 C.F.R. ß 164.72

Table 164.72.--Equipment, Charts or Maps, and Publications for Towing Vessels

of 12 Meters or More in Length

------------------------------------------------------------------------------

|  | Western rivers | U.S. navigable waters other than western rivers | Waters seaward of navigable waters and 3 NM or more from shore on the Great Lakes |
|---|---|---|---|
| Marine Radar: | | | |
| Towing Vessels of Less Than 300 GT | RTCM Paper 71-95/SC112-STD Version 1.1, Display Category II [FN1] Stabilization Category BRAVO | RTCM Paper 71-95/SC112-STD Version 1.1, Display Category II [FN1] Stabilization Category BRAVO | RTCM Paper 71-95/SC112-STD Version 1.1, Display Category I [FN2] Stabilization Category ALPHA. |
| Towing Vessels of 300 GT or More | RTCM Paper 191-93/SC112-X Version 1.2 (except the Azmuth stabilization requirement in paragraph 3.10). [FN1] | RTCM Paper 191-93/SC112-X Version 1.2 (except the Azmuth stabilization requirement in paragraph 3.10). [FN1] | RTCM Paper 191-93/SC112-X Version 1.2. [FN1] |

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

33 CFR ß 164.72
33 C.F.R. ß 164.72

| | | | |
|---|---|---|---|
| Searchlight | X | X | X |
| VHF-FM Radio | X | X | X |
| Magnetic Compass | X [FN3] | X | X |
| Swing-Meter | X [FN3] | | |
| Echo Depth-Sounding Device | | X | X |
| Electronic Position-Fixing Device | | | X |
| Charts or Maps | (1) Large enough scale .......... (2) Current edition or currently corrected edition | (1) Large enough scale ............ (2) Current edition or currently corrected edition | (1) Large enough scale. (2) Currently corrected edition. |
| General Publications | (1) U.S. Coast Guard Light List ................ (2) Notices to Navigation or Local Notices to Mariners (3) River-current Tables ......... | (1) U.S. Coast Guard Light List ....... (2) Local Notices to Mariners ......... (3) Tidal-current Tables ........... | (1) U.S. Coast Guard Light List. (2) Local Notices to Mariners. (3) Tidal-current Tables. |

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

33 CFR ß 164.72
33 C.F.R. ß 164.72

```
                          (4) Tide Tables ....  (4) Tide Tables.

                          (5) U.S. Coast Pilot  (5) U.S. Coast

                              .................    Pilot.
```

-------------------------------------------------------------------------------

Notes:

FN1 Towing vessels with existing radar must meet this requirement by August 2,

   1998.

FN2 Towing vessels with existing radar must meet this requirement by August 2,

   1998 but do not need to meet the display and stabilization requirements until

   August 2, 2001.

FN3 A towing vessel may carry either a swing-meter or a magnetic compass.

   [CGD 94-020, 61 FR 35073, July 3, 1996; CGD 97-
034, 62 FR 40272, July 28, 1997; USCG-1999-5832,
64 FR 34715, June 29, 1999; USCG-2001-9286, 66
FR 33641, June 25, 2001]

   <General Materials (GM) - References, Annotations,
                  or Tables>

   33 C. F. R. ß 164.72

   33 CFR ß 164.72

   END OF DOCUMENT

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

|  | Inspection Item | Post Boarding & Post Lay-up | Post 24 Hr. Tie-up |
|---|---|---|---|
| **ADDITIONAL COMPANY-REQUIRED INSPECTIONS (continued)** | VESSEL MANAGEMENT GUIDE (Boat Operations Manual): updated | X | |
| | Boat Contingency Plan | X | |
| | Hazardous Material Communications Manual and placards (Right-to-Know) | X | |
| | Fuel Transfer Procedures | X | X |
| | Tow rigging | X | X |
| | Barge wing tanks | X | X |

# Boat Assignment Guidelines

MAY 2000

When assigning boats to tows in any area of service, ensure boats have adequate horsepower and capability to accomplish the assignment safely and efficiently by following the guidelines of tow size and boat horsepower under the next section *Towboat Size Criteria for Responsible Operators*. Also consider the following factors:

- Prevailing and anticipated environmental, water, and weather conditions.
- Range of pilotage knowledge and experience of the boat's deck officers.
- Route to be traversed.
- Local enroute conditions known or expected at the time.

Because the towboat size criteria are guidelines, they may be deviated from at any time deemed prudent by those qualified to make tow assignment decisions.


HOESSLE
EXHIBIT
11

A-790

# Tow Size to Horsepower Guidelines

**Ohio River**

Tow size for Ohio River operations will be based on the lower gauge at McAlpine lock and dam. The critical locations on the Ohio are lock approaches (i.e., McAlpine, Markland, Cannelton, and Smithland), Cincinnati bridges and Louisville harbor.

| McAlpine Lower Gauge Reading | Boat Horsepower Required Per Barge | Based On 15 Barge Tow |
|---|---|---|
| 09 ft. to 20 ft. | 150 SHP | 2250 SHP |
| 20 ft. to 30 ft. | 200 SHP | 3000 SHP |
| 30 ft. & above | 250 SHP | 3750 SHP |

**Upper Mississippi
St. Louis to St. Paul**

Tow size for operations on the Upper Mississippi River will be based on levels of the Hannibal gauge. The critical locations are lock approaches, draw downs above dams, bridges, and heavy traffic.

| Hannibal Gauge Reading | Boat Horsepower Required Per Barge | Based on 15 Barge Tow |
|---|---|---|
| Pool 10 ft. to 12 ft. | 200 SHP | 3000 SHP |
| 12 ft. to 14 ft. | 250 SHP | 3750 SHP |
| 14 ft & above | 300 SHP | 4500 SHP |

**Upper Mississippi
St. Louis to Cairo**

Tow size into or out of St. Louis will be based on levels of the St. Louis gauge.

| St. Louis Gauge Reading | Boat Horsepower Required Per Barge | Based on 25 Barge Tow |
|---|---|---|
| 00 ft. to 18 ft. | 225 SHP | 5600 SHP |
| 18 ft. to 30 ft. | 240 SHP | 6000 SHP |
| 30 ft. & above | 280 SHP | 7000 SHP |

**Lower Mississippi
Cairo to NOLA**

Tow size for operations on the Lower Mississippi River will be based on the gauge at Memphis and on whether the river is rising or falling.

| Memphis Gauge Reading | Boat Horsepower Required Per Barge | Based on 30 Barge Tow |
|---|---|---|
| -0.8 ft. to 00 ft. | 280 SHP | 8400 SHP |
| 00 ft. to 23 ft. | 240 SHP | 7200 SHP |
| 23 ft. & above | 280 SHP | 8400 SHP |

A-791



**American Commercial Barge Line LLC**

Peter L. Kazunas
Assistant Vice President
Distribution Services

March 29, 2000

Stephen Mosher
Vice President – Operations
Brown Water Marine Service
P. O. Box 2269
Rockport, TX   78381

Dear Steve,

ACBL requires immediate notification on any incident involving a boat and/or tow containing ACBL equipment. We also require immediate notice of any damage to or incident involving ACBL equipment while in the care and custody of Brown Water Marine. This applies to ACBL owned and/or operated equipment and equipment that may be owned/operated by another party but managed/controlled by ACBL. As we discussed, ACBL was not provided any notice of the M/V Arlene Garritt grounding on 3/19/00. This tow contained ACBL tank barge, CHEM 23ᶜ ACBL was first made aware of this incident when the United States Coast Guard contacted our 24-hour Planning Center sometime after the incident. This is unacceptable. ACBL was put in a difficult situation with the Coast Guard and its customer. I can not emphasize enough that this is a serious situation. I encourage you re-visit Brown Water's processes to ensure that all vessels under Brown Water's control are aware of ACBL's notification requirement. ACBL's   24-hour number is 1-877-857-1ACL (1225).   During business hours please use you regular contact.

AS we discussed, ACBL is engaging the services of Marine Resources to perform a RCP audit of Brown Water Marine.   I suspect by the time you receive this letter, ACBL and Marine Resources will have already been in contact with you. I appreciate your support and cooperation in this process.

Sincerely,

Peter L. Kazunas

**Pushing for Quality**

HOESSLE
EXHIBIT
3

1701 East Market Street • Jeffersonville, IN 47130-4717 • Phone (812) 288-1918
A unit of American Commercial Lines Holdings LLC

A-1189

28

**Schaefer, Ray C.**

| | |
|---|---|
| **From:** | LaFeir, Mark R. |
| **Sent:** | Thursday, September 13, 2001 2:42 PM |
| **To:** | Schaefer, Ray C. |
| **Subject:** | FW: NMS-1497 |

apparently, i'm in trouble for deviating from the world of cargo letters and you're supposed to handle this one. i've called chad at brownwater for verbal notice. he said to direct everything to Steve Mosher (but you probably already knew that) and that he'd know about the deductible. i've also set it up as an event #2001006268. sorry about that.

-----Original Message-----

| | |
|---|---|
| **From:** | Krohn, Duane "Wick" |
| **Sent:** | September 13, 2001 10:58 AM |
| **To:** | Schaefer, Ray C. |
| **Cc:** | LaFeir, Mark R. |
| **Subject:** | RE: NMS-1497 |

Mark can ask Chad w/ Brownwater about this....thx

-----Original Message-----

| | |
|---|---|
| **From:** | **Schaefer, Ray C.** |
| **Sent:** | Thursday, September 13, 2001 10:36 AM |
| **To:** | Krohn, Duane "Wick" |
| **Cc:** | LaFeir, Mark R. |
| **Subject:** | RE: NMS-1497 |

Do we have a towing ag:··.ement/deductible with Brownwater?  For some reason, I think we do.

-----Original Message-----

| | |
|---|---|
| **From:** | **Krohn, Duane "Wick"** |
| **Sent:** | Thursday, September 13, 2001 10:33 AM |
| **To:** | Hoessle, Patrick D. |
| **Cc:** | Herman, Melvin W.; Poindexter, Michael L.; Ferree, Mark A.; Volking, Stuart D. |
| **Subject:** | RE: NMS-1497 |

Take it our plan will be to offload and then repair?

LaFeir:  Contact Brownwater and place them on verbal notice and then follow up w/ letter/fax.....coordinate inspection and repair of barge w/ our maintenance group....thanks

-----Original Message-----

| | |
|---|---|
| **From:** | **Hoessle, Patrick D.** |
| **Sent:** | Thursday, September 13, 2001 10:24 AM |
| **To:** | BARGE INCIDENT NOTIFICATION |
| **Cc:** | Greer, Robert |
| **Subject:** | NMS-1497 |

PER CHAD @ BROWNWATER MRN (361-729-3721), THE M/V BROWNWATER 5 HAS DAMAGED THE NMS-1497.  IT IS REPORTED TO HAVE PUT A CRACK APPROX 4' LONG ABOVE THE WATERLINE. BARGE IS AVL AND IS HOT TO DISCHARGE IN BROWNSVILLE.

KAZUNAS
EXHIBIT
57

**A-1270**

29



*American Commercial Barge Line LLC*
Box 610, Jeffersonville, Indiana 47131-0610
Area Code (812) 288-0100

TO MR. OTIS RAY
TRAFFIC MANAGER
MONARCH STEEL
4389 MARTIN AVENUE
CLEVELAND, OH 44127

Discovery Ex. No. 56
Cause No.
#B-01-157
Causeway Collapse

# CONTRACT OF AFFREIGHTMENT

**CONTRACT NUMBER:** 4541-005

**Date:** 04-Sep-01      **BOOKING NUMBER:** 123154

American Commercial Barge Line LLC (ACBL), owner or chartered owner of the equipment described below (hereinafter called "Carrier") hereby agrees to provide, and MONARCH STEEL (hereinafter called "Shipper"), hereby agrees to use Carrier's equipment on the following terms and conditions:

1. EQUIPMENT: Suitable cover rake hull barges with approximate dimensions of 195' x 35' with 1400 tons capacity at 9 ft. draft or cover box hull barges with approximate dimensions of 200' x 35' with 1600 tons capacity at 9 ft. draft, together with towing power as required.

2. CARGO:      STEEL HOT ROLLED COILS

| 3. LOADING POINT: | 4. DESTINATION: | 5. FREIGHT RATE: |
|---|---|---|
| BROWNSVILLE, TX | DECATUR, AL - GMS | $ 18.75 per net ton |
| | NASHVILLE, TN - CHEROKEE MARINE | $ 18.75 per net ton |

NOTE: Minimum weight 1,400 net tons per rake barge and 1,600 net tons per box barge.

6. TERM & TONNAGE: Two (2) barges to each destination during the month of September, 2001 based on mutually agreeable schedule.

7. LAYTIME: Laytime shall commence the first 7:00am following placement, actual or constructive, of the barge for loading or unloading and shall end the first 7:00am following completion of loading or unloading and release of the barge to the Carrier.

Carrier shall allow 5 days all purpose freetime for loading and unloading , Sundays and Holidays excluded during freetime only.

Loading or unloading of a barge shall be deemed as utilizing at least one full day of allowed freetime, notwithstanding that said barge shall have been actually loaded or unloaded and released to the Carrier in less than a 24-hour period.

8. DEMURRAGE RATES: Loading and unloading time used in excess of the above freetime shall accrue and be payable to Carrier at the rate of $200 per barge per day, or fraction thereof, thereafter until the barge has completed loading or unloading and has been released to Carrier.

9. NOTICE: Shipper shall provide Carrier no less than two weeks notice for each desired barge placement.

10. PLACEMENT: Rates stated herein shall include only one placement of barges by Carrier at origin and/or destination. Any additional shifting of barges to accommodate loading or unloading shall be for Shipper's account.

11. LOADING AND UNLOADING: Proper loading and unloading of cargo shall be responsibility of Shipper and shall be accomplished by Shipper at its sole expense. Shipper shall comply with Carrier's instructions regarding height of load, weight of cargo, draft of barge and such other instructions as Carrier may deem desirable for safe transportation. Shipper shall be subject to the demurrage charges provided above for any delay or detention of barges occasioned by non-compliance with Carrier's instructions.

Shipper shall distribute cargo in barge to ensure an even draft. If not so loaded, Shipper shall, at its expense, make such redistribution as will meet Carrier's requirements, in which event the barge shall be subject to demurrage charges provided above from time of placement of barge until acceptance of barge by Carrier. Any additional cost or expense incurred by Carrier as a result of improper loading or unloading shall be for the account of Shipper.

12. PAYMENT: When the barge initially starts on a voyage, the entire amount of the freight charge shall become earned and due and payable to Carrier in cash or check and without discount, cargo lost or not lost, damaged or not damaged, in whole or in part, at any stage of the voyage. All freight, demurrage and other charges shall be subject to an interest charge of 1 1/2% per month, beginning 30 days after date of invoice. Shipper shall further pay all costs and reasonable attorney fees incurred by Carrier for the collection of all charges due and payable to Carrier under this agreement.

In addition to the foregoing, there shall be added to the freight rate the amount of any new or increased Federal or State Taxes (except net income taxes), fees or charges, that may hereafter be charged to and paid by Carrier on account of the transportation services rendered hereunder, including the amount of any User Charge or Toll imposed, levied or collected for the use of the Mississippi River or its tributaries or of the locks and dams, ports, or harbors in said river system, or Intracoastal Waterways by Carrier while engaged in the transportation services rendered hereunder, and any such charge, fee or toll levied upon or measured in any way by the use of fuels and oils.

13. BERTHING: Shipper warrants that the barge shall have safe berth free of wharfage, dockage and port charges at the loading and unloading point, and that the barge shall be adequately moored with warning lights properly displayed as required by U.S. Coast Guard regulations. While barges are in the care and custody of Shipper, or its agents, all U.S. Coast Guard regulations shall be complied with, and in the event that Carrier should in any manner be held responsible for Shipper's acts or omissions in compliance with the berthing requirements herein provided, then Shipper agrees to indemnify and save harmless Carrier from all such responsibility and liability.

14. CLEANING AND ACCEPTANCE: Carrier shall tender barges which are in a condition suitable for the cargo to be carried. Loading of the barges shall constitute Shipper's acceptance of the condition and suitability of the barges for the intended cargo except for any inherent latent defects in the barge which were not discovered as a result of Shipper's visual inspection. Rates do not include cleaning expense that results from cargo or debris left aboard the barge in excess of normal shovel cleaning (including working surfaces, gunnel, covers, decks, etc.) by Shipper or its agents at both loading and unloading point. Any charges (including charges for lost barge days computed under provisions of Article 8 hereof) encountered by Carrier for removal of such cargo or debris shall be in addition to the rate for Shipper's account.

WHITLOCK EXHIBIT 56

Page 1 of 2



A-993



# AWO Responsible Carrier Program Audit Checklist

## Section II: Inland Towing Vessel Questionnaire

*Shannon*

### Table of Contents

1. Introduction and Company Overview

2. Vessel Particulars

3. Navigation/Communication Equipment

4. Firefighting/Lifesaving Equipment

5. Environmental Controls

6. Machinery

7. Towboat Hull

8. Boat and Barge Rigging

9. Manning

10. Watchstanding/Work Hours

11. Training

*DeYoungs*



TIMBERLAKE
**EXHIBIT**
30

Discovery Ex. No. 30
Cause No.
#B-01-157
Causeway Collapse

*Mawork Works*
*Paint Looks In Front Ht*
*1 Fire Ext Inside F. Hd Door No Tag Looks Ruff*
*No Fire Axe on Head of Boat - Nee on Stern*
*No Fire Station - Hose on Winch*
*only Water out Lot on Stern - Hose is in Front hole*
*No Eng Lights*
*No Smoke Alarms*

*Monal Safety Meeting covers*
*5 different Topics -*
*Entire Crew signs off.*

32

# RCP Audit Inland Towing Vessel Checklist

## 1. Introduction and Company Overview

| 1 | Company Particulars: |
|---|---|

Company name / address:




Company phone number:

Company fax number:

| 2 | Names of persons participating in this audit: |
|---|---|

| 3 | Briefly describe the marine service provided to various customers: |
|---|---|

| 4 | Briefly describe the nature of equipment and area of operations: |
|---|---|
|   | Indicate: Coastal ____ Great Lakes____ Inland ____ Harbor ____ Dry ____ Liquid ____ |

# RCP Audit Inland Towing Vessel Checklist

## 2. Vessel Particulars

Vessel Name: _BROWN WATC VI_

Year Built: _1979_        Where: _ZATU Spring, LA_

Official Number: _607830_        Construction: (steel, wood, etc.) _____

Length: _47,1_      Breadth: _20,1_      _7 4_

### Main Engine(s)

Type: _Detroit_      Cylinders: _____     Rated Horsepower/KW: _~~800~~_ _400 each_

### Auxiliary Engine(s)

Type: _____      Cylinders: _____     Rated Horsepower/KW: _____

Propulsion: _____

**Remarks:**

4 Man Crew

## RCP Audit Inland Towing Vessel Checklist

### 3. Navigation/Communication Equipment

| | | Yes | No |
|---|---|---|---|
| | Is a check-off report turned in or a log entry made at least quarterly verifying that required navigation and communication equipment is present and in good working order? (RCP III-D) | X | |
| | Is a copy of Navigation Rules on board? (RCP III-D-1) | X | |
| | Are current/corrected navigation charts/maps on board? (33 CFR 164.72(b)(1)) (RCP III-D-4) | X | |
| | Are copies of tide and current tables on board? (not required for Western Rivers towing vessels) (33 CFR 164.72 (b)(3)) (RCP III-D-5) | X | |
| | Is there a copy of the Coast Pilot? (not required for Western Rivers towing vessels) (33 CFR 164.72 (b)(3)) (RCP III-D-6) | X | |
| | Is a copy of the radiotelephone log maintained? (where applicable) (RCP III-D-2) | ? | ✳ |
| | Is the vessel equipped with a VHF radio in good working order? (33 CFR 164.72 (a)(3)) (RCP III-D-3) | X | |
| | Is a valid FCC radio station license posted? (47 CFR 80.25) (RCP III-D-4) | X | |
| | Is the original Certificate of Documentation on board? (46 CFR 67.161(a)) | X | |
| | Is the vessel equipped with an additional VHF radio capable of connection to battery backup? (RCP III-D-1) | X | |
| | Are all required navigation lights in good working order? (33 USC 2023(a)) (RCP III-D-5) | X | |
| | Are a whistle and bell available and in good working order? (COLREGS Rule 33) (RCP III-D-6) | X | |
| | Is the vessel equipped with a sound signal device? (COLREGS Rule 33) (RCP III-D-7) | X | |
| | Is a swing meter or magnetic compass on board? (33 CFR 164.72(a)(4)) (RCP III-D-2) | X | |
| | Is the vessel equipped with two radars, or one radar plus documentation of procedures to address radar failure? (one radar 33 CFR 164.72(a)(1)) (RCP III-D-3) | X | ? |
| | Are there copies of the current Notice to Mariners on board? (33 CFR 164.72(b)(3)) (RCP III-D-7) | X | |
| | Are searchlights installed and functional? (33 CFR 164.72(a)(2)) (RCP III-D-8) | X | |
| | Is the vessel equipped with a defroster/de-icer? (where applicable) (RCP III-D-9) | N/A | |
| | Is a VTS manual on board? (where applicable) (RCP III-D-10) | X | |
| | Is the vessel equipped with LORAN or GPS? (not required for Western Rivers towing vessels) (33 CFR 164.72(a)(5)) | N/A | - |
| * | Is a public address system/internal communication system available and functional? (RCP III-D-14) | X | |
| * | Are windshield wipers installed and functional? (RCP III-D-15) | X | |
| * | Is a handheld VHF radio on board and functional? (RCP III-D-12) | X | |
| * | Is a backup marine radio or telephone communication available? (RCP III-D-13) | X | |

Items marked with an asterisk (*) denote recommended items or practices only.

| 1 | Identify any additional noteworthy vessel navigation and communication equipment or proced |
|---|---|
| | |
| | |
| | |

| 2 | Summary on navigation/communication equipment observations: |
|---|---|
| | Radio Log |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| 3 | Areas for improvement: |
|---|---|
| | |
| | |
| | |

## RCP Audit Inland Towing Vessel Checklist

### 4. Firefighting/Lifesaving Equipment

| | | Yes | No |
|---|---|---|---|
| | Is a check-off report turned in or a log entry made at least quarterly verifying that required firefighting/lifesaving equipment is present and in good working order? (RCP III-C) | | |
| | Are a sufficient number of Coast Guard-approved life preservers available and in good working condition? (46 CFR 25.25-5) (RCP III-C-1) | X | |
| | Are the number and condition of life preservers noted on the vessel inspection report or in a log entry? (RCP III-C-2) | X | |
| | Is a Coast Guard-approved ring buoy on board the vessel? (46 CFR 25.25-5(d)) (RCP III-C-2) | X | |
| | Are a sufficient number of Coast Guard-approved work vests available, in good working condition and stowed separately from PFDs? (46 CFR 26-30-10) (RCP III-C-3) | X | |
| | Are a sufficient number of Coast Guard-approved hand-portable fire extinguishers and semi-portable fire extinguishing systems available and in good working condition? (46 CFR 25.30-5) (46 CFR 25-30-20(b)(2)) (RCP III-C-4) | X | |
| | Are fire hydrants with hose and nozzle marked and in good working condition? (RCP III-C-1) | | X |
| | Are flare kits available (if applicable)? (RCP III-C-2) | N/A | |
| | Is a fire axe available? (RCP III-C-3)          m Stern | X | |
| | Is a first aid/trauma kit available? (RCP III-C-4) | X | |
| | Are smoke alarms to protect all accommodation spaces installed and in good working condition? (RCP III-C-5) | | X |
| | Is emergency lighting installed and in good working condition? (RCP III-C-6) | | X |
| * | Are smoke alarms connected to central alarm? (RCP III-C-5) | | X |
| * | Are heat or flame detectors installed in galley and engine room? (RCP III-C-7) | | X |
| * | Is an externally activated engine room fire extinguisher installed? (RCP III-C-8) | | |
| * | Is a remote manual engine shutdown or remote main engine fuel shutoff valve installed? (RCP III-C-9) | | X |
| * | Is a remote starter for fire pump installed? (RCP III-C-10) | | X |
| * | Are safety notices/placards/warning signs posted on board the towing vessel? (RCP III-C-11) | X | |
| * | Is there a placarded storage area for flammable products? (RCP III-C-12)  Fwt Aft | X | |

Items marked with an asterisk (*) denote recommended items or practices only.

| 1 | Identify additional noteworthy firefighting/lifesaving equipment or practices: |
|---|---|
| | |
| | |
| | |
| | |

| 2 | Summary of observations on firefighting/lifesaving equipment: |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| 3 | Areas for improvement: |
|---|---|
| | |
| | |

## RCP Audit Inland Towing Vessel Checklist

### 5. Environmental Controls

| | | Yes | No |
|---|---|---|---|
| | Is containment of fuel oil and bulk lubricating oil present and free of any cracks or leaks? (RCP III-F-1) (33CFR 155.320) | ✓ | |
| | Is containment of bilge slops sufficient and free of any leaks? (RCP III-F-2) (33 CFR 155.330) | ✓ | |
| | Is perimeter containment around fueling stations sufficient and free of any leaks? (RCP III-F-2) | | |
| | Is the oily water separator equipment functional (where applicable)? (RCP III-F-3) (33 CFR | | ✗ |
| | Is the placard prohibiting discharge of oil posted and legible? (RCP III-F-4) (33 CFR 155.450) | | ✗ |
| | Is the MARPOL placard posted and legible? (RCP III-F-5) (33 CFR 151.59) | | |
| | Is the certified marine sanitation device installed and operating properly? (RCP III-F-6) (33 CFR 159.7) | ✗ | |
| | Are fuel oil transfer procedures legible and current? (RCP III-F-7) (33 CFR 155.720) | | |
| | Is an oil spill contingency plan in place to address personnel responsibilities in case of fuel spill from the towing vessel? (RCP III-F-1) | ✗ | |
| | Is a spill kit sufficient for on-deck spills carried aboard the towing vessel? (RCP III-F-3) | | ✗ |
| * | Are closable scuppers or another containment method provided? (RCP III-F-4) | ✗ | |

Items marked with an asterisk (*) denote recommended items or practices only.

| 1 | Identify any additional noteworthy environmental controls or practices: |
|---|---|

| 2 | Summary of observations on environmental control program: |
|---|---|

| 3 | Areas for improvement: |
|---|---|

## RCP Audit Inland Towing Vessel Checklist

### 6. Machinery

| | | Yes | No |
|---|---|---|---|
| | Do propulsion systems including engines, reduction gears, clutches, controls, shafting, bearings show evidence of compliance with company maintenance program? (RCP III-B-1a) | X | |
| | Do steering systems show evidence of compliance with company maintenance program? (RCP III-B-1b) | X | |
| | Do miscellaneous auxiliary systems show evidence of compliance with company maintenance program? (RCP III-B-1c) | X | |
| | Are electrical systems labeled or is a schematic available outlining electrical wiring systems? | | |
| | Are exposed moving parts such as shafts, belts, and pulleys sufficiently guarded? | X | |
| | Are the following alarms installed and functional, or is an individual assigned responsibility to monitor the following systems? | | |
| | Main engine water temperature | X | |
| | Main engine lube oil pressure (RCP III-B-5a-ii) | X | |
| | Bilge (RCP III-B-5a-iii) | | |
| * | Generator water temperature (RCP III-B-5a-iv) | | |
| * | Generator lube oil temperature (RCP III-B-5a-v) | | |
| * | Hydraulic steering fluid level (RCP III-B-5a-vi) | | |
| | Is a general alarm installed and functional and audible in all compartments? (RCP III-B-5a-i) | | |
| | Are alarm tests recorded at least quarterly? (RCP III-B-5a-ii)        Date of last test: | | |
| * | Do unmanned or periodically manned engine rooms have alarm boards in engine room and wheelhouse? (RCP III-B-5-a-iii) | | |
| | Are the following gauges installed and functional, or is an individual assigned responsibility to monitor the following systems? (RCP III-B-5-b) | | |
| | Main engine water temperature (RCP III-B-5-b-i) | X | |
| | Main engine lube oil pressure (RCP III-B-5-b-ii) | X | |
| | Generator water temperature (RCP III-B-5-b-iii) | X | |
| | Generator lube oil pressure (RCP III-B-5-b-iv) | X | |
| | Main engine tachometer (RCP III-B-5-b-v) | X | |
| * | Reduction gear oil pressure (RCP III-B-5-b-vi) | X | |
| * | Hydraulic steering fluid level (sight glass) (RCP III-B-5b-vii) | | |

> Items marked with an asterisk (*) denote recommended items or practices only.

| 1 | Identify any additional noteworthy vessel machinery or maintenance practices: |
|---|---|
| | _Alarms go off when engine fired up._ |

| 2 | Summary of observations on vessel machinery: |
|---|---|
| | |

| 3 | Areas for improvement: |
|---|---|
| | |

## RCP Audit Inland Towing Vessel Checklist

### 7.  Towboat Hull

| | | Yes | No |
|---|---|---|---|
| Are watertight closures (doors, hatches, airports, windows, etc.) able to be secured and are watertight gaskets installed? (RCP III-A-2) | | ✓ | |
| Inspected and recorded at least annually?                Last inspection date: | | | |
| Are other openings (such as ventilators, air pipes, tank vents) watertight or weather proof and do they have sufficient structural integrity? (RCP III-A-3) | | ✗ | |
| Inspected and recorded at least annually?                Last inspection date: | | | |
| Are rails, ladders, bulwarks, lighting, walking surfaces, chain guards, and handrails securely installed and free of excessive wastage or weaknesses? (RCP III-A-4-a) | | ✗ | |
| Inspected and recorded at least annually?                Last inspection date: | | | |
| If installed, are safety chains upright along outboard sides of main deck? (RCP III-A-4-b) | | N/a | |
| Are emergency walkways and hatchways secure and free of obstruction? (RCP III-A-5) | | N/a | |
| Inspected and recorded at least annually?                Last inspection date: | | | |
| Are piping systems labeled or color coded and diagrams maintained on board the vessel? (RCP-A-6-a) | | | ? |
| Are piping systems free of leaks and excessive wastage or weakness? (RCP III-A-6-a) | | ✗ | |
| Inspected and recorded at least annually?                Last inspection date: | | | |
| Are freeing ports and scuppers (if applicable) inspected at least annually while underway to note satisfactory drainage of main deck for seaworthiness? (RCP III-A-7) | | ✗ | |

| 1 | Identify any additional noteworthy vessel hull inspection features: |
|---|---|
| | |

| 2 | Summary of observations on vessel hull condition: |
|---|---|
| | |

| 3 | Areas for improvement: |
|---|---|
| | |

## RCP Audit Inland Towing Vessel Checklist

### 8. Boat and Barge Rigging

| | | Yes | No |
|---|---|---|---|
| | Are there documented procedures on board the vessel for the safe use of wires, lines, chains, shackles, ratchets, winches and capstans? (RCP III-3-E-1) | | X |
| | Are there documented procedures on board the vessel that identify the minimum rigging requirements for the vessel? (RCP III-3-E-2) | | X |
| | Is there a copy on board of the inspection and replacement program for rigging? (RCP III-E-3) | | |
| | Is the crew familiar with the inspection and replacement program? | | |
| | Last inspection date: | | |
| | Is there a copy on board of the policy on the minimum specifications for each element of rigging? (RCP III-E-4) | | |

?

| 1 | Identify any additional noteworthy boat/barge rigging or practices: |
|---|---|
| | |

| 2 | Summary of observations on boat/barge rigging: |
|---|---|
| | |

| 3 | Areas for improvement: |
|---|---|
| | |

## RCP Audit Inland Towing Vessel Checklist

### 9. Manning

| | | Yes | No |
|---|---|---|---|
| | Except in an emergency, is there at least one qualified wheelhouse person and one additional crewmember on duty at all times while the vessel is underway? (verify) (RCP V-A-2) | X | . |
| | Are wheelhouse personnel's marine licenses available for inspection and valid for the vessel's intended route? (46 CFR 15.610) | X | |

### 10. Watchstanding/Work hours

| | | Yes | No |
|---|---|---|---|
| | Are licensed wheelhouse personnel prohibited from working more than 12 hours in a consecutive 24-hour period, except in an emergency? (RCP V-B) (46 USC 8104(h)) | X | |
| | Are other crewmembers prohibited from working more than 15 hours in any 24-hour period or more than 42 hours in a 72-hour period, except in an emergency or drill? (RCP V-B) | X | |

| 1 | Identify any additional noteworthy vessel manning practices: |
|---|---|
| | |

| 2 | Summary of observations on vessel manning practices: |
|---|---|
| | |

| 3 | Areas for improvement: |
|---|---|
| | |

## RCP Audit Inland Towing Vessel Checklist

### 11. Training

| | | | Yes | No |
|---|---|---|---|---|
| | 1 | Has the captain, mate or pilot received the following training within the past five years: (RCP V-C-1) | | |
| | | Radar training (RCP V-C-1-a) | | |
| | | Navigation/boat handling or proficiency evaluation (RCP V-C-1-b) | | |
| | | Rules of the Road training (RCP V-C-1-b) | | |
| | | Review of federal requirements and company conformance (RCP V-C-1-c) | | |
| | | Marine firefighting/fire prevention (RCP V-C-1-d) | | |
| | | Personal safety, including: (RCP V-C-1-e) | | |
| | | First aid and CPR awareness (RCP V-C-1-e-i) | | |
| | | Confined space hazard awareness (RCP V-C-1-e-ii) | | |
| | | Injury prevention, including back training (RCP V-C-1-e-iii) | | |
| | | For tank barge tows, additional training should include the following: (RCP V-C-1-f) | | |
| | | First responder/spill mitigation/emergency response orientation (RCP V-C-1-f-i) | | |
| | | Benzene awareness training (RCP V-C-1-f-ii) | | |
| | | Cargo knowledge/hazard awareness (RCP V-C-1-g) | | |
| | | Responsibility and authority of master; supervisory skills training (RCP V-C-1-h) | | |

| | 2 | Has the engineer received the following training within the past five years: (RCP V-C-2) | | |
|---|---|---|---|---|
| | | Marine diesel school or in-house training (RCP V-C-2-a) | | |
| | | Review of federal requirements and company conformance (RCP V-C-2-b) | | |
| | | Marine firefighting/fire prevention (RCP V-C-2-c) | | |
| | | Personal safety, including: (RCP V-C-2-d) | | |
| | | First aid and CPR awareness (RCP V-C-2-d-i) | | |
| | | Confined space hazard awareness (RCP V-C-2-d-ii) | | |
| | | Injury prevention, including back training (RCP V-C-2-d-iii) | | |
| | | Lock-out/tag-out procedures (RCP V-C-2-d-iv) | | |
| | | For tank barge tows, additional training should include the following: (RCP V-C-2-d) | | |
| | | First responder/spill mitigation/emergency response orientation (RCP V-C-2-e-i) | | |

| | 3 | Has the tankerman received the following training within the past five years: (RCP V-C-3) | | |
|---|---|---|---|---|
| | | Tank barge safety training, including: (RCP V-C-3-a) | | |
| | | Loading and discharge operations (RCP V-C-3-a-i) | | |
| | | Safety practices (RCP V-C-3-a-ii) | | |
| | | Environmental protection and loading procedures (RCP V-C-3-a-iii) | | |
| | | Federal regulation review and training (RCP V-C-3-a-iv) | | |
| | | First responder/spill mitigation/emergency response orientation (RCP V-C-3-a-v) | | |
| | | Vapor recovery operations (RCP V-C-3-a-vi) | | |
| | | Review of federal requirements and company conformance (RCP V-C-3-b) | | |
| | | Marine firefighting/fire prevention (RCP V-C-3-c) | | |
| | | Personal safety, including: | | |
| | | First aid and CPR awareness (RCP V-C-3-d-i) | | |
| | | Confined space hazard awareness (RCP V-C-3-d-ii) | | |
| | | Injury prevention, including back training (RCP V-C-3-d-iii) | | |
| | | Cargo specific training (RCP V-C-3-d-iv) | | |
| | | Vessel communications system and procedures (RCP V-C-3-e) | | |

# RCP Audit Inland Towing Vessel Checklist

## 11. Training (Continued)

| | | Yes | No |
|---|---|---|---|
| 4 | Has the deck crew received the following training within the past five years: (RCP V-C-5) | | |
| | Deck operations and safety training (RCP V-C-5-a) | | |
| | Company policy and procedure orientation | | |
| | Review of federal requirements and company conformance (RCP V-C-5-b) | | |
| | Vessel firefighting/fire prevention (RCP V-C-5-c) | | |
| | Personal safety, including: (RCP V-C-5-d) | | |
| | First aid and CPR awareness (RCP V-C-5-d-i) | | |
| | Confined space hazard awareness (RCP V-C-5-d-ii) | | |
| | Injury prevention, including back training (RCP V-C-5-d-iii) | | |
| | Lock-out/tag-out procedures (RCP V-C-5-d-iv) | | |
| | For tank barge tows, additional training should include the following: (RCP V-C-5-e) | | |
| | First responder/spill mitigation/emergency response orientation (RCP V-C-5-e-i) | | |

| | | | |
|---|---|---|---|
| 5 | Have all entry-level personnel received the following training: (RCP V-C-6) | | |
| | Company orientation, including: (RCP V-C-6-a) | | |
| | Drug and alcohol policy (RCP V-C-6-a-i) | | |
| | Safety as a condition of employment (REP V-C-6-a-ii) | | |
| | Vessel layout/deck operations (RCP V-C-6-a-iii) | | |
| | Required safety gear (RCP V-C-6-a-iv) | | |
| | Job responsibilities (RCP V-C-6-a-v) | | |
| | Emergency procedures orientation, including: (RCP V-C-6-b) | | |
| | Fire (RCP V-C-6-b-i) | | |
| | Collision/allision (RCP V-C-6-b-ii) | | |
| | Sinking (RCP V-C-6-b-iii) | | |
| | Grounding (RCP V-C-6-b-iv) | | |
| | Man overboard (RCP V-C-6-b-v) | | |
| | Personal injury (RCP V-C-6-b-vi) | | |
| | Confined space hazard awareness (RCP V-C-6-c) | | |
| | Injury prevention, including back training (RCP V-C-6-d) | | |

| | |
|---|---|
| 6 | Identify any additional noteworthy watchstanding or training practices: |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

# RCP Audit Inland Towing Vessel Checklist

## 11. Training (Continued)

| 7 | Summary of observations on crew training: |
|---|---|
|   |   |

| 8 | Areas for improvement: |
|---|---|
|   |   |