# RCP Audit Inland Towing Vessel Checklist

## 2. Vessel Particulars

Vessel Name: _Brown Water V.II_

Year Built: _1980_                   Where: _Port Arthur, Tx_

Official Number: _630328_            Construction: (steel, wood, etc.)

Length: _558_        Breadth: _220_              _7.6_

Main Engine(s)

Type: _1271 GM_      Cylinders: _12_      Rated Horsepower/KW: _400_

Auxiliary Engine(s)

Type: _GM_           Cylinders: _____   Rated Horsepower/KW: _____

Propulsion: _____

Remarks:



TIMBERLAKE
EXHIBIT
31

Discovery Ex. No. 31
Cause No.
#B-01-157
Causeway Collapse

33

# RCP Audit Inland Towing Vessel Checklist

## 3. Navigation/Communication Equipment

| | | Yes | No |
|---|---|---|---|
| | Is a check-off report turned in or a log entry made at least quarterly verifying that required navigation and communication equipment is present and in good working order? (RCP III-D) | | X |
| | Is a copy of Navigation Rules on board? (RCP III-D-1) | X | |
| | Are current/corrected navigation charts/maps on board? (33 CFR 164.72(b)(1)) (RCP III-D-4) | X | |
| | Are copies of tide and current tables on board? (not required for Western Rivers towing vessels) (33 CFR 164.72 (b)(3)) (RCP III-D-5) | X | |
| | Is there a copy of the Coast Pilot? (not required for Western Rivers towing vessels) (33 CFR 164.72 (b)(3)) (RCP III-D-6) | X | |
| | Is a copy of the radiotelephone log maintained? (where applicable) (RCP III-D-2) | | X |
| | Is the vessel equipped with a VHF radio in good working order? (33 CFR 164.72 (a)(3)) (RCP III-D-3) | X | |
| | Is a valid FCC radio station license posted? (47 CFR 80.25) (RCP III-D-4) | X | |
| | Is the original Certificate of Documentation on board? (46 CFR 67.161(a)) | X | |
| | Is the vessel equipped with an additional VHF radio capable of connection to battery backup? (RCP III-D-1) | X | |
| | Are all required navigation lights in good working order? (33 USC 2023(a)) (RCP III-D-5) | X | |
| | Are a whistle and bell available and in good working order? (COLREGS Rule 33) (RCP III-D-6) | X | |
| | Is the vessel equipped with a sound signal device? (COLREGS Rule 33) (RCP III-D-7) | X | |
| | Is a swing meter or magnetic compass on board? (33 CFR 164.72(a)(4)) (RCP III-D-2) | X | |
| | Is the vessel equipped with two radars, or one radar plus documentation of procedures to address radar failure? (one radar 33 CFR 164.72(a)(1)) (RCP III-D-3) | X | |
| | Are there copies of the current Notice to Mariners on board? (33 CFR 164.72(b)(3)) (RCP III-D-7) | | X |
| | Are searchlights installed and functional? (33 CFR 164.72(a)(2)) (RCP III-D-8) | X | |
| | Is the vessel equipped with a defroster/de-icer? (where applicable) (RCP III-D-9) | | X |
| | Is a VTS manual on board? (where applicable) (RCP III-D-10) | X | |
| | Is the vessel equipped with LORAN or GPS? (not required for Western Rivers towing vessels) (33 CFR 164.72(a)(5)) | X | |
| * | Is a public address system/internal communication system available and functional? (RCP III-D-14) | X | |
| * | Are windshield wipers installed and functional? (RCP III-D-15) | X | |
| * | Is a handheld VHF radio on board and functional? (RCP III-D-12) | X | |
| * | Is a backup marine radio or telephone communication available? (RCP III-D-13) | X | |

> Items marked with an asterisk (*) denote recommended items or practices only.

| 1 | Identify any additional noteworthy vessel navigation and communication equipment or proced... |
|---|---|
| | *No Signal Test* |
| | |
| | |

| 2 | Summary on navigation/communication equipment observations: |
|---|---|
| | |
| | |
| | |
| | |

| 3 | Areas for improvement: |
|---|---|
| | |
| | |
| | |

## RCP Audit Inland Towing Vessel Checklist

### 4. Firefighting/Lifesaving Equipment

| | | Yes | No |
|---|---|---|---|
| | Is a check-off report turned in or a log entry made at least quarterly verifying that required firefighting/lifesaving equipment is present and in good working order? (RCP III-C) | | X |
| | Are a sufficient number of Coast Guard-approved life preservers available and in good working condition? (46 CFR 25.25-5) (RCP III-C-1) *N H In Room* | | |
| | Are the number and condition of life preservers noted on the vessel inspection report or in a log entry? (RCP III-C-2) | X | |
| | Is a Coast Guard-approved ring buoy on board the vessel? (46 CFR 25.25-5(d)) (RCP III-C-2) | X | |
| | Are a sufficient number of Coast Guard-approved work-vests available, in good working condition and stowed separately from PFDs? (46 CFR 26-30-10) (RCP III-C-3) | X | |
| | Are a sufficient number of Coast Guard-approved hand-portable fire extinguishers and semi-portable fire extinguishing systems available and in good working condition? (46 CFR 25.30-5) (46 CFR 25-30-20(b)(2)) (RCP III-C-4) | X | |
| | Are fire hydrants with hose and nozzle marked and in good working condition? (RCP III-C-1) | | |
| | Are flare kits available (if applicable)? (RCP III-C-2) | | |
| | Is a fire axe available? (RCP III-C-3) | | |
| | Is a first aid/trauma kit available? (RCP III-C-4) | | |
| | Are smoke alarms to protect all accommodation spaces installed and in good working condition? (RCP III-C-5) | | |
| | Is emergency lighting installed and in good working condition? (RCP III-C-6) | | X |
| * | Are smoke alarms connected to central alarm? (RCP III-C-5) | | X |
| * | Are heat or flame detectors installed in galley and engine room? (RCP III-C-7) | | X |
| * | Is an externally activated engine room fire extinguisher installed? (RCP III-C-8) | | X |
| * | Is a remote manual engine shutdown or remote main engine fuel shutoff valve installed? (RCP III-C-9) | | X |
| * | Is a remote starter for fire pump installed? (RCP III-C-10) | | X |
| * | Are safety notices/placards/warning signs posted on board the towing vessel? (RCP III-C-11) | | |
| * | Is there a placarded storage area for flammable products? (RCP III-C-12) | | |

Items marked with an asterisk (*) denote recommended items or practices only.

| 1 | Identify additional noteworthy firefighting/lifesaving equipment or practices: |
|---|---|
| | |
| | |
| | |
| | |

| 2 | Summary of observations on firefighting/lifesaving equipment: |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| 3 | Areas for improvement: |
|---|---|
| | |
| | |

# RCP Audit Inland Towing Vessel Checklist

## 5. Environmental Controls

| | | Yes | No |
|---|---|---|---|
| | Is containment of fuel oil and bulk lubricating oil present and free of any cracks or leaks? (RCP III-F-1) (33CFR 155.320) | | |
| | Is containment of bilge slops sufficient and free of any leaks? (RCP III-F-2) (33 CFR 155.330) | ✕ | |
| | Is perimeter containment around fueling stations sufficient and free of any leaks? (RCP III-F-2) | | |
| | Is the oily water separator equipment functional (where applicable)? (RCP III-F-3) (33 CFR | | ✕ |
| | Is the placard prohibiting discharge of oil posted and legible? (RCP III-F-4) (33 CFR 155.450) | | |
| | Is the MARPOL placard posted and legible? (RCP III-F-5) (33 CFR 151.59) | | |
| | Is the certified marine sanitation device installed and operating properly? (RCP III-F-6) (33 CFR 159.7) | ✕ | |
| | Are fuel oil transfer procedures legible and current? (RCP III-F-7) (33 CFR 155.720) | | |
| | Is an oil spill contingency plan in place to address personnel responsibilities in case of fuel spill from the towing vessel? (RCP III-F-1) | | |
| | Is a spill kit sufficient for on-deck spills carried aboard the towing vessel? (RCP III-F-3) | | |
| * | Are closable scuppers or another containment method provided? (RCP III-F-4) | | |

> Items marked with an asterisk (*) denote recommended items or practices only.

| 1 | Identify any additional noteworthy environmental controls or practices: |
|---|---|

No Fire Station
on Port Sd
Latels Room
or inboard Side
Dor fire boards

Cradin Horn on SB side

| 2 | Summary of observations on environmental control program: |
|---|---|

No fuel Proceders i lat  ...
Smoke Alarms
No Em  Alarm in 2° Deck
1 Smoke  life spar kit on wt Cts

| 3 | Areas for improvement: |
|---|---|

Ax  Spill  on wt door
No Stab person  fire
Stab

# RCP Audit Inland Towing Vessel Checklist

## 6. Machinery

| | | Yes | No |
|---|---|---|---|
| | Do propulsion systems including engines, reduction gears, clutches, controls, shafting, bearings show evidence of compliance with company maintenance program? (RCP III-B-1a) | X | |
| | Do steering systems show evidence of compliance with company maintenance program? (RCP III-B-1b) | X | |
| | Do miscellaneous auxiliary systems show evidence of compliance with company maintenance program? (RCP III-B-1c) | X | |
| | Are electrical systems labeled or is a schematic available outlining electrical wiring systems? | | |
| | Are exposed moving parts such as shafts, belts, and pulleys sufficiently guarded? | X | |
| | Are the following alarms installed and functional, or is an individual assigned responsibility to monitor the following systems? | | |
| | Main engine water temperature | X | |
| | Main engine lube oil pressure (RCP III-B-5-a-ii) | X | |
| | Bilge (RCP III-B-5a-iii) | X | |
| * | Generator water temperature (RCP III-B-5-a-iv) | | |
| * | Generator lube oil temperature (RCP III-B-5a-v) | | |
| * | Hydraulic steering fluid level (RCP III-B-5a-vi) | | |
| | Is a general alarm installed and functional and audible in all compartments? (RCP III-B-5a-i) | | |
| | Are alarm tests recorded at least quarterly? (RCP III-B-5-a-ii)    Date of last test: | | |
| * | Do unmanned or periodically manned engine rooms have alarm boards in engine room and wheelhouse? (RCP III-B-5-a-iii) | | |
| | Are the following gauges installed and functional, or is an individual assigned responsibility to monitor the following systems? (RCP III-B-5-b) | | |
| | Main engine water temperature (RCP III-B-5-b-i) | | |
| | Main engine lube oil pressure (RCP III-B-5-b-ii) | | |
| | Generator water temperature (RCP III-B-5-b-iii) | | |
| | Generator lube oil pressure (RCP III-B-5-b-iv) | | |
| | Main engine tachometer (RCP III-B-5-b-v) | | |
| * | Reduction gear oil pressure (RCP III-B-5-b-vi) | | |
| * | Hydraulic steering fluid level (sight glass) (RCP III-B-5b-vii) | | |

> Items marked with an asterisk (*) denote recommended items or practices only.

| 1 | Identify any additional noteworthy vessel machinery or maintenance practices: |
|---|---|
| | *General Alarm on PA System* |

| 2 | Summary of observations on vessel machinery: |
|---|---|
| | |

| 3 | Areas for improvement: |
|---|---|
| | |

## RCP Audit Inland Towing Vessel Checklist

### 7. Towboat Hull

| | | Yes | No |
|---|---|---|---|
| | Are watertight closures (doors, hatches, airports, windows, etc.) able to be secured and are watertight gaskets installed? (RCP III-A-2) | | ☒ |
| | Inspected and recorded at least annually?          Last inspection date: | | |
| | Are other openings (such as ventilators, air pipes, tank vents) watertight or weather proof and do they have sufficient structural integrity? (RCP III-A-3) | X | |
| | Inspected and recorded at least annually?          Last inspection date: | | |
| | Are rails, ladders, bulwarks, lighting, walking surfaces, chain guards, and handrails securely installed and free of excessive wastage or weaknesses? (RCP III-A-4-a) | X | |
| | Inspected and recorded at least annually?          Last inspection date: | | |
| | If installed, are safety chains upright along outboard sides of main deck? (RCP III-A-4-b) | | |
| | Are emergency walkways and hatchways secure and free of obstruction? (RCP III-A-5) | | |
| | Inspected and recorded at least annually?          Last inspection date: | | |
| | Are piping systems labeled or color coded and diagrams maintained on board the vessel? (RCP III-A-6-a) | | |
| | Are piping systems free of leaks and excessive wastage or weakness? (RCP III-A-6-a) | | |
| | Inspected and recorded at least annually?          Last inspection date: | | |
| | Are freeing ports and scuppers (if applicable) inspected at least annually while underway to note satisfactory drainage of main deck for seaworthiness? (RCP III-A-7) | ✓ | |

| 1 | Identify any additional noteworthy vessel hull inspection features: |
|---|---|
| | |

| 2 | Summary of observations on vessel hull condition: |
|---|---|
| | |

| 3 | Areas for improvement: |
|---|---|
| | |

## RCP Audit Inland Towing Vessel Checklist

### 8. Boat and Barge Rigging

| | | Yes | No |
|---|---|---|---|
| | Are there documented procedures on board the vessel for the safe use of wires, lines, chains, shackles, ratchets, winches and capstans? (RCP III-3-E-1) | | |
| | Are there documented procedures on board the vessel that identify the minimum rigging requirements for the vessel? (RCP III-3-E-2) | | |
| | Is there a copy on board of the inspection and replacement program for rigging? (RCP III-E-3) | | |
| | Is the crew familiar with the inspection and replacement program? | | |
| | Last inspection date: | | |
| | Is there a copy on board of the policy on the minimum specifications for each element of rigging? (RCP III-E-4) | | |

| 1 | Identify any additional noteworthy boat/barge rigging or practices: |
|---|---|
| | |

| 2 | Summary of observations on boat/barge rigging: |
|---|---|
| | |

| 3 | Areas for improvement: |
|---|---|
| | |

## RCP Audit Inland Towing Vessel Checklist

### 9. Manning

| | | Yes | No |
|---|---|---|---|
| | Except in an emergency, is there at least one qualified wheelhouse person and one additional crewmember on duty at all times while the vessel is underway? (verify) (RCP V-A-2) | X | |
| | Are wheelhouse personnel's marine licenses available for inspection and valid for the vessel's intended route? (46 CFR 15.810) | X | |

### 10. Watchstanding/Work hours

| | | Yes | No |
|---|---|---|---|
| | Are licensed wheelhouse personnel prohibited from working more than 12 hours in a consecutive 24-hour period, except in an emergency? (RCP V-B) (46 USC 8104(h)) | X | |
| | Are other crewmembers prohibited from working more than 15 hours in any 24-hour period or more than 42 hours in a 72-hour period, except in an emergency or drill? (RCP V-B) | X | |

| 1 | Identify any additional noteworthy vessel manning practices: |
|---|---|
| | |

| 2 | Summary of observations on vessel manning practices: |
|---|---|
| | |

| 3 | Areas for improvement: |
|---|---|
| | |

*No Meeting*

# RCP Audit Inland Towing Vessel Checklist

## 11. Training

|   |   | Yes | No |
|---|---|-----|----|
| 1 | Has the captain, mate or pilot received the following training within the past five years: (RCP V-C-1) | | |
| | Radar training (RCP V-C-1-a) | ✗ | |
| | Navigation/boat handling or proficiency evaluation (RCP V-C-1-b) | | |
| | Rules of the Road training (RCP V-C-1-b) ✓ | | |
| | Review of federal requirements and company conformance (RCP V-C-1-c) | | |
| | Marine firefighting/fire prevention (RCP V-C-1-d) | | |
| | Personal safety, including: (RCP V-C-1-e) | | |
| | First aid and CPR awareness (RCP V-C-1-e-i) | | |
| | Confined space hazard awareness (RCP V-C-1-e-ii) | | |
| | Injury prevention, including back training (RCP V-C-1-e-iii) | | |
| | For tank barge tows, additional training should include the following: (RCP V-C-1-f) | | |
| | First responder/spill mitigation/emergency response orientation (RCP V-C-1-f-i) | | |
| | Benzene awareness training (RCP V-C-1-f-ii) | | |
| | Cargo knowledge/hazard awareness (RCP V-C-1-g) | | |
| | Responsibility and authority of master, supervisory skills training (RCP V-C-1-h) | | |

| 2 | Has the engineer received the following training within the past five years: (RCP V-C-2) | | |
|---|---|---|---|
| | Marine diesel school or in-house training (RCP V-C-2-a) | | |
| | Review of federal requirements and company conformance (RCP V-C-2-b) | | |
| | Marine firefighting/fire prevention (RCP V-C-2-c) | | |
| | Personal safety, including: (RCP V-C-2-d) | | |
| | First aid and CPR awareness (RCP V-C-2-d-i) | | |
| | Confined space hazard awareness (RCP V-C-2-d-ii) | | |
| | Injury prevention, including back training (RCP V-C-2-d-iii) | | |
| | Lock-out/tag-out procedures (RCP V-C-2-d-iv) | | |
| | For tank barge tows, additional training should include the following: (RCP V-C-2-d) | | |
| | First responder/spill mitigation/emergency response orientation (RCP V-C-2-e-i) | | |

| 3 | Has the tankerman received the following training within the past five years: (RCP V-C-3) | | |
|---|---|---|---|
| | Tank barge safety training, including: (RCP V-C-3-a) | | |
| | Loading and discharge operations (RCP V-C-3-a-i) | | |
| | Safety practices (RCP V-C-3-a-ii) | | |
| | Environmental protection and loading procedures (RCP V-C-3-a-iii) | | |
| | Federal regulation review and training (RCP V-C-3-a-iv) | | |
| | First responder/spill mitigation/emergency response orientation (RCP V-C-3-a-v) | | |
| | Vapor recovery operations (RCP V-C-3-a-vi) | | |
| | Review of federal requirements and company conformance (RCP V-C-3-b) | | |
| | Marine firefighting/fire prevention (RCP V-C-3-c) | | |
| | Personal safety, including: | | |
| | First aid and CPR awareness (RCP V-C-3-d-i) | | |
| | Confined space hazard awareness (RCP V-C-3-d-ii) | | |
| | Injury prevention, including back training (RCP V-C-3-d-iii) | | |
| | Cargo specific training (RCP V-C-3-d-iv) | | |
| | Vessel communications system and procedures (RCP V-C-3-e) | | |

# RCP Audit Inland Towing Vessel Checklist

## 11. Training (Continued)

| | | Yes | No |
|---|---|---|---|
| 4 | Has the deck crew received the following training within the past five years: (RCP V-C-5) | | |
| | Deck operations and safety training (RCP V-C-5-a) | | |
| | Company policy and procedure orientation | | |
| | Review of federal requirements and company conformance (RCP-V-C-5-b) | | |
| | Vessel firefighting/fire prevention (RCP V-C-5-c) | | |
| | Personal safety, including: (RCP V-C-5-d) | | |
| | First aid and CPR awareness (RCP V-C-5-d-i) | | |
| | Confined space hazard awareness (RCP V-C-5-d-ii) | | |
| | Injury prevention, including back training (RCP V-C-5-d-iii) | | |
| | Lock-out/tag-out procedures (RCP V-C-5-d-iv) | | |
| | For tank barge tows, additional training should include the following: (RCP V-C-5-e) | | |
| | First responder/spill mitigation/emergency response orientation (RCP V-C-5-e-i) | | |

| | | Yes | No |
|---|---|---|---|
| 5 | Have all entry-level personnel received the following training: (RCP V-C-6) | | |
| | Company orientation, including: (RCP V-C-6-a) | | |
| | Drug and alcohol policy (RCP V-C-6-a-i) | | |
| | Safety as a condition of employment (RCP V-C-6-a-ii) | | |
| | Vessel layout/deck operations (RCP V-C-6-a-iii) | | |
| | Required safety gear (RCP V-C-6-a-iv) | | |
| | Job responsibilities (RCP V-C-6-a-v) | | |
| | Emergency procedures orientation, including: (RCP V-C-6-b) | | |
| | Fire (RCP V-C-6-b-i) | | |
| | Collision/allision (RCP V-C-6-b-ii) | | |
| | Sinking (RCP V-C-6-b-iii) | | |
| | Grounding (RCP V-C-6-b-iv) | | |
| | Man overboard (RCP V-C-6-b-v) | | |
| | Personal injury (RCP V-C-6-b-vi) | | |
| | Confined space hazard awareness (RCP V-C-6-c) | | |
| | Injury prevention, including back training (RCP V-C-6-d) | | |

| | |
|---|---|
| 6 | Identify any additional noteworthy watchstanding or training practices: |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

# RCP Audit Inland Towing Vessel Checklist

## 11. Training (Continued)

| 7 | Summary of observations on crew training: |
|---|---|
| | |

| 8 | Areas for improvement: |
|---|---|
| | |

*American Commercial Barge Line Co.*

# Management and Vessel Conformance Review

of

# Marine Inland Transportation Co.
and
# Eckstein Marine Service, Inc.

Provided by



TIMBERLAKE
EXHIBIT
43

# MARINE RESOURCES

Discovery Ex. No. 43
Cause No.
#B-01-157
Causeway Collapse

34

## OVERVIEW OF THE PROJECT

Conducted review of each company's conformance with the American Waterways Operators' (AWO) Responsible Carrier Program (RCP), as well as its operating policies and procedures. Both companies had been previously certified as being in compliance with RCP.

Conducted random onboard reviews of 3 Marine Inland vessels and 2 Eckstein Marine vessels.

## REVIEW COVERED 8 SPECIFIC AREAS

SAFETY POLICY AND PROCEDURES
ENVIRONMENTAL POLICY AND PROCEDURES
PERSONNEL POLICIES
ORGANIZATION
VESSEL OPERATING PROCEDURES
EMERGENCY RESPONSE PROCEDURES
INTERNAL AUDIT AND REVIEW PROCEDURES
GENERAL CONDITION OF VESSEL

## VESSELS REVIEWED

**Marine Inland**
M/V Marine Merit
M/V Marine Marvel
M/V Marine Alice

**Eckstein Marine**
M/V Ray Eckstein
M/V Miss Roslyn

1

## Safety Policy and Procedures

|  | MIT Co. | EMS Inc. |
|---|---|---|
| Safety Policy & Rules | X | X |
| Safety Meetings & Drills | *See Note #1 | X |
| Personal Protective Equipment | X | X |
| Safe Use of Equipment | X | X |
| Cargo Knowledge & Hazards Communication | X | *See Note #2 |
| Fall Overboard Prevention | X | X |
| Alcohol & Drug Policy | X | X |
| Safety Incentive Program |  | X |
| Accident & Injury Reporting | X | X |
| Confined Space Entry | X | X |

Note #1    MIT Co. policy calls for weekly safety meetings and bi-weekly fire drills. On board audits revealed that one vessel held weekly meetings, another held bi-weekly meetings and the remaining vessel did not hold safety meetings.

Note #2    All Pilot House personnel attend 4 quarterly meetings annually. One of these meetings addresses hazardous cargo.

## Environmental Policy and Procedures

|  | MIT Co. | EMS Inc. |
|---|---|---|
| Environmental Policy | X | X |
| Disposal/Handling Waste Oil & Bilge Slop | X | X |
| Garbage Disposal | X | X |
| Sanitary Systems | X | X |
| Spill Kit | X | X |
| Emergency Response Plan | X | X |

## Personnel Policy

|  | MIT Co. | EMS Inc. |
|---|---|---|
| Hiring Policy | X | X |
| Physical Examination | X | X |
| Drug & Alcohol Policy | X | X |
| Orientation & Training Policy | X | X |
| Employee Assistance Program |  | X |
| Evaluation Program | X | X |
| Disciplinary Policy | X | X |

2

## Organization

| | MIT Co. | EMS Inc. |
|---|---|---|
| Number of Vessels (*See Attachment #1) | 14 | 23 |
| Personnel: | | |
| Shoreside | 15 | 25 |
| Pilot House | 42 | 66 |
| Deck | 43 | 70 |

## Vessel Operating Procedures

| | MIT Co. | EMS Inc. |
|---|---|---|
| Required Documents on Board | X | X |
| Fuel Transfer Procedures | X | X |
| Confined Space Entry | *See Note #1 | X |
| Number of Barge Pumps | 1 - 3" | 2 - 3" |
| Maximum Tow Dimensions(*See Attachment #2 | X | X |
| Supply Requisition | X | X |
| Charts & Notices to Mariners | X | X |
| Navigation Policy | X | X |
| Locking Policy | X | X |
| Barge Inspection | *See Note #2 | *See Note #2 |
| Maintenance & Repair Procedures | X | X |
| All Other Required RCP Items | X | X |

Note #1    MIT Co. policy does not allow entry into any void, including dry cargo barges. EMS Inc. crews will shingle dry cargo voids if possible.

Note #2    MIT Co. inspects barges at pickup and within at least 12 hours before drop. EMS Inc. inspects barges at pickup, once daily and before dropping.

## Emergency Response Procedures

| | MIT Co. | EMS Inc. |
|---|---|---|
| Personal Injury/Illness Procedures | X | X |
| Spill Response Procedures | X | X |
| Accident Procedures | X | X |
| Hurricane Contingency Plan | X | X |
| Response & Reporting Procedures for: | | |
| Collision/Allisions | X | X |
| Grounding | X | X |
| Fire | X | X |
| Sinking | X | X |
| Man Overboard | X | X |

3

## Internal Audit Review Procedures

|  | MIT Co. | EMS Inc. |
|---|---|---|
| Incident Investigation Procedure | X | X |
| Corrective/Preventative Action Procedures | X | X |

## General Conditions of Audited Vessels

| | | |
|---|---|---|
| Housekeeping | X | X |
| Propulsion Equipment & Machinery | X | X |
| Engine Room | X | X |
| Flammable/Combustible Storage | X | X |
| Bilges | X | X |
| Operating Machinery | X | X |
| Back up Systems & Alarms | X | X |
| Marine Sanitation Systems | *See Note #1 | X |
| Steering Space | X | X |
| Electronics | X | X |
| Rigging & Lines | X | X |
| Tools | X | X |
| Running Lights | X | X |
| Ample Supplies | X | X |
| Company Policy & Procedures on Board | X | X |

Note #1        The stool on one crew bath was inoperable on the M/V Marine Merit.

## Wage Scales

|  | MIT Co. | EMS Inc. |
|---|---|---|
| Pilot House: | | |
|   Captain | $253.00 | $260.00 |
|   Relief Captain | $243.00 | $250.00 |
|   Pilot | $233.00 | $240.00 |
| Deck Hands: | | |
|   Green | $75.00 | $70.00 |
|   Experienced | $80.00-$115.00 | $80.00-$115.00 |
|   Mate/Tankerman | $125.00 | $125.00 |

## Observations

Overall, the general condition of all the vessels were acceptable. There was no clutter or safety hazards. Engine and machinery hoses and lines had some minor leaks. All propulsion equipment and machinery was in working order. Engine rooms were well lighted and ventilated. Combustible materials were properly stored. Machinery was guarded properly. Alarms were in place and steering space was clean and operating properly. All necessary electronics were on boards and operational.

## Auditor's Comments

Marine Inland could no doubt fulfill ACBL's tramp towing requirements in the Gulf area. The only major issue is the failure to enter voids and shingle barges and the fact they only inspect barges at pickup and before dropping. From my observation their vessels were not maintained at quite the level of Eckstein but, were still acceptable.

Marine Inland could not provide the RCP checklist for either the management or vessel audits but did have the letter certifying them. I came away from the audit feeling that Marine Inland has simply gone through the steps to gain certification and were not thoroughly committed to the Responsible Carrier Program and safety. As an example, their operations director, Mike Foley admitted that probably only 50% of their vessels and personnel were operating accordingly to the ops manual, so evident by the way safety meetings were conducted.

Eckstein Marine, on the other hand, seems to have management commitment toward the RCP and safety. They seem to have added the personnel and financial commitment necessary to reach this goal. A few other things that stood out:

* Regular scheduled safety meetings and drills on all audited vessels
* Safety Incentive Programs
* Employee Assistance Program
* Completed Phase II of USCG Self-Inspection Partnership
* Steersman Program
* Added USCG Retiree as Safety Director
* Built 8 new boats in the last 3 years
* Quarterly Meetings for All Pilot House Personnel

5



# PROPELLER SELECTION GUIDE



EXHIBIT

_104_

PENGAD 800-631-6989

49477 D 01568

35

## DDA AUXILIARY ENGINES APPROVED BY LLOYD'S REGISTER OF SHIPPING (CONT'D)

| Engine | Injector | BHP | Full Load |
|--------|----------|-----|-----------|
| 8V-71N | N70 | 240 | 1800 |
| 8V-71T | N90 | 295 | 1500 |
| | N90 | 335 | 1800 |
| 12V-71N | N70 | 320 | 1500 |
| | N70 | 390 | 1800 |
| 16V-71N | N70 | 431 | 1500 |
| | N70 | 513 | 1800 |
| 12V-149 | 130 | 600 | 1500 |
| | 130 | 700 | 1800 |
| 12V-149T | 165 | 825 | 1500 |
| | 165 | 975 | 1800 |
| 12V-149TI | 180 | 890 | 1500 |
| | 180 | 1050 | 1800 |
| 16V-149 | 130 | 800 | 1500 |
| | 130 | 930 | 1800 |
| 16V-149T | 165 | 1100 | 1500 |
| | 165 | 1300 | 1800 |
| 16V-149TI | 180 | 1190 | 1500 |
| | 180 | 1400 | 1800 |

2-22-74

49477 D 01569



Figure 8

If a boat has to operate in shallow water, the diameter of the propeller is limited. Therefore, it can be necessary to install two and sometimes three propellers to permit a proper pitch ratio for efficient propulsion.

Another condition requiring multiple propellers is encountered when higher speed yachts need more horsepower than a single engine can develop and still be accommodated in the engine space.

As a general rule to follow for calculation in this text, total SHP of *all* engines is used when making

estimated speed calculations. For calculating propeller size, SHP of *each* individual engine is used.

Propeller rotation is determined from behind the vessel, facing forward. The starboard side is on the right and the port side on the left. Rotation of the propeller is determined by the direction of the wheel when the vessel is in forward motion. Thus, a clockwise rotation would describe a right-hand propeller and a counter-clockwise rotation would be a left-hand propeller (Fig. 9).

11

49477 D 01570

Right-hand propellers are most frequently used in single screw installations. Twin screw vessels in the U.S. are normally equipped with outboard turning wheels. However, there are some installations where inboard turning wheels will be found.

A rotating propeller tends to drift sideways in the direction of the rotation. In a single screw vessel this can be partially offset by the design of the stern-post and the rudder. In a twin screw vessel this can be completely eliminated by using counter-rotating propellers.

The question of inboard and outboard rotating propellers has been debated many times. Authorities on the subject have agreed that there is little or no adverse effect in maneuverability with either rotation.

The connecting link in a boat's propulsion package is the propeller shaft. This portion of the drive train serves the dual function of transmitting engine torque to the propeller and propeller thrust to the thrust bearing.

Propeller shafts are classified into two groups, tailshafts and lineshafts. The section or sections of the shafting totally within the hull are termed lineshafts.

Tailshafts are that portion which is partially or totally exposed to water outside the hull. Because this section of the shaft is subjected to such erosive forces as water, sand, and bending movements due to propeller overhang, it is generally good practice to use a tailshaft that is heavier than the lineshaft.

Recommended shaft sizes for various shaft materials will be found in the nomograph labeled Figure 10.



Figure 10

*Instructions:*
Rule a line connecting the selected S.H.P. and propeller RPM. At the point where this line intersects the center line, draw a horizontal line through the scales indicating tailshaft diameter, in inches, for the material to be used. Lineshaft diameters can generally be reduced by 5% from these values.

*Example:*
Select a bronze shaft for an engine with a rated S.H.P. of 478 at 2300 RPM, Light duty (Yacht) service, and 2:1 gear.

*Solution:* Using rated S.H.P. of 478

$$\text{Shaft RPM} = \frac{2300}{2} = 1150$$

Draw a line connecting 478 S.H.P. and 1150 RPM. From the point where this line intersects the centerline, draw a horizontal line through vertical shaft size scales as shown. Read 3.25 inches on scale marked bronze. Where necessary, correct to nearest standard shaft size.



**OUTBOARD TURNING PROPELLERS**

LWL

LEFT HAND ROTATION    RIGHT HAND ROTATION

AHEAD ROTATION

**INBOARD TURNING PROPELLERS**

LWL

RIGHT HAND PROPELLER    LEFT HAND PROPELLER

AHEAD ROTATION

Figure 9

12

49477 D 01571

When the vibration frequency of a boat's machinery or propeller synchronizes with the natural vibration frequency of the hull, or some portion of the hull, it can reach a very objectionable sound and motion level.

If the disturbance can be attributed to an engine or generator set, the most effective way to eliminate the trouble is to physically isolate the offending equipment by the use of vibration mounts. When using vibration mounts on main engines, it is usually mandatory to use a flexible coupling on the driveshafts.

A boat has many vibration forces other than those caused by the engine. In checking for causes of vibration, the following sources should be investigated:

1. Misalignment between engine and propeller shaft or improperly machined propeller coupling.

2. Bent propeller shaft.

3. Hull appendages such as struts, sternpost and rudder, if not properly faired into flow stream.

4. Too much power for boat design.

5. Propeller disturbances.

   a. Wheel clearance (sternpost and hull)

   b Cavitation

   c. Worn stern bearing

   d. Improperly pitched propeller

   e. Propeller not dynamically balanced

If an undesirable vibration is still noticeable after these potential causes have been checked, it is possible that the impulses are induced by the propeller blades passing the sternpost. This may be eliminated by modifying the shaft-propeller system to alter its natural frequency and/or changing the number of propeller blades. These modifications will move the objectionable vibratory frequency out of the operating range of the engine. The system frequency may also be modified by changing the mass of the propeller, the diameter of the shaft, or relocating the shaft bearing supports.

Special consideration is given to the power ratio of this type of vessel because of its unique operating requirements. It is first desirable to know the load requirements, number of barges, displacement of each for average run, the towing or pushing speed required, and current is also a factor.

Towing speed should be 25% to 30% below the natural speed of the hull. Vessels of this type tend to bury their bow in their own waves when running free. In square ended "pusher" boats, this may occur at speed length ratios close to 1.0.

Propeller slippage on most towing vessels is approximately 45% to 50%. Low speed propellers having maximum diameter and a moderate pitch are the most desirable.

Vessels in this classification that fish by means of nets drawn through the water offer a special problem. For example, a shrimp boat may travel as far as 500 miles or more to the fishing grounds. Owners usually want to cut this travel time as much as possible. However, when fishing, the boat has to tow large doors and heavy nets at slow speeds. The broad variation in performance requirements calls for a compromise in the propeller selection and reduction ratio to obtain the maximum usable power under both operating conditions.

The two major reasons for repowering a boat are to restore worn out equipment to its original efficiency or to improve upon the original performance. In most instances, it has been found that owners will request additional horsepower whenever a change is made. However, the length of a displacement type craft limits its speed. The power required to drive the boat faster than a speed length ratio of 1.34 will be found to be greatly out of proportion to the results obtained. This should be given very careful consideration before complying with a request for additional power. By recalling the previously discussed formula,

$$\frac{V}{\sqrt{LWL}} = \text{Speed/Length Ratio.}$$

this factor can be easily checked.

One of the most important steps to be taken in repowering a boat is to obtain all the information possible on the boat in its present condition; i.e., type of hull, condition of hull, SHP of old engine as is, loaded waterline length measurements, gear reduction, engine room size, maximum speed with the present engine, fuel consumption, etc. All this information should be carefully recorded and presented along with a repower request.

There are numerous forms and methods of tabulating the information that supports a successful marine engine installation. Detroit Diesel employs a "Marine Engine Application Data Inquiry Sheet" and an "End Product Questionnaire." The data inquiry sheet is designed to document pertinent marine application information which must be considered in recommending the proper marine engine for a particular application. The "EPQ" offers the Distributor the opportunity to solicit the guidance and recommendations of Detroit Diesel Allison in the installation of a marine engine.

49477 D 01572

One of the most important repowering considerations is to establish the vessel's speed and propeller efficiency *before* an engine change. If it cannot be done on a measured mile, it should be approximated by noting elapsed time of operation between points of known distances. Fuel consumption should also be checked.

With a known speed, checking the nomograph in Fig. 2 to obtain a speed-length ratio of the hull will result in a closer estimated speed with the new power plant.

Major plans of boats drawn by boatbuilders usually include the following:

1. Inboard profile—section through boat structure if it were cut in half lengthwise.

2. Outboard profile—side view showing all of vessel above waterline as it might appear in a photograph.

3. Deck plans—that view of section through vessel at various heights above keel.

4. Line drawings—set of imaginary outlines used to indicate the shape of the hull.

5. Miscellaneous detail drawings—engine room layout, etc.

There are other calculated data, such as displacement curves and stability curves, which are usually not made up for the size vessel being discussed.

1. Initial Cost—gasoline versus diesel:

• The initial cost of a diesel engine is approximately twice that of a gasoline engine.

• *The true* cost of a marine engine can be clearly seen only by comparing SHP and cruising speed.

Because of their automotive-type ratings, gasoline engines must sacrifice as much as 50% of their SHP output for an acceptable level of engine durability.

Detroit Diesel engines, however, can be run at full rated output and still maintain their high level of diesel durability. If the maximum in durability is desired, it can be achieved with less than a 10% drop in engine SHP output.

Under these conditions, a 130 hp Detroit Diesel engine will compare very favorably with a gasoline engine in the 180-210 hp range, both from the standpoint of cost and boat cruising speed.

2. Maintenance Cost—gasoline versus diesel:

• Out-of-pocket expenses are lower with a diesel

engine since fuel costs run 25% to 50% less than gasoline. In addition, it is possible for a diesel to travel 1½ to 2 times as far as a gasoline engine, using the same horsepower.

Gasoline—100 gals. @ 46¢ ($46) and cruise 1 mile/gal. = 100 miles or 2.2 miles per dollar.

Diesel—100 gals. @ 36¢ ($36) and cruise 1½ miles/gal. = 150 miles or 4.2 miles per dollar.

• Diesel engines are precision built and designed for a much greater life expectancy. Diesel maintenance is far less per year, in terms of both time *and* money. Gasoline engines generally need overhaul in 500 to 1000 hours, while diesels in pleasure boats normally go from 2500 to 5000 hours before overhaul.

• The inherent safety and dependability of a diesel engine is added assurance that a diesel powered boat will return to shore safely. Diesel fuel accounts for part of this extra security factor because it is naturally less volatile than gasoline and safer to run. This feature is an ingredient that simply cannot be measured in dollars and cents.

3. Residual Value—gasoline versus diesel:

• There is little doubt that a diesel powered boat provides its owner with a much better return on investment than a gasoline powered boat at the time of resale. Diesels are not only less hazardous to operate but they are in greater demand.

• Banks are willing to finance a larger portion of the purchase price of a diesel powered boat because they *do* have a higher residual value and *are* in such demand.

The information on the previous pages of this manual was provided as basic groundwork in the area of marine propulsion. Its only intent was to provide a brief insight into the various factors involved in an actual marine installation.

Again, the services of a naval architect or a Detroit Diesel engine specialist are strongly recommended to obtain the most precise performance information and technical advice.

With a basic knowledge that permits intelligent application of an expert's experience, more satisfactory installations are sure to follow.

49477 D 01573

DDA PROPULSION ENGINES APPROVED BY AMERICAN BUREAU OF SHIPPING
AND LLOYD'S REGISTER OF SHIPPING

## AMERICAN BUREAU OF SHIPPING

| Engine | Injector | BHP | Full Load rpm |
|--------|----------|-----|---------------|
| 3-53 | N45 | 86 | 2800 |
| 4-53 | N45 | 128 | 2800 |
| 6V-53 | N45 | 181 | 2800 |
| 4-71N | N55 | 120 | 1800 |
|  | N70 | 165 | 2300 |
| 6-71N | N55 | 180 | 1800 |
|  | N70 | 265 | 2300 |
| 6-71T | N90 | 335 | 2300 |
| 8V-71N | N55 | 240 | 1800 |
|  | N70 | 335 | 2300 |
| 8V-71TI | N90 | 435 | 2300 |
| 12V-71N | N55 | 360 | 1800 |
|  | N70 | 500 | 2300 |
| 12V-71TI | N90 | 675 | 2300 |
| 16V-71N | N55 | 480 | 1800 |
|  | N70 | 666 | 2300 |
| 12V-149 | 120 | 700 | 1800 |
|  | 130 | 800 | 1900 |
| 12V-149TI | 150 | 960 | 1800 |
| 16V-149 | 120 | 1205 | 1800 |
|  | 130 | 1060 | 1900 |
| 16V-149TI | 150 | 1280 | 1800 |

## LLOYD'S REGISTER OF SHIPPING - PROPULSION ENGINES

| Engine | Injector | BHP | Full Load rpm |
|--------|----------|-----|---------------|
| 3-53 | N45 | 86 | 2800 |
| 4-53 | N45 | 136 | 2800 |
| 6V-53 | N45 | 181 | 2800 |
| 3-71N | N70 | 78 | 1800 |
| 4-71N | N70 | 165 | 2300 |
| 6-71N | N70 | 265 | 2300 |
| 6-71T | N90 | 335 | 2300 |
| 12V-71N | N55 | 360 | 1800 |
| 12V-71N | N70 | 500 | 2300 |
| 12V-71TI | N90 | 675 | 2300 |
| 8V-71N | N55 | 240 | 1800 |
|  | N70 | 335 | 2300 |
| 8V-71TI | N90 | 435 | 2300 |
| 16V-71N | N55 | 480 | 1800 |
|  | N70 | 666 | 2300 |
| 12V-149 | 130 | 700 | 1800 |
|  | 130 | 800 | 1900 |
| 12V-149TI | 150 | 870 | 1800 |
|  | 150 | 960 | 1900 |
| 16V-149 | 130 | 930 | 1800 |
|  | 130 | 1060 | 1900 |
| 16V-149TI | 150 | 1160 | 1800 |
|  | 150 | 1280 | 1900 |

2-22-74

49477 D 01574

DDA AUXILIARY ENGINES APPROVED BY AMERICAN BUREAU OF SHIPPING
AND LLOYD'S REGISTER OF SHIPPING

## AMERICAN BUREAU OF SHIPPING

| Engine | Injector | BHP | Full Load rpm |
|--------|----------|-----|---------------|
| 2-71 | 70 | 65 | 2000 |
| 3-71 | 70 | 110 | 2300 |
| 4-71N | 70 | 110 | 1500 |
|  | 70 | 130 | 1800 |
| 4-71T | 90 | 145 | 1500 |
|  | 90 | 165 | 1800 |
| 6-71N | 70 | 160 | 1500 |
|  | 70 | 195 | 1800 |
| 6-71T | 90 | 220 | 1500 |
|  | 90 | 260 | 1800 |
| 8V-71N | 70 | 215 | 1500 |
|  | 70 | 260 | 1800 |
| 8V-71T | 90 | 295 | 1500 |
|  | 90 | 335 | 1800 |
| 12V-71N | 70 | 320 | 1500 |
|  | 70 | 390 | 1800 |
| 12V-71T | 90 | 435 | 1500 |
|  | 90 | 525 | 1800 |
| 16V-71N | 70 | 430 | 1500 |
|  | 70 | 515 | 1800 |
| 12V-149 | 130 | 600 | 1500 |
|  | 130 | 700 | 1800 |
| 12V-149T | 150 | 825 | 1500 |
|  | 150 | 975 | 1800 |
| 12V-149TI | 150 | 817 | 1500 Jacket Water Intercooling |
|  | 150 | 960 | 1800 "    "    " |
|  | 180 | 896 | 1500 85°F. Water Intercooling |
|  | 180 | 1050 | 1800 "    "    " |
| 16V-149TI | 150 | 1090 | 1500 Jacket Water Intercooling |
|  | 150 | 1280 | 1800 "    "    " |
|  | 180 | 1195 | 1500 85°F. Water Intercooling |
|  | 180 | 1400 | 1800 "    "    " |

## LLOYD'S REGISTER OF SHIPPING

| Engine | Injector | BHP | Full Load rpm |
|--------|----------|-----|---------------|
| 4-71N | N70 | 110 | 1500 |
|  | N70 | 130 | 1800 |
| 4-71T | N90 | 145 | 1500 |
|  | N90 | 165 | 1800 |
| 6-71 | N70 | 160 | 1500 |
|  | N70 | 195 | 1800 |
| 6-71T | N90 | 220 | 1500 |
|  | N90 | 260 | 1800 |

2-22-74

49477 D 01575

## 12V-71N PLEASURE CRAFT N70 INJECTORS



# 12V-71N

## PLEASURE CRAFT
## N70 INJECTORS

## TWIN DISC MG-512
## MARINE GEAR

| KNOTS | MPH | 3-BLADE PROPELLER GEAR RATIOS 1.5 | 2 | 3 | 4-BLADE PROPELLER GEAR RATIOS 1.5 | 2 | 3 |
|---|---|---|---|---|---|---|---|
| 6.1 | 7 | | | 43 x 26 | | | 40 x 26 |
| 6.9 | 8 | | | 43 x 26 | | | 40 x 27 |
| 7.8 | 9 | | 33 x 21 | 42 x 27 | | 31 x 21 | 40 x 27 |
| 8.7 | 10 | 28 x 17 | 33 x 21 | 42 x 28 | 26 x 18 | 31 x 21 | 40 x 28 |
| 9.7 | 11 | 28 x 18 | 33 x 22 | 42 x 28 | 26 x 18 | 31 x 22 | 40 x 29 |
| 10.4 | 12 | 28 x 18 | 33 x 22 | 42 x 29 | 26 x 18 | 31 x 22 | 39 x 30 |
| 11.2 | 13 | 28 x 18 | 33 x 22 | 42 x 30 | 26 x 19 | 31 x 23 | 39 x 31 |
| 12.1 | 14 | 28 x 19 | 33 x 23 | 42 x 31 | 26 x 19 | 30 x 23 | 39 x 31 |
| 13.0 | 15 | 28 x 19 | 33 x 24 | 42 x 32 | 26 x 20 | 30 x 24 | 39 x 32 |
| 13.8 | 16 | 27 x 20 | 32 x 24 | 41 x 33 | 26 x 20 | 30 x 24 | 39 x 33 |
| 14.7 | 17 | 27 x 20 | 32 x 25 | 41 x 34 | 26 x 20 | 30 x 25 | 39 x 34 |
| 15 6 | 18 | 27 x 20 | 32 x 25 | 41 x 35 | 26 x 21 | 30 x 26 | 39 x 35 |
| 16 5 | 19 | 27 x 21 | 32 x 26 | 41 x 36 | 25 x 21 | 30 x 26 | 38 x 36 |
| 17.3 | 20 | 27 x 21 | 32 x 26 | 41 x 36 | 25 x 22 | 30 x 27 | 38 x 37 |
| 18.2 | 21 | 27 x 22 | 32 x 27 | 40 x 37 | 25 x 22 | 30 x 27 | 38 x 37 |
| 19.1 | 22 | 27 x 22 | 32 x 28 | 40 x 38 | 25 x 22 | 30 x 28 | 38 x 38 |
| 19.9 | 23 | 27 x 23 | 32 x 28 | | 25 x 23 | 30 x 28 | |
| 20.8 | 24 | 27 x 23 | 31 x 29 | | 25 x 23 | 30 x 29 | |
| 21 7 | 25 | 27 x 24 | 31 x 29 | | 25 x 24 | 30 x 29 | |
| 22.5 | 26 | 27 x 24 | 31 x 30 | | 25 x 24 | 29 x 30 | |
| 23 4 | 27 | 26 x 24 | 31 x 31 | | 25 x 24 | 29 x 30 | |
| 24.3 | 28 | 26 x 25 | 31 x 31 | | 25 x 25 | 29 x 31 | |
| 25.2 | 29 | 26 x 25 | 31 x 32 | | 25 x 25 | 29 x 32 | |
| 26.0 | 30 | 26 x 26 | 30 x 33 | | 25 x 26 | | |
| 26.9 | 31 | 26 x 26 | | | 25 x 26 | | |
| 27.8 | 32 | 26 x 27 | | | 25 x 26 | | |
| 28.6 | 33 | 26 x 27 | | | 25 x 27 | | |
| 29 6 | 34 | 26 x 28 | | | | | |

49477 D 01576



**12V-71N CREW BOAT**
**N60 INJECTORS**

# 12V-71N

## CREW BOAT
## N60 INJECTORS

**TWIN DISC MG-512**
**MARINE GEAR**

| KNOTS | MPH | 3-BLADE PROPELLER | | 4-BLADE PROPELLER | |
|---|---|---|---|---|---|
| | | GEAR RATIOS | | GEAR RATIOS | |
| | | 2.0 | 3.0 | 2.0 | 3.0 |
| 6.1 | 7 | | 43 x 27 | | 41 x 27 |
| 6.9 | 8 | 34 x 21 | 43 x 27 | | 41 x 28 |
| 7.8 | 9 | 34 x 21 | 43 x 28 | 32 x 21 | 41 x 28 |
| 8.7 | 10 | 33 x 22 | 43 x 29 | 31 x 22 | 40 x 29 |
| 9.7 | 11 | 33 x 22 | 43 x 30 | 31 x 23 | 40 x 30 |
| 10.4 | 12 | 33 x 23 | 43 x 30 | 31 x 23 | 40 x 31 |
| 11.2 | 13 | 33 x 23 | 43 x 31 | 31 x 24 | 40 x 32 |
| 12.1 | 14 | 33 x 24 | 42 x 32 | 31 x 24 | 40 x 33 |
| 13.0 | 15 | 33 x 25 | 42 x 33 | 31 x 25 | 40 x 34 |
| 13.8 | 16 | 33 x 25 | 42 x 34 | 31 x 26 | 39 x 35 |
| 14.7 | 17 | 33 x 26 | 42 x 35 | 31 x 26 | 39 x 36 |
| 15.6 | 18 | 33 x 27 | 42 x 37 | 31 x 27 | 39 x 37 |
| 16.5 | 19 | 33 x 27 | 41 x 38 | 30 x 27 | 39 x 38 |
| 17.3 | 20 | 32 x 28 | 41 x 39 | 30 x 28 | 39 x 38 |
| 18.2 | 21 | 32 x 29 | 41 x 40 | 30 x 29 | |
| 19 1 | 22 | 32 x 29 | | 30 x 29 | |
| 19 9 | 23 | 32 x 30 | | 30 x 30 | |
| 20.8 | 24 | 32 x 31 | | 30 x 30 | |
| 21 7 | 25 | 31 x 31 | | 30 x 31 | |
| 22.5 | 26 | 31 x 32 | | 30 x 32 | |
| 23.4 | 27 | 31 x 33 | | 30 x 32 | |

49477 D 01577



## 12V-71N
### WORK BOAT
### N55 INJECTORS

### TWIN DISC MG-514
### MARINE GEAR

| KNOTS | MPH | 3-BLADE PROPELLER | | | | | | 4-BLADE PROPELLER | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | GEAR RATIOS | | | | | | GEAR RATIOS | | | | | |
| | | 3 | 3.5 | 4.13 | 4.5 | 5.16 | 6 | 3 | 3.5 | 4.13 | 4.5 | 5.16 | 6 |
| 4.4 | 5 | | | | | 64 x 39 | 70 x 43 | | | | | | 66 x 43 |
| 5.2 | 6 | | 50 x 31 | 56 x 35 | 59 x 37 | 63 x 40 | 69 x 44 | | 48 x 31 | 53 x 35 | 55 x 37 | 60 x 41 | 65 x 45 |
| 6.1 | 7 | 46 x 29 | 50 x 32 | 55 x 36 | 58 x 38 | 63 x 41 | 69 x 46 | 43 x 29 | 47 x 32 | 52 x 36 | 55 x 38 | 59 x 42 | 65 x 47 |
| 6.9 | 8 | 46 x 30 | 50 x 33 | 55 x 37 | 58 x 39 | 63 x 43 | 69 x 48 | 43 x 30 | 47 x 33 | 52 x 37 | 54 x 40 | 59 x 44 | 64 x 48 |
| 7.8 | 9 | 46 x 30 | 50 x 34 | 55 x 38 | 58 x 40 | 63 x 45 | 68 x 50 | 43 x 31 | 47 x 34 | 52 x 39 | 54 x 41 | 59 x 45 | 64 x 50 |
| 8.7 | 10 | 46 x 31 | 50 x 35 | 55 x 39 | 58 x 42 | 62 x 46 | 68 x 52 | 43 x 32 | 47 x 35 | 51 x 40 | 54 x 42 | 58 x 47 | 64 x 52 |
| 9.7 | 11 | 45 x 32 | 50 x 36 | 55 x 41 | 57 x 44 | 62 x 48 | 68 x 54 | 42 x 33 | 46 x 37 | 51 x 41 | 54 x 44 | 58 x 49 | 63 x 55 |
| 10.4 | 12 | 45 x 33 | 49 x 37 | 54 x 42 | 57 x 45 | 62 x 50 | 67 x 57 | 42 x 34 | 46 x 38 | 51 x 43 | 53 x 46 | 58 x 51 | 63 x 57 |
| 11.2 | 13 | 45 x 35 | 49 x 39 | 54 x 44 | 57 x 47 | 61 x 53 | 66 x 59 | 42 x 35 | 46 x 39 | 51 x 45 | 53 x 48 | 57 x 53 | 63 x 60 |
| 12.1 | 14 | 45 x 36 | 49 x 40 | 54 x 46 | 56 x 49 | 61 x 53 | | 42 x 36 | 46 x 41 | 50 x 46 | 53 x 49 | 57 x 53 | |
| 13.0 | 15 | 44 x 37 | 48 x 42 | 53 x 48 | 56 x 49 | | | 42 x 37 | 46 x 42 | 50 x 48 | 53 x 49 | | |
| 13.8 | 16 | 44 x 38 | 48 x 43 | 53 x 48 | | | | 42 x 39 | 45 x 43 | 50 x 48 | | | |
| 14.7 | 17 | | | | | | | 41 x 40 | 45 x 45 | | | | |

49477 D 01578



12V-71N WORK BOAT
N55 INJECTORS

# 12V-71N
## WORK BOAT
## N55 INJECTORS

### TWIN DISC MG-514
### MARINE GEAR

| KNOTS | MPH | 3-BLADE PROPELLER | | | | | | 4-BLADE PROPELLER | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | GEAR RATIOS | | | | | | GEAR RATIOS | | | | | |
| | | 3 | 3.5 | 4.13 | 4.5 | 5.16 | 6 | 3 | 3.5 | 4.13 | 4.5 | 5.16 | 6 |
| 4.4 | 5 | | | | | 64 x 39 | 70 x 43 | | | | | | 66 x 43 |
| 5.2 | 6 | | 50 x 31 | 56 x 35 | 59 x 37 | 63 x 40 | 69 x 44 | | 48 x 31 | 53 x 35 | 55 x 37 | 60 x 41 | 65 x 45 |
| 6.1 | 7 | 46 x 29 | 50 x 32 | 55 x 36 | 58 x 38 | 63 x 41 | 69 x 46 | 43 x 29 | 47 x 32 | 52 x 36 | 55 x 38 | 59 x 42 | 65 x 47 |
| 6.9 | 8 | 46 x 30 | 50 x 33 | 55 x 37 | 58 x 39 | 63 x 43 | 69 x 48 | 43 x 30 | 47 x 33 | 52 x 37 | 54 x 40 | 59 x 44 | 64 x 48 |
| 7 8 | 9 | 46 x 30 | 50 x 34 | 55 x 38 | 58 x 40 | 63 x 45 | 68 x 50 | 43 x 31 | 47 x 34 | 52 x 39 | 54 x 41 | 59 x 45 | 64 x 50 |
| 8.7 | 10 | 46 x 31 | 50 x 35 | 55 x 39 | 58 x 42 | 62 x 46 | 68 x 52 | 43 x 32 | 47 x 35 | 51 x 40 | 54 x 42 | 58 x 47 | 64 x 52 |
| 9.7 | 11 | 45 x 32 | 50 x 36 | 55 x 41 | 57 x 44 | 62 x 48 | 68 x 54 | 42 x 33 | 46 x 37 | 51 x 41 | 54 x 44 | 58 x 49 | 63 x 55 |
| 10 4 | 12 | 45 x 33 | 49 x 37 | 54 x 42 | 57 x 45 | 62 x 50 | 67 x 57 | 42 x 34 | 46 x 38 | 51 x 43 | 53 x 46 | 58 x 51 | 63 x 57 |
| 11.2 | 13 | 45 x 35 | 49 x 39 | 54 x 44 | 57 x 47 | 61 x 53 | 66 x 59 | 42 x 35 | 46 x 39 | 51 x 45 | 53 x 48 | 57 x 53 | 63 x 60 |
| 12.1 | 14 | 45 x 36 | 49 x 40 | 54 x 46 | 56 x 49 | 61 x 53 | | 42 x 36 | 46 x 41 | 50 x 46 | 53 x 49 | 57 x 53 | |
| 13.0 | 15 | 44 x 37 | 48 x 42 | 53 x 48 | 56 x 49 | | | 42 x 37 | 46 x 42 | 50 x 48 | 53 x 49 | | |
| 13.8 | 16 | 44 x 38 | 48 x 43 | 53 x 48 | | | | 42 x 39 | 45 x 43 | 50 x 48 | | | |
| 14.7 | 17 | | | | | | | 41 x 40 | 45 x 45 | | | | |

49477 D 01579