United States District Court
Southern District of Texas
FILED

FEB - 2 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION FOR BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | CIVIL ACTION NO. B-01-157 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| Consolidated with: | § § | |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC, AS OWNER and AMERICAN COMMERCIAL BARGE LINE LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § | CIVIL ACTION NO. B-02-004 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| Consolidated with: | § § | |
| IN THE MATTER OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-02-125 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |

**CLAIMANTS' NOTICE OF NON-OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT OF DEERE CREDIT, INC., STATE STREET BANK AND TRUST OF CONNECTICUT AND GENERAL ELECTRIC CAPITAL CORPORATION**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW Claimants[1] in the above captioned consolidated actions and file Claimants' Notice of Non-Opposition to the Motion for Summary Judgment of Deere Credit, Inc., State Street Bank and Trust of Connecticut and General Electric Capital Corporation and respectfully show the Court as follows:

I.

Petitioners Deere Credit, Inc., State Street Bank and Trust of Connecticut and General Electric Capital Corporation have filed a motion for summary judgment in this case.[2] Movants affirmatively allege in their motion for summary judgment and in the memorandum which they have filed in support of their motion for summary judgment[3] that they had absolutely no operational control or contractual right to control over any of the four barges that were being towed by the Brown Water Towing V at the time of the allision which is made the subject matter of this limitation proceeding. It is further affirmatively alleged in

---

[1]    The Claimants include all claimants whose claims remain pending in these consolidated cases. In particular, the Claimants include: Jacqueline Paddock Individually and as Next Friend of William B. Welch and as Representative of the Estate of Chelsea Welch; William Morris Welch, Gustavo Morales; Bigo's International, L.L.C.; William E. Kimbrell, Individually as Surviving Father of Chealsa Welch, Deceased, Rene Mata; Frank Mata; Hector Martinez, Sr.; Lydia Zamora Individually and as Representative of the Estate of Hector Martinez, Jr., Deceased; Bridgette Goza; Anita Harris, Individually and as Next Friend of Victor Justin Harris, and Representative of the Estate of Robert V. Harris; Esteban F. Rivas and Maria Miriam Rivas Individually and as Representative of the Estate of Stvan F. Rivas; J. Antonio Mireles, as Personal Representative of the Estate of Julio Cesar Mireles, Juan Antonio Mireles, and Soledad Gonzales Mireles; Laguna Madre Water District; Southwestern Bell Telephone Company; Raquel Teran Hinojosa, Individually and on behalf of the Estate of Gaspar Hinojosa, Deceased, Clarissa Hinojosa, Omar Hinojosa and Gaspar Hinojosa, III, each Individually; Martin D. Hinojosa and Rita S. Hinojosa, Individually and as heirs of the Estate of Gaspar Hinojosa, Deceased; Ricky Leavell and Carol Leavell, Individually and as Representatives of the Estate of Robin Faye Leavell, Deceased; and Rolando Lee Moya, Alberto Leroy Moya, Antonio Salinas, Jr., and Roberto Espericueta.

[2]    Dkt Entry No. 308

the movants' motion for summary judgment and in the memorandum which
they have filed in support of their motion for summary judgment that American
Commercial Barge Lines, LLC was the bareboat charterer and owner pro hac vice
of all four of the involved barges on the date of the incident which is made the
subject matter of this litigation.  These allegations are supported by the affidavit
of Richard R. Foltz which is attached as Exhibit 2 to the memorandum which
movants have filed in support of their motion for summary judgment.[4]

## II.

In light of the foregoing and in strict reliance on the truth and accuracy of
the facts alleged and set forth in the movants' motion for summary judgment, in
the memorandum in support of their motion for summary judgment and in the
affidavit of Richard R. Foltz with regard to the movants' lack of operational
control and right of control over the involved barges and the status of American
Commercial Barge Lines, LLC as bareboat charterer and owner pro hac vice of
the involved barges on the day of the incident which is made the subject matter
of this litigation, all Claimants hereby give notice to this Honorable Court of their
Non-Opposition to the Motion for Summary Judgment of Deere Credit, Inc.,
State Street Bank and Trust of Connecticut and General Electric Capital
Corporation.

---

[3]    Dkt. Entry No. 309
[4]    Exhibit 2 to Dkt. Entry No. 309

## III.

Claimants oppose the Motion for Summary Judgment of American Commercial Barge Lines, LLC and the filing of this Notice of Non-Opposition to the Motion for Summary Judgment of Deere Credit, Inc., State Street Bank and Trust of Connecticut and General Electric Capital Corporation is without prejudice to Claimants' contemporaneously filed Response to Motion for Summary Judgment of American Commercial Barge Lines, LLC.

Respectfully submitted,

Ray R. Marchan
State Bar No.: 12969050
Federal ID No.: 9522
Mikal Watts
State Bar No.: 20981820
Federal ID No.: 12419
1926 E. Elizabeth
Brownsville, TX 78520
Phone: 956.544.0500
Fax: 956.541.0255
*Attorneys for Claimants Lydia Zamora, Individually and as Representative of the Estate of Hector Martinez, Jr., Gustavo Morales, Bigo's International, L.L.C.; Jacqueline Paddock, Individually and as Representative of the Estate of Chelsea Welch and as Next Friend of William B. Welch and Bridgette Goza*

\*  *Richard Leo Harrell*  *can w/permis.*
Richard Leo Harrell
Attorney-in-Charge
State Bar No.: 09041320
Federal ID No.: 12325
802 N. Carancahua, Suite 1400
P. O. Box 480
Corpus Christi, TX 78403-0480
Phone: 361.698.7600
Fax:   361.698.7614
*Attorney for Claimant William Eugene*
*Kimbrell, Individually as Surviving Father*
*of Chealsa Welch, Deceased*

\*  *Heriberto Medrano*  *can w/permiss.*
Heriberto "Eddie" Medrano
State Bar No.: 13897800
Federal ID No.: 5952
Law Offices of Heriberto "Eddie" Medrano
2009 East Harrison, Ste. B
Harlingen, TX 78550
Phone: 956.428.2412
Fax:   956.428.2495
*Attorney for Claimant Anita Harris,*
*Individually, as Next Friend of Victor Justin*
*Harris and as Representative of the Estate of*
*Robert V. Harris*

\*  *John David Franz*  *can by permissi.*
John David Franz
State Bar No.: 07389200
Federal ID No.: 1190
400 North McColl
McAllen, TX 78501
Phone: 956.686.3300
Fax:   956.686.3578
*Attorney for Claimants Esteban Rivas and*
*Miriam Rivas, Individually and as*
*Representatives of the Estate of Stvan F. Rivas*

\* _S. Mark Strawn_ _(nm w/ permission)_

S. Mark Strawn
State Bar No.: 19374325
Federal ID No.: 9996
Thomas R. Ajamie
State Bar No. 00952400
Federal I.D. No. 6165
Pennzoil Place – South Tower
711 Louisiana, Suite 2150
Houston, TX 77002
Phone: 713.860.1600
Fax:   713.860.1699
*Attorneys for Claimants J. Antonio Mireles, as Personal Representative of the Estate of Julio Cesar Mireles, Juan Antonio Mireles and Soledad Gonzales Mireles*


\* _Juan A. Magallanes_ _(nm by permission)_

Juan A. Magallanes
State Bar No.: 12879500
Federal ID No.: 2258
Carlos Escobar
State Bar No.: 24025351
1713 Boca Chita
P.O. Box 4901
Brownsville, TX 78520
Phone: 956.544.6571
Fax:   956.544.4290
*Attorney for Laguna Madre Water District of Port Isabel*


\* _Pamela St. John_ _(nm w/ permission)_

Pamela St. John
State Bar No.: 01918090
Legal Department
175 East Houston, 14th Floor
San Antonio, TX 78205
Phone: 210.351.3495
Fax:   210.351.3458
*Attorney for Southwestern Bell Telephone Company*

\*  _Raymond L. Thomas_     _Ram w/permission_
Raymond L. Thomas
State Bar No.: 19865350
Federal ID No.: 10715
Rebecca Vela
State Bar No.: 24008207
Federal ID No.: 23179
Kittleman, Thomas, Ramirez & Gonzalez
4900-B North Tenth Street, Suite 204
McAllen, TX 78504-1416
Phone: 956.686.8797
Fax:   956.630.5199
*Attorney for Rene Mata and Frank Mata*


\*  _Jim Hart_     _Ram w/permission_
Jim Hart
State Bar No.: 09147400
Federal ID No.: 14548
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Ste. 600
Houston, TX 77017-5001
Phone: 713.230.2312
Fax:   713.643.6226
*Attorney for Hector Martinez, Sr.*


\*  _Julian Rodriguez_     _Ram w/permission_
Julian Rodriguez, Jr.
State Bar No.: 17146770
Federal ID No.: 15112
Julian Rodriguez, Jr. & Associates, P.C.
10113 N. 10th Street, Ste. C
McAllen, TX 78504
Phone: 956.287.0088
Fax:   956.287.0098
*Attorney for Raquel Teran Hinojosa,
Individually and on behalf of the Estate of
Gaspar Hinojosa; Clarissa Hinojosa, Omar
Hinojosa, Gaspar Hinojosa, III, each
individually; Claimants Martin D. Hinojosa
and Rita S. Hinojosa, Individually and as Heirs
of the Estate of Gaspar Hinojosa*

*  _Steve Q. McManus_  *(signed w/ permission)*
Steve Q. McManus
State Bar No.: 13784700
Federal ID No.: 5889
William Q. McManus
State Bar No. 24008619
Law Office of McManus & Crane, L.L.P.
209 West Juan Linn
P.O. Box 2206
Victoria, TX 77902-2206
Phone: 361.575.6764
Fax:  361.575.8454
*Attorneys for Claimants Ricky Leavell and Carol Leavell, Individually and as Representatives of the Estate of Robin Faye Leavell*

*  _Frank Enriquez_  *(signed w/ permission)*
Frank Enriquez
State Bar No.: 06630500
Federal ID No.: 3734
Robert Puente
4200-B North Bicentennial
McAllen, TX 78504
Phone: 956.686.5291
Fax:  956.618.5064
*Attorney for Claimants Roberto Espericueta, Albert Leroy Moya, Rolando Lee Moya and Antonio Salinas, Jr.*

*  _James B. Manley_  *(signed w/ permission)*
James B. Manley
State Bar No.: 12915000
Federal ID No.: 3286
200 William Barnett
Cleveland, TX 77327
Phone: 281.593.1100
Fax:  281.593.1700
*Attorney for Claimant William Morris Welch*

*    SIGNED BY PERMISSION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Claimants' Notice of Non-opposition to the Motion for Summary Judgment of Deere Credit, Inc., State Street Bank and Trust of Connecticut and General Electric Capital Corporation has been served upon all Petitioners' Counsel by certified mail, return receipt requested and on all other counsel of record, by regular US mail on the 2nd day of February, 2005.

Ray R. Marchan

## CERTIFIED MAIL RETURN RECEIPT REQUESTED

Glen Goodier, Esq.
JONES, WALKER, WAECHTER,
POITEVENT, CARRERE & DENEGRE,
L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100
CM/RRR # 7003 0500 0000 8697

Leslie D. Cassidy, III, Esq.
WOOLSEY & CASSIDY
500 N. Water Street, Ste. 1020
Corpus Christi, Texas 78471
CM/RRR # 7003 0500 0000 8697 3329

## REGULAR MAIL

Heriberto "Eddie" Medrano, Esq.
LAW OFFICES OF HERIBERTO MEDRANO
2009 East Harrison, Ste. B
Harlingen, Texas 78550

Thomas E. Quirk, Esq.
AARON & QUIRK
901 NE Loop 410, Ste. 903
San Antonio, Texas 78209-1307

Mark J. Spansel, Esq.
ADAMS & REESE, L.L.P.
4500 One Shell Square
New Orleans, LA 70139

Ray R. Marchan, Esq.
WATTS LAW FIRM, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

James B. Manley, Esq.
ATTORNEY AT LAW
200 William Barnett
Cleveland, Texas 77327

J. Chad Guantt, Esq.
GUANTT & KRUPPSTADT, L.L.P.
1400 Woodloch, Ste. 575
The Woodlands, Texas 77380

John David Franz, Esq.
THE LAW OFFICES OF JOHN DAVID
FRANZ
400 N. McColl
McAllen, Texas 78501

Pamela St. John, Esq.
SBC TEXAS LEGAL
175 E. Houston, 4th Floor
San Antonio, Texas 78205

J.A. Magallanes, Esq.
Carlos Escobar, Esq.
MAGALLANES, HINOJOSA & MANCIAS,
PC
1713 Boca Chica Blvd.
P.O. Box 4901
Brownsville, Texas 78520

Thomas R. Ajamie, Esq.
S. Mark Strawn, Esq.
SCHIRRMEISTER AJAMIE, L.L.P.
711 Louisiana Street, Ste. 2150
Houston, Texas 77002

Frank Enriquez, Esq.
Robert Puente, Esq.
LAW OFFICES OF FRANK ENRIQUEZ
4200-B North Bicentennial
McAllen, Texas 78504

Julian Rodriguez, Jr., Esq.
JULIAN RODRIGUEZ, JR. & ASSOC., P.C.
10113 N. 10th Street, Ste. "C"
McAllen, Texas 78504

William Q. McManus, Esq.
Steve Q. McManus, Esq.
LAW OFFICE OF MCMANUS
  & CRANE, L.L.P.
209 West Juan Linn
P.O. Box 2206
Victoria, Texas 77902-2206

Raymond Thomas, Esq.
Andres Gonzales, Esq.
KITTLEMAN, THOMAS, RAMIREZ
  & GONZALES
4900-B N. 10th Street
McAllen, Texas 78504

Jack F. Gilbert, Esq.
Michael Ratliff, Esq.
OFFICE OF THE ATTORNEY GENERAL
TRANSPORTATION DIVISION
P.O. Box 12548
Austin, Texas 78714-2548

Jim S. Hart, Esq.
Nejd Yaziji, Esq.
WILLIAMS BAILEY LAW FIRM, L.L.P.
8441 Gulf Freeway, Ste. 600
Houston, Texas 77017

Veronica Farias, Esq.
LAW OFFICE OF VERONICA FARIAS
2854 Boca Chica
Brownsville, Texas 78521

Dino Esparza
WILLETTE & GUERRA, L.L.P.
1534 East 6th Street, Suite 200
Brownsville, Texas 78520

David H. Crago
BRIN & BRIN, P.C.
1202 Third Street
Corpus Christi, Texas 78404

Will W. Pierson, Esq.
Keith Uhles, Esq.
James Hunter, Esq.
ROYSTON, RAYZOR, VICKERY
  & WILLIAMS, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476