IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, OF THE BROWN WATER V, ITS ENGINES, TACKLE, *ETC.* IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * * * * * | C.A. No. B-01-157<br><br><br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, and VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * * * * * * | C.A. No. B-02-004<br><br><br><br><br><br><br><br>and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC. (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, and STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASS'N, AS OWNER TRUSTEE OF THE BARGE ACL-9933B and NOT IN ITS INDIVIDUAL CAPACITY, and GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | * * * * * * * * * * * * * * * | C.A. No. B-02-125 |

## ORDER OF DISMISSAL

BEFORE THE COURT is the Claimant, the State of Texas, and the Petitioners, Brown Water Marine Service, Inc., Brown Water Towing I, Inc., American Commercial Barge Line,

5

LLC, American Commercial Lines, LLC, Deere Credit, Inc., General Electric Capital Corporation, and State Street Bank and Trust Company of Connecticut, N.A.'s (the "Petitioners") Joint Notice of Settlement and Motion to Dismiss the State of Texas' Claims and the Petitioners' Counterclaims against the State of Texas. The Claimant State of Texas and the Petitioners announced to the Court that they had reached a settlement. Consequently, the Court dismisses with prejudice the Claimant State of Texas' Claims against the Petitioners. In addition, the Court dismisses with prejudice the Petitioners' respective Counterclaims against the State of Texas. All parties are to bear their own court costs with respect to these claims.

SIGNED on this ___ day of _____, 2005.

_____
The Honorable Hilda Tagle
United States District Judge

**APPROVED AND ENTRY REQUESTED:**

_____
Will W. Pierson
Federal I.D. No. 1931
State Bar No. 16003100
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
(361) 884-8808
(361) 884-7261 Facsimile
ATTORNEY FOR PETITIONERS,
BROWN WATER MARINE SERVICE, INC. AND BROWN WATER TOWING 1, INC.

OF COUNSEL:
ROYSTON, RAYZOR, VICKERY &
WILLIAMS, L.L.P.

_/s/ Glenn G. Goodier_

Mr. Glenn G. Goodier
State Bar No. 06130
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100
(504) 582-8174
(504) 582-8010 Facsimile
ATTORNEY FOR PETITIONERS,
AMERICAN COMMERCIAL BARGE LINE, LLC, AMERICAN COMMERCIAL LINES, LLC, DEERE CREDIT, INC., GENERAL ELECTRIC CAPITAL CORPORATION, STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, N.A.

OF COUNSEL:
JONES, WALKER, WAECHTER,
POITEVENT, CARRERE & DENEGRE,
L.L.P.


_/s/_ by permission for

Mr. Michael Ratliff
State Bar No. 00786946
Transportation Division
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463.2004
(512) 463-2004 Facsimile
ATTORNEY FOR CLAIMANT, STATE OF TEXAS

OF COUNSEL:
OFFICE OF THE ATTORNEY GENERAL

7