United States District Court
Southern District of Texas
ENTERED

FEB 0 8 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | CIVIL ACTION NO. B-01-157 |
| PETITION OF BROWN WATER | § | Consolidated with |
| TOWING I, INC., ET AL. | § | CIVIL ACTION NO. B-02-004 |
| | § | and |
| | § | CIVIL ACTION NO. B-02-125 |
| | § | |
| | § | ADMIRALTY |

## ORDER

BE IT REMEMBERED that on February 7, 2005, the Court considered the suggestion of death of claimant William Welch. Dkt. No. 334.

Dixie Welch informs the Court that claimant William Welch has died and that she, Dixie Welch, has been appointed Administratix of William Welch's Estate. Accordingly, Dixie Welch requests that William Welch's action proceed in the above styled case. No party filed opposition to the Motion. Therefore, the Motion is hereby **GRANTED**.

DONE at Brownsville, Texas, this 7 day of February, 2005.

Hilda G. Tagle
United States District Judge