United States District Court
Southern District of Texas
ENTERED

FEB 0 8 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., ET AL. | § § § § § § § | CIVIL ACTION NO. B-01-157 Consolidated with CIVIL ACTION NO. B-02-004 and CIVIL ACTION NO. B-02-125 ADMIRALTY |

## ORDER

BE IT REMEMBERED that on February 7, 2005, the Court considered claimants' motion to extend the page limit of supporting memorandum of response to the motion for summary judgment filed by American Commercial Barge Lines, LLC ("ACBL"). Dkt. No. 344. Therein, the claimants request permission to submit a reply to ACBL's motion for summary judgment containing 34 pages, which is more than the permitted amount of 25 pages. See Civil Procedures for Judge Tagle, Rule 5.H.1. Due to the complexity of the issues and the large quantity of evidence presented in American Commercial Barge Lines, LLC's motion for summary judgment, the claimants' motion is hereby **GRANTED**. Dkt. No. 344.

DONE at Brownsville, Texas, this 7 day of February, 2005.

Hilda G. Tagle
United States District Judge

1