IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 7 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWIN I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC. AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C. A. No. B-01-157<br><br><br><br><br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, AMERICAN COMMERCIAL BARGE LINES LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, AND VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY ET AL | § § § § § § § § § § § § § | C.A. NO. B-02-004<br>Admiralty |

### CLAIMANTS' MOTION TO WITHDRAW
### CLAIMANT'S MOTION FOR LEAVE TO ASSERT THIRD-PARTY COMPLAINT AGAINST THE STATE OF TEXAS DEPARTMENT OF TRANSPORTATION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, all claimants in the above styled and numbered cause, and withdraw Claimants' previously filed Motion for Leave to Assert a Third-Party Complaint against State of Texas Department of Transportation, showing as follows:

I.

Claimants are withdrawing their request that this Honorable Court grant them leave of court to file a Third Party Complaint against State of Texas Department of Transportation. Because the State of Texas Department of Transportation is still a party to this action, the Third-Party Complaint is not the proper vehicle to assert claims

against it. Claimants, therefore, withdraw their request that the Court allow them to file the Third-Party Complaint, and request the Court not rule on that motion.

WHEREFORE, PREMISES CONSIDERED, Claimants withdraw their previously filed Motion for Leave to Assert a Third-Party Complaint against The State of Texas Department of Transportation.

Respectfully submitted on this the ___4th___ day of February, 2005.

>WATTS LAW FIRM, L.L.P.
>1926 E. Elizabeth
>Brownsville, Texas 78520
>(956) 544-0500
>(956) 541-0255  Fax
>
>*/s/ Ray R. Marchan*
>RAY R. MARCHAN
>State Bar No. 12969050
>Federal I.D. No. 9522
>*Counsel for Claimants*

## CERTIFICATE OF CONFERENCE

The Claimants forwarded to counsel for petitioners, via fax, a copy of the foregoing on February 2, 2005. Petitioner's counsel position to said motion is as follows:

Will W. Pierson and Keith N. Uhles, attorneys for Brown Water Towing I, et al, were unopposed to this motion.

Les Cassidy and Glenn Goodies, attorneys for American Commercial Lines, et al, were unopposed to this motion.

Roman Esparza, attorney for Cameron County, was unopposed to this motion.

David H. Crago, attorney for A. G. Hill Power aka JHB Enterprises, Inc., was unopposed to this motion.

RAY R. MARCHAN
State Bar No. 12969050
Federal I.D. No. 9522
*Counsel for Claimants*

## CERTIFICATE OF SERVICE

I hereby certify that on this the __4th__ day of February, 2005, a true and correct copy of the foregoing instrument was delivered to opposing counsel by hand-delivery, via fax or by certified mail, return receipt requested.

_____
RAY R. MARCHAN