# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWIN I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC. AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. No. B-01-157<br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, AMERICAN COMMERCIAL BARGE LINES LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, AND VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY ET AL | C.A. NO. B-02-004<br>Admiralty |

### ORDER GRANTING CLAIMAINTS' MOTION FOR LEAVE TO WITHDRAW CLAIMANTS' MOTION TO ASSERT THIRD-PARTY COMPLAINT AGAINST THE STATE OF TEXAS DEPARTMENT OF TRANSPORTATION

BE IT REMEMBERED that on December _____, 2004, the Court considered Claimants' Motion for Leave to Withdraw their previously filed Claimants' Motion to Assert Third-Party Complaint Against The State of Texas Department of Transportation. The Court hereby GRANTS the motion.

Done at Brownsville, Texas this the _____ day of February, 2005.

_____
U.S. DISTRICT JUDGE