United States District Court
Southern District of Texas
FILED

FEB 07 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION FOR BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | CIVIL ACTION NO. B-01-157 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| Consolidated with: | § | |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC, AS OWNER and AMERICAN COMMERCIAL BARGE LINE LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § | CIVIL ACTION NO. B-02-004 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| Consolidated with: | § | |
| IN THE MATTER OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-02-125 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |

**APPENDIX TO CLAIMANTS' RESPONSE TO MOTION FOR SUMMARY
JUDGMENT OF AMERICAN COMMERCIAL BARGE LINE LLC**

| | |
|---|---|
| Tab 1 | U.S. Coast Guard Port State Information Exchange (PSIX) |
| Tab 2 | U.S. Coast Guard Activity Summary Report |
| Tab 3 | U.S. Coast Guard File, including statements of David Fowler |
| Tab 4 | Affidavit of Captain Gerald E. Disler |
| Tab 5 | Responsible Carrier Program (Exhibit 29) |
| Tab 6 | Brown Water Vessel Operation Procedures (Exhibit 117) |
| Tab 7 | Restatement (Second) of Torts §390 |
| Tab 8 | Restatement (Second) of Torts §411 |
| Tab 9 | Deposition Excerpts of Patrick Hoessle |
| Tab 10 | Deposition Excerpts of Phillip Timberlake |
| Tab 11 | Deposition Excerpts of Peter Kazunas |
| Tab 12 | Deposition Excerpts of Norman Ivey |
| Tab 13 | Deposition Excerpts of Christian Brinkop |
| Tab 14 | Deposition Excerpts of Norb Whitlock |
| Tab 15 | Deposition Excerpts of James Farley |
| Tab 16 | Deposition Excerpts of Stephen Mosher |
| Tab 17 | Detroit Diesel Manufacturer Documents (Exhibit 39) |
| Tab 18 | Audit Report of Brown Water (Exhibit 24) |
| Tab 19 | Affidavit of Joe Benavidez |
| Tab 20 | Affidavit of Commander John Deck, III |
| Tab 21 | U.S. Coast Guard Inventory (Exhibit 15) |
| Tab 22 | Documents Regarding the BROWN WATER V (Exhibit 14) |
| Tab 23 | Coast Guard Boarding Document (Exhibit 109) |
| Tab 24 | Brown Water Maintenance Notes on the BROWN WATER V (Exhibit 105) |

| | |
|---|---|
| Tab 25 | ACBL Web Page (Exhibit 21) |
| Tab 26 | 33 CFR ¶164.72 |
| Tab 27 | Boat Assignment Guidelines (Exhibit 11) |
| Tab 28 | Letter from ACBL to Brown Water dated March 29, 2000 regarding Audit (Exhibit 3) |
| Tab 29 | Incident Report of September 2001 (Exhibit 57) |
| Tab 30 | Contract of Affreightment (Exhibit 56) |
| Tab 31 | ACBL Organizational Chart (Exhibit 19) |
| Tab 32 | Audit of BROWN WATER VI (Exhibit 30) |
| Tab 33 | Audit of BROWN WATER VII (Exhibit 31) |
| Tab 34 | Timberlake's Comparison Audit of Eckstein and Marine Inland (Exhibit 43) |
| Tab 35 | Detroit Diesel Propeller Selection Guide (Exhibit 104) |

Respectfully submitted,

_____
Ray R. Marchan
State Bar No.: 12969050
Federal ID No.: 9522
Mikal Watts
State Bar No.: 20981820
Federal ID No.: 12419
1926 E. Elizabeth
Brownsville, TX 78520
Phone: 956.544.0500
Fax: 956.541.0255
*Attorneys for Claimants Lydia Zamora, Individually and as Representative of the Estate of Hector Martinez, Jr., Gustavo Morales, Bigo's International, L.L.C.; Jacqueline Paddock, Individually and as Representative of the Estate of Chelsea Welch and as Next Friend of William B. Welch and Bridgette Goza*

\* *Richard Leo Harrell* /s/ w/permis

Richard Leo Harrell
Attorney-in-Charge
State Bar No.: 09041320
Federal ID No.: 12325
802 N. Carancahua, Suite 1400
P. O. Box 480
Corpus Christi, TX 78403-0480
Phone: 361.698.7600
Fax:   361.698.7614
*Attorney for Claimant William Eugene Kimbrell, Individually as Surviving Father of Chealsa Welch, Deceased*

\* *Heriberto "Eddie" Medrano* /s/ w/permis

Heriberto "Eddie" Medrano
State Bar No.: 13897800
Federal ID No.: 5952
Law Offices of Heriberto "Eddie" Medrano
2009 East Harrison, Ste. B
Harlingen, TX 78550
Phone: 956.428.2412
Fax:   956.428.2495
*Attorney for Claimant Anita Harris, Individually, as Next Friend of Victor Justin Harris and as Representative of the Estate of Robert V. Harris*

\* *John David Franz* /s/ w/permis

John David Franz
State Bar No.: 07389200
Federal ID No.: 1190
400 North McColl
McAllen, TX 78501
Phone: 956.686.3300
Fax:   956.686.3578
*Attorney for Claimants Esteban Rivas and Miriam Rivas, Individually and as Representatives of the Estate of Stvan F. Rivas*

*S. Mark Strawn
S. Mark Strawn
State Bar No.: 19374325
Federal ID No.: 9996
Thomas R. Ajamie
State Bar No. 00952400
Federal I.D. No. 6165
Pennzoil Place – South Tower
711 Louisiana, Suite 2150
Houston, TX 77002
Phone: 713.860.1600
Fax:   713.860.1699
*Attorneys for Claimants J. Antonio Mireles, as Personal Representative of the Estate of Julio Cesar Mireles, Juan Antonio Mireles and Soledad Gonzales Mireles*

*Juan A. Magallanes
Juan A. Magallanes
State Bar No.: 12879500
Federal ID No.: 2258
Carlos Escobar
State Bar No.: 24025351
1713 Boca Chita
P.O. Box 4901
Brownsville, TX 78520
Phone: 956.544.6571
Fax:   956.544.4290
*Attorney for Laguna Madre Water District of Port Isabel*

*Pamela St. John
Pamela St. John
State Bar No.: 01918090
Legal Department
175 East Houston, 14th Floor
San Antonio, TX 78205
Phone: 210.351.3495
Fax:   210.351.3458
*Attorney for Southwestern Bell Telephone Company*

\* *[signed] Raymond L. Thomas en m w/ permis*
Raymond L. Thomas
State Bar No.: 19865350
Federal ID No.: 10715
Rebecca Vela
State Bar No.: 24008207
Federal ID No.: 23179
Kittleman, Thomas, Ramirez & Gonzalez
4900-B North Tenth Street, Suite 204
McAllen, TX 78504-1416
Phone: 956.686.8797
Fax: 956.630.5199
*Attorney for Rene Mata and Frank Mata*

\* *[signed] Jim Hart you of permit*
Jim Hart
State Bar No.: 09147400
Federal ID No.: 14548
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Ste. 600
Houston, TX 77017-5001
Phone: 713.230.2312
Fax: 713.643.6226
*Attorney for Hector Martinez, Sr.*

\* *[signed] Julian Rodriguez enm w/permis*
Julian Rodriguez, Jr.
State Bar No.: 17146770
Federal ID No.: 15112
Julian Rodriguez, Jr. & Associates, P.C.
10113 N. 10th Street, Ste. C
McAllen, TX 78504
Phone: 956.287.0088
Fax: 956.287.0098
*Attorney for Raquel Teran Hinojosa, Individually and on behalf of the Estate of Gaspar Hinojosa; Clarissa Hinojosa, Omar Hinojosa, Gaspar Hinojosa, III, each individually; Claimants Martin D. Hinojosa and Rita S. Hinojosa, Individually and as Heirs of the Estate of Gaspar Hinojosa*

*/s/ Steve Q. McManus/ sgn of perm/
Steve Q. McManus
State Bar No.: 13784700
Federal ID No.: 5889
William Q. McManus
State Bar No. 24008619
Law Office of McManus & Crane, L.L.P.
209 West Juan Linn
P.O. Box 2206
Victoria, TX 77902-2206
Phone: 361.575.6764
Fax:   361.575.8454
*Attorneys for Claimants Ricky Leavell and Carol Leavell, Individually and as Representatives of the Estate of Robin Faye Leavell*

*/s/ Frank Enriquez/ sgn of perm/
Frank Enriquez
State Bar No.: 06630500
Federal ID No.: 3734
Robert Puente
4200-B North Bicentennial
McAllen, TX 78504
Phone: 956.686.5291
Fax:   956.618.5064
*Attorney for Claimants Roberto Espericueta, Albert Leroy Moya, Rolando Lee Moya and Antonio Salinas, Jr.*

*/s/ James B. Manley/ sgn of perm/
James B. Manley
State Bar No.: 12915000
Federal ID No.: 3286
200 William Barnett
Cleveland, TX 77327
Phone: 281.593.1100
Fax:   281.593.1700
*Attorney for Claimant William Morris Welch*

\*   SIGNED BY PERMISSION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Appendix to Claimants' Response the Motion for Summary Judgment of American Commercial Barge Line LLC has been served upon all Petitioners' Counsel by certified mail, return receipt requested and on all other counsel of record, by regular US mail on the 2nd day of February, 2005.

_____
Ray R. Marchan

## CERTIFIED MAIL RETURN RECEIPT REQUESTED

Glen Goodier, Esq.
JONES, WALKER, WAECHTER, POITEVENT,
CARRERE & DENEGRE, L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100
CM/RRR # 7003 1680 0006 5135 1257

Leslie D. Cassidy, III, Esq.
WOOLSEY & CASSIDY
500 N. Water Street, Ste. 1020
Corpus Christi, Texas 78471
CM/RRR # 7003 1680 0006 5135 1264

## REGULAR MAIL

Heriberto "Eddie" Medrano, Esq.
LAW OFFICES OF HERIBERTO MEDRANO
2009 East Harrison, Ste. B
Harlingen, Texas 78550

Thomas E. Quirk, Esq.
AARON & QUIRK
901 NE Loop 410, Ste. 903
San Antonio, Texas 78209-1307

Mark J. Spansel, Esq.
ADAMS & REESE, L.L.P.
4500 One Shell Square
New Orleans, LA 70139

Ray R. Marchan, Esq.
WATTS LAW FIRM, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

James B. Manley, Esq.
ATTORNEY AT LAW
200 William Barnett
Cleveland, Texas 77327

J. Chad Guantt, Esq.
GUANTT & KRUPPSTADT, L.L.P.
1400 Woodloch, Ste. 575
The Woodlands, Texas 77380

John David Franz, Esq.
THE LAW OFFICES OF JOHN DAVID FRANZ
400 N. McColl
McAllen, Texas 78501

Pamela St. John, Esq.
SBC TEXAS LEGAL
175 E. Houston, 4th Floor
San Antonio, Texas 78205

J.A. Magallanes, Esq.
Carlos Escobar, Esq.
MAGALLANES, HINOJOSA & MANCIAS, PC
1713 Boca Chica Blvd.
P.O. Box 4901
Brownsville, Texas 78520

Thomas R. Ajamie, Esq.
S. Mark Strawn, Esq.
SCHIRRMEISTER AJAMIE, L.L.P.
711 Louisiana Street, Ste. 2150
Houston, Texas 77002

Frank Enriquez, Esq.
Robert Puente, Esq.
LAW OFFICES OF FRANK ENRIQUEZ
4200-B North Bicentennial
McAllen, Texas 78504

Julian Rodriguez, Jr., Esq.
JULIAN RODRIGUEZ, JR. & ASSOC., P.C.
10113 N. 10th Street, Ste. "C"
McAllen, Texas 78504

William Q. McManus, Esq.
Steve Q. McManus, Esq.
LAW OFFICE OF MCMANUS
   & CRANE, L.L.P.
209 West Juan Linn
P.O. Box 2206
Victoria, Texas 77902-2206

Raymond Thomas, Esq.
Andres Gonzales, Esq.
KITTLEMAN, THOMAS, RAMIREZ
   & GONZALES
4900-B N. 10th Street
McAllen, Texas 78504

Jack F. Gilbert, Esq.
Michael Ratliff, Esq.
OFFICE OF THE ATTORNEY GENERAL
TRANSPORTATION DIVISION
P.O. Box 12548
Austin, Texas 78714-2548

Jim S. Hart, Esq.
Nejd Yaziji, Esq.
WILLIAMS BAILEY LAW FIRM, L.L.P.
8441 Gulf Freeway, Ste. 600
Houston, Texas 77017

Veronica Farias, Esq.
LAW OFFICE OF VERONICA FARIAS
2854 Boca Chica
Brownsville, Texas 78521

Dino Esparza
WILLETTE & GUERRA, L.L.P.
1534 East 6th Street, Suite 200
Brownsville, Texas 78520

David H. Crago
BRIN & BRIN, P.C.
1202 Third Street
Corpus Christi, Texas 78404

Will W. Pierson, Esq.
Keith Uhles, Esq.
James Hunter, Esq.
ROYSTON, RAYZOR, VICKERY
   & WILLIAMS, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476