```
NAME/ BROWN WATER V                       VIN/ D580422  CALL/ WYH7875  FLAG/ US
ALT VINS/
MMSI NUMBER/                DATE/

                        *** INVOLVED PARTIES ***
        ROLE                    NAME                              IPN/COFR#
    OWNER              BROWN WATER MARINE SVC INC                 IP89024672
    OPERATOR           BROWN WATER MARINE SVC INC                 IP89024672

                        **** VESSEL SPECIFICS ****

    SERVICE..../ TOWBOAT/TUGBOAT      GROSS TONS../    84   HOME PORT../ CO2VD
    PROPULSION/                       NET TONS..../    57   BUILD DATE./
    HORSEPOWER/  600     ROUTE/       DEADWT TONS /     0   REG. LENGTH/ 49.100
    FUEL TANKS/    0                  FUEL CAP..../     0   F/C UNITS../
                                      LUBE OIL CAP/     0   L/O/C UNITS/

                --- DANGEROUS CARGOES AUTHORIZED/ N ---

                        **** CERTIFICATE STATUS ****

        DOCUMENT KIND            IDENT  AGENCY PORT  ISSUED   EXPIRES   STATUS
    DOCUMENTATION CERTIFICATE           USCG   CO2VD 28JAN97  31JAN02   VALID

                    ***** INSPECTION/BOARDING STATUS ****

    INSPECTION/EXAM    ------LAST------   -NEXT--   ------CURRENT STATUS -----
        TYPE            PORT    DATE       DATE     ACTION      PORT      DATE
    INITIAL CERT
    CERTIFICATION
    INSPECTION
    HULL EXAM
    COC
    EXAMINATIONS
    BOARDING            PLAD   15AUG00
    POL PREV EXAM       HOUMS  14AUG95
    CARGO SUPERVIS
    CARGO MONITOR       HOUMS  05JUL94
    MARPOL              HOUMS  14AUG95
    SECURITY
    AMVER

    PORT CALLS IN LAST YEAR/   0      PORT CALLS SINCE LAST BOARDING/   0

            BOARDING TYPE          CASE       DATE     PORT   DISCR  LEGAL ACTIONS

                **** OUTSTANDING REQUIREMENTS / RECOMMENDATIONS ****

    CASE/ PS00073245   DATE/ 15AUG00   PORT/ PLAD   IDENT/ 0005
    LEGAL ACTIONS/ N   COMPLIANCE DATE..../ 15SEP00

    DESCRIPTION/
    Provide up to date charts of area's transitted by vessel.
```

EXHIBIT
109

**** RESOLVED DISCREPANCY SUMMARY ****

```
    CASE       DATE     PORT    IDENT    SYSTEM          SUBSYSTEM   LEGAL ACTIONS
```

Causeway Collapse
000207295-000498