'United States District Court
Southern District of Texas
FILED

FEB 1 4 2005

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-01-157 Admiralty<br><br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES, LLC AS OWNER, AND AMERICAN COMMERCIAL BARGE LINES, LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-02-004 Admiralty<br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | C. A. NO. B-02-125 Admiralty |

## MOTION FOR EXPEDITED HEARING SUBMITTED ON BEHALF OF AMERICAN COMMERCIAL BARGE LINE LLC AND CERTIFICATE OF NO OPPOSITION TO COURT'S GRANTING EXTENSION

**NOW INTO COURT,** through undersigned counsel, comes American Commercial Barge Line LLC ("ACBL") who respectfully requests expedited consideration by the Court on ACBL's Motion for Extension of Time to file its Reply Memorandum, a copy of which motion is attached as Exhibit "1". ACBL's Motion for Extension of Time and proposed Order was filed

{N1250367.1}

on February 11, 2005 and is Record Document 357. Counsel for ACBL has noted that the docket reflects that this motion has been set for the Court's motion docket of March 3, 2005, and that under the Court's normal scheduling rules ACBL's Reply Memorandum would be due on February 22, 2005. Therefore, ACBL respectfully suggests that the usual delays for considering such motion are insufficient and that the Court grant expedited consideration of the attached Motion for Extension of Time.

Undersigned counsel can now certify that there is no opposition by any of the Claimants to the Court's granting ACBL's Motion for Extension. Mr. Strawn has now confirmed that he has contacted counsel for the Claimants and there is no opposition.

ACBL respectfully submits that the Court grant it an additional fifteen (15) days, within which to file its Reply Memorandum as prayed for in the attached Motion for Extension of Time, and respectfully requests that the Court consider the Motion for Extension of Time on an expedited basis due to the foregoing circumstances.

Respectfully submitted,

_____
GLENN G. GOODIER, Attorney-in-Charge
Admitted *Pro Hac Vice*
By Order Entered 4/23/02
Jones, Walker, Waechter, Poitevent,
   Carrère & Denègre, L.L.P.
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:    (504) 582-8174
Facsimile:     (504) 582-8010


LES CASSIDY
State Bar Number 03979270
Federal Identification Number 5931
814 Leopard Street
Corpus Christi, Texas 78401
Telephone:    (361) 887-2969
Facsimile:     (361) 887-6251

OF COUNSEL:

WOOLSEY & CASSIDY, P.C.
814 Leopard Street
Corpus Christi, Texas 78401
Telephone:    (361) 887-2969
Facsimile:     (361) 887-6251

Counsel for Petitioners,
American Commercial Lines LLP and
American Commercial Barge Line LLC
Deere Credit, Inc. (formerly Senstar Finance
Company), as Owner of the Barge NM-315,
State Street Bank and Trust Company of
Connecticut, N.A., as Owner/Trustee of the Barge
ACL-9933B and Not in Its Individual Capacity, and
General Electric Capital Corporation, as Beneficial
Owner of the Barge ACL-9933B

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I have on this 12th day of February, 2005, served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States Mail, properly addressed and first class postage prepaid.

_____
GLENN G. GOODIER