United States District Court
Southern District of Texas
ENTERED

FEB 1 5 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | CIVIL ACTION NO. B-01-157 |
| PETITION OF BROWN WATER | § | Consolidated with |
| TOWING I, INC., ET AL. | § | CIVIL ACTION NO. B-02-004 |
| | § | and |
| | § | CIVIL ACTION NO. B-02-125 |
| | § | |
| | § | ADMIRALTY |

## ORDER

BE IT REMEMBERED that on February 14, 2005, the Court considered American Commercial Barge Line LLC's ("ACBL") motion for extension time. Dkt. No. 357. On December 13, 2004, ACBL motioned for summary judgment against all claimants. Dkt. Nos. 306 & 307. Subsequently, this Court granted claimants' motion for an extension of time to respond to ACBL's motion for summary judgment, requiring all responses to be filed no later than February 2, 2005. Dkt. Nos. 314, 321, 322, 323, 324, 325, & 326.

In the motion before the Court, ACBL requests an additional fifteen (15) days, or up through and including March 9, 2005, within which it can file its reply to the claimants' response to ACBL's motion for summary judgment. Due to the complexity of the issues and the large quantity of evidence presented in the claimants' response, ACBL's motion is hereby **GRANTED**. Dkt. No. 357. Accordingly, ACBL is **ORDERED** to file its reply with the Clerk of this Court no later than 3 p.m. on March 9, 2005.

DONE at Brownsville, Texas, this 14 day of February, 2005.

Hilda G. Tagle
United States District Judge

1