

Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
www.ajamie.com
713 860 1600 telephone
713 860 1699 facsimile

| To: | Name/Firm/Company: | Fax No.: | Voice/Difficulty No.: |
|---|---|---|---|
| (15) | Eileen Leeds (Willette & Guerra) | (956) 541-1893 | (956) 541-1846 |
| (16) | Veronica Farias | (956) 546-2234 | (956) 546-1537 |
| (17) | Thomas E. Quirk (Aaron & Quirk) | (210) 820-0214 | (210) 820-0211 |
| (18) | Raymond L. Thomas & Rebecca Vela<br>Kittleman, Thomas, Ramirez & Gonzalez, PLLC | (956) 686-8797 | (956) 686-8797 |
| (19) | Jim Hart (Williams & Bailey) | (713) 643-6226 | (713) 230-2312 |
| (20) | Michael Ratcliff (Office of the Attorney General) | (512) 472-3855 | (512) 463-2004 |
| (21) | Richard Leo Harrell (Edwards Law Firm | (361) 698-7614 | (361) 698-7600 |

**Total # of Pages:** 5

**From:** S. Mark Strawn **Date:** 01/31/05 **Account Code:** 197.01

**•MESSAGE•**

Page 2 of 2

RECEIVED
FEB 01 2005
OFFICE OF THE ATTORNEY GENERAL TRANSPORTATION DIVISION

## NOTICE OF CONFIDENTIALITY

The information contained in and transmitted with this facsimile is

1. **SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE;**
2. **ATTORNEY WORK PRODUCT; OR**
3. **CONFIDENTIAL.**

It is intended for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, or use of or reliance upon the information contained in and transmitted with this facsimile by or to anyone other than the recipient designated above by the sender is *unauthorized* and *strictly prohibited*. If you have received this facsimile in error, please notify Ajamie LLP by telephone at (713) 860-1600 immediately. Any facsimile erroneously transmitted to you should be immediately returned to the sender by U.S. Mail, or if authorization is granted by the sender, destroyed.

**If you do not receive all pages, please call: (713) 860-1600 for assistance.**

EXHIBIT 1



Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
www.ajamie.com
713 860 1600 telephone
713 860 1699 facsimile

| To: | Name/Firm/Company: | Fax No.: | Voice/Difficulty No.: |
|---|---|---|---|
| (1) | William W. Pierson (Royston, Rayzor, Vickery & Williams) | (361) 884-7261 | (361) 884-8808 |
| (2) | Glen Goodier<br>Jones, Walker, Waechter, Poitevent, Carrere & Denegre | (504) 582-8549 | (504) 582-8000 |
| (3) | Leslie D. Cassidy, III (Woolsey & Cassidy) | (361) 887-6521 | (361) 887-2969 |
| (4) | John David Franz (The Law Offices of John David Franz) | (956) 686-3578 | (956) 686-3300 |
| (5) | J. Chad Gauntt (Gauntt & Kruppstadt, LLP) | (281) 367-3705 | (281) 367-6555 |
| (6) | Mark J. Spansel & Edwin C. Laizer (Adams & Reese, LLP) | (504) 566-0210 | (504) 581-3234 |
| (7) | James B. Manley (Attorney at Law) | (281) 593-1700 | (281) 593-1100 |
| (8) | Ray R. Marchan (Watts Law Firm, LLP) | (956) 541-0255 | (956) 544-0500 |
| (9) | Michael Watts (Watts Law Firm, LLP) | (361) 887-0055 | (361) 887-0500 |
| (10) | William Q. McManus & Steven Q. McManus<br>McManus & Crane, LLP | (361) 575-8454 | (361) 575-6764 |
| (11) | Heriberto Medrano (Law Offices of Heriberto Medrano) | (956) 428-2495 | (956) 428-2412 |
| (12) | J.A. Magallenes (Magallenes, Hinojosa & Mancias, P.C.) | (956) 544-4290 | (956) 544-6571 |
| (13) | Pamela St. John (SBC Litigation Department) | (210) 351-3458 | (210) 351-2043 |
| (14) | Julian Rodriguez, Jr. (Law Offices of Julian Rodriguez, Jr.) | (956) 287-0098 | (956) 682-8801 |

**From:** S. Mark Strawn

**Date:** 01/31/05

**Total # of Pages:** 5
**Account Code:** 197.01

**•MESSAGE•**

Page 1 of 2

## NOTICE OF CONFIDENTIALITY

The information contained in and transmitted with this facsimile is

1. **SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE;**
2. **ATTORNEY WORK PRODUCT; OR**
3. **CONFIDENTIAL.**

It is intended for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, or use of or reliance upon the information contained in and transmitted with this facsimile by or to anyone other than the recipient designated above by the sender is *unauthorized* and *strictly prohibited*. If you have received this facsimile in error, please notify Ajamie LLP by telephone at (713) 860-1600 immediately. Any facsimile erroneously transmitted to you should be immediately returned to the sender by U.S. Mail, or if authorization is granted by the sender, destroyed.

**If you do not receive all pages, please call: (713) 860-1600 for assistance**



Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
www.ajamie.com
713 860 1600 telephone
713 860 1699 facsimile

Tricia D. Hale
thale@ajamie.com

197.01

January 31, 2005

**BY FACSIMILE**

Mr. Will W. Pierson
Mr. Jack C. Partridge
Royston, Rayzor, Vickery & Williams, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, TX 78476

Re: *Brown Water, In Re: American Commercial*, In the United States District Court for the Southern District of Texas, Brownsville Division, CA No. B-01-157.

Dear Messrs Pierson and Partridge:

Attached please find the Deposition Notice of Rocky Wilson, scheduled for February 17, 2005, at 2:30 p.m. Should you have any questions, please contact our office.

Very truly yours,

TMale

Tricia D. Hale
Legal Secretary

SMS:th

cc: All Counsel of Record

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § | C.A. NO. B-01-157 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| Consolidated with: | § | |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER and AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § | C.A. NO. B-02-004 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| Consolidated with: | § | |
| IN THE MATTER OF DEERE CREDIT, INC.,(FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIABILITY | § | C.A. NO. B-02-125 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |

**CLAIMANTS' NOTICE OF VIDEO DEPOSITION OF ROCKY WILSON FOR FEBRUARY 17, 2005**

TO: Brown Water Towing I, Inc. as Owner, and Brown Water Marine Service, Inc. as Bareboat Charterers of the Brown Water V, its Engines, Tackle, etc., in a Cause of Exoneration from or Limitation of Liability, by and through their attorney of record, Mr. Will W. Pierson at Royston, Rayzor, Vickery & Williams, P.C., 1700 Wilson Plaza West, 606 N. Carancahua, Corpus Christi, Texas 78476.

PLEASE TAKE NOTICE that, pursuant to FRCP 30, all Claimants in the above entitled civil actions will take the video taped oral deposition of Rocky Wilson on February 17, 2005, at 2:30 p.m. at the office of Will W. Pierson, Royston, Rayzor, Vickery & Williams, L.L.P.,1700 Wilson Plaza West, 606 N. Carancahua, Corpus Christi, TX 78476, (361) 884-8808. The deposition will be videotaped by United Video of Corpus Christi, Texas.

The deposition will continue from day to day until completed and will be taken before a court reporter appointed or designated under FRCP 28. All parties are invited to attend and cross- examine this witness.

Respectfully submitted this 31st day of January, 2005.

S. Mark Strawn
Southern District of Texas ID No. 9996
State Bar No. 19374325
Ajamie LLP
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
(713) 860-1600 Telephone
(713) 860-1699 Facsimile

ATTORNEYS FOR CLAIMANTS

**CERTIFICATE OF SERVICE**

On this 31st day of January, 2005, a true and correct copy of the forgoing Notice of Deposition and was sent via facsimile and certified mail return receipt requested to Counsel Representing Petitioners, Brown Water Marine Service, Inc., et al., and via facsimile only to all other counsel.

S. Mark Strawn