IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, *ETC.* IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C.A. No. B-01-157<br><br><br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES, LLC AS OWNER, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, and VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C.A. No. B-02-004<br><br><br><br><br><br>and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC. (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, and STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASS'N, AS OWNER TRUSTEE OF THE BARGE ACL-9933B and NOT IN ITS INDIVIDUAL CAPACITY, and GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | C.A. No. B-02-125 |

<u>ORDER GRANTING STATE OF TEXAS' EMERGENCY MOTION TO STAY DISCOVERY PENDING RESOLUTION OF MOTION TO DISMISS CROSS-CLAIMS</u>

BEFORE THE COURT is the State of Texas' Emergency Motion to Stay Discovery Pending Resolution of Motion to Dismiss Cross-Claims. The Court has reviewed the motion and finds it to be well founded. Accordingly,

IT IS ORDERED that the motion is hereby GRANTED. The deposition of Rocky Wilson noticed for February 17, 2005 is hereby STAYED, as is all other discovery in this

2

matter. This stay shall remain in effect until this Court rules on the State of Texas' motion to dismiss the cross-claims of the Mireles Claimants and William E. Kimbrell.

Brownsville, Texas, this ___ day of February 2005.

_____
Hon. Hilda G. Tagle
United States District Judge