United States District Court
Southern District of Texas
ENTERED

FEB 1 6 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., ET AL. | § § § § § § § | CIVIL ACTION NO. B-01-157 Consolidated with CIVIL ACTION NO. B-02-004 and CIVIL ACTION NO. B-02-125 ADMIRALTY |

## ORDER

BE IT REMEMBERED that on February 16, 2005, the Court considered "Claimants' Motion to Withdraw Claimants' Motion for Leave to Assert Third-Party Complaint Against the State of Texas Department of Transportation." Dkt. No. 355. Therein, Claimants request to withdraw their motion to assert a third-party complaint against the State of Texas Department of Transportation. Dkt. No. 337.

The motion is **GRANTED**. Dkt. No. 355. Accordingly, motion Dkt. No. 337 is hereby **MOOTED**.

DONE at Brownsville, Texas, this 16 day of February, 2005.

Hilda G. Tagle
United States District Judge

1