11.13  **Seller Maintenance of Records**. After closing, Seller shall maintain all of Seller's accounting records, business records and other retained records for six years.

11.14  **Post Closing Access to Information**. Seller and Buyer acknowledge that subsequent to closing, each party may need access to information or documents in the control or possession of the other party for the purposes of conducting the transactions herein contemplated, audits, compliance with governmental requirements and regulations, and the prosecution or defense of third party claims. Accordingly, Seller and Buyer agree that after closing, each will make written request and at the expense of the requesting party such documents and information as may be available, relating to the assets and the conduct of business for time periods both prior and subsequent to closing, to the extent necessary to facilitate concluding the transactions herein contemplated, audits, compliance with governmental requirements and regulations and in the prosecution or defense of third party claims.

11.15  **Cooperation of Buyer**. Buyer shall cooperate and use Buyer's best efforts to have Buyer's present directors, officers, and employees cooperate with Seller after closing, in furnishing information, evidence, testimony and other assistance in connection with any action, proceeding, arrangement or dispute of any nature with respect to the matters pertaining to all periods of time prior to closing.

11.16  **Cooperation of Seller**. Seller shall cooperate and use Seller's best efforts to have Seller's present directors, officers and employees cooperate with Buyer after closing, in furnishing information, evidence, testimony and other assistance in connection with any action, proceeding, arrangement or dispute of any nature with respect to matters pertaining to all periods of time prior to closing.

IN WITNESS WHEREOF, the parties have executed this Agreement under seal as of the date first above written.

A. G. HILL POWER, INC.

By: _____
        President

_____(SEAL)
JACK BENNETT

```
                                        FIRST SOUTH UTILITY
                                        CONSTRUCTION, INC.

                                        By_____
                                           WILLIAM T. STOVER, Chairman

                                        _____(SEAL)
                                        WILLIAM T. STOVER
```

1st south
ag-hill.apa

Schedules

| | |
|---|---|
| 1.1(f) | List of Assumed Contracts |
| 4.4 | Required Consents |
| 4.5 | June 30, 1996 Financial Statement |
| 4.9 | Liens on Assets |
| 4.10(a) | List of Assets |
| 4.10(b) | Leased Personal Property |
| 4.13 | Legal Actions/Proceedings |
| 4.14 | List of Contracts of the Business |
| 4.19 | List of Top 10 Customers and Suppliers Including Dollar Volume |
| 4.20 | ERISA Plans |
| 4.20.3 | Group Health Plan Participants |
| 4.21 | Insurance |