IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWNWATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | C.A. NO. B-01-157 Admirality |
| | § | Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES, LLC AS OWNER, AND AMERICAN COMMERCIAL BARGE LINES, LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § | C.A. No. B-02-004 Admirality  JURY DEMANDED  and |
| | § § | C.A. NO. .B-02-125 Admirality |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § § § § § § § | |

**ORDER GRANTING THIRD PARTY DEFENDANT, "A.G. HILL POWER, INC., a/k/a JHB ENTERPRISES, INC.'S," MOTION FOR SUMMARY JUDGMENT**

ON THIS THE _____ day of _____, 2005, came on to be heard Third-Party Defendant's Motion for Summary Judgment. The Court is of the opinion that said Motion for Summary Judgment should be granted.

IT IS THEREFORE ORDERED that Third-Party Defendant's Motion for Summary Judgment is hereby GRANTED WITH PREJUDICE. It IS FURTHER OREDERED that Third-Party Petitioners, American Commercial Lines, LLC, American Commercial Barge Line, LLC, Deere Credit, Inc. (formerly Senstar Finance Company), as Owner of the Barge NM-315, State Street Bank and Trust Company of Connecticut, N.A., as Owner/Trustee of the Barge ACL-9933B and Not in Its Individual Capacity, General Electric Capital Corporation, as Beneficial Owner of the Barge ACL-9933B, Brown Water Marine Service, Inc. and Brown Water Towing I, Inc., take nothing as against Third Party Defendant, "A.G. Hill Power, Inc. a/k/a JHB Enterprises, Inc."

SIGNED this _____ day of _____, 2005.

_____
JUDGE PRESIDING