IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWNWATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C.A. NO. B-01-157 Admirality |
| | § | Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES, LLC AS OWNER, AND AMERICAN COMMERCIAL BARGE LINES, LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § § | C.A. No. B-02-004 Admirality<br><br>JURY DEMANDED<br><br>and |
| | § § | C.A. NO. .B-02-125 Admirality |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § § § § § § | |

**NOTICE OF HEARING ON THIRD PARTY DEFENDANT, "A.G. HILL POWER,**

## INC., a/k/a JHB ENTERPRISES, INC.'S," MOTION FOR SUMMARY JUDGMENT

YOU ARE HEREBY NOTIFIED that Motion for Summary Judgment will be heard on _____, 2005.

                                            Respectfully submitted,

                                            BRIN & BRIN, P.C.
                                            1202 Third Street
                                            Corpus Christi, Texas 78404
                                            (361) 881-9643 - Telephone
                                            (361) 883-0506 - Telecopier

                               By: _____
                                            DAVID H. CRAGO
                                            Attorney In Charge
                                            State Bar No. 04975260
                                            Federal I.D. No. 13868
ATTORNEYS      FOR      THIRD-PARTY DEFENDANT