United States District Court
Southern District of Texas
ENTERED

FEB 23 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., ET AL. | § § § § § § § | CIVIL ACTION NO. B-01-157 Consolidated with CIVIL ACTION NO. B-02-004 and CIVIL ACTION NO. B-02-125 ADMIRALTY |

### ORDER

BE IT REMEMBERED that on February 18, 2005, the Court considered "Claimant State of Texas and Petitioners' Joint Notice of Settlement and Motion to Dismiss State of Texas' Claims and Petitioners' Counterclaims." Dkt. No. 352. Therein, petitioners[1] and claimant the State of Texas, announce that they have reached a settlement agreement. Accordingly, the movants request that all claims between them be dismissed.

The Court finds the motion well taken and **GRANTS** the motion. Dkt. No. 352. Therefore, the Court **DISMISSES WITH PREJUDICE** the claimant State of Texas' claims against the Petitioners. Furthermore, the Court **DISMISSES WITH PREJUDICE** the Petitioners' counterclaims against the State of Texas. All parties are to bear their own Court costs with respect to these claims.

DONE at Brownsville, Texas, this 18 day of February, 2005.

Hilda G. Tagle
United States District Judge

---

[1] Petitioners include: Brown Water Marine Service, Inc., Brown Water Towing I, Inc., American Commercial Barge Lines, LLC, American Commercial Lines, LLC, Deere Credit, Inc., General Electric Capital Corporation, and State Street Bank and Trust Company of Connecticut, N.A.