IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 3 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | C.A. NO. B-01-157 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| Consolidated with: | § § | |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER and AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § | C.A. NO. B-02-004 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| Consolidated with: | § § | |
| IN THE MATTER OF DEERE CREDIT, INC.,(FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIABILITY | § § § § § § § § § § § § § § § § | C.A. NO. B-02-125 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |

**UNOPPOSED MOTION TO DISMISS CROSS-CLAIMS**

12704.1

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

J. Antonio Mireles, as personal representative of the estate of Julio Cesar Mireles, Juan Antonio Mireles and Soledad Gonzalez Mireles and William E. Kimbrell ("Claimants") pursuant to FRCP 41(a)(2) file this UNOPPOSED MOTION TO DISMISS CROSS-CLAIMS (against the State of Texas) and would show the following:

## BACKGROUND FACTS

1. The Claimants filed cross-claims against the State of Texas ("the State") on January 18th and 24th respectively. (Dkt. Nos. 339 and 342.) In response, the State filed a motion to dismiss on February 3, 2005, claiming the cross-claims were prohibited by the Eleventh Amendment of the United States Constitution. (Dkt. Nos. 349 and 340.) On February 15, 2005, the State filed its "Emergency Motion to Stay Discovery Pending Resolution of Motion to Dismiss Cross-Claims." (Dkt. No. 363.) This motion was granted in part and denied in part on February 16, 2005.

## STATEMENT OF ISSUES TO BE RULED UPON

2. Pursuant to Rule 41 (a)(2) of the Federal Rules of Civil Procedure, Claimants seek an order of dismissal, without prejudice, of their cross-claim against the State so that they may pursue these claims in state court.

## LAW AND ARGUMENT

3. In the State's "Emergency Motion to Stay Discovery Pending Resolution of Motion to Dismiss Cross-Claims, and Brief in Support," the State argues that if this Honorable Court should deny its motion to dismiss cross-claims, the State is entitled to an immediate appeal, and an abatement of all proceedings in the trial court. In light of the State's position, and in light of the fact

12704.1

that Claimants have cases pending against the State in the courts in the State of Texas, Cameron County, the Claimants wish to dismiss, without prejudice, their cross-claims.

4.  The undersigned counsel has discussed these issues with counsel representing the State, and the State does not oppose entry of the attached order dismissing the Claimants' cross-claims against the State of Texas.

## CONCLUSION

5.  In light of the fact that the Claimants have cases pending against the State in the District Court of Cameron County, Texas, and in light of the possibility that prosecuting these claims as cross-claims in this admiralty proceeding would result in an abatement, the Claimants request entry of the attached order dismissing cross-claims against the State of Texas, without prejudice, so that they may proceed with these claims in state court. Claimants also request entry of an order vacating the stay of the deposition of Rocky Wilson.

WHEREFORE, premises considered, Claimants move the Court enter the attached Order, and for such other and further relief as to which they may show themselves to be justly entitled.

                Respectfully submitted,

                AJAMIE LLP

By: _____
S. Mark Strawn
Southern District of Texas ID No. 9996
State Bar No. 19374325
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
(713) 860-1600 Telephone
(713) 860-1699 Facsimile

12704.1

ATTORNEYS FOR CLAIMANTS JUAN ANTONIO MIRELES, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JULIO CESAR MIRELES, JUAN ANTONIO MIRELES AND SOLEDAD GONZALEZ MIRELES

By: _Richard Harrell (By Mark)_
Richard Leo Harrell*
Southern District of Texas ID No. 12325
State Bar No. 09041320
Edwards Law Firm
802 North Caracahua, Suite 1400
P.O. Box 480
Corpus Christi, Texas 78403-0480
(361) 698-7600 Telephone
(361) 698-7614 Facsimile

ATTORNEY FOR CLAIMANTS WILLIAM E. KIMBRELL

* Signed for by permission by S. Mark Strawn.

12704.1

## CERTIFICATE OF SERVICE

On this 22nd day of February, 2005, a true and correct copy of the forgoing Unopposed Motion to Dismiss Cross-Claims was sent via facsimile and certified mail return receipt requested to Counsel Representing Claimant, State of Texas; Counsel Representing Petitioners, American Commercial Barge Lines, LLC, et al.; and Counsel Representing Petitioners, Brown Water Marine Service, Inc., et al., and via electronic mail to all other counsel.

S. Mark Strawn

12704.1