IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | C.A. NO. B-01-157 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| Consolidated with: | § § | |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER and AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § | C.A. NO. B-02-004 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| Consolidated with: | § § | |
| IN THE MATTER OF DEERE CREDIT, INC.,(FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIABILITY | § § § § § § § § § § § § § § § § | C.A. NO. B-02-125 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |

**ORDER**

BE IT REMEMBERED that on the ____ day of _____, 2005, the Court considered the Mireles Claimants and William E. Kimbrell's motion to dismiss their cross-claims against the State of Texas. Therein, the Mireles Claimants and William E. Kimbrell state that they wish to dismiss their federal court cross-claims against the State (Dkt. Nos. 339 and 342 respectively), will not ever attempt to re-assert their claims against the State in federal court, and will only proceed against the State in the state court lawsuits that they previously filed against the State in state court in Cameron County.

Given these representations, the motion is GRANTED. Accordingly, the cross-claim of the Mireles Claimants against the State of Texas (Dkt. No. 339) is hereby DISMISSED, without prejudice to the right of the Mireles Claimants to proceed with the suit that they previously filed against the State in state court in Cameron County. Likewise, the cross-claim of William E. Kimbrell against the State of Texas (Dkt. No. 342) is hereby DISMISSED, without prejudice to the right of William E. Kimbrell to proceed with the suit that he previously filed against the State in state court in Cameron County.

The Court LIFTS THE STAY of the deposition of Rocky Wilson. The State of Texas' Emergency Motion to Stay Discovery Pending Resolution of Motion to Dismiss Cross-Claims, and Brief in Support (Dkt. No. 363) is DISMISSED as moot.

Done at Brownsville, Texas on this _____ day of _____, 2005.

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE