United States District Court
Southern District of Texas
ENTERED

MAR 0 1 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., ET AL. | § § § § § § § | CIVIL ACTION NO. B-01-157 Consolidated with CIVIL ACTION NO. B-02-004 and CIVIL ACTION NO. B-02-125 ADMIRALTY |

## ORDER

BE IT REMEMBERED that on _March 1_, 2005, the Court considered J. Antonio Mireles, as personal representative of the estate of Julio Cesar Mireles, Juan Antonio Mireles and Soledad Gonzalez Mireles ("Mireles claimants") and William E. Kimbrell's ("Kimbrell") unopposed motion to dismiss cross-claims. Dkt. No. 369.

On January 18 and 24, 2005, the Mireles claimants and Kimbrell filed cross-claims against the State in the above-styled litigation. Dkt. Nos. 339 & 342. In response, the State filed a motion to dismiss on February 3, claiming the cross-claims were prohibited by the Eleventh Amendment of the United States Constitution. Dkt. Nos. 349 & 350. On February 15, Texas filed its "Emergency Motion to Stay Discovery Pending Resolution of Motion to Dismiss Cross-Claims." Dkt. No. 363. Therein, Texas requested that the deposition of Rocky Wilson set for February 17 and all other discovery in this case be stayed until the Court rules on its motion to dismiss. The Court granted the motion in part and stayed the deposition of Rocky Wilson until the Court resolved the Texas' motion to dismiss. Dkt. No. 364. Before the Court would stay all other discovery in the case, however, the Court provided the other parties an opportunity to file objections to the stay of the deposition and all other discovery by February 23.

No objections were filed on February 23. Rather, the Mireles claimants and Kimbrell motioned the Court pursuant to Federal Rules of Civil Procedure Rule 41(a)(2), to dismiss

1

the cross-claims against Texas without prejudice. Furthermore, the motion avers that the Mireles claimants and Kimbrell "will not ever attempt to re-assert their claims against [Texas] in federal court, and will only proceed against the State in the state court lawsuits that they previously filed against [Texas] in state court in Cameron County." Texas is unopposed to the motion.

The Court hereby **GRANTS** the motion. Dkt. No. 369. Accordingly, the cross-claims filed by the Mireles claimants and Kimbrell, Dkt. Nos. 339 & 342, are hereby **DISMISSED WITHOUT PREJUDICE** to the right of the Mireles claimants and Kimbrell to proceed with their respective suits already filed against Texas in state court in Cameron County.

The Court further **LIFTS THE STAY** of the deposition of Rocky Wilson.

The Court further **DISMISSES AS MOOT** Texas' Emergency Motion to Stay Discovery Pending Resolution of Motion to Dismiss Cross-Claims. Dkt. No. 363.

DONE at Brownsville, Texas, this __1__ day of March, 2005.

Hilda G. Tagle
United States District Judge