

# JONES WALKER

Glenn G. Goodier
Direct Dial 504-582-8174
Direct Fax 504-582-8010
ggoodier@joneswalker.com

December 2, 2004

David H. Crago
Brin & Brin, P.C.
Attorneys at law
1325 Palm Blvd., Suite A
Brownsville, Texas   78520

    Re:    C.A. No. B-01-157 C/W C.A. No. B-02-004 and C.A. No. B-02-125;;
             In Re: *The Complaint and Petition of Brown Water Towing I, Inc., et al
             In A Cause of Exoneration From or Limitation of Liability;*
             In the United States District Court for the
             Southern District of Texas, Brownsville Division
             Our File:  09454700 (00775)

Dear Mr. Crago:

      We represent American Commercial Lines LLC and American Commercial Barge Line LLC in connection with the above-referenced litigation. We have received the Answer that you have filed on behalf of A.G. Hill Power, Inc. and JHB Enterprises. It would be appreciated if you could furnish us with more particular information concerning: (1) the sale of October 14, 1996 to First South Utilities Construction, Inc., d/b/a A.G. Hill Power; (2) the address, registered agent for service of process, and any other contact information or correspondence that you or your client might have had with First South Utility Construction, Inc. d/b/a A.G. Hill Power regarding the September 15, 2001 incident and the third party demand; and (3) any other documents or information which would show that your client was not responsible for maintaining any lights or navigational aids on the Queen Isabella Causeway as of September 15, 2001 and that this was the responsibility of First South Utility Construction, Inc. d/b/a A.G. Hill Power.



EXHIBIT 1

{N1222364.1}   JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

201 St. Charles Avenue   New Orleans, Louisiana 70170-5100   504-582-8000   Fax 504-582-8583   E-mail info@joneswalker.com   www.joneswalker.com
Baton Rouge    Houston    Lafayette    Miami    New Orleans    Washington, D.C.

David H. Crago
December 2, 2004
Page 2

      Thank you for your attention to the above and should you have any questions or comments, please do not hesitate to contact us.

Very truly yours,

Glenn G. Goodier

GGG/gmh
cc:    Will W. Pierson

{N1222364.1}