# BRIN & BRIN, P.C.
### ATTORNEYS AT LAW

1202 THIRD STREET
CORPUS CHRISTI, TEXAS 78404
TELEPHONE (361) 881-9643
FAX (361) 883-0506

dcrago@brinandbrin.com

SAN ANTONIO OFFICE
10999 IH-10 WEST, SUITE 800
SAN ANTONIO, TEXAS 78230
TELEPHONE (210) 341-9711
FAX (210) 341-1854

EDINBURG OFFICE
123 W. MCINTYRE
COURTHOUSE SQUARE SUITES
EDINBURG, TEXAS 78541
TELEPHONE (956) 381-6602
FAX (956) 381-0725

BROWNSVILLE OFFICE
1325 PALM BLVD., SUITE A
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 544-7110
FAX (956) 544-0607

DAVID H. CRAGO
MEMBER OF THE FIRM
* * *
MEMBER OF THE COLLEGE
OF THE STATE BAR OF TEXAS

January 14, 2005

Mr. Glen Goodier
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue
New Orleans, LA 70170-5100

RE:   Civil Action No. B01-157 c/w B02 004 and BO2 125;
      In Re: The Complaint and Petition of Brown water Towing I, Inc.,
      et al In a Cause of Exoneration From or Limitation of Liability; In
      the United States District Court for the Southern District of Texas,
      Brownsville Division.

Dear Mr. Goodier:

I am writing in response to your correspondence of December 2, 2004. I have enclosed for your files a copy of the October 14, 1996 Asset Purchase Agreement which clearly shows that A.G. Hill a/k/a JHB Enterprises is not a proper party to this suit. As you can see, A.G. Hill a/k/a JHB Enterprises transferred all of its assets to First South Utility Construction, Inc. in 1996, long before the Queen Isabella Causeway contract was entered into by First South Utility Construction, Inc.

I have also enclosed for your review a copy of Plaintiff's First Amended Original Petition in Cause No. 2003-09-4622-A styled, *Bridgett Goza v. State of Texas Department of Transportation, et al.* Plaintiff's First Amended Petition identifies First South Utility Construction, Inc.'s registered agent. Additionally, we have provided a copy of First South's Answer in a separate lawsuit which was filed by their attorney, Augustin Rivera. My client A.G. Hill Power, Inc. n/k/a JHB Enterprises, Inc. was never a party to any contract regarding work or maintenance on the Queen Isabella Causeway. I am hereby requesting that you non-suit my client within 30 days. In the event that you do not, I have been instructed to seek reimbursement of attorney's fees and sanctions and all other remedies as the result of your frivolous pleadings.

I hope this information is helpful and look forward to hearing from you. Should you have any questions please do not hesitate to give me a call.



EXHIBIT 2

Page 2
January 14, 2005

                                              Sincerely yours,

                                              David H. Crago

DHC/sm

Enclosures