
# JONES WALKER

Glenn G. Goodier
Direct Dial 504-582-8174
Direct Fax 504-582-8010
ggoodier@joneswalker.com

February 14, 2005

**Via Fax (361) 883-0506 & Federal Express Delivery**

Mr. David H. Crago
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, Texas 78404

   Re: In Re The Complaint and Petition of Brown Water Towing I,
      Inc., as Owner, et al. and
      In the Matter of American Commercial Lines LLC as Owner, et al.
      Civil Action No. B-02-004 c/w B-01-157 c/w B-02-125
      Our File No.: 09454701/00775

Dear Mr. Crago:

  We received in today's mail correspondence from your office dated February 9, 2005 and February 10, 2005. On Friday, February 11th, prior to the receipt of this correspondence, I faxed you to inquire as to the status of the dismissal pleadings which we forwarded to you on February 2, 2005.

  Our file reflects that we acted promptly to dismiss your client from this proceeding. On or about November 19, 2004, you filed and forwarded a copy of the answer on behalf of your client. Your correspondence to us does not contain any request that your client be dismissed. We reviewed the answer that you filed and on December 2, 2004, we wrote your office and requested that you provide us with particular information concerning the sale of October 14, 1996 to First South Utilities Construction, Inc. d/b/a A.G. Hill Power as well as other information, including any documents or information which would show that your client was not responsible for maintaining any lights or navigational aids on the Queen Isabella Causeway as of September 15, 2001.

**EXHIBIT 8**

{N1250627.1}

JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

201 ST. CHARLES AVENUE   NEW ORLEANS, LOUISIANA 70170-5100   504-582-8000 · FAX 504-582-8583 · E-MAIL info@joneswalker.com · w
  BATON ROUGE HOUSTON LAFAYETTE MIAMI NEW ORLEANS WASHINGTON, D.C.

Mr. David H. Crago
February 14, 2005
Page 2

On January 14, 2005 you responded to our December 2, 2004 letter and forwarded certain documents and stated: "I am hereby requesting that you non-suit my client within 30 days. In the event that you do not, I have been instructed to seek reimbursement of attorneys' fees and sanctions and all of the remedies as a result of your frivolous pleadings." On behalf of our client, we timely agreed to dismiss your client within the 30 days that you stated in your correspondence of January 14, 2005. On February 2, 2005, we forwarded you a proposed motion and order of dismissal. We did not hear anything back from you and on February 11, 2005 sent a follow-up facsimile to you.

At no time did we refuse to dismiss your client nor did you make "repeated requests" to us to non-suit your client as you state in your recent letter. We also did not delay in complying with the request you made on behalf of your client in your January 14, 2005 correspondence.

In view of the circumstances, we cannot recommend to our client that they pay you or your client's legal fees. If you do not agree to bear your own attorneys' fees and costs as to our motion to dismiss your client, please advise us immediately.

We are Federal Expressing to you with this letter the original motion and order of dismissal for you to sign and return to us so that we may file this with the Court. We will be happy to discuss this further with you and should you have any questions or comments, please do not hesitate to contact me at (504) 582-8174.

Very truly yours,

Glenn G. Goodier

GGG:rb-ls
Enclosures

Cc:  (w/encls)
   Mr. William W. Pierson (via fax and U.S. Mail)
   Mr. Les Cassidy (via fax and U.S. Mail)

{N1250627.1}

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-01-157<br>Admiralty<br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES, LLC AS OWNER, AND AMERICAN COMMERCIAL BARGE LINES, LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-02-004<br>Admiralty<br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | C. A. NO. B-02-125<br>Admiralty |

## JOINT MOTION TO DISMISS THIRD PARTY COMPLAINT
## AGAINST A. G. HILL POWER, INC., A/K/A JHB ENTERPRISES, INC.

NOW INTO COURT, through undersigned counsel, come Complainants/Petitioners, American Commercial Barge Line, LLC ("ACBL"), American Commercial Lines LLC ("ACL"), Deere Credit, Inc. (formerly Senstar Finance Company), as Owner of the NM-315, and State Street Bank and Trust Company of Connecticut, National Association, as Owner Trustee of

{N1246160.1}

the ACL-9933B and Not in Its Individual Capacity, and General Electric Capital Corporation as Beneficial Owner of the ACL-9933B, who move to dismiss their Third Party Complaint against A. G. Hill Power, Inc. a/k/a JHB Enterprises, Inc., with each party to bear its own costs and attorneys' fees, reserving all other claims and defenses as to all other parties. Undersigned counsel for A. G. Hill Power, Inc., a/k/a JHB Enterprises, Inc. has no objection to the foregoing motion.

Respectfully submitted,

---

GLENN G. GOODIER, Attorney-in-Charge
Admitted *Pro Hac Vice*
By Order Entered 4/23/02
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:    (504) 582-8174
Facsimile:    (504) 582-8010

LES CASSIDY
State Bar Number 03979270
Federal Identification Number 5931
814 Leopard Street
Corpus Christi, Texas 78401
Telephone:    (361) 887-2969
Facsimile:    (361) 887-6251

OF COUNSEL:

WOOLSEY & CASSIDY, P.C.
814 Leopard Street
Corpus Christi, Texas 78401
Telephone:    (361) 887-2969
Facsimile:    (361) 887-6251

Counsel for Petitioners,
American Commercial Lines LLP and
American Commercial Barge Line LLC
Deere Credit, Inc. (formerly Senstar Finance

Company), as Owner of the Barge NM-315,
State Street Bank and Trust Company of
Connecticut, N.A., as Owner/Trustee of the Barge
ACL-9933B and Not in Its Individual Capacity, and
General Electric Capital Corporation, as Beneficial
Owner of the Barge ACL-9933B

BRIN & BRIN, P.C.
1202 Third Street
Corpus Christi, Texas 78404
Telephone: (361) 881-9643
Facsimile: (361) 883-0506

NO OBJECTION:


By: _____
DAVID H. CRAGO, Attorney-in-Charge
State Bar No. 04975260
Federal I.D. No. 13868
   Carrère & Denègre, L.L.P.

Attorneys for Third Party Defendant,
A. G. Hill Power, Inc., Now Known as
JHB Enterprises, Inc.

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this ___ day of February, 2005, served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States Mail, properly addressed and first class postage prepaid.

_____
GLENN G. GOODIER

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-01-157<br>Admiralty<br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES, LLC AS OWNER, AND AMERICAN COMMERCIAL BARGE LINES, LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-02-004<br>Admiralty<br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | C. A. NO. B-02-125<br>Admiralty |

## ORDER

Considering the foregoing Motion,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Third Party Complaint of American Commercial Lines LLC ("ACL"), Deere Credit, Inc. (formerly Senstar Finance Company), as Owner of the NM-315, and State Street Bank and Trust Company of

{N1246160.1}

Connecticut, National Association, as Owner Trustee of the ACL-9933B and Not in Its Individual Capacity, and General Electric Capital Corporation as Beneficial Owner of the ACL-9933B, against A. G. Hill Power, Inc. a/k/a JHB Enterprises, Inc. be and are hereby dismissed, with each party to bear its own costs of court and attorneys' fees.

Brownsville, Texas this _____ day of February, 2005.

_____
UNITED STATES DISTRICT JUDGE