**BRIN & BRIN, P.C.**
ATTORNEYS AT LAW

1202 THIRD STREET
CORPUS CHRISTI, TEXAS 78404
TELEPHONE (361) 881-9643
FAX (361) 883-0506

dcrago@brinandbrin.com

SAN ANTONIO OFFICE
10999 IH-10 WEST, SUITE 800
SAN ANTONIO, TEXAS 78230
TELEPHONE (210) 341-9711
FAX (210) 341-1854

EDINBURG OFFICE
123 W. MCINTYRE
COURTHOUSE SQUARE SUITES
EDINBURG, TEXAS 78541
TELEPHONE (956) 381-6602
FAX (956) 381-0725

BROWNSVILLE OFFICE
1325 PALM BLVD., SUITE A
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 544-7110
FAX (956) 544-0607

DAVID H. CRAGO
MEMBER OF THE FIRM
* * *
MEMBER OF THE COLLEGE
OF THE STATE BAR OF TEXAS

February 16, 2005

Mr. Glen Goodier    *via facsimile 504-582-8010*
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue
New Orleans, LA 70170-5100

RE: Civil Action No. B01-157 c/w B02 004 and B02 125;
*In Re: The Complaint and Petition of Brown water Towing I, Inc., et al In a Cause of Exoneration From or Limitation of Liability;* In the United States District Court for the Southern District of Texas, Brownsville Division.

Dear Mr. Goodier:

Our appellate section and I continue to be frustrated by your miscasting of the facts in this case. Although we would like for this case to be dismissed as it should have been some time ago, we are unwilling to sign off on your Joint Motion to Dismiss Third-Party Complaint Against A.G. Hill Power, Inc. a/k/a JHB Enterprises, Inc. due to its failure to have costs and fees assumed by you. Of course, you can file a motion to dismiss without participation or agreement from the defendant. It appears to the undersigned and our staff that you are simply trying to avoid paying our attorney's fees for getting dragged needlessly by you into a federal court case where we were not and are not a proper party. As such, I am advising you we are not willing to sign "no objection" to your Joint Motion for Nonsuit exempting you from bearing our attorney's fees and/or costs.

Furthermore, if you review the motion for sanctions which was provided to you in accordance with federal rules, you will see that we have not made only one request. Citing the motion for sanctions, you will see that you were put on notice you had joined the wrong party and/or requests were made in writing on at least three occasions dated November 19th, 2004, December 1st, 2004 and January 14th, 2005.

Furthermore, I discussed this matter with local counsel Les Cassidy who I respect highly and perceive does a very good job. I understand that you were even advised by him to promptly nonsuit us but neglected to do so.



EXHIBIT 9

Page 2
February 16, 2005

    I don't want to sound like a complainer but the bottom line is you really need to pay the attorney's fees and costs that were caused by your failing to properly file and include the right party. Remember this is not really about me or my law firm; it is about our client, a very nice retired gentleman, who is being forced to pay attorney's fees to be in a federal court suit he never should have been in in the first place. I look forward to receiving a check from you as previously requested along with an unconditional dismissal of my client as a party. Nothing less will suffice.

                                    Sincerely yours,

                                    David H. Crago

DHC/sm

cc:    Mr. Les Cassidy          *via facsimile 887-6251*
       Attorney at Law
       814 Leopard
       Corpus Christi, TX 78401

       Mr. William W. Pierson    *via facsimile 884-7261*
       Royston, Rayzor, Vickery & Williams
       1700 Wilson Plaza West
       606 N. Carancahua
       Corpus Christi, TX 78476