

# JONES WALKER

Glenn G. Goodier
Direct Dial 504-582-8174
Direct Fax 504-582-8010
ggoodier@joneswalker.com

February 24, 2005

**Via Fax (361) 883-0506 & U.S. Mail**

Mr. David H. Crago
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, Texas 78404

> Re:  In Re The Complaint and Petition of Brown Water Towing I,
> Inc., as Owner, et al. and
> In the Matter of American Commercial Lines LLC as Owner, et al.
> Civil Action No. B-02-004 c/w  B-01-157 c/w B-02-125
> Our File No.:  09454701/00775

Dear Mr. Crago:

Please confirm to us today that you will:

1.  Sign the revised Motion to Dismiss with proposed Order (which was faxed to you yesterday and which you should have received today by Federal Express) indicating no objection to the dismissal of your client; or

2.  That you do not agree to sign the revised Motion to Dismiss with proposed Order indicating no objection, but that you still, nevertheless, have no objection to the dismissal of your client and entry of the proposed revised Order of dismissal.

Thank you for your attention to the above, and with best regards, I am

Very truly yours,

Glenn G. Goodier

GGG:rb-lss



EXHIBIT
13

{N1255556.1}

JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

201 ST. CHARLES AVENUE · NEW ORLEANS, LOUISIANA 70170-5100 · 504-582-8000 · FAX 504-582-8583 · E-MAIL info@joneswalker.com
BATON ROUGE   HOUSTON   LAFAYETTE   MIAMI   NEW ORLEANS   WASHINGTON, D.C.

Mr. David H. Crago
February 24, 2005
Page 2

cc:    Mr. Will W. Pierson (via fax and U.S. Mail)
       Mr. Les Cassidy (via fax and U.S. Mail)