United States District Court
Southern District of Texas
FILED

MAR 0 3 2005

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-01-157 **Admiralty** <br><br><br><br> **Consolidated with** |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES, LLC AS OWNER, AND AMERICAN COMMERCIAL BARGE LINES, LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-02-004 **Admiralty** <br><br><br> **Consolidated with** |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | C. A. NO. B-02-125 **Admiralty** |

### PETITIONERS' MEMORANDUM REGARDING
### THIRD PARTY DEFENDANT, A.G. HILL POWER, INC. a/k/a
### JHB ENTERPRISES, INC.'S MOTION FOR SUMMARY JUDGMENT

**MAY IT PLEASE THE COURT:**

Petitioners, American Commercial Lines LLC, American Commercial Barge Line LLC,

Deere Credit, Inc. (formerly Senstar Finance Company), State Street Bank and Trust Company

of Connecticut, National Association, and General Electric Capital Corporation, respectfully

{N1256472.1}

submit that the Motion for Summary Judgment is moot because Petitioners have filed a separate motion and supporting memorandum to dismiss the third party complaint. See R. Doc. 371. Moreover, the Motion for Summary Judgment, filed February 16, 2005, was unnecessary in the first place as we previously agreed to dismiss the Third Party Complaint on February 2, 2005 based upon counsel's representation that A.G. Hill Power, Inc. now known as JHB Enterprises, Inc. was never a party to any contract regarding work or maintenance on the Queen Isabella Causeway and forwarded a joint motion to dismiss and proposed order to counsel for the mover, Mr. Crago. Indeed, Third Party Defendant's counsel would not sign "no objection" to the proposed joint motion to dismiss, which was revised twice to fully accommodate counsel. For further details concerning these matters, we refer the Court to the Petitioners' Memorandum in Support of Motion to Dismiss Third Party Complaint together with related exhibits filed on March 2, 2005, which is R. Doc. 371, which is incorporated herein by reference. There is no legal or factual basis to award fees or costs as prayed for by Third Party Defendant at unnumbered page 6 of the Motion.

Respectfully submitted,

GLENN G. GOODIER, Attorney-in-Charge
Admitted *Pro Hac Vice*
By Order Entered 4/23/02
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:    (504) 582-8174
Facsimile:    (504) 582-8010

LES CASSIDY
State Bar Number 03979270
Federal Identification Number 5931
814 Leopard Street
Corpus Christi, Texas 78401
Telephone:     (361) 887-2969
Facsimile:     (361) 887-6251

OF COUNSEL:

WOOLSEY & CASSIDY, P.C.
814 Leopard Street
Corpus Christi, Texas 78401
Telephone:     (361) 887-2969
Facsimile:     (361) 887-6251

Counsel for Petitioners,
American Commercial Lines LLP and
American Commercial Barge Line LLC
Deere Credit, Inc. (formerly Senstar Finance
Company), as Owner of the Barge NM-315,
State Street Bank and Trust Company of
Connecticut, N.A., as Owner/Trustee of the Barge
ACL-9933B and Not in Its Individual Capacity, and
General Electric Capital Corporation, as Beneficial
Owner of the Barge ACL-9933B

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 2nd day of March, 2005, served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States Mail, properly addressed and first class postage prepaid.

GLENN G. GOODIER