IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWNWATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | C.A. NO. B-01-157 Admirality |
| | § | Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES, LLC AS OWNER, AND AMERICAN COMMERCIAL BARGE LINES, LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | C.A. No. B-02-004 Admirality JURY DEMANDED and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § § § § § § | C.A. NO. .B-02-125 Admirality |

**INDEX OF EXHIBITS FOR THIRD PART DEFENDANT, "A.G. HILL POWER, INC., a/k/a JHB ENTERPRISES, INC.'S," MOTION FOR SANCTIONS**

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| A | Letter of November 19, 2004 from David H. Crago to Les Cassidy |
| B | Letter of November 29, 2004 from Les Cassidy to David H. Crago |
| C | Letter of December 1, 2004 from David H. Crago to All Counsel |
| D | Letter of December 2, 2004 from Glenn Goodier to David H. Crago |
| E | Letter of January 14, 2005 from David H. Crago to Glen Goodier |
| F | Asset Purchase Agreement of October 14, 1996 |
| G | Affidavit of Jack Bennett |
| H | Assumed Name Certificate |
| I | Affidavit of David H. Crago and attached billing invoice |