## BRIN & BRIN, P.C.
### ATTORNEYS AT LAW

1202 THIRD STREET
CORPUS CHRISTI, TEXAS 78404
TELEPHONE (361) 881-9643
FAX (361) 883-0506
dcrago@brinandbrin.com

SAN ANTONIO OFFICE
10999 IH-10 WEST, SUITE 800
SAN ANTONIO, TEXAS 78230
TELEPHONE (210) 341-9711
FAX (210) 341-1854

EDINBURG OFFICE
123 W. McINTYRE
COURTHOUSE SQUARE SUITES
EDINBURG, TEXAS 78541
TELEPHONE (956) 381-6602
FAX (956) 381-0725

BROWNSVILLE OFFICE
1325 PALM BLVD., SUITE A
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 544-7110
FAX (956) 544-0607

DAVID H. CRAGO
MEMBER OF THE FIRM
• • •
MEMBER OF THE COLLEGE
OF THE STATE BAR OF TEXAS

November 19, 2004

Mr. Les Cassidy
Attorney at Law
814 Leopard
Corpus Christi, Texas 78401

Re:    Civil Action No. B01-157 c/w B02 004 and B02 125
United States District Court for the Southern District of Texas
Brownsville Division
Your File No. 09454701 / 00775

Dear Les:

Please see my previous correspondence regarding federal court and the inappropriateness of having the wrong A.G. Hill in the case. I need for you to get the correct party substituted in and us out before I have to ask the federal court for attorney's fees. Please help me with this. Thanks.

Sincerely yours,



David H. Crago

DHC/sm

**EXHIBIT**

**A**

Page 2
November 19, 2004


bcc:    Mr. Jack Bennett

# *Cassidy & Raub*, PLLC

**Attorneys at Law**

*Les Cassidy*
*Timothy D. Raub*

814 Leopard Street
Corpus Christi, Texas 78401
361-887-2965 phone   361-887-6521 fax

424 N. Alamo
Refugio, Texas 78387
361-526-1880 phone

November 29, 2004

**VIA FAX 883-0506**

David H. Crago
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, Texas 74804

RE:   American Commercial Barge Line LLC -
      M/V BROWN WATER V and Tow in
      Collision with queen Isabela Causeway,
      South Padre Island, Texas
      September 15, 2001
      C&R File 140.125

Dear David:

Thank you for your correspondence dated November 19, 2004, relating to the designation of A.G. Hill as a defendant in the referenced case.

I understand that your client was improperly served, but the defendant had been properly named. In any event, we are not looking to your client for an answer in this litigation, and we are making arrangements for service on the proper party.

As explained to me by your client, he sold out his business some time ago and it is the successor corporation that should be served with the lawsuit.

Yours very truly,

Les Cassidy

LC:jm



**EXHIBIT**

B

# *Cassidy & Raub*, PLLC

**Attorneys at Law**

*Les Cassidy*
*Timothy D. Raub*

814 Leopard Street
Corpus Christi, Texas 78401
361-887-2965 phone   361-887-6521 fax

424 N. Alamo
Refugio, Texas 78387
361-526-1880 phone

## FAX TRANSMITTAL

TO ................................................................................................ David H. Crago – 883-0506

FROM................................................................................................................Les Cassidy

DATE ................................................................................................................ 11-29-04

PAGES (Includes this cover page) ......................................................................................2

RE...................................................Civil Action B01-157 c/w B02 004 and B02 125

C&R FILE ................................................................................................................ 140.125

## BRIN & BRIN, P.C.
### ATTORNEYS AT LAW

1202 THIRD STREET
CORPUS CHRISTI, TEXAS 78404
TELEPHONE (361) 881-9643
FAX (361) 883-0506
dcrago@brinandbrin.com

DAVID H. CRAGO
MEMBER OF THE FIRM
• • •
MEMBER OF THE COLLEGE
OF THE STATE BAR OF TEXAS

December 1, 2004

SAN ANTONIO OFFICE
10999 IH-10 WEST, SUITE 800
SAN ANTONIO, TEXAS 78230
TELEPHONE (210) 341-9711
FAX (210) 341-1854

EDINBURG OFFICE
123 W. MCINTYRE
COURTHOUSE SQUARE SUITES
EDINBURG, TEXAS 78541
TELEPHONE (956) 381-6602
FAX (956) 381-0725

BROWNSVILLE OFFICE
1325 PALM BLVD., SUITE A
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 544-7110
FAX (956) 544-0607

Mr. Will W. Pierson
Royston, Rayzor, Vickery & Williams,
L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, TX 78476

Mr. Michael Ratliff
Office of the Attorney General
Transportation Division
P.O. Box 12548
Austin, TX 78711-2548

Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
2009 E. Harrison, Suite B
Harlingen, TX 78550

Mr. James B. Manley
Attorney at Law
200 William Barnett
Cleveland, TX 77327

Mr. Ray R. Marchan
Watts Law Firm
1926 E. Elizabeth
Brownsville, TX 78520

Mr. John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, TX 78501

Mr. J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, TX 77381

Mr. William Q. McManus
Mr. Steve Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
P.O. Box 2206
Victoria, TX 77902-2206

Mr. Les Cassidy
Cassidy & Raub
814 Leopard Street
Corpus Christi, TX 78401

Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, TX 78521

Mr. Raymond Thomas
Mr. Andres Gonzalez
Kittleman, Thomas, Ramirez & Gonzales
4900-B N. 10th Street
McAllen, TX 78504

Mr. Thomas R. Ajamie
Mr. S. Mark Strawn
Schirrmeister Ajamie, L.L.P.
Pennzoil Place – South Tower
711 Louisiana Street, Suite 2150
Houston, TX 77002

Mr. Julian Rodriguez, Jr.
Julian Rodriguez, Jr. & Associates, P.C.
10113 N. 10th Street, Suite C
McAllen, TX 78504



EXHIBIT
C

Page 2
December 1, 2004


Mr. Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, TX 78209-1307

Mr. Geoffrey Amsel
SBC Texas Legal
175 E. Houston, 4th Floor
San Antonio, TX 78205

Mr. Jim S. Hart
Mr. Nejd Yaziji
William Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston TX 77017

Mr. Glenn G. Goodier
Jones, Walker, Waechter, Poitevent, Carrere
& Denegre, L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100

Mr. Frank Enriquez
Mr. Robert Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, TX 78504

Mr. J. A. Magallanes
Mr. Carlos Escobar
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Blvd.
P.O. Box 4901
Brownsville, TX 78520

Mr. Richard Leo Harrell
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 1400
P.O. Box 480
Corpus Christi, TX 78403-0480

Mr. Dino Esparza
Willette & Guerra, L.L.P.
1534 E. 6th Street, Suite 200
Brownsville, TX 78520


Re:    C.A. No. B-01-157; In Re:  The Complaint and Petition of Brown Water Towing
       I, Inc., As Owner, and Brown Water Marine Service, Inc., As Bareboat Charterer
       of the BROWN WATER V, Its Engines, Tackle, Etc. In A Cause of Exoneration
       From or Limitation of Liability


Dear Counsel:

     My client has been named by mistake in this lawsuit by Glenn Goodier of Jones, Walker
and his local counsel Les Cassidy.  I have explained to them that they have the wrong party and
they have agreed to add the right party, namely First South Utilities, Inc. d/b/a A.G. Hill Power.
My client sold the business long before the causeway incident and has no interest in these
matters.  Accordingly, please remove me from the copy list of the above-styled federal court
cause of action.  Neither my client nor I need to or want to see anymore paperwork in this case.
Thank you.

                                        Sincerely yours,

                                        David Crago

                                        David H. Crago

DHC/sm

# JONES WALKER

Glenn G. Goodier
Direct Dial 504-582-8174
Direct Fax 504-582-8010
ggoodier@joneswalker.com

December 2, 2004

David H. Crago
Brin & Brin, P.C.
Attorneys at law
1325 Palm Blvd., Suite A
Brownsville, Texas   78520

Re:   C.A. No. B-01-157 C/W C.A. No. B-02-004 and C.A. No. B-02-125;;
*In Re: The Complaint and Petition of Brown Water Towing I, Inc., et al*
*In A Cause of Exoneration From or Limitation of Liability;*
In the United States District Court for the
Southern District of Texas, Brownsville Division
Our File:  09454700 (00775)

Dear Mr. Crago:

We represent American Commercial Lines LLC and American Commercial Barge Line LLC in connection with the above-referenced litigation.  We have received the Answer that you have filed on behalf of A.G. Hill Power, Inc. and JHB Enterprises.  It would be appreciated if you could furnish us with more particular information concerning: (1) the sale of October 14, 1996 to First South Utilities Construction, Inc., d/b/a A.G. Hill Power; (2) the address, registered agent for service of process, and any other contact information or correspondence that you or your client might have had with First South Utility Construction, Inc. d/b/a A.G. Hill Power regarding the September 15, 2001 incident and the third party demand; and (3) any other documents or information which would show that your client was not responsible for maintaining any lights or navigational aids on the Queen Isabella Causeway as of September 15, 2001 and that this was the responsibility of First South Utility Construction, Inc. d/b/a A.G. Hill Power.



**EXHIBIT D**

{N1222364.1}   JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.   DEC - 9 2004

201 St. Charles Avenue  New Orleans, Louisiana 70170-5100  504-582-8000  Fax 504-582-8583  E-Mail info@joneswalker.com  www.joneswalker.com
Baton Rouge   Houston   Lafayette   Miami   New Orleans   Washington, D.C.

David H. Crago
December 2, 2004
Page 2

      Thank you for your attention to the above and should you have any questions or comments, please do not hesitate to contact us.

Very truly yours,

Glenn G. Goodier

GGG/gmh
cc:    Will W. Pierson

{N1222364.1}

BRIN & BRIN, P.C.
ATTORNEYS AT LAW

1202 THIRD STREET
CORPUS CHRISTI, TEXAS 78404
TELEPHONE (361) 881-9643
FAX (361) 883-0506
dcrago@brinandbrin.com

SAN ANTONIO OFFICE
10999 IH-10 WEST, SUITE 800
SAN ANTONIO, TEXAS 78230
TELEPHONE (210) 341-9711
FAX (210) 341-1854

EDINBURG OFFICE
123 W. MCINTYRE
COURTHOUSE SQUARE SUITES
EDINBURG, TEXAS 78541
TELEPHONE (956) 381-6602
FAX (956) 381-0725

DAVID H. CRAGO
MEMBER OF THE FIRM
• • •
MEMBER OF THE COLLEGE
OF THE STATE BAR OF TEXAS

January 14, 2005

BROWNSVILLE OFFICE
1325 PALM BLVD., SUITE A
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 544-7110
FAX (956) 544-0607

Mr. Glen Goodier
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue
New Orleans, LA 70170-5100

RE:     Civil Action No. B01-157 c/w B02 004 and BO2 125;
        *In Re: The Complaint and Petition of Brown water Towing I, Inc.,
        et al In a Cause of Exoneration From or Limitation of Liability;* In
        the United States District Court for the Southern District of Texas,
        Brownsville Division.

Dear Mr. Goodier:

        I am writing in response to your correspondence of December 2, 2004. I have enclosed
for your files a copy of the October 14, 1996 Asset Purchase Agreement which clearly shows
that A.G. Hill a/k/a JHB Enterprises is not a proper party to this suit. As you can see, A.G. Hill
a/k/a JHB Enterprises transferred all of its assets to First South Utility Construction, Inc. in 1996,
long before the Queen Isabella Causeway contract was entered into by First South Utility
Construction, Inc.

        I have also enclosed for your review a copy of Plaintiff's First Amended Original Petition
in Cause No. 2003-09-4622-A styled, *Bridgett Goza v. State of Texas Department of
Transportation, et al.* Plaintiff's First Amended Petition identifies First South Utility
Construction, Inc.'s registered agent. Additionally, we have provided a copy of First South's
Answer in a separate lawsuit which was filed by their attorney, Augustin Rivera. My client A.G.
Hill Power, Inc. n/k/a JHB Enterprises, Inc. was never a party to any contract regarding work or
maintenance on the Queen Isabella Causeway. I am hereby requesting that you non-suit my
client within 30 days. In the event that you do not, I have been instructed to seek reimbursement
of attorney's fees and sanctions and all other remedies as the result of your frivolous pleadings.

        I hope this information is helpful and look forward to hearing from you. Should you
have any questions please do not hesitate to give me a call.



**EXHIBIT**

E

Page 2
January 14, 2005

Sincerely yours,

David H. Crago

DHC/sm

Enclosures

Page 3
January 14, 2005


bcc:    Mr. Jack Bennett