IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-01-157<br>Admiralty<br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES, LLC AS OWNER, AND AMERICAN COMMERCIAL BARGE LINES, LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-02-004<br>Admiralty<br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | C. A. NO. B-02-125<br>Admiralty |

**APPENDIX OF EXHIBITS TO REPLY MEMORANDUM
SUBMITTED ON BEHALF OF AMERICAN COMMERCIAL BARGE LINE LLC**

ACBL submits the following Exhibits in connection with its Reply Memorandum in Response to Claimants' Opposition to Motion for Summary Judgment. To avoid confusion over the numbering of exhibits, these exhibits commence with Exhibit 28, the next number in sequence:

{N1258437.1}

1

| | |
|---|---|
| Exhibit 28: | Excerpt of Olmsted Testimony, USCG Hearing, Vol. 4. |
| Exhibit 29: | Deposition Excerpts of Hoessle. |
| Exhibit 30: | Deposition Excerpts of Brinkop. |
| Exhibit 31: | Deposition Excerpts of Farley. |
| Exhibit 32: | Deposition Excerpts of Khouri. |
| Exhibit 33: | Excerpt of Mosher's Testimony, USCG Hearing, Vol. 6. |
| Exhibit 34: | Section 411 of Restatement (Second) of Torts, (1965). |
| Exhibit 35: | Deposition Excerpts of Whitlock. |
| Exhibit 36: | Deposition Excerpts of Kazunas. |
| Exhibit 37: | Deposition Excerpts of Timberlake. |
| Exhibit 38: | Expert Report dated September 29, 2004 jointly submitted by Messrs. Disler and Deck, Experts for Claimants. |
| Exhibit 39: | Deposition Excerpts of Mosher. |
| Exhibit 40: | Deposition Excerpts of Tim Chapman. |
| Exhibit 41: | U.S. Coast Guard Abstract of Title for BROWN WATER VIII. |
| Exhibit 42: | Section 390 of Restatement (Second) Torts, (1965). |
| Exhibit 43: | Excerpt from Grant Gilmore and Charles L. Black, Jr., The Law of Admiralty (2d Ed. 1975). |
| Exhibit 44: | Affidavit of Mosher submitted to U.S. Coast Guard regarding Brown Water's hiring procedures. |

Respectfully submitted,

*[signature]*

GLENN G. GOODIER, Attorney-in-Charge
Admitted *Pro Hac Vice*
By Order Entered 4/23/02
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre, L.L.P.
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:   (504) 582-8174
Facsimile:   (504) 582-8010

LES CASSIDY
State Bar Number 03979270
Federal Identification Number 5931
814 Leopard Street
Corpus Christi, Texas  78401
Telephone:   (361) 887-2969
Facsimile:   (361) 887-6251

OF COUNSEL:

WOOLSEY & CASSIDY, P.C.
814 Leopard Street
Corpus Christi, Texas  78401
Telephone:   (361) 887-2969
Facsimile:   (361) 887-6251

Counsel for Petitioners,
American Commercial Lines LLP and
American Commercial Barge Line LLC
Deere Credit, Inc. (formerly Senstar Finance
Company), as Owner of the Barge NM-315,
State Street Bank and Trust Company of
Connecticut, N.A., as Owner/Trustee of the Barge
ACL-9933B and Not in Its Individual Capacity, and
General Electric Capital Corporation, as Beneficial
Owner of the Barge ACL-9933B

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 8th day of March, 2005, served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States Priority Mail, properly addressed and first class postage prepaid.

GLENN G. GOODIER