Page 1

UNITED STATES DEPARTMENT OF TRANSPORTATION

UNITED STATES COAST GUARD MARINE SAFETY OFFICE

HEARING

RE: ALLISION OF BROWN WATER V WITH QUEEN ISABELLA

CAUSEWAY, D/L SEPTEMBER 15, 2001

VOLUME IV

OCTOBER 11, 2001

Community Room

Tower II

555 North Carancahua

Corpus Christi, Texas 78478

(Copy)

Page 2

```
 1  APPEARANCES:
 2
    HEARING OFFICER:
 3      MR. JIM WILSON
        U.S. Coast Guard Marine Safety Office
 4      555 North Carancahua Street, Suite 500
        Corpus Christi, Texas  78478
 5
 6  FOR BROWN WATER MARINE:
        MR. WILL PIERSON
 7      Royston, Rayzor, Vickery & Williams
        606 North Carancahua Street, Suite 1700
 8      Corpus Christi, Texas  78476
 9      MR. JAMES H. HUNTER, JR.
        Royston, Rayzor, Vickery & Williams
10      55 Cove Circle
        Brownsville, Texas  78521
11
12  FOR STATE OF TEXAS:
        MR. MICHAEL RATLIFF
13      MR. JACK F. GILBERT
        Assistant Attorneys General
14      Post Office Box 12548
        Austin, Texas  78711
15
        MR. MARK SPANSEL
16      Adams & Reese
        1221 McKinney Street
17      Suite 4400
        Houston, Texas  77010
18
19  FOR PORT ISABEL:
        MR. JEFFREY D. ROERIG
20      Roerig, Oliveira & Fisher, L.L.P.
        855 West Price Road, Suite 9
21      Brownsville, Texas  78520
22
    FOR SOUTH PADRE ISLAND:
23      MR. RICARDO J. NAVARRO
        Denton, Navarro & Bernal
24      222 East Van Buren, Suite 405
        Harlingen, Texas  78550
25
```

Page 3

```
 1  APPEARANCES CONTINUED:
 2
 3  FOR CAMERON COUNTY:
        MR. GEORGE C. KRAEHE
 4      Willette & Guerra, L.L.P.
        3505 Boca Chica Boulevard, Suite 460
 5      Brownsville, Texas  78521
 6      MR. RICHARD BURST
        P.O. Box 337
 7      Raymondville, Texas  78580
 8
    UNITED STATES COAST GUARD:
 9      MR. ALAN R. GRODECKI
        MR. ROBERT L. HELTON
10      MR. HARRY MARCH
        MS. CHRISTINE WOOD
11      MS. NICOLE STARR
        MR. FRANK GARCIA
12
13  ALSO PRESENT:  MR. ALTON CHADWICK
                   MR. DAVID STUART JENKINS
14                 MR. RICHARD F. SILLOWAY
                   MR. MIKE WIKE
15                 MR. RONALD W. YATES
16
17
...
25
```

Page 4

```
                      I N D E X

 WITNESSES                                             PAGE

 ROSS BALIGURE
     Examination by Mr. Hunter                          17
    -Examination by the Hearing Officer                 27
     Examination by Mr. Ratliff                         30
     Examination by Mr. Roerig                          42
     Examination by Mr. Navarro                         56
     Examination by Mr. Kraehe                          64
     Re-Examination by Mr. Ratliff                      68
     Re-Examination by Mr. Hunter                       73

 J.W. BLOCKER
     Examination by Mr. Hunter                          78
     Examination by Mr. Gilbert                         84
     Examination by Mr. Navarro                        108
     Examination by Mr. Kraehe                         115
     Examination by Mr. Roerig                         120
     Re-Examination by Mr. Navarro                     123
     Examination by the Hearing Officer                125

 PHILIP LANGLEY
     Examination by the Hearing Officer                137
     Examination by Mr. Pierson                        154
     Examination by Mr. Spansel                        166
     Examination by Mr. Roerig                         180
     Re-Examination by Mr. Pierson                     181

 WALLY OLMSTED
     Examination by the Hearing Officer                187
     Examination by Mr. Hunter                         203
     Examination by Mr. Ratliff                        208
     Re-Examination by Mr. Hunter                      210

 ALTON CHADWICK
     Examination by the Hearing Officer                215
     Examination by Mr. Spansel                        230
     Examination Continued by the Hearing Officer      232

 Certificate of Reporter                               261
```

**EXHIBIT 28**

Page 205

1   A. Yes. Yes, sir, except for the tachometer is
2 malfunctioning. We revisited on the 26th of September and
3 Brown Water, at least it was communicated by the people at
4 Brown Water, they were working on it. They had ordered some
5 new ones and they were still trying to line that up, so they
6 were working on it.
7   Q. Okay. But the boarding report indicates that all
8 deficiencies were clear; is that fair to say?
9   A. On the 26th?
10   Q. IO No. 8 dated 15 September '01.
11   A. And then over -- where it indicates -- are you
12 talking over action taken and required?
13   Q. The category will say cleared, and then there's a
14 date out to the side.
15   A. Right.
16   Q. I guess they were all cleared on September the
17 26th?
18   A. Except for the starboard tachometer.
19   Q. Right.
20   A. Yeah.
21   Q. I know you're not an electrician. Does it appear
22 to you the reason the tachometer wasn't working was because
23 of the wires, the loose wires?
24   A. Yeah, I'm not an electrician. It could be. It
25 might be an item of concern.

Page 206

1   Q. All right. In IO No. 8 you had some handwritten
2 notes and one of them that stuck out in my mind was that it
3 took -- it's your handwritten notes, which I believe is one
4 of the reverse sides of the pages on the checklist. Down at
5 the bottom, you indicate it took several minutes to locate
6 the charts of the area. You did -- and that's -- that would
7 be, I guess, the lower Laguna Madre area?
8   A. The chart I -- it was an area of familiarity thing
9 again. I'm brand new and actually I've never worked with
10 the charts in that area, but when I asked the Captain, I
11 just wanted -- and these were notes more to just make me
12 think and prompt me for --
13   Q. Sure.
14   A. It did. When I asked the Captain if he had a
15 chart of the area, that's basically what I wanted to see. I
16 wasn't really -- I wanted to see if there was a chart aboard
17 of the vessel of the area.
18   Q. And it's not so much your note; what I'm looking
19 at is, the charts were on board the vessel, weren't they?
20   A. Yes, sir.
21   Q. And they were on the vessel on September 15th at
22 the time you conducted your inspection?
23   A. The chart I indicated?
24   Q. Right.
25   A. Yes, sir.

Page 207

1   Q. Local chart of the area.
2   A. Yeah, and I indicated that in a note, I think.
3 Right.
4       MR. HUNTER: Mr. Wilson?
5       HEARING OFFICER: sir.
6       MR. HUNTER: we've reviewed the list of
7 deficiencies and wonder if the -- and these deficiencies
8 appear to be minor in nature and appear to us to be nothing
9 causally related to the accident. We wonder if we can pose
10 that question.
11       HEARING OFFICER: Certainly. Are you up to
12 speed? Do you know what we've been discussing down here and
13 what's been going on or we could put Mr. Helton on the
14 stand? He's been here every day. You just heard the report
15 that he was there when it was done. I don't even have to
16 put him on the stand.
17       MR. HUNTER: That would be fine. I could ask him.
18       HEARING OFFICER: Lieutenant Helton, is there
19 anything on this report that you feel is even collaterally
20 related to the marine casualty that is under investigation
21 at this hearing?
22       MR. HELTON: No, sir.
23       MR. HUNTER: Thank you. We have no further
24 questions.
25       HEARING OFFICER: sir?

Page 208

1       MR. RATLIFF: Mike Ratliff for State of Texas.
2               EXAMINATION
3 BY MR. RATLIFF:
4   Q. You said the notice to mariners was not updated
5 since when?
6   A. The last one we were able to find and the format
7 that they have up there that they had in the wheelhouse, it
8 appeared to be pretty prominent in a binder of sorts with
9 notice to mariners in there. I asked the Captain about the
10 notice to mariners and he pulled out the binder, went
11 through it and the last one that was -- that we could find
12 or the most, I'm sorry, the most recent was January of -- I
13 think it was 2000, is what I had written at that time. That
14 was what he could -- that was what we found.
15   Q. And the Captain that you're conducting this
16 interview with, was that Rocky Wilson?
17   A. Yes, sir.
18   Q. And you say that it took several minutes to locate
19 the charts. Did you ask Captain Wilson, then, for the chart
20 for this area?
21   A. Yes, sir, and he was helping me at that time. He
22 had a lot on his mind, but he was, you know, periodically
23 through the day he was dedicated to --
24       HEARING OFFICER: Where did he find the chart?
25       THE WITNESS: Ended up, sir, we -- he ended up