```
 1            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF TEXAS
 2                BROWNSVILLE DIVISION

 3

 4

 5   IN RE THE COMPLAINT AND       * CIVIL ACTION
     PETITION OF BROWN WATER       *
 6   TOWING I, INC., AS OWNER,     * NO. B-01-157
     AND BROWN WATER MARINE        *
 7   SERVICE INC., AS BAREBOAT     * c/w
     CHARTERERS, OF THE BROWN      *
 8   WATER V, ITS ENGINES, TACKLE, * CIVIL ACTION
     ETC., IN A CAUSE OF           *
 9   EXONERATION FROM OR           * NO. B-02-004
     LIMITATION OF LIABILITY       *
10                                 *
     IN THE MATTER OF AMERICAN     * Admiralty
11   COMMERCIAL LINES AS OWNER     *
     AND AMERICAN COMMERCIAL BARGE *
12   LINE LLC AS CHARTERER OF THE  *
     BARGES NM-315, VLB-9182,      *
13   ACL-9993B, VLB-9173, PRAYING  *
     FOR EXONERATION FOR AND/OR    *
14   LIMITATION OF LIABILITY       *
                                   *
15       *  *  *  *  *  *  *  *  *  *  *

16

17

18

              Transcript of the videotaped
19   deposition of PATRICK D. HOESSLE, ▓▓▓▓
     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Jeffersonville,
20   Indiana 47130, taken in the offices of
     Jones, Walker, Waechter, Poitevent, Carrere
21   & Denegre, 52nd Floor, Bank One Center, 201
     St. Charles Avenue, New Orleans, Louisiana
22   70170, on Monday, the 15th day of July,
     2002.
23

24

25
                                         EXHIBIT 29
```

601 Poydras Street, Suite 2003       Gaudet, Kaiser & Pepper       7967 Office Park Blvd.
New Orleans, Louisiana 70130                                        Baton Rouge, Louisiana 70809
Phone (504) 525-9100                 Toll Free 1-888-525-9100       Phone (225) 926-9411

2

1  **APPEARANCES:**

2

3

4  WATTS & HEARD
   (By:   Mikal C. Watts, Esquire
                 - and -
5          Ray R. Marchan, Esquire)
   1926 East Elizabeth Street
6  Brownsville, Texas   78520-4933
        (Attorneys for Brigete Goza,
7          Gustavo Morales, Jacqueline
           Paddock, and Lydia Zamora)

8

9

10 LAW OFFICES OF HERIBERTO MEDRANO
   (By:   Heriberto "Eddie" Medrano,
11               Esquire)
   1101 West Tyler Street
12 Harlingen, Texas   78550
        (Attorneys for the Harris
13         Claimants)

14

15

16 SCHIRRMEISTER AJAMIE
   (By:   S. Mark Strawn, Esquire)
   Suite 2150
17 Pennzoil Place - South Tower
   711 Louisiana
18 Houston, Texas   77002
        (Attorneys for the Estate of
19         Julio Morales, et al)

20

21

22 GAUNTT & KRUPPSTADT
   (By:   J. Chad Gauntt, Esquire)
   Suite C
23 9004 Forest Crossing Drive
   The Woodlands, Texas   77381
24      (Attorneys for the Estate of
           Stvan Rivas, et al)

25

```
                                                              3
 1      APPEARANCES (continued):

 2


 3              LAW OFFICE OF JULIAN RODRIGUEZ, JR.
                (By:  Nathan Pekar, Esquire)
 4              100 West Pecan Street
                McAllen, Texas 78501
 5                  (Attorneys for the Estate of
                     Omar Hinojosa, et al)
 6


 7


 8              KITTLEMAN, THOMAS, RAMIREZ
                & GONZALES
 9              (By:  Andres H. Gonzales, Jr.,
                          Esquire)
10              4900-B North 10th Street
                Post Office Box 1416
11              McAllen, Texas  78505
                    (Attorneys for the Mata
12                   Claimants)

13


14
                ROYSTON, RAYZOR, VICKERY & WILLIAMS
15              (By:  Will Pierson, Esquire)
                1700 Wilson Plaza West
16              606 North Carancahua
                Corpus Christi, Texas 78476
17                  (Attorneys for Petitioners,
                     Brown Water Marine Service,
18                   Inc., et al)

19


20
                JONES, WALKER, WAECHTER, POITEVENT,
21              CARRERE & DENEGRE
                (By:  Glenn G. Goodier, Esquire)
22              52nd Floor
                Bank One Center
23              201 St. Charles Avenue
                New Orleans, Louisiana  70170
24
                          - and -
25
```

601 Poydras Street, Suite 2003
New Orleans, Louisiana 70130
Phone (504) 525-9100
Fax (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 Office Park Blvd.
Baton Rouge, Louisiana 70809
Phone (225) 926-9411
Fax (225) 926-9762

4

1  **APPEARANCES (continued):**

2

3

4  BURT BARR & ASSOCIATES
   (By:  John Holman Barr, Esquire)
   304 South Record Street
5  Dallas, Texas  75202
       (Attorneys for American
6       Commercial Lines LLC and
        American Commercial Barge Line
7       LLC)

8

9

10 ADAMS AND REESE
   (By:  Mark J. Spansel, Esquire
              - and -
11         Edwin C. Laizer, Esquire)
   Suite 4500
12 One Shell Square
   701 Poydras Street
13 New Orleans, Louisiana  70139

14              - and -

15 OFFICE OF THE ATTORNEY GENERAL
   TRANSPORTATION DIVISION
16 (By:  Jack F. Gilbert, Esquire)
   Post Office Box 12548
17 Austin, Texas  78711-2548
        (Attorneys for the State of
18       Texas)

19

20

21 WILLIAMS BAILEY
   (By:  Byron M. Buchanan, Esquire)
   Suite 600
22 8441 Gulf Freeway
   Houston, Texas  77017-5001
23      (Attorneys for Hector Martinez,
         Sr.)

24

25

601 Poydras Street, Suite 2003
New Orleans, Louisiana 70130
Phone (504) 525-9100
Fax (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 Office Park Blvd.
Baton Rouge, Louisiana 70809
Phone (225) 926-9411
Fax (225) 926-9762

```
 1   VIDEOGRAPHER:
 2
 3
           Michael Gilmore
 4         United Video Production Company
           Suite 205
 5         418 Peoples Street
           Corpus Christi, Texas   78401
 6
 7
 8   REPORTED BY:
 9
10
           M. H. GAUDET, JR., CCR, RPR, RMR
11         Certified Court Reporter
           State of Louisiana
12
13
14
15
16
17            *     *     *     *     *
18
19
20
21
22
23
24
25
```

64

1    Were you supplied within the
2    first 30 days in which you started working
3    there with any documents by ACBL that showed
4    that -- depicted any audit reports or audit
5    forms concerning safety inspection audits
6    that were conducted on ACBL barges or tugs?
7        A.   No.  (Witness shakes head
8    negatively.)
9        Q.   Were you ever told or provided
10   with documents that indicated to you that
11   ACBL had either -- itself conducted safety
12   audits on its barges or its tugs?
13       A.   No.
14       Q.   Have you ever been provided
15   with any reports showing any findings or
16   conclusions of audits conducted by ACBL or
17   other third-party entities, companies that
18   were hired to go ahead and conduct audits on
19   barges or tugs?
20       A.   No.  I haven't received
21   anything like that.
22       Q.   All right.  All right, sir.
23       A.   Which all those things that you
24   mentioned are truly outside the scope of
25   what I do, so --

90

1  boat to cause them the least amount of
2  difficulty and also, you know, makes for
3  less time spent shoving it.
4      Q.    And when you go ahead and are
5  assigning a particular ACBL tugboat to move
6  some ACBL barges --
7      A.    Uh-huh (indicating
8  affirmatively).
9      Q.    -- and tow --
10     A.    Uh-huh (indicating
11 affirmatively).
12     Q.    -- do you take into account the
13 horsepower of that ACBL tug?
14     A.    Yes, I do.
15     Q.    And do you have a -- on your
16 display, in your database in your computer,
17 do you have that information available to
18 you that tells you ACBL barge number 1 --
19 I'm sorry -- ACBL tug number 1 is stationed
20 in Corpus Christi, Texas, for purposes of
21 this example, and it has engines rated at
22 however many horsepower?
23     A.    No.  I have learned the various
24 horsepowers of the boats that I operate.  I
25 have one boat that's a 1,000-horsepower.  I

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411

91

1  have a couple that are 1,200.  I have a
2  couple that are -- I could give you exact
3  numbers, but I'm -- They're broken up.  I
4  know I have just one 1,000.  I have a few
5  1,250s -- or -- Excuse me -- 1,200s, a
6  couple of 1350s, and a couple 1,800
7  horsepower, all of which are approved or
8  have been approved by operations to push the
9  maximum allowable size tow configuration.
10              But with respect to your
11 question, do I consider the horsepower of
12 the boat?  Yes.  If I have two boats that
13 are in the same area and I have barges for
14 each boat, I may elect to give maybe the
15 1,800 all loads, and I may give the 1,200
16 four loads and two empties.
17              But it's a function of what
18 boat is where also.  So I mean I can -- I
19 would be perfectly within my approved limits
20 to give a 1,200 six loads, and I do it every
21 day.  But, you know, I am thinking that --
22 You know, if I do know that because the
23 captain maybe has told me that it's really
24 windy out and I know that he's at 1,200 and
25 I have barges for him to move and I have

601 Poydras Street, Suite 2003
New Orleans, Louisiana 70130
Phone (504) 525-9100

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 Office Park Blvd.
Baton Rouge, Louisiana 70809
Phone (225) 926-9411

92

1   another boat that's coming in right behind
2   him that's an 18, I would let -- You know, I
3   wouldn't try to load all the load on that
4   guy, just make it easier for the captain.
5        Q.    So you're aware that horsepower
6   of a boat has a direct bearing on its
7   ability to go ahead and safely maneuver an X
8   number amount of barges that are loaded; is
9   that correct?
10       A.    That's right.  It -- Yeah.  I
11  mean, again, I'm within my limits on any of
12  my boats.
13       Q.    No.  I understand that.
14       A.    But, yeah.  I mean it's just
15  like a -- If you were pulling a personal,
16  you know, boat that you may have or
17  something with a truck, if you've got two
18  trucks that you could choose from and one
19  has a four cylinder and one has an eight,
20  it's nice to have the extra power to do it.
21       Q.    Let me ask you this.
22             The smallest-horsepower ACBL
23  tug that you have available to you is a
24  1,000-horsepower?
25       A.    That's correct.

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411

93

1  Q. How many barges -- What is the
2  maximum number of loaded barges that you
3  would assign that tug to push if, let's say,
4  for instance, you were assigning it to push
5  barges from Brownsville to Corpus Christi?
6  A. Four.
7  Q. Why only four?
8  A. That just -- I don't know.
9  That's just me. That's just, I guess, based
10 on my experience.
11 Q. But you're telling me earlier
12 that your understanding of your safety
13 limits or your weight limits allows you to
14 put six barges loaded together in a two-row
15 column; is that correct?
16 A. Yeah. I could do that, but
17 I -- It's kind of -- Well, first of all, I
18 probably wouldn't ever have that many loads
19 out there. Second of all, I don't -- I
20 don't run my boats out there very often.
21 But I would probably give them four.
22 Q. All right, sir. If you had an
23 1,800-horsepower tug down there in
24 Brownsville, how many loaded barges would
25 you feel safe to assign it to go ahead and

203

1   this letter where it says, "Copy 10 because
2   Brown Water is our partner," quote-unquote,
3   "in the BASF business out of Freeport."
4           Now, "Freeport," I assume
5   you're talking about Freeport, Texas; is
6   that right?
7       A.   That's correct.
8       Q.   And that's within your area of
9   supervision as the supervising dispatcher
10  for the Western Canal area of operations;
11  right?
12      A.   Yes and no.
13      Q.   Yes and no.  I like those.
14      A.   It is, but in this specific
15  instance, what you're showing me here, this
16  is -- This falls under the liquid sales
17  group, because this is strictly a tanker
18  barge issue.  And I apologize for -- to seem
19  confusing, but I'm what's known as a main
20  line dispatcher, and you also have -- You
21  also have people that only work with tank
22  barges, and I have the -- I work with both;
23  not all the tank barges, but some of them.
24          And this is -- obviously has to
25  do with the incident, but it's -- Tim Allen

601 Poydras Street, Suite 2003
New Orleans, Louisiana 70130
Phone (504) 525-9100

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 Office Park Blvd.
Baton Rouge, Louisiana 70809
Phone (225) 926-9411

204

1   is the director of -- I think he's the
2   Director of Liquid Sales.  These barges
3   that -- where they're talking about here as
4   Brown Water is our partner, there's some
5   type of a -- There's an arrangement with
6   BASF, in that we supply them the barges.
7   They have taken our barges on charter, which
8   is their -- It's under their care and
9   custody and like if they were their own
10  barges.  We're renting them to them, if you
11  will, and they're moving various liquid
12  products -- I don't even know where, but
13  they are.  They have several barges.
14              And Brown Water does -- has an
15  agreement with BASF to do the towing of
16  those.  So, basically, we're both -- We have
17  an agreement with BASF.  We're supplying
18  BASF these barges, and then Brown Water
19  supplies BASF with a means of moving them
20  under their direction.  BASF calls every --
21  all the shots on those.
22        Q.    All right.  Let's go back and
23  see if -- if you can clarify something for
24  me.
25              You called yourself a main line

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411

324

1  Q. Do you know of anybody with
2  that title with ACBL?
3  A. No.
4  Q. Has there ever been any
5  complaint to you from any third party or
6  independent party about how the Brown Water
7  tugs or their horsepower -- or about that
8  the Brown Water tugs are underpowered?
9  A. No, sir.
10 Q. Okay. Do you understand that
11 that's one of the allegations in this
12 particular case, or do you even know?
13 A. I'm assuming, but I didn't know
14 specifically.
15 Q. But your testimony is have
16 there been complaints or there have been no
17 complaints from outside sources about how
18 the Brown Water tugs are powered?
19 A. No complaints.
20 Q. And no complaints to you.
21    Do you know of any complaints
22 to the company?
23 A. I'm not aware of any.
24 Q. Do the tugboat companies
25 customarily tell you how many barges they

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411

**329**

1   BASF will only allow Brown Water Marine tugs
2   to operate those barges?
3          A.    That's correct.
4          Q.    And so that's what we're
5   talking about, dedicated tugs and dedicated
6   barges?
7          A.    Yes, sir.
8          Q.    Do you know -- Has it been
9   reported to you either before or after this
10  incident that Brown Water Marine Service or
11  Brown Water Towing I, Inc. has a bad safety
12  record?
13         A.    No.
14         Q.    You have dealt personally for
15  the past four or five years with Chad
16  Chapman and Steve Mosher; is that correct?
17         A.    Correct.
18         Q.    Can you characterize how you
19  found them to be as far as their industry is
20  concerned?  Are they knowledgeable, they're
21  not knowledge?
22         A.    They are -- They're
23  knowledgeable.  They're -- It is my
24  experience that they're responsive.
25         Q.    And what do you mean,

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411

360

1    A.    Yes.
2    Q.    And isn't it true that your
3  company has the ultimate responsibility to
4  make sure that the carriers -- third-party
5  carriers that it hires to push its barges
6  are safe and responsible carriers?
7    MR. GOODIER:
8         Objection; calls for a legal
9  conclusion --
10   MR. BARR:
11        Objection.
12   MR. GOODIER:
13        -- a lawyer.
14 EXAMINATION BY MR. MEDRANO:
15   Q.    Isn't it true that your company
16 determines which third-party carriers it
17 hires that are safe and responsible and
18 whether or not they're safe and responsible
19 to your standards?
20   A.    What?  I -- Your questions are
21 long.  I'm tired.  What?  One more time.
22   Q.    Sure.  You bet.
23        Your company determines who
24 you -- what third-party carriers you hire to
25 push your barge; right?

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411

361

```
 1       A.    Yes.
 2       Q.    Okay.  Your company determines
 3  whether or not those third-party carriers
 4  are safe and responsible; correct?
 5       A.    Yes.
 6       Q.    And one of the ways you do that
 7  is by conducting audits and inspections of
 8  them; correct?
 9       A.    That could be one way, yes.
10       Q.    But you don't do them yourself;
11  do you?
12       A.    No, sir.
13       Q.    You hire other third-party
14  companies to do that?
15       A.    Yes, sir.
16       Q.    But you yourself don't have
17  access to those reports or audits; is that
18  correct?
19       A.    No, sir.  I've never -- I may
20  have.  I've never had a need or -- to delve
21  into them.
22       Q.    And other than this one audit
23  that you don't know really what the results
24  were concerning Brown Water, you don't know
25  of any other audits personally that were
```

601 Poydras Street, Suite 2003
New Orleans, Louisiana 70130
Phone (504) 525-9100

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 Office Park Blvd.
Baton Rouge, Louisiana 70809
Phone (225) 926-9411