```
 1           UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF TEXAS
 2               BROWNSVILLE DIVISION

 3

 4

 5   IN RE THE COMPLAINT AND         *  CIVIL ACTION
     PETITION OF BROWN WATER         *
 6   TOWING I, INC., AS OWNER,       *  NO. B-01-157
     AND BROWN WATER MARINE          *
 7   SERVICE INC., AS BAREBOAT       *  c/w
     CHARTERERS, OF THE BROWN        *
 8   WATER V, ITS ENGINES, TACKLE,   *  CIVIL ACTION
     ETC., IN A CAUSE OF             *
 9   EXONERATION FROM OR             *  NO. B-02-004
     LIMITATION OF LIABILITY         *
10                                   *
     IN THE MATTER OF AMERICAN       *  Admiralty
11   COMMERCIAL LINES AS OWNER       *
     AND AMERICAN COMMERCIAL BARGE   *
12   LINE LLC AS CHARTERER OF THE    *
     BARGES NM-315, VLB-9182,        *
13   ACL-9993B, VLB-9173, PRAYING    *
     FOR EXONERATION FOR AND/OR      *
14   LIMITATION OF LIABILITY         *
                                     *
15                                   *
                                     *
16   * * * * * * * * * * *                       COPY

17

18

19        Transcript of the videotaped
     Rule 30(b)(6) deposition of AMERICAN
20   COMMERCIAL BARGE LINE, LLC, through its
     designated representative, CHRISTIAN
21   BRINKOP, ████████████████, Mandeville,
     Louisiana 70471, taken in the offices of
22   Jones, Walker, Waechter, Poitevent, Carrere
     & Denegre, 52nd Floor, Bank One Center, 201
23   St. Charles Avenue, New Orleans, Louisiana
     70170, on Wednesday, the 14th day of August,
24   2002.

25                                       EXHIBIT 30
```

```
                                                              2
 1     APPEARANCES:

 2

 3
                WATTS & HEARD
 4              (By:  Mikal C. Watts, Esquire
                         - and -
 5               Ray R. Marchan, Esquire)
                1926 East Elizabeth Street
 6              Brownsville, Texas  78520-4933
                    (Attorneys for Brigete Goza,
 7                   Gustavo Morales, Jacqueline
                     Paddock, and Lydia Zamora)
 8

 9

10              SCHIRRMEISTER AJAMIE
                (By:  S. Mark Strawn, Esquire)
11              Suite 2150
                Pennzoil Place - South Tower
12              711 Louisiana
                Houston, Texas  77002
13                  (Attorneys for the Estate of
                     Julio Morales, et al)
14

15

16              GAUNTT & KRUPPSTADT
                (By:  J. Chad Gauntt, Esquire)
17              Suite C
                9004 Forest Crossing Drive
18              The Woodlands, Texas  77381
                    (Attorneys for the Estate of
19                   Stvan Rivas, et al)

20

21
                LAW OFFICE OF JULIAN RODRIGUEZ, JR.
22              (By:  Julian Rodriguez, Jr.,
                         Esquire)
23              100 West Pecan Street
                McAllen, Texas  78501
24                  (Attorneys for the Estate of
                     Omar Hinojosa, et al)
25
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

| | |
|---|---|
| 1 | **APPEARANCES (continued):** |
| 2 | |
| 3 | |
| 4 | KITTLEMAN, THOMAS, RAMIREZ & GONZALES |
| 5 | (By:  Andres H. Gonzalez, Jr., Esquire) |
| 6 | 4900-B North 10th Street<br>Post Office Box 1416 |
| 7 | McAllen, Texas  78505<br>    (Attorneys for the Mata |
| 8 |         Claimants) |
| 9 | |
| 10 | WILLIAMS BAILEY |
| 11 | (By:  Jim Hart, Esquire)<br>Suite 600 |
| 12 | 8441 Gulf Freeway<br>Houston, Texas  77017-5001 |
| 13 |     (Attorneys for Hector Martinez,<br>        Sr.) |
| 14 | |
| 15 | |
| 16 | LAW OFFICES OF McMANUS & CRANE<br>(By:  William Q. McManus, Esquire) |
| 17 | 209 West Juan Linn<br>Post Office Box 2206 |
| 18 | Victoria, Texas 77902-2206<br>    (Attorneys for Robin Faye |
| 19 |         Leavell, et al) |
| 20 | |
| 21 | ROYSTON, RAYZOR, VICKERY & WILLIAMS<br>(By:  Will W. Pierson, Esquire) |
| 22 | 1700 Wilson Plaza West<br>606 North Carancahua |
| 23 | Corpus Christi, Texas 78476<br>    (Attorneys for Petitioners, |
| 24 |         Brown Water Marine Service,<br>        Inc., et al) |
| 25 | |

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

**4**

1    **APPEARANCES** (**continued**):

2

3

4            JONES, WALKER, WAECHTER, POITEVENT,
             CARRERE & DENEGRE
             (By:  Glenn G. Goodier, Esquire)
5            52nd Floor
             Bank One Center
6            201 St. Charles Avenue
             New Orleans, Louisiana   70170
7                (Attorneys for American
                  Commercial Lines LLC and
8                 American Commercial Barge Line
                  LLC)

9

10

11           BURT BARR & ASSOCIATES
             (By:  John Holman Barr, Esquire)
12           304 South Record Street
             Dallas, Texas   75202
13               (Attorneys for American
                  Commercial Barge Line LLC)

14

15

16           ADAMS AND REESE
             (By:  Mark J. Spansel, Esquire)
17           Suite 4500
             One Shell Square
18           New Orleans, Louisiana   70139

19                     - and -

20           OFFICE OF THE ATTORNEY GENERAL
             TRANSPORTATION DIVISION
21           (By:  Jack F. Gilbert, Esquire)
             Post Office Box 12548
22           Austin, Texas   78711-2548
                 (Attorneys for the State of
23                Texas)

24

25

5

1  **VIDEOGRAPHER**:
2
3
4              Michael Gilmore
               United Video Production Company
               Suite 205
5              418 Peoples Street
               Corpus Christi, Texas 78401
6
7
8
9  **REPORTED BY**:
10
11
12             **M. H. GAUDET, JR., CCR, RPR, RMR**
               Certified Court Reporter
13             State of Louisiana
14
15
16
17
18                 *     *     *     *     *
19
20
21
22
23
24
25

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1    license you can get.
 2         Q.    Okay.  That is the most -- the
 3    license that confers the most prestige and
 4    acknowledgment of the most experience and
 5    expertise that is available; is that right?
 6         A.    That's the highest license in
 7    the hierarchy that the Coast Guard offers, I
 8    believe.
 9         Q.    Okay.
10         A.    I'm not sure, but I think that
11    is, unlimited master of ocean vessels.
12         Q.    All right.  When you were a
13    pilot, did you have a master's license?
14         A.    No.
15         Q.    Okay.  Do you-all at ACBL
16    require that your pilots be trained by
17    somebody with a master's license?
18         A.    No.
19         Q.    What do you have in place by
20    way of insuring that somebody is competent
21    and, in effect, is going into an area with
22    which they are familiar, as you put it?
23         A.    Well, we have a training
24    program where we train people, and when we
25    hire people from -- that were not trained
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1    within the company, again, we check the
 2    references to insure that they indeed have
 3    the experience that they claim.  Then we
 4    usually put them on board.  We -- We seek
 5    input from the person we put them on board
 6    with on their competency.
 7         Q.    So what you're trying to do is
 8    either to personally train them yourselves
 9    or, to the extent that they claim like
10    training from somebody else, to verify that
11    that training has, in fact, occurred?
12         A.    Yes.
13         Q.    Okay.  With respect to the
14    training that ACBL puts its own operators
15    through, tell us about that:  How long is
16    it, what does it entail, this kind of thing.
17         A.    It's -- It could be anywhere
18    from -- from months to years, depending on
19    the -- the trade that -- the area that the
20    person is training in, the capability of the
21    person.
22         Q.    Do you make the decision of
23    with whom a new hire is placed from the
24    standpoint of whoever's got to certify him
25    as being experienced within the company?
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1   A.   Do I personally?

2   Q.   Yeah.

3   A.   No.

4   Q.   Who does that?

5   A.   The marine superintendent.

6   Q.   Okay. Is the person who do --
7   who does that work under your auspices
8   within the organizational hierarchy?

9   A.   Yes.

10  Q.   Okay. So, in other words, a
11  person -- And I think that would be Brian
12  Christie -- that works under you is the one
13  that decides with whom a new hire is going
14  to be placed from the standpoint of getting
15  the kind of training that you-all want your
16  people to have?

17  A.   Let me -- Let me say the way I
18  understand it.

19       If it's a person that we're
20  training that's not a pilot, then that
21  would -- your statement would be correct.

22  Q.   Okay. What if they were a
23  pilot? How do you train them?

24  A.   If they're already a pilot and
25  they're already licensed, it's up to -- to

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

70

1   Brian to insure that the references are
2   checked.  We hold a briefing with that
3   individual before they go on board to make
4   sure they understand certain of ACBL
5   policies that are -- that are critical for
6   them to understand and then put them on
7   board.  We don't -- We assume that pilot
8   is -- is competent and has been trained.
9         Q.      Okay.
10        A.      We don't put them on to do more
11  training.  We're hiring them for their
12  expertise as a pilot.
13        Q.      Okay.  And that -- let me -- In
14  my next several questions, let me
15  distinguish between the generalized notion
16  of competence or general expertise -- Let me
17  distinguish that from the specific notion of
18  experience with respect to a particular area
19  or terrain, if you will.  In other words --
20        A.      I'm not sure I understand --
21        Q.      Yeah.
22        A.      -- the distinction.
23        Q.      And let me try again till you
24  do.  Let me just give you a hypothetical.
25              Let's say you've got a guy

601 Poydras Street, Suite 2003
New Orleans, Louisiana 70130
Phone (504) 525-9100
Fax (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 Office Park Blvd.
Baton Rouge, Louisiana 70809
Phone (225) 926-9411
Fax (225) 926-9762

1  A. Yes.

2  MR. GOODIER:

3  Object to leading.

4  EXAMINATION BY MR. PIERSON:

5  Q. In your position as the Vice
6  President of Operations for ACBL down here
7  in New Orleans for the Gulf Coast region,
8  you stated that you've never had any
9  conversations with Brown Water Marine or its
10 personnel.

11 Have you ever had any
12 complaints voiced to you about Brown Water
13 Marine as an operator?

14 A. No.

15 Q. Have you ever had any
16 complaints voiced to you as the vice
17 president of the Gulf Coast region that
18 Brown Water Marine and its tugboat captains,
19 that they're unsafe operators?

20 A. No.

21 Q. I want to make sure that we're
22 clear on the record.

23 There's been a lot of
24 discussions about horsepower requirements
25 and rules of thumb.

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762