1
2
3
4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

5  IN RE THE COMPLAINT AND         * CIVIL ACTION
   PETITION OF BROWN WATER         *
6  TOWING I, INC., AS OWNER,       * NO. B-01-157
   AND BROWN WATER MARINE          *
7  SERVICE INC., AS BAREBOAT       * c/w
   CHARTERERS, OF THE BROWN        *
8  WATER V, ITS ENGINES, TACKLE,   * CIVIL ACTION
   ETC., IN A CAUSE OF             *
9  EXONERATION FROM OR             * NO. B-02-004
   LIMITATION OF LIABILITY         *
10                                 *
   IN THE MATTER OF AMERICAN       * Admiralty
11 COMMERCIAL LINES AS OWNER       *
   AND AMERICAN COMMERCIAL BARGE   *
12 LINE LLC AS CHARTERER OF THE    *
   BARGES NM-315, VLB-9182,        *
13 ACL-9993B, VLB-9173, PRAYING    *
   FOR EXONERATION FOR AND/OR      *
14 LIMITATION OF LIABILITY         *
                                   *
15 *   *   *   *   *   *   *   *   *   *   *

16
17                              COPY
18

19         Transcript of the videotaped
   deposition of **JAMES FRANKLIN FARLEY**, ▓▓▓▓
20 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓, Louisville, Kentucky
   40222, taken in the offices of Boehl,
21 Stopher & Graves, Suite 2300, Aegon Center,
   400 North Market Street, Louisville,
22 Kentucky 40202, on Thursday, the 29th day of
   August, 2002.

23
24
25                              **EXHIBIT 31**

1    **APPEARANCES:**

2

3            WATTS & HEARD
             (By:  Ray R. Marchan, Esquire)
4            1926 East Elizabeth Street
             Brownsville, Texas  78520-4933
5                (Attorneys for Brigete Goza,
                     Gustavo Morales, Jacqueline
6                    Paddock, and Lydia Zamora)

7

8            LAW OFFICES OF HERIBERTO MEDRANO
             (By:  Heriberto "Eddie" Medrano,
9                      Esquire)
             1101 West Tyler Street
10           Harlingen, Texas  78550
                 (Attorneys for the Harris
11                   Claimants)

12

13           SCHIRRMEISTER AJAMIE
             (By:  S. Mark Strawn, Esquire)
14           Suite 2150
             Pennzoil Place - South Tower
15           711 Louisiana
             Houston, Texas  77002
16               (Attorneys for the Estate of
                     Julio Morales, et al)

17

18

19           GAUNTT & KRUPPSTADT
             (By:  J. Chad Gauntt, Esquire)
             Suite C
20           9004 Forest Crossing Drive
             The Woodlands, Texas  77381

21                       - and -

22
             THE LAW OFFICE OF JOHN DAVID FRANZ
23           (By:  John David Franz, Esquire)
             400 North McColl
24           McAllen, Texas  78501
                 (Attorneys for the Estate of
25                   Stvan Rivas, et al)

1    **APPEARANCES** (**continued**):

2

3

4              KITTLEMAN, THOMAS, RAMIREZ
               & GONZALES
               (By:  Andres H. Gonzalez, Jr.,
5                    Esquire)
               4900-B North 10th Street
6              Post Office Box 1416
               McAllen, Texas  78505
7                  (Attorneys for the Mata
                    Claimants)
8

9

10             WILLIAMS BAILEY
               (By:  Candice McNabb, Esquire)
11             Suite 600
               8441 Gulf Freeway
12             Houston, Texas  77017-5001
                   (Attorneys for Hector Martinez,
13                  Sr.)

14

15
               LAW OFFICES OF McMANUS & CRANE
16             (By:  William Q. McManus, Esquire)
               209 West Juan Linn
17             Post Office Box 2206
               Victoria, Texas 77902-2206
18                 (Attorneys for Robin Faye
                    Leavell, et al)
19

20

21             ROYSTON, RAYZOR, VICKERY & WILLIAMS
               (By:  Will W. Pierson, Esquire)
22             1700 Wilson Plaza West
               606 North Carancahua
23             Corpus Christi, Texas 78476
                   (Attorneys for Petitioners,
24                  Brown Water Marine Service,
                    Inc., et al)
25

1    **APPEARANCES (continued):**

2

3

4              JONES, WALKER, WAECHTER, POITEVENT,
               CARRERE & DENEGRE
               (By:  Glenn G. Goodier, Esquire)
5              52nd Floor
               Bank One Center
6              201 St. Charles Avenue
               New Orleans, Louisiana  70170
7
                          - and -
8
               BURT BARR & ASSOCIATES
9              (By:  John Holman Barr, Esquire)
               304 South Record Street
10             Dallas, Texas  75202
                   (Attorneys for American
11                  Commercial Lines LLC and
                    American Commercial Barge Line
12                  LLC)

13

14
               ADAMS AND REESE
15             (By:  Edwin C. Laizer, Esquire)
               Suite 4500
16             One Shell Square
               New Orleans, Louisiana  70139
17
                          - and -
18
               OFFICE OF THE ATTORNEY GENERAL
19             TRANSPORTATION DIVISION
               (By:  Jack F. Gilbert, Esquire)
20             Post Office Box 12548
               Austin, Texas  78711-2548
21                  (Attorneys for the State of
                    Texas)
22

23

24

25

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

**Gaudet, Kaiser & Pepper**
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    **VIDEOGRAPHER:**

2

3

4            Michael Gilmore
             United Video Production Company
             Suite 205
5            418 Peoples Street
             Corpus Christi, Texas 78401

6

7

8

     **REPORTED BY:**

9

10

11           **M. H. GAUDET, JR., CCR, RPR, RMR**
             Certified Court Reporter
12           State of Louisiana

13

14

15

16

17

18           *         *         *         *         *

19

20

21

22

23

24

25

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1              After 1998?
 2         A.    No.  I'm sorry.  After -- I
 3    became Vice President of Distribution
 4    Services in 1993.  So my knowledge of Brown
 5    Water would have been after that period of
 6    time.
 7         Q.    All right, sir.  Are you
 8    familiar or do you know whether there are
 9    third-party tugboat companies ACBL hired to
10    go ahead and push its barges down there in
11    the Gulf Coast area of port of Brownsville?
12         A.    Specifically to the West Canal,
13    Eckstein Marine operates in the West Canal.
14    A company named -- by the name of Marine
15    Inland has operated in that reach.  Kirby
16    Corporation has moved barges for us in that
17    reach.  And I'm -- That's all I can really
18    remember.
19         Q.    All right, sir.  Are you
20    familiar with what are the standards or what
21    are the guidelines that ACBL uses in
22    determining what type -- or which
23    third-party tugboat company they will go
24    ahead and -- and hire to move its barges?
25         A.    How do we decide who we use?
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1          Q.      Yes.

2          A.      It's people we have done

3     business with over a period of time.   In

4     other words, you -- There's not a lot of

5     movement in and out of that -- that service.

6     So if one has been doing business with

7     someone for a period of time and they

8     have -- provide service and -- and -- you

9     would continue to use them.   In other words,

10    there's not a selection process in many

11    cases.

12         Q.      Is it fair to say that -- that

13    your barge operations down -- reaching all

14    way down to the Port of Brownsville, that's

15    at the end of the line?

16         A.      Brownsville is as far as a U.S.

17    river barge can go.

18         Q.      And compared to the amount of

19    traffic or business that you do in other

20    waterways throughout the U.S., would you say

21    that your traffic in the port of

22    Brownsville, in and out of the port of

23    Brownsville, is -- in comparison to the

24    other areas that you have traffic with, is

25    very strong or very light?

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    THE WITNESS:

2         Why do we make a decision to

3    use a third party?

4    EXAMINATION BY MR. MARCHAN:

5         Q.    Yeah.  Why do you make a

6    decision to use a third party to meet

7    American Commercial Barge Line's

8    obligations?

9         A.    Because we don't have boats of

10   our own in that particular reach in a timely

11   manner to make that movement.

12        Q.    When you sub out the work to a

13   third party, do y'all make profit from using

14   the third party?  That is, they charge less

15   than what you charge the customer?

16        A.    Well, moves are priced over the

17   length, their length.

18        Q.    Sure.

19        A.    They're not broken into any

20   specific section.  So as result, it's a net

21   profitability of a movement.  We don't spend

22   a lot of time breaking that down.

23        Q.    So is the answer yes, y'all

24   make net profit from subbing out the work?

25        MR. GOODIER:

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1          Object to the form of the
2    question.  That's not what he said.  He's
3    already answered it.
4          MR. MARCHAN:
5              Well, I asked a different
6    question.
7          MR. GOODIER:
8              You asked him if he made a
9    profit specifically by subbing out the work,
10   and he's already answered the question no.
11   EXAMINATION BY MR. MARCHAN:
12        Q.    Y'all don't make a net profit
13   from subbing out the work to third-party
14   carriers?
15        A.    I couldn't relate to that, sir.
16   I -- I don't know.  I don't know the
17   specificity.
18        Q.    Who knows that?
19        A.    Who knows that?  We don't -- We
20   have -- Let me think about that.  And I'm
21   trying to answer your question --
22        Q.    Sure.
23        A.    -- "who knows that."
24        Q.    Who would know if you make a
25   profit?

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1          A.      Well, we have an accounting

2     subgroup that does various analyses of

3     various lanes of business.  They know.  We

4     have cost cards that speak to the general

5     nature of our costing so that the sales

6     group has the ability to price things with a

7     profit in -- inherent in that.  The -- My

8     point would be the decision to move the

9     barge would rest on the fact of whether or

10    not we had our own motive power, because we

11    prefer -- we -- Because we are a boat

12    company, we use our own power where

13    available.

14          Q.      Would you agree with the

15    general proposition, as did Mr. Ivey, that a

16    higher-horsepowered towboat costs more to

17    operate than a lesser-horsepowered towboat?

18          A.      There are certainly fuel and

19    crew -- number of crewmembers aboard that

20    could make a difference, certainly.

21          MR. MARCHAN:

22              Okay.  Thank you very much for

23    your time.

24              I'll pass the witness.

25              Switch chairs?

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411

134

```
 1    affirmatively.)
 2         Q.    And you talked about how you go
 3    through that process, and as I understand
 4    it, basically you deal with people you've
 5    dealt with for a long time?
 6         A.    Yes.
 7         Q.    All right.  When you came on
 8    board in 1993, I assume you had certain
 9    subcontractors that y'all were using in the
10    West Canal area?
11         A.    Yes.
12         Q.    And do you know if Brown Water
13    was one of those towing subcontractors in
14    1993?
15         A.    I can only assume.  I don't
16    know specifically if they were or they
17    weren't in 1993.
18         Q.    All right.  Now, in 1998 you
19    left that position of Vice President of
20    Distribution Services?
21         A.    Yes, sir.
22         Q.    And you became the Vice
23    President of Liquid Sales?
24         A.    That's correct.
25         Q.    Between those two dates, 1993
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1   Monarch.

2        Q.      Have you received any

3   complaints from any of the customers that

4   have had cargos towed by Brown Water Marine

5   about the BROWN WATER V being underpowered?

6        A.      The BROWN WATER V being

7   underpowered, no.

8        Q.      Do you know of any evidence

9   from any source that the BROWN WATER V was,

10  in fact, underpowered on September the 15th

11  of 2001?

12       A.      I have no reason to have a -- a

13  belief about underpowered for the BROWN

14  WATER V.

15       Q.      Now, the experience with Brown

16  Water Marine, however many years that's

17  been, has been satisfactory to ACBL?

18       A.      Yes.

19       Q.      Does ACBL continue to use Brown

20  Water Marine?

21       A.      Yes.

22       Q.      As the result of this

23  particular incident, did -- To your

24  knowledge, did ACBL look to Brown Water

25  Marine to fix whatever damage was to the

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1    ACBL barge?

 2           A.      Yes.

 3           Q.      Is that customary in the

 4    industry?

 5           A.      Yes.

 6           Q.      Is there any particular

 7    timetable on the West Canal as to how long

 8    it'll take to make a movement, say, from

 9    Brownsville to Bolivar?

10           A.      Is -- I'm sorry.  A timetable?

11           Q.      Right.

12           A.      No.  There's no specific

13    timetable.

14           Q.      I wanted to ask you -- There

15    was a question asked about profit and is the

16    rate set for a particular -- Say these three

17    barges from Brownsville to Bolivar, if

18    that's where they were going to go, there's

19    a set rate for those barges?

20           A.      From their origin to

21    destination, yes, there's a set rate.

22           Q.      Is it correct to say that if

23    you then hire a third party such as Brown

24    Water, that that, in fact, would cut into

25    ACBL's profits?
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-0762

1          MR. STRAWN:

2                    Objection; leading.

3          THE COURT REPORTER:

4                    I'm sorry.

5                    Who objected?

6          MR. STRAWN:

7                    I did.

8          THE WITNESS:

9                    A movement is priced including

10    the entire duration of the voyage.  There's

11    a -- There's an assumption made on the cost

12    of the barge and the cost of the motive

13    power to get it there.

14                    So you're asking me to

15    speculate on the relative value of -- like I

16    say, I'm not -- so I don't -- you're going

17    to have to rephrase now.  I started talking.

18    I got all lost there for a while.

19          MR. PIERSON:

20                    That's fine.

21    EXAMINATION BY MR. PIERSON:

22          Q.      If you're using an ACBL tug to

23    go from Brownsville --

24          A.      Yeah.

25          Q.      -- to Bolivar, then whatever

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1   profit is from that voyage is all of ACBL's?

2       A.      The profit in the voyage from A

3   to B is -- including net of expenses --

4       Q.      Right.

5       A.      -- is ACBL's, yes.  Correct.

6       Q.      Right.

7               I'm just asking you that if you

8   use a third party, do you increase the

9   charges to the cargo owner, or does that

10  charge then get --

11      A.      No.  (Witness shakes head

12  negatively.)  No, we do not increase the

13  charges.

14      Q.      All right.  So then you would

15  receive less money, ACBL would, for the

16  movement of that particular barge if you use

17  a third-party operator?

18      A.      We could.  For a particular

19  move, I think everyone needs to remember why

20  logistical decisions are reached.  It would

21  be that we -- we had one or two barges and

22  did not have our own vessel even there to

23  make that choice, and so you make a choice

24  to move the customer's product on.

25      Q.      Do you know whether or not ACBL

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762