1

                UNITED STATES DISTRICT COURT
2               SOUTHERN DISTRICT OF TEXAS
                  BROWNSVILLE DIVISION

3

4

5   IN RE THE COMPLAINT AND        *   CIVIL ACTION
    PETITION OF BROWN WATER        *
6   TOWING I, INC., AS OWNER,      *   NO. B-01-157
    AND BROWN WATER MARINE         *
7   SERVICE INC., AS BAREBOAT      *   c/w
    CHARTERERS, OF THE BROWN       *
8   WATER V, ITS ENGINES, TACKLE,  *   CIVIL ACTION
    ETC., IN A CAUSE OF            *
9   EXONERATION FROM OR            *   NO. B-02-004
    LIMITATION OF LIABILITY        *
10                                 *
    IN THE MATTER OF AMERICAN      *   Admiralty
11  COMMERCIAL LINES AS OWNER      *
    AND AMERICAN COMMERCIAL BARGE  *
12  LINE LLC AS CHARTERER OF THE   *
    BARGES NM-315, VLB-9182,       *
13  ACL-9993B, VLB-9173, PRAYING   *
    FOR EXONERATION FOR AND/OR     *
14  LIMITATION OF LIABILITY        *
                                   *
15                                 *
    *   *   *   *   *   *   *   *   *   *   *
16

17

18

            Transcript of the videotaped deposition of
19  **MICHAEL A. KHOURI,** ███████████████████, Louisville,
    Kentucky 40223, taken at the Seelbach Hilton, 500
20  South 4th Street, Louisville, Kentucky, on Tuesday,
    the 14th day of January, 2003.

21

22

23                                              COPY

24

25                                      **EXHIBIT 32**

601 POYDRAS STREET, SUITE 2003      Gaudet, Kaiser & Pepper      7967 OFFICE PARK BLVD.
NEW ORLEANS, LOUISIANA 70130                                    BATON ROUGE, LOUISIANA 70809
PHONE (504) 525-9100             Toll Free 1-888-525-9100       PHONE (225) 926-9411
FAX (504) 525-9109                                              FAX (225) 926-9762

1  **APPEARANCES:**

2          WATTS & HEARD
           (By:  Mikal C. Watts, Esquire
3                         - and -
                 Ray R. Marchan, Esquire)
4          1926 East Elizabeth Street
           Brownsville, Texas  78520-4933
5                  (Attorneys for Brigete Goza,
                     Gustavo Morales, Jacqueline
6                    Paddock, and Lydia Zamora)

7

           SCHIRRMEISTER AJAMIE
8          (By:  S. Mark Strawn, Esquire)
           Suite 2150
9          Pennzoil Place - South Tower
           711 Louisiana
10         Houston, Texas  77002
                   (Attorneys for the Estate of
11                   Julio Morales, et al)

12

           GAUNTT & KRUPPSTADT
13         (By:  Catherine Palmore, Esquire)
           Suite C
14         9004 Forest Crossing Drive
           The Woodlands, Texas  77381
15                 (Attorneys for the Estate of
                     Stvan Rivas, et al)

16

17         KITTLEMAN, THOMAS, RAMIREZ
           & GONZALES
18         (By:  Dale Kasofsky, Esquire)
           4900-B North 10th Street
19         Post Office Box 1416
           McAllen, Texas  78505
20                 (Attorneys for the Mata
                     Claimants)

21

           ROYSTON, RAYZOR, VICKERY & WILLIAMS
22         (By:  Jack Partridge, Esquire)
           1700 Wilson Plaza West
23         606 North Carancahua
           Corpus Christi, Texas 78476
24                 (Attorneys for Petitioners,
                     Brown Water Marine Service,
25                   Inc., et al)

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1 | **APPEARANCES (cont.)**

2 |     JONES, WALKER, WAECHTER, POITEVENT,
        CARRERE & DENEGRE
3 |     (By:  Glenn G. Goodier, Esquire)
        52nd Floor
4 |     Bank One Center
        201 St. Charles Avenue
5 |     New Orleans, Louisiana  70170

6 |

        ADAMS AND REESE
7 |     (By: Edwin C. Laizer, Esquire)
        Suite 4500
8 |     One Shell Square
        701 Poydras Street
9 |     New Orleans, Louisiana  70139

10 |                  - and -

11 |    OFFICE OF THE ATTORNEY GENERAL
        TRANSPORTATION DIVISION
12 |    (By:  Michael Ratliff, Esquire)
        Post Office Box 12548
13 |    Austin, Texas  78711-2548
             (Attorneys for the State of
14 |          Texas)

15 |

        WILLIAMS BAILEY
16 |    (By:  J. Mark Smith, Esquire)
        Suite 600
17 |    8441 Gulf Freeway
        Houston, Texas  77017-5001
18 |          (Attorneys for Hector Martinez,
             Sr.)
19 |

        LAW OFFICES OF VERONICA FARIAS
20 |    (By:  Veronica Farias, Esquire)
        2854 Boca Chica Boulevard
21 |    Brownsville, Texas  78521
             (Attorney Ad Litem for William
22 |          Welch, minor)

23 | ALSO PRESENT:
        Mr. Douglas Ruschman
24 |    Vice-President
        American Commercial Barge Line, L.L.C.
25 |

601 Poydras Street, Suite 2003
New Orleans, Louisiana 70130
Phone (504) 525-9100
Fax (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 Office Park Blvd.
Baton Rouge, Louisiana 70809
Phone (225) 926-9411
Fax (225) 926-9762

1    **VIDEOGRAPHER:**

2

3

4          Justin Lynch
          United Video Production Company
          Suite 205

5          418 Peoples Street
          Corpus Christi, Texas   78401

6

7

8    **REPORTED BY:**

9

10

11         **Betty Venturella, CCR**
          Certified Court Reporter
          State of Louisiana

12

13

14

15

16

17

18              *        *        *        *        *

19

20

21

22

23

24

25

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    the decision as to who to hire in terms of towing

2    contractors was in Distribution Services.  So they

3    probably would give the more direct testimony on

4    that.

5             BY MR. RATLIFF:

6                      That's all I have for you, Mr.

7             Khouri.  Thank you.

8             EXAMINATION BY MR. PARTRIDGE:

9             Q.     Mr. Khouri, my name is Jack Partridge,

10   and I represent Brown Water Marine.  You understand

11   that, don't you?

12            A.     Yes, I do.

13            Q.     You mentioned in your testimony that

14   before September of 2001 that ACBL had had a ten

15   year history with Brown Water Marine; is that

16   correct?

17            A.     That is my rough recollection.  I think

18   that's close.

19            Q.     To your knowledge, had ACBL had good

20   service from Brown Water Marine?

21            A.     Yes, good service.

22            Q.     Do you have any reason to believe or

23   did you prior to leaving the company that Brown

24   Water Marine was an unsafe operator?

25            A.     We did not have any facts or

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1  indications from anything that they were an unsafe

2  operator.

3          Q.      And after the Queen Isabella Causeway

4  event, in fact, you sent somebody down there to

5  look, listen in at the Coast Guard hearings just to

6  determine if they were a company that you wanted to

7  continue a relationship with; is that correct?

8          A.      Number one, we wanted to, you know, it

9  is -- as a prudent and responsible operator try to

10  figure out what happened given the tragedy of eight

11  deaths.  We said that's the only way we were going

12  to be able to get a view of the circumstances

13  surrounding that tragedy.  So a part of that would

14  be, is this someone who we need to make a decision

15  to stop using.

16          Q.      So you sent a man down there to listen

17  to the Coast Guard hearings and report back to the

18  company so that a determination could be made?  Is

19  that correct?

20          A.      Yes.

21          Q.      And as of 2002, mid-2002 when you left

22  the company, ACBL was continuing to use Brown Water

23  Marine; is that correct?

24          A.      To my knowledge, yes.

25          Q.      Are you aware of any other problems

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    there have been for a particular company?

2         A.     I think I just answered that question

3    no.

4         Q.     I think you said, the difference was

5    you weren't aware of what they did it with it, and

6    so I was following up.

7         A.     No.  I was trying to say, I knew there

8    was a huge database of something.  I heard 13,

9    14,000 entries a year.  I did not know how it could

10   be manipulate.

11        Q.     Fair enough.  I apologize.  I wasn't

12   trying to badger you, I was trying to go to the

13   next question off of this one.  Let me see if we're

14   together.  You were aware of the existence of the

15   CASMAIN database, correct?

16        A.     Yes.

17        Q.     Were you aware it was publicly

18   available on the Coast Guard Internet site?

19        A.     Actually, I don't know that I was aware

20   that it could be accessed that way, because the

21   previous time where I had been involved with the

22   CASMAIN database, I actually had a paper printout,

23   and I just didn't know how the person -- I said, I

24   need to see this.  I don't know how that mass of

25   paper got in front of me.

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411

1          Q.      I think that's a fair comment.  Let's

2    go both ways.  Before everything got computerized,

3    you were aware there was a CASMAIN database that

4    you could publicly get in a paper format?

5          A.      Yes.

6          Q.      You are now aware that you can access

7    it on the Internet site of the Coast Guard?

8          A.      Relying on you to be as truthful as --

9    you know, fine   --

10         Q.      In other medium, whether it's the old

11   way we all used to do it by getting paper from

12   Washington or the new way we all do it by getting

13   on the Internet site and typing in Coast Guard, the

14   information, had American Commercial Barge Line

15   wanted to see it, was available from the Coast

16   Guard with respect to a particular carrier's Coast

17   Guard violation history?

18         A.      One -- two part answer, one, assuming

19   all that to be true, the answer would be yes.  But

20   the second part of the answer would center around

21   this.  What you call information, my experience is,

22   is very fragmented data that is extremely hard to

23   figure out what all happened in this situation or

24   that situation.  And   --

25         Q.      Did any one at the ACBL, to your

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411