# In The Matter Of:

## ALLISION OF BROWN WATER V WITH QUEEN ISABELLA CAUSEWAY, D/L SEPTEMBER 15, 2001

### VOLUME SIX NOVEMBER 5, 2001
### September 15, 2001

---

*AK/RET REPORTING, RECORDS & VIDEO, INC.*
*CERTIFIED COURT REPORTERS*
*SUITE 880 TOWER II*
*555 N. CARANCAHUA*
*CORPUS CHRISTI, TX 78478*
*(361) 882-9037    FAX: (361) 882-3355*

Original File CG110501.V1, 153 Pages
Min-U-Script® File ID: 2528966915

**Word Index included with this Min-U-Script®**

**EXHIBIT 33**

Page 71

[1] then that I was interested in the training?
[2]   THE WITNESS: Briefly, but when you
[3] talked about resume, I thought you wanted a resume to
[4] follow up my sworn affidavit to verify who I was.
[5]   MR. WILSON: Yeah, that's what I
[6] wanted.
[7]   THE WITNESS: But not — I think we
[8] took it as a resume other than what our background
[9] was for this company.
[10]   MR. WILSON: Who's "we"? I don't need
[11] to know who "we" is. That's what I wanted. I
[12] mean —
[13]   THE WITNESS: I understand now.
[14]   MR. WILSON: Okay. We're going to call
[15] this a misunderstanding?
[16]   THE WITNESS: Yes, sir.
[17]   MR. WILSON: I don't mind doing that.
[18]   MR. PIERSON: Which is why, Mr. Wilson,
[19] I said in my letter that if you need additional
[20] information, please let us know.
[21]   Q: (BY MR. PIERSON:) Now, Mr. Mosher, has the
[22] company ever been, to your knowledge, ever been
[23] involved in any casualty where there was a loss of
[24] life other than the September the 15th?
[25]   A: A marine casualty or just a casualty?

Page 72

[1]   Q: A marine casualty.
[2]   A: No, sir.
[3]   Q: There was a car wreck accident —
[4]   A: Yes, sir.
[5]   Q: — somewhere on the highways. Is that
[6] correct?
[7]   A: Yes, sir.
[8]   Q: So this is the first incident where there's
[9] been a casualty on the water where there's been a
[10] loss of life.
[11]   A: Yes, sir.
[12]   Q: And the company's been in business for how
[13] many years?
[14]   A: Since 1989.
[15]   MR. PIERSON: I'm going to pass the
[16] witness then.
[17]   MR. WILSON: I don't have any
[18] questions. Texas, remembering where we're at,
[19] remember the e-mail that went out. Okay?
[20]   MR. GILBERT: Okay. Mr. Wilson, one
[21] thing is that until today, we hadn't seen the
[22] affidavit that you've had the opportunity to.
[23]   MR. WILSON: Okay.
[24]   MR. GILBERT: Mr. Pierson said he was
[25] going to send it out to everybody. We didn't ever

Page 73

[1] get one.
[2]   MR. PIERSON: I'm sorry. I thought
[3] that I did. I thought I did send it to everybody and
[4] I — Please accept my apology.
[5]   MR. WILSON: Would you like a short
[6] recess?
[7]   MR. GILBERT: We would like a short
[8] recess if we could.
[9]   MR. WILSON: Okay. Mr. Mosher, here's
[10] what I intend to do. You're going to — I'm assuming
[11] you're going to be here. You were here all — the
[12] whole other time.
[13]   THE WITNESS: Yes, sir.
[14]   MR. WILSON: Here's what I'd like to
[15] do. It's 11:30. I'm assuming everybody in this room
[16] eats but me. Can we take a short recess, what, an
[17] hour? If we could do it shorter, I would be happy
[18] for that; but take an hour. I'd like the opportunity
[19] to go through the personnel records during that time,
[20] put you back on the stand after lunch; and then I
[21] want a chance to talk to Bob Helton. I think that
[22] he's probably qualified to discuss the — how long it
[23] takes and what to do to get personnel — merchant
[24] mariner personnel records out of the Coast Guard.
[25] And if he is, then I'd like to put him on the stand.

Page 74

[1] Does anybody have any objections? Is an hour going
[2] to satisfy everybody?
[3]   MR. GILBERT: I think an hour would be
[4] fine. The only other thing is if, obviously, if we
[5] could have access also to a copy of the personnel
[6] file, that might answer a lot of our questions that
[7] we —
[8]   MR. WILSON: Okay. Yeah. Do we have
[9] enough copies? We can make copies, I guess.
[10]   MR. PIERSON: Here's a copy.
[11]   MR. WILSON: Okay. It's going to be in
[12] evidence eventually, but I'd sooner have it done here
[13] so that I don't have to come down here again.
[14]   MR. GILBERT: I understand.
[15]   MR. WILSON: It's not I don't like you
[16] people or Corpus Christi. I just don't want to come
[17] down here again on this case anyway.
[18]   MR. PIERSON: May we — I tendered you
[19] a copy of the personnel file, the original. May we
[20] have possession back of our original?
[21]   MR. WILSON: I don't have it. Who has
[22] it?
[23]   MR. PIERSON: I have it.
[24]   MR. WILSON: Okay. You got it, sir.
[25]   MR. PIERSON: I'm just going to take