```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF TEXAS
 2                 BROWNSVILLE DIVISION

 3

 4

 5    IN RE THE COMPLAINT AND      * CIVIL ACTION
      PETITION OF BROWN WATER      *
 6    TOWING I, INC., AS OWNER,    * NO. B-01-157
      AND BROWN WATER MARINE       *
 7    SERVICE INC., AS BAREBOAT    * c/w
      CHARTERERS, OF THE BROWN     *
 8    WATER V, ITS ENGINES, TACKLE,* CIVIL ACTION
      ETC., IN A CAUSE OF          *
 9    EXONERATION FROM OR          * NO. B-02-004
      LIMITATION OF LIABILITY      *
10                                 *
      IN THE MATTER OF AMERICAN    * Admiralty
11    COMMERCIAL LINES AS OWNER    *
      AND AMERICAN COMMERCIAL BARGE*
12    LINE LLC AS CHARTERER OF THE *
      BARGES NM-315, VLB-9182,     *
13    ACL-9993B, VLB-9173, PRAYING *
      FOR EXONERATION FOR AND/OR   *
14    LIMITATION OF LIABILITY      *
                                   *
15    *  *  *  *  *  *  *  *  *  * *

16                                    COPY

17

18

19            Transcript of the videotaped
      deposition of WILLIAM N. "NORB" WHITLOCK,
20    ███████████████████, Prospect, Kentucky
      40059, taken in the offices of Boehl,
21    Stopher & Graves, Suite 2300, Aegon Center,
      400 North Market Street, Louisville,
22    Kentucky 40202, on Friday, the 30th day of
      August, 2002.

23

24

25                                 EXHIBIT 35
```

1    **APPEARANCES:**

2

3

4            WATTS & HEARD
             (By:  Mikal C. Watts, Esquire
5                  Ray R. Marchan, Esquire
                   Martin Siegel, Esquire
6                      - and -
                   Greg Gowan, Esquire)
7            1926 East Elizabeth Street
             Brownsville, Texas  78520-4933
8                  (Attorneys for Brigete Goza,
                   Gustavo Morales, Jacqueline
9                  Paddock, and Lydia Zamora)

10

11           LAW OFFICES OF HERIBERTO MEDRANO
             (By:  Heriberto "Eddie" Medrano,
12                 Esquire)
             1101 West Tyler Street
13           Harlingen, Texas  78550
                   (Attorneys for the Harris
14                 Claimants)

15

16           SCHIRRMEISTER AJAMIE
             (By:  S. Mark Strawn, Esquire)
17           Suite 2150
             Pennzoil Place - South Tower
18           711 Louisiana
             Houston, Texas  77002
19                 (Attorneys for the Estate of
                   Julio Morales, et al)

20

21           GAUNTT & KRUPPSTADT
             (By:  J. Chad Gauntt, Esquire)
22           Suite C
             9004 Forest Crossing Drive
23           The Woodlands, Texas  77381

24                     - and -

25

1    **APPEARANCES (continued):**

2

3

4    THE LAW OFFICE OF JOHN DAVID FRANZ
     (By:  John David Franz, Esquire)
5    400 North McColl
     McAllen, Texas  78501
6        (Attorneys for the Estate of
            Stvan Rivas, et al)

7

8

9    KITTLEMAN, THOMAS, RAMIREZ
     & GONZALES
10   (By:  Andres H. Gonzalez, Jr.,
              Esquire)
     4900-B North 10th Street
11   Post Office Box 1416
     McAllen, Texas  78505
12       (Attorneys for the Mata
            Claimants)

13

14

15   WILLIAMS BAILEY
     (By:  Candice McNabb, Esquire)
16   Suite 600
     8441 Gulf Freeway
17   Houston, Texas  77017-5001
         (Attorneys for Hector Martinez,
18          Sr.)

19

20

21   LAW OFFICES OF McMANUS & CRANE
     (By:  William Q. McManus, Esquire)
22   209 West Juan Linn
     Post Office Box 2206
23   Victoria, Texas 77902-2206
         (Attorneys for Robin Faye
            Leavell, et al)

24

25

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

**Gaudet, Kaiser & Pepper**
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    **APPEARANCES** (**continued**):

2

3

4            ROYSTON, RAYZOR, VICKERY & WILLIAMS
             (By:  Will W. Pierson, Esquire)
5            1700 Wilson Plaza West
             606 North Carancahua
6            Corpus Christi, Texas 78476
                 (Attorneys for Petitioners,
7                 Brown Water Marine Service,
                  Inc., et al)

8

9

10           JONES, WALKER, WAECHTER, POITEVENT,
             CARRERE & DENEGRE
             (By:  Glenn G. Goodier, Esquire)
11           52nd Floor
             Bank One Center
12           201 St. Charles Avenue
             New Orleans, Louisiana  70170

13                      - and -

14           BURT BARR & ASSOCIATES
15           (By:  John Holman Barr, Esquire)
             304 South Record Street
16           Dallas, Texas  75202
                 (Attorneys for American
17                Commercial Lines LLC and
                  American Commercial Barge Line
18                LLC)

19

20           ADAMS AND REESE
21           (By:  Edwin C. Laizer, Esquire)
             Suite 4500
22           One Shell Square
             701 Poydras Street
23           New Orleans, Louisiana  70139

24                      - and -

25

1    **APPEARANCES** (**continued**):

2

3            OFFICE OF THE ATTORNEY GENERAL
             TRANSPORTATION DIVISION
4            (By:  Jack F. Gilbert, Esquire)
             Post Office Box 12548
5            Austin, Texas  78711-2548
                  (Attorneys for the State of
6                  Texas)

7

8    **ALSO PRESENT**:

9

10           Daniel Longoria,
             Law Clerk
11           Watts & Heard

12
             Sandra Watts
13

14   **VIDEOGRAPHER**:

15

16           Michael Gilmore
17           United Video Production Company
             Suite 205
18           418 Peoples Street
             Corpus Christi, Texas 78401
19

20   **REPORTED BY**:

21

22           **M. H. GAUDET, JR., CCR, RPR, RMR**
             Certified Court Reporter
23           State of Louisiana

24

25            *       *       *       *       *

```
 1          Q.      But irregardless whether it's
 2   voluntary or not, you -- When I say "you," I
 3   mean ACBL -- you're not aware of your having
 4   anyone designated as your employee to make
 5   sure and determine whether or not any
 6   third-party carriers are, in fact, abiding
 7   by the ACB -- AWO RCP guidelines; is that
 8   correct?
 9          A.      Right.
10          Q.      Mr. Whitlock, let me ask you
11   this.
12          Have you ever asked anyone at
13   ACBL to check on the safety record of a
14   third-party carrier that you hired to tow
15   your barges?
16          A.      I'm not aware of us asking
17   anybody to check on safety records of
18   anybody we hire as a third-party provider.
19          Q.      In other words, you don't --
20   you don't ask one of your 3,000 employees to
21   do that, and you don't ask an outside
22   independent non-ACBL employee to do that; is
23   that correct?
24          A.      No, because the people we use
25   for third-party towing are people that have
```

1    done business with us for numbers of years.

2    They have demonstrated the ability to move

3    our equipment without incident.  So I have

4    no reason to ask somebody to go check for a

5    third party -- have a third party checked,

6    some Coast Guard record.

7        Q.    Does it matter to you how many

8    times a third-party carrier has been cited

9    by the Coast Guard for violations of Coast

10   Guard regulations?  Does that matter to you?

11       A.    It -- It depends.  I've been

12   cited numerous times ourself for violation

13   of certain Coast Guard regulations.

14       Q.    And in trying to determine for

15   ACBL which third-party carrier you're going

16   to hire and pay to safely transport your

17   barges, does it matter to you whether or not

18   you know how many times that third-party

19   carrier has been cited by the Coast Guard

20   for violating its rules and regulations?

21       A.    I would have no reason to know.

22   And as I reiterated earlier, they have

23   provided good service to us over the years,

24   with no reason for us to have a concern.

25       MR. MEDRANO:

1    something you would want to go ahead and

2    know about in determining whether or not you

3    want to continue your business operations

4    with that third-party carrier?

5         A.       If I were doing business with a

6    third-party provider and I was aware that

7    individual was having accidents, then I

8    would -- I would take a serious look at that

9    company.

10        Q.       And so what, if anything, do

11   you do to try to find out if, in fact, that

12   third-party carrier has, in fact, had

13   serious safety problems when pushing other

14   people's barges?

15        A.       I'd rely on what's available to

16   the -- in the media, what -- what I see,

17   what -- what instances I hear about

18   throughout the river system.

19        Q.       So you do not ask any ACBL

20   employee to make that inquiry; is that

21   correct?

22        A.       No.

23        Q.       And you do not ask any non-ACBL

24   employee or auditor that you hire on the

25   outside to make that inquiry and let you

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    that someone verifies the horsepower of --

2    of the engines that's on board a towboat.

3            Q.      All right, sir.  Let me ask you

4    this.

5                    Who at ACBL made the decision

6    to hire Mr. Timberlake to go do this, quote,

7    unquote, "audit" of Brown Water?

8            A.      Mr. Kazunas.

9            Q.      All right.  And what were the

10    instructions -- Scratch that.

11                    What was the information that

12    ACBL was looking to gather through

13    Mr. Timberlake concerning Brown Water that

14    caused you to request him to go out there?

15            A.      What we were looking for is do

16    they have an incident notification process

17    to where when they have an incident, like

18    the grounding had in Matagorda Bay, what is

19    the process for communicating that

20    information back to us when it involves one

21    of our barges.

22            Q.      All right, sir.  Thank you for

23    that answer.  It was very clear.  I

24    understand it very well.  Let me ask you

25    this.

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70899
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1              Why -- So long as you were
 2    sending Mr. Timberlake to go ahead and make
 3    this determination for you from Brown Water,
 4    why did your company not ask Mr. Timberlake,
 5    "Listen here, Phil.  While you're out there,
 6    go ahead and check on the safety record of
 7    Brown Water" because that's something else
 8    that perhaps you want to know about; how
 9    many times have they been cited for Coast
10    Guard violations?  Why didn't you do that?
11         A.     We asked Mr. Timberlake to go
12    conduct an -- just an operational audit, or
13    an audit of Brown Water is all.
14         Q.     But you don't know what his
15    audit consisted of; is that correct?
16         A.     Nothing other than -- than I --
17    like I say, I assume -- and I don't know for
18    a fact, but I assume he uses the RCP
19    guidelines.
20         Q.     Do you employ anyone else other
21    than Mr. Timberlake to conduct these audits
22    of third-party carriers?
23         A.     We use another fellow who works
24    with Mr. Timberlake, a fellow name of
25    Jim Sanborn.
```

601 Poydras Street, Suite 2003
New Orleans, Louisiana 70130
Phone (504) 525-9100
Fax (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 Office Park Blvd.
Baton Rouge, Louisiana 70809
Phone (225) 926-9411
Fax (225) 926-9762

144

1    the Waterway, because our density is -- is

2    not very heavy.

3        Q.      Okay.  Do you rely on third

4    parties more in that area of the

5    Intracoastal Waterway than you do elsewhere?

6        A.      Yes.  Principally, we rely on

7    third parties there.  We do have some boats

8    that go there on occasion.

9        Q.      Okay.

10       A.      Like most of the -- Most of the

11   ends of the system, we rely on third party

12   where we don't have the density.

13       Q.      Okay.  If you wanted to,

14   though, you could assign another tugboat to

15   operate down in the Brownsville area.  You

16   could buy another tug and send it down there

17   and dictate it's operating that area, if you

18   chose to do so?

19       A.      If I chose to, but it wouldn't

20   make -- it wouldn't make good business sense

21   for me to do that.

22       Q.      So it's a reason of economics

23   that you choose to rely on third parties in

24   that area; is that correct?

25       A.      That's correct, because I don't

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1   have the density to keep my boats full going

2   to Brownsville.

3         Q.      Okay.  Have you ever served

4   as -- on any -- I don't know how to call

5   it -- officer's capacity or anything in the

6   AWO?

7         A.      I'm on the board of -- board of

8   directors of AWO currently.

9         Q.      And are you intending on

10  planning -- or are you planning on attending

11  the fall convention of AWO I think that's

12  coming up in September?

13        A.      I have it on my calendar, but I

14  also have a board meeting scheduled about

15  that time, and so I'm --

16        Q.      Okay.

17        A.      I'm trying to juggle to see

18  what my requirements are going to be at the

19  board meeting as to whether -- before I

20  commit to whether I'm going to the AWO

21  meeting or not.

22        MR. GOODIER:

23              By "board meeting," you mean

24  ACBL?

25        THE WITNESS:

1    to -- to become compliant.

2         Q.    And no one at any of these

3    president's meetings which occur on a

4    monthly basis ever suggested that your

5    third-party vendors be checked up on to --

6    to check in more detail on safety and

7    compliance?

8         A.    No.  We have a standing policy

9    to encourage all of our vendors to join AWO

10   and become RCP-certified.

11        Q.    As I understand ACBL's position

12   and your position with regard to this

13   litigation, prior to September of '01 you

14   really had no basis to question whether

15   Brown Water could safely provide towing

16   services to ACBL, based on their history?

17        A.    That's correct.  They've been

18   providing adequate or fine service without

19   incident for us for many -- for many years.

20        Q.    And you maintain that position

21   even though you had an audit from

22   Mr. Timberlake regarding Brown Water;

23   correct?

24        A.    That's correct.

25        Q.    And, now, certainly after this

1   bridge collapse that took eight lives, some

2   doubts must have arisen in your mind as to

3   whether they're -- they are competent or

4   capable of safely providing service to ACBL;

5   is that not so?

6        A.    Well, I think we're waiting for

7   the Coast Guard, but as I mention in --

8   in -- to a comment to Mr. Watts over here,

9   the fact that someone is RCP-certified is

10  no -- no -- doesn't insure or doesn't

11  eliminate the possibility of accidents or it

12  doesn't prevent pilot error or error in

13  judgments on the part of an operator.

14       Q.    Has the competence of Brown

15  Water's crews and their operations on a

16  whole come into doubt as a result of eight

17  people getting killed on the causeway at

18  South Padre, in your mind?

19       A.    I have no basis to -- to

20  question their competence.

21       Q.    Okay.  Let me see if I

22  understand how ACBL operates.

23            If there's some sort of a

24  allision or collision involving one of your

25  barges, you folks send out people to

157

```
 1    investigate the cause?
 2         A.      That's -- That's correct.
 3         Q.      In some cases a root cause
 4    analysis follows; correct?
 5         A.      That's correct.
 6         Q.      And that involves the
 7    assessment of property damage and how the
 8    damage arose?
 9         A.      Well, it -- it involves --
10    Whenever we have an accident internally, we
11    send out surveyors to do an estimate of what
12    the damage is.  We also have our people
13    investigate to determine what the root cause
14    was.
15         Q.      Regardless of whether it's a
16    third-party vendor pushing the tow?
17         A.      No.  If -- If, as I said, our
18    boat's involved in damage -- If one of our
19    boats pushing our boats has an incident, we
20    send people out to do an investigation.
21         Q.      Well --
22         A.      We do not send people out to
23    investigate third-party accidents.
24         Q.      You have --
25         A.      That's the responsibility of
```

601 POYDRAS STREET, SUITE 2803
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1   the third-party provider.
 2        Q.    So in the -- in the many years
 3   that you have been at ACB&L -- ACBL, you
 4   have never known of an instance where ACBL
 5   sent out a team of investigators to
 6   investigate damage to your barges while
 7   being towed by a third-party vendor?  Never
 8   once has that occurred?
 9        A.    I'm not aware of any.
10        Q.    And in this case with eight
11   deaths involved and your barge at the head
12   of the tow that collided with the causeway,
13   you didn't think it was important enough to
14   send investigators for this?
15        MR. GOODIER:
16            I'm going to object to the
17   argumentative nature of your question.
18        MR. FRANZ:
19            I apologize.  I don't mean to
20   be argumentative.
21   EXAMINATION BY MR. FRANZ:
22        Q.    Why --
23        A.    In the particular incident
24   you're talking about, our risk management
25   asked Mr. Goodier's firm --
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1        Q.     Well -- Okay.  And I don't want
 2   to get into what risk management -- I want
 3   to know what the Senior Vice President of
 4   Logistics, the person who's in charge of
 5   making sure that these third-party vendors
 6   are providing adequate and safe service to
 7   ACBL, what does that person in charge say
 8   about this?  Do you want to know why it
 9   happened?
10        A.     I'm waiting for the Coast
11   Guard's report to determine whether --
12   what -- what the facts are in the case.
13        Q.     Do you have any opinions as to
14   what may have caused this allision?
15        A.     No.  (Witness shakes head
16   negatively.)
17        Q.     Are you aware that your company
18   has filed a claim against Brown Water for
19   the damages?
20        A.     They could have.  They could
21   have.  They could have.  I'm not aware that
22   they did, but I assume they did.
23        Q.     Do you know what the factual
24   basis of that claim is, as the Senior Vice
25   President for logistics?
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

**Gaudet, Kaiser & Pepper**
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1      A.      No.  Our risk management

2   handles all those kind of issues in terms

3   of -- If we have damage to equipment, then

4   they manage the process of us being -- of

5   our barges either getting repaired or we

6   get -- or we get paid for the damage if it's

7   caused by a third-party provider.

8      Q.      What has ACBL done since

9   September of '01, following this collapse,

10  to ensure that Brown Water is serving ACBL's

11  needs in a safe and responsible carrier

12  compliant manner?

13     A.      We are continuing to use Brown

14  Water to tow our barges on the west side

15  based on their demonstrated ability over the

16  years to provide good service without --

17  without any major incidents.  And we're

18  waiting till the Coast Guard report comes

19  out to see what the facts of the case are --

20     Q.      So even though --

21     A.      -- as to whether it's pilot

22  error or error in judgment or whatever.  I

23  don't know what -- what the issue is.

24     Q.      Even after 9/11 -- 9/15 -- even

25  after 9/15 --

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

 1          MR. PIERSON:

 2               Wait a minute.

 3          MR. FRANZ:

 4               Excuse me.  I'm sorry.

 5     EXAMINATION BY MR. FRANZ:

 6          Q.    Even after 9/15, you continue

 7     to use Brown Water; correct?

 8          A.    Yes, we're -- we continue to

 9     use Brown Water.

10          Q.    And you've chosen not to send

11     an auditor like Mr. Timberlake to go back

12     and review their responsible carrier

13     criteria even once?

14          A.    Mr. Timberlake said they were

15     close to meeting RCP requirements.  Brown

16     Water has advised us that they joined AWO

17     and they're working towards certification.

18     So I have no reason to go back and reaudit

19     that company at this point.

20          Q.    Mr. Timberlake took a look at

21     them in March of 2000.  Sixteen months later

22     they're still not compliant, and now they've

23     driven a barge into a causeway and eight

24     people are dead.

25               Haven't you thought that maybe

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1    you ought to get Mr. Timberlake or someone

 2    like him to get back there and audit this

 3    company since this is a significant

 4    happening, wouldn't you agree?

 5         MR. PIERSON:

 6              Let me object to the form.

 7         MR. GOODIER:

 8              Yeah, same objection that I've

 9    made before.

10         MR. FRANZ:

11              Sir?

12         MR. GOODIER:

13              Getting a little argumentative.

14    Not a little; a lot.

15         MR. BARR:

16              Well, this has been asked and

17    answered, in fact.

18         MR. FRANZ:

19              Well, sir -- Well -- Well, I'm

20    sorry, sir.  Who's representing ACBL here,

21    John or Mr. Goodier?

22         MR. BARR:

23              Well, we both are.  Granted,

24    I'm just --

25         THE WITNESS:
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

163

```
 1              I answered that question once,
 2    that we saw no reason to reaudit them.
 3    Brown Water has paid significant amount of
 4    money in membership fees to AWO.  They
 5    have told us they're working towards
 6    certification.  The audit that
 7    Mr. Timberlake did demonstrated there was no
 8    serious flaws in their program.  What they
 9    needed to do is document the administrative
10    side of the program and they were in --
11    would pass an RCP certification.  So there
12    was no -- There's no reason.  There was
13    nothing that came out of Mr. -- Mr. --
14    Mr. Timberlake's audit that would cause me
15    concern, and I'm waiting for the Coast Guard
16    to decide what those issues were.  I don't
17    know what the facts are in the case as to
18    what caused the accident.
19    EXAMINATION BY MR. FRANZ:
20         Q.    And --
21         A.    I'm waiting until we get that
22    information.
23         Q.    And that's the way ACBL
24    operates.  You're not going to make any
25    decisions regarding vendors until the Coast
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

1    Guard tells you that the vendor has done

2    something wrong; is that correct?

3         A.    Well, we know that there's a

4    major investigation going on.  So I'm

5    waiting to see what the Coast Guard

6    concludes.

7         Q.    And that's the policy of ACBL,

8    to wait for the Coast Guard to tell ACBL

9    that their third-party vendor has done

10   something seriously wrong before they're

11   going to consider taking some action to

12   terminate the relationship or require that

13   they do something different?

14        A.    No.  The Coast Guard's

15   investigation is going to be more inclusive

16   than any investigation that I could -- that

17   I could possibly do.

18        MR. FRANZ:

19             Thank you, sir.

20             You've got 15 minutes, buddy.

21        MR. MEDRANO:

22             Go first.

23        MR. PIERSON:

24             I thought you might come back.

25   EXAMINATION BY MR. PIERSON:

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9100

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9767