```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF TEXAS
 2                 BROWNSVILLE DIVISION
 3
 4
 5
     IN RE THE COMPLAINT AND        * CIVIL ACTION
 6   PETITION OF BROWN WATER        *
     TOWING I, INC., AS OWNER,      * NO. B-01-157
 7   AND BROWN WATER MARINE         *
     SERVICE INC., AS BAREBOAT      * c/w
 8   CHARTERERS, OF THE BROWN       *
     WATER V, ITS ENGINES, TACKLE,  * CIVIL ACTION
 9   ETC., IN A CAUSE OF            *
     EXONERATION FROM OR            * NO. B-02-004
10   LIMITATION OF LIABILITY        *
                                    *
11   IN THE MATTER OF AMERICAN      * Admiralty
     COMMERCIAL LINES AS OWNER      *
12   AND AMERICAN COMMERCIAL BARGE  *
     LINE LLC AS CHARTERER OF THE   *
13   BARGES NM-315, VLB-9182,       *
     ACL-9993B, VLB-9173, PRAYING   *
14   FOR EXONERATION FROM AND/OR    *
     LIMITATION OF LIABILITY        *
15                                  *
                                    *
16   * * * * * * * * * * *
17                                           COPY
18
19
20         Transcript of the videotaped
     deposition of PHILIP S. TIMBERLAKE, ▓▓▓
21   ▓▓▓▓▓▓▓▓▓▓▓▓▓, Lanesville, Indiana 47136,
     taken in the offices of Boehl, Stopher &
22   Graves, Suite 2300, Aegon Center, 400 North
     Market Street, Louisville, Kentucky 40202,
23   on Friday, the 30th day of August, 2002.
24
25                                    EXHIBIT 37
```

```
 1   APPEARANCES:
 2
 3
             WATTS & HEARD
 4           (By:  Ray R. Marchan, Esquire
                   Gregory Gowan, Esquire
 5                    - and -
                   Mark Siegel, Esquire)
 6           1926 East Elizabeth Street
             Brownsville, Texas   78520-4933
 7                (Attorneys for Brigete Goza,
                   Gustavo Morales, Jacqueline
 8                 Paddock, and Lydia Zamora)
 9

10           LAW OFFICES OF HERIBERTO MEDRANO
             (By:  Heriberto "Eddie" Medrano,
11                 Esquire)
             1101 West Tyler Street
12           Harlingen, Texas   78550
                  (Attorneys for the Harris
13                 Claimants)
14

15           SCHIRRMEISTER AJAMIE
             (By:  S. Mark Strawn, Esquire)
16           Suite 2150
             Pennzoil Place - South Tower
17           711 Louisiana
             Houston, Texas   77002
18                (Attorneys for the Estate of
                   Julio Morales, et al)
19

20
             KITTLEMAN, THOMAS, RAMIREZ
21           & GONZALES
             (By:  Andres H. Gonzalez, Jr.,
22                 Esquire)
             4900-B North 10th Street
23           Post Office Box 1416
             McAllen, Texas   78505
24                (Attorneys for the Mata
                   Claimants)
25
```

```
 1    APPEARANCES (continued):

 2

 3            GAUNTT & KRUPPSTADT
              (By:  J. Chad Gauntt, Esquire)
 4            Suite C
              9004 Forest Crossing Drive
 5            The Woodlands, Texas   77381

 6                    - and -

 7            THE LAW OFFICE OF JOHN DAVID FRANZ
              (By:  John David Franz, Esquire)
 8            400 North McColl
              McAllen, Texas   78501
 9                (Attorneys for the Estate of
                    Stvan Rivas, et al)
10

11

12            WILLIAMS BAILEY
              (By:  Candice McNabb, Esquire)
              Suite 600
13            8441 Gulf Freeway
              Houston, Texas   77017-5001
14                (Attorneys for Hector Martinez,
                    Sr.)
15

16

17            LAW OFFICES OF McMANUS & CRANE
              (By:  William Q. McManus, Esquire)
              209 West Juan Lynn
18            Post Office Box 2206
              Victoria, Texas 77902-2206
19                (Attorneys for Robin Faye
                    Leavell, et al)
20

21

22            ROYSTON, RAYZOR, VICKERY & WILLIAMS
              (By:  Will W. Pierson, Esquire)
              1700 Wilson Plaza West
23            606 North Carancahua
              Corpus Christi, Texas 78476
24                (Attorneys for Petitioners,
                    Brown Water Marine Service,
25                  Inc., et al)
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1    APPEARANCES (continued):

 2

 3              JONES, WALKER, WAECHTER, POITEVENT,
                CARRERE & DENEGRE
 4              (By:  Glenn G. Goodier, Esquire)
                52nd Floor
 5              Bank One Center
                201 St. Charles Avenue
 6              New Orleans, Louisiana   70170

 7                    - and -

 8              BURT BARR & ASSOCIATES
                (By:  John Holman Barr, Esquire)
 9              304 South Record Street
                Dallas, Texas   75202
10                  (Attorneys for American
                     Commercial Lines LLC and
11                   American Commercial Barge Line
                     LLC)

12

13
                ADAMS AND REESE
14              (By:  Edwin C. Laizer, Esquire)
                Suite 4500
15              One Shell Square
                New Orleans, Louisiana   70139

16                    - and -

17
                OFFICE OF THE ATTORNEY GENERAL
18              TRANSPORTATION DIVISION
                (By:  Jack F. Gilbert, Esquire)
19              Post Office Box 12548
                Austin, Texas   78711-2548
20                  (Attorneys for the State of
                     Texas)
21

22
      ALSO PRESENT:
23

24              Daniel Longoria
                Law Clerk
25              Watts & Heard
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1   VIDEOGRAPHER:

 2

 3
            Michael Gilmore
 4          United Video Production Company
            Suite 205
 5          418 Peoples Street
            Corpus Christi, Texas 78401
 6

 7

 8

 9
     REPORTED BY:
10

11

12       M. H. GAUDET, JR., CCR, RPR, RMR
         Certified Court Reporter
13       State of Louisiana

14

15

16

17          *       *       *       *       *

18

19

20

21

22

23

24

25
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1   you were down there in late March of 2000?
 2        A.     Yes.  Yes.
 3        Q.     Have I marked as Exhibit 28 to
 4   your deposition a copy of your -- your file
 5   of the audit summary that you did?
 6        A.     Uh-huh (indicating
 7   affirmatively).
 8        Q.     Is that a yes?
 9        A.     Yes.
10        Q.     All right.  And since this is a
11   vessel -- I'm sorry -- a vendor audit as
12   opposed to an RCP certification audit, I
13   take it that the goal of the audit is to
14   advise ACBL, your client, as to whether or
15   not they should be using this particular
16   vendor?
17        A.     Yes.
18        Q.     All right.  However, to do that
19   audit, I looked at some of the supporting
20   documents that you used, and it looks to me
21   like what you did is you went through and
22   did a -- a vessel audit using the vessel
23   checklist that the A -- AWO RCP provides.
24        A.     Yes.  I don't -- On a vendor
25   audit, I don't go through it line by line
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411

```
 1          Q.    Okay?
 2                So with that understanding, the
 3    conditions that the Coast Guard documented
 4    following the collision or the allision with
 5    the bridge would have been the same as the
 6    conditions that you found in the wheelhouse
 7    of the BROWN WATER VI and VII?
 8          A.    Uh-huh (indicating
 9    affirmatively).
10    MR. GOODIER:
11                Let me object to the form of
12    the question.  That's not what he said; that
13    they were found in a -- You're saying that
14    on the Brown Water VI and VII he found them
15    in a -- in a folded condition in a -- in a
16    box or whatever it says there?  Is that what
17    you're saying?  I don't think he said -- he
18    said that.  I don't think he's testified to
19    that.
20    EXAMINATION BY MR. STRAWN:
21          Q.    Well, let's go through it one
22    item at a time.
23                You've -- When you're in the
24    wheelhouse in the BROWN WATER VI and VII,
25    you -- they were able to produce their --
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1  their charts, as far as you can recall?
 2       A.   As I can remember, yes.
 3       Q.   All right.  But you don't
 4  remember them being updated with the Notice
 5  to Mariners?
 6       A.   I don't know of anybody that
 7  updates their -- I've been on a hundred
 8  fifty vessels, and I can't remember any
 9  specific notice to mariner update in any
10  chart I've ever looked at.
11       Q.   All right.  And those are all
12  on inland towing vessels?
13       A.   Yes.
14       Q.   I tell you what.
15       MR. FRANZ:
16            On ACBL vessels?
17  EXAMINATION BY MR. STRAWN:
18       Q.   Would that include on ACBL
19  vessels --
20       A.   Yes.
21       Q.   -- that you've been on?
22            They don't update their charts
23  either?
24       A.   I haven't seen --
25       MR. GOODIER:
```

601 Poydras Street, Suite 2003
New Orleans, Louisiana 70130
Phone (504) 525-9100
Fax (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 Office Park Blvd.
Baton Rouge, Louisiana 70809
Phone (225) 926-9411
Fax (225) 926-9762

1  to Mariners, and the chart showed -- showed
2  shoaling in a certain area, would you know
3  if that's something that ought to be
4  annotated to the chart?
5          A.      I'm -- I'm not licensed.  I --
6          Q.      All right.
7          A.      I can't answer that.
8          Q.      And you're -- There might be
9  things that are there that -- that actually
10 shouldn't be put on your chart because it'd
11 just clutter it up and it's not significant;
12 right?
13         A.      I have no idea.  I have never
14 operated a boat.
15         Q.      And -- And it ought to be -- it
16 would have to  -- It would have to be either
17 a mariner or maybe a Coast Guard official to
18 make the decision about whether or not "in
19 this area I ought to chart shoal water," for
20 example?
21         A.      I'm not qualified to make that
22 statement.  I don't know.
23         Q.      All right.  But on the hundreds
24 of vessels, including the ACBL vessels that
25 you've looked at, they haven't made those

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762

```
 1   kind of annotations to their charts?
 2          A.     There are marks on the charts.
 3   There are updates on the charts.  But I
 4   haven't -- I cannot testify to where they
 5   came from.
 6          MR. GOODIER:
 7                 All right.  I think he's said
 8   that about five times, now, but okay.
 9   EXAMINATION BY MR. STRAWN:
10          Q.     I just want to understand.
11                 Now, you're not a -- You're not
12   a mariner?
13          A.     No.
14          Q.     But you've been involved in the
15   industry with ACBL for 17 years as their
16   direct employee?
17          A.     And five years after that as an
18   AWO.
19          Q.     And by the way, when you --
20   When you took your AW -- your ACBL pension
21   and you put it into an annuity, was that
22   something you had to do to be -- to be able
23   to audit them?
24          A.     No.
25          Q.     Okay.  They would not have
```

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD.
BATON ROUGE, LOUISIANA 70809
PHONE (225) 926-9411
FAX (225) 926-9762