STEPHEN H. MOSHER, MAY 26, 2004

```
 1           UNITED STATES DISTRICT COURT
 2           SOUTHERN DISTRICT OF TEXAS
 3              BROWNSVILLE DIVISION
 4
 5  IN RE THE COMPLAINT AND        ) CIVIL ACTION
 6  PETITION OF BROWN WATER        ) NO. B-01-157
 7  TOWING I, INC., AS OWNER,      )
 8  AND BROWN WATER MARINE         )
 9  SERVICE INC., AS BAREBOAT      )c/w
10  CHARTERERS, OF THE BROWN       )
11  WATER V, ITS ENGINES, TACKLE,  )CIVIL ACTION
12  ETC., IN A CAUSE OF            )NO. B-02-004
13  EXONERATION FROM OR            )
14  LIMITATION OF LIABILITY        ) Admiralty
15                                 )
16  IN THE MATTER OF AMERICAN      )
17  COMMERCIAL LINES AS OWNER      )
18  AND AMERICAN COMMERCIAL BARGE  )
19  LINE LLC AS CHARTERER OF THE   )
20  BARGES NM-315, VLB-9182,       )
21  ACL-9993B, VLB-9173, PRAYING   ) DEPOSITION OF
22  FOR EXONERATION FROM AND/OR    )STEPHEN H. MOSHER
23  LIMITATION OF LIABILITY        )   Taken on
24                                 )   May 26, 2004
```

ESQUIRE DEPOSITION SERVICES - CHICAGO
312.782.8087   800.708.8087   FAX: 312.704.4950



EXHIBIT 39

1   The videotaped deposition of STEPHEN H.
2  MOSHER, called for examination, taken pursuant to
3  the Federal Rules of Civil Procedure of the United
4  States District Courts pertaining to the taking of
5  depositions, taken before ELLEN DUSZA, CSR No.
6  84-3386, a Notary Public within and for the County
7  of Cook, State of Illinois, and a Certified
8  Shorthand Reporter of said state, at Suite 1000,
9  155 North Wacker Drive, Chicago, Illinois, on the
10 26th day of May, A.D. 2004, at 9:38 a.m.

12 PRESENT:
13     WATTS & HEARD,
14     (1926 East Elizabeth Street,
15     Brownsville, Texas  78520-4933,
16     956-544-0500), by:
17     MR. RAY R. MARCHAN,
18         appeared on behalf of Brigete Goza,
19         Gustavo Morales, Jacqueline
20         Paddock and Lydia Zamora;

```
 1  PRESENT:   (Continued)
 2       AJAMIE LLP,
 3       Pennzoil Place, South Tower,
 4       711 Louisiana, Suite 2150,
 5       Houston, Texas  77002,
 6       713-860-1600), by:
 7       MR. S. MARK STRAWN,
 8            appeared on behalf of the Estate
 9            of Julio Morales, et al.;
10       GAUNTT & KRUPPSTADT, LLP,
11       (1400 Woodloch Forest Drive, Suite 575,
12       The Woodlands, Texas  77380,
13       281-367-6555), by
14       MR. J. CHAD GAUNTT,
15            appeared on behalf of the Estate
16            of Stvan Rivas, et al.;
17       WILLIAMS BAILEY,
18       (8441 Gulf Freeway, Suite 600,
19       Houston, Texas  77017-5051,
20       713-230-2200), by:
21       MR. BYRON M. BUCHANAN,
22            appeared on behalf of
23            Hector Martinez, Sr.;
24
```

```
 1  PRESENT: (Continued)
 2       ROYSTON, RAYZOR, VICKERY & WILLIAMS,
 3       (1700 Wilson Plaza west,
 4       606 North Carancahua,
 5       Corpus Christi, Texas  78476,
 6       361-884-8808), by:
 7       MR. WILL W. PIERSON,
 8            appeared on behalf of Petitioners,
 9            Brown Water Marine Service, Inc.,
10            et al.;
11
12       JONES, WALKER, WAECHTER, POITEVENT,
13       CARRERE & DENEGRE,
14       (Bank One Center, 52nd Floor,
15       201 St. Charles Avenue,
16       New Orleans, Louisiana  70170,
17       504-582-8174), by:
18       MR. GLENN G. GOODIER,
19            appeared on behalf of American
20            Commercial Lines LLC and
21            American Commercial Barge Line LLC;
22
23
24
```

```
 1  PRESENT:  (Continued)
 2       ADAMS AND REESE LLP,
 3       4500 One Shell Square,
 4       New Orleans, Louisiana  70139,
 5       504-585-0215), by:
 6       MR. MARK J. SPANSEL,
 7            appeared on behalf of the
 8            State of Texas;
 9
10  ALSO PRESENT:
11       MR. TIMOTHY KELLY, Videographer,
12            Esquire Deposition Services.
13
14
15
16
17
18
19
20
21
22  REPORTED BY:  ELLEN DUSZA, CSR No. 84-3386.
23
24
```

```
            1      A.    Morely.
            2      Q.    -- Morely from Steve Mosher reference
            3  claim No. 5100006031.
            4            And this is a letter addressed to
09:48:54    5  Mr. Chapman regarding a claim by American
            6  Commercial Lines as to some damage to one of their
            7  barges near that time.
            8            Do you remember that letter?
            9      A.    I'm recalling the letter, yes.
09:49:17   10      Q.    Okay.  And can you tell us just
           11  generally the context of the letter?  What happened
           12  to cause this letter to come to Brown Water from
           13  American Commercial Lines?
           14      A.    There was a barge that was in tow that
09:49:32   15  had some damage sustained to it, and that was the
           16  cost for repairs, I presume, from ACBL coming back
           17  to Brown Water for those -- to put the barge back
           18  in the state or condition it was in.
           19      Q.    Okay.  And by this time, April 7th of
09:49:46   20  1999, how long had ACBL or ACL, American Commercial
           21  Lines, been doing business with Brown Water?
           22      A.    We had done business with all the barge
           23  lines from basically when I started back in 1991.
           24      Q.    Was ACBL or ACL using Brown Water, from
```

|  |  |  |
|---|---|---|
| 10:24:28 | 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | Q. All right. And during that testimony you verified that, in fact, the captain that was operating the Brown Water V at the time of the allision had not received any independent training from Brown Water because he was already licensed by the Coast Guard to be able to handle those types of vessels, is that correct?<br>A. Correct. |
| 10:24:38 | 9<br>10<br>11<br>12<br>13<br>14<br>15 | Q. Who is the -- was it Rocky Wilcox that was the captain in charge of the Brown Water V?<br>A. Rocky Wilson.<br>Q. Rocky Wilson. Yeah.<br>Rocky Wilson, it was actually a different situation with Brown Water. He worked his way up through the ranks. |
| 10:24:49 | 16<br>17 | A. Yes, sir. He had a license for crew boats and wanted to become a towboat operator. |
| 10:25:02 | 18<br>19<br>20<br>21<br>22<br>23<br>24 | Q. Okay. But David Fowler already came in with the rating from the Coast Guard to be able to run those inland tugs?<br>A. Yes, sir. He had been running tugs for 10 or 12 years.<br>Q. Okay. And before the collision with the Queen Isabella Causeway, he hadn't worked for Brown |

|  |  |
|---|---|
|  | 1  two trips through that area and both of those |
|  | 2  trips, though, were in the same direction heading, |
|  | 3  I guess, north or east, as they call it? |
|  | 4      A.    Correct. |
| 11:53:53 | 5      Q.    And both of those were during daylight |
|  | 6  hours? |
|  | 7      A.    Correct. |
|  | 8      Q.    Okay.  It was your working knowledge |
|  | 9  that he had had prior experience to September 14, |
| 11:54:03 | 10 2001 making that route for other companies? |
|  | 11     A.    Yes, sir.  I believe he worked for a |
|  | 12 couple Gulf coast companies.  I don't know if he |
|  | 13 actually made the route, but he said he was |
|  | 14 familiar with the west end. |
| 11:54:16 | 15     Q.    Okay.  So you don't have any independent |
|  | 16 information or knowledge that he had made that |
|  | 17 route eastbound or northbound for any other company |
|  | 18 other than Brown Water or for any other company |
|  | 19 during the evening hours or dark hours? |
| 11:54:35 | 20     A.    Right.  He represented that he had, but |
|  | 21 I don't have actual knowledge. |
|  | 22     Q.    All right. |
|  | 23     MR. MARCHAN:  I hope I've been courteous to |
|  | 24 you in my tone and my question.  I'm going to go |

```
 1  contracts.
 2       Q.    Okay.  You had the authority but usually
 3  it was Tim Chapman?
 4       A.    Right.
 5       Q.    Now, what about provisions, supplies for
 6  vessels?  Did you do the contracting for those
 7  things?
 8       A.    Basically as far as supplies, no, that
 9  was also -- we'd buy groceries for the vessel from
10  the local grocery store.  You'd go ahead and
11  provide all your supplies from the supplies that --
12  the maintenance guys would order all that stuff
13  like rope line, flashlights.  They would have an
14  inventory of that and pull it from inventory
15  whenever the orders came in from the boat.
16       Q.    What about with customers, who entered
17  contracts with customers, was that you?
18       A.    That was me.
19       Q.    Okay.  As far as the setting of the
20  terms and the prices with customers, again, that
21  would be your bailiwick?
22       A.    Yes, sir.
23       Q.    Tell me about the customer base, please.
24  Let's focus on September 2001.  It's my
```

Timestamps: 13:17:18 (line 5), 13:17:31 (line 10), 13:17:45 (line 15), 13:17:58 (line 20)

|  |    |
|--|--|
|  | 1 understanding that ACBL was the largest customer of |
|  | 2 Brown Water at that time, is that right? |
|  | 3    A.    It would be close.  I mean they were up |
|  | 4 there, but they weren't necessarily the largest |
| 13:18:43 | 5 one. |
|  | 6        The company was broken out into several |
|  | 7 different operations.  In the oil field -- and |
|  | 8 potentially if the oil field was kicking in, then |
|  | 9 the oil field's money would be three or four times |
| 13:18:51 | 10 bigger than ACBL.  ACBL was just a consistent user |
|  | 11 of Brown Water Marine Service in the lower part of |
|  | 12 the State of Texas, so it was a level of income |
|  | 13 that as their business levels sustained themselves, |
|  | 14 our business sustained itself.  The oil field was |
| 13:19:11 | 15 cyclical, so we could have a lot of boats working, |
|  | 16 but we always tried to keep three or four of the |
|  | 17 big boats working for tramp trade.  And that tramp |
|  | 18 trade consisted of people like ACBL, Ingram Barge |
|  | 19 Lines, Kirby Corporation, BAS Chemical Corporation, |
| 13:19:24 | 20 those guys had barges and we would just be the |
|  | 21 providers of service to push those barges for them. |
|  | 22    Q.    In September of 2001, can you give me an |
|  | 23 estimate of what percentage of revenue ACBL |
|  | 24 accounted for? |

```
14:14:44
```

1  another in case there was a problem.  So Levy was
2  up there, I guess wanting to sleep, and David
3  probably told him you can sleep right here, that
4  way if I need you, I can wake you up and allowed
5  him to sleep.
6       Q.    Did -- strike that.
7             Again, talking about horsepower, on the
8  stand that you or the dispatcher got involved in
9  assigning the tugs or the horsepower, was there any
10 kind of rule of thumb or guideline or policy on how
11 much horsepower was needed for particular cargo?
12      A.    There's several areas of thought on what
13 you just said, so --
14      Q.    Okay.  Let me make it clear because I'm
15 not trying to confuse it.
16            Did Brown Water have any policy about
17 the assignment of horsepower and how much was
18 necessary?
19      A.    Yes.  Basically if it was a push boat
20 800, no more than four barges; if it was a model
21 bow 800, no more than two.  You know, we had a rule
22 of thumb.  It was basically the size of the vessel
23 and the horsepower are what determine the size of
24 how much towing it could tow.

(Timestamps: 14:14:44, 14:14:57, 14:15:16, 14:15:30)

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
|          | 1  | A.    Licensed, yes.                                         |
|          | 2  | Q.    Licensed?                                              |
|          | 3  | A.    Right.                                                 |
|          | 4  | Q.    There was no requirement at Brown Water                |
| 14:31:48 | 5  | that a first time captain have a pilot posted to             |
|          | 6  | ride with him for the first time?                            |
|          | 7  | A.    For the first time?                                    |
|          | 8  | Q.    On the channel with Brown Water?                       |
|          | 9  | A.    The first time we hired a pilot that had               |
| 14:32:01 | 10 | a Coast Guard license saying they could operate a            |
|          | 11 | towing vessel along the inland waterway?                     |
|          | 12 | Q.    Right.                                                 |
|          | 13 | A.    We would have them work with other                     |
|          | 14 | captains. They would hold a watch. If that                   |
| 14:32:12 | 15 | captain -- one of our captains would basically               |
|          | 16 | oversee that, you know, if they were competent or            |
|          | 17 | not. They would know real quick.                             |
|          | 18 | Q.    But that didn't happen with Fowler, did                |
|          | 19 | it?                                                          |
| 14:32:20 | 20 | A.    Well, he was competent. He was pushing                 |
|          | 21 | tows. We never got any bad reports from anybody              |
|          | 22 | that worked with him.                                        |
|          | 23 | Q.    Okay. But there was no policy that you                 |
|          | 24 | had to have another pilot ride with a new captain,           |

1 process he had to go through or you already knew
2 him so you just said come on back?
3    A.   Yes, basically.  We already knew him, he
4 showed me his license, he still had the original
14:35:17  5 license.  Put him back to work.
6    Q.   When you hired Fowler originally, had he
7 told you that he had experience on this particular
8 waterway?
9    A.   Yes, sir.  He said he had experience of
14:35:47 10 the western end.
11    Q.   Did you do anything to verify that
12 experience or you took him at his word?
13    A.   I took him at his word, and then the
14 check and the balance in the system was when he
14:35:56 15 worked with the other guys that did know the
16 system.  It would be real evident if he didn't
17 know where he was going, he would be making
18 mistakes.
19    Q.   If I understand correctly, the fact that
14:36:06 20 he had a license for operation of uninspected
21 towing vessels was the standard you used for hiring
22 him, correct?
23    A.   Correct.
24    Q.   You didn't investigate nor feel it was

```
 1  necessary to investigate his Coast Guard accident
 2  record, correct?
 3      A.   Correct.  Because the Coast Guard holds
 4  their own hearings and they clean the industry up.
 5  They'll pull a guy's license or whatever.
 6      Q.   And you didn't feel it necessary to
 7  investigate nor did you investigate his testing
 8  performance with the Coast Guard for his licenses?
 9      A.   No, sir.
10      Q.   Now, didn't you later find out that
11  Fowler did have significant accident history with
12  the Coast Guard?
13      MR. PIERSON:  I'll object to the question.
14  BY THE WITNESS:
15      A.   I found out he had a bridge allision --
16  I don't know -- I mean he was a towing operator for
17  12 or 13 years and, you know, I mean it's not --
18  because you can't see the roadway underneath the
19  water, they do have opportunities to run aground,
20  which is, you know, a pretty common, believe it or
21  not, is a common practice, not on purpose, but
22  buoys get knocked off station and these things
23  happen.
24  BY MR. MARCHAN:
```

Timestamps: 14:36:34 (line 5), 14:36:59 (line 10), 14:37:03 (line 15), 14:37:15 (line 20)

|  |  |
|---|---|
| 1 | or wasn't eligible for rehire. It has a lot to do |
| 2 | with policy and procedures of companies in they |
| 3 | don't -- if you're going to ask me if I checked |
| 4 | into the background with those companies, I would |
| 14:41:14    5 | have, and they don't tell you because of you guys, |
| 6 | attorneys, making life hard on employers. |
| 7 | Q.    So you didn't check into those |
| 8 | circumstances because you knew they wouldn't tell |
| 9 | you the answers? |
| 14:41:27    10 | A.    I'm not saying I wouldn't. I did call |
| 11 | Base Hit, I know some of the guys personally enough |
| 12 | that they would have let me know if he was a bad |
| 13 | apple, so to speak. |
| 14 | Q.    Right. But the ones that had indicated |
| 14:41:39    15 | that he was not eligible for rehire, Coastal, Kirby |
| 16 | and National, you didn't call them? |
| 17 | A.    I can't remember that. I may have |
| 18 | called definitely Kirby or National, I may have. |
| 19 | Q.    You don't recall one way or another? |
| 14:41:51    20 | A.    I know those guys or did know those |
| 21 | guys. |
| 22 | Q.    Are you familiar with a Stair Master? |
| 23 | A.    A stair master, a stairsmen program? |
| 24 | Q.    No, a stair master mechanical device to |

|  |  |
|---|---|
| | 1  every time, correct. |
| | 2  Q.    Because what you're going to want to |
| | 3  have is a barge and then a barge in front of it and |
| | 4  then one, what's it called, on the hip? |
| 14:54:09 | 5  A.    Well, it also matters if it is a bow -- |
| | 6  if it's a rake or a box.  I mean if it's a box it |
| | 7  needs to be dropped off first and then the crew is |
| | 8  going to have to break that box out of |
| | 9  configuration and remake tow.  They want to -- the |
| 14:54:19 | 10 crews themselves would like to make the operation |
| | 11 as efficient for dropping and picking up so they |
| | 12 don't have the crews themselves out there working |
| | 13 all the time on the barges breaking up tow. |
| | 14 Q.    Did you hire Joe Benevites as a captain? |
| 14:54:33 | 15 A.    Joe Benevites from the valley? |
| | 16 Q.    He used to work at Kirby. |
| | 17 A.    Yes. |
| | 18 Q.    You hired him? |
| | 19 A.    Yes. |
| 14:54:44 | 20 Q.    Good captain? |
| | 21 A.    I think our crews had problems with him. |
| | 22 He seemed to be somebody that because he came from |
| | 23 Kirby, when all the boats are the bank, he was |
| | 24 always on the bank and he was always the last one |

```
 1  to get off the bank.  He was kind of a lazy
 2  operator.
 3       Q.    Okay.  Do you recall discussions with
 4  him regarding how you would configure the tows?
 5       A.    Yes, I had discussions with him.  He had
 6  questions about how to configure tows and what our
 7  policies were if we had policies, and there was
 8  concerns with other captains about how he was
 9  configuring his tows.
10       Q.    And do you recall that there were issues
11  that when he worked the towboat, you-all's net
12  profit was lower than when other captains operated
13  the towboat?  Do you remember that?
14       A.    His particular vessel -- he was
15  operating on because he -- I think he was captain.
16  The vessel he was operating on was the most
17  inefficient vessel operation we had as a profit
18  center.
19       Q.    Okay.  And that was a problem?
20       A.    Yes.  It always is a problem.
21       Q.    And one of the reasons why Joe
22  Benevites' boat was less efficient as a profit
23  center for the company was that he would break
24  apart the tows?
```

Timestamps: 14:55:11 (line 5), 14:55:25 (line 10), 14:55:41 (line 15), 14:55:52 (line 20)

14:56:19

14:56:32

14:56:46

14:56:56

1   A.   No. The reason why is because he never
2 made any time. He was always on the bank. It
3 wasn't because of tow configuration.
4   Q.   Well, now don't you also -- can't you
5 also go faster when the tow is not broken up when
6 you're only pushing 35 feet of barge through the
7 water as opposed to 70 feet?
8   A.   Well, bottom line is the towboat goes
9 between three and five miles an hour. There's not
10 a hell of a lot more speed to gain by going doubled
11 up or single. I mean you don't gain a lot. Laying
12 on a bank for four or five hours more so than
13 anybody else is where you lose your time.
14   Q.   Do you know if Joe had trouble with the
15 way you maintained the vessels? Did you-all talk
16 about that?
17   A.   Joe may have had problems with the
18 maintenance on the vessel. I don't know.
19   Q.   Okay. How about with the type of folks
20 that you hired there to work as crews?
21   A.   I don't know about that.
22   Q.   Would you agree with me that Brown Water
23 paid at the bottom of the pay scale for similar
24 work in that area?

|  |  |
|---|---|
| | 1   A.   Brown Water was not at the upper end of |
| | 2   the pay scale like an ACBL or Kirby Corporation, |
| | 3   but as far as that type of industry -- Joe |
| | 4   Benevites came from a single-boat operation where |
| 14:57:19 | 5   he operated a single scoot tug, and he did not have |
| | 6   a lot of experience with tow configurations because |
| | 7   he pushed two barges his entire life.  And |
| | 8   basically he was one of these guys that was just a |
| | 9   whiner, cry baby type guy.  He feels like |
| 14:57:36 | 10  everyone's against him and he's the only one.  But |
| | 11  the bottom line is he has to look at himself. |
| | 12       MR. STRAWN:  Okay.  Let me object as to |
| | 13  nonresponsive to that. |
| | 14  BY MR. STRAWN: |
| 14:57:45 | 15       Q.   What do you remember about meeting with |
| | 16  the auditor who came down from ACBL? |
| | 17       A.   I remember he was walking around with |
| | 18  one lens in his glass and one lens out because he |
| | 19  just had that surgery, LASIK surgery on his eye. |
| 14:58:08 | 20  And he didn't tell me, but I was wondering why he |
| | 21  had one lens.  What happened to your lens?  He was |
| | 22  a nice guy |
| | 23       Q.   So you're saying ACBL sent down a |
| | 24  one-eyed man to -- |

|  |  |  |
|---|---|---|
| | 1 | A. Correct. |
| | 2 | Q. Do you remember who were the crews on |
| | 3 | those vessels when he came aboard? |
| | 4 | A. No. I don't remember which crews. It |
| 14:59:01 | 5 | could have been Brown Water I. It was probably |
| | 6 | maybe Neal Trowbridge was captain. I don't know if |
| | 7 | he was on -- I can just recall crews -- the crews |
| | 8 | stay on the boats usually for years at a time. |
| | 9 | Q. Who is Neal Trowbridge? |
| 14:59:19 | 10 | A. He was one of the vessel captains on the |
| | 11 | Brown Water I, and Eddie Newman was probably on the |
| | 12 | Brown Water V. |
| | 13 | Q. Okay. So it's possible he talked with |
| | 14 | Mr. Timberlake, the ACBL auditor? |
| 14:59:26 | 15 | A. Could have been, or it could be the |
| | 16 | pilot or the relief captain. |
| | 17 | Q. Now, you indicated that you had been |
| | 18 | audited by a number of other companies in the past |
| | 19 | as well. |
| 14:59:38 | 20 | A. Right. |
| | 21 | Q. Can you give me the names of any of the |
| | 22 | other companies that audited the Brown Water? |
| | 23 | A. DuPont, BASS, BP Chemical -- BP Oil |
| | 24 | Expiration, Exxon, Mobil. God, just about anybody |