```
 1                  IN THE UNITED STATES DISTRICT COURT
                    FOR THE SOUTHERN DISTRICT OF TEXAS
 2                           BROWNSVILLE, TEXAS
 3

    IN RE: THE COMPLAINT AND        )
 4  PETITION OF BROWN WATER         )     COPY
    TOWING I, INC. AS OWNER, AND    )
 5  BROWN WATER MARINE SERVICE,     )   CIVIL ACTION
    INC., AS BAREBOAT CHARTERER,    )
 6  OF THE BROWN WATER V, ITS       )   NO. B-01-157
    ENGINES, TACKLE, ETC., IN A     )
 7  CAUSE OF EXONERATION FROM       )
    OR LIMITATION OF LIABILITY      )
 8  ***************************************************************
 9                  ORAL AND VIDEOTAPED DEPOSITION OF
                         HUGH TIMOTHY CHAPMAN
10                         OCTOBER 27, 2004
11  ***************************************************************
12       ORAL AND VIDEOTAPED DEPOSITION OF HUGH TIMOTHY CHAPMAN,
13  produced as a witness at the instance of the Claimants, and
14  duly sworn, was taken in the above-styled and numbered cause
15  on the 27th of October, 2004, from 9:05 a.m. to 1:37 p.m.,
16  before Shannon H. Hurst, CSR in and for the State of Texas,
17  reported by method of machine shorthand, at the offices of
18  Royston, Rayzor, Vickery & Williams, L.L.P., 1700 Wilson Plaza
19  West, 606 N. Carancahua, Corpus Christi, Texas, 78476, pursuant
20  to the Federal Rules of Civil Procedure and the provisions
21  stated on the record or attached hereto.
22
23
24
25
```

(210) 377-3027                ESQUIRE DEPOSITION SERVICES        FAX(210) 344-6016
7800 IH-10 WEST, SUITE 100    SAN ANTONIO, TEXAS 78230           (800) 969-3027

**EXHIBIT 40**

```
 1                        APPEARANCES
 2
 3    FOR THE CLAIMANTS:
 4        Mr. Ray R. Marchan
          WATTS LAW FIRM, L.L.P.
 5        1926 E. Elizabeth
          Brownsville, Texas 78520
 6
 7    FOR THE MIRELES FAMILY:
 8        Mr. S. Mark Strawn
          AJAMIE, L.L.P.
 9        Pennzoil Place - South Tower
          711 Louisiana, Suite 2150
10        Houston, Texas 77002
11
      FOR RENE & FRANK MATA:
12
          Ms. Rebecca Vela
13        KITTLEMAN, THOMAS,
          RAMIREZ & GONZALES, P.L.L.C.
14        4900-B North 10th Street
          McAllen, Texas 78505
15
16    FOR WILLIAM EUGENE KIMBRELL:
17        Richard Leo Harrell
          THE EDWARDS LAW FIRM, L.L.P.
18        802 N. Carancahua, Suite 1400
          Corpus Christi, Texas 78403-0480
19
20    FOR BROWN WATER TOWING, INC.:
21        Mr. Will W. Pierson
          ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
22        1700 Wilson Plaza West
          606 N. Carancahua
23        Corpus Christi, Texas 78476
24
25
```

```
 1   FOR AMERICAN COMMERCIAL BARGE LINES:
 2        Mr. Glenn Goodier
          JONES, WALKER, WAECHTER,
 3        POITEVENT, CARRERE & DENEGRE, L.L.P.
          201 St. Charles Avenue, 48th Floor
 4        New Orleans, LA  70170-5100
 5
     FOR THE STATE OF TEXAS:
 6
          Mr. Edwin C. Laizer
 7        ADAMS AND REESE, L.L.P.
          4500 One Shell Square
 8        New Orleans, LA  70139
 9
     FOR ACBL UNDERWRITERS:
10
          Mr. Sy S. Shamsie
11        WESTMORELAND HALL, P.C.
          Williams Tower, 64th Floor
12        2800 Post Oak Boulevard
          Houston, Texas 77056-6125
13
14   THE VIDEOGRAPHER:
15        Carlos Marroquin
16
17
18
19
20
21
22
23
24
25
```

HUGH TIMOTHY CHAPMAN

|  |  |  |
|---|---|---|
|  | 1 | question. |
|  | 2 | A.    I've never heard of 250 horsepower per barge and |
|  | 3 | what size of barge. |
|  | 4 | Q.    (BY MR. MARCHAN) Did American Commercial Barge Lines |
| 09:45 | 5 | ever inform your company, prior to the allision with the South |
|  | 6 | Padre Island causeway, that they had a general rule of thumb |
|  | 7 | that they wanted 200 horsepower per barge in the canal or the |
|  | 8 | intercoastal waterway? |
|  | 9 | A.    Not ACBL.  That's just a rule of the thumb for the |
| 09:46 | 10 | canal. |
|  | 11 | Q.    That rule of thumb, is that a minimum horsepower |
|  | 12 | rule? |
|  | 13 | A.    I couldn't say. |
|  | 14 | Q.    Okay.  What was your working knowledge?  You don't |
| 09:46 | 15 | know? |
|  | 16 | A.    Don't know.  Depends on where you are in the canal. |
|  | 17 | Q.    Are there -- What do you understand the west canal |
|  | 18 | to be? |
|  | 19 | A.    Basically 200 horsepower for a regulation barge. |
| 09:46 | 20 | Q.    And what geographic is the areas of the west canal? |
|  | 21 | A.    Basically Texas. |
|  | 22 | Q.    But never anything in writing about this horsepower |
|  | 23 | to barge ratio? |
|  | 24 | A.    Not that I recall seeing. |
| 09:46 | 25 | Q.    Did American Commercial Barge Lines, through its |

| | | |
|---|---|---|
| | 1 | of the causeway allision, grown, shrunk, or has the business |
| | 2 | stayed about the same size? |
| | 3 | A.  We may have added a vessel in a corporation. |
| | 4 | I don't -- I'd have to go back and look. |
| 11:31 | 5 | Q.  But it's within one boat? |
| | 6 | A.  It's with -- Yeah.  We may have even sold some |
| | 7 | vessels.  I'd just have to go back and look. |
| | 8 | Q.  In terms of number of employees, it would be |
| | 9 | roughly -- |
| 11:32 | 10 | A.  Roughly -- |
| | 11 | Q.  -- the same? |
| | 12 | A.  -- the same. |
| | 13 | Q.  You were asked some questions about the percentage |
| | 14 | of business that ACBL provided for Brown Water.  And I think |
| 11:32 | 15 | you said you weren't sure as to what the percentage would have |
| | 16 | been. |
| | 17 | A.  The -- |
| | 18 | Q.  Go ahead. |
| | 19 | A.  I was asked if it was 50 percent of our business, |
| 11:32 | 20 | and I think I said no. |
| | 21 | Q.  Well, do you know what percentage it was at the time |
| | 22 | of the allision? |
| | 23 | A.  Without going back to accounts receivables or |
| | 24 | monthly -- monthly accounts, I couldn't tell you what |
| 11:32 | 25 | percentage. |

HUGH TIMOTHY CHAPMAN

Page 97
October 27, 2004

|  |  |  |  |
|---|---|---|---|
|  | 1 | Q. | Were they your largest customer? |
|  | 2 | A. | No. |
|  | 3 | Q. | Who was? |
|  | 4 | A. | Don't recall. |
| 11:32 | 5 | Q. | So you know it wasn't ACBL, but you don't remember who -- |
|  | 7 | A. | I doubt if it was ACBL because we do an awful lot of oil field work. |
|  | 9 | Q. | And the oil field work is the crew boat? |
| 11:32 | 10 | A. | Crew boats and our -- and our tugs, also.  Tugs and barges. |
|  | 12 | Q. | And that's towing what, inland rigs and -- |
|  | 13 | A. | Inland rigs. |
|  | 14 | Q. | -- things like that? |
| 11:33 | 15 | A. | And structures, whatever.  Whatever relates to the oil field.  We called it an oil field. |
|  | 17 | Q. | As far as the canal work, not oil field related but moving of barges, would ACBL have been your largest customer? |
|  | 19 | A. | Then, I don't know.  We -- We've got a number of canal people.  I just couldn't say when they were or not. |
|  | 21 | Q. | If it wasn't ACBL, who would it be? |
|  | 22 | A. | Possibly BASF. |
|  | 23 |  | MR. PIERSON:  They don't make anything.  They make the products that make your life better. |
| 11:33 | 25 |  | MR. LAIZER:  I heard that. |

(210) 377-3027
7800 IH-10 WEST, SUITE 100

ESQUIRE DEPOSITION SERVICES
SAN ANTONIO, TEXAS 78230

FAX(210) 344-6016
(800) 969-3027

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | really did not have any training program to speak of for its |
|       | 2  | people?                                                      |
|       | 3  |     A.    For the captains?                                  |
|       | 4  |     Q.    Right.                                             |
| 12:02 | 5  |     A.    No.                                                |
|       | 6  |     Q.    You relied on the fact that they had their licenses? |
|       | 7  |     A.    They had a license, and how long they had been     |
|       | 8  | operating.                                                   |
|       | 9  |     Q.    Did anybody from the office ever go out to ride with |
| 12:02 | 10 | captains to observe them in the operation of your vessels?   |
|       | 11 |     A.    Not that I recall.                                 |
|       | 12 |     Q.    And you were asked some questions about the        |
|       | 13 | accident history that shows up on the Coast Guard web site   |
|       | 14 | for Brown Water. Is it your position that the 60 to 70       |
| 12:03 | 15 | reportable incidents is an acceptable safety record?         |
|       | 16 |     A.    Considering most of them are minor groundings --   |
|       | 17 | cup of oil falling overboard, grease pen thrown out of the   |
|       | 18 | galley -- the minor reports that the Coast Guard has, most of |
|       | 19 | them are very minor. And the number of hours we worked on the |
| 12:03 | 20 | canal, it's way out there.                                   |
|       | 21 |     Q.    So is the answer to my question yes?               |
|       | 22 |     A.    Like I said, most of those reports -- most of those |
|       | 23 | incidences are very minor.                                   |
|       | 24 |     Q.    And did you find the record as it existed to be    |
| 12:03 | 25 | acceptable?                                                  |