DEPARTMENT OF TRANSPORTATION
U.S. COAST GUARD
CG-1332 (Rev. 8-67)

# GENERAL INDEX OR ABSTRACT OF TITLE

**531092** (Official number)
**O.N. Screw** (Manner of propulsion)
**CHRISTINE LEIGH** (Present name of vessel)
a **FORCE THREE** (1) MISS HANNIE (Former name of vessel)

This vessel was built at Bayou Pigeonine, LA in 1977 of steel by Murray Yarret for Chandler & Blum Towing Co. as appears by certificate of Murray Yarret, Builder.

| GRANTOR | GRANTEE | Kind of instrument and part conveyed | Date of instrument and date of maturity | Consideration or amount and discharge amount | Received for record | Recorded | Time of endorsement and entry or approval of bona fide purchaser | Port where endorsed |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 13 July 1977 9:55 AM | Wilmington, Del. |
| Chandler & Blum Towing Co. | ITT Industrial Credit Company | Preferred Mortgage | 8 Jul 77 | $519,491.27 | 11 July 1977 12:40 PM | Book 97 Page 52 | | |
| Chandler & Blum Towing Co. | ITT Industrial Credit Company | Amendment to Preferred Mortgage | 11 Aug 77 | $519,491.27 | 11 Aug 80 12:40 PM | Book 97 Page 80 | 22 July 1977 2:10 PM | Wilmington, Del. |
| Chandler & Blum Towing Co. | ITT Industrial Credit Company | 2nd Amend Preferred Mortgage | 18 Jul 77 | $519,491.27 | 18 Jul 77 2:05 PM | | | |
| Chandler & Blum Towing Co. | ITT Industrial Credit Company | All | 7/5/79 | $365,423.00 | 16 July 1979 1:20 P.M. | Book 124 Page 45 | 16 July 1979 1:25 P.M. | Wilm., D |
| | Gulf Outlet Marine Repair Service | Notice of Claim of Lien | 5/1/80 Extended to 2/5/82 | $26,807.40 | 5 August 1980 1:20 P.M. | Book 150 Page 12 | | |
| | Anchor Engine Service, Inc. | Notice of Claim of Lien | 12 Aug 81 | $373.37 | 16 Aug 81 2:20 PM. | Book 162 Page 115 | | |

Port: Wilmington, DE
Date: 19 MAR 1982

I certify that the foregoing, which is issued in accordance with the provisions of Section 67.47-27(a), Coast Guard Regulations, is a true Abstract of Title of the vessel described above as appears by the records of this office.

By: [signature] Chief of the OCMI, Philadelphia

ORDER OF THE COURT: U.S. District Court, Southern District of Texas, Houston, Division, C.A. No. H-81-1868, dated 8/28/81, ordering the vessel sold by the U.S. Marshal, free and clear of all encumbrances.

ORDER OF THE COURT: U.S. District Court, Southern District of Texas, Houston Division, C.A. No. H-81-1868, dated 10/2/81, confirming the sale of the vessel by the U.S. Marshal to ITT Industrial Credit Company.

| U.S. Coast Guard Wilmington, Del. | OCMI - USCG New Orleans, La. | A/T | 3/10/82 | — | 3/12/82 3:30 P.M. | AT-11 Inst. 138 | | |
| I.R. Coney, Marshal of the United States for the Southern District of Texas | ITT Industrial Credit Company | B/S | 3/12/82 | $362,000.00 | 3/12/82 3:50 P.M. | BS-52 Inst. 257 | | |
| ITT Industrial Credit Company | Leonard J. Camaille | B/S | 3/11/82 | $10.00 & o.g. & v.c. | 3/12/82 3:52 P.M. | BS-52 Inst. 258 | | 3/12/82 |

PREVIOUS EDITION MAY BE USED

Page 1 of 8

**EXHIBIT 41**

DEPARTMENT OF TRANSPORTATION
U.S. COAST GUARD
CG-1332 (Rev. 8-67)

# GENERAL INDEX OR ABSTRACT OF TITLE

CONTINUATION SHEET NO. 1

(4) .................... 
(3) Official number: **584092**
(2) Rig: **Oil Screw**
(1) Name: **FORCE THREE** / **MISS LENNIE**
Home port: **Wilmington, Del.**

This vessel was built at .......... in .......... of .......... for .......... as appears by ..........

| GRANTOR | GRANTEE | Kind of instrument and port conveyed | Date of instrument and date of maturity | Consideration or amount secured and discharge annual | Received for record | Recorded | Time of endorsement and entry or approval of bonus port |
|---|---|---|---|---|---|---|---|
| | Equilease Corporation | P/M | 3/11/82 | $550,915.00 | 3/12/82 4:10 P.M. | PM-140 Inst. 98 | 3/12/82 – 5:45 P.M. |
| Leonard J. Camaille 85-1/6018 | CLAIMANT: GULF OUTLET FUEL & MARINE SUPPLIES, INC. | NCL | 3/22/87 same | $13,041.23 | 9-9-82 2:50 P.M. | ML-15 INST.-160 | 9/12/82 – 5:55 PM |
| C-85-1623 ORDER OF THE COURT: UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA, NO. 83-4714, SECTION "I", THE O-1 DATED 1/30/83, ORDERING THE VESSEL SOLD BY THE U.S. MARSHAL FREE AND CLEAR OF ALL ENCUMBRANCES. ORDER OF THE COURT: UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA, NO. 83-4714, SECTION "I", MAG. 4, DATED 2/29/83, CONFIRMING SALE OF THE VESSEL BY THE U.S. MARSHAL TO EQUILEASE CORPORATION. | | | | | | | |
| James V. Serio, Jr. U.S. Marshal For The Eastern District of Louisiana | Equilease Corporation | B/S | 3/23/84 | — | 5/4/84 2:58 p.m. | BS-61 Inst. 15 | |
| | Equilease Corporation Inc. | All | — | — | 5/4/84 3:00 p.m. | BS-61 Inst. 16 | |
| | Force Fleet Logistics, Inc. | B/S | 5/4/84 | — | 5/4/84 3:00 p.m. | BS-61 Inst. 16 | |
| Force Fleet Logistics, Inc. | Equilease Corporation | P/M | 5/4/84 | $908,933.00 | 5/7/84 6:30 a.m. | PM-160 Inst. 19 | 5/7/84–6:45 a.m. NOLA |
| | Equilease Corporation | All | 7/4/90 | — | — | — | |
| | CLAIMANT: CHANNEL FUELING SERVICE, INC | NCL | 1/22/85 | $2,550.00 | 5 February 1985 12:07 P.M. | ML-24 INST 68 | |
| | CLAIMANT: SALATTE OIL COMPANY, INC. | NCL | 11/26/84 | $8,236.02 | 21 February 1985 8:55 A.M. | ML-24 INST. 92 | |
| | CLAIMANT: GLENN'S DIESEL SERVICE, INC. | NCL | 2/21/85 | $744.28 | 3/12/85 10:30 A.M. | ML-24 INST. 154 | |
| FORCE FLEET LOGISTICS, INC. | FLEET TOWING, INC. | All | 4-8-85 | — | 4-9-85 1:55 P.M. | BS-71 INST.-39 | 4-9-85 4:40 PM NOLA |
| FLEET TOWING, INC. | EQUILEASE CORPORATION | ASSUMPTION P/M | 4-8-85 | — | 4-9-85 2:05 P.M. | PM-171 INST.-109 | 4-9-85 4:40 PM NOLA |
| FLEET TOWING, INC. | EQUILEASE CORPORATION | AMEND. P/M | 5-8-92 | $1,135,901.00 | 4-9-85 2:10 P.M. | PM-171 INST.-110 | 4-9-85 4:45 PM NOLA |
| FLEET TOWING, INC. | EQUILEASE CORPORATION | All | | | | | 4-9-85 4:47 PM |

# GENERAL INDEX OR ABSTRACT OF TITLE

DEPARTMENT OF TRANSPORTATION
U.S. COAST GUARD
CG-1332 (Rev. 5-82)

CONTINUATION SHEET NO. 2

(1) 584092 (Official number)
(2) KRISTIE LEIGH (Name)
(3) FORCE THREE (Former name)
(4) MISS. LENNIE (Name of ???)

Date: AUG 0 1 1988

| GRANTOR | GRANTEE | Kind of instrument conveyed | Date of instrument or date of maturity | Consideration or amount of claim demand | Received for record | Recorded | Time of endorsement and entry or disposal of home port | Port where endorsed |
|---|---|---|---|---|---|---|---|---|
| CLAIMANT: FRANK L. BEYER RADIO, INC. | | NCL | 10/15/85 | $592.92 | 10/18/85 9:35 A.M. | NL-26 Inst. 170 | | |
| ORDER OF THE COURT: UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA, CIVIL ACTION NO. 87-4889, SECTION A, MAG. NO. 6, DATED 18 NOVEMBER 1987; EQUILEASE CORPORATION VERSUS M/V FORCE THREE, in rem, ordering the sale of the vessel free and clear of all liens, encumbrances and pre-existing claims. | | | | | | | | |
| ORDER OF THE COURT: UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA, CIVIL ACTION NO. 87-4889, SECTION A, MAG. NO. 6, DATED 18 DECEMBER 1987; EQUILEASE CORPORATION VERSUS M/V FORCE THREE, in rem, CONFIRMING THE SALE BY THE UNITED STATES MARSHAL TO EQUILEASE CORPORATION | | | | | | | | |
| JAMES V. SERIO, JR. UNITED STATES MARSHAL | EQUILEASE CORPORATION | B/S | 12/22/87 | — | 8/3/88 8:35 A.M. | BS-100 Inst. 265 | | |
| EQUILEASE CORPORATION | ROBB MCDONNELL | B/S | 1/7/88 | — | 8/3/88 8:36 A.M. | BS-100 Inst. 266 | | |
| ROBB MCDONNELL | KRISTIE LEIGH ENTERPRISES, INC. | B/S | 4/7/88 | — | 8/3/88 8:37 A.M. | BS-100 Inst. 267 | | |
| KRISTIE LEIGH ENTERPRISES, INC. | CUMMINS FINANCIAL, INC. | P/M | 7/28/88 8/31/93 | $175,000.00 | (1) 8/3/88 8:40 A.M. | PM-210 Inst. 7 | 8/3/88 - 1:00 P.M. 8/3/88 - 1:05 P.M. NOHO | Filed 8:05pm, 10JAN90 |
| CUMMINS FINANCIAL, INC. | CITICORP DEL-LEASE, INC. D/B/A CITICORP DEALER FINANCE | ASSIGN P/M | 12/28/89 | — | 1/18/90 3:00 pm | PM-221 Inst. 130 | | NOHO |

This vessel was built at ................. in ................. of .................
by .................
as appears by .................

I certify that the foregoing, which is issued in accordance with 46 CFR 67.41-1 is a true abstract of title of the vessel described above, as appears by the records of this office.

[signature]
Documentation Officer
Port: NEW ORLEANS, LA
Date: JAN 14 1993

| DOCUMENTATION OFFICER NEW ORLEANS, LA | DOCUMENTATION OFFICER HOUSTON, TX | AT | 14JAN93 | | | AT-13 I-300 | | |

PREVIOUS EDITIONS ARE OBSOLETE

PREVIOUS EDITION MAY BE USED

OMB APPROVED 21-60410
SN 7530-00-F01-1010




## GENERAL INDEX OR ABSTRACT OF TITLE

CONTINUATION SHEET NO 3

DEPARTMENT OF TRANSPORTATION
U.S. COAST GUARD
CG-1332 (Rev. 5-82)

584092 (Official number)
(1) MISS LENNIE (Name of vessel)
(2) FORCE THREE
(3) KRISTIE LEIGH
(4) ..................

| GRANTOR | GRANTEE | Kind of instrument and port conveyed | Date of instrument and date of maturity | Consideration or amount and discharge amount | Received for record | Recorded | Time of endorsement and entry or approval of home port | Port where endorsed |
|---|---|---|---|---|---|---|---|---|
| KRISTIE LEIGH ENTERPRISES, INC | ROBB H. MCCONNELL | BS | 30DEC92 | | 09FEB93 12:30PM | B-137 I-224 | FILED 11JAN93 7:19AM | HOUSTON, TEXAS |
| ROBB H. MCCONNELL | PAR-TEX MARINE, INC | BS | 30DEC92 | | 09FEB93 12:35PM | B-137 I-225 | FILED: 11JAN93 7:19AM | |
| PAR-TEX MARINE | ROBB H. MCCONNELL | PM 100% | 29DEC92 | $187,820.75 | 09FEB93 12:40PM | PM-268 I-226 | FILED: 11JAN93 7:20AM | |
| CITICORP DEL-LEASE d/b/a CITICORP DEALER FINANCE INC. | KRISTIE LEIGH ENTERPRISES, INC. | SAT. PM 221, I-130 100% | 27FEB92 | $175,000.00 | 09FEB93 12:45PM | PM-268 I-227 | FILED: 8FEB93 2:10PM | HOUSTON TEXAS |

PREVIOUS EDITION MAY BE USED

OMB APPROVED 2115-0110

Page 4 of 8

| DEPARTMENT OF TRANSPORTATION U.S. COAST GUARD CG-1332A (Rev. 6-93) | GENERAL INDEX OR ABSTRACT OF TITLE CONTINUATION SHEET NO. 4 | | | | OFFICIAL NO. 584092 |
|---|---|---|---|---|---|
| INSTRUMENT PM | % CONVEYED 100 | DATE 11 20 96 | AMOUNT $1,600,000.00 | BOOK 96-103 | PAGE 530 |
| FILED PORT NVDC | | DATE 11 22 96 | TIME 2 20 PM | | DATE TERMINATED - - - |
| GRANTOR PAR-TEX MARINE, INC. | | | | | |
| GRANTEE TEXAS COMMERCE BANK, N.A. 1034 E. LEVEE ST. BROWNSVILLE, TX 78520 | | | | | |
| INSTRUMENT SMTG | % CONVEYED 100 | DATE 12 6 96 | AMOUNT $1,6000,000.00 | BOOK 96-107 | PAGE 404 |
| FILED PORT NVDC | | DATE 12 9 96 | TIME 1:50 PM | | DATE TERMINATED - - - |
| GRANTOR TEXAS COMMERCE BANK, N.A. SUCCESSOR IN INTEREST TO TEXAS COMMERCE BANK-BROWNSVILLE | | | | | |
| GRANTEE PAR-TEX MARINE, INC. | | | | | |
| INSTRUMENT PM | % CONVEYED 100 | DATE 12 6 96 | AMOUNT $585,000.00 | BOOK 96-107 | PAGE 405 |
| FILED PORT NVDC | | DATE 12 9 96 | TIME 1:50 PM | | DATE TERMINATED - - - |
| GRANTOR PAR-TEX MARINE, INC. | | | | | |
| GRANTEE MERCANTILE BANK, N.A. 835 EAST LEVEE STREET BROWNSVILLE, TX 78520 | | | | | |
| INSTRUMENT SMTG | % CONVEYED 100 | DATE 11-7-96 | AMOUNT $187,820.75 | BOOK 97-45 | PAGE 542 |
| FILED PORT NVDC | | DATE 3-13-97 | TIME 9:36AM | | DATE TERMINATED - |
| GRANTOR Refers to:PM-268:Pg-226 THE ROBB H. MCCONNELL AND BERNICE O. MCCONNELL REVOCABLE TRUST, SUCCESSOR TO THE INTERESTS OF ROBB H. MCCONNELL, DECEASED | | | | | |
| GRANTEE PAR-TEX MARINE INC | | | | | |

☐ ISSUED AS AN ABSTRACT OF TITLE        ☐ ISSUED FOR CHANGE OF PORT OF RECORD

DATE:              TIME:

PAGE:       OF         PORT:
PREVIOUS EDITION MAY BE USED                                                    DOCUMENTATION OFFICER

| DEPARTMENT OF TRANSPORTATION U.S. COAST GUARD CG-1332A (Rev. 6-93) | GENERAL INDEX OR ABSTRACT OF TITLE CONTINUATION SHEET NO. 5 | | OFFICIAL NO. 584092 |
|---|---|---|---|

| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
|---|---|---|---|---|---|
| SMTG | 100 | 2  05  98 | $585,000.00 | 98-27 | 540 |

| FILED PORT | DATE | TIME | DATE TERMINATED |
|---|---|---|---|
| NVDC | 3  30  98 | 9  25  AM | -  -  - |

**GRANTOR**

REFERS TO BOOK 96-107 PAGE 405
MERCANTILE BANK, N.A.

**GRANTEE**

PAR-TEX MARINE, INC.

---

| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
|---|---|---|---|---|---|
| BS | 100 | 2  05  98 | $1.00 | 98-33 | 276 |

| FILED PORT | DATE | TIME | DATE TERMINATED |
|---|---|---|---|
| NVDC | 3  30  98 | 9  25  AM | -  -  - |

**GRANTOR**

PAR-TEX MARINE, INC.

**GRANTEE**

GATEWAY TUGS, INC.

---

| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
|---|---|---|---|---|---|
| BS | 100 | 2  05  98 | $1.00 | 98-33 | 277 |

| FILED PORT | DATE | TIME | DATE TERMINATED |
|---|---|---|---|
| NVDC | 4  14  98 | 11  03  AM | -  -  - |

**GRANTOR**

GATEWAY TUGS, INC.

**GRANTEE**

MARINE VENTURES, LTD.
      ****VESSEL NAME CHANGED TO: MARY LOU (4 20 98)****

---

| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
|---|---|---|---|---|---|
| BS | 100 | 1  17  01 | $10.00 | 01-12 | 496 |

| FILED PORT | DATE | TIME | DATE TERMINATED |
|---|---|---|---|
| NVDC | 1  24  01 | 8  22  AM | -  -  - |

**GRANTOR**

Marine Ventures LTD

**GRANTEE**

Brown Water Shale Barge Company, Inc.
    ****VESSEL NAME CHANGED TO: BROWN WATER VIII (2/7/01)****

---

☐ ISSUED AS AN ABSTRACT OF TITLE          ☐ ISSUED FOR CHANGE OF PORT OF RECORD

DATE:            TIME:

PAGE:      OF        PORT:

DOCUMENTATION OFFICER

| DEPARTMENT OF TRANSPORTATION U.S COAST GUARD CG-1332A (Rev. 6-93) | | GENERAL INDEX OR ABSTRACT OF TITLE CONTINUATION SHEET NO. 6 | | | | OFFICIAL NO. 584092 |
|---|---|---|---|---|---|---|
| INSTRUMENT BS | % CONVEYED 100 | DATE 03 19 01 | AMOUNT $10.00 | | BOOK 01-53 | PAGE 290 |
| FILED PORT NVDC | | DATE 03 23 01 | | TIME 8 30 AM | | DATE TERMINATED - - - |
| GRANTOR BROWN WATER SHALE BARGE INC | | | | | | |
| GRANTEE BROWN WATER CREW BOAT INC | | | | | | |
| INSTRUMENT BS | % CONVEYED 100% | DATE 12/1/01 | AMOUNT $10.00 | | BOOK 02-01 | PAGE 255 |
| FILED PORT NVDC | | DATE 12/26/01 | | TIME 7:50 AM | | DATE TERMINATED -- |
| GRANTOR Brown Water Crew Boat Inc. | | | | | | |
| GRANTEE Brown Water Towing VIII, Inc. | | | | | | |
| INSTRUMENT | % CONVEYED | DATE | AMOUNT | | BOOK | PAGE |
| FILED PORT | | DATE | | TIME | | DATE TERMINATED |
| GRANTOR | | | | | | |
| GRANTEE | | | | | | |
| INSTRUMENT | % CONVEYED | DATE | AMOUNT | | BOOK | PAGE |
| FILED PORT | | DATE | | TIME | | DATE TERMINATED |
| GRANTOR | | | | | | |
| GRANTEE | | | | | | |

☐ ISSUED AS AN ABSTRACT OF TITLE    ☐ ISSUED FOR CHANGE OF PORT OF RECORD

DATE:            TIME:

PAGE:     OF     PORT:

DOCUMENTATION OFFICER

| DEPARTMENT OF HOMELAND SECURITY U.S COAST GUARD CG - 1332 | **GENERAL INDEX OR ABSTRACT OF TITLE** **Continuation Sheet No. 7** | Official No. 584092 |
|---|---|---|
| **ISSUED AS AN ABSTRACT OF TITLE AS OF** DATE: March 02, 2005    TIME: 08:37 AM | *[signature]* JAMES R. LOBA NATIONAL VESSEL DOCUMENTATION CENTER | |