SWORN AFFIDAVIT

I, Stephen Mosher, do hereby present the procedures and practices for which hiring of tug/push boat operators of Brown Water Marine Service, Inc. are performed:

1) The individual applying for a job as wheelman must hold a Merchant Mariner's License issued by the Department of Transportation. The license must be an original, a specific type and usually restricted by endorsements.

2) If the specific type of license is Operator Uninspected Towing Vessel (OUTV), the license holder has demonstrated sufficient training and sea time aboard tugs working on inland waters of the United States and has passed several examinations administered by the USCG for competency in the areas of towage. Obviously, if the individual holds an original license he has been found by the USCG as being competent, otherwise it would not have been issued. If he had a license and found to be incompetent then the USCG would have revoked the individual's license preventing him from working aboard these type vessels. I then review the license for restrictions in areas to which the Captain is allowed to operate and the number of issues and issuance date. The license will also need an endorsement of radar observer for either inland waters or waters unlimited. With these items in place, then the individual's background is checked to the extent possible and permissible by law. The individual is interviewed and a determination on experience is assessed.

3) If the specific license is a Master's License, then it will have restrictions for tonnage, geographic areas, and will need radar observer unlimited to qualify to operate a towing vessel. These individuals are then reviewed for prior work history. A Master's License allows the holder to operate any vessel subject to the restrictions endorsed upon the license. Individuals such as Rocky Wilson had never operated an uninspected towing vessel prior to the employment with Brown Water Marine Service, Inc. He had only operated inspected vessels in carriage of passengers. Individuals wanting to become operators of an uninspected towing vessel at

49477 D 03571

**EXHIBIT 44**

Brown Water Marine Service, Inc. and who lack towing experience are hired as a deckhand. They begin training aboard an uninspected towboat to build tow and learn the waterway. When they display competency in this area through the assessment of various Captains' they have been working under, then I look at placing them in a steering program. Individuals in a steering program are trained under the supervision of other licensed operators in operating a vessel and tow. When several Captains' tell me the individual is ready to go out on his own, I usually place the individual into the oil field where the tows are composed of single deck barge movements and the areas traveled have less traffic. This will allow the individual more training time or they may go to a vessel designated to a single barge tow for further experience. At sometime in the future, when the individual feels he is ready, they usually request a transfer to the larger tugs and tows. Depending on the individual, it usually takes over a year of small tows before going to the bigger tugs for the individuals not having any towing experience.

I, _Stephen H. Mosher_, do solemnly swear, that I have executed this sworn affidavit describing the hiring practice of licensed operator's upon vessels operated by Brown Water Marine Service, Inc.

_____
Signature of Affiant

Sworn to and subscribed before me by _Stephen H. Mosher_ on this __22__ day of _October_, _2001_.

_____
Notary Public's Signature

PATSY BARNARD
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 12/22/2002

49477 D 03572