United States District Court
Southern District of Texas
FILED

MAR 1 1 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-01-157<br>Admiralty<br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES, LLC AS OWNER, AND AMERICAN COMMERCIAL BARGE LINES, LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-02-004<br>Admiralty<br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | C. A. NO. B-02-125<br>Admiralty |

SUPPLEMENTAL MEMORANDUM IN SUPPORT OF
UNOPPOSED MOTION TO DISMISS THIRD PARTY COMPLAINT
AGAINST A.G. HILL POWER, INC. a/k/a JHB ENTERPRISES, INC.

MAY IT PLEASE THE COURT:

On March 2, 2005, undersigned counsel for Petitioners and Third Party Plaintiffs, American Commercial Barge Line LLC, American Commercial Lines LLC, Deere Credit, Inc. (formerly Senstar Finance Company, as Owner of the NM-315), and State Street Bank and Trust

{N1262750.1}

Company of Connecticut, National Association, as Owner Trustee of the ACL-9933B and in its individual capacity, and General Electric Capital Corporation, as Beneficial Owner of the ACL-9933B, filed their motion to dismiss their third party complaint against A.G. Hill Power, Inc., a/k/a JHB Enterprises, Inc., together with a supporting memorandum and proposed order. This pleading is Record Document 371, and a copy of the motion to dismiss and supporting memorandum which explains the background of the filing of this pleading are attached hereto as Exhibit 1.

Subsequent to the filing of the above motion, on March 3, 2005 undersigned counsel received by Federal Express a letter from Mr. Crago dated March 2, 2005 forwarding a signed version of the Joint Motion to Dismiss. A copy of counsel's letter is attached hereto as Exhibit 2 and it states: "A review of my file finds that while I faxed you the Joint Motion to Dismiss Third-Party Complaint I neglected to send you the original last week. Accordingly, I'm doing it now in case you need the original signature for your records." (Exhibit 2.) Undersigned counsel for Petitioners faxed Mr. Crago on March 3, 2005, Exhibit 3, and advised him that, contrary to the statement in counsel's March 2, 2005 letter, that we did not receive by fax from Mr. Crago the signed version of the Joint Motion to Dismiss. See Exhibit 3. Mr. Crago was further advised that given the position that he had taken in this matter (which is set out in detail in Exhibit 1 hereto), together with counsel's failure to timely respond to our letters dated February 22 and 24, left us with no option but to file a separate Motion to Dismiss. We requested that counsel please let us know if he would still like us to submit the original Joint Motion to Dismiss to the Court together with an explanation of what has occurred, and counsel has not responded. We did receive in the mail today an apparent objection by counsel to the dismissal of his client from the

lawsuit. In the interim, on March 7, 2005, a Motion for Sanctions was filed by Mr. Crago which Petitioners will oppose by separate memorandum.

In view of the circumstances, Petitioners respectfully request that the Court grant the Motion to Dismiss the Third Party Complaint Against A.G. Hill Power, Inc. a/k/a JHB Enterprises, Inc. previously submitted on March 2, 2005 (Record Document 371).

Respectfully submitted,

GLENN G. GOODIER, Attorney-in-Charge
Admitted *Pro Hac Vice*
By Order Entered 4/23/02
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:    (504) 582-8174
Facsimile:    (504) 582-8010

LES CASSIDY
State Bar Number 03979270
Federal Identification Number 5931
814 Leopard Street
Corpus Christi, Texas 78401
Telephone:    (361) 887-2969
Facsimile:    (361) 887-6251

OF COUNSEL:

WOOLSEY & CASSIDY, P.C.
814 Leopard Street
Corpus Christi, Texas 78401
Telephone:    (361) 887-2969
Facsimile:    (361) 887-6251

        Counsel for Petitioners,
American Commercial Lines LLP and
American Commercial Barge Line LLC
Deere Credit, Inc. (formerly Senstar Finance
Company), as Owner of the Barge NM-315,
State Street Bank and Trust Company of
Connecticut, N.A., as Owner/Trustee of the Barge
ACL-9933B and Not in Its Individual Capacity, and
General Electric Capital Corporation, as Beneficial
Owner of the Barge ACL-9933B

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this 10th day of March, 2005, served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States Mail, properly addressed and first class postage prepaid.

_____
GLENN G. GOODIER