# BRIN & BRIN, P.C.
### ATTORNEYS AT LAW

1202 THIRD STREET
CORPUS CHRISTI, TEXAS 78404
TELEPHONE (361) 881-9643
FAX (361) 883-0506

dcrago@brinandbrin.com

SAN ANTONIO OFFICE
10999 IH-10 WEST, SUITE 800
SAN ANTONIO, TEXAS 78230
TELEPHONE (210) 341-9711
FAX (210) 341-1854

EDINBURG OFFICE
123 W. MCINTYRE
COURTHOUSE SQUARE SUITES
EDINBURG, TEXAS 78541
TELEPHONE (956) 381-6602
FAX (956) 381-0725

BROWNSVILLE OFFICE
1325 PALM BLVD., SUITE A
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 544-7110
FAX (956) 544-0607

DAVID H. CRAGO
MEMBER OF THE FIRM
* * *
MEMBER OF THE COLLEGE
OF THE STATE BAR OF TEXAS

March 2, 2005

Mr. Glen Goodier   *via facsimile 504-582-8010 & Federal Express*
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue
New Orleans, LA 70170-5100

RE:   Civil Action No. B01-157 c/w B02 004 and B02 125;
In Re: The Complaint and Petition of Brown water Towing I, Inc.,
et al In a Cause of Exoneration From or Limitation of Liability; In
the United States District Court for the Southern District of Texas,
Brownsville Division.

Dear Mr. Goodier:

A review of my file finds that while I faxed you the Joint Motion to Dismiss Third-Party Complaint I neglected to send you the original last week. Accordingly, I'm doing it now in case you need the original signature for your records.

Sincerely yours,

David Crago Dm
David H. Crago

DHC/sm

cc:   Mr. Les Cassidy          *via facsimile 887-6251*
      Attorney at Law
      814 Leopard
      Corpus Christi, TX 78401

      Mr. William W. Pierson   *via facsimile 884-7261*
      Royston, Rayzor, Vickery & Williams
      1700 Wilson Plaza West
      606 N. Carancahua
      Corpus Christi, TX 78476

Exhibit 2