

# JONES WALKER

Glenn G. Goodier
Direct Dial 504-582-8174
Direct Fax 504-582-8010
ggoodier@joneswalker.com

February 2, 2005

**Via Fax (361) 883-0506 & U. S. Mail**

Mr. David H. Crago
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, Texas 78404

   Re: In Re The Complaint and Petition of Brown Water Towing I,
     Inc., as Owner, et al. and
     In the Matter of American Commercial Lines LLC as Owner, et al.
     Civil Action No. B-02-004 c/w B-01-157 c/w B-02-125
     Our File No.: 09454701/00775

Dear Mr. Crago:

  We have received and reviewed your correspondence of January 14, 2005. Based upon your representation that A. G. Hill Power, Inc. now known as JHB Enterprises, Inc. was never a party to any contract regarding work or maintenance on the Queen Isabela Causeway, we will dismiss our third party complaint.

  Enclosed for your review please find a copy of the proposed dismissal pleading. Please let us know if you have any questions or comments so that we can finalize same and file it with the Court.

               Very truly yours,

               Glenn G. Goodier

GGG:rb-jm
Enclosure

**EXHIBIT 3**

{N1246159.1}

JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

201 St. Charles Avenue · New Orleans, Louisiana 70170-5100 · 504-582-8000 · Fax 504-582-8583 · E-mail info@joneswalker.com · www.joneswalker.com
Baton Rouge Houston Lafayette Miami New Orleans Washington, D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-01-157<br>Admiralty<br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES, LLC AS OWNER, AND AMERICAN COMMERCIAL BARGE LINES, LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-02-004<br>Admiralty<br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | C. A. NO. B-02-125<br>Admiralty |

### JOINT MOTION TO DISMISS THIRD PARTY COMPLAINT
### AGAINST A. G. HILL POWER, INC., A/K/A JHB ENTERPRISES, INC.

NOW INTO COURT, through undersigned counsel, come Complainants/Petitioners, American Commercial Barge Line, LLC ("ACBL"), American Commercial Lines LLC ("ACL"), Deere Credit, Inc. (formerly Senstar Finance Company), as Owner of the NM-315, and State Street Bank and Trust Company of Connecticut, National Association, as Owner Trustee of

{N1246160.1}

the ACL-9933B and Not in Its Individual Capacity, and General Electric Capital Corporation as Beneficial Owner of the ACL-9933B, who move to dismiss their Third Party Complaint against A. G. Hill Power, Inc. a/k/a JHB Enterprises, Inc., with each party to bear its own costs and attorneys' fees, reserving all other claims and defenses as to all other parties. Undersigned counsel for A. G. Hill Power, Inc., a/k/a JHB Enterprises, Inc. has no objection to the foregoing motion.

Respectfully submitted,

GLENN G. GOODIER, Attorney-in-Charge
Admitted *Pro Hac Vice*
By Order Entered 4/23/02
Jones, Walker, Waechter, Poitevent,
    Carrère & Denègre, L.L.P.
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:    (504) 582-8174
Facsimile:     (504) 582-8010

LES CASSIDY
State Bar Number 03979270
Federal Identification Number 5931
814 Leopard Street
Corpus Christi, Texas 78401
Telephone:    (361) 887-2969
Facsimile:     (361) 887-6251

OF COUNSEL:

WOOLSEY & CASSIDY, P.C.
814 Leopard Street
Corpus Christi, Texas 78401
Telephone:    (361) 887-2969
Facsimile:     (361) 887-6251

Counsel for Petitioners,
American Commercial Lines LLP and
American Commercial Barge Line LLC
Deere Credit, Inc. (formerly Senstar Finance

Company), as Owner of the Barge NM-315,
State Street Bank and Trust Company of
Connecticut, N.A., as Owner/Trustee of the Barge
ACL-9933B and Not in Its Individual Capacity, and
General Electric Capital Corporation, as Beneficial
Owner of the Barge ACL-9933B

BRIN & BRIN, P.C.
1202 Third Street
Corpus Christi, Texas 78404
Telephone: (361) 881-9643
Facsimile: (361) 883-0506

NO OBJECTION:


By: _____
DAVID H. CRAGO, Attorney-in-Charge
State Bar No. 04975260
Federal I.D. No. 13868
   Carrère & Denègre, L.L.P.

Attorneys for Third Party Defendant,
A. G. Hill Power, Inc., Now Known as
JHB Enterprises, Inc.

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this ___ day of February, 2005, served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States Mail, properly addressed and first class postage prepaid.

_____

GLENN G. GOODIER

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-01-157<br>Admiralty<br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES, LLC AS OWNER, AND AMERICAN COMMERCIAL BARGE LINES, LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-02-004<br>Admiralty<br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | C. A. NO. B-02-125<br>Admiralty |

## ORDER

Considering the foregoing Motion,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Third Party Complaint of American Commercial Lines LLC ("ACL"), Deere Credit, Inc. (formerly Senstar Finance Company), as Owner of the NM-315, and State Street Bank and Trust Company of

{N1246160.1}

Connecticut, National Association, as Owner Trustee of the ACL-9933B and Not in Its Individual Capacity, and General Electric Capital Corporation as Beneficial Owner of the ACL-9933B, against A. G. Hill Power, Inc. a/k/a JHB Enterprises, Inc. be and are hereby dismissed, with each party to bear its own costs of court and attorneys' fees.

Brownsville, Texas this _____ day of February, 2005.

_____
UNITED STATES DISTRICT JUDGE