

# JONES WALKER

Glenn G. Goodier
Direct Dial 504-582-8174
Direct Fax 504-582-8010
ggoodier@joneswalker.com

February 11, 2005

**Via Fax (361) 883-0506**

Mr. David H. Crago
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, Texas 78404

    Re:   In Re The Complaint and Petition of Brown Water Towing I,
           Inc., as Owner, et al. and
           In the Matter of American Commercial Lines LLC as Owner, et al.
           Civil Action No. B-02-004 c/w B-01-157 c/w B-02-125
           Our File No.: 09454701/00775

Dear Mr. Crago:

We refer to our correspondence of February 2, 2005 and are writing to follow-up with regard to your review and approval of the proposed Motion to Dismiss.

Thank you for your attention to this matter and if you have any questions, please do not hesitate to contact me at (504) 582-8174.

Very truly yours,

Glenn G. Goodier

GGG:rb-ls

EXHIBIT 4

{N1250044.1}

JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.

201 St. Charles Avenue • New Orleans, Louisiana 70170-5100 • 504-582-8000 • Fax 504-582-8583 • E-Mail info@joneswalker.com • www.joneswalker.com
Baton Rouge   Houston   Lafayette   Miami   New Orleans   Washington, D.C.