**BRIN & BRIN, P.C.**
ATTORNEYS AT LAW

1202 THIRD STREET
CORPUS CHRISTI, TEXAS 78404
TELEPHONE (361) 881-9643
FAX (361) 883-0506

dcrago@brinandbrin.com

SAN ANTONIO OFFICE
10999 IH-10 WEST, SUITE 800
SAN ANTONIO, TEXAS 78230
TELEPHONE (210) 341-9711
FAX (210) 341-1854

EDINBURG OFFICE
123 W. McINTYRE
COURTHOUSE SQUARE SUITES
EDINBURG, TEXAS 78541
TELEPHONE (956) 381-6602
FAX (956) 381-0725

BROWNSVILLE OFFICE
1325 PALM BLVD., SUITE A
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 544-7110
FAX (956) 544-0607

DAVID H. CRAGO
MEMBER OF THE FIRM
* * *
MEMBER OF THE COLLEGE
OF THE STATE BAR OF TEXAS

February 9, 2005

Mr. Glen Goodier
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue
New Orleans, LA 70170-5100

RE: Civil Action No. B01-157 c/w B02 004 and BO2 125;
In Re: *The Complaint and Petition of Brown water Towing I, Inc., et al In a Cause of Exoneration From or Limitation of Liability;* In the United States District Court for the Southern District of Texas, Brownsville Division.

Dear Mr. Goodier:

We have reviewed your Joint Motion to Dismiss Third-Party Complaint against A. G. Hill Power, Inc. a/k/a JHB Enterprises, Inc. and understand what it says. Of course you can move to dismiss us as we never should have been in the case anyway. We have no problem with each party bearing their taxable court costs.

However, because of the length of time and repeated requests to nonsuit us in the first place, which were not acted on promptly, my client has incurred attorney's fees in the amount of $13,552.50.

If you had dismissed us promptly in the beginning as we had requested, we would not have had to do the legal work necessary to prepare our motion for summary judgment and anticipated motion for sanctions. We don't really want to get into the sanctions business but as I'm sure you now realize, my client has incurred attorney's fees which he has to pay out of his own pocket. As such, I'm requesting a check made payable to Jack Bennett and his attorney, David H. Crago, Brin & Brin, P.C. in the amount of $13,552.50. Please forward the check directly to the undersigned at Brin &Brin and the motion to dismiss to the court.

Sincerely yours,

*David Crago /sm*

David H. Crago

DHC/sm



EXHIBIT 5