**BRIN & BRIN, P.C.**
ATTORNEYS AT LAW

1202 THIRD STREET
CORPUS CHRISTI, TEXAS 78404
TELEPHONE (361) 881-9643
FAX (361) 883-0506

dcrago@brinandbrin.com

February 9, 2005

DAVID H. CRAGO
MEMBER OF THE FIRM
• • •
MEMBER OF THE COLLEGE
OF THE STATE BAR OF TEXAS

SAN ANTONIO OFFICE
10999 IH-10 WEST, SUITE 800
SAN ANTONIO, TEXAS 78230
TELEPHONE (210) 341-9711
FAX (210) 341-1854

EDINBURG OFFICE
123 W. MCINTYRE
COURTHOUSE SQUARE SUITES
EDINBURG, TEXAS 78541
TELEPHONE (956) 381-6602
FAX (956) 381-0725

BROWNSVILLE OFFICE
1325 PALM BLVD., SUITE A
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 544-7110
FAX (956) 544-0607

Watts Law Firm, L.L.P.
Ray R. Marchan
1926 E. Elizabeth
Brownsville, TX 78520

S. Mark Strawn
Schirrmeister Ajamie
Pennzoil Place – South Tower
711 Louisiana, Ste 2150
Houston, TX 77002

Jim Hart
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, TX 77017

Heriberto "Eddie" Medrano
Law Offices of Heriberto "Eddie" Medrano
1101 West tyler
Harlingen, TX 78550

John David Franz
The Law Office of John David Franz
400 N. McColl
McAllen, TX 78501

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Dr., Suite C
The Woodlands, TX 77381

Steve Q. McManus
Law Offices of McManus & Crane, L.L.P.
209 W. Juan Linn
P.O. Box 2206
Victoria, TX 77902-2206

Julian Rodriguez, Jr.
Attorney at Law
10113 N. Tenth, Suite C
McAllen, TX 78504

Richard Leo Harrell
The Edwards Law Firm, L.L.P.
Frost Bank Plaza, Ste 2100
Corpus Christi, TX 78403-0480

Raymond Thomas and
Andres Gonzalez, Jr.
Kittleman, Thomas, Ramirez & Gonzalez, PLLC
4900 B. North 10th Street
McAllen, Texas 78504

James B. Manley, P.C.
200 William Barnett
Cleveland, TX 77327

Will W. Pierson
Royston, Rayzor, Vickery & Williams
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, TX 78476

EXHIBIT 7

Page 2
February 9, 2005

Kieth N. Uhles
James H. Hunter, Jr.
Royston, Rayzor, Vickery & Williams, L.L.P.
55 Cove Circle
P.O. Box 3509
Brownsville, TX 78523-3509

Less Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, TX 78471

Glenn Goodier
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue – 48th Floor
New Orleans, LA 70170-5100

Geoffrey Amsel
1010 N. St. Mary's Street, Room 1403
San Antonio, TX 78215

Juan A. Magallanes
Magallanes, Hinojosa & Mancias, P. C.
1713 Boca Chica Blvd.
Brownsville, TX 78520

Mark Spansel
Jack Gilbert
Margie Manzano Corbett
Office of the Attorney General
Transportatioin Division
P.O. Box 12548
Austin, TX 78711-2548

Daryl G. Dursum
Adams & Reese, L.L.P.
4400 One Houston Center
1221 McKinney
Houston, TX 77010

Frank Enriquez
Roberto d. Puente
Law Offices of Frank Enriquez
4200 B North Bicentennial
McAllen, TX 78504

Veronica Farias
Law Offices of Veronica Farias
2854 Boca Chica
Brownsville, TX 78521

    RE:    Civil Action No. B01-157 c/w B02 004 and BO2 125;
*In Re: The Complaint and Petition of Brown water Towing I, Inc., et al In a Cause of Exoneration From or Limitation of Liability;* In the United States District Court for the Southern District of Texas, Brownsville Division.

To All Counsel:

       Please find enclosed a copy of Third Party Defendant, "A.G. Hill Power, Inc., a/k/a JHB Enterprises, Inc.'s," Motion for Sanctions with Exhibits and proposed order. This Motion, in

Page 3
February 9, 2005

accordance with the Federal Rules of Civil Procedure, I am serving this Motion at least 21 days before filing with the court.

Sincerely yours,

David H. Crago

DHC/sm

**BRIN & BRIN, P.C.**
ATTORNEYS AT LAW
1202 THIRD STREET
CORPUS CHRISTI, TEXAS 78404

TO:

Glenn Goodier
Jones, Walker, Waechter, Poitevent, Carrere &
Denegre, L.L.P.
201 St. Charles Avenue – 48th Floor
New Orleans, LA 70170-5100

FIRST CLASS MAIL



047J82008297
$03.13⁰
Mailed From 78404
02/10/2005
US POSTAGE