

# JONES WALKER

Glenn G. Goodier
Direct Dial 504-582-8174
Direct Fax 504-582-8010
ggoodier@joneswalker.com

February 18, 2005

**Via Fax (361) 883-0506 & Federal Express Delivery**

Mr. David H. Crago
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, Texas 78404

      Re:    In Re The Complaint and Petition of Brown Water Towing I,
                Inc., as Owner, <u>et al</u>. and
                In the Matter of American Commercial Lines LLC as Owner, <u>et al</u>.
                Civil Action No. B-02-004 c/w  B-01-157 c/w B-02-125
                Our File No.:  09454701/00775

Dear Mr. Crago:

We have received and reviewed your correspondence of February 17, 2005.  We have also received a copy of your motion for sanctions which we shall oppose.  In your February 16, 2005 letter you have advised you wish to pursue attorneys' fees.  We have accordingly revised the motion to dismiss, copy attached, to eliminate "attorneys' fees."  We are Federal Expressing to you the original revised motion for your signature so that we can file this with the Court.

Your letter of February 16 states "Of course, you can file a motion to dismiss without participation or agreement from the defendant."  Please note that the Federal Rules of Civil Procedure do not allow us to file a motion to dismiss without your consent since you have filed an answer.  Therefore, the consent of your client is required for us to file the motion to dismiss them from this case.  Please advise us immediately if you still do not agree to sign the attached revised version of the motion to dismiss.

---

{N1253086.1}

**JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.I**

201 St. Charles Avenue  New Orleans, Louisiana 70170-5100 · 504-582-8000 · Fax 504-582-8583 · E-Mail info@joneswalker.com

Baton Rouge    Houston    Lafayette    Miami    New Orleans    Washington, D.C.



EXHIBIT
10

Mr. David H. Crago
February 18, 2005
Page 2


        With best regards, I remain

                                              Very truly yours,

                                              Glenn G. Goodier

GGG:rb-lss
Enclosures

cc:     (w/encls)
        Mr. Will W. Pierson (via fax and U.S. Mail)
        Mr. Les Cassidy (via fax and U.S. Mail)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-01-157<br>Admiralty<br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES, LLC AS OWNER, AND AMERICAN COMMERCIAL BARGE LINES, LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-02-004<br>Admiralty<br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | C. A. NO. B-02-125<br>Admiralty |

## JOINT MOTION TO DISMISS THIRD PARTY COMPLAINT
### AGAINST A. G. HILL POWER, INC., A/K/A JHB ENTERPRISES, INC.

NOW INTO COURT, through undersigned counsel, come Complainants/Petitioners, American Commercial Barge Line, LLC ("ACBL"), American Commercial Lines LLC ("ACL"), Deere Credit, Inc. (formerly Senstar Finance Company), as Owner of the NM-315, and State Street Bank and Trust Company of Connecticut, National Association, as Owner Trustee of the ACL-9933B and Not in Its Individual Capacity, and General Electric Capital Corporation as

{N1246160.1}

Beneficial Owner of the ACL-9933B, who move to dismiss their Third Party Complaint against A. G. Hill Power, Inc. a/k/a JHB Enterprises, Inc., with each party to bear its own costs, reserving all other claims and defenses as to all other parties. Undersigned counsel for A. G. Hill Power, Inc., a/k/a JHB Enterprises, Inc. has no objection to the foregoing motion.

Respectfully submitted,

GLENN G. GOODIER, Attorney-in-Charge
Admitted *Pro Hac Vice*
By Order Entered 4/23/02
Jones, Walker, Waechter, Poitevent,
   Carrère & Denègre, L.L.P.
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:   (504) 582-8174
Facsimile:   (504) 582-8010

LES CASSIDY
State Bar Number 03979270
Federal Identification Number 5931
814 Leopard Street
Corpus Christi, Texas 78401
Telephone:   (361) 887-2969
Facsimile:   (361) 887-6251

OF COUNSEL:

WOOLSEY & CASSIDY, P.C.
814 Leopard Street
Corpus Christi, Texas 78401
Telephone:   (361) 887-2969
Facsimile:   (361) 887-6251

Counsel for Petitioners,
American Commercial Lines LLP and
American Commercial Barge Line LLC
Deere Credit, Inc. (formerly Senstar Finance
Company), as Owner of the Barge NM-315,
State Street Bank and Trust Company of
Connecticut, N.A., as Owner/Trustee of the Barge
ACL-9933B and Not in Its Individual Capacity, and
General Electric Capital Corporation, as Beneficial
Owner of the Barge ACL-9933B

BRIN & BRIN, P.C.
1202 Third Street
Corpus Christi, Texas 78404
Telephone: (361) 881-9643
Facsimile: (361) 883-0506

NO OBJECTION:


By: _____
DAVID H. CRAGO, Attorney-in-Charge
State Bar No. 04975260
Federal I.D. No. 13868

Attorneys for Third Party Defendant,
A. G. Hill Power, Inc., Now Known as
JHB Enterprises, Inc.

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this ___ day of February, 2005, served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States Mail, properly addressed and first class postage prepaid.

_____

GLENN G. GOODIER

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-01-157<br>Admiralty<br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES, LLC AS OWNER, AND AMERICAN COMMERCIAL BARGE LINES, LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-02-004<br>Admiralty<br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | C. A. NO. B-02-125<br>Admiralty |

<u>O R D E R</u>

Considering the foregoing Motion,

. IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Third Party

Complaint of American Commercial Lines LLC ("ACL"), Deere Credit, Inc. (formerly Senstar

Finance Company), as Owner of the NM-315, and State Street Bank and Trust Company of

{N1246160.1}

Connecticut, National Association, as Owner Trustee of the ACL-9933B and Not in Its Individual Capacity, and General Electric Capital Corporation as Beneficial Owner of the ACL-9933B, against A. G. Hill Power, Inc. a/k/a JHB Enterprises, Inc. be and are hereby dismissed, with each party to bear its own costs of court.

- Brownsville, Texas this _____ day of February, 2005.


_____
UNITED STATES DISTRICT JUDGE