**BRIN & BRIN, P.C.**
ATTORNEYS AT LAW

1202 THIRD STREET
CORPUS CHRISTI, TEXAS 78404
TELEPHONE (361) 881-9643
FAX (361) 883-0506

dcrago@brinandbrin.com

SAN ANTONIO OFFICE
10999 IH-10 WEST, SUITE 800
SAN ANTONIO, TEXAS 78230
TELEPHONE (210) 341-9711
FAX (210) 341-1854

EDINBURG OFFICE
123 W. MCINTYRE
COURTHOUSE SQUARE SUITES
EDINBURG, TEXAS 78541
TELEPHONE (956) 381-6602
FAX (956) 381-0725

BROWNSVILLE OFFICE
1325 PALM BLVD., SUITE A
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 544-7110
FAX (956) 544-0607

DAVID H. CRAGO
MEMBER OF THE FIRM
* * *
MEMBER OF THE COLLEGE
OF THE STATE BAR OF TEXAS

February 21, 2005

Mr. Glen Goodier     *via facsimile 504-582-8010*
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue
New Orleans, LA 70170-5100

RE: Civil Action No. B01-157 c/w B02 004 and BO2 125;
In Re: *The Complaint and Petition of Brown water Towing I, Inc., et al In a Cause of Exoneration From or Limitation of Liability;* In the United States District Court for the Southern District of Texas, Brownsville Division.

Dear Mr. Goodier:

As previously stated, we have no objection to your filing a motion to dismiss. As previously stated at least once if not several times, you have our consent to dismiss our client. What you do not have is our consent to tax costs of court, attorney's fees or any other costs to the parties incurring same. It looks to me like you need to revise your motion to dismiss again without the phrase, "each party to bear its own costs."

Sincerely yours,

David Crago /sm
David H. Crago

DHC/sm

cc: Mr. Les Cassidy         *via facsimile 887-6251*
    Attorney at Law
    814 Leopard
    Corpus Christi, TX 78401

    Mr. William W. Pierson   *via facsimile 884-7261*
    Royston, Rayzor, Vickery & Williams
    1700 Wilson Plaza West
    606 N. Carancahua
    Corpus Christi, TX 78476

EXHIBIT 11