

# JONES WALKER

Glenn G. Goodier
Direct Dial 504-582-8174
Direct Fax 504-582-8010
ggoodier@joneswalker.com

February 24, 2005

**Via Fax (361) 883-0506 & U.S. Mail**

Mr. David H. Crago
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, Texas 78404

    Re:    In Re The Complaint and Petition of Brown Water Towing I,
            Inc., as Owner, et al. and
            In the Matter of American Commercial Lines LLC as Owner, et al.
            Civil Action No. B-02-004 c/w B-01-157 c/w B-02-125
            Our File No.: 09454701/00775

Dear Mr. Crago:

    Please confirm to us today that you will:

1. Sign the revised Motion to Dismiss with proposed Order (which was faxed to you yesterday and which you should have received today by Federal Express) indicating no objection to the dismissal of your client; or

2. That you do not agree to sign the revised Motion to Dismiss with proposed Order indicating no objection, but that you still, nevertheless, have no objection to the dismissal of your client and entry of the proposed revised Order of dismissal.

    Thank you for your attention to the above, and with best regards, I am

                                            Very truly yours,

                                            Glenn G. Goodier

GGG:rb-lss

{N1255556.1}

JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.1

201 ST. CHARLES AVENUE · NEW ORLEANS, LOUISIANA 70170-5100 · 504-582-8000 · FAX 504-582-8583 · E-MAIL info@joneswalker.com

BATON ROUGE    HOUSTON    LAFAYETTE    MIAMI    NEW ORLEANS    WASHINGTON, D.C.



EXHIBIT 13

Mr. David H. Crago
February 24, 2005
Page 2

cc:     Mr. Will W. Pierson (via fax and U.S. Mail)
        Mr. Les Cassidy (via fax and U.S. Mail)

{N1255556.1}