

Glenn G. Goodier
Direct Dial 504-582-8174
Direct Fax 504-582-8010
ggoodier@joneswalker.com

March 3, 2005

**Via Facsimile (361) 883-0506 and U.S. Mail**
Mr. David H. Crago
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, Texas 78404

    Re:    In Re The Complaint and Petition of Brown Water Towing I,
              Inc., as Owner, et al. and
              In the Matter of American Commercial Lines LLC as Owner, et al.
              Civil Action No. B-02-004 c/w B-01-157 c/w B-02-125
              Our File No.: 09454701/00775

Dear Mr. Crago:

    We received today from you by Federal Express your letter dated March 2, 2005 forwarding a signed version of the Joint Motion to Dismiss. Contrary to the statement made in your letter, we did not receive by fax from you last week a signed version of the Motion to Dismiss. The position you have taken in this matter, together with your failure to timely respond to our letters dated February 23 and February 24, left us with no option but to file separate pleadings with the Court. Accordingly, if you would like us to submit the original Joint Motion to Dismiss with the Court at this late date, together with an explanation of what has occurred, please let us know.

Very truly yours,

Glenn G. Goodier

GGG:rb-lss

cc:    Mr. Will W. Pierson (via fax and U.S. Mail)
        Mr. Les Cassidy (via fax and U.S. Mail)

{N1258396.1}

**EXHIBIT 15**

JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.