IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC, AS BAREBOAT CHARTERER OF THE BROWN WATER V, ITS ENGINES TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § § | C.A. NO. B-01-157 Admiralty |
| | § § | Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES, LLC AS OWNER, AND AMERICAN COMMERCIAL BARGE LINES, LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § § | C.A. No. B-02-004 Admiralty |
| | § § | and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC.,(FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § § § § § | C.A. NO. B-02-125 Admiralty |

**ORDER GRANTING THIRD-PARTY DEFENDANT CAMERON COUNTY'S ACTION
FOR DECLARATORY JUDGMENT**

Be it remembered on the _____ day of _____, 2005, came on to be heard Third-party Defendant Cameron County's Action for Declaratory Judgment and the Court after considering said motion determines that it should in all things be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Third-Party Defendant Cameron County's Action for Declaratory Judgment is GRANTED, and that Cameron County's liability is limited to $300,000.00 for any negligence for which it may be found liable.

All relief requested and not expressly granted is hereby denied.

ENTERED on this the _____ day of _____, 2005.

_____
JUDGE PRESIDING

Copies to:

Ms. Eileen M. Leeds, Willette & Guerra, LLP, 1534 East 6th Street, Suite, 200, Brownsville, Texas 78520
Mr. Will W. Pierson, Royston, Rayzor, Vickery & Williams, L.L.P., 1700 Wilson Plaza West, 606 N. Carancahua, Corpus Christi, TX 78476
Mr. Keith Uhles, Royston, Rayzor, Vickery & Williams, L.L.P., 55 Cove Circle, Brownsville, Texas 78521
Mr. Glenn G. Goodier, Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P., 201 St. Charles Ave., 48th Floor, New Orleans, LA 70170-5100
Mr. Les D. Cassidy, Woolsey & Cassidy, P.C., 1020 Bank of America, 500 North Water St., Corpus Christi, TX 78471
Mr. David H. Crago, Brin & Brin, P.C., 1202 Third Street, Corpus Christi, Texas 78404
Mr. Jack F. Gilbert, Ms. Margie Manzano Corbett, Office of the Attorney General, Transportation Division, Post Office Box 12548, Austin, Texas 78711-2548
Mr. Daryl G. Dursum, Adams and Reese, LLP, One Houston Center, 1221 McKinney St., Ste 4400, Houston, TX 77010-2010
Mr. Mark J. Spansel, Adams and Reese, LLP, 701 Poydras St., Suite 4500, New Orleans, LA 70139
Mr. James B. Manley, James B. Manley, P.C., 200 William Barnett, Cleveland, TX 77327
Mr. Ray R. Marchan, Watts Law Frim L.L.P., 1926 E. Elizabeth, Brownsville, TX 78520
Mr. John David Franz, The Law Offices of John David Franz, 400 N. McColl, McAllen, TX 78501
Mr. J. Chad Gauntt, Gauntt & Kruppstadt, L.L.P., 1400 Woodlock Forest Dr., Suite 575, The Woodlands, Texas 77380
Mr. William Q. McManus, McManus & Crane, L.L.P., 209 W. Juan Linn, P.O. Box 2206, Victoria, Texas 77902-2206
Mr. Heriberto Medrano, Law Offices of Heriberto Medrano, 2009 East Harrison, Suite B, Harlingen, Texas 78550
Ms. Veronica Faria, Law Office of Veronica Farias, 2854 Boca Chica Blvd., Brownsville, Texas 78521
Mr. Raymond L. Thomas, Kittleman, Thomas, Ramirez & Gonzales, PLLC, 4900-B N. 10th Street, McAllen, TX 78504
Mr. S. Mark Strawn, Schirrmeister, Ajamie, L.L.P., Pennzoil Place-South Tower, 711 Louisiana St, Ste 2150, Houston, Texas 77002
Mr. Julian Rodriguez, Jr., Julian Rodriguez, Jr. & Associates, P.C., 10113 N. 10th Street, Suite C, McAllen, Texas 78504
Mr. Thomas E. Quirk, Aaron & Quirk, 901 N.E. Loop 410, Suite 903, San Antonio, Texas 78209-1307
Mr. Jim S. Hart, Williams Bailey Law Firm, L.L.P., 8441 Gulf Freeway, Suite 600, Houston, Texas 77017-5051
Mr. Frank Enriquez, Law Offices of Frank Enriquez, 4200-B North Bicentennial, McAllen, Texas 78504
Mr. J.A. Magallanes, Magallanes, Hinojosa & Mancias, P.C., 1713 Boca Chica Blvd., Brownsville, Texas 78520
Mr. Geoffrey Amsel, SBC Management Services, 175 East Houston Street, 4th Floor, San Antonio, Texas 78205
Mr. Richard Leo Harrell, The Edwards Law Firm, L.L.P., 802 N. Carancahua, Suite 1400, Corpus Christi, Texas 78470