# EXHIBIT "2"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | C. A. NO. B-01-157<br>Admiralty<br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § | C. A. NO. B-02-004<br>Admiralty<br><br><br><br>and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § § § | C.A. NO. B-02-125<br>Admiralty |

## THIRD-PARTY COMPLAINT

49477:1122723.1:092104

**TO THE HONORABLE JUDGE OF THIS COURT:**

COMES NOW, the Petitioners/Third-Party Plaintiffs, Brown Water Marine Service, Inc. and Brown Water Towing I, Inc., complaining of Cameron County, and file this their Third-Party Complaint, showing as follows:

**I.**

The Petitioner/Third-Party Plaintiffs initiated this proceeding seeking exoneration from or, alternatively, limitation of, liability arising from an allision with the Queen Isabella Causeway on September 15, 2001, and thus have appeared in this cause. The Petitioners/Third-Party Plaintiffs are corporations duly organized and existing under the law of the State of Texas.

**II.**

Third-Party Defendant Cameron County is a Texas governmental entity. Cameron County had actual notice that deaths occurred, that property was damaged, and that persons were injured within the meaning of TEX. CIV. PRAC. & REM. CODE ANN. § 101.101 (Vernon 1997). Service of process may be had upon Cameron County through County Judge Gilberto Hinojosa, 964 E. Harrison Street, Fourth Floor, Brownsville, Texas 78520.

**III.**

As indicated above, this cause arises from the allision with the Queen Isabella Causeway on or about September 15, 2001. The Petitioners/Third-Party Plaintiffs Brown Water Marine Service, Inc. and Brown Water Towing I, Inc. seek exoneration from and/or limitation of liability in this proceeding. The Court set a deadline for claimants to appear and file claims against the Petitioners/Third-Party Plaintiffs in the limitation proceedings. Subsequently, numerous claims against the Petitioners/Third-Party Plaintiffs have been received.

49477:1122723.1:092104                    -2-

## IV.

In the unlikely event that any claimant is successful in establishing a claim against Brown Water Marine Service, Inc. or Brown Water Towing I, Inc., the Petitioners/Third-Party Plaintiffs seek contribution and/or indemnity from Cameron County. Specifically, Cameron County was responsible for maintaining and operating lights on the Queen Isabella Causeway. Lights that Cameron County was responsible for maintaining and operating were not operating on the day of the incident due to Cameron County's negligence and/or negligence per se. This negligence and/or negligence per se caused or contributed to the allision and/or caused or contributed to several subsequent deaths and personal injuries. Further, the actions and/or inactions of Cameron County invoke the presumptions afforded by the Pennsylvania Rule and the General Maritime law of the United States.

WHEREFORE, PREMISES CONSIDERED, the Petitioners/Third-Party Plaintiffs, Brown Water Marine Service, Inc. and Brown Water Towing I, Inc., pray that citation issue and be served upon said Third-Party Defendant in the form and manner required by law, requiring the Third-Party Defendant to appear and answer; and that upon a final hearing, the Petitioners/Third-Party Plaintiffs be exonerated from any liability. In the unlikely event that a recovery is made against Petitioners/Third-Party Plaintiffs, the Petitioners/Third-Party Plaintiffs demand that the Petitioners/Third-Party Plaintiffs and the Claimants be awarded judgment over and against the Third-Party Defendant for contribution and/or indemnity, damages, interest, costs and all other relief to which the Petitioners and/or the Claimants may be entitled at law, in equity or in admiralty.

Respectfully submitted,

*Will Pierson* (signature)

Will Pierson
State Bar No. 16003100
Federal I.D. No. 1931
1700 Wilson Plaza West
606 North Carancahua
Corpus Christi, TX 78476
(361) 884-8808 office
(361) 884-7261 fax
Attorneys for Petitioners/Third-Party Plaintiffs,
Brown Water Towing 1, Inc. and Brown Water Marine Service, Inc.

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

49477:1122723.1:092104                    -4-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded to the below listed counsel by facsimile on this 22nd day of September, 2004.

**VIA TELEFAX (956) 541-1893**
Mr. Dino Esparza
Willette & Guerra, LLP
1534 E 6th Street, Suite 200
Brownsville, Texas 78520

**VIA TELEFAX (512) 472-3855**
Mr. Jack F. Gilbert
Office of the Attorney General
Transportation Division
Post Office Box 12548
Austin, Texas 78711-2548

**VIA TELEFAX (504) 566-0210**
Mark J. Spansel
Adams & Reese, L.L.P.
701 Poydras, Suite 4500
One Shell Square
New Orleans, LA 70139

**VIA TELEFAX (713) 947-6956**
Mr. James B. Manley, P.C.
200 William Barnett
Cleveland, Texas 77327

**VIA TELEFAX (956) 541-0255**
Mr. Ray R. Marchan
Watts Law Firm
1926 E. Elizabeth
Brownsville, Texas 78520

**VIA TELEFAX (956) 686-3578**
Mr. John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

**VIA TELEFAX (281) 367-3705**
Mr. J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
1400 Woodlock Forest Dr., Suite 575
The Woodlands, Texas 77380

**VIA TELEFAX (361) 575-8454**
Mr. William Q. McManus
Mr. Steve Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

**VIA TELEFAX (956) 428-2495**
Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
2009 East Harrison, Suite B
Harlingen, Texas 78550

**VIA TELEFAX 887-6521**
Mr. Les Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471

**VIA TELEFAX (956) 546-2234**
Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

49477:1122723.1:092104          -5-

**VIA TELEFAX (956) 630-5199**
Mr. Raymond Thomas
Mr. Andres Gonzalez
Kittleman, Thomas, Ramirez & Gonzales
4900-B N. 10th Street
McAllen, Texas 78504

**VIA TELEFAX (713) 860-1699**
Mr. Thomas R. Ajamie
Mr. S. Mark Strawn, Esq.
Ajamie, L.L.P.
Pennzoil Place-South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002

**VIA TELEFAX (956) 287-0098**
Mr. Julian Rodriguez, Jr.
Julian Rodriguez, Jr. & Associates, P.C.
10113 N. 10th Street, Suite C
McAllen, Texas 78504

**VIA TELEFAX (210) 820-0214**
Mr. Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307

**VIA TELEFAX (713) 643-6226**
Mr. Jim S. Hart
Ms. Nejd Yaziji
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

**VIA TELEFAX (956) 618-5064**
Mr. Frank Enriquez
Mr. Robert Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

**VIA TELEFAX (956) 544-4290**
Mr. J. A. Magallanes
Carlos Escobar
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Blvd.
Post Office Box 4901
Brownsville, Texas 78520

**VIA TELEFAX (210) 351-3458**
Mr. Geoffrey Amsel
SBC Management Services
175 East Houston Street, 4th Floor
San Antonio, Texas 78205

**VIA TELEFAX (504) 582-8010**
Mr. Glenn G. Goodier
Jones, Walker, Waechter, Poitevent, Carrere
    & Denegre, L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100

**VIA TELEFAX 698-7615**
Mr. Richard Leo Harrell
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 1400 (78470)
P.O. Box 480
Corpus Christi, Texas 78403-0480

*[signature]*
Of Royston, Rayzor, Vickery & Williams, L.L.P.