**ORDER GRANTING MOTION FOR SANCTIONS**

On _____, 2005, the Court heard the Motion for Sanctions filed in this cause by Third-Party Defendant and the Court rules that such Motion should be GRANTED. It is, therefore, ORDERED, ADJUDGED and DECREED that attorney's fees in the amount of $9,132.50, and $888.12 in costs be assessed against Glen Goodier, counsel for Petitioners. All relief not expressly granted is hereby DENIED.

SIGNED, ORDERED and ENTERED this the _____ day of _____, 2005.

_____
JUDGE PRESIDING