# The State of Texas



| Corporations Section | | Phone: 512-936-6618 |
| --- | --- | --- |
| P.O. Box 13697 | | Fax: 512-463-5709 |
| Austin, Texas 78711-3697 | | TTY (800) 735-2989 |
| | | www.sos.state.tx.us |

**Office of the Secretary of State**

# FAX TRANSMITTAL

4/6/05 4:29:58 PM

| TO: | Brin & Brin, P.C. | FROM: | Office of the Secretary of State |
| --- | --- | --- | --- |
| COMPANY: | | | |
| FAX: | 3618830506 | FAX: | (512) 463-5709 |
| PHONE: | | PHONE: | |

Order Document Number: 87436930002
Attached are the copies that you requested be transmitted by fax.
If there is any problem with the transmission, please call
512-463-5578.

TOTAL NUMBER OF PAGES INCLUDING THIS COVER SHEET:    4

☒IF YOU DO NOT RECEIVE ALL PAGES
PLEASE CALL AS SOON AS POSSIBLE☒



EXHIBIT A

0 0 2 2 7 0 0 0 1 5 3

## ASSUMED NAME CERTIFICATE

## OF

## FIRST SOUTH UTILITY CONSTRUCTION, INC.

FILED
In the Office of the
Secretary of State of Texas
OCT 17 1996
Corporations Section

THE STATE OF TEXAS    :

COUNTY OF NUECES    :

KNOW ALL MEN BY THESE PRESENTS

THAT FIRST SOUTH UTILITY CONSTRUCTION, INC., a Foreign Corporation authorized to do business in Texas operating under the assumed name of A. G. HILL POWER for the purposes of complying with Chapter 36, Section 36.10, Texas Business & Commerce Code, does hereby certify the following facts:

1. The name of the incorporated business as stated in its Certificate of Authority is FIRST SOUTH UTILITY CONSTRUCTION, INC.

2. That the assumed name under which the business is conducted and transacted is A. G. HILL POWER.

3. That the state in which it was incorporated is North Carolina and the address of its principal office is 2401-A Montreal Avenue, Greensboro, North Carolina 27406.

4. That the period, not to exceed ten (10) years, during which the assumed name will be used is October 15, 1996 – October 14, 2006.

5. That the corporation is a business corporation.

6. That the registered office in Texas is C. T. Corp. System, 359 N. St. Paul Street, Dallas, Texas 78201. The address of the principal office is 2401-A Montreal Avenue, Greensboro, North Carolina 27406.

7. The counties where business or professional services are being or are to be conducted or rendered under such assumed name are Nueces County and all other counties in Texas.

00227000194

IN TESTIMONY WHEREOF, we have hereunto set our hands this 14th day of October, 1996.

                          FIRST SOUTH UTILITY CONSTRUCTION, INC.

                By: _____
                      William T. Stover, Chairman of the Board

STATE OF TEXAS    :

COUNTY OF NUECES  :

    BEFORE ME, the undersigned authority, on this day personally appeared **William CT Stover**, Chairman of the Board of First South Utility Construction, Inc., a North Carolina corporation, and acknowledged to me that he executed the foregoing certificate for the purpose therein expressed.

    GIVEN under my hand and seal of office on the 14th day of October, 1996.

                                    _Cynthia De Leon_
                                Notary Public, State of Texas

[Notary Seal: CYNTHIA DELEON, Notary Public, State of Texas, My Comm. Exp. Aug. 4, 1998]

| | | |
|---|---|---|
| Corporations Section<br>P.O. Box 13697<br>Austin, Texas 78711-3697 |  | **Roger Williams**<br>Secretary of State |

**Office of the Secretary of State**

Packing Slip

**April 6, 2005**

Page 1 of 1

Attn: Robert Clorem (Harris vs AG Hill)

Brin & Brin, P.C.
1202 Third Street
Corpus Christi, TX 78404

**Batch Number:** 8743693          **Batch Date:** 04-06-2005

**Client ID:** 108047858           **Return Method:** Fax
                                                    3618830506
                                   **Phone No:**    3618819643   -

| Document Number | Document Detail | Filing Number / Name | Page Count | Fee |
|---|---|---|---|---|
| 87436930002 | Plain copies of a record or document | FIRST SOUTH UTILITY CONSTRUCTION, INC. | 2 | $0.20 |
| 87436930002 | Fax fee | | | $4.00 |
| | | **Total Document Fees** | | **$4.20** |

| | |
|---|---|
| Total Amount Charged to Client Account | $4.20 |
| Total Amount Credited to Client Account | $0.00 |

*Note:* This is not a bill. Please do not send any payments until the monthly statement is received.
Any amount credited to Client Account may be refunded upon request.
Refunds (if applicable) will be processed within 10 business days.
Acknowledgement of Filing Document(s) (if present) is attached.

User ID: BHENDRICKS

*Come visit us on the Internet @ http://www.sos.state.tx.us/*

(512) 463-5555          FAX (512) 463-5709          TTY 7-1-1