| 4/8/2005 | Brin & Brin, P.C. | | | |
|---|---|---|---|---|
| 1:22 PM | Slip Listing | | Page | 2 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 337515      EXP<br>  1/15/2005<br>  WIP<br>  PHOTOCOPYING (IN-HOUSE) | A/R<br>X<br>DC-BENNETT03283<br>HARRIS V. A.G. HILL POWE | 47 | 0.15 | 7.05 |
| 337876      EXP<br>  1/15/2005<br>  WIP<br>  POSTAGE | A/R<br>PO<br>DC-BENNETT03283<br>HARRIS V. A.G. HILL POWE | 1 | 3.18 | 3.18 |
| 338008      EXP<br>  1/15/2005<br>  WIP<br>  OUTGOING FAX EXPENSE | A/R<br>FX<br>DC-BENNETT03283<br>HARRIS V. A.G. HILL POWE | 2 | 0.50 | 1.00 |
| 344112      EXP<br>  1/26/2005<br>  WIP<br>  WESTLAW RESEARCH | A/R<br>R<br>DC-BENNETT03283<br>HARRIS V. A.G. HILL POWE | 1 | 120.32 | 120.32 |
| 344139      EXP<br>  1/25/2005       1/31/2005<br>  WIP<br>  WESTLAW RESEARCH | A/R<br>R<br>DC-BENNETT03283<br>HARRIS V. A.G. HILL POWE | 1 | 184.85 | 184.85 |
| 344140      EXP<br>  1/19/2005<br>  WIP<br>  WESTLAW RESEARCH | A/R<br>R<br>DC-BENNETT03283<br>HARRIS V. A.G. HILL POWE | 1 | 31.67 | 31.67 |
| 347943      EXP<br>  2/1/2005        2/22/2005<br>  WIP<br>  WESTLAW RESEARCH | A/R<br>R<br>DC-BENNETT03283<br>HARRIS V. A.G. HILL POWE | 1 | 288.86 | 288.86 |
| 347946      EXP<br>  2/4/2005        2/22/2005<br>  WIP<br>  WESTLAW RESEARCH | A/R<br>R<br>DC-BENNETT03283<br>HARRIS V. A.G. HILL POWE | 1 | 83.08 | 83.08 |

Grand Total

| | Billable | 0.00 | | 888.12 |
|---|---|---|---|---|

| 4/8/2005 | Brin & Brin, P.C. | | | |
|---|---|---|---|---|
| 1:22 PM | Slip Listing | | Page | 3 |

| Slip ID | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 888.12 |

# BILLING TOTALS PER ATTORNEY IN DEFENSE OF JHB ENTERPRISES IN THE FEDERAL COURT THIRD PARTY ACTION

Case 1:01-cv-00157    Document 381-5    Filed in TXSD on 04/12/2005    Page 3 of 5

| 4/8/2005 | Brin & Brin, P.C. | |
|---|---|---|
| 1:24 PM | TOTAL BILLING NUMBERS | Page   1 |

### Selection Criteria

Slip.Date            11/4/2004 - 2/9/2005
Client (hand select) Include: DC-BENNETT03283

| Title | Amount | % Total | Time | % Total |
|---|---:|---:|---:|---:|
| **A/R** | | | | |
| Fees: Slip Value | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Costs: Slip Value | 888.12 | 100.00% | | |
| Costs: Billable | 888.12 | 100.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Total: Slip Value | 888.12 | 10.84% | 0.00 | 0.00% |
| Total: Billable | 888.12 | 10.84% | 0.00 | 0.00% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| **BWC** | | | | |
| Fees: Slip Value | 3362.50 | 46.01% | 26.90 | 50.56% |
| Fees: Billable | 3362.50 | 46.01% | 26.90 | 50.56% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Total: Slip Value | 3362.50 | 41.03% | 26.90 | 50.56% |
| Total: Billable | 3362.50 | 41.03% | 26.90 | 50.56% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| **DHC** | | | | |
| Fees: Slip Value | 2415.00 | 33.05% | 16.10 | 30.26% |
| Fees: Billable | 2415.00 | 33.05% | 16.10 | 30.26% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Total: Slip Value | 2415.00 | 29.47% | 16.10 | 30.26% |
| Total: Billable | 2415.00 | 29.47% | 16.10 | 30.26% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| **FWB** | | | | |
| Fees: Slip Value | 1305.00 | 17.86% | 8.70 | 16.35% |
| Fees: Billable | 1305.00 | 17.86% | 8.70 | 16.35% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Total: Slip Value | 1305.00 | 15.92% | 8.70 | 16.35% |

| 4/8/2005<br>1:24 PM | Brin & Brin, P.C.<br>TOTAL BILLING NUMBERS | | | | Page | 2 |
|---|---|---|---|---|---|---|
| Title | Amount | % Total | Time | % Total | | |
| Total: Billable | 1305.00 | 15.92% | 8.70 | 16.35% | | |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% | | |
| **TFN** | | | | | | |
| Fees: Slip Value | 195.00 | 2.67% | 1.30 | 2.44% | | |
| Fees: Billable | 195.00 | 2.67% | 1.30 | 2.44% | | |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% | | |
| Costs: Slip Value | 0.00 | 0.00% | | | | |
| Costs: Billable | 0.00 | 0.00% | | | | |
| Costs: Unbillable | 0.00 | 0.00% | | | | |
| Total: Slip Value | 195.00 | 2.38% | 1.30 | 2.44% | | |
| Total: Billable | 195.00 | 2.38% | 1.30 | 2.44% | | |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% | | |
| **TS** | | | | | | |
| Fees: Slip Value | 30.00 | 0.41% | 0.20 | 0.38% | | |
| Fees: Billable | 30.00 | 0.41% | 0.20 | 0.38% | | |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% | | |
| Costs: Slip Value | 0.00 | 0.00% | | | | |
| Costs: Billable | 0.00 | 0.00% | | | | |
| Costs: Unbillable | 0.00 | 0.00% | | | | |
| Total: Slip Value | 30.00 | 0.37% | 0.20 | 0.38% | | |
| Total: Billable | 30.00 | 0.37% | 0.20 | 0.38% | | |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% | | |
| **Grand Total** | | | | | | |
| Fees: Slip Value | 7307.50 | 100.00% | 53.20 | 100.00% | | |
| Fees: Billable | 7307.50 | 100.00% | 53.20 | 100.00% | | |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% | | |
| Costs: Slip Value | 888.12 | 100.00% | | | | |
| Costs: Billable | 888.12 | 100.00% | | | | |
| Costs: Unbillable | 0.00 | 0.00% | | | | |
| Total: Slip Value | 8195.62 | 100.00% | 53.20 | 100.00% | | |
| Total: Billable | 8195.62 | 100.00% | 53.20 | 100.00% | | |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% | | |