United States District Court
Southern District of Texas
FILED

APR 2 1 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-01-157<br>Admiralty<br><br><br>**Consolidated with** |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-02-004<br>Admiralty<br><br><br>and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | C.A. NO. B-02-125<br>Admiralty |

## PETITIONERS BROWN WATER TOWING, I, INC. AND BROWN WATER MARINE SERVICE, INC. ANSWER TO CAMERON COUNTY'S ACTION FOR DECLARATORY JUDGMENT

TO THE HONORABLE JUDGE OF THIS COURT:

COME NOW Petitioners Brown Water Towing I, Inc. and Brown Water Marine Service, Inc. (collectively referred to as "Brown Water") and file this their Answer to Cameron County's Action for Declaratory Judgment and would respectfully show as follows:

-1-

49477:3019026:041505

I.

**FIRST DEFENSE**

Cameron County's Declaratory Judgment pleading fails to state a claim against Petitioners upon which relief can be granted.

II.

**SECOND DEFENSE**

Cameron County's action for declaratory judgment is preempted by maritime law. Maritime law does not recognize state law sovereign immunity as a defense to maritime tort claims.

III.

Brown Water responds to the allegations of Cameron County's Action for Declaratory Judgment as follows:

1. Section I paragraph 1 describes pleadings and parties and requires no answer, but to the extent that an answer is required, Brown Water admits the allegations in Section I paragraph 1 to the extent that they accurately describe the pleadings and parties to this case, otherwise they are denied.

2. Section I paragraph 2 list claimants in this case and requires no answer, but to the extent that an answer is required, Brown Water admits the allegations in Section I paragraph 2 to the extent that they accurately list the parties to this case, otherwise they are denied.

3. Brown Water admits that the Court has jurisdiction under the Court's Admiralty and Maritime Jurisdiction, 28 U.S.C. § 1333, and within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, all other allegations in Section II are denied.

4. Section III paragraph 1 describes the procedural posture of the case and requires no answer. To the extent that an answer is required, Brown Water admits the allegations of Section III paragraph 1 to the extent that they accurately describe the procedural posture of the case, otherwise they are denied.

5. Section III paragraph 2 describes the procedural posture of the case and requires no answer. To the extent that an answer is required, Brown Water admits the allegations of Section III paragraph 2 to the extent that they accurately describe the procedural posture of the case, otherwise they are denied.

6. Section III paragraph 3 describes the procedural posture of the case and requires no answer. To the extent that an answer is required, Brown Water admits the allegations of Section III paragraph 3 to the extent that they accurately describe the procedural posture of the case, otherwise they are denied.

7. Brown Water denies the allegations contained in Section IV Paragraph 1.

8. Brown Water denies the allegations contained in Section IV Paragraph 2.

9. Brown Water denies the allegations contained in Section IV Paragraph 3.

10. Brown Water denies the allegations contained in Section V Paragraph 1.

11. Brown Water denies the allegations contained in Section V Paragraph 2.

12. Brown Water denies the allegations contained in Section V Paragraph 3.

13. Brown Water denies the allegations contained in Section V Paragraph 4.

14. Brown Water denies the allegations contained in Section V Paragraph 5.

15. Brown Water denies the allegations contained in Section V Paragraph 6.

16. Brown Water denies the allegations contained in Section V Paragraph 7.

17. Brown Water admits that it alleged negligence on the part of Cameron County because the causeway lights were off the night of the collapse and that such negligence caused the collapse. Brown Water denies all other allegations contained in Section V Paragraph 8.

18. Brown Water denies that Cameron County is entitled to the relief which it requests in Section VI. Brown Water specifically denies that attorney's fees are available under the Declaratory Judgment Act.

WHEREFORE, PREMISES CONSIDERED, the Brown Water Petitioners pray that Cameron County take nothing by its suit, that Brown Water have the affirmative relief that it seeks pursuant to its Third-Party Complaint against Cameron County, and that Brown Water have such other relief to which they are entitled at law, in equity, or in admiralty.

Respectfully submitted,

Will W. Pierson
State Bar No. 15534600
Federal I.D. 1931
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
(361) 884-8808
(361) 884-7261 Facsimile

Keith N. Uhles
State Bar No. 20371100
Federal I.D. No. 1936
55 Cove Circle
Brownsville, Texas 78521
(956) 542-4377
(956) 542-4370 Facsimile
Attorney for Petitioners,
Brown Water Towing I, Inc. and Brown Water Marine Service, Inc.

OF COUNSEL:
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

-4-

49477:3019026:041505

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded to the below listed counsel by facsimile on this 2̲1̲s̲t̲ day of April, 2005.

**VIA TELEFAX (956) 541-1893**
**AND CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Ms. Eileen M. Leeds
Willette & Guerra, LLP
1534 E 6th Street, Suite 200
Brownsville, Texas 78520

**VIA REGULAR MAIL**
Mr. Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307

Mr. J. A. Magallanes
Mr. Carlos Escobar
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Blvd.
Post Office Box 4901
Brownsville, Texas 78520

Mr. Ray R. Marchan
Watts Law Firm
1926 E. Elizabeth
Brownsville, Texas 78520

Mr. Raymond Thomas
Mr. Andres Gonzalez
Kittleman, Thomas, Ramirez & Gonzales
4900-B North 10th Street
McAllen, Texas 78504

Mr. Richard Leo Harrell
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 1400 (78470)
P.O. Box 480
Corpus Christi, Texas 78403-0480

Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
2009 East Harrison, Suite B
Harlingen, Texas 78550

Mr. Michael Ratliff
Office of the Attorney General
Transportation Division
Post Office Box 12548
Austin, Texas 78711-2548

Mark J. Spansel
Adams & Reese, L.L.P.
701 Poydras, Suite 4500
One Shell Square
New Orleans, LA 70139

Mr. James B. Manley, P.C.
200 William Barnett
Cleveland, Texas 77327

Mr. John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

Mr. J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
1400 Woodlock Forest Dr., Suite 575
The Woodlands, Texas 77380

49477:3019026:041505

Mr. William Q. McManus
Mr. Steve Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

Les Cassidy
Cassidy & Raub
814 Leopard Street
Corpus Christi, Texas 78471

Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

Mr. Thomas R. Ajamie
Mr. S. Mark Strawn, Esq.
Ajamie, L.L.P.
Pennzoil Place-South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002

Mr. Julian Rodriguez, Jr.
Julian Rodriguez, Jr. & Associates, P.C.
10113 N. 10th Street, Suite C
McAllen, Texas 78504

Mr. Jim S. Hart
Ms. Nejd Yaziji
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

Mr. Frank Enriquez
Mr. Robert Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

Mr. Geoffrey Amsel
SBC Management Services
175 East Houston Street, 4th Floor
San Antonio, Texas 78205

Mr. Glenn G. Goodier
Jones, Walker, Waechter, Poitevent, Carrere
   & Denegre, L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100

David H. Crago
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, Texas 78404

Pamela St. John
Legal Department
175 East Houston, 4th Floor
San Antonio, Texas 78205

_[signature]_

Of Royston, Rayzor, Vickery & Williams, L.L.P.

49477:3019026:041505