United States District Court
Southern District of Texas
FILED

MAY 0 9 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-01-157<br>Admiralty<br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES, LLC AS OWNER, AND AMERICAN COMMERCIAL BARGE LINES, LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-02-004<br>Admiralty<br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | C. A. NO. B-02-125<br>Admiralty |

**PETITIONERS' MOTION FOR LEAVE
TO FILE SUPPLEMENTAL MEMORANDUM**

Petitioners, American Commercial Barge Line, LLC ("ACBL"), American Commercial Lines, LLC ("ACL"), Deere Credit, Inc. (formerly Senstar Finance Company), as Owner of the NM-315, and State Street Bank and Trust Company of Connecticut, National Association, as Owner Trustee of the ACL-9933B and Not in Its Individual Capacity, and General Electric Capital Corporation as Beneficial Owner of the ACL-9933B, move for leave of court to file the

{N1281931.1}

attached supplemental memorandum in order to respond to new arguments and documents submitted by A. G. Hill Power, Inc. a/k/a JHB Enterprises, Inc., Third Party Defendant, in its reply memorandum to Petitioners' memorandum in opposition to motion for sanctions, which arguments and documents were not included with the original motion for sanctions. Accordingly, Petitioners respectfully request leave of court to file the attached supplemental memorandum to respond to the reply memorandum and information not previously submitted with the original motion for sanctions. Petitioners did not have the opportunity to address these matters in connection with their opposition to the motion for sanctions as they were not presented to the Court at that time.

Respectfully submitted,

*/s/ Glenn G. Goodier*

GLENN G. GOODIER, Attorney-in-Charge
Admitted *Pro Hac Vice*
By Order Entered 4/23/02
Jones, Walker, Waechter, Poitevent,
   Carrère & Denègre, L.L.P.
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:   (504) 582-8174
Facsimile:   (504) 582-8010

LES CASSIDY
State Bar Number 03979270
Federal Identification Number 5931
814 Leopard Street
Corpus Christi, Texas 78401
Telephone:   (361) 887-2969
Facsimile:   (361) 887-6251

{N1281931.1}                              2

OF COUNSEL:

WOOLSEY & CASSIDY, P.C.
814 Leopard Street
Corpus Christi, Texas 78401
Telephone:  (361) 887-2969
Facsimile:  (361) 887-6251

Counsel for Petitioners,
American Commercial Lines LLC and
American Commercial Barge Line LLC
Deere Credit, Inc. (formerly Senstar Finance Company), as Owner of the Barge NM-315, State Street Bank and Trust Company of Connecticut, N.A., as Owner/Trustee of the Barge ACL-9933B and Not in Its Individual Capacity, and General Electric Capital Corporation, as Beneficial Owner of the Barge ACL-9933B

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 4th day of May 2005, served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States Mail, properly addressed and first class postage prepaid.

_____
GLENN G. GOODIER

{N1281931.1}   3