United States District Court
Southern District of Texas
FILED

MAY 1 2 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-01-157<br>Admiralty<br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-02-004<br>Admiralty<br><br>and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | C.A. NO. B-02-125<br>Admiralty |

<u>CLAIMANT SOUTHWESTERN BELL TELEPHONE, L.P. AND PETITIONERS'
JOINT NOTICE OF SETTLEMENT AND MOTION TO DISMISS
SOUTHWESTERN BELL TELEPHONE, L.P.'S CLAIMS</u>

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW the Claimant, Southwestern Bell Telephone, L.P., and the Petitioners, Brown Water Marine Service, Inc., Brown Water Towing I, Inc., American Commercial Barge Line, LLC, American Commercial Lines, LLC, Deere Credit, Inc., General Electric Capital Corporation, and

49477:#301231 1v1<RRVW> -SWB Mtn to Dismiss:

State Street Bank and Trust Company of Connecticut, N.A. (the "Petitioners"), pursuant to FED. R. CIV. P. 41(a) and show as follows:

The Claimant Southwestern Bell Telephone, L.P. and the Petitioners have reached a settlement wherein they have agreed, subject to the Court's approval, to the dismissal with prejudice of the Claimant Southwestern Bell Telephone, L.P.'s Claims against the Petitioners in the captioned matter. The parties have agreed to bear their own court costs with respect to Southwestern Bell Telephone, L.P.'s Claims.

WHEREFORE, PREMISES CONSIDERED, the Claimant Southwestern Bell Telephone, L.P. and the Petitioners respectfully request that the Court grant their Joint Motion to Dismiss with Prejudice the Claims by the Claimant Southwestern Bell Telephone, L.P. in the above styled and numbered civil action. The Claimant Southwestern Bell Telephone, L.P. and the Petitioners also request all other relief to which they may be entitled at law, in equity, or in admiralty.

Respectfully submitted,

*/s/ Will W. Pierson*

Will W. Pierson
Federal I.D. No. 1931
State Bar No. 16003100
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
(361) 884-8808
(361) 884-7261 Facsimile
ATTORNEY FOR PETITIONERS,
BROWN WATER MARINE SERVICE, INC. AND
BROWN WATER TOWING I, INC.

OF COUNSEL:
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

*/s/ Glenn Goodier by permission*

Mr. Glenn G. Goodier
Federal I.D. No. 06130
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100
(504) 582-8174
(504) 582-8010 Facsimile
ATTORNEY FOR PETITIONERS,
AMERICAN COMMERCIAL BARGE LINE, LLC,
AMERICAN COMMERCIAL LINES, LLC, DEERE
CREDIT, INC., GENERAL ELECTRIC CAPITAL
CORPORATION, STATE STREET BANK AND
TRUST COMPANY OF CONNECTICUT, N.A.

OF COUNSEL:
JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, L.L.P.

*Pamela St John*
Ms. Pamela J. St. John
State Bar No. 01918090
SBC Texas
175 E. Houston Street, 4th Floor
San Antonio, Texas 78205
(210)351-2043
(210)351-3458 Facsimile
ATTORNEY FOR CLAIMANT,
SOUTHWESTERN BELL TELEPHONE, L.P.