IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | C. A. NO. B-01-157 Admiralty |
| | § | Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C. A. NO. B-02-004 Admiralty<br><br><br><br>and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § | C.A. NO. B-02-125 Admiralty |

## ORDER OF DISMISSAL

BEFORE THE COURT is the Claimant, Southwestern Bell Telephone, L.P., and the Petitioners, Brown Water Marine Service, Inc. and Brown Water Towing I,.Inc., American Commercial Barge Line, LLC, American Commercial Lines, LLC, Deere Credit, Inc., General Electric Capital Corporation, and State Street Bank and Trust Company of Connecticut, N.A.'s (the

"Petitioners") Joint Notice of Settlement and Motion to Dismiss Southwestern Bell Telephone, L.P.'s Claims. The Claimant Southwestern Bell Telephone, L.P. and the Petitioners announced to the Court that they had reached a settlement. Consequently, the Court dismisses with prejudice the Claimant Southwestern Bell Telephone, L.P.'s Claims against the Petitioners. All parties are to bear their own court costs with respect to Southwestern Bell Telephone, L.P.'s Claims.

SIGNED on this _____ day of _____, 2005.

_____
The Honorable Hilda Tagle
United States District Judge

**APPROVED AND ENTRY REQUESTED:**

*/s/ Will W. Pierson*

Will W. Pierson
Federal I.D. No. 1931
State Bar No. 16003100
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
(361) 884-8808
(361) 884-7261 Facsimile
ATTORNEY FOR PETITIONERS,
BROWN WATER MARINE SERVICE, INC. AND BROWN WATER TOWING I, INC.

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

*/s/ Glenn Goodier by Pierson*

Mr. Glenn G. Goodier
Federal I.D. No. 06130
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100
(504) 582-8174
(504) 582-8010 Facsimile
ATTORNEY FOR PETITIONERS,
AMERICAN COMMERCIAL BARGE LINE, LLC, AMERICAN COMMERCIAL LINES, LLC,
DEERE CREDIT, INC., GENERAL ELECTRIC CAPITAL CORPORATION, STATE STREET
BANK AND TRUST COMPANY OF CONNECTICUT, N.A.

OF COUNSEL:

JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, L.L.P.

*Pamela St John*
Ms. Pamela J. St. John
State Bar No. 01918090
SBC Texas
175 E. Houston Street, 4th Floor
San Antonio, Texas 78205
(210)351-2043
(210)351-3458 Facsimile
ATTORNEY FOR CLAIMANT,
SOUTHWESTERN BELL TELEPHONE, L.P.