United States District Court
Southern District of Texas
FILED

MAY 2 6 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § | C. A. NO. B-01-157<br>Admiralty<br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315,VLB-9182,ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § | C. A. NO. B-02-004<br>Admiralty<br><br>and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § | C.A. NO. B-02-125<br>Admiralty |

**FIRST AMENDED NOTICE OF INTENTION TO TAKE ORAL DEPOSITION
OF CAPTAIN JOHN DECK, III AND SUBPOENA DUCES TECUM**

TO:   Claimants, through their attorneys of record, S. Mark Strawn, Esq., Ajamie, L.L.P., Pennzoil Place-South Tower, 711 Louisiana Street, Suite 2150, Houston, Texas 77002 and Ray R. Marchan, Watts Law Firm, 1926 E. Elizabeth, Brownsville, Texas 78520.

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, Petitioners Brown Water Towing I, Inc. and Brown Water Marine Service, Inc., hereby notice the oral deposition of Captain John Deck, III, on the date below indicated and continuing

49477:3024726_1

thereafter until completed. Said deposition may be used at trial of the above entitled consolidated case.

|  |  |
|---|---|
| **Date:** | Wednesday, June 8, 2005 |
| **Time:** | 10:30 a.m. |
| **Location:** | Watts Law Firm, LLP<br>The Esperson Buildings<br>16th Floor<br>815 Walker Street<br>Houston, Texas 77002<br>(713)225-0500 |
| **Reporter:** | Sunbelt Reporting & Litigation Services<br>4545 Bissonnet, Suite 100<br>Houston, Texas 77401<br>(713) 667-0763 |

Said deposition and answers may be read into evidence upon trial of said cause on behalf of the Petitioners. The witness shall answer such questions as may be propounded by the respective attorneys of record. Pursuant to the Federal Rules of Civil Procedure, the witness is directed to produce at the time and place of his deposition the following written materials and tangible things:

1. Current and up-to-date resumé or curriculum vitae.

2. A copy of any and all documentation in his possession with regard to the incident made the basis of this lawsuit, including correspondence and/or written notes of conferences with witnesses, attorneys, and/or any other person or business entity. Please produce the same documentation about any other matters of which he has been advised or which he has investigated or discovered in connection with his preparation in this case. This request includes photographs, video tapes, audio tapes, computer graphics, and/or computer printouts, and any other oral and/or visual documents or things he reviewed in connection with his investigation and preparation as an expert witness in this case.

3. A copy of any report or writing, as well as all drafts of such reports or writings, concerning the incident and damages made the basis of

this lawsuit. Please also provide any and all documentation and other information in writing, including audio tapes, video tapes, computer graphics, and/or computer printouts, etc., which have been received, reviewed, relied upon, and/or developed by him in the preparation of any report, his deposition testimony, and his anticipated trial testimony in connection with this lawsuit. In the event that some of the information and documentation are from books and manuals, which are too voluminous to be produced at the deposition, the expert witness is to provide a copy of the first page of the book or manual which indicates the title and edition so as to identify such publication, and that the expert witness also make a copy of the pertinent pages from such manual or publication to be available at the deposition.

4. A copy of any draft, preliminary and/or final report or writing by the expert witness in connection with his appointment, his research and study, and his opinions with regard to the incident made the basis of this lawsuit. This request is not limited to formal reports, but concerns any writings, including notes, letters, etc.

5. A copy of any documentation or writing published or provided by any person or business entity, which have been reviewed and/or used by this expert witness in formulating his opinion with regard to any reports he has written. This request also includes a request for the name, date of publication or writing, and author of any document which he has reviewed or may review and/or use in any way in trial to support his opinions expressed in any report he has written, his deposition testimony, and his anticipated trial testimony, even though he may not have reviewed such documentation in his preparation as an expert witness, and he was merely using the documents as general knowledge with regard to the accident in question. In the event that some of the information and documentation are from books and manuals, which are too voluminous to be produced at the deposition, the expert witness is to provide a copy of the first page of the book or manual which indicates the title and edition so as to identify such publication, and that the expert witness also make a copy of the pertinent pages from such manual or publication to be available at the deposition.

6. A copy of the written report, deposition, and/or trial testimony in any case in which the expert witness has been designated as an expert witness involving litigation or potential litigation from January 1, 1993 through the present. This request does not seek any privileged reports in cases in which he has been hired only as a consulting expert.

49477:3024726_1

7.  A copy of any and all laws, regulations, or government or industry standards which he alleges are applicable to this incident.

8.  To the extent not previously produced, the following:

    a) Your entire file, including all documents, files, correspondence, writings, notes, photographs, recordings, calculations, supporting data, and anything else in writing relating to your opinions in this case;

    b) Any and all documents prepared by you or any of your employees, servants, or agents concerning any and all tangible reports, physical models, compilations of data, and other material prepared in anticipation of your trial testimony and/or deposition testimony in this case;

    c) The names, addresses, and telephone numbers of each person with whom you have spoken or from whom you have obtained any information that forms in any way a basis for your opinions in this case;

    d) Letters, correspondence, records of telephone conversations, meetings, or any other communications between you or any other person which relates in any way to the incident in question;

    e) Any and all documents that in any way reflect, refer to, or otherwise relate to interviews or conversations with any persons for the purpose of obtaining information and/or background material in order for you to render an opinion in this case;

    f) Copies of relevant portions of treatises or other writings or publications which have been referred to or relied upon in any way in arriving at your opinion of this case;

    g) Any computation, study or research done by you concerning the accident in question;

    h) Any tests performed by you or on your behalf and which relate to the incident in question;

    i) Any reports prepared by others at your direction;

    j) Any opinion held by you or any opinion held by any other person, firm, or corporation which was used, relayed to, or became known by you and which relates in any way to the incident in question;

    k) Any and all documents provided by Plaintiffs' attorney and/or any third persons which have otherwise been reviewed by you, and/or will be reviewed by you, in the preparation for the trial of this cause;

    l) A complete list by cause number, court, attorneys involved (including their addresses and phone numbers) and other descriptive information in connection with each and every case in which you have given deposition testimony and/or given live trial testimony;

    m) A list of all articles, treatises, or other publications which you have authored or to which you have contributed; and

    n) All billing invoices, billing slips, invoices for professional services, or any documents which evidence charges by you or persons working for you for professional services rendered in this case.

Respectfully submitted,

*[signature]*

Will W. Pierson
State Bar No. 16003100
Federal I.D. 1931
Jack C. Partridge
State Bar No. 15534600
Federal I.D.10470
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
(361) 884-8808
(361) 884-7261-Facsimile

Keith N. Uhles
State Bar No. 20371100
Federal I.D. No. 1936
55 Cove Circle
Brownsville, Texas 78521
(956) 542-4377
(956) 542-4370 Facsimile

Attorneys for Petitioners,
Brown Water Towing I, Inc. and Brown Water
Marine Service, Inc.

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

49477:3024726_1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded to the below listed counsel by facsimile on this 25th day of May, 2005.

**VIA TELEFAX (713)860-1699**
Mr. Thomas R. Ajamie
Mr. S. Mark Strawn, Esq.
Ajamie, L.L.P.
Pennzoil Place-South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002

**VIA TELEFAX (956)541-0255**
Mr. Ray R. Marchan
Watts Law Firm
1926 E. Elizabeth
Brownsville, Texas 78520

**VIA TELEFAX (956)541-1893**
Ms. Eileen M. Leeds
Willette & Guerra, LLP
1534 E 6th Street, Suite 200
Brownsville, Texas 78520

**VIA TELEFAX (210)820-0214**
Mr. Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307

**VIA TELEFAX (956)544-4290**
Mr. J. A. Magallanes
Mr. Carlos Escobar
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Blvd.
Post Office Box 4901
Brownsville, Texas 78520

**VIA TELEFAX (956)630-5199**
Mr. Raymond Thomas
Mr. Andres Gonzalez
Kittleman, Thomas, Ramirez & Gonzales
4900-B North 10th Street
McAllen, Texas 78504

**VIA TELEFAX (361)698-7614**
Mr. Richard Leo Harrell
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 1400 (78470)
P.O. Box 480
Corpus Christi, Texas 78403-0480

**VIA TELEFAX (956)428-2495**
Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
2009 East Harrison, Suite B
Harlingen, Texas 78550

**VIA TELEFAX (713)947-6956**
Mr. James B. Manley, P.C.
200 William Barnett
Cleveland, Texas 77327

**VIA TELEFAX (956)686-3578**
Mr. John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

**VIA TELEFAX (281)367-3705**
Mr. J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
1400 Woodlock Forest Dr., Suite 575
The Woodlands, Texas 77380

49477:3024726_1

**VIA TELEFAX (361)575-8454**
Mr. William Q. McManus
Mr. Steve Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

**VIA TELEFAX (361)887-6521**
Les Cassidy
Cassidy & Raub
814 Leopard Street
Corpus Christi, Texas 78471

**VIA TELEFAX (956)546-2234**
Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

**VIA TELEFAX (956)287-0098**
Mr. Julian Rodriguez, Jr.
Julian Rodriguez, Jr. & Associates, P.C.
10113 N. 10th Street, Suite C
McAllen, Texas 78504

**VIA TELEFAX (713)643-6226**
Mr. Jim S. Hart
Ms. Nejd Yaziji
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

**VIA TELEFAX (956)618-5064**
Mr. Frank Enriquez
Mr. Robert Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

**VIA TELEFAX (504)582-8010**
Mr. Glenn G. Goodier
Jones, Walker, Waechter, Poitevent, Carrere
    & Denegre, L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100

**VIA TELEFAX (713)225-0566**
Watts Law Firm, LLP
The Esperson Buildings
16th Floor
815 Walker Street
Houston, Texas 77002

**VIA TELEFAX (713)661-3838**
Sunbelt Reporting & Litigation Services
4545 Bissonnet, Suite 100
Houston, Texas 77401

_____
Of Royston, Rayzor, Vickery & Williams, L.L.P.

49477:3024726_1