## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

IN RE THE COMPLAINT AND
PETITION OF BROWN WATER
TOWING I, INC., AS OWNER, AND
BROWN WATER MARINE SERVICE,
INC., AS BAREBOAT CHARTERER, OF
THE BROWN WATER V, ITS ENGINES,
TACKLE, ETC. IN A CAUSE OF
EXONERATION FROM OR
LIMITATION OF LIABILITY

§
§
§
§
§
§
§
§
§
§
§

C. A. NO. B-01-157
Admiralty



Consolidated with

IN RE THE COMPLAINT AND
PETITION OF AMERICAN
COMMERCIAL LINES LLC AS
OWNER, AND, and AMERICAN
COMMERCIAL BARGE LINES, LLC,
AS CHARTERER OF THE BARGES
NM-315,VLB-9182,ACL-9933B,
VLB-9173, IN A CAUSE OF
EXONERATION FROM OR
LIMITATION OF LIABILITY

§
§
§
§
§
§
§
§
§
§
§

C. A. NO. B-02-004
Admiralty



and

IN RE THE COMPLAINT AND PETITION OF
DEERE CREDIT, INC., (FORMERLY
SENSTAR FINANCE COMPANY), AS
OWNER OF THE BARGE NM-315 AND
STATE STREET BANK AND TRUST
COMPANY OF CONNECTICUT,
NATIONAL ASSOCIATION, AS OWNER
TRUSTEE OF THE BARGE ACL-9933B AND
NOT IN ITS INDIVIDUAL CAPACITY, AND
GENERAL ELECTRIC CAPITAL
CORPORATION, AS BENEFICIAL OWNER
OF THE BARGE ACL-9933B PRAYING FOR
EXONERATION FROM AND/OR
LIMITATION OF LIABILITY

§
§
§
§
§
§
§
§
§
§
§
§
§
§

C.A. NO. B-02-125
Admiralty

## ORDER OF DISMISSAL

BEFORE THE COURT is the Claimant, Allstate Insurance Company, and the Petitioners,

Brown Water Marine Service, Inc. and Brown Water Towing I,.Inc., American Commercial Barge

Line, LLC,   American Commercial Lines, LLC, Deere Credit, Inc., General Electric Capital

Corporation, and State Street Bank and Trust Company of Connecticut, N.A.'s (the "Petitioners")

Joint Notice of Settlement and Motion to Dismiss Allstate Insurance Company's Claims.  The

Claimant Allstate Insurance Company and the Petitioners announced to the Court that they had

reached a settlement.  Consequently, the Court dismisses with prejudice the Claimant Allstate

Insurance Company's Claims against the Petitioners.  All parties are to bear their own court costs

with respect to Allstate Insurance Company's Claims.

      SIGNED on this _____ day of _____, 2005.


                                          _____

                                          **The Honorable Hilda Tagle**
                                          **United States District Judge**

**APPROVED AND ENTRY REQUESTED:**

_Will W. Pierson_

Will W. Pierson
Federal I.D. No. 1931
State Bar No. 16003100
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
(361) 884-8808
(361) 884-7261 Facsimile
ATTORNEY FOR PETITIONERS,
BROWN WATER MARINE SERVICE, INC. AND BROWN WATER TOWING I, INC.


OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.


_Glenn Goodier by permission_

Mr. Glenn G. Goodier
Federal I.D. No. 06130
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100
(504) 582-8174
(504) 582-8010 Facsimile
ATTORNEY FOR PETITIONERS,
AMERICAN COMMERCIAL BARGE LINE, LLC, AMERICAN COMMERCIAL LINES, LLC,
DEERE CREDIT, INC., GENERAL ELECTRIC CAPITAL CORPORATION, STATE STREET
BANK AND TRUST COMPANY OF CONNECTICUT, N.A.

OF COUNSEL:

JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, L.L.P.

THOMAS E QUIRK
TAX ID 56 0719665
SBN 16437700
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307
(210)820-0211
(210)820-0214 Facsimile
ATTORNEY FOR CLAIMANT, ALLSTATE INSURANCE COMPANY

**Southern District Admission No 29509**