United States District Court
Southern District of Texas
ENTERED

JUN 0 7 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-01-157 Admiralty |
| | Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315,VLB-9182,ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-02-004 Admiralty and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | C.A. NO. B-02-125 Admiralty |

## ORDER OF DISMISSAL

BEFORE THE COURT is the Claimant, Allstate Insurance Company, and the Petitioners,

Brown Water Marine Service, Inc. and Brown Water Towing I,.Inc., American Commercial Barge

Line, LLC,  American Commercial Lines, LLC, Deere Credit, Inc., General Electric Capital

Corporation, and State Street Bank and Trust Company of Connecticut, N.A.'s (the "Petitioners")

Joint Notice of Settlement and Motion to Dismiss Allstate Insurance Company's Claims. The

Claimant Allstate Insurance Company and the Petitioners announced to the Court that they had

reached a settlement. Consequently, the Court dismisses with prejudice the Claimant Allstate

Insurance Company's Claims against the Petitioners. All parties are to bear their own court costs

with respect to Allstate Insurance Company's Claims.

SIGNED on this ___1___ day of ___June___, 2005.

_____
The Honorable Hilda Tagle
United States District Judge