United States District Court
Southern District of Texas
FILED

JUN 0 9 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-01-157<br>Admiralty<br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES, LLC AS OWNER, AND AMERICAN COMMERCIAL BARGE LINES, LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-02-004<br>Admiralty<br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | C. A. NO. B-02-125<br>Admiralty |

SUBMISSION ON BEHALF OF ACBL, ACL, DEERE CREDIT,
STATE STREET BANK, AND G. E. CAPITAL

{N1297947.1}

**MAY IT PLEASE THE COURT:**

ACL, ACBL, Deere Credit, State Street Bank, and GE Capital (hereafter collectively referred to as "ACBL interests") respectfully submit the following in response to the Court's Order of June 6, 2005:

1. It is the position of the ACBL interests that if the Court grants the motion to dismiss of the ACBL interests (R. Doc. 371) or accepts the subsequently submitted joint dismissal order (R. Doc. 376) signed by counsel for the ACBL interests and JHB Enterprises, Inc., then third party complaint of the ACBL interests against JHB Enterprises, Inc. would be rendered moot and appropriately to be dismissed. In that event, the Court would not have to consider the motion for summary judgment of JHB Enterprises, Inc. as to the ACBL interests. The motion to dismiss the third party complaint of the ACBL interests (R. Doc. 371) only relates to the third party complaint of the ACBL interests against JHB Enterprises, Inc. Counsel for Brown Water and JHB Enterprises, Inc. can appropriately address whether JHB Enterprises, Inc.'s motion for summary judgment is directed to the Brown Water interests and whether the Brown Water interests should file an appropriate response.

2. Counsel for the ACBL interests filed opposition pleadings and other memoranda related to the motion for sanctions of JHB Enterprises, Inc. as we assumed it was directed against ACBL interests, but we do not know whether the motion for sanctions of JHB Enterprises, Inc. was directed against Brown Water.

Respectfully submitted,

*/s/ Glenn G. Goodier*

GLENN G. GOODIER, Attorney-in-Charge
Admitted *Pro Hac Vice*
By Order Entered 4/23/02
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:   (504) 582-8174
Facsimile:   (504) 582-8010

LES CASSIDY
State Bar Number 03979270
Federal Identification Number 5931
814 Leopard Street
Christi, Texas 78401
Telephone:   (361) 887-2969
Facsimile:   (361) 887-6251

OF COUNSEL:

WOOLSEY & CASSIDY, P.C.
814 Leopard Street
Corpus Christi, Texas 78401
Telephone:   (361) 887-2969
Facsimile:   (361) 887-6251

Counsel for Petitioners,
American Commercial Lines LLC and
American Commercial Barge Line LLC,
Deere Credit, Inc. (formerly Senstar Finance
Company), as Owner of the Barge NM-315,
State Street Bank and Trust Company of
Connecticut, N.A., as Owner/Trustee of the Barge
ACL-9933B and Not in Its Individual Capacity, and
General Electric Capital Corporation, as Beneficial
Owner of the Barge ACL-9933B

## CERTIFICATE OF SERVICE

    I do hereby certify that I have on this 8th day of May, 2005, served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States Priority Mail, properly addressed and first class postage prepaid.

                                        */s/ Glenn G. Goodier*