IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | C. A. NO. B-01-157 Admiralty  Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C. A. NO. B-02-004 Admiralty    and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § | C.A. NO. B-02-125 Admiralty |

## ORDER

After having considered Petitioners Brown Water Towing I, Inc. and Brown Water Marine Service, Inc.'s Motion to Dismiss Third-Party Complaint Against A.G. Hill a/k/a JHB Enterprises, Inc., the Court finds that Brown Water's Motion to Dismiss should be in all things GRANTED. It is therefore

49477>3026417

ORDERED that, Brown Water Towing I, Inc. and Brown Water Marine Service, Inc.'s Third-Party Complaint against A.G. Hill a/k/a JHB Enterprises, Inc., is dismissed without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

SIGNED this _____ day of _____, 2005.

_____
JUDGE PRESIDING

49477>3026417