# ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
## ATTORNEYS AT LAW

HOUSTON, TEXAS
TELEPHONE 713-224-8380
FACSIMILE 713-225-9945

RIO GRANDE VALLEY, TEXAS
TELEPHONE 956-542-4377
FACSIMILE 956-542-4370

1700 WILSON PLAZA WEST
606 N. CARANCAHUA
CORPUS CHRISTI, TEXAS 78476
TELEPHONE 361-884-8808
FACSIMILE 361-884-7261
INTERNET www.roystonlaw.com

GALVESTON, TEXAS
TELEPHONE 409-763-1623
FACSIMILE 409-763-3853

Will W. Pierson
will.pierson@roystonlaw.com

February 24, 2005



**VIA FACSIMILE (361) 883-0506**
David H. Crago
Brin & Brin
1202 Third St
Corpus Christi, Texas 78404

Re: C.A. No. B-01-157;
*In Re: The Complaint and Petition of Brown Water Towing I, Inc., et al. In A Cause of Exoneration From or Limitation of Liability;*
consolidated with
C.A. No. B-02-004;
*In Re: the Complaint and Petition of American Commercial Lines LLC, et al. In A Cause of Exoneration From or Limitation of Liability;*
and
C.A. No. B-02-125;
*In Re: The Complaint and Petition of Deere Credit, Inc. (Formerly Senstar Finance Company), et al. In A Cause of Exoneration From or Limitation of Liability;*
In the United States District Court for the Southern District of Texas, Brownsville Division;
Our File: 49.477

Dear David:

We received your letter of February 9, 2005 containing a Motion for Sanctions and Proposed Order. We represent Brown Water Marine Service, Inc. and Brown Water Towing I, Inc. It is unclear to us whether your Motion for Sanctions is directed at our clients. We filed a Motion for Leave to Assert a Third Party Claim against your client several years ago. When we were recently given leave to file the Third Party Complaint, we were advised that your client was not a proper party. As a result, we did not file the Third Party Complaint or take any steps to serve your client until we could get the matter straightened out. Thus, we do not believe that there is a basis for sanctions against our clients. However, if you disagree, please advise us immediately so that we can



Brin & Brin                                                                                           Page 2
February 24, 2005

file an appropriate response. Otherwise, we will assume that the Motion is directed solely towards others.

        Yours truly,

        **ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**


        By:_____
          Will W. Pierson
          Jack C. Partridge


WWP/JCP:rer