**ORIGINAL**

United States District Court
Southern District of Texas
FILED

JUN 09 2005

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWNWATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | C.A. NO. B-01-157<br>Admirality |
| | § | Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES, LLC AS OWNER, AND AMERICAN COMMERCIAL BARGE LINES, LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | C.A. No. B-02-004<br>Admirality<br><br>JURY DEMANDED<br><br>and |
| | § § | C.A. NO. .B-02-125<br>Admirality |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § § § § § | |

**BRIEF IN RESPONSE TO COURT'S ORDER**

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Third Party Defendant, "A.G. Hill Power, Inc. a/k/a JHB Enterprises, Inc.," and files this its Brief in Response to the District Court's Order of June 6, 2005, and in support thereof would show as follows:

1

I.

By its order of June 6, 2005, this Court ordered the undersigned counsel to brief (1) whether the Court need address Third Party Defendant's motion for summary judgment as it pertains to Brown Water; and (2) against whom Third Party Defendant has filed its motion for sanctions. With respect to the former issue, Third Party Defendant submits that the Court need not address its motion for summary judgment as it pertains to Brown Water. Although Brown Water filed a Motion for Leave to Assert a Third Party Claim against Third Party Defendant, Brown Water never served Third Party Defendant. Consequently, Third Party Defendant never filed an answer in connection with the Brown Water petition.

Unlike the claim brought by American Commercial Lines, LLC, American Commercial Barge Line, LLC, Deere Credit, Inc. (formerly Senstar Finance Company), as owner of the Barge NM-315, State Street Bank and Trust Company of Connecticut, N.A. as Owner/Trustee of the Barge ACL-9933B and Not in its Individual Capacity, and General Electric Capital Corporation, as Beneficial Owner of the Barge ACL-9933B, in which service was effected on Third Party Defendant, counsel for Third Party Defendant never operated under the belief that Brown Water sought to prosecute a claim against Third Party Defendant. On June 8, 2005, David Crago, counsel for Third Party Defendant conferred with Jack Partridge, counsel for Brown Water, and confirmed that Brown Water intends to withdraw its claim against Third Party Defendant. Thus, this Court need not address Third Party Defendant's motion for summary judgment to the extent it includes Brown Water.

II.

With respect to the second issue which this Court instructed the undersigned counsel to brief, Third Party Defendant seeks sanctions against American Commercial Lines, LLC, American Commercial Barge Line, LLC, Deere Credit, Inc. (formerly Senstar Finance Company), as owner of the Barge NM-315, State Street Bank and Trust Company of

Connecticut, N.A. as Owner/Trustee of the Barge ACL-9933B and Not in its Individual Capacity, and General Electric Capital Corporation, as Beneficial Owner of the Barge ACL-9933B, as well as its attorney, Glen Goodier. Third Party Defendant's Motion for Sanctions and its Reply to Memorandum of Petitioners in Opposition to Motion for Sanctions focus on the conduct of Goodier and his client. Likewise, the proposed order attached to Third Party Defendant's Reply to Memorandum of Petitioners in Opposition to Motion for Sanctions expressly seeks relief against Goodier. However, to the extent the motion and reply were unclear, Third Party Defendant herein expressly requests that sanctions be entered against Goodier and his client for the bases set forth in its motion for sanctions and reply.

Respectfully submitted,

BRIN & BRIN, P.C.
1202 Third Street
Corpus Christi, Texas 78404
(361) 881-9643
(361) 883-0506 Facsimile

By: _____
DAVID H. CRAGO
Attorney In Charge
State Bar No. 04975260
Federal I.D. No. 13868
ATTORNEYS FOR DEFENDANT
A.G. HILL POWER, INC. NOW
KNOWN AS JHB ENTERPRISES, INC.

## CERTIFICATE OF SERVICE

I certify that I mailed a copy of the foregoing by certified U.S. Mail, return receipt requested, on this ____ day of June, 2005.

| | |
|---|---|
| Watts Law Firm, L.L.P.<br>Ray R. Marchan<br>1926 E. Elizabeth<br>Brownsville, TX 78520 | S. Mark Strawn<br>Schirrmeister Ajamie<br>Pennzoil Place – South Tower<br>711 Louisiana, Ste 2150<br>Houston, TX 77002 |
| Jim Hart<br>Williams Bailey Law Firm, L.L.P.<br>8441 Gulf Freeway, Suite 600<br>Houston, TX 77017 | Heriberto "Eddie" Medrano<br>Law Offices of Heriberto "Eddie" Medrano<br>1101 West tyler<br>Harlingen, TX 78550 |
| John David Franz<br>The Law Office of John David Franz<br>400 N. McColl<br>McAllen, TX 78501 | J. Chad Gauntt<br>Gauntt & Kruppstadt, L.L.P.<br>9004 Forest Crossing Dr., Suite C<br>The Woodlands, TX 77381 |
| Steve Q. McManus<br>Law Offices of McManus & Crane, L.L.P.<br>209 W. Juan Linn<br>P.O. Box 2206<br>Victoria, TX 77902-2206 | Julian Rodriguez, Jr.<br>Attorney at Law<br>10113 N. Tenth, Suite C<br>McAllen, TX 78504 |
| Richard Leo Harrell<br>The Edwards Law Firm, L.L.P.<br>Frost Bank Plaza, Ste 2100<br>Corpus Christi, TX 78403-0480 | Raymond Thomas and<br>Andres Gonzalez, Jr.<br>Kittleman, Thomas, Ramirez & Gonzalez, PLLC<br>4900 B. North 10th Street<br>McAllen, Texas 78504 |
| James B. Manley, P.C.<br>200 William Barnett<br>Cleveland, TX 77327 | Will W. Pierson<br>Royston, Rayzor, Vickery & Williams<br>1700 Wilson Plaza West<br>606 N. Carancahua<br>Corpus Christi, TX 78476 |
| Kieth N. Uhles<br>James H. Hunter, Jr.<br>Royston, Rayzor, Vickery & Williams, L.L.P.<br>55 Cove Circle<br>P.O. Box 3509<br>Brownsville, TX 78523-3509 | Less Cassidy<br>Woolsey & Cassidy, P.C.<br>1020 Bank of America<br>500 North Water Street<br>Corpus Christi, TX 78471 |
| Glenn Goodier<br>Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.<br>201 St. Charles Avenue – 48th Floor<br>New Orleans, LA 70170-5100 | Geoffrey Amsel<br>1010 N. St. Mary's Street, Room 1403<br>San Antonio, TX 78215 |

| | |
|---|---|
| Juan A. Magallanes<br>Magallanes, Hinojosa & Mancias, P. C.<br>1713 Boca Chica Blvd.<br>Brownsville, TX 78520 | Mark Spansel<br>Jack Gilbert<br>Margie Manzano Corbett<br>Office of the Attorney General<br>Transportatioin Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| Daryl G. Dursum<br>Adams & Reese, L.L.P.<br>4400 One Houston Center<br>1221 McKinney<br>Houston, TX 77010 | Frank Enriquez<br>Roberto d. Puente<br>Law Offices of Frank Enriquez<br>4200 B North Bicentennial<br>McAllen, TX 78504 |
| Veronica Farias<br>Law Offices of Veronica Farias<br>2854 Boca Chica<br>Brownsville, TX 78521 | |

_____
DAVID H. CRAGO