

## ATTORNEY GENERAL OF TEXAS
### GREG ABBOTT

August 6, 2004

**Via Facsimile (361) 884-7261**
Will W. Pierson
Royston, Rayzor, Vickery & Williams, LLP
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476

Re: C.A. No. B-01-157; *In Re the Complaint and Petition of Brown Water Towing I, Inc., As Owner, and Brown Water Marine Service, Inc., As Bareboat Charterer of the BROWN WATER V, Its Engines, Tackle, Etc., In A Cause of Exoneration From or Limitation of Liability*

Dear Will:

Please let this letter confirm the agreement of all parties to mutually extend deadlines for identification of experts and exchange of expert reports by thirty (30) days. The claimants' expert deadline will be extended until September 30, 2004 and the Petitioners' (both Brown Water and ACBL interests) expert deadline will be extended until November 15, 2004.

If this accurately sets forth our agreement, please sign in the space designated below and return to me for distribution to all parties.

Thank you for your cooperation.

Sincerely yours,

Michael Ratliff
Assistant Attorney General
**On behalf of all Claimants**
(512) 472-3855 - Facsimile

Agreed:

Will W. Pierson, Esq.
**On behalf of all Petitioners**

EXHIBIT "B"

POST OFFICE BOX 12548, AUSTIN, TEXAS 78711-2548 TEL: (512)463-2100 WEB: WWW.OAG.STATE.TX.US
*An Equal Employment Opportunity Employer - Printed on Recycled Paper*

08/06/2004 FRI 10:20 [TX/RX NO 9299] ☒002