```
 1              IN THE UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF TEXAS
 2                   BROWNSVILLE DIVISION
    IN RE THE COMPLAINT AND  )
 3  PETITION OF BROWN WATER  (
    TOWING I, INC., AS       )   C.A. NO. B-01-157
 4  OWNER, AND BROWN WATER   (   Admiralty
    MARINE SERVICE, INC.,    )
 5  AS BAREBOAT CHARTERER,   (
    OF THE BROWN WATER V,    )
 6  ITS ENGINES, TACKLE,     (
    ETC. IN A CAUSE OF       )
 7  EXONERATION FROM OR      (
    LIMITATION OF LIABILITY  )   Consolidated with
 8                           (
    IN RE THE COMPLAINT AND  )
 9  PETITION OF AMERICAN     (
    COMMERCIAL LINES LLC AS  )   C.A. NO. B-02-004
10  OWNER, AND AMERICAN      (   Admiralty
    COMMERCIAL BARGE LINES,  )
11  LLC, AS CHARTERER OF     (
    THE BARGES NM-315,       )
12  VLB-9182, ACL-9933B,     (
    VLB-9173, IN A CAUSE OF  )
13  EXONERATION FROM OR      (
    LIMITATION OF LIABILITY  )
14                           (   and
    IN RE THE COMPLAINT AND  )
15  PETITION OF DEERE        (
    CREDIT, INC., (FORMERLY  )
16  SENSTAR FINANCE          (
    COMPANY) AS OWNER OF     )
17  THE BARGE NM-315 AND     (
    STATE STREET BANK AND    )   C.A. NO. B-02-125
18  TRUST COMPANY OF         (   Admiralty
    CONNECTICUT, NATIONAL    )
19  ASSOCIATION, AS OWNER    (
    TRUSTEE OF THE BARGE     )
20  ACL-9933B AND NOT IN     (
    ITS INDIVIDUAL           )
21  CAPACITY, AND GENERAL    (
    ELECTRIC CAPITAL         )
22  CORPORATION, AS          (
    BENEFICIAL OWNER OF THE  )
23  BARGE ACL-9933B,         (
    PRAYING FOR EXONERATION  )
24  FROM AND/OR LIMITATION   (
    OF LIABILITY             )
25
```

EXHIBIT

```
 1          Statement of Counsel made on the record
 2  on Wednesday, 06/08/2005, at the Watts Law Firm,
 3  LLP, 815 Walker Street, 17th Floor, Houston, Texas,
 4  reported by Susan Perry Miller, CSR, RDR, CRR, CBC,
 5  via machine shorthand.  Appearances were pursuant to
 6  First Amended Notice of Intention to Take Oral
 7  Deposition of Captain John Deck, III, and Subpoena
 8  Duces Tecum.
 9          Although the witness, Captain John Deck,
10  III, was present, along with all counsel indicated
11  in the Appearances hereto, the witness was not sworn
12  by the reporter and the deposition did not proceed.
13  APPEARANCES:
14      FOR PETITIONERS, BROWN WATER TOWING I, INC. AND
        BROWN WATER MARINE SERVICE, INC.:
15
        ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP
16      600 N. Carancahua
        1700 Wilson Plaza West
17      Corpus Christi, Texas   78476
        (T) 361.884.8808
18      (F) 361.884.7261
            By:  Mr. Will W. Pierson
19               will.pierson@roystonlaw.com
20
        FOR VARIOUS CLAIMANTS:
21
        WATTS LAW FIRM, LLP
22      1926 East Elizabeth Street
        Fort Brown Plaza
23      Brownsville, Texas   78520
        (T) 956.544.0500
24      (F) 956.541.0255
            by:  Mr. Ray R. Marchan
25               rrmarchan@wattslawfirm.com
```

● Sunbelt Reporting & Litigation Services ●
Houston 713.667.0763 ⨯ 214.747.0763 Dallas

```
 1    FOR THE MIRELES CLAIMANTS:
          AJAMIE, LLP
 2        Pennzoil Place, South Tower
          711 Louisiana, Suite 2150
 3        Houston, Texas   77002
          (T) 713.860.1600
 4        (F) 713.860.1699

 5             By:  Mr. S. Mark Strawn
                    mstrawn@ajamie.com
 6

 7    FOR CLAIMANTS FRANK AND RENE MATA:
          KITTLEMAN, THOMAS, RAMIREZ &
 8        GONZALES, PLLC
          4900-B North 10th Street
 9        P.O. Box 1416
          McAllen, Texas   78505
10        (T) 956.686.8797
          (F) 956.630.5199
11             By:  Ms. Rebecca Vela
                    rvela@ktrglaw.com
12
      FOR THE RIVAS CLAIMANTS:
13
          GAUNTT & KRUPPSTADT, LLP
14        1400 Woodloch Forest Drive
          Suite 575
15        The Woodlands, Texas   77380
          (T) 281.367.6555
16        (F) 281.367.3705
               By:  Mr. Matthew Kearney
17

18    FOR CAMERON COUNTY, TEXAS:

19        WILLETTE & GUERRA, LLP
          1534 E. 6th Street
20        Suite 200
          Brownsville, Texas   78520
21        (T) 956.541.1846
          (F) 956.541.1893
22             By:  Ms. Heather Scott
                    HScott@wglawfirm.com
23

24

25
```

4

| | |
|---|---|
| 1 | FOR AMERICAN COMMERCIAL BARGE LINES, LLC: |
| 2 | JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP |
| 3 | 201 St. Charles Avenue 48th Floor |
| 4 | New Orleans, Louisiana  70170-5100 (T) 504.582.8000 |
| 5 | (F) 504.582.8010 By:  Mr. Glenn G. Goodier |
| 6 | ggoodier@joneswalker.com |
| 7 | WESTMORELAND HALL, PC Williams Tower, 64th Floor |
| 8 | 2800 Post Oak Boulevard Houston, Texas  77056-6125 |
| 9 | (T) 713.871.9000 (F) 713.871.8962 |
| 10 | By:  Mr. Sy S. Shamsie sshamsie@westmorelandhall.com |
| 11 | |
| 12 | FOR THE HINOJOSA CLAIMANTS: |
| 13 | JULIAN RODRIGUEZ, JR. & ASSOCIATES, PC 10113 North 10th Street |
| 14 | Suite C McAllen, Texas  78504 |
| 15 | (T) 956.287.0088 (F) 956.287.0098 |
| 16 | By:  Mr. Julian Rodriguez, Jr. |
| 17 | |
| | FOR CLAIMANT ROBERT HARRIS: |
| 18 | |
| | LAW OFFICES OF HERIBERTO MEDRANO |
| 19 | 2009 East Harrison Suite B |
| 20 | Harlingen, Texas  78550 (T) 956.428.2412 |
| 21 | (F) 956.428.2495 By:  Mr. Heriberto Medrano |
| 22 | ************************************************* |
| 23 | |
| 24 | |
| 25 | |

```
 1                  (The following statement was made on
 2    the record beginning at 10:28 a.m.)
 3                  MR. PIERSON:  This is Will Pierson,
 4    the attorney for the Brown Water entities.  I was in
 5    mediation in San Antonio yesterday and got back to
 6    my office about 7:00 and was given a report that is
 7    for Mr. Disler and Mr. Deck.
 8                  The report, by its own terms,
 9    indicates that the document is not considered to be
10    a supplement or an amendment to the report; rather,
11    the report indicates on its own terms that it
12    supersedes the previous report that was given.
13                  All counsel have previously agreed
14    by letter dated August the 6th, 2004, that the
15    claimants' expert reports would be provided on
16    September the 30th, 2004; defendants' experts'
17    reports, or the petitioners in this matter, would be
18    provided on November the 15th, 2004.
19                  We're in Houston today to try to
20    obtain the deposition testimony of Mr. Deck.
21    Mr. Deck has modified his opinions, revised his
22    opinions and added new opinions on the eve of his
23    deposition.  I believe that that's patently unfair.
24    I think that that's a move that's attempting to
25    catch the petitioners by surprise.
```

Timestamps: 10:28:20, 10:28:34, 10:28:50, 10:29:06, 10:29:23

1        As such, I've conferred with
2  counsel.  Their only alternative is that I can
3  either start the deposition or I can file whatever
4  motion I want to file, so I'm not going to depose
5  Mr. Deck.  I think it's patently unfair.  I'm very    10:29:36
6  surprised that counsel would do that, and I intend
7  to move to strike him.
8        MR. MARCHAN:  I object to the
9  commentary by counsel.
10        MR. MEDRANO:  We need to clarify    10:29:55
11  that we gave him an opportunity to go ahead and
12  depose Mr. Deck for purposes of the prior reports
13  that they did have in their possession, and that
14  we've allowed them to go ahead and have the
15  additional option that if they so choose, they can    10:30:08
16  come back and do a supplemental deposition to cover
17  whatever issues they feel are warranted based on the
18  supplemental panel report of observations, research
19  and opinion, submitted by Mr. Deck, which is
20  approximately 12 pages long.    10:30:23
21        We've also gone ahead and provided
22  counsel an opportunity to go ahead and reset the
23  deposition in toto to give him additional time to go
24  ahead and digest this 12-page document so that he
25  can either postpone the deposition or he can start    10:30:37

```
 1   the deposition and reserve the right to come back
 2   and question him on this 12-page supplemental
 3   report; that's their choice.  And so -- we as
 4   counsel just received a copy of Mr. Deck's report
 5   yesterday by itself, and we produced it to them as       10:30:53
 6   soon as we could.
 7              MR. MARCHAN:  You're referring to
 8   the supplemental report?
 9              MR. MEDRANO:  That's correct.
10              THE REPORTER:  Anything else?               10:31:06
11              MR. PIERSON:  I'd just like to state
12   on the record that the report is dated June the 6th.
13   It states on its own terms on the first page, "This
14   supplemental report will supersede the preliminary
15   report, as it contained inaccurate as well as          10:31:17
16   incomplete information."
17              So I don't view it to be a
18   supplement at all.  I view it to be a new report.  I
19   view it to be in violation of our previous
20   agreements, and counsel, what they're tendering is     10:31:27
21   unsatisfactory, because I guarantee the Court that
22   if I did something like that, they would move to
23   strike my expert as well.
24              So that's it for the deposition
25   today.  I don't intend to appear for Captain           10:31:39
```

1  Disler's deposition tomorrow, for the same reasons
2  that I've already stated.
3             THE REPORTER:  Are we concluded?
4  Thank you.
5             MR. PIERSON:  Will you prepare that     10:31:53
6  for me, ma'am?
7             THE REPORTER:  Yes, sir.
8             (Statement concluded at 10:31 a.m.)
9  ******************************************************
10 COUNTY OF GALVESTON  )
11 STATE OF TEXAS       )
12             REPORTER'S CERTIFICATION
13             I, SUSAN PERRY MILLER, CSR, RDR,
14 CRR, CBC, Certified Shorthand Reporter in and for
15 the State of Texas, hereby certify that this
16 transcript is a true record of the statements made
17 on the record by counsel.
18             I further certify that I am neither
19 counsel for, related to, nor employed by any of the
20 parties or attorneys in the action in which this
21 proceeding was taken.  Further, I am not a relative
22 or employee of any attorney of record in this cause,
23 nor am I financially or otherwise interested in the
24 outcome of the action.
25

```
 1                   Subscribed and sworn to on this, the
 2   8th day of June, 2005.
 3
 4                   _____
                     SUSAN P. MILLER, CSR, RDR, CRR, CBC
 5                   TX CSR No. 4083, Exp. 12/31/2005
                     SUNBELT REPORTING & LITIGATION
 6                   SERVICES, TX CRF No. 300
                     4545 Bissonnet, Suite 100
 7                   Bellaire, Texas  77401
                     (T) 713.667.0763 | (F) 713.661.3838
 8
     Job No. 51825
 9
```