IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § § | C. A. NO. B-01-157 Admiralty |
| | | Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315,VLB-9182,ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | C. A. NO.  B-02-004 Admiralty

and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § | C.A. NO. B-02-125 Admiralty |

**PETITIONERS/DEFENDANTS BROWN WATER MARINE SERVICE, INC.,
BROWN WATER TOWING I, INC., AND THE ACBL ENTITIES'
MOTION TO STRIKE AND EXCLUDE THE TESTIMONY OF
HARRIS' EXPERT RICHARD CORTEZ**

TO THE HONORABLE JUDGE OF SAID COURT:

　　COME NOW the Petitioners/Defendants Brown Water Marine Service, Inc., and Brown

Water Towing I, Inc., and the ACBL Entities, hereinafter referred to as Petitioners, and make this

their Motion to Strike the economist Richard Cortez hereinafter referred to as Harris' expert and as grounds therefore would show as follows:

## I.

\* This Honorable Court entered an Amended Scheduling Order on December 6, 2004. As such, the Claimants' experts were to be designated and reports furnished by June 30, 2004. A true and correct copy of the Court's Amended Scheduling Order is attached hereto as **Exhibit "A"**.

## II.

\* Thereafter, on August 6, 2004 a written agreement was reached between all Claimants and the Petitioners extending the deadline for the Claimants to designate their experts and to produce expert reports to September 30, 2004. A true and correct copy of said written agreement is attached hereto as **Exhibit "B"** and incorporated herein by reference.

## III.

\* The Claimants produced a report from Harris' expert Cortez dated June 1, 2005. A true and correct copy of said report is attached hereto as **Exhibit "C"** and incorporated herein by reference. The report was received by the Petitioners on June 3, 2005.

## IV.

\* The Petitioners submit that the report is untimely pursuant to the letter agreement reached by the parties by approximately eight months. Particularly, the Claimants' experts' reports were to be furnished by agreement on September 30, 2004. The report is untimely and prejudicial to the Petitioners and there is no good cause for its late production as it is dated December 16, 2004, some five and one-half months before it was produced.

WHEREFORE, PREMISES CONSIDERED, the Petitioners request that the Court enter an Order Striking Expert Cortez as the Harris' expert in this case, not allow him to testify at the trial of this matter, and that the Petitioners have such other and further relief to which they are entitled at law or in equity.

Respectfully submitted,

*Jack Partridge*

Will W. Pierson
State Bar No. 16003100
Federal I.D. 1931
Jack C. Partridge
State Bar No. 15534600
Federal I.D.10470
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
(361) 884-8808
(361) 884-7261-Facsimile

Keith N. Uhles
State Bar No. 20371100
Federal I.D. No. 1936
55 Cove Circle
Brownsville, Texas 78521
(956) 542-4377
(956) 542-4370 Facsimile
Attorneys for Petitioners,
Brown Water Towing I, Inc. and Brown Water
Marine Service, Inc.

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

49477>3027338                                          3

*Glenn G. Goodier with
permission word*

Glenn G. Goodier
Federal I.D. No. 06130
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100
(504) 582-8174
(504) 582-8010 Facsimile
Attorney for Petitioners,
ACBL Entities

OF COUNSEL:

JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, L.L.P.

## CERTIFICATE OF CONFERENCE

The parties have been unable to resolve the necessity for this Motion.

Of Royston, Rayzor, Vickery & Williams, L.L.P.

49477>3027338                                        4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded to the below listed counsel by facsimile on this *10th* day of June, 2005.

**VIA TELEFAX (713)860-1699**
Mr. Thomas R. Ajamie
Mr. S. Mark Strawn, Esq.
Ajamie, L.L.P.
Pennzoil Place-South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002

**VIA TELEFAX (956)541-0255**
Mr. Ray R. Marchan
Watts Law Firm
1926 E. Elizabeth
Brownsville, Texas 78520

**VIA TELEFAX (956)541-1893**
Ms. Eileen M. Leeds
Willette & Guerra, LLP
1534 E 6th Street, Suite 200
Brownsville, Texas 78520

**VIA TELEFAX (210)820-0214**
Mr. Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307

**VIA TELEFAX (956)544-4290**
Mr. J. A. Magallanes
Mr. Carlos Escobar
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Blvd.
Post Office Box 4901
Brownsville, Texas 78520

**VIA TELEFAX (956)630-5199**
Mr. Raymond Thomas
Mr. Andres Gonzalez
Kittleman, Thomas, Ramirez & Gonzales
4900-B North 10th Street
McAllen, Texas 78504

**VIA TELEFAX (361)698-7614**
Mr. Richard Leo Harrell
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 1400 (78470)
P.O. Box 480
Corpus Christi, Texas 78403-0480

**VIA TELEFAX (956)428-2495**
Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
2009 East Harrison, Suite B
Harlingen, Texas 78550

**VIA TELEFAX (281)593-1700**
Mr. James B. Manley, P.C.
200 William Barnett
Cleveland, Texas 77327

**VIA TELEFAX (956)686-3578**
Mr. John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

**VIA TELEFAX (281)367-3705**
Mr. J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
1400 Woodlock Forest Dr., Suite 575
The Woodlands, Texas 77380

49477>3027338

5

**VIA TELEFAX (361)575-8454**
Mr. William Q. McManus
Mr. Steve Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

**VIA TELEFAX (361)887-6521**
Les Cassidy
Cassidy & Raub
814 Leopard Street
Corpus Christi, Texas 78471

**VIA TELEFAX (956)546-2234**
Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

**VIA TELEFAX (956)287-0098**
Mr. Julian Rodriguez, Jr.
Julian Rodriguez, Jr. & Associates, P.C.
10113 N. 10th Street, Suite C
McAllen, Texas 78504

**VIA TELEFAX (713)643-6226**
Mr. Jim S. Hart
Ms. Nejd Yaziji
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

**VIA TELEFAX (956)618-5064**
Mr. Frank Enriquez
Mr. Robert Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

Of Royston, Rayzor, Vickery & Williams, L.L.P.