| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

IN RE: THE COMPLAINT AND PETITION　§　Civil Action No. B-01-157
OF BROWN WATER TOWING I, INC., et al　　Admiralty

§　Consolidated with:
　Civil Action No. B-02-004 and
§　Civil Action No. B-02-125

## AMENDED SCHEDULING ORDER

1. Trial: Estimated time to try: __20__ days.　　❏ Bench　❏ Jury

2. New parties must be joined by:　　April 8, 2004
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:　　June 30, 2004

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.　　August 15, 2004

5. **As to Cameron County**, Discovery must be completed by:　　March 8, 2005*
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

**************************The Court will provide these dates**************************

6. **As to Cameron County**, Dispositive Motions will be filed by:　　April 1, 2005*

7. Joint pretrial order is due:　　June 15, 2005

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:　　June 29, 2005

9. Jury Selection is set for 9:00 a.m. on:　　N/A
   *(The case will remain on standby until tried)*

*Parties are advised that the discovery and dispositive motion deadlines referenced in the Scheduling Order of April 12, 2004 will remain in effect for all parties except Cameron County.

Signed __December 6__, 2004, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge



EXHIBIT "A"