# BMC

## Burton McCumber & Cortez, L.L.P.
### Certified Public Accountants & Management Consultants

200 South 10th Street, Suite 1500
McAllen, Texas 78501
Telephone 956/618-2300
Facsimle 956/618-2333
www.brnctexas.com

Offices In:
Brownsville
McAllen
Matamoros
Reynosa

December 16, 2004

Mr. Heriberto "Eddie" Medrano
Law Offices of Heriberto "Eddie" Medrano
2009 East Harrison Ave., Suite B
Harlingen, Texas  78550

**RE:**  *Economic Loss Report for Robert V. Harris, Deceased*
*Civil Action No. B-01-157; Anita Harris, Individually and as Next Friend of Victor*
*Justin Harris, and as Representative of the Estate of Robert V. Harris*

Dear Mr. Medrano:

In accordance with your request, the following economic report contains our opinion with respect to the estimated economic loss to the heirs of Robert V. Harris, deceased resulting from his death on September 15, 2001. Damages calculated in this report include the estimated lost economic support and household services that the deceased would have been able to contribute to his surviving family from the date of death through his life expectancy.

Based upon our analyses, in our opinion the estimated economic damages resulting from the death of Robert V. Harris are:

$471,377

Our damage estimates are subject to the assumptions and limiting conditions contained in this report.

The following paragraphs provide details of our findings:

## I.  Assignment

We were retained by Heriberto "Eddie" Medrano, counsel for the Plaintiffs, Anita Harris, Individually and as Next Friend of Victor Justin Harris, and as Representative of the Estate of Robert V. Harris to determine the economic damages incurred as a result of the death of Robert V. Harris. Our analysis does not consider hedonic damages. We have not undertaken any work to analyze or reach an opinion on issues of liability or whether the Plaintiffs are



EXHIBIT
"C"

Mr. Heriberto "Eddie" Medrano
December 16, 2004

entitled to monetary damage awards. Furthermore, our report is based on work completed to date. In the event that we perform additional work and/or receive additional information, we reserve the right to amend our report.

## II. Work Performed

This report contains our estimate of Robert V. Harris' earning capacity less personal consumption and taxes and household services available to his heirs had his death not occurred.

Lost support and household services were separated into two periods: "pretrial" and "post-trial", before and after the estimated time of judgment. Interest for past losses is not computed in our damage calculation. Future loss estimates were discounted to present value to account for the time value of money. For purposes of this report, we have used February 5, 2005 as the date of trial. If requested, we will revise our estimates to an alternate date.

In the course of our work we have reviewed the following documents:

- Amended Notice of Claim;
- Claimant Anita Harris' Answers and Objections to Petitioners' Master Set of Interrogatories;
- 1040A U.S. Individual Income Tax Return for 2001;
- W-2 Wage and Tax Statement for 2001;
- Tax Return Transcript for Tax Period December 31, 2000; and
- Questionnaire provided by our office.

Dates Used For Our Opinions

- Robert V. Harris' Date of Birth (decedent):    06/25/1955
- Robert V. Harris' Date of Death:    09/15/2001
- Robert V. Harris' Age at Death:    46.23
- Anita Harris' Date of Birth (wife):    07/01/1950
- Victor J. Harris' Date of Birth (son)    10/23/1990
- Date of Trial:    02/05/2004

Damage Period

We have estimated the damage period as September 15, 2001 (date of death) through October 21, 2029 (date of Robert V. Harris' full function life expectancy).

Mr. Heriberto "Eddie" Medrano
December 16, 2004

## Worklife Expectancy

Based on Life and Worklife Expectancies by Hugh Richards, we calculated Mr. Harris to have worklife expectancy of 63.33 years or 17.10 additional years[1], or to October 21, 2018.

## Life Expectancy

According to Life and Worklife Expectancies by Hugh Richards[2], Robert V. Harris would have had a life expectancy date of May 28, 2033 at the age of 77.93.

## Full Function Life Expectancy

The Department of Health and Human Services states that healthy life occurs when a living person perceives that his or her health is excellent and activities are not limited in any way. ExpectancyData offers an alternative measure called Full Function Life Expectancy. These expectancies fall somewhere between full function life expectancy and healthy life expectancy. The reasoning is that it is not always necessary for a person to curtail activities due to a medical problem that places him in the less than healthy category. Robert V. Harris' full function life expectancy is forecasted to be age 74.33 on October 21, 2029. This is a difference of 3.60[3] years less than his life expectancy.

## Discount and Growth Rate

When damages are awarded in a lump sum to compensate for future economic losses, the amount awarded replaces funds that would have been available to the Plaintiffs at a later date, such as through a periodic salary. The concept of the time value of money must be considered in calculating total damages; that is, a dollar received today is worth more than a dollar received in the future. To compensate for this difference, future lost earnings to be awarded today must be discounted to their present value.

An underlying assumption in discounting the estimated damages is that the Plaintiffs will have the opportunity to earn interest on the amount received today as opposed to a future date.

The discount rate is based upon historical rates of return available in U.S. Treasury securities. The effects of inflation are removed to provide the real rate of interest without regard to inflation. The inflation rates used are also based on historical rates. The Real discount rate we estimated is three percent (3%) and tax adjusted at 2.72%.

---

[1] Richards, Hugh, "Life and Worklife Expectancies", 1999, Table 5: Worklife expectancies by educational attainment, conventional methodology, 1990, continued (White males, age 46, some college, no degree).
[2] Richards, Hugh, "Life and Worklife Expectancies", 1999, Table 1: Mortality rates, number living at beginning of age (out of 100,000 born alive), and expectancies of remaining years of life, 1996 (White males, age 46, some college)
[3] Martin, Gerald D. Ph.D and Vavoulis, Ted "The Value of Household Services", Determining Economic Damages, (Costa Mesa: James Publishing, Inc., 2002)

Mr. Heriberto "Eddie" Medrano                                        Page 4 of 6
December 16, 2004

Earning Capacity

*Pretrial*

Mr. Harris was 46.23 years old at the time of death, and was employed by City of Port Isabel in Port Isabel Texas. Based on his 2000 income tax return we gathered information to estimate the decedent's earning base for 2001. According to the BMC Questionnaire, Mr. Harris was a Fire Marshall and earned $34,847 in 2000. We used the amount of $34,847 and increased it by 2.4% (AWI) so the earning base for 2001 was $35,683.

*Post-trial*

The earning capacity used for post-trial lost earning capacity is $39,530 for the year 2005. This earning capacity is projected into the future at a growth rate of 1% throughout Mr. Harris' expected worklife, which ends October 21, 2018. In addition, the present value of these future earnings is calculated using an adjusted discount rate of 2.72%. Post-trial earning capacity is also reduced for the personal consumption of the deceased, had he lived.

Fringe Benefits

We have considered the statutory benefits that Robert V. Harris would have received, had he lived. His benefit package as an employee would have included statutory benefits such as social security (6.2%). This is a total of 6.2% of benefits in addition to his earning capacity that would be available to his spouse.

Future fringe benefits are estimated to grow at the same rate as wages or 1% (Real). The future values are also discounted to present value using an adjusted 2.72 (Real) discount rate.

Personal Consumption Rate and Tax Rate

Personal consumption of income of the decedent is deducted from earning capacity given that Mr. Harris's estimated personal consumption, had he lived, would not have benefited his heirs. We have estimated a personal consumption percent of income of 23.1%[4]; however, when his son reaches the age of eighteen (October 20, 2008) his consumption rate will increase to 31.0%.

We estimated that Mr. Harris's effective tax rate would approximate 3% of gross income.

Household Services

All family members contribute time to their home and family by doing chores that benefit the family as a whole. When a family member dies, their contributions to their household are obviously lost. Based on the study "The Dollar Value of a Day", we have estimated the number of hours Mr. Harris would have contributed to his household, had he lived. We have

---

[4] "Determining Economic Damages", Dr. Gerald Martin, James Publishing, 2001, p. 5-5, based on number of children under 18.

Mr. Heriberto "Eddie" Medrano                                    Page 5 of 6
December 16, 2004

estimated that Mr. Harris would have contributed 13.7 hours per week of household services. The types of activities included in these household services are obtaining goods and services, housework, food cooking and cleanup, providing care to others, light housekeeping, meal preparation, dishwashing, washing/ironing clothes, grocery shopping, running errands, household bookkeeping, appliance repairs, auto maintenance, gardening, and lawn mowing.

We have estimated a rate of $5.15 per hour as the dollar value of Mr. Harris's household services based on the minimum wage and a premium for accessibility. This rate is established to grow at the rate of 1%.

Mr. Harris's contribution of household services is projected until his expected full function life expectancy of 74.33 years. We have applied the same logic that was used to calculate the post trial earning capacity to this household services calculation.

### III.    Summary And Conclusion

Based on our analyses, the total estimated damages consist of the present value of the total losses as summarized in scenarios below.

|  | Pre Trial | Post Trial | Total |
|---|---|---|---|
| *Lost Earnings and Future Earning Capacity* | $84,120 | $295,663 | $379,783 |
| *Lost Fringe Benefits* | 7,727 | 29,589 | 37,316 |
| *Lost Household Services* | 9,341 | 44,937 | 54,278 |
| *Total Loss* | $101,188 | $370,188 | $471,377 |

### V.    Demonstrative Aids

In the event that I am called upon to testify, I may prepare demonstrative aids such as graphs, charts or tables to illustrate the opinions discussed in this report.

### VI.    Qualifications Of Richard Cortez, CPA, CVA

The opinions expressed in this report are based upon my 30 years of professional experience as a Certified Public Accountant. Throughout my experience, I have performed various professional tasks in the general areas of taxation, accounting, auditing and consulting.

In addition, I am a partner in charge of our firm's litigation consulting services practice. I have 20 years of experience rendering my opinions in state and federal courts concerning accounting matters, business valuations, business lost profits claims, divorce settlements, personal injury, wrongful injury, wrongful termination and other sundry matters.

This work was undertaken partly by the staff of our firm under the direction and supervision of Richard Cortez, CPA, CVA, and partner in charge of this engagement.

Mr. Heriberto "Eddie" Medrano                                              Page 6 of 6
December 16, 2004

## VI.    Assumptions And Limiting Conditions

This damage calculation is subject to the following assumptions and limiting conditions:

- Information, estimates, and opinions contained in this report are obtained from sources considered to be reliable. However, we assume no liability for such sources.
- Possession of this report, or a copy thereof, does not carry with it the right of publication of all or any part of it, nor may it be used for any purpose by anyone but the client without the previous written consent of the client or us and, in any event, only with proper attribution.
- The various estimates of damages presented in this report apply to this engagement only and may not be used out of the context presented herein.
- This damage calculation is valid only for the purpose or purposes specified herein, and only as of the stated date.
- This damage report contemplates facts and conditions existing as of the report date. Events and conditions occurring after that date have not been considered, and we have no obligation to update our report for such events and conditions.

## VII.    Fee Schedule

Our fees for this report are $275 per hour (principal) and $175 per hour (manager). Travel expenses are billed at actual costs. Additional travel hours are billed at half of the hourly rate. Other expenses are billed at cost.

## VIII.    Closing

Thank you for allowing Burton McCumber & Cortez, L.L.P. to assist you on this matter. If you have any questions about this report, please do not hesitate to contact me.

Sincerely,

Burton McCumber & Cortez, L.L.P.


Richard Cortez, CPA, CVA

Encl:    Curriculum Vitae
         Schedules

# Wrongful Death Summary of Robert V. Harris

## General Information

| | |
|---|---|
| Date of Birth | 06/25/1955 |
| Date of Death | 09/15/2001 |
| Date of Trial | 02/05/2005 |
| Age at Incident | 46.23 |
| Age at Trial | 49.62 |
| Age at 01/01/05 | 49.52 |

## Past Information

| | |
|---|---|
| Annual Earning Capacity | $ 35,683 |
| Consumption of E.C Rate | 23.1% |
| Lost Fringe Benefits Rate | 6.2% |
| Wage Increase | 2.4% |
| Tax Rate | 9.4% |

## Worklife Expectancy

| | |
|---|---|
| Expected Worklife | 63.33 |
| Remaining Years | 17.1 |
| Date | 10/21/2018 |

## Future Information

| | |
|---|---|
| Consumption of E.C. Rate | 23.1% |
| Lost Fringe Benefits Rate | 6.2% |
| Discount Rate | 2.72% |
| Growth Rate | 1% |
| Tax Rate | 9.4% |

## Life Expectancy

| | |
|---|---|
| Expected Life | 77.93 |
| Remaining Years | 31.7 |
| Date | 5/28/2033 |

## Household Services

| | |
|---|---|
| Household Services hrs/wk | 13.7 |
| Hourly Rate | $ 5.15 |
| Consumption of H.H. Svcs | 23.1% |

## Full Function Life Expectancy

| | |
|---|---|
| Years Deducted | 3.60 |
| Years Old | 74.33 |
| Date | 10/21/2029 |

## Future Household Services

| | |
|---|---|
| Household Services hrs/wk | 13.7 |
| Hourly Rate incl. 1% growth | $ 5.20 |
| Consumption of H.H. Svcs | 23.1% |

## Summary of Economic Losses

| | |
|---|---|
| Post Trial | $370,188 |
| Pre Trial | $101,188 |
| Total | $471,377 |

## Table 1 - Annual Earnings Summary for Robert V. Harris

**2000 Tax Year**

| Employer | Wages |
| --- | --- |
| City of Port Isabel | $ 34,847 |
| Total Annual Wages | $ 34,847 |

**2001 Tax Year**

| Employer | Wages |
| --- | --- |
| City of Port Isabel | $ 21,636 |
| Total Annual Wages | $ 21,636 |

**Annual Earning Capacity**

| Annual Salary | AWI | Salary w/ Wage Increase |
| --- | --- | --- |
| 2000 | | |
| $ 34,847 | 2.40% | $ 35,683 |

## Gaspar Hinojosa
Table 2. Pretrial Loss

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | From | To | Age of Plaintiff at start of period | Annual Earning Capacity | Growth | Fraction of Year Capacity (in period specified) | Earning Capacity<br>D x F | Consumption of survivors<br>G x 23.1% | Tax Rate<br>D x 9.4% | Lost Earning Capacity Contribution to survivors<br>G - (H + I) | Lost Fringe Benefits<br>D x 6.2% | Lost Household Services<br>[Table 3] | Total Loss<br>J + K + L |
| | 09/15/2001 | 12/31/2001 | 46.2 | $ 35,683 | 2.4% | 0.29 | $ 10,278 | 2,374 | 966 | $ 6,937 | 637 | 761 | 8,355 |
| | 01/01/2002 | 12/31/2002 | 47.2 | $ 36,040 | 1.0% | 1.00 | $ 36,040 | 8,325 | 3,388 | $ 24,327 | 2,234 | 2,740 | 29,301 |
| | 01/01/2003 | 12/31/2003 | 48.2 | $ 36,725 | 1.9% | 1.00 | $ 36,725 | 8,483 | 3,452 | 24,789 | 2,277 | 2,767 | 29,833 |
| | 01/01/2004 | 12/31/2004 | 49.2 | $ 37,973 | 3.4% | 1.00 | $ 37,973 | 8,772 | 3,569 | 25,632 | 2,354 | 2,795 | 30,781 |
| | 01/01/2005 | 02/05/2005 | 49.6 | $ 39,530 | 4.1% | 0.09 | $ 3,607 | 833 | 339 | 2,435 | 224 | 258 | 2,916 |
| Subtotals | | | | | | | | | | $ 84,120 | $ 7,727 | $ 9,341 | $ 101,188 |
| Total | | | | | | | | | | | | | $ 101,188 |

Gaspar Hinojosa

Table 3. Post-trial Loss

| From | To | Age of Plaintiff at start of period | Earning Capacity 1% growth | Consumption of Earning Capacity 23.1% / 31.0% | Tax Rate 9.4% | Lost Earning Capacity Contribution to Survivors 6.2% | Lost Fringe Benefits | Lost H.H. Services | Total Loss | Time Since Trial | Discount Factor 2.72% | Present Value of Lost Earning Capacity | Present Value of Fringe Benefits | Present Value of Household Services | Present Value of Total Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
| | | | | D X % | F=D | D-(E+F) | D X 6.2% | (Table 4) | G+H+I | | 2.72% | G X L | H X L | I X L | M+N+O |
| 02/06/2005 | 12/31/2005 | 50.5 | 30,793 | 7,113 | 2,895 | 20,785 | 1,909 | 2,508 | 25,202 | 0.85 | 0.9773 | 20,314 | 1,866 | 2,451 | 24,631 |
| 01/01/2006 | 12/31/2006 | 51.5 | 39,925 | 9,223 | 3,753 | 26,950 | 2,475 | 2,851 | 32,276 | 1.85 | 0.9515 | 25,641 | 2,355 | 2,713 | 30,709 |
| 01/01/2007 | 12/31/2007 | 52.5 | 40,325 | 9,315 | 3,791 | 27,219 | 2,500 | 2,880 | 32,599 | 2.85 | 0.9263 | 25,212 | 2,316 | 2,667 | 30,195 |
| 01/01/2008 | 12/31/2008 | 53.5 | 40,728 | 9,408 | 3,828 | 27,491 | 2,525 | 2,909 | 32,925 | 3.85 | 0.9017 | 24,790 | 2,277 | 2,623 | 29,689 |
| 01/01/2009 | 12/31/2009 | 54.5 | 41,135 | 12,752 | 3,867 | 24,517 | 2,550 | 2,636 | 29,703 | 4.85 | 0.8779 | 21,522 | 2,239 | 2,314 | 26,075 |
| 01/01/2010 | 12/31/2010 | 55.5 | 41,547 | 12,879 | 3,905 | 24,762 | 2,576 | 2,662 | 30,000 | 5.85 | 0.8546 | 21,162 | 2,201 | 2,275 | 25,638 |
| 01/01/2011 | 12/31/2011 | 56.5 | 41,962 | 13,008 | 3,944 | 25,009 | 2,602 | 2,689 | 30,300 | 6.85 | 0.8320 | 20,807 | 2,165 | 2,237 | 25,209 |
| 01/01/2012 | 12/31/2012 | 57.5 | 42,382 | 13,138 | 3,984 | 25,259 | 2,628 | 2,716 | 30,603 | 7.85 | 0.8099 | 20,459 | 2,128 | 2,200 | 24,787 |
| 01/01/2013 | 12/31/2013 | 58.5 | 42,805 | 13,270 | 4,024 | 25,512 | 2,654 | 2,743 | 30,909 | 8.85 | 0.7885 | 20,116 | 2,093 | 2,163 | 24,372 |
| 01/01/2014 | 12/31/2014 | 59.5 | 43,234 | 13,402 | 4,064 | 25,767 | 2,680 | 2,770 | 31,218 | 9.85 | 0.7676 | 19,779 | 2,058 | 2,127 | 23,964 |
| 01/01/2015 | 12/31/2015 | 60.5 | 43,666 | 13,536 | 4,105 | 26,025 | 2,707 | 2,798 | 31,530 | 10.85 | 0.7473 | 19,448 | 2,023 | 2,091 | 23,562 |
| 01/01/2016 | 12/31/2016 | 61.5 | 44,103 | 13,672 | 4,146 | 26,285 | 2,734 | 2,826 | 31,845 | 11.85 | 0.7275 | 19,123 | 1,989 | 2,056 | 23,168 |
| 01/01/2017 | 12/31/2017 | 62.5 | 44,544 | 13,808 | 4,187 | 26,548 | 2,762 | 2,854 | 32,164 | 12.85 | 0.7082 | 18,802 | 1,956 | 2,021 | 22,780 |
| 01/01/2018 | 12/31/2018 | 63.3 * Worklife | 44,989 | 13,947 | 4,229 | 26,813 | 2,789 | 2,883 | 32,486 | 13.85 | 0.6895 | 18,488 | 1,923 | 1,988 | 22,398 |
| 01/01/2019 | 12/31/2019 | 64.5 | | | | | | 2,912 | 2,912 | 14.85 | 0.6712 | | | 1,954 | 1,954 |
| 01/01/2020 | 12/31/2020 | 65.5 | | | | | | 2,941 | 2,941 | 15.85 | 0.6535 | | | 1,922 | 1,922 |
| 01/01/2021 | 12/31/2021 | 66.5 | | | | | | 2,970 | 2,970 | 16.85 | 0.6362 | | | 1,889 | 1,889 |
| 01/01/2022 | 12/31/2022 | 67.5 | | | | | | 3,000 | 3,000 | 17.85 | 0.6193 | | | 1,858 | 1,858 |
| 01/01/2023 | 12/31/2023 | 68.5 | | | | | | 3,030 | 3,030 | 18.85 | 0.6029 | | | 1,827 | 1,827 |
| 01/01/2024 | 12/31/2024 | 69.5 | | | | | | 3,060 | 3,060 | 19.85 | 0.5869 | | | 1,796 | 1,796 |
| 01/01/2025 | 02/15/2025 | 70.5 | | | | | | 3,091 | 3,091 | 20.85 | 0.5714 | | | 1,766 | 1,766 |
| 01/01/2026 | 12/31/2026 | 71.5 | | | | | | 3,122 | 3,122 | 21.85 | 0.5563 | | | 1,736 | 1,736 |
| 01/01/2027 | 12/31/2027 | 72.5 | | | | | | 3,153 | 3,153 | 22.85 | 0.5415 | | | 1,707 | 1,707 |
| 01/01/2028 | 12/31/2028 | 73.5 | | | | | | 3,184 | 3,184 | 23.85 | 0.5272 | | | 1,679 | 1,679 |
| 01/01/2029 | 10/21/2029 | 74.3 | | | | | | 2,334 | 2,334 | 24.47 | 0.5185 | | | 1,210 | 1,210 |
| | | | | | | | | | | | | 295,663 | 29,589 | 44,937 | 370,188 |

Post-trial Loss: $370,188

Pretrial Loss: $101,188

Total: $471,377

*Adjusted to his expected worklife (05/28/2015).

Table 4. Pretrial Household Services

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| | From | To | Fraction of Year | H.H. Services Hrs/Week 13.7 (per fract. of year) | Hourly Rate $5.15 (including 1% growth) | Consumption of household services 23.1% | Lost household services |
| | | | | 10 X 50 wk x C | | D x E x t% | D x E - F |
| | 09/15/2001 | 12/31/2001 | 0.29 | 197.30 | $5.15 | $235 | 781 |
| | 01/01/2002 | 12/31/2002 | 1.00 | 685.00 | $5.20 | $823 | 2,740 |
| | 01/01/2003 | 12/31/2003 | 1.00 | 685.00 | $5.25 | $831 | 2,767 |
| | 01/01/2004 | 12/31/2004 | 1.00 | 685.00 | $5.31 | $840 | 2,795 |
| | 01/01/2005 | 02/05/2005 | 0.09 | 62.51 | $5.36 | $77 | 258 |
| Total | | | | | | | $ 9,341 |

Table 5. Post-trial Household Services

| A | B | C | D | E | F |
|---|---|---|---|---|---|
| From | To | Household Services Hrs/Wk 13.7 | Hourly Rate $5.36 | Consumption of household services 23.1% 31.0% | Lost Household Services |
| | | | | C X D X 50 X % | C X D X 50 wks · E |
| 02/06/2005 | 12/31/2005 | 13.7 | 5.36 | 721 | 2,508 |
| 01/01/2006 | 12/31/2006 | 13.7 | 5.41 | 856 | 2,851 |
| 01/01/2007 | 12/31/2007 | 13.7 | 5.47 | 865 | 2,880 |
| 01/01/2008 | 12/31/2008 | 13.7 | 5.52 | 874 | 2,909 |
| 01/01/2009 | 12/31/2009 | 13.7 | 5.58 | 1,184 | 2,636 |
| 01/01/2010 | 12/31/2010 | 13.7 | 5.63 | 1,196 | 2,662 |
| 01/01/2011 | 12/31/2011 | 13.7 | 5.69 | 1,208 | 2,689 |
| 01/01/2012 | 12/31/2012 | 13.7 | 5.75 | 1,220 | 2,716 |
| 01/01/2013 | 12/31/2013 | 13.7 | 5.80 | 1,232 | 2,743 |
| 01/01/2014 | 12/31/2014 | 13.7 | 5.86 | 1,245 | 2,770 |
| 01/01/2015 | 12/31/2015 | 13.7 | 5.92 | 1,257 | 2,798 |
| 01/01/2016 | 12/31/2016 | 13.7 | 5.98 | 1,270 | 2,826 |
| 01/01/2017 | 12/31/2017 | 13.7 | 6.04 | 1,282 | 2,854 |
| 01/01/2018 | 12/31/2018 | 13.7 | 6.10 | 1,295 | 2,883 |
| 01/01/2019 | 12/31/2019 | 13.7 | 6.16 | 1,308 | 2,912 |
| 01/01/2020 | 12/31/2020 | 13.7 | 6.22 | 1,321 | 2,941 |
| 01/01/2021 | 12/31/2021 | 13.7 | 6.28 | 1,334 | 2,970 |
| 01/01/2022 | 12/31/2022 | 13.7 | 6.35 | 1,348 | 3,000 |
| 01/01/2023 | 12/31/2023 | 13.7 | 6.41 | 1,361 | 3,030 |
| 01/01/2024 | 12/31/2024 | 13.7 | 6.47 | 1,375 | 3,060 |
| 01/01/2025 | 12/31/2025 | 13.7 | 6.54 | 1,389 | 3,091 |
| 01/01/2026 | 12/31/2026 | 13.7 | 6.60 | 1,402 | 3,122 |
| 01/01/2027 | 12/21/2027 | 13.7 | 6.67 | 1,416 | 3,153 |
| 01/01/2028 | 12/31/2028 | 13.7 | 6.74 | 1,431 | 3,184 |
| 01/01/2029 | 10/21/2029 | 13.7 | 6.80 | 896 | 2,334 |
| | | | | Total | $ 71,520 |

# RICARDO F. (RICHARD) CORTEZ, CPA, CVA

## BUSINESS INFORMATION

Senior Partner
Burton McCumber & Cortez, L.L.P.
Certified Public Accountants and Management Consultants
200 South 10th Street, Suite 1500
McAllen, Texas 78501

Physical location: 15th Floor, JP Morgan Chase Bank Tower

Telephone: 956/618-2300
Facsimile: 956/618-2333
Email: rcortez@bmctexas.com
Website: www.bmctexas.com
FIN: 74-2609610

## EDUCATION

- Pan American College - Edinburg, Texas (B.B.A. 1970)
- 1000+ hours of Continuing Professional Education Courses

## PROFESSIONAL ASSOCIATIONS

- Texas State Board of Public Accountancy (Licensed since 1974)
- American Institute of Certified Public Accountants (AICPA)
- Texas Society of Certified Public Accountants (TSCPA)
- Local Chapter of TSCPA (President 1981-1982)
- National Association of Forensic Economics
- National Association of Certified Valuation Analysts (Licensed 2004)

## PROFESSIONAL EXPERIENCE

- Partner-in-charge, Litigation Support Department of BMC;
- Testified and consulted in civil cases involving personal injury, wrongful death, wrongful termination, lost profits, loss of business value and other unclassified cases;
- Court-appointed in legal matters, including:
  o as receiver of a closely-held corporation in which shareholders were involved in a divorce;
  o as auditor/accountant to investigate accounting records and other matters dating back over 100 years in a matter involving a historical Texas ranch and ranching family;
  o to investigate the alleged malfeasance by a trustee for a trust established as a result of a personal injury settlement;
  o to render accounting services regarding corporate and partnership assets and liabilities, and to assist the parties involved to resolve their property ownership disputes; and
  o to value corporations regarding domestic matters;
- Appointed by the Hidalgo County Bar Association to act as a non-attorney mediator on small cases;

- Conducted business valuations in divorce matters;
- Conducted business valuations involving disputes between partners/shareholders;
- Conducted business feasibility studies for new and unestablished businesses;
- Assisted clients in selling and acquiring existing businesses;
- Conducted audits of small to medium-size companies;
- Conducted audits of banks, city and county governments;
- Provided federal income tax planning and tax preparation for corporations and highly compensated individuals;
- Represented clients before the Internal Revenue Service regarding income and excise tax audits;
- Designed and implemented accounting and information systems for businesses;
- Compiled and reviewed financial statements for individuals, partnerships, corporations, trusts and not-for-profit organizations;

## COMMUNITY INVOLVEMENT

- Chairman (2002-2003) for the Border Trade Alliance, a grass-roots organization that lobbies federal governments in the United States, Canada and Mexico on border trade issues;
- Trustee of McAllen Public Utilities, an elected eight-year position- entrusted with administering and establishing policy for the water and sewer services of the City of McAllen, Texas;
- Advisory Board Member International Bank of Commerce-McAllen (IBOC)-review delinquent accounts, approve loans in excess of $250,000, and administer bank policies.
- President of McAllen Housing Finance Corporation

## PAST COMMUNITY INVOLVEMENT

- Board Member of the McAllen Economic Development Corporation, the economic development agency for the City of McAllen, Texas - entrusted with recruiting companies to our area and Northern Mexico;
- Board member - McAllen Community Development Council;
- Board member - Rio Grande Valley Partnership, an organization similar to a chamber of commerce on a regional basis;
- Board member - McAllen Chamber of Commerce;
- McAllen Boys and Girls Club - Past President;
- Weslaco Rotary Club - Past Treasurer;
- McAllen International Museum - Board member;
- University of Texas-Pan American, Edinburg, Texas - Advisory Board Member - School of Business;
- Past Council President of local church;
- Volunteer religious educator of 8th grade students and engaged couples ministry at local church.

**Richard Cortez, C.P.A.**
Trial and/or Deposition Testimony

| Case No. | Plaintiff | Defendant | Court | County/Division |
|---|---|---|---|---|
| C-354-98-D | Reginaldo Paz | Viking Freight System, et al | 206th | Hidalgo |
| 3,629 | Mario Romeo Salinas | Gilbert L. Leyendecker, Jr. and Vaquillas Mgmt. | 49th | Zapata |
| 95-07-3424-D | Robert Arce | City of Harlingen | 103rd | Cameron |
| C-5535-94-E | Natalio Martinez | Alica Leasing dba Heldt Brothers | 275th | Hidalgo |
| C-613-95-D | Gary Reed | Mid Valley Security Investigative Service Inc. | 206th | Hidalgo |
| C-3089-95-B | Esequiel and Olga Rodriguez | Anselmo De Anda et al | 93rd | Hidalgo |
| C-2662-98-B | Romeo Perez & Charles Farris | Alberto Salinas dba SASA Transport, et al | 93rd | Hidalgo |
| P6-066239 | Urbano & Janie Anzaldua | Farmers Insurance Group | Military | Military |
| 97-255 | Dagoberto Balboa Individually et al | G & G Lease Services, Inc. et al | 197th | Hidalgo |
| C-4358-96-D | Mirna Ramirez, et al | Hellums Inc. et al | 206th | Hidalgo |
| CL-29,042-C | Ramiro G. Cavazos | Mary Louise Chance | CC #3 | Hidalgo |
| C1-26,852-A | Adelina Guerra Pulido | Javier Baltazar Pozos and Don L. Sasser | CC #2 | Hidalgo |
| 97-10-36137 | Rogelio Garcia | Freedom Energy, Inc. Dresser Industries, Inc. and | 79th | Duval |
| C-186-95-D | Armando Gonzalez | Larry Nuckois, Jr. as Rep. of Larry D. Nuckols, et al | 206th | Hidalgo |
| M-95-301 | Noe J. Ramirez, et al | Terry Whisenant, et al | U.S. Dist. Ct. | McAllen |
| C-2548-96-G | Romelia Guajardo | Rosa Maria Guerra | 370th | Hidalgo |
| 97-06-4843-E | Oscar Rodriguez | John Robert Wilcox and George Houston Coyle | 357th | Cameron |
| C-4442-95-D | Eliseo Ramos III | Steve Reyes Individually and Orkin Pest Control | 206th | Hidalgo |
| C-6081-98-E | Maria E. Barrera and Maria J. Lopez | Manuel Martinez Reyes and Azteca Milling, L.P. | 275th | Hidalgo |
| C-3363-97-C | Maria Isabel Salinas et al | Triple R. Trucking Inc. et al | 139th | Hidalgo |
| C-2016-97-G | Graciela Guerra, Manuel G. & Aissa Lanette Guerra | Glen D. Quinn, Quinn's Express Stop, Inc. & Alberto Amancio Chavez | 370th | Hidalgo |
| C-1939-98-G | Robert R. Villegas | Lynn Alan Hayunigs & Texas Raicar Leasing Co. | 370th | Hidalgo |
| 4,032 | Jaime A. Gonzalez, Sr. & Carmen B Gonzalez | Texas Farmers Insurance Co. | | |
| 97-01-70-D | Geronimo S. Guzman | Douglas D. Mauro | 103rd | Cameron |
| C-2862-97-F | Rene Lucio | President Baking Co. | 332nd | Hidalgo |
| 98-03-1285-E | Conrado Benavidez Jr. | Paccar Inc. | 376th | Cameron |
| 99-07-2882-D | Rosalinda Charles & Eduardo Perez | Hensly Freight Lines, Inc. and Eloy Alkinson | 103rd | Cameron |
| C-3131-94-B | Diana Rivera | Bristol-Myers Squibb Company et al | 93rd | Hidalgo |
| C-3991-99-A | Ernestina Figueroa | Justo Vela and Magic and Valley Concrete, Inc. | 92nd | Hidalgo |
| C-6518-98-A | Rhonda Jean Chavira | Calvin Earl Fanchier & Weatherford Enterra, Inc. | 92nd | Hidalgo |
| C-1654-99-B | Noe Garza, Jr., Royden Garcia, and Miguel A. Garza | Roger Wayne Leake and Texas Regional Construction, Inc. | 93rd | Hidalgo |

| Case No. | Plaintiff | Defendant | Court | County/ Division |
|---|---|---|---|---|
| C-6081-98-E | Maria E. Barrera and Maria J. Lopez | Manuel Martinez and Azteca Milling, L.P. | 275th | Hidalgo |
| CL-31182-C | Shelly Kay Risica | Martha Reyes | CC #3 | Hidalgo |
| 99-04-1711-A | Jose Angel | Linda Massengill | 107th | Cameron |
| 15,899 | Rodolfo C. Flores | Leon Crozier and Hurd Enterprises, LTD | 229th | Duval |
| C-5544-99-G | Charlene R. Cantu | Reynaldo Cortez and Texas United Trucks Association, Inc. | 370th | Hidalgo |
| DC-99-162 | Orlando Lazos | Conoco, Inc et al | 229th | Duval |
| C-3641-99A | Alfredo R. Alcantar | The Heil Co., Tradewinds et al | 92nd | Hidalgo |
| C-4255-99-F | A.C. Best | Jose G. Zuniga and Turner Brothers Trucking | 332nd | Hidalgo |
| C-6753-96-E | Ricardo Morales& Easter Lopez | Amador Moreno and Rochester Armored Car Co. | 275th | Hidalgo |
| DC-00-09 | Fidencio Martinez | Atlantic Sounding Co., Inc & Weeks Marine, Inc. | 381st | Starr |
| C-6636-99-G | Phillip Mery | Conagra/Monfort Swift et al | 370th | Hidalgo |
| C-3862-98-E | Maria L. Salgado | Dawin Brandewie et al | 275th | Hidalgo |
| C-1895-99-E | Pedro Reyna | Oscar Correa Rivera & J-III Trucking Co., Inc. | 275th | Hidalgo |
| C-2270-95-13 | Richard A. Martin | Dr. Sahil Mangi, et al | 93rd | Hidalgo |
| C-4368-96-G | Gina Cuellar | General Motors | 370th | Hidalgo |
| C-1836-97-B | Adolfo & Angelica Chavez | Jose Garcia | 93rd | Hidalgo |
| C-2624-93-F | Marilyn Harper & Mike Harper | Chad Horn, Stewart Title of Hidalgo County, Inc. | 332nd | Hidalgo |
| C-4118-87-B | Bruce S. Sperling et al | Volkswagon | 93rd | Hidalgo |
| C-1465-98B | Maria Del Carmen Mcvey, et al | Jaime Cavazos Avi-Gan USA Inc. et al | 93rd | Hidalgo |
| 4227 | Roel Perez, Maria J. Perez et al | Jesus J. Esparza, Robert P. Umphres et al | 49th | Webb |
| 302,247,401 | Michaela Buendia Temporary Administrator for the Estate of Ruben Buendia, Deceased | Evaristo Rodriguez, Jr., Saly Trucking, Inc et al | Probate Ct. #1 | Harris |
| 98-6457-E | Irene Bustamante, et al | Randy Lee Maldonado et al | 148th | Nueces |
| 64,383-B | Rosalie Romero | Furr's Inc. | 181st | Potter |
| C-4507-95-F | Ana Moncivaiz, et al | Ecolab, Inc. et al | 332nd | Hidalgo |
| C-1625-99-A | George Bonas | Santiago Hernandez | 92nd | Hidalgo |
| 98-CBQ-01311-D2 | Augustine Maravilla | International Trucking Co. Inc. | 111th | Webb |
| 99-CVQ00323-D2 | Chi-Town Connection LTD | Smeal Manufacturing Co. | U.S. Dist. Ct. | Del Rio |
| DR99CA53 | Adam Q Cruz III | Noe R. Sanchez & Rebecca S. Sanchez | 229th | Starr |
| 10,044 | First National Bank of South Texas | First National Bank in Edinburg | 139th | Hidalgo |
| C-544992-C | Jerry L. Abbott & Bonnie M. Abbott | Tambrands, Inc. et al | 275th | Hidalgo |
| C-1958-94-E | Prodasa Dosmit et al | Trinity Testing Laboratories Inc. | 111th | Webb |
| C-3484-95-E | Payne | Kmac | 275th | Hidalgo |
| L-96-7 | Magic Valley Pizza, Inc. | Domino's Pizza, Inc. | U.S. Dist. Ct. | Laredo |
| C-3053-93-A | Nicolas R. Cantu | Ward Fryer et al | 92nd | Hidalgo |
| C-474-89-F | Academia, Inc. | Caleb B. Smith & Sons, Inc. et al | 332nd | Hidalgo |

| Case No. | Plaintiff | Defendant | Court | County/Division |
|---|---|---|---|---|
| 96-183 | J.S. McManus Produce Co. | Jack R. "Russ" Webster | 197th | Cameron |
| C-1564-97-C | Joe R. Vasquez, et al | Petoseed Co., Inc. et al | 197th | Cameron |
| 98-03-939-C | Rolando Gonzalez | Texas International Oil Field Tools Inc. | 197th | Cameron |
| C-475-94-A | Ricardo V. Reyna | First National Bank in Edinburg | 92nd | Hidalgo |
| 98-07 | Lee Bryant & Ernest Harry Wadsworth | Willacy County Navigation Dist. | 103rd | Willacy |
| C-5198-97-D | North American Precast Co. | Alliance General Insurance Co. | 208th | Hidalgo |
| C-2443-97-G | George Salinas & Maria R. | McAllen Street Metal, Inc. | 370th | Hidalgo |
| C-617-98-A | David McManus | Bobby Burrows | 92nd | Hidalgo |
| C-2867-97-D | Servicio Multiples, Inc. & Inserv, Inc. | American Microtrace | 206th | Hidalgo |
| 99-05-2127 | Nicolas J. Rodriguez | Deere & Co. | 107th | Cameron |
| CAM-97-160 | Servimundo Llantero USA | Kmart, et al | U.S. Dist. Ct. | McAllen |
| C-3612-94-G | Cosme Martinez Jr. | International Paper Co. | 370th | Hidalgo |
| c-2177-96-6 | Rogelio Garza | Pier 1 Imports, Inc. & Felicia Felan | 370th | Hidalgo |
| C-5160-97-A | Melvyn Gilson | Zenith Electronics Corp. of Texas | 92nd | Hidalgo |
| C-2145-95-C | Viola Ramirez | Rio Grande Surgery Center Assc. | 139th | Hidalgo |
| B-97-1064 | Terry W. Vinson | Omar Lucio et al | U.S. Dist. Ct | Brownsville |
| 96-07-3839-E | David Garza | Southwestern Bel Telephone Co. | 357th | Cameron |
| C-6758-96-C | Alfredo Hernandez Jr. | Coastal Mart, Inc. & Robert Flores | 139th | Hidalgo |
| C0236-98-E | Javier Andres Saenz | Evelia D. Saenz | 275th | Hidalgo |
| C4296-99-E | Luis Gonzalez | Mary Ann Gonzalez | 275th | Hidalgo |
| C-3618-98-F | Mary Katherine Conover | Jerry Wayne Conover | 332nd | Hidalgo |
| C-2201-96-C | Arabella A. Sanchez | Andres Sanchez | 139th | Hidalgo |
| C-1423-99-E | Alan M. Neubeq | Molly K. Neubeq | 139th | Hidalgo |
| C-4558-95-A | City of Edinburg | Rio Grande Valley Gas Co. et al | 92nd | Hidalgo |
| C-5304-93-E | S&S Wholesale Supply Inc. | Security State Bank et al | 275th | Hidalgo |
| M-95-136 | Raquel Adcox et al | Enrique Escalon | U.S. Dist. Ct. | McAllen |
| C-3130-97-A | Grace Mendoza | Barbosa, Garcia & Co. | 92nd | Hidalgo |
| C-4000-91-C | Casamiro Cantu et al | Ruben Rivas et al | 139th | Hidalgo |
| 97-20596-M-11 | Ashok I. Patel Bankruptcy | | U.S. Bkrtcy. Ct | McAllen |
| 1996-CCL-656-B | Valley Leasing Co. Inc | Armando Gomez Individually & A.G. Imports Inc. | CC #2 | Cameron |
| C-4568-95-A | City of Edinburg | Rio Grande Valley Gas Co. et al | 92nd | Hidalgo |
| CL-29,222-C | Philip J. Lee | Kenneth Burford | CC #3 | Hidalgo |
| 96-08-4229 | Paul S. Francis et al | William Kavanaugh Francis et al | 375th | Cameron |
| 96-073964-C | Henry E. Newman | Gulf Packing Co., Inc. et al | 197th | Cameron |
| B-96-048 | Claudia Aguirre | Bankers Trust New York Corp. et al | U.S. Dist. Ct. | Brownsville |
| M-97-188 | Fernando Zee Zepeda | Communications Corp. of America & Communications Corp. | U.S. Dist. Ct. | McAllen |

| Case No. | Plaintiff | Defendant | Court | County/Division |
|---|---|---|---|---|
| M97-147- | Provident Life & Accident Ins. Co. | Provident Life & Accident Ins. Co. | 93rd | Hidalgo |
| C-1468-97-E | William Rusteberg | Robert Walton & Dalton Hobbs | 275th | Hidalgo |
| C-0473-99-D | Icon Receivables 1998-A, Inc. | Ramon Garcia, Esquire | 206th | Hidalgo |
| C-1061-82-A | Jesus Veliz et al | Home Interiors & Gifts Inc. et al | 92nd | Hidalgo |
| C-339-95-G | Elizabeth H. Maddux | Coastal Oil & Gas Corp. | 370th | Hidalgo |
| C-9680-96-A | Hector Buddy De La Rosa | Steve Wesniewski | 92nd | Hidalgo |
| 98-5-1966-D | Cameron County Texas Alicia Cardenas | Burton Auto Supply | | |
| C-943-98-E | Americana Juice Imports, Inc. | Cherubino Vaisangiacomo, S.S. | 275th | Hidalgo |
| C-32-14-97A | Ysaguirre | | 92nd | Hidalgo |
| C-584-98-C | Collins Saales, Inc. | Financial Security Services | 139th | Hidalgo |
| C-98-2050-B | Lisa Nichols | Financial Security Services | 139th | Hidalgo |
| 98-5930-96-G | The Klinefelter Family Revocable Living Trust | First Life Assurance Co. | 370th | Hidalgo |
| 99-06-2829-B | Jose Zamora MD & Carlos Chavez MD | Tenet Healthcare LTD | 138th | Cameron |
| C-1274-97G | Sweezy | McAfee | 370th | Hidalgo |
| C-98-CVQ-01092-D3 | Christina Brittingham | Merryl Lynch | 92nd | Hidalgo |
| C-4544-98-A | Merced Rdz/Robert Moreno | CP&L | Joel R. Sharp | |
| C-1296-00-A | Andrew McMullin | Goodyear | 92nd | Hidalgo |
| 2000-07-003103-E | Leticia Zuniga | Harlingen Compress | 357th | Cameron |
| C-574-99-A | Jessica Mora | MOVAC Service company | 92nd | Hidalgo |
| C-5900-99-F | Raul Castellanos | Engineered Controls | 332nd | Hidalgo |
| C-2000-CVQ-00382D1 | Alma Gallegos Morales, et al | Liverpool, et al | 49th | Webb |
| 99-08-3565-C | Cameron County Housing Authority | Montalvo & Ramirez | 197th | Cameron |
| C-1637-99-F | First National Bank | Nations Bank | 332nd | Hidalgo |
| 2001-01-0166-B | Ramirez Raymundo | Ramirez | 138th | Cameron |
| C-3939-98-E | Pederson, Joy | Atanacio Garza | 275th | Hidalgo |
| C-291-93-D | Manuel De Llano | John G Kenedy and Marie Stella Memorial Fndtn. | 206th | Hidalgo |
| 16-702-A | Hancock Construction Services | Mobil Oil Corp. | 229th | Duval |
| C-5655-99-F | J.C. Candies | Simon Properties | 332nd | Hidalgo |
| C-1058-00-A | Hector Hernandez | Leonard Tesoro and Valley Ear Nose and Throat | 92nd | Hidalgo |
| C-603-01-A | Raudy, Candelario | Arnold Olivares & Eagle Trucking | 92nd | Hidalgo |
| C-786-00-B | Natividad, Juan (Olguin, Felix) | Cooper Tire and Rubber Co. | 93rd | Hidalgo |
| C-387-01-B | Alberta Gudino, et al | Geraldine Odom Williamson | 93rd | Hidalgo |
| C-030-01-B | Alfredo Lopez, M.D. | Gloria Davis | 93rd | Hidalgo |
| C-2174-00-D1 | J&E Oil, Inc. | Atofina Petrochemicals, Inc. | 206th | Hidalgo |
| C-1749-00-F | David K Deberry et al | Travelers Insurance Co. | 332nd | Hidalgo |
| F-2858-00-2 | Belinda Esparza | Antonio Esparza | 107th | Cameron |
| C-1301-00-F | Raul Sergio Alaniz | Corporate Solutions | 332nd | Hidalgo |

| Case No. | Plaintiff | Defendant | Court | County/Division |
|---|---|---|---|---|
| M-00-211 | Daniel Vela | Express Trucking | U.S. Dist. Ct. | McAllen |
| C-1058-00-A | Hector Hernandez | Dr. Leonard J. Tesoro | 92nd | Hidalgo |
| C-061-01-E | Maria Guerra, et al | Gulf Trucking | 275th | Hidalgo |
| C-249-00-D | Ester Gonzalez | Miersch Erwin, M.D. | 206th | Hidalgo |
| 4827-A | Amulfo Arambula & Daniel Arambula | Ignacio Cepeda Tovar et al | 49th | Zapata |
| C-511-01-G | Jose Navarro | Heggen Electric Company, Inc. | 370th | Hidalgo |
| C-1010-01-B | Francisco J. Rivas et al | V.C. Huff Inc. et al | 93rd | Hidalgo |
| DC-00-89 | Rio Grande CISD et al | Stephens, Inc. et al | 381st | Starr |
| CL-36.551-D | Shari S. Rydl | Coastal Banc Savings Association et al | CC #4 | Starr |
| DC-01-240 | Raul Olivarez and Jose Acevedo | David Barrera & Colonia Mutual Insurance | 229th | Hidalgo |
| B-01-148 | Exel Bobbins and Plastics Components, inc. | JSW Plastics Machinery, Inc. et al | U.S. Dist. Ct. | McAllen |
| 2002-02-525-C | Carlos Tamborrel | Chevron Texaco Corp. | 404th | Cameron |
| C-1832-02-A | Javier Alonzo, Jr. | Chemical Lime Co., et al | 92nd | Hidalgo |
| CL-29,133-B | K.V. Chowdary, MD | Fatih Ozcelebi, MD | CC #2 | Hidalgo |
| C-1676-02-E | Aaron Cesar Medrano | Juan Castano & J&D Produce | 275th | Hidalgo |
| C-1250-02-B | Vega Roofing | Brown & Brown, Inc. and Aerostaff Services | 92nd | Hidalgo |
| C-2174-00-D2 | J&E Oil, Inc. | Atofina Petrochemicals, Inc. | 206th | Hidalgo |
| 2003-1-251-G | Ezequiel Castillo, et al | Tipton Motors | 404th | Cameron |
| 02-CV-246 | Gruma Corp. & Azteca Milling | Zurich Compania de Seguros et al | U.S. Dist. Ct. | McAllen |
| C-5301-01-E | J.D. Lowe, Jr. Co., Inc. | Gerald McDaniel & Dwayne McDaniel et al | 275th | Hidalgo |
| C-1476-01-F | Burns Motors, Inc. | Payne Dealer Group Management, Inc. | 332nd | Hidalgo |
| C-2012-99-C | Americana Juice Imports, Inc. | Nestle USA Beverage Division et al | 139th | Hidalgo |
| 5309 | Maria Edna Garcia | Yakini's Auto World | 49th | Zapata |
| 2003-CVQ-00995-D3 | Maria Azucena Arredondo et al | Juan Garza Mendoza, et al | 341st | Webb |
| C-609-02-A | Ruben Canales | Ingersoll | 92nd | Hidalgo |
| Arbitration | Offshore Entertainment | Port Isabel - San Benito Navigation District | | Cameron |
| C-1863-03-I | Lisa Murillo & Rachel Sarabia | Office of the Attorney General | 338th | Hidalgo |