Case 1:01-cv-00157   Document 408   Filed in TXSD on 06/15/2005

United States District Court
Southern District of Texas
FILED

JUN 15 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT • SOUTHERN DISTRICT OF TEXAS

| IN RE: THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., et al | CASE NO. B-01-157<br>Consolidated with: B-01-004 and B-02-125 |
|---|---|
| | **Exhibit List** |
| Judge Hilda G. Tagle | Case Manager: Stella Cavazos<br>Court Reporter: Breck Record |
| **List of**<br>American Commercial Lines LLP and American Commercial Barge Line LLC Deere Credit, Inc. (formerly Senstar Finance Company), as Owner of the Barge NM-315, State Street Bank and Trust Company of Connecticut, N.A., as Owner/Trustee of the Barge ACL-9933B and Not in Its Individual Capacity, and General Electric Capital Corporation, as Beneficial Owner of the Barge ACL-9933B | **Proceeding**     **Date**<br>**TRIAL** |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 1. | ACBL Computer Record Barge VLB-9173. (Invoice Approval) (Hoessele Dep., Ex."1", A-938 ). | | |
| 2. | Letter March 29, 2000 from Kazunas to Mosher. (Hoessele Dep., Ex. "3", A-1189). | | |
| 3. | Brown Water Marine Invoice No. 090114A5 dated September 30, 2001 to ACBL for towage of Barges VLB-9182, NM-315, ACL-9933B. (Hoessele Dep., Ex. "4", A-992). | | |
| 4. | E-mail from Ron L. Loughmiller to ACBL, Barge Incident Notification with respect to the CHEM 235 grounding and E-mail from Farley to Kazunas dated March 30, 2000 with respect to Brown Water Notification of Incident. (Hoessele Dep., Ex. "5", A-1191). | | |
| 5. | ACBL Barge History Report for 2001 for the Barge VLB-9173 (Hoessele Dep., Ex. "6" A-1 - A-2). | | |
| 6. | ACBL Barge History Reports for Barge NM-315, ACL-9933B, and VLB-9182 (Hoessle Dep. Ex. "6" A-2 - A-5). | | |
| 7. | E-mails regarding grounding of the CHEM 235 and information between ACBL employees regarding same. (Hoessele Dep., Ex. "7", A-1192). | | |
| 8. | ACBL computer records regarding Barge NM-315, cargo, etc. (Ivey Dep.., Ex. "13", A-939). | | |
| 9. | ACBL computer record with respect to the Barge ACL-9933B, cargo, etc. (Ivey Dep.., Ex. "13", A-940). | | |
| 10. | ACBL computer record with respect to the Barge VLB-9182, cargo, etc. (Ivey Dep.., Ex. "13", A-941). | | |
| 11. | United States Certificate of Documentation for the Barge VLB-9173.(Ivey Dep., Ex.13", A-942-943). | | |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 12. | United States Certificate of Documentation for the Barge VLB-9182. (Ivey Dep., Ex. "13", A-944-945). | | |
| 13. | United States of America Department of Transportation Certificate of Documentation for the Barge NM-315. (Ivey Dep., Ex. "13", A-946). | | |
| 14. | United States Coast Guard Vessel Documentation with respect to documentation of Barge ACL-9933B. (Ivey Dep., Ex. "13", A-947 and 948). | | |
| 15. | Timberlake Audit of Brown Water Marine Services, Inc. conducted March of 2000. (Ruschman Dep., Ex. "24", A-933 through A-937). | | |
| 16. | Tolen Issues and documents related to Timberlake Audit of Tolen Marine. (Timberlake Dep., Ex. "27"). | | |
| 17. | Timberlake Audit of Brown Water Marine Service. (Timberlake Dep., Ex. "28"). | | |
| 18. | The AWO RCP Manual for April 2002. (Timberlake Dep., Ex. "29"). | | |
| 19. | AWO Audit Checklist Completed by Timberlake for the audit of Brown Water Marine Services for the Vessel BROWN WATER VI (Timberlake Dep., Ex. "30"). | | |
| 20. | RCP Inland Towing Vessel Checklist for the Vessel BROWN WATER VII done by Timberlake. (Timberlake Dep., Ex. "31") | | |
| 21. | Notations of Timberlake with respect to Brown Water audit (Timberlake Dep., Ex. "32"). | | |
| 22. | April 5, 2000 letter from Mosher to Timberlake. (Timberlake Dep., Ex. "33"). | | |
| 23. | Brown Water Operations Manual (Timberlake Dep., Ex. "34"). | | |
| 24. | Additional Brown Water documents, including Accident Notification form, Drug Testing Policy, etc. (Timberlake Dep., Ex. "35"). | | |
| 25. | Brown Water Crewmen and Employee Safety Manual (Timberlake Dep., Ex. "36"). | | |
| 26. | Timberlake Audit of American Commercial Barge Line Company - March 12, 1999 (Timberlake Dep., Ex. "37"). | | |
| 27. | Sanborn, Yearwood & Associates' Pre-Audit Preparation of ACBL and independent post-audit review dated March 4, 2002 (Timberlake Dep., Ex. "38"). | | |
| 28. | Detroit Diesel Field Service Data Book (Timberlake Dep., Ex. "39"). | | |
| 29. | Propeller Selection Guide (Timberlake Dep., Ex. "40"). | | |
| 30. | Marine Resources' Earnings Record (Timberlake Dep., Ex. "41"). | | |
| 31. | Marine Resources' List of Clients (Timberlake Dep., Ex. "42"). | | |
| 32. | Management & Vessel Conformance Review of Marine Inland Transport & Eckstein Marine (Timberlake Dep., Ex. "43"). | | |
| 33. | Timberlake Audit of Kindra Lake Towing (Timberlake Dep., Ex. "45"). | | |
| 34. | Timberlake Towing Vessel Checklist Audit of M/V STEVE McKINNEY (Timberlake Dep., Ex. "46"). | | |
| 35. | Timberlake Audit of Hoosier Marine (Timberlake Dep., Ex. "47"). | | |
| 36. | Timberlake Management Assessment of Excel Marine Corporation, Inc. (Timberlake Dep., Ex. "48"). | | |
| 37. | Timberlake Audit of Holly Marine Towing (Timberlake Dep., Ex. "49"). | | |
| 38. | Timberlake Audit of Calumet River Towing, Inc. (Timberlake, Ex. "50"). | | |
| 39. | Timberlake American Waterway Operators Responsible Carrier Program Audit Certificate (Timberlake Dep., Ex. "52"). | | |
| 40. | Timberlake Checklist and Audit Vessel Checklist for the M/V MARGARET ANN (Timberlake Dep., Ex. "53"). | | |
| 41. | Map of Inland Waterways Serviced by U.S. Towage Industry. | | |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 42. | Cover Sheet of Timberlake Audit of Brown Water Marine Service, Inc. of March, 2000 and Computer Screen for Barge VLB-9173 (Timberlake Dep., Ex. "55", A-933, A-938). | | |
| 43. | E-mail string regarding damage to NMS-1497 during September of 2001 (Kazunas Dep., Ex. "57", A-1270). | | |
| 44. | Ross L. Valigura Witness Statement - 9/15/01 (Valigura Dep., Ex. "66"). | | |
| 45. | M/V BROWN WATER V Log - September 14, 2001 (Valigura Dep., Ex. "67", 49477 D 00767). | | |
| 46. | M/V BROWN WATER V Log - September 15, 2001 (Valigura Dep., Ex. "68", 49477 D 00768). | | |
| 47. | Witness Statement - Levie Old - Dated September 15, 2001 (Valigura Dep., Ex. "69"). | | |
| 48. | M/V BROWN WATER V Vessel Log Dated September 13, 2001 (Old Dep., Ex. "70", 49477 D 00764). | | |
| 49. | The United States Bankruptcy Court Voluntary Petition for Bankruptcy - American Commercial Lines LLC (Statement of Counsel Dep., Ex. "71"). | | |
| 50. | The United States Bankruptcy Court Voluntary Petition for Bankruptcy - American Commercial Barge Line LLC (Statement of Counsel Dep., Ex "72"). | | |
| 51. | April 7, 1999 Letter from Ann Lawrence to Tim Chapman Re: Barge VL-81272 Damage (Mosher Dep., Ex. "102", 49477 D 00994). | | |
| 52. | Timberlake Audit of Brown Water Marine Service, Inc. from Brown Water's files (Mosher Dep., Ex. "103", 49477 D 04103). | | |
| 53. | Basic Diagram of Towboat (Mosher Dep., Ex. "107", 49477 D 01051). | | |
| 54. | Basic Drawing of Towboat and Barge (Mosher Dep., Ex. "107", 49477 D 01051-52). | | |
| 55. | The United States Coast Guard Vessel Boarding Report - BROWN WATER V (Mosher Dep., Ex. "111"). | | |
| 56. | The United States Coast Guard Vessel Boarding Report - M/V BROWN WATER V (Mosher Dep. Ex. "112"). | | |
| 57. | David D. Fowler Witness Statement - September 15, 2001 (Mosher Dep., Ex. "115"). *2nd page is missing* | | |
| 58. | Brown Water Marine Memo Dated October 5, 2001 from Mosher to Helton/Wilson listing Fowler's Experience from Brownsville, Texas (Mosher Dep., Ex. "116"). | | |
| 59. | Eighth Coast Guard District Towing Vessel Boarding Form, M/V BROWN WATER V - September 15, 2001 (Mosher Dep., Ex. "118"). | | |
| 60. | Policies & Procedures Manuals of Brown Water Marine Service, Inc. (Mosher Dep., Ex. "117", 49477 D 04303). | | |
| 61. | Affidavit of Phillip Langley, Captain of the M/V BRUCE BORDELON (Langley Dep., Ex. "119"). | | |
| 62. | Daily Log Book of the M/V BROWN WATER V for the period September 1 through September 15, 2001 (Larsen Dep., Ex. "120"49477 D 00143 - 00157). | | |
| 63. | Chart of the Intracoastal Waterway, Laguna Madre Area (Langley Dep., Ex. 120"). | | |
| 64. | Sworn Affidavit of Stephen Mosher Dated October 22, 2001 with respect to Brown Water Marine Service, Inc.'s Policies & Procedures for Hiring Captains (T. Chapman Dep., Ex. "121", 49477 D 03571 - 03572). | | |
| 65. | Brown Water Marine Service, Inc. Traffic Booking Sheet - September 2001 (C. Chapman Dep., Ex. "122"). | | |
| 66. | Brown Water Marine Service, Inc. Office Log Book for September 14, 2001 (C. Chapman Dep., Ex. "123", 49477 D 00849). | | |
| 67. | Brown Water Marine Service, Inc. Office Log Book for September 15, 2001 (C. Chapman Dep., Ex. "124", 49477 D 00850). | | |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 68. | M/V BROWN WATER V Log Book and Journal for M/V BROWN WATER V - September 13 through 15, 2001 (Wilson Dep., Ex. "122"). | | |
| 69. | February 2, 2005 Letter Cameron County District Attorney to Fowler's Attorney, Weisfeld (Fowler Dep., Ex. "127"). | | |
| 70. | Fowler Witness Statement 9/15/01 (Fowler Dep., Ex. "128"). | | |
| 71. | Transcript of Statement Given by Fowler to U.S. Coast Guard on September 15, 2001 (Fowler Dep., Ex. "129"). | | |
| 72. | Transcript of Statement Given by Fowler to U.S. Coast Guard on September 17, 2001 (Fowler Dep., Ex. "130"). | | |
| 73. | Chart of Laguna Madre Area (Fowler Dep., Ex. "131"). | | |
| 74. | Copy of Corrections of Original Transcript of Audio Cassette of Fowler's Verbal Statement given on September 15, 2001 (Fowler Dep., Ex. "132"). | | |
| 75. | Correction of Transcript of Interview of Fowler given to the U.S. Coast Guard on September 17, 2001 (Fowler Dep., Ex. "133"). | | |
| 76. | Original Petition - Fowler v. Brown Water Marine Service, Inc. - Civil Action No. B-04-161 (Fowler Dep., Ex. "134"). | | |
| 77. | General Release & Indemnity Agreement Signed by Fowler on September 22, 2004 (Fowler Dep., Ex. "135"). | | |
| 78. | Fowler's U.S. Coast Guard License (Fowler Dep., Ex. "136", 49477 0001-0002). | | |
| 79. | Brown Water Marine Service, Inc. Personnel File of Fowler (Fowler Dep., Ex. "137", 49477 0001-0050). | | |
| 80. | February 25, 1999 Royal Towing Letter to U.S. Coast Guard Re: Fowler (Fowler Dep., Ex. "138"). | | |
| 81. | February 19, 1999 Kirby Marine Letter to U.S. Coast Guard Re: Fowler (Fowler Dep., Ex. "139"). | | |
| 82. | March 1, 1999 Letter Kirby Marine to U.S. Coast Guard Re: Fowler (Fowler Dep., Ex. "140"). | | |
| 83. | September 20, 1994 Letter T. L. James to U.S. Coast Guard Re: David Fowler (Fowler Dep., Ex. "141"). | | |
| 84. | Letter to Warrior & Gulf Navigation to U.S. Coast Guard Re: David Fowler (Fowler Dep., Ex. "142"). | | |
| 85. | February 3, 1999 (you said 1989) Letter Warrior River Towing Company to U.S. Coast Guard Re: Fowler (Fowler Dep., Ex. "143"). | | |
| 86. | September 29, 1995 Letter Bean Dredging to U.S. Coast Guard Re: Fowler (Fowler Dep., Ex. "144"). | | |
| 87. | Kirby Marine Transportation Corporation Certificate of Training Issued to David Fowler (Fowler Dep., Ex. "145"). | | |
| 88. | United States Certificate of Documentation - M/V BROWN WATER V. | | |
| 89. | U.S. Coast Guard Report CG2692 9/18/01. | | |
| 90. | U.S. Coast Guard Vessel Boarding Report - September 15, 2001. | | |
| 91. | U.S. Coast Guard Records of David Fowler. | | |
| 92. | Witness Statement of J. W. Blocker dated September 15, 2001. | | |
| 93. | Witness Statement of Rocky L. Wilson - September 15, 2001. | | |
| 94. | U.S. Coast Guard License for Rocky L. Wilson. | | |
| 95. | Marine Casualty Investigating Report of the U.S. Coast Guard for an incident of November 11, 2000 involving the M/V BROWN WATER V. | | |
| 96. | U.S. Coast Guard Investigation Activity Ticket Report - M/V BROWN WATER V - May 10, 2000. (U.S. Coast Guard Ex. "41"). | | |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 97. | Marine Casualty Investigation Report - April 30, 2000 (U.S. Coast Guard Ex. "42"). | | |
| 98. | Marine Casualty Investigation Report - January 22, 2001. | | |
| 99. | U.S. Coast Guard Marine Casualty Investigation Report with respect to February 9, 2001 incident involving the M/V BROWN WATER V. | | |
| 100. | U.S. Coast Guard Investigation Activity Report dated September 1, 2000 Re: the M/V BROWN WATER V. | | |
| 101. | U.S. Coast Guard Marine Casualty Investigation Report dated May 28, 2000 Re: the M/V BROWN WATER V. | | |
| 102. | U.S. Coast Guard 8th District Local Notice to Mariners Gulf of Mexico Econfina River, Florida to Rio Grande, Texas - month of September 2001. | | |
| 103. | Survey Report 1-11-6078 - Hargiss Marine Service - Damage to Barge NM-315 sustained in the accident. | | |
| 104. | Hargiss Marine Service Valuation Survey for Barges NM-315, VLB-9173, ACL-9933B and VLB-9182. | | |
| 105. | Curriculum Vitae Hargiss. | | |
| 106. | ACBL Barge Equipment Register for Barges NM-315, ACL-9933B, VLB-9173, and VLB-9182. | | |
| 107. | U.S. Coast Guard Certified Abstract of Title for the M/V BROWN WATER VIII. | | |
| 108. | ACBL Records of Prior Brown Water accidents with ACBL equipment. | | |
| 109. | Correspondence of July 14, 1998 from Mosher to ACBL/King (A-991). (Note: This appears to be out of the ACBL file with Brown Water discussing rates). | | |
| 110. | Oil City Tariff (A-995 - A-1000). | | |
| 111. | Certificate of Formation of ACBL LLC (A-1001). | | |
| 112. | Certificate of Formation of ACL LLC (A-1002). | | |
| 113. | Charter Agreements for four barges in tow of BROWN WATER V at time of accident (A-1003 - A-1187). | | |
| 114. | ACBL/Brown Water Marine Service File (A-1189 - A-1197). | | |
| 115. | ACBL file regarding prior Brown Water accidents (A-1218; A-1219; A-1220; A-1239; A-1240 through A-1241; A-1244; A-1264 and A-1265; A-1266 - A-1267; A-1270; A-1272 - A-1277). | | |
| 116. | Mosher Letter 11/16/99 to U.S. Corps of Engineers (49477 D 00194). | | |
| 117. | Chart of Port Isabella Area (49477 D 255). | | |
| 118. | Brown Water Marine Traffic Booking Sheets for August 1 to October 1st (49477 D 824 -826). | | |
| 119. | Chad Chapman's Log of Vessel Operations  49477 D 847 - 851). | | |
| 120. | Brown Water Report of Safety Meetings  (49477 D 875 - 894). | | |
| 121. | Brown Water Safety Minutes  (49477 D1081 - 1087). | | |
| 122. | Brown Water Operations Manual  (49477 D 1428 -1508). | | |
| 123. | Brown Water V Log  (49477 D 4144 - 4156). | | |
| 124. | Brown Water/State of Texas Report of Accident - 09/15/01 (49477 D 3883 - 3834). | | |
| 125. | July 22, 2002 letter Dan Carter to Stephen Mosher Re: AWO Certification (MIR233). | | |
| 126. | AWO Audit - Brown Water Marine (MIR342 - 396). | | |
| 127. | April 5, 1999 Correspondence - Whitlock to Allegretti Re: AWO Certification of ACBL (MIR676). | | |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 128. | March 13, 1999 letter - Sandborn to Whitlock Re: 1999 AWO RCP Audit of ACBL (MIR677 - MIR679). | | |
| 129. | 1999 AWO Audit of ACBL (MIR688 -719). | | |
| 130. | Long Island Swing Bridge Log. | | |
| 131. | Curriculum Vitae of Captain Brock. | | |
| 132. | Curriculum Vitae of Russell. | | |
| 133. | The United States Bankruptcy Court Order Granting Relief from Stay. | | |
| 134. | Excerpts of Christian Brinkop deposition - Page and line designation attached. | | |
| 135. | Excerpts of James Farley deposition - Page and line designation attached. | | |
| 136. | Excerpts of Ross Valigura deposition - Page and line designation attached. | | |
| 137. | Excerpts of Michael Khouri deposition - Page and line designation attached. | | |
| 138. | Excerpts of Peter Kazunas deposition - Page and line designation attached. | | |
| 139. | Excerpts of Philip Timberlake deposition - Page and line designation attached. | | |
| 140. | Excerpts of Captain David Fowler deposition - Page and line designation attached. | | |
| 141. | Excerpts of Steve Mosher deposition - Page and line designation attached. | | |
| 142. | Excerpts of Gary P. Langley deposition - Page and line designation attached. | | |
| 143. | Excerpts of James L. Adams deposition - Page and line designation attached. | | |
| 144. | Excerpts of William "Norb" Whitlock deposition - Page and line designation attached. | | |
| 145. | ACBL reserves the right to use any exhibit listed by any party, including but not limited to those exhibits listed by Brown Water with respect to Claimants' damage claim. | | |
| 146. | ACBL reserves the right to use impeachment or rebuttal exhibits. | | |

### 134. Excerpts of Christian Brinkop Deposition

p. 10, l. 25 to p. 15, l. 6

p. 25, l. 24 to p. 27, l. 1

p. 33, l. 12 to l. 22

p. 56, l. 4 to l. 13

p. 56, l. 25 to p. 60, l. 14

p. 69, l. 22 to p. 70, l. 12

p. 84, l. 23 to p. 85, l. 5

p. 95, l. 3 to l. 15

p. 140, l. 3 to p. 141, l. 9

p. 141, l. 13 to p. 142, l. 1

p. 142, l. 5 to p. 143, l. 21

### 135. Excerpts of James Farley Deposition

p. 11, l. 15 to l. 19

p. 12, l. 6 to p. 24, l. 21

p. 28, l. 1 to p. 34, l. 23

p. 37, l. 23 to p. 40, l. 2

p. 40, l. 16 to l. 21

p. 41, l. 5 to l. 23

p. 42, l. 19 to p. 46, l. 15

p. 47, l. 13 to p. 48, l. 7

p. 48, l. 23 to p. 49, l. 15

p. 84, l. 18 to p. 89, l. 3

p. 99, l. 14 to 16

{N1296832.1}

p. 100, l. 3 to l. 6

p. 108, l. 19 to p. 110, l. 1

p. 110, l. 22 to p. 111, l. 6

p. 125, l. 9 to l. 13

p. 129, l. 5 to l. 22

p. 132, l. 14 to p. 134, l. 17

p. 134, l. 25 to p. 136, l. 13

p. 145, l. 24 to p. 146, l. 20

p. 147, l. 23 to p. 148, l. 21

p. 159, l. 22 to p. 160, l. 11

p. 161, l. 1 to p. 162, l. 14

p. 167, l. 10 to l. 21

p. 168, l. 2 to p. 172, l. 25

p. 173, l. 22 to p. 174, l. 24

p. 175, l. 4 to p. 177, l. 7

p. 177, l. 12 to p. 178, l. 8

p. 178, l. 17 to p. 181, l. 12

p. 189, l. 18 to p. 192, l. 7

p. 195, l. 13 to l. 24

### 136.  Excerpts of Ross Valigura Deposition

p. 8, l. 9 to p. 8, l. 17

p. 10, l. 5 to p. 15, l. 16

p. 21, l. 7 to p. 30, l. 1

p. 34, l. 15 to p. 35, l. 5

p. 85, l. 18 to p. 91, l. 1

### 137. Excerpts of Michael Khouri Deposition

p. 7, l. 16 to p. 19, l. 6

p. 20, l. 15 to l. 19

p. 32, l. 4 to l. 23

p. 40, l. 3 to l. 13

p. 62, l. 11 to p. 64, l. 23

p. 66, l. 21 to p. 70, l. 15

p. 70, l. 23 to p. 72, l. 2

p. 76, l. 7 to p. 77, l. 15

p. 79, l. 2 to p. 80, l. 3

p. 81, l. 13 to p. 83, l. 21

p. 84, l. 3 to p. 86, l. 1

p. 88, l. 10 to l. 24

p. 90, l. 3 to p. 91, l. 1

p. 93, l. 16 to p. 95, l. 1

### 138. Excerpts of Peter Kazunas Deposition

p. 8, l. 17 to p. 30, l. 15

p. 32, l. 23 to p. 34, l. 25

p. 36, l. 12 to p. 37, l. 24

p. 39, l. 14 to p. 40, l. 1

p. 52, l. 21 to p. 54, l. 25

p. 55, l. 18 to p. 56, l. 24

p. 57, l. 7 to l. 12

p. 64, l. 4 to l. 15

p. 81, l. 1 to l. 12

p. 95, l. 11 to p. 96, l. 20

p. 103, l. 2 to p. 104, l. 18

p. 108, l. 25 to p. 109, l. 17

p. 111, l. 1 to p. 112, l. 12

### 139. Excerpts of Philip Timberlake Deposition

p. 13, l. 19 to l. 23

p. 17, l. 23 to p. 26, l. 19

p. 29, l. 3 to l. 25

p. 31, l. 25 to p. 38, l. 14

p. 39, l. 5 to p. 40, l. 19

p. 43, l. 19 to p. 47, l. 7

p. 52, l. 19 to p. 54, l. 22

p. 55, l. 4 to p. 58, l. 12

p. 59, l. 2 to p. 61, l. 6

p. 63, l. 9 to p. 66, l. 17

p. 69, l. 21 to p. 70, l. 15

p. 76, l. 13 to p. 77, l. 16

p. 78, l. 6 to l. 14

p. 79, l. 19 to p. 80, l. 12

p. 80, l. 25 to p. 85, l. 6

p. 86, l. 2 to l. 7

p. 86, l. 8 to p. 90, l. 25

p. 91, l. 22 to p. 93, l. 19

p. 94, l. 6 to p. 96, l. 14

p. 97, l. 22 to p. 99, l. 14

p. 102, l. 1 to l. 20

p. 104, l. 7 to l. 19

p. 105, l. 15 to p. 107, l. 24

p. 110, l. 25 to p. 119, l. 3

p. 120, l. 1 to p. 122, l. 4

p. 123, l. 4 to p. 124, l. 2

p. 124, l. 16 to p. 125, l. 3

p. 125, l. 25 to p. 127, l. 3

p. 129, l. 4 to p. 132, l. 9

p. 134, l. 20 to p. 136, l. 9

p. 138, l. 16 to p. 140, l. 10

p. 141, l. 5 to l. 20

p. 142, l. 2 to p. 145, l. 16

p. 147, l. 7 to l. 13

p. 148, l. 20 to p. 151, l. 17

p. 151, l. 23 to p. 152, l. 24

p. 154, l. 2 to p. 155, l. 19

p. 158, l. 9 to l. 23

p. 160, l. 8 to l. 21

p. 163, l. 14 to p. 168, l. 7

p. 172, l. 16 to p. 173, l. 17

p. 180, l. 13 to l. 19

p. 181, l. 23 to p. 182, l. 13

p. 184, l. 3 to l. 21

p. 185, l. 23 to p. 186, l. 5

{N1296832.1}

5

p. 189, l. 2 to l. 9

p. 212, l. 21 to p. 213, l. 11

p. 214, l. 2 to l. 13

p. 215, l. 25 to p. 216, l. 18

p. 240, l. 2 to l. 15

p. 245, l. 24 to p. 248, l. 4

p. 249, l. 10 to l. 12

p. 253, l. 7 to p. 254, l. 3

p. 259, l. 6 to l. 15

p. 264, l. 15 to l. 19

p. 265, l. 2 to l. 17

p. 270, l. 25 to p. 271, l. 3

p. 271, l. 8 to p. 272, l. 10

p. 273, l. 4 to l. 8

p. 273, l. 19 to l. 25

p. 274, l. 5 to p. 275, l. 23

p. 276, l. 9 to p. 278, l. 15

p. 279, l. 22 to p. 280, l. 20

p. 281, l. 1 to l. 18

p. 282, l. 3 to p. 283, l. 10

p. 286, l. 5 to p. 287, l. 1

p. 289, l. 18 to p. 290, l. 11

p. 291, l. 14 to l. 24

p. 294, l. 25 to p. 295, l. 8

## 140. **Excerpts of Captain David Fowler Deposition**

p. 6, l. 18 to p. 7, l. 17

p. 12, l. 11 to p. 15, l. 4

p. 15, l. 15 to p. 17, l. 7

p. 17, l. 11 to p. 18, l. 12

p. 18, l. 14 to l. 20

p. 19, l. 25 to p. 21, l. 10

p. 21, l. 21 to p. 23, l. 7

p. 24, l. 20 to p. 25, l. 15

p. 25, l. 21 to l. 23

p. 26, l. 12 to l. 15

p. 26, l. 17 to p. 27, l. 8

p. 30, l. 4 to p. 32, l. 9

p. 32, l. 14 to p. 33, l. 25

p. 35, l. 17 to p. 38, l. 11

p. 43, l. 13 to l. 22

p. 45 l. 1 to l. 21

p. 46, l. 6 to l. 23

p. 49, l. 21 to p. 50, l. 12

p. 50, l. 21 to p. 51, l. 8

p. 61, l. 19 to p. 62, l. 12

p. 64, l. 19 to l. 24

p. 70, l. 16 to p. 72, l. 17

p. 73, l. 3 to l. 12

p. 77, l. 11 to p. 79, l. 13

{N1296832.1}                                             7

p. 80, l. 6 to p. 84, l. 21

p. 85, l. 20 to p. 86, l. 20

p. 92, l. 16 to l. 21

p. 106, l. 12 to l. 14

p. 112, l. 14 to l. 23

p. 115, l. 22 to p. 117, l. 23

p. 118, l. 1 to l. 9

p. 119, l. 10 to p. 122, l. 20

p. 124, l. 17 to p. 127, l. 21

p. 137, l. 9 to l. 19

p. 140, l. 2 to p. 143, l. 6

p. 144, l. 11 to l. 16

p. 147, l. 17 to p. 149, l. 8

p. 152, l. 11 to p. 154, l. 10

p. 154, l. 19 to p. 165, l. 18

p. 170, l. 10 to p. 172, l. 10

p.174, l. 19 to p. 177, l. 6

p. 179, l. 6 to p. 181, l. 8

p. 182, l. 4 to p. 184, l. 6

p. 184, l. 24 to p. 186, l. 2

p. 186, l. 18 to p. 191, l. 18

p. 193, l. 4 to p. 194, l. 2

p. 195, l. 22 to p. 197, l. 21

p. 199, l. 9 to p. 200, l. 16

p. 207, l. 25 to p. 209, l. 21

p. 213, l. 21 to p. 215, l. 25

p. 217, l. 5 to p. 219, l. 16

p. 221, l. 4 to p. 222, l. 18

p. 225, l. 19 to l. 23

p. 228, l. 1 to p. 233, l. 23

p. 237, l. 3 to p. 238, l. 23

p. 241, l. 5 to p. 243, l. 23

p. 271, l. 1 to l. 8

### 141. Excerpts of Steve Mosher Deposition

p. 7, l. 16 to l. 20

p. 8, l. 13, to p. 9, l. 21

p. 10, l. 19 to p. 11, l. 3

p. 15, l. 16 to p. 16, l. 23

p. 16, l. 24 to p. 18, l. 18

p. 19, l. 7 to p. 20, l. 8

p. 21, l. 1 to l. 6

p. 22, l. 18 to p. 23, l. 24

p. 47, l. 15 to p. 48, l. 19

p. 50, l. 24 to p. 57, l. 17

p. 65, l. 8 to p. 68, l. 3

p. 68, l. 21 to p. 69, l. 11

p. 70, l. 9 to p. 72, l. 17

p. 77, l. 10 to p. 79, l. 17

p. 80, l. 18 to p. 81, l. 21

p. 90, l. 11 to p. 91, l. 19

p. 100, l. 20 to p. 101, l. 12

p. 101, l. 19 to l. 22

p. 103, l. 8 to l. 14

p. 110, l. 16 to p. 112, l. 9

p. 112, l. 21 to p. 114, l. 4

p. 116, l. 23 to p. 117, l. 21

p. 120, l. 20 to p. 121, l. 4

p. 127, l. 10 to p. 128, l. 11

p. 130, l. 12 to p. 137, l. 6

p. 139, l. 19 to l. 24

p. 140, l. 15 to p. 143, l. 3

p. 147, l. 4 to p. 148, l. 11

p. 164, l. 16 to p. 166, l. 11

p. 168, l. 6 to p. 169, l. 1

p. 172, l. 24 to p. 173, l. 18

p. 191, l. 14 to p. 193, l. 13

p. 193, l. 22 to p. 194, l. 11

p. 194, l. 15 to p. 195, l. 7

p. 195, l. 15 to p. 197, l. 19

p. 199, l. 18 to p. 202, l. 19

p. 207, l. 14 to p. 208, l. 20

p. 209, l. 5 to p. 210, l. 19

### 142. Excerpts of Gary P. Langley

p. 4, l. 13 to p. 8, l. 20

p. 9, l. 15 to p. 14, l. 6

{N1296832.1}

10

```
```

p. 15, l. 4 to p. 16, l. 9

p. 16, l. 19 to p. 17, l. 19

p. 19, l. 15 to p. 25, l. 8

### 143. Excerpts of James L. Adams

p. 8, l. 8 to p. 9, l. 13

p. 10, l. 2 to p. 11, l. 17

p. 12, l. 21 to p. 14, l. 16

p. 15, l. 8 to p. 16, l. 19

p. 23, l. 12 to l. 15

p. 24, l. 12 to p. 25, l. 20

p. 29, l. 25 to p. 30, l. 14

p. 36, l. 13 to p. 38, l. 18

p. 39, l. 7 to p. 50, l. 10

p. 55, l. 6 to p. 56, l. 15

p. 57, l. 9 to l. 17

### 144. Excerpts of William N. "Norb" Whitlock,

p. 8, l. 20 to l. 21

p. 9, l. 2 to l. 4

p. 12, l. 25 to p. 17, l. 5

p. 37, l. 11, to p. 38, l. 18

p. 39, l. 12 to p. 43, l. 20

p. 46, l. 8 to l. 11

p. 46, l. 15 to p. 47, l. 8

p. 48, l. 5 to l. 9

p. 48, l. 17 to p. 49, l. 4

p. 52, l. 5 to l. 14

p. 53, l. 2 to p. 56, l. 9

p. 60, l. 13 to p. 61. l. 14

p. 62, l. 10 to p. 66, l. 14

p. 71, l. 16 to p. 72, l. 14

p. 86, l. 10 to p. 89, l. 1

p. 91, l. 4 to l. 16

p. 93, l. 12 to p. 96, l. 14

p. 104, l. 19 to p. 108, l. 11

p. 111, l. 14 to l. 25

p. 112, l. 12 to p. 113, l. 24

p. 115, l. 20 to p. 116, l. 18

p. 118, l. 2 to p. 119, l. 4

p. 120, l. 5 to p. 124, l. 7

p. 126, l. 4 to l. 10

p. 126, l. 19 to p. 128, l. 3

p. 141, l. 21 to p. 142, l. 6

p. 143, l. 8 to p. 145, l. 2

p. 153, l. 6 to p. 154, l. 7

p. 155, l. 11 to l. 19

p. 165, l. 3 to l. 8

p. 165, l. 12 to p. 166, l. 15

p. 166, l. 22 to p. 167, l.21

p. 168, l. 5 to l. 8

p. 168, l. 16 to p., 170, l. 7

p. 171, l. 10 to p. 173, l. 17

p. 174, l. 1 to l. 5

p. 174, l. 20 to l. 24