United States District Court
Southern District of Texas
FILED

JUN 1 5 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C. A. NO. B-01-157<br>Admiralty<br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315,VLB-9182,ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C. A. NO. B-02-004<br>Admiralty<br><br><br>and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § § | C.A. NO. B-02-125<br>Admiralty |

<u>PETITIONERS BROWN WATER TOWING I, INC. AND BROWN WATER MARINE SERVICE, INC.'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW</u>

This is an action for exoneration from, or limitation of, liability pursuant to 46 U.S.C. § 181 et seq. The Court has jurisdiction over the case and parties. The Court concludes that this is a case of admiralty and maritime jurisdiction and that venue is proper. The case arises from an allision of barges being towed or pushed by the BROWN WATER V with the Queen Isabella Causeway.

49477>3025659

Case 1:01-cv-00157   Document 411   Filed in TXSD on 06/15/2005   Page 2 of 6

The action was originally filed by Brown Water Towing I, Inc., as owner, and Brown Water Marine Service, Inc., as bareboat charterer, of the BROWN WATER V, its engines, tackle, etc., (collectively referred to as "Brown Water"). American Commercial Lines, L.L.C. and American Commercial Barge Lines, L.L.C. (collectively refered to as "ACBL") also filed a Complaint for Exoneration from and/or limitation of liability in the United States District Court for the Southern District of Texas, Brownsville Division, C.A. No. B-02-004, which was consolidated into this litigation.

After the filing of the Complaints and Petitions for Exoneration from or Limitation of Liability, claims were filed on behalf of persons and estates, alleging a variety of damages and injuries arising from the September 15, 2001 incident, including claims for wrongful death, survivorship, personal injury, and property damage.

At all relevant times, Brown Water Towing I, Inc., was the owner of the BROWN WATER V and Brown Water Marine Service, Inc., was the vessel's bareboat charterer. Brown Water Towing I, Inc. and Brown Water Marine Service, Inc. are "owners" of the BROWN WATER V for limitation purposes. ACBL was the owner of the barges.

The BROWN WATER V is and at all material times was a tug boat. The vessel had a gross registered tonnage of approximately 84 tons, and an approximate net registered tonnage of 57 net tons. Its official number is 580422. The BROWN WATER V was at all material times and in all respects seaworthy, and it was at all material times properly and efficiently manned, supplied, equipped, and furnished, and well and sufficiently fitted and supplied with suitable engines, machinery, tackle, apparel, appliances and furniture, all in good order and condition and suitable for the service in which the vessel was engaged.

49477>3025659                           2

On or about September 15, 2001, the BROWN WATER V was in navigable waters in or near Port Isabel, Texas. The voyage commenced on or about September 14, 2001 and terminated on or about September 15, 2001. During the voyage, barges being towed or pushed by the BROWN WATER V struck the Queen Isabella Causeway. As a result of the allision, a portion of the causeway collapsed.

Cameron County was responsible for maintaining and operating lights on the Queen Isabella Causeway. Lights that Cameron County was responsible for maintaining and operating were not operating on the day of the incident due to Cameron County's negligence and/or negligence per se. This negligence and/or negligence per se caused or contributed to the allision and/or caused or contributed to several subsequent deaths and personal injuries. Further, the actions and/or inactions of Cameron County invoke the presumptions afforded by the Pennsylvania Rule as recognized by the General Maritime law of the United States.

Brown Water is entitled to exoneration from any and all liability which has been or may be claimed against them as a result of the occurrence on or about September 15, 2001.

The BROWN WATER V as it existed on September 15, 2001, was reasonably fit for its intended use, or seaworthy.

Brown Water, the BROWN WATER V and its crew were not negligent in the events giving rise to the allision on September 15, 2001.

If the Court finds that Claimants have established negligence or the vessel's unseaworthiness, Brown Water did not have the requisite privity or knowledge to deny limitation. Crew member negligence by itself is not enough to deny limitation. *Farrell Lines, Inc. v. Jones*, 530 F.2d 7, 12-13 (5th Cir. 1976).

Brown Water is entitled to limit liability.

The value of the BROWN WATER V and its pending freight on September 15, 2001, for the purpose of the limitation of liability proceeding was an amount of $270,000.00 on September 15, 2001.

Claimants are not entitled to attorneys' fees and expenses.

All findings of fact herein may be considered conclusions of law, and all conclusions of law may be considered findings of fact.

Respectfully submitted,

Will W. Pierson
State Bar No. 16003100
Federal I.D. 1931
Jack C. Partridge
State Bar No. 15534600
Federal I.D. 10470
Christopher Lowrance
State Bar No. 00784502
Federal I.D. 15481
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
(361) 884-8808
(361) 884-7261-Facsimile

Keith N. Uhles
State Bar No. 20371100
Federal I.D. No. 1936
55 Cove Circle
Brownsville, Texas 78521
(956) 542-4377
(956) 542-4370 Facsimile

Attorneys for Petitioners,
Brown Water Towing I, Inc. and Brown Water
Marine Service, Inc.

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

49477>3025659                                        4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded to the below listed counsel by facsimile on this *14th* day of June, 2005.

**VIA TELEFAX (713)860-1699**
Mr. Thomas R. Ajamie
Mr. S. Mark Strawn, Esq.
Ajamie, L.L.P.
Pennzoil Place-South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002

**VIA TELEFAX (956)541-0255**
Mr. Ray R. Marchan
Watts Law Firm
1926 E. Elizabeth
Brownsville, Texas 78520

**VIA TELEFAX (956)541-1893**
Ms. Eileen M. Leeds
Willette & Guerra, LLP
1534 E 6th Street, Suite 200
Brownsville, Texas 78520

**VIA TELEFAX (210)820-0214**
Mr. Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1307

**VIA TELEFAX (956)544-4290**
Mr. J. A. Magallanes
Mr. Carlos Escobar
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Blvd.
Post Office Box 4901
Brownsville, Texas 78520

**VIA TELEFAX (956)630-5199**
Mr. Raymond Thomas
Mr. Andres Gonzalez
Kittleman, Thomas, Ramirez & Gonzales
4900-B North 10th Street
McAllen, Texas 78504

**VIA TELEFAX (361)698-7614**
Mr. Richard Leo Harrell
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 1400 (78470)
P.O. Box 480
Corpus Christi, Texas 78403-0480

**VIA TELEFAX (956)428-2495**
Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
2009 East Harrison, Suite B
Harlingen, Texas 78550

**VIA TELEFAX (281)593-1700**
Mr. James B. Manley, P.C.
200 William Barnett
Cleveland, Texas 77327

**VIA TELEFAX (956)686-3578**
Mr. John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

**VIA TELEFAX (281)367-3705**
Mr. J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
1400 Woodlock Forest Dr., Suite 575
The Woodlands, Texas 77380

**VIA TELEFAX (361)575-8454**
Mr. William Q. McManus
Mr. Steve Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

**VIA TELEFAX (361)887-6521**
Les Cassidy
Cassidy & Raub
814 Leopard Street
Corpus Christi, Texas 78471

**VIA TELEFAX (956)546-2234**
Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

**VIA TELEFAX (956)287-0098**
Mr. Julian Rodriguez, Jr.
Julian Rodriguez, Jr. & Associates, P.C.
10113 N. 10th Street, Suite C
McAllen, Texas 78504

**VIA TELEFAX (713)643-6226**
Mr. Jim S. Hart
Ms. Nejd Yaziji
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

**VIA TELEFAX (956)618-5064**
Mr. Frank Enriquez
Mr. Robert Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

**VIA TELEFAX (504)582-8010**
Mr. Glenn G. Goodier
Jones, Walker, Waechter, Poitevent, Carrere
   & Denegre, L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100

Of Royston, Rayzor, Vickery & Williams, L.L.P.

49477>3025659

6