IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

| | | |
|---|---|---|
| IN RE: THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC. AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C.A. No. B-01-157 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Adiralty |
| Consolidated with: | § | |
| IN THE MATTER OF THE AMERICAN COMMERCIAL LINES LLC AS OWNER And AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMINATION OF LIABILITY | § § § § § § § § | C.A. NO. B-02-004 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| Consolidated with: | § | |
| IN THE MATTER OF DEERE CREDIT, INC. (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM 315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYER FOR EXONERATION FROM AND/OR LIMIATION OF LIABILITY | § § § § § § § § § § § § § § § § | C.A. NO. B-02-025 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |

## ORDER ON CLAIMANTS' MOTION IN LIMINE

CAME ON TO BE CONSIDERED, this the _____ day of _____, 2005, Claimants' Motion in Limine and after hearing argument of counsel and review of the evidence, the Court finds the following:

| | | | | |
|---|---|---|---|---|
| 1. | GRANT | _____ | DENY | _____ |
| 2. | GRANT | _____ | DENY | _____ |
| 3. | GRANT | _____ | DENY | _____ |
| 4. | GRANT | _____ | DENY | _____ |
| 5. | GRANT | _____ | DENY | _____ |
| 6. | GRANT | _____ | DENY | _____ |
| 7. | GRANT | _____ | DENY | _____ |
| 8. | GRANT | _____ | DENY | _____ |
| 9. | GRANT | _____ | DENY | _____ |
| 10. | GRANT | _____ | DENY | _____ |
| 11. | GRANT | _____ | DENY | _____ |
| 12. | GRANT | _____ | DENY | _____ |
| 13. | GRANT | _____ | DENY | _____ |
| 15. | GRANT | _____ | DENY | _____ |
| 16. | GRANT | _____ | DENY | _____ |
| 17. | GRANT | _____ | DENY | _____ |
| 18. | GRANT | _____ | DENY | _____ |
| 19. | GRANT | _____ | DENY | _____ |
| 20. | GRANT | _____ | DENY | _____ |
| 21. | GRANT | _____ | DENY | _____ |
| 22. | GRANT | _____ | DENY | _____ |
| 23. | GRANT | _____ | DENY | _____ |
| 24. | GRANT | _____ | DENY | _____ |
| 25. | GRANT | _____ | DENY | _____ |
| 26. | GRANT | _____ | DENY | _____ |
| 27. | GRANT | _____ | DENY | _____ |
| 28. | GRANT | _____ | DENY | _____ |
| 29. | GRANT | _____ | DENY | _____ |
| 30. | GRANT | _____ | DENY | _____ |
| 31. | GRANT | _____ | DENY | _____ |
| 32. | GRANT | _____ | DENY | _____ |
| 33. | GRANT | _____ | DENY | _____ |
| 34. | GRANT | _____ | DENY | _____ |
| 35. | GRANT | _____ | DENY | _____ |
| 36. | GRANT | _____ | DENY | _____ |
| 37. | GRANT | _____ | DENY | _____ |
| 38. | GRANT | _____ | DENY | _____ |
| 39. | GRANT | _____ | DENY | _____ |
| 40. | GRANT | _____ | DENY | _____ |
| 41. | GRANT | _____ | DENY | _____ |
| 42. | GRANT | _____ | DENY | _____ |
| 43. | GRANT | _____ | DENY | _____ |
| 44. | GRANT | _____ | DENY | _____ |
| 45. | GRANT | _____ | DENY | _____ |
| 46. | GRANT | _____ | DENY | _____ |
| 47. | GRANT | _____ | DENY | _____ |
| 48. | GRANT | _____ | DENY | _____ |

| | | | |
|---|---|---|---|
| 49. | GRANT | _____ | DENY _____ |
| 50. | GRANT | _____ | DENY _____ |
| 51. | GRANT | _____ | DENY _____ |
| 52. | GRANT | _____ | DENY _____ |
| 53. | GRANT | _____ | DENY _____ |
| 54. | GRANT | _____ | DENY _____ |
| 55. | GRANT | _____ | DENY _____ |
| 56. | GRANT | _____ | DENY _____ |
| 57. | GRANT | _____ | DENY _____ |
| 58. | GRANT | _____ | DENY _____ |
| 59. | GRANT | _____ | DENY _____ |
| 60. | GRANT | _____ | DENY _____ |
| 61. | GRANT | _____ | DENY _____ |
| 62. | GRANT | _____ | DENY _____ |
| 63. | GRANT | _____ | DENY _____ |
| 64. | GRANT | _____ | DENY _____ |
| 65. | GRANT | _____ | DENY _____ |
| 66. | GRANT | _____ | DENY _____ |
| 67. | GRANT | _____ | DENY _____ |
| 68. | GRANT | _____ | DENY _____ |
| 69. | GRANT | _____ | DENY _____ |
| 70. | GRANT | _____ | DENY _____ |
| 71. | GRANT | _____ | DENY _____ |
| 72. | GRANT | _____ | DENY _____ |
| 73. | GRANT | _____ | DENY _____ |
| 74. | GRANT | _____ | DENY _____ |
| 75. | GRANT | _____ | DENY _____ |
| 76. | GRANT | _____ | DENY _____ |
| 77. | GRANT | _____ | DENY _____ |
| 78. | GRANT | _____ | DENY _____ |
| 79. | GRANT | _____ | DENY _____ |
| 80. | GRANT | _____ | DENY _____ |

SIGNED this the _____ day of June, 2005.

_____
JUDGE PRESIDING