ORIGINAL

United States District Court
Southern District of Texas
FILED

JUN 1 5 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § § | C. A. NO. B-01-157<br>Admiralty<br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315,VLB-9182,ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § | C. A. NO. B-02-004<br>Admiralty<br><br><br>and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § § § | C.A. NO. B-02-125<br>Admiralty |

<u>**BROWN WATER MARINE SERVICE, INC. AND**</u>

# BROWN WATER TOWING I, INC.'S EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| 1 | ACBL audit of BW VI and VII | | | |
| 2 | American Admiralty Bureau's Preview of a Tow Configuration and Power Guide | | | |
| 3 | Army Corps Records, Plans and Charts | | | |
| 4 | AWO Audit of M/V Brown Water VI and VII by Marine Resources - 3/00 Deposition Exhs 24, 28 and 103 | | | |
| 5 | AWO Responsible Carrier Program Audit Checklist Deposition Exh 30 | | | |
| 6 | Audit, RCP Inland Towing Vessel Checklist Deposition Exh 31 | | | |
| 7 | ACBL - open hopper box barge: general arrangement, 200X35X12 design HD 200-35-041 | | | |
| 8 | ACBL - open hopper box barge: general arrangement, 200X35X13 design HD 200-35-075 | | | |
| 9 | Accident notification + attachment | | | |
| 10 | Administrative Services Agreement | | | |
| 11 | Affidavit of Value and Pending Freight by Stephen Mosher dated 9/15/01 | | | |
| 12 | Affidavit of Eddie Arriola | | | |
| 13 | Affidavit of Agustin Briseno | | | |
| 14 | Affidavit of Rafael Briseno | | | |
| 15 | Affidavit of Joe Lee Bryant | | | |
| 16 | Affidavit of Daniel Bryant (USCG) | | | |
| 17 | Affidavit of Daniel Ceballos (USCG) | | | |
| 18 | Affidavit of Phil Colo (USCG) | | | |
| 19 | Affidavit of Steve Ellis | | | |
| 20 | Affidavit of Cliff Fleming | | | |
| 21 | Affidavit of Victor Franco | | | |
| 22 | Affidavit of Gustavo Garcia | | | |

| | | | | |
|---|---|---|---|---|
| 23 | Affidavit of Dolores Goette | | | |
| 24 | Affidavit of Harry Goette | | | |
| 25 | Affidavit of Mark Guillot | | | |
| 26 | Affidavit of Phillip Langley Deposition Exh 118 | | | |
| 27 | Affidavit of Joseph Mock | | | |
| 28 | Affidavit of Ramon Moreno | | | |
| 29 | Affidavit, Sworn - Steve Mosher re procedures and practices for hiring tug/push boat operators | | | |
| 30 | Affidavit of Dan Reeves | | | |
| 31 | Affidavit of Russel Robinson | | | |
| 32 | Affidavit of Dale Ray Stockton | | | |
| 33 | Affidavit of Russell Stockton | | | |
| 34 | Affidavit of Dewitt Thomas | | | |
| 35 | Affidavit of Janie Valdez | | | |
| 36 | Affidavit of Michael Wheelington, Texas Parks & Wildlife, for Search and Seizure | | | |
| 37 | Affidavit of Craig Zimmerman | | | |
| 38 | Affidavit of William Zimmerman | | | |
| 39 | Barge specs - tonnage | | | |
| 40 | Barge drawing B-15147 | | | |
| 41 | Barge drawing B-12171 | | | |
| 42 | Blessy Marine Daily Log of Bruce Bordelon 0f 9/14/01 | | | |
| 43 | Bridge drawing | | | |
| 44 | Bridge layout | | | |
| 45 | Brownsville Fire Dept. Records | | | |
| 46 | Certificates of documentation BW V issued 01/28/97 and 01/03/02 | | | |
| 47 | Certificates of Documentation NM 315 issued 12/11/96 Owner: Senstar Finance Company Deposition Exh 13 (Ivey) | | | |
| 48 | Certificate of Documentation - BW V 1/28/97 | | | |
| 49 | Certificate of Documentation ACBL VLB 9173 issued 6/7/98 Owner: Amercian Commercial Lines Deposition Exh 13 | | | |
| 50 | Certificates of Documentation ACBL VLB 9182 issued 6/7/98 Owner: Amercian Commercial Lines Deposition Exh 13 | | | |

| | | | | |
|---|---|---|---|---|
| 51 | Certificate of training of David Fowler as Radar Observer dated 2/25/99<br>Deposition Exh 145 | | | |
| 52 | Chart, nautical: Stover Point to Port Brownsville<br>Deposition Exhs 118, 131 | | | |
| 53 | Chart, reference and navigation notes - Laguna Madre<br>Deposition Exh 108 | | | |
| 54 | Charts, Overview of the Brownsville Ship Channel to the Queen Isabella Causeway<br>USCG Exh 1, 2 | | | |
| 55 | Charts, Navigation Lighting for the Port Isabel-Padre Island Bridge from Texas Highway Department<br>USCG Exh 21 | | | |
| 56 | Chart, Tidal Influence of Port Isabel<br>USCG Exh 19 | | | |
| 57 | City of Brownsville EMS records | | | |
| 58 | Code, International Ship Management | | | |
| 59 | Conrad Blucher Institute data | | | |
| 60 | Contract of Affreightment of ACBL dated 9/4/01<br>Deposition Exh 56 | | | |
| 61 | Correspondence: Letter from Warrior & Gulf Navigation Co. to USCG re David Fowler's employment from '86-'89<br>Deposition Exh 142 | | | |
| 62 | Correspondence: Letter from Warrior River on 2/3/89 re David Fowler's employment<br>Deposition Exh 143 | | | |
| 63 | Correspondence: Letter from T.L. James & Co. to USCG on 9/20/94 re David Fowler's employment<br>Deposition Exh 141 | | | |
| 64 | Correspondence: Letter from Bean Dredging Corp. on 9/29/95 re David Fowler's employment<br>Deposition Exh 144 | | | |
| 65 | Correspondence: Recommendation Letter from Kirby Inland Marine to | | | |

|    |                                                                                                                                                            |  |  |  |
|----|------------------------------------------------------------------------------------------------------------------------------------------------------------|--|--|--|
|    | USCG on 2/19/99<br>Deposition Exh 139                                                                                                                      |  |  |  |
| 66 | Correspondence: Letter from Royal Towing of Berwick to USCG re employment of David Fowler on 2/25/99<br>Deposition Exh 138                                 |  |  |  |
| 67 | Correspondence: Letter from Kirby Inland Marine to USCG on 3/1/99 re David Fowler's employment<br>Deposition Exh 140                                       |  |  |  |
| 68 | Correspondence: E-mail (3/20/00) from James Farley to Peter Kazunas re: Tim "partner"<br>Deposition Exh 5                                                  |  |  |  |
| 69 | Correspondence: E-mail (3/20/00) from James Farley to Peter Kazunas re: Loughmiller found out from USCG many hours later of incident<br>Deposition Exh 7   |  |  |  |
| 70 | Correspondence: E-mail of 9/13/01 from Mark LaFeir to Roy Schaefer: towing agreement/deductible with BWMS<br>Deposition Exh 57                             |  |  |  |
| 71 | Correspondence: Letter from Steve Mosher to Lt. Helton and Mr. Wilson:Recap of Fowler's transit of 10/5/01<br>Deposition Exh 116                           |  |  |  |
| 72 | Correspondence: Letter from Dan Carter to Stephen Mosher: AWO Certification                                                                                |  |  |  |
| 73 | Correspondence: Letter from Cameron County D.A. to Sheldon Weisfeld on 2/2/05 regarding not pursuing indictment against Captain Fowler<br>Deposition Exh 127 |  |  |  |
| 74 | Current meter data                                                                                                                                         |  |  |  |
| 75 | Daily Inspection Checkoff List 9/6-18/01                                                                                                                   |  |  |  |
| 76 | Daily Inspection Checkoff List 8/1-10/31/01                                                                                                                |  |  |  |
| 77 | Daily Log 8/10-9/14/01<br>D00158-193                                                                                                                       |  |  |  |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Deposition Exh 121 |  |  |  |
| 78 | Daily log book 8/1-10/28/01<br>Deposition Exh 120 |  |  |  |
| 79 | Detroit Diesel - component list |  |  |  |
| 80 | Detroit Diesel V-71 - connecting rod |  |  |  |
| 81 | Detroit Diesel Field Service Data Book<br>Deposition Exh 39 |  |  |  |
| 82 | Detroit Diesel V-71: 2.7.2 |  |  |  |
| 83 | Detroit Diesel V-71 12.6.1-15.3 |  |  |  |
| 84 | Diagrams: elevation and side of BW V |  |  |  |
| 85 | Diagram of vessel with diver information |  |  |  |
| 86 | Diagram of vessel approaching bridge<br>Deposition Exh 126 |  |  |  |
| 87 | Elements of Marine Propulsion |  |  |  |
| 88 | Employee records |  |  |  |
| 89 | Equipment list |  |  |  |
| 90 | Forecast, Coastal Water from National Weather Service for Brownsville<br>USCG Exh 24 |  |  |  |
| 91 | Form, BWMS<br>Deposition Exh 35 |  |  |  |
| 92 | Form, Towing Vessel Boarding of 9/15/01<br>Deposition Exh 118 |  |  |  |
| 93 | Guide, Propeller Selection Guide D01568-1579<br>Deposition Exh 104 |  |  |  |
| 94 | Harlingen Fire Dept. Records |  |  |  |
| 95 | Index, General or Abstract of Title |  |  |  |
| 96 | Inspection check off list: Memo to all captains of 12/13/01 |  |  |  |
| 97 | Intracoastal Waterway Aids |  |  |  |
| 98 | Invoices and work orders between BWMS and ACBL |  |  |  |
| 99 | Invoice from BWMS No. 090114A5 dated 9/30/01 to ACBL re: work<br>Deposition Exh 4 |  |  |  |
| 100 | License to US Merchant Marine Officer - David Fowler<br>Deposition Exhs 136, 137 |  |  |  |

| | | | | |
|---|---|---|---|---|
| 101 | License to US Merchant Marine Officer - Rocky L. Wilson | | | |
| 102 | Log, Long Island Village Owners Association of 9/13,14/01 | | | |
| 103 | Log, maintenance for BW V Deposition Exh 105 | | | |
| 104 | Log, Port Brownsville Guard Deposition Exh 114 | | | |
| 105 | Logs, telephone | | | |
| 106 | Logs, vessel position and radio - 8/15-10/15/01 Deposition Exhs 123, 124 | | | |
| 107 | Logs, vessel, 8/1-10/31/02 | | | |
| 108 | Los Fresnos EMS records | | | |
| 109 | Los Fresnos Fire Department Records | | | |
| 110 | Manual of Crewman & Employee Safety Deposition Exh 36 | | | |
| 111 | Manual of Operations Deposition Exh 34 | | | |
| 112 | Manual for Service on Detroit Diesel V-71, Sections 4-15 | | | |
| 113 | Manual for Emergency Response and Spill Contingency | | | |
| 114 | Manual of Policies and Procedures Deposition Exh 117 | | | |
| 115 | Map, Rio Grande Valley Map | | | |
| 116 | Map, Top Spot Fishing & Recreation | | | |
| 117 | Navigation Books | | | |
| 118 | NOAA survey results 10/10/01 | | | |
| 119 | NOAA tides online data | | | |
| 120 | NOAA water level data | | | |
| 121 | Notes, hand written re Brown Water V USCG Exh 44 | | | |
| 122 | Notes from Timberlake Deposition Exh 32 | | | |
| 123 | Notice to Mariners of 9/11/01 | | | |
| 124 | Parts Book - MG514 A & B Deposition Exh 119 | | | |
| 125 | Permits list, oversize | | | |
| 126 | Personnel file of David Fowler | | | |
| 127 | Personnel Leasing Agreement | | | |
| 128 | Petition, Original of David Fowler in | | | |

|  | C.A. B-04-161<br>Deposition Exh 134 |  |  |  |
|---|---|---|---|---|
| 129 | Photographs of barge |  |  |  |
| 130 | Photographs of BW V |  |  |  |
| 131 | Photographs of Queen Isabella Causeway |  |  |  |
| 132 | Photographs of the Queen Isabella Causeway<br>USCG Exh 20 |  |  |  |
| 133 | Photographs taken on or about August 24, 2004 of improvements and modifications made to the Queen Isabella Causeway |  |  |  |
| 134 | Photographs from Texas Parks & Wildlife |  |  |  |
| 135 | Photograph: with portions of bridge drawn in<br>Deposition Exh 124 |  |  |  |
| 136 | Photograph: bridge at night<br>Deposition Exh 125 |  |  |  |
| 137 | Port Isabel EMS records |  |  |  |
| 138 | Port Isabel Fire Dept. Records |  |  |  |
| 139 | Press Release 9/20/01: AWO Condolences to Rick Perry<br>Deposition Exh 58 |  |  |  |
| 140 | Press Release 12/4/01 - Causeway lights |  |  |  |
| 141 | Press Release - Office of the Governor 11/14/01 |  |  |  |
| 142 | Press Release - Governor's office re: re-opening of causeway |  |  |  |
| 143 | Press Release, San Antonio dated 1/1703 |  |  |  |
| 144 | Reference Guide - Atlantis Uniden |  |  |  |
| 145 | Release and Indemnity Agreement of David Fowler<br>Deposition Exh 135 |  |  |  |
| 146 | Repairs to throttle of Brown Water V, 9/14/01<br>USCG Exh 22 |  |  |  |
| 147 | Report, Fatality Accident, TDPS |  |  |  |
| 148 | Report, Barge History for 2001<br>Deposition Exh 6 |  |  |  |
| 149 | Report of Boating Accident: Texas Parks & Wildlife |  |  |  |

| | | | | |
|---|---|---|---|---|
| 150 | Report, fatality from Texas Parks & Wildlife | | | |
| 151 | Report, Boarding - 9/15/01 Deposition Exhs 111,112 | | | |
| 152 | Report, Investigation Activity Ticket of Brown Water V USCG Exh 41 | | | |
| 153 | Report of Burness Corlett & Partners | | | |
| 154 | Report of Marine accident, injury or death, USCG Deposition Exh 14 | | | |
| 155 | Report, Marine Casualty Investigation for M/V El Toro - 01/02/95 USCG Exh 55 | | | |
| 156 | Report, Marine Inspection Activity USCG Exh 43 | | | |
| 157 | Curriculum vitae of Malcolm McLaren | | | |
| 158 | Report of McLaren Engineering Group | | | |
| 159 | Curriculum Vitae of Clovis Morrison | | | |
| 160 | Report of Morrison & Associates | | | |
| 161 | Curriculum vitae of Dr. Francisco Perez | | | |
| 162 | Report of Dr. Francisco Perez | | | |
| 163 | Report of Safety Meetings | | | |
| 164 | Curriculum vitae of Allan R. Schultz | | | |
| 165 | Report of Allan R. Schultz | | | |
| 166 | Report, South Padre Island Fire Dept. | | | |
| 167 | Report, Synopsis, TDPS | | | |
| 168 | Curriculum vitae of Captain R.W. Yates | | | |
| 169 | Report of Captain R.W. Yates | | | |
| 170 | Sequence of Events on 9/15/01 USCG Exh 10 | | | |
| 171 | Settlement letter between the State of Texas and Brown Water Marine | | | |
| 172 | Statement, recorded of J.W. Blocker | | | |
| 173 | Statement - Robert Espericueta - 9/15/01 | | | |
| 174 | Statement, recorded of David Fowler of September 12, 2001 | | | |
| 175 | Statement, written of David Fowler Deposition Exh 128 | | | |

| | | | | |
|---|---|---|---|---|
| 176 | Statement, recorded, of David Fowler taken by USCG on September 15, 2001, produced by Claimants 5/6/05 Deposition Exhs 129, 132 | | | |
| 177 | Statement, recorded, of David Fowler, taken by USCG on September 17, 2001 Deposition Exhs 130, 133 | | | |
| 178 | Statement of Brigette Goza of 9/16/01 | | | |
| 179 | Statement of Rene Mata of 9/18/01 | | | |
| 180 | Statement letter of Francis McGarry to Brown Water dated 10/1/01 | | | |
| 181 | Statement of Gustavo Morales of 9/20/01 | | | |
| 182 | Statement - Alberto Leroy Moya - 9/15/01 | | | |
| 183 | Statement - Rolando Lee Moya - 9/15/01 | | | |
| 184 | Statement, recorded of Levy Olds Deposition Exh 69 | | | |
| 185 | Statement of Ralph Poucher of 9/15/01 | | | |
| 186 | Statement - Antonio Salinas, Jr. - 9/15/01 | | | |
| 187 | Statement (Offense Report) of David Shelton, State Game Warden | | | |
| 188 | Statement - Ross Valigura Deposition Exh 66 | | | |
| 189 | Statement of Rocky Wilson of 9/15/01 | | | |
| 190 | Survey: ACOE of the Brownsville Ship Channel from the Long Island Swing Bridge to the Queen Isabella Causeway USCG Exh 18 | | | |
| 191 | Survey: Brown Water Towing I, Inc., Job No.1581-09, Bottom Survey Padre Island ICW, Preliminary Report | | | |
| 192 | Texas Department of Public Safety Records | | | |
| 193 | Texas Department of Public Safety report of 10/01/01 | | | |
| 194 | Texas Department of Public Safety | | | |

| | Interoffice Memorandum of 11/9/01regarding investigation | | | |
|---|---|---|---|---|
| 195 | Texas Department of Public Safety Test Skid Analysis | | | |
| 196 | Texas Parks and Wildlife Records | | | |
| 197 | TX DOT file | | | |
| 198 | TX DOT Inspection report 10/12/01 | | | |
| 199 | TX DOT Inspection report 11/1/01 | | | |
| 200 | TX DOT permit for bridge construction | | | |
| 201 | TXDOT records produced by Claimants 5/6/05 | | | |
| 202 | Tide Predictions, September, 2001 from National Weather Service USCG Exh 25 | | | |
| 203 | Traffic Booking Sheet - 8-10/01 Deposition Exh 122 | | | |
| 204 | USCG Aids to Navigation Information System/Automated and Positioning System Documents USCG Exh 23 | | | |
| 205 | USCG: Enforcement Activity Summary - Charged Party: David Fowler | | | |
| 206 | USCG Report CG2692 9/18/01 | | | |
| 207 | USCG hearings transcripts | | | |
| 208 | USCG documentation renewal decal form 607830 | | | |
| 209 | USCG documentation renewal decal form 580422 | | | |
| 210 | USCG Vessel Documentation Center Records | | | |
| 211 | Vessel history, port safety for Brown Water V USCG Exh 54 | | | |
| 212 | Vessel Specifics Brown Water V Deposition Exh 15 | | | |
| 213 | Vessels and barges seized and sold at public auction | | | |
| 214 | Videotape - CBS interview of Steve Mosher | | | |
| 215 | Videotape - Bridge collapse | | | |
| 216 | Videotape - Causeway 9/25/01 | | | |
| 217 | Videotape - KHOU Channel 11 | | | |

| | | | | |
|---|---|---|---|---|
| 218 | Videotape - KNVO TV 48 Univision | | | |
| 219 | Videotape - KRGV TC Channel 5 | | | |
| 220 | Videotapes - recovery | | | |
| 221 | Videotape - vessel inspection 5/9/02 | | | |
| 222 | Weather reports | | | |
| 223 | Work Order of 9/14/01 3445 | | | |
| 224 | Stewart & Stevenson Inter-Office Communication of 3/24/76: tugboats using series 71 engines should never be furnished with anything larger than N–55 injectors Depo Exh 106; D01600 | | | |
| 225 | Application of Owner for and Notice of Award of Official Number and Signal Letters for SHANA M Vessel dated 3/7/77 Depo Exh 14 | | | |
| 226 | Letter from Bean Marine to BWMS of 6/19/91 re rate sheets | | | |
| 227 | Survey of Brown Water V of June 8, 1994: condition and value, by C & V Marine Surveyors | | | |
| 228 | Letter from BWMS to ACBL of 4/8/97 re Union City Rates | | | |
| 229 | Condition and Valuation Survey - McAllister Marine 4/12/97 | | | |
| 230 | Letter from BWMS to ACBL of 7/14/98 re labor rates | | | |
| 231 | Steve Mosher's letter to USCG 11/16/99 regarding shoaling | | | |
| 232 | Letter (3/29/00) from Peter Kazunas with ACBL to Stephen Mosher re: immediate notification on any incident involving a boat and/or tow with ACBL equipment Deposition Exh 3 | | | |
| 233 | Letter from BWMS to Marine Resources of 4/5/00 re manuals Deposition Exh 33 | | | |
| 234 | Discrepancy, summary of resolution 9/15/00: provide up-to-date-charts Deposition Exh 109 | | | |
| 235 | Steve Mosher's letter to USCG 1/31/01 regarding shoaling | | | |

| | | | | |
|---|---|---|---|---|
| 236 | Condition and Valuation Survey - McAllister Marine 10/29/01 | | | |
| 237 | Bigo's International, LC's Interrogatory answers | | | |
| 238 | Bigo's International, LC's IRS records | | | |
| 239 | Robert Espericueta's psychiatric evaluation | | | |
| 240 | Robert Espericueta's Responses to Petitioners' Master Set of Interrogatories and Master Set of Request for Production | | | |
| 241 | Brigette Goza's records from Allstate | | | |
| 242 | Brigette Goza's records from Dr. David Feltoon | | | |
| 243 | Brigette Goza's records from Valley Regional Medical Center | | | |
| 244 | Brigette Goza's records from Dr. Stephanie Garcia | | | |
| 245 | Brigette Goza's records from Dr. Jaime Silva | | | |
| 246 | Brigette Goza's records from Dr. Paul Lenz | | | |
| 247 | Brigette Goza's records from Randle Thompson counselor | | | |
| 248 | Brigette Goza's records from Los Fresnos Family | | | |
| 249 | Brigette Goza's records from Health Care Center | | | |
| 250 | Brigette Goza's records from Dr. Wong | | | |
| 251 | Robert Harris' demand letter | | | |
| 252 | Robert Harris' death certificate | | | |
| 253 | Robert Harris' education records | | | |
| 254 | Robert Harris' fatality report | | | |
| 255 | Robert Harris' income tax return | | | |
| 256 | Robert Harris' Order granting letters of Administration | | | |
| 257 | Robert Harris' pathology report | | | |
| 258 | Robert Harris' police report | | | |
| 259 | Photograph of Robert Harris inside his vehicle | | | |
| 260 | Robert Harris' marriage certificate | | | |
| 261 | Anita Harris' unemployment claims | | | |
| 262 | Anita Harris' Answers and | | | |

|     |     |     |     |     |
| --- | --- | --- | --- | --- |
|     | Objections to Petitioners' Master Set of Interrogatories |     |     |     |
| 263 | Victor Harris' birth certificate |     |     |     |
| 264 | Gaspar Saenz Hinojosa's Answers and Objections to Petitioners' Master Set of Interrogatories |     |     |     |
| 265 | Gaspar Saenz Hinojosa's fatality report |     |     |     |
| 266 | Gaspar Saenz Hinojosa's resume |     |     |     |
| 267 | Marriage certificate of Gaspar Hinojosa and Raquel Teran Escobar |     |     |     |
| 268 | Gaspar Saenz Hinojosa's earnings records |     |     |     |
| 269 | Gaspar Saenz Hinojosa's SSA records |     |     |     |
| 270 | Gaspar Saenz Hinojosa's IRS records |     |     |     |
| 271 | Gaspar Saenz Hinojosa's employment records from Whataburger |     |     |     |
| 272 | Gaspar Saenz Hinojosa's employment records from Whataburger (clock in/out hours 9-14 & 15-01) |     |     |     |
| 273 | Gaspar Saenz Hinojosa's records from Dr. Abraham Cano |     |     |     |
| 274 | Gaspar Saenz Hinojosa's autopsy report |     |     |     |
| 275 | Gaspar Saenz Hinojosa's records from Columbia Valley Regional Hospital |     |     |     |
| 276 | Gaspar Saenz Hinojosa's records from Harlingen EMS records |     |     |     |
| 277 | Gaspar Saenz Hinojosa's records from Valley Baptist Medical Center |     |     |     |
| 278 | Gaspar Saenz Hinojosa's records from Valley Regional Medical Center |     |     |     |
| 279 | Gaspar Saenz Hinojosa's death certificate |     |     |     |
| 280 | Clarissa Hinojosa's affidavit |     |     |     |
| 281 | Clarissa Hinojosa's records from Alamo City Medical Group |     |     |     |
| 282 | Clarissa Hinojosa's records from Dr. H. David Feltoon |     |     |     |
| 283 | Gaspar Hinojosa, II's affidavit |     |     |     |

| 284 | Gaspar Hinojosa, II's records from Dr. David Feltoon | | | |
|---|---|---|---|---|
| 285 | Martin Hinojosa's records from Dr. David Feltoon | | | |
| 286 | Omar Hinojosa's affidavit | | | |
| 287 | Letter of Administration of Omar Hinojosa upon the estate | | | |
| 288 | Omar Hinojosa's records from Dr. H. David Feltoon | | | |
| 289 | Raquel Hinojosa's affidavit | | | |
| 290 | Raquel Hinojosa's records from Dr. H. David Feltoon | | | |
| 291 | Rita Hinojosa's records from Dr. H. David Feltoon | | | |
| 292 | Robin F. Leavell's death certificate | | | |
| 293 | Robin F. Leavell's fatality report | | | |
| 294 | Robin F. Leavell's pathology report | | | |
| 295 | Robin F. Leavell's social security earnings | | | |
| 296 | Claimants, Carol Leavell and Richard Leavell's Answers to Petitioners' Master Set of Interrogatories | | | |
| 297 | Texas Parks & Wildlife Dept. Fatality report pertaining to Hector Martinez, Jr. | | | |
| 298 | Hector Martinez, Jr.'s autopsy report | | | |
| 299 | Hector Martinez, Jr.'s death certificate | | | |
| 300 | Hector Martinez, Jr.'s records from Valley Baptist Medical Center | | | |
| 301 | Hector Martinez, Sr.'s Answers to Petitioners' Master Set of Interrogatories | | | |
| 302 | TDPS search | | | |
| 303 | Hector Martinez, Sr.'s records from VA Outpatient Clinic | | | |
| 304 | Lydia Zamora's Answers to Petitioners' Master Set of Interrogatories | | | |
| 305 | Letter of Administration of Lydia Zamora upon the estate | | | |
| 306 | Lydia Zamora's psychological evaluation by Dr. David Feltoon | | | |
| 307 | Lydia Zamora's records from Feltoon | | | |

|     |                                                                                                                                                                                                      |  |  |  |
|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--|--|--|
|     | & Associates, P.C.                                                                                                                                                                                   |  |  |  |
| 308 | Lydia Zamora's records from Dr. Robert A. Lozano                                                                                                                                                     |  |  |  |
| 309 | Rene Mata's records from Valley Comprehensive Management Center                                                                                                                                      |  |  |  |
| 310 | Rene Mata's records from Medical Home Care Inc.                                                                                                                                                      |  |  |  |
| 311 | Rene Mata's records from Heart Clinic                                                                                                                                                                |  |  |  |
| 312 | Rene Mata's records from South Texas Emergency Care Foundation                                                                                                                                       |  |  |  |
| 313 | Rene Mata's records from Valley Orthopedic Surgery                                                                                                                                                   |  |  |  |
| 314 | Rene Mata's records from Valley Baptist Medical Center                                                                                                                                               |  |  |  |
| 315 | Rene Mata's records from Valley Regional Medical Center                                                                                                                                              |  |  |  |
| 316 | Rene Mata's records from Cardiovascular Associates/Dr. R. Lopez                                                                                                                                      |  |  |  |
| 317 | Rene Mata's records from Brownsville Neurosurgical Institute                                                                                                                                         |  |  |  |
| 318 | Rene Mata's Answers to Petitioners Brown Water Towing I, Inc., Brown Water Service, Inc., American Commercial Lines, LLC and American Commercial Barge Lines, LLC's Master Set of Interrogatories    |  |  |  |
| 319 | Frank Mata's Answer to Petitioners Brown Water Towing I, Inc., Brown Water Service, Inc., American Commercial Lines, LLC and American Commercial Barge Lines, LLC's Master Set of Interrogatories    |  |  |  |
| 320 | Julio Mireles' Fatality Report                                                                                                                                                                       |  |  |  |
| 321 | Julio Mireles' Social Security records                                                                                                                                                               |  |  |  |
| 322 | Letters of Administration and Order as to Julio Mireles                                                                                                                                              |  |  |  |
| 323 | Death Certificate of Julio Mireles                                                                                                                                                                   |  |  |  |
| 324 | Pathology Report of Julio Mireles                                                                                                                                                                    |  |  |  |
| 325 | TDPS list of personal items of Julio Mireles                                                                                                                                                         |  |  |  |
| 326 | Claimants, Juan Antonio Mireles and Soledad Gonzalez Mireles' Response to Petitioners' Master Set of                                                                                                 |  |  |  |

|     | | | | |
|-----|---|---|---|---|
|     | Interrogatories | | | |
| 327 | Gustavo Morales' Answers to Defendants' Master Set of Interrogatories | | | |
| 328 | Gustavo Morales' records from Dr. Oliver Achleitner | | | |
| 329 | Gustavo Morales' records from Columbia Valley Regional Medical Center | | | |
| 330 | Gustavo Morales' records from Dr. Ana Gutierrez | | | |
| 331 | Gustavo Morales' records from Feltoon & Associates | | | |
| 332 | Gustavo Morales' records from L.R. Pelly | | | |
| 333 | Gustavo Morales' records from Valley Regional Medical Center | | | |
| 334 | Gustavo Morales' IRS records | | | |
| 335 | Gustavo Morales' SSA records | | | |
| 336 | Albert Leroy Moya's voluntary statement | | | |
| 337 | Albert Leroy Moya's Responses to Petitioners' Master Set of Interrogatories and Master Set of Request for Production | | | |
| 338 | Albert Leroy Moya's psychiatric evaluation | | | |
| 339 | Rolando Lee Moya's Responses to Petitioners' Master Set of Interrogatories and Master Set of Request for Production | | | |
| 340 | Rolando Lee Moya's voluntary statement | | | |
| 341 | Rolando Lee Moya's psychiatric evaluation | | | |
| 342 | Stvan Rivas' records from Texas Children's Hospital | | | |
| 343 | Stvan Rivas' records from Mercedes Dominguez | | | |
| 344 | Stvan Rivas' records from Valley Baptist Medical Center | | | |
| 345 | Stvan Rivas' pathology report | | | |
| 346 | Stvan Rivas' earnings | | | |
| 347 | Stvan Rivas' fatality report | | | |
| 348 | Esteban Francisco Rivas and Maria | | | |

|  | Mirian Rivas' Responses to Petitioners' Master Set of Interrogatories |  |  |  |
|---|---|---|---|---|
| 349 | Maria Mirian Rivas' records from Dr. David Feltoon |  |  |  |
| 350 | Antonio Salinas, Jr.'s voluntary statement |  |  |  |
| 351 | Antonio Salinas, Jr.'s psychiatric evaluation |  |  |  |
| 352 | Antonio Salinas, Jr.'s Responses to Petitioners' Master Set of Interrogatories and Master Set of Request for Production |  |  |  |
| 353 | Answers to Defendants' Master Set of Interrogatories Depo Exh 2 Paddock |  |  |  |
| 354 | Application for Letters of Administration as to Chelsa Welch Depo Exh 3 Paddock |  |  |  |
| 355 | Application for Letters of Administration as to Barry Welch Depo Exh 4 Paddock |  |  |  |
| 356 | Chealsa Welch and Barry Welch's marriage certificate Depo Exh 1 Paddock |  |  |  |
| 357 | Fatality Report as to Barry Welch |  |  |  |
| 358 | Barry Welch's pathology report |  |  |  |
| 359 | Barry Welch's birth certificate |  |  |  |
| 360 | Barry Welch's records from Valley Baptist Medical Center |  |  |  |
| 361 | Chealsa Welch's pathology report |  |  |  |
| 362 | Chealsa Welch's certificate of death |  |  |  |
| 363 | Chealsa Welch's records from Dr. Peter Berggin |  |  |  |
| 364 | Chealsa Welch's records from Rio Grande State Center |  |  |  |
| 365 | Chealsa Welch's records from Tropical Texas Center for MHMR |  |  |  |
| 366 | Chealsa Welch's records from Coastal Bend Psychological Association |  |  |  |
| 367 | Decree in Suit Affecting the Parent-Child Relationship pertaining to Chealsa Louise Kimbrell dated May 21, 1981 |  |  |  |

| | | | | |
|---|---|---|---|---|
| 368 | Nunc Pro Tunc Decree in Suit Affecting the Parent-Child Relationship in the Interest of Chelsa Louise Kimbrell | | | |
| 369 | Indictment of William Kimbrell of 3/15/96 | | | |
| 370 | William Kimbrell's records from Dr. David Feltoon | | | |
| 371 | Judgment on Plea of Guilty or No Contest in the State of Texas v Jacqueline Paddock | | | |
| 372 | Jacqueline Paddock's records from Dr. David Feltoon | | | |
| 373 | Jacqueline Paddock's Order Appointing Temporary and Permanent Guardian of William Welch | | | |
| 374 | Psychological Evaluation of Jacqueline Paddock by Dr. Feltoon of 9/26/01 | | | |
| 375 | South Padre Island Police Department's Certified Incident Reports on Jacqueline Paddock | | | |
| 376 | Laguna Vista Police Department Incident Report of 9/13/01 | | | |
| 377 | Laguna Vista Police Department Incident Report of 9/20/01 regarding female stating she would hurt herself | | | |
| 378 | Laguna Vista Police Department Incident Report of 9/20/01 regarding assault by male | | | |
| 379 | Social Security records of Chealsa and Barry Welch | | | |
| 380 | Dr. David Feltoon's records pertaining to William Welch | | | |

Brown Water Marine Service, Inc. and Brown Water Towing, I, Inc. reserve the right to use any exhibit listed by any party. Brown Water Marine Service, Inc. and Brown Water Towing, I, Inc. also reserve the right to use impeachment or rebuttal exhibits.