**ORIGINAL**

UNITED STATES DISTRICT COURT • SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

JUN 15 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| IN RE: THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., et al | CASE NO. B-01-157<br>Consolidated with: B-01-004 and B-02-125 |
| | **Exhibit List** |
| Judge Hilda G. Tagle | Case Manager: Stella Cavazos<br>Court Reporter: Breck Record |
| **List of**<br><br>American Commercial Lines LLP and American Commercial Barge Line LLC Deere Credit, Inc. (formerly Senstar Finance Company), as Owner of the Barge NM-315, State Street Bank and Trust Company of Connecticut, N.A., as Owner/Trustee of the Barge ACL-9933B and Not in Its Individual Capacity, and General Electric Capital Corporation, as Beneficial Owner of the Barge ACL-9933B | **Proceeding**     **Date**<br><br>TRIAL |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 1. | ACBL Computer Record Barge VLB-9173. (Invoice Approval) (Hoessele Dep., Ex."1", A-938). | | |
| 2. | Letter March 29, 2000 from Kazunas to Mosher. (Hoessele Dep., Ex. "3", A-1189). | | |
| 3. | Brown Water Marine Invoice No. 090114A5 dated September 30, 2001 to ACBL for towage of Barges VLB-9182, NM-315, ACL-9933B. (Hoessele Dep., Ex. "4", A-992). | | |
| 4. | E-mail from Ron L. Loughmiller to ACBL, Barge Incident Notification with respect to the CHEM 235 grounding and E-mail from Farley to Kazunas dated March 30, 2000 with respect to Brown Water Notification of Incident. (Hoessele Dep., Ex. "5", A-1191). | | |
| 5. | ACBL Barge History Report for 2001 for the Barge VLB-9173 (Hoessele Dep., Ex. "6" A-1 - A-2). | | |
| 6. | ACBL Barge History Reports for Barge NM-315, ACL-9933B, and VLB-9182 (Hoessle Dep. Ex. "6" A-2 - A-5). | | |
| 7. | E-mails regarding grounding of the CHEM 235 and information between ACBL employees regarding same. (Hoessele Dep., Ex. "7", A-1192). | | |
| 8. | ACBL computer records regarding Barge NM-315, cargo, etc. (Ivey Dep.., Ex. "13", A-939). | | |
| 9. | ACBL computer record with respect to the Barge ACL-9933B, cargo, etc. (Ivey Dep.., Ex. "13", A-940). | | |
| 10. | ACBL computer record with respect to the Barge VLB-9182, cargo, etc. (Ivey Dep.., Ex. "13", A-941). | | |
| 11. | United States Certificate of Documentation for the Barge VLB-9173.(Ivey Dep., Ex.13", A-942-943). | | |

{N1295168.1}

6/15/2005 3:57 PM

| No. | Description | Adm | Exd |
|---|---|---|---|
| 12. | United States Certificate of Documentation for the Barge VLB-9182. (Ivey Dep., Ex. "13", A-944-945). | | |
| 13. | United States of America Department of Transportation Certificate of Documentation for the Barge NM-315. (Ivey Dep., Ex. "13", A-946). | | |
| 14. | United States Coast Guard Vessel Documentation with respect to documentation of Barge ACL-9933B. (Ivey Dep., Ex. "13", A-947 and 948). | | |
| 15. | Timberlake Audit of Brown Water Marine Services, Inc. conducted March of 2000. (Ruschman Dep., Ex. "24", A-933 through A-937). | | |
| 16. | Tolen Issues and documents related to Timberlake Audit of Tolen Marine. (Timberlake Dep., Ex. "27"). | | |
| 17. | Timberlake Audit of Brown Water Marine Service. (Timberlake Dep., Ex. "28"). | | |
| 18. | The AWO RCP Manual for April 2002. (Timberlake Dep., Ex. "29"). | | |
| 19. | AWO Audit Checklist Completed by Timberlake for the audit of Brown Water Marine Services for the Vessel BROWN WATER VI (Timberlake Dep., Ex. "30"). | | |
| 20. | RCP Inland Towing Vessel Checklist for the Vessel BROWN WATER VII done by Timberlake. (Timberlake Dep., Ex. "31") | | |
| 21. | Notations of Timberlake with respect to Brown Water audit (Timberlake Dep., Ex. "32"). | | |
| 22. | April 5, 2000 letter from Mosher to Timberlake. (Timberlake Dep., Ex. "33"). | | |
| 23. | Brown Water Operations Manual (Timberlake Dep., Ex. "34"). | | |
| 24. | Additional Brown Water documents, including Accident Notification form, Drug Testing Policy, etc. (Timberlake Dep., Ex. "35"). | | |
| 25. | Brown Water Crewmen and Employee Safety Manual (Timberlake Dep., Ex. "36"). | | |
| 26. | Timberlake Audit of American Commercial Barge Line Company - March 12, 1999 (Timberlake Dep., Ex. "37"). | | |
| 27. | Sanborn, Yearwood & Associates' Pre-Audit Preparation of ACBL and independent post-audit review dated March 4, 2002 (Timberlake Dep., Ex. "38"). | | |
| 28. | Detroit Diesel Field Service Data Book (Timberlake Dep., Ex. "39"). | | |
| 29. | Propeller Selection Guide (Timberlake Dep., Ex. "40"). | | |
| 30. | Marine Resources' Earnings Record (Timberlake Dep., Ex. "41"). | | |
| 31. | Marine Resources' List of Clients (Timberlake Dep., Ex. "42"). | | |
| 32. | Management & Vessel Conformance Review of Marine Inland Transport & Eckstein Marine (Timberlake Dep., Ex. "43"). | | |
| 33. | Timberlake Audit of Kindra Lake Towing (Timberlake Dep., Ex. "45"). | | |
| 34. | Timberlake Towing Vessel Checklist Audit of M/V STEVE McKINNEY (Timberlake Dep., Ex. "46"). | | |
| 35. | Timberlake Audit of Hoosier Marine (Timberlake Dep., Ex. "47"). | | |
| 36. | Timberlake Management Assessment of Excel Marine Corporation, Inc. (Timberlake Dep., Ex. "48"). | | |
| 37. | Timberlake Audit of Holly Marine Towing (Timberlake Dep., Ex. "49"). | | |
| 38. | Timberlake Audit of Calumet River Towing, Inc. (Timberlake, Ex. "50"). | | |
| 39. | Timberlake American Waterway Operators Responsible Carrier Program Audit Certificate (Timberlake Dep., Ex. "52"). | | |
| 40. | Timberlake Checklist and Audit Vessel Checklist for the M/V MARGARET ANN (Timberlake Dep., Ex. "53"). | | |
| 41. | Map of Inland Waterways Serviced by U.S. Towage Industry. | | |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 42. | Cover Sheet of Timberlake Audit of Brown Water Marine Service, Inc. of March, 2000 and Computer Screen for Barge VLB-9173 (Timberlake Dep., Ex. "55", A-933, A-938). | | |
| 43. | E-mail string regarding damage to NMS-1497 during September of 2001 (Kazunas Dep., Ex. "57", A-1270). | | |
| 44. | Ross L. Valigura Witness Statement - 9/15/01 (Valigura Dep., Ex. "66"). | | |
| 45. | M/V BROWN WATER V Log - September 14, 2001 (Valigura Dep., Ex. "67", 49477 D 00767). | | |
| 46. | M/V BROWN WATER V Log - September 15, 2001 (Valigura Dep., Ex. "68", 49477 D 00768). | | |
| 47. | Witness Statement - Levie Old - Dated September 15, 2001 (Valigura Dep., Ex. "69"). | | |
| 48. | M/V BROWN WATER V Vessel Log Dated September 13, 2001 (Old Dep., Ex. "70", 49477 D 00764). | | |
| 49. | The United States Bankruptcy Court Voluntary Petition for Bankruptcy - American Commercial Lines LLC (Statement of Counsel Dep., Ex. "71"). | | |
| 50. | The United States Bankruptcy Court Voluntary Petition for Bankruptcy - American Commercial Barge Line LLC (Statement of Counsel Dep., Ex "72"). | | |
| 51. | April 7, 1999 Letter from Ann Lawrence to Tim Chapman Re: Barge VL-81272 Damage (Mosher Dep., Ex. "102", 49477 D 00994). | | |
| 52. | Timberlake Audit of Brown Water Marine Service, Inc. from Brown Water's files (Mosher Dep., Ex. "103", 49477 D 04103). | | |
| 53. | Basic Diagram of Towboat (Mosher Dep., Ex. "107", 49477 D 01051). | | |
| 54. | Basic Drawing of Towboat and Barge (Mosher Dep., Ex. "107", 49477 D 01051-52). | | |
| 55. | The United States Coast Guard Vessel Boarding Report - BROWN WATER V (Mosher Dep., Ex. "111"). | | |
| 56. | The United States Coast Guard Vessel Boarding Report - M/V BROWN WATER V (Mosher Dep. Ex. "112"). | | |
| 57. | David D. Fowler Witness Statement - September 15, 2001 (Mosher Dep., Ex. "115"). *2nd page is missing* | | |
| 58. | Brown Water Marine Memo Dated October 5, 2001 from Mosher to Helton/Wilson listing Fowler's Experience from Brownsville, Texas (Mosher Dep., Ex. "116"). | | |
| 59. | Eighth Coast Guard District Towing Vessel Boarding Form, M/V BROWN WATER V - September 15, 2001 (Mosher Dep., Ex. "118"). | | |
| 60. | Policies & Procedures Manuals of Brown Water Marine Service, Inc. (Mosher Dep., Ex. "117", 49477 D 04303). | | |
| 61. | Affidavit of Phillip Langley, Captain of the M/V BRUCE BORDELON (Langley Dep., Ex. "119"). | | |
| 62. | Daily Log Book of the M/V BROWN WATER V for the period September 1 through September 15, 2001 (Larsen Dep., Ex. "120"49477 D 00143 - 00157). | | |
| 63. | Chart of the Intracoastal Waterway, Laguna Madre Area (Langley Dep., Ex. 120"). | | |
| 64. | Sworn Affidavit of Stephen Mosher Dated October 22, 2001 with respect to Brown Water Marine Service, Inc.'s Policies & Procedures for Hiring Captains (T. Chapman Dep., Ex. "121", 49477 D 03571 - 03572). | | |
| 65. | Brown Water Marine Service, Inc. Traffic Booking Sheet - September 2001 (C. Chapman Dep., Ex. "122"). | | |
| 66. | Brown Water Marine Service, Inc. Office Log Book for September 14, 2001 (C. Chapman Dep., Ex. "123", 49477 D 00849). | | |
| 67. | Brown Water Marine Service, Inc. Office Log Book for September 15, 2001 (C. Chapman Dep., Ex. "124", 49477 D 00850). | | |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 68. | M/V BROWN WATER V Log Book and Journal for M/V BROWN WATER V - September 13 through 15, 2001 (Wilson Dep., Ex. "122"). | | |
| 69. | February 2, 2005 Letter Cameron County District Attorney to Fowler's Attorney, Weisfeld (Fowler Dep., Ex. "127"). | | |
| 70. | Fowler Witness Statement 9/15/01 (Fowler Dep., Ex. "128"). | | |
| 71. | Transcript of Statement Given by Fowler to U.S. Coast Guard on September 15, 2001 (Fowler Dep., Ex. "129"). | | |
| 72. | Transcript of Statement Given by Fowler to U.S. Coast Guard on September 17, 2001 (Fowler Dep., Ex. "130"). | | |
| 73. | Chart of Laguna Madre Area (Fowler Dep., Ex. "131"). | | |
| 74. | Copy of Corrections of Original Transcript of Audio Cassette of Fowler's Verbal Statement given on September 15, 2001 (Fowler Dep., Ex. "132"). | | |
| 75. | Correction of Transcript of Interview of Fowler given to the U.S. Coast Guard on September 17, 2001 (Fowler Dep., Ex. "133"). | | |
| 76. | Original Petition - Fowler v. Brown Water Marine Service, Inc. - Civil Action No. B-04-161 (Fowler Dep., Ex. "134"). | | |
| 77. | General Release & Indemnity Agreement Signed by Fowler on September 22, 2004 (Fowler Dep., Ex. "135"). | | |
| 78. | Fowler's U.S. Coast Guard License (Fowler Dep., Ex. "136", 49477 0001-0002). | | |
| 79. | Brown Water Marine Service, Inc. Personnel File of Fowler (Fowler Dep., Ex. "137", 49477 0001-0050). | | |
| 80. | February 25, 1999 Royal Towing Letter to U.S. Coast Guard Re: Fowler (Fowler Dep., Ex. "138"). | | |
| 81. | February 19, 1999 Kirby Marine Letter to U.S. Coast Guard Re: Fowler (Fowler Dep., Ex. "139"). | | |
| 82. | March 1, 1999 Letter Kirby Marine to U.S. Coast Guard Re: Fowler (Fowler Dep., Ex. "140"). | | |
| 83. | September 20, 1994 Letter T. L. James to U.S. Coast Guard Re: David Fowler (Fowler Dep., Ex. "141"). | | |
| 84. | Letter to Warrior & Gulf Navigation to U.S. Coast Guard Re: David Fowler (Fowler Dep., Ex. "142"). | | |
| 85. | February 3, 1999 (you said 1989) Letter Warrior River Towing Company to U.S. Coast Guard Re: Fowler (Fowler Dep., Ex. "143"). | | |
| 86. | September 29, 1995 Letter Bean Dredging to U.S. Coast Guard Re: Fowler (Fowler Dep., Ex. "144"). | | |
| 87. | Kirby Marine Transportation Corporation Certificate of Training Issued to David Fowler (Fowler Dep., Ex. "145"). | | |
| 88. | United States Certificate of Documentation - M/V BROWN WATER V. | | |
| 89. | U.S. Coast Guard Report CG2692 9/18/01. | | |
| 90. | U.S. Coast Guard Vessel Boarding Report - September 15, 2001. | | |
| 91. | U.S. Coast Guard Records of David Fowler. | | |
| 92. | Witness Statement of J. W. Blocker dated September 15, 2001. | | |
| 93. | Witness Statement of Rocky L. Wilson - September 15, 2001. | | |
| 94. | U.S. Coast Guard License for Rocky L. Wilson. | | |
| 95. | Marine Casualty Investigating Report of the U.S. Coast Guard for an incident of November 11, 2000 involving the M/V BROWN WATER V. | | |
| 96. | U.S. Coast Guard Investigation Activity Ticket Report - M/V BROWN WATER V - May 10, 2000. (U.S. Coast Guard Ex. "41"). | | |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 97. | Marine Casualty Investigation Report - April 30, 2000 (U.S. Coast Guard Ex. "42"). | | |
| 98. | Marine Casualty Investigation Report - January 22, 2001. | | |
| 99. | U.S. Coast Guard Marine Casualty Investigation Report with respect to February 9, 2001 incident involving the M/V BROWN WATER V. | | |
| 100. | U.S. Coast Guard Investigation Activity Report dated September 1, 2000 Re: the M/V BROWN WATER V. | | |
| 101. | U.S. Coast Guard Marine Casualty Investigation Report dated May 28, 2000 Re: the M/V BROWN WATER V. | | |
| 102. | U.S. Coast Guard 8th District Local Notice to Mariners Gulf of Mexico Econfina River, Florida to Rio Grande, Texas - month of September 2001. | | |
| 103. | Survey Report 1-11-6078 - Hargiss Marine Service - Damage to Barge NM-315 sustained in the accident. | | |
| 104. | Hargiss Marine Service Valuation Survey for Barges NM-315, VLB-9173, ACL-9933B and VLB-9182. | | |
| 105. | Curriculum Vitae Hargiss. | | |
| 106. | ACBL Barge Equipment Register for Barges NM-315, ACL-9933B, VLB-9173, and VLB-9182. | | |
| 107. | U.S. Coast Guard Certified Abstract of Title for the M/V BROWN WATER VIII. | | |
| 108. | ACBL Records of Prior Brown Water accidents with ACBL equipment. | | |
| 109. | Correspondence of July 14, 1998 from Mosher to ACBL/King (A-991). (Note: This appears to be out of the ACBL file with Brown Water discussing rates). | | |
| 110. | Oil City Tariff (A-995 - A-1000). | | |
| 111. | Certificate of Formation of ACBL LLC (A-1001). | | |
| 112. | Certificate of Formation of ACL LLC (A-1002). | | |
| 113. | Charter Agreements for four barges in tow of BROWN WATER V at time of accident (A-1003 - A-1187). | | |
| 114. | ACBL/Brown Water Marine Service File (A-1189 - A-1197). | | |
| 115. | ACBL file regarding prior Brown Water accidents (A-1218; A-1219; A-1220; A-1239; A-1240 through A-1241; A-1244; A-1264 and A-1265; A-1266 - A-1267; A-1270; A-1272 - A-1277). | | |
| 116. | Mosher Letter 11/16/99 to U.S. Corps of Engineers (49477 D 00194). | | |
| 117. | Chart of Port Isabella Area (49477 D 255). | | |
| 118. | Brown Water Marine Traffic Booking Sheets for August 1 to October 1st (49477 D 824 -826). | | |
| 119. | Chad Chapman's Log of Vessel Operations 49477 D 847 - 851). | | |
| 120. | Brown Water Report of Safety Meetings (49477 D 875 - 894). | | |
| 121. | Brown Water Safety Minutes (49477 D1081 - 1087). | | |
| 122. | Brown Water Operations Manual (49477 D 1428 -1508). | | |
| 123. | Brown Water V Log (49477 D 4144 - 4156). | | |
| 124. | Brown Water/State of Texas Report of Accident - 09/15/01 (49477 D 3883 - 3834). | | |
| 125. | July 22, 2002 letter Dan Carter to Stephen Mosher Re: AWO Certification (MIR233). | | |
| 126. | AWO Audit - Brown Water Marine (MIR342 - 396). | | |
| 127. | April 5, 1999 Correspondence - Whitlock to Allegretti Re: AWO Certification of ACBL (MIR676). | | |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 128. | March 13, 1999 letter - Sandborn to Whitlock Re: 1999 AWO RCP Audit of ACBL (MIR677 - MIR679). | | |
| 129. | 1999 AWO Audit of ACBL (MIR688 -719). | | |
| 130. | Long Island Swing Bridge Log. | | |
| 131. | Curriculum Vitae of Captain Brock. | | |
| 132. | Curriculum Vitae of Russell. | | |
| 133. | The United States Bankruptcy Court Order Granting Relief from Stay. | | |
| 134. | Excerpts of Christian Brinkop deposition - Page and line designation attached. | | |
| 135. | Excerpts of James Farley deposition - Page and line designation attached. | | |
| 136. | Excerpts of Ross Valigura deposition - Page and line designation attached. | | |
| 137. | Excerpts of Michael Khouri deposition - Page and line designation attached. | | |
| 138. | Excerpts of Peter Kazunas deposition - Page and line designation attached. | | |
| 139. | Excerpts of Philip Timberlake deposition - Page and line designation attached. | | |
| 140. | Excerpts of Captain David Fowler deposition - Page and line designation attached. | | |
| 141. | Excerpts of Steve Mosher deposition - Page and line designation attached. | | |
| 142. | Excerpts of Gary P. Langley deposition - Page and line designation attached. | | |
| 143. | Excerpts of James L. Adams deposition - Page and line designation attached. | | |
| 144. | Excerpts of William "Norb" Whitlock deposition - Page and line designation attached. | | |
| 145. | ACBL reserves the right to use any exhibit listed by any party, including but not limited to those exhibits listed by Brown Water with respect to Claimants' damage claim. | | |
| 146. | ACBL reserves the right to use impeachment or rebuttal exhibits. | | |