ORIGINAL

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| IN RE: THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., et al | CASE NO.CASE NO: B-01-157 Consolidated with: B-01-004 and B-02-125 |
| | United States District Court Southern District of Texas FILED |
| | Exhibit List    JUN 1 5 2005 |
| | Michael N. Milby Clerk of Court |
| Judge Hilda G. Tagle | Case Manager: Stella Cavazos Court Reporter: Breck Records |
| List of **Claimants** | Proceeding        Date |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 1 | Hoessle's Depo Exh. - invoice approval | | |
| 2 | Hoessle's Depo Exh. - Vessel Management Guide | | |
| 3 | Hoessle' Depo Exh. - Ltr to Steve Mosher from Kazunas dated 3/29/00 | | |
| 4 | Hoessle's Depo Exh. - Inv. 09014A5 to ACBL from Brown Water | | |
| 5 | Hoessle Depo Exhi. - Ltr to Kazunas & Allen from Farley dated 3/20/00 | | |
| 6 | Hoessle Depo Exh. - Barge History Reports | | |
| 7 | Hoessle's Depo Exh. - Sequence of E-mails dated 3/19/00 & 3/20/00 | | |
| 8 | Hoessle Depo Exhibit - Vessel Management Guide, Equipment Standards | | |
| 9 | Hoessle's Depo Exhibit - Vessel Management Guide, Work Practices | | |
| 10 | Hoessle's Depo Exh. - Vessel Management Guide, Vessel Operating Standards | | |
| 11 | Hoessle's Depo Exh. - Vessel Management Guide, Operational Requirements - P 39 & 40 | | |
| 12 | Ivey's Depo Exh. - Vessel Management Guide, 1st Edition, May of 2000 | | |
| 13 | Ivey Depo Exh. - ACBL's Resp. to Req. #8 - Invoice Approvals & Certificates of Documentation dated 6/17/98 & 12/11/96 | | |
| 14 | Ivey's Depo Exh. - U.S. Coast Guard Application of Owner for & Notice of Award of Official Number and Signal Letters dated 3/9/77 & Report of Marine Accident dated 9/14/01 | | |
| 15 | Ivey Depo Exh. - Certificate Status of Towboat/tugboat | | |
| 16 | Ivey's Depo Exh. - VHS Videotape: "An Introduction to the American Waterways Operators' Responsible Carrier Program" | | |
| 17 | Ivey's Depo Exh. - ACBL's Policy and Procedure Manual, Revised 1/25/99 | | |
| 18 | Brinkop's Depo Exh. - depo notice | | |

| | | | |
|---|---|---|---|
| 20 | Farley's Depo Exh. - Convention Registration fform for the American Waterway Operators Convention to be ehld on 9/8/02 | | |
| 21 | Farley's Depo Exh. - ACBL "About Us" page from the ACBL website | | |
| 22 | Farley's Depo Exh. - "Dispatch and Planning" page from the ACBL website | | |
| 23 | Farley's Depo Exh. - "FAQ" page from the ACBL's website | | |
| 24 | Ruschman's Depo Exh. - AWO Responsible Carrier Program audit of Brown Water Marine  Vessel Audited:  M/V Brown Water VI and VII, performed by Marine Resources dated 3/00 | | |
| 25 | Ruschman's Depo Exh. - ACBL Safety Rules Handbook | | |
| 26 | Ruschman's Depo Exh. - ACBL Boat Operations Manual | | |
| 27 | Timberlake's Depo - Audit of Tolen Marine Conducted by Marine Resources | | |
| 28 | Timberlake's Depo - AWO Responsible Carrier Program audit of Brown Water Marine Service, Inc. vessel audited:  Brown Water VI and Brown Water VII | | |
| 29 | Timberklake's Depo - Publication by the American Waterways Operators describing their Responsible Carriers Program | | |
| 30 | Timberklake's Depo - AWO Responsible Carrier Program Audit Checklist | | |
| 31 | Timberklake's Depo - RCP Audit Inland towing Vessel Checklist | | |
| 32 | Timberklake's Depo - Timberkale's notesmade at Pete Kazunas' office at ACBL | | |
| 33 | Timberklake's Depo - Ltr from Mosher to Marine Resources dated 4/5/00 enclosing manuals | | |
| 34 | Timberlake's Depo - Brown Water's Operations Manual | | |
| 35 | Timberlake's Depo - Brown Water's Accident Notification Form (unfilled) | | |
| 36 | Timberlake's Depo - Brown Water's Crewman & Employee Safety Manual | | |
| 37 | Timberlake's Depo - AWO Responsible Carrrier Program Independent Audit Review conducted 3/12/99 | | |
| 38 | Timberlake's Depo - American Waterways Operators, Inc. Responsible Carrier Program - Pre-Audit Preparation (recommended Guidance for ACBL) | | |
| 39 | Timberlake's Depo Exh. - Detroit Diesel Field Service Data Book  - Technical Data | | |
| 40 | Timberlake's Depo Exh. - Propeller Selection Guide - 12V - 71N Work Boat N55 Injectors | | |
| 41 | Timberlake's Depo Exh. - Marine Resources Earnings Record | | |
| 42 | Timberlake's Depo Exh. - Marine Resources Client List | | |
| 43 | Timberlake's Depo Exh. - ACBL's Management and Vessel Conformance Review | | |
| 44 | Timberlake's Depo Exh. - Subpoena issued to Phillip Timberlake | | |

| | | | |
|---|---|---|---|
| 45 | Timberlake's Depo Exh. - AWO Responsible Carrier Program Audit of Kindra Lake towing - audited M/V Morgan | | |
| 46 | Timberlake's Depo Exh. - RCP Audit Inland Towing Vessel Checklist | | |
| 47 | Timberlake's Depo Exh. - AWO Responsible Carrier Program Audit of Hoosier Marine - vessels audited M/V Steve McKinney & M/V Normania | | |
| 48 | Timberlake's Depo Exh. - ACBL's Management Assessment of Excell Marine Corporation, Inc. | | |
| 49 | Timberlake's Depo Exh. - AWO Responsible Carrier Program Audit of Holly Marine Towing - M/V Margaret Ann and M/V Chris Ann | | |
| 50 | Timberlake's Depo Exh. - Preliminary AWO Responsible Carrier Program Audit of Calumet River Fleeting, Inc. : audited M/V Matador VI & M/V Ethel E. | | |
| 51 | Timberlake's Depo Exh. - AWO Resonsbile Carrier Program Audit of Ace Marine Transportation - vessel adutied M/V Skimmer | | |
| 52 | Timberlake's Depo Exh. - Certificate to Phil Timberlake for Responsible Carrier Program Auditor | | |
| 53 | Timberlake's Depo Exh. - Handwritted Checklist and RCP Audit Inland Towing Vessel Checklinst for the vessel Margaret Ann. | | |
| 54 | Timberlake's Depo Exh. - deposition notice of Norb Whitlock | | |
| 55 | Timberlake's Depo Exh. - AWO Responsible Carrier Program Audit of Brown Water marine: Vessel Audited-- Brown Water VI & Brown Water VII | | |
| 56 | Whitlock's Depo Exh. - ACBL's Contract of Affreightment dated 9/4/01 | | |
| 57 | Kazunas Depo Exh. - E-mails between Hoessle, Krohn & Schaefer regarding cargo and towing agreement | | |
| 58 | Kazunas Depo Exh. - The American Waterways Operators Offer Condolences to Texans Over South Padre Island Bridge Accident - web page | | |
| 59 | Book's Depo Exh. - AWO Letter (Vol. 57, No. 21 (dated 10/20/00) | | |
| 60 | Book's Depo Exh. - AWO Letter (Vol. 57, No. 25 dated 12/15/00) | | |
| 61 | Book's Depo Exh. - AWO Responsible Carrier Program Audit Checklist - Management Assessment Questionnaire | | |
| 62 | Book's Depo Exh. - AWO Responsible Carrier Program Audit Checklist - Inland Towing Vessel Questionnaire | | |
| 63 | Book's Depo Exh. - AWO Letter, Vol. 59, No. 17 Dated 8/23/02 | | |
| 64 | Books's Depo Exh. - AWO Lettter, Vol. 58, No. 1. Dated 01/12/01 | | |
| 65 | Adams' Depo Exh. - Ltr dated 5/7/01 to US DOT from ACBL re: Supplemental Notice of Proposed Rulemaking Fire-Suppression Systems and voyage Planning for Vessels | | |
| 66 | Valigura's Depo Exhi. - Witness Statement of Valigura dated 9/15/01 | | |

| | | | |
|---|---|---|---|
| 67 | Valigura's Depo Exh. - Brown Water's Daily Log Book for 9/14/01 | | |
| 68 | Valigura's Depo Exh. - Brown Water's Daily Log Book for 9/15/01 | | |
| 69 | Valigura's Depo Exh. - Witness Statement of Levie Old dated 9/15/01 | | |
| 70 | Levi Old's Depo Exh. - Brown Water's Daily Log Book of 9/13/01 | | |
| 71 | Birth Certificate of William Barrett Welch | | |
| 72 | Pictures of Chelsea & Barry Welch | | |
| 73 | Videotape of the Funeral Service of Stvan Rivas in Port Isabel | | |
| 74 | Pictures of Funeral Service of Stvan Rivas | | |
| 75 | Videotape of the Funeral Serrvice of Hector Martinez | | |
| 76 | Pictures of the Funeral Service of Hector Martinez | | |
| 77 | Video tape of the Funeral Service of Chelsea & Barry Welch | | |
| 78 | Certified Death Certificate of Chelsea Welch | | |
| 79 | Certified Death Certificate of Hector Martinez | | |
| 80 | Certified Death Certificate of Barry Welch | | |
| 81 | Pictures of Brigette Goza's Truck | | |
| 82 | Certified Death Certificate of Stvan Rivas | | |
| 83 | Records from the United States Coast Guard | | |
| 84 | American Admiralty Bureau's (Interim Recommendations for Tow Powering & Cinfiguration for Western Rivers Push Tows | | |
| 85 | Family Photographs of Hector Martinez, Jr. | | |
| 86 | Prayers & Poems for Hectgor Martinez, Jr. | | |
| 87 | Poem for Hector Martinez | | |
| 88 | Hector Martinez with all of this friends | | |
| 89 | Cards of Thanks - Hector Martinez | | |
| 90 | Statement of Funeral Services for Hector Martinez, Jr. | | |
| 91 | Newspaper Obituary for Hector Martinez, Jr. | | |
| 92 | Card of Thanks for Chelsea & Barry Welch | | |
| 93 | Del Angel Monuments - Memorial for Hector Martinez, Jr. | | |
| 94 | Miscellaneous Articles re: Chelsea & Barry Welch | | |
| 95 | Miscellaneous Information on Barry Welch | | |
| 96 | Driver License of Gustavo Morales | | |
| 97 | Photograph of Brigette Goza overseeing ocean | | |
| 98 | Black & White Photographs of Mireles Vehicle | | |
| 99 | Black & White Photographs of accident cite & vehicle owned by Leavell Plaintiffs | | |
| 100 | Mosher's Depo Exh. - Subpoena to Mosher | | |
| 101 | Mosher's Depo Exh. - Notice of Mosher's Depo with Duces Tecum | | |
| 102 | Mosher's Depo Exh. - Letter dated 4/7/99 from ACBL to Mr. Morely from Mosher with reference claim no. 5100006031 | | |
| 103 | Mosher's Depo Exh. - AWO Responsible Carrier Program Audit of Brown Water Marine Service Inc. vessel audited M/V Brown Water VI & Brown Water VII | | |
| 104 | Mosher's Depo Exh. - Propeller Selection Guide - Detroit Diesel | | |

| | | | |
|---|---|---|---|
| 105 | Mosher's Depo Exh. - Russ Sigmund's notes notes regrading maintenance information | | |
| 106 | Mosher's Depo Exh. - Stewart & Steven's Inter-Office Commnication dated 3/24/76 | | |
| 107 | Mosher's Depo Exh. - Diagram of Towboat Equipment and its Location from Brown Water's Manual | | |
| 108 | Mosher's Depo Exh. - Laguna Madre Reference Chart and Navigation Notes | | |
| 109 | Mosher's Depo Exh. - Coast Guard generated document pertaining to Brown Water V indicating horsepower of Brown Water V was 600 horsepower | | |
| 110 | Mosher's Depo Exh. Fowler's personal diagram of what had happened at allision | | |
| 111 | Mosher's Depo Exh. U.S. Coast Guard Vessel Boarding Report - Brown Water V | | |
| 112 | Mosher's Depo Exh. - U. S. Coast Guard and Vessel Boarding Report - M/V Brown Water V | | |
| 113 | Mosher's Depo Exh. - Brown Water Service's Daily Log Book  - operating rpms were between 1800 and 1100 | | |
| 114 | Mosher's Depo Exh. - Port Brownsville Guard Log dated 9/14/01 | | |
| 115 | Mosher's Depo Exh. - David Fowler's Witness Statement dated 9/15/01 | | |
| 116 | Mosher's Depo Exh. - Brown Water's Memo dated 10/5/01 from Mosher to Helter/Wilson lsiting Fowler's Expereience from Brownsville Texas | | |
| 117 | Mosher's Depo Exh. - Policies & Procedures Manual of Brown Water | | |
| 118 | Mosher's Depo Exh. - 8th Coast Guard District Towing Vessel Baording Form M/V Brown Water V, September 15, 2001 | | |
| 119 | Larsen's Depo Exh. - Twin Disc. MG514A&B Parts Book excerpt | | |
| 120 | Larsen's Depo Exh. - Daily Log Book 9/1/01 to 9/15/01 | | |
| 121 | Tim Chapman's Depo Exh. - Sworn Affidavit of Stephen Mosher dated 10/22/01with respect to Brown Water's Policies & Procedures for Hiring Captains | | |
| 122 | Chad Chapman's Depo Exh. - Traffic Booking Sheet - September 2001 | | |
| 123 | Chad Chapman's Depo Exh. - Office Log Book for 9/14/01 | | |
| 124 | Chad Chapman's Depo Exh. - Office Log Book for 9/15/01 | | |
| 125 | Rocky Wilson's Depo Exh. - Log Book and Journal for M/V Brown Water V - 9/13 through 9/15/01 (marked as Exh. 122 in Wilson's Depo) | | |
| 126 | Reserved | | |
| 127 | Fowler's Depo Exh. - Ltr dated 2/2/05 from cameron County District Attty to Fowler's Atty, Weisfeld | | |
| 128 | Fowler's Depo Exh. - Fowler Witness Statement 9/15/01 | | |
| 129 | Fowler's Depo Exh. - Transcript of Statement Given by Fowler to US Coast Guard on 9/15/01 | | |

| | | | |
|---|---|---|---|
| 130 | Fowler's Depo Exh. - Transcripit of Statement Given by Fowler to US Coast Guard on 9/17/01 | | |
| 131 | Fowler's Depo Exh. - Chart of Laguna Madre Area | | |
| 132 | Fowler's Depo Exh. - Transcript ofAudio Cassetts of Fowwler's Verbal Statement given on 9/15/01 | | |
| 133 | Fowler's Depo Exh. - Transcript of audio statement of David Fowler given to Coast Guard on 9/17/01 | | |
| 134 | Fowler's Depo Exh. - Original Petition Fowler v. Brown Water Service, Civil Action No. B-01-161 | | |
| 135 | Fowler's Depo Exh. - General Release & Indemnity Agreement signed by Fowler on 9/22/04 | | |
| 136 | Fowler's Depo Exh. - Fowler's US Coast Guard Llicense | | |
| 137 | Fowler's Depo Exh. - Brown Water Marine Service Personnel File of Fowler | | |
| 138 | Fowler's Depo Exh. - 2/25/99 Royal Towing Ltr to U.S. Coast Guard re: Fowler | | |
| 139 | Fowler's Depo Exh. - 2/19/99 ltr from Kirby Marine to US Coast Guard re: Fowler | | |
| 140 | Fowler's Depo Exh. - 3/1/99 Letter from Kirby Marine to US Coast Guard re: Fowler | | |
| 141 | Fowelr's Depo Exh. - 9/20/94 letter from James to US Coast Guard re: Fowler | | |
| 142 | Fowler's Depo Exh. - Letter to Warrior & Gulf Navigation to US. Coast Guard re: Fowler | | |
| 143 | Fowler's Depo Exh. - letter Warrior River Towing Company to US Coast Guard re: Fowler | | |
| 144 | Fowler's Depo Exh. - letter dated 9/29/95 from Bean Dredging to US Coast Guard re: Fowler | | |
| 145 | Fowler's Depo Exh. - Certificate of Training | | |
| 146 | AWO's Mission statement | | |
| 147 | AWO Member Companies | | |
| 148 | State of Texas DOT record - blueprint of Laguna Madre | | |
| 149 | Photograph of Tug Boat (7.5 feet///9 feet) | | |
| 150 | Photograph of Tug Boat (7.5 feet///9 feet) with Flanking Rudders emphasis | | |
| 151 | Photograph of Tug Boat (7.5 feet///9 feet) with Steering Rudders emphasis | | |
| 152 | Photograph of Tug Boat at 9 feet | | |
| 153 | Photograph of Tug Boat | | |
| 154 | Photograph of Tug Boat carrying barge | | |
| 155 | Photograph with arrow emphasis | | |
| 156 | 3 Photograph of Causeway Bridge | | |
| 157 | Map of service area for ACBL | | |
| 158 | General Accident Scene Map | | |
| 159 | General Accident Scene Map | | |
| 160 | General Aerial Photograph of accident Scene | | |
| 161 | General Aerial Photograph of accident scene | | |
| 162 | General Aerial Photograph of accident scene | | |
| 163 | Map of Stover Point to Port Brownsville Side A | | |
| 164 | Map of Stover Point to Port Brownsville with Aerial Photograph of Accident Scene | | |
| 165 | Interrogatory No. 22 to ACBL with their response thereto. | | |
| 166 | Interrogatory No. 18 to aCBL with their response thereto | | |

| | | | |
|---|---|---|---|
| 167 | AWO Responsible Carrier Program Audit Checklist - Page 11 -- "Training" | | |
| 168 | Regulatory Assessment and Initial Regulatory Flexibility Analysis (Towing Vessel Safety:  Fire-Suppression Systems and Voyage Planning for Towing Vessels | | |
| 169 | Status of the Towboat Operator License (AAB Com. No. 1., Vol. II (1995) | | |
| 170 | Lake Charles Diesel's correspondence to Capt. Disler re:   book rate horsepower on 12V71 New Engine | | |
| 171 | AWO Manual | | |
| 172 | Marriage Certificate of Barry & Chelsea Welch | | |
| 173 | Stvan Rivas' Income Tax Returns for 2000 | | |
| 174 | Driver's License of Rene Francisco Mata | | |
| 175 | Estate of leavell's computation of damages | | |
| 176 | Leavell's Black & Whiute Family Photographs | | |
| 177 | Gaspar Hinojosa's W2's for 2000 | | |
| 178 | Robert V. Harris 2001 Tax Return | | |
| 179 | Victor Justin Harris Birth Certificate | | |
| 180 | Victor Justin Harris Social Security Card | | |
| 181 | Unemployment Records of Robert Victor Harris | | |
| 182 | Video Tape of Stvan Rivas's Funeral in Houston | | |
| 183 | Rivas' Video Tape of Marching Auxiliaries - National dance championship | | |
| 184 | Rivas' Video Tape of Nimitz 1996 March Competition | | |
| 185 | Rivas' Video Tape of Concert Stuan Nimitz (1994) | | |
| 186 | School Bank of Nov. 97 | | |
| 187 | Rivas' Video Tape of Lety Plaza Mancera in Galveston | | |
| 188 | Queen Isabella Causeway Dedication | | |
| 189 | AWO Responsible Carrier Program Audit checklist -- Section II: Inland Towing Vessel Questionnaire (audited Brown Water Marine Services, Inc.  -- Bates No. MIR 00366 - MIR 00381) | | |
| 190 | AWO Responsible Carrier Program Audit Checklist -- Section 1:  Management Assessment Questionnaire (audited Brown Water Marine Services, Inc. 00 Bates No. MIR 00342 - MIR 00365) | | |
| 191 | Bureau of Vital Statistics - Records regarding Hector Martinez (death certificate) | | |
| 192 | Valley Baptist medical Center - Autopsy Report of Hector Martinez | | |
| 193 | Bureau of vital Statistics Center - Death Certificate of Chelsea Louise Welch | | |
| 194 | Valley Baptist Medical Center - Autopsy Report of Chelsea Louise Welch | | |
| 195 | Bureau of Vital Statistics - Death Certificate of Barry Welch | | |
| 196 | Valley Baptist Medical Center - Autopsy Report of Barry Welch | | |
| 197 | Blue Ribbon Social Security Records for Bridgette Goza | | |
| 198 | Blue Ribbon Social Security Records for Barry Welch | | |
| 199 | Social Security Records for Gustavo Morales | | |

| | | | |
|---|---|---|---|
| 200 | IRS Records regarding Bridgette Goza | | |
| 201 | ACBL's Chart of Employee | | |
| 202 | AWO Responsible Carrier Program Audit of Capital Towing Corp. Audited: M/V Lucille Brooks & M/V Elizabeth Bieiler | | |
| 203 | AWO Responsible Carrier Program - Independent Post Audit Review conducted on 4/3/02 for Delaware Marine Corporation | | |
| 204 | Driver's License of Brigette Goza | | |
| 205 | Photographs of Barry Welch before autopsy at Valley Baptmist Medical Center | | |
| 206 | Photographs of Chelsea Welch before Autopsy at Valley Baptist Medical Center | | |
| 207 | 1997 Income Tax Returns of Idalia & Gustavo Morales | | |
| 208 | 1998 Income Tax Returns of Idalia and Gustavo Morales | | |
| 209 | 1999 Income Tax Returns of Gustavo and Idalia Morales | | |
| 210 | 2000 Income Tax return of Gustavo Morales | | |
| 211 | Valley Regional Medical Center - Medical Records pertaining to Gustavo Morales | | |
| 212 | Dr. Ana Gutierrez's billing records pertaiing to Gustavo Morales | | |
| 213 | Buena Vista Funeral Home Funeral Records regarding Chelsea Welch | | |
| 214 | Buena Vista Funeral Home Funeral Records regarding Barry Welch | | |
| 215 | Buena Vista Funeral Home funeral Records regarding Hector Martinez, Jr. | | |
| 216 | ACBL's Annual Report for Fiscal Year ending 12/29/00 | | |
| 217 | ACBL's Annual Report for Fiscal year ending 12/31/99 | | |
| 218 | ACBL's Annual Report for Fiscal Year ending 12/25/98 | | |
| 219 | ACBL's Annual Report for Fiscal Year ending 12/28/01 | | |
| 220 | Loading Instructions for Inland Service Hopper Barges | | |
| 221 | Vessel Management Guide - Critical Response First Edition May 2000 | | |
| 222 | Vessel Management Guide Equipment Standards - First Edition May 2000 | | |
| 223 | ad Order Overview | | |
| 224 | Diagram of Barge (2) | | |
| 225 | Damage Survey Report performed by Hargiss Marine Service | | |
| 226 | Certificate of Insurance for Brown Water | | |
| 227 | Memo from Brown Water to ACBL re: increase in tow rates | | |
| 228 | Certificate of Formation for ACBL with Bareboat Charter | | |
| 229 | Memo reporting incident to Risk Management | | |
| 230 | Letter dated 12/29/97 to Brown Water holding Brown Water responsible for incident | | |
| 231 | ACBL's User's Guide | | |
| 232 | Photographs of Honojosa's vehicle | | |
| 233 | Internet Research American Commercial Lines Website | | |

| | | | |
|---|---|---|---|
| 234 | Brown Water's Applicaton for employment with employment documents | | |
| 235 | Medical and Financial Records from Dr. Achleitner regarding Gustavo Morales | | |
| 236 | Towing Safety Advisory Committee  letter from Jeffrey E. Parker to Docket Management Facility at DOT dated 4/30/01 re:  Fire-suppression systems and Voyage Planning for Towing Vessels | | |
| 237 | Towing Safety Advisory Committee 2000-2002 (Barge and Towing Industry) | | |
| 238 | Internet Article -- Lott, Slater, Card Honor Responsible Safety Program in Capitol Hill Ceremony | | |
| 239 | Minutes of Meeting held on 3/16/02 -- with Towing Safety Advisory Committee | | |
| 240 | Magazine Articles from "Work Boat" -- Offshore Focus | | |
| 241 | Gulf Stream Marine Packing List for Barges NM 315, ACL 9933B & VLB 9182 | | |
| 242 | Color Photographs taken during Inspection by Texas Parks & wildlife | | |
| 243 | 2001 United States Coast Guard -- Marine Safety & Environmental Protection  (G-M) | | |
| 244 | Medical & Financial Records from Dr. David Feltoon pertaining to Clarissa Hinojosa | | |
| 245 | Medical & Financial Records from Dr. David Feltoon pertaining to Gaspar Hinojosa | | |
| 246 | Medical and Financial Records from Dr. David Feltoon pertaining to Mario Hinojosa | | |
| 247 | Medical and Financial Records from Dr. David Feltoon pertaining to Martin Hinojosa | | |
| 248 | Medical and Financial Records from Dr. David Feltoon pertaining to Omar Hinojosa | | |
| 249 | Medical and Financial Records from Dr. David Feltoon pertaining to Raquel Hinojosa | | |
| 250 | Medical and Financial Records from Dr. David Feltoon pertaining to Maria Rivas | | |
| 251 | Withdrawn | | |
| 252 | Records from Long Island village Owners/regarding Daily Logs | | |
| 253 | Records from Blessy Marine regarding Daily Logs | | |
| 254 | Medical Records from Dr. Paul Lenz pertaining to Bridgette Goza | | |
| 255 | medical Records from Dr. Jaime Silva pertaining to Bridgette Goza | | |
| 256 | Medical and Financial Records from Dr. Robert A. Lozano regarding Lydia Zamora | | |
| 257 | Medical and Financial Records f rom Dr. David Feltoon regarding Lydia Zamora | | |
| 258 | Autopsy Records from Justice of the Peace Bennie Ochoa, III regarding Hector Martinez, Jr. | | |
| 259 | Medical and Financial Records from Dr. David Feltoon pertaining to William B. Welch | | |
| 260 | Medical and Financial Records from Dr. David Feltoon pertaining to Jackie Paddock | | |
| 261 | Autopsy Report from Justice of the Peace Bennie Ochoa, III regarding Chelsea Welch | | |
| 262 | Autopsy Report from Justice of the Peace Bennie Ochoa, III regarding Barry Welch | | |

| | | | |
|---|---|---|---|
| 263 | Medical and Financial Records from Dr. David Feltoon regarding Gustavo Morales | | |
| 264 | Billing Records from Valley Regional Medical Center regarding Gustavo Morales | | |
| 265 | Accident Records from Los Fresnos Fire Department By Marshall's Business Records | | |
| 266 | Dept. of Transportation Charter - Towing Safety Advisory Committee | | |
| 267 | February 2002:  News Log "Barge company seeks debt restructuring" (Internet Printout) | | |
| 268 | TSAC - Introduction (Internet printout) Purpose, Overview of Membership & Meetings information | | |
| 269 | Photographs of Rene Mata | | |
| 270 | Photographs of Vehicle, 2001 Ford Mustang | | |
| 271 | Medical and Financial Records from Dr. David Feltoon regarding Maria M. Rivas | | |
| 272 | Bill of Sale of Vehicle, 2001 Ford Mustang | | |
| 273 | Billing Records from Valley Baptist medical Center/Pathology regarding Gaspar Hinojosa | | |
| 274 | Accident Records from the Harlingen EMS by Litigation Support | | |
| 275 | Medical & Financial Records from Dr. David Feltoon regarding Bridgette Goza | | |
| 276 | Medical & Financial Records from Dr. Randle Thompson, Counselor regarding Bridgett Goza | | |
| 277 | Medical Records from Los Fresnos Family health Care Center regarding Bridgett Goza | | |
| 278 | Financial Records from Los Fresnos Family Helath Care Center regarding Bridgett Goza | | |
| 279 | Financial Records from Valley Regional Medical Center regarding Bridgett Goza | | |
| 280 | Medical Records from Valley Regional medical Center regarding Bridgett Goza | | |
| 281 | Experrt Report, CV, Case List of Daniel E. Brock | | |
| 282 | Survey Report from ACBL's Expert Earl Hatfield | | |
| 283 | Survey Report of Joe Hargiss (ACBL's expert) | | |
| 284 | US Coast Guard License of David D. Fowler | | |
| 285 | US Coast Guard License of Rocky L. Wilson | | |
| 286 | Voluntary Statement of Robert Espiricueta (unsigned) | | |
| 287 | Voluntary Statement of Alberto Leroy Moya (Fisherman rescuer) | | |
| 288 | Voluntary Statement of Rolando Moya (fisherman rescuer) | | |
| 289 | Unsigned Voluntary Statement of Antonio Salinas (Fisherman rescuer) | | |
| 290 | Brown Water's Insurance policy with Gemini Ins. | | |
| 291 | Brown Water's Insurance Policy with Liberty | | |
| 292 | Brown Water's Insurance Policy with Zurich | | |
| 293 | Brown Water's Certificate of Documentation | | |
| 294 | Daily Inspection Checkoff List | | |
| 295 | Brown Water's Daily Log Book from 9/1/01 to 9/13/01 | | |
| 296 | Daily Log Calendar from 8/10/01 to 9/13/01 | | |
| 297 | Steve Mosher's Letter to USCE re: Shoaling | | |
| 298 | Steve Moshesr's Letter to USCE regarding Hurrican Brett and Shoaling | | |
| 299 | Oversized (3) Permits list from 1/13/00 to 10/14/01 | | |

| | | | |
|---|---|---|---|
| 300 | Reference Chart and Navigation Notes (Laguna Madre) | | |
| 301 | Report of Marine Accident, Injury or Death | | |
| 302 | Diagram/Design of General Arrangement Open Hopper Box Barge | | |
| 303 | Diagram/Design of General Arrangement Open Hopper Box Barge | | |
| 304 | Diagram of Damaged Bridge | | |
| 305 | Intercoastal Waterway Aids (page 18) | | |
| 306 | NOAA Survey Results & Nauttical Charting Issues regarding collapse | | |
| 307 | NOAA's "Tides Online" Internet printout | | |
| 308 | NOAA's Tides online data | | |
| 309 | Photographs of Barge | | |
| 310 | Photographs taken by Texas Parks & Wildlife | | |
| 311 | Port of Brownsville Guard Log for 9/14/01 | | |
| 312 | Records from Allstate regarding Bridgett Goza's losses | | |
| 313 | Map of Rio Grande Valley | | |
| 314 | Texas Parks & Wildlife Boating Accident Report | | |
| 315 | TX Dot File | | |
| 316 | TX DOT Inspection Report dated 10/12/01 | | |
| 317 | TX DOT Inspection Reprot Dated 11/1/01 | | |
| 318 | TX DOT permits for bridge reconstruction | | |
| 319 | Insurance Policies | | |
| 320 | Maintenance Logs - different dates from 1998 to 2002 | | |
| 321 | Brown Water Daily Log from 8/1/01 to 10/8/01 | | |
| 322 | Brown Water Daily Logs from 8/1/01 to 10/31/01 | | |
| 323 | Boarding Report dated 9/15/01 | | |
| 324 | Traffic Booking Sheet from 8/1/01 to 10/26/01 | | |
| 325 | Vessel Position and Radio Logs 8/15/01 to 10/15/01 | | |
| 326 | Report of Safety meetings | | |
| 327 | ACBL's letter to Mosher re: notifying ACBL of any incidents | | |
| 328 | Photograph (black & white) of tug boat | | |
| 329 | Letter from Brown Water to Robert Chambers re: Salvage of Vessel | | |
| 330 | Check to Texas General Land for spillage of Brown Water's vessel | | |
| 331 | Letter from Brown Water to Gartcia re: Brown Water sinking of 4/3 | | |
| 332 | Letter of State Intereset regarding Oil Spillage of Brown Water's Vessel | | |
| 333 | Report of Marine Accident of 4/30/00 | | |
| 334 | Great American's Letter to Brown Water of claim for 4/30/00 claim | | |
| 335 | Mosher's letter to Robert Chambers re: Salvage for Brown Water's vessel | | |
| 336 | Oil Spillage Response Completion Report | | |
| 337 | Letter from Mosher to Schlegel Re: Spill & Hull Losses | | |
| 338 | Letter from Chambers to COTP MSO re: Salvage Opeation | | |
| 339 | USDOT's Notice of Federal Interest for an Oil Pollution Incident | | |
| 340 | Diagram of Vessel with diver information | | |

| 341 | Litigation Docs regarding Pt. Comfort v. Brown Water ($2K Settlement) | | |
|---|---|---|---|
| 342 | Incident Report of Captain Robinson for DOI of 1/22/01 | | |
| 343 | DOT's Report of Marine Accident for incident of 1/22/01 | | |
| 344 | Brown Water's Original Answer to Pt. Comfort's Petition | | |
| 345 | Memo to All Vessel Capttains re: Engine Logs not filled properly | | |
| 346 | Report of Marine Accident for 10/26/01 | | |
| 347 | Report of Marine Accident for 2/9/01 incident | | |
| 348 | Letter from Brown Water re:  difference rates for box barges & oversize barges | | |
| 349 | Reports of Marine Accidents (8/27/01; 10/31/00; 11/11/00; and 10/24/00) | | |
| 350 | Vessel Boarding Reports & Federal Interest for Oil Pollution Incident | | |
| 351 | Olympic Marine's Notice of Claim to Brown Water | | |
| 352 | Gulf Coast Barge Service Signed Release to Brown Water | | |
| 353 | Letter from Brown Water to Kelly King regarding damaged barge | | |
| 354 | Report of Survey Vessel Attendance (from Zurich to Brown Water) | | |
| 355 | Damage Survey Sttel Tank Barge M-322 | | |
| 356 | Gulf Coast Barge Seervices letter to Zurich re: Halter Calcasiieu's Invoices | | |
| 357 | Zurich's Letter to Gulf Coast Barge Re: settlement for damage to barges | | |
| 358 | ACBL's Letter to Chapman re:  Notices for damages barges | | |
| 359 | Damage Reports by Sabine Surveyors, Inc. | | |
| 360 | Bids for Repairs of M321 and M322 | | |
| 361 | Crewman & Employee Safety Manual | | |
| 362 | Brown Water's Report of Safety Meetings | | |
| 363 | Brown Water's Operation's Manual | | |
| 364 | Twin Dis Marine Transmission Parts Book | | |
| 365 | Marine Surveying Co.'s Condition & Valuation Survey of Brown Water V | | |
| 366 | Brown Water's Elements of Marine Propulsion | | |
| 367 | Detroit Diesel V-71 Service Manuals | | |
| 368 | Marine Surveying Co.'s Condition & Valuation Survey of Brown Water V | | |
| 369 | Barge Specifications & tonnage | | |
| 370 | Fax Cover Sheet from ACBL & Royston - list of items for completion | | |
| 371 | Correspondence between ACBL & Brown Water regarding accident | | |
| 372 | Barge Drawings #15147 | | |
| 373 | Barge Drawing #B12171 | | |
| 374 | Brown Water's Bill of Sale for Brown Water V | | |
| 375 | Preferred Mortgage of Vessel for Brown Water V | | |
| 376 | Bill of Sale for Vessel M/V Lillian Thwing | | |
| 377 | Coast Guard's Vessel Documentation Renewal Decal Form | | |
| 378 | Les Cassidy's Letter to Tim Chapman enclosing Cert. Of Documentation | | |
| 379 | Relesae of Lien for M/V Lilliam Thwing | | |

| | | | |
|---|---|---|---|
| 380 | Notice of Release of Maritime Lien | | |
| 381 | Documents regarding purchase of M/V Lillian Thwing | | |
| 382 | Letter from Atty Chapa to Tim Chapman regarding purchase of Lillian Thwing | | |
| 383 | Letter outlining deficiences in processing sale of Lillian Thwing | | |
| 384 | Documents regarding purchase of MV Thwing | | |
| 385 | Satisfaction of Mortgages | | |
| 386 | Claims and checks paid by Littleton Claims Service | | |
| 387 | Claims by M/V Arabian against Brown Water V | | |
| 388 | Claim of Orgulf Transport v. Brown Water V and check to Orgulf by Brown Water V | | |
| 389 | Coast Guard's Bill to Brown Water and Claims by companies against Brown Water V | | |
| 390 | Detroit Diesel Component List and Service Manual | | |
| 391 | Reference Guide -- Atlantic Uniden | | |
| 392 | Marine Radar Instruction Manual | | |
| 393 | Technical Manual for Searchlight 550 Watt | | |
| 394 | Certicate of Insruance -- Brown Water | | |
| 395 | Undated Personnel Leasing Agreement by Brown Water Marine & Brown Water Towing | | |
| 396 | Letter from Brown Water re:  Labor Rates | | |
| 397 | Brown Water's Letter to ACBL re:  Accessing Union City Rates | | |
| 398 | Letter from Bean Marine to Brown Water re:  Union City Rate Sheets | | |
| 399 | Multiple invoices and work orders between Brown Water & ACBL | | |
| 400 | Brown Water's Causeway Accident Notification | | |
| 401 | Black & White Photographs of Barge | | |
| 402 | Work Order for Brown Water V -- needing throttle sticking | | |
| 403 | Black & White Photographs of Tug Boat | | |
| 404 | Telephone Logs of Brown Water | | |
| 405 | Statement of Francis J. McGarry | | |
| 406 | Statement of JW Block with USCG | | |
| 407 | Statement of Fowler with USCG | | |
| 408 | Statement of Levy Olds with USCG | | |
| 409 | Affidavit of Eddie Arriola | | |
| 410 | Affidavit of Stephen Mosher | | |
| 411 | other Lawsuits against Brown Water | | |
| 412 | Brown Water's  Facility & Corporate ER Response & Spill Manual | | |
| 413 | Texas Parks & Wildlife Boating Accident Report | | |
| 414 | Administrative Services Agreement by Brown Water & Brown Water marine | | |
| 415 | Employee Records | | |
| 416 | Audit of Brown Water Marine Service for Brown Water VI & VII | | |
| 417 | Vessel Logs from 8/1/01 to 10/31/01 | | |
| 418 | Original Petition of Point Comfort Towing vs. Brown Water | | |
| 419 | DWS international, Inc.'s Preliminary Report (bottom survey) | | |
| 420 | Civil Docket Sheet:  Lewis vs. Falcon Drilling & Brown Water | | |
| 421 | Civil Docket Sheet:  Mitchell v. Brown Water | | |

| | | | |
|---|---|---|---|
| 422 | Civil Docket Sheet: Brackeen vs. Brown Water | | |
| 423 | Video of Day in the Life of Rene Mata | | |
| 424 | Texas Parks & Wildlife Records regarding accident by Marshall's | | |
| 425 | Accidetn Records from Texas DPS including 7 videos | | |
| 426 | Accident Records from Texas Dept. of Transportation - - 3 CDs (By Marshall's) | | |
| 427 | FIOA Records from US Army Corp of Engineers regarding Accident -- 1 CD (By Marshall's) | | |
| 428 | blue Ribbon partial records from US Coast Guard (By Marshall's) | | |
| 429 | Accident Records from Harlingen Fire Department (By Marshall's) | | |
| 430 | Accident Records from Port Isabel Fire Dept. | | |
| 431 | Accident Records from Brownsville Fire Dept. | | |
| 432 | Accident Records from Brownsville EMS | | |
| 433 | Weather Records from National Climatic Data Center | | |
| 434 | Accident coverage from KNVO-TV Chanel 48 | | |
| 435 | Billing Records from South Texas Emergency Care Foundation, Inc./Valley Air Care regarding Brigette Goza | | |
| 436 | Medical Records from South Texas Emergency Care Foundation, Inc./Valley Air Care regarding Brigette Goza | | |
| 437 | Medical Records from South Texas Emergency Care Foundation, Inc./Valley Air Care regarding Gustavo Morales | | |
| 438 | Billing Records from South Texas Emergency Care Foundation, Inc./Valley Air Care regarding Gustavo Morales | | |
| 439 | Billing Records from Valley Doctor's Clinic regarding Gustavo Morales | | |
| 440 | Certified Copy of Death Certificate of Julio Cesar Mireles Gonzalez | | |
| 441 | Certified Copy of Records from the US Coast Guard, National Vessel Documentation Center | | |
| 442 | Darling Mouser Funeral Home - medical records regarding Robert V. Harris | | |
| 443 | Darlinge Mouser Funeral Home - billing records regarding Robert V. Harris | | |
| 444 | Billing Records from Dr. David Feltoon regarding Estevan Rivas | | |
| 445 | Medical Records from Dr. David Feltoon regarding Esteban Rivas | | |
| 446 | Billing Records from Dr. Ann Gutierrez regarding Brigette Goza | | |
| 447 | Accident Records from South Padre Island Fire Department | | |
| 448 | Accident Records from Office of Attorney General | | |
| 449 | Accident Records from Cameron County District Attorney's Office | | |
| 450 | Accident Records from Los Fresenos EMS | | |
| 451 | Accident Records from KGBT - Channel 4 | | |
| 452 | Accident Records from KGBT - Channel 5 | | |
| 453 | Accident Records from US Coast Guard - FIOA Request Investigation | | |
| 454 | Dive Team Records from Texas Department of Public Safety, Office of General Counsel | | |

| | | | |
|---|---|---|---|
| 455 | Billing Records from Dr. She Ling Wong pertaining to Bridgette Goza | | |
| 456 | Medical Records from Coastal Radiology Consultants pertaining to Bridgette Goza | | |
| 457 | Billing Records from Coastal Radiology Consultants pertaining to Bridgette Goza | | |
| 458 | Billing Records from The Schumacher Group | | |
| 459 | Medical Records from Valley Doctor's Clinic regarding Gustavo Morales | | |
| 460 | Accident Records from Federal Bureau of Investigation | | |
| 461 | Accident Records from US Customs (U.S Dept. of Homeland Security) | | |
| 462 | Accident Records from Port Isabel Police Department | | |
| 463 | Pathology Records from Valley Baptist medical Center regarding Robert V. Harris | | |
| 464 | funeral Records from Monte Meta Memorial Part regarding Robert V. Harris | | |
| 465 | Billing Records from Monte Meta Memorial Park regarding Robert V.  Harris | | |
| 466 | Business Records from Justice of the Peace regarding Robert V. Harris | | |
| 467 | Business Records from Bureau of Vital Statistics Brownsville regarding Robert V. Harris | | |
| 468 | Pathology Records from Valley Baptist Medical Center pertaining to Stvan Rivas | | |
| 469 | Funeral Records from Buena Vista Funeral Home pertaining to Stvan Rivas | | |
| 470 | Funeral Records & Billing Records from Calvary Home Funeral Home & Cemetary regarding Stvan Rivas | | |
| 471 | Business Records from Burean of Vital Statistics/Brownsville regarding Stvan Rivas | | |
| 472 | Business Records form Justice of the Peace/Bennie Ochoa, III regarding Stvan Rivas | | |
| 473 | Pathology Records from Valley Baptist medical Center regarding Robin Faye Leavelle | | |
| 474 | Billing Records from Valley Baptist medical Center regarding Robin Faye Leavell | | |
| 475 | Business Records from Justice of the Peace/Bennie Ochoa, III regarding Robin Faye Leavell | | |
| 476 | Business Records from Bureau of Vital Statistics Brownsville regarding Robin Faye leavell | | |
| 477 | Funeral Records from Highland Memorial Park regarding Robin Faye Leavell | | |
| 478 | Billing Records from Highland Memorial Park regarding Robin Faye Leavell | | |
| 479 | Pathology Records from Valley Baptist Medical regarding Julio Cesar Mireles | | |
| 480 | Funeral Records from Delta Funeral Home regarding Julio Cesar Mireles | | |
| 481 | Billing Records from Delta Funeral Home regarding Julio Cesar Mireles | | |
| 482 | Business Records from Bureau of Vital Statistics Brownsville regarding Julio Cesar Mireles | | |
| 483 | Business Records from Justice of the Pece Bennie Ochoa, III regarding Julio Cesar Mireles | | |
| 484 | Pathology Records from Valley Baptist medical Center regarding Gaspar Hinojosa | | |

| | | | |
|---|---|---|---|
| 485 | Billing Records from Valley Baptist medical Center regarding Gaspar Hinojosa | | |
| 486 | Medical Records from Valley Regional Medical Center regarding Gaspar Hinojosa | | |
| 487 | Billing Records from Valley Regional medical Center regarding Gaspar Hinojosa | | |
| 488 | Funeral Records from Ramirez-Salinas Funeral Home regarding Gaspar Hinojosa | | |
| 489 | Billing Records from Ramirrez-Salinas Funeral Home regarding Gaspar Hinojosa | | |
| 490 | Medical Records from Los Fresnos EMS regarding Gaspar Hinojosa | | |
| 491 | Billing Records from Los Fresnos EMS regarding Gaspar Hinojosa | | |
| 492 | Funeral Records from American Red Cross - South Texas Chapter regarding Gaspar Hinojosa | | |
| 493 | Billing Records from American Red Cross - South Texas Chapter regarding Gaspar Hinojosa | | |
| 494 | Business Records from Justice of the Peace Bennie Ochoa III regarding Gaspar Hinojosa | | |
| 495 | Business Records from Bureau of Vital Statistics Brownsville regarding Gaspar Hinojosa | | |
| 496 | Accident Records from Port of Brownsville Harbormaster | | |
| 497 | Accident Records from AG Hillpower | | |
| 498 | Pathology/Billing Records from Valley Baptist medical Center regarding Hector Martinez, Jr. | | |
| 499 | Pathology/Billing Records from Valley Baptist medical Center regarding Barry Welch | | |
| 500 | Pathology/Billing Records from Valley Baptist medical Center regarding Chelsea Welch | | |
| 501 | Accident Records from Cameron County Sheriff's Department | | |
| 502 | Accident Records from SIMA/NRMF Dive Team | | |
| 503 | Accident Records from Texas Highway Patrol re:  Dive Team | | |
| 504 | Medical Records from South Texas Veteran Health Care System for Hector Martinez, Sr. | | |
| 505 | Withdrawn | | |
| 506 | Coast Guard Hearing Transcripts and Exhi bits related to this allision | | |
| 507 | Stvan Rivas Family photographs, video tapes, special occasion cards which evidence the familial relationship between Stvan Rivas and his parents | | |
| 508 | U.S. Life Tables | | |
| 509 | Employment Records of Stvan Rivas | | |
| 510 | Letter written by Chealsa Kimbrell Welch on 06-28-97 to William E. Kimbrell | | |
| 511 | Letters to William E. Kimbrell from Betty Chase | | |
| 512 | Pardon from State Board of Pardons and Paroles Re:  William Kimbrell's Offense Doc No. 8558-000003 | | |
| 513 | Withdrawn | | |

| | | | |
|---|---|---|---|
| 514 | Texas Peace Officer's Accident Report / Fatality Accident Report of 09/25/01 doc. no. 8558-000004/13 | | |
| 515 | Certificate of Death re: Chealsa Louise Welch (Kimbrell) doc. no. 8558-000030 | | . |
| 516 | Autopsy Report re: Chealsa Louise Welch (Kimbrell) doc. no. 8558-000031/34 | | |
| 517 | DWQ Records re: KRGV - TV Channel 5 with Videotape doc. no. 8558-000043/44 (Admissible) | | |
| 518 | Birthday Card from Chealsa to little sister Shyanne dated 2/21/01 doc. no. 8558-000045/46 | | |
| 519 | William Kimbrell's Bell Atlantic Phone Bill from Period February 4 - March 3, 1998 doc no. 8558-000047/57 | | |
| 520 | William Kimbrell's Bell Atlantic Phone Bill from Period March 4 - April 3, 1998 doc. no. 8558-000058/64 | | |
| 521 | William Kimbrell's Bell Atlantic Phone Bill from Period June 4 - July 3, 1998 doc. no. 8558-000065/72 | | |
| 522 | Email to Barry & Chealsa Welch Sent 9-12-01, after Terrorist Attacks, Re: Coincidence of Dates doc. no. 8558-000082/83 | | |
| 523 | Newspaper Articles re: Queen Isabella Bridge Collapse & Obituaries/Funeral Services doc. no. 8558-000106/117 | | |
| 524 | Thank You & Christmas cards from Chealsa Welch & Betty Chase doc. no. 8558-000118/122 | | |
| 525 | Receipt from Travelers Express Company, Inc. for $15 that Mr. Kimbrell Sent Chealsa on 01-23-98 doc. no.8558-000123/123 | | |
| 526 | Certified Copy of Birth Certificate of Chealsa Louise Kimbrell doc no. 8558-000145 | | |
| 527 | Withdrawn | | |
| 528 | DWQ Records from Pathology Laboratory doc no. 8558-000147 | | |
| 529 | Family Photos of Chealsa Kimbrell Welch, including Husband & Son doc. no. 8558-PX000001 | | |
| 530 | Family Photos of Chealsa Kimbrell Welch, including Husband & Son doc. no. 8558-PX000002 | | |
| 531 | Family Photos of Chealsa Kimbrell Welch, including Husband & Son doc. no. 8558-PX000003 | | |
| 532 | Family Photos of Chealsa Kimbrell Welch, including Husband & Son doc. no. 8558-PX000004 | | |
| 533 | Family Photos of Chealsa Kimbrell Welch, including Husband & Son doc. no. 8558-PX000005 | | |

| | | | |
|---|---|---|---|
| 534 | Family Photos of Chealsa Kimbrell Welch, including Husband & Son doc. no. 8558-PX000005 | | |
| 535 | Family Photos of Chealsa Kimbrell Welch, including Husband & Son doc. no. 8558-PX000006 | | |
| 536 | Family Photos of Chealsa Kimbrell Welch, including Husband & Son doc. no. 8558-PX000007 | | |
| 537 | Family Photos of Chealsa Kimbrell Welch, including Husband & Son doc. no. 8558-PX000008 | | |
| 538 | Family Photos of Chealsa Kimbrell Welch, including Husband & Son doc. no. 8558-PX000009 | | |
| 539 | Family Photos of Chealsa Kimbrell Welch, including Husband & Son doc. no. 8558-PX000010 | | |
| 540 | Family Photos of Chealsa Kimbrell Welch, including Husband & Son doc. no. 8558-PX000011 | | |
| 541 | Family Photos of Chealsa Kimbrell Welch, including Husband & Son doc. no. 8558-PX000012 | | |
| 542 | Family Photos of Chealsa Kimbrell Welch, including Husband & Son doc. no. 8558-PX000013 | | |
| 543 | Family Photos of Chealsa Kimbrell Welch, including Husband & Son doc. no. 8558-PX000014 | | |
| 544 | Family Photos of Chealsa Kimbrell Welch, including Husband & Son doc. no. 8558-PX000015 | | |
| 545 | Family Photos of Chealsa Kimbrell Welch, including Husband & Son doc. no. 8558-PX000015 | | |
| 546 | Family Photos of Chealsa Kimbrell Welch, including Husband & Son doc. no. 8558-PX000016 | | |
| 547 | Family Photos of Chealsa Kimbrell Welch, including Husband & Son doc. no. 8558-PX000017 | | |
| 548 | Family Photos of Chealsa Kimbrell Welch, including Husband & Son doc. no. 8558-PX000018 | | |
| 549 | Family Photos of Chealsa Kimbrell Welch, including Husband & Son doc. no. 8558-PX000019 | | |
| 550 | Family Photos of Chealsa Kimbrell Welch, including Husband & Son doc. no. 8558-PX000020 | | |
| 551 | Family Photos of Chealsa Kimbrell Welch, including Husband & Son doc. no. 8558-PX000021 | | |
| 552 | Family Photos of Chealsa Kimbrell Welch, including Husband & Son doc. no. 8558-PX000022 | | |
| 553 | Family Photos of Chealsa Kimbrell Welch, including Husband & Son doc. no. 8558-PX000023 | | |
| 554 | Wedding Photos of Chealsa & Barry Welch doc. no. 8558-PX000024 | | |
| 555 | Wedding Photos of Chealsa & Barry Welch doc. no. 8558-PX000025 | | |
| 556 | Photo of Chealsa as a baby provided by William Kimbrell doc. no. 8558-PX000060 | | |

| | | | |
|---|---|---|---|
| 557 | Photo of Chealsa as a baby provided by William Kimbrell doc. no. 8558-PX000061 | | |
| 558 | Photo of Chealsa as a baby provided by William Kimbrell doc. no. 8558-PX000062 | | |
| 559 | Photo of Chealsa as a baby provided by William Kimbrell doc. no. 8558-PX000063 | | |
| 560 | Photo of Chealsa as a baby provided by William Kimbrell doc. no. 8558-PX000064 | | |
| 561 | Photo of Chealsa as a young child provided by William Kimbrell doc. no. 8558-PX000065 | | |
| 562 | Photo of Chealsa as a young child provided by William Kimbrell doc. no. 8558-PX000066 | | |
| 563 | Photo of Chealsa as a young child with William E. Kimbrell provided by William Kimbrell doc. no. 8558-PX000067 | | |
| 564 | Photo of Chealsa as a young child with William E. Kimbrell's second wife's children provided by William Kimbrell doc. no. 8558-PX000068 | | |
| 565 | Photo of Chealsa as a young child with family provided by William Kimbrell doc. no. 8558-PX000069 | | |
| 566 | Photo of Chealsa as a baby, young child and teenager provided by William Kimbrell doc. no. 8558-PX000070 | | |
| 567 | Photo of Chealsa as a young child on first day of school in Arlington, Georgia provided by William Kimbrell doc. no. 8558-PX000071 | | |
| 568 | Photo of Chealsa on her birthday in Arlington, Georgia at William E. Kimbrell's mother's home provided by William Kimbrell doc. no. 8558-PX000072 | | |
| 569 | Photo of Chealsa at William E. Kimbrell's mother's home in Arlington, Georgia provided by William Kimbrell doc. no. 8558-PX000073 | | |
| 570 | Photo of Chealsa with teddy bear in Arlington, Georgia provided by William Kimbrell doc. no. 8558-PX000074 | | |
| 571 | Photo of Chealsa as a young child at Walt Disney World provided by William Kimbrell doc. no. 8558-PX000075 | | |
| 572 | Photo of Chealsa as a young child with her dog in Arlington, Georgia provided by William Kimbrell doc. no. 8558-PX000076 | | |
| 573 | Photo of Chealsa as a young child with her dog in Arlington, Georgia provided by William Kimbrell doc. no. 8558-PX000077 | | |

| | | | |
|---|---|---|---|
| 574 | Photo of Chealsa as a young child at William E. Kimbrell's mother's house in Arlington, Georgia provided by William Kimbrell doc. no. 8558-PX000078 | | |
| 575 | Photo of Chealsa as a teenager provided by William Kimbrell doc. no. 8558-PX000079 | | |
| 576 | Photo of Chealsa as a teenager provided by William Kimbrell doc. no. 8558-PX000080 | | |
| 577 | Photo of Chealsa as a teenage beauty queen provided by William Kimbrell doc. no. 8558-PX000081 | | |
| 578 | Photo of Chealsa as a teenage beauty queen provided by William Kimbrell doc. no. 8558-PX000082 | . | |
| 579 | Photo of Chealsa as a teenage beauty queen provided by William Kimbrell doc. no. 8558-PX000083 | | |
| 580 | Photo of Chealsa as a teenage beauty queen provided by William Kimbrell doc. no. 8558-PX000084 | | |
| 581 | Photo of Chealsa as a teenage beauty queen provided by William Kimbrell doc. no. 8558-PX000085 | | |
| 582 | Fashion Model Photo of Chealsa taken on 5/22/97 with note to William E. Kimbrell doc. no. 8558-PX000086 | | |
| 583 | Fashion Model Photo of Chealsa doc. no. 8558-PX000087 | | |
| 584 | Fashion Model Photo of Chealsa doc. no. 8558-PX000088 | | |
| 585 | Fashion Model Photo of Chealsa doc. no. 8558-PX000089 | | |
| 586 | Photo of Chealsa's son, William B. Welch doc. no. 8558-PX000090 | | |
| 587 | Photo of Chealsa as a teenager doc. no. 8558-PX000091 | | |
| 588 | Photo of Chealsa as a teenager doc. no. 8558-PX000092 | | |
| 589 | Wedding photo of Chealsa doc. no. 8558-PX000093 | | |
| 590 | Photo of William Kimbrell with grandson, William B. Welch doc. no. 8558-PX000094 | | |
| 591 | Photo of Chealsa with little sister, Shyanne, at the beach  doc. no. 8558-PX000095 | | |
| 592 | Medical/Psychological  Records from F. Irigoyen, M.D., regarding Rolando Moya | | |
| 593 | Billing Records from Dr. Irigoyen regarding Rolando Moya | | |

| | | | |
|---|---|---|---|
| 594 | Medical/Psychological Records from F. Irigoyen,M.D. regarding Alberto L. Moya | | |
| 595 | Billing Records from F. Irigoyen, M.D. regarding Alberto L. Moya | | |
| 596 | Medical/Psychological Records from F. Irigoyen, M.D. regarding Antonio Salinas, Jr. | | |
| 597 | Billing Records from F. Irigoyen, M.D., regarding Antonio Salinas, Jr. | | |
| 598 | Medical/Psychological Recordds from F. Irigoyen regarding Roberto Espericueta | | |
| 599 | Billing Records from F. Irigoyen, M.D. regarding Roberto Espiricueta | | |
| 600 | ACBL'S  Vessel Management Guide - Work Practices | | |
| 601 | Press Release -- All AWO Members Commit to Industry Safety Program dated 8/31/98 | | |
| 602 | Press Release -- Countdown Begins fro AWO Membber Compliance with Safety Program (Non-compliant will loose membership, says Safety Vice President) | | |
| 603 | Press Release -- AWO Annnounces Safety Program Compliance Achievement (Termination of 11 Non-Compliant Members "Regrettable") | | |
| 604 | ACBL's Rates from different Ports (ACBL bates #A-995 to 1000) | | |
| 605 | Security and Exchange Commission (Washington DC) -- Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for Fiscal Year ended 12/28/01 | | |
| 606 | AWO Responsible Carrier Program Independent Audit of Kindra Lake Towing LP completed on 5/24/01 | | |
| 607 | The American Waterways Operators --Responsible Carrier Program (Manual) bates No. MIR 01103 to M01277 | | |
| 608 | Brown Water's letter to customers dated 1/7/00 regarding increase in fuel rates | | |
| 609 | Medical and Billing Records from Alamo City Medical Group (Dr. Snoga) Clarissa Hinojosa | | |
| 610 | Records from Zachary Middle School (Ms. Kathy Posey) regarding Clarissa Hinojosa | | |
| 611 | Medical and Billing Records from Dr. OJ Rodriguez regaríndg Clarissa  Hinojosa | | |
| 612 | medical and billing Records from McAllen Veterans Hospital regarding Gaspar Hinojosa | | |
| 613 | Fred Cantu Wrecker Service | | |
| 614 | Stephanie Garcia, M.D -- medical and billing records pertainingg to Bridgette Goza | | |
| 615 | JP Records of Bennie Ochoa, III regarding Stvan Rivas (Death Certificate) | | |
| 616 | Bureau of Vital Statistics - Records regarding Stvan Rivas (death certificate) | | |
| 617 | Dr. Joe G. Gonzales, MD's expert report and CV | | |
| 618 | T. Walter Harrell's expert report and CV | | |
| 619 | Amy Dixon Balckmon's expert report and CV | | |
| 620 | Gene Trevino's expert report and CV | | |
| 621 | Dr. Fructuoso Irigonyen's expert report and CV | | |
| 622 | Captain Disler's Report  & CV | | |
| 623 | Captain William Beacom's expert report & CV | | |
| 624 | Richard F. Silloway's expert report & CV | | |

| | | | |
|---|---|---|---|
| 625 | Jody Ellington's expert report & CV | | |
| 626 | Toribio Garza's expert report & CV | | |
| 627 | NOAA Presentation | | |
| 628 | Bigo's International Tax Returns | | |
| 629 | Cargo Load list from Gulf Stream Marine | | |
| 630 | Dr. Feltoon's Case Listing | | |
| 631 | Documents from Sabine Surveyors relating to Brown Water Marine | | |
| 632 | James Sanborn's subpoena docs. | | |
| 633 | Medical and Billing Records of Ruben M. Lopez, MD regarding Rene Mata | | |
| 634 | Medical and billing Records from Brownsville Nrurological Institute regarding Rene Mata | | |
| 635 | Medical and Billing Records from Brownsville Open MRI regarding Rene Mata | | |
| 636 | Medical and Billing Records from Valley Baptist Medical Center regarding Rene Mata | | |
| 637 | Medical and Billing Records from Medical Homecare, Inc. regarding Rene Mata | | |
| 638 | Medical and Billing Records from Neurological Surgery Adult & Pediatric regarding Rene Mata | | |
| 639 | Medical and Billing Records from South Texas Emergency Care Foundation regarding Rene Mata | | |
| 640 | Medical and Billing Records from EmCare Emergency regarding Rene Mata | | |
| 641 | Medical and Financial Records from Jefferson Cartwright MD, Jennie Volpe, PA-C, Valley Orthopedic Surgery regarding Rene Mata | | |
| 642 | Medical and Billing Records from Harlingen Anesthesia regarding Rene Mata | | |
| 643 | Medical and Billing Records from Heart Clinic PA | | |
| 644 | Medical and Billing Records from Coastal Radiology Consultants, PA regarding Rene Mata | | |
| 645 | Medical and Financial Records from Pathology Laboratories regarding Rene Mata | | |
| 646 | Medical and Billing Records from Valley Regional Medical Center regarding Rene Mata | | |
| 647 | Medical and Billing Records from Valley Comprehensive Management Center regarding Rene Mata | | |
| 648 | Medical and Billing Records from Harlingen Community Emergency Care Foundation regarding Rene Mata | | |
| 649 | Medical and Billing Records from Advanced Medical Supply Co. regarding Rene Mata | | |
| 650 | Medical and Billing Records from Dr. Joe G. Gonzalez regarding Rene Mata | | |
| 651 | Medical and Financial Records from Los Fresnos Family Health Clinic regarding Rene Mata | | |
| 652 | Records from JP Burlette (Brownsvilel FD Diver that discovered Stvan's body | | |
| 653 | Medical and Financial Records from T. Walter Harrell regarding Mata family | | |
| 654 | Medical and Billing Records from Amy Dixon Blackmon (MediSysRehabilitation) regarding Mata Claimants | | |
| 655 | Records from Gene Trevino regarding Mata Claimants | | |
| 656 | Records from Jerome Modell, MD | | |

| | | | |
|---|---|---|---|
| 657 | Payroll Records//Daily Logs from 12/28/98 to 9/20/99 signed by Eduaro Ramirrez | | |
| 658 | Condition Survey Report dated 10/26/01 from Earl Hatfield Marine Surveyor | | |
| 659 | Condition Survey Report dated 10/28/01 from Earl Hatfield Marine Surveyor -- with photographs | | |
| 660 | ACBL's Rights, Accountability -- Safety Rules Handbook | | |
| 661 | ACBL's Policy and Procedures for Vessel Hourly Employees | | |
| 662 | U.S. Dept. of Homeland Security Records -- regarding formal investigation of Brown Water V and Queen Isabella Bridge  -- Report of Investigation | | |
| 663 | United States Coast Guard Investigation Records (Volume 1) | | |
| 664 | United States Coast Guard Investigation Records (Volume 2) | | |
| 665 | United States Coast Guard Investigation Records (Volume 3) | | |
| 666 | Lake Diesel's Report & invoices | | |
| 667 | Press Release:  4/14/00 "Lott, Slater, Card Honor Responsible Safety Program in Capitol Hill Ceremony" | | |
| 668 | Barry R. Welch's 1997 Income Tax Returns | | |
| 669 | Barry R. Welch's 1998 Income Tax Returns | | |
| 670 | B arry R. Welch & Chelsa Welch's 1999 Income Tax Returns | | |
| 671 | Barry R. Wlch & Chelsa Welch's 2000 Income Tax Returns | | |
| 672 | Sketches for Proposed Causeway Bridge | | |
| 673 | Nautical Chart 1130 Intracoastal Waterway -- Stover Point to Port Brownsville | | |
| 674 | Economic Loss Report for Robert V. Harris by Burton, McCumber &  Cortez, LLP | | |
| 675 | Various Family Photos of Robert V. Harris and family | | |
| 676 | Funeral Photos of the Funeral services and burial of Robert V. Harris | | |
| 677 | Driver License of Robert V. Harris | | |
| 678 | Pre-Autopsy Report Photos of Robert V. Harris at Valley Baptist Medical Center | | |
| 679 | Copies of awards and certificates presented to Robert V. Harris for his service as Fire Chief of the City of Port Isabel, Texas | | |
| 680 | Newspaper Articles on Rene Mata | | |
| 681 | Expert Report with attachments of Michael D. Russell | | |
| 682 | Condition Survey Report dated 10/27/01 from Earl Hatfield Marine Surveyor | | |
| 683 | Survey Report from ACBL's Expert Joe Hargiss - 12/20/01 | | |
| 684 | Expert Report with attachments of Allan R. Schultz (Marine Surveyor/Naval Architect | | |
| 685 | Expert Report with attachemnts of Captain R. W. Yates | | |
| 686 | Supplemental Panel Report of Disler/Deck | | |
| 687 | Expert Report with attachments of Clovis Morrison, P.E. of Morrison & Associates, Consulting Engineers | | |