United States District Court
Southern District of Texas
FILED

**ORIGINAL**

JUN 1 5 2005

Michael N. Milby
Clerk of Court

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| IN RE: THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., et al. | CASE NO.    B-01-157<br>Consolidated with: B-01-004 and B-02-125 |
| | **Defendant's Exhibit List** |
| Judge Hilda G. Tagle | Case Manager: Estella Cavazos<br>Court Reporter: Breck Record |
| List of Third-Party Defendant Cameron County | Proceeding        Date: |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 1 | USCG Final Report of Formal Investigation dated 4-28-05 | | |
| 2 | Excerpts of Captain David Fowler Deposition | | |
| 3 | Excerpts of Captain Rocky Wilson Deposition | | |
| 4 | Excerpts of U. S. Department of Transportation /U.S. Coast Guard Marine Safety Office Hearing on October 9, 2001 - In the matter of: Allision of Brown Water V with Queen Isabella Causeway , D/L September 15, 2001 | | |
| 5 | ABCL audit of BW VI and VII | | |
| 6 | American Admiralty Bureau's Preview of a Tow Configuration and Power Guide | | |
| 7 | Army Corps Records, Plans and Charts | | |
| 8 | AWO Audit of M/V Brown Water VI and VII by Marine Resources - 3/00<br>Deposition Exhs 24, 28 and 103 | | |
| 9 | AWO Responsible Carrier Program Audit Checklist<br>Deposition Exh 30 | | |
| 10 | Audit, RCP Inland Towing Vessel Checklist<br>Deposition Exh 31 | | |
| 11 | ACBL - open hopper box barge: general arrangement, 200X35X12 design HD 200-35-041 | | |
| 12 | ACBL - open hopper box barge: general arrangement, 200X35X13 design HD 200-35-075 | | |
| 13 | Accident notification + attachment | | |

| 14 | Administrative Services Agreement | . | |
| 15 | Affidavit of Value and Pending Freight by Stephen Mosher dated 9/15/01 | | |
| 16 | Affidavit of Eddie Arriola | | |
| 17 | Affidavit of Agustin Briseno | | |
| 18 | Affidavit of Rafael Briseno | | |
| 19 | Affidavit of Joe Lee Bryant | | |
| 20 | Affidavit of Daniel Bryant (USCG) | | |
| 21 | Affidavit of Daniel Ceballos (USCG) | | |
| 22 | Affidavit of Phil Colo (USCG) | | |
| 23 | Affidavit of Steve Ellis | | |
| 24 | Affidavit of Cliff Fleming | | |
| 25 | Affidavit of Victor Franco | | |
| 26 | Affidavit of Gustavo Garcia | | |
| 27 | Affidavit of Dolores Goette | | |
| 28 | Affidavit of Harry Goette | | |
| 29 | Affidavit of Mark Guillot | | |
| 30 | Affidavit of Phillip Langley<br>Deposition Exh 118 | | |
| 31 | Affidavit of Joseph Mock | | |
| 32 | Affidavit of Ramon Moreno | | |
| 33 | Affidavit, Sworn - Steve Mosher re procedures and practices for hiring tug/push boat operators | | |
| 34 | Affidavit of Dan Reeves | | |
| 35 | Affidavit of Russel Robinson | | |
| 36 | Affidavit of Dale Ray Stockton | | |
| 37 | Affidavit of Russell Stockton | | |
| 38 | Affidavit of Dewitt Thomas | | |
| 39 | Affidavit of Janie Valdez | | |

| 40 | Affidavit of Michael Wheelington, Texas Parks & Wildlife, for Search and Seizure | | |
|---|---|---|---|
| 41 | Affidavit of Craig Zimmerman | | |
| 42 | Affidavit of William Zimmerman | | |
| 43 | Barge specs - tonnage | | |
| 44 | Barge drawing B-15147 | | |
| 45 | Barge drawing B-12171 | | |
| 46 | Blessy Marine Daily Log of Bruce Bordelon 0f 9/14/01 | | |
| 47 | Bridge drawing | | |
| 48 | Bridge layout | | |
| 49 | Brownsville Fire Dept. Records | | |
| 50 | Certificates of documentation BW V issued 01/28/97 and 01/03/02 | | |
| 51 | Certificates of Documentation NM 315 issued 12/11/96<br>Owner: Senstar Finance Company<br>Deposition Exh 13 (Ivey) | | |
| 52 | Certificate of Documentation - BW V 1/28/97 | | |
| 53 | Certificate of Documentation ACBL VLB 9173 issued 6/7/98<br>Owner: Amercian Commercial Lines<br>Deposition Exh 13 | | |
| 54 | Certificates of Documentation ACBL VLB 9182 issued 6/7/98<br>Owner: Amercian Commercial Lines<br>Deposition Exh 13 | | |
| 55 | Certificate of training of David Fowler as Radar Observer dated 2/25/99<br>Deposition Exh 145 | | |
| 56 | Chart, nautical: Stover Point to Port Brownsville<br>Deposition Exhs 118, 131 | | |
| 57 | Chart, reference and navigation notes - Laguna Madre<br>Deposition Exh 108 | | |
| 58 | Charts, Overview of the Brownsville Ship Channel to the Queen Isabella Causeway<br>USCG Exh 1, 2 | | |

| 59 | Charts, Navigation Lighting for the Port Isabel-Padre Island Bridge from Texas Highway Department<br>USCG Exh 21 | | |
|---|---|---|---|
| 60 | Chart, Tidal Influence of Port Isabel<br>USCG Exh 19 | | |
| 61 | City of Brownsville EMS records | | |
| 62 | Code, International Ship Management | | |
| 63 | Conrad Blucher Institute data | | |
| 64 | Contract of Affreightment of ACBL dated 9/4/01<br>Deposition Exh 56 | | |
| 65 | Correspondence: Letter from Warrior & Gulf Navigation Co. to USCG re David Fowler's employment from '86-'89<br>Deposition Exh 142 | | |
| 66 | Correspondence: Letter from Warrior River on 2/3/89 re David Fowler's employment<br>Deposition Exh 143 | | |
| 67 | Correspondence: Letter from T.L. James & Co. to USCG on 9/20/94 re David Fowler's employment<br>Deposition Exh 141 | | |
| 68 | Correspondence: Letter from Bean Dredging Corp. on 9/29/95 re David Fowler's employment<br>Deposition Exh 144 | | |
| 69 | Correspondence: Recommendation Letter from Kirby Inland Marine to USCG on 2/19/99<br>Deposition Exh 139 | | |
| 70 | Correspondence: Letter from Royal Towing of Berwick to USCG re employment of David Fowler on 2/25/99<br>Deposition Exh 138 | | |
| 71 | Correspondence: Letter from Kirby Inland Marine to USCG on 3/1/99 re David Fowler's employment<br>Deposition Exh 140 | | |
| 72 | Correspondence: E-mail (3/20/00) from James Farley to Peter Kazunas re: Tim "partner"<br>Deposition Exh 5 | | |

| 73 | Correspondence: E-mail (3/20/00) from James Farley to Peter Kazunas re: Loughmiller found out from USCG many hours later of incident Deposition Exh 7 | | |
|----|----|----|----|
| 74 | Correspondence: E-mail of 9/13/01 from Mark LaFeir to Roy Schaefer: towing agreement/deductible with BWMS Deposition Exh 57 | | |
| 75 | Correspondence: Letter from Steve Mosher to Lt. Helton and Mr. Wilson:Recap of Fowler's transit of 10/5/01 Deposition Exh 116 | | |
| 76 | Correspondence: Letter from Dan Carter to Stephen Mosher: AWO Certification | | |
| 77 | Correspondence: Letter from Cameron County D.A. to Sheldon Weisfeld on 2/2/05 regarding not pursuing indictment against Captain Fowler Deposition Exh 127 | | |
| 78 | Current meter data | | |
| 79 | Daily Inspection Checkoff List 9/6-18/01 | | |
| 80 | Daily Inspection Checkoff List 8/1-10/31/01 | | |
| 81 | Daily Log 8/10-9/14/01 D00158-193 Deposition Exh 121 | | |
| 82 | Daily log book 8/1-10/28/01 Deposition Exh 120 | | |
| 83 | Detroit Diesel - component list | | |
| 84 | Detroit Diesel V-71 - connecting rod | | |
| 85 | Detroit Diesel Field Service Data Book Deposition Exh 39 | | |
| 86 | Detroit Diesel V-71: 2.7.2 | | |
| 87 | Detroit Diesel V-71 12.6.1-15.3 | | |
| 88 | Diagrams: elevation and side of BW V | | |
| 89 | Diagram of vessel with diver information | | |
| 90 | Diagram of vessel approaching bridge Deposition Exh 126 | | |
| 91 | Elements of Marine Propulsion | | |

| 92 | Employee records | | |
|---|---|---|---|
| 93 | Equipment list | | |
| 94 | Forecast, Coastal Water from National Weather Service for Brownsville USCG Exh 24 | | |
| 95 | Form, BWMS<br>Deposition Exh 35 | | |
| 96 | Form, Towing Vessel Boarding of 9/15/01<br>Deposition Exh 118 | | |
| 97 | Guide, Propeller Selection Guide<br>D01568-1579<br>Deposition Exh 104 | | |
| 98 | Harlingen Fire Dept. Records | | |
| 99 | Index, General or Abstract of Title | | |
| 100 | Inspection check off list: Memo to all captains of 12/13/01 | | |
| 101 | Intracoastal Waterway Aids | | |
| 102 | Invoices and work orders between BWMS and ACBL | | |
| 103 | Invoice from BWMS No. 090114A5 dated 9/30/01 to ACBL re: work<br>Deposition Exh 4 | | |
| 104 | License to US Merchant Marine Officer - David Fowler<br>Deposition Exhs 136, 137 | | |
| 105 | License to US Merchant Marine Officer - Rocky L. Wilson | | |
| 106 | Log, Long Island Village Owners Association of 9/13,14/01 | | |
| 107 | Log, maintenance for BW V<br>Deposition Exh 105 | | |
| 108 | Log, Port Brownsville Guard<br>Deposition Exh 114 | | |
| 109 | Logs, telephone | | |
| 110 | Logs, vessel position and radio  -8/15-10/15/01<br>Deposition Exhs 123, 124 | | |
| 111 | Logs, vessel, 8/1-10/31/02 | | |
| 112 | Los Fresnos EMS records | | |
| 113 | Los Fresnos Fire Department Records | | |

| 114 | Manual of Crewman & Employee Safety<br>Deposition Exh 36 | | |
|---|---|---|---|
| 115 | Manual of Operations<br>Deposition Exh 34 | | |
| 116 | Manual for Service on Detroit Diesel V-71, Sections 4-15 | | |
| 117 | Manual for Emergency Response and Spill Contingency | | |
| 118 | Manual of Policies and Procedures<br>Deposition Exh 117 | | |
| 119 | Map, Rio Grande Valley Map | | |
| 120 | Map, Top Spot Fishing & Recreation | | |
| 121 | Navigation Books | | |
| 122 | NOAA survey results 10/10/01 | | |
| 123 | NOAA tides online data | | |
| 124 | NOAA water level data | | |
| 125 | Notes, hand written re Brown Water V<br>USCG Exh 44 | | |
| 126 | Notes from Timberlake<br>Deposition Exh 32 | | |
| 127 | Notice to Mariners of 9/11/01 | | |
| 128 | Parts Book - MG514 A & B<br>Deposition Exh 119 | | |
| 129 | Permits list, oversize | | |
| 130 | Personnel file of David Fowler | | |
| 131 | Personnel Leasing Agreement | | |
| 132 | Petition, Original of David Fowler in C.A. B-04-161<br>Deposition Exh 134 | | |
| 133 | Photographs of barge | | |
| 134 | Photographs of BW V | | |
| 135 | Photographs of Queen Isabella Causeway | | |
| 136 | Photographs of the Queen Isabella Causeway<br>USCG Exh 20 | | |

| 137 | Photographs taken on or about August 24, 2004 of improvements and modifications made to the Queen Isabella Causeway | | |
| 138 | Photographs from Texas Parks & Wildlife | | |
| 139 | Photograph: with portions of bridge drawn in<br>Deposition Exh 124 | | |
| 140 | Photograph: bridge at night<br>Deposition Exh 125 | | |
| 141 | Port Isabel EMS records | | |
| 142 | Port Isabel Fire Dept. Records | | |
| 143 | Press Release 9/20/01: AWO Condolences to Rick Perry<br>Deposition Exh 58 | | |
| 144 | Press Release 12/4/01 - Causeway lights | | |
| 145 | Press Release - Office of the Governor 11/14/01 | | |
| 146 | Press Release - Governor's office re: re-opening of causeway | | |
| 147 | Press Release, San Antonio dated 1/1703 | | |
| 148 | Reference Guide - Atlantis Uniden | | |
| 149 | Release and Indemnity Agreement of David Fowler<br>Deposition Exh 135 | | |
| 150 | Repairs to throttle of Brown Water V, 9/14/01<br>USCG Exh 22 | | |
| 151 | Report, Fatality Accident, TDPS | | |
| 152 | Report, Barge History for 2001<br>Deposition Exh 6 | | |
| 153 | Report of Boating Accident: Texas Parks & Wildlife | | |
| 154 | Report, fatality from Texas Parks & Wildlife | | |
| 155 | Report, Boarding - 9/15/01<br>Deposition Exhs 111,112 | | |
| 156 | Report, Investigation Activity Ticket of Brown Water V<br>USCG Exh 41 | | |
| 157 | Report of Burness Corlett & Partners | | |
| 158 | Report of Marine accident, injury or death, USCG<br>Deposition Exh 14 | | |

| 159 | Report, Marine Casualty Investigation for M/V El Toro - 01/02/95<br>USCG Exh 55 | | |
| 160 | Report, Marine Inspection Activity<br>USCG Exh 43 | | |
| 161 | Curriculum vitae of Malcolm McLaren | | |
| 162 | Report of McLaren Engineering Group | | |
| 163 | Curriculum Vitae of Clovis Morrison | | |
| 164 | Report of Morrison & Associates | | |
| 165 | Curriculum vitae of Dr. Francisco Perez | | |
| 166 | Report of Dr. Francisco Perez | | |
| 167 | Report of Safety Meetings | | |
| 168 | Curriculum vitae of Allan R. Schultz | | |
| 169 | Report of Allan R. Schultz | | |
| 170 | Report, South Padre Island Fire Dept. | | |
| 171 | Report, Synopsis, TDPS | | |
| 172 | Curriculum vitae of Captain R.W. Yates | | |
| 173 | Report of Captain R.W. Yates | | |
| 174 | Sequence of Events on 9/15/01<br>USCG Exh 10 | | |
| 175 | Settlement letter between the State of Texas and Brown Water Marine | | |
| 176 | Statement, recorded of J.W. Blocker | | |
| 177 | Statement - Robert Espericueta - 9/15/01 | | |
| 178 | Statement, recorded of David Fowler of September 12, 2001 | | |
| 179 | Statement, written of David Fowler<br>Deposition Exh 128 | | |
| 180 | Statement, recorded, of David Fowler taken by USCG on September 15, 2001, produced by Claimants 5/6/05<br>Deposition Exhs 129, 132 | | |
| 181 | Statement, recorded, of David Fowler, taken by USCG on September 17, 2001<br>Deposition Exhs 130, 133 | | |

| | | | |
|---|---|---|---|
| 182 | Statement of Brigette Goza of 9/16/01 | | |
| 183 | Statement of Rene Mata of 9/18/01 | | |
| 184 | Statement letter of Francis McGarry to Brown Water dated 10/1/01 | | |
| 185 | Statement of Gustavo Morales of 9/20/01 | | |
| 186 | Statement - Alberto Leroy Moya - 9/15/01 | | |
| 187 | Statement - Rolando Lee Moya - 9/15/01 | | |
| 188 | Statement, recorded of Levy Olds<br>Deposition Exh 69 | | |
| 189 | Statement of Ralph Poucher of 9/15/01 | | |
| 190 | Statement - Antonio Salinas, Jr. - 9/15/01 | | |
| 191 | Statement (Offense Report) of David Shelton, State Game Warden | | |
| 192 | Statement - Ross Valigura<br>Deposition Exh 66 | | |
| 193 | Statement of Rocky Wilson of 9/15/01 | | |
| 194 | Survey: ACOE of the Brownsville Ship Channel from the Long Island Swing Bridge to the Queen Isabella Causeway<br>USCG Exh 18 | | |
| 195 | Survey: Brown Water Towing I, Inc., Job No.1581-09, Bottom Survey Padre Island ICW, Preliminary Report | | |
| 196 | Texas Department of Public Safety Records | | |
| 197 | Texas Department of Public Safety report of 10/01/01 | | |
| 198 | Texas Department of Public Safety Interoffice Memorandum of 11/9/01regarding investigation | | |
| 199 | Texas Department of Public Safety Test Skid Analysis | | |
| 200 | Texas Parks and Wildlife Records | | |
| 201 | TX DOT file | | |
| 202 | TX DOT Inspection report 10/12/01 | | |
| 203 | TX DOT Inspection report 11/1/01 | | |
| 204 | TX DOT permit for bridge construction | | |
| 205 | TXDOT records produced by Claimants 5/6/05 | | |

| | | | |
|---|---|---|---|
| 206 | Tide Predictions, September, 2001 from National Weather Service<br>USCG Exh 25 | | |
| 207 | Traffic Booking Sheet - 8-10/01<br>Deposition Exh 122 | | |
| 208 | USCG Aids to Navigation Information System/Automated and<br>Positioning System Documents<br>USCG Exh 23 | | |
| 209 | USCG: Enforcement Activity Summary - Charged Party: David Fowler | | |
| 210 | USCG Report CG2692 9/18/01 | | |
| 211 | USCG hearings transcripts | | |
| 212 | USCG documentation renewal decal form 607830 | | |
| 213 | USCG documentation renewal decal form 580422 | | |
| 214 | USCG Vessel Documentation Center Records | | |
| 215 | Vessel history, port safety for Brown Water V<br>USCG Exh 54 | | |
| 216 | Vessel Specifics Brown Water V<br>Deposition Exh 15 | | |
| 217 | Vessels and barges seized and sold at public auction | | |
| 218 | Videotape - CBS interview of Steve Mosher | | |
| 219 | Videotape - Bridge collapse | | |
| 220 | Videotape - Causeway 9/25/01 | | |
| 221 | Videotape - KHOU Channel 11 | | |
| 222 | Videotape - KNVO TV 48 Univision | | |
| 223 | Videotape - KRGV TC Channel 5 | | |
| 224 | Videotapes - recovery | | |
| 225 | Videotape - vessel inspection 5/9/02 | | |
| 226 | Weather reports | | |
| 227 | Work Order of 9/14/01<br>3445 | | |

| | | | |
|---|---|---|---|
| 228 | Stewart & Stevenson Inter-Office Communication of 3/24/76: tugboats using series 71 engines should never be furnished with anything larger than N–55 injectors<br>Depo Exh 106; D01600 | | |
| 229 | Application of Owner for and Notice of Award of Official Number and Signal Letters for SHANA M Vessel dated 3/7/77<br>Depo Exh 14 | | |
| 230 | Letter from Bean Marine to BWMS of 6/19/91 re rate sheets | | |
| 231 | Survey of Brown Water V of June 8, 1994: condition and value, by C & V Marine Surveyors | | |
| 232 | Letter from BWMS to ACBL of 4/8/97 re Union City Rates | | |
| 233 | Condition and Valuation Survey - McAllister Marine 4/12/97 | | |
| 234 | Letter from BWMS to ACBL of 7/14/98 re labor rates | | |
| 235 | Steve Mosher's letter to USCG 11/16/99 regarding shoaling | | |
| 236 | Letter (3/29/00) from Peter Kazunas with ACBL to Stephen Mosher re: immediate notification on any incident involving a boat and/or tow with ACBL equipment<br>Deposition Exh 3 | | |
| 237 | Letter from BWMS to Marine Resources of 4/5/00 re manuals<br>Deposition Exh 33 | | |
| 238 | Discrepancy, summary of resolution 9/15/00: provide up-to-date-charts<br>Deposition Exh 109 | | |
| 239 | Steve Mosher's letter to USCG 1/31/01 regarding shoaling | | |
| 240 | Condition and Valuation Survey - McAllister Marine 10/29/01 | | |
| 241 | Bigo's International, LC's Interrogatory answers | | |
| 242 | Bigo's International, LC's IRS records | | |
| 243 | Robert Espericueta's psychiatric evaluation | | |
| 244 | Robert Espericueta's Responses to Petitioners' Master Set of Interrogatories and Master Set of Request for Production | | |
| 245 | Brigette Goza's records from Allstate | | |
| 246 | Brigette Goza's records from Dr. David Feltoon | | |
| 247 | Brigette Goza's records from Valley Regional Medical Center | | |
| 248 | Brigette Goza's records from Dr. Stephanie Garcia | | |

| 249 | Brigette Goza's records from Dr. Jaime Silva | | |
|-----|-----------------------------------------------|--|--|
| 250 | Brigette Goza's records from Dr. Paul Lenz | | |
| 251 | Brigette Goza's records from Randle Thompson counselor | | |
| 252 | Brigette Goza's records from Los Fresnos Family | | |
| 253 | Brigette Goza's records from Health Care Center | | |
| 254 | Brigette Goza's records from Dr. Wong | | |
| 255 | Robert Harris' demand letter | | |
| 256 | Robert Harris' death certificate | | |
| 257 | Robert Harris' education records | | |
| 258 | Robert Harris' fatality report | | |
| 259 | Robert Harris' income tax return | | |
| 260 | Robert Harris' Order granting letters of Administration | | |
| 261 | Robert Harris' pathology report | | |
| 262 | Robert Harris' police report | | |
| 263 | Photograph of Robert Harris inside his vehicle | | |
| 264 | Robert Harris' marriage certificate | | |
| 265 | Anita Harris' unemployment claims | | |
| 266 | Anita Harris' Answers and Objections to Petitioners' Master Set of Interrogatories | | |
| 267 | Victor Harris' birth certificate | | |
| 268 | Gaspar Saenz Hinojosa's Answers and Objections to Petitioners' Master Set of Interrogatories | | |
| 269 | Gaspar Saenz Hinojosa's fatality report | | |
| 270 | Gaspar Saenz Hinojosa's resume | | |
| 271 | Marriage certificate of Gaspar Hinojosa and Raquel Teran Escobar | | |
| 272 | Gaspar Saenz Hinojosa's earnings records | | |
| 273 | Gaspar Saenz Hinojosa's SSA records | | |
| 274 | Gaspar Saenz Hinojosa's IRS records | | |
| 275 | Gaspar Saenz Hinojosa's employment records from Whataburger | | |

| | | | |
|---|---|---|---|
| 276 | Gaspar Saenz Hinojosa's employment records from Whataburger (clock in/out hours 9-14 & 15-01) | | |
| 277 | Gaspar Saenz Hinojosa's records from Dr. Abraham Cano | | |
| 278 | Gaspar Saenz Hinojosa's autopsy report | | |
| 279 | Gaspar Saenz Hinojosa's records from Columbia Valley Regional Hospital | | |
| 280 | Gaspar Saenz Hinojosa's records from Harlingen EMS records | | |
| 281 | Gaspar Saenz Hinojosa's records from Valley Baptist Medical Center | | |
| 282 | Gaspar Saenz Hinojosa's records from Valley Regional Medical Center | | |
| 283 | Gaspar Saenz Hinojosa's death certificate | | |
| 284 | Clarissa Hinojosa's affidavit | | |
| 285 | Clarissa Hinojosa's records from Alamo City Medical Group | | |
| 286 | Clarissa Hinojosa's records from Dr. H. David Feltoon | | |
| 287 | Gaspar Hinojosa, II's affidavit | | |
| 288 | Gaspar Hinojosa, II's records from Dr. David Feltoon | | |
| 289 | Martin Hinojosa's records from Dr. David Feltoon | | |
| 290 | Omar Hinojosa's affidavit | | |
| 291 | Letter of Administration of Omar Hinojosa upon the estate | | |
| 292 | Omar Hinojosa's records from Dr. H. David Feltoon | | |
| 293 | Raquel Hinojosa's affidavit | | |
| 294 | Raquel Hinojosa's records from Dr. H. David Feltoon | | |
| 295 | Rita Hinojosa's records from Dr. H. David Feltoon | | |

| 296 | Robin F. Leavell's death certificate | | |
|---|---|---|---|
| 297 | Robin F. Leavell's fatality report | | |
| 298 | Robin F. Leavell's pathology report | | |
| 299 | Robin F. Leavell's social security earnings | | |
| 300 | Claimants, Carol Leavell and Richard Leavell's Answers to Petitioners' Master Set of Interrogatories | | |
| 301 | Texas Parks & Wildlife Dept. Fatality report pertaining to Hector Martinez, Jr. | | |
| 302 | Hector Martinez, Jr.'s autopsy report | | |
| 303 | Hector Martinez, Jr.'s death certificate | | |
| 304 | Hector Martinez, Jr.'s records from Valley Baptist Medical Center | | |
| 305 | Hector Martinez, Sr.'s Answers to Petitioners' Master Set of Interrogatories | | |
| 306 | TDPS search | | |
| 307 | Hector Martinez, Sr.'s records from VA Outpatient Clinic | | |
| 308 | Lydia Zamora's Answers to Petitioners' Master Set of Interrogatories | | |
| 309 | Letter of Administration of Lydia Zamora upon the estate | | |
| 310 | Lydia Zamora's psychological evaluation by Dr. David Feltoon | | |
| 311 | Lydia Zamora's records from Feltoon & Associates, P.C. | | |
| 312 | Lydia Zamora's records from Dr. Robert A. Lozano | | |
| 313 | Rene Mata's records from Valley Comprehensive Management Center | | |
| 314 | Rene Mata's records from Medical Home Care Inc. | | |
| 315 | Rene Mata's records from Heart Clinic | | |
| 316 | Rene Mata's records from South Texas Emergency Care Foundation | | |
| 317 | Rene Mata's records from Valley Orthopedic Surgery | | |
| 318 | Rene Mata's records from Valley Baptist Medical Center | | |
| 319 | Rene Mata's records from Valley Regional Medical Center | | |
| 320 | Rene Mata's records from Cardiovascular Associates/Dr. R. Lopez | | |
| 321 | Rene Mata's records from Brownsville Neurosurgical Institute | | |

| | | | |
|---|---|---|---|
| 322 | Rene Mata's Answers to Petitioners Brown Water Towing I, Inc., Brown Water Service, Inc., American Commercial Lines, LLC and American Commercial Barge Lines, LLC's Master Set of Interrogatories | | |
| 323 | Frank Mata's Answer to Petitioners Brown Water Towing I, Inc., Brown Water Service, Inc., American Commercial Lines, LLC and American Commercial Barge Lines, LLC's Master Set of Interrogatories | | |
| 324 | Julio Mireles' Fatality Report | | |
| 325 | Julio Mireles' Social Security records | | |
| 326 | Letters of Administration and Order as to Julio Mireles | | |
| 327 | Death Certificate of Julio Mireles | | |
| 328 | Pathology Report of Julio Mireles | | |
| 329 | TDPS list of personal items of Julio Mireles | | |
| 330 | Claimants, Juan Antonio Mireles and Soledad Gonzalez Mireles' Response to Petitioners' Master Set of Interrogatories | | |
| 331 | Gustavo Morales' Answers to Defendants' Master Set of Interrogatories | | |
| 332 | Gustavo Morales' records from Dr. Oliver Achleitner | | |
| 333 | Gustavo Morales' records from Columbia Valley Regional Medical Center | | |
| 334 | Gustavo Morales' records from Dr. Ana Gutierrez | | |
| 335 | Gustavo Morales' records from Feltoon & Associates | | |
| 336 | Gustavo Morales' records from L.R. Pelly | | |
| 337 | Gustavo Morales' records from Valley Regional Medical Center | | |
| 338 | Gustavo Morales' IRS records | | |
| 339 | Gustavo Morales' SSA records | | |
| 340 | Albert Leroy Moya's voluntary statement | | |
| 341 | Albert Leroy Moya's Responses to Petitioners' Master Set of Interrogatories and Master Set of Request for Production | | |
| 342 | Albert Leroy Moya's psychiatric evaluation | | |
| 343 | Rolando Lee Moya's Responses to Petitioners' Master Set of Interrogatories and Master Set of Request for Production | | |
| 344 | Rolando Lee Moya's voluntary statement | | |
| 345 | Rolando Lee Moya's psychiatric evaluation | | |

| 346 | Stvan Rivas' records from Texas Children's Hospital | | | |
|---|---|---|---|---|
| 347 | Stvan Rivas' records from Mercedes Dominguez | | | |
| 348 | Stvan Rivas' records from Valley Baptist Medical Center | | | |
| 349 | Stvan Rivas' pathology report | | | |
| 350 | Stvan Rivas' earnings | | | |
| 351 | Stvan Rivas' fatality report | | | |
| 352 | Esteban Francisco Rivas and Maria Mirian Rivas' Responses to Petitioners' Master Set of Interrogatories | | | |
| 353 | Maria Mirian Rivas' records from Dr. David Feltoon | | | |
| 354 | Antonio Salinas, Jr.'s voluntary statement | | | |
| 355 | Antonio Salinas, Jr.'s psychiatric evaluation | | | |
| 356 | Antonio Salinas, Jr.'s Responses to Petitioners' Master Set of Interrogatories and Master Set of Request for Production | | | |
| 357 | Answers to Defendants' Master Set of Interrogatories Depo Exh 2 Paddock | | | |
| 358 | Application for Letters of Administration as to Chelsa Welch Depo Exh 3 Paddock | | | |
| 359 | Application for Letters of Administration as to Barry Welch Depo Exh 4 Paddock | | | |
| 360 | Chealsa Welch and Barry Welch's marriage certificate Depo Exh 1 Paddock | | | |
| 361 | Fatality Report as to Barry Welch | | | |
| 362 | Barry Welch's pathology report | | | |
| 363 | Barry Welch's birth certificate | | | |
| 364 | Barry Welch's records from Valley Baptist Medical Center | | | |
| 365 | Chealsa Welch's pathology report | | | |
| 366 | Chealsa Welch's certificate of death | | | |
| 367 | Chealsa Welch's records from Dr. Peter Berggin | | | |
| 368 | Chealsa Welch's records from Rio Grande State Center | | | |
| 369 | Chealsa Welch's records from Tropical Texas Center for MHMR | | | |
| 370 | Chealsa Welch's records from Coastal Bend Psychological Association | | | |

| | | | |
|---|---|---|---|
| 371 | Decree in Suit Affecting the Parent-Child Relationship pertaining to Chealsa Louise Kimbrell dated May 21, 1981 | | |
| 372 | Nunc Pro Tunc Decree in Suit Affecting the Parent-Child Relationship in the Interest of Chelsa Louise Kimbrell | | |
| 373 | Indictment of William Kimbrell of 3/15/96 | | |
| 374 | William Kimbrell's records from Dr. David Feltoon | | |
| 375 | Judgment on Plea of Guilty or No Contest in the State of Texas v Jacqueline Paddock | | |
| 376 | Jacqueline Paddock's records from Dr. David Feltoon | | |
| 377 | Jacqueline Paddock's Order  Appointing Temporary and Permanent Guardian of William Welch | | |
| 378 | Psychological Evaluation of Jacqueline Paddock by Dr. Feltoon of 9/26/01 | | |
| 379 | South Padre Island Police Department's Certified Incident Reports on Jacqueline Paddock | | |
| 380 | Laguna Vista Police Department Incident Report of 9/13/01 | | |
| 381 | Laguna Vista Police Department Incident Report of 9/20/01 regarding female stating she would hurt herself | | |
| 382 | Laguna Vista Police Department Incident Report of 9/20/01 regarding assault by male | | |
| 383 | Social Security records of Chealsa and Barry Welch | | |
| 384 | Dr. David Feltoon's records pertaining to William Welch | | |

Cameron County reserves the right to use any exhibit listed by any party.
Cameron County also reserves the right to use impeachment or rebuttal exhibits.