ORIGINAL

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

JUN 1 5 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PEITION OF BROWN WATER TOWING I, INC., AS OWNER AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § § | C.A. NO. B-01-157 Admirality<br><br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315,VLB-9182,ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § § | C. A. NO.  B-02-004 Admiralty<br><br><br><br>and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § | C.A. NO. B-02-125 Admiralty |

**BROWN WATER TOWING I, INC. AND BROWN WATER MARINE
SERVICE, INC. WITNESS LIST**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Brown Water Towing I, Inc. and Brown Water Marine Service, Inc. (collectively referred to as "Brown Water Petitioners"), in the above-entitled and –numbered cause of action, and designate the following persons who may testify, either live or by deposition, at the trial of this matter.

James L. Adams
213 South Lyndon Lane
Louisville, Kentucky 40222
Defendant CBL's Assistant Vice President of Public Affairs from March 1995 to March 2002. See his deposition testimony.

American Commercial Barge Lines
American Commercial Lines
c/o Mr. Glen Goodier
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100
Owner of barges pushed by BROWN WATER V at the time of the accident.

Eddie Arriola
1616 Michigan
Port Isabel, Texas
Mr. Arriola is the supervisor of the Long Island Swing Bridge in Port Isabel, Texas. He has knowledge of different barge configurations passing through the area and of the circumstances surrounding the accident. See his affidavit.
Cynthia Bailey
Address unknown
Laguna Vista, TX

Bigo's International, L.L.C.
c/o Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

Joe W. Blocker
301 N. Chaparral
Fulton, TX 78358
(361) 790-9350
Mr. Blocker was a deck hand on board the BROWN WATER V at the time of the accident. See his statement.

Paul Book
c/o Glen Goodier
Jones, Walker, Waechter, Poitevent, Carrere

& Denegre, L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, Louisiana 70170-5100
Director of audit and compliance for Defendant CBL. See his deposition testimony.

Mike Brinegar
Constable's Office
Precinct One
Address unknown
Telephone unknown

Christian Brinkop
36 Woodstone Drive
Mandeville, Louisiana 70471
Former ACBL Vice President of Gulf Coast Operations at the time of the incident who may testify about his job, ACBL, ACL, contract towage, Brown Water, ACBL policies, procedures and practices, ACBL's areas of operation, vessel operations, ACBL equipment, to identify documents and generally to those things contained in his deposition.

Agustin Briseno
6684 Monte Vello
Brownsville, TX
Mr. Briseno works at the Long Island Swing Bridge in Port Isbabel, Texas. He has knowledge of the configuration of barges passing through the area and of the circumstances surrounding the area. See his affidavit.

Rafael Briseno
1015 Timeer Drive
Brownsville, TX
Mr. Briseno works at the Long Island Swing Bridge in Port Isabel, Texas. He has knowledge of the configuration of barges passing through the area and of the circumstances surrounding the area. See his affidavit.

Daniel E. Brock
115 Rue Marine Drive
Paducah, KY 42001
Expert who may testify about the inland/towing industry, towage, Coast Guard matters, AWO, the ICW, Brown Water, the accident and those things leading up to the accident, and generally to those things contained in his expert report and affidavit.

Captain Daniel Bryant
422 Palm
Laguna Vista, Texas
Captain Bryant has knowledge of the circumstances surrounding the accident. See his affidavit.

Captain Joe Lee Bryant
104 hwy 100 Lot 1
Port Isabel, Texas
Captain Bryant has knowledge of the circumstances surrounding the accident. See his affidavit.

Cameron County
c/o Mr. Charles Willette
Willette & Guerra, L.L.P.
3505 Boca Chica Boulevard, Suite 460
Brownsville, Texas 78521

Daniel Ceballos
c/o Burns International Security Services
Long Island, Texas
Mr. Ceballos has knowledge of the circumstances surrounding the accident. See his affidavit.

Central Power & Light
c/o C.T. Corporation System
350 N. St. Paul Street
Dallas, Texas 75201
Has knowledge regarding the street lights on the causeway

Betty Chase
2801 E. Harrison, Lot 193
Harlingen, TX 78550
Chealsa Welch's grandmother. See her deposition testimony.
Chad Chapman
320 Cove Harbour
Rockport, Texas
(361) 729-3721
Brown Water dispatcher to testify about Brown Water, its operations, policies, practices, procedures, equipment, employees, employment practices, customers' safety record, the facts and circumstances surrounding the accident and generally to those things contained in his deposition and to identify documents.

Tim Chapman
320 Cove Harbour
Rockport, Texas
(361) 787-5101
Brown Water owner and president who may testify about Brown Water, its operations, practices, policies, procedures, equipment, employees, employment practices, customers' safety record, the facts and circumstances surrounding the accident and generally to those things contained in his deposition and to identify documents.

Jeremy Charles Colman
Principal Consultant
Burness Corlett & Partners, Ltd.
Baltic House, Station Road
Ballasalla, Isle of Man IM9 2AE
Telephone:  01624 822808
Brown Water squat expert.  See his report and deposition testimony.

Captain Phil Colo
416 Barker Street
Laguna Vista, Texas
Captain Colo has knowledge of the circumstances surrounding the accident.  See his
affidavit.

Department of the Army
Corps of Engineers
1920 North Chaparral Street
Corpus Christi, Texas 78401
ATTN: Mr. Elijio Garza
        Area Engineer

Department of Public Safety
Rebecca Lynne Brown, Custodian of Records
McAllen, TX
Telephone unknown

Cpl. George Elizondo, Jr.
Texas Department of Public Safety
Highway Patrol
District 3C
Telephone unknown

Captain Steve Ellis
1016 Tarpon, #9
Port Isabel, Texas
Captain Ellis has knowledge of the circumstances surrounding the accident.  See his
affidavit.

Randy Elmore
367 Shaver Road
Aransas Pass, TX  78336
361-758-2408
Mr. Elmore was a mechanic who was onboard the BROWN WATER V prior to the
incident.  Employer:  Brown Water Marine Services, Inc.  See his deposition testimony.

Robert Espericueta
c/o Frank Enriquez
Law Offices of Frank Enriquez

4200-B North Bicentennial
McAllen, Texas 78504
Claimant; See his statement and his deposition testimony.

Robert and Virginia Fandrich
5101 Verdi Way
Stockton, California 95207
Claimants

James F. Farley
8904 Lippincott Street
Louisville, Kentucky 40222
Former ACBL Vice President of Distribution Services, Liquid Sales and Transportation
Services, who may testify about his jobs, ACBL, ACL, contract towage, Brown Water,
ACBL policies, procedures and practices, facts and circumstances surrounding the
incident in question, ACBL's areas of operation, vessel operations, ACBL equipment, to
identify documents and generally to those things contained in his deposition.

Dr. David Feltoon
Feltoon & Associates
8025 Chalk Knoll
Austin, TX 78735
(512) 750-7164
See his reports with medical providers.

Cliff Fleming
721 Palm Boulevard
Laguna Vista, Texas
Mr. Fleming has knowledge of the circumstances surrounding the accident. See his
affidavit.
Captain David Fowler
860 Debonair Drive
Mobile, Alabama 36695
(334) 639-1747
Captain Fowler was at the wheel of the BROWN WATER V at the time of the accident.
Relief Captain of the M/V BROWN WATER V at time of accident who may testify
about the facts and circumstances surrounding the accident, his background and
experience, Brown Water and his employment with Brown Water and generally those
things contained in his deposition and in his statements.

Richard A. Foltz
1701 E. Maricet Street
Jeffersonville, IN 47130
ACBL Vice President who may testify about the VLB-9173, ACL-9933, VLB-9182 and
NM-315, their ownership, charter and operation and relationship of petitioners to these
barges.

Captain James Franceschi
34 Sunburst Lane
Brownsville, Texas 78520
(956) 546-6103
Captain Franceshi was piloting the Irini F out through the Brownsville Ship Channel when he heard Brown Water V's mayday call. He has knowledge of Captain Fowler's radio conversations subsequent to the accident. Captain Franceshi also has knowledge of the circumstances surrounding the accident and of previous groundings in the channel area.

Victor Franco
c/o Burns International Security Services
Long Island, Texas
Mr. Franco has knowledge of the circumstances surrounding the accident. See his affidavit.

Gustavo Garcia
6939 West Business 83
Harlingen, Texas
Mr. Garcia has knowledge of the circumstances surrounding the accident. See his affidavit.

Dolores Goette
410 Morris Street
Laguna Vista, Texas
Ms. Goette has knowledge of the circumstances surrounding the accident. See her affidavit.

Captain Harry Goette
410 Morris Street
Laguna Vista, Texas
Captain Goette has knowledge of the circumstances surrounding the accident. See his affidavit.

Bridgette Goza
c/o Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
Claimant; See her statement.

Mark Guillot
5705 Laguna Circle South, #202
South Padre Island, Texas
Mr. Guillot has knowledge of the circumstances surrounding the accident. See his affidavit.

Joe Hargiss
P. O. Box 1272
Hendersonville, KY  42419
Expert marine surveyor who may testify regarding the value of the ACBL barges at the
time of the accident, ACBL's damages as a result of the accident and the 4 ACBL barges
and generally to those things contained in his expert reports.

Anita Harris
c/o Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
2009 East Harrison, Suite B
Harlingen, Texas 78550
Claimant;  See her deposition testimony.

Victor Justin Harris
c/o Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
2009 East Harrison, Suite B
Harlingen, Texas 78550
Claimant;  See his deposition testimony.

Clarissa Hinojosa
c/o Robert E. Ammons
Stevenson & Ammons, L.C.
3700 Montrose Boulevard
Houston, Texas 77006;
and
Ramon Garcia
Law Offices of Ramon Garcia, P.C.
222 West University Drive
Edinburg, Texas 78539
Claimant; See her deposition testimony.
Gaspar Hinojosa, II
c/o Robert E. Ammons
Stevenson & Ammons, L.C.
3700 Montrose Boulevard
Houston, Texas 77006;
and
Ramon Garcia
Law Offices of Ramon Garcia, P.C.
222 West University Drive
Edinburg, Texas 78539
Claimant.  See his deposition testimony.

Martin D. Hinojosa
c/o Julian Rodriguez, Jr.
Attorney at Law
100 W. Pecan

McAllen, Texas 78501
Claimant.

Omar Hinojosa
c/o Robert E. Ammons
Stevenson & Ammons, L.C.
3700 Montrose Boulevard
Houston, Texas 77006;
and
Ramon Garcia
Law Offices of Ramon Garcia, P.C.
222 West University Drive
Edinburg, Texas 78539
Claimant. See his deposition testimony.

Raquel Teran Hinojosa
c/o Robert E. Ammons
Stevenson & Ammons, L.C.
3700 Montrose Boulevard
Houston, Texas 77006;
 and
Ramon Garcia
Law Offices of Ramon Garcia, P.C.
222 West University Drive
Edinburg, Texas 78539
Claimant. See her deposition testimony.

Rita S. Hinojosa
c/o Julian Rodriguez, Jr.
Attorney at Law
100 W. Pecan
McAllen, Texas 78501
Claimant. See her deposition testimony.

Patrick D. Hoessle
4416 Creekstone Blvd.
Jefferson, IN 47130
ACBL dispatcher at time of accident who may testify about his job, contract towage, ACBL's towage contractors, ACBL areas of operation, ACBL policies, procedures and practices, Brown Water, ACBL's barges and their towage, facts and circumstances surrounding the incident, to identify documents and generally to those things contained in his deposition.

Independent Plumbers of South Texas
c/o Cliff Garrard
8602 Robindell Drive
Houston, Texas 77074

Norman Stanley Ivey
200 Richland Drive East
Mandeville, LA 70448
Worked for Defendant ACBL from 1956 through 1995. See his deposition testimony.

Peter Kazunas
14105 Langland Place
Louisville, KY 40245
Former ACBL Assistant Vice President, Distribution Services who may testify about his
jobs, ACL, ACBL, Brown Water, Brown Water audit, contract towage, ACBL policies,
procedures and practices, ACBL's areas of operation, ACBL's equipment, to identify
documents, facts and circumstances surrounding the incident in question, towing
contractors and in general to those things contained in his deposition.

Delphine Kimbrell
Address unknown
Kingsville, TX
Telephone unknown
Knowledge about Paddock, Kimbrell and Welch claims.

William Kimbrell
c/o The Edwards Law Firm, L.L.P.
802 N. Carancahua, Ste. 1400
Corpus Christi, TX 78470
Claimant.

Michael Khouri
398 West Illinois Avenue
Memphis, TN 38106
Former ACBL General Counsel and Senior Vice President of Transportation Services
who may testify about his jobs, ACL, ACBL, Brown Water, Brown Water audit, contract
towage, ACBL policies, Coast Guard databases, procedures and practices, ACBL's areas
of operation, ACBL's equipment, to identify documents, facts and circumstances
surrounding the incident in question, towing contractors and in general to those things
contained in his deposition.

Captain Gary Phillip Langley
Rt 68696 S 310 Rd
Wagoner, Oklahoma 74467
(800) 873-9823
Captain Langley was the relief captain on board the tug boat Bruce Bordelon at the time
of the accident. He has knowledge of the circumstances surrounding the accident. See
his affidavit and his deposition testimony.

Harvey "Lily" Larson
217 Mesquite Circle
Aransas Pass, TX
See his deposition testimony.

Ricky Leavell
c/o William Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206
Claimant; See his deposition testimony.

Carol Leavell
c/o William Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206
Claimant; See her deposition testimony.

Officer Frank Lerma
Laguna Vista Police Department
Address unknown
Telephone unknown

Long Island Bridge Company
c/o John R. Freeland
806 Pecan
McAllen, Texas 78501
(956) 943-1622
Employees of Long Island Bridge Company witnessed the four barges and tug pass under
the bridge immediately prior to the accident. They also have knowledge of the
configuration of barges passing through the area and of the circumstances surrounding
the accident

Hector Martinez, Sr.
c/o Jim S. Hart
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
Claimant; See his deposition testimony.

Rene and Frank Mata
c/o Mr. Raymond Thomas
Mr. Andres Gonzalez
Kittleman, Thomas, Ramirez & Gonzales
4900-B N. 10th Street
McAllen, Texas 78504
Claimants; See the statement and deposition testimony of Rene Mata.

John and Mary McCoy
514 Brookside Pass
Cedar Park, Texas 78613

Francis McGarry
McGarry & Co.
P.O. Box 3327
Brownsville, TX 78523
(956) 546-0025
See his letter to Brown Water dated October 1, 2001.

Malcom G. McLaren
McLaren Engineering Group
100 Snake Hill Road
P.O. Box 600
West Nyack, NY 10994
(845) 353-6400
Brown Water bridge expert; See his report and deposition testimony.

J. Antonio Mireles
c/o S. Mark Strawn
Schirrmeister Ajamie, L.L.P.
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
Claimant

Juan Antonio Mireles
c/o S. Mark Strawn
Schirrmeister Ajamie, L.L.P.
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
Claimant; See his deposition testimony.

Soledad Gonzalez Mireles
c/o S. Mark Strawn
Schirrmeister Ajamie, L.L.P.
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
Claimant; See her deposition testimony.

Captain Joseph Mock
Post Office Box 572
Port Isabel, Texas
Captain Mock has knowledge of the circumstances surrounding the accident. See his
affidavit.

Dimas Mora
c/o W. Lamoine Holland
1920 Nacogdoches Road, Suite 100
San Antonio, Texas 78209

Gustavo Morales
c/o Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
Claimant; See his statement and his deposition testimony.

Ramon Moreno
Rt. 3, Box 708F
Los Fresnos, Texas
Mr. Moreno has knowledge of the circumstances surrounding the accident.  See his
affidavit.

Alberto Leroy Moya
c/o Frank Enriquez
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504
Claimant; See his statement and his deposition testimony.

Rolando Lee Moya
c/o Frank Enriquez
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504
Claimant; See his statement and his deposition testimony.

Clovis Morrison
Morrison & Associates
3117 Westerwood Drive
Baton Rouge, Louisiana 70816
(225) 291-7998
Brown Water bridge expert; See his report and deposition testimony.

Steve Mosher
632 Dear Meadow Trail
Valparaiso, IN  46385
Ex-Brown Water Vice-President and Operations Manager who may testify about Brown
Water, its operations, policies, practices, procedures, customers' equipment, employees,
unemployment practices, safety record and the facts and circumstances surrounding the
accident and generally to those things contained in his deposition, his affidavits and to
identify documents.

Dr. Donald Jay Mulkerne
Spring Hill Behavioral Health
100 Memorial Hospital Drive, Ste. 1-B
Mobil, Alabama 36608
Dr. Mulkerne is Capt. David Fowler's treating psychologist and has knowledge of the
impact of the accident on Capt. Fowler's emotional and psychological well-being.

Angel Nortness
322 Bahia
Port Isabel, TX

Levie Paul Old
8307 Wickersham
San Antonio, TX
(210) 509-4300 X126
Mr. Old was a deck hand on board the BROWN WATER V at the time of the accident.
See his statement and his deposition testimony.

Jacqueline Paddock
c/o Mr. Ray P. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, TX  78520
Claimant; See her deposition testimony.

Francisco I. Perez, Ph.D.
Francisco I. Perez, Ph.D. & Associates, P.C.
6560 Fannin, Ste. 1224
Houston, Texas 77030
(713) 790-1225
Brown Water's psychological expert.  See his report and deposition testimony.

Port Isabel-San Benito Navigation District
c/o Mr. Brian G. Janis
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284

Ralph Poucher
617 Marina Drive
Port Isabel, Texas Zip Unknown
(956)943-8409
Witnessed cars falling from the bridge.  See his statement.

Daniel Pugh
Telephone and address unknown
Mr. Pugh has knowledge of the circumstances surrounding the accident.

Captain Hector Ramos
Texas Department of Public Safety
Highway Patrol Service
1414 N. Bicentennial
McAllen, TX  78501

Dan Reeves
1806 Illinois
Port Isabel, Texas
Mr. Reeves has knowledge of the circumstances surrounding the accident.  See his
affidavit.

Esteban F. Rivas
c/o John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501
and
c/o J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381
Claimant; See his deposition testimony.

Maria Miriam Rivas
c/o John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501
and
c/o J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Drive, Suite C
The Woodlands, Texas 77381
Claimant; See her deposition testimony.

Trooper III Adrian O. Rivera
Texas Department of Public Safety
Safety Education Service
1414 N. Bicentennial
McAllen, TX  78501

Captain Russell Robinson
c/o R&R Hi-Way Baitstand
Port Isabel, Texas
Captain Robinson has knowledge of the circumstances surrounding the accident.  See his
affidavit.

Francisco Robles, Jr.
Laguna Vista Police Department
Address unknown
Telephone unknown

Sgt. Juan Rodriguez, Jr.
Texas Department of Public Safety
Highway Patrol
District 3C
Telephone unknown

Douglas C. Ruschman
6503 Harrods View Circle
Prospect, KY  40059
ACBL Vice President Risk Management and counsel who may testify about Brown
Water's previous history with ACBL, to identify documents, ACBL, ACL, ACBL
equipment, facts and circumstances surrounding the accident and aftermath, ACBL's
damages, contract towage and ACBL's towage contractors, to identify documents, freight
pending on the barges at the time of the accident and generally to those things contained
in his deposition.

Michael D. Russell
P. O. Box 580128
Houston, Texas  77258
Expert who may testify about marine safety issues, inland towing industry, Coast Guard
regulations, licensing issues, databases, matters and programs, Brown  Water, the
accident and those things leading up to the accident, the ICW and generally to those
things contained in his expert report and affidavit.

Antonio Salinas, Jr.
c/o c/o Frank Enriquez
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504
Claimant; See his statement and his deposition testimony.

Allen R. Schultz
909 Silber Road, #53
Houston, Texas 77024
(713) 812-7673
Brown Water expert.  See his report and deposition testimony.

David L. Shelton, Game Warden
Texas Parks & Wildlife Dept.
And/or Custodian of Records
805 W. Price
Brownsville, TX  78521
(956) 546-1952

Employee who assisted in the rescue and/or investigation: knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident.

Robert Edgard Spinks, Jr.
1218 Mango Court
Laguna Vista, TX 78578
Knowledge about Paddock, Kimbrell and Welch claims.

Stacey Maureen Carpenter Spinks
1218 Mango Court
Laguna Vista, TX 78578
Knowledge about Paddock, Kimbrell and Welch claims.

State of Texas
c/o Mr. Jack F. Gilbert
Post Office Box 12548
Austin, Texas 78711-2548

Dale Ray Stockton
14648 Arroyo Drive
Harlingen, Texas
Mr. Stockton has knowledge of prior collisions of tugboats and barges with the Queen Isabella Causeway. See his affidavit.

Russell Stockton
208 West Mesquite
South Padre Island, TX
Mr. Stockton has knowledge of the circumstances surrounding the accident. See his affidavit.

Douglas A. Swain
DWS International
318 Centaurus Dr.
Corpus Christi, Texas 78405
(361)883-0961
Brown Water Marine expert. See his testimony at the Coast Guard hearings.

Texas Department of Public Safety
c/o Mary Ann Courter
5805 Lamar Boulevard
Post Office Box 4087
Austin, Texas 78773-0001

Texas Department of Transportation
c/o Amadeo Saenz, District Engineer
600 West US 83 Expressway

P. O. Drawer EE
Pharr, Texas 78577

Texas Parks & Wildlife Department
c/o Boyd Kennedy
        Staff Attorney
        Law Enforcement Division
5541 Bear Lane, Suite 232
Corpus Christi, Texas 78405
and
4200 Smith School Road
Austin, Texas 78744

Captain Dewitt Thomas
121 Channel
Port Isabel, Texas
Captain Thomas has knowledge of the circumstances surrounding the accident.  See his
affidavit.

Philip S. Timberlake
7410 Zollman Road
Jonesville, IN  4713
Expert auditor who performed the March 2000  vendor audit of Brown Water at ACBL's
request who may testify about his background and training, his audit of Brown Water,
discussions with Brown Water and ACBL, to identify documents and generally to those
things contained in his deposition.

United States Department of Transportation
c/o Hon. Greg Serres, United States Attorney
600 East Harrison, Suite 201
Brownsville, Texas 78520-7114

Janie Valdez
7300 North Padre Boulevard
South Padre Island, Texas
Ms. Valdez has knowledge of the circumstances surrounding the accident.  See her
affidavit.

Ross Valigura
828 Hughes
Box 429
Palacios, Texas 77465
(979) 578-1864
Or
1718 Fleisher Drive
Austin, Texas
Deckhand on the BROWN WATER V related to duties of crew, incident in question, and
building of tow by Brown Water and generally to those things contained in his deposition

and in his statement.

William B. Welch, Minor
c/o Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521
Claimant

William Morris Welch
c/o Mr. James B. Manley
Attorneys at Law
3616 Preston Road
Pasadena, Texas 77505
Claimant

Michael Wheelington
State Game Warden
Texas Parks & Wildlife Department
See his affidavit.

William N. Whitlock
4007 Fox Meadow Way
Prospect, KY 40059
ACBL President who may testify about his jobs at ACBL, contract towage, ACBL
policies, procedures and practices, Brown Water, Barges NM 315, VLB 9173, ACL 9933
and VLB 9182 and their towage contractors, facts and circumstances surrounding the
accident and its aftermath, to identify documents, ACBL's damages and generally to
those things contained in his deposition.

Captain Rocky Lee Wilson
Street address unknown
Dripping Springs, TX
Telephone unknown
Captain of M/V BROWN WATER V at time of accident who may testify about his
background and experience, Brown Water and its equipment and his employment with
Brown Water, the facts and circumstances surrounding the accident and generally to
those things contained in his deposition and in his statement.

Captain Ron Yates
Maritime Consultant
17199 FM350 North
Moscow, TX 75960
(936) 398-2180
Brown Water expert.  See his report and deposition testimony.

Lydia Zamora
c/o Mr. Ray R. Marchan
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
Claimant; See her deposition testimony.

Craig Zimmerman
1/4 Mile North 100 on FM 1575
Post Office Box 4025
Los Fresnos, Texas
Mr. Zimmerman has knowledge of the circumstances surrounding the accident.  See his
affidavit.

William Zimmerman
706 North Shore Drive
Port Isabel, Texas
Mr. Zimmerman has knowledge of the circumstances surrounding the accident.  See his
affidavit.

Glenn Bacon, M.D.
Phillip Ambrosiewiez, LMSW-ACP
Tropical Texas Center for Mental Health and Mental Retardation
Odelia Cisneros, Custodian of Records
1242 North 77 Sunshine Strip
Harlingen, TX  78550
956-423-8094
Medical provider for Chealsa Welch
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Rio Grande State Center
Leticia Moreno, Custodian of Records
1401 Rangerville Rd.
Harlingen, TX  78550
(210) 425-8900
Knowledge of facts and circumstances surrounding the medical and financial records
pertaining to Chealsa Welch.

Coastal Bend Psychiatric Associates, PA/Carlos Estrada, M.D.
Cindy Ann Croston, Custodian of Records
6625 Wooldridge Rd.
Corpus Christi, TX  78414
(361) 993-8358
Knowledge of facts and circumstances surrounding the medical and financial records
pertaining to Chealsa Welch.

Corpus Christi Charter Behavioral Systems a/k/a Padre Behavioral Hospital
Jennifer Spires, Custodian of Records
6629 Wooldridge
Corpus Christi, TX 78414
(361) 986-9444
Knowledge of facts and circumstances surrounding the medical and financial records
pertaining to Chealsa Welch.

Baylor College of Medicine/Dr. William Edwin Fann
And/or Custodian of Records
765 E. 7th Street
Brownsville, TX 78520
Knowledge of facts and circumstances surrounding the medical and financial records
pertaining to Chealsa Welch.

Valley Regional Medical Center
Diane Clark, Custodian of Records
Juanita B. Garza, Custodian of Records
100 E. Alton Gloor Blvd.
Brownsville, TX 78520
(956) 350-7525
Regarding medical records pertaining to Bridgette Goza, Rene Francisco Mata, Gaspar
Saenz Hinojosa and Gustavo Adolfo Morales.

Los Fresnos Family Healthcare Center
Regina D. Ortiz, Custodian of Records
503 West Ocean Blvd.
Los Fresnos, TX 78578
(956) 233-8310
Regarding medical records pertaining to Bridgette Goza.

Island Family Practice/Dr. Rochelle Owens
Griselda Rodriguez, Custodian of Records
3401 Padre Blvd., #B
South Padre Island, TX 78597
(956) 772-9010
Regarding medical records pertaining to Bridgette Goza.

Walmart Pharmacy
John Lafayette, Custodian of Records
1723 State Hwy. 100
Port Isabel, TX 78578
Or
702 S.W. 8th Street
Bentonville, Arkansas 72716-0215
(479) 277-0531
Regarding medical records pertaining to Bridgette Goza.

Dr. Jaime Silva
Patricia Rivera, Custodian of Records
100 Uptown Ave., Suite 100
Brownsville, TX  78520
(956) 546-2035
Regarding medical records pertaining to Bridgette Goza.

Dr. Paul Lenz
Jennifer Jewell, Custodian of Records
2300 Central Blvd.
Brownsville, TX  78520
(956) 544-6111
Regarding medical records pertaining to Bridgette Goza.

Dr. William Torkildsen
Jo Anna Rosser, Custodian of Records
5505 Expressway 77, Suite 205
Harlingen, TX  78550
(956) 421-2787
Regarding medical records pertaining to Bridgette Goza.

William Mark Valverde, M.D.
Blandina Nino, Custodian of Records
531 E. St. Francis
Brownsville, TX  78521
(956) 544-6006
Regarding medical records pertaining to Bridgette Goza.

Stephanie Garcia, M.D.
Nora Villarreal, Custodian of Records
202 2nd Street
Port Isabel, TX  78578
(956) 943-7938
Regarding medical records pertaining to Bridgette Goza.

Dagoberto Martinez, M.D.
Mary Ann Fore, Custodian of Records
1076 Los Ebanos
Brownsville, TX  78520
(956) 550-4262
Regarding medical records pertaining to Bridgette Goza.

Clinica Santa Maria/Dr. Stephanie Martinez
Mary Ann Fore, Custodian of Records
95 E. Price Rd., #A
Brownsville, TX  78521
(956) 544-2001
Regarding medical records pertaining to Bridgette Goza.

Dr. Robert Lozano
Lupita Gonzalez, Custodian of Records
864 Central Blvd.
Brownsville, TX  78520
(956) 982-0400
Regarding medical records pertaining to Lydia Zamora.

Valley Comprehensive Management Center
Mary Lou Ratliff, Custodian of Records
1100 N. Expressway, Suite 3
Brownsville, TX  78521
(956) 504-3200
Regarding medical records pertaining to Rene Francisco Mata.

Medical Homecare, Inc.
Velma Garza, Custodian of Records
2202 S. 77 Sunshine Strip, Suite E
Harlingen, TX  78550
(956) 412-9105
Regarding medical records pertaining to Rene Francisco Mata.

Heart Clinic, P.A.
Irene Martinez, Custodian of Records
2310 N. Ed Carey Drive, Suite 1A
Harlingen, TX  78550
(956) 428-5522
Regarding medical records pertaining to Rene Francisco Mata.

South Texas Emergency Care Foundation
Yolanda Padilla, Custodian of Records
1705 Vermont/P.O. Box 533668
Harlingen, TX  78553-3668
(956) 364-2711
Regarding medical records pertaining to Rene Francisco Mata.

Valley Orthopedic Surgery/Jefferson Cartwright, M.D.
Amanda Longoria, Custodian of Records
1629 Treasure Hills Blvd., Ste. B1
Harlingen, TX  78550
(956) 364-1510
Regarding medical records pertaining to Rene Francisco Mata.

Valley Baptist Medical Center
Linda R. Gonzalez, Custodian of Records
P.O. Box 2588
Harlingen, TX  78551-2588
(956) 389-1920
Regarding medical records pertaining to Rene Francisco Mata and Gaspar Saenz

Hinojosa.

Cardiovascular Associates/Dr. Ruben Lopez
Sharon Owens, Custodian of Records
2121 Pease Street, Ste. 207
Harlingen, TX  78550
(956) 421-2716
Regarding medical records pertaining to Rene Francisco Mata.

Brownsville Neurosurgical Institute
Daniela Garces, Custodian of Records
800 W. Jefferson St., Ste. 140
Brownsville, TX  78520
(956) 504-6290
Regarding medical records pertaining to Rene Francisco Mata.

R.G. Del Villor, M.D.
Maria G. Martinez, Custodian of Records
110 E. Savannah, Building C, Ste. 101
McAllen, TX  78501
(956) 686-8357
Regarding medical records pertaining to Rolando Lee Moya.

Mercedes Dominguez, M.Ed., L.P.C.
Mercedes Domínguez, M.Ed., L.P.C., Custodian of Records
13700 Veterans Memorial
Houston, TX  77014
(281) 440-0606
Regarding medical records pertaining to Rivas claim.

Valley Baptist Medical Center
Rosemary Deleon, Custodian of Records
2101 Pease Street
Harlingen, TX  78550
Telephone unknown
Regarding medical records pertaining to Stvan Rivas, Deceased.

Texas Children's Hospital
Jessica Velasco, Custodian of Records
6621 Fannin, MC 1-3225
Houston, TX  77030
(713) 770-5158
Regarding medical records pertaining to Stvan Rivas, Deceased.

Humble Clinic
Paul Gutierrez, Custodian of Records
8900 Lakes at 610
Humble, TX  77054

(713) 442-5731
Regarding medical records pertaining to Stvan Rivas, Deceased.

Whataburger Restaurant, Port Isabel (Texas Location)
Mickey Trevino, Custodian of Records
One Whataburger Way
Corpus Christi, TX  78411
878-0650
Regarding records pertaining to Gaspar Saenz Hinojosa.

Peter R. Breggin, M.D.
Evelyn Stilson, Custodian of Records
101 East State St., PMB 112
Ithaca, New York  14850-5543
(607) 272-5328
Regarding records pertaining to Chealsa Louise Kimbrell Welch.

Petitioners reserve the right to call any witness listed by any other party.  Petitioners also
reserve the right to call impeachment and/or rebuttal witnesses.