ORIGINAL

United States District Court
Southern District of Texas
FILED
JUN 1 5 2005
Michael N. Milby
Clerk of Court

| UNITED STATES DISTRICT COURT | • | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| IN RE: THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., et al | CASE NO. B-01-157<br>Consolidated with: B-01-004 and B-02-125 |
|---|---|
| | **Witness List** |
| Judge Hilda G. Tagle | Case Manager: Stella Cavazos<br>Court Reporter: Breck Record |
| **List of**<br><br>American Commercial Lines LLP and American Commercial Barge Line LLC Deere Credit, Inc. (formerly Senstar Finance Company), as Owner of the Barge NM-315, State Street Bank and Trust Company of Connecticut, N.A., as Owner/Trustee of the Barge ACL-9933B and Not in Its Individual Capacity, and General Electric Capital Corporation, as Beneficial Owner of the Barge ACL-9933B | **Proceeding**          **Date**<br><br>TRIAL |

ACBL may call the following witnesses to testify live or by deposition:

1. Patrick D. Hoessle
   4416 Creekstone Blvd.
   Jeffersonville, IN 47130

   ACBL dispatcher at time of accident who may testify about his job, contract towage, ACBL's towage contractors, ACBL areas of operation, ACBL policies, procedures and practices, Brown Water, ACBL's barges and their towage, facts and circumstances surrounding the incident, to identify documents and generally to those things contained in his deposition.

2. Christian Brinkop
   36 Woodstone Drive
   Mandeville, Louisiana 70471

   Former ACBL Vice President of Gulf Coast Operations at the time of the incident who may testify about his job, ACBL, ACL, contract towage, Brown Water, ACBL policies, procedures and practices, ACBL's areas of operation, vessel operations, ACBL equipment, to identify documents and generally to those things contained in his deposition.

3.  James F. Farley
    8904 Lippincott Street
    Louisville, Kentucky 40222

    Former ACBL Vice President of Distribution Services, Liquid Sales and Transportation Services, who may testify about his jobs, ACBL, ACL, contract towage, Brown Water, ACBL policies, procedures and practices, facts and circumstances surrounding the incident in question, ACBL's areas of operation, vessel operations, ACBL equipment, to identify documents and generally to those things contained in his deposition.

4.  Douglas C. Ruschman
    6503 Harrods View Circle
    Prospect, KY 40059

    ACBL Vice President Risk Management and counsel who may testify about Brown Water's previous history with ACBL, to identify documents, ACBL, ACL, ACBL equipment, facts and circumstances surrounding the accident and aftermath, ACBL's damages, contract towage and ACBL's towage contractors, to identify documents, freight pending on the barges at the time of the accident and generally to those things contained in his deposition.

5.  Michael Khouri
    398 West Illinois Avenue
    Memphis, TN 38106

    Former ACBL General Counsel and Senior Vice President of Transportation Services who may testify about his jobs, ACL, ACBL, Brown Water, Brown Water audit, contract towage, ACBL policies, Coast Guard databases, procedures and practices, ACBL's areas of operation, ACBL's equipment, to identify documents, facts and circumstances surrounding the incident in question, towing contractors and in general to those things contained in his deposition.

6.  Peter Kazunas
    14105 Langland Place
    Louisville, KY 40245

    Former ACBL Assistant Vice President, Distribution Services who may testify about his jobs, ACL, ACBL, Brown Water, Brown Water audit, contract towage, ACBL policies, procedures and practices, ACBL's areas of operation, ACBL's equipment, to identify documents, facts and circumstances surrounding the incident in question, towing contractors and in general to those things contained in his deposition.

7. William N. Whitlock
   4007 Fox Meadow Way
   Prospect, KY 40059

   ACBL President who may testify about his jobs at ACBL, contract towage, ACBL policies, procedures and practices, Brown Water, Barges NM 315, VLB 9173, ACL 9933 and VLB 9182 and their towage contractors, facts and circumstances surrounding the accident and its aftermath, to identify documents, ACBL's damages and generally to those things contained in his deposition.

8. Philip S. Timberlake
   7410 Zollman Road
   Jonesville, IN 4713

   Expert auditor who performed the March 2000 vendor audit of Brown Water at ACBL's request who may testify about his background and training, his audit of Brown Water, discussions with Brown Water and ACBL, to identify documents and generally to those things contained in his deposition.

9. Richard A. Foltz
   1701 E. Maricet Street
   Jeffersonville, IN 47130

   ACBL Vice President who may testify about the VLB-9173, ACL-9933, VLB-9182 and NM-315, their ownership, charter and operation and relationship of petitioners to these barges.

10. Joe Hargiss
    P. O. Box 1272
    Hendersonville, KY 42419

    Expert marine surveyor who may testify regarding the value of the ACBL barges at the time of the accident, ACBL's damages as a result of the accident and the 4 ACBL barges and generally to those things contained in his expert reports.

11. Tim Chapman
    320 Cove Harbour
    Rockport, Texas

    Brown Water owner and president who may testify about Brown Water, its operations, practices, policies, procedures, equipment, employees, employment practices, customers' safety record, the facts and circumstances surrounding the accident and generally to those things contained in his deposition and to identify documents.

12. Chad Chapman
    320 Cove Harbour
    Rockport, Texas

    Brown Water dispatcher to testify about Brown Water, its operations, policies, practices, procedures, equipment, employees, employment practices, customers' safety record, the facts and circumstances surrounding the accident and generally to those things contained in his deposition and to identify documents.

13. Steve Mosher
    632 Dear Meadow Trail
    Valparaiso, IN  46385

    Ex-Brown Water Vice-President and Operations Manager who may testify about Brown Water, its operations, policies, practices, procedures, customers' equipment, employees, unemployment practices, safety record and the facts and circumstances surrounding the accident and generally to those things contained in his deposition and to identify documents.

14. David Fowler
    Mobile, AL

    Relief Captain of the M/V BROWN WATER V at time of accident who may testify about the facts and circumstances surrounding the accident, his background and experience, Brown Water and his employment with Brown Water and generally those things contained in his deposition.

15. Rocky Wilson
    Austin, Texas

    Captain of M/V BROWN WATER V at time of accident who may testify about his background and experience, Brown Water and its equipment and his employment with Brown Water, the facts and circumstances surrounding the accident and generally to those things contained in his deposition.

16. Daniel E. Brock
    115 Rue Marine Drive
    Paducah, KY  42001

    Expert who may testify about the inland/towing industry, towage, Coast Guard matters, AWO, the ICW, Brown Water, the accident and those things leading up to the accident, and generally to those things contained in his expert report and affidavit.

17. Michael D. Russell
    P. O. Box 580128
    Houston, Texas 77258

    Expert who may testify about marine safety issues, inland towing industry, Coast Guard regulations, licensing issues, databases, matters and programs, Brown Water, the accident and those things leading up to the accident, the ICW and generally to those things contained in his expert report and affidavit.

18. Gary P. Langley
    Wagoner, Oklahoma

    Expert towboat captain who may testify about the lighting on the Queen Isabella Causeway, licensing, towboat operations and generally to those things contained in his deposition.

19. Ross Valigura
    1718 Fleisher Drive
    Austin, Texas

    Deckhand on the BROWN WATER V related to duties of crew, incident in question, and building of tow by Brown Water and generally to those things contained in his deposition.

20. J. L. Adams
    213 South Lyndon Lane
    Louisville, KY 40222

    Former ACBL Assistant Vice-President Public Affairs who may testify regarding ACBL policies, procedures and practices, to identify documents, Coast Guard rule making procedures and generally to those things in his deposition.

21. Petitioners reserve the right to call any witness listed by any other party, including but not limited to any experts or other witnesses listed by Brown Water with respect to claimants' damages.

22. Petitioners reserve the right to call impeachment and/or rebuttal witnesses.

23. If other witnesses to be called at the trial become known, their names, addresses and subject of their testimony will be reported to opposing counsel in writing as soon as they are known; this does not apply to rebuttal or impeachment witnesses.