United States District Court
Southern District of Texas
FILED

ORIGINAL    JUN 1 5 2005

Michael N. Milby
Clerk of Court

| IN RE: THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., et al. | CASE NO.     B-01-157<br>Consolidated with: B-01-004 and B-02-125 |
|---|---|
| | **Defendant's Witness List** |
| Judge Hilda G. Tagle | Case Manager: Estella Cavazos<br>Court Reporter: Breck Record |
| List of Third-Party Defendant Cameron County | Proceeding          Date: |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 1 | Patrick D. Hoessle<br>4416 Creekstone Blvd.<br>Jeffersonville, IN 47130<br><br>ACBL dispatcher at time of accident who may testify about his job, contract towage, ACBL's towage contractors, ACBL areas of operation, ACBL policies, procedures and practices, Brown Water, ACBL's barges and their towage, facts and circumstances surrounding the incident, to identify documents and generally to those things contained in his deposition. | | |
| 2 | Christian Brinkop<br>36 Woodside Drive<br>Mandeville, Louisiana 70471<br><br>Former ACBL Vice President of Golf Coast Operations at the time of the incident who may testify about his job, ACBL, ACL, contract towage, Brown Water, ACBL policies, procedures and practices, ACBL's areas of operation, vessel operations, ACBL equipment, to identify documents and generally to those things contained in his deposition. | | |
| 3 | James F. Farley<br>8904 Lippincott Street<br>Louisville, Kentucky 40222<br><br>Former ACBL Vice President of Distribution Services, Liquid Sales and Transportation Services, who may testify about his jobs, ACBL, ACL, contract towage, Brown Water, ACBL policies, procedures and practices, facts and circumstances surrounding the incident in question, ACBL's areas of operation, vessel operations, ACBL equipment, to identify documents and generally to those things contained in his deposition. | | |

| 4 | Douglas C. Ruschman<br>6503 Harrods View Circle<br>Prospect, KY 40059<br><br>ACBL Vice President Risk Management and counsel who may testify about Brown Water's previous history with ACBL, to identify documents, ACBL, ACL, ACBL equipment, facts and circumstances surrounding the accident and aftermath, ACBL's damages, contract towage and ACBL's towage contractors, to identify documents, freight pending or the barges at the time of the accident and generally to those things contained in his deposition. | | |
| 5 | Michael Khouri<br>398 West Illinois Avenue<br>Memphis, TN 38106<br><br>Former ACBL General Counsel and Senior Vice President of Transportation Services who may testify about his jobs, ACL, ACBL, Brown Water, Brown Water audit, contract towage, ACBL policies, Coast Guard databases, procedures and practices, ACBL's areas of operation, ACBL's equipment, to identify documents, facts and circumstances surrounding the incident in question, towing contractors and in general to those things contained in his deposition. | | |
| 6 | Peter Kazuras<br>14105 Langland Place<br>Louisville, KY 40245<br><br>Former ACBL Assistant Vice President, Distribution Services who may testify about his jobs, ACL, ACBL, Brown Water audit, contract towage, ACBL policies, procedures and practices, ACBL's areas of operation, ACBL's equipment, to identify documents, facts and circumstances surrounding the incident in question, towing contractors and in general to those things contained in his deposition. | | |
| 7 | William N. Whitlock<br>4007 Fox Meadow Way<br>Prospect, KY 40059<br><br>ACBL President who may testify about his jobs at ACBL, contract towage, ACBL policies, procedures and practices, Brown Water, Barges NM 315, VLB 9173, ACL 9933 and VLB 9182 and their towage contractors, facts and circumstances surrounding the accident and its aftermath, to identify documents, ACBL's damages and generally to those things contained in his deposition. | | |

| | | | |
|---|---|---|---|
| 8 | Philip S, Timberlake<br>7410 Zollman Road<br>Jonesville, IN 4713<br><br>Expert auditor who performed the March 2000 vendor audit of Brown Water at ACBL's request who may testify about his background and training, his audit of Brown Water, discussions with Brown Water and ACBL, to identify documents and generally to those things contained in his deposition. | | |
| 9 | Richard A. Foltz<br>1701 E Maricet Street<br>Jeffersonville, IN 47130<br><br>ACBL Vice President who may testify about the VLB-9173, ACL-9933, VLB-9182 and NM-315, their ownership, charter and operation and relationship of petitioners to these barges. | | |
| 10 | Joe Hargiss<br>P.O. Box 1272<br>Hendersonville, KY 42419<br><br>Expert marine surveyor who may testify regarding the value of the ACBL barges at the time of the accident, ACBL's damages as a result of the accident and the 4 ACBL barges and generally to those things contained in his expert reports. | | |
| 11 | Tim Chapman<br>320 Cove Harbour<br>Rockport, Texas<br><br>Brown Water owner and president who may testify about Brown Water, its operations, practices, policies, procedures, equipment, employees, employment practices, customers' safety record, the facts and circumstances surrounding the accident and generally to those things contained in his deposition and to identify documents. | | |
| 12 | Chad Chapman<br>320 Cove Harbour<br>Rockport, Texas<br><br>Brown Water dispatcher to testify about Brown Water, its operations, policies, practices, procedures, equipment, employees, employment practices, customers' safety record, the facts and circumstances surrounding the accident and generally to those things contained in his deposition and to identify documents. | | |

3

| | | | |
|---|---|---|---|
| 13 | Steve Mosher<br>632 Dear Meadow Trail<br>Valparaiso, IN 46385<br><br>Ex-Brown Water Vice-President and Operations Manager who may testify about Brown Water, its operations, policies, practices, procedures, customers' equipment, employees, unemployment practices, safety record and the facts and circumstances surrounding the accident and generally to those things contained in his deposition and to identify documents. | | |
| 14 | David Fowler<br>Mobile, AL<br><br>Relief Captain of the M/V BROWN WATER V at time of accident who may testify about the facts and circumstances surrounding the accident, his background and experience, Brown Water and his employment with Brown Water and generally those things contained in his deposition. | | |
| 15 | Rocky Wilson<br>Austin, Texas<br><br>Captain of M/V BROWN WATER V at time of accident who may testify about his background and experience, Brown Water and its equipment and his employment with Brown Water, the facts and circumstances surrounding the accident and generally to those things contained in his deposition. | | |
| 16 | Daniel E. Brock<br>115 Rue Marine Drive<br>Paducah, KY 42001<br><br>Expert who may testify about the inland/towing industry, towage, Coast Guard matters, AWO, the ICW, Brown Water, the accident and those things leading up to the accident, and generally to those things contained in his expert report and affidavit. | | |
| 17 | Michael D. Russell<br>P.O. Box 580128<br>Houston, Texas 77258<br><br>Expert who may testify about marine safety issues, inland towing industry, Coast Guard regulations, licensing issues, databases, matters and programs, Brown Water, the accident and those things leading up to the accident, the ICW and generally to those things contained in his expert report and affidavit. | | |

| | | | |
|---|---|---|---|
| 18 | Gary P. Langley<br>Wagoner, Oklahoma<br><br>Expert towboat captain who may testify about the lighting on the Queen Isabella Causeway, licensing towboat operations and generally to those things contained in his deposition. | | |
| 19 | Ross Valigura<br>1718 Fleisher Drive<br>Austin, Texas<br><br>Deckhand on the BROWN WATER V related to duties of crew, incident in question, and building of tow by Brown Water and generally to those things contained in his deposition. | | |
| 20 | Captain G.E. "Jay" Disler (Dixler)<br>P.O. Box 899f<br>Wildwood, Texas 77663 | | |
| 21 | John Deck III<br>P.O. Box 501<br>Chardon, Ohio 44024 | | |
| 22 | Jeramy Charles Colomn<br>Principal Consultant<br>Burness Corlett & Partners, Ltd.<br>Baltic House, Isle Man IM9 2AE<br><br>Def. Brown Water Expert | | |
| 23 | Allen R. Schultz<br>909 Silbert Road, #53<br>Houston, Texas 77024<br><br>Defendant Brown Water Expert | | |
| 24 | Francisco Perez, Ph. D<br>Francisco I. Perez<br>6560 Fannin Suite 1224<br>Houston, Texas 77030<br><br>Defendant Brown Water Expert | | |
| 25 | Captain Ron Yates<br>Maritime Consultan<br>17199 FM350 North<br>Houston, Texas 75960<br><br>Defendant Brown Water Expert | | |

| | | | |
|---|---|---|---|
| 26 | Malcom G. McLaren<br>McLaren Engineering Group<br>100 Sknake Hill Road<br>P.O. Box 600<br>West Nyack, NY 10994<br><br>Defendant Brown Water Expert | | |
| 27 | Clovis Morrison<br>Morrison & Assoc.<br>3117 Westerwood Drive<br>Balton Rouge, Louisiana 70816<br><br>Defendant Brown Water Expert | | |
| 28 | Douglas A. Swain<br>Address & Phone Number unknown<br><br>Brown Water Marine Expert | | |
| 29 | Captain Nicholas E. Perugini<br>Robert Ramsey<br>National Oceanic and Atmospheric Administration<br>Chief, Marine Chart Division<br>Office of Coast Survey<br>National Ocean Service, NOAA<br>Silver Springs, MD<br><br>Mr. Perugini may testify regarding the opinions that he rendered in his testimony during the Coast Guard hearing in the matter. A copy of the transcript of his testimony is attached, as is a copy of the Power Point that he utilized during that testimony. | | |
| 30 | Bob Clinton<br>c/o American Waterways Operators<br>Arlington, Virginia<br><br>Mr. Clinton has expert information regarding the American Waterways Operators' Responsible Carrier program. | | |
| 31 | Captain Hector Ramos<br>Highway Patrol<br>Texas Department of Public Safey<br>1414 N. Bicentennial Blvd.<br>McAllen, Texas 78501<br><br>Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this lawsuit. | | |

| | | | |
|---|---|---|---|
| 32 | Juan Rodriguez, Jr<br>Texas Department of Public Safey<br>1414 N. Bicentennial Blvd.<br>McAllen, Texas 78501<br><br>Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this lawsuit. | | |
| 33 | Behrooz Badiozzamani<br>Texas Department of Transportation<br>P.O. Box 1717<br>Pharr, Texas 78577-1717<br><br>Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the investigation reports pertaining to Plaintiff are under the supervision, custody and control of the custodian of records and that such records were kept in the regular course of business. | | |
| 34 | Jim Wilson<br>United States Coast Guard<br>800 David Drive, Room 232<br>Morgan City, Louisiana 70380<br><br>Mr. Wilson conducted the U.S.C.G investigation hearings. Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident. | | |
| 35 | James L. Adams<br>213 South Lyndon Lane<br>Louisville, Kentucky  40222<br><br>Defendant CBL's Assistant Vice President of Public Affairs from March 1995 to March 2002.  See his deposition testimony. | | |
| 36 | American Commercial Barge Lines<br>American Commercial Lines<br>c/o Mr. Glen Goodier<br>Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.<br>201 St. Charles Avenue, 48th Floor<br>New Orleans, Louisiana 70170-5100<br><br>Owner of  barges pushed by BROWN WATER V at the time of the accident. | | |

| 37 | Eddie Arriola<br>1616 Michigan<br>Port Isabel, Texas<br><br>Mr. Arriola is the supervisor of the Long Island Swing Bridge in Port Isabel, Texas. He has the knowledge of different barge configurations passing through the area and of the circumstances surrounding the accident. See his affidavit. | | |
| --- | --- | --- | --- |
| 38 | Bigo's International, L.L.C.<br>c/o Mr. Ray R. Marchan<br>WATTS & HEARD, L.L.P.<br>1926 East Elizabeth<br>Brownsville, Texas 78520 | | |
| 39 | Joe W. Blocker<br>301 N. Chaparral<br>Fulton, Texas 78358<br><br>Mr. Blocker was a deck hand on board the BROWN WATER V at the time of the accident. See his statement. | | |
| 40 | Paul Book<br>c/o Glen Goodier<br>Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.<br>201 St. Charles Ave., 48th Floor<br>New Orleans, Louisiana 70170-5100<br><br>Director of audit and compliance for Defendant CBL. See his deposition testimony. | | |
| 41 | Mike Brinegar<br>Constable's Office<br>Precinct One<br>Address unknown | | |
| 42 | Agustin Briseno<br>6684 Monte Vello<br>Brownsville, Texas 78520<br><br>Mr. Briseno works at the Long Island Swing Bridge in Port Isabel, Texas. He has knowledge of the configuration of barges passing through the area and of the circumstances surrounding the area. See his affidavit. | | |
| 43 | Rafael Briseno<br>1015 Timeer Drive<br>Brownsville, Texas 78521<br><br>Mr. Briseno works at the Long Island Swing Bridge in Port Isabel, Texas. He has knowledge of the configuration of barges passing through the area and of the circumstances surrounding the area. See his affidavit. | | |

| 44 | Captain Daniel Bryant<br>422 Palm<br>Laguna Vista, Texas<br><br>Captain Bryant has knowledge of the circumstances surrounding the accident. See his affidavit. | | |
| 45 | Captain Joe Lee Bryant<br>104 Highway 100 Lot 1<br>Port Isabel, Texas<br><br>Captain Bryant has knowledge of the circumstances surrounding the accident. See his affidavit. | | |
| 46 | Daniel Ceballos<br>c/o Burns International Security Services<br>Long Island, Texas<br><br>Mr. Ceballos has knowledge of the circumstances surrounding the accident. See his affidavit. | | |
| 47 | Central Power & Light<br>c/o C.T. Corporation System<br>350 North St. Paul Street<br>Dallas, Texas 75201<br><br>Has knowledge regarding the street lights on the causeway | | |
| 48 | Betty Chase<br>2801 East Harrison, Lot 193<br>Harlingen, Texas 78550<br><br>Chealsa Welch's grandmother. See her deposition testimony. | | |
| 49 | Chad Chapman<br>320 Cove Harbour<br>Rockport, Texas<br><br>Brown Water dispatcher to testify about Brown Water, its operations, policies, practices, procedures, equipment, employees, employment practices, customers' safety record, the facts and circumstances surrounding the accident and generally to those things contained in his deposition and to identify documents. | | |
| 50 | Captain Phil Colo<br>416 Barker Street<br>Laguna Vista, Texas<br><br>Captain Colo has knowledge of the circumstances surrounding the accident. See his affidavit. | | |

| | | | |
|---|---|---|---|
| 51 | Mr. Elijio Garza<br>Area Engineer<br>Department of the Army Corps of Engineers<br>1920 North Chaparral Street<br>Corpus Christi, Texas 78401 | | |
| 52 | Department of Public Safety<br>Rebecca Lynne Brown, Custodian of Records<br>McAllen, Texas | | |
| 53 | Cpl. George Elizondo, Jr.<br>Texas Department of Public Safety<br>Highway Patrol District 3C | | |
| 54 | Captain Steve Ellis<br>1016 Tarpon, #9<br>Port Isabel, Texas<br><br>Captain Ellis has knowledge of the circumstances surrounding the accident. See his affidavit. | | |
| 55 | Randy Elmore<br>367 Shaver Road<br>Aransas Pass, Texas 78336<br><br>Mr. Elmore was a mechanic who was onboard the BROWN WATER V prior to the incident. Employer: Brown Water Marine Services, Inc. See his deposition testimony. | | |
| 56 | Robert Espericueta<br>c/o Frank Enriquez<br>Law Offices of Frank Enriquez<br>4200-B North Bicentennial<br>McAllen, Texas 78504<br><br>Claimant: See his statement and his deposition testimony | | |
| 57 | Robert and Virginia Fandrich<br>5101 Verdi Way<br>Stockton, California 95207<br><br>Claimants | | |
| 58 | Captain James Franceschi<br>34 Sunburst Lane<br>Brownsville, Texas 78520<br><br>Captain Franceschi was piloting the Irini F out through the Brownsville Ship Channel when he heard Brown Water V's mayday call. He has knowledge of Captain Fowler's radio conversations subsequent to the accident. Captain Franceschi also has knowledge of the circumstances surrounding the accident and of previous groundings in the channel area. | | |

| | | | |
|---|---|---|---|
| 59 | Victor Franco<br>c/o Burns International Security Services<br>Long Island, Texas<br><br>Mr. Franco has knowledge of the circumstances surrounding the accident.<br>See his affidavit. | | |
| 60 | Gustavo Garcia<br>6939 West Business 83<br>Harlingen, Texas<br><br>Mr. Garcia has knowledge of the circumstances surrounding the accident.<br>See his affidavit. | | |
| 61 | Dolores Goette<br>410 Morris Street<br>Laguna Vista, Texas<br><br>Ms. Goette has knowledge of the circumstances surrounding the accident.<br>See his affidavit. | | |
| 62 | Captain Harry Goette<br>410 Morris Street<br>Laguna Vista, Texas<br><br>Captain Goette has knowledge of the circumstances surrounding the<br>accident. See his affidavit. | | |
| 63 | Bridgette Goza<br>c/o Mr. Ray R. Marchan<br>WATTS & HEARD, L.L.P.<br>1926 E. Elizabeth<br>Brownsville, Texas 78520<br><br>Claimant: see her statement | | |
| 64 | Mark Guillot<br>5705 Laguna Circle South, #202<br>South Padre Island, Texas<br><br>Mr. Guillot has 410 Morris Street<br>Laguna Vista, Texas<br><br>Ms. Goette has knowledge of the circumstances surrounding the accident.<br>See his affidavit. | | |

| 65 | Anita Harris c/o Mr. Heriberto Medrano Law Offices of Heriberto Medrano 2009 East Harrison, Suite B Harlingen, Texas 78550 <br><br> Claimant: see her deposition testimony | | |
|---|---|---|---|
| 66 | Victor Justin Harris c/o Mr. Heriberto Medrano Law Offices of Heriberto Medrano 2009 East Harrison, Suite B Harlingen, Texas 78550 <br><br> Claimant: see her deposition testimony | | |
| 67 | Clarissa Hinojosa c/o Robert E. Ammons Stevenson & Ammons, L.C. 3700 Montrose Boulevard Houston, Texas 77006 and Ramon Garcia Law Offices of Ramon Garcia, P.C. 222 West University Drive Edinburg, Texas 78539 <br><br> Claimant: see her deposition testimony | | |
| 68 | Gaspar Hinojosa, II c/o Robert E. Ammons Stevenson & Ammons, L.C. 3700 Montrose Boulevard Houston, Texas 77006 and Ramon Garcia Law Offices of Ramon Gacia, P.C. 222 West University Drive Edinburg, Texas 78539 <br><br> Claimant: see his deposition testimony. | | |
| 69 | Martin D. Hinojosa c/o Julian Rodriguez, Jr. Attorney at Law 100 W. Pecan McAllen, Texas 78501 <br><br> Claimant | | |

| | | | |
|---|---|---|---|
| 70 | Omar Hinojosa<br> c/o Robert E. Ammons<br> Stevenson & Ammons, L.C.<br> 3700 Montrose Boulevard<br> Houston, Texas 77006<br> and<br> Ramon Garcia<br> Law Offices of Ramon Gacia, P.C.<br> 222 West University Drive<br> Edinburg, Texas 78539<br><br>Claimant: see his deposition testimony. | | |
| 71 |  Raquel Teran Hinojosa<br> c/o Robert E. Ammons<br> Stevenson & Ammons, L.C.<br> 3700 Montrose Boulevard<br> Houston, Texas 77006<br> and<br> Ramon Garcia<br> Law Offices of Ramon Gacia, P.C.<br> 222 West University Drive<br> Edinburg, Texas 78539<br><br>Claimant: see her deposition testimony. | | |
| 72 | Rita S. Hinojosa<br> c/o Julian Rodriguez, Jr.<br> Attorney at Law<br> 100 W. Pecan<br> McAllen, Texas 78501<br><br>Claimant: see her deposition testimony. | | |
| 73 | Independent Plumbers of South Texas<br> c/o Cliff Garrad<br> 8602 Robindell Drive<br> Houston, Texas 77074 | | |
| 74 |  Norman Stanley Ivey<br> 200 Richland Drive East<br> Mandeville, LA 70448<br><br>Worked for Defendant ACBL from 1956 through 1995. See his deposition testimony. | | |
| 75 |  Delphine Kimbrell<br> Address unknown<br> Kingsville, Texas<br><br>Knowledge about Paddock, Kimbrell and Welch claims. | | |

| 76 | William Kimbrell<br>c/o The Edwards Law Firm, L.L.P.<br>802 N. Carancahua, Ste 1400<br>Corpus Christi, Texas 78470<br><br>Claimant | | |
|----|----|----|----|
| 77 | Captain Gary Phillip Langley<br>Rt 68696 S 310 Rd<br>Wagoner, Oklahoma 74467<br><br>Captain Langley was the relief captain on board the tug boat Bruce Bordelon at the time of the accident. He has knowledge of the circumstances surrounding the accident. See his affidavit and his deposition testimony. | | |
| 78 | Harvey "Lily" Larson<br>217 Mesquite Circle<br>Aransas Pass, Texas<br><br>See his deposition testimony | | |
| 79 | Ricky Leavell<br>c/o William Q. McManus<br>McManus & Crane, L.L.P.<br>209 West Juan Linn<br>P.O. Box 2206<br>Victoria, Texas 77902-2206<br><br>Claimant: see his deposition testimony. | | |
| 80 | Carol Leavell<br>c/o William Q. McManus<br>McManus & Crane, L.L.P.<br>209 West Juan Linn<br>P.O. Box 2206<br>Victoria, Texas 77902-2206<br><br>Claimant: see her deposition testimony. | | |
| 81 | Officer Frank Lerma<br>Laguna Vista Police Department<br>Address unknown | | |

| 82 | Long Island Bridge Company<br>    c/o John R. Freeland<br>    806 Pecan<br>    McAllen, Texas 78501<br><br>Employees of Long Island Bridge Company witnessed the four barges and tug pass under the bridge immediately prior to the accident. They also have knowledge of the configuration of barges passing through the area and of the circumstances surrounding the accident. | | |
|---|---|---|---|
| 83 | Hector Martinez, Sr.<br>    c/o Jim S. Hart<br>    Williams Bailey Law Firm, L.L.P.<br>    8441 Gulf Freeway, Suite 600<br>    Houston, Texas 77017<br><br>Claimant: see his deposition testimony | | |
| 84 | Rene and Frank Mata<br>    c/o Mr. Raymond Thomas<br>    Mr. Andres Gonzalez<br>    Kittleman, Thomas, Ramirez & Gonzalez<br>    4900-B N. 10th Street<br>    McAllen, Texas 78504<br><br>Claimants: see the statement and deposition testimony of Rene Mata | | |
| 85 | John and Mary McCoy<br>    514 Brookside Pass<br>    Cedar Park, Texas 78613 | | |
| 86 | Francis McGarry<br>    McGarry & Co.<br>    P.O. Box 3327<br>    Brownsville, Texas 78523<br><br>See his letter to Brown Water date October 1, 2001. | | |
| 87 | J. Antonio Mireles<br>    c/o S. Mark Strawn<br>    Schirrmeister Ajaime, L.L.P.<br>    Pennzoil Place - South Tower<br>    711 Louisiana, Suite 2150<br>    Houston, Texas 77002<br><br>Claimant | | |

| | | | |
|---|---|---|---|
| 88 | Juan Antonio Mireles<br>    c/o S. Mark Strawn<br>    Schirrmeister Ajaime, L.L.P.<br>    Pennzoil Place - South Tower<br>    711 Louisiana, Suite 2150<br>    Houston, Texas 77002<br><br>Claimant: see his deposition testimony. | | |
| 89 | Soledad Gonzalez Mireles<br>    c/o S. Mark Strawn<br>    Schirrmeister Ajaime, L.L.P.<br>    Pennzoil Place - South Tower<br>    711 Louisiana, Suite 2150<br>    Houston, Texas 77002<br><br>Claimant: see her deposition testimony. | | |
| 90 | Captain Joseph Mock<br>    P.O. Box 572<br>    Port Isabel, Texas<br><br>Captain Mock has knowledge of the circumstances surrounding the accident. See his affidavit | | |
| 91 |     Dimas Mora<br>    c/o W. Lamoine Holland<br>    1920 Nocogdoches Road, Suite 100<br>    San Antonio, Texas 78209 | | |
| 92 | Gustavo Morales<br>    c/o Mr. Ray R. Marchan<br>    WATTS & HEARD, L.L.P.<br>    1926 East Elizabeth<br>    Brownsville, Texas 78520<br><br>Claimant: see his statement and his deposition testimony | | |
| 93 |     Ramon Moreno<br>    Rt. 3, Box 708F<br>    Los Fresnos, Texas<br><br>Mr. Moreno has knowledge of the circumstances surrounding the accident. See his affidavit | | |
| 94 | Alberto Leroy Moya<br>    c/o Frank Enriquez<br>    Law Offices of Frank Enriquez<br>    4200-B North Bicentennial<br>    McAllen, Texas 78504<br><br>Claimant: see his statement and his deposition testimony. | | |

| | | | |
|---|---|---|---|
| 95 | Rolando Lee Moya<br>    c/o Frank Enriquez<br>    Law Offices of Frank Enriquez<br>    4200-B North Bicentennial<br>    McAllen, Texas 78504<br><br>Claimant: see his statement and his deposition testimony. | | |
| 96 | Dr. Donald Jay Mulkerne<br>    Spring Hill Behavioral Health<br>    100 Memorial Hospital Drive, Ste 1-B<br>    Mobil, Alabama 36608<br><br>Dr. Mulkerne is Capt. David Fowler's treating psychologist and has knowledge of the impact of the accident on Capt. Fowler's emotional and psychological well-being. | | |
| 97 | Angel Nortness<br>    322 Bahia<br>    Port Isabel, Texas | | |
| 98 | Levie Paul Old<br>    8307 Wickersham<br>    San Antonio, Texas<br><br>Mr. Old was a deck hand on board the BROWNSVILLE WATER V at the time of the accident. See his statement and his deposition testimony. | | |
| 99 | Jacqueline Paddock<br>    c/o Mr. Ray R. Marchan<br>    WATTS & HEARD, L.L.P.<br>    1926 E. Elizabeth<br>    Brownsville, Texas 78520<br><br>Claimant: see her deposition testimony | | |
| 100 | Port Isabel-San Benito Navigation District<br>    c/o Mr. Brian G. Janis<br>    Sanchez, Whittington, Janis & Zabarte, L.L.P.<br>    100 North Expressway 83<br>    Brownsville, Texas 78521-2284 | | |
| 101 | Ralph Poucher<br>    617 Marina Drive<br>    Port Isabel, Texas<br><br>Witnessed cars falling from the bridge. See his statement | | |
| 102 | Daniel Pugh<br>    Address unknown<br><br>Mr. Pugh has knowledge of the circumstances surrounding the accident. | | |

| | | | |
|---|---|---|---|
| 103 | Dan Reeves<br>1806 Illinois<br>Port Isabel, Texas<br><br>Mr. Reeves has knowledge of the circumstances surrounding the accident.<br>See his affidavit. | | |
| 104 | Esteban F. Rivas<br>c/o John David Franz<br>The Law Offices of John David Franz<br>400 North McColl<br>McAllen, Texas 78501<br>and<br>c/o J. Chad Gauntt<br>Gauntt & Kruppstadt, L.L.P<br>9004 Forest Crossing Drive, Suite C<br>The Woodlands, Texas 77381<br><br>Claimant: see his deposition testimony. | | |
| 105 | Maria Miriam Rivas<br>c/o John David Franz<br>The Law Offices of John David Franz<br>400 North McColl<br>McAllen, Texas 78501<br>and<br>c/o J. Chad Gauntt<br>Gauntt & Kruppstadt, L.L.P<br>9004 Forest Crossing Drive, Suite C<br>The Woodlands, Texas 77381<br><br>Claimant: see her deposition testimony. | | |
| 106 | Trooper III Adrian O. Rivera<br>Texas Department of Public Safety<br>Safety Education Service<br>1414 N. Bicentennial<br>McAllen, Texas 78501 | | |
| 107 | Captain Russell Robinson<br>c/o R&R Hi-Way Baitstand<br>Port Isabel, Texas<br><br>Captain Robinson has knowledge of the circumstances surrounding the accident. See his affidavit. | | |
| 108 | Francisco Robles, Jr.<br>Laguna Vista Police Department<br>Address unknown | | |

| 109 | Antonio Salinas, Jr.<br>c/o Frank Enriquez<br>Law Offices of Frank Enriquez<br>4200-B North Bicentennial<br>McAllen, Texas 78504<br><br>Claimant: See his statement and his deposition testimony. | | |
|-----|---|---|---|
| 110 | David L. Shelton, Game Warden<br>Texas Parks & Wildlife Dept.<br>And/or Custodian of Records<br>805 W. Price<br>Brownsville, Texas 78521<br><br>Employee who assisted in the rescue and/or investigation: knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident. | | |
| 111 | Robert Edgard Spinks, Jr.<br>1218 Mango Court<br>Laguna Vista, Texas 78578<br><br>Knowledge about Paddock, Kimbrell and Welch claims. | | |
| 112 | Stacey Maureen Carpenter Spinks<br>1218 Mango Court<br>Laguna Vista, Texas 78578<br><br>Knowledge about Paddock, Kimbrell and Welch claims. | | |
| 113 | State of Texas<br>c/o Mr. Jack F. Gilbert<br>P.O. Box 12548<br>Austin, Texas 78711-2548 | | |
| 114 | Dale Ray Stockton<br>14648 Arroyo Drive<br>Harlingen, Texas<br><br>Mr. Stockton has knowledge of prior collisions of tugboats and barges with the Queen Isabella Causeway. See his affidavit | | |
| 115 | Russell Stockton<br>208 West Mesquite<br>South Padre Island, Texas<br><br>Mr. Stockton has knowledge of the circumstances surrounding the accident. See his affidavit. | | |

| | | | |
|---|---|---|---|
| 116 | Texas Department of Public Safety<br>c/o Mary Ann Courter<br>5805 Lamar Boulevard<br>P.O. Box 4087<br>Austin, Texas 78773-0001 | | |
| 117 | Texas Department of Transportation<br>c/o Amadeo Saenz, District Engineer<br>600 West US 83 Expressway<br>P.O. Drawer EE<br>Pharr, Texas 78577 | | |
| 118 | Texas Parks & Wildlife Department<br>c/o Boyd Kennedy<br>Staff Attorney, Law Enforcement Division<br>5541 Bear Lane, Suite 232<br>Corpus Christi, Texas 78405<br>and<br>4200 Smith School Road<br>Austin, Texas 78744 | | |
| 119 | Captain Dewitt Thomas<br>121 Channel<br>Port Isabel, Texas<br><br>Captain Thomas has knowledge of the circumstances surrounding the accident. See his affidavit. | | |
| 120 | United States Department of Transportation<br>c/o Hon. Greg Serres, United States Attorney<br>600 East Harrison, Suite 201<br>Brownsville, Texas 78520-7114 | | |
| 121 | Janie Valdez<br>7300 North Padre Boulevard<br>South Padre Island, Texas<br><br>Ms. Valdez has knowledge of the circumstances surrounding the accident.<br>See her affidavit. | | |
| 122 | William B. Welch, Minor<br>c/o Ms. Veronica Farias<br>Law Offices of Veronica Farias<br>2854 Boca Chica Blvd.<br>Brownsville, Texas 78521<br><br>Claimant | | |

| | | | |
|---|---|---|---|
| 123 | William Morris Welch<br>c/o Mr. James B. Manley<br>Attorneys at Law<br>3616 Preston Road<br>Pasadena, Texas 77505<br><br>Claimant | | |
| 124 | Michael Wheelington<br>State Game Warden<br>Texas Parks & Wildlife Department<br><br>See his affidavit. | | |
| 125 | Lydia Zamora<br>c/o Mr. Ray R. Marchan<br>WATTS & HEARD, L.L.P<br>1926 E. Elizabeth<br>Brownsville, Texas 78520<br><br>Claimant: see her deposition testimony. | | |
| 126 | Craig Zimmerman<br>1/4 Mile North 100 on FM 1575<br>P.O. Box 4025<br>Los Fresnos, Texas<br><br>Mr. Zimmerman has knowledge of the circumstances surrounding the accident. See his affidavit. | | |
| 127 | William Zimmerman<br>706 North Shore Drive<br>Port Isabel, Texas<br><br>Mr. Zimmerman has knowledge of the circumstances surrounding the accident. See his affidavit. | | |
| 128 | Glenn Bacon, M.D.<br>Phillip Ambrosiewiez, LMSW-ACP<br>Tropical Texas Center for Mental Health and Mental Retardation<br>Odelia Cisneros, Custodian of Records<br>1242 North 77 Sunshine Strip<br>Harlingen, Texas 78550<br><br>Medical Provider for Chealsa Welch<br>Knowledge of the facts and circumstances surrounding the incident made the basis of this lawsuit. | | |

| | | | |
|---|---|---|---|
| 129 | Rio Grande State Center<br>      Leticia Moreno, Custodian of Records<br>      1401 Rangerville Rd.<br>      Harlingen, Texas 78550<br><br>Knowledge of the facts and circumstances surrounding the medical and financial records pertaining to Chealsa Welch. | | |
| 130 |       Coastal Bend Psychiatric Associates, PA/Carlos Estrada, M.D.<br>      Cindy Ann Croston, Custodian of Records<br>      6625 Wooldridge Rd.<br>      Corpus Christi, Texas 78414<br><br>Knowledge of the facts and circumstances surrounding the medical and financial records pertaining to Chealsa Welch. | | |
| 131 | Corpus Christi Charter Behavioral Systems a/k/a Padre Behavioral Hospital<br>      Jennifer Spires, Custodian of Records<br>      6629 Wooldridge<br>      Corpus Christi, Texas 78414<br><br>Knowledge of the facts and circumstances surrounding the medical and financial records pertaining to Chealsa Welch. | | |
| 132 |       Baylor College of Medicine/Dr. William Edwin Fann<br>      And/or Custodian of Records<br>      765 East 7th Street<br>      Brownsville, Texas 78520<br><br>Knowledge of the facts and circumstances surrounding the medical and financial records pertaining to Chealsa Welch. | | |
| 133 |       Valley Regional Medical Center<br>      Diane Clark, Custodian of Records<br>      Juanita B. Garza, Custodian of Records<br>      100 E. Alton Gloor<br>      Brownsville, Texas 78526<br><br>Regarding medical records pertaining to Bridgette Goza, Rene Francisco Mata, Gaspar Saenz Hinojosa and Gustavo Adolfo Morales. | | |
| 134 |       Los Fresnos Family Healthcare Center<br>      Regina D. Ortiz, Custodian of Records<br>      503 West Ocean Blvd.<br>      Los Fresnos, Texas 78578<br><br>Regarding medical records pertaining to Bridgette Goza. | | |

| | | | |
|---|---|---|---|
| 135 | Island Family Practice/Dr. Rochelle Owens<br>Griselda Rodriguez, Custodian of Records<br>3401 Padre Blvd., #B<br>South Padre Island, Texas 78597<br><br>Regarding medical records pertaining to Bridgette Goza. | | |
| 136 | Walmart Pharmacy<br>John Lafayette, Custodian of Records<br>1723 State Hwy. 100<br>Port Isabel, Texas 78578<br>or<br>702 S.W. 8th Street<br>Bentonville, Arkansas 72716-0215<br><br>Regarding medical records pertaining to Bridgette Goza. | | |
| 137 | Dr. Jaime Silva<br>Patricia Rivera, Custodian of Records<br>100 Uptown Ave., Suite 100<br>Brownsville, Texas 78520<br><br>Regarding medical records pertaining to Bridgette Goza | | |
| 138 | Dr. Paul Lenz<br>Jennifer Jewell, Custodian of Records<br>2300 Central Blvd.<br>Brownsville, Texas 78520<br><br>Regarding medical records pertaining to Bridgette Goza | | |
| 139 | Dr. William Torkildsen<br>Jo Anna Rosser, Custodian of Records<br>5505 Expressway 77, Suite 205<br>Harlingen, Texas 78550<br><br>Regarding medical records pertaining to Bridgette Goza | | |
| 140 | William Mark Valverde, M.D.<br>Blandina Nino, Custodian of Records<br>531 East St. Francis<br>Brownsville, Texas 78521<br><br>Regarding medical records pertaining to Bridgette Goza | | |
| 141 | Stephanie Garcia, M.D.<br>Nora Villarreal, Custodian of Records<br>202 2nd Street<br>Port Isabel, Texas 78578<br><br>Regarding medical records pertaining to Bridgette Goza | | |

| 142 | Dagoberto Martinez, M.D.<br>    Mary Ann Fore, Custodian of Records<br>    1076 Los Ebanos<br>    Brownsville, Texas 78520<br><br>Regarding medical records pertaining to Bridgette Goza | | |
|-----|---|---|---|
| 143 | Clinica Santa Maria/Dr. Stephanie Martinez<br>    Mary Ann Fore, Custodian of Records<br>    95 East Price Rd., #A<br>    Brownsville, Texas 78521<br><br>Regarding medical records pertaining to Bridgette Goza | | |
| 144 | Dr. Robert Lozano<br>    Lupita Gonzalez, Custodian of Records<br>    864 Central Blvd<br>    Brownsville, Texas 78520<br><br>Regarding medical records pertaining to Lydia Zamora. | | |
| 145 | Valley Comprehensive Management Center<br>    Mary Lou Ratliff, Custodian of Records<br>    1100 North Expressway, Suite 3<br>    Brownsville, Texas 7821<br><br>Regarding medical records pertaining to Rene Francisco Mata | | |
| 146 | Medical Homecare, Inc.<br>    Velma Garza, Custodian of Records<br>    2202 S. 77 Sunshine Strip, Suite E<br>    Harlingen, Texas 78550<br><br>Regarding medical records pertaining to Rene Francisco Mata | | |
| 147 | Heart Clinic, P.A.<br>    Irene Martinez, Custodian of Records<br>    2310 N. Ed Carey Drive, Suite 1A<br>    Harlingen, Texas 78550<br><br>Regarding medical records pertaining to Rene Francisco Mata | | |
| 148 | South Texas Emergency Care Foundation<br>    Yolanda Padilla, Custodian of Records<br>    1705 Vermont/P.O. Box 533668<br>    Harlingen, Texas 78553-3668<br><br>Regarding medical records pertaining to Rene Francisco Mata | | |

| | | | |
|---|---|---|---|
| 149 | Valley Orthopedic Surgery/Jefferson Cartwright, M.D.<br>Amada Longoria, Custodian of Records<br>1629 Treasure Hills Blvd., Suite B1<br>Harlingen, Texas 78550<br><br>Regarding medical records pertaining to Rene Francisco Mata | | |
| 150 | Valley Baptist Medical Center<br>Linda R. Gonzalez, Custodian of Records<br>P.O. Box 2588<br>Harlingen, Texas 78551-2588<br><br>Regarding medical records pertaining to Rene Francisco Mata and Gaspar Saenz Hinojosa | | |
| 151 | Cardiovascular Associates/Dr. Ruben Lopez<br>Sharon Owens, Custodian of Records<br>2121 Pease Street, Suite 207<br>Harlingen, Texas 78550<br><br>Regarding medical records pertaining to Rene Francisco Mata | | |
| 152 | Brownsville Neurosurgical Institute<br>Daniela Garces, Custodian of Records<br>800 W. Jefferson St., Ste 140<br>Brownsville, Texas 78520<br><br>Regarding medical records pertaining to Rene Francisco Mata | | |
| 153 | R.G. Del Villor, M.D.<br>Maria G. Martinez, Custodian of Records<br>110 East Savannah, Building C, Ste 101<br>McAllen, Texas 78501<br><br>Regarding medical records pertaining to Rolando Lee Moya | | |
| 154 | Mercedes Dominguez, M.Ed., L.P.C.<br>Mercedes Dominguez, M.Ed., L.P.C., Custodian of Records<br>13700 Veterans Memorial<br>Houston, Texas 77014<br><br>Regarding medical records pertaining to Rivas claim. | | |
| 155 | Valley Baptist Medical Center<br>Rosemary Deleon, Custodian of Records<br>2101 Pease Street<br>Harlingen, Texas 78550<br><br>Regarding medical records pertaining to Steven Rivas, Deceased | | |

| 156 | Texas Children's Hospital<br>    Jessica Velasco, Custodian of Records<br>    6621 Fannin, MC 1-3225<br>    Houston, Texas 77030<br><br>Regarding medical records pertaining to Steven Rivas, Deceased | | |
|---|---|---|---|
| 157 | Humble Clinic<br>    Paul Gutierrez, Custodian of Records<br>    8900 Lakes at 610<br>    Humble, Texas 77056<br><br>Regarding medical records pertaining to Steven Rivas, Deceased | | |
| 158 | Whataburger Restaurant, Port Isabel (Texas Location)<br>    Mickey Trevino, Custodian of Records<br>    One Whataburger Way<br>    Corpus Christi, Texas 78411<br><br>Regarding medical records pertaining to Gaspar Saenz Hinojosa | | |
| 159 |     Peter R. Breggin, M.D.<br>    Evelyn Stilson, Custodian of Records<br>    101 East State Street, PMB 112<br>    Ithaca, New York 14850-5543<br><br>Regarding medical records pertaining to Chealsa Louise Kimbrell Welch. | | |
| 160 | Cameron County reserves the right to call any witness listed by any other party. | | |
| 161 | Cameron County reserves the right to call impeachment and/or rebuttal witness. | | |