ORIGINAL

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
FILED

| IN RE: THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., et al | CASE NO: B-01-157 Consolidated with: B-01-004 and B-02-125 |
|---|---|

JUN 1 5 2005

Michael N. Milby
Clerk of Court

| Judge Hilda G. Tagle | **WITNESS LIST** |
|---|---|

| List for **ALL CLAIMANTS** | Proceeding:        Date: |
|---|---|

Claimants may call the following witnesses to testify live or by deposition:

A. G. Hill Power
c/o Ms. Janet Thompson
6654 Leopard Street
Corpus Christi, Texas 78409
Company believed to have repaired and/or maintained the street lights on the bridge.

A. G. Hill, Inc.
n/k/a JBH Enterprises, Inc.
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

A. G. Hill Power, Inc., aka JHB Enterprises, Inc.
By and through their attorney of records:
David H. Crago
Brin & Brin, PC
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
956-544-7110
956-544-0607 FAX
*Third Party Defendant.* Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Anthoney Flores-General Manager, Timothy A. Rubvey-General Manager, Paul
Moores, Hector Gonzales, Loren Staphens, Robert Brooks, Ricky Martinez, Francisco
Martinez, Alberto Gonzalez, Bill Gray, Mike Martinez, Sal Lopez, Henry Magana, Paul
Zepeda, Chris Garcia, Oscar Valenzuela, Janet Thompson, Ramiro Hinojosa, Enrique
Magana , Juan Magana, Terry Jones , Andrew Ortiz, Marcos Ilas, Cris Garcia, Tony
Whitspoch, Kevin _____, Joe L. Rodriguez, Rolando Flores, Maurilio Caratachea ,
Armarndo Lopez, Jr., Ray Chavez, Rolando Flores, Julio Tovar, Soltero Rosenbum,
Armando Lopez, Jr., Roberto Gonzalez, Mario Factor, Salvador Ayala, Maurilio
Caralocker, Booker T. Saenz, Gilberto Gonzalez, Jose L. Perez, Ernesto Rocha, Armando
M. Lopez, Delmiro Flores, Wallace James, Daniel Perez, Armando Zuniga and
Custodian of Records for
**A. G. Hill Power**
PO Box 14280
Greensboro, North Carolina  27415
910.273.8175
and
6654 Leopard St.
Corpus Christi, Texas   7888414
512.289.2187
Knowledge of any and all records from 1986 to the present on any work done and or
evaluation on the Port Isabel-South Padres Island Causeway Bridge.

Cameron County
By and through their attorney of records:
Romon "Dino" Esparza
1534  E. 6th Street, Suite 200
Brownsville, Texas  78520
956-541-1846
956-541-1893 FAX
*Third Party Defendant.* Knowledge of facts and circumstances surrounding the incident
made the basis of this lawsuit.

First South Utility Construction
d/b/a A.G. Hill Power
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Thomas R. Ajamie
Mark Strawn
Schirrmeister Ajamie, LLP
Pennzoil Place-South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

American Commercial Barge Line
American Commercial Lines
c/o Mr. Glen Goodier
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, LLP
210 St. Charles Ave., 48th Floor
New Orleans, Louisiana 70170-5100
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit and owner of barges pushed by BROWN WATER V at the time of the accident.

American Electric Power
PO Box 24404
Canton, OH 44701
Corporate Office:
I Riverside Plaza
Columbus, OH 43215
614-223-1000
Lessor of dark fiber to Padre Island due to collapse of the bridge causing loss of
telephone cable and service. This short-term lease was necessary for emergency
restoration of phone service to isolated central office.

Custodian of Records for
Russell Sigman: President
Chad S. Chapman: Vice President and Director:
Scooter Larsen: Operations
Stephen Mosher: Secretary, Treasurer, and Director
Hugh Tim Chapman-Sales/Risk Management
Brown Water Marine Services
Address Unknown
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Stephen Mosher:  President and Director
Hugh T. Chapman-Sales/Risk Management
Chad S. Chapman:  Secretary and Treasurer
Russell Sigman Assistant Secretary/Treasure
Scooter Larsen:  Operations
Brown Water Towing, Inc.
Address Unknown
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Geoffrey Amsel
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78209
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Robert E. Ammons
Stevenson & Ammons
3700 Montrose
Houston, Texas 77006
713-523-3030
713-523-4747 Fax
Attorney for Claimant Clarissa Hinojosa, Gasper Hinojosa, II, Omar Hinojosa and
Raquel Hinojosa

Timothy Chapman
320 Cove Harbor
Rockport, Texas
Owner of Brown Water I Towing. Knowledge of facts and circumstances surrounding
the incident made the basis of this lawsuit.

Chad Chapman
109 Red Fish
Rockport, Texas
Owner of Brown Water I Towing. Knowledge of facts and circumstances surrounding
the incident made the basis of this lawsuit.

Jacqueline Paddock
c/o Ray R. Marchan
WATTS LAW FIRM, L.L.P.
1926 East Elizabeth
Brownsville, Texas 78520
Claimant
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

William B. Welch, Minor
c/o Ms. Veronica Farias
Law Offices of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521
Claimant
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

David Golterman
Jacqueline Paddock's husband
807 Palm
Laguna Vista, Texas 78578
May testify about the loss suffered by Jackie as a result of Chealsa's death.

Suzanne Tipton
Jacqueline Paddock's friend
May testify about the loss suffered by Jackie as a result of Chealsa's death.

William E. Kimbrell
c/o Richard Leo Harrell
The Edwards Law Firm
P. O. Box 480
Corpus Christi, Texas 78403
or
3730 Route 20A
Warsaw, New York 14569
(585) 786-0805
Claimant.  William E. Kimbrell is the father of Chealsa Louise Welch.  He will testify
about their relationship and the damages sustained by him as a result of the death of his
daughter. Please also refer to his deposition. Knowledge of facts and circumstances
surrounding the incident made the basis of this lawsuit.

Debra Butler
1724 Ginger Court
Orange Parks, FL 32065
(904) 272-8363
This witness has knowledge of Chealsa Louise Welch and William E. Kimbrell's
relationship.


Wendy Keener
517 Florence Dr.
Albany, GA 31701
(229) 420-3944
This witness has knowledge of Chealsa Louise Welch and William E. Kimbrell's
relationship.

Andy & Peggy Kimbrell
2415 East Santa Gertrudis, Lot 97
Kingsville, Texas 78363
(361) 765-3161 (cell)
(361) 516-1588 (home)
These witnesses have knowledge of Chealsa Louise Welch and William E. Kimbrell's
relationship and of the damages sustained by William E. Kimbrell as a result of the
death of his daughter Chealsa Louise Welch.

Krystna Kimbrell
3730 Route 20A
Warsaw, New York 14569
(585) 786-0805
This witness has knowledge of Chealsa Louise Welch and William E. Kimbrell's
relationship and of the damages sustained by William E. Kimbrell as a result of the
death of his daughter Chealsa Louise Welch.

Cheyenne Kimbrell
3730 Route 20A
Warsaw, New York  14569
(585) 786-0805
Sister of Chealsa Louise Welch.  This witness has knowledge of Chealsa Louise Welch
and William E. Kimbrell's relationship and of the damages sustained by William E.
Kimbrell as a result of the death of his daughter Chealsa Louise Welch.

Cheryl Powell
2415 E. Santa Gertrudis #97
Kingsville, Texas
(361) 516-1588
(Niece of William E. Kimbrell)
This witness has knowledge of Chealsa Louise Welch and William E. Kimbrell's relationship and of the damages sustained by William E. Kimbrell as a result of the death of his daughter Chealsa Louise Welch.


Joe Sheffield
Route 1
Arlington, GA
(229) 725-4523
(William E Kimbrell's uncle)
This witness has knowledge of Chealsa Louise Welch and William E. Kimbrell's relationship and of the damages sustained by William E. Kimbrell as a result of the death of his daughter Chealsa Louise Welch.

Stacy & Robert Spinks
1218 Mango Court
Laguna Vista, TX 78578
(956) 943-6832
(Friends of Chealsa Welch)
These witnesses has knowledge of Chealsa Louise Welch and baby Welch and also of Chealsa Welch and William E. Kimbrell's relationship

Dixie Welch
William Morris Welch
c/o Mr. James B. Manley
Attorneys at Law
200 William Barnett
Cleveland, Texas 77327
281-593-1100
Fax 281-593-1700
or
721 20th Avenue North
Texas City, Texas
409-941-9242
Claimant
Ms. Welch is the spouse of Morris Welch, deceased  who is the personal representative
of his estate, and will give testimony regarding the  damages Mr. Welch sustained
following the death of his son, Barry Welch.

Stephanie Welch
A relative of Chealsa Welch

Anita Harris and Victor Justin Harris
c/o Mr. Heriberto Medrano
2009 E. Harrison, Suite B
Harlingen, Texas 78550
Claimant
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Daisy Harris
Address and telephone number unknown
Claimant
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Dora Gonzalez
111 Rebecca
San Benito, Texas 78586
Sister in Law of Robert Victor Harris

Lydia Zamora
c/o Mr. Ray R. Marchan
WATTS LAW FIRM, LLP
1926 East Elizabeth Street
Brownsville, Texas 78520
Claimant
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Alfredo Zamora
Box 6806
Port Isabel, Texas  78578
Lydia Zamora's husband.  Will testify about Ms. Zamora's relationship with Hector Martinez, Jr. and the loss she suffered as a result of Hector's death.

Hector Martinez, Sr.
c/o Jim Hart
Williams, Bailey Law Firm, LLP
8441 Gulf Freeway, Ste. 600
Houston, Texas 77017
Claimant
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Elke Gonzalez
11233 Fletcher Hall Lane
Austin, TX 78717
Hector Martinez's sister.
Will testify about Ms. Zamora's relationship with Hector Martinez, Jr. and the loss she suffered as a result of Hector's death.

Moises Galvan
P.O. Box 510
Port Isabel, Texas  78578
Lydia's brother.
Will testify about Ms. Zamora's relationship with Hector Martinez, Jr. and the loss she suffered as a result of Hector's death.

Gracie Galvan
608 Orange
Laguna Vista, Texas  78578
PIISD nurse.  Will testify about her observation regarding Ms. Zamora's seizures after her son's death.

Scott Friedman
110 N. Garcia
Port Isabel, Texas  78578
Hector Jr.'s employer.

Morris Perrone
Hector Jr.'s friend

Esteban F. Rivas
c/o John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501
and
c/o J. Chad Gauntt
Gauuntt & Kruppstadt, LLP
9004 Forest Crossing Drive, Ste. C
The Woodlands, Texas 77381
and
20307 Beigewood Lane
Humble, Texas  77338
Claimant
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Maria Miriam Rivas
c/o John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501
and
c/o J. Chad Gauntt
Gauntt & Kruppstadt, LLP
9004 Forest Crossing Drive, Ste. C
The Woodlands, Texas 77381
and
20307 Beigewood Lane
Humble, Texas  77338
Claimant
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Nena Gonzalez
2100 M. Minnesota
Brownsville, Texas  78521
Mrs. Gonzalez met Stvan Rivas and will testify as to his personality, character and his
love for his family.

Melanie Beltran
8315 Opalwood
Humble, Texas  77338
Family friend, Stvan's girlfriend, has knowledge of Stvan's character, personality and
familial relationship with his father and mother.

Norma Gray
44 Saqua Court
Brownsville, Texas  78521
Lived with Stvan, has knowledge of his personality, character and familial relationship

Billy Gray
44 Saqua Court
Brownsville, Texas  78521
Lived with Stvan, has knowledge of his personality, character and familial relationship

Brigette Goza
c/o Ray R. Marchan
WATTS LAW FIRM, LLP
1926 E. Elizabeth Street
Brownsville, Texas 78520
Claimant
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Laura Wise
40828 Schafer Rd.
Los Fresnos, Texas 78566
Home 956-233-9246
Cell 956-299-0825
Friend of Bridgette who may testify about the loss suffered by Bridgette as a result of
the causeway accident.

Cynthia Rubio
13902 Forestay St.
Corpus Christi, Texas 78418
Home 361-949-4802
Cell 361-549-8212
Work 361-949-8173
Friend of Bridgette who may testify about the loss suffered by Bridgette as a result of
the causeway accident.

Nicole & Edmundo Laguera
PO Box 2284
5606 Circe Circle
South Padre Island, Texas 78597
Home 956-761-1637
Cell 956- 561-0652,   956-299-0507
Friend of Bridgette who may testify about the loss suffered by Bridgette as a result of
the causeway accident.

Gustavo Morales
c/o Ray R. Marchan
WATTS LAW FIRM, L.L.P.
1926 East Elizabeth
Brownsville, Texas 78520
Claimant
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Idalia Morales
Wife of Gustavo Morales
584 Jose Marti, #207
Brownsville, Tx 78526
May testify about the loss suffered by her husband, Gustavo, as a result of the causeway
accident.

Gustavo Morales, Sr.
Father of Gustavo Morales
1611 West San Marcelo Blvd.
Brownsville, Tx 78526
May testify about the loss suffered by his son, Gustavo, as a result of the causeway
accident.

Enrique Valenzuela
Bigo's International LLC
c/o Mr. Ray R. Marchan
WATTS & HEARD, LLP
1926 E. Elizabeth
Brownsville, Texas 78520
Claimant
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Rick Leavell
c/o Steve Q. McManus
McManus & Crane, LLP
209 West Juan Linn
P. O. Box 2206
Victoria, Texas 77902-2206
Claimant
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Carol Leavell
c/o Steve Q. McManus
McManus & Crane, LLP
209 West Juan Linn
P. O. Box 2206
Victoria, Texas 77902-2206
Claimant
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Juan Antonio Mireles and Soledad Gonzalez Mireles, Claimants
305 W. 10th Street
Los Fresnos, Texas 78566
or
c/o S. Mark Strawn
Schhimeister Ajamie, LLP
Pennzoil Place-South Tower
711 Louisiana, Ste. 2150
Houston, Texas
Claimant
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Larry Murphy
Holiday Inn, SunSpree
S. Padre Island,  TX
Mireles' supervisor at work.  Has knowledge of Julio's work and his support of his
parents.

Raquel Teran Hinojosa, Claimant
c/o Robert E. Ammons
Stevenson & Ammons, L. C.
3700 Montrose Boulevard
Houston, Texas 77006
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Clarissa Hinojosa, Claimant
c/o Robert E. Ammons
Stevenson & Ammons, L. C.
3700 Montrose Boulevard
Houston, Texas 77006
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Martin D. Hinojosa, Claimant
c/o Julian Rodriguez, Jr.
Attorney at Law
100 W. Pecan
McAllen, Texas 78501
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Rita Hinojosa
Omar Hinojosa
Gaspar Hinojosa, II
Claimants
c/o Julian Rodriguez, Jr. Attorney at Law, 100 W. Pecan, McAllen, Texas 78501
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Rene Mata
c/o Mr. Raymond Thomas
Mr. Andres Gonzalez
Kittleman, Thomas, Ramirez & Gonzales
4900-B N. 10th Street
McAllen, Texas 78504
Claimant
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Frank Mata
c/o Mr. Raymond Thomas
Mr. Andres Gonzalez
Kittleman, Thomas, Ramirez & Gonzales
4900-B N. 10th Street
McAllen, Texas 78504
Claimant
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Kristal Mata
c/o Mr. Raymond Thomas
Mr. Andres Gonzalez
Kittleman, Thomas, Ramirez & Gonzales
4900-B N. 10th Street
McAllen, Texas 78504
Claimant
Rene Mata's sister. Knowledge of facts and circumstances surrounding the incident
made the basis of this lawsuit.

Robert Espericueta
c/o Frank Enriquez
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504
Claimant
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Alberto Leroy Moya
Rolando Lee Moya
c/o Frank Enriquez
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504
Claimants
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Antonio Salinas, Jr.
c/o Frank Enriquez
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504
Claimant
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

H. David Feltoon, Ph. D.
Clinical & Neuropsychology
8025 Chalk Knoll
Austin, Texas 78735
512-750-7164
Knowledge of facts and circumstances surrounding the psychological examination and
treatment of Plaintiff for injuries sustained as a result of the accident made the basis of
this lawsuit. All medical providers are expected to testify fully as to history,
examination, treatment, diagnosis, prognosis and causation as related to Plaintiff's
injuries that form the basis of this suit. Additionally, Plaintiff may introduce all the
health care provider's medical records through a qualified custodian of records.

Fructuoso Irigoyen-Rascon, M.D.
1400 South Sixth Street, Suite 301
McAllen, Texas 78501
Knowledge of facts and circumstances surrounding the medical and psychological
examination and treatment of Plaintiff for injuries sustained as a result of the accident
made the basis of this lawsuit. All medical providers are expected to testify fully as to
history, examination, treatment, diagnosis, prognosis and causation as related to
Plaintiff's injuries that form the basis of this suit. Additionally, Plaintiff may introduce
all the health care provider's medical records through a qualified custodian of records.

Richard L. Fremaux and Custodian of records.
Valley Regional Medical Center
100-A Alton Gloor Blvd.
Brownsville, Texas 78520
Performed CT Spine of Bridgette Goza
**Doctor**-Knowledge of facts and circumstances surrounding the medical examination
and treatment of Plaintiff for injuries sustained as a result of the accident made the basis
of this lawsuit. All medical providers are expected to testify fully as to history,
examination, treatment, diagnosis, prognosis and causation as related to Plaintiff's
injuries that form the basis of this suit. Additionally, Plaintiff may introduce all the
health care provider's medical records through a qualified custodian of records.
**Custodian of Records**-Knowledge of facts and circumstances surrounding the medical
and financial records of pertaining to Plaintiff for injuries sustained as a result of the
accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of
records will testify that the medical and financial records pertaining to Plaintiff are
under the supervision, custody and control of the custodian of records, that such
records were kept in the regular course of business, and that the medical expenses
incurred are reasonable and necessary.

Valley Doctor's Clinic
585 W. Jefferson St.
Brownsville, Texas  78520
**Doctor**-Knowledge of facts and circumstances surrounding the medical examination
and treatment of Plaintiff for injuries sustained as a result of the accident made the basis
of this lawsuit.  All medical providers are expected to testify fully as to history,
examination, treatment, diagnosis, prognosis and causation as related to Plaintiff's
injuries that form the basis of this suit.  Additionally, Plaintiff may introduce all the
health care provider's medical records through a qualified custodian of records.
**Custodian of Records**-Knowledge of facts and circumstances surrounding the medical
and financial records of pertaining to Plaintiff for injuries sustained as a result of the
accident made the basis of this lawsuit.  It is reasonably anticipated that the custodian of
records will testify that the medical and financial records pertaining to Plaintiff are
under the supervision, custody and control of the custodian of records, that such
records were kept in the regular course of business, and that the medical expenses
incurred are reasonable and necessary.

Ana Gutierrez, M. D. and custodian of records
1313 Alton Gloor Blvd., Ste. C.
Brownsville, Texas 78521
Treated Brigette Goza and Gustavo Morales
**Doctor**-Knowledge of facts and circumstances surrounding the medical examination
and treatment of Plaintiff for injuries sustained as a result of the accident made the basis
of this lawsuit.  All medical providers are expected to testify fully as to history,
examination, treatment, diagnosis, prognosis and causation as related to Plaintiff's
injuries that form the basis of this suit.  Additionally, Plaintiff may introduce all the
health care provider's medical records through a qualified custodian of records.
**Custodian of Records**-Knowledge of facts and circumstances surrounding the medical
and financial records of pertaining to Plaintiff for injuries sustained as a result of the
accident made the basis of this lawsuit.  It is reasonably anticipated that the custodian of
records will testify that the medical and financial records pertaining to Plaintiff are
under the supervision, custody and control of the custodian of records, that such
records were kept in the regular course of business, and that the medical expenses
incurred are reasonable and necessary.

Barbara J. Hausman, M. T. (ASCP) and custodian of records
Valley Regional Medical Center
Pathology Department
100 A Alton Gloor
Brownsville, Texas 78526
Lab Director
**Doctor**-Knowledge of facts and circumstances surrounding the medical examination and treatment of Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. All medical providers are expected to testify fully as to history, examination, treatment, diagnosis, prognosis and causation as related to Plaintiff's injuries that form the basis of this suit. Additionally, Plaintiff may introduce all the health care provider's medical records through a qualified custodian of records.
**Custodian of Records**-Knowledge of facts and circumstances surrounding the medical and financial records of pertaining to Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the medical and financial records pertaining to Plaintiff are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the medical expenses incurred are reasonable and necessary.

Los Fresnos Family Health Clinic and custodian of records
503 A West Ocean Blvd.
Los Fresnos, Texas 78566
**Doctor**-Knowledge of facts and circumstances surrounding the medical examination and treatment of Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. All medical providers are expected to testify fully as to history, examination, treatment, diagnosis, prognosis and causation as related to Plaintiff's injuries that form the basis of this suit. Additionally, Plaintiff may introduce all the health care provider's medical records through a qualified custodian of records.
**Custodian of Records**-Knowledge of facts and circumstances surrounding the medical and financial records of pertaining to Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the medical and financial records pertaining to Plaintiff are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the medical expenses incurred are reasonable and necessary.

Ruben M. Lopez, MD & Custodian of Records
Cardiovascular Association
2121 Pease Street, Suite 207
Harlingen, Texas 78550
**Doctor**-Knowledge of facts and circumstances surrounding the medical examination
and treatment of Rene Mata for injuries sustained as a result of the accident made the
basis of this lawsuit. All medical providers are expected to testify fully as to history,
examination, treatment, diagnosis, prognosis and causation as related to Rene Mata
injuries that form the basis of this suit. Additionally, Rene Mata may introduce all the
health care providers medical records through a qualified custodian of records.
**Custodian of Records**-Knowledge of facts and circumstances surrounding the medical
and financial records of pertaining to Rene Mata for injuries sustained as a result of the
accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of
records will testify that the medical and financial records pertaining to Rene Mata are
under the supervision, custody and control of the custodian of records, that such
records were kept in the regular course of business, and that the medical expenses
incurred are reasonable and necessary.

Brownsville Neurological Institute and Custodian of Records
800 W. Jefferson Street, Suite 140
Brownsville, Texas 78520
**Doctor**-Knowledge of facts and circumstances surrounding the medical examination
and treatment of Rene Mata for injuries sustained as a result of the accident made the
basis of this lawsuit. All medical providers are expected to testify fully as to history,
examination, treatment, diagnosis, prognosis and causation as related to Rene Mata
injuries that form the basis of this suit. Additionally, Rene Mata may introduce all the
health care providers medical records through a qualified custodian of records.
**Custodian of Records**-Knowledge of facts and circumstances surrounding the medical
and financial records of pertaining to Rene Mata for injuries sustained as a result of the
accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of
records will testify that the medical and financial records pertaining to Rene Mata are
under the supervision, custody and control of the custodian of records, that such
records were kept in the regular course of business, and that the medical expenses
incurred are reasonable and necessary.

Brownsville Open MRI & Custodian of Records
908 Paredes Line Road
Brownsville, Texas 78521
**Doctor**-Knowledge of facts and circumstances surrounding the medical examination
and treatment of Rene Mata for injuries sustained as a result of the accident made the
basis of this lawsuit. All medical providers are expected to testify fully as to history,
examination, treatment, diagnosis, prognosis and causation as related to Rene Mata
injuries that form the basis of this suit. Additionally, Rene Mata may introduce all the
health care providers medical records through a qualified custodian of records.
**Custodian of Records**-Knowledge of facts and circumstances surrounding the medical
and financial records of pertaining to Rene Mata for injuries sustained as a result of the
accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of
records will testify that the medical and financial records pertaining to Rene Mata are
under the supervision, custody and control of the custodian of records, that such
records were kept in the regular course of business, and that the medical expenses
incurred are reasonable and necessary.

Valley Baptist Medical Center & Custodian of Records
PO Box 2588
Harlingen, Texa s 78551-2588
956-389-1718
**Doctor**-Knowledge of facts and circumstances surrounding the medical examination
and treatment of Rene Mata for injuries sustained as a result of the accident made the
basis of this lawsuit. All medical providers are expected to testify fully as to history,
examination, treatment, diagnosis, prognosis and causation as related to Rene Mata
injuries that form the basis of this suit. Additionally, Rene Mata may introduce all the
health care providers medical records through a qualified custodian of records.
**Custodian of Records**-Knowledge of facts and circumstances surrounding the medical
and financial records of pertaining to Rene Mata for injuries sustained as a result of the
accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of
records will testify that the medical and financial records pertaining to Rene Mata are
under the supervision, custody and control of the custodian of records, that such
records were kept in the regular course of business, and that the medical expenses
incurred are reasonable and necessary.

Medical Homecare, Inc. & Custodian of Records
2202 S. 77 Sunshine Strip, Suite E
Harlingen, Texas 78550
**Doctor**-Knowledge of facts and circumstances surrounding the medical examination
and treatment of Rene Mata for injuries sustained as a result of the accident made the
basis of this lawsuit. All medical providers are expected to testify fully as to history,
examination, treatment, diagnosis, prognosis and causation as related to Rene Mata
injuries that form the basis of this suit. Additionally, Rene Mata may introduce all the
health care providers medical records through a qualified custodian of records.
**Custodian of Records**-Knowledge of facts and circumstances surrounding the medical
and financial records of pertaining to Rene Mata for injuries sustained as a result of the
accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of
records will testify that the medical and financial records pertaining to Rene Mata are
under the supervision, custody and control of the custodian of records, that such
records were kept in the regular course of business, and that the medical expenses
incurred are reasonable and necessary.

Neurological Surgery Adult & Pediatric & Custodian of Records
800 West Jefferson Suite 140
Brownsville, Texas 78550
**Doctor**-Knowledge of facts and circumstances surrounding the medical examination
and treatment of Rene Mata for injuries sustained as a result of the accident made the
basis of this lawsuit. All medical providers are expected to testify fully as to history,
examination, treatment, diagnosis, prognosis and causation as related to Rene Mata
injuries that form the basis of this suit. Additionally, Rene Mata may introduce all the
health care providers medical records through a qualified custodian of records.
**Custodian of Records**-Knowledge of facts and circumstances surrounding the medical
and financial records of pertaining to Rene Mata for injuries sustained as a result of the
accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of
records will testify that the medical and financial records pertaining to Rene Mata are
under the supervision, custody and control of the custodian of records, that such
records were kept in the regular course of business, and that the medical expenses
incurred are reasonable and necessary.

Neurological Surgery Adult & Pediatric & Custodian of Records
800 W. Jefferson, Suite 140
Brownsville, Texas  78520
**Doctor**-Knowledge of facts and circumstances surrounding the medical examination and treatment of Rene Mata for injuries sustained as a result of the accident made the basis of this lawsuit.  All medical providers are expected to testify fully as to history, examination, treatment, diagnosis, prognosis and causation as related to Rene Mata injuries that form the basis of this suit.  Additionally, Rene Mata may introduce all the health care providers medical records through a qualified custodian of records.
**Custodian of Records**-Knowledge of facts and circumstances surrounding the medical and financial records of pertaining to Rene Mata for injuries sustained as a result of the accident made the basis of this lawsuit.  It is reasonably anticipated that the custodian of records will testify that the medical and financial records pertaining to Rene Mata are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the medical expenses incurred are reasonable and necessary.

South Texas Emergency Care Foundation & Custodian of Records
1705 Vermont
PO Box 533668
Harlingen, Texas  78553-3668
**Doctor**-Knowledge of facts and circumstances surrounding the medical examination and treatment of Rene Mata for injuries sustained as a result of the accident made the basis of this lawsuit.  All medical providers are expected to testify fully as to history, examination, treatment, diagnosis, prognosis and causation as related to Rene Mata injuries that form the basis of this suit.  Additionally, Rene Mata may introduce all the health care providers medical records through a qualified custodian of records.
**Custodian of Records**-Knowledge of facts and circumstances surrounding the medical and financial records of pertaining to Rene Mata for injuries sustained as a result of the accident made the basis of this lawsuit.  It is reasonably anticipated that the custodian of records will testify that the medical and financial records pertaining to Rene Mata are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the medical expenses incurred are reasonable and necessary.

EmCare Emergency
PO Box 13826
Phildelphia, PA  19101-3806
**Doctor**-Knowledge of facts and circumstances surrounding the medical examination
and treatment of Rene Mata for injuries sustained as a result of the accident made the
basis of this lawsuit.  All medical providers are expected to testify fully as to history,
examination, treatment, diagnosis, prognosis and causation as related to Rene Mata
injuries that form the basis of this suit.  Additionally, Rene Mata may introduce all the
health care providers medical records through a qualified custodian of records.
**Custodian of Records**-Knowledge of facts and circumstances surrounding the medical
and financial records of pertaining to Rene Mata for injuries sustained as a result of the
accident made the basis of this lawsuit.  It is reasonably anticipated that the custodian of
records will testify that the medical and financial records pertaining to Rene Mata are
under the supervision, custody and control of the custodian of records, that such
records were kept in the regular course of business, and that the medical expenses
incurred are reasonable and necessary.

Jefferson Cartwright, MD & Custodian of Records
Jennie Volpe, PA-C
Valley Ortphopedic Surgery
1629 Treasure Hills Blvd., Suite B1
Harlingen, Texas  78550
956-364-1510
**Doctor**-Knowledge of facts and circumstances surrounding the medical examination
and treatment of Rene Mata for injuries sustained as a result of the accident made the
basis of this lawsuit.  All medical providers are expected to testify fully as to history,
examination, treatment, diagnosis, prognosis and causation as related to Rene Mata
injuries that form the basis of this suit.  Additionally, Rene Mata may introduce all the
health care providers medical records through a qualified custodian of records.
**Custodian of Records**-Knowledge of facts and circumstances surrounding the medical
and financial records of pertaining to Rene Mata for injuries sustained as a result of the
accident made the basis of this lawsuit.  It is reasonably anticipated that the custodian of
records will testify that the medical and financial records pertaining to Rene Mata are
under the supervision, custody and control of the custodian of records, that such
records were kept in the regular course of business, and that the medical expenses
incurred are reasonable and necessary.

Harlingen Anesthesia
1702 Ed Carey Drivve
Harlingen, Texas 78550
**Doctor**-Knowledge of facts and circumstances surrounding the medical examination
and treatment of Rene Mata for injuries sustained as a result of the accident made the
basis of this lawsuit. All medical providers are expected to testify fully as to history,
examination, treatment, diagnosis, prognosis and causation as related to Rene Mata
injuries that form the basis of this suit. Additionally, Rene Mata may introduce all the
health care providers medical records through a qualified custodian of records.
**Custodian of Records**-Knowledge of facts and circumstances surrounding the medical
and financial records of pertaining to Rene Mata for injuries sustained as a result of the
accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of
records will testify that the medical and financial records pertaining to Rene Mata are
under the supervision, custody and control of the custodian of records, that such
records were kept in the regular course of business, and that the medical expenses
incurred are reasonable and necessary.

Heart Clinic PA
1702 Ed Carey Drivve
Harlingen, Texas 78550
**Doctor**-Knowledge of facts and circumstances surrounding the medical examination
and treatment of Rene Mata for injuries sustained as a result of the accident made the
basis of this lawsuit. All medical providers are expected to testify fully as to history,
examination, treatment, diagnosis, prognosis and causation as related to Rene Mata
injuries that form the basis of this suit. Additionally, Rene Mata may introduce all the
health care providers medical records through a qualified custodian of records.
**Custodian of Records**-Knowledge of facts and circumstances surrounding the medical
and financial records of pertaining to Rene Mata for injuries sustained as a result of the
accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of
records will testify that the medical and financial records pertaining to Rene Mata are
under the supervision, custody and control of the custodian of records, that such
records were kept in the regular course of business, and that the medical expenses
incurred are reasonable and necessary.

Coastal Radiology Consultants, PA & Custodian of Records
PO Box 201178
Houston, Texas 78550
956-550-8944
**Doctor**-Knowledge of facts and circumstances surrounding the medical examination
and treatment of Rene Mata for injuries sustained as a result of the accident made the
basis of this lawsuit. All medical providers are expected to testify fully as to history,
examination, treatment, diagnosis, prognosis and causation as related to Rene Mata
injuries that form the basis of this suit. Additionally, Rene Mata may introduce all the
health care providers medical records through a qualified custodian of records.
**Custodian of Records**-Knowledge of facts and circumstances surrounding the medical
and financial records of pertaining to Rene Mata for injuries sustained as a result of the
accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of
records will testify that the medical and financial records pertaining to Rene Mata are
under the supervision, custody and control of the custodian of records, that such
records were kept in the regular course of business, and that the medical expenses
incurred are reasonable and necessary.

Pathology Laboratories & Custodian of Records
1620 N. Ed Carey Drive
Harlingen, Texas 78550-8286
956-423-3335
**Doctor**-Knowledge of facts and circumstances surrounding the medical examination
and treatment of Rene Mata for injuries sustained as a result of the accident made the
basis of this lawsuit. All medical providers are expected to testify fully as to history,
examination, treatment, diagnosis, prognosis and causation as related to Rene Mata
injuries that form the basis of this suit. Additionally, Rene Mata may introduce all the
health care providers medical records through a qualified custodian of records.
**Custodian of Records**-Knowledge of facts and circumstances surrounding the medical
and financial records of pertaining to Rene Mata for injuries sustained as a result of the
accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of
records will testify that the medical and financial records pertaining to Rene Mata are
under the supervision, custody and control of the custodian of records, that such
records were kept in the regular course of business, and that the medical expenses
incurred are reasonable and necessary.

Valley Regional Medical Center & Custodian of Records
PO Box 406655
Atlanta, GA 30384-6655
956-350-7436
**Doctor**-Knowledge of facts and circumstances surrounding the medical examination
and treatment of Rene Mata for injuries sustained as a result of the accident made the
basis of this lawsuit. All medical providers are expected to testify fully as to history,
examination, treatment, diagnosis, prognosis and causation as related to Rene Mata
injuries that form the basis of this suit. Additionally, Rene Mata may introduce all the
health care providers medical records through a qualified custodian of records.
**Custodian of Records**-Knowledge of facts and circumstances surrounding the medical
and financial records of pertaining to Rene Mata for injuries sustained as a result of the
accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of
records will testify that the medical and financial records pertaining to Rene Mata are
under the supervision, custody and control of the custodian of records, that such
records were kept in the regular course of business, and that the medical expenses
incurred are reasonable and necessary.

Valley Comprehensive Management Center & Custodian of Records
1100 N. Expressway, Suite 3
Brownsville, Texas 78521
956-504-3200
**Doctor**-Knowledge of facts and circumstances surrounding the medical examination
and treatment of Rene Mata for injuries sustained as a result of the accident made the
basis of this lawsuit. All medical providers are expected to testify fully as to history,
examination, treatment, diagnosis, prognosis and causation as related to Rene Mata
injuries that form the basis of this suit. Additionally, Rene Mata may introduce all the
health care providers medical records through a qualified custodian of records.
**Custodian of Records**-Knowledge of facts and circumstances surrounding the medical
and financial records of pertaining to Rene Mata for injuries sustained as a result of the
accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of
records will testify that the medical and financial records pertaining to Rene Mata are
under the supervision, custody and control of the custodian of records, that such
records were kept in the regular course of business, and that the medical expenses
incurred are reasonable and necessary.

Harlingen Community Emergency Care Foundation & Custodian of Record
2733 S. 77 Sunshine Strip
Harlingen, Texas 78550
956-364-2711
**Doctor**-Knowledge of facts and circumstances surrounding the medical examination and treatment of Rene Mata for injuries sustained as a result of the accident made the basis of this lawsuit. All medical providers are expected to testify fully as to history, examination, treatment, diagnosis, prognosis and causation as related to Rene Mata injuries that form the basis of this suit. Additionally, Rene Mata may introduce all the health care providers medical records through a qualified custodian of records.
**Custodian of Records**-Knowledge of facts and circumstances surrounding the medical and financial records of pertaining to Rene Mata for injuries sustained as a result of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the medical and financial records pertaining to Rene Mata are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the medical expenses incurred are reasonable and necessary.

Advanced Medical Supply Co. & Custodian of Records
1514 S. 77th Sunshine Strip
Harlingen, Texas 78550
956-412-9100
**Doctor**-Knowledge of facts and circumstances surrounding the medical examination and treatment of Rene Mata for injuries sustained as a result of the accident made the basis of this lawsuit. All medical providers are expected to testify fully as to history, examination, treatment, diagnosis, prognosis and causation as related to Rene Mata injuries that form the basis of this suit. Additionally, Rene Mata may introduce all the health care providers medical records through a qualified custodian of records.
**Custodian of Records**-Knowledge of facts and circumstances surrounding the medical and financial records of pertaining to Rene Mata for injuries sustained as a result of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the medical and financial records pertaining to Rene Mata are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the medical expenses incurred are reasonable and necessary.

Dr. Joe G. Gonzalez, MD
Texas Physical Medicine & Rehabilitation
2833 Babcock, Suite 315
San Antonio, Texas 78229
210-692-2000
**Doctor**-Knowledge of facts and circumstances surrounding the medical examination
and treatment of Rene Mata for injuries sustained as a result of the accident made the
basis of this lawsuit. All medical providers are expected to testify fully as to history,
examination, treatment, diagnosis, prognosis and causation as related to Rene Mata
injuries that form the basis of this suit. Additionally, Rene Mata may introduce all the
health care providers medical records through a qualified custodian of records.
**Custodian of Records**-Knowledge of facts and circumstances surrounding the medical
and financial records of pertaining to Rene Mata for injuries sustained as a result of the
accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of
records will testify that the medical and financial records pertaining to Rene Mata are
under the supervision, custody and control of the custodian of records, that such
records were kept in the regular course of business, and that the medical expenses
incurred are reasonable and necessary.

Regina Ortiz and custodian of records
Los Fresnos Family Health Clinic
503 A West Ocean Blvd.
Los Fresnos, Texas 78566
**Doctor**-Knowledge of facts and circumstances surrounding the medical examination
and treatment of Plaintiff for injuries sustained as a result of the accident made the basis
of this lawsuit. All medical providers are expected to testify fully as to history,
examination, treatment, diagnosis, prognosis and causation as related to Plaintiff's
injuries that form the basis of this suit. Additionally, Plaintiff may introduce all the
health care provider's medical records through a qualified custodian of records.
**Custodian of Records**-Knowledge of facts and circumstances surrounding the medical
and financial records of pertaining to Plaintiff for injuries sustained as a result of the
accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of
records will testify that the medical and financial records pertaining to Plaintiff are
under the supervision, custody and control of the custodian of records, that such
records were kept in the regular course of business, and that the medical expenses
incurred are reasonable and necessary.

L. R. Pelly, M. D. and custodian of records
P. O. Box 3190
585 W. Jefferson
Brownsville, Texas 78523-3190
(956) 544-0755
Treated Gustavo Morales
**Doctor**-Knowledge of facts and circumstances surrounding the medical examination
and treatment of Plaintiff for injuries sustained as a result of the accident made the basis
of this lawsuit.  All medical providers are expected to testify fully as to history,
examination, treatment, diagnosis, prognosis and causation as related to Plaintiffís
injuries that form the basis of this suit.  Additionally, Plaintiff may introduce all the
health care providerís medical records through a qualified custodian of records.
**Custodian of Records**-Knowledge of facts and circumstances surrounding the medical
and financial records of pertaining to Plaintiff for injuries sustained as a result of the
accident made the basis of this lawsuit.  It is reasonably anticipated that the custodian of
records will testify that the medical and financial records pertaining to Plaintiff are
under the supervision, custody and control of the custodian of records, that such
records were kept in the regular course of business, and that the medical expenses
incurred are reasonable and necessary.

Jaime L. Silva, M. D. and custodian of records
Los Fresnos Family Health Clinic
503 A West Ocean Blvd.
Los Fresnos, Texas 78566
**Doctor**-Knowledge of facts and circumstances surrounding the medical examination
and treatment of Plaintiff for injuries sustained as a result of the accident made the basis
of this lawsuit.  All medical providers are expected to testify fully as to history,
examination, treatment, diagnosis, prognosis and causation as related to Plaintiffís
injuries that form the basis of this suit.  Additionally, Plaintiff may introduce all the
health care providerís medical records through a qualified custodian of records.
**Custodian of Records**-Knowledge of facts and circumstances surrounding the medical
and financial records of pertaining to Plaintiff for injuries sustained as a result of the
accident made the basis of this lawsuit.  It is reasonably anticipated that the custodian of
records will testify that the medical and financial records pertaining to Plaintiff are
under the supervision, custody and control of the custodian of records, that such
records were kept in the regular course of business, and that the medical expenses
incurred are reasonable and necessary.

Randle Thompson, LPC, LMFT and custodian of records
Bienestar Counseling Centre
P. O. Box 298
Olmito, Texas 78575
**Doctor**-Knowledge of facts and circumstances surrounding the medical examination
and treatment of Plaintiff for injuries sustained as a result of the accident made the basis
of this lawsuit. All medical providers are expected to testify fully as to history,
examination, treatment, diagnosis, prognosis and causation as related to Plaintiff's
injuries that form the basis of this suit. Additionally, Plaintiff may introduce all the
health care provider's medical records through a qualified custodian of records.
**Custodian of Records**-Knowledge of facts and circumstances surrounding the medical
and financial records of pertaining to Plaintiff for injuries sustained as a result of the
accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of
records will testify that the medical and financial records pertaining to Plaintiff are
under the supervision, custody and control of the custodian of records, that such
records were kept in the regular course of business, and that the medical expenses
incurred are reasonable and necessary.

Carolyn Thompson
Randle Thompson, LPC, LMFT
Bienestar Counseling Centre
P. O. Box 298
Olmito, Texas 78575
Office Manager
Knowledge of facts and circumstances surrounding the medical and financial records of
pertaining to Plaintiff for injuries sustained as a result of the accident made the basis of
this lawsuit. It is reasonably anticipated that the custodian of records will testify that
the medical and financial records pertaining to Plaintiff are under the supervision,
custody and control of the custodian of records, that such records were kept in the
regular course of business, and that the medical expenses incurred are reasonable and
necessary.

Dr. Hector Guerra
Dr. Alejandro J. Betancourt
Dr. Ruben M. Lopez
Dr. Helson Pacheco
Dr. Tom Pirtle
Dr. Charles Fisher
M. McGowan
Wm. Eddy HT CT
DeWitt S. Davenport, MD
Dr. Harry Butters
Ddr. Jerrson Cartwright
Dr. Jennie Golpe
Dr. Jennie Volpe
Rosemary DeLeon
Lawrence J. Dahm, MD
A. Arguillin
Dr. Margie Cornwell and
Custodian of Records for
Pathology Department
**Valley Baptist Medical Center**
2101 Pease Street
Harlingen, Texas 78550
(956) 389-1100
**Doctor**-Knowledge of facts and circumstances surrounding the medical examination
and treatment of Plaintiff for injuries sustained as a result of the accident made the basis
of this lawsuit.  All medical providers are expected to testify fully as to history,
examination, treatment, diagnosis, prognosis and causation as related to Plaintiffs
injuries that form the basis of this suit.  Additionally, Plaintiff may introduce all the
health care providers medical records through a qualified custodian of records.
**Custodian of Records**-Knowledge of facts and circumstances surrounding the medical
and financial records of pertaining to Plaintiff for injuries sustained as a result of the
accident made the basis of this lawsuit.  It is reasonably anticipated that the custodian of
records will testify that the medical and financial records pertaining to Plaintiff are
under the supervision, custody and control of the custodian of records, that such
records were kept in the regular course of business, and that the medical expenses
incurred are reasonable and necessary.

Harlingen Baptist Hospital
Custodian of Records for
PO Box 2588
Harlingen, Texas
**Doctor**-Knowledge of facts and circumstances surrounding the medical examination and treatment of Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. All medical providers are expected to testify fully as to history, examination, treatment, diagnosis, prognosis and causation as related to Plaintiff's injuries that form the basis of this suit. Additionally, Plaintiff may introduce all the health care provider's medical records through a qualified custodian of records.
**Custodian of Records**-Knowledge of facts and circumstances surrounding the medical and financial records of pertaining to Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the medical and financial records pertaining to Plaintiff are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the medical expenses incurred are reasonable and necessary.

Dr. She Ling Wong and custodian of records
Valley Regional Medical Center
100-A Alton Gloor Blvd.
Brownsville, Texas 78520
Treated Brigette Goza
**Doctor**-Knowledge of facts and circumstances surrounding the medical examination and treatment of Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. All medical providers are expected to testify fully as to history, examination, treatment, diagnosis, prognosis and causation as related to Plaintiff's injuries that form the basis of this suit. Additionally, Plaintiff may introduce all the health care provider's medical records through a qualified custodian of records.
**Custodian of Records**-Knowledge of facts and circumstances surrounding the medical and financial records of pertaining to Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the medical and financial records pertaining to Plaintiff are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the medical expenses incurred are reasonable and necessary.

Dr. Stephanie Garcia, M.D. and custodian of records
Port Isabel Health Clinic
202 Second Street
Port Isabel, Texas 78578
Treated Brigette Goza
**Doctor**-Knowledge of facts and circumstances surrounding the medical examination
and treatment of Plaintiff for injuries sustained as a result of the accident made the basis
of this lawsuit. All medical providers are expected to testify fully as to history,
examination, treatment, diagnosis, prognosis and causation as related to Plaintiffs
injuries that form the basis of this suit. Additionally, Plaintiff may introduce all the
health care provider's medical records through a qualified custodian of records.
**Custodian of Records**-Knowledge of facts and circumstances surrounding the medical
and financial records of pertaining to Plaintiff for injuries sustained as a result of the
accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of
records will testify that the medical and financial records pertaining to Plaintiff are
under the supervision, custody and control of the custodian of records, that such
records were kept in the regular course of business, and that the medical expenses
incurred are reasonable and necessary.

Custodian of Records for
**The Schumacher Group**
PO Box 2995
San Antonio, Texas 78299-2995
Medical for Bridgette Goza
**Custodian of Records**-Knowledge of facts and circumstances surrounding the medical
and financial records of pertaining to Plaintiff for injuries sustained as a result of the
accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of
records will testify that the medical and financial records pertaining to Plaintiff are
under the supervision, custody and control of the custodian of records, that such
records were kept in the regular course of business, and that the medical expenses
incurred are reasonable and necessary.

Richard L. Fremaux and Custodian of records.
Valley Regional Medical Center
100-A Alton Gloor Blvd.
Brownsville, Texas 78520
Performed CT Spine of Bridgette Goza
**Doctor**-Knowledge of facts and circumstances surrounding the medical examination
and treatment of Plaintiff for injuries sustained as a result of the accident made the basis
of this lawsuit. All medical providers are expected to testify fully as to history,
examination, treatment, diagnosis, prognosis and causation as related to Plaintiff's
injuries that form the basis of this suit. Additionally, Plaintiff may introduce all the
health care provider's medical records through a qualified custodian of records.
**Custodian of Records**-Knowledge of facts and circumstances surrounding the medical
and financial records of pertaining to Plaintiff for injuries sustained as a result of the
accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of
records will testify that the medical and financial records pertaining to Plaintiff are
under the supervision, custody and control of the custodian of records, that such
records were kept in the regular course of business, and that the medical expenses
incurred are reasonable and necessary.

T. Walter Harrell, Ph.D., ABPP
7307 Creedkbluff Drive
Austin, Texas 78750
Psychologist who evaluated the Matas.
Knowledge of facts and circumstances surrounding the psychological examination and
treatment of Plaintiff for injuries sustained as a result of the accident made the basis of
this lawsuit. All medical providers are expected to testify fully as to history,
examination, treatment, diagnosis, prognosis and causation as related to Plaintiff's
injuries that form the basis of this suit. Additionally, Plaintiff may introduce all the
health care provider's medical records through a qualified custodian of records.

Amy Dixon Blackmon
MediSysRehabilitation
7307 Creekbluff Drive
Austin, Texas 78750
Psychologist who evaluated the Matas.
Knowledge of facts and circumstances surrounding the psychological examination and
treatment of Plaintiff for injuries sustained as a result of the accident made the basis of
this lawsuit. All medical providers are expected to testify fully as to history,
examination, treatment, diagnosis, prognosis and causation as related to Plaintiff's
injuries that form the basis of this suit. Additionally, Plaintiff may introduce all the
health care provider's medical records through a qualified custodian of records.

David E. Cole
PO Box 99
Marrero, LA
504-340-8942
Expert retained by Estate of Robin Faye Leeavell; Knowledge of facts and circumstances surrounding the incident made basis of this accident.

Gene Trevino
16607 Blanco Rd., Suite 1505
San Antonio, Texas  78232
Economist for the Matas.

Dr. O. J. Rodriguez and Custodian of Records
1021 Senator Truan Blvd,
Kingsville, Texas
Clarissa Hinojosa treating physician.
**Doctor**-Knowledge of facts and circumstances surrounding the medical examination and treatment of Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit.  All medical providers are expected to testify fully as to history, examination, treatment, diagnosis, prognosis and causation as related to Plaintiffís injuries that form the basis of this suit.  Additionally, Plaintiff may introduce all the health care providerís medical records through a qualified custodian of records.
**Custodian of Records**-Knowledge of facts and circumstances surrounding the medical and financial records of pertaining to Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit.  It is reasonably anticipated that the custodian of records will testify that the medical and financial records pertaining to Plaintiff are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the medical expenses incurred are reasonable and necessary.

Alamo City Medical Group and custodian of records
Dr. Snoga 2212 NW Military Hwy., Suite 201
San Antonio, Texas
Omar Hinojosa
Clarissa Hinojosa treating physician.
**Doctor**-Knowledge of facts and circumstances surrounding the medical examination and treatment of Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit.  All medical providers are expected to testify fully as to history, examination, treatment, diagnosis, prognosis and causation as related to Plaintiffís injuries that form the basis of this suit.  Additionally, Plaintiff may introduce all the health care providerís medical records through a qualified custodian of records.
**Custodian of Records**-Knowledge of facts and circumstances surrounding the medical and financial records of pertaining to Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit.  It is reasonably anticipated that the custodian of

*Claimants' Witness List*
*36*

records will testify that the medical and financial records pertaining to Plaintiff are
   under the supervision, custody and control of the custodian of records, that such
records were kept in the regular course of business, and that the medical expenses
incurred are reasonable and necessary.

Zachary Middle School
Ms. Kathy Posey
School Psychologist for Clarissa Hinojosa
San Antonio, Texas
Knowledge of facts and circumstances surrounding the psychological mindset of
Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit.
All medical providers are expected to testify fully as to history, examination, treatment,
diagnosis, prognosis and causation as related to Plaintiffs injuries that form the basis of
this suit.  Additionally, Plaintiff may introduce all the health care provider's medical
records through a qualified custodian of records.

McAllen Veteran Hospital
2101 S. Coloner Rowe Blvd.
McAllen, Texas  78503
Medical Provider for Gasper Hinojosa.

Dr. Rafael A. Rafols, M.D. and Custodian of Records
c/o South Texas Veterans Health Care System
2101 S. Row Blvd.
McAllen, Texas 78501
Medical doctor who treated Hector Martinez.
**Doctor**-Knowledge of facts and circumstances surrounding the medical examination and treatment of Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. All medical providers are expected to testify fully as to history, examination, treatment, diagnosis, prognosis and causation as related to Plaintiffís injuries that form the basis of this suit. Additionally, Plaintiff may introduce all the health care providerís medical records through a qualified custodian of records.
**Custodian of Records**-Knowledge of facts and circumstances surrounding the medical and financial records of pertaining to Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the medical and financial records pertaining to Plaintiff are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the medical expenses incurred are reasonable and necessary.

Dr. Luis Gonzalez and Custodian of Records
Humberto Gonzalez, PhD
Nelda Martinez, RN
c/o South Texas Veterans Health Care System
2101 S. Row Blvd.
McAllen, Texas 78501
Medical doctor who treated Hector Martinez.
**Doctor**-Knowledge of facts and circumstances surrounding the medical examination and treatment of Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. All medical providers are expected to testify fully as to history, examination, treatment, diagnosis, prognosis and causation as related to Plaintiffís injuries that form the basis of this suit. Additionally, Plaintiff may introduce all the health care providerís medical records through a qualified custodian of records.
**Custodian of Records**-Knowledge of facts and circumstances surrounding the medical and financial records of pertaining to Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the medical and financial records pertaining to Plaintiff are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the medical expenses incurred are reasonable and necessary.