Minerva G. Coronado and Custodian of Records
Sundeep Reddy MD
Dr. Zamora
Dr. Erwin
David Grant Haman, Do
Valley Regional Medical Center
100-A Alton Gloor Blvd.
Brownsville, Texas 78520
Director of Patients Accounts
Knowledge of facts and circumstances surrounding the medical and financial records of
pertaining to Plaintiff for injuries sustained as a result of the accident made the basis of
this lawsuit. It is reasonably anticipated that the custodian of records will testify that
the medical and financial records pertaining to Plaintiff are under the supervision,
custody and control of the custodian of records, that such records were kept in the
regular course of business, and that the medical expenses incurred are reasonable and
necessary.

Maritime Consultants and Associates
Captain G.E. "Jay" Disler (Dixler)
P. O. Box 899f
Wildwood, Texas  77663
409-834-2433
F:  409-834-2499
and
John Deck III
P. O. Box 501
Chardon, Ohio  44024
440-635-0531
Captain Dixler is licensed by the U.S. Coast Guard in the dual capacity of Ocean Master
and Chief Engineer. He has extensive work experience as Master and Chief Engineer
aboard a wide variety of commercial work vessels, especially along the South Texas
coast. His CV is attached hereto. Commander John Deck, III is a retired Coast Guard
Officer with 20 years of service. He holds a Bachelor of Science from the U.S. Coast
Guard Academy and a Master's of Science degree in Mechanical Engineering and a
Naval Engineer's degree from Massachusetts Institute of Technology.

Glenn Gotreaux
Lake Charles Diesel
P.O. Drawer 1707
Lake Charles, LA  70502-1707
337-433-5311 or 337-436-7377
Glenn is the mechanic who inspected the engines in behalf of claimants.

Juan Carlos Villarreal and custodian of records
EMS Director
**City of Port Isabel EMS**
305 E. Maxan
Port Isabel, Texas 78578
(956) 943-7829
Knowledge of facts and circumstances surrounding the ambulatory service which
transported Plaintiff.

Custodian of Records for
Juan Carlos Villarreal and custodian of records
EMS Director
**City of Port Isabel EMS**
305 E. Maxan
Port Isabel, Texas 78578
(956) 943-7829
Knowledge of facts and circumstances surrounding the ambulatory service which
transported Plaintiff. It is reasonably anticipated that the custodian of records will
testify that the financial records pertaining to Plaintiff are under the supervision,
custody and control of the custodian of records, that such records were kept in the
regular course of business, and that the medical expenses incurred are reasonable and
necessary.

Custodian of Records for
**Los Fresnos EMS**
200 N. Brazil
Los Fresnos, Texas 78566
Knowledge of facts and circumstances surrounding the ambulatory service which
transported Plaintiff. It is reasonably anticipated that the custodian of records will
testify that the financial records pertaining to Plaintiff are under the supervision,
custody and control of the custodian of records, that such records were kept in the
regular course of business, and that the medical expenses incurred are reasonable and
necessary.

Yolanda Padilla
William Raymond Aston Custodian of Records, and any employees who assisted in the transport for
**Harlingen EMS**
1705 Vermont Street
Harlingen, Texas 78550
or
P. O. Box 533668
Harlingen, Texas 78553
(956) 864-2711
Knowledge of facts and circumstances surrounding the ambulatory service which transported Plaintiff.

William Raymond Aston Custodian of Records, and any employees who assisted in the transport for
**Harlingen EMS**
1705 Vermont Street
Harlingen, Texas 78550
or
P. O. Box 533668
Harlingen, Texas 78553
(956) 864-2711
Knowledge of facts and circumstances surrounding the ambulatory service which transported Plaintiff. It is reasonably anticipated that the custodian of records will testify that the financial records pertaining to Plaintiff are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the medical expenses incurred are reasonable and necessary.

Hector Bennett, Fire Chief, Gabe Gonzalez, Juan G., Jimmy Deckard, Hector Bennett, Menton, Carlos Gonzalez Jr., G. Bennett, Art Hernandez, Edgar Cruz, Andy Puentes, Juan Pedarza, Juan A., Juan M Medrano, Martin Rodriguez, and any employee who assisted in the rescue and/or investigation and Custodian of RecordsPort Isabel Fire Department
204 Musina
Port Isabel, Texas 78578
(956) 943-3523
**Any employee who assisted in the rescue and/or investigation:**
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident.
**Custodian of Records:** Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.

Acting Fire Chief Leonardo Perez, Firefighter Marco Gamez, Acting Assistant Chief Joe Casarez, Firefighter Eden Benavidez, Captain Cruz Lopez, Firefighter Leon Tamez, Captain Joe Horn, Firefighter John Zimmerman, Captain Carlos Mendez, Firefighter Jorge Torres, Captain Rene Rivera, Firefighter Claudio Gonzalez, Lieutenant Jorge Lerma  Firefighter Oscar Garcia, Lieutenant David Lopez, Firefighter Juan P. Montoya, Firefighter Marco Longoria, Firefighter Agustin Paredes, Lieutenant Omar Alegria, Firefighter Dean Guiterrez, Lieutenant Edward Guerrero, Firefighter Ronaldo Arreola, Lieutenant Robert Vera, Driver Jerry Seay, Lieutenant Richard Avila, Driver Timothy Mejorado, Driver Marvin Hall, Driver John P. Burlette, Driver Roland Velez R. G. Vega, Ben Nunez, LT. R. G. Vera and
custodian of records, and any employee who assisted in the rescue and/or investigation for
**Brownsville Fire Department**
1010 E. Adams Street
Brownsville, Texas 78520
(956) 546-3195
**Employee who assisted in the rescue and/or investigation:**  Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident.
**Custodian of Records:** Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.

Michael Forbes
Oscar _____
Ken Conway
**Cameron County Park**
PO Box 2106
South Padre Island, Texas  78597
Knowledge of any and all records from 1986 to the present on any work done and or
evaluation on the Port Isabel-South Padres Island Causeway Bridge.

Custodian of Records for
**City of Brownsville/Office of the City Secretary**
Bureau of Vital Statistics
12th & Market Square
Brownsville, TX  78520
956.548.6044

Juan Rodriguez, Jr.
I.D. No. 7928
DPS Investigating Officer
District 3C02
Harlingen, Texas  78550
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit.

Captain Hector Ramos, Highway Patrol, McAllen
Norma Cantu, Adm. Tech. II, Highway Patrol, McAllen
Lieutenant Laurencio Saenz, Jr. Highway Patrol, McAllen
Pamela Fuentes, Field Secretary IV, Highway Patrol, McAllen
R.L.O. Randy Sijansky, Emergency Management, Corpus Christi
R.L.O. Bobby Densman, Emergency Management, Abilene
R.L.O. Mike Brock, Emergency Management, Tyler
Lieutenant Gary Miles, S.E.S., Corpus Christi
Sr. Cpl. Charlie Ramirez, S.E.S., Corpus Christi
Trooper III Adrian Rivera, S.E.S., Corpus Christi
Sgt. Daniel Pena, Highway Patrol, McAllen
Sgt. Juan Rodriguez, Jr., Highway Patrol, McAllen and
Custodian of Records for:
**Texas Department of Public Safety**
c/o Mary Ann Courter
5805 Lamar Blvd.
P. O. Box 4087
Austin, Texas 78773-0001
**Officers:**  Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this lawsuit.
**Custodian of Records:**  Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this lawsuit.  It is reasonably anticipated that the custodian of records will testify that the investigation reports pertaining to Plaintiff are under the supervision, custody and control of the custodian of records and that such records were kept in the regular course of business.

Trooper II Aristeo Cantu, Highway Patrol, McAllen
Trooper II Juan Hernandez, Highway Patrol, McAllen
Trooper II Cesar Torres, Highway Patrol, McAllen
Sr. Cpl. George Elizondo, Highway Patrol, McAllen
Trooper II Jesus Pena, Highway Patrol, McAllen
Sgt. Felipe Escobedo, Highway Patrol, Weslaco
Cpl. II Raquel Fuentes, Highway Patrol, Weslac
Trooper I Raul Garza, Highway Patrol, Weslaco
Prob. Trooper Efrain Montemayor, Highway Patrol, Weslaco
Prob. Trooper Omar Maldonado, Highway Patrol, Weslaco
Sgt. Enrique Betancourt, Highway Patrol, Harlingen
Trooper I Lionel Trevino, Highway Patrol, Harlingen
Prob. Trooper Julian Alvarez, Highway Patrol, Harlingen
Trooper I Brandon Calvin, Highway Patrol, Harlingen
Trooper I Elias Escalon, Highway Patrol, Harlingen
Prob. Trooper Donny Lopez, Highway Patrol, Harlingen
Sgt. Raul Vargas, Highway Patrol, Brownsville
Trooper I Hector Cruz, Highway Patrol, Brownsville
Trooper I Jose Zapata, Highway Patrol, Brownsville
Prob. Trooper David Anzaldua, Highway Patrol, Brownsville
Trooper I Michael Morgan, Highway Patrol, Brownsville
Trooper I Heron Vidales, Highway Patrol, Brownsville
Prob. Trooper Corey Pinnell, Highway Patrol, Brownsville
Sgt. John Ramirez, Highway Patrol, Rio Grande City
Trooper I Jason Reyes, Highway Patrol, Rio Grande City
Prob. Trooper Christopher Liles, Highway Patrol, Rio Grande City
Trooper II Ted Riojas, License & Weight, Harlingen
Cpl IV Policarpo Garcia, License & Weight, Harlingen
and Custodian of Records for:
**Texas Department of Public Safety**
c/o Mary Ann Courter
5805 Lamar Blvd.
P. O. Box 4087
Austin, Texas 78773-0001
**Officers:** Knowledge of facts and circumstances surrounding the investigation of the
accident made the basis of this lawsuit.
**Custodian of Records:** Knowledge of facts and circumstances surrounding the
investigation of the accident made the basis of this lawsuit. It is reasonably anticipated
that the custodian of records will testify that the investigation reports pertaining to
Plaintiff are under the supervision, custody and control of the custodian of records and
that such records were kept in the regular course of business.

Lieutenant Lynn Dixon, Administration, Austin
Trooper II Michael Campos, Capital Police, Austin
Trooper II Ross Behrens, Highway Patrol, Marble Falls
Trooper IV Brent Crossley, Highway Patrol, Huntsville
Trooper IV Rick DeLeon, Highway Patrol, Bay City
Trooper IV Charles Goble, Highway Patrol, Victoria
Trooper II Chris LaLonde, Highway Patrol, Orange
Trooper II Joe Marino, Highway Patrol, Richmond
Trooper I Caryn Mosier, Highway Patrol, Austin
Sr. Trooper Alan Riddick, Highway Patrol, Texas City
Trooper II Nathan Scherbek, Highway Patrol, San Marcos
Sgt. Investigator Stacey Schwab, Special Crimes, San Antonio
Trooper II Steven Tippett, Highway Patrol, New Braunfels
Trooper I Dustin Wiatrek, Highway Patrol, Floresville
Pilot Investigator Timothy Oschner, Aircraft, McAllen
Pilot Investigator Billy Nabors, Aircraft, Austin
Pilot Investigator Ed Burris, Aircraft, Corpus Christi
Pilot Investigator Gordon Wade, Aircraft, Midland
Pilot Investigator Martin Jackson, Aircraft, Midland
Sr. Pilot Inv. Billy Burfeind, Aircraft, San Antonio
Sgt. Texas Ranger Rudolfo Jaramillo, Rangers, Harlingen
Sgt. Texas Ranger Israel Pacheco, Rangers, McAllen
Sgt. Texas Ranger Rolando Castaneda, Rangers, Brownsville
and custodian of records for:
**DPS Dive Recovery Team**
**Texas Department of Public Safety**
5805 N. Lamar Blvd.
P. O. Box 4087
Austin, Texas 78773-0001
512.424.2000
**Officers:** Knowledge of facts and circumstances surrounding the investigation of the
accident made the basis of this lawsuit.
**Custodian of Records:** Knowledge of facts and circumstances surrounding the
investigation of the accident made the basis of this lawsuit. It is reasonably anticipated
that the custodian of records will testify that the investigation reports pertaining to
Plaintiff are under the supervision, custody and control of the custodian of records and
that such records were kept in the regular course of business.

C. J. Bright LTJG-Investigating Officer, Trooper Adrian Rivera, Captain Ramos,
Lieutenant Laurencio Saenz, Rebecca Lynne Brown-Secretary Clerk V,
Roland Castaneda-Texas Ranger, Cpl. George Elizondo, Juan Rodriguez, Jr.,
Carol Ann Jenkins, Robert Welton, Lt., A. A. (A person who witnessed Alberto Leroy
Moya sign his voluntary statement on 9/15/01. His signature is found on bate stamp
75 from the Department of Public Safety records) Sandra Boyld #632,
Robert Helton, Trooper Team, Trooper Joe Zapata, D. Anzauldua, Fred Cantu
Joe ___ (spg??), John Rodriguez, Mike Sanchez, DPS Pilots Team, All Divers
Master Diver Duncan Allred, Lt. Lynn Dixon-Diver, Ross Behrens-Diver, Michael
Campos-Diver, Brent Crossley-Diver, Rick DeLeon-Diver, Charles Goble-Diver, Chris
Lalonde-Diver, Joe Marino-Diver, Caryn Mosier-Diver, Alan Riddick-Diver, Nathan
Scherbek-Diver, Stacey Schwab-Diver, Steven Tippett-Diver, Dustin Wiatrek-Diver,
Texas Ranger Division, National Highway Traffic Safety Administration Department,
Safety Education Service DPS Pilots Team, DPS Divers Team, Robert Welton, Lt.,
**Texas Department of Public Safety**
Paredes Line Road
Brownsville, Texas 78523
**Officers:** Knowledge of facts and circumstances surrounding the investigation of the
accident made the basis of this lawsuit.
**Custodian of Records:** Knowledge of facts and circumstances surrounding the
investigation of the accident made the basis of this lawsuit. It is reasonably anticipated
that the custodian of records will testify that the investigation reports pertaining to
Plaintiff are under the supervision, custody and control of the custodian of records and
that such records were kept in the regular course of business.

All Naval Divers Team
Master Diver Duncan Allred
Enoch Fleeman
Mark Schleef
John Juricek
James Terry
Ricard Howsmon
Brian Saulmon
Chirstopher Priebe
Keith Barker
Aaron Scriager
Glen Hitchinson
Naval Station Ingleside
**SIMA, NRMF**
120 Coral Sea Drive
Ingleside, Texas  78362-5020
**Officers:**  Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this lawsuit.
**Custodian of Records:**  Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this lawsuit.  It is reasonably anticipated that the custodian of records will testify that the investigation reports pertaining to Plaintiff are under the supervision, custody and control of the custodian of records and that such records were kept in the regular course of business.

Lt. Lynn Dixon-Diver, Ross Behrens-Diver, Michael Campos-Diver, Brent Crossley-Diver, Rick DeLeon-Diver, Charles Goble-Diver, Chris Lalonde-Diver, Joe Marino-Diver, Caryn Mosier-Diver, Alan Riddick-Diver, Nathan Scherbek-Diver, Stacey Schwab-Diver, Steven Tippett-Diver, Dustin Wiatrek-Diver, Trooper Adrian Rivera, Lieutenant Laurencio Saenz, George Elizondo, Jr., Juan Rodriguez, Jr.-Sergeant
**Texas Highway Patrol**
McAllen, Texas
**Officers:** Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this lawsuit.
**Custodian of Records:** Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the investigation reports pertaining to Plaintiff are under the supervision, custody and control of the custodian of records and that such records were kept in the regular course of business.

Trooper Joe Zapata and Custodian of records for
**Texas Highway Patrol**
Brownsville, Texas
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this lawsuit.
**Officers:** Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this lawsuit.
**Custodian of Records:** Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the investigation reports pertaining to Plaintiff are under the supervision, custody and control of the custodian of records and that such records were kept in the regular course of business.

Custodian of Records for
**Padre Island Police**
South Padre Island, Texas
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the investigation reports pertaining to Plaintiff are under the supervision, custody and control of the custodian of records and that such records were kept in the regular course of business.

*Claimants' Witness List*
*50*

Captain Hector Ramos, Cpl. George Elizondo, Juan Rodriguez, Jr., Emergency Operations Center, DPS LAB, Alan Grodecki, Andy Huffman, Joseph Har.., DPS Pilots Team, All Divers, Master Diver Duncan Allred, Lt. Lynn Dixon-Diver, Ross Behrens-Diver, Michael Campos-Diver, Brent Crossley-Diver, Rick DeLeon-Diver, Charles Goble-Diver, Chris Lalonde-Diver, Joe Marino-Diver, Caryn Mosier-Diver, Alan Riddick-Diver, Nathan Scherbek-Diver, Stacey Schwab-Diver, Steven Tippett-Diver, Dustin Wiatrek-Diver, Texas Ranger Division, National Highway Traffic Safety Administration Department, Safety Education Service and Custodian of Records

**Texas Department of Public Safety**
1414 N. Bicentennial Blvd.
McAllen, Texas

**Officer:** Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this lawsuit.

**Custodian of Records:** Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the investigation reports pertaining to Plaintiff are under the supervision, custody and control of the custodian of records and that such records were kept in the regular course of business.

Captain Hector Ramos, Highway Patrol, McAllen
Norma Cantu, Adm. Tech. II, Highway Patrol, McAllen
Lieutenant Laurencio Saenz, Jr. Highway Patrol, McAllen
Pamela Fuentes, Field Secretary IV, Highway Patrol, McAllen
R.L.O. Randy Sijansky, Emergency Management, Corpus Christi
R.L.O. Bobby Densman, Emergency Management, Abilene
R.L.O. Mike Brock, Emergency Management, Tyler
Lieutenant Gary Miles, S.E.S., Corpus Christi
Sr. Cpl. Charlie Ramirez, S.E.S., Corpus Christi
Trooper III Adrian Rivera, S.E.S., Corpus Christi
Sgt. Daniel Pena, Highway Patrol, McAllen
Trooper II Aristeo Cantu, Highway Patrol, McAllen
Trooper II Juan Hernandez, Highway Patrol, McAllen
Trooper II Cesar Torres, Highway Patrol, McAllen
Sgt. Juan Rodriguez, Jr., Highway Patrol, McAllen
Sr. Cpl. George Elizondo, Highway Patrol, McAllen
Trooper II Jesus Pena, Highway Patrol, McAllen
Sgt. Felipe Escobedo, Highway Patrol, Weslaco
Cpl. II Raquel Fuentes, Highway Patrol, Weslaco
Trooper I Raul Garza, Highway Patrol, Weslaco
Prob. Trooper Efrain Montemayor, Highway Patrol, Weslaco
Prob. Trooper Omar Maldonado, Highway Patrol, Weslaco
Sgt. Enrique Betancourt, Highway Patrol, Harlingen
Trooper I Lionel Trevino, Highway Patrol, Harlingen and
Custodian of Records for
**Texas Department of Public Safety**
5805 N. Lamar Blvd.
P. O. Box 4087
Austin, Texas 78773-0001
512.424.2000
**Officer:** Knowledge of facts and circumstances surrounding the investigation of the
accident made the basis of this lawsuit.
**Custodian of Records:** Knowledge of facts and circumstances surrounding the
investigation of the accident made the basis of this lawsuit. It is reasonably anticipated
that the custodian of records will testify that the investigation reports pertaining to
Plaintiff are under the supervision, custody and control of the custodian of records and
that such records were kept in the regular course of business.

Prob. Trooper Julian Alvarez, Highway Patrol, Harlingen
Trooper I Brandon Calvin, Highway Patrol, Harlingen
Trooper I Elias Escalon, Highway Patrol, Harlingen
Prob. Trooper Donny Lopez, Highway Patrol, Harlingen
Sgt. Raul Vargas, Highway Patrol, Brownsville
Trooper I Hector Cruz, Highway Patrol, Brownsville
Trooper I Jose Zapata, Highway Patrol, Brownsville
Prob. Trooper David Anzaldua, Highway Patrol, Brownsville
Trooper I Michael Morgan, Highway Patrol, Brownsville
Trooper I Heron Vidales, Highway Patrol, Brownsville
Prob. Trooper Corey Pinnell, Highway Patrol, Brownsville
Sgt. John Ramirez, Highway Patrol, Rio Grande City
Trooper I Jason Reyes, Highway Patrol, Rio Grande City
Prob. Trooper Christopher Liles, Highway Patrol, Rio Grande City
Trooper II Ted Riojas, License & Weight, Harlingen
Cpl IV Policarpo Garcia, License & Weight, Harlingen and
Custodian of Records for
**Texas Department of Public Safety**
5805 N. Lamar Blvd.
P. O. Box 4087
Austin, Texas 78773-0001
512.424.2000
**Officer:**  Knowledge of facts and circumstances surrounding the investigation of the
accident made the basis of this lawsuit.
**Custodian of Records:**  Knowledge of facts and circumstances surrounding the
investigation of the accident made the basis of this lawsuit.  It is reasonably anticipated
that the custodian of records will testify that the investigation reports pertaining to
Plaintiff are under the supervision, custody and control of the custodian of records and
that such records were kept in the regular course of business.

Staff Lieutenant Robert Wade Ford, Staff Support Services, Austin
Sr. Cpl. Loren Wayne Ahrens, License & Weight, Corpus Christi
Nancy Drake, Police Comm Operator III, Communications, Harlingen
and Custodian of Records for
**Critical Incident Response Team**
**Texas Department of Public Safety**
5805 N. Lamar Blvd.
P. O. Box 4087
Austin, Texas 78773-0001
512.424.2000
**Officer:** Knowledge of facts and circumstances surrounding the investigation of the
accident made the basis of this lawsuit.
**Custodian of Records:** Knowledge of facts and circumstances surrounding the
investigation of the accident made the basis of this lawsuit. It is reasonably anticipated
that the custodian of records will testify that the investigation reports pertaining to
Plaintiff are under the supervision, custody and control of the custodian of records and
that such records were kept in the regular course of business.

Captain Hector Ramos
Highway Patrol
1414 N. Bicentennial
McAllen, Texas 78501
956.984.5626
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit.

Custodian of Records for:
Captain Hector Ramos, Highway Patrol, McAllen
Norma Cantu, Adm. Tech. II, Highway Patrol, McAllen
Lieutenant Laurencio Saenz, Jr. Highway Patrol, McAllen
Pamela Fuentes, Field Secretary IV, Highway Patrol, McAllen
R.L.O. Randy Sijansky, Emergency Management, Corpus Christi
R.L.O. Bobby Densman, Emergency Management, Abilene
R.L.O. Mike Brock, Emergency Management, Tyler
Lieutenant Gary Miles, S.E.S., Corpus Christi
Sr. Cpl. Charlie Ramirez, S.E.S., Corpus Christi
Trooper III Adrian Rivera, S.E.S., Corpus Christi
Sgt. Daniel Pena, Highway Patrol, McAllen
Trooper II Aristeo Cantu, Highway Patrol, McAllen
Trooper II Juan Hernandez, Highway Patrol, McAllen
Trooper II Cesar Torres, Highway Patrol, McAllen
Sgt. Juan Rodriguez, Jr., Highway Patrol, McAllen
Sr. Cpl. George Elizondo, Highway Patrol, McAllen
Trooper II Jesus Pena, Highway Patrol, McAllen
Sgt. Felipe Escobedo, Highway Patrol, Weslaco
Cpl. II Raquel Fuentes, Highway Patrol, Weslaco
Trooper I Raul Garza, Highway Patrol, Weslaco
Prob. Trooper Efrain Montemayor, Highway Patrol, Weslaco
Prob. Trooper Omar Maldonado, Highway Patrol, Weslaco
Sgt. Enrique Betancourt, Highway Patrol, Harlingen
**Texas Department of Public Safety**
5805 N. Lamar Blvd.
P. O. Box 4087
Austin, Texas 78773-0001
512.424.2000
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the investigation reports pertaining to Plaintiff are under the supervision, custody and control of the custodian of records and that such records were kept in the regular course of business.

Trooper I Lionel Trevino, Highway Patrol, Harlingen
Prob. Trooper Julian Alvarez, Highway Patrol, Harlingen
Trooper I Brandon Calvin, Highway Patrol, Harlingen
Trooper I Elias Escalon, Highway Patrol, Harlingen
Prob. Trooper Donny Lopez, Highway Patrol, Harlingen
Sgt. Raul Vargas, Highway Patrol, Brownsville
Trooper I Hector Cruz, Highway Patrol, Brownsville
Trooper I Jose Zapata, Highway Patrol, Brownsville
Prob. Trooper David Anzaldua, Highway Patrol, Brownsville
Trooper I Michael Morgan, Highway Patrol, Brownsville
Trooper I Heron Vidales, Highway Patrol, Brownsville
Prob. Trooper Corey Pinnell, Highway Patrol, Brownsville
Sgt. John Ramirez, Highway Patrol, Rio Grande City
Trooper I Jason Reyes, Highway Patrol, Rio Grande City
Prob. Trooper Christopher Liles, Highway Patrol, Rio Grande City
Trooper II Ted Riojas, License & Weight, Harlingen
Cpl IV Policarpo Garcia, License & Weight, Harlingen
**Texas Department of Public Safety**
5805 N. Lamar Blvd.
P. O. Box 4087
Austin, Texas 78773-0001
512.424.2000
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit.  It is reasonably anticipated that the custodian of records
will testify that the investigation reports pertaining to Plaintiff are under the
supervision, custody and control of the custodian of records and that such records were
kept in the regular course of business.

Custodian of Records for:
Lieutenant Lynn Dixon, Administration, Austin
Trooper II Michael Campos, Capital Police, Austin
Trooper II Ross Behrens, Highway Patrol, Marble Falls
Trooper IV Brent Crossley, Highway Patrol, Huntsville
Trooper IV Rick DeLeon, Highway Patrol, Bay City
Trooper IV Charles Goble, Highway Patrol, Victoria
Trooper II Chris LaLonde, Highway Patrol, Orange
Trooper II Joe Marino, Highway Patrol, Richmond
Trooper I Caryn Mosier, Highway Patrol, Austin
Sr. Trooper Alan Riddick, Highway Patrol, Texas City
Trooper II Nathan Scherbek, Highway Patrol, San Marcos
Sgt. Investigator Stacey Schwab, Special Crimes, San Antonio
Trooper II Steven Tippett, Highway Patrol, New Braunfels
Trooper I Dustin Wiatrek, Highway Patrol, Floresville
Pilot Investigator Timothy Oschner, Aircraft, McAllen
Pilot Investigator Billy Nabors, Aircraft, Austin
Pilot Investigator Ed Burris, Aircraft, Corpus Christi
Pilot Investigator Gordon Wade, Aircraft, Midland
Pilot Investigator Martin Jackson, Aircraft, Midland
Sr. Pilot Inv. Billy Burfeind, Aircraft, San Antonio
Sgt. Texas Ranger Rudolfo Jaramillo, Rangers, Harlingen
Sgt. Texas Ranger Israel Pacheco, Rangers, McAllen
Sgt. Texas Ranger Rolando Castaneda, Rangers, Brownsville
**DPS Dive Recovery Team**
**Texas Department of Public Safety**
5805 N. Lamar Blvd.
P. O. Box 4087
Austin, Texas 78773-0001
512.424.2000
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit. It is reasonably anticipated that the custodian of records
will testify that the investigation reports pertaining to Plaintiff are under the
supervision, custody and control of the custodian of records and that such records were
kept in the regular course of business.

Custodian of Records for:
Staff Lieutenant Robert Wade Ford, Staff Support Services, Austin
Sr. Cpl. Loren Wayne Ahrens, License & Weight, Corpus Christi
Nancy Drake, Police Comm Operator III, Communications, Harlingen
**Critical Incident Response Team**
**Texas Department of Public Safety**
5805 N. Lamar Blvd.
P. O. Box 4087
Austin, Texas 78773-0001
512.424.2000
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit. It is reasonably anticipated that the custodian of records
will testify that the investigation reports pertaining to Plaintiff are under the
supervision, custody and control of the custodian of records and that such records were
kept in the regular course of business.

Custodian of Records for:
Captain Hector Ramos
Highway Patrol
1414 N. Bicentennial
McAllen, Texas  78501
956.984.5626
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit. It is reasonably anticipated that the custodian of records
will testify that the investigation reports pertaining to Plaintiff are under the
supervision, custody and control of the custodian of records and that such records were
kept in the regular course of business.

Custodian of Record for
United States Coast Guard,
National Vessel Documentation Center
Custodian of Records: Knowledge of facts and circumstances surrounding the weather
during the accident made the basis of this accident.

Any and all who assisted in the investigation who works or worked for
Teresa M. Muehlberger-McMillian-Pharr District Safety/Legal Office
District Safety Officer IV
**Texas Department of Transportation**
600 West Expressway 83
Pharr, Texas 78577
**Employees:** Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this lawsuit.
**Custodian of Records:** Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the investigation reports pertaining to Plaintiff are under the supervision, custody and control of the custodian of records and that such records were kept in the regular course of business.

Omar Villarreal
Sgt. David Manchaca
**Texas Department of Public Safety**
Harlingen, Texas
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this lawsuit.

Custodian of Records for
Omar Villarreal
Sgt. David Manchaca
**Texas Department of Public Safety**
Harlingen, Texas
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the investigation reports pertaining to Plaintiff are under the supervision, custody and control of the custodian of records and that such records were kept in the regular course of business.

Custodian of Records for
**Federal Bureau of Investigations**
Austin, Texas
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the investigation reports pertaining to Plaintiff are under the supervision, custody and control of the custodian of records and that such records were kept in the regular course of business.

Custodian of Records for
**National Highway Traffic Safety Administration Department**
Austin, Texas
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit. It is reasonably anticipated that the custodian of records
will testify that the investigation reports pertaining to Plaintiff are under the
supervision, custody and control of the custodian of records and that such records were
kept in the regular course of business.

Dr. Mitch Garder
Mr. Hoffman
Kenneth J. Suydam
**National Transportation Safety Board**
490 L. Enfant Plaza, SW
Washington, DC 20594
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit.

Custodian of Records for
Dr. Mitch Garder
Mr. Hoffman
Kenneth J. Suydam
**National Transportation Safety Board**
490 L. Enfant Plaza, SW
Washington, DC 20594
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit. It is reasonably anticipated that the custodian of records
will testify that the investigation reports pertaining to Plaintiff are under the
supervision, custody and control of the custodian of records and that such records were
kept in the regular course of business.

Kenneth J. Suydam
**United States of America National Transportation Safety Board**
**Office of Highway Safety**
Southeast Region
60 Forsyth St. Suite 3M25
Atlanta, GA  30303
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit.

Custodian of Records for
Kenneth J. Suydam
**United States of America National Transportation Safety Board**
**Office of Highway Safety**
Southeast Region
60 Forsyth St. Suite 3M25
Atlanta, GA 30303
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit. It is reasonably anticipated that the custodian of records
will testify that the investigation reports pertaining to Plaintiff are under the
supervision, custody and control of the custodian of records and that such records were
kept in the regular course of business.

Custodian of Records for
**Department of Public Safety**
Corpus Christi, Texas
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit. It is reasonably anticipated that the custodian of records
will testify that the investigation reports pertaining to Plaintiff are under the
supervision, custody and control of the custodian of records and that such records were
kept in the regular course of business.

Custodian of Records for
**Cameron County Sheriff's**
Port Isabel, Texas
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit. It is reasonably anticipated that the custodian of records
will testify that the investigation reports pertaining to Plaintiff are under the
supervision, custody and control of the custodian of records and that such records were
kept in the regular course of business.

David Stuart Jenkins
Jody R. Ellington, PE
Pharr District Bridge Engineer
Toribio Garza-Director of Maintenance
**Texas Department of Transportation**
P.O. Box 1717
Pharr, Texas 78577-1717
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit.

Custodian of Records for
Jody R. Ellington, PE
Pharr District Bridge Engineer
Toribio Garza-Director of Maintenance
Behrooz Badiozzamani
**Texas Department of Transportation**
P.O. Box 1717
Pharr, Texas 78577-1717
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit. It is reasonably anticipated that the custodian of records
will testify that the investigation reports pertaining to Plaintiff are under the
supervision, custody and control of the custodian of records and that such records were
kept in the regular course of business.

Danny Marchan
Sgt. Omar Olguin
**Port Isabel Police Department**
110 W. Hickman St.
Port Isabel, Texas 78578
956.943.1242
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit.

Custodian of Records for
Danny Marchan
Sgt. Omar Olguin
**Port Isabel Police Department**
110 W. Hickman St.
Port Isabel, Texas 78578
956.943.1242
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit. It is reasonably anticipated that the custodian of records
will testify that the investigation reports pertaining to Plaintiff are under the
supervision, custody and control of the custodian of records and that such records were
kept in the regular course of business.

Chief Jeffrey Ingram, Jim Wilson, Captain L. D. Stroh, LCDR James Stewart, W.D. Rabe,
D.F. Ryan, II, William J. Wagner, III, Michael Hugh Quinn, Expert Captain Alton
Chadwick, Senior Chief Paul Inskeep, Chris _____, A...(spg??) (Investigating Officer
that signed the Verification for Non Merchant Mariner-Information Bate Stamped 66
from the Department of Public Safety Records), Roy M. Ringrose, Robert H. Helton, A.
R. Grodecki-Chief Warrant Officer, Holly A Chetta-Officer in Charge of Marine
Inspection,
Robert H. Welton, Lt., Walter Olmstead, Lt. D. J. Fassero, David Shelton, Hector
Leando, All Commanding Officers, Game Wardens 0305, Will Plumas, Game Wardens
0312, Game Wardens 0314, Joe Valdez, Gilbert Beornes, Alan R. Grodecki-Chief
Warrant Officer US Coast Guard, Andy Huffman, Roy Gonzalez,
Marine Safety Office-Corpus Christi, Mr. Wheelinton, Juan Zamora, Executive Officer
Culver, Coast Guard Helicopter, C. J. Bright LTJG-Investigating Officer
United States of America Department of Transportation, Thomas Hazel (Freedom Of
Information Act Specialist), Eight Coast Guard Commander District R. F. Duncan
**United States Coast Guard**
400 Man Street, Ste. 210 or
555 Carancahua Street, Suite 500
Corpus Christi, Texas 78401
and/or
c/o Hon. Greg Serres, United States Attorney
600 E. Harrison, Ste. 201
Brownsville, Texas 78520-7114
**The United States Coast Guard performed an investigation of the accident.**
United States Department of Transportation, custodian of records, and any employee
who assisted in the rescue and/or investigation
**Custodian of Records for:** Knowledge of facts and circumstances surrounding the
investigation of the accident made the basis of this lawsuit. It is reasonably anticipated
that the custodian of records will testify that the investigation reports pertaining to
Plaintiff are under the supervision, custody and control of the custodian of records and
that such records were kept in the regular course of business.

*Claimants' Witness List*
*63*

Rob Wyman
**United States Coast Guard**
Comander
8th Coast Guard District
Public Affairs Detachment
1178 Ellingotn Field
Houston, Texas 77031
281-481-3880
281-481-3973
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit.

Custodian of Records for
Rob Wyman
**United States Coast Guard**
Comander
8th Coast Guard District
Public Affairs Detachment
1178 Ellingotn Field
Houston, Texas 77031
281-481-3880
281-481-3973
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit. It is reasonably anticipated that the custodian of records
will testify that the investigation reports pertaining to Plaintiff are under the
supervision, custody and control of the custodian of records and that such records were
kept in the regular course of business.

James (Jim) Wilson
United States Coast Guard
800 David Drive, Room 232
Morgan City, Louisiana 70380
Mr. Wilson conducted the U. S. C. G. investigation hearings. Knowledge of facts and
circumstances surrounding the investigation of the accident made the basis of this
accident.

Raymond Butler,
Executive Director of the Gulf Intracoastal Canal Association
2010 Butler Drive
Friendswood, TX 77546
Voice: 281.996.6915
Helped to identify Captain Alton Chadwick from the tape recordings and written statements during the investigation

Captain Stephen (Mike) Wike
Hollywood Marine
Captain used as spectator and expert by Coast Guard during investigation and hearings
Custodian of Records for
**US Customs**
Austin, Texas
Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this lawsuit.  It is reasonably anticipated that the custodian of records will testify that the investigation reports pertaining to Plaintiff are under the supervision, custody and control of the custodian of records and that such records were kept in the regular course of business.

Sigifredo C. Cantu,  Fire Chief, custodian of records, and any employee who assisted in the rescue and/or investigation
**Harlingen Fire Department**
3510 E. Grimes
Harlingen, Texas 78550
(956) 427-8885
**Employee who assisted in the rescue and/or investigation:**  Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident.
**Custodian of Records:** Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident.  It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.

Ruben Villagram-Freedom of Information Act Officer
Department of the Army, custodian of records, and any employee who assisted in the rescue and/or investigation
**Army Corps of Engineer**
1920 North Chaparral Street
Corpus Christi, Texas 78401
attn: Mr. Elijio Garza, Area Engineer
**Employee who assisted in the rescue and/or investigation:** Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident.
**Custodian of Records:** Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.

Edward Grafwallnes
Fire Chief
Los Fresnos Volunteer Fire Department
200 N. Brazil
Los Fresnos, Texas 78566
of Po Box 777
Los Fresnos, Texas 78566
956-233-4751
**Employee who assisted in the rescue and/or investigation:** Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident.
**Custodian of Records:** Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.

David L. Shelton
Jacinto Gonzalez, any employee who investigated or assisted in investigation, and
custodian of records
Dennis Johnson
Game Warden IV
David L. Shelton
**Texas Parks & Wildlife Dept.**
805 W. Price
Brownsville, Texas 78521
(956) 546-1952
**Employee who assisted in the rescue and/or investigation:**  Knowledge of facts and
circumstances surrounding the investigation of the accident made the basis of this
accident.
**Custodian of Records:** Knowledge of facts and circumstances surrounding the
investigation of the accident made the basis of this accident.  It is reasonably anticipated
that the custodian of records will testify that the financial records for pertaining to
claimants are under the supervision, custody and control of the custodian of records,
that such records were kept in the regular course of business.Edward Grafwallnes, Fire
Marshall, custodian of records, and any employee who assisted in the rescue and/or
investigation
Vessel "Caroline Thwing"
Builder:  Louis G. Ortix Boat Co, Inc.
Owner:   Loyd W. Richardson Construction Company
A limited partnership of R.C. Thwing, Lillie Ricahrdson Age Thirty Trusts,
James Roland Thwing
Dale David Thwing
and William Hollis Thwing
1054 South Rife
Aransas Pass, Texas
Official # 600525
Vessel information that may be used during trial.

Custodian of Record for
Herman C. Voss
Joyce E. Aubuchon
Julian Bay—Certified all National Vessel Documentation
J. Theobald
E. P. Fischer
J. A. Boudart
United States Coast Guard,
National Vessel Documentation Center
Corpus Christi, Texas
Custodian of Records: Knowledge of facts and circumstances surrounding the
certification of the vessel information obtained that may be used during trial.

Clifford A. Rowell, Fire Chief and custodian of records
**South Padre Island Fire Department**
P. O. Box 3410
South Padre Island, Texas 78597
(956) 761-5454 Ext 325
**<u>Employee who assisted in the rescue and/or investigation:</u>** Knowledge of facts and
circumstances surrounding the investigation of the accident made the basis of this
accident.
**<u>Custodian of Records:</u>** Knowledge of facts and circumstances surrounding the
investigation of the accident made the basis of this accident. It is reasonably anticipated
that the custodian of records will testify that the financial records for pertaining to
claimants are under the supervision, custody and control of the custodian of records,
that such records were kept in the regular course of business.

Sigrfedo
Diane Sanchez
G. Mayberry
Lt. D. Lompra
Diana Sanchez, dispatcher and custodian of records, and any employee who assisted in
the investigation and/or rescue
**Harlingen Fire Department**
3510 E. Grimes
Harlingen, Texas 78550
(956) 427-8885
**Employee who assisted in the rescue and/or investigation:** Knowledge of facts and
circumstances surrounding the investigation of the accident made the basis of this
accident.
**Custodian of Records:** Knowledge of facts and circumstances surrounding the
investigation of the accident made the basis of this accident. It is reasonably anticipated
that the custodian of records will testify that the financial records for pertaining to
claimants are under the supervision, custody and control of the custodian of records,
that such records were kept in the regular course of business.

**Texas Dept. of Public Safety**, Custodian of Records, and any employee who assisted in
the rescue and/or investigation
5 Boca Chica Blvd.
Brownsville, Texas 78520
**Employee who assisted in the rescue and/or investigation:** Knowledge of facts and
circumstances surrounding the investigation of the accident made the basis of this
accident.
**Custodian of Records:** Knowledge of facts and circumstances surrounding the
investigation of the accident made the basis of this accident. It is reasonably anticipated
that the custodian of records will testify that the financial records for pertaining to
claimants are under the supervision, custody and control of the custodian of records,
that such records were kept in the regular course of business.

**Texas Department of Transportation**, custodian of records, and any employee who assisted in the rescue and/or investigation
c/o Mr. Jack F. Gilbert
P. O. Box 12548
Austin, Texas 78711-2548
**Employee who assisted in the rescue and/or investigation:** Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident.
**Custodian of Records:** Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.

**Texas Dept. Transportation**, custodian of records, and any employee who assisted in the rescue and/or investigation
c/o Hon. Greg Serres, U. S.
CONTACT _Con-4844250B2
Attorneys
974 E. Harrison, Suite 201
Brownsville, Texas 78520-7114
**Employee who assisted in the rescue and/or investigation:** Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident.
**Custodian of Records:** Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.

**TxDOT**, custodian of records, and any employee who assisted in the rescue and/or investigation
Attn: Teresa Muuehlberger/Safety Dept.
P. O. Box EE
Pharr, Texas 78577
**Employee who assisted in the rescue and/or investigation:** Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident.
**Custodian of Records:** Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.

*Claimants' Witness List*
*70*

**Texas Parks & Wildlife Department,** custodian of records, and any employee who assisted in the rescue and/or investigation
c/o Boyd Kennedy, Staff
Attorney
Law Enforcement Division
5541 Bear Lane, Ste. 232
Corpus Christi, Texas 78405
and 4200 Smith School Road
Austin, Texas 78744
**Employee who assisted in the rescue and/or investigation:**  Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident.
**Custodian of Records:** Knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this accident.  It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.

Custodian of Records and attendants
**American Red Cross -   Funeral Records/Billing**
South Texas Chapter
425 W. State St.
Pharr, Texas  78577
**Attendants:**  Knowledge of facts and circumstances surrounding the funeral and funeral expense of claimants in the accident made the basis of this accident.
**Custodian of Records:**  Knowledge of facts and circumstances surrounding the funeral and funeral expense of claimants in the accident made the basis of this accident.  It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.

Mark N. Swaney, attendants, and Custodian of Records
**Calvary Hill Funeral Home and Cemetery**
21723 Aldine Westfield
Humble, Texas 77338
281-445-3340
**Attendants:** Knowledge of facts and circumstances surrounding the funeral and funeral expense of claimants in the accident made the basis of this accident.
**Custodian of Records:** Knowledge of facts and circumstances surrounding the funeral and funeral expense of claimants in the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.

Custodian of Records of
Delta Funeral Home
Brownsville, Texas
**Attendants:** Knowledge of facts and circumstances surrounding the funeral and funeral expense of claimants in the accident made the basis of this accident.
**Custodian of Records:** Knowledge of facts and circumstances surrounding the funeral and funeral expense of claimants in the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.

Custodian of Records of
**Delta Funeral Home**
Brownsville, Texas
**Attendants:** Knowledge of facts and circumstances surrounding the funeral and funeral expense of claimants in the accident made the basis of this accident.
**Custodian of Records:** Knowledge of facts and circumstances surrounding the funeral and funeral expense of claimants in the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.

Albert M. Vega
**Buena Vista Funeral Home, attendant, and Custodian of Records**
125 McDavitt Blvd.
Brownsville, Texas 78520
956-541-5400
**Attendants:** Knowledge of facts and circumstances surrounding the funeral and funeral expense of claimants in the accident made the basis of this accident.
**Custodian of records:** Knowledge of facts and circumstances surrounding the funeral and funeral expense of claimants in the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.

Custodian of Records for
**Port Isabel City Cemetery**
Port Isabel, Texas
**Attendants:** Knowledge of facts and circumstances surrounding the funeral and funeral expense of claimants in the accident made the basis of this accident.
**Custodian of records:** Knowledge of facts and circumstances surrounding the funeral and funeral expense of claimants in the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.

Custodian of Records for
**South Texas Crematory**
Brownsville, Texas
Where they cremated Chealsa Welch.
**Attendants:** Knowledge of facts and circumstances surrounding the funeral and funeral expense of claimants in the accident made the basis of this accident.
**Custodian of records:** Knowledge of facts and circumstances surrounding the funeral and funeral expense of claimants in the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.

Custodian of Records for
Mont Meta Memorial Park
San Benito, Texas
**Attendants:** Knowledge of facts and circumstances surrounding the funeral and funeral expense of claimants in the accident made the basis of this accident.
**Custodian of records:** Knowledge of facts and circumstances surrounding the funeral and funeral expense of claimants in the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.

Custodian of Records for
Juan Jose Gallegos
**Darling-Mouser Funeral Home**
945 Palm Blvd. At Monroe
Brownsville, Texas  78520
956-546-7111
**Attendants:** Knowledge of facts and circumstances surrounding the funeral and funeral expense of claimants in the accident made the basis of this accident.
**Custodian of records:** Knowledge of facts and circumstances surrounding the funeral and funeral expense of claimants in the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.

Custodian of Records for
Daniel Salinas, Jr.
**Ramirez-Salinas Funeral Home**
230 E. Ella Ave
Kingsville, Texas  78363
**Attendants:** Knowledge of facts and circumstances surrounding the funeral and funeral expense of claimants in the accident made the basis of this accident.
**Custodian of records:** Knowledge of facts and circumstances surrounding the funeral and funeral expense of claimants in the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.

Custodian of Records for
**South Texas Crematory**
Aransas Pass, Texas
**Attendants:**  Knowledge of facts and circumstances surrounding the funeral and
funeral expense of claimants in the accident made the basis of this accident.
**Custodian of records:** Knowledge of facts and circumstances surrounding the funeral
and funeral expense of claimants in the accident made the basis of this accident.  It is
reasonably anticipated that the custodian of records will testify that the financial
records for pertaining to claimants are under the supervision, custody and control of
the custodian of records, that such records were kept in the regular course of business.

Custodian of Records for
**McCaleb Funeral Home**
PO Box 236
Weslaco, Texas  78596
**Attendants:**  Knowledge of facts and circumstances surrounding the funeral and
funeral expense of claimants in the accident made the basis of this accident.
**Custodian of records:** Knowledge of facts and circumstances surrounding the funeral
and funeral expense of claimants in the accident made the basis of this accident.  It is
reasonably anticipated that the custodian of records will testify that the financial
records for pertaining to claimants are under the supervision, custody and control of
the custodian of records, that such records were kept in the regular course of business.

Custodian of Records for
**Highland Memorial Park**
Weslaco, Texas
Wherein Robin F. Leavell was buried.
**Attendants:**  Knowledge of facts and circumstances surrounding the funeral and
funeral expense of claimants in the accident made the basis of this accident.
**Custodian of records:** Knowledge of facts and circumstances surrounding the funeral
and funeral expense of claimants in the accident made the basis of this accident.  It is
reasonably anticipated that the custodian of records will testify that the financial
records for pertaining to claimants are under the supervision, custody and control of
the custodian of records, that such records were kept in the regular course of business.

Justice of Peace Benny Ochoa, III and custodian of records
302 Queen Isabella Blvd.
Port Isabel, Texas  78578
956-943-2520
Knowledge of facts and circumstances surrounding the pronouncement of death of
death of death claimants made the basis of this accident.  It is reasonably anticipated
that the custodian of records will testify that the financial records for pertaining to
claimants are under the supervision, custody and control of the custodian of records,
that such records were kept in the regular course of business.

Judge Sallie Gonzalez
Justice Court
Cameron County Texas
608 E. Harrison
Harlingen, Texas
956.427.8057
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Captain Russell Robinson
c/o R & R Hi-Way Baitstand
Port Isabel, Texas
Captain Robinson has knowledge of the circumstances surrounding the accident.

Captain Steve Ellis
1016 Tarpon, # 9
Port Isabel, Texas
Captain Ellis has knowledge of the circumstances surrounding the accident.

Cliff Fleming
721 Palm Boulevard
Laguna Vista, Texas
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Dolores Goette
410 Morris Street
Laguna Vista, Texas
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Captain Harry (Henry) Goette
410 Morris Street
Laguna Vista, Texas
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Captain Joseph Mock
P. O. Box 572
Port Isabel, Texas
Captain Mock has knowledge of the circumstances surrounding the accident.

Captain Dewitt Thomas
121 Channel
Port Isabel, Texas
Captain Thomas has knowledge of the circumstances surrounding the accident.

Vessel "Bronco"
Builder: Main Iron Works, Inc.
David G. Bills
Owner: Western Towing Company
1616 West Loop South
Houston, Texas 77027
Official Number 517687
Vessel information that may be used during trial.

Vessel "Wahoo"
Builder: Marine Mart, Inc.
Roy H. Markwardt
Owner: marline Towboats, Inc.
PO Box 1286
Aransas Pass, Texas 78336
Official # 627896
Vessel information that may be used during trial.

Vessel "Trout"
Builder: Rysco Shipyard, Inc.
Roy H. Markwardt
Owner: Seahorse Marine Service, Inc.
1451 First Street
PO Box 7314
Ingleside, Texas 78362
Official No. 596212
Vessel information that may be used during trial.

Vessel "Shana M"
Builder: Louis G. Ortis
Owner: Shana M. Inc.
PO Box 587
Port Aransas, Texas 78373
Official # 580422
Vessel information that may be used during trial.

Vessel "Mrs. R."
Builder: Louis G. Ortis Boat Co., Inc.
Owner: Loyd W. Richardson Construction Company
A limited partnership of R. C. Thwing, Lillie Richardson Age Thirty Thwing, James
Roland Thwing Dale David Thwing & William Holils Thwing
1054 South Rife
Aransas Pass, Texas 78336
The trustee for the Litllie Richardson Age Thirty Trust is James R. Harris, 918 Petroleum
Tower Corpus Christi, Texas 78401
Official No. 607830
Vessel information that may be used during trial.

Vessel "Norma W"
Builder: Gulfgate Shipyard, Inc.
John J. Willis
Owner: Transportation Techniques, Inc.
PO Box 25398
Houston, Texas 77005
Official #630328
Vessel information that may be used during trial.

Vessel "Miss Lennie"
Builder: Murray Verret
Charles D. Blum
Owner: Chandler & Blum Towing Co.
100 West 10th Street
Wilmington, Delaware 19801
Official #584092
Vessel information that may be used during trial.

Dan Palmer
Address in Defendant's possession
The Master of the Brown Water Vessel that was audited.

Eddie Arriloa
1616 Michigan
Port Isabel, Texas
Long Island Swing Bridge
956-913-4474
Mr. Arriloa is the supervisor of the Long Swing Bridge in Port Isabel, Texas. He
has knowledge of different barge configurations passing through the area and of the
circumstances surrounding the accident.

Captain David Fowler
860 Debonair Drive
Mobile, Alabama 36695
(334) 639-1747
Captain Fowler was at the wheel of the BROWN WATER V at the time of the
accident. Knowledge of facts and circumstances surrounding the incident made the
basis of this lawsuit

Captain James Franceschi
34 Sunburst Lane
Brownsville, Texas 78520
(956) 546-6103
Captain Franceschi was piloting thhe Irini F out through the Broownsville Ship
Channel when he heard Brown Water V's mayday call. He has knowledge of Captain
Fowler's radio conversations subsequent to the accident. Captain Franceschi also has
knowledge of the circumstances surrounding the accident and of previous groundings
in the channel area.

Joe W. Blocker
301 N. Chaparral
Fulton, Texas 78358
(361) 790-9350
Mr. Blocker was a deck hand on board the BROWN WATER V at the time of the
accident.  Knowledge of facts and circumstances surrounding the incident made the
basis of this lawsuit.

Randy Elmore
367 Shaver Road
Aransas Pass, Texas  78336
361-758-2408
Mr. Elmore was a mechanic who was onboard the BROWN WATER V prior to the
incident.  Employer:  Brown Water Marine Services, Inc.