Terry Elmore
c/o Will Pierson
Royston, Rayzor, Vickery & Williams, LLP
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
Employee of Brown Water I Towing

La Feria Contractors, Inc.
Contractor of Southwestern Bell Telephone who was hired to assist in restoration
of telephone service after bridge collapse
P.O. Box 1028, La Feria, Texas 78559, (956) 797-2231

Captain Phillip Langley
3326 Lakeside Drive
Rockwall, Texas 75087
(800) 873-9823
Captain Langley was the relief captain on board the tug boat Bruce Bordelon at
the time of the accident.and he has knowledge of the circumstances surrounding the
accident.

Warren Bourgeois
American Commercial Barge Line LLC
5600 River Road
Harahan, Louisiana
ACBL Barge Maintenance Supervisor who has information about the barges.

Agustin Briseno
6684 Monte Vello
Brownsville, Texas 78520
Mr. Briseno works at the Long Island Swing Bridge in Port Isabel, Texas He has
knowledge of the configuration of barges passing through the area and of the
circumstances surrounding the area.

Rafael Briseno
1015 Tineer Drive
Brownsville, Texas 78520
Mr. Briseno works at the Long Island Swing Bridge in Port Isabel, Texas. He has
knowledge of the configuration of barges passing through the area and of the
circumstances surrounding the area.

Custodian of Records for
Bea San Roman
Captain Tom Brownsville
Pilot Joseph Maorgan
Tankerman M. Miller
Tankerman B. Godwin
Deckhand W. Andry
**Blessy Marine**
1515 River Oaks Rd. E
PO Box 23734
Harahan, Louisiana 70183
Knowledge of facts surrounding any and records pertaining to Daily Logs for the M/V
Bruce Bordelon for 9/14/01.

Custodian of Records for
Richard Simpson
Rafael_____
**Long Island Village Owners Associates**
950 S. Garcia, #368
South Padre Island, Texas 78578
Knowledge of facts surrounding any and records pertaining to Daily Logs kept by Long
Isalnd Weing Bridge operator for September 14, 2001.

Captain Daniel Bryant
422 Palm
Laguna Vista, Texas
Captain Bryant has knowledge of the circumstances surrounding the accident.

Captain Phil Colo
416 Barker Street
Laguna Vista, Texas
Captain Collo has knowledge of the circumstances surrounding the accident.

Captain Joe Lee Bryant
104 Hwy 100 Lot 1
Port Isabel, Texas
Captain Bryant has knowledge of the circumstances surrounding the accident.

Ralph Poucher
Tina Poucher
617 Marina Drive
Port Isabel, Texas
956.943.8409
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit. Witness.

Michael Hail
Don Ewing
Address Unknown
Employee who participated in the investigation of this incident, and Custodian of
Records

Alexander Nicholas
121 E. Venus #305
South Padre Island, Texas  78597
956.772.9222
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit. Witness.

Joseph Rico
P.O. Box 3143
South Padre Island, Texas  78597
956.761.5274
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit. Witness.

Mike Knox
Address Unknown
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit. Witness.

Martha Lewis
Larry Lewis
Address Unknown
Address Unknown
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit. Witness.

John Carey
Phyllis Carey
Address Unknown
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit. Witness.

Steve Gomez
Address Unknown
Witness
956.778.6095
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Fernando Arechia
Address Unknown
Witness
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Custodian of Records for
Garcia Towing Services
San Benito, Tx.
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Judge Hinojosa
Address Unknown
Judge Hinojosa was the one who notified Anita Harris that Mr. Harris had passed
away.

Les Cassidy
Woolsey & Cassidy
1020 Bank of America
500 N. Water Street
Corpus Christi, Texas 78471
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Daniel Ceballos
c/o Burns International Security Services
Long Island, Texas
Mr. Ceballos has knowledge of the circumstances surrounding the accident.

*Claimants' Witness List*
*83*

Central Power & Light
c/o C. T. Corporation System
350 N. St. Paul Street
Dallas, Texas 75201
and
CPL
San Benito, Texas
1-888-216-3523
Has knowledge regarding the street lights on the causeway

Reynaldo Champion
Southwestern Bell Telephone
Manager-Construction/ Splicing who has knowledge of damages resulting from
collapse of bridge
702 E. Washington Street, Brownsville, Texas 78520, (956) 541-0530

Lee E. Brandt
Southwestern Bell Telephone
Director-Central Office who has knowledge of damages resulting from collapse of
bridge
One SBC Plaza #3322, Dallas, Texas 75202, (214) 464-2500

Circle L. Service
Contractor of Southwestern Bell Telephone who was hired to assist in restoration
of telephone service after bridge collapse
c/o  Geoffrey Amsel, 1010 N. St Mary's #1403, San Antonio, Texas 78215, (210) 886-4805

Daryl Dursum
4400 One Houston Center
1221 McKinney
Houston, Texas 77010

William E. Eisele
Southwestern Bell Telephone
Director-Engineering & Construction who has knowledge of damages resulting
from collapse of bridge
4119 Broadway #741, San Antonio, Texas 78209, (210) 820-7300

Custodian of Records for
**Port of Brownsville/Harbormaster**
100 North Windhaus Road
Brownsville, Texas 78521
(956) 831-8256
Knowledge of facts and circumstances surrounding any and all logs showing 5 years preceding the causeway incident that documents that ACL and ACBL's vessel's were handling barges.

An Oceanographer from
**Texas A & M University**
Kingsville, Texas
He arrived at the scene with a hand held sonar. He scanned the area for several hours and was unsuccessful in locating any vehicles.

Custodian of Records for
**Texas General Land Office**
Address Unknown
Provided a trailer for the DPS Command Post to move to the base of the Causeway. Additionally, knowledge of facts and circumstances surrounding the investigation of the accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the investigation reports pertaining to Plaintiff are under the supervision, custody and control of the custodian of records and that such records were kept in the regular course of business.

Custodian of Records for
**OCMI**
Houston, Texas
Wherein Rocky Wilson presented his proof of citizenship for the United States Coast Guard.

Stephen A. Flach
Southwestern Bell Telephone
Manager-Special Services who has knowledge of damages resulting from collapse of bridge
1112 Peters Street, Dallas, Texas 75215, (214) 464-2869

Stephanie C. Freeman
Southwestern Bell Telephone
Director-Expense & Capital who has knowledge of damages resulting from collapse of bridge
One SBC Plaza #2440, Dallas, Texas 75202, (214) 464-5934

Debi Vaughn
Internal Revenue Services
Austin, Texas 73301

Clark T. _____
PO Box 1648
Ringelad, Texas 78639
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit

Jerry Lee Kalberth
534 Line St.
Corpus Christi, Texas 78218
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit

Ann Lawrence
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit

Victor Franco
c/o Burns International Security Services
Long Island, Texas
Mr. Franco has knowledge of the circumstances surrounding the accident.

Carlos J. Galvan, Jr.
105 Port Road
Port Isabel, Texas 78578
(956) 943-2626
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit and assistant Director of Operations of Laguna Madre Water District of Port
Isabel has knowledge of the circumstances surrounding the accident and losses
sustained by the Water District.

Cliff Garrard
Independent Plumbers of South Texas
8602 Robindell Drive
Houston, Texas 77074
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Gustavo Garcia
6939 West Business 83
Harlingen, Texas
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Miguel Garcia
Southwestern Bell Telephone
Cable Splicing Technician who has knowledge of damages resulting from
collapse of bridge
721 Beech Avenue, Mcallen, Texas 78501, (956) 282-0351
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Ruben D. Gonzalez
Southwestern Bell Telephone
Area Manager-Engineering & Construction who has knowledge of damages
resulting from collapse of bridge

Mark Guillot
5707 Laguna Circle South, #202
South Padre Island, Texas
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Joe Hargiss
P. O. Box 1272
Henderson, Kentucky
Expert surveyor who has information about the damages to the Barge NM-315
and the value of all four barges.

W. Lamoine Holland
1920 Nacogdoches Rd., Suite 100
San Antonio, Texas 78209

Eduardo "Eddie" Hernandez
105 Port Road
Port Isabel, Texas 78578
(956) 943-2626
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit and General Manager of Laguna Madre Water District of Port Isabel has
knowledge of the circumstances surrounding the accident and losses sustained by the

Water District.
Patrick D. Hoessle
P. O. Box 610
Jeffersonville, Indiana 47130-4717
ACBL dispatcher who has information about the dispatching of the barges in
question.

Alex Jimenez
Southwestern Bell Telephone
Systems Technician who has knowledge of damages resulting from collapse
of bridge
1210 S. 12th Street
Harlingen, Texas 78550
(956) 421-7167

Mr. Boyd Kennedy, Staff Attorney
Texas Parks and Wildlife Dept.
4200 Smith School Road
Austin, Texas 78744
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Duane Krohn
Mr. Kelly King
American Commercial Barge Line LLC
P. O. Box 610
Jeffersonville, Indiana 47130-4717
ACBL Risk Annalyst who has information about the valuation of the barges and
the pending freight, as well as the damages to the Barge NM-315 and damages
sustained by ACBL.

Long Island Bridge Company employees
c/o John R. Freeland
806 Pecan
McAllen, Texas 78501
(956) 943-1622
Employees of Long Island Bridge Company witnessed the four barges and tug
pass under the bridge immediately prior too the accident. They also have knowledge of
the configuration of barges passing through the area and of the circumstances
surrounding the accident.

Doyle McClendon
3211 North Inspiration Road, Apt. 2
Mission, Texas 78572
Potential Claimant
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

John and Mary McCoy
514 Brookside Pass
Cedar Park, Texas 78613
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Daniel Mena
105 Port Road
Port Isabel, Texas 78578
(956) 943-2626
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit and Director of Finance of Laguna Madre Water District of Port Isabel has
knowledge of the circumstances surrounding the accident and losses sustained by the
Water District.

Peggy J. Mitchell
Southwestern Bell Telephone
Area Manager-Network Engineering Financial Management who has knowledge
of damages resulting from collapse of bridge
One SBC Plaza #2440, Dallas, Texas 75202, (214) 464-1257

Brown Water Marine Service, Inc.
Marine Transportation Towing
320 Cove Harbor
PO Box 2269
Rockport, Texas 78381
361-729-3721
Owner of the Tug Boat driven by David Fowler

Steve Mosher
320 Cove Harbor
Post Office Box 2205
Rockport, Texas 78381-2205
Mr. Mosher is the President of Brown Water Towing I, Inc.

Steven Mosher
P. O. Box 2269
Rockport, Texas 78381
Vice-President of Operations of Brown Water who has information about Brown
Water's operations, the crew, the vessel, and certain events surrounding the
accident.

Ramon Moreno
Rt. Box 708F
Los Fresnos, Texas
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Kim W. Mosley
Southwestern Bell Telephone
Area Manager-Special Services who has knowledge of damages resulting from
collapse of bridge
9110 Autobahn Drive, Dallas, Texas 75237, (24) 841-7656

Dr. Donald Jay Mulkene
Spring Hill Behavioral Health
100 Memorial Hospital Drive, Ste. 1-B
Mobil, Alabama 36608
Dr. Mulkene is Capt. David Fowler's treating psychologist and has knowledge of
the impact of the accident on Capt. Fowler's emotional and psychological well-being.

Levie Paul Old
1200 N. Magnolia # 26
Rockport, Texas 78382
(361) 727-9165
Mr. Old was a deck hand on board the BROWN WATER V at the time of the
accident. Knowledge of facts and circumstances surrounding the incident made the
basis of this lawsuit.

Paul M. Paulsen
Southwestern Bell Telephone
Director-Central Office Operations who has knowledge of damages resulting
from collapse of bridge
1616 Guadalupe Street #220, Austin, Texas 78701, (512) 870-2003

Joe Petrarca
Southwestern Bell Telephone
Cable Splicing Technician who has knowledge of damages resulting from
collapse of bridge
735 E. Washington Street, Brownsville, Texas 78520 (956) 541-0417

Port Isabel-San Benito Navigation District
c/o Mr. Brian G. Janis
Sanchez, Whittington, Janis & Zabarte, LLP
100 North Expressway 83
Brownsville, Texas 78521-2284
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Daniel Pugh
telephone and address unknown
Mr. Pugh has knowledge of the circumstances surrounding the accident.

Thomas E. Quirk
Aaron & Quirk
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209

Joe Rivera, County Clerk
Cameron County Courthouse
974 E. Harrison
Brownsville, Texas 78520
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Dan Reeves
1806 Illinois
Port Isabel, Texas
Mr. Reeves has knowledge of the circumstances surrounding the accident.

R& G Construction
Contractor of Southwestern Bell Telephone who was hired to assist in restoration
of telephone service after bridge collapse
c/o Geoffrey Amsel, 1010 N. St. Mary's #1403, San Antonio, Texas 78215
(210) 886-4805

Daniel Eduardo Reyes
Southwestern Bell Telephone
Systems Technician who has knowledge of damages resulting from collapse of
bridge
735 E. Washington Street, Brownsville, Texas 78520, (956) 541-0559

Joe Rivera, County Clerk
Cameron County Courthouse
974 E. Harrison
Brownsville, Texas 78520
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

James Rasco
Southwestern Bell Telephone
Manager- Engineering Design who has knowledge of damages resulting from
collapse of bridge
401 E. Van Buren Avenue 2nd Floor
Harlingen, Texas 78550
(956) 421-7445
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Maria Ruzicka
Southwestern Bell Telephone
Claims Representative who has knowledge of damages resulting from collapse of
bridge
One SBC Center #39S01, St. Louis, Missouri 63101, (314) 235-6176

Juan Sandoval
Southwestern Bell Telephone
Systems Technician who has knowledge of damages resulting from collapse
of bridge
721 Beech Avenue, McAllen, Texas 78501, (956) 630-8800

Jesus Sandoval, Jr.
Southwestern Bell Telephone
Manager-Loop Electronics who has knowledge of damages resulting from
collapse of bridge
721 Beech Avenue, McAllen, Texas 78501, (956) 630-8800

Michael Slack
Slack & Davis, LLP
8911 Capital of Texas Highway
Building 2, Suite 210
Austin, Texas 78759
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Southwestern Bell Telephone
Manager-Network Operations Center who has knowledge of damages resulting
from collapse of bridge
6000 Las Colinas Boulevard #2122, Irving, Texas 75039, (214) 286-2918

Dale Ray Stockton
14648 Arroyo Drive
Harlingen, Texas 78550
Mr. Stockton has knowledge of prior collisions of tugboats and barges with the
Queen Isabella Causeway.

Russell Stockton
208 West Mesquite
South Padre Island, Texas
Mr. Stockton has knowledge of the circumstances surrounding the accident.

Texas Department of Transportation
Mark J. Spansel
Adams & Reese, LLP
4500 One Shell Square
New Orleans, LA 70139
and
Amadeo Sanez, District Engineer
600 West US 83 Expressway
P. O. Drawer EE
Pharr, Texas 78577
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit.

Mr. Boyd Kennedy, Staff Attorney
Texas Parks and Wildlife Dept.
4200 Smith School Road
Austin, Texas 78744
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

*Claimants' Witness List*
*93*

US Filter Distribution Group
Provided materials to Southwestern Bell for phone service restoration.
P.O. Box 870700, Dallas, Texas 75284-0700

Janie Valdez
7300 North Padre Blvd.
South Padre Island, Texas
Mr. Valdez has knowledge of the circumstances surrounding the accident.

Fred Cantu
Cantu Wrecker
PO Box 816
Port Isabel, Texas
956-943-1911
Knowledge of facts and circumstances surrounding the wrecking service of Claimants'
vehicle.

Jeremy Charles Colomn
Principal Consultant
Burness Corlett & Partners, Ltd.
Baltic House, Isle of Man IM9 2AE
Tel: 01624-822808
Def. Brown Water Expert

Allen R, Schultz
909 Silbert Road, #53
Houston, Txas  77024
713-812-7673
Def. Brown Water Expert

Francisco Perez, Ph. D
Francisco I. Poerez
6560 Fannin Stuie 1224
Houston, Texas  77030
713-790-1225
Def. Brown Water Expert

Captain Ron Yates
Maritime Consultant
17199 FM350 North
Houston, Texas 75960
936-398-2180
Def. Brown Water Expert

Malcom G. Mcclaren
McLaren Engineering Group
100 Sknake Hill Road
P.O. Box 600
West Nyack, NY  10994
845-353-6400
Def. Brown Water Expert

Clovis Morrsion
Morrison & Assoc,
3117 Westerwood Drive
Baton Rouge, Lousianae 70816
225-291-7998
Def. Brown Water Expert

Douglas A. Swain
Address & Phone Number unknown
Brown Water Marine Expert

Richard Cortez
Burton, McCumbert & Cortez, LLP
200 South 10th Street, Suite 1501
McAllen, Texas  78501
956-618-2300
956-618-2333
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Robert Cornelison
250 Industrial Drive
Port Isabel, Texas
Knowledge of facts and circumstances surrounding the incident made basis of this
accident.

Ross L. Valigura
828 Hughes
Box 429
Palacios, Texas 77465
(979) 578-1864
Mr. Valigura was a deck hand on board the BROWN WATER V at the time of the
accident.

Captain Rocky Lee Wilson
P. O. Box 2166
Port Aransas, Texas 78373
(361) 749-3633
Captain Wilson was the captain on board the BROWN WATER V at the time of
the accident.

Agent J. Sithby
Border Patrol
Brownsville, Texas

Louis Ortis
Louisiana
Mr. Ortis designed and built the BROWN WATER V in 1978.

Craig Zimmerman
1/4 Mile North 100 on FM 1575
P. O. Box 4025
Los Fresnos, Texas
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

William Zimmerman
706 North Shore Drive
Port Isabel, Texas
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Captain William M. Beacom
2423 Jackson Street
Sioux City, Iowa 51104
Captain Beacom may testify regarding the opinions set forth in his report, a copy of
which is attached.

Richard F. Silloway, PE
Engineering Partners International, Incorporated
1310 Kingwood Drive
Kingwood, Texas 77339
Mr. Silloway may testify regarding the opinions set forth in his report, a copy of which
is attached.

Captain Nicholas E. Perugini
Robert Ramsey
National Oceanic and Atmospheric Administration
Chief, Marine Chart Division
Office of Coast Survey
National Ocean Service, NOAA
Silver Springs, MD
Mr. Perugini may testify regarding the opinions that he rendered in his testimony during the Coast Guard hearing in the matter. A copy of the transcript of his testimony is attached, as is a copy of the Power Point that he utilized during that testimony.

Dr. Mercedes Dominguez, M.Ed. LPC
13700 Veterans Memorial
Houston, Texas 77014
Evaluated and treated Mr. and Mrs. Rivas for anguish, depression and other problems caused by the death of Stvan Rivas.

Lynn Dixon
DPS Diver
Recovered Rivas vehicle, leader of DPS dive team, will provide testimony regarding the position of Stvan Rivas' body in the vehicle and extraction efforts by divers.

Jose L. Benavidez
Address unknown
Rio Hondo, Texas
Defendant Brownwater possesses information on Mr. Benavidez' current address and phone number as he is a former employee. Mr. Benavidez will render opinions regarding necessary horsepower for "push boats" such as the Brownwater V as well as safe barge configurations. Mr. Benavides will also provide expert testimony based on his experience as a pilot and captain employed by Brownwater Marine regarding safety issues at Brownwater Marine as they relate to pushing barges. In particular, Mr. Benavidez complained of unsafe practices to managers at Brownwater prior to the Allison made the basis of this suit.

J.P. Burlette
Brownsville F.D. Diver
Brownsville, Texas
Discovered Stvan's Body

Custodian of Records, and any reporter or employee who participated in the
investigation of this incident
**Brownsville Herald**
1135 East Van Buren Street
Brownsville, Texas 78520
(956) 542-4301
<u>**Any employee or reporter who assisted in the rescue and/or investigation:**</u>
Knowledge of facts and circumstances surrounding the news reporting of the accident
made the basis of this accident.
<u>**Custodian of Records:**</u> Knowledge of facts and circumstances surrounding the news
reporting of the accident made the basis of this accident. It is reasonably anticipated
that the custodian of records will testify that the financial records for pertaining to
claimants are under the supervision, custody and control of the custodian of records,
that such records were kept in the regular course of business.

John Blalock
Employee who participated in the investigation of this incident,
and Custodian of Records
**Cameron County District Attorney's Office**
Attn: Yolanda de Leon, District Attorney
974 E. Harrison
Brownsville, Texas 78520
<u>**Employee who assisted in the rescue and/or investigation:**</u>  Knowledge of facts and
circumstances surrounding the investigation of the accident made the basis of this
accident.
<u>**Custodian of Records:**</u> Knowledge of facts and circumstances surrounding the
investigation of the accident made the basis of this accident. It is reasonably anticipated
that the custodian of records will testify that the financial records for pertaining to
claimants are under the supervision, custody and control of the custodian of records,
that such records were kept in the regular course of business.

Cameron County
c/o Mr. George C. Kraehe
Charles Willette, Jr.
Willette & Guerra, LLP
3505 Boca Chica Blvd., Ste. 460
Brownsville, Texas 78521
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this accident. It is reasonably anticipated that the custodian of
records will testify that the financial records for pertaining to claimants are under the
supervision, custody and control of the custodian of records, that such records were
kept in the regular course of business.

Daniel E. Brock
115 Rue Marine Drive
Paducah, KY 42001
Defendants' Expert who may testify about the inland/towing industry, towage, Coast
Guard matters, AWO, the ICW, Brown Water, the accident and those things leading up
to the accident, and generally to those things contained in his expert report and
affidavit.

Michael D. Russell
P.O. Box 580128
Houston, Texas 77258
Defendants' expert who may testify about marine safety issues, inland towing industry,
Coast Guard regulations, licensing issues, databases, matters and programs, Brown
Water, the accident and those things leading up to the accident, the ICW and generally
to those things contained in his expert report and affidavit.

Gary P. Langley
Wagoner, Oklahoma
Expert towboat captain who may testify about the lighting on the Queen Isabella
Causeway, licensing, towboat operations and generally to those things contained in his
deposition.

Employee who participated in the investigation of this incident,
and Custodian of Records
**Cameron County District Attorney's Office**
Attn: Yolanda de Leon, District Attorney
974 E. Harrison
Brownsville, Texas 78520
**<u>Employee who assisted in the rescue and/or investigation:</u>** Knowledge of facts and
circumstances surrounding the investigation of the accident made the basis of this
accident.
**<u>Custodian of Records:</u>** Knowledge of facts and circumstances surrounding the
investigation of the accident made the basis of this accident. It is reasonably anticipated
that the custodian of records will testify that the financial records for pertaining to
claimants are under the supervision, custody and control of the custodian of records,
that such records were kept in the regular course of business.

Custodian of records for
**KGBT-Channel 4** 9201 West Expressway 83
Harlingen, Texas 78550
(956) 421-4444
**Any employee or reporter who assisted in the rescue and/or investigation:**
Knowledge of facts and circumstances surrounding the news reporting of the accident
made the basis of this accident.
**Custodian of Records:** Knowledge of facts and circumstances surrounding the news
reporting of the accident made the basis of this accident. It is reasonably anticipated
that the custodian of records will testify that the financial records for pertaining to
claimants are under the supervision, custody and control of the custodian of records,
that such records were kept in the regular course of business.

**KGBT-Channel 5** and custodian of records
East Expressway 83
Weslaco, Texas 78598
(956) 428-5555
**Any employee or reporter who assisted in the rescue and/or investigation:**
Knowledge of facts and circumstances surrounding the news reporting of the accident
made the basis of this accident.
**Custodian of Records:** Knowledge of facts and circumstances surrounding the news
reporting of the accident made the basis of this accident. It is reasonably anticipated
that the custodian of records will testify that the financial records for pertaining to
claimants are under the supervision, custody and control of the custodian of records,
that such records were kept in the regular course of business.

Ana Isabel Vazquez, Newsroom Supervisor
**KNVO Univision-Channel 48**
801 N. Jackson
McAllen, Texas 78501
(956) 687-4848
**Any employee or reporter who assisted in the rescue and/or investigation:**
Knowledge of facts and circumstances surrounding the news reporting of the accident made the basis of this accident.
**Custodian of Records:** Knowledge of facts and circumstances surrounding the news reporting of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.

**KNVO Univision-Channel 48** and custodian of records
801 N. Jackson
McAllen, Texas 78501
(956) 687-4848
**Any employee or reporter who assisted in the rescue and/or investigation:**
Knowledge of facts and circumstances surrounding the news reporting of the accident made the basis of this accident.
**Custodian of Records:** Knowledge of facts and circumstances surrounding the news reporting of the accident made the basis of this accident. It is reasonably anticipated that the custodian of records will testify that the financial records for pertaining to claimants are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.

Custodian of Records for
Los Fresnos School District
Los Fresnos, Texas
Knowledge of facts surrounding Brigette Goza's employment history.

Custodian of Records for
Louis' Backyard
South Padre Island, Texas
Knowledge of facts surrounding Robert Harris' employment history.

Custodian of Records for
Professional Medical Technology
McAllen, Texas
Knowledge of facts surrounding Antonio Salinas' employment history.

Allstate Insurance Company and Custodian of Records
c/o Thomas E. Quirk
Aaron & Quirk
901 N. E. Loop 410, Ste 903
San Antonio, Texas 78209-1307
Subrogation claimant for property damages of Bridgette Goza. It is reasonably
anticipated that the custodian of records will testify that the financial records for
pertaining to claimants are under the supervision, custody and control of the custodian
of records, that such records were kept in the regular course of business, and that the
medical expenses incurred are reasonable and necessary.

Commercial General Liability Policy Declaration and Custodian of Records
Petitioner in possession of address and telephone numbers
Knowledge of facts and circumstances surrounding the insurance policy and claim of
the accident made the basis of this lawsuit. It is reasonably anticipated that the
custodian of records will testify that the insurance claim reports and records pertaining
to Plaintiff are under the supervision, custody and control of the custodian of records
and that such records were kept in the regular course of business.

Reliance National Risk Specialists and custodian of records
4 Penn Center Plaza
Philadelphia, PA 19103
or
77 Water Street
New York, NY 10005
Knowledge of facts and circumstances surrounding the insurance policy/ claim of the
accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of
records will testify that the insurance claim reports and records pertaining to Plaintiff
are under the supervision, custody and control of the custodian of records and that such
records were kept in the regular course of business.

Custodian of Records for
**Home & State County Mutual**
Texas
Knowledge of facts and circumstances surrounding the insurance policy/ claim of the
accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of
records will testify that the insurance claim reports and records pertaining to Plaintiff
are under the supervision, custody and control of the custodian of records and that such
records were kept in the regular course of business.

Custodian of Records for
**Farm Bureau Mutual**
Texas
Knowledge of facts and circumstances surrounding the insurance policy/ claim of the
accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of
records will testify that the insurance claim reports and records pertaining to Plaintiff
are under the supervision, custody and control of the custodian of records and that such
records were kept in the regular course of business.

Custodian of Records for
**Travelers Property Casualty**
Texas
Knowledge of facts and circumstances surrounding the insurance policy/ claim of the
accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of
records will testify that the insurance claim reports and records pertaining to Plaintiff
are under the supervision, custody and control of the custodian of records and that such
records were kept in the regular course of business.

Custodian of Records for
**State Farm Insurance Co.**
Texas
Knowledge of facts and circumstances surrounding the insurance policy/ claim of the
accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of
records will testify that the insurance claim reports and records pertaining to Plaintiff
are under the supervision, custody and control of the custodian of records and that such
records were kept in the regular course of business.

Custodian of Records for
**Allstate Insurance Co.**
Texas
Knowledge of facts and circumstances surrounding the insurance policy/ claim of the
accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of
records will testify that the insurance claim reports and records pertaining to Plaintiff
are under the supervision, custody and control of the custodian of records and that such
records were kept in the regular course of business.

Custodian of Records for
**Twin City Fire Ins.**
Texas
Knowledge of facts and circumstances surrounding the insurance policy/ claim of the
accident made the basis of this lawsuit. It is reasonably anticipated that the custodian of
records will testify that the insurance claim reports and records pertaining to Plaintiff
are under the supervision, custody and control of the custodian of records and that such
records were kept in the regular course of business.

*Claimants' Witness List*
*103*

Alejandro Del Toro
Diver involved in rescue and recovery.

Blue Cross Blue Shield of Texas and Custodian of Records
(A Division of Health Care Service Corp)
2329 S. MacArthur Blvd.
Springfield, Illinois
Medical lien holder for Rene Mata. It is reasonably anticipated that the custodian of
records will testify that the financial records for pertaining to claimants are under the
supervision, custody and control of the custodian of records, that such records were
kept in the regular course of business, and that the medical expenses incurred are
reasonable and necessary.

Mitus A. Patino
Larry Johnson
William Lynn
**Lab Corp of America**
7207 N. Gessner
Houston, Texas
Brownsville, Texas
Knowledge of facts and circumstances surrounding the laboratory examination of
David Fowler as a result of the accident made the basis of this lawsuit.

Custodian of Records for
Mitus A. Patino
Larry Johnson
William Lynn
**Lab Corp. of America**
7207 N. Gessner
Houston, Texas
Brownsville, Texas
It is reasonably anticipated that the custodian of records will testify that the laboratory
examination and records pertaining to David Folwer are under the supervision, custody
and control of the custodian of records, that such records were kept in the regular
course of business, and that the medical expenses incurred are reasonable and
necessary.

Representatives of Deere Credit who has information about the ownership of and the
charter of the NM-315.

Representatives of State Street Bank and Trust who has information about the
ownership and charter of the ACL-9933B.

*Claimants' Witness List*
*104*

Represenative of General Electric Captial Corporation who has information about the ownership and charter of the ACL-9933B.

Any person who testified at the United States Coast Guard Hearings.

Bob Clinton
c/o American Waterways Operators
Arlington, Virginia
Mr. Clinton has expert information regarding the American Waterways Operators' Responsible Carrier program.

Kyle Watts
Paul Book
Butch Barras
Mr. Foucheaux
Jeanie Brooks
American Commercial Barge Line LLC
PO Box 610
1701 Utika Pike
Jeffersonville, Indiana  47130-4717
812-288-0100
Barge Maintenance

A. M. Adams
American Commercial Barge Line LLC
PO Box 610
1701 Utika Pike
Jeffersonville, Indiana  47130-4717
812-288-0100
Served as Vice-President for ACBL during the time period 1992-present.

Ann Adams
American Commercial Barge Line LLC
PO Box 610
1701 Utika Pike
Jeffersonville, Indiana  47130-4717
812-288-0100
Was involved in Transportation Services (Fleet) for ACBL during the time period 1992-present.

A. Y. Adams
American Commercial Barge Line LLC
PO Box 610
1701 Utika Pike
Jeffersonville, Indiana  47130-4717
812-288-0100
Served as Assistant Vice-President for ACBL during the time period 1992-present

J. L. Adams
American Commercial Barge Line LLC
PO Box 610
1701 Utika Pike
Jeffersonville, Indiana  47130-4717
812-288-0100
Former employee who has knowledge of relevant facts.  Served as Assistant Vice-President for ACL during the time period 1992-present.

R. Barry Uber
Michael Hagan
W. N. Whitlock
Peter Kazunas
Bill Schmidt
Todd Whyte
Jim Wolff
Christian Wolff
Doug Rushman
Michael Ash
G. Hotz
Bob Burns
Michael Khouri
Paul Besson
Larry Weas
T. E. Behringer
Ann Adams
W. Kinzler
Christian Brinkop
W. Kinzler
N. S. Ivey
James Farley
m. Khouri
James Farley
James Buky
Dan Marquitz
Steve Brooks

David Jahnke
Dan Jaworski
Wick Krohn
American Commercial Barge Line LLC
PO Box 610
1701 Utika Pike
Jeffersonville, Indiana  47130-4717
812-288-0100
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Peter L. Kazunas,
American Commercial Barge Line LLC
PO Box 610
1701 E. Market St.
Jeffersonville, Indiana  47130-4717
812-288-1918
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Norman Ivey
200 Richland Drive Eat
Mandeville, Louisiana  70448
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

R.L.
H. Schlegal
American Commercial Barge Line LLC
PO Box 610
Jeffersonville, Indiana  47131-0610
812-288-1664
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Texas Marine Insurance Agency
PO Box 1060
720 Dallas St.
Portland, Tx  78374
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Custodian of Records for
Ingram Towing Company

Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Custodian of Records for
Gemini Insurance Co.
Texas
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Tolbert, Richard J.
11906 Riceville School Rd.
Houston, Texas
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Audice E. Kornegay
PO BO x 147
Bayside, Texas 78340
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Continental Illinois National
Owner
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Lyondell Chemical Co.
Owner
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Custodian of Records for
Liberty Insurance Co.
Texas
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Custodian of Records for
Texas Worker's Compensation Insurance Fund
Texas
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.