Custodian of Records for
Keith D. Morley
Zurich Insurance Company
3003 Summiot Blvd., Suite 1800
Atlanta, FA 30319
404-851-3386
Mr. Morley is the insurance adjustor for Zurich North America assigned to handle the Brown Water account and the underlying litigation against Brown Water an ACBL.

Custodian of Records for
Great American Insurance Co.
Texas
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Omar Alegria
Brownsville F.D Driver
1010 E. Adams Street
Brownsville, Texas 78520
956-546-3195
Recovered Stvan Rivas' body
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

B&B Services, Inc.
c/o Geoffrey Amsel
1010 N. St Mary's #1403
San Antonio, Texas 78215
(210) 886-4805
Contractor of Southwestern Bell Telephone who was hired to assist in restoration telephone service after bridge collapse

M. G. Aron American Commercial Barge Line LLC
P.O. Box 610
1701 Utika Pike
Jeffersonville, Indiana 47130-4717
812-288-0100
Served on Board of Directors for ACL during the time period 1992-Present
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Michael Ash
American Commercial barge Line LLC
PO Box 610
1701 Utika Pike
Jeffersonville, Indiana 47130-4717
812-288-0100
Was involved in Safety & Risk Management for AACBL during the time period 1992-present. Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

David J. Stephenson
625 Woodfaed St.
Bowling Gacon, Ky
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

James W. Taylor
Address Unknown
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Joe Paul Klausen, President
Mr. Buce McGinnis, Vice President
Ms. Susan Young, Safety Director
Mr. Russ Painter, Envireonmental Director
Philip S. Timberlake,
Marine Resources
Excell Marine Corporation, Inc.
PO Box 534
South Point, OH 45680
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Uninspected Towing Vessel
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Attorney General of Texas
c/o Mr. Michael Ratliff
P. O. Box 12548
Austin, Texas 78711-2548
Claimant
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Sixty-two (62) business
c/o Michael L. Slack
Slack & Davis, LLP
8911 Capital of Texas Hwy
Building 2, Ste. 2110
Austin, Texas 78759
Claimants
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Charlie Armendariz
Charter Captain
1178 Boca Chica
Brownsville, Texas 78520
c/o Michael L. Slack
and Michael David Bright
Slack & Davis, L.L.P.
8911 Capital Of Texas Highway
Building 2 #2110
Austin, Texas 78759
512-795-8686
Claimant
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Edith Curtis
4268 Airport Road
Tioga, Texas 76271
Potential Claimant
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Grace Escobedo
Southwestern Bell Telephone
Manager-Risk Management Services who has knowledge of damages resulting from collapse of bridge
1010 N. St. Mary's #1001, San Antonio, Texas 78215, (10) 222-3856
8th Coast Guard District
New Orleans, LA
Knowledge of facts and circumstances surrounding the accident/investigation of the accident made the basis of this lawsuit.

Robert and Virginia Fandrich
5101 Verdi Way
Stockton, California 95207
Claimants
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Colleen Forster
5652 Pinon Vista Drive
Austin, Texas 78724
Potential Claimant
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Independent Plumbers of South Texas
c/o Cliff Garrard
8602 Robindell Drive
Houston, Texas 77074
Claimant
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Ms. Kay Keese
P. O. Box 457
Bells, Texas 75414
Potential Claimant
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Laguna Madre Water District of Port Isabel
c/o Mr. J. A. Magalllanes
Magalanes, Hinojosa & Mancias, P. C.
1713 Boca Chica Blvd.
Brownsville, Texas 78520
Claimant
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Romeo Miller
3106 Barnes Bridge
Dallas, Texas 75228
Potential Claimant
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Dimas Mora
c/o W. Lamoine Holland
1920 Nacogdoches Road, Ste. 100
San Antonio, Texas 78209
Claimant
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Charles Nalhanson
23102 Botkins Road
Hockley, Texas 77477
Potential Claimant
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Ms. Eileen Peoples
Post Office Box 2283
New Caney, Texas 77357
Potential Claimant
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

N. Fay Rutledge
7026 Partridge Lane
Eagle Lake, Texas 77434
Potential Claimant
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Outdoor RV Resorts South Padre
c/o Dave Fletcher
900 South Garcia Street
Port Isabel, Texas 78578
Potential Claimant
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Annaca Page
16810 Tranquil Drive
Sugar Land, Texas 77478
Potential Claimant

Security Systems
Southwestern Bell Telephone
c/o Mr. Geoffreyy Amsel
SBC Management Services
1010 N. St. Mary's, Room 1403
San Antonio, Texas 78209
Claimant
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Southwestern Bell Telephone
Claimant
c/o Geoffrey Amsel, SBC Management Services, 1010 N. St. Mary's # 1403
San Antonio, Texas 78215
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Jimmy F. Tatum
The Town of South Padre Island
Claimant
c/o Paul Y. Cunningham, P.O. Box 2729, South Padre Island, Texas 78597, c/o Michael L. Slack and Michael Davis, LLP, 8911 Capital of Texas Highway, Building 2 #2110, Austin, Texas 78759
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Amerbjack's Bar & Grill, Inc.
209 Whiting
South Padre Island, Texas 78597
c/o Michael L. Slack
and Michael David Bright
Slack & Davis, L.L.P.
8911 Capital Of Texas Highway
Building 2 #2110
Austin, Texas 78759
512-795-8686
**Claimant**
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

202 Bayside Bar & Grill
Claimant
944 Marine Drive, Brownsville, Texas 78521, c/o Michael L. Slack and
Michael Davis, Slack & Davis, LLP, 8911 Capital of Texas Highway,
Building 2 #2110, Austin, Texas 78759

Heather Askwig
2332 West Solano Drive
Phoenix, Arizona 85015
Potential Claimants

BK's Beach to Bay Enterprises, Inc. d/b/a BK's Carpet & Upholstery Cleaning
Claimant
104 E. Tarpon CL-1 #44, South Padre Island, Texas 78597, c/o Michael L. Slack and
Michael Davis, Slack & Davis, LLP, 8911 Capital of Texas Highway, Building 2 #2110,
Austin, Texas 78759

Watts Law Firm, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
Attorneys for Claimants

Sheldon Weisfeld
855 E. Harrison Street
Brownsville, Texas 78520
Mr. Weisfeld is Captain Fowler's criminal attorney.

Eddie Newman
Royston Rayzor
Jack C. Partridge
Royston, Rayzor, Rickery & Willis, LLP
1700 Wilson Plaza West 606 N. Caranahua, SUIte 1700 361-884-8808
Corpus Christi, Texas 78476
Vessel Captain for Brown Water V

Raymond L. Thomas
Kittleman, Thomas, Ramirez & Gonzalez, PLLC
4900-B North 10th Street
McAllen, Texas 78504

State of Texas
c/o Mr. Jack F. Gilbert
P. O. Box 12548
Austin, Texas 78711-2548
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Mark J. Spansel
Adams & Reed
4500 One Shell Square
New Orleans, LA 70139
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Office of the Attorney General
Attn: John Cornyn
P. O. Box 12548
Austin, Texas 78711-2548
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Veronica Farias
Attorney ad litem for minors
2854 Boca Chica Blvd.
Brownsville, Texas 78520

J. A. Magallanes
Magallanes, Hinojosa & Mancias, P. C.
1713 Boca Chica Blvd.
Brownsville, Texas 78520
(956) 544-6571
Mr. Magallanes will testify to the necessity and reasonable attorneys fees.

Frank Enriquez
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

Richard Leo Harrell
The Edwards Law Firm
Post Office Box 480
Corpus Christi, Texas 78403

Jim S. Hart
Williams Bailey Law Firm, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Dr., Suite C
The Woodlands, Texas 77381
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Glenn Goodier
Jones, Walker, Waechter, Poitevent, Carrere & Denegre
201 St. Charles Ave., 48th Floor
New Orleans, La. 70170-5100
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Jack F. Gilbert
Office of the Attorney General
Transportation Division
Post Office Box 12548
Austin, Texas 78711-2548

Steve Q. McManus
McManus & Crane
209 W. Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Heriberto Medrano
Law Offices of Heriberto Medrano
1101 W. Tyler
Harlingen, Texas 78550
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Julian Rodriguez
Attorney at Law
100 W. Pecan
McAllen, Texas 78501
Claimant
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Ramon Garcia
Law Offices of Ramon Garcia, P. C.
222 West University Drive
Edinburg, Texas 78539
Claimant
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Horacio L. Barrera
1203 E. Van Buren
Brownsville, Texas 78520
(956) 546-7159
Mr. Barrera will testify to the necessity and reasonable attorneys fees.

Rhoda Alambra, RN
Rio Grande State Center
1401 Rangerville Rd.
Harlingen, Texas 78550
956-425-8900
Medical provider of Chealsa Welch
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit not related to this accident.

Eileen A., MD (last name unknown)
Rio Grande State Center
1401 Rangerville Rd.
Harlingen, Texas 78550
956-425-8900
Medical Provider for Chealsa Welch not related to this accident.

A-1 Taxi & A-1 Limousine
5312 Padre Blvd.
South Padre Island, Texas 78597
c/o Michael L. Slack
and Michael David Bright
Slack & Davis, L.L.P.
8911 Capital Of Texas Highway
Building 2 #2110
Austin, Texas 78759
512-795-8686
Claimant

Emily Abbot, LMSW-ACP, PHD
Rio Grande State Center
1401 Rangerville Rd.
Harlingen, Texas 78550
956-425-8900
Medical provider for Chealsa Welch not related to this accident.

Custodian of Record for
Rio Grande State Center
1401 Rangerville Rd.
Harlingen, TX 78550
Knowledge of facts and circumstances surrounding the medical and financial records pertaining to Chealsa Welch not related to this accident.

*120*

Custodian of Record for
Coastal Bend Psychiatric Associates, PA/Carlos Estrada, M.D.
6625 Wooldridge Rd.
Corpus Christi, TX 78414
Knowledge of facts and circumstances surrounding the medical and financial records pertaining to Chealsa Welch not related to this accident.

Custodian of Record for
Tropical Texas Center for Mental Health and Mental Retardation
1242 North 77 Sunshine Strip
Harlingen, TX 78550
Knowledge of facts and circumstances surrounding the medical and financial records pertaining to Chealsa Welch not related to this accident.

Custodian of Record for
Corpus Christi Charter Behavioral Systems a/k/a Padre Behavioral Hospital
6629 Wooldridge
Corpus Christi, TX 78414
Knowledge of facts and circumstances surrounding the medical and financial records pertaining to Chealsa Welch not related to this accident.

Custodian of Record for
Baylor College of Medicine/Dr. William Edwin Fann
765 E. 7TH St.
Brownsville, TX 78520
Knowledge of facts and circumstances surrounding the medical and financial records pertaining to Chealsa Welch not related to this accident.

Glenn Bacon, MD
Phillip Ambrosiewiez, LMSW-ACP
Tropical Texas Center for Mental health and Mental Retardation
1242 North 77 Sunshine Strip
Harlingen, Texas 78550
956-423-8094
Medical provider for Chealsa Welch
Knowledge of facts and circumstances surrounding the medical and financial records pertaining to Chealsa Welch not related to this accident.

Craig Anderson, Vocational Rehab Consultant
Rio Grande State Center
1401 Rangerville Rd.
Harlingen, Texas 78550
956-425-8900
Medical Provider for Chealsa Welch
Knowledge of facts and circumstances surrounding the medical and financial records pertaining to Chealsa Welch not related to this accident.

---

The following individuals served as corporate officers and/or directors of ACL and ACBL during the period of time 1992 to present:

H. J. Bobzien, Jr.-Chairman & Chief Executive Officer
M. C. Hagan-President & Chief Operatin Officer
M. A. Khouri-Senior Vice-President, General Couisnel & Secretary
K. W. Peters-Senior Vice-President
F. J. Hendinges-Vice-Presdient & Treasuirer
B. A> Slider-Controller
L.L. Fling-Assistant Secretary
J. W. Snow-Chariman
J. J. Wolff-Senpior Vice-President & Chief Financial Officer
B. A. Dean-Controller
M. C. Strench-Assistant Secretary
E. W. Herde-Assistant Secretary
P. F. Brotzge-Assistant Treasurer
S. G. Lawler-Vice-President
J. L. Adams-Assistant Vice President
A. P. Beir Senior Vice President & Chief Financial Officer
R. G. Burns-Senior Vice President & Chief Financial Officer
R. J. Moon-Assistant Secretary
R. B. Uber-Division President
P. S. Besson-Senior Vice-President
R. P. Herre-Division President
J. L. Adams-Assistant Vice President
S. L. Hendricks-Assistant Secretary
C. B. Maddox-Assistant Secretary

Board of Directors:
M. G. Aron
H. J. Bobzien, Jr.
J. Ermer
M. C. Hagan
J. W. Stone
J. W. Snow
P. R. Goodwin
P.S. Besson
D. Baggs
E. Fitsimmons
P. Goodwin
E. A Barberli
R. L. Hurber
R. E. Mayberry, Jr.
D. F. Thomas
D. Wegstaff, III

ACBL: Corporate Officers:
H. J. Bobzien, Jr.-Chairman
M. C. Hagan-President
T.E. Behringer-Senior Vice President
J. W. Buky-Senior Vice-President
M. L. Harris-=Senior Vice-President
M. A. Khouri-Senior Vice-President, General Counsel & Secretary
K. W. Peters-Senior Vice-President
William N. Whitlock-Senior Vice-President
F. J. Haendinges-Vice-President
R. C. Borman-Vice-President
C. Brinkop-Vice-President
N. S. Ivery-Vice-President
C. R. Whitlatch-Vice-President
B. A. Slider-Controller & Assistant Secretary
B. F. Brotzge-Assistant Treasures
L. L. Fleming-Assistant Secretary
D. J. Markquitz-Senior Vice-President
J. J. Wolff-Senior Vice-President & Chief Financial Officer
C. Bringktop-Vice-President
J. W. Buky-Vice-President
J. W. Farlely-Vice-President
G. L. Fuller-Vice-President
R. B. Greenwell-Vice-President
L. J. Weas-Vice-President
B. A. Dean-Contoller & Assistant Secretary

*Claimants' Witness List*
*123*

J. M Fox-Assistant Vice-President
G. N. Hotz-Assistant Vice-President
D. D. Jaworski-Assistant Vice-President
C. W. Kinzeler-Assistant Vice-President
M. C. Strench-Assistant Secretary
E. W. Herde-Assistant Secretary
E. R. Donaldson--Vice-President
R. L. Gardener--Vice-President
S. J. Brooks-Assistant Vice-President
D. D. Jahnke--Vice-President
Douglas C. Ruschman-Assistant Vice-President
A. P. Beiner-Senior Vice President, Chief Financial Officers
E. R. Donaldson--Vice-President
M. K. Pepper-Vice-President
A. Y. Adams-Assistant Vice-President
D. D. Jahnke-Assistant Vice-President
R. G. Burns-Assistant Secretary, Vice-President, General Counsel
R. J. Moon-Assistant Secretary
P. S. Besson-Senior Vice-President
C. Binkop-Vice-President
L. S. Baird-Vice-President & Treasurer
M. E. Kleopjel-Vice-President
S. Brooks-Assistant Vice-President
A. M. Adams-Vice-President
P. Kazunas-Vice-President
B. Schmidit-Assistant Vice-President
S. Henrichs-Assistant Secretary
C. B. Maddox-Assistant Secretary

**Board of Directors:**
H. J. Bobzine, Jr.
M. C. Hagan
Michael A. Khouri
K. W. Peters
J. J. Wolff
A. P. Beier
P. B. Besson

---

Canal Barge Company, Eckstein Marine, Western Towing (Kirby) or Blessey Marine are companies Mr. Heossle testified that had Brown Water not been available he would have called them.

*Claimants' Witness List*
*124*

Joe Ollinger-President
Trey Fredriksen-Vice President
Captain Terry Girardot-Captain of M/V Skimmer
Ralph Owens-Pilot of M/V Skimmer
Daleware Marine Corporation
Marine Resource

ACE Marine Transportation
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Marine Inland Transportation
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Eckstein Marine, Inc
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Capital Towing Corporation
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Holly Marine Towing
Calumet River Fletting, Inc.
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Don Campbell, General Manager
Kindra Lake Towing
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Hoosier Marine
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

All employees listed with Addresses, SSN, Hire Date, DOB and Term date in document 49477-D04040.

All employees listed by Brown Water in document 49477-D04057:

*Claimants' Witness List*
*125*

Glenn McAllister
Marc A. McAllister
Did a survey on 4/12/97
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Harley L. Larsen
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Gary Langley
3326 Lakeside Dr.
Rockwall, Texas 75087
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Sylvia Garza and
Custodian of Records for
Gulf Stream Marine
2993 N. Indiana Ave., Ste. 3
Brownsville, Texas 78526-6674
Knowledge of relevant facts regarding the Cargo Load List for Barges NM315, ACL 9933B, VLB9182. It is reasonably anticipated that the custodian of records will testify that then records are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business.

Betty Chase
2801 E. Harrison, Lot 193
Harlingen, Texas 78550
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Francisco Perez
Behavioural Medicine Consultants
6560 Fannin, Ste 1224
Houston, Texas 77030
Defendant's Expert

Captain RW Yates
P.O. Box 40
Moscow, Texas 75960
Defendant's Expert

Allan R. Schultz
909 Silber Road, #53
Houston, Texas  77024
Defendant's Expert

Clovis Morrison
Morrison & Associates
Consulting Engineers
37117 Westerwood Drive
Baton Rouge, Louisiana  70810
Defendant's Expert

M.G. McLaren, PC
 Consulting Engineers
100 Snake Hill Road
West Nyack, NY 10994
Defendant's Expert

Jermey Charles Coleman
Principal Consultant
Burness Corlett & Partners, Ltd.
Blatic House, Station Road
Ballasalla, Isle of Man IM9 2AE
Brown Water's expert

Michael D. Russell
PO Box 580128
Houston, Texas  77258
ACBL's Expert

Gary P. Langley
Wagoner Oklahoma
ACBL"s Expert

Daniel Brock
115 Rue Marine Drive
Paducah, KY  42001
ACBL's Expert

Earl Hatfield
PO BOX 460461
Houston, TEXAS  77056
ACBL's expert.

Barry Mabry
Ernest & Young
3900 One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139
ACBL's expert.

Richard Foltz
c/o ACL
Jefferson, Indiana
ACBL contract administrator who has information about the ownership of and the charters for the four barges in question.

Janet Wall
August L. Shumbera
Thomas R. Karl
National Climatic Data Center
National Weather Service
20 S. Vermillion Ave.
Brownsville, TX 78521
956-546-5378
Custodian of Records: Knowledge of facts and circumstances surrounding the weather during the accident made the basis of this accident.

**CLAIMANTS RESERVE THE RIGHT TO CALL AS WITNESSES ANY AND ALL PERSONS WITH KNOWLEDGE OF RELEVANT FACTS, WITNESSES, AND EXPERTS LISTED BY ANY CLAIMANT AND/OR DEFENDANTS.**

**CLAIMANTS RESERVE THE RIGHT TO CALL AS WITNESSES ANY AND ALL PERSONS WITH KNOWLEDGE OF RELEVANT FACTS, WITNESSES, AND EXPERTS MENTIONED IN ANY DEPOSITION TAKEN IN THIS CASE.**

**CLAIMANTS RESERVE THE RIGHT TO CALL IMPEACHMENT AND/OR REBUTTAL WITNESSES.**