United States District Court
Southern District of Texas
FILED

JUN 2 3 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION FOR BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERERS, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § | CIVIL ACTION NO. B-01-157<br><br>**Consolidated with** |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC, AS OWNER, and AMERICAN COMMERCIAL BARGE LINE LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § | CIVIL ACTION NO. B-02-004<br><br>**and** |
| IN THE MATTER OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-02-125<br><br>Admiralty |

**CLAIMANT WILLIAM EUGENE KIMBRELL'S
SUPPLEMENTAL MOTION IN LIMINE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Richard Leo Harrell and The Edwards Law Firm, L.L.P. on behalf of Claimant William Eugene Kimbrell and as a supplement to Claimant's Motion in Limine (Dkt. No. 416) and before commencement of the voir dire examination of the jury panel, respectfully moves that counsel for the Petitioners, counsel for any third party defendants and, by and through such counsel, any and all of Petitioners' witnesses and third party witnesses be instructed by appropriate order of this Honorable Court to refrain from making any mention or interrogation, directly or indirectly, in any manner whatsoever concerning any of the matters set forth in Claimant's Motion in Limine (Dkt. No. 416), which is incorporated by reference here just as if set forth fully, or which are herein set forth, without first approaching the bench and obtaining a ruling from the Court out of the presence and out of the hearing of all prospective jurors and jurors ultimately selected in this cause in regard to any alleged theory of admissibility of such matters, to wit:

1.

Any reference to or mention of jury verdicts in other cases in which William R. Edwards, William R. Edwards, III, Richard Leo Harrell or The Edwards Law Firm, L.L.P. or any of their lawyers have been involved, or the size of any jury verdict in any such case.

2.

Any inquiry to any of the veniremen whether they have seen any of the lawyers from The Edwards Law Firm, L.L.P. on television, advertising, as such inquiry is calculated only

to create a misleading impression that claimant's counsel advertises on TV, when it is untrue and would create prejudice against claimant's counsel.

3.

Impeachment of the Claimant William Eugene Kimbrell on any matter which is collateral to this lawsuit and which is not relevant or germane to the Claimants' claims or defenses alleged by the Petitioners, without first demonstrating to the satisfaction of the court a predicate for the relevancy of such matters.

4.

Any reference to or comment concerning, relating to or mentioning or the offer of any document pertaining to or relating to any criminal conviction or alleged criminal conviction of any kind of Claimant William Eugene Kimbrell until Claimant's counsel has had an opportunity, outside the presence of the jury, to show that Claimant William Eugene Kimbrell has received a pardon for any and all such alleged criminal convictions and that, therefore, any such alleged criminal convictions are inadmissible in this case under Rule 609(c)(1) of the Federal Rules of Evidence and that, even if any such alleged criminal convictions might otherwise be relevant and admissible under Rule 402 of the Federal Rules of Evidence, said criminal convictions should be excluded under Rule 403 of the Federal Rules of Evidence because their probative value is substantially outweighed by the danger of unfair prejudice to claimant.

5.

That this Motion has been presented to or ruled upon by the Court. In this connection, Petitioner and third party defendant are not to suggest to the jury by argument or otherwise that Claimant has sought to exclude from proof any matter bearing on the issues in this cause or on the rights of the parties to this suit.

WHEREFORE, PREMISES CONSIDERED, Clamant William Eugene Kimbrell prays that this supplemental motion be granted and sustained by appropriate order of this Honorable Court.

Respectfully submitted this 22nd day of June, 2005.

> THE EDWARDS LAW FIRM, L.L.P.
> 802 N. Carancahua, Suite 1400  (78470)
> P. O. Box 480
> Corpus Christi, TX  78403-0480
> Telephone No.: (361) 698-7600
> Facsimile No.:   (361) 698-7615
>
> Richard Leo Harrell
> Attorney-in-Charge for Claimant
> William E. Kimbrell
> Texas Bar No.: 09041320

## CERTIFICATE OF SERVICE

On this 22nd day of June, 2005, a true and correct copy of the foregoing instrument was this forwarded, either by hand-delivery or by certified mail, return receipt requested, to all counsel of record

*[signature]*

Richard Leo Harrell

## TELEFAX TRANSMISSION & CERTIFIED MAIL RETURN RECEIPT REQUESTED

Will W. Pierson, Esq.
Keith Uhles, Esq.
James Hunter, Esq.
ROYSTON, RAYZOR, VICKERY
& WILLIAMS, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
*(361) 884-7261*
*CM/RRR # 7003 3110 0002 0718 4865*

Leslie D. Cassidy, III, Esq.
WOOLSEY & CASSIDY
500 N. Water Street, Ste. 1020
Corpus Christi, Texas 78471
*(361) 887-6521*
*CM/RRR # 7003 3110 0002 0718 4872*

Glen Goodier, Esq.
JONES, WALKER, WAECHTER, POITEVENT,
CARRERE & DENEGRE, L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100
*(504) 582-8010*
*CM/RRR # 7003 3110 0002 0718 4889*

## REGULAR MAIL

Heriberto "Eddie" Medrano, Esq.
LAW OFFICES OF HERIBERTO MEDRANO
2009 East Harrison, Ste. B
Harlingen, Texas 78550

Thomas E. Quirk, Esq.
AARON & QUIRK
901 NE Loop 410, Ste. 903
San Antonio, Texas 78209-1307

Mark J. Spansel, Esq.
ADAMS & REESE, L.L.P.
4500 One Shell Square
New Orleans, LA 70139

Ray R. Marchan, Esq.
WATTS LAW FIRM, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

James B. Manley, Esq.
ATTORNEY AT LAW
200 William Barnett
Cleveland, Texas 77327

John David Franz, Esq.
THE LAW OFFICES OF JOHN DAVID FRANZ
400 N. McColl
McAllen, Texas 78501

J.A. Magallanes, Esq.
Carlos Escobar, Esq.
MAGALLANES, HINOJOSA & MANCIAS, PC
1713 Boca Chica Blvd.
P.O. Box 4901
Brownsville, Texas 78520

Frank Enriquez, Esq.
Robert Puente, Esq.
LAW OFFICES OF FRANK ENRIQUEZ
4200-B North Bicentennial
McAllen, Texas 78504

William Q. McManus, Esq.
Steve Q. McManus, Esq.
LAW OFFICE OF McMANUS
 & CRANE, L.L.P.
209 West Juan Linn
P.O. Box 2206
Victoria, Texas 77902-2206

Jack F. Gilbert, Esq.
Michael Ratliff, Esq.
OFFICE OF THE ATTORNEY GENERAL
TRANSPORTATION DIVISION
P.O. Box 12548
Austin, Texas 78714-2548

J. Chad Guantt, Esq.
GUANTT & KRUPPSTADT, L.L.P.
1400 Woodloch, Ste. 575
The Woodlands, Texas 77380

Geoffrey Amsel, Esq.
SBC TEXAS LEGAL
175 E. Houston, 4th Floor
San Antonio, Texas 78205

Thomas R. Ajamie, Esq.
S. Mark Strawn, Esq.
SCHIRRMEISTER AJAMIE, L.L.P.
711 Louisiana Street, Ste. 2150
Houston, Texas 77002

Julian Rodriguez, Jr., Esq.
JULIAN RODRIGUEZ, JR. & ASSOC., P.C.
10113 N. 10th Street, Ste. "C"
McAllen, Texas 78504

Raymond Thomas, Esq.
Andres Gonzales, Esq.
KITTLEMAN, THOMAS, RAMIREZ
 & GONZALES
4900-B N. 10th Street
McAllen, Texas 78504

Jim S. Hart, Esq.
Nejd Yaziji, Esq.
WILLIAMS BAILEY LAW FIRM, L.L.P.
8441 Gulf Freeway, Ste. 600
Houston, Texas 77017

Veronica Farias, Esq.
LAW OFFICE OF VERONICA FARIAS
2854 Boca Chica
Brownsville, Texas 78521

Dino Esparza
WILLETTE & GUERRA, L.L.P.
1534 East 6th Street, Suite 200
Brownsville, Texas 78520

Mikal Watts, Esq.
WATTS LAW FIRM, L.L.P.
Tower II Building
555 N. Carancahua, 14th Floor
Corpus Christi, TX 78478

David H. Crago
BRIN & BRIN, P.C.
1202 Third Street
Corpus Christi, Texas 78404