UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION FOR BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERERS, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § | CIVIL ACTION NO. B-01-157<br><br>**Consolidated with** |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC, AS OWNER, and AMERICAN COMMERCIAL BARGE LINE LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § | CIVIL ACTION NO. B-02-004<br><br>**and** |
| IN THE MATTER OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-02-125<br><br>Admiralty |

**ORDER ON CLAIMANT WILLIAM EUGENE KIMBRELL'S
SUPPLEMENTAL MOTION IN LIMINE**

CAME ON TO BE CONSIDERED, this the _____ day of _____, 2005, Claimant William Eugene Kimbrell's Supplemental Motion in Limine and after hearing argument of counsel and review of the evidence, the Court finds the following:

1. GRANT _____ DENY _____

2. GRANT _____ DENY _____

3. GRANT _____ DENY _____

4. GRANT _____ DENY _____

5. GRANT _____ DENY _____

SIGNED this the _____ day of June, 2005.

_____
JUDGE PRESIDING

## TELEFAX TRANSMISSION &
## CERTIFIED MAIL RETURN RECEIPT REQUESTED

Will W. Pierson, Esq.
Keith Uhles, Esq.
James Hunter, Esq.
ROYSTON, RAYZOR, VICKERY
& WILLIAMS, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
*(361) 884-7261*
*CM/RRR # 7003 3110 0002 0718 4865*

Leslie D. Cassidy, III, Esq.
WOOLSEY & CASSIDY
500 N. Water Street, Ste. 1020
Corpus Christi, Texas 78471
*(361) 887-6521*
*CM/RRR # 7003 3110 0002 0718 4872*

Glen Goodier, Esq.
JONES, WALKER, WAECHTER, POITEVENT,
CARRERE & DENEGRE, L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100
*(504) 582-8010*
*CM/RRR # 7003 3110 0002 0718 4889*

## REGULAR MAIL

Heriberto "Eddie" Medrano, Esq.
LAW OFFICES OF HERIBERTO MEDRANO
2009 East Harrison, Ste. B
Harlingen, Texas 78550

Mark J. Spansel, Esq.
ADAMS & REESE, L.L.P.
4500 One Shell Square
New Orleans, LA 70139

James B. Manley, Esq.
ATTORNEY AT LAW
200 William Barnett
Cleveland, Texas 77327

John David Franz, Esq.
THE LAW OFFICES OF JOHN DAVID FRANZ
400 N. McColl
McAllen, Texas 78501

Thomas E. Quirk, Esq.
AARON & QUIRK
901 NE Loop 410, Ste. 903
San Antonio, Texas 78209-1307

Ray R. Marchan, Esq.
WATTS LAW FIRM, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

J. Chad Guantt, Esq.
GUANTT & KRUPPSTADT, L.L.P.
1400 Woodloch, Ste. 575
The Woodlands, Texas 77380

Geoffrey Amsel, Esq.
SBC TEXAS LEGAL
175 E. Houston, 4th Floor
San Antonio, Texas 78205

J.A. Magallanes, Esq.
Carlos Escobar, Esq.
MAGALLANES, HINOJOSA & MANCIAS, PC
1713 Boca Chica Blvd.
P.O. Box 4901
Brownsville, Texas 78520

Frank Enriquez, Esq.
Robert Puente, Esq.
LAW OFFICES OF FRANK ENRIQUEZ
4200-B North Bicentennial
McAllen, Texas 78504

William Q. McManus, Esq.
Steve Q. McManus, Esq.
LAW OFFICE OF MCMANUS
   & CRANE, L.L.P.
209 West Juan Linn
P.O. Box 2206
Victoria, Texas 77902-2206

Jack F. Gilbert, Esq.
Michael Ratliff, Esq.
OFFICE OF THE ATTORNEY GENERAL
TRANSPORTATION DIVISION
P.O. Box 12548
Austin, Texas 78714-2548

Veronica Farias, Esq.
LAW OFFICE OF VERONICA FARIAS
2854 Boca Chica
Brownsville, Texas 78521

Dino Esparza
WILLETTE & GUERRA, L.L.P.
1534 East 6th Street, Suite 200
Brownsville, Texas 78520

Thomas R. Ajamie, Esq.
S. Mark Strawn, Esq.
SCHIRRMEISTER AJAMIE, L.L.P.
711 Louisiana Street, Ste. 2150
Houston, Texas 77002

Julian Rodriguez, Jr., Esq.
JULIAN RODRIGUEZ, JR. & ASSOC., P.C.
10113 N. 10th Street, Ste. "C"
McAllen, Texas 78504

Raymond Thomas, Esq.
Andres Gonzales, Esq.
KITTLEMAN, THOMAS, RAMIREZ
   & GONZALES
4900-B N. 10th Street
McAllen, Texas 78504

Jim S. Hart, Esq.
Nejd Yaziji, Esq.
WILLIAMS BAILEY LAW FIRM, L.L.P.
8441 Gulf Freeway, Ste. 600
Houston, Texas 77017

Mikal Watts, Esq.
WATTS LAW FIRM, L.L.P.
Tower II Building
555 N. Carancahua, 14th Floor
Corpus Christi, TX 78478

David H. Crago
BRIN & BRIN, P.C.
1202 Third Street
Corpus Christi, Texas 78404