United States District Court
Southern District of Texas
FILED

JUN 24 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |

| IN RE: THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., ET AL | § § § | CIVIL ACTION NO. B-01-157 Consolidated with CIVIL ACTION NO. B-02-004 and CIVIL ACTION NO. B-02-125 |

# ORDER

1. The docket call and final pretrial conference has been moved-up to **9:00 a.m.** (instead of 1:30 p.m.) on:   **June 29, 2005**
   *The case will remain on standby until tried.*

2. Each party shall appear by an attorney with full knowledge of the facts and authority to bind the client.

Signed ___June 23___, 2005 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge