United States District Court
Southern District of Texas
FILED

JUN 3 0 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE BEST INTEREST OF VICTOR JUSTIN HARRIS, A MINOR | § § § | |
| Consolidated with: | | |
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C.A. NO. B-01-157 (Subject to Rule 9 (h) of the Federal Rules of Civil Procedure) Admiralty |
| and; | | |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER And AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § | C.A. NO. B-02-004 (Subject to Rule 9 (h) of the Federal Rules of Civil Procedure) Admiralty |

## MOTION TO APPOINT GUARDIAN AD LITEM
## FOR DISTRIBUTION OF SETTLEMENT PURPOSES ONLY

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW** ANITA HARRIS as NEXT FRIEND of VICTOR JUSTIN HARRIS, a minor and one of the Respondents in the above entitled and numbered cause, and files this Motion to Appoint Guardian Ad Litem for Distribution of Settlement Purposes Only, and for cause would show the Court as follows:

I.

That Anita Harris is the mother/guardian of one (1) of the Respondents herein, Victor Justin Harris, a minor, and represents him as Next Friend.

II.

That Anita Harris Individually and as Representative of the Estate of Robert V. Harris is also a Respondent herein.

III.

That a Guardian Ad Litem should be appointed for said minor for distribution of settlement purposes only.

**WHEREFORE, PREMISES CONSIDERED**, Respondent, Anita Harris, as Next Friend of Victor Justin Harris, prays this Honorable Court appoint a Guardian Ad Litem for distribution of settlement purposes only.

Respectfully submitted,

Law Offices of Heriberto 'Eddie' Medrano
2009 East Harrison – Suite B
Harlingen, Texas 78550
Telephone:   (956) 428-2412
Facsimile:   (956) 428-2495

HERIBERTO 'EDDIE' MEDRANO
Federal Bar No. 5952