IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE BEST INTEREST OF VICTOR JUSTIN HARRIS, A MINOR | § § § | |

Consolidated with:

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C.A. NO. B-01-157 (Subject to Rule 9 (h) of the Federal Rules of Civil Procedure) Admiralty |

and;

| | | |
|---|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER And AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § | C.A. NO. B-02-004 (Subject to Rule 9 (h) of the Federal Rules of Civil Procedure) Admiralty |

### ORDER APPOINTING GUARDIAN AD LITEM

On this the _____ day of _____, 2005, it being shown to the Court that one of the Respondents herein, Victor Justin Harris, is a minor, and is represented by Next Friend Anita Harris, the Court is of the opinion that a Guardian Ad Litem should be appointed in the best interest of said minor for distribution of settlement purposes only.

ORDERED that _____, an attorney licensed to practice and practicing before this Court be, and is hereby appointed as Guardian Ad Litem to

represent the minor, Victor Justin Harris, herein for distribution of settlement purposes only.

_____<br>
U.S. DISTRICT JUDGE