United States District Court
Southern District of Texas
ENTERED
FILED
JUN 3 0 2005
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | |
| PETITION OF BROWN WATER | § | C.A. NO. B-01-157 |
| TOWING I, INC., AS OWNER, AND | § | (Subject to Rule 9(h) |
| BROWN WATER MARINE SERVICE, | § | of the Federal Rules |
| INC., AS BAREBOAT CHARTERER, OF | § | of Civil Procedure) |
| THE BROWN WATER V, ITS ENGINES, | § | Admiralty |
| TACKLE, ETC. IN A CAUSE OF | § | |
| EXONERATION FROM OR LIMITATION | § | |
| OF LIABILITY | | |

Consolidated with:

| | | |
|---|---|---|
| IN THE MATTER OF AMERICAN | § | |
| COMMERCIAL LINES LLC AS OWNER | § | C.A. NO. B-02-002 |
| and AMERICAN COMMERCIAL | § | (Subject to Rule 9(h) |
| BARGE LINE LLC AS CHARTERER | § | of the Federal Rules |
| OF THE BARGES NM-315, VLB-9182, | § | of Civil Procedure) |
| ACL-9933B, VLB-9173, PRAYING | § | Admiralty |
| FOR EXONERATION FROM AND/OR | § | |
| LIMITATION OF LIABILITY | § | |

## MOTION TO SEAL ALLOCATION AGREEMENT

TO THE HONORABLE JUDGE OF SAID COURT;

Come now all of the remaining Respondents in the above entitled action and request this Honorable Court to enter an Order placing under seal the attached Allocation Agreement executed by all of the Respondents' attorneys.

Respectfully submitted,

_____
Heriberto 'Eddie' Medrano
Federal Bar No. 5952

Attorney for the Estate and Family of
Robert Harris & on behalf of all Respondents

## CERTIFICATE OF CONSULTATION

I, Heriberto Medrano, do certify that I have consulted with Mr. Will Pierson, attorney for Brown Water Towing I, Inc. and Brown Water Marine Service Inc. et. al., and state that he is not opposed to this Motion To Seal Allocation Agreement.

_____
Heriberto 'Eddie' Medrano

## CERTIFICATE OF SERVICE

I, Heriberto Medrano, do certify that a true copy of this Motion To Seal Allocation Agreement was sent via facsimile to all Respondents' attorneys as well as to counsel for Brown Water Towing I, Inc. et. al., this 30th day of June, 2005.

_____
Heriberto 'Eddie' Medrano