CASE NO. B·01- CV157

INSTRUMENT NO.

# SEALED RECORD

DESCRIPTION OF CONTENTS: Allocution Agreement

SEALED BY ORDER OF THE COURT
AND MAY NOT BE OPENED UNLESS
BY ORDER OF THE COURT.