IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | |
| PETITION OF BROWN WATER | § | C.A. NO. B-01-157 |
| TOWING I, INC., AS OWNER, AND | § | (Subject to Rule 9(h) |
| BROWN WATER MARINE SERVICE, | § | of the Federal Rules |
| INC., AS BAREBOAT CHARTERER, OF | § | of Civil Procedure) |
| THE BROWN WATER V, ITS ENGINES, | § | Admiralty |
| TACKLE, ETC. IN A CAUSE OF | § | |
| EXONERATION FROM OR LIMITATION | § | |
| OF LIABILITY | | |

Consolidated with:

| | | |
|---|---|---|
| IN THE MATTER OF AMERICAN | § | |
| COMMERCIAL LINES LLC AS OWNER | § | C.A. NO. B-02-002 |
| and AMERICAN COMMERCIAL | § | (Subject to Rule 9(h) |
| BARGE LINE LLC AS CHARTERER | § | of the Federal Rules |
| OF THE BARGES NM-315, VLB-9182, | § | of Civil Procedure) |
| ACL-9933B, VLB-9173, PRAYING | § | Admiralty |
| FOR EXONERATION FROM AND/OR | § | |
| LIMITATION OF LIABILITY | § | |

## ORDER

ON THIS DAY, came for review Respondents' Motion To Seal Allocation Agreement, and after due consideration it is hereby ORDERED that said Motion be in all things (GRANTED) (DENIED).

SIGNED AND ENTERED, this ____ day of June, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE