United States District Court
Southern District of Texas
ENTERED

JUL 0 1 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., ET AL. | § § § § § § § | CIVIL ACTION NO. B-01-157 Consolidated with CIVIL ACTION NO. B-02-004 and CIVIL ACTION NO. B-02-125 ADMIRALTY |

## ORDER

BE IT REMEMBERED that on July 1, 2005, the Court **ORDERED** all motions for the appointment of an attorney *ad litem* be filed by 3:00 p.m. on July 8, 2005.

The Court further **ORDERS** all such appointed attorneys *ad litem* and all other parties in the above styled litigation to appear before this Court at 9:30 a.m. on August 1, 2005, to address the reasonableness of any settlement concerning a represented minor, and the settlement status of the claimants' lawsuits against the Brown Water entities, Cameron County, and any other pending issues.

DONE at Brownsville, Texas, this 1st day of July, 2005.

Hilda G. Tagle
United States District Judge

1