IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL - 8 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| IN RE THE BEST INTEREST | § | |
| OF VICTOR JUSTIN HARRIS, | § | |
| A MINOR | § | |

Consolidated with:

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | |
| PETITION OF BROWN WATER | § | C.A. NO. B-01-157 |
| TOWING I, INC., AS OWNER, AND | § | (Subject to Rule 9 (h) |
| BROWN WATER MARINE SERVICE, | § | of the Federal Rules |
| INC., AS BAREBOAT CHARTERER, OF | § | of Civil Procedure) |
| THE BROWN WATER V, ITS ENGINES, | § | Admiralty |
| TACKLE, ETC. IN A CAUSE OF | § | |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

and;

| | | |
|---|---|---|
| IN THE MATTER OF AMERICAN | § | |
| COMMERCIAL LINES LLC AS OWNER | § | C.A. NO. B-02-004 |
| And AMERICAN COMMERCIAL BARGE | § | (Subject to Rule 9 (h) |
| LINE LLC AS CHARTERER OF THE | § | of the Federal Rules |
| BARGES NM-315, VLB-9182, | § | of Civil Procedure) |
| ACL-9933B, VLB-9173, PRAYING | § | Admiralty |
| FOR EXONERATION FROM AND/OR | § | |
| LIMITATION OF LIABILITY | § | |

## ORDER APPOINTING GUARDIAN AD LITEM

On this the _____ **8th** _____ day of _____ **July** _____, 2005, it being shown to the Court

that one of the Respondents herein, Victor Justin Harris, is a minor, and is represented by

Next Friend Anita Harris, the Court is of the opinion that a Guardian Ad Litem should be

appointed in the best interest of said minor for distribution of settlement purposes only.

ORDERED that _Ignacio Torteya_ an attorney licensed to practice and

practicing before this Court be, and is hereby appointed as Guardian Ad Litem to

represent the minor, Victor Justin Harris, herein for distribution of settlement

purposes only.

_____

U.S. DISTRICT JUDGE