United States District Court
Southern District of Texas
FILED

JUL 1 3 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | |
| PETITION OF BROWN WATER | § | C.A. NO. B-01-157 |
| TOWING I, INC., AS OWNER, AND | § | (Subject to Rule 9 (h) |
| BROWN WATER MARINE SERVICE, | § | of the Federal Rules |
| INC., AS BAREBOAT CHARTERER, OF | § | of Civil Procedure) |
| THE BROWN WATER V, ITS ENGINES, | § | Admiralty |
| TACKLE, ETC. IN A CAUSE OF | § | |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

Consolidated with:

| | | |
|---|---|---|
| IN THE MATTER OF AMERICAN | § | |
| COMMERCIAL LINES LLC AS OWNER | § | C.A. NO. B-02-004 |
| And AMERICAN COMMERCIAL BARGE | § | (Subject to Rule 9 (h) |
| LINE LLC AS CHARTERER OF THE | § | of the Federal Rules |
| BARGES NM-315, VLB-9182, | § | of Civil Procedure) |
| ACL-9933B, VLB-9173, PRAYING | § | Admiralty |
| FOR EXONERATION FROM AND/OR | § | |
| LIMITATION OF LIABILITY | § | |

### MOTION TO DISMISS WITH PREJUDICE ALL CLAIMS FOR ECONOMIC DAMAGES ONLY AGAINST BROWN WATER TOWING I, INC. and BROWN WATER MARINE SERVICE

**TO THE HONORABLE JUDGE OF SAID COURT:**

Comes now Mrs. Anita Harris, Individually and as Next Friend of Victor Justin Harris, and as Representative of the Estate of Robert V. Harris, (hereafter Respondent / Claimant), and files this Motion to Dismiss With Prejudice All Claims for Economic Damages Only Against Petitioner Brown Water Towing I, Inc. and Brown Water Marine Service in Civil Action No. B-01-157 for all economic damages caused by the motor vessel Brown Water V, and would state the following in support thereof:

I.

On or about January 15, 2002 Respondent/Claimant filed a Proof of Claim against Brown Water Towing I, Inc. and Brown Water Marine Service claiming certain economic and noneconomic damages. Specifically, those claims in paragraph IV of said Proof of Claim including: loss of love, care, maintenance, support, services, advice, counsel, loss of companionship and society, mental anguish, loss of inheritance, and contributions of a pecuniary value that Respondents/Claimants should have received from Robert V. Harris as husband and father and all other damages provided for under any applicable laws of the State of Texas and the United States. Additionally, Respondent/Claimant filed claims for physical pain and mental anguish resulting from the injuries sustained and experienced by Robert V. Harris prior to his death.

II.

On or about March 14, 2002, Respondent/Claimant filed an Amended Notice of Claim against Brown Water Towing I, Inc., Brown Water Marine Service, American Commercial Lines and American Commercial Barge Line claiming certain economic and noneconomic damages. Specifically, those claims in paragraph IV of said Amended Notice of Claim including: loss of love, care, maintenance, support, services, advice, counsel, loss of companionship and society, mental anguish, loss of inheritance, and contributions of a pecuniary value that Respondents/Claimants should have received from Robert V. Harris as husband and father and all other damages provided for under any applicable laws of the State of Texas and the United States. Additionally, Respondent/Claimant filed claims for physical pain and mental anguish resulting from the injuries sustained and experienced by Robert V. Harris prior to his death.

III.

Respondent/Claimant moves this Honorable Court to dismiss with prejudice any and all claims for economic damages only filed against Brown Water Towing I, Inc. and Brown Water Marine Service. Specifically, Respondent/Claimant asks this Honorable Court to dismiss with prejudice any and all claims for loss of maintenance, support, services, inheritance, contributions of pecuniary value, and all other economic damages provided for under any applicable laws of the State of Texas and the United States.

IV.

Respondent/Claimant seeks to recover from Brown Water Towing I, Inc. and Brown Water Marine Service on filed claims for noneconomic damages only. Specifically, Respondent/Claimant is making claims against Brown Water Towing I, Inc. and Brown Water Marine Service for claims involving: loss of love, care, advice, counsel, companionship and society, mental anguish and all other noneconomic damages provided for under any applicable laws of the State of Texas and the United States.

V.

Respondent/Claimant also seeks to recover noneconomic damages from Brown Water Towing I, Inc. and Brown Water Marine Service on its claims for physical pain and mental anguish sustained and experienced by Robert V. Harris prior to his death.

WHEREFORE PREMISES CONSIDERED, Respondent/Claimant, Mrs. Anita Harris, Individually and as Next Friend of Victor Justin Harris, and as Representative of the Estate of Robert V. Harris, prays this Honorable Court dismiss with prejudice any and all claims for economic damages filed against Petitioner Brown Water Towing I, Inc. and Brown Water Marine Service only.

Respectfully submitted,

Law Offices of Heriberto 'Eddie' Medrano
2009 East Harrison – Suite B
Harlingen, Texas 78550
Telephone:    (956) 428-2412
Facsimile:    (956) 428-2495

_____
HERIBERTO 'EDDIE' MEDRANO
Texas Bar No. 13897800
Federal Bar I.D. No. 5952

Attorney for Anita Harris, Individually and as Next Friend of Victor Justin Harris, and as Representative of the Estate of Robert V. Harris.

## CERTIFICATE OF CONSULTATION

On this 12th day of July, 2005, I Heriberto "Eddie" Medrano certify that I have contacted Mr. Will W. Pierson, Attorney for Brown Water Towing I, Inc. and Brown Water Marine Service, Inc. and Mr. Pierson is **unopposed** to Respondent/ Claimants Motion to Dismiss With Prejudice All Claims for Economic Damages Only Against Brown Water Towing I, Inc. and Brown Water Marine Service.

_____
Heriberto "Eddie" Medrano

## CERTIFICATE OF SERVICE

I the undersigned do certify that on this 13th day of July, 2005 a true and correct copy of Respondent/Claimants Motion to Dismiss With Prejudice All Claims for Economic Damages Only Against Brown Water Towing I, Inc. and Brown Water Marine Service was sent via electronic facsimile and regular mail to Mr. Will W. Pierson at 1700 Wilson Plaza West 606 N. Carancahua Corpus Christi, Texas 78476.

_____
Heriberto "Eddie" Medrano