IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND § | | |
| PETITION OF BROWN WATER § | | C.A. NO. B-01-157 |
| TOWING I, INC., AS OWNER, AND § | | (Subject to Rule 9 (h) |
| BROWN WATER MARINE SERVICE, § | | of the Federal Rules |
| INC., AS BAREBOAT CHARTERER, OF § | | of Civil Procedure) |
| THE BROWN WATER V, ITS ENGINES, § | | Admiralty |
| TACKLE, ETC. IN A CAUSE OF § | | |
| EXONERATION FROM OR § | | |
| LIMITATION OF LIABILITY § | | |

Consolidated with:

| | | |
|---|---|---|
| IN THE MATTER OF AMERICAN § | | |
| COMMERCIAL LINES LLC AS OWNER § | | C.A. NO. B-02-004 |
| And AMERICAN COMMERCIAL BARGE§ | | (Subject to Rule 9 (h) |
| LINE LLC AS CHARTERER OF THE § | | of the Federal Rules |
| BARGES NM-315, VLB-9182, § | | of Civil Procedure) |
| ACL-9933B, VLB-9173, PRAYING § | | Admiralty |
| FOR EXONERATION FROM AND/OR § | | |
| LIMITATION OF LIABILITY § | | |

### ORDER TO DISMISS WITH PREJUDICE ALL CLAIMS FOR ECONOMIC DAMAGES ONLY AGAINST BROWN WATER TOWING I, INC. and BROWN WATER MARINE SERVICE

BE IT REMEMBERED that Respondent/Claimant's Motion to Dismiss With Prejudice All Claims for Economic Damages Only Against Brown Water Towing I, Inc. and Brown Water Marine Service came on for consideration by the Court. After having been duly considered by the Court, Respondent/Claimant's Motion is hereby:

    **(GRANTED)**    **(DENIED)**.

It is therefore **ORDERED** that Respondent/Claimant's claims for economic damages only against Brown Water Towing I, Inc. and Brown Water Marine Service are hereby **DISMISSED WITH PREJUDICE**.

DONE at Brownsville, Texas, this _____ day of July, 2005

                                                                                _____
Hon. Hilda G. Tagle
United States District Judge