IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., ET AL. | § § § § § § § § | CIVIL ACTION NO. B-01-157 Consolidated with CIVIL ACTION NO. B-02-004 and CIVIL ACTION NO. B-02-125 ADMIRALTY |

## ORDER

BE IT REMEMBERED that on July 14, 2005, the Court considered Mrs. Anita Harris's, individually and as next friend of Victor Justin Harris, and as representative of the Estate of Robert V. Harris (hereinafter "Harris claimants"), "Motion to Dismiss with Prejudice All Claims for Economic Damages only Against Brown Water Towing I, Inc., and Brown Water Marine Service [(hereinafter "Brown Water")]." Dkt. No. 437.

In the motion before the Court, the Harris claimants move to dismiss with prejudice all claims for economic damages against Brown Water, but maintain all claims for non-economic losses against Brown Water. Brown Water is unopposed to the motion.

Specifically, the Harris claimants seek dismissal of all economic loss claims against Brown Water for the loss of maintenance, support, services, inheritance, contributions of pecuniary value, and all other economic damages provided for under any applicable laws of the State of Texas and the United States. The Harris claimants wish to maintain, however, their suit against Brown Water to recover for non-economic damages for loss of love, care, advice, counsel, companionship and society, mental anguish and all other non-economic damages provided for under any applicable laws of the State of Texas and the United States. Furthermore, the Harris claimants intend to pursue recovery for non-

economic damages for physical pain and mental anguish sustained and experienced by Robert V. Harris prior to his death.

The Court **GRANTS** the Harris claimants' motion, Dkt. No. 437, and **DISMISSES WITH PREJUDICE** all claims by the Harris claimants for economic damages filed against Brown Water only.

DONE at Brownsville, Texas, this 14th day of July, 2005.

Hilda G. Tagle
United States District Judge