# Civil Courtroom Minutes

| | | | | | |
|---|---|---|---|---|---|
| JUDGE | Hilda G. Tagle | | | | |
| CASE MANAGER | Stella Cavazos | | | | |
| LAW CLERK | ■ Kovacevic | ☐ Levesque | | | |
| DATE | 6 | 29 | 05 | | |
| TIME | 9:35 | a.m. | 9:45 | a.m. | |
| | 10:35 | p.m. | 11:10 | a.m. | |
| CIVIL ACTION | B | 01 | 157 | | |
| STYLE | In re: Brown Water, et al. *versus* | | | | |

United States District Court
Southern District of Texas
FILED
JUN 29 2005
Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT)  ■ Final Pre-Trial Conference:         (Court Reporter: Heather Hall)

Attorneys for Brown Water Entities:   Keith Uhles
Attorneys for ACBL Entities:          Glenn Goodier
Attorneys for Claimants:              J. Chadd Gauntt; James B. Manley; Ray Marchan;
                                      Heriberto Medrano; Julian Rodriguez; Raymond Thomas;
                                      Mark Strawn, Rebecca Vela, Frank Enriquez, Mark Pinney;
                                      Richard Harrel.
Attorney for third-party defendant:   Eileen Leeds & Heather Scott
Attorney Ad-Litem for Wm. Welch, minor child: Veronica Farias

■ Comments:

1. Parties announced settlement agreement between the Brown Water entities and the claimants. The Court allowed an additional 30 days to finalize the terms of the agreement.

2. Parties announced potential settlement agreement between third-party defendant Cameron County and the claimants. However, not all claimants have explicitly acquiesced to the proposed settlement. The Court allowed an additional 30 days to have the parties review the terms of the agreement and either provide assent or objection.

3. The Court heard argument on the need for attorney ad litems.

4. Claimants announced intent to motion for reconsideration of the Court's order dated June 17, 2005. Dkt. No. 426.

5. Respondents Exhibits 1 and 2 tendered to the Court.

