United States District Court
Southern District of Texas
FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JUL 1 5 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION FOR BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | CIVIL ACTION NO. B-01-157 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| Consolidated with: | § § | |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC, AS OWNER and AMERICAN COMMERCIAL BARGE LINE LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § | CIVIL ACTION NO. B-02-004 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| Consolidated with: | § § § | |
| IN THE MATTER OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-02-125 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |

**CLAIMANTS' NOTICE OF APPEAL**

1

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Notice is hereby given that all Claimants in the above-styled consolidated actions, including Jacqueline Paddock Individually, as Next Friend of William B. Welch, as Representative of the Estate of Chealsa Welch, Deceased, and as Representative of the Estate of Barry Welch, Deceased; William Morris Welch; William E. Kimbrell, Individually as Surviving Father of Chealsa Welch, Deceased; Lydia Zamora Individually and as Representative of the Estate of Hector Martinez, Jr., Deceased; Hector Martinez, Sr.; Anita Harris, Individually, as Next Friend of Victor Justin Harris, and as Representative of the Estate of Robert V. Harris; Esteban F. Rivas and Maria Miriam Rivas Individually and as Representatives of the Estate of Stvan F. Rivas; J. Antonio Mireles, as Personal Representative of the Estate of Julio Cesar Mireles; Juan Antonio Mireles; and Soledad Gonzales Mireles; Omar Hinojosa, Individually and on behalf of the Estate of Gaspar Hinojosa, Deceased, Clarissa Hinojosa; Raquel Teran Hinojosa; Gaspar Hinojosa, II; and Rita S. Hinojosa; Ricky Leavell and Carol Leavell, Individually and as Representatives of the Estate of Robin Faye Leavell, Deceased; Bridgette Goza; Rene Mata; Frank Mata; Gustavo Morales; Bigo's International, L.L.C.; Rolando Lee Moya; Alberto Leroy Moya; Antonio Salinas, Jr.; and Roberto Espericueta, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Court's Opinion and Order entered in this action on the 17th day of June, 2005 [Dkt. No. 426], which struck portions of the affidavit of Gerald Disler, granted ACBL's Motion for Summary Judgment, exonerated ACBL, and dismissed ACBL with prejudice. Although the Opinion and Order of June 17, 2005 is interlocutory, this appeal is permitted by law as of right, pursuant to 28 U.S.C. §1292(a)(3), as it determines rights and liabilities of parties to an admiralty case in which appeals from final decrees are allowed.

Respectfully submitted,

Ray R. Marchan
State Bar No.: 12969050
Federal ID No.: 9522
Mikal Watts
State Bar No.: 20981820
Federal ID No.: 12419
1926 E. Elizabeth
Brownsville, TX  78520
Phone: 956.544.0500
Fax:  956.541.0255
*Attorneys for Claimants Lydia Zamora, Individually and as Representative of the Estate of Hector Martinez, Jr.; Gustavo Morales; Bigo's International, L.L.C.; Jacqueline Paddock, Individually, as Representative of the Estate of Chelsea Welch, as Represntative of the Estate of Barry Welch, and as Next Friend of William B. Welch; and Bridgette Goza*

\* Richard Leo Harrell
Attorney-in-Charge
State Bar No.: 09041320
Federal ID No.: 12325
802 N. Carancahua, Suite 1400
P. O. Box 480
Corpus Christi, TX 78403-0480
Phone: 361.698.7600
Fax:    361.698.7614
*Attorney for Claimant William Eugene Kimbrell, Individually as Surviving Father of Chealsa Welch, Deceased*

3

\* *Heriberto Medrano*

Heriberto "Eddie" Medrano
State Bar No.: 13897800
Federal ID No.: 5952
Law Offices of Heriberto "Eddie" Medrano
2009 East Harrison, Ste. B
Harlingen, TX 78550
Phone: 956.428.2412
Fax:    956.428.2495
*Attorney for Claimant Anita Harris, Individually,*
*as Next Friend of Victor Justin Harris and as*
*Representative of the Estate of Robert V. Harris*


\* *John David Franz*

John David Franz
State Bar No.: 07389200
Federal ID No.: 1190
400 North McColl
McAllen, TX 78501
Phone: 956.686.3300
Fax:    956.686.3578
*Attorney for Claimants Esteban Rivas and Miriam*
*Rivas, Individually and as Representatives of the*
*Estate of Stvan F. Rivas*


\* *S. Mark Strawn*

S. Mark Strawn
State Bar No.: 19374325
Federal ID No.: 9996
Thomas R. Ajamie
State Bar No. 00952400
Federal I.D. No. 6165
Pennzoil Place – South Tower
711 Louisiana, Suite 2150
Houston, TX 77002
Phone: 713.860.1600
Fax:    713.860.1699
*Attorneys for Claimants J. Antonio Mireles, as*
*Personal Representative of the Estate of Julio Cesar*
*Mireles, Juan Antonio Mireles and Soledad*
*Gonzales Mireles*

4

*_Raymond L. Thomas_
Raymond L. Thomas
State Bar No.: 19865350
Federal ID No.: 10715
Rebecca Vela
State Bar No.: 24008207
Federal ID No.: 23179
Kittleman, Thomas, Ramirez & Gonzalez
4900-B North Tenth Street, Suite 204
McAllen, TX 78504-1416
Phone: 956.686.8797
Fax:    956.630.5199
*Attorney for Rene Mata and Frank Mata*

*_Jim Hart_
Jim Hart
State Bar No.: 09147400
Federal ID No.: 14548
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Ste. 600
Houston, TX 77017-5001
Phone: 713.230.2312
Fax:    713.643.6226
*Attorney for Hector Martinez, Sr.*

*_Julian Rodriguez_
Julian Rodriguez, Jr.
State Bar No.: 17146770
Federal ID No.: 15112
Julian Rodriguez, Jr. & Associates, P.C.
10113 N. 10th Street, Ste. C
McAllen, TX 78504
Phone: 956.287.0088
Fax:    956.287.0098
*Attorney for Omar Hinojosa, Individually and on behalf of the Estate of Gaspar Hinojosa; Clarissa Hinojosa, Raquel Teran Hinojosa, Gaspar Hinojosa, II, and Rita S. Hinojosa*

\* *Steve Q. McManus*

Steve Q. McManus
State Bar No.: 13784700
Federal ID No.: 5889
William Q. McManus
State Bar No. 24008619
Law Office of McManus & Crane, L.L.P.
209 West Juan Linn
P.O. Box 2206
Victoria, TX 77902-2206
Phone: 361.575.6764
Fax:    361.575.8454
*Attorneys for Claimants Ricky Leavell and Carol Leavell, Individually and as Representatives of the Estate of Robin Faye Leavell*

\* *Frank Enriquez*

Frank Enriquez
State Bar No.: 06630500
Federal ID No.: 3734
Robert Puente
4200-B North Bicentennial
McAllen, TX 78504
Phone: 956.686.5291
Fax:    956.618.5064
*Attorney for Claimants Roberto Espericueta, Albert Leroy Moya, Rolando Lee Moya and Antonio Salinas, Jr.*

\* *James B. Manley*

James B. Manley
State Bar No.: 12915000
Federal ID No.: 3286
200 William Barnett
Cleveland, TX 77327
Phone: 281.593.1100
Fax:    281.593.1700
*Attorney for Claimant William Morris Welch*

\*       SIGNED BY PERMISSION

6

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Claimants' Notice of Appeal has been served on all Counsel by regular US mail on the 14th day of July, 2005.

_Ray R. Marchan_

Ray R. Marchan


Glen Goodier, Esq.
JONES, WALKER, WAECHTER, POITEVENT,
CARRERE & DENEGRE, L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100

Leslie D. Cassidy, III, Esq.
WOOLSEY & CASSIDY
500 N. Water Street, Ste. 1020
Corpus Christi, Texas 78471

Will W. Pierson, Esq.
Keith Uhles, Esq.
James Hunter, Esq.
ROYSTON, RAYZOR, VICKERY
& WILLIAMS, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476

Thomas E. Quirk, Esq.
AARON & QUIRK
901 NE Loop 410, Ste. 903
San Antonio, Texas 78209-1307

Mark J. Spansel, Esq.
ADAMS & REESE, L.L.P.
4500 One Shell Square
New Orleans, LA 70139

J. Chad Guantt, Esq.
GUANTT & KRUPPSTADT, L.L.P.
1400 Woodloch, Ste. 575
The Woodlands, Texas 77380

Pamela St. John, Esq.
SBC TEXAS LEGAL
175 E. Houston, 4th Floor

San Antonio, Texas 78205

J.A. Magallanes, Esq.
Carlos Escobar, Esq.
MAGALLANES, HINOJOSA & MANCIAS, PC
1713 Boca Chica Blvd.
P.O. Box 4901
Brownsville, Texas 78520

Raymond Thomas, Esq.
Andres Gonzales, Esq.
KITTLEMAN, THOMAS, RAMIREZ
& GONZALES
4900-B N. 10th Street
McAllen, Texas 78504

Jack F. Gilbert, Esq.
Michael Ratliff, Esq.
OFFICE OF THE ATTORNEY GENERAL
TRANSPORTATION DIVISION
P.O. Box 12548
Austin, Texas 78714-2548

Veronica Farias, Esq.
LAW OFFICE OF VERONICA FARIAS
2854 Boca Chica
Brownsville, Texas 78521

Dino Esparza
WILLETTE & GUERRA, L.L.P.
1534 East 6th Street, Suite 200
Brownsville, Texas 78520

David H. Crago
BRIN & BRIN, P.C.
1202 Third Street
Corpus Christi, Texas 78404