IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND § | | CIVIL ACTION NO. B-01-157 |
| PETITION OF BROWN WATER § | | |
| TOWING I, INC., AS OWNER, AND § | | |
| BROWN WATER MARINE SERVICE, § | | |
| INC., AS BAREBOAT CHARTERER, OF § | | |
| THE BROWN WATER V, ITS ENGINES, § | | |
| TACKLE, ETC. IN A CAUSE OF § | | |
| EXONERATION FROM OR § | | |
| LIMITATION OF LIABILITY § | | |

Consolidated with:

| | | |
|---|---|---|
| IN THE MATTER OF AMERICAN § | | CIVIL ACTION NO. B-02-004 |
| COMMERCIAL LINES LLC AS OWNER § | | |
| And AMERICAN COMMERCIAL § | | |
| BARGE LINE LLC AS CHARTERER OF § | | |
| THE BARGES NM-315, VLB-9182, § | | |
| ACL-9933B, VLB-9173, PRAYING § | | |
| FOR EXONERATION FROM AND/OR § | | |
| LIMITATION OF LIABILITY § | | |

**MOTION FOR SUBSTITUTION OF COUNSEL FOR
AUGUST 1, 2005 HEARING ONLY**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Heriberto 'Eddie' Medrano, attorney of record for Respondents Anita Harris, Individually and as Administrator of the Estate of Robert V. Harris and as Next Friend of Victor Justin Harris (a minor), and requests this Court to allow my associate attorneys in this case, Osiris Gonzalez and Demetrio Duarte to appear in my place at the August 1, 2005 hearing.

My absence at this hearing is due to having to accompany my minor daughter to attend a college interview at Wellesley College in Boston, Massachusetts on Monday, August 1, 2005.

I represent to the Court that I have consulted with my client as well as the attorney ad litem Ignacio Torteya (appointed by the Court) and have obtained their permission to be absent from the hearing and allow the attorneys cited above to appear in my place.

I have submitted an itemized list of all my expenses (both individual and 'Group' Expenses) to both the attorney ad litem, Ignacio Torteya, and my client, Mrs. Anita Harris, who have both accepted and approved same. Mr. Torteya has met with Mrs. Harris and her minor son Victor Justin Harris and is prepared to make a recommendation to this Court regarding the division of settlement proceeds by percentages, since the actual final dollar amount is yet to be finalized.

WHEREFORE, PREMISES CONSIDERED, Counsel prays that this Court grant this Motion for Substitution of Counsel for the August 1, 2005, hearing only.

Respectfully submitted,

Law Offices of Heriberto 'Eddie' Medrano
2009 E. Harrison – Suite B
Harlingen, Texas 78550
Telephone: (956) 428-2412
Facsimile: (956) 428-2495

HERIBERTO 'EDDIE' MEDRANO
Federal Bar No. 5952

## CERTIFICATE OF CONSULTATION

I, Heriberto 'Eddie' Medrano, do hereby certify that I have consulted with my client Mrs. Anita Harris as well as the Court appointed ad litem Mr. Ignacio Torteya, and represent to the Court that they have no objection to the Motion to Substitute Counsel.

HERIBERTO 'EDDIE' MEDRANO

## CERTIFICATE OF SERVICE

I, Heriberto 'Eddie' Medrano, do certify that a true copy of the Motion to Substitute Counsel was sent via facsimile to Mr. Ignacio Toreteya – Court Appointed Ad Litem, this 27th day of July, 2005.

HERIBERTO 'EDDIE' MEDRANO