IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | CIVIL ACTION NO. B-01-157 |
| PETITION OF BROWN WATER | § | |
| TOWING I, INC., AS OWNER, AND | § | |
| BROWN WATER MARINE SERVICE, | § | |
| INC., AS BAREBOAT CHARTERER, OF | § | |
| THE BROWN WATER V, ITS ENGINES, | § | |
| TACKLE, ETC. IN A CAUSE OF | § | |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

Consolidated with:

| | | |
|---|---|---|
| IN THE MATTER OF AMERICAN | § | CIVIL ACTION NO. B-02-004 |
| COMMERCIAL LINES LLC AS OWNER | § | |
| And AMERICAN COMMERCIAL | § | |
| BARGE LINE LLC AS CHARTERER OF | § | |
| THE BARGES NM-315, VLB-9182, | § | |
| ACL-9933B, VLB-9173, PRAYING | § | |
| FOR EXONERATION FROM AND/OR | § | |
| LIMITATION OF LIABILITY | § | |

## **ORDER**

On this day, came to be considered the foregoing *Motion for Substitution of Counsel for August 1, 2005 hearing only,* and after due consideration the same is hereby:

(GRANTED)      (DENIED).

SIGNED FOR ENTRY this _____ day of _____, 2005, at Brownsville, Texas.

> Hilda G. Tagle
> United States District Judge