United States District Court
Southern District of Texas
FILED

JUL 2 8 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C.A. NO. B-01-157 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| Consolidated with: | § § | |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER and AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § | C.A. NO. B-02-004 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| Consolidated with: | § § | |
| IN THE MATTER OF DEERE CREDIT, INC.,(FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIABILITY | § § § § § § § § § § § § § § § | C.A. NO. B-02-125 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |

**UNOPPOSED MOTION TO DISMISS ALL CLAIMS FOR ECONOMIC DAMAGES ONLY AGAINST BROWN WATER TOWING I, INC. and BROWN**

14449.1

## WATER MARINE SERVICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, J. Antonio Mireles, as personal Representative of the Estate of Julio Cesar Mireles, Juan Antonio Mireles and Soledad Gonzalez Mireles, (hereafter Respondents/Claimants), and files this Motion to Dismiss All Claims for Economic Damages Only Against Petition Brown Water Towing I, Inc. and Brown Water Marine Service in Civil Action No. B-01-157 for all economic damages caused by the motor vessel Brown Water V, and would state the following in support thereof:

### I.

On or about April, 22, 2002, Respondents/Claimants filed a Second Amended Claim and Answer against Brown Water Towing I, Inc., Brown Water Marine Service, American Commercial Lines, LLC and American Commerical Barge Line, LLC claiming certain economic and noneconomic damages. Specifically, those claims in paragraph I of the said Claim including: loss of love, care, maintenance, support, services, advice, counsel, loss of companionship and society, mental anguish, loss of inheritance, and contributions of a pecuniary value that Respondents/Claimants should have received from Julio Cesar Mireles as son and all other damages provided for under any applicable laws of the State of Texas and the United States. Additionally, Respondents/Claimants filed claims for physical pain and mental anguish resulting from the injuries sustained and experienced by Julio Cesar Mireles prior to his death.

### II.

Respondents/Claimants moves this Honorable Court to dismiss any and all claims for economic damages only filed against Brown Water Towing I, Inc. and Brown Water Marine Service.

Specifically, Respondents/Claimants asks this Honorable Court to dismiss any and all claims for loss of maintenance, support, service, inheritance, contributions of pecuniary value, and all other economic damages provided for under any applicable laws of the State of Texas and the United States Against Brown Water Towing I, Inc. And Brown Water Marine Service.

### III.

Respondents/Claimants seek to recover from Brown Towing I, Inc. and Brown Water Marine Service on filed claims for noneconomic damages only. Specifically, Respondents/Claimants are making claims against Brown Water Towing I, Inc. and Brown Water Marine Service for claims involving: loss of love, care, advice, counsel, companionship and society, mental anguish and all other noneconomic damages provided for under any applicable laws of the State of Texas and the Untied States.

### IV.

Respondents/Claimants also seeks to recover noneconomic damages from Brown Water Towing I, Inc. and Brown Water Marine Service on its claims for physical pain and mental anguish sustained and experienced by Julio Cesar Mireles prior to his death.

WHEREFORE, PREMISES CONSIDERED, Respondents/Claimants J. Antonio Mireles, as personal Representative of the Estate of Julio Cesar Mireles, Juan Antonio Mireles and Soledad Gonzalez Mireles, pray this Honorable Court dismiss any and all claims for economic damages filed against Petitioner Brown Water Towing I, Inc. and Brown Water Marine Service only.

Respectfully submitted,

*[signature]*

S. Mark Strawn
Southern District of Texas ID No. 9996
State Bar No. 19374325
Ajamie LLP
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
(713) 860-1600 Telephone
(713) 860-1699 Facsimile

ATTORNEYS FOR CLAIMANTS

## CERTIFICATE OF SERVICE

On this 27TH day of July, 2005, a true and correct copy of the forgoing Motion to Dismiss All Claims for Economic Damages Only Against Brown Water Towing I, Inc. and Brown Water Marine Service was sent via facsimile and certified mail return receipt requested to Counsel Representing Petitioners, Brown Water Marine Service, Inc., et al., and via facsimile only to all other counsel.

_____
S. Mark Strawn