United States District Court
Southern District of Texas
ENTERED

JUL 28 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | CIVIL ACTION NO. B-01-157 |
| PETITION OF BROWN WATER | § | |
| TOWING I, INC., AS OWNER, AND | § | |
| BROWN WATER MARINE SERVICE, | § | |
| INC., AS BAREBOAT CHARTERER, OF | § | |
| THE BROWN WATER V, ITS ENGINES, | § | |
| TACKLE, ETC. IN A CAUSE OF | § | |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

Consolidated with:

| | | |
|---|---|---|
| IN THE MATTER OF AMERICAN | § | CIVIL ACTION NO. B-02-004 |
| COMMERCIAL LINES LLC AS OWNER | § | |
| And AMERICAN COMMERCIAL | § | |
| BARGE LINE LLC AS CHARTERER OF | § | |
| THE BARGES NM-315, VLB-9182, | § | |
| ACL-9933B, VLB-9173, PRAYING | § | |
| FOR EXONERATION FROM AND/OR | § | |
| LIMITATION OF LIABILITY | § | |

## ORDER

On this day, came to be considered the foregoing *Motion for Substitution of Counsel for August 1, 2005 hearing only,* and after due consideration the same is hereby:

(GRANTED)     (DENIED).

SIGNED FOR ENTRY this 27th day of July, 2005, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge