# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk

United States District Court
Southern District of Texas
FILED

**JUL 2 9 2005**

Michael N. Milby
Clerk of Court

JULY 29, 2005

Mr. Charles R. Fulbruge, III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102
New Orleans, Louisiana 70130

Re:  IN RE: THE COMPLAINT BROWN WATER

TOWING COMPANY

CA B-01-157

Dear Sir:

In connection with this appeal, the following documents are transmitted.  Please acknowledge receipt on the enclosed copy of this letter.

[ ] Certified copy of the notice of appeal and  docket entries.

[ ] Certified copy of the notice of cross-appeal and docket entries.

[X ] Record of appeal consisting of 16   Volume(s) of the record;   1   Volume(s) of the transcript;

[ ] Other:_____

In regard to the notice of appeal, the following information is furnished:

[ ] The Court of Appeals docket fee   **X**  HAS/ ___ HAS NOT been paid.

[ ] This case is proceeding in **forma pauperis**.

[ ] Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was PAID ON:_____

[X ] U.S. District Judge entering final order is   HILDA G. TAGLE

[X] Court reporter assigned to this case is   BRECK RECORD, CRT REPORTER; HEATHER HALL,
COURT REPORTER

[ ] This case was decided without a hearing, and, therefore, there will be no transcript.

Very Truly Yours,

MICHAEL N. MILBY, CLERK

BY: _____.

Rebecca Pinales, Deputy Clerk

cc:    File