APPEAL, LEAD

# U.S. District Court
## Southern District of Texas (Brownsville)
## CIVIL DOCKET FOR CASE #: 1:01-cv-00157
## Internal Use Only

Brown Water Towing, et al v. , et al
Assigned to: Judge Hilda G Tagle
Demand: $0
Case in other court:
Cause: 99:9999 Report cause code (DO NOT DELETE!)

Date Filed: 09/15/2001
Jury Demand: Defendant
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

## Plaintiff

**Brown Water Towing I Inc**
*as owner*

represented by **Keith N Uhles**
Royston Rayzor et al
P O Box 3509
Brownsville, TX 78523-3509
956-542-4377
Fax: 956-542-4370 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Will W Pierson**
Royston Rayzor et al
606 N Carancahua
Ste 1700
Corpus Christi, TX 78476
361-884-8808
Fax: 361-884-7261
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C Partridge**
Royston Rayzor Vickery &

Williams
606 N Carancahua
Ste 1700
Corpus Christi, TX 78476
361-884-8808
Fax: 361-884-7261
Email:
jack.partridge@roystonlaw.com

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brown Water Marine
Service Inc**
*as bareboater charterer, of
the BrownWater V, its
engines, tackle, etc. in a
cause of exoneration from or
limitation of liability civil
and maritime*

represented by **Keith N Uhles**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Will W Pierson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C Partridge**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**American Commercial
Barge Line LLC**
*As owner (herein referred to
as ACL) and American
Commercial Barge Line
LLC(herein referred to as
ACBL) As charter of the
Barges NM-315,VLB-9182
ACL-9933B VLB-9173*

represented by **Glenn Gill Goodier**
Jones Walker Waechter
Poitevant et al
201 St Charles Ave
50th Fl
New Orleans, LA 70170-5100
504-582-8000
Fax: 504-582-8010 fax
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Leslie D Cassidy, III**
Cassidy and Raub LPPC
814 Leopard St
Corpus Christi, TX 78401
361-887-2965
Fax: 361-887-6521
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**A.G. Hill Power, Inc.**          represented by   **David H Crago**
                                                    Brin & Brin
                                                    1202 Third St
                                                    Corpus Christi, TX 78404
                                                    361-881-9643
                                                    Fax: 361-883-0506
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Deere Credit, Inc,**             represented by   **Glenn Gill Goodier**
**(Formerly Senstar Finance**                       (See above for address)
**Company) As Owner of**                            *ATTORNEY TO BE NOTICED*
**Barge NM-315**

**Defendant**

**General Electric Capital**       represented by   **Glenn Gill Goodier**
**Corporation**                                     (See above for address)
*As Beneficial Owner of*                            *ATTORNEY TO BE NOTICED*
*Barge ACL-9933B*

**Defendant**

**National Association**           represented by   **Glenn Gill Goodier**
*As Owner Trustee of Barge*                         (See above for address)
*ACL-9933B and Not in Its*                          *ATTORNEY TO BE NOTICED*
*Individual Capacity*

**Defendant**
**Allstate Insurance**
**Company**

V.

**Respondent**

| | | |
|---|---|---|
| **David Fowler** | represented by | **Stephen M Vaughan** |

Tucker Vaughan et al
712 Main St
Ste 1600
Houston, TX 77002-3297
713-228-7425
Fax: 713-228-7329 (fax)
*TERMINATED: 01/20/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

| | | |
|---|---|---|
| **Watts & Heard, L.L.P.** | represented by | **Mikal C Watts** |

Watts Law Firm LLP
555 N Carancahua
Ste 1400
Corpus Christi, TX 78478-0801

361-887-0500
Fax: 361-887-0055
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ray R Marchan**
Watts Law Firm LLP
1926 E Elizabeth
Brownsville, TX 78520
956-544-0500
Fax: 956-541-0255
*LEAD ATTORNEY*

Case 1:01-cv-00157   Document 445-2   Filed in TXSD on 07/29/2005   Page 5 of 40

*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Ray R. Marchan**                represented by   **Ray R Marchan**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Watts & Heard, LLP**            represented by   **Mikal C Watts**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Ray R. Marchan**
                                                  Watts & Heard L.L.P.
                                                  Fax 956-541-0255
                                                  1926 E. Elizabeth
                                                  Brownsville, TX 78520
                                                  956-544-0500
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Claimant**

**Esteban F Rivas**               represented by   **John David Franz**
*Individually and as*                             Law Offices of John David
*representative of the Estate*                    Franz
*of Stvan F Rivas*                                400 N McColl
                                                  McAllen, TX 78501
                                                  956-686-3300
                                                  Fax: 956-686-3578 fax
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **John Chadwick Gauntt**
                                                  Gauntt & Kuppstadt
                                                  1400 Woodloch Forest Dr
                                                  Ste 575

Case 1:01-cv-00157   Document 445-2   Filed in TXSB on 07/29/2005   Page 6 of 40

The Woodlands, TX 77380
281-367-6555
Fax: 281-367-3705 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ray R Marchan**
(See above for address)
*TERMINATED: 11/21/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claimant**
**Mira Miriam Rivas**          represented by  **John David Franz**
*Individually and as*                          (See above for address)
*Representative of the Estate*                  *LEAD ATTORNEY*
*of Stvan F Rivas*                              *ATTORNEY TO BE NOTICED*

                                               **John Chadwick Gauntt**
                                               (See above for address)
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

                                               **Ray R Marchan**
                                               (See above for address)
                                               *TERMINATED: 11/21/2001*
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

**Claimant**
**Gustavo Morales**            represented by  **Ray R Marchan**
                                               (See above for address)
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

**Claimant**
**Bigo's International, LLC**   represented by  **Ray R Marchan**
                                               (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Claimant

**Lydia Zamora**
*Individually and as*
*representative of the esate of*
*Hector Martinez, Jr.*

represented by **Ray R Marchan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Claimant

**Jacqueline Paddock**
*individually and as next*
*friend of William B Welch*
*and as representative of the*
*Estate of Chealsa Welch.*

represented by **Ray R Marchan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Claimant

**Laguna Madre Water
District**

represented by **Carlos Omar Escobar**
Magallanes & Hinojosa
1713 Boca Chica Blvd
Brownsville, TX 78520
956-544-6571
Fax: 956-544-4290
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Juan A Magallanes**
Magallanes Hinojosa et al
1713 Boca Chica Blvd
Brownsville, TX 78520
956-544-6571
Fax: 956-544-4290 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Claimant

**William Welch, Minor**

represented by **Veronica Farias**
Attorney at Law

2854 Boca Chica Blvd
Brownsville, TX 78521
956-546-1537
Fax: 956-546-2234 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claimant**

**Southwestern Bell**                    represented by    **Cynthia F Malone**
**Telephone Company**                                       Legal Dept
*TERMINATED: 05/17/2005*                                    175 East Houston
                                                            Room 4K40
                                                            San Antonio, TX 78205
                                                            210-351-3495
                                                            Fax: 210-351-3458
                                                            *TERMINATED: 05/17/2005*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Geoffrey Amsel**
                                                            SBC Texas Legal Department
                                                            175 E Houston Street
                                                            Rm 1403
                                                            San Antonio, TX 78205
                                                            210-351-3529
                                                            Fax: 210-351-3458 fax
                                                            *TERMINATED: 10/12/2004*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Claimant**

**Robert Fandrich**

**Claimant**

**Virginia Fandrich**

**Claimant**

**State of Texas**                        represented by    **Edwin C Laizer**

Case 1:01-cv-00187 Document 445-2 Filed in TXSD on 07/29/2005 Page 9 of 40

*through its Department of
Transportation*

Attorney at Law
4500 One Shell Sq
New Orleans, LA 70139
504-581-3234
Fax: 504-566-0210 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jack Foster Gilbert**
Office of the Atty Gen
PO Box 12548
Austin, TX 78711-2548
512-463-2004
Fax: 512-472-3855 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark J Spansel**
Adams & Reese
4500 One Shell Square
New Orleans, LA 70139
504-585-0215
Fax: 504-566-0210
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Ratliff**
Assistant Attorney General
Transportation Division
P O Box 12548
Austin, TX 78711-2548
512-463-2004
Fax: 512-472-3855 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claimant**

**J Antonio Mireles**     represented by **Stephen Mark Strawn**

*as personal representative
of the Estate of Julio Cesar
Mireles*

Ajamie LLP
711 Louisiana
Ste 2150
Houston, TX 77002
713-860-1600
Fax: 713-860-1699 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Robert Ajamie**
Ajamie LLP
711 Louisiana
Ste 2150
Houston, TX 77002
713-860-1600
Fax: 713-860-1699 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claimant**

**Juan Antonio Mireles**      represented by **Stephen Mark Strawn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Robert Ajamie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claimant**

**Soledad Gonzalez Mireles**  represented by **Stephen Mark Strawn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Robert Ajamie**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claimant**
**John A McCoy**

**Claimant**
**Mary McCoy**

**Claimant**
**Amercian Commercial**                    represented by   **Glenn Gill Goodier**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Leslie D Cassidy, III**
                                                            (See above for address)
                                                            *TERMINATED: 04/23/2002*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Claimant**
**American Commercial**                    represented by   **Glenn Gill Goodier**
**Lines, L.L.C.**                                           (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Leslie D Cassidy, III**
                                                            (See above for address)
                                                            *TERMINATED: 04/23/2002*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Claimant**
**Rolando Lee Moya**                       represented by   **Francisco J Enriquez**
                                                            Enriquez and Cantu
                                                            4200-B N Bicentennial
                                                            McAllen, TX 78504

956-686-5291
Fax: 956-618-5064 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claimant**

**Alberto Leroy Moya**          represented by   **Francisco J Enriquez**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Claimant**

**Antonio Salinas, Jr**         represented by   **Francisco J Enriquez**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Claimant**

**Roberto Espericueta**         represented by   **Francisco J Enriquez**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Claimant**

**202 Bayside Bar & Grill**     represented by   **Michael L Slack**
                                                 Slack & Davis LLP
                                                 8911 Capital of Texas Hwy
                                                 Ste 2110
                                                 Austin, TX 78759
                                                 512-795-8686
                                                 *TERMINATED: 01/14/2005*
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Claimant**

**Dimas Mora**

**Claimant**

**State Street Bank & Trust**   represented by   **Glenn Gill Goodier**

**Company of Connecticut
National Association as
owner trustee of the Barge
ACL-9933B and no in its
individual capacity**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Leslie D Cassidy, III**
(See above for address)
*ATTORNEY TO BE NOTICED*

### Claimant

**Raquel Teran Hinojosa**
*Individually and on behalf
of the Estate of Gaspar
Hinojosa Deceased*

represented by **Julian Rodriguez, Jr**
Attorney at Law
10113 N 10th St
Ste C
McAllen, TX 78504
956-287-0088
Fax: 956-287-0098 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ramon Garcia**
Attorney at Law
222 W University Dr
Edinburg, TX 78539
956-383-7441
Fax: 956-381-0825 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert E Ammons**
The Ammons Law Firm LLP
3700 Montrose Blvd
Houston, TX 77006
713-523-1606
Fax: 713-523-4159
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Claimant

**Clarissa Hinojosa**

represented by **Julian Rodriguez, Jr**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ramon Garcia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert E Ammons**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claimant**

**Omar Garcia Hinojosa**          represented by   **Julian Rodriguez, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ramon Garcia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert E Ammons**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claimant**

**Gaspar Hinjosa, II**          represented by   **Julian Rodriguez, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ramon Garcia**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert E Ammons**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claimant**
**Bridgette Goza**                represented by   **Ray R Marchan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E Quirk**
Aaron & Quirk
901 NE Loop 410
Ste 903
San Antonio, TX 78209
210-820-0211
Fax: 210-820-0214 fax
*TERMINATED: 06/27/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claimant**
**Rene Mata**                     represented by   **Andres H Gonzalez, Jr**
Kittleman Thomas et al
4900B North 10th St
McAllen, TX 78505
956-686-8797
Fax: 956-630-5199
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Raymond L Thomas, Jr**
Kittleman Thomas et al
4900-B North 10th St

McAllen, TX 78504
956-686-8797
Fax: 956-630-5199 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebecca Vela**
Kittleman Thomas et al
4900-B North 10th
McAllen, TX 78504
956-686-8797
Fax: 956-630-5199 fax
Email: rvela@ktrglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claimant**

**Frank Mata**                    represented by   **Andres H Gonzalez, Jr**
Kittleman Thomas et al
4900B North 10th St
McAllen, TX 78505
956-686-8797
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Raymond L Thomas, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebecca Vela**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claimant**

**Anita Harris**                  represented by   **Heriberto Medrano**
*Individually and as Next*                        Attorney at Law

*Friend of Victor Justin*
*Harris andas Representative*
*of the Estate of Robert V*
*Harris*

2009 E Harrison
Ste B
Harlingen, TX 78550
956-428-2412
Fax: 956-428-2495 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Claimant

**Martin D Hinojosa**
*Individually and as heirs of*
*the Estate of Gaspar*
*Hinojosa Deceased*

represented by **Julian Rodriguez, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Claimant

**Rita S Hinojosa**
*Individually and as heirs of*
*the estate of Gaspart*
*Hinojosa Deceased*

represented by **Julian Rodriguez, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Claimant

**Hector Martinez, Sr**

represented by **Jim Hart**
Williams Bailey
8441 Gulf Fwy
Ste 600
Houston, TX 77017-5001
713-230-2312
Fax: 713-643-6226 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nejd Jill Yaziji**
William Bailey Law Firm LLP
8441 Gulf Fwy
Ste 600
Houston, TX 77017
713-230-2200
Fax: 713-643-6226 fax

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Claimant

**William Morris Welch**          represented by **James Baker Manley**
                                                  Attorney at Law
                                                  200 William Barnett
                                                  Cleveland, TX 77327
                                                  281-593-1100
                                                  Fax: 281-593-1700
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

## Claimant

**Richard "Ricky& Leavell**       represented by **Steve Q McManus**
*Individually and as*                             McManus & Crane
*representative of the Estate*                     P O Box 2206
*of Robin Faye Leavell*                           Victoria, TX 77902
                                                  361-575-6764
                                                  Fax: 361-575-8454
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

## Claimant

**Carol Leavell**                 represented by **Steve Q McManus**
*Individually and as*                             (See above for address)
*representative of the Estate*                     *LEAD ATTORNEY*
*of Robin Faye Leavell*                           *ATTORNEY TO BE NOTICED*

## Claimant

**William E Kimbrell**            represented by **Richard Leo Harrell**
                                                  Attorney at Law
                                                  P O Box 480
                                                  Corpus Christi, TX 78403
                                                  361-698-7600
                                                  Fax: 361-698-7614
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

## V.

### Cross Claimant

**Brown Water Towing I Inc**                represented by  **Keith N Uhles**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Will W Pierson**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

### Cross Claimant

**Brown Water Marine Service Inc**          represented by  **Keith N Uhles**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Will W Pierson**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

### Third Party Defendant

**Cameron County**                          represented by  **Eileen M Leeds**
                                                            Willette Guerra LLP
                                                            1534 E 6th Street
                                                            Ste 200
                                                            Brownsville, TX 78520
                                                            956-541-1846
                                                            Fax: 956-541-1893 fax
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Roman Dean Esparza**
                                                            Esparza & Garza LLP

964 E Los Ebanos
Ste A
Brownsville, TX 78520
956-547-7775
Fax: 956-547-7773
Email: dino@esparzagarza.com

*TERMINATED: 02/18/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**
**Amercian Commercial**

**ThirdParty Plaintiff**
**American Commercial**
**Barge Line LLC**
*As owner (herein referred to*
*as ACL) and American*
*Commercial Barge Line*
*LLC(herein referred to as*
*ACBL) As charter of the*
*Barges NM-315,VLB-9182*
*ACL-9933B VLB-9173*

represented by **Glenn Gill Goodier**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**
**American Commercial**
**Lines, L.L.C.**

**Third Party Defendant**
**State of Texas Department**
**of Transportation**

**ThirdParty Plaintiff**
**Laguna Madre Water**
**District**

**ThirdParty Plaintiff**
**Raquel Teran Hinojosa**

*Individually and on behalf
of the Estate of Gaspar
Hinojosa Deceased*

**ThirdParty Plaintiff**

**Clarissa Hinojosa**

**ThirdParty Plaintiff**

**Omar Garcia Hinojosa**

**ThirdParty Plaintiff**

**Gaspar Hinjosa, II**

**ThirdParty Plaintiff**

**William Welch, Minor**

**ThirdParty Plaintiff**

**Bridgette Goza**

**ThirdParty Plaintiff**

**Southwestern Bell
Telephone Company**
*TERMINATED: 05/17/2005*

**ThirdParty Plaintiff**

**Robert Fandrich**

**ThirdParty Plaintiff**

**Virginia Fandrich**

**ThirdParty Plaintiff**

**Rene Mata**

**ThirdParty Plaintiff**

**Frank Mata**

**ThirdParty Plaintiff**

**Anita Harris**
*Individually and as Next*

*Friend of Victor Justin
Harris andas Representative
of the Estate of Robert V
Harris*

### ThirdParty Plaintiff

**Martin D Hinojosa**
*Individually and as heirs of
the Estate of Gaspar
Hinojosa Deceased*

### ThirdParty Plaintiff

**Rita S Hinojosa**
*Individually and as heirs of
the estate of Gaspart
Hinojosa Deceased*

### ThirdParty Plaintiff

**Hector Martinez, Sr**

### ThirdParty Plaintiff

**William Morris Welch**

### ThirdParty Plaintiff

**Richard "Ricky& Leavell**
*Individually and as
representative of the Estate
of Robin Faye Leavell*

### ThirdParty Plaintiff

**Carol Leavell**
*Individually and as
representative of the Estate
of Robin Faye Leavell*

### ThirdParty Plaintiff

**State of Texas**
*through its Department of
Transportation*

**ThirdParty Plaintiff**
**J Antonio Mireles**
*as personal representative*
*of the Estate of Julio Cesar*
*Mireles*

**ThirdParty Plaintiff**
**Juan Antonio Mireles**

**ThirdParty Plaintiff**
**Soledad Gonzalez Mireles**

**ThirdParty Plaintiff**
**John A McCoy**

**ThirdParty Plaintiff**
**Mary McCoy**

**ThirdParty Plaintiff**
**Esteban F Rivas**
*Individually and as*
*representative of the Estate*
*of Stvan F Rivas*

**ThirdParty Plaintiff**
**Amercian Commercial**

**ThirdParty Plaintiff**
**American Commercial**
**Lines, L.L.C.**

**ThirdParty Plaintiff**
**William E Kimbrell**

**ThirdParty Plaintiff**
**Rolando Lee Moya**

**ThirdParty Plaintiff**
**Alberto Leroy Moya**

**ThirdParty Plaintiff**

**American Commercial
Barge Line LLC**
*As owner (herein referred to
as ACL) and American
Commercial Barge Line
LLC(herein referred to as
ACBL) As charter of the
Barges NM-315,VLB-9182
ACL-9933B VLB-9173*

**ThirdParty Plaintiff**

**Antonio Salinas, Jr**

**ThirdParty Plaintiff**

**Roberto Espericueta**

**ThirdParty Plaintiff**

**202 Bayside Bar & Grill**

**ThirdParty Plaintiff**

**Mira Miriam Rivas**
*Individually and as
Representative of the Estate
of Stvan F Rivas*

**ThirdParty Plaintiff**

**Dimas Mora**

**ThirdParty Plaintiff**

**Gustavo Morales**

**ThirdParty Plaintiff**

**Bigo's International, LLC**

**ThirdParty Plaintiff**

**Lydia Zamora**
*Individually and as*

*representative of the esate of*
*Hector Martinez, Jr.*

### ThirdParty Plaintiff

**Jacqueline Paddock**
*individually and as next*
*friend of William B Welch*
*and as representative of the*
*Estate of Chealsa Welch.*

### Cross Claimant

**J Antonio Mireles**
*as personal representative*
*of the Estate of Julio Cesar*
*Mireles*

V.

### Cross Defendant

**State of Texas**
*through its Department of*
*Transportation*

### Cross Claimant

**William E Kimbrell**

V.

### Cross Defendant

**State of Texas**
*through its Department of*
*Transportation*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/15/2001 | 1 | COMPLAINT and Petition by Brown Water Towing I, |

Case 1:01-cv-00157   Document 445-3   Filed in TXSD on 07/29/2005   Page 26 of 40

| | | |
|---|---|---|
| | | Brown Water Marine in a cause of exoneration from or limitation of liability civil and maritime filed; FILING FEE $ 150.00 RECEIPT # 115469 (ogutierrez) (Entered: 09/17/2001) |
| 09/15/2001 | 2 | AFFIDAVIT by Brown Water Towing I, Brown Water Marine Re: , Value and pending freight, filed (ogutierrez) (Entered: 09/17/2001) |
| 09/15/2001 | 3 | Letter of Undertaking by Brown Water Towing I, et al, filed. (ogutierrez) (Entered: 09/17/2001) |
| 09/17/2001 | 4 | MEMORANDUM OF LAW by Brown Water Towing I, Brown Water Marine , filed. (ogutierrez) (Entered: 09/18/2001) |
| 09/18/2001 | 5 | Unopposed MOTION for leave to file issue subpoenas by Brown Water Towing I, Brown Water Marine Motion Docket Date 10/8/01 [5-1] motion , filed. (ogutierrez) Modified on 09/18/2001 (Entered: 09/18/2001) |
| 09/18/2001 | | **Added party Esteban F Rivas, Mira Miriam Rivas (ogutierrez) (Entered: 09/19/2001) |
| 09/18/2001 | 6 | ANSWER to the libel and petition of Brown Water Towing I Inc as owner and Browns Water Marine Service Inc as Bareboat Charterer, of the Bowen Water V, its engines, tackle, etc.,in a cause of exoneration from or limitation of libility by Esteban F Rivas, Mira Miriam Rivas (Added attorney Ray Marchan), filed. (ogutierrez) (Entered: 09/19/2001) |
| 09/18/2001 | 7 | NOTICE of Proof of Claim by Esteban F Rivas, Mira Miriam Rivas , filed (ogutierrez) (Entered: 09/19/2001) |
| 09/18/2001 | 8 | SUPPLEMENTAL BRIEF by Brown Water Towing I , filed. (ogutierrez) (Entered: 09/19/2001) |
| 09/19/2001 | 9 | ORDER , entered; In the interest of justice the Court hereby ORDERS Petitioners to serve all pleadings |

| | | filed in this cause upon the entities named in their unopposed Petitioners; Motion for Leave to Issue Supoenas. The Court will not procee further in this matter until Petitioners provide proof of service in compliance with this order. Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 09/19/2001) |
|---|---|---|
| 09/19/2001 | 10 | NOTICE of Compliance by Brown Water Towing I, Brown Water Marine , filed (ogutierrez) (Entered: 09/19/2001) |
| 09/20/2001 | 11 | Unopposed MOTION for entry of order directing claimants to file and make prof of claim , directing the issuance of monition, and restraining prosecution of claims for status conference by Brown Water Towing I, Brown Water Marine, Motion Docket Date 10/10/01 [11-1] motion, 10/10/01 [11-2] motion , filed. (ogutierrez) (Entered: 09/20/2001) |
| 09/21/2001 | 12 | ORDER , entered. The Court ORDERED Petitioners to desist from ex parte communication eith the Court regarding matters related to this petition. Parties notified. ( signed by Judge Hilda G. Tagle ) (lalaniz) (Entered: 09/21/2001) |
| 09/21/2001 | | **Added party Gustavo Morales, Bigo's International (lalaniz) (Entered: 09/28/2001) |
| 09/21/2001 | 16 | ANSWER to Complaint by Gustavo Morales, Bigo's International (Added attorney ), filed. (lalaniz) (Entered: 09/28/2001) |
| 09/21/2001 | 17 | PROOF OF CLAIM by Gustavo Morales and Bigo's International, LLC. (lalaniz) (Entered: 09/28/2001) |
| 09/21/2001 | | **Added party Lydia Zamora (lalaniz) (Entered: 09/28/2001) |
| 09/21/2001 | 18 | ANSWER to Complaint by Lydia Zamora (Added attorney ), filed. (lalaniz) (Entered: 09/28/2001) |

| 09/21/2001 | 19 | PROOF OF CLAIM by Lydia Zamora. (lalaniz) (Entered: 09/28/2001) |
|---|---|---|
| 09/24/2001 | 13 | ORDER Directing Claimants to File and Make Proof of Claims, Directing the Issuance of Monition, and Restraining Prosecution of Claims , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (oaldape) (Entered: 09/24/2001) |
| 09/24/2001 | | Deadline updated; granting [11-1] motion for entry of order directing claimants to file and make prof of claim (ogutierrez) (Entered: 10/04/2001) |
| 09/25/2001 | 14 | PROOF OF CLAIM by Jacqueline Paddock (oaldape) (Entered: 09/26/2001) |
| 09/25/2001 | 15 | ANSWER to Complaint by Jacqueline Paddock (Added attorney ), filed.; jury demand (oaldape) (Entered: 09/26/2001) |
| 09/28/2001 | | **Added party William Welch minor (ogutierrez) (Entered: 10/01/2001) |
| 09/28/2001 | 20 | MOTION for appointment of as guardian ad litem for William Welch minor , a minor by Jacqueline Paddock, Motion Docket Date 10/18/01 [20-1] motion , filed. (ogutierrez) (Entered: 10/01/2001) |
| 10/01/2001 | | **Added party Laguna Madre Water (ogutierrez) (Entered: 10/03/2001) |
| 10/01/2001 | 21 | ANSWER to Complaint by Laguna Madre Water (Added attorney Juan Magallanes ), filed. (ogutierrez) (Entered: 10/03/2001) |
| 10/01/2001 | 22 | NOTICE of Proof of Claim by Laguna Madre Water , filed (ogutierrez) (Entered: 10/03/2001) |
| 10/05/2001 | 23 | Order setting Initial Pretrial and Scheduling Conference on 3:00 1/28/02 before Judge Hilda G. Tagle and Order to Disclose Interested Persons, filed. ( Signed by Judge Hilda G. Tagle ) Parties notified. |

| | | |
|---|---|---|
| | | (ogutierrez) (Entered: 10/05/2001) |
| 10/05/2001 | | **Deadline updated; mooting [11-2] motion for status conference.Initial pretrial conference set for 1/28/02 at 3pm. (ogutierrez) (Entered: 01/09/2002) |
| 10/16/2001 | 24 | CLAIM and Answer for property by Raquel Teran Hinojosa, Clarissa Hinojosa, Omar Garcia Hinojosa, Gaspar Hinojosa, Gaspar Hinjosa II (ogutierrez) (Entered: 10/17/2001) |
| 10/18/2001 | | **Added party William Welch Minor (ogutierrez) (Entered: 10/18/2001) |
| 10/18/2001 | 25 | ORDER granting [20-1] motion for appointment of guardian ad litem for William Welch minor. Veronica Farias appointed to represent the interests of the minor, entered. Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 10/18/2001) |
| 10/18/2001 | | **Renoticed document [25-1] order (ogutierrez) (Entered: 10/18/2001) |
| 10/18/2001 | 26 | List of entities financially interested by Laguna Madre Water , filed. (ogutierrez) (Entered: 10/19/2001) |
| 10/18/2001 | 27 | ORDER striking [24-1] claim and answer , entered; Parties notified. No southern district no. for atty. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 10/19/2001) |
| 10/19/2001 | 28 | CERTIFICATE OF INTERESTED PARTIES by Brown Water Towing I, Brown Water Marine , filed. (ogutierrez) (Entered: 10/19/2001) |
| 10/22/2001 | 29 | AMENDED ANSWER to Complaint by Laguna Madre Water : amends [21-1] answer , filed. (ogutierrez) (Entered: 10/23/2001) |
| 10/22/2001 | 30 | Notice of change of address of Keith Uhles by Brown Water Towing I, Brown Water Marine , filed. (ogutierrez) (Entered: 10/23/2001) |
| | | |

| 10/25/2001 | 31 | AMENDED Claim and ANSWER to Complaint by Raquel Teran Hinojosa, Clarissa Hinojosa, Omar Garcia Hinojosa, Gaspar Hinjosa II: to complaint and petition for exoneration from and/or limitation of liability. (ogutierrez) (Entered: 10/25/2001) |
| 10/25/2001 | 32 | CERTIFICATE OF INTERESTED PARTIES by Raquel Teran Hinojosa , filed. (ogutierrez) (Entered: 10/26/2001) |
| 10/29/2001 | 33 | PROOF OF CLAIM by Bridgette Goza (lgarcia) (Entered: 10/30/2001) |
| 10/29/2001 | 34 | ANSWER to Complaint by Bridgette Goza, filed; Jury demand. (lgarcia) (Entered: 10/30/2001) |
| 11/09/2001 | 35 | NOTICE of appearance and lead counsel by Southwestern Bell filed (ogutierrez) (Entered: 11/13/2001) |
| 11/13/2001 | 36 | SUPPLEMENT to [28-1] interested party certificate by Brown Water Towing I, Brown Water Marine , filed. (ogutierrez) (Entered: 11/14/2001) |
| 11/14/2001 | 37 | MOTION to substitute attorney John David Franz & J Chad Gaun in place of Ray Marchan by Esteban F Rivas, Mira Miriam Rivas, Motion Docket Date 12/4/01 [37-1] motion , filed. (ogutierrez) (Entered: 11/15/2001) |
| 11/15/2001 | 38 | ORDER granting [37-1] motion to substitute attorney John David Franz & J Chad Gaun in place of Ray Marchan Added John David Franz, John Chadwick Gauntt , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (lalaniz) (Entered: 11/21/2001) |
| 11/21/2001 | | **Terminated attorney Ray R Marchan for Mira Miriam Rivas, attorney Ray R Marchan for Esteban F Rivas (lalaniz) (Entered: 11/21/2001) |
| 11/26/2001 | | **Added party Robert Fandrich, Virginia Fandrich (ogutierrez) (Entered: 11/27/2001) |

| | | |
|---|---|---|
| 11/26/2001 | <u>39</u> | Proof of Claim and STATEMENT of Facts by Robert Fandrich, Virginia Fandrich, filed. (ogutierrez) (Entered: 11/27/2001) |
| 12/18/2001 | <u>40</u> | MOTION for Robert E Ammons and Ramon Garc to withdraw as attorney , to substitute attorney Julian Rodriguez Jr in place of Robert E Ammons and Ramon Garc by Raquel Teran Hinojosa, Clarissa Hinojosa, Omar Garcia Hinojosa, Gaspar Hinjosa II Ramon Garcia for claimant Gaspar Hinjosa II, Robert E Ammons for claimant Gaspar Hinjosa II, Motion Docket Date 1/7/02 [40-1] motion, 1/7/02 [40-2] motion , filed. (ogutierrez) (Entered: 12/18/2001) |
| 12/18/2001 | | **Added for Raquel Teran Hinojosa, Clarissa Hinojosa, Omar Garcia Hinojosa, Gaspar Hinjosa II attorney Julian Rodriguez Jr (ogutierrez) (Entered: 12/18/2001) |
| 01/10/2002 | <u>41</u> | CLAIMant's Proof of Claim and Answer to verified complaint and petition for exoneration from and/orlimitaiton of liability by Rene Mata, Frank Mata, filed. (ogutierrez) Modified on 01/14/2002 (Entered: 01/14/2002) |
| 01/14/2002 | <u>42</u> | MOTION for expedited ruling on continuance of Initial Pretrial Conference , and notice of filing Proposed Joint Discovery/Case Management Plan by Brown Water Towing I, Brown Water Marine. Will W Pierson for petitioner Brown Water Marine, Motion Docket Date 2/3/02 [42-1] motion, 2/3/02 [42-2] motion , filed. (lgarcia) (Entered: 01/15/2002) |
| 01/15/2002 | <u>43</u> | Proof of CLAIM for property by Anita Harris (ogutierrez) Modified on 01/16/2002 (Entered: 01/16/2002) |
| 01/15/2002 | <u>45</u> | AMENDED CLAIM and Answer by Raquel Teran Hinojosa, Clarissa Hinojosa, Omar Garcia Hinojosa, Gaspar Hinjosa II , amending [1-1] complaint , filed. |

| | | |
|---|---|---|
| | | (ogutierrez) (Entered: 01/16/2002) |
| 01/16/2002 | 44 | ORDER reset scheduling conference for 2:00 4/22/02 before Judge Hilda G. Tagle , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 01/16/2002) |
| 01/16/2002 | 46 | RESPONSE by Raquel Teran Hinojosa, Clarissa Hinojosa, Omar Garcia Hinojosa, Gaspar Hinjosa II to [40-1] motion for Robert E Ammons and Ramon Garcia to withdraw as attorney, [40-2] motion to substitute attorney Julian Rodriguez Jr in place of Robert E Ammons and Ramon Garcia, filed. (lalaniz) (Entered: 01/17/2002) |
| 01/16/2002 | 46 | MOTION to strike [40-1] motion for Robert E Ammons and Ramon Garcia to withdraw as attorney, [40-2] motion to substitute attorney Julian Rodriguez Jr in place of Robert Ammons and Ramon Garcia , and alternatively for leave to intervene by Raquel Teran Hinojosa, Clarissa Hinojosa, Omar Garcia Hinojosa, Gaspar Hinjosa II Ramon Garcia for claimant Gaspar Hinjosa II, Robert E Ammons for claimant Gaspar Hinjosa II, Motion Docket Date 2/5/02 [46-1] motion, 2/5/02 [46-2] motion , filed. (lalaniz) Modified on 01/17/2002 (Entered: 01/17/2002) |
| 02/01/2002 | 47 | ORDER consolidating cases B-02-04 with B-01-157 , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 02/01/2002) |
| 02/01/2002 | | Consolidated Lead Case (ogutierrez) (Entered: 02/01/2002) |
| 02/01/2002 | | **Added party American Commercial Lines LLC (ogutierrez) (Entered: 03/06/2002) |
| 02/04/2002 | 48 | ORDER mooting [46-1] motion to strike [40-1] motion for Robert E Ammons and Ramon Garcia to withdraw as attorney, [40-2] motion to substitute attorney Julian Rodriguez Jr in place of Robert |

|  |  | Ammons and Ramon Garcia striking [40-1] motion for Robert E Ammons and Ramon Garc to withdraw as attorney , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (lalaniz) (Entered: 02/05/2002) |
|---|---|---|
| 02/06/2002 | 49 | CLAIM and ANSWER to Complaint by Bridgette Goza (Added attorney Thomas E Quirk), filed. (lalaniz) (Entered: 02/06/2002) |
| 02/07/2002 | 50 | CLAIM for property by Martin D Hinojosa, Rita S Hinojosa (ogutierrez) (Entered: 02/07/2002) |
| 02/07/2002 | 50 | CLAIM and ANSWER to Complaint by Martin D Hinojosa, Rita S Hinojosa (Added attorney ), filed. (ogutierrez) (Entered: 02/07/2002) |
| 02/13/2002 | 51 | MOTION for expedited hearing by Omar Garcia Hinojosa, Motion Docket Date 3/5/02 [51-1] motion , filed. (ogutierrez) (Entered: 02/14/2002) |
| 02/13/2002 | 52 | MOTION with memorandum in support for reconsideration of [48-1] order by Omar Garcia Hinojosa, Motion Docket Date 3/5/02 [52-1] motion , filed (ogutierrez) (Entered: 02/14/2002) |
| 02/22/2002 | 53 | RESPONSE by Raquel Teran Hinojosa, Clarissa Hinojosa, Omar Garcia Hinojosa, Gaspar Hinjosa II to [52-1] motion and memorandum in support for reconsideration of [48-1] order, filed. (lgarcia) (Entered: 02/22/2002) |
| 02/22/2002 | 53 | MOTION for leave to intervene by Raquel Teran Hinojosa, Clarissa Hinojosa, Omar Garcia Hinojosa, Gaspar Hinjosa II. Ramon Garcia for claimant Gaspar Hinjosa II, Robert E Ammons for claimant Gaspar Hinjosa II, Motion Docket Date 3/14/02 [53-1] motion , filed. (lgarcia) (Entered: 02/22/2002) |
| 02/26/2002 | 54 | PROOF OF CLAIM by Southwestern Bell Telephone. by (lgarcia) (Entered: 02/26/2002) |
| 02/26/2002 | 54 | OBJECTION to [1-1] exoneration by Southwestern |

| | | |
|---|---|---|
| | | Bell, filed. (lgarcia) (Entered: 02/26/2002) |
| 02/27/2002 | 55 | CLAIM and Answer for exoneration from and/or limitation of liability by Hector Martinez Sr (ogutierrez) (Entered: 02/27/2002) |
| 02/27/2002 | 56 | RETURN OF SERVICE executed 1/2/02 on Notice of Publication in the Brownsville Herald by the USM, filed. (ogutierrez) Modified on 03/01/2002 (Entered: 03/01/2002) |
| 02/27/2002 | 57 | RETURN OF SERVICE executed 1/2/02 of Notice of Publication in the Valley Morning Star by USM, filed. (ogutierrez) (Entered: 03/01/2002) |
| 03/05/2002 | 58 | Proof of CLAIM and answer by William Morris Welch (ogutierrez) (Entered: 03/05/2002) |
| 03/05/2002 | 59 | ORDER striking [55-1] claim , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) No Federal ID No. (ogutierrez) (Entered: 03/05/2002) |
| 03/05/2002 | 60 | ORDER striking [54-1] objection striking [54-1] claim , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) No Federal ID No. (ogutierrez) (Entered: 03/05/2002) |
| 03/05/2002 | 61 | ORDER striking [58-1] claim and answer, entered; Parties notified. ( signed by Judge Hilda G. Tagle ) No Federal ID No. (ogutierrez) (Entered: 03/05/2002) |
| 03/06/2002 | 62 | AMENDED CLAIM and Answer by Hector Martinez Sr , , filed. (ogutierrez) (Entered: 03/06/2002) |
| 03/06/2002 | 63 | Proof of CLAIM and Answer for property by Richard "Ricky" Leavell, Carol Leavell against Brown Water Towing I Inc and Brown Water Marine Service Inc. (ogutierrez) Modified on 03/06/2002 (Entered: 03/06/2002) |
| 03/06/2002 | 64 | CLAIM and Answer of Richard and Carol Leavell against American Commercial Lines LLC, filed. |

| | | (ogutierrez) (Entered: 03/06/2002) |
|---|---|---|
| 03/07/2002 | 65 | Proof of Claim and ANSWER of Claimant William Morris Welch to American Commercial Lines LLC and American Commercial Barge Line LLC's Petition, filed. (ogutierrez) (Entered: 03/07/2002) |
| 03/07/2002 | 66 | Proof of Claim and ANSWER of William Morris Welch to Complaint of Brown Water Towing I Inc and Brown Water Marine Service Inc ), filed. (ogutierrez) (Entered: 03/08/2002) |
| 03/08/2002 | | **Added party Jack Foster Gilbert, Edwin C Laizer State of Texas (ogutierrez) (Entered: 03/11/2002) |
| 03/08/2002 | 67 | ANSWER and Claim to Complaint of Exoneration of American Commercial Lines LLC and American Commercial Barge Line LLC by State of Texas (Added attorney ), filed. (ogutierrez) (Entered: 03/11/2002) |
| 03/08/2002 | 68 | ANSWER and Claim to Complaint of State of Texas to Complaint of Exoneration of Brown Water Towing I and Brown Water V, filed. (ogutierrez) (Entered: 03/11/2002) |
| 03/08/2002 | 69 | MOTION for Mark J Spansel to appear pro hac vice by State of Texas, Motion Docket Date 3/28/02 [69-1] motion , filed. (ogutierrez) (Entered: 03/11/2002) |
| 03/08/2002 | 70 | MOTION for Edwin C Laizer to appear pro hac vice by State of Texas, Motion Docket Date 3/28/02 [70-1] motion , filed. (ogutierrez) (Entered: 03/11/2002) |
| 03/08/2002 | 71 | NOTICE of Proof of Claim by Jacqueline Paddock , filed (ogutierrez) (Entered: 03/11/2002) |
| 03/08/2002 | 72 | ANSWER to Complaint of American Commercial Barge Lines by Jacqueline Paddock (Added attorney ), filed. (ogutierrez) (Entered: 03/11/2002) |
| 03/08/2002 | 73 | NOTICE of Prooof of Claim by Gustavo Morales, |

| | | |
|---|---|---|
| | | Bigo's International to Complaint of American Commercial Barge Lines , filed (ogutierrez) (Entered: 03/11/2002) |
| 03/08/2002 | 74 | ANSWER to Complaint of American Commercial Barge Lines by Gustavo Morales, Bigo's International (Added attorney ), filed. (ogutierrez) (Entered: 03/11/2002) |
| 03/08/2002 | 75 | NOTICE of Proof of Claim by Lydia Zamora to complaint of Amercian Commercial Barge Lines , filed (ogutierrez) (Entered: 03/11/2002) |
| 03/08/2002 | 76 | ANSWER to Complaint of Amercican Barge Lines by Lydia Zamora (Added attorney ), filed. (ogutierrez) (Entered: 03/11/2002) |
| 03/08/2002 | 77 | NOTICE of Proof of Claim by Bridgette Goza to American Commercial Barge Lines , filed (ogutierrez) (Entered: 03/11/2002) |
| 03/08/2002 | 78 | ANSWER to Complaint of American Commercial Barge Lines by Bridgette Goza (Added attorney ), filed. (ogutierrez) (Entered: 03/11/2002) |
| 03/08/2002 | 79 | NOTICE of claim and answer by Hector Martinez Sr to American Commercial Lines LLC , filed (ogutierrez) (Entered: 03/11/2002) |
| 03/11/2002 | | **Added for William Welch minor attorney James Baker Manley (ogutierrez) (Entered: 03/11/2002) |
| 03/11/2002 | 80 | ORDER granting [69-1] motion for Mark J Spansel to appear pro hac vice , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 03/11/2002) |
| 03/11/2002 | 81 | ORDER granting [70-1] motion for Edwin C Laizer to appear pro hac vice , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 03/11/2002) |
| | | |

| 03/11/2002 | 83 | Claim and ANSWER to Complaint by Bridgette Goza (Thomas Quirk ), filed. (ogutierrez) (Entered: 03/18/2002) |
| 03/11/2002 | 90 | Claims and Joint ANSWER to Complaint by Several Claimants attached as Exhibit A (Added attorney ), filed. (ogutierrez) (Entered: 03/18/2002) |
| 03/12/2002 | | **Added party J Antonio Mireles, Juan Antonio Mireles, Soledad Gonzalez Mireles (ogutierrez) (Entered: 03/15/2002) |
| 03/12/2002 | 82 | Original Claim and ANSWER to Complaint by J Antonio Mireles, Juan Antonio Mireles, Soledad Gonzalez Mireles (Added attorney ), filed. (ogutierrez) (Entered: 03/15/2002) |
| 03/12/2002 | | **Added party John A McCoy, Mary McCoy (ogutierrez) (Entered: 03/18/2002) |
| 03/12/2002 | 84 | ANSWER and Proof of Claim to Complaint by John A McCoy, Mary McCoy (Added attorney ), filed. (ogutierrez) (Entered: 03/18/2002) |
| 03/12/2002 | 85 | NOTICE of Proof of Claim by Esteban F Rivas, Mira Miriam Rivas Against American Commercial Lines LLC , filed (ogutierrez) (Entered: 03/18/2002) |
| 03/12/2002 | 86 | ANSWER to Complaint by Esteban F Rivas, Mira Miriam Rivas (Added attorney ), filed. (ogutierrez) (Entered: 03/18/2002) |
| 03/12/2002 | 87 | NOTICE of Amended Proof of Claim by Esteban F Rivas, Mira Miriam Rivas , filed (ogutierrez) (Entered: 03/18/2002) |
| 03/12/2002 | 88 | MOTION for Michael L Slack to appear pro hac vice to represent numerous Claimant (names attached as Exhibit A" , Motion Docket Date 4/1/02 [88-1] motion , filed. (ogutierrez) (Entered: 03/18/2002) |
| 03/12/2002 | 89 | First AMENDED ANSWER to Complaint by Esteban |

| | | F Rivas, Mira Miriam Rivas : amends [86-1] answer , filed. (ogutierrez) (Entered: 03/18/2002) |
|---|---|---|
| 03/13/2002 | 91 | NOTICE of Claim by Brown Water Towing I , filed (ogutierrez) (Entered: 03/18/2002) |
| 03/13/2002 | 92 | First Cliam and ANSWER to Complaint by Omar Garcia Hinojosa ,filed. (ogutierrez) (Entered: 03/18/2002) |
| 03/13/2002 | 93 | First Claim and ANSWER to Complaint by Martin D Hinojosa, Rita S Hinojosa , filed. (ogutierrez) (Entered: 03/18/2002) |
| 03/13/2002 | | **Added party American Commercial Barge Line LLC,and American Commercial Lines (ogutierrez) (Entered: 03/18/2002) |
| 03/13/2002 | 94 | m and ANSWER to Complaint by American Commercial, American Commercial (Added attorney ), filed. (ogutierrez) (Entered: 03/18/2002) |
| 03/13/2002 | 95 | Proof of CLAIM AND answer for property by William E Kimbrell (ogutierrez) (Entered: 03/18/2002) |
| 03/13/2002 | 96 | First Amended Proof of Claim and OBJECTION to [1-1] exoneration by Southwestern Bell , filed. (ogutierrez) (Entered: 03/18/2002) |
| 03/13/2002 | | **Added party Rolando Lee Moya, Alberto Leroy Moya, Alberto Salinas Jr, Roberto Espericueta (ogutierrez) (Entered: 03/18/2002) |
| 03/13/2002 | 97 | Proof of Claim and ANSWER to Complaint by Rolando Lee Moya, Alberto Leroy Moya, Antonio Salinas Jr, Roberto Espericueta (Added attorney ), filed. (ogutierrez) Modified on 05/07/2002 (Entered: 03/18/2002) |
| 03/14/2002 | 98 | Proof of Claim and ANSWER to Complaint by Rene Mata, Frank Mata (added atty Raymond L Thomas Jr), |

| | | |
|---|---|---|
| | | filed. (ogutierrez) (Entered: 03/18/2002) |
| 03/14/2002 | 99 | Proof of Claim and OBJECTION to [1-1] Exoneration by Southwestern Bell , filed. (ogutierrez) (Entered: 03/18/2002) |
| 03/14/2002 | 100 | Amended NOTICE of Claim by Anita Harris , filed (ogutierrez) (Entered: 03/18/2002) |
| 03/14/2002 | 101 | ANSWER to libel and petition of American Commercial Lines LLC as Owner and American Commercial Barge Line LLC by Anita Harris (Added attorney ), filed. (ogutierrez) (Entered: 03/18/2002) |
| 03/14/2002 | 102 | ANSWER to Libel and Petition of Brown Water Towing Inc. by Anita Harris (Added attorney ), filed. (ogutierrez) (Entered: 03/18/2002) |
| 03/14/2002 | 103 | First Amended Original Claim and AMENDED ANSWER to Complaint by J Antonio Mireles, Juan Antonio Mireles, Soledad Gonzalez Mireles : amends [82-1] answer , filed. (ogutierrez) (Entered: 03/18/2002) |
| 03/15/2002 | | **Added party Yolanda De Leon (ogutierrez) (Entered: 03/18/2002) |
| 03/15/2002 | 104 | OBJECTION to and Motion to quash by Yolanda De Leon , to Subpoena Duces Tecum served March 11,02, filed. (ogutierrez) (Entered: 03/18/2002) |
| 03/18/2002 | 105 | ORDER , entered; The Court Granted Petitioners unopposed motion for leave to file subpoenas. Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 03/19/2002) |
| 03/19/2002 | | **Added party 202 Bayside Bar & (ogutierrez) (Entered: 03/19/2002) |
| 03/19/2002 | 106 | AFFIDAVIT by Michael L Slack by 202 Bayside Bar & Re: Proof of claims and Jount answer of claimants , filed (ogutierrez) (Entered: 03/19/2002) |
| | | |

| 03/19/2002 | 107 | ORDER granting [88-1] motion for Michael L Slack to appear pro hac vice to represent numerous Claimant (names attached as Exhibit A" , entered; The Court notes that Exhibit "A" attached to the Motion purports to list the claimants represented by Mr. Slack. This Exhibit is not a substitute for the proof oc claims required by this Court's order of September 24,2001 (dkt.13) and will not be accepted as such. Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 03/19/2002) |
| --- | --- | --- |
| 03/19/2002 | 108 | ORDER , entered; Court having considered answer of Anita Harris dkt. 101. Court advises the claimant that C A B-2-04 has been consolidated with B-01-157 by the Court order of 2/1/02 Dkt.47, and orderes the claimants to comply with the proper style of the case in any future filings. Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 03/19/2002) |
| 03/19/2002 | 109 | NOTICE of Rule 26(f) Meeting by Brown Water Towing I , filed (ogutierrez) (Entered: 03/21/2002) |
| 03/20/2002 | 110 | MOTION for Michael Ratliff to appear pro hac vice by State of Texas. Michael Ratliff for claimant State of Texas, Motion Docket Date 4/9/02 [110-1] motion , filed. (lgarcia) (Entered: 03/22/2002) |
| 03/21/2002 | | **Renoticed document [108-1] order, [107-1] order (mperales) (Entered: 03/21/2002) |
| 03/22/2002 | | **Added party Dimas Mora (ogutierrez) (Entered: 03/25/2002) |
| 03/22/2002 | 111 | Proof of Claim and ANSWER to Complaint by Dimas Mora (Added attorney ), filed. (ogutierrez) (Entered: 03/25/2002) |
| 03/25/2002 | 112 | ORDER granting [110-1] motion for Michael Ratliff to appear pro hac vice , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 03/26/2002) |