| 03/26/2002 | | **Added for Dimas Mora attorney Lamoine Holland (ogutierrez) (Entered: 03/26/2002) |
| 03/28/2002 | | Deadline updated; granting [5-1] motion for leave to file issue subpoenas (ogutierrez) (Entered: 03/28/2002) |
| 04/02/2002 | 113 | MOTION for summary judgment by Brown Water Towing I, Brown Water Marine. Will W Pierson for defendant Brown Water Marine, Motion Docket Date 4/22/02 [113-1] motion , filed. (lgarcia) (Entered: 04/02/2002) |
| 04/02/2002 | 114 | REQUEST by Brown Water Towing I, Brown Water Marine for clerk's entry of default, filed. (lalaniz) (Entered: 04/02/2002) |
| 04/02/2002 | 115 | MOTION referring case to mediation by Brown Water Towing I, Brown Water Marine. Will W Pierson for defendant Brown Water Marine, Keith N Uhles for defendant Brown Water Marine. Motion Docket Date 4/22/02 [115-1] motion , filed. (lalaniz) (Entered: 04/02/2002) |
| 04/03/2002 | | **Added party Ray R. Marchan, Watts & Heard, LLP (lalaniz) (Entered: 04/04/2002) |
| 04/03/2002 | | **Added for Ray R. Marchan attorney Ray R Marchan (lalaniz) (Entered: 04/04/2002) |
| 04/03/2002 | 116 | PETITION to intervene in the claim of Esteban F. Rivas and Miriam Rivas by Ray R. Marchan, Watts & Heard, LLP. Ray R. Marchan for intervenor-defendant Watts & Heard, LLP. Ray R Marchan for intervenor-defendant Ray R. Marchan, Motion Docket Date 4/23/02 [116-1] motion , filed. (lalaniz) (Entered: 04/04/2002) |
| 04/03/2002 | 117 | Petition to intervene in the claim of Esteban F Rivas and Miriam Rivas individually and as representative ofthe estate Stvan F Rivas by Watts & Heard, LLP, |

| | | |
|---|---|---|
| | | Motion Docket Date 4/23/02 [117-1] motion , filed. (ogutierrez) (Entered: 04/05/2002) |
| 04/08/2002 | 118 | NOTICE of attorney appearance for Laguna Madre Water by Carlos Omar Escobar, filed (ogutierrez) (Entered: 04/08/2002) |
| 04/08/2002 | 119 | JOINT DISCOVERY/Case Management Plan by Brown Water Towing I, Brown Water Marine, Esteban F Rivas, Mira Miriam Rivas, Gustavo Morales, Bigo's International, Lydia Zamora, Jacqueline Paddock, William Welch minor, Laguna Madre Water District, Raquel Teran Hinojosa, Clarissa Hinojosa, Omar Garcia Hinojosa, Gaspar Hinjosa II, William Welch Minor, Bridgette Goza, Southwestern Bell, Robert Fandrich, Virginia Rene Mata, Frank Mata, Anita Harris, Martin D Hinojosa, S Hinojosa, Hector Martinez Sr, William Morris Welch, Richard "Ricky" Leavell, Carol Leavell, American State of Texas, J Antonio Mireles, Juan Antonio Mireles, Soledad Gonzalez Mireles, John A McCoy, Mary McCoy, American Commercial, Amercian Commercial Barge Line, American Commercial Lines, William E Kimbrell, Rolando Lee Moya, Alberto Leroy Moya, Alberto Salinas Jr, Roberto Espericueta, Yolanda De Leon, 202 Bayside Bar & Grill, Dimas Mora, Ray R. Marchan, Watts & Heard, LLP, filed. (lgarcia) (Entered: 04/09/2002) |
| 04/10/2002 | | **Added for Amercian Commercial attorney Leslie D Cassidy III (ogutierrez) (Entered: 04/10/2002) |
| 04/10/2002 | 120 | Unopposed MOTION to substitute attorney Glenn G Goodier in place of Les Cassidy by American Commercial, Motion Docket Date 4/30/02 [120-1] motion , filed. (ogutierrez) (Entered: 04/10/2002) |
| 04/10/2002 | 121 | MOTION for Glenn Gill Goodier to appear pro hac vice by American Commercial, Motion Docket Date 4/30/02 [121-1] motion , filed. (ogutierrez) (Entered: |

| | | 04/10/2002) |
|---|---|---|
| 04/10/2002 | 122 | Unopposed MOTION for default judgment against all non-appearance claimants by American Commercial, Motion Docket Date 4/30/02 [122-1] motion , filed. (ogutierrez) (Entered: 04/10/2002) |
| 04/11/2002 | 123 | MOTION to strike [117-1] motion to intervene in the claim of Esteban F Rivas and Miriam Rivas individually and as representative ofthe estate Stvan F Rivas by Esteban F Rivas, Mira Miriam Rivas, Motion Docket Date 5/1/02 [123-1] motion , filed. (ogutierrez) (Entered: 04/11/2002) |
| 04/12/2002 | 124 | First Amended JOINT DISCOVERY/Case Management Plan by Brown Water Towing I, Brown Water Marine, Esteban F Rivas, Mira Miriam Rivas, Gustavo Morales, Bigo's International, Lydia Zamora, Jacqueline Paddock, Laguna Madre Water, Raquel Teran Hinojosa, Bridgette Goza, Southwestern Bell, Rene Mata, Frank Mata, Anita Harris, Martin D Hinojosa, Rita S Hinojosa, Hector Martinez Sr, William Morris Welch, Richard "Ricky" Leavell, Carol Leavell, American Commercial Lines and American Commercial Barge Lines, State of Texas, J. Antonio Mireles, William E Kimbrell, Rolando Lee Moya, Alberto Leroy Moya, Roberto Espericueta, Antonio Salinas Jr., Dimas Mora , Minor William Welch, Allstate Insurance Co, (62 Businesses) filed. (ogutierrez) Modified on 04/12/2002 (Entered: 04/12/2002) |
| 04/15/2002 | 125 | MOTION to extend time in which to reply to motion for summary judgment by 202 Bayside Bar & and all claimaints attached as Exhibt A, Motion Docket Date 5/5/02 [125-1] motion , filed. (ogutierrez) (Entered: 04/15/2002) |
| 04/17/2002 | 126 | Second Amended JOINT DISCOVERY/Case Management Plan by Brown Water Towing I, Brown |

| | | |
|---|---|---|
| | | Water Marine , filed. (ogutierrez) (Entered: 04/17/2002) |
| 04/17/2002 | 127 | Unopposed MOTION for default judgment against non-appearing claimants by Brown Water Towing I, Brown Water Marine, Motion Docket Date 5/7/02 [127-1] motion , filed. (ogutierrez) (Entered: 04/17/2002) |
| 04/17/2002 | 128 | MOTION with brief in support for summary judgment as to purely economic claims by Gustavo Morales, Lydia Zamora, Jacqueline Paddock, Motion Docket Date 5/7/02 [128-1] motion , filed (ogutierrez) (Entered: 04/17/2002) |
| 04/17/2002 | 129 | CERTIFICATE OF INTERESTED PARTIES by William E Kimbrell , filed. (ogutierrez) (Entered: 04/17/2002) |
| 04/17/2002 | 130 | NOTICE of Filing and Submission of Affidavit and Verification of Proof of Claim by Laguna Madre Water , filed (ogutierrez) (Entered: 04/17/2002) |
| 04/17/2002 | 131 | MOTION to designate attorney Julian Rodriguez as attorney in charge by Raquel Teran Hinojosa, Clarissa Hinojosa, Omar Garcia Hinojosa, Gaspar Hinjosa II Motion Docket Date 5/7/02 [131-1] motion , filed. (ogutierrez) (Entered: 04/18/2002) |
| 04/18/2002 | 132 | ORDER denying [125-1] motion to extend time in which to reply to motion for summary judgment , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 04/18/2002) |
| 04/18/2002 | | **Renoticed document [132-1] order (ogutierrez) (Entered: 04/18/2002) |
| 04/18/2002 | 133 | MOTION to proceed in forma pauperis by Richard "Ricky" Leavell, Carol Leavell, Motion Docket Date 5/8/02 [133-1] motion , filed. (ogutierrez) (Entered: 04/19/2002) |
| | | |

Case 1:01-cv-00157 Document 445-3 Filed in TXSD on 07/29/2005 Page 5 of 40 Page 45 of 111

| 04/18/2002 | 134 | CERTIFICATE OF Financial Interest by Carol Leavell , filed. (ogutierrez) (Entered: 04/19/2002) |
|---|---|---|
| 04/19/2002 | 135 | Requested Supplement toJOINT DISCOVERY/Case Management Plan by Claimant Leavell , filed. (ogutierrez) (Entered: 04/19/2002) |
| 04/19/2002 | 136 | MOTION for Mike Davis to appear pro hac vice by 202 Bayside Bar & all claimants on Exhibit A attached, Motion Docket Date 5/9/02 [136-1] motion , filed. (ogutierrez) (Entered: 04/19/2002) |
| 04/19/2002 | 137 | CERTIFICATE OF INTERESTED PARTIES by State of Texas , filed. (ogutierrez) (Entered: 04/19/2002) |
| 04/19/2002 | 138 | CLAIM of Laguna Madre Water to the Complaint and Petition of American Commercial Lines LLC as owner and American Commercial Barge Line LLC as Charterer of the Barges NM-315 ,VLB-9182,ACL-9933B, VLB-9173, filed (ogutierrez) (Entered: 04/19/2002) |
| 04/19/2002 | 139 | CERTIFICATE OF INTERESTED PARTIES by 202 Bayside Bar & and all Claimants (Exhibit A) , filed. (ogutierrez) (Entered: 04/19/2002) |
| 04/19/2002 | 140 | CERTIFICATE OF INTERESTED PARTIES by Esteban F Rivas, Mira Miriam Rivas , filed. (ogutierrez) (Entered: 04/19/2002) |
| 04/19/2002 | 141 | ANSWER to Complaint of American Commercial Line LLC and American Commercial Barge Line LLC by Laguna Madre Water (Added attorney ), filed. (ogutierrez) (Entered: 04/19/2002) |
| 04/19/2002 | 142 | MOTION for leave to file petition in intervention in the claim of Esteban F Rivas and Miriam Rivas by Watts & Heard, LLP, Motion Docket Date 5/9/02 [142-1] motion , filed. (ogutierrez) (Entered: 04/22/2002) |
| 04/19/2002 | 143 | Petition in Intervention by Watts & Heard LLP against |

| | | claimant Esteban F Rivas, claimant Mira Miriam Rivas , filed (ogutierrez) (Entered: 04/22/2002) |
|---|---|---|
| 04/22/2002 | 144 | CERTIFICATE OF INTERESTED PARTIES by Hector Martinez Sr , filed. (ogutierrez) (Entered: 04/22/2002) |
| 04/22/2002 | 145 | CERTIFICATE OF INTERESTED PARTIES by Southwestern Bell , filed. (ogutierrez) (Entered: 04/22/2002) |
| 04/22/2002 | 146 | MOTION for Nejd Isber Yaziji to appear pro hac vice by Hector Martinez Sr, Motion Docket Date 5/12/02 [146-1] motion , filed. (ogutierrez) (Entered: 04/22/2002) |
| 04/22/2002 | 147 | ORDER granting [146-1] motion for Nejd Isber Yaziji to appear pro hac vice , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 04/23/2002) |
| 04/22/2002 | 148 | MOTION for Andres H Gonzalez Jr to appear pro hac vice by Rene Mata, Frank Mata, Motion Docket Date 5/12/02 [148-1] motion , filed. (ogutierrez) (Entered: 04/23/2002) |
| 04/22/2002 | 149 | CERTIFICATE OF INTERESTED PARTIES by Rene Mata, Frank Mata , filed. (ogutierrez) (Entered: 04/23/2002) |
| 04/22/2002 | 150 | First AMENDED ANSWER to Complaint by Laguna Madre Water : amends [141-1] answer to the Complaint and Petition of American Commercial Lines LLC as owner of American Commercial Barge Line LLC, filed. (ogutierrez) (Entered: 04/23/2002) |
| 04/22/2002 | 151 | Second AMENDED ANSWER to Complaint by Laguna Madre Water : amends [29-1] answer, [21-1] answer to the Complaint and Petition of Brown Water Towing I, Inc. as owner and Brown Water Marine Service Inc. , filed. (ogutierrez) (Entered: 04/23/2002) |
| | | |

| 04/22/2002 | 152 | ORDER granting [131-1] motion to designate attorney Julian Rodriguez as attorney in charge , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 04/23/2002) |
|---|---|---|
| 04/22/2002 | 153 | ORDER granting [120-1] motion to substitute attorney Glenn G Goodier in place of Les Cassidy Added Glenn Gill Goodier , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 04/23/2002) |
| 04/22/2002 | 155 | CLERK'S ENTRY OF DEFAULT as to all claimants except those listed on Exhibit "B" to the Request of Petitioners Brown Water Marine Service, Inc and Brown Water Towing I, Inc. (ogutierrez) (Entered: 04/23/2002) |
| 04/22/2002 | 156 | DEFAULT JUDGMENT , entered. It is Ordered that all persons or entities that are not listed on Exhibit "B" are forever barred and foreclosed from asserting claims against the Petitioner's Brown Water Marine Service Inc and Brown Water Towing I Inc in connection with any claims that have been or could be asserted as a result of the Brown Water V alliding with the Queen Isabella Causeway. Parties notified. ( Signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 04/23/2002) |
| 04/22/2002 | 157 | Minute entry: Hearing on Hinojosa Claimants Atty Intervention held b/Judge Tagle. Apps: . Ct Reporter: Breck Record . Julian Rodrguez Jr., Robert Ammons and Ramon Garcia. Conference held. The Judge called the case for the limited purpose of hearing only the motions regarding representation of the Hinojosa Claimants. Attty Rodriguez indicated to the Court that the matter had been settled, that he would be the lead atty. and that he had an Order prepared for submission to the Court designating him as atty in charge. The Judge indicated that she would Grant this order. |

| | | |
|---|---|---|
| | | (ogutierrez) Modified on 04/24/2002 (Entered: 04/24/2002) |
| 04/22/2002 | 158 | Minute entry: Hearing on Rivas Claimants Attorney Intervention held. Apps: John D Franz, Ray Marchan for the Firm of Watts & Heard. Ct Reporter: Breck Record; Conference held: Comment: The Judge called the case for the limited purpose of hearing only the motions regarding representation the Rivas Claimants. Mr. Marchan advised the Court that Watts & Heard had been retained to represent the Rivas Claimants, but then later received communication from Atty Franz that he would be taking over the representation. Mr. Marchan indicated that his firm had filed their motion to intervene to protect their interest in this action and to protect their contract with the Rivas Claimants. Mr. Franz advised the Court that the position of the Rivas family is that there was a conflict of interest at the time that they terminated the relationship with Watts and Heard. The conflict is due to the fact that Watts and Heard represented other Claimants who were in a similar situation but with material and adverse interest because there was a limited fund f or all the Claimants who are all comepeting for the same limited fund. The Judge then asked Mr. Marchan to respond to Mr. Franz, explain the ethical obligation of his firm in this situation and to tell the Court what he wanted. Mr. Marchan responded that he did not agree that there was a conflict of interest because there does not appear to be a limited fund. He noted that American Commercial Barge Lines has a $500 million insurance policy and the Petiioners will be jointly and severally liable in the event that the Claimants succeed, therefore there is money available enough to satisfy all the Claimants. The Judge noted that the work that Watts & Heard had done to discover the American Commercial Barge Lines insurance policy would inure to the benefit of all |

| | | |
|---|---|---|
| | | the Claimants, not just the Rivas Claimants. Mr. Marchan agreed, but stated that he had also done specific work on behalf of the Rivas Claimants, including personal interviews and psychological evaluations. Further, he stated that his firm had started work immediately after being retained and before being terminated. The Judge stated that she will need to be satisfied that his intervention doesn't preclude Watts an Heard from continuing he representation and then announced recess. (ogutierrez) (Entered: 04/24/2002) |
| 04/22/2002 | 159 | Minute entry: Initial Pretrial Conference held b/Judge Tagle. Apps: Attorneys for petitioners: Will Pierson, Keith Uhles,Mark J Spansel, Les Cassidy, Glenn G Goodier; Attorneys for Claimants: John D Franz, J Chadd Gauntt, Jack F Gilbert, Margie M Corbett, Darryl G Dursum, James B Manley, Ray R Marchan, Veronica Farias, Steve Q McManus, Heriberto Medrano, J A Magallanes, Carlos Escovar, Geoffrey Amsel, Roberto E Ammons, Ramon Garcia, Julian Rodriguez, W Lamoine Holland, Thomas E Quirk, Raymond Thomas, Andres Gonzalez, Jim S Hart, Nejd Yaziji, Thomas R Ajamie, Richard L Harrell, Frank Enriques, Robert Puente, Michael L Slack, Michael Davis. . Ct Reporter: Breck Record . Law Clerk Rick Roberts. Conference held. As an initial matter, the Court Granted the motion to substitute Glen Goodier f/Les Cassidy as atty in charge for American Commercial Barge Lines. Court also Granted Default Judgment against non-appearing claimants. Mr. Slack indicated he was representing and would speak on behalf of all of the Economic Loss Claimants. The Judge asked Mr. Gilbert of the Office of the Attorney General for the State of Texas to initially speak on behalf of the Claimants. Mr. Gilbert stated State Court action is stayed as this Court has jurisdiction pending this Court's decision in the limitation of liability |

matter. The Judge then inquired into mediation. Mr.
Gilbert stated that the Claimants were agreed to pursue
mediation, if possible, during the third week of June.
He noted that Mr. Marchan and other attys for
Claimants wanted to pursue discovery against
American Commercial Barge during the time period
b/mediation as the Clmts recognize that the insurance
policies at issue in this case are eroding policies and so
any expenses or fees incurred by their firm goes
against those limits of the insurance. Mr. Gilbert stated
that Claimants, other then the Economic Loss
Claimants had discussed former Federal Judge De
Anda as a possibility to act as mediator. Mr. Gilbert
also noted the importance of dealing with the Motion
for Sum/Jum. as to the ELC b/Mediation. He states
that as long as parties met the agreed deadlines and
continued to cooperate, then mediation would be
possible in the 3rd wk of June. The Judge then
inquired as to when Motion for Sum/Jgm. as to the
ELC would be ripe. Mr. Slack noted that the Court had
denied the motion to extend the dealine of the first
motion submitted by Petitioners, which meant that the
reply date was by the end of business on 4/22. He
stated that another motion for summary judgment had
now been filed by the Claimants, which contained
some different legal arguments/citations, so he
requested the Court extend the deadline to reply so
that he could address both motions in a single reply.
He noted that the reply due date would then be May
7th but also requsted additional time to secure
affidavits in support of their economic damages
claims. Mr. Medrano advied the court that the (non-
economic loss) Claimants had spoken with former
federal Judge De Anda about acting a mediator . Mr.
Medrano also noted that the Petitioners had a different
mediator in mind. In Response, Mr. Pierson for
Petitioners noted that they did not object to Judge
DeAnda, but that they preferred someone with more

experience in maritime law. He also stressed the importance of deciding the summary judgment motion b/mediation as well as issue of the insurance policies payout in the event of success by the Claimants. Mr. Slack went on to note that the clerk needed to make an entry of default and also asserted that Petitioner's belief was that the summary judgment motion was ripe and that there was no point in delaying ruling on it because he asserted that as a settled matter of maritime law, economic damages claims are not permitted and that nothing that the ELC could come up with following an extension would change that. Mr. Goodier on behalf of American Com. also urged the Court to accept the Pet. choice of mediator. He also stated policies are eroding policies of ins. that are actually covering both American Commercial Lines,American Commercial Barge Lines, and Brown Water and that the Petitioners are tryin to hold expenses down because of the limits of the primarily policies. The Judge then appointed Judge De Anda as mediator and set May 9 as the date for Court ruling on sum/jgm motions. Clmts. again stressed importance of discovery for determing amt.(of the polices) available to satisfy clmts. Mr. Uhles advised Court that regarding sum/jgm motion as to ELC that sum/jgm as to Bigo would not be appropriate as they appeared to have a proper claim for loss of their vehicle and some receipts. The Judge then called pro se Clmts. None answered. Mr. Pierson indicated that the Clmts had not participated in the Rule 26 conference and had not been in contact since the initial claims came in. Mr. Pierson then promises Court that he would check files to make sure address for pr se are correct. Mr.Marchan noted there is outstanding motion by Cameron County District Atty to quash. The Judge stated the Court would check on it and issue a ruling when appropriate. Regaring limitaion of liability, Mr. Pierson advised Court that parties expect first to mediation and then

| | | |
|---|---|---|
| | | failing mediation, to extend dicovery dates until the Court decides limitation issues. He stated that once this Court issues ruling on limitation of then under his understanding of law that the Court continue to keep case and try it on issue of damages or it can release the case back to the state court to determine damages and full liability in state court proceedings, but that the plan that the Parties have jointly submitted does take this Court though a decision on the limitatins issue. The Judge then stated that should mediation fail, she hoped that in an effort to streamline the case the Parties ould work to decide whatever issues they could in medation before ending the mediation. The Court was then in recess. (ogutierrez) Modified on 05/21/2002 (Entered: 04/25/2002) |
| 04/23/2002 | | **Terminated attorney Leslie D Cassidy III for American Commercial, attorney Leslie D Cassidy III for Amercian Commercial, attorney Leslie D Cassidy III for American Commercial (ogutierrez) (Entered: 04/23/2002) |
| 04/23/2002 | 154 | ORDER granting [148-1] motion for Andres H Gonzalez Jr to appear pro hac vice , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 04/23/2002) |
| 04/23/2002 | | **Renoticed document [155-1] clerk default (ogutierrez) (Entered: 04/23/2002) |
| 04/25/2002 | | **Renoticed document [152-1] order (ghill) (Entered: 04/25/2002) |
| 04/25/2002 | | Deadline updated; granting [127-1] motion for default judgment against non-appearing claimants granting [122-1] motion for default judgment against all non-appearance claimants by Order no. 156. (ogutierrez) (Entered: 04/25/2002) |
| 04/25/2002 | | Deadline updated; granting [121-1] motion for Glenn |

|  |  |  |
|---|---|---|
|  |  | Gill Goodier to appear pro hac vice granting [51-1] motion for expedited hearing (ogutierrez) (Entered: 04/25/2002) |
| 04/25/2002 |  | **Added party James DeAnda as Mediator. (ogutierrez) (Entered: 04/25/2002) |
| 04/25/2002 | 160 | Second Amended Original Claim and ANSWER to Complaint by J Antonio Mireles, Juan Antonio Mireles, Soledad Gonzalez Mireles (Added attorney ), filed. (ogutierrez) (Entered: 04/25/2002) |
| 04/25/2002 | 161 | CERTIFICATE OF INTERESTED PARTIES by J Antonio Mireles, Juan Antonio Mireles, Soledad Gonzalez Mireles , filed. (ogutierrez) (Entered: 04/25/2002) |
| 04/26/2002 | 162 | NOTICE of Advisory to the Court by Brown Water Towing I, Brown Water Marine , filed (ogutierrez) Modified on 05/01/2002 (Entered: 04/30/2002) |
| 05/02/2002 | 163 | NOTICE of Scrivener's Error regarding Petitioner's Brown Water's Motion for Summary Judgment by Hector Martinez Sr , filed (ogutierrez) (Entered: 05/02/2002) |
| 05/02/2002 |  | **Address labels only (ogutierrez) (Entered: 05/02/2002) |
| 05/03/2002 | 164 | Copy of Letter from Mr. Willette and Mr. Kraehe to all counsel in this case. (ogutierrez) (Entered: 05/03/2002) |
| 05/06/2002 | 165 | CERTIFICATE OF INTERESTED PARTIES by Omar Garcia Hinojosa , filed. (ogutierrez) (Entered: 05/06/2002) |
| 05/07/2002 | 166 | INITIAL DISCLOSURE by Hector Martinez Sr, filed. (ogutierrez) (Entered: 05/07/2002) |
| 05/07/2002 | 167 | INITIAL DISCLOSURE by Rolando Lee Moya, Alberto Leroy Moya, Antonio Salinas Jr, Roberto |

Case 1:01-cv-00157   Document 445-3   Filed in TXSD on 07/29/2005   Page 14 of 40

| | | |
|---|---|---|
| | | Espericueta , filed. (ogutierrez) (Entered: 05/07/2002) |
| 05/07/2002 | 168 | CERTIFICATE OF INTERESTED PARTIES by Rolando Lee Moya, Alberto Leroy Moya, Antonio Salinas Jr, Roberto Espericueta , filed. (ogutierrez) (Entered: 05/07/2002) |
| 05/07/2002 | 169 | INITIAL DISCLOSURE by 202 Bayside Bar & and all attached as Exhibit A , filed. (ogutierrez) (Entered: 05/07/2002) |
| 05/07/2002 | 170 | RESPONSE by Economic Damage Claimants to [128-1] motion for summary judgment as to purely economic claims, [113-1] motion for summary judgment , filed. (ogutierrez) (Entered: 05/07/2002) |
| 05/07/2002 | 171 | INITIAL DISCLOSURE by State of Texas , filed. (ogutierrez) (Entered: 05/08/2002) |
| 05/07/2002 | 172 | INITIAL DISCLOSURE by Rene Mata, Frank Mata , filed. (ogutierrez) (Entered: 05/08/2002) |
| 05/07/2002 | 173 | INITIAL DISCLOSURE by Esteban F Rivas, Mira Miriam Rivas , filed. (ogutierrez) (Entered: 05/08/2002) |
| 05/08/2002 | 174 | INITIAL DISCLOSURE by William E Kimbrell , filed. (ogutierrez) (Entered: 05/08/2002) |
| 05/08/2002 | 175 | INITIAL DISCLOSURE by Brown Water Towing I, Brown Water Marine, Amercian Commercial, American Commercial , filed. (ogutierrez) (Entered: 05/09/2002) |
| 05/09/2002 | 176 | ORDER granting Brown Water [113-1] motion for summary judgment granting [128-1] motion for summary judgment as to purely economic claims set show cause hearing for 2:00 5/20/02 before Judge Hilda G. Tagle , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 05/09/2002) |
| | | |

| 05/09/2002 | 177 | INITIAL DISCLOSURE by Richard "Ricky" Leavell, Carol Leavell , filed. (ogutierrez) (Entered: 05/09/2002) |
|---|---|---|
| 05/10/2002 | 178 | RESPONSE by Esteban F Rivas, Mira Miriam Rivas to [142-1] motion for leave to file petition in intervention in the claim of Esteban F Rivas and Miriam Rivas , filed. (ogutierrez) (Entered: 05/13/2002) |
| 05/13/2002 | 179 | AMENDED ANSWER to Complaint by Jacqueline Paddock : amending [72-1] answer to Brown Water Towing and Brown Water Marine's Libel and petition, filed. (ogutierrez) (Entered: 05/15/2002) |
| 05/13/2002 | 180 | AMENDED ANSWER to Complaint by Jacqueline Paddock : amends [72-1] answer to American Commercial Barge Lines Cause of exoneration from or limitation of Liability Petition , filed. (ogutierrez) (Entered: 05/15/2002) |
| 05/20/2002 | 181 | BRIEF on Rule 11 SANCTIONS by Michael Slack's, filed. (ogutierrez) (Entered: 05/20/2002) |
| 05/20/2002 | 182 | MOTION to sever by Brown Water Towing I, Brown Water Marine, Motion Docket Date 6/9/02 [182-1] motion , filed. (ogutierrez) (Entered: 05/20/2002) |
| 05/20/2002 | 183 | Minute entry: Rule 11 Show Cause held b/Judge Tagle. Apps: Michael L Slack. Ct Reporter: Breck Record . Law Clerk is Rick Roberts. Show cause hearing was held for the limited purpose of determing whether Rule 11 sanctions should be ordered against the atty for the claimants styled "Economic Damage Claimants". After Mr. Slacks arguments and response to the Rule 11 Show Cause, Court stated that there would be no further action in connection with the Rule 11 Show Cause hearing. The Court stood in recess. (ogutierrez) (Entered: 05/21/2002) |
| 05/21/2002 | | Deadline updated; granting [40-2] motion to substitute |

| | | |
|---|---|---|
| | | attorney Julian Rodriguez Jr in place of Robert E Ammons and Ramon Garcia as per minute entry no. 157. (ogutierrez) (Entered: 05/21/2002) |
| 05/28/2002 | 184 | MOTION for summary judgment on claims asserted by certain claimants who sustained no physical injury or impact by Brown Water Towing I, Brown Water Marine, Motion Docket Date , filed. (ogutierrez) (Entered: 05/28/2002) |
| 05/28/2002 | 185 | Amended MOTION to sever by Brown Water Towing I, Brown Water Marine, Motion Docket Date 6/17/02 [185-1] motion , filed. (ogutierrez) (Entered: 05/28/2002) |
| 05/28/2002 | 186 | Certificate of DISCLOSURE by William E Kimbrell , filed. (ogutierrez) (Entered: 05/28/2002) |
| 05/29/2002 | 187 | MOTION to postpone and re-schedule mediation by Brown Water Towing I & all Parties, Motion Docket Date 6/18/02 [187-1] motion , filed. (ogutierrez) (Entered: 05/30/2002) |
| 05/29/2002 | 188 | ORDER granting [185-1] motion to sever, entered; It is Ordered that the claims against Petitioners Brown Water Marine Service Inc and Brown Water Towing I Inc ofthe claimants attached as Exhibit "A" are servered into a separate proceeding C A B-2-115, so that the Court's Order of May 9,2002 (dkt.176) can become final judgment with respect to these claims. that Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 05/30/2002) |
| 05/29/2002 | | Deadline updated; mooting [182-1] motion to sever. Amended motion was ruled on 5/29/02. Dkt. no. 188. (ogutierrez) (Entered: 05/30/2002) |
| 06/06/2002 | 189 | RESPONSE by Brown Water Towing I, Brown Water Marine to [187-1] motion to postpone and re-schedule mediation , filed. (ogutierrez) (Entered: 06/06/2002) |
| | | |

| 06/07/2002 | 190 | MEMORANDUM by American Commercial in opposition to [187-1] motion to postpone and re-schedule mediation , filed (ogutierrez) (Entered: 06/07/2002) |
|---|---|---|
| 06/10/2002 | 191 | Amended List of Entities Financially Interested by Laguna Madre Water , filed. (ogutierrez) (Entered: 06/11/2002) |
| 06/12/2002 | 192 | ORDER set hearing 9:00 6/14/02 before Judge Hilda G. Tagle , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 06/12/2002) |
| 06/14/2002 | | Deadline updated; granting [142-1] motion for leave to file petition in intervention in the claim of Esteban F Rivas and Miriam Rivas mooting [123-1] motion to strike [117-1] motion to intervene in the claim of Esteban F Rivas and Miriam Rivas individually and as representative ofthe estate Stvan F Rivas granting [117-1] motion to intervene in the claim of Esteban F Rivas and Miriam Rivas individually and as representative ofthe estate Stvan F Rivas granting [116-1] motion to intervene in the claim of Esteban F. Rivas and Miriam Rivas (ogutierrez) (Entered: 06/14/2002) |
| 06/14/2002 | | Deadline updated; granting [115-1] motion referring case to mediation granting [42-1] motion for expedited ruling on continuance of Initial Pretrial Conference granting [42-2] motion notice of filing Proposed Joint Discovery/Case Management Plan (ogutierrez) (Entered: 06/14/2002) |
| 06/14/2002 | | Deadline updated; terminating [53-1] motion for leave to intervene terminating [52-1] motion for reconsideration of [48-1] order terminating [46-2] motion for leave to intervene as per minute entry of 4/22/02 No.159. (ogutierrez) (Entered: 06/14/2002) |
| 06/14/2002 | | Consolidated Lead Case. Member Case is B-02-125. |

| | | |
|---|---|---|
| | | (ogutierrez) (Entered: 06/17/2002) |
| 06/14/2002 | 193 | TRANSCRIPT OF PROCEEDINGS of Pretrial Conference for dates of 4/22/02 before Judge Hilda G Tagle , filed. ( Court Rptr: Breck Record) (ogutierrez) (Entered: 06/18/2002) |
| 06/14/2002 | 194 | Minute entry: Hearing on Rescheduling mediation held b/Judge Tagle. Apps: Will Pierson,Keith Uhles,James Hunter, Heriberto Medrano, Frank Enriquez, Helen Delgadillo f/Ray Marchan, Timothy Raub, Jack Gilbert, Andy Gonzalez and Veronica Faria/Ad Litem. Ct Reporter: Breck Record/LawClerk Rick Roberts . Judge Tagle Granted the motion to postpone and reschedule mediation. The Judge also reset all deadlines, moving them back 90 days. The Judge also agreed Mr. Pierson and Mr. Medrano to act as designated intermediaries for all communications between the Court and the Parties. All notices and orders from the Court will now be sent to them and then distributed to all the Parties. (ogutierrez) (Entered: 06/19/2002) |
| 06/19/2002 | 195 | ORDER granting [187-1] motion to postpone and re-schedule mediation mediation deadline is 9/9/02 , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 06/19/2002) |
| 06/21/2002 | 196 | Unopposed MOTION for leave to file Rescuer-Claimants Response by Rolando Lee Moya, Alberto Leroy Moya, Antonio Salinas Jr, Roberto Espericueta, Motion Docket Date 7/11/02 [196-1] motion , filed. (ogutierrez) (Entered: 06/21/2002) |
| 06/21/2002 | 197 | RESPONSE by Rolando Lee Moya, Alberto Leroy Moya, Antonio Salinas Jr, Roberto Espericueta in opposition to [184-1] motion for summary judgment on claims asserted by certain claimants who sustained no physical injury or impact , filed (ogutierrez) (Entered: 06/21/2002) |
| | | |

| 06/25/2002 | 198 | Letter MOTION to dismiss parties by Robert Fandrich, Virginia Fandrich, Motion Docket Date 7/15/02 [198-1] motion , filed (ogutierrez) (Entered: 06/25/2002) |
|---|---|---|
| 07/01/2002 | 199 | Claimants Unopposed MOTION for appointment of claimants' steering committe, lead trial attorney and lead liason attorney by Esteban F Rivas, et al Motion Docket Date 7/21/02 [199-1] motion , filed. (ogutierrez) (Entered: 07/01/2002) |
| 07/03/2002 | 200 | NOTICE of Local Rule 7.2 Certificate by American Commercial , filed (ogutierrez) (Entered: 07/09/2002) |
| 07/03/2002 | 201 | Unopposed MOTION for leave to file Amended Complaint by American Commercial, Motion Docket Date 7/23/02 [201-1] motion , filed. (ogutierrez) (Entered: 07/09/2002) |
| 07/03/2002 | 202 | AMENDED COMPLAINT by American Commercial Lines ,(Answer due 3:00 1/28/02 ) amending [1-1] complaint , filed. (ogutierrez) (Entered: 07/09/2002) |
| 07/05/2002 | | Received letter from Mr. Geoffrey Amsel notifying the Court of his vacation schedule from 7/18/02 thru 7/26/02. (ogutierrez) (Entered: 07/09/2002) |
| 07/25/2002 | 203 | ORDER approving [4-1] Ad Interim stipulation as to the value of the Barges secured by the Letter of Undertaking in the amount of the value of the Barges and their pending freight as of September 15, 2001 in addition to costs of court and interest at the rate of 6% per annum, and subject to such increases and decreases in each stipulation as the Court may, from time to time, deem proper. Entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (lalaniz) (Entered: 07/26/2002) |
| 07/29/2002 | 204 | MOTION to compel discovery from American Commercial Barge Lines and American Commercial Lines by Esteban F Rivas,et al (all Claimants except |

| | | |
|---|---|---|
| | | Economic Damage Claimants are not included) Motion Docket Date 8/18/02 [204-1] motion , filed. (ogutierrez) (Entered: 07/29/2002) |
| 08/12/2002 | 205 | ORDER granting [201-1] motion for leave to file Amended Complaint , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 08/12/2002) |
| 08/12/2002 | | **Added for Watts & Heard, LLP, Watts & Heard LLP attorney Mikal C Watts (ogutierrez) (Entered: 08/12/2002) |
| 08/12/2002 | 206 | ORDER granting [199-1] motion for appointment of claimants' steering committe, lead trial attorney and lead liason attorney , entered;Attys appointed for Steering Committee are Mkal Watts, Heriberto Medrano, Jack Gilbert, and Stephen Mark Strawn. Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 08/12/2002) |
| 08/19/2002 | 207 | MEMORANDUM by Amercian Commercial, American Commercial in opposition to [204-1] motion to compel discovery from American Commercial Barge Lines and American Commercial Lines , filed (ogutierrez) (Entered: 08/19/2002) |
| 09/06/2002 | 208 | MOTION for leave to assert third amended complaint against Cameron County by Brown Water Towing I, Brown Water Marine, Motion Docket Date 9/26/02 [208-1] motion , filed. (ogutierrez) (Entered: 09/06/2002) |
| 09/06/2002 | 209 | CROSSCLAIM by defendant Brown Water Towing I, defendant Brown Water Marine against State of Texas, filed. (ogutierrez) Modified on 11/16/2004 - crossdefendant's name corrected(ltien, ). (Entered: 09/06/2002) |
| 09/16/2002 | 210 | Amended CROSS-CLAIM by defendant Brown Water Towing I against State of Texas , filed. (ogutierrez) |

| | | |
|---|---|---|
| | | (Entered: 09/16/2002) |
| 09/16/2002 | 211 | MOTION to compel Michael Cowen to produce Medical Records concerning decedent Chealsa Welch by Brown Water Towing I, Motion Docket Date 10/6/02 [211-1] motion , filed. (ogutierrez) (Entered: 09/16/2002) |
| 09/27/2002 | 212 | ANSWER by State of Texas to [210-1] cross claim, [209-1] cross claim , filed. (ogutierrez) (Entered: 10/01/2002) |
| 09/30/2002 | 213 | Alternate Dispute Resolution Provider MEMORANDUM by mediator James DeAnda, filed. This case referred to ADR Did Not Settle. (mhorn) Modified on 10/08/2002 (Entered: 10/07/2002) |
| 10/23/2002 | | Transmitted supplemental record on appeal: As per designation of record, certified copies of docs. #1, 90, 113, 128, & 170 are being forwarded to the Court of Appeals (case on appeal is B-02-115) (mperez) (Entered: 10/23/2002) |
| 11/27/2002 | 214 | COUNTERCLAIM and CROSS-CLAIM by Petitioners and Claimaints against State of Texas , filed. (ogutierrez) (Entered: 12/02/2002) |
| 12/10/2002 | 215 | MOTION for leave to assert Third Party Complaint and Cross-claim by American Commercial Amercian Commercial Barge, Deere Credit State Street Bank and General Electric Capital against Cameron County, Motion Docket Date 12/30/02 [215-1] motion , filed. (ogutierrez) (Entered: 12/12/2002) |
| 12/18/2002 | 216 | MOTION with brief in support to dismiss by State of Texas, Motion Docket Date 1/7/03 [216-1] motion , filed (ogutierrez) (Entered: 12/18/2002) |
| 01/06/2003 | 217 | Memorandum in opposition by American Commercial in opposition to [216-1] motion to dismiss , filed (ogutierrez) (Entered: 01/08/2003) |
| | | |

| 01/07/2003 | 218 | RESPONSE by Brown Water Towing I, Brown Water Marine to [216-1] motion to dismiss , filed. (ogutierrez) (Entered: 01/08/2003) |
| 01/07/2003 | 219 | ANSWER to claim by Brown Water Towing I, Brown Water Marine to the claim of the State of Texas, filed. (ogutierrez) (Entered: 01/08/2003) |
| 01/21/2003 | 220 | SUPPLEMENT to [161-1] Initial Disclosures by J Antonio Mireles , filed. (ogutierrez) (Entered: 01/22/2003) |
| 01/23/2003 | 221 | DESIGNATION OF EXPERT WITNESS LIST by Southwestern Bell filed. (ogutierrez) (Entered: 01/24/2003) |
| 01/27/2003 | 222 | BRIEF by State of Texas in support of [216-1] motion to dismiss , filed. (ogutierrez) (Entered: 01/29/2003) |
| 01/31/2003 | 223 | DESIGNATION OF EXPERT WITNESS LIST by Laguna Madre Water filed. (ogutierrez) (Entered: 02/03/2003) |
| 02/04/2003 | 224 | SUGGESTION OF BANKRUPTCY by Amercian Commercial, American Commercial , filed. (ogutierrez) (Entered: 02/04/2003) |
| 02/05/2003 | 225 | Corrected SUGGESTION OF BANKRUPTCY by Amercian Commercial, American Commercial , filed. (ogutierrez) (Entered: 02/05/2003) |
| 02/06/2003 | 226 | DESIGNATION OF EXPERTS by Rene Mata, Frank Mata filed. Exhibits A,B,C attached. (ogutierrez) (Entered: 02/07/2003) |
| 02/24/2003 | 227 | SUPPLEMENT to [218-1] response by Brown Water Towing I , filed. (ogutierrez) (Entered: 02/25/2003) |
| 03/31/2003 | 228 | ORDER mooting [216-1] motion to dismiss mooting [215-1] motion for leave to assert Third Party Complaint and Cross-claim mooting [211-1] motion to compel Michael Cowen to produce Medical Records |

| | | |
|---|---|---|
| | | concerning decedent Chealsa Welch mooting [208-1] motion for leave to assert third amended complaint against Cameron County mooting [204-1] motion to compel discovery from American Commercial Barge Lines and American Commercial Lines mooting [198-1] motion to dismiss parties mooting [196-1] motion for leave to file Rescuer-Claimants Response mooting [184-1] motion for summary judgment on claims asserted by certain claimants who sustained no physical injury or impact mooting [136-1] motion for Mike Davis to appear pro hac vice mooting [133-1] motion to proceed in forma pauperis , entered; The Court having received a Suggestion of Bankruptcy and a Corrected Suggestion of Bankruptcy, this case is held in abeyance pursuant to the automatic stay provision in 11:362. All pending motions are MOOTED until such time as the parties either file a motion to reconsider, notify the Court that the stay has been lifted, or brief the Court on why the stay is no longer applicable.Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 03/31/2003) |
| 10/30/2003 | | Received from Mediator James De Anda a copy of ADR Memorandum addressed to Melissa Horn of case not settling at mediation. Placed on correspondence side. (ogutierrez) (Entered: 11/03/2003) |
| 11/03/2003 | 229 | Alternate Dispute Resolution Provider MEMORANDUM by mediator James DeAnda, filed. This case rferred to ADR Did Not Settle. (mhorn) (Entered: 11/03/2003) |
| 11/03/2003 | 230 | Notice of change of address by Southwestern Bell , filed. (ogutierrez) (Entered: 11/05/2003) |
| 01/08/2004 | 231 | MOTION with memorandum in support for status conference by State of Texas, Motion Docket Date 1/28/04 [231-1] motion , filed (mperez) (Entered: 01/13/2004) |
| | | |

| 01/08/2004 | 232 | NOTICE of Modification and lifting of automatic bankruptcy stay by State of Texas , filed (mperez) (Entered: 01/13/2004) |
|---|---|---|
| 02/09/2004 | 233 | ORDER Set status conference for 2:00 2/18/04 before Judge Hilda G. Tagle , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (mperez) (Entered: 02/10/2004) |
| 02/12/2004 | 234 | MOTION to appear on behalf of attorney in charge by Southwestern Bell, Motion Docket Date 3/3/04 [234-1] motion , filed. (mperez) (Entered: 02/12/2004) |
| 02/13/2004 | 235 | MOTION to substitute attorney Ray R. Marchan in place of Mikal C. Watts for purposes of status conference by Esteban F Rivas, Mira Miriam Rivas, Gustavo Morales, Bigo's International, Lydia Zamora, Jacqueline Paddock, William Welch minor, Laguna Madre Raquel Teran Hinojosa, Clarissa Hinojosa, Omar Garcia Hinojosa, Gaspar Hinjosa II, Bridgette Goza, Southwestern Bell, Robert Fandrich, Virginia Fandrich, Rene Mata, Frank Mata, Anita Harris, Martin D Hinojosa, Rita S Hinojosa, Hector Martinez Sr, William Morris Welch, Richard "Ricky" Leavell, Carol Leavell, State of Texas, J Antonio Mireles, Juan Antonio Mireles, Soledad Gonzalez Mireles, John A McCoy, Mary McCoy, Amercian Commercial, American William E Kimbrell, Rolando Lee Moya, Alberto Leroy Moya, Antonio Salinas Jr, Roberto Espericueta, 202 Bayside Bar &, Motion Docket Date 3/4/04 [235-1] motion , filed. (mperez) (Entered: 02/17/2004) |
| 02/13/2004 | 236 | Certificate of Conference by Esteban F Rivas, Mira Miriam Rivas, Gustavo Morales, Bigo's International, Lydia Zamora, Jacqueline Paddock, William Welch minor, Laguna Madre Water, Raquel Teran Hinojosa, Clarissa Hinojosa, Omar Garcia Hinojosa, Gaspar Hinjosa II, Bridgette Goza, Southwestern Bell, Robert |

| | | |
|---|---|---|
| | | Fandrich, Virginia Fandrich, Rene Mata, Frank Mata, Anita Harris, Martin D Hinojosa, Rita S Hinojosa, Hector Martinez Sr, William Morris Welch, Richard "Ricky" Leavell, Carol Leavell, State of Texas, J Antonio Mireles, Juan Antonio Mireles, Soledad Gonzalez Mireles, John A McCoy, Mary McCoy, Amercian Commercial, American Commercial, William E Kimbrell, Rolando Lee Moya, Alberto Leroy Moya, Antonio Salinas Jr, Roberto Espericueta, 202 Bayside Bar & to [235-1] motion to substitute attorney Ray R. Marchan in place of Mikal C. Watts for purposes of status conference , filed. (mperez) (Entered: 02/17/2004) |
| 02/13/2004 | 237 | ORDER granting [234-1] motion for Eduardo R. Rodriguez to appear on behalf of attorney in charge , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (mperez) (Entered: 02/17/2004) |
| 02/18/2004 | 238 | ORDER granting [235-1] motion to substitute attorney Ray R. Marchan in place of Mikal C. Watts for purposes of status conference, entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (mperez) (Entered: 02/18/2004) |
| 02/18/2004 | 239 | Status conference held before Judge Hilda G. Tagle Ct Reporter: Heather Hall; Will Pierson, Jack Partridge, Keith Uhles, Mark J. Spansel, Glenn G. Goodier f/plaintiffs; John D. Franz, David Jones, J. Chadd Gauntt, Jack F. Gilbert, Francisco Martinez, Byron Buchanon, Mark Strawn, Ray R. Marchan, Heriberto Medrano, J.A. Magallanes, Julian Rodriguez, Richard L. Harrell, Frank Enriquez, Eduardo Rodriguez f/claimants; The Court informed the parties that Veronica Farias was excused from appearing at the status conference. The Court informed the parties the following motions would be placed back on the Court's docket. (216-1) Motion to dismiss, (215-1) motion for leave to assert, (211-1) motion to compel; |

| | | |
|---|---|---|
| | | (208-1) motion for leave to assert amended complaint, (204-1) motion to compel discovery, (198-1) motion to dismiss parties, (196-1) motion for leave to file Rescuer-Claimant's Response, (184-1) motion for summary judgment, (136-1) motion for Mike Davis to appear pro hac vice, and (133-1) motion to proceed in forma pauperis. The Court informed the parties it intends to rule on all pending motions before the end of March and will inform the parties if a hearing is deemed necessary. The parties briefly explained the proceeding in the bankruptcy court, in the mediation, and the bankruptcy court's order modifying the automatic stay. Mr. Gilbert explained that mediation had not been successful. Mr. Goodier explained that the settlement would not be probable until the Court ruled on exoneration. The Court ordered the parties to submit a joint amended proposed scheduling order no later than March 3, 2004. The Court Ordered a trial setting in February 2005. (mperez) (Entered: 02/20/2004) |
| 02/18/2004 | 240 | MOTION Rule 1 to appear by Rene Mata, Frank Mata, Motion Docket Date 3/9/04 [240-1] motion , filed. (mperez) (Entered: 02/20/2004) |
| 02/18/2004 | 241 | ORDER granting [240-1] motion Rule 1 to appear , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (mperez) (Entered: 02/20/2004) |
| 02/18/2004 | 242 | ORDER , entered; The Court being informed that the United States Bankruptcy Court has lifted the automatic stay ORDERS this case placed on the Court's active docket. Furthermore, the Court ORDERS the clerk of the court to place the following motions on the Court's docket. (216-1) motion to dismiss; (215-1) motion for leave; (211-1) motion to compel; (208-1) motion for leave to assert third amended complaint; (204-1) motion to compel discovery; (198-1) motion to dismiss parties; (196-1) |

| | | |
|---|---|---|
| | | motion for leave to file Rescuer-Claimaint's Response; (184-1) motion for summary judgment; (136-1) motion for Mike Davis to appear pro hac vice and (133-1) motion to proceed in forma pauperis. These motions are no longer moot and are pending on the Court's docket as of today, February 18, 2004. Parties notified. ( signed by Judge Hilda G. Tagle ) (mperez) (Entered: 02/20/2004) |
| 02/18/2004 | | **Reopen [216-1] motion to dismiss, [215-1] motion for leave to assert Third Party Complaint and Cross-claim, [211-1] motion to compel Michael Cowen to produce Medical Records concerning decedent Chealsa Welch, [208-1] motion for leave to assert third amended complaint against Cameron County, [204-1] motion to compel discovery from American Commercial Barge Lines and American Commercial Lines, [198-1] motion to dismiss parties, [196-1] motion for leave to file Rescuer-Claimants Response, [184-1] motion for summary judgment on claims asserted by certain claimants who sustained no physical injury or impact, [136-1] motion for Mike Davis to appear pro hac vice (mperez) (Entered: 02/20/2004) |
| 02/18/2004 | | **Reopen [133-1] motion to proceed in forma pauperis (mperez) (Entered: 02/20/2004) |
| 03/22/2004 | 243 | MOTION with memorandum in support for leave to file Supplemental Memorandum by American Commercial, Motion Docket Date 4/11/04 [243-1] motion , filed (mperez) (Entered: 03/24/2004) |
| 04/05/2004 | 244 | MOTION with memorandum in support for leave to file Supplemental Reply Brief by State of Texas, Motion Docket Date 4/25/04 [244-1] motion , filed (mperez) (Entered: 04/06/2004) |
| 04/05/2004 | 245 | SUPPLEMENTAL REPLY BRIEF to [216-1] motion to dismiss by State of Texas , filed. (mperez) (Entered: |

| | | |
|---|---|---|
| | | 04/06/2004) |
| 04/07/2004 | 246 | MOTION for leave to assert third party complaint by Brown Water Towing I, Brown Water Marine, Motion Docket Date 4/27/04 [246-1] motion , filed. (mperez) (Entered: 04/07/2004) |
| 04/08/2004 | 247 | MOTION for leave to Assert Third Party Complaint by American Commercial, American Commercial, Motion Docket Date 4/28/04 [247-1] motion , filed. (rpinales) (Entered: 04/09/2004) |
| 04/12/2004 | 248 | SCHEDULING ORDER setting Joining of parties 4/8/04 ; Pltf expert witness list submitted by 6/30/04 ; Deft expert witness list submitted by 8/15/04 ; Discovery cutoff 11/23/04 ; Deadline for filing all dispositive motions 12/15/04 ; Pretrial order to be submitted on or before 1/17/05 ; Final Pretrial Conference 1:30 2/3/05 Docket call deadline 1:30 2/3/05 ; set jury selection for 02/07/05 at 9:00am before Judge Hilda G. Tagle before Judge Hilda G. Tagle , entered. Parties notified. ( Signed by Judge Hilda G. Tagle ) (rpinales) (Entered: 04/13/2004) |
| 04/23/2004 | 249 | TRANSCRIPT OF PROCEEDINGS of Status Conference for dates of 02/18/04 before Judge Hilda G. Tagle , filed. ( Court Rptr: Heather Hall) (rpinales) (Entered: 04/26/2004) |
| 05/06/2004 | 250 | MOTION and incorporated memorandum for leave to file Second Supplemental Reply Brief in support of the state of Texas' motion to dismiss on the basis of sovereign immunity and the eleventh amendment by State of Texas, Motion Docket Date 5/26/04 [250-1] motion , filed. (rpinales) (Entered: 05/07/2004) |
| 05/07/2004 | 251 | MOTION to consolidate cases by Brown Water Towing I, Brown Water Marine, Motion Docket Date 5/27/04 [251-1] motion , filed. (rpinales) (Entered: 05/07/2004) |
| | | |

| 05/19/2004 | 252 | MOTION with memorandum in support for leave to file Second Supplemental Memorandum in opposition to the motion to dismiss by the State of Texas by American Commercial, Motion Docket Date 6/8/04 [252-1] motion , filed (rpinales) (Entered: 05/19/2004) |
| 05/21/2004 | 253 | NOTICE of Video Deposition and Subpoena Duces Tecum of Stephen Mosher by State of Texas , filed (rpinales) (Entered: 05/24/2004) |
| 05/24/2004 |  | **Added party David Fowler (rpinales) (Entered: 05/24/2004) |
| 05/24/2004 | 254 | OBJECTION to [251-1] motion to consolidate cases by David Fowler , filed. (rpinales) (Entered: 05/24/2004) |
| 06/10/2004 | 255 | MOTION for leave to file Reply by Brown Water Towing I, Brown Water Marine, Motion Docket Date 6/30/04 [255-1] motion , filed. (mperez) (Entered: 06/10/2004) |
| 06/30/2004 | 256 | DESIGNATION OF EXPERT WITNESS LIST by Rolando Lee Moya, Alberto Leroy Moya, Antonio Salinas Jr, Roberto Espericueta filed. (dahumada) (Entered: 07/01/2004) |
| 07/01/2004 | 257 | CERTIFICATE OF DISCLOSURE by William E Kimbrell , filed. (dahumada) (Entered: 07/01/2004) |
| 08/02/2004 | 258 | DESIGNATION OF EXPERT WITNESS LIST by Bridgette Goza filed. (mperez) (Entered: 08/02/2004) |
| 09/13/2004 | 259 | ORDER Grants 136 Motion to Appear Pro Hac Vice, Motion Docket Date.( Signed by Judge Hilda G Tagle ) Parties notified.(dahumada, ) (Entered: 09/13/2004) |
| 09/13/2004 | 260 | ORDER granting 215 Motion for Leave to File . ( Signed by Judge Hilda G Tagle ) Parties notified. (dahumada, ) (Entered: 09/13/2004) |
| | | |



| 09/13/2004 | ❍ 261 | ORDER granting 208 Motion for Leave to File . ( Signed by Judge Hilda G Tagle ) Parties notified. (dahumada, ) (Entered: 09/13/2004) |
|---|---|---|
| 09/13/2004 | ❍ 262 | ORDER granting 133 Motion for Leave to Proceed in forma pauperis .( Signed by Judge Hilda G Tagle ) Parties notified.(dahumada, ) (Entered: 09/13/2004) |
| 09/13/2004 | ❍ 263 | ORDER Grants (Dkt No. 196-1) Motion.( Signed by Judge Hilda G Tagle ) Parties notified.(dahumada, ) (Entered: 09/13/2004) |
| 09/13/2004 | ❍ 264 | ORDER denying 198 Motion .( Signed by Judge Hilda G Tagle ) Parties notified.(dahumada, ) (Entered: 09/13/2004) |
| 09/15/2004 | | ***Motions terminated: 231 Motion for Conference, Motion Docket Date. (dahumada, ) (Entered: 09/15/2004) |
| 09/16/2004 | ❍ 265 | MOTION to Withdraw Claimant's First Motion to Compel Discovery from American Commercial Barge Lines, LLC and American Commercial Lines, LLC. by Ray R. Marchan, filed.Motion Docket Date 9/16/2004. (Attachments: # 1)(dahumada, ) (Entered: 09/17/2004) |
| 09/20/2004 | ❍ 266 | The Court ORDERS the parties to appear in order to show cause why the records should or should not be relinquished. Furthermore, in light of Michael Cowen;s failure to respond to a subpoena, requesting the medical records, the Court hereby ORDERS Michael Cowen to appear to show adequate excuse why he failed to obey the subpoena pursuant to Federal Rules of Civil Procedure 45(e). An expedited hearing to consider the above will be held on 29th of September, 2004 at 9:30 a.m. ( Signed by Judge Hilda G Tagle ) Parties notified.(dahumada, ) (Entered: 09/20/2004) |
| 09/20/2004 | ❍ | ***Set/Reset Hearings: Evidentiary Hearing set for |

|  |  | 9/29/2004 09:30 AM before Judge Hilda G Tagle (dahumada, ) (Entered: 09/20/2004) |
|---|---|---|
| 09/21/2004 | 267 | ORDER withdrawing 204 Motion to Compel, granting 265 Motion to Withdraw .( Signed by Judge Hilda G Tagle ) Parties notified.(dahumada, ) (Entered: 09/22/2004) |
| 09/22/2004 | 268 | ORDER denying 184 Motion for Summary Judgment . ( Signed by Judge Hilda G Tagle ) Parties notified. (dahumada, ) (Entered: 09/22/2004) |
| 09/24/2004 | 269 | THIRD PARTY COMPLAINT against all plaintiffs (Filing fee $ 150) filed by Brown Water Marine Inc, Brown Water Towing I Inc.(dahumada, ) (Entered: 09/27/2004) |
| 09/28/2004 | 270 | Mail Returned Undeliverable as to Yolanda De Leon Cameron County D A , filed. (dahumada, ) (Entered: 09/28/2004) |
| 09/28/2004 |  | *** Parties have reconciled evidentiary issue; hearing set for 9/29/04 is cancelled. (Law Clerk Miro Kovacevic) (scavazos, ) (Entered: 09/28/2004) |
| 09/30/2004 | 271 | ORDER denying 216 Motion to Dismiss ( Signed by Judge Hilda G Tagle ) Parties notified.(dahumada, ) (Entered: 09/30/2004) |
| 09/30/2004 |  | ***Motions terminated: 211 Motion to Compel, Motion Docket Date. as mooted. (dahumada, ) (Entered: 09/30/2004) |
| 09/30/2004 | 272 | DESIGNATION OF EXPERT WITNESS LIST by Frank Mata, Rene Mata , filed. (Attachments: # 1 # 2) (dahumada, ) (Entered: 10/01/2004) |
| 09/30/2004 | 273 | DESIGNATION OF EXPERT WITNESS LIST by 202 Bayside Bar & Grill, Amercian Commercial, American Commercial Lines, L.L.C., Bigo's International, LLC, Roberto Espericueta, Robert Fandrich, Virginia Fandrich, Bridgette Goza, Anita |

|  |  | Harris, Gaspar Hinjosa II, Clarissa Hinojosa, Martin D Hinojosa, Omar Garcia Hinojosa, Rita S Hinojosa, William E Kimbrell, Laguna Madre Water District, Carol Leavell, Richard "Ricky& Leavell, Ray R. Marchan, Hector Martinez Sr, Frank Mata, Rene Mata, John A McCoy, Mary McCoy, J Antonio Mireles, Juan Antonio Mireles, Soledad Gonzalez Mireles, Dimas Mora, Gustavo Morales, Alberto Leroy Moya, Rolando Lee Moya, Jacqueline Paddock, Esteban F Rivas, Mira Miriam Rivas, Antonio Salinas Jr, Southwestern Bell Telephone Company, State of Texas, Raquel Teran Hinojosa, William Welch minor, William Morris Welch, Lydia Zamora , filed. (dahumada, ) Additional attachment(s) added on 10/1/2004 (lalaniz, ). Additional attachment(s) added on 10/1/2004 (lalaniz, ). (Entered: 10/01/2004) |
|---|---|---|
| 10/01/2004 | ● 274 | DESIGNATION OF EXPERT WITNESS LIST by Hector Martinez Sr, filed.(dahumada, ) (Entered: 10/01/2004) |
| 10/01/2004 | ● 275 | THIRD PARTY COMPLAINT against Cameron County filed by Amercian Commercial, American Commercial Barge Line LLC, American Commercial Lines, L.L.C..(dahumada, ) (Entered: 10/01/2004) |
| 10/01/2004 | ● 276 | DESIGNATION OF EXPERT WITNESS LIST by Anita Harris, filed.(dahumada, ) (Entered: 10/01/2004) |
| 10/01/2004 | ● 277 | MOTION to Withdraw it's Motion to Compel by Brown Water Marine Inc, filed. Motion Docket Date 10/21/2004. (Attachments: # 1)(dahumada, ) (Entered: 10/01/2004) |
| 10/04/2004 | ● 278 | DESIGNATION OF EXPERT WITNESSES LIST by J Antonio Mireles, Soledad Gonzalez Mireles, filed. (Attachments: # 1 # 2)(dahumada, ) Additional attachment(s) added on 10/6/2004 (bbarbosa, ). (Entered: 10/04/2004) |

| 10/06/2004 | ● 279 | ORDER granting 277 Motion to Withdraw; ( Signed by Judge Hilda G Tagle ) Parties notified.(dahumada, ) (Entered: 10/06/2004) |
|---|---|---|
| 10/06/2004 | | ***Motions terminated: 243 Motion for Leave to File Document, Motion Docket Date, 250 Motion for Leave to File Document, Motion Docket Date,,, 252 Motion for Leave to File Document, Motion Docket Date, 244 Motion for Leave to File Document, Motion Docket Date. NO. 243 AS MOOT, NO. 244 AS MOOT, NO. 250 AS MOOT, AND 252 AS MOOT (dahumada, ) (Entered: 10/06/2004) |
| 10/07/2004 | ● 280 | Mail Returned Undeliverable as to James Barker Manley, filed. (rpinales, ) (Entered: 10/07/2004) |
| 10/07/2004 | ● 281 | DESIGNATION OF EXPERT WITNESS LIST by Clarissa Hinojosa, Omar Garcia Hinojosa, Gaspar Hinjosa, II, Martin D Hinojosa, Rita S Hinojosa, filed. (rpinales, ) (Entered: 10/07/2004) |
| 10/12/2004 | ● 282 | ANSWER to Third Party Complaint and Crossclaim by Cameron County, filed.(mperez, ) (Entered: 10/12/2004) |
| 10/12/2004 | ● 283 | ANSWER to Third Party Complaint by Cameron County, filed.(mperez, ) (Entered: 10/12/2004) |
| 10/12/2004 | ● 284 | NOTICE of attorney appearance and substitution. Attorney Cynthia F Malone added on behalf of Southwestern Bell Telephone Company. Attorney Geoffrey Amsel terminated, filed. (mperez, ) (Entered: 10/13/2004) |
| 10/25/2004 | ● 285 | ORDER granting 246 Motion for Leave to File . All parties are ORDERED to cite specific procedural rules or appropriate case law when motioning the Court in all future filings. The motions before the Court [Dkt. No 246 & 247) are hereby GRANTED.( Signed by Judge Hilda G Tagle ) Parties notified.(bvasquez, ) (Entered: 10/25/2004) |

| 11/02/2004 | | Docket Clerk Instructions: ***Motions terminated: granting (by order dkt 285) 251 Motion to Consolidate Cases, mooting 255 Motion for Leave to File Document,mooting 247 Motion for Leave to File Document, (rpinales, ) (Entered: 11/08/2004) |
|---|---|---|
| 11/03/2004 | ● 286 | Cameron County's MOTION for Continuance of trial and jury selection., MOTION to Sever Cameron County, filed. Motion Docket Date 11/23/2004. (Attachments: # 1 Proposed Order # 2 Proposed Order # 3 Affidavit)(rpinales, ) (Entered: 11/04/2004) |
| 11/08/2004 | ● 287 | Petitioners' Brown Water Towing I, Inc and Brown Water Marine Service, Inc. Unopposed MOTION to Withdraw their 251 Motion to Consolidate Cases by Brown Water Towing I Inc, Brown Water Marine Inc, filed. Motion Docket Date 11/28/2004. (Attachments: # 1 Proposed Order)(rpinales, ) (Entered: 11/08/2004) |
| 11/09/2004 | ● 288 | Third Party Summons Issued as to AG Hill Power, Inc a/k/a JHB Enterprises, Inc. Throught its Registered Agent, Mr. Jack H. Bennet , filed.(rpinales, ) (Entered: 11/10/2004) |
| 11/15/2004 | ● 289 | DESIGNATION OF EXPERT WITNESS LIST by Brown Water Towing I Inc, Brown Water Marine Inc, filed. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit # 11 Exhibit # 12 Exhibit # 13 Exhibit # 14 Exhibit)(Partridge, John) (Entered: 11/15/2004) |
| 11/15/2004 | ● 290 | Petitioners, American Commercial Lines, LLC, American Commercial Barge Lines LLC, Deere Credit, Inc. State Street Bank and Trust Company of connecticut, National Association and General Electric Captial Corporation's DESIGNATION OF EXPERTS by Amercian Commercial, American Commercial Lines, L.L.C., filed. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit |

| | | # 7 Exhibit # 8 Exhibit)(rpinales, ) (Entered: 11/16/2004) |
|---|---|---|
| 11/16/2004 | 291 | ORDER granting 287 Motion to Withdraw; withdrawing 251 Motion to Consolidate Cases, Motion Docket Date .( Signed by Judge Hilda G Tagle ) Parties notified.(rpinales, ) (Entered: 11/16/2004) |
| 11/18/2004 | 292 | Letter from Ray Marchan re: Notification of Vacation, filed. (rpinales, ) (Entered: 11/18/2004) |
| 11/19/2004 | 293 | THIRD PARTY DEFENDANT, A.G. HILL POWER, INC. a/k/a JHB Enterprises, Inc,'s Original Answer by A.G. Hill Power, Inc., filed.(bvasquez, ) (Entered: 11/19/2004) |
| 11/22/2004 | 294 | All (Claimants) Plaintiff's F.R.C.P. 26(a)(1) and (2) INITIAL DISCLOSURES Supplementation by all plaintiffs, filed.(rpinales, ) Additional attachment(s) added on 1/5/2005 (rpinales, ). (Entered: 11/22/2004) |
| 11/26/2004 | 295 | CERTIFICATE OF DISCLOSURES by William E Kimbrell, filed.(dahumada, ) (Entered: 11/26/2004) |
| 11/26/2004 | 296 | THIRD AMENDED INITIAL DISCLOSURES by William E Kimbrell, filed. (Attachments: # 1 # 2 EXHIBIT A# 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10) (dahumada, ) (Entered: 11/26/2004) |
| 11/29/2004 | 297 | Petitioners Brown Water Towing I, Inc. and Brown Water Marine Service, Inc.'s RESPONSE to 286 MOTION to Continue trial and jury selection. MOTION to Sever Cameron County filed by Brown Water Towing I Inc, Brown Water Marine Service Inc. (Attachments: # 1 Proposed Order)(rpinales, ) (Entered: 11/29/2004) |
| 12/02/2004 | 300 | SUPPLEMENTAL DISCLOSURES by American Commercial Barge Line LLC, American Commercial Lines, L.L.C., DEERE CREDIT, INC. (FORMERLY |

|  |  | SENSTAR FINANCE COMPANY), AS OWNER OF BARGE NM-315, STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION,L AS BENEFICIAL OWNER OF BARGE ACL-0033B ("PETITIONERS"), filed.(bvasquez, ) Additional attachment(s) added on 1/5/2005 (rpinales, ). (Entered: 12/03/2004) |
|---|---|---|
| 12/03/2004 | ● 298 | ORDER. Accordingly, the plaintiffs' filing Docket No. 294 is hereby STRICKEN. Furthermore, it is hereby ORDERED that all parties comply with the requirements of General Order 2004-11 in all future filings with the Court. It is further ORDERED that all parties abstain from filing discovery documents with this Court in accordance with Local Rule 5.4. The parties are reminded that Local Rules and General Orders are available to the general public on the United States District Court for the Southern District of Texas' website: http://www.txs.uscourts.gov/.. ( Signed by Judge Hilda G Tagle ) Parties notified. (bvasquez, ) (Entered: 12/03/2004) |
| 12/03/2004 | ● 299 | ORDER. Therefore, Cameron County's motion [Docket No. 286] is hereby GRANTED IN PART AND DENIED IN PART. The Court GRANTS Cameron County's request for continuance. The parties are advised that a revised scheduling order will follow. However, the Court DENIES Cameron County's request for severance. Granting 286 Motion to Continue, denying 286 Motion to Sever .( Signed by Judge Hilda G Tagle ) Parties notified.(bvasquez, ) (Entered: 12/03/2004) |
| 12/03/2004 | ● 301 | All Claimants Plaintiff's INITIAL DISCLOSURES Supplementation by all plaintiffs, filed. (Attachments: |

| | | # (1) Exhibit A# (2) Exhibit A continued# (3) Exhibit A continued# (4) Exhibit B# (5) Exhibit B continued# (6) Exhibit B continued# (7) Exhibit B continued transcript# (8) Exhibit B continued# (9) Exhibit B continued# (10) Exhibit B continued# (11) Transcript# (12) Exhibit B # (13) Exhibit)(rpinales, ) Additional attachment(s) added on 1/5/2005 (rpinales, ). (Entered: 12/06/2004) |
|---|---|---|
| 12/03/2004 | ● 302 | All Claimants Plaintiff's INITIAL DISCLOSURES Supplementation by all plaintiffs, filed. (Attachments: # (1) Exhibit A# (2) Exhibit A continued# (3) Exhibit A continued# (4) Exhibit B# (5) Exhibit B continued# (6) Exhibit B continued# (7) Exhibit B continued transcript# (8) Exhibit B continued# (9) Exhibit B continued# (10) Exhibit B continued# (11) Transcript# (12) Exhibit B # (13) Exhibit)(rpinales, ) Additional attachment(s) added on 1/5/2005 (rpinales, ). (Entered: 12/06/2004) |
| 12/06/2004 | ● 303 | AMENDED SCHEDULING ORDER: Jury Trial Joinder of Parties due by 4/8/2004 Pltf Expert Witness List due by 6/30/2004 Deft Expert Witness List due by 8/15/2004 Discovery as to Cameron County due by 3/8/2005 Dispositive Motion Filing as to Cameron County due by 4/1/2005 Joint Pretrial Order due by 6/15/2005 Pretrial Conference set for 6/29/2005 at 01:30 PM in Courtroom 3 before Judge Hilda G Tagle Docket Call set for 6/29/2005 at 01:30 PM in Courtroom 3 before Judge Hilda G Tagle. Parties are advised that the discovery and dispositive motion deadlines reference in the Scheduling Order of April 12, 2004 will remain in effect for all parties except Cameron County.( Signed by Judge Hilda G Tagle ) Parties notified.(rpinales, ) (Entered: 12/07/2004) |
| 12/09/2004 | ● 304 | ORDER striking 302 Initial Disclosures,, 300 Supplement,, 301 Initial Disclosures. This Court, in an Order dated December, 3, 2004 [Dkt No 298], ordred |

| | | |
|---|---|---|
| | | all parties to desist from submitting documents with this Court violating the requirements of Local Rule 5.4 or General Order No. 2004-11. The above described submissions also contain unredacted home addresses and therefore violate General Order 2004-11. The Court is mindful that the above submissions were filed either a day before of the same day as the described Order. Nonetheless, the filings [Dkt Nos 300, 301, & 302] are hereby STRICKEN. The Clerk is ORDERED to remove these filings [Dkt Nos 294, 300, 301, & 302] from the Court's Docket. In addition to its Order dated December 3, 2004 [Dkt No 298] the Court refers all parties to Federal Rules of Civil Procedure 5 (d), for guidance with respect to when and what documents must be filed with the Court. .( Signed by Judge Hilda G Tagle ) Parties notified.(bvasquez, ) (Entered: 12/09/2004) |
| 12/13/2004 | ◗ 305 | MOTION for Summary Judgment of American Commercial Lines LLC, filed. Motion Docket Date 1/2/2005. (Attachments: # 1 Memorandum in Support# 2 Appendix of Exhibits# 3 Exhibit 1 Exoneration Decree# 4 Affidavit # 5 Exhibit 3# 6 Exhibit 4)(bvasquez, ) (Entered: 12/13/2004) |
| 12/13/2004 | ◗ 307 | MEMORANDUM In support of re: 306 MOTION for Summary Judgment by American Commercial Barge Line LLC, filed. (Attachments: # 1 Appendix of exhibits# 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5# 7 Exhibit 5# 8 Exhibit 6# 9 Exhibit 7# 10 Exhibit 8# 11 Exhibit 9# 12 Exhibit 10# 13 Exhibit 11# 14 Exhibit 12# 15 Exhibit 12# 16 Exhibit 13# 17 Exhibit 14# 18 Exhibit A# 19 Exhibit B# 20 Exhibit 15# 21 Exhibit 16# 22 Exhibit 17# 23 Exhibit 18# 24 Exhibit 19# 25 Exhibit A# 26 Exhibit B# 27 Exhibit C# 28 Exhibit 20# 29 Exhibit 21# 30 Exhibit 22# 31 Exhibit 23# 32 Exhibit 24# 33 Exhibit 25# 34 Exhibit 26# 35 Exhibit)(rpinales, ) (Entered: |

| | | |
|---|---|---|
| | | 12/14/2004) |
| 12/13/2004 | ● 308 | MOTION for Summary Judgment by Deere Credit, Inc, (Formerly Senstar Finance Company) As Owner of Barge NM-315, General Electric Capital Corporation, National Association, filed. Motion Docket Date 1/3/2005. (rpinales, ) (Entered: 12/14/2004) |
| 12/13/2004 | ● 309 | MEMORANDUM in support re: 308 MOTION for Summary Judgment by Deere Credit, Inc, (Formerly Senstar Finance Company) As Owner of Barge NM-315, General Electric Capital Corporation, National Association, filed. (Attachments: # 1 Appendix of exhibits# 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4)(rpinales, ) (Entered: 12/14/2004) |
| 12/13/2004 | ● 310 | Claimants' NOTICE of Video Deposition of American Commercial Barge Lines by Laguna Madre Water District, Raquel Teran Hinojosa, Clarissa Hinojosa, Omar Garcia Hinojosa, Gaspar Hinjosa, II, William Welch, Minor, Bridgette Goza, Southwestern Bell Telephone Company, Robert Fandrich, Virginia Fandrich, Rene Mata, Frank Mata, Anita Harris, Martin D Hinojosa, Rita S Hinojosa, Hector Martinez, Sr, William Morris Welch, Richard "Ricky& Leavell, Carol Leavell, State of Texas, J Antonio Mireles, Juan Antonio Mireles, Soledad Gonzalez Mireles, John A McCoy, Mary McCoy, Esteban F Rivas, Amercian Commercial, American Commercial Lines, L.L.C., William E Kimbrell, Rolando Lee Moya, Alberto Leroy Moya, Antonio Salinas, Jr, Roberto Espericueta, 202 Bayside Bar & Grill, Mira Miriam Rivas, Dimas Mora, Gustavo Morales, Bigo's International, LLC, Lydia Zamora, Jacqueline Paddock, filed. (rpinales, ) (Entered: 12/14/2004) |
| 12/13/2004 | ● 311 | Claimants' NOTICE of Video Deposition of Mark Dougherty for January 7, 2005 by Laguna Madre |

| | | |
|---|---|---|
| | | Water District, Raquel Teran Hinojosa, Clarissa Hinojosa, Omar Garcia Hinojosa, Gaspar Hinjosa, II, William Welch, Minor, Bridgette Goza, Southwestern Bell Telephone Company, Robert Fandrich, Virginia Fandrich, Rene Mata, Frank Mata, Anita Harris, Martin D Hinojosa, Rita S Hinojosa, Hector Martinez, Sr, William Morris Welch, Richard "Ricky& Leavell, Carol Leavell, State of Texas, J Antonio Mireles, Juan Antonio Mireles, Soledad Gonzalez Mireles, John A McCoy, Mary McCoy, Esteban F Rivas, Amercian Commercial, American Commercial Lines, L.L.C., William E Kimbrell, Rolando Lee Moya, Alberto Leroy Moya, Antonio Salinas, Jr, Roberto Espericueta, 202 Bayside Bar & Grill, Mira Miriam Rivas, Dimas Mora, Brown Water Marine Service Inc, Gustavo Morales, Bigo's International, LLC, Lydia Zamora, Jacqueline Paddock, filed. (rpinales, ) (Entered: 12/14/2004) |
| 12/14/2004 | 306 | MOTION for Summary Judgment by American Commercial Barge Line LLC, filed. Motion Docket Date 1/3/2005. (rpinales, ) (Entered: 12/14/2004) |
| 12/14/2004 | 312 | NOTICE of Video Depositions of Robert L Clinton for January 10, 2005 by Laguna Madre Water District, Raquel Teran Hinojosa, Clarissa Hinojosa, Omar Garcia Hinojosa, Gaspar Hinjosa, II, William Welch, Minor, Bridgette Goza, Southwestern Bell Telephone Company, Robert Fandrich, Virginia Fandrich, Rene Mata, Frank Mata, Anita Harris, Martin D Hinojosa, Rita S Hinojosa, Hector Martinez, Sr, William Morris Welch, Richard "Ricky& Leavell, Carol Leavell, State of Texas, J Antonio Mireles, Juan Antonio Mireles, Soledad Gonzalez Mireles, John A McCoy, Mary McCoy, Esteban F Rivas, Amercian Commercial, American Commercial Lines, L.L.C., William E Kimbrell, Rolando Lee Moya, Alberto Leroy Moya, National Association, Antonio Salinas, Jr, Roberto |