| | | |
|---|---|---|
| | | Espericueta, 202 Bayside Bar & Grill, Mira Miriam Rivas, Dimas Mora, Brown Water Marine Service Inc, Gustavo Morales, Bigo's International, LLC, Lydia Zamora, Jacqueline Paddock, filed. (rpinales, ) (Entered: 12/14/2004) |
| 12/23/2004 | 313 | Claimants' Unopposed MOTION for Extension of Time to Respond to Motions for Summary Judgment by Laguna Madre Water District, Raquel Teran Hinojosa, Clarissa Hinojosa, Omar Garcia Hinojosa, Gaspar Hinjosa, II, William Welch, Minor, Bridgette Goza, Southwestern Bell Telephone Company, Robert Fandrich, Virginia Fandrich, Rene Mata, Frank Mata, Anita Harris, Martin D Hinojosa, Rita S Hinojosa, Hector Martinez, Sr, William Morris Welch, Richard "Ricky& Leavell, Carol Leavell, State of Texas, J Antonio Mireles, Juan Antonio Mireles, Soledad Gonzalez Mireles, John A McCoy, Mary McCoy, Esteban F Rivas, Amercian Commercial, American Commercial Lines, L.L.C., William E Kimbrell, Rolando Lee Moya, Alberto Leroy Moya, Antonio Salinas, Jr, Roberto Espericueta, 202 Bayside Bar & Grill, Mira Miriam Rivas, Dimas Mora, Gustavo Morales, Bigo's International, LLC, Lydia Zamora, Jacqueline Paddock, filed. Motion Docket Date 1/12/2005. (Attachments: # 1 Proposed Order) (rpinales, ) (Entered: 12/27/2004) |
| 12/28/2004 | 314 | ORDER granting 313 Motion for Extension of Time. The motion [Dkt. No. 313] is hereby GRANTED. Accordingly, movants are hereby ORDERED to submit their responses to the above motions for summary judgment no later than February 2, 2005, at 3:00 p.m. .( Signed by Judge Hilda G Tagle ) Parties notified.(bvasquez, ) (Entered: 12/28/2004) |
| 12/29/2004 | 315 | CLAIMANT WILLIAM E KIMBRELL'S UNOPPOSED MOTION for Extension of Time TO RESPOND TO MOTIONS FOR SUMMARY |

| | | |
|---|---|---|
| | | JUDGMENT FILED BY AMERICAN COMMERCIAL BARGE LINES, LLC, AMERICAN COMMERCIAL LINES LLC, DEERE CREDIT, INC, STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT AND GENERAL ELECTRIC CAPITAL CORPORATION, filed. Motion Docket Date 1/18/2005. (Attachments: # 1 Proposed Order)(bvasquez, ) (Entered: 12/29/2004) |
| 12/29/2004 | ● 317 | ALL CLAIMANTS' UNOPPOSED MOTION for Extension of Time TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT, filed. Motion Docket Date 1/18/2005. (Attachments: # 1 Proposed Order) (bvasquez, ) (Entered: 12/30/2004) |
| 12/30/2004 | ● 316 | CLAIMANTS'UNOPPOSED MOTION for Extension of Time TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT, filed. Motion Docket Date 1/19/2005. (Attachments: # 1 Proposed Order) (bvasquez, ) (Entered: 12/30/2004) |
| 12/30/2004 | ● 318 | CLAIMANTS' OMAR HINOJOSA INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF GASPAR HINOJOSA, OMAR HINOJOSA, CLARISSA HINOJOSA, RAQUEL HINOJOSA, GASPAR HINOJOSA III, AND RITA HINOJOSAS' UNOPPOSED MOTION for Extension of Time TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT,filed. Motion Docket Date 1/19/2005. (Attachments: # 1 Proposed Order) (bvasquez, ) (Entered: 12/30/2004) |
| 12/30/2004 | ● 319 | CLAIMANT HECTOR MARTINEZ'S UNOPPOSED MOTION for Extension of Time OF SUBMISSION DATE AND OF TIME TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT FILED BY AMERICAN COMMERCIAL BARGE LINES, LLC, AMERICAN COMMERCIAL LINES, LLC, DEERE CREDIT, INC, STATE STREET BANK |

| | | |
|---|---|---|
| | | AND TRUST COMPANY OF CONNECTICUT AND GENERAL ELECTRIC CAPITAL CORPORATION, filed. Motion Docket Date 1/19/2005. (Attachments: # <u>1</u> Proposed Order) (bvasquez, ) (Entered: 12/30/2004) |
| 01/03/2005 | ● <u>320</u> | Unopposed MOTION of Esteban Rivas and Miriam Rivas for Extension of Submission date and of Time to respond to motions for summary judgmentfiled by American Commercial Barge lInes, LLC, American Commercial Lines, LLC, Deere Credit, Inc. State Street Bank and Trust company of Connecticut and General Electric Capital corporation by Esteban F Rivas, Mira Miriam Rivas, filed. Motion Docket Date 1/24/2005. (Attachments: # <u>1</u> Proposed Order) (rpinales, ) (Entered: 01/03/2005) |
| 01/03/2005 | ● <u>321</u> | ORDER granting <u>319</u> Motion for Extension of Time. It is ordered that the submission date on the ther 3 motions for summary judgment filed is February 2, 2005 and that Claimant Hector Martinez's response to said motions for summary judgment shall be filed on or before February 2, 2005 at 3:00pm( Signed by Judge Hilda G Tagle ) Parties notified.(rpinales, ) (Entered: 01/03/2005) |
| 01/03/2005 | ● <u>322</u> | ORDER granting <u>318</u> Motion for Extension of Time. Responses to motions for summary judgment shall be due to be filed no later than February 2, 2005, at 3:00pm( Signed by Judge Hilda G Tagle ) Parties notified.(rpinales, ) (Entered: 01/03/2005) |
| 01/03/2005 | ● <u>323</u> | ORDER granting <u>316</u> Motion for Extension of Time. It is Ordered that the Claimants' Responses to Motions for Summary Judgments shall be due to be filed not later thatn February 2, 2005 at 3:00pm.( Signed by Judge Hilda G Tagle ) Parties notified.(rpinales, ) (Entered: 01/03/2005) |
| 01/03/2005 | ● <u>324</u> | ORDER granting <u>315</u> Motion for Extension of |

|  |  | Timefor William E. Kimbrell to respond to motions for summary judgment. It is Ordered that the response to said motions for summary judgment shall be filed on or before February 2, 2005 at 3:00pm.( Signed by Judge Hilda G Tagle ) Parties notified.(rpinales, ) (Entered: 01/03/2005) |
|---|---|---|
| 01/03/2005 | ◉ 325 | ORDER granting 317 Motion for Extension of Time. Claimants' Responses to Motion for Summary Judgment filed shall be due to be filed not later than 3:00pm on February 2,2005.( Signed by Judge Hilda G Tagle ) Parties notified.(rpinales, ) (Entered: 01/03/2005) |
| 01/04/2005 | ◉ 326 | ORDER granting 320 Motion for Extension of Time and it is further Ordered that the submission date on the three motions for summary judgment filed by American Commercial Barge Lines, LLC, American Commercial LInes, LLC, Deere Credit, Inc., State Street Bank and Trust Company of Connecticut and General Electric Capital Corporation is February 2,2005 and that Claimants response shal be filed on or before February 2, 2005 at 3:00 p.m. .( Signed by Judge Hilda G Tagle ) Parties notified.(dahumada, ) (Entered: 01/04/2005) |
| 01/04/2005 |  | ***Answer due for Esteban F Rivas 2/2/2005 at 3:00 p.m. Mira Miriam Rivas 2/2/2005 at 3:00 p.m. (dahumada, ) (Entered: 01/04/2005) |
| 01/04/2005 | ◉ 327 | Suggestion of Lack of Matter Jurisdiction by Juan Antonio Mireles, Soledad Gonzalez Mireles, filed. Motion Docket Date 1/24/2005. (Attachments: # 1 Proposed Order)(dahumada, ) (Entered: 01/04/2005) |
| 01/04/2005 | ◉ 328 | Request for Scheduling Conference by Juan Antonio Mireles, Soledad Gonzalez Mireles, filed. Motion Docket Date 1/24/2005. (dahumada, ) (Entered: 01/04/2005) |
|  |  |  |

| 01/05/2005 | ● <u>329</u> | OBJECTIONS TO, and MOTION to Quash Subpoena Duces Tecum Served December 22, 2004, Directed to Cameron County District Attorney by Cameron County, filed. Motion Docket Date 1/25/2005. (Attachments: # <u>1</u> Exhibit A)(rpinales, ) (Entered: 01/07/2005) |
|---|---|---|
| 01/07/2005 | ● <u>333</u> | Third-Party Defendant Cameron County, Texas's DESIGNATION of Eileen M. Leeds as attorney in charge of Cameron County, filed.(rpinales, ) (Entered: 01/13/2005) |
| 01/10/2005 | ● <u>330</u> | MOTION (Suggestion of Lack of Matter Jurisdiction) by Hector Martinez, Sr, filed. Motion Docket Date 1/31/2005. (Attachments: # <u>1</u> Proposed Order) (mperez, ) (Entered: 01/11/2005) |
| 01/10/2005 | ● <u>331</u> | MOTION Suggestion of Lack of Jurisdiction by Clarissa Hinojosa, Omar Garcia Hinojosa, Gaspar Hinjosa, II, William Welch, Minor, Bridgette Goza, Rene Mata, Frank Mata, Anita Harris, Martin D Hinojosa, Rita S Hinojosa, William Morris Welch, Richard "Ricky& Leavell, Carol Leavell, Esteban F Rivas, William E Kimbrell, Roberto Espericueta, Mira Miriam Rivas, Gustavo Morales, Bigo's International, LLC, Lydia Zamora, Jacqueline Paddock, filed. Motion Docket Date 1/31/2005. (Attachments: # <u>1</u> Proposed Order)(mperez, ) (Entered: 01/11/2005) |
| 01/10/2005 | ● <u>332</u> | REQUEST for Scheduling Conference by Clarissa Hinojosa, Omar Garcia Hinojosa, Gaspar Hinjosa, II, William Welch, Minor, Bridgette Goza, Robert Fandrich, Virginia Fandrich, Rene Mata, Frank Mata, Martin D Hinojosa, Rita S Hinojosa, William Morris Welch, Richard "Ricky& Leavell, Carol Leavell, Esteban F Rivas, William E Kimbrell, Rolando Lee Moya, Alberto Leroy Moya, Antonio Salinas, Jr, Roberto Espericueta, Mira Miriam Rivas, Gustavo Morales, Bigo's International, LLC, Lydia Zamora, |

| | | |
|---|---|---|
| | | Jacqueline Paddock, filed.(mperez, ) (Entered: 01/11/2005) |
| 01/12/2005 | ◉ 334 | SUGGESTION OF DEATH as to William Welch by William Welch, Minor, filed.(dahumada, ) (Entered: 01/13/2005) |
| 01/13/2005 | ◉ 335 | ORDER. The petitioners in this case and Cameron County are hereby ORDERED to brief the following. First, the parties shall discuss whether and to what extent Cameron County is protected by the Eleventh Amendment of the United States Constitution in this case. Second, the parties shall analyze whether and under what circumstances Cameron County may be sued in federal court for claims arising under the Texas Tort Claims Act (TTCA). This discussion shall include an examination of two important issues. Initially, the parties shall explain the effect of the Fifth Circuit's decision in Shewriski v. Peterson, 98 F.3d 849 (5th Cir. 1996) on this Court's ability to hear the TTCA claims against Cameron County. Next, the parties must address whether the TTCA is the petitioner's sole avenue for recourse against Cameron County (i.e. when party can, if ever, bring a claim against a County other than a TTCA claim). Additionally, although by this Order the petitioners and Cameron County are required to brief this matter, the other parties are encouraged to file respones to the Court's query. The petitioners are hereby ORDERED to submit thier briefs with this Court no later than 3:00 p.m. on January 24, 2005. Cameron County is hereby ORDERED to submit their response with this Court no later than 3:00 p.m. on February 4, 2005. The other parties, although not required, should submit any replies with this Court no later than 3:00 p.m. on February 11, 2005. .( Signed by Judge Hilda G Tagle ) Parties notified.(bvasquez, ) (Entered: 01/14/2005) |
| 01/14/2005 | ◉ 336 | LETTER to Deputy in Charge from Michael Slack |

| | | |
|---|---|---|
| | | requesting removal of his firm from the service list, filed. (psmith, ) (Entered: 01/14/2005) |
| 01/14/2005 | | *** Attorney Michael L Slack terminated. (psmith, ) (Entered: 01/14/2005) |
| 01/14/2005 | ● 337 | Claimants' MOTION to Assert Third-party Complaint Against State of Texas Department of Transportation by Laguna Madre Water District, Raquel Teran Hinojosa, Clarissa Hinojosa, Omar Garcia Hinojosa, Gaspar Hinjosa, II, William Welch, Minor, Bridgette Goza, Southwestern Bell Telephone Company, Robert Fandrich, Virginia Fandrich, Rene Mata, Frank Mata, Anita Harris, Martin D Hinojosa, Rita S Hinojosa, Hector Martinez, Sr, William Morris Welch, Richard "Ricky& Leavell, Carol Leavell, State of Texas, J Antonio Mireles, Juan Antonio Mireles, Soledad Gonzalez Mireles, John A McCoy, Mary McCoy, Esteban F Rivas, Amercian Commercial, American Commercial Lines, L.L.C., William E Kimbrell, Rolando Lee Moya, Alberto Leroy Moya, Antonio Salinas, Jr, Roberto Espericueta, 202 Bayside Bar & Grill, Mira Miriam Rivas, Dimas Mora, Gustavo Morales, Bigo's International, LLC, Lydia Zamora, Jacqueline Paddock, filed. Motion Docket Date 2/3/2005. (Attachments: # 1 Proposed Order) (rpinales, ) (Entered: 01/19/2005) |
| 01/14/2005 | ● 338 | THIRD PARTY COMPLAINT against State of Texas Department of Transportation filed by Laguna Madre Water District, Raquel Teran Hinojosa, Clarissa Hinojosa, Omar Garcia Hinojosa, Gaspar Hinjosa, II, William Welch, Minor, Bridgette Goza, Southwestern Bell Telephone Company, Robert Fandrich, Virginia Fandrich, Rene Mata, Frank Mata, Anita Harris, Martin D Hinojosa, Rita S Hinojosa, Hector Martinez, Sr, William Morris Welch, Richard "Ricky& Leavell, Carol Leavell, State of Texas, J Antonio Mireles, Juan Antonio Mireles, Soledad Gonzalez Mireles, John A |

| | | |
|---|---|---|
| | | McCoy, Mary McCoy, Esteban F Rivas, Amercian Commercial, American Commercial Lines, L.L.C., William E Kimbrell, Rolando Lee Moya, Alberto Leroy Moya, Amercian Commercial, American Commercial Barge Line LLC, American Commercial Lines, L.L.C., Antonio Salinas, Jr, Roberto Espericueta, 202 Bayside Bar & Grill, Mira Miriam Rivas, Dimas Mora, Gustavo Morales, Bigo's International, LLC, Lydia Zamora, Jacqueline Paddock.(rpinales, ) (Entered: 01/19/2005) |
| 01/18/2005 | ◯ 339 | CROSSCLAIM against State of Texas filed by J Antonio Mireles.(bvasquez, ) (Entered: 01/19/2005) |
| 01/20/2005 | | *** Attorney Stephen M Vaughan terminated. (rpinales, ) (Entered: 01/20/2005) |
| 01/24/2005 | ◯ 340 | BRIEF by Brown Water Towing I Inc, Brown Water Marine Service Inc, filed. (Attachments: # 1 Exhibit) (Partridge, John) (Entered: 01/24/2005) |
| 01/24/2005 | ◯ 341 | MEMORANDUM of Petitioners Related to Claim by American Commercial Lines, L.L.C., American Commercial Lines, L.L.C., Deere Credit, Inc, (Formerly Senstar Finance Company) As Owner of Barge NM-315, State Street Bank and Trust Company of Connecticut, General Electric Capital Corporation, filed. (Attachments: # 1 Exhibit 1)(rpinales, ) (Entered: 01/25/2005) |
| 01/24/2005 | ◯ 342 | CROSSCLAIM against State of Texas filed by William E Kimbrell.(bvasquez, ) (Entered: 01/25/2005) |
| 01/24/2005 | ◯ 343 | NOTICE of Appearance of Additional Counsel by Rebecca Vela on behalf of Rene Mata, Frank Mata, filed. (bvasquez, ) (Entered: 01/25/2005) |
| 01/24/2005 | | ***Attorney Rebecca Vela for Rene Mata and Frank Mata added. (bvasquez, ) (Entered: 01/25/2005) |
| | | |

| | | |
|---|---|---|
| 02/02/2005 | ● 344 | MOTION for Leave TO EXTEND PAGE LIMIT FOR MEMORANDUM IN SUPPORT OF RESPONSE TO MOTION FOR SUMMARY JUDGMENT OF AMERICAN BARGE LINES, LLC by Laguna Madre Water District, Raquel Teran Hinojosa, Clarissa Hinojosa, Omar Garcia Hinojosa, Gaspar Hinjosa, II, Bridgette Goza, Southwestern Bell Telephone Company, Rene Mata, Frank Mata, Anita Harris, Martin D Hinojosa, Rita S Hinojosa, Hector Martinez, Sr, William Morris Welch, Richard "Ricky& Leavell, Carol Leavell, Juan Antonio Mireles, Soledad Gonzalez Mireles, Esteban F Rivas, William E Kimbrell, Rolando Lee Moya, Alberto Leroy Moya, Antonio Salinas, Jr, Roberto Espericueta, Mira Miriam Rivas, Gustavo Morales, Bigo's International, LLC, Lydia Zamora, Jacqueline Paddock, filed. Motion Docket Date 2/22/2005. (Attachments: # 1 Proposed Order)(bvasquez, ) (Entered: 02/03/2005) |
| 02/02/2005 | ● 345 | CLAIMANTS' RESPONSE to 306 MOTION for Summary Judgment filed (Attachments: # 1 Proposed Order)(bvasquez, ) (Entered: 02/03/2005) |
| 02/02/2005 | ● 346 | MEMORANDUM in support re: 345 Response to Motion by Bridgette Goza, Hector Martinez, Sr, William Morris Welch, Gustavo Morales, Bigo's International, LLC, Lydia Zamora, Jacqueline Paddock, filed. (Attachments: # 1 Continuation of memorandum# 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4 Affidavit of Gerald E. Disler# 6 Exhibit 5# 7 Exhibit 6# 8 Exhibit 6# 9 # 10 # 11 # 12 # 13 # 14 # 15 Exhibit 7# 16 Exhibit 9# 17 Exhibit 9# 18 Exhibit 10# 19 Exhibit 10# 20 Exhibit 11# 21 Continuation 11# 22 Exhibit 12# 23 Exhibit 13# 24 Exhibit 14# 25 Continuation # 26 Exhibit 15# 27 Exhibit 16# 28 Exhibit 17# 29 Exhibit 24# 30 Exhibit 33)(rpinales, ) (Entered: 02/03/2005) |
| 02/02/2005 | ● 347 | Claimants' NOTICE of Non-Opposition to the Motion |

| | | |
|---|---|---|
| | | for Summary Judgment of American Commercial Lines, LLC re: <u>305</u> MOTION for Summary Judgment, <u>306</u> MOTION for Summary Judgment by Laguna Madre Water District, Clarissa Hinojosa, Omar Garcia Hinojosa, Gaspar Hinjosa, II, William Welch, Minor, Bridgette Goza, Southwestern Bell Telephone Company, Robert Fandrich, Virginia Fandrich, Rene Mata, Frank Mata, Anita Harris, Martin D Hinojosa, Rita S Hinojosa, Hector Martinez, Sr, William Morris Welch, Richard "Ricky& Leavell, Carol Leavell, State of Texas, J Antonio Mireles, Juan Antonio Mireles, Soledad Gonzalez Mireles, John A McCoy, Mary McCoy, Esteban F Rivas, Amercian Commercial, American Commercial Lines, L.L.C., William E Kimbrell, Rolando Lee Moya, Alberto Leroy Moya, Antonio Salinas, Jr, Roberto Espericueta, 202 Bayside Bar & Grill, Mira Miriam Rivas, Dimas Mora, Gustavo Morales, Bigo's International, LLC, Lydia Zamora, Jacqueline Paddock, filed. (rpinales, ) (Entered: 02/03/2005) |
| 02/03/2005 | ● <u>348</u> | Claimant's NOTICE of Non-opposition to the <u>308</u> MOTION for Summary Judgment by Laguna Madre Water District, Raquel Teran Hinojosa, Clarissa Hinojosa, Omar Garcia Hinojosa, Gaspar Hinjosa, II, William Welch, Minor, Bridgette Goza, Southwestern Bell Telephone Company, Robert Fandrich, Virginia Fandrich, Rene Mata, Frank Mata, Anita Harris, Martin D Hinojosa, Rita S Hinojosa, Hector Martinez, Sr, William Morris Welch, Richard "Ricky& Leavell, Carol Leavell, State of Texas, J Antonio Mireles, Juan Antonio Mireles, Soledad Gonzalez Mireles, John A McCoy, Mary McCoy, Esteban F Rivas, Amercian Commercial, American Commercial Lines, L.L.C., William E Kimbrell, Rolando Lee Moya, Alberto Leroy Moya, Antonio Salinas, Jr, Roberto Espericueta, 202 Bayside Bar & Grill, Mira Miriam Rivas, Dimas Mora, Gustavo Morales, Bigo's International, LLC, |

Case 1:01-cv-00157 Document 445-4 Filed in TXSD on 07/29/2005 Page 11 of 31

Page 91 of 111

| | | |
|---|---|---|
| | | Lydia Zamora, Jacqueline Paddock, filed. (rpinales, ) (Entered: 02/03/2005) |
| 02/03/2005 | ● 349 | STATE OF TEXAS' MOTION to Dismiss CROSS CLAIMS AND BRIEF IN SUPPORT, filed. Motion Docket Date 2/23/2005. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13# 14 Exhibit 14# 15 2001 U.S. DIST. LEXIS 17466# 16 2002 U.S. DIST. LEXIS 6195)(bvasquez, ) (Entered: 02/03/2005) |
| 02/03/2005 | ● 350 | State of Texas'BRIEF in opposition to 337 MOTION to Assert Third-party Demand Against State of Texas Department of Transportation by State of Texas, filed. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13# 14 Exhibit 14# 15 Continuation # 16 Continuation)(rpinales, ) (Entered: 02/07/2005) |
| 02/04/2005 | ● 351 | Cameron County's BRIEF in response to Certain Claimants' Suggestion of Lack of Subject Matter Jurisdiction re: 331 MOTION Suggestion of Lack of Jurisdiction, 327 MOTION Suggestion of Lack of Matter Jurisdiction, filed(rpinales, ) (Entered: 02/07/2005) |
| 02/04/2005 | ● 352 | Claimant State of Texas and Petitioners' Joint Notice of Settlement and MOTION to Dismiss State of Texas' Claims and Petioners' CounterClaims by Brown Water Towing I Inc, Brown Water Marine Service Inc, State of Texas, American Commercial Barge Line LLC, American Commercial Lines, L.L.C., Deere Credit, Inc, (Formerly Senstar Finance Company) As Owner of Barge NM-315, General Electric Capital Corporation, filed. Motion Docket Date 2/24/2005. |

| | | |
|---|---|---|
| | | (Attachments: # <u>1</u> Proposed Order)(rpinales, ) (Entered: 02/07/2005) |
| 02/07/2005 | ● <u>355</u> | CLAIMANT'S MOTION to Withdraw CLAIMANT'S <u>337</u> MOTION FOR LEAVE to Assert Third-party Complaint Against State of Texas Department of Transportation by Laguna Madre Water District, Raquel Teran Hinojosa, Clarissa Hinojosa, Omar Garcia Hinojosa, Gaspar Hinjosa, II, William Welch, Minor, Bridgette Goza, Southwestern Bell Telephone Company, Robert Fandrich, Virginia Fandrich, Rene Mata, Frank Mata, Anita Harris, Martin D Hinojosa, Rita S Hinojosa, Hector Martinez, Sr, William Morris Welch, Richard "Ricky& Leavell, Carol Leavell, State of Texas, J Antonio Mireles, Juan Antonio Mireles, Soledad Gonzalez Mireles, John A McCoy, Mary McCoy, Esteban F Rivas, Amercian Commercial, American Commercial Lines, L.L.C., William E Kimbrell, Rolando Lee Moya, Alberto Leroy Moya, Antonio Salinas, Jr, Roberto Espericueta, 202 Bayside Bar & Grill, Mira Miriam Rivas, Dimas Mora, Gustavo Morales, Bigo's International, LLC, Lydia Zamora, Jacqueline Paddock, filed. Motion Docket Date 2/28/2005. (Attachments: # <u>1</u> Proposed Order) (bvasquez, ) (Entered: 02/08/2005) |
| 02/07/2005 | ● <u>356</u> | APPENDIX re: <u>345</u> Response to Motion by Laguna Madre Water District, Raquel Teran Hinojosa, Clarissa Hinojosa, Omar Garcia Hinojosa, Gaspar Hinojosa, II, William Welch, Minor, Bridgette Goza, Southwestern Bell Telephone Company, Robert Fandrich, Virginia Fandrich, Rene Mata, Frank Mata, Anita Harris, Martin D Hinojosa, Rita S Hinojosa, Hector Martinez, Sr, William Morris Welch, Richard "Ricky& Leavell, Carol Leavell, State of Texas, J Antonio Mireles, Juan Antonio Mireles, Soledad Gonzalez Mireles, John A McCoy, Mary McCoy, Esteban F Rivas, Amercian Commercial, American |

| | | |
|---|---|---|
| | | Commercial Lines, L.L.C., William E Kimbrell, Rolando Lee Moya, Alberto Leroy Moya, Antonio Salinas, Jr, Roberto Espericueta, 202 Bayside Bar & Grill, Mira Miriam Rivas, Dimas Mora, Gustavo Morales, Bigo's International, LLC, Lydia Zamora, Jacqueline Paddock, filed. (Attachments: # 1 Continuation)(rpinales, ) (Entered: 02/09/2005) |
| 02/08/2005 | ● 353 | ORDER. Dkt. No. 334 Dixie Welch informs the Court that Claimant William Welch has died and that she, Dixie Welch, has been appointed Administratix of William Welch's Estate. Accordingly, Dixie Welch requests that William Welch's action proceed in the above styled case. No party filed opposition to the motion. Therefore, the Motion is hereby granted.. ( Signed by Judge Hilda G Tagle ) Parties notified. (bvasquez, ) (Entered: 02/08/2005) |
| 02/08/2005 | ● 354 | Due to the complexity of the issues and the large quanity of ebidence presented in American Commercial Barge Lines, LLC's motion for summary judgment, the claimants' motion is hereby GRANTED. Dkt. No. 344. ORDER granting 344 Motion for Leave to File .( Signed by Judge Hilda G Tagle ) Parties notified.(bvasquez, ) (Entered: 02/08/2005) |
| 02/11/2005 | ● 357 | MOTION for Extension of Time for its Reply Memorandum by American Commercial Barge Line LLC, filed. Motion Docket Date 3/3/2005. (Attachments: # 1 Proposed Order)(rpinales, ) (Entered: 02/11/2005) |
| 02/11/2005 | ● 358 | State of Texas' BRIEF in response to January 13, 2005 Order re: 335 Order, by State of Texas, filed. (rpinales, ) (Entered: 02/14/2005) |
| 02/14/2005 | ● 359 | MOTION for Expedited Hearing Submitted on Behalf of American Commercial Barge Line LLC and Certificate of No Opposition to Court's Grantilng Extension by American Commercial Barge Line LLC, |

| | | |
|---|---|---|
| | | filed. Motion Docket Date 3/7/2005. (Attachments: # 1 Proposed Order # 2 Exhibit 1 - Motion for Extension of Time)(bvasquez, ) (Entered: 02/15/2005) |
| 02/14/2005 | ● 360 | ORDER granting 357 Motion for Extension of Time to respond to ACBL's motion for summary judgment. Accordingly, ACBL is Ordered to file its reply with the Clerk of the Court no later than 3 pm on March 9, 2005.( Signed by Judge Hilda G Tagle ) Parties notified.(rpinales, ) (Entered: 02/15/2005) |
| 02/15/2005 | ● 361 | REPLY Memorandum of Deere Credit, State Street Bank and GE Capital filed by American Commercial Lines, L.L.C., Deere Credit, Inc, (Formerly Senstar Finance Company) As Owner of Barge NM-315, General Electric Capital Corporation. (rpinales, ) (Entered: 02/15/2005) |
| 02/15/2005 | ● 362 | REPLY Memorandum of American Commercial Lines LLC filed by American Commercial Lines, L.L.C.. (rpinales, ) (Entered: 02/15/2005) |
| 02/15/2005 | ● 363 | STATE OF TEXAS' EMERGENCY MOTION to Stay DISCOVERY PENDING RESOLUTION OF MOTION TO DISMISS CROSS-CLAIMS, AND BRIEF IN SUPPORT by State of Texas, filed. Motion Docket Date 3/7/2005. (Attachments: # 1 Exhibit 1# 2 Proposed Order)(bvasquez, ) (Entered: 02/15/2005) |
| 02/15/2005 | | ***Motions terminated: 359 MOTION to Expedite Hearing Submitted on Behalf of American Commercial Barge Line LLC and Certificate of No Opposition to Court's Grantilng Extension. (rpinales, ) (Entered: 02/16/2005) |
| 02/16/2005 | ● 364 | ORDER grants in part the State's 363 MOTION to Stay Discovery, Accordingly, the deposition of Rocky Wilson set to occur on February 17, is hereby STAYED until the Court resolves the State's Motion to dismiss. Before this Court will stay all other |

| | | |
|---|---|---|
| | | discovery, however, the other parties should be allowed to brief the matter. Therefore, any party objecting to the stay of this deposition and all other discovery until the Court resolves the State's motion to dismiss is hereby ORDERED to submit a brief with the Court no later than 3:00pm on February 23, 2005. ( Signed by Judge Hilda G Tagle ) Parties notified. (rpinales, ) (Entered: 02/16/2005) |
| 02/16/2005 | ● 365 | ORDER mooting 337 Motion to assert a third party complaint, granting 355 Motion to Withdraw claimants' motion for leave to assert third party complaint against the State of Texas Department of Transportation.( Signed by Judge Hilda G Tagle ) Parties notified.(rpinales, ) (Entered: 02/16/2005) |
| 02/16/2005 | ● 366 | Third Party Defendant, A.G. Hill Power, Inc MOTION for Summary Judgment by A.G. Hill Power, Inc., filed. Motion Docket Date 3/8/2005. (Attachments: # 1 Index of Exhibits# 2 Errata a-b# 3 Continuation Exhibit b# 4 Exhibit C-D# 5 Proposed Order # 6 Notice of Hearing)(rpinales, ) (Entered: 02/16/2005) |
| 02/18/2005 | | *** Attorney Roman Dean Esparza terminated. (rpinales, ) (Entered: 02/18/2005) |
| 02/18/2005 | ● 368 | MEMORANDUM AND ORDER denying 331 MOTION Suggestion of Lack of Jurisdiction, 327 MOTION Suggestion of Lack of Matter Jurisdiction, 330 MOTION Dismiss Case.( Signed by Judge Hilda G Tagle ) Parties notified.(rpinales, ) (Entered: 02/23/2005) |
| 02/23/2005 | | Docket Clerk Instructions***Motions terminated: 328 MOTION for Scheduling Conference. (rpinales, ) (Entered: 02/23/2005) |
| 02/23/2005 | ● 367 | ORDER granting 352 Motion to Dismiss with Prejudice the claimant State of Texas' claims against |

| | | |
|---|---|---|
| | | the Petitioners. Furthermore, the Court Dismisses with Prejudice the Petitioner's counterclaims against the State of Texas. All parties are to bear their own Court costs with respect to these claims.( Signed by Judge Hilda G Tagle ) Parties notified.(rpinales, ) (Entered: 02/23/2005) |
| 02/23/2005 | ● 369 | UNOPPOSED MOTION to Dismiss cross claims by J Antonio Mireles, Juan Antonio Mireles, Soledad Gonzalez Mireles, William E Kimbrell, filed. Motion Docket Date 3/15/2005. (Attachments: # 1 Proposed Order)(rpinales, ) (Entered: 02/23/2005) |
| 03/01/2005 | ● 370 | ORDER granting 369 Motion to Dismiss. Accordingly, the cross claims filed by the Mireles claimants and Kimbrell, DKt Nos 339 and 342 are hereby DISMISSED WITHOUT PREJUDICE to the right of the Miresles claimants and Kimbrell to proceed with their respective suits already filed against Texas in state court in Cameron County. The Court further LIFTS THE STAY of the deposition of Rocky Wilson. The Court further DISMISSES AS MOOT Texas' Emergency Motion to Stay Discovery Pending Resolution of Motion to Dismiss Cross Claims. . ( Signed by Judge Hilda G Tagle ) Parties notified. (rpinales, ) (Entered: 03/01/2005) |
| 03/02/2005 | ● 371 | PETITIONER'S MOTION to Dismiss THIRD PARTY COMPLAINT AGAINST A.G. HILL POWER, INC. A/K/A JHB ENTERPRISES, INC. by American Commercial Barge Line LLC, American Commercial Lines, L.L.C., Deere Credit, Inc, (Formerly Senstar Finance Company) As Owner of Barge NM-315, National Association, filed. Motion Docket Date 3/22/2005. (Attachments: # 1 Proposed Order # 2 Memorandum in Support# 3 Exhibit 1# 4 Exhibit 2# 5 Exhibit 3# 6 Exhibit 4# 7 Exhibit 5# 8 Exhibit 6# 9 Exhibit 7# 10 Exhibit 8# 11 Exhibit 9# 12 Exhibit 10# 13 Exhibit 11# 14 Exhibit 12# 15 Exhibit |

|  |  | 13)(bvasquez, ) (Entered: 03/02/2005) |
|---|---|---|
| 03/03/2005 | ❍ 372 | Petitioners'MEMORANDUM re: 366 MOTION for Summary Judgment by American Commercial Barge Line LLC, American Commercial Lines, L.L.C., General Electric Capital Corporation, filed.(rpinales, ) (Entered: 03/03/2005) |
| 03/07/2005 | ❍ 373 | Third Party Defendant, A.G. Hill Power, INc's MOTION for Sanctions, filed. Motion Docket Date 3/28/2005. (Attachments: # 1 Proposed Order # 2 Index of Exhibits# 3 Exhibit A-E# 4 Exhibit F# 5 Exhibit G-I)(rpinales, ) (Entered: 03/08/2005) |
| 03/09/2005 | ❍ 374 | THIRD-PARTY DEFENDANT, "A.G. HILL POWER, INC. A/K/A JHB ENTERPRISES, INC'S RESPONSE to PETITIONERS' 371 MOTION to Dismiss THIRD PARTY COMPLAINT AGAINST A.G. HILL POWER, INC. A/K/A JHB ENTERPRISES, INC. AND MEMORANDUM OF PETITIONERS, filed. (bvasquez, ) (Entered: 03/09/2005) |
| 03/09/2005 | ❍ 375 | REPLY MEMORANDUM OF AMERICAN COMMERCIAL BARGE LINE LLC IN RESPONSE to CLAIMANTS 345 OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, filed. (Attachments: # 1 Appendix of Exhibits# 2 Exhibit 28# 3 Exhibit 29# 4 Exhibit 30# 5 Exhibit 31# 6 Exhibit 32# 7 Exhibit 33# 8 Exhibit 34# 9 Exhibit 35# 10 Exhibit 36# 11 Exhibit 37# 12 Exhibit 38# 13 Exhibit 39# 14 Exhibit 40# 15 Exhibit 41# 16 Exhibit 42# 17 Exhibit 43# 18 Exhibit 44)(bvasquez, ) (Entered: 03/09/2005) |
| 03/11/2005 | ❍ 376 | JOINT MOTION to Dismiss THIRD PARTY COMPLAINT AGAINST A.G. HILL POWER, INC., A/K/A JHB ENTERPRISES, INC. by American Commercial Barge Line LLC, American Commercial Lines, L.L.C., A.G. Hill Power, Inc., Deere Credit, Inc, (Formerly Senstar Finance Company) As Owner |

| | | |
|---|---|---|
| | | of Barge NM-315, filed. Motion Docket Date 3/31/2005. (Attachments: # 1 Proposed Order) (bvasquez, ) (Entered: 03/11/2005) |
| 03/11/2005 | ● 377 | SUPPLEMENTAL MEMORANDUM IN SUPPORT OF UNOPPOSED 371 MOTION to Dismiss THIRD PARTY COMPLAINT AGAINST A.G. HILL POWER, INC. a/k/a JHB ENTERPRISES, INC. by American Commercial Barge Line LLC, American Commercial Lines, L.L.C., Deere Credit, Inc, (Formerly Senstar Finance Company) As Owner of Barge NM-315, General Electric Capital Corporation, filed. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(bvasquez, ) (Entered: 03/11/2005) |
| 03/25/2005 | ● 378 | MEMORANDUM of Petitioners In Opposition to373 MOTION for Sanctions by American Commercial Barge Line LLC, American Commercial Lines, L.L.C., Deere Credit, Inc, (Formerly Senstar Finance Company) As Owner of Barge NM-315,State Street Bank and Trust Company of Connecticut, National Association, and General Electric Capital Corporation, filed. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13# 14 Exhibit 15# 15 Errata 16)(bvasquez, ) (Entered: 03/25/2005) |
| 04/01/2005 | ● 379 | Third-Party Defendant Cameron County's Action for Declaratory Judgment by Cameron County, filed. Motion Docket Date 4/21/2005. (Attachments: # 1 Proposed Order Granting Third Party Defendant Cameron County's Action for Declaratory Judgment# 2 Proposed Order Setting Hearing)(bvasquez, ) (Entered: 04/04/2005) |
| 04/01/2005 | ● 380 | Third Party Defendant Cameron County's MOTION for Summary Judgment, filed. Motion Docket Date 4/21/2005. (Attachments: # 1 Proposed Order # 2 |

| | | |
|---|---|---|
| | | Proposed Order Setting Hearing# 3 Exhibit 1# 4 Exhibit 2# 5 Exhibit 3)(bvasquez, ) (Entered: 04/04/2005) |
| 04/07/2005 | | ***Motions terminated: 349 MOTION to Dismiss AS PER DOCKET CLERK INSTRUCTIONS. (bvasquez, ) (Entered: 04/07/2005) |
| 04/12/2005 | ● 381 | Third Party Defendant, REPLY to 378 Memorandum of Petitioners in Opposition to Motion for Sanctions,, filed by A.G. Hill Power, Inc.. (Attachments: # 1 Proposed Order # 2 Exhibit A# 3 Exhibit B# 4 Continuation # 5 Exhibit C)(rpinales, ) (Entered: 04/12/2005) |
| 04/20/2005 | ● 382 | ANSWER to 379 MOTION Action for Declaratory Judgment filed by American Commercial Barge Line LLC, Amercian Commercial, American Commercial Lines, L.L.C., Deere Credit, Inc, (Formerly Senstar Finance Company) As Owner of Barge NM-315, General Electric Capital Corporation. (rpinales, ) (Entered: 04/20/2005) |
| 04/20/2005 | ● 383 | PETITIONERS BROWN WATER MARINE SERVICE, INC. AND BROWN WATER TOWING L. INC.'S RESPONSE to 380 MOTION for Summary Judgment filed by Brown Water Towing I Inc, Brown Water Marine Service Inc. (Attachments: # 1 Proposed Order)(bvasquez, ) (Entered: 04/21/2005) |
| 04/21/2005 | ● 384 | PETITIONERS' MEMORANDUM In Opposition to re: 380 MOTION for Summary Judgment by American Commercial Barge Line LLC, American Commercial Lines, L.L.C., Deere Credit, Inc, (Formerly Senstar Finance Company) As Owner of Barge NM-315, state Street Band and Trust Company of Connecticut, General Electric Capital Corporation, National Association, filed. (Attachments: # 1 Exhibit 1 - PROPOSED ORDER)(bvasquez, ) (Entered: 04/21/2005) |
| | | |

| 04/21/2005 | ● 385 | PETITIONERS BROWN WATER TOWING, I, INC. AND BROWN WATER MARINE SERVICE INC. ANSWER to 379 CAMERON COUNTY'S Action for Declaratory Judgment filed by Brown Water Towing I Inc, Brown Water Marine Service Inc. (bvasquez, ) (Entered: 04/21/2005) |
|---|---|---|
| 05/05/2005 | | ***Motions terminated: 329 MOTION to Quash Subpoena Duces Tecum Served December 22, 2004, Directed to Cameron County District Attorney. (rpinales, ) (Entered: 05/06/2005) |
| 05/06/2005 | ● 386 | Third-Party Defendant Cameron County's Reply to Response to Petitioners' Response to Cameron County's 380 MOTION for Summary Judgment (bvasquez, ) (Entered: 05/06/2005) |
| 05/09/2005 | ● 387 | Petitioners' MOTION for Leave to File Supplemental Memorandum by Laguna Madre Water District, Raquel Teran Hinojosa, Clarissa Hinojosa, Omar Garcia Hinojosa, Gaspar Hinjosa, II, William Welch, Minor, Bridgette Goza, Southwestern Bell Telephone Company, Robert Fandrich, Virginia Fandrich, Rene Mata, Frank Mata, Anita Harris, Martin D Hinojosa, Rita S Hinojosa, Hector Martinez, Sr, William Morris Welch, Richard "Ricky& Leavell, Carol Leavell, State of Texas, J Antonio Mireles, Juan Antonio Mireles, Soledad Gonzalez Mireles, John A McCoy, Mary McCoy, Esteban F Rivas, William E Kimbrell, Rolando Lee Moya, Alberto Leroy Moya, Antonio Salinas, Jr, Mira Miriam Rivas, Dimas Mora, Gustavo Morales, Lydia Zamora, Jacqueline Paddock, filed. Motion Docket Date 5/31/2005. (Attachments: # 1 Proposed Order)(rpinales, ) (Entered: 05/09/2005) |
| 05/09/2005 | ● 388 | Supplemental MEMORANDUM of Petitioners in Response to A.G. Hill Power Inc Reply to Memorandum of Petitioners in Opposition to Motion for Sanctions re: 378 Memorandum,, by Raquel Teran |

| | | |
|---|---|---|
| | | Hinojosa, Clarissa Hinojosa, Omar Garcia Hinojosa, Gaspar Hinjosa, II, William Welch, Minor, Bridgette Goza, Southwestern Bell Telephone Company, Robert Fandrich, Virginia Fandrich, Rene Mata, Frank Mata, Anita Harris, Martin D Hinojosa, Rita S Hinojosa, Hector Martinez, Sr, William Morris Welch, Richard "Ricky& Leavell, Carol Leavell, State of Texas, J Antonio Mireles, Juan Antonio Mireles, Soledad Gonzalez Mireles, John A McCoy, Mary McCoy, Esteban F Rivas, Amercian Commercial, American Commercial Lines, L.L.C., William E Kimbrell, Rolando Lee Moya, Alberto Leroy Moya, Antonio Salinas, Jr, Roberto Espericueta, 202 Bayside Bar & Grill, Mira Miriam Rivas, Dimas Mora, Gustavo Morales, Bigo's International, LLC, Lydia Zamora, Jacqueline Paddock, filed.(rpinales, ) (Entered: 05/09/2005) |
| 05/12/2005 | ● 389 | Claimant Southwestern Bell Telephone, Lp and Petitioners' Joint Notice of Settlement and MOTION to Dismiss Southwestern Bell Telephone LP's Claims by Southwestern Bell Telephone Company, and Petitioners filed. Motion Docket Date 6/1/2005. (Attachments: # 1 Proposed Order)(rpinales, ) (Entered: 05/12/2005) |
| 05/16/2005 | ● 390 | ORDER granting 389 Motion to Dismiss with prejudice the Claimant Southwestern Bell Telephone, L.P.'s Claims against the Petitioners. All parties are to bear their own court costs with respect to Southwestern Bell Telephone, LP's Claims.( Signed by Judge Hilda G Tagle ) Parties notified.(rpinales, ) (Entered: 05/17/2005) |
| 05/17/2005 | | *** Attorney Cynthia F Malone terminated., *** Party Southwestern Bell Telephone Company and Southwestern Bell Telephone Company terminated. (rpinales, ) (Entered: 05/17/2005) |
| | | |

| | | |
|---|---|---|
| 05/24/2005 | ● 391 | NOTICE of Intention to Take Oral Deposition of Captain John Deck III and Subpoena Duces Tecum by Brown Water Towing I Inc, Brown Water Marine Service Inc, filed. (rpinales, ) (Entered: 05/24/2005) |
| 05/24/2005 | ● 392 | NOTICE of Intention to Take Oral Deposition of Captain G.E. "Jay" Disler and Subpoena Duces Tecum by Brown Water Towing I Inc, Brown Water Marine Service Inc, filed. (rpinales, ) (Entered: 05/24/2005) |
| 05/24/2005 | ● 393 | NOTICE of Intention to Take Oral Deposition of Jerome Modell and Subpoena Duces Tecum by Brown Water Towing I Inc, Brown Water Marine Service Inc, filed. (rpinales, ) (Entered: 05/24/2005) |
| 05/26/2005 | ● 394 | FIRST AMENDED NOTICE OF INTENTION to Take Oral Deposition of Captain John Deck, III, and SUBPOENA DUCES TECUM by Brown Water Towing I Inc, Brown Water Marine Service Inc, filed. (bvasquez, ) (Entered: 05/26/2005) |
| 05/26/2005 | ● 395 | FIRST AMENDED NOTICE OF INTENTION to Take Oral Deposition of Captain G.E. "Jay" Disler and subpoena duces tecum by Brown Water Towing I Inc, Brown Water Marine Service Inc, filed. (bvasquez, ) (Entered: 05/26/2005) |
| 05/31/2005 | ● 396 | CLAIMANT ALLSTATE INSURANCE COMPANY AND PETITIONERS' JOINT NOTICE OF SETTLEMENT AND MOTION to Dismiss ALLSTATE INSURANCE COMPANY'S CLAIMS by Allstate Insurance Company, Brown Water Towing I Inc, Brown Water Marine Service Inc, American Commercial Barge Line LLC, American Commercial Lines, L.L.C., Deere Credit, Inc, (Formerly Senstar Finance Company) As Owner of Barge NM-315, General Electric Capital Corporation and State Street Bank and Trust Company of Connecticut, N.A. filed. Motion Docket Date 6/20/2005. (Attachments: # 1 Propposed Order of Dismissal)(bvasquez, ) (Entered: |

| | | |
|---|---|---|
| | | 05/31/2005) |
| 06/06/2005 | ◉ 397 | Second Amended NOTICE of Intention to Take Oral Deposition of Captai G.E. Jay Disler and Subpoena Duces Tecum by Brown Water Towing I Inc, Brown Water Marine Service Inc, filed. (rpinales, ) (Entered: 06/06/2005) |
| 06/06/2005 | ◉ 398 | ORDER, The Court Orders the counsel for ACBL, Brown Water, and JHB Enterprised to brief the following... Brief due no later than 6/10/2005 at 10:00am.( Signed by Judge Hilda G Tagle ) Parties notified.(rpinales, ) Additional attachment(s) added on 6/7/2005 (rpinales, ). (Entered: 06/07/2005) |
| 06/07/2005 | ◉ 399 | ORDER granting 396 Motion to Dismiss with Prejudice the Claimant Allstate Insurance Company's Claims against the Petitioners. ( Signed by Judge Hilda G Tagle ) Parties notified.(rpinales, ) (Entered: 06/07/2005) |
| 06/09/2005 | ◉ 400 | Submission on Behalf, State Street Bank, and G American Commercial Barge Line LLC, American Commercial Lines, L.L.C., General Electric Capital Corporation, filed.(rpinales, ) (Entered: 06/09/2005) |
| 06/09/2005 | ◉ 401 | Brown Water Towing I Inc, Brown Water Marine Service Inc MOTION to Dismiss Third Party Complaint Against A.G. Hill Power Inc. AKA JHB Enterprises, Inc., filed. Motion Docket Date 6/29/2005. (Attachments: # 1 Proposed Order) (rpinales, ) (Entered: 06/09/2005) |
| 06/09/2005 | ◉ 402 | BRIEF Regarding Third Party Claims by Brown Water Towing I Inc, Brown Water Marine Service Inc, filed. (Attachments: # 1 Exhibit)(rpinales, ) (Entered: 06/09/2005) |
| 06/09/2005 | ◉ 403 | BRIEF in Response to Court's 398 Order, by A.G. Hill Power, Inc., filed.(rpinales, ) (Entered: 06/10/2005) |
| | | |

| 06/14/2005 | ● 404 | MOTION to Strike by Brown Water Towing I Inc, Brown Water Marine Service Inc, American Commercial Barge Line LLC(As owner (herein referred to as ACL) and American Commercial Barge Line LLC(herein referred to as ACBL) As charter of the Barges NM-315,VLB-9182 ACL-9933B VLB-9173), American Commercial Lines, L.L.C., filed. Motion Docket Date 7/5/2005. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Proposed Order)(Partridge, John) (Entered: 06/14/2005) |
| --- | --- | --- |
| 06/14/2005 | ● 405 | MOTION to Strike by Brown Water Towing I Inc, Brown Water Marine Service Inc, American Commercial Barge Line LLC(As owner (herein referred to as ACL) and American Commercial Barge Line LLC(herein referred to as ACBL) As charter of the Barges NM-315,VLB-9182 ACL-9933B VLB-9173), American Commercial Lines, L.L.C., filed. Motion Docket Date 7/5/2005. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Proposed Order)(Partridge, John) (Entered: 06/14/2005) |
| 06/15/2005 | ● 406 | TRIAL MEMORANDUM submitted on behalf of American Commercial Barge Lines LLC, filed. (rpinales, ) (Entered: 06/15/2005) |
| 06/15/2005 | ● 407 | Witness List by American Commercial Barge Line LLC, Amercian Commercial, American Commercial Lines, L.L.C., Deere Credit, Inc, (Formerly Senstar Finance Company) As Owner of Barge NM-315, General Electric Capital Corporation, State Street Bank & Trust Company of Connecticut National Association as owner trustee of the Barge ACL-9933B and no in its individual capacity, filed.(rpinales, ) (Entered: 06/15/2005) |
| 06/15/2005 | ● 408 | Exhibit List by American Commercial Barge Line |

| | | |
|---|---|---|
| | | LLC, Amercian Commercial, American Commercial Lines, L.L.C., Deere Credit, Inc, (Formerly Senstar Finance Company) As Owner of Barge NM-315, General Electric Capital Corporation, State Street Bank & Trust Company of Connecticut National Association as owner trustee of the Barge ACL-9933B and no in its individual capacity, filed.(rpinales, ) (Entered: 06/15/2005) |
| 06/15/2005 | ● 409 | Proposed Findings of Fact and Conclusions of Law by American Commercial Barge Line LLC, Amercian Commercial, American Commercial Lines, L.L.C., Deere Credit, Inc, (Formerly Senstar Finance Company) As Owner of Barge NM-315, General Electric Capital Corporation, State Street Bank & Trust Company of Connecticut National Association as owner trustee of the Barge ACL-9933B and no in its individual capacity, filed. (Attachments: # 1) (rpinales, ) (Entered: 06/15/2005) |
| 06/15/2005 | ● 410 | *Proposed Video Deposition Excerpts* by Brown Water Towing I Inc, Brown Water Marine Service Inc, filed. (Partridge, John) (Entered: 06/15/2005) |
| 06/15/2005 | ● 411 | Proposed Findings of Fact and Conclusions of Law by Brown Water Towing I Inc, Brown Water Marine Service Inc, filed.(rpinales, ) (Entered: 06/15/2005) |
| 06/15/2005 | ● 412 | MOTION to Exclude The Coast Guard Report and Evidence of Prior and Subsequent Incidents, MOTION in Limine by Brown Water Towing I Inc, Brown Water Marine Service Inc, filed. Motion Docket Date 7/5/2005. (Attachments: # 1 Proposed Order) (Partridge, John) (Entered: 06/15/2005) |
| 06/15/2005 | ● 413 | Claimants Proposed Findings of Fact and Conclusions of Law, filed.(rpinales, ) Modified on 6/16/2005 (rpinales, ). (Entered: 06/16/2005) |
| 06/15/2005 | ● 414 | Clamants' Suggested Voir Dire Questions, filed. |

| | | (rpinales, ) (Entered: 06/16/2005) |
|---|---|---|
| 06/15/2005 | 415 | Claimants' Proposed Jury Instructions and Form of the Verdict , filed. (Attachments: # 1 Continuation) (rpinales, ) Modified on 6/16/2005 (rpinales, ). (Entered: 06/16/2005) |
| 06/15/2005 | 416 | Claimants' MOTION in Limine, filed. Motion Docket Date 7/5/2005. (Attachments: # 1 Proposed Order) (rpinales, ) (Entered: 06/16/2005) |
| 06/15/2005 | 417 | Joint Pretrial Order, filed. (Attachments: # 1 Continuation)(rpinales, ) (Entered: 06/16/2005) |
| 06/15/2005 | 418 | Exhibit List by Brown Water Towing I Inc, Brown Water Marine Service Inc, filed.(rpinales, ) (Entered: 06/16/2005) |
| 06/15/2005 | 419 | Exhibit List by American Commercial Barge Line LLC, Amercian Commercial, Deere Credit, Inc, (Formerly Senstar Finance Company) As Owner of Barge NM-315, General Electric Capital Corporation, State Street Bank & Trust Company of Connecticut National Association as owner trustee of the Barge ACL-9933B and no in its individual capacity, filed. (rpinales, ) (Entered: 06/16/2005) |
| 06/15/2005 | 420 | Exhibit List by Claimants, filed.(rpinales, ) (Entered: 06/16/2005) |
| 06/15/2005 | 421 | Exhibit List by Cameron County, filed.(rpinales, ) (Entered: 06/16/2005) |
| 06/15/2005 | 422 | Witness List by Brown Water Towing I Inc, Brown Water Marine Service Inc, filed.(rpinales, ) (Entered: 06/16/2005) |
| 06/15/2005 | 423 | Witness List by American Commercial Barge Line LLC, Amercian Commercial, Deere Credit, Inc, (Formerly Senstar Finance Company) As Owner of Barge NM-315, State Street Bank & Trust Company of Connecticut National Association as owner trustee |

| | | |
|---|---|---|
| | | of the Barge ACL-9933B and no in its individual capacity, filed.(rpinales, ) (Entered: 06/16/2005) |
| 06/15/2005 | ◉ 424 | Witness List by Cameron County, filed.(rpinales, ) (Entered: 06/16/2005) |
| 06/15/2005 | ◉ 425 | Claimants' Witness List, filed. (Attachments: # 1 Continuation # 2 Continuation # 3 Continuation) (rpinales, ) (Entered: 06/16/2005) |
| 06/17/2005 | ◉ 426 | OPINION and ORDER granting 306 MOTION for Summary Judgment.( Signed by Judge Hilda G Tagle ) Parties notified.(rpinales, ) (Entered: 06/17/2005) |
| 06/17/2005 | ◉ 427 | OPINION and ORDER denying 380 MOTION for Summary Judgment, mooting382 Response, .( Signed by Judge Hilda G Tagle ) Parties notified.(rpinales, ) (Entered: 06/17/2005) |
| 06/17/2005 | ◉ 428 | OPINION and ORDER denying as moot 366 denying MOTION for Summary Judgment, 373 MOTION for Sanctions, grants401 MOTION to Dismiss, grants 371 MOTION to Dismiss.( Signed by Judge Hilda G Tagle ) Parties notified.(rpinales, ) (Entered: 06/17/2005) |
| 06/23/2005 | ◉ 429 | Claimant William Eugene Kimbrell's SUPPLEMENTAL to 416 MOTION in Limine by William E Kimbrell, filed. (Attachments: # 1 Proposed Order)(rpinales, ) (Entered: 06/23/2005) |
| 06/23/2005 | ◉ 430 | ORDER, Pretrial Conference set for 6/29/2005 at 09:00 AM (instead of 1:30 pm) in Courtroom 3 before Judge Hilda G Tagle Docket Call set for 6/29/2005 at 09:00 AM in Courtroom 3 before Judge Hilda G Tagle. Every party shall appear by an attorney with full knowledge of the facts and authority to bind the client., Deadlines terminated( Signed by Judge Hilda G Tagle ) Parties notified.(rpinales, ) (Entered: 06/24/2005) |
| | | |

| 06/24/2005 | ◑ 431 | Third Party Defendant Cameron County's Proposed Jury Instructions, filed.(rpinales, ) (Entered: 06/24/2005) |
|---|---|---|
| 06/27/2005 | | *** Attorney Thomas E Quirk terminated. (rpinales, ) (Entered: 06/27/2005) |
| 06/29/2005 | ◑ 439 | Minute Entry for proceedings held before Judge Hilda G Tagle. Final PRETRIAL CONFERENCE held on 6/29/2005. Appearances: Francisco J Enriquez, Mark Pinney, Veronica Farias, John Chadwick Gauntt, Glenn Gill Goodier, Richard Leo Harrell, Eileen M Leeds, Heather Scott, James Baker Manley, Ray R Marchan, Heriberto Medrano, Julian Rodriguez, Jr, Stephen Mark Strawn, Raymond L Thomas, Jr, Keith N Uhles, Rebecca Vela.(Court Reporter: Heather Hall) Parties announced settlement agreement between the Brown Water entities and the claimants. The Court allowed an additional 30 days to finalize the terms of the agreements. Parties announced potential settlement agreement between third party defendant Cameron County and the claimants. However, not all claimants have explicitly acquiesced to the proposed settlement. The Court allowed an additional 30 days to have the parties review the terms of the agreement and either provide assent or objections. The Court heard arguement on the need for attorney ad litems. Claimants announced intent ot motion for reconsideration of the Court's Order dated June 17, 2005, Dkt No. 426. Respondants Exhibits 1 and 2 tendered to the Court., filed.(rpinales, ) (Entered: 07/15/2005) |
| 06/30/2005 | ◑ 432 | MOTION to Appoint Guardian Ad Litem for Distribution of Settlement Purposes Only by Anita Harris, filed. Motion Docket Date 7/20/2005. (Attachments: # 1 Proposed Order)(rpinales, ) (Entered: 07/01/2005) |
| | | |

| 06/30/2005 | ● 433 | MOTION to Seal Allocation Agreement , filed. Motion Docket Date 7/20/2005. (Attachments: # 1 Sealed Record# 2 Proposed Order)(rpinales, ) Modified on 7/1/2005 (rpinales, ). (Entered: 07/01/2005) |
| --- | --- | --- |
| 07/01/2005 | ● 434 | ORDER, Be it Remembered that on July 1, 2005, the Court ORDERED all motions for the appointment of an attorney ad litem be filed by 3:00pm on July 8, 2005. The Court further ORDERS all such appointed attorneys ad litem and all other parties in the above styled litigation to appear before this Court on 8/1/2005 at 09:30 AM at Courtroom 3 before Judge Hilda G Tagle to address the reasonableness of any settlement concerning a represented minor, and the settlement status of the claimants' lawsuits against the Brown Water entities, Cameron County and any other pending issues.( Signed by Judge Hilda G Tagle ) Parties notified.(rpinales, ) (Entered: 07/01/2005) |
| 07/05/2005 | ● 435 | ORDER granting 433 Motion to Seal .( Signed by Judge Hilda G Tagle ) Parties notified.(rpinales, ) (Entered: 07/06/2005) |
| 07/08/2005 | | ***Motions terminated: 308 MOTION for Summary Judgment, 305 MOTION for Summary Judgment. (rpinales, ) (Entered: 07/08/2005) |
| 07/08/2005 | ● 436 | ORDER granting 432 MOTION to Appoint Guardian Ad Litem.( Signed by Judge Hilda G Tagle ) Parties notified.(rpinales, ) (Entered: 07/08/2005) |
| 07/13/2005 | ● 437 | MOTION to Dismiss with Prejudice all Claims for Economic Damages only Against Brown Water Towing I, Inc. and Brown Water Marine Service by Anita Harris, filed. Motion Docket Date 8/2/2005. (Attachments: # 1 Proposed Order)(bvasquez, ) (Entered: 07/13/2005) |
| 07/14/2005 | ● 438 | ORDER granting 437 Motion to Dismiss with |

| | | |
|---|---|---|
| | | Prejudice all claims by the Harris claimants for economic damages filed against Brown Water only. ( Signed by Judge Hilda G Tagle ) Parties notified. (rpinales, ) (Entered: 07/14/2005) |
| 07/15/2005 | ◗ 440 | Claimants' NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit by Laguna Madre Water District, Raquel Teran Hinojosa, Clarissa Hinojosa, Omar Garcia Hinojosa, Gaspar Hinjosa, II, William Welch, Minor, Bridgette Goza, Robert Fandrich, Virginia Fandrich, Rene Mata, Frank Mata, Anita Harris, Martin D Hinojosa, Rita S Hinojosa, Hector Martinez, Sr, William Morris Welch, Richard "Ricky& Leavell, Carol Leavell, State of Texas, J Antonio Mireles, Juan Antonio Mireles, Soledad Gonzalez Mireles, John A McCoy, Mary McCoy, Esteban F Rivas, Amercian Commercial, American Commercial Lines, L.L.C., William E Kimbrell, Rolando Lee Moya, Alberto Leroy Moya, Antonio Salinas, Jr, Roberto Espericueta, 202 Bayside Bar & Grill, Mira Miriam Rivas, Dimas Mora, Gustavo Morales, Bigo's International, LLC, Lydia Zamora, Jacqueline Paddock. (Filing fee $ 255), filed. (rpinales, ) (Entered: 07/18/2005) |
| 07/15/2005 | ◗ | Notice of Appeal Fee Filing fee re: 440 Notice of Appeal,,, : $ 255.00, receipt number 120286 , filed. (rpinales, ) (Entered: 07/18/2005) |
| 07/22/2005 | ◗ 441 | Transmittal Letter to US Court of Appeals for the Fifth Circuit re 440 Notice of Appeal,,,. Fee status: paid, filed. (Attachments: # 1 Notice of Appeal)(rpinales, ) (Entered: 07/22/2005) |
| 07/27/2005 | ◗ 442 | MOTION to Substitute Counsel Osiris Gonzalez and Demetrio Duarte in place of Heriberto Medrano for the August 1, 2005 hearing only by Anita Harris, filed. Motion Docket Date 8/16/2005. (Attachments: # 1 Proposed Order)(rpinales, ) (Entered: 07/27/2005) |
| | | |

| 07/27/2005 | ● 444 | ORDER granting 442 Motion to Substitute Attorney . ( Signed by Judge Hilda G Tagle ) Parties notified. (rpinales, ) (Entered: 07/28/2005) |
|---|---|---|
| 07/28/2005 | ● 443 | Unopposed MOTION to Dismiss All Claims for Economic Damages only against Brown Water Towing I, Inc and Brown Water Marine Service by J Antonio Mireles, filed. Motion Docket Date 8/17/2005. (Attachments: # 1 Proposed Order) (rpinales, ) (Entered: 07/28/2005) |