

JUL 2 9 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | * | CIVIL ACTION NO. B-01-157 |
| PETITION OF BROWN WATER | * | Consolidated with |
| TOWING I, INC., ET AL. | * | CIVIL ACTION NO. B-02-004 |
| | * | and |
| | * | CIVIL ACTION NO. B-02-125 |
| | * | |
| | * | ADMIRALTY |

## MOTION FOR CONTINUANCE TO DETERMINE REASONABLENESS OF SETTLEMENT DISBURSEMENT OF MINOR CHILD

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Minor Child, WILLIAM WELCH, in the above referenced cause of action and moves the Court as follows:

I.

Ad Litem Veronica Farias, for minor child WILLIAM WELCH, has been in contact with Plaintiffs' counsels Ray Marchan and Eddy Medrano inquiring as to the actual amount of settlement and disbursement to claimants. It is necessary that these exact financial figures be provided to Ad Litem Veronica Farias for a proper and exact determination of the net settlement proceeds to be recommended for the minor child WILLIAM WELCH.

As of the filing date and time of this Motion For Continuance, these financial figures have not been provided by Brown Water to Plaintiffs' counsel, nor to the Ad Litem attorneys. It has been represented to the undersigned counsel that Ray Marchan

continue

1

and Mark Strong have, on numerous occasions, sought the final numbers by Brown Water. Apparently, Brown Water has advised all counsel of record that the information sought will not be available until August 1, 2005, Monday morning.

II.

The Ad Litem Veronica Farias therefore request this matter be re-set so that said attorney can better evaluate the settlement disbursement and allocation of expenses of each claimant, specifically the minor child WILLIAM WELCH's expenses, thus making a proper evaluation for recommendation to the Court of the net settlement for WILLIAM WELCH. Without said information, Ad Litem Veronica Farias may not make an informed decision as to any Trust or Annunity for the minor child's best interest.

III.

Continuance for this friendly hearing is not sought for delay, but that justice may be done.

WHEREFORE, PREMISES CONSIDERED, the parties pray that this Motion be GRANTED.

> Respectfully submitted,
>
> LAW OFFICES OF VERONICA
>   FARIAS, P.C.
> 2854 Boca Chica Blvd.
> Brownsville, Texas 78521
> (956) 546-1537 phone
> (956) 546-2234 fax

continue

2

_____
Veronica Farias
State Bar No.: 06817220
Fed Bar No. 21286


## CERTIFICATE OF CONFERENCE

I, VERONICA FARIAS, hereby certify that I have conferred with attorney Ad Litem Ignacio Torteya who wishes to join in this Motion For Continuance.

_____
Veronica Farias

## CERTIFICATE OF SERVICE

I, VERONICA FARIAS, hereby certify that a true and correct copy of the aforementioned document was forwarded to opposing counsel on this the ____ day of August, 2005 by placing same in the United States post office addressed as follows:

ALL COUNSEL OF RECORD

_____
Veronica Farias

continue

3

| | |
|---|---|
| John David Franz<br>The Law Office of John David Franz<br>400 N. McColl<br>McAllen, TX 78501 | J. Chad Gauntt<br>Gauntt & Kruppstadt, L.L.P.<br>1400 Woodlock Forest, Suite 575<br>The Woodlands, TX 77381 |
| Steve Q. McManus<br>Law Offices of McManus & Crane, L.L.P.<br>209 W. Juan Linn<br>P.O. Box 2206<br>Victoria, TX 77902-2206 | Julian Rodriguez, Jr.<br>Attorney at Law<br>10113 N. Tenth, Suite C<br>McAllen, TX 78504 |
| Richard Leo Harrell<br>The Edwards Law Firm, L.L.P.<br>Frost Bank Plaza, Ste 2100<br>Corpus Christi, TX 78403-0480 | Raymond Thomas and<br>Andres Gonzalez, Jr.<br>Kittleman, Thomas, Ramirez & Gonzalez, PLLC<br>4900 B. North 10th Street<br>McAllen, Texas 78504 |
| James B. Manley, P.C.<br>200 William Barnett<br>Cleveland, TX 77327 | Will W. Pierson<br>Royston, Rayzor, Vickery & Williams<br>1700 Wilson Plaza West<br>606 N. Carancahua<br>Corpus Christi, TX 78476 |
| Kieth N. Uhles<br>James H. Hunter, Jr.<br>Royston, Rayzor, Vickery & Williams, L.L.P.<br>55 Cove Circle<br>P.O. Box 3509<br>Brownsville, TX 78523-3509 | Less Cassidy<br>Woolsey & Cassidy, P.C.<br>1020 Bank of America<br>500 North Water Street<br>Corpus Christi, TX 78471 |
| Veronica Farias<br>Law Offices of Veronica Farias<br>2854 Boca Chica<br>Brownsville, TX 78521 | Geoffrey Amsel<br>1010 N. St. Mary's Street, Room 1403<br>San Antonio, TX 78215 |
| Juan A. Magallanes<br>Magallanes, Hinojosa & Mancias, P.C.<br>1713 Boca Chica Blvd.<br>Brownsville, TX 78520 | Mark Spansel<br>Jack Gilbert<br>Margie Manzano Corbett<br>Office of the Attorney General<br>Transportation Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 |

| Daryl G. Dursum<br>Adams & Reese, L.L.P.<br>4400 One Houston Center<br>1221 McKinney<br>Houston, TX 77010 | Frank Enriquez<br>Roberto D. Puente<br>Law Offices of Frank Enriquez<br>4200 B North Bicentennial<br>McAllen, TX 78504 |

cc:

| Watts Law Firm, L.L.P.<br>Ray R. Marchan<br>1926 E. Elizabeth<br>Brownsville, TX 78520 | S. Mark Strawn<br>Schirrmeister Ajamie<br>Pennzoil Place – South Tower<br>711 Louisiana, Ste 2150<br>Houston, TX 77002 |
| Jim Hart<br>Williams Bailey Law Firm, L.L.P.<br>8441 Gulf Freeway, Suite 600<br>Houston, TX 77017 | Heriberto "Eddie" Medrano<br>Law Offices of Heriberto "Eddie" Medrano<br>2009 E. Harrison, Suite B<br>Harlingen, TX 78550 |