IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | * | CIVIL ACTION NO. B-01-157 |
| PETITION OF BROWN WATER | * | Consolidated with |
| TOWING I, INC., ET AL. | * | CIVIL ACTION NO. B-02-004 |
| | * | and |
| | * | CIVIL ACTION NO. B-02-125 |
| | * | |
| | * | ADMIRALTY |

## ORDER GRANTING MOTION FOR CONTINUANCE

ON THIS the _____ day of August, 2005, came to be considered the Attorney Ad Litem Veronica Farias Motion For Continuance in the styled and numbered cause of action.

The Court, after considering said motion, and it appearing to the Court that said Motion should be GRANTED;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Motion For Continuance be GRANTED and the minor children's friendly suit be re-set for the _____ of _____, 2005 at _____ a.m.

SIGNED FOR ENTRY on this the _____ day August, 2005.


_____
PRESIDING JUDGE

6

continue