United States District Court
Southern District of Texas
FILED

JUL 29 2005 5:36p

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 01 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | * | CIVIL ACTION NO. B-01-157 |
| PETITION OF BROWN WATER | * | Consolidated with |
| TOWING I, INC., ET AL. | * | CIVIL ACTION NO. B-02-004 |
| | * | and |
| | * | CIVIL ACTION NO. B-02-125 |
| | * | |
| | * | ADMIRALTY |

## ORDER ~~GRANTING~~ MOTION FOR CONTINUANCE

ON THIS the 29th day of ~~August~~ July, 2005, came to be considered the Attorney Ad Litem Veronica Farias Motion For Continuance in the styled and numbered cause of action.

The Court, after considering said motion, and it appearing to the Court that said Motion should be ~~GRANTED~~ DENIED.

~~IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Motion For Continuance be GRANTED and the minor children's friendly suit be re-set for the _____ of _____, 2005 at _____ a.m.~~

SIGNED FOR ENTRY on this the 29th day ~~August~~ July, 2005.

_____
PRESIDING JUDGE

6

continue