United States District Court
Southern District of Texas
FILED

AUG 0 1 2005 9:18A

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | C. A. NO. B-01-157<br>Admiralty<br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315,VLB-9182,ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | C. A. NO. B-02-004<br>Admiralty<br><br><br><br>and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § § § | C.A. NO. B-02-125<br>Admiralty |

<u>MOTION TO ALLOW RAY R. MARCHAN TO APPEAR
AS CLAIMANTS' CO-LEAD COUNSEL</u>

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Ray R. Marchan, and respectfully moves that he be allowed to appear as Co-Lead Counsel for Claimants for the purposes of the hearing/hearings to be held on Monday, August 1, 2005, and as grounds thereof would respectfully show the court as follows:

## CERTIFICATE OF CONFERENCE

I hereby certify that on this the 1st day of August, 2005 a telephone call was placed to Mr. Will P. Pierson, Counsel for Brown Water Marine Service, Inc. and Brown Water Towing I, Inc. to advice him of the filing of the foregoing motion. Mr. Will Pierson was out of the office and unavailable so could therefore not indicate his position to the motion.

_____
RAY R. MARCHAN

## CERTIFICATE OF SERVICE

On this the ___1___ day of August, 2005, a true and correct copy of the foregoing instrument was forwarded to all counsel of record, via fax, by hand-delivery or U.S. Mail.

_____
RAY R. MARCHAN