United States District Court
Southern District of Texas
ENTERED

AUG 0 1 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § | C. A. NO. B-01-157
Admiralty |
| | § | Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315,VLB-9182,ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § | C. A. NO. B-02-004
Admiralty

and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § | C.A. NO. B-02-125
Admiralty |

ORDER GRANTING RAY R. MARCHAN PERMISSION TO APPEAR AS
CO-LEAD COUNSEL FOR CLAIMANTS

On this day, came on to be considered the Motion of Ray R. Marchan to appear as counsel for Claimants for purposes of the hearings to be held on August 1, 2005, and it appearing to the Court that such motion should be granted;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that said Motion be and it is hereby granted and that Ray R. Marchan shall be allowed to be appear as co-lead counsel for Claimants for purposes of the hearings scheduled for August 1, 2005.

Signed this the ___1___ day of August, 2005.

_____
JUDGE PRESIDING