IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | C. A. NO. B-01-157 <br><br> United States District Court Southern District of Texas FILED <br> AUG 0 1 2005  9:19A <br> Michael N. Milby, Clerk of Court |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9173, IN A CAUSE OF EXONERATION FORM OR LIMITATION OF LIABILITY | § § § § § § § § § § | Admiralty |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § § | Consolidated with <br><br> C. A. NO. B-02-004 <br><br> Admiralty |

## STIPULATION

### I.

This Stipulation is hereby entered into between Jacqueline Paddock, individually and as representative of the estate of Chealsa and Barry Welch and as next friend of William B. Welch, a minor; William Morris Welch, individually and as surviving father of Barry Welch, deceased; and William Eugene Kimbrell, individually and as surviving father of Chealsa Welch, deceased, sometimes hereinafter referred to as the "Welch Death Claimants." This Stipulation is a supplement to the Allocation and Arbitration Agreement attached hereto as Exhibit A. Exhibit A is a Supplement to the Agreement of Group Negotiation of Claims, which is attached hereto as Exhibit B.

### II.

Whereas, the undersigned Welch Death Claimants are in agreement regarding the specific percentages to be allocated to each of them from any settlement proceeds that may be allocated to the Welch Death Claimants as a group under Exhibit A and Exhibit B, they hereby further stipulate and agree as follows:

The Welch Death Claimants agree and stipulate that any settlement proceeds that are allocated to the Welch Death Claimants as a group under Exhibit A and B, if any, shall be divided among the individual Claimants in the following percentages:

| | |
|---|---|
| William B. Welch, a minor<br>Including amounts for the<br>trust and purchase of an<br>annuity for support of<br>William B. Welch, a minor,<br>until William B. Welch<br>reaches the age of majority,<br>said annuity to be structured<br>and payable in a manner<br>to be ordered by the Court<br>in this cause. | 64% |
| Jacqueline Paddock, individually | 12% |
| William Morris Welch, individually | 12% |
| William Eugene Kimbrell, individually | 12% |

This Stipulation is binding and effective as to all Welch Death Claimants and all Welch Death Claimants are bound irrevocably by its terms as indicated by their signatures and/or the signatures of their representatives on this Stipulation. However, this Stipulation will not be binding or irrevocable as to any signatory Welch Death Claimant unless and until all Welch Death Claimants have signed, so that unanimity among the Welch Death Claimants is required before any individual Welch Death



Claimant is bound by virtue of his or her own signature and/or the signature of their representative. Further, this Stipulation shall not be binding nor irrevocable unless and until the documents attached hereto as Exhibit A and B have each been executed and become effective.

### III.

### CONFIDENTIALITY

The Welch Death Claimants agree to keep the terms of this Stipulation strictly confidential, except insofar as it is becomes necessary to disclose this agreement to give effect to its terms. This is a material provision of this agreement.

### IV.
### MULTIPLE COUNTERPARTS

This Stipulation may be executed in multiple counterparts, all of which taken together shall constitute one and the same Agreement.

### V.

### ACKNOWLEDGMENT

All Welch Death Claimants signing below have reviewed this Stipulation, have discussed it with their attorneys, have had any questions answered to their satisfaction by their attorneys, and each Welch Death Claimant voluntarily accepts the terms of this Stipulation in full as evidenced by his/her signature below.

APPROVED, AGREED TO AND EXECUTED THIS _13_ day of December, 2002.

_____
Jacqueline Paddock Individually and as
Representative of the Estate of Chealsa
and Barry Welch and as Next Friend of
William B. Welch

WATTS LAW FIRM, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
(956) 544-0500
(956) 541-0255 FAX

_____
Ray R. Marchan
Federal I.D. No. 9522
State Bar No. 12969050
Counsel for Jacqueline Paddock Individually and as
Representative of the Estate of Chealsa
and Barry Welch and as Next Friend of
William B. Welch

_____
Mikal C. Watts
Federal I.D. No. 12419
State Bar No. 20981820
Counsel for Jacqueline Paddock Individually and as
Representative of the Estate of Chealsa
and Barry Welch and as Next Friend of
William B. Welch

      APPROVED, AGREED TO AND EXECUTED THIS ____ day of December, 2002.

LAW OFFICES OF VERONICA FARIAS
2854 Boca Chica Blvd.
Brownsville, Texas 78520
(956) 546-1537
(956) 546-2234  FAX


_____
VERONICA FARIAS
State Bar No.
Federal I.D. No.
Attorney Ad Litem for William B. Welch, minor child



_____
Ray R. Marchan
Federal I.D. No. 9522
State Bar No. 12969050
Counsel for Jacqueline Paddock Individually and as
Representative of the Estate of Chealsa
and Barry Welch and as Next Friend of
William B. Welch

_____
Mikal C. Watts
Federal I.D. No. 12419
State Bar No. 20981820
Counsel for Jacqueline Paddock Individually and as
Representative of the Estate of Chealsa
and Barry Welch and as Next Friend of
William B. Welch

APPROVED, AGREED TO AND EXECUTED THIS ____ day of December, 2002.

LAW OFFICES OF VERONICA FARIAS
285 Boca Chica Blvd.
Brownsville, Texas 78520
(956) 546-1507
(956) 546-2234 FAX

_____
VERONICA FARIAS
State Bar No.
Federal I.D. No.
Attorney Ad Litem for William B. Welch, minor child

APPROVED, AGREED TO AND EXECUTED THIS 12TH day of December, 2002.

x /s/ William Morris Welch
*William Morris Welch, Individually and as the Surviving father of Barry Welch, deceased*

JAMES B. MANLEY, P.C.
3616 Preston Road
Pasadena, Texas 77505
(713) 947-1670
(713) 947-6956 FAX

/s/ James B. Manley
James B. Manley
Attorney in Charge
State Bar No. 12915000
Federal I.D. No. 3286
*Counsel for William Morris Welch, Individually and as the Surviving father of Barry Welch, deceased*