United States District Court
Southern District of Texas
FILED

AUG 0 1 2005 /0:58 A

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C. A. NO. B-01-157 Admiralty |
| | § § | Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315,VLB-9182,ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C. A. NO. B-02-004 Admiralty and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § § | C.A. NO. B-02-125 Admiralty |

<u>CLAIMANT LAGUNA MADRE WATER DISTRICT AND PETITIONERS'
JOINT NOTICE OF SETTLEMENT AND MOTION TO DISMISS
LAGUNA MADRE WATER DISTRICT'S CLAIMS</u>

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW the Claimant, Laguna Madre Water District, and the Petitioners, Brown Water Marine Service, Inc., Brown Water Towing I, Inc., American Commercial Barge Line, LLC, American Commercial Lines, LLC, Deere Credit, Inc., General Electric Capital

49477>3031132

Corporation, and State Street Bank and Trust Company of Connecticut, N.A. (the "Petitioners"), pursuant to Fed. R. Civ. P. 41(a) and show as follows:

The Claimant Laguna Madre Water District and the Petitioners have reached a settlement wherein they have agreed, subject to the Court's approval, to the dismissal with prejudice of the Claimant Laguna Madre Water District's Claims against the Petitioners in the captioned matter. The parties have agreed to bear their own court costs with respect to Laguna Madre Water District's Claims.

WHEREFORE, PREMISES CONSIDERED, the Claimant Laguna Madre Water District and the Petitioners respectfully request that the Court grant their Joint Motion to Dismiss with Prejudice the Claims by the Claimant Laguna Madre Water District in the above styled and numbered civil action. The Claimant Laguna Madre Water District and the Petitioners also request all other relief to which they may be entitled at law, in equity, or in admiralty.

Respectfully submitted,

*Will W. Pierson*

Will W. Pierson
Federal I.D. No. 1931
State Bar No. 16003100
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
(361) 884-8808
(361) 884-7261 Facsimile
ATTORNEY FOR PETITIONERS,
BROWN WATER MARINE SERVICE, INC.
AND BROWN WATER TOWING I, INC.

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

*Glenn Goodier by Pierson*

Mr. Glenn G. Goodier
Federal I.D. No. 06130
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100
(504) 582-8174
(504) 582-8010 Facsimile
ATTORNEY FOR PETITIONERS,
AMERICAN COMMERCIAL BARGE LINE, LLC, AMERICAN COMMERCIAL LINES, LLC, DEERE CREDIT, INC., GENERAL ELECTRIC CAPITAL CORPORATION, STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, N.A.

OF COUNSEL:

JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, L.L.P.

49477>3031132

[signature]

Mr. Gilberto Hinojosa
Federal I.D. 3425
State Bar No. 09701100
1713 Boca Chica Blvd.
Post Office Box 4901
Brownsville, Texas 78520
(956)544-6571
(956)544-4290 Facsimile
ATTORNEY FOR CLAIMANT,
LAGUNA MADRE WATER DISTRICT

OF COUNSEL:

MAGALLANES, HINOJOSA & MANCIAS, P.C.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded to the below listed counsel by facsimile on this 30th day of July, 2005.

VIA TELEFAX (956)544-4290
Mr. Gilberto Hinojosa
Magallanes, Hinojosa & Mancias, P.C.
1713 Boca Chica Blvd.
Post Office Box 4901
Brownsville, Texas 78520

VIA TELEFAX (713)860-1699
Mr. Thomas R. Ajamie
Mr. S. Mark Strawn, Esq.
Ajamie, L.L.P.
Pennzoil Place-South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002

VIA TELEFAX (956)541-0255
Mr. Ray R. Marchan
Watts Law Firm
1926 E. Elizabeth
Brownsville, Texas 78520

VIA TELEFAX (956)630-5199
Mr. Raymond Thomas
Mr. Andres Gonzalez
Kittleman, Thomas, Ramirez & Gonzales
4900-B North 10th Street
McAllen, Texas 78504

VIA TELEFAX (361)698-7614
Mr. Richard Leo Harrell
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 1400 (78470)
P.O. Box 480
Corpus Christi, Texas 78403-0480

VIA TELEFAX (956)428-2495
Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
2009 East Harrison, Suite B
Harlingen, Texas 78550

VIA TELEFAX (281)593-1700
Mr. James B. Manley, P.C.
200 William Barnett
Cleveland, Texas 77327

VIA TELEFAX (956)686-3578
Mr. John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

VIA TELEFAX (281)367-3705
Mr. J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
1400 Woodlock Forest Dr., Suite 575
The Woodlands, Texas 77380

VIA TELEFAX (361)575-8454
Mr. William Q. McManus
Mr. Steve Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

VIA TELEFAX (361)887-6521
Les Cassidy
Cassidy & Raub
814 Leopard Street
Corpus Christi, Texas 78471

VIA TELEFAX (956)546-2234
Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

49477>3031132

VIA TELEFAX (956)287-0098
Mr. Julian Rodriguez, Jr.
Julian Rodriguez, Jr. & Associates, P.C.
10113 N. 10th Street, Suite C
McAllen, Texas 78504

VIA TELEFAX (713)643-6226
Mr. Jim S. Hart
Ms. Nejd Yaziji
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

VIA TELEFAX (956)618-5064
Mr. Frank Enriquez
Mr. Robert Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

VIA TELEFAX (504)582-8010
Mr. Glenn G. Goodier
Jones, Walker, Waechter, Poitevent, Carrere
  & Denegre, L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100

VIA TELEFAX (956)550-8353
Mr. Ignacio "Nacho" Torteya III
700 E Washington
Torteya Professional Building
Brownsville, Texas 78520

_____
Of Royston, Rayzor, Vickery & Williams, L.L.P.

49477>3031132