United States District Court
Southern District of Texas
FILED

AUG 0 1 2005  10:57

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § | C. A. NO. B-01-157 Admiralty |
| | § | Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § | C. A. NO. B-02-004 Admiralty and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § | C.A. NO. B-02-125 Admiralty |

**JOINT MOTION FOR ENTRY OF ADMINISTRATIVE STAY**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Petitioners, Brown Water Marine Service, Inc. and Brown Water Towing I, Inc. (both collectively referred to herein as the "Brown Water Petitioners"), American Commercial Barge Line, L.L.C. and American Commercial Lines, L.L.C. (both collectively

referred to herein as the "ACBL Petitioners"), and file this their Joint Motion for Entry of Administrative Stay.

### I.

The ACBL Petitioners asserted Claims against the Brown Water Petitioners. The outcome of the recent appeal of the summary judgment in favor of the ACBL Petitioners may affect whether the ACBL Petitioners pursue their claim against the Brown Water Petitioners. Thus, the Brown Water Petitioners and the ACBL Petitioners, jointly request that the Court administratively stay the ACBL Petitioners' claims in the captioned matter pending the outcome of the appeal.

### II.

The Petitioners request that the Court maintain jurisdiction over the underlying matter but administratively stay this matter, pending the Brown Water or ACBL Petitioners' return to this Court for further relief.

WHEREFORE, PREMISES CONSIDERED, the Petitioners request that this matter be Administratively Stayed pending further order of this Court.

Respectfully submitted,

*Will W. Pierson* by permission Josh

Will W. Pierson
Federal I.D. No. 1931
State Bar No. 16003100
Jack C. Partridge
Federal I.D. No. 10470
State Bar No. 15534600
Keith N. Uhles
Federal I.D. No. 1936
State Bar No. 20371100
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
(361) 884-8808
(361) 884-7261 Facsimile
ATTORNEY FOR PETITIONERS,
BROWN WATER MARINE SERVICE, INC.
AND BROWN WATER TOWING I, INC.

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

Mr. Glenn G. Goodier
State Bar No. 06130
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100
(504)582-8174
(504)582-8010 Facsimile
ATTORNEY FOR PETITIONERS,
AMERICAN COMMERCIAL BARGE LINE,
L.L.C. AND AMERICAN COMMERCIAL LINES,
L.L.C.

OF COUNSEL:

JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, L.L.P.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded to the below listed counsel by facsimile on this \_\_1st\_\_ day of \_\_August\_\_, 2005.

**VIA HAND DELIVERY**
**OR VIA REGULAR MAIL**

Mr. John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

Mr. Raymond Thomas
Ms. Rebecca Vela
Kittleman, Thomas, Ramirez & Gonzales
4900-B North 10th Street
McAllen, Texas 78504

Mr. Thomas R. Ajamie
Mr. S. Mark Strawn, Esq.
Ajamie, L.L.P.
Pennzoil Place-South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002

Mr. Ray R. Marchan
Watts Law Firm
1926 E. Elizabeth
Brownsville, Texas 78520

Mr. Richard Leo Harrell
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 1400 (78470)
P.O. Box 480
Corpus Christi, Texas 78403-0480

Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
2009 East Harrison, Suite B
Harlingen, Texas 78550

Mr. James B. Manley, P.C.
200 William Barnett
Cleveland, Texas 77327

**VIA HAND DELIVERY**
**OR VIA REGULAR MAIL**

Mr. J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
1400 Woodlock Forest Dr., Suite 575
The Woodlands, Texas 77380

Mr. William Q. McManus
Mr. Steve Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

Les Cassidy
Cassidy & Raub
814 Leopard Street
Corpus Christi, Texas 78471

Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

Mr. Julian Rodriguez, Jr.
Julian Rodriguez, Jr. & Associates, P.C.
10113 N. 10th Street, Suite C
McAllen, Texas 78504

Mr. Jim S. Hart
Ms. Nejd Yaziji
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

**VIA HAND DELIVERY**
**OR VIA REGULAR MAIL**

Mr. Frank Enriquez
Mr. Robert Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

Mr. Glenn G. Goodier
Jones, Walker, Waechter, Poitevent, Carrere
 & Denegre, L.L.P.

201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100
Mr. Ignacio "Nacho" Torteya III
700 E Washington
Torteya Professional Building
Brownsville, Texas 78520

Of Royston, Rayzor, Vickery & Williams, L.L.P.