IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | C. A. NO. B-01-157<br>Admiralty<br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315,VLB-9182,ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C. A. NO. B-02-004<br>Admiralty<br><br><br><br>and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § | C.A. NO. B-02-125<br>Admiralty |

**AGREED ORDER FOR ADMINISTRATIVE STAY**

Before the Court is the Joint Motion for Entry of Administrative Stay filed by the Petitioners in the referenced matter. This Court, having considered the same, is of the opinion that the Petitioners' Joint Motion for Administrative Stay should be granted.

It is therefore ordered that all Claims of American Commercial Barge Line, L.L.C. and American Commercial Lines, L.L.C. in this proceeding be administratively stayed. The

Petitioners are ordered to advise the Court promptly if the Claims are resolved. Alternatively, the Petitioners are directed to provide this Court with a status report no later than December 15, 2005, and semiannually thereafter until the claim is resolved or one of the parties requests that the stay be lifted.

SIGNED THIS the _____ day of _____, 2005 in Brownsville, Texas.

> The Honorable Hilda Tagle
> United States District Judge