Case 1:01-cv-00157   Document 453   Filed in TXSD on 08/02/2005

United States District Court
Southern District of Texas
ENTERED
AUG 0 2 2005
Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., ET AL. | § § § § § § § § | CIVIL ACTION NO. B-01-157 Consolidated with CIVIL ACTION NO. B-02-004 and CIVIL ACTION NO. B-02-125 ADMIRALTY |

# FINAL JUDGMENT

BE IT REMEMBERED that on August 2, 2005, the Court considered Deere Credit, Inc. (formerly Senstar Finance Co.), State Street Bank and Trust Company of Connecticut, National Association, and General Electric Capital Corporation's ("Deere Credit") verbal motion for final judgment made on August 1, 2005.

Pursuant to the Federal Rules of Civil Procedure, Rule 54(b), when, as here, multiple parties are involved, "the court may direct the entry of a final judgment as to one or more but fewer than all . . . parties only upon an express determination that there is no just reason for delay and upon an express direction for the entry of judgment." Id. On June 17, 2005, this Court granted Deere Credit's unopposed motion for summary judgment, exonerating Deere Credit from liability in the above styled litigation. Dkt. No. 426. Due to its determination that Deere Credit bears no responsibility for the damages serving as the basis for this litigation, the Court finds "no just reason for delay[ing]" the entry of final judgment for Deere Credit. Fed.R.Civ. 54(b). In addition, Deere Credit has expressly motioned for the entry of final judgment. Id.

Accordingly, with respect to Deere Credit only, the Court **ORDERS** that Deere Credit is **EXONERATED** from any liability to the claimants who have and who have not filed

claims in this case for loss or damage resulting from the allision of the BROWN WATER V and her tow, barges VLB-9182, VLB-9173, NM-315, and ACL-9933B, with the Queen Isabella Causeway on September 15, 2001. The Court further **ORDERS** all claims against Deere Credit in the above-styled litigation **DISMISSED WITH PREJUDICE**. Therefore, the Court enters **FINAL JUDGMENT** in favor of Deere Credit.

DONE at Brownsville, Texas, this 2 day of August, 2005.

_____
Hilda G. Tagle
United States District Judge