United States District Court
Southern District of Texas
ENTERED

AUG 0 2 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | CIVIL ACTION NO. B-01-157 |
| PETITION OF BROWN WATER | § | Consolidated with |
| TOWING I, INC., ET AL. | § | CIVIL ACTION NO. B-02-004 |
| | § | and |
| | § | CIVIL ACTION NO. B-02-125 |
| | § | |
| | § | ADMIRALTY |

## FINAL JUDGMENT

BE IT REMEMBERED that on August 2, 2005, the Court considered American Commercial Lines, L.L.C.'s ("ACL") verbal motion for final judgment made on August 1, 2005.

Pursuant to the Federal Rules of Civil Procedure, Rule 54(b), when, as here, multiple parties are involved, "the court may direct the entry of a final judgment as to one or more but fewer than all . . . parties only upon an express determination that there is no just reason for delay and upon an express direction for the entry of judgment." Id. On June 17, 2005, this Court granted ACL's unopposed motion for summary judgment, exonerating ACL from liability in the above styled litigation. Dkt. No. 426. Due to its determination that ACL bears no responsibility for the damages serving as the basis for this litigation, the Court finds "no just reason for delay[ing]" the entry of final judgment for ACL. Fed.R.Civ. 54(b). In addition, ACL has expressly motioned for the entry of final judgment. Id.

Accordingly, with respect to ACL only, the Court **ORDERS** that ACL is **EXONERATED** from any liability to the claimants who have and who have not filed claims in this case for loss or damage resulting from the allision of the BROWN WATER V and

her tow, barges VLB-9182, VLB-9173, NM-315, and ACL-9933B, with the Queen Isabella Causeway on September 15, 2001. The Court further **ORDERS** all claims against ACL in the above-styled litigation **DISMISSED WITH PREJUDICE**. Therefore, the Court enters **FINAL JUDGMENT** in favor of ACL.

DONE at Brownsville, Texas, this 2 day of August, 2005.

Hilda G. Tagle
United States District Judge

2