## Civil Courtroom Minutes

| | | |
|---|---|---|
| JUDGE | Hilda G. Tagle | |
| CASE MANAGER | Stella Cavazos | United States District Court<br>Southern District of Texas<br>FILED<br>AUG 0 1 2005<br>Michael N. Milby, Clerk of Cou |
| LAW CLERK | ■ Kovacevic    ☐ Levesque | |
| DATE | 8 — 1 — 05 | |
| TIME | 9:35-10:05 a.m.    11:00-11:10 a.m.<br>3:35-3:50 p.m.    5:05-6:10 p.m. | |
| CIVIL ACTION | B — 01 — 157 | |
| STYLE | In re: Brown Water, et al.<br>*versus* | |

DOCKET ENTRY

(HGT) ■ Status Conference:                          (Court Reporter: Heather Hall)

Attorneys for Brown Water Entities:   John Partridge appearing for Keith Uhles
Attorneys for ACBL Entities:          Glenn Goodier
Attorneys for Claimants:              John David Franz appearing for J. Chadd Gauntt; James B. Manley; Ray Marchan; Helen Delgadillo; Julian Rodriguez; Rebecca Vela; Raymond Thomas; Mark Strawn, Frank Enriquez, Mark Pinney; Richard Harrel; Steve McManus; Osiris Gonzalez and Demetrio Duarte appearing for Heriberto Medrano.
Attorneys for third-party defendant (Cameron County): Eileen Leeds & Heather Scott
Attorney Ad-Litem for Wm. Welch, minor child: Veronica Farias
Attorney Ad-Litem for V. J. Harris, minor child: Ignacio Torteya

■ Comments:

1. Parties announced that settlement between claimants and Cameron County has been finalized.

2. Parties announced that claimant Laguna Madre settled with Brown Water.

3. ACL and the Deere Credit entities requested entry of final judgment.

4. ACBL and Brown Water notified the Court of joint motion for administrative stay of ACBL's claim against Brown Water until Fifth Circuit undertakes appeal of Court's order dated June 17, 2005. Dkt. No. 426.

5. Brown Water announced total amount of insurance proceeds available to claimants. The Court requires disbursement of the settlement funds to occur no later than September 6, 2005.

Civil Action No. 01-157
In Re: Brown Water, et al
Minutes of 8/1/05
Page 2

6. Claimants disputed which costs should be borne by all parties. Furthermore, ad-litem attorneys disputed where ad-litem fees should be derived. Court ordered mediation, which was successful.

7. Court held friendly suit for interests of minors. Witnesses Anita Harris and Jacqueline (Paddock) Golterman were sworn and testified.