# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### OFFICE OF THE CLERK

**MICHAEL N. MILBY**                              **POST OFFICE BOX 61010**
**CLERK**                                                  **HOUSTON, TEXAS 77208**

August 8, 2005

Mr. Charles R. Fulbruge III, Clerk
U.S. Court of Appeals, Fifth Circuit
600 Camp Street, Room 102
New Orleans, LA 70130

IN RE:   Brown Water Towing vs. Amer Cmmercl Barge
         1:01CV0157     USCCA 05-21177

         AMENDED TRANSMITTAL MEMORANDUM

Dear Mr. Fulbruge:

In connection with this appeal, the following documents are transmitted.  Please acknowledge receipt on the enclosed copy of this letter.

RECORD ON APPEAL
consisting of:
45 VOLUMES OF ELECTRONIC RECORD


Very Truly Yours,


Michael N. Milby, Clerk



_____
Deputy Clerk


cc: all parties