United States District Court
Southern District of Texas
ENTERED

AUG 0 8 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | CIVIL ACTION NO. B-01-157 |
| PETITION OF BROWN WATER | § | Consolidated with |
| TOWING I, INC., ET AL. | § | CIVIL ACTION NO. B-02-004 |
| | § | and |
| | § | CIVIL ACTION NO. B-02-125 |
| | § | |
| | § | ADMIRALTY |

## ORDER

BE IT REMEMBERED that on August _8_, 2005, the Court considered J. Antonio Mireles, as personal Representative of the Estate of Julio Cesar Mireles, Juan Antonio Mireles and Soledad Gonzalez Mireles (hereinafter "Mireles claimants"), "Unopposed Motion to Dismiss All Claims for Economic Damages Only Against Brown Water Towing I, Inc., and Brown Water Marine Service [(hereinafter "Brown Water")]." Dkt. No. 443.

In the motion before the Court, the Mireles claimants move to dismiss all claims for economic damages against Brown Water, but maintain all claims for non-economic losses against Brown Water. Specifically, the Mireles claimants move the Court to dismiss any and all claims for loss of maintenance, support, service, inheritance, contributions of pecuniary value, and all other economic damages provided for under any applicable laws of the State of Texas and the United States against Brown Water. The Mireles claimants seek, however, to maintain their claims against Brown Water for loss of love, care, advice, counsel, companionship and society, mental anguish and all other noneconomic damages provided for under applicable laws of the State of Texas and the United States. Brown Water is unopposed to the motion.

Accordingly, the Court **GRANTS** the Mireles claimants' motion, Dkt. No. 443, and **DISMISSES** all claims by the Mireles claimants for economic damages filed against Brown Water only.

DONE at Brownsville, Texas, this _8_ day of August, 2005.

Hilda G. Tagle
United States District Judge