United States District Court
Southern District of Texas
ENTERED

AUG 0 8 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-01-157<br>Admiralty |
| | Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315,VLB-9182,ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-02-004<br>Admiralty<br><br>and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | C.A. NO. B-02-125<br>Admiralty |

## ORDER OF DISMISSAL

BEFORE THE COURT is the Claimant's, Laguna Madre Water District's, and the Petitioners', Brown Water Marine Service, Inc. and Brown Water Towing I, Inc., American Commercial Barge Line, LLC, American Commercial Lines, LLC, Deere Credit, Inc., General Electric Capital Corporation, and State Street Bank and Trust Company of Connecticut, N.A.'s (the "Petitioners") Joint Notice of Settlement and Motion to Dismiss Laguna Madre Water

49477>3031132

District's Claims. The Claimant Laguna Madre Water District and the Petitioners announced to the Court that they had reached a settlement. Consequently, the Court dismisses with prejudice the Claimant Laguna Madre Water District's Claims against the Petitioners. All parties are to bear their own court costs with respect to Laguna Madre Water District's Claims.

SIGNED on this ___8___ day of ___August___, 2005.

_____
The Honorable Hilda Tagle
United States District Judge

APPROVED AND ENTRY REQUESTED:


*(signed)* Will W. Pierson
Will W. Pierson
Federal I.D. No. 1931
State Bar No. 16003100
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
(361) 884-8808
(361) 884-7261 Facsimile
ATTORNEY FOR PETITIONERS,
BROWN WATER MARINE SERVICE, INC. AND BROWN WATER TOWING I, INC.


OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.


*(signed)* Glenn Goodier by permission SDC
Mr. Glenn G. Goodier
Federal I.D. No. 06130
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100
(504) 582-8174
(504) 582-8010 Facsimile
ATTORNEY FOR PETITIONERS,
AMERICAN COMMERCIAL BARGE LINE, LLC, AMERICAN COMMERCIAL LINES, LLC, DEERE CREDIT, INC., GENERAL ELECTRIC CAPITAL CORPORATION, STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, N.A.

OF COUNSEL:

JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, L.L.P.

49477>3031132

Mr. Gilberto Hinojosa
Federal I.D. 3425
State Bar No. 09701100
1713 Boca Chica Blvd.
Post Office Box 4901
Brownsville, Texas 78520
(956)544-6571
(956)544-4290 Facsimile
ATTORNEY FOR CLAIMANT, LAGUNA MADRE WATER DISTRICT

OF COUNSEL:

MAGALLANES, HINOJOSA & MANCIAS, P.C.