IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
AUG 2 4 2005
Michael N. Milby
Clerk of Court

| | |
|---|---|
| IN RE THE COMPLAINT AND § | |
| PETITION OF BROWN WATER § | C.A. NO. B-01-157 |
| TOWING I, INC., AS OWNER, AND § | (Subject to Rule 9(h) BROWN WATER |
| MARINE SERVICE, § | of the Federal Rules INC., AS |
| BAREBOAT CHARTERER, OF § | of Civil Procedure) THE BROWN |
| WATER V, ITS ENGINES, § | Admiralty |
| TACKLE, ETC. IN A CAUSE OF § | |
| EXONERATION FROM OR § | |
| LIMITATION OF LIABILITY § | |
| § | |
| Consolidated with: § | |
| § | |
| IN THE MATTER OF AMERICAN § | |
| COMMERCIAL LINES LLC AS § | |
| OWNER and AMERICAN § | |
| COMMERCIAL BARGE § | C.A. NO. B-02-004 |
| LINE LLC AS CHARTERER OF THE § | (Subject to Rule 9(h) BARGES NM-315, |
| VLB-9182, § | of the Federal Rules |
| ACL-9933B, VLB-9173, PRAYING § | of Civil Procedure) |
| FOR EXONERATION FROM § | Admiralty |
| AND/OR LIMITATION OF LIABILITY § | |

**AGREED EMERGENCY MOTION FOR
APPOINTMENT OF ARBITRATOR**

Claimants, Antonio Mireles, as Personal Representative of the Estate of Julio Cesar Mireles, Juan Antonio Mireles and Soledad Gonzalez Mireles (the Mireles family); Carol Leavell and Rick Leavell, Individually and as Representatives of the Estate of Robin Faye Leavell (the Leavell family); Lydia Zamora, Individually, and as Representative of the Estate of Hector Martinez, Jr., and Hector Martinez Sr., Individually (the Martinez family); and Esteban Rivas and Miriam Rivas, Individually and as Representatives of the Estate of Stvan Rivas (the Rivas family) file this Agreed Emergency Motion for Appointment of an Arbitrator and would show the Court the following:

## A. BACKGROUND

The Claimants moving for appointment of an Arbitrator are four (4) of the families who lost family members in the collapse of the Queen Isabella Causeway on September 15, 2001. The Claimants have similar claims in that each of the families lost an adult son or daughter and the Claimants' decedents all died without surviving spouses or children.

## B. ISSUE

In the Allocation Agreement, filed with the Court on June 30, 2005, these four (4) families agreed that 36% of the settlement proceeds would be allocated to their claims collectively, but that no family of the four families would get less than 8% or more than 10%, and that if they could not agree as to the allocation, they would submit to a binding arbitration.

Unfortunately, the Claimants have not been able to agree as to the allocation.

The families have also not been able to agree as to the evidence that will be allowed at the arbitration hearing.

All of the families have agreed to ask the Court to appoint United States Magistrate Judge Felix Recio, to act as arbitrator in order to minimize the expense of the arbitration, since he was the mediator who presided over the mediation when an agreement could not be reached at the final hearing on August 1, 2005. All of the four families have agreed that that the arbitration be set as soon as possible in Brownsville, Texas.

Parties request that a conference be scheduled, if possible, with Judge Recio tomorrow morning.

Wherefore, premises considered, the Claimants move the Court enter the attached order appointing United States Magistrate Judge Felix Recio to act as

arbitrator, and deciding whether the Claimants will be allowed to testify at the arbitration hearing. Claimants also request that a conference call be scheduled, if possible, for tomorrow morning.

Respectfully submitted on this the 24th day of August, 2005.

> WATTS LAW FIRM, L.L.P.
> 1926 University Blvd.
> Brownsville, Texas 78520
> (956) 544-0500
> (956) 541-0255 Facsimile
>
> _____ w/perm.
> Ray R. Marchan
> State Bar No.: 12969050
> Federal ID No.: 9522
> Attorney for Lydia Zamora Individually and as Representative of the Estate of Hector Martinez, Jr.
>
> _____ w/perm.
> S. Mark Strawn
> Schirrmeister Ajamie
> Pennzoil Place - South Tower
> 711 Louisiana, Ste 2150
> Houston, Texas 77002
> (713) 860-1600
> (713) 860-1699 Facsimile
> State Bar No.: 19374325
> Federal ID No.: 9996
> Attorney for J. Antonio Mireles, as Personal Representative of the Estate of Julio Cesar Mireles, Juan Antonio Mireles and Soledad Gonzalez Mireles
>
> _____ w/perm.
> Jim Hart
> Williams Bailey Law Firm, L.L.P.
> 8441 Gulf Freeway, Suite 600
> Houston, Texas 77017
> (713) 230-2200
> (713) 643-6226 Facsimile
> State Bar No.: 09147400
> Federal ID No.: 14548
> Attorney for Hector Martinez, Sr.

*J. Chad Gauntt* w/perm.

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Forest Crossing Dr., Suite C
The Woodlands, Texas 77381
(281) 367-6555
(281) 367-3705 Facsimile
State Bar 07765990
Fed ID 14135

and

John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501
(956) 686-3300
(956) 686-3570 Facsimile
State Bar No.: 07389200
Federal ID No.: 1190
Attorneys for Esteban Rivas and Miriam Rivas
Individually and as Representatives of the
Estate of Stvan Rivas

*Steve McManus* w/perm.

Steve Q. McManus
Law Offices of McManus & Crane, L.L.P.
209 W. Juan Linn
P. O. Box 2206
Victoria, Texas 77902-2206
361.575.6764
361.575.8454 Facsimile
State Bar No.: 13784700
Federal ID No.: 742773317
Attorney for Estate of Robin Faye Leavell, Carol Leavell, Individually and as Representaive of the Estate of Robin Faye Leavell, Ricky Leavell, Individually and as Representative of the Estate of Robin Faye Leavell