United States District Court
Southern District of Texas
FILED

AUG 25 2005 8:35A

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND § <br> PETITION OF BROWN WATER § <br> TOWING I, INC., AS OWNER, AND § <br> BROWN WATER MARINE SERVICE, § <br> INC., AS BAREBOAT CHARTERER, OF § <br> THE BROWN WATER V, ITS ENGINES, § <br> TACKLE, ETC. IN A CAUSE OF § <br> EXONERATION FROM OR § <br> LIMITATION OF LIABILITY § | C.A. NO. B-01-157 <br> (Subject to Rule 9(h) <br> of the Federal Rules <br> of Civil Procedure) <br> Admiralty |

Consolidated with:

| | |
|---|---|
| IN THE MATTER OF AMERICAN § <br> COMMERCIAL LINES LLC AS OWNER § <br> and AMERICAN COMMERCIAL BARGE § <br> LINE LLC AS CHARTERER OF THE § <br> BARGES NM-315, VLB-9182, § <br> ACL-9933B, VLB-9173, PRAYING § <br> FOR EXONERATION FROM AND/OR § <br> LIMITATION OF LIABILITY § | C.A. NO. B-02-004 <br> (Subject to Rule 9(h) <br> of the Federal Rules <br> of Civil Procedure) <br> Admiralty |

## AGREED ORDER

Certain Claimants AGREED EMERGENCY MOTION FOR APPOINTMENT OF ARBITRATOR is before the Court. The Court hereby GRANTS the motion, and ORDERS that the issue of the allocation of settlement proceeds between the moving Claimants is referred to Magistrate Judge Felix Recio for binding arbitration in accordance with the prior agreements of these parties.

It is further ORDERED that all subsidiary issues, such as the length and scheduling of the arbitration, as well as the issue of what evidence will be allowed at the arbitration hearing are referred to Magistrate Judge Felix Recio.

14732.1

It is further ORDERED that moving Claimants' counsel contact Magistrate Judge Recio's chambers by telephone on the morning of August 25, 2005 to arrange for a telephonic hearing/conference to address the subsidiary issues and the scheduling of the arbitration hearing.

Done at Brownsville, Texas on this 25th day of August, 2005.

*[signature]*
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE

14732.1                                     2