United States District Court
Southern District of Texas
FILED

AUG - 1 2005

Michael N. Milby
Clerk of Court

# Felix Recio, Judge Presiding
## Southern District of Texas, Brownsville Division

Date:   August 01, 2004 from 4:00 to 5:00 p.m.

---

## C.A. NO. B-01-157   (HGT)

---

Brown Water Towing Inc

vs

A.G. Hill Power Inc. et al

---

## MEDIATION MINUTES

Plaintiff's attorney Jack Partridge present for Petitioner Brown Water Towing;

Attorney Mark Strawn present for the Mireles claimants;
Attorney John David Frang present for the Rivas claimants;
Attorney Frank Enriquez present for Tony Salinas, Robert Esperiqueta and Roland and Leroy Moya;
Attorney James Manley present for the Estate of Wm Morrison Welch;
Attorney Ray Thomas present for the Mata claimants;
Attorney Steve McManus present for the Leavells claimants;
Attorney Mark Pinney present for Hector Martinez;
Attorney Demetrio Duarte present for the Harris claimants;
Attorney Julian Rodriguez present for the Hinojosa claimants;
Attorney R Marchan present for the Zamora and Paddock claimants;
Attorney Veronica Farias present as ad-litem for the Welch minors and Attorney I Torteya present
  as ad-litem for the Harris minors.

Mediation held ;

Case settled.