# CHAMBERS CONFERENCE

**Felix Recio, United States Magistrate Judge, Presiding**
**Southern District of Texas, Brownsville Division**

Law Clerk:    Jason Scott

United States District Court
Southern District of Texas
FILED

AUG 2 5 2005

Michael N. Milby, Clerk of Court

Date:    Aug 25, 2005, 10:05 a.m. to 10:25 a.m.

---

## C.A. NO.  B01-157 (HGT)

---

| | |
|---|---|
| IN RE: THE COMPLAINT AND PETITION of Brown Water Towing I, INC, ET AL | * * |
| Consolidated with: B02-004 IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC | * * * |

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
RE:

| | | |
|---|---|---|
| Lydia Zamora, Individually and as Representative of the Estate of Hector Martinez, Jr. | * | Ray R Marchan & Helen Delgadillo |
| Antonio Mireles, as Personal Representative of the estate of Julio Cesar Mireles, Juan Antonio Mireles & Soledad Gonzalez Mireles | * | S. Mark Strawn & Schirrmeister Ajamine |
| Hector Martinez, Sr. | * | Jim Hart & Bryon Buchanan |
| Esteban Rivas & Miriam Rivas Individually and as Representative of the Estate of Stvan Rivas | * | J. Chad Gauntt & John David Franz |
| Estate of Robin Faye Leavell, Carol Leavell, Carol Leavell, Individually and as Representative of the Estate of Robin Faye Leavell, Ricky Leavell, Individually and as Representative of the Estate of Robin Faye Leavell | * | Steve Q. McManus |

---

## CONFERENCE TO SCHEDULE AN ARBITRATION

A telephonic conference was held with attorneys Ray R. Marchan, Helen Delgadillo, S. Mark Strawn, Bryon Buchanan, J. Chad Gauntt, John David Franz, and Steve Q. McManus.

Arbitration as to the issue of allocation of settlement proceeds between the moving claimants was scheduled for September 1, 2005, at 9:00 a.m.