United States District Court
Southern District of Texas
ENTERED

AUG 2 5 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: THE COMPLAINT AND | § | |
| PETITION OF BROWN WATER | § | CIVIL ACTION NO. B-01-157 |
| TOWING I, INC, ET AL | § | |

| | | |
|---|---|---|
| Consolidated with: | | |
| IN THE MATTER OF AMERICAN | § | |
| COMMERCIAL LINES LLC | § | CIVIL ACTION NO. B-02-004 |

## NOTICE OF ARBITRATION

Pursuant to the telephonic conference held on August 25, 2005, arbitration has been scheduled to take place in the above case on **September 1, 2005, at 9:00 a.m.**, at the Federal Courthouse in Brownsville, Texas. The parties shall submit their proffers to the Court on or before **August 29, 2005, at 3:00 p.m.** and any rebuttals are due no later than **August 30, 2005, at 3:00 p.m.** Additionally, the parties are instructed to send copies to each other of the proffers and rebuttals at the time they are submitted to the Court.

DONE at Brownsville, Texas this 25ᵗʰ day of August, 2005.

Felix Recio
United States Magistrate Judge