# SEALED RECORD

CASE NO. B-01-CV-157
INSTRUMENT NO. 467

United States District Court
Southern District of Texas
FILED

AUG 2 9 2005

Michael N. Milby
Clerk of Court

DESCRIPTION OF CONTENTS: Mireles Claimants Proffer of Evidence
(Exhibits 1-6)

SEALED BY ORDER OF THE COURT
AND MAY NOT BE OPENED UNLESS
BY ORDER OF THE COURT.