# SEALED RECORD

United States District Court
Southern District of Texas
FILED

APR 2 9 2005

Michael N. Milby
Clerk of Court

CASE NO. B-01-cv-157
INSTRUMENT NO. 467

DESCRIPTION OF CONTENTS: Mireles Claimants Proffer of Evidence

(Exhibits 1-6)

SEALED BY ORDER OF THE COURT
AND MAY NOT BE OPENED UNLESS
BY ORDER OF THE COURT.