United States District Court
Southern District of Texas
FILED

AUG 3 1 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY<br><br>Consolidated with: | § § § § § § § § § § § § | C.A. NO. B-01-157<br>(Subject to Rule 9(h)<br>of the Federal Rules<br>of Civil Procedure)<br>Admiralty |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER and AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY<br><br>Consolidated with: | § § § § § § § § § § § | C.A. NO. B-02-004<br>(Subject to Rule 9(h)<br>of the Federal Rules<br>of Civil Procedure)<br>Admiralty |
| IN THE MATTER OF DEERE CREDIT, INC.,(FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIABILITY | § § § § § § § § § § § § § § § | C.A. NO. B-02-125<br>(Subject to Rule 9(h)<br>of the Federal Rules<br>of Civil Procedure)<br>Admiralty |

**UNOPPOSED MOTION TO SEAL**

Claimants, Antonio Mireles, as Personal Representative of the Estate of Julio Cesar Mireles, Juan Antonio Mireles and Soledad Gonzalez Mireles (the Mireles family) make this Unopposed Motion to Seal and would show the court the following.

1.      On August 25, 2005 the Court entered an order referring certain issues between movants and certain other Claimants to Magistrate Judge Felix Recio for arbitration.  On that same day, Magistrate Judge Recio issued a Notice of Arbitration requiring the parties to submit their proffers of evidence for the arbitration hearing by 3:00 p.m. on August 29, 2005, and any rebuttal evidence by 3:00 p.m. on August 30, 2005.  The Mireles family have submitted a proffer of evidence and rebuttal evidence.  The evidence submitted is of a personal nature, and the Mireles family moves the court enter the attached order sealing the exhibits to their Proffer of Evidence, and Rebuttal Evidence.

Respectfully submitted,

S. Mark Strawn
Southern District of Texas ID No. 9996
State Bar No. 19374325
Ajamie LLP
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
(713) 860-1600 Telephone
(713) 860-1699 Facsimile

ATTORNEYS FOR CLAIMANTS

14747.1

## CERTIFICATE OF SERVICE

On this 30th day of August, 2005, a true and correct copy of the forgoing MOTION TO SEAL was sent Federal Express and certified mail return receipt requested to the following Counsel:

Ray R. Marchan
WATTS LAW FIRM, L.L.P.
1926 E. Elizabeth
Brownsville, Texas  78520

Jim S. Hart
WILLIAMS BAILEY LAW FIRM, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas  77017

John David Franz
400 North McColl
McAllen, Texas  78501

Steve McManus
LAW OFFICES OF McMANUS & CRANE
P. O. Box 2206
209 W. Juan Linn
Victoria, Texas  77902-2206

J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
9004 Counsel Forest Crossing Drive, Suite C
The Woodlands, TX 77381

and via Regular US mail to all other Counsel of Record.


S. Mark Strawn

14747.1