ORDER

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: THE COMPLAINT AND § | | |
| PETITION OF BROWN WATER § | CIVIL ACTION NO. B-01-157 | |
| TOWING I, INC, ET AL § | | |

Consolidated with:
IN THE MATTER OF AMERICAN        §
COMMERCIAL LINES LLC             §        CIVIL ACTION NO. B-02-004

## DECISION OF THE ARBITRATOR

Having heard the claims and considered the evidence as it relates to the dispute between the parties, the decision of the undersigned Arbitrator is as follows:

Carol Leavell and Ricky Leavell, parents of Robin Faye Leavell, shall receive 9% of the settlement.

Lydia Zamora and Hector Martinez, Sr., parents of Hector Martinez, Jr., shall receive 9% of the settlement.

Soledad Gonzalez Mireles and Juan Antonio Mireles, parents of Julio Cesar Mireles, shall receive 9% of the settlement.

Miriam Rivas and Esteban Rivas, parents of Stvan Rivas, shall receive 9% of the settlement.

DONE at Brownsville, Texas this 1st day of September, 2005.

_____
Felix Recio
United States Magistrate Judge