# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

MICHAEL N. MILBY
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

United States Courts
Southern District of Texas
FILED

SEP 2 7 2005


Michael N. Milby, Clerk

Edwin C Laizer
Attorney at Law
4500 One Shell Sq
New Orleans LA 70139

---

Case: 1:01-cv-00157   Instrument: 470   (2 pages)
Date: Sep 5, 2005
Control: 05092394
FAX number: 504-566-0210 fax   (3 Total pages including cover sheet)
Notice: The attached order has been entered.

---

You could have received this notice faster by e-mail,
          and
You can serve other parties through the court's electronic filing system.

Electronic Noticing and Filing is authorized in Civil, Criminal and Bankruptcy Cases.

Read more about it at www.txs.uscourts.gov under CM/ECF - Electronic Filing,
          and
Register on-line for a training class to receive your user privileges.


If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices.   For questions, please call (713) 250-5768.

CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

RETURN TO S[...]
NOT [...]
AS ADDRESSED

7013/4536