IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C. A. NO. B-01-157<br>Admiralty<br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C. A. NO. B-02-004<br>Admiralty<br><br>and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § § | C.A. NO. B-02-125<br>Admiralty |

## ORDER OF DISMISSAL

BEFORE THE COURT is the Claimants, Clarissa Hinojosa, Gaspar Hinojosa, II, Omar Hinojosa, Individually and on Behalf of the Estate of Gaspar Hinojosa, Raquel Teran Hinojosa, the Estate of Martin D. Hinojosa, Rita S. Hinojosa, and the Petitioners, Brown Water Marine Service, Inc. and Brown Water Towing I, Inc.'s (the "Brown Water Petitioners") Joint Notice of Settlement and Motion to Dismiss Clarissa Hinojosa, Gaspar Hinojosa, II, Omar Hinojosa,

Individually and on Behalf of the Estate of Gaspar Hinojosa, Raquel Teran Hinojosa, the Estate of Martin D. Hinojosa, Rita S. Hinojosa's Claims. The Claimants Clarissa Hinojosa, Gaspar Hinojosa, II, Omar Hinojosa, Individually and on Behalf of the Estate of Gaspar Hinojosa, Raquel Teran Hinojosa, the Estate of Martin D. Hinojosa, Rita S. Hinojosa and the Brown Water Petitioners announced to the Court that they had reached a settlement. Consequently, the Court dismisses with prejudice the Claimants Clarissa Hinojosa, Gaspar Hinojosa, II, Omar Hinojosa, Individually and on Behalf of the Estate of Gaspar Hinojosa, Raquel Teran Hinojosa, Rita S. Hinojosa and the Estate of Martin D. Hinojosa's Claims against the Petitioners Brown Water Marine Service, Inc. and Brown Water Towing I, Inc. All parties are to bear their own court costs with respect to Clarissa Hinojosa, Gaspar Hinojosa, II, Omar Hinojosa, Individually and on Behalf of the Estate of Gaspar Hinojosa, Raquel Teran Hinojosa, Rita S. Hinojosa and the Estate of Martin D. Hinojosa's Claims.

    SIGNED on this _____ day of _____, 2005.


                                            _____
                                            The Honorable United States District Judge

APPROVED AND ENTRY REQUESTED:


_____
Will W. Pierson
Federal I.D. No. 1931
State Bar No. 16003100
Jack C. Partridge
Federal I.D. No. 10470
State Bar No. 15534600
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
(361) 884-8808
(361) 884-7261 Facsimile
ATTORNEY FOR PETITIONERS,
BROWN WATER MARINE SERVICE, INC. AND BROWN WATER TOWING I, INC.

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.



_____
Mr. Julian Rodriguez, Jr.
Federal I.D. 15112
State Bar No. 17146770
1013 N. 10th Street, Suite C
McAllen, Texas 78504
(956)287-0088
(956)287-0098 Facsimile
ATTORNEY FOR CLAIMANTS,
CLARISSA HINOJOSA, GASPAR HINOJOSA, II, OMAR HINOJOSA, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF GASPAR HINOJOSA, RAQUEL TERAN HINOJOSA, RITA HINOJOSA AND THE ESTATE OF MARTIN D. HINOJOSA


OF COUNSEL:

JULIAN RODRIGUEZ, JR. & ASSOCIATES, P.C.