IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C. A. NO. B-01-157<br>Admiralty |
| | § § | Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315,VLB-9182,ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | C. A. NO. B-02-004<br>Admiralty<br><br><br><br>and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § § | C.A. NO. B-02-125<br>Admiralty |

## ORDER OF DISMISSAL

BEFORE THE COURT is the Claimant, Dixie Welch, as ~~Administratrix~~ *Independent Executor* of the Estate of William Morris Welch, father of Barry Rena Welch, Deceased, and the Petitioners', Brown Water Marine Service, Inc. and Brown Water Towing I, Inc.'s (the "Brown Water Petitioners"), Joint Notice of Settlement and Motion to Dismiss Dixie Welch, as ~~Administratrix~~ *Independent Executor* of the Estate of William Morris Welch, father of Barry Rena Welch, Deceased's Claims. Claimant Dixie Welch, as

49477>3038935

6

Independent Executor [handwritten, replacing "Administratrix"] of the Estate of William Morris Welch, father of Barry Rena Welch, Deceased and the Brown Water Petitioners announced to the Court that they had reached a settlement. Consequently, the Court dismisses with prejudice Claimant Dixie Welch, as Independent Executor [handwritten, replacing "Administratrix"] of the Estate of William Morris Welch, father of Barry Rena Welch, Deceased's Claims against the Petitioners Brown Water Marine Service, Inc. and Brown Water Towing I, Inc. All parties are to bear their own court costs with respect to Claimant Dixie Welch, as Independent Executor [handwritten, replacing "Administratrix"] of the Estate of William Morris Welch, father of Barry Rena Welch, Deceased's Claims. However, the Estate of William Morris Welch agreed to pay $6,000.00 of the guardian ad litem fees incurred by Veronica Farias in reviewing the Welch minor's settlement.

SIGNED on this _____ day of _____, 2005.

_____
The Honorable Hilda Tagle
United States District Judge

APPROVED AND ENTRY REQUESTED:

_____
Will W. Pierson
Federal I.D. No. 1931
State Bar No. 16003100
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
(361) 884-8808
(361) 884-7261 Facsimile
ATTORNEY FOR PETITIONERS,
BROWN WATER MARINE SERVICE, INC. AND BROWN WATER TOWING I, INC.


OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.


_____
Mr. James B. Manley
Federal ID No. 3286
State Bar No. 12915000
200 William Barnett
Cleveland, Texas 77327
(281)593-1100
(281)593-1700 Facsimile
ATTORNEY FOR CLAIMANT, INDEPENDENT EXECUTOR
DIXIE WELCH, AS ~~ADMINISTRATRIX~~ OF THE ESTATE OF WILLIAM MORRIS WELCH, FATHER OF BARRY RENA WELCH, DECEASED


OF COUNSEL:

MR. JAMES B. MANLEY, P.C.