IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § § | C. A. NO. B-01-157<br>Admiralty<br><br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315,VLB-9182,ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C. A. NO. B-02-004<br>Admiralty<br><br><br><br>and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § | C.A. NO. B-02-125<br>Admiralty |

**AGREED JUDGMENT AS TO HARRIS CLAIMANTS' CLAIMS AGAINST
BROWN WATER PETITIONERS**

Came before the Court the Claimants, Anita Harris, Individually, as Representative of the Estate of Robert V. Harris, Deceased, and as Next Friend of Victor Justin Harris, Minor, Ignacio "Nacho" Torteya, III, Guardian Ad Litem for Minor, Victor Justin Harris, and the Petitioners, Brown Water Marine Service, Inc. and Brown Water Towing I, Inc. ("Petitioners").

Anita Harris, Individually, as Representative of the Estate of Robert V. Harris, Deceased, and as Next Friend of Victor Justin Harris, Minor, filed claims against Brown Water Marine Service, Inc. and Brown Water Towing I, Inc., as well as the BROWN WATER V, in *In Re: Complaint and Petition of Brown Water Towing I, Inc., et al. In A Cause of Exoneration From or Limitation of Liability,* Civil Action Number B-01-157 consolidated with *In Re: Complaint and Petition of American Commercial Lines LLC , et al. In A Cause of Exoneration From or Limitation of Liability*, Civil Action Number C.A. No. B-02-004 in the United States District Court Southern District of Texas Brownsville Division and *In Re: Complaint and Petition of Deere Credit, Inc., et al.* C.A. No. B-02-125 in the United States District Court Southern District of Texas Brownsville Division (the foregoing consolidated cases shall hereinafter be referred to as "the Lawsuit").

With respect to the Claims of Anita Harris, Individually, as Representative of the Estate of Robert V. Harris, Deceased, and as Next Friend of Victor Justin Harris, Minor, the Claimants and Petitioners were represented by their attorneys of record, and Ignacio "Nacho" Torteya, III represented the interests of the minor child, Victor Justin Harris, as the attorney ad litem. The Claimants Anita Harris, Individually, as Representative of the Estate of Robert V. Harris, Deceased, and as Next Friend of the Minor Child, Victor Justin Harris, announced to the Court that the Claimants have reached a compromise settlement of the claim against the Petitioners Brown Water Marine Service, Inc. and Brown Water Towing I, Inc., as well as the BROWN WATER V. The amounts each Claimant will receive was submitted to the Court under seal.

The parties having announced ready for trial and having agreed to waive any claim to a jury trial as to the Claim, proceeded before the Court non-jury.

Whereupon, the Court proceeded to hear and consider evidence touching the matters in controversy, including the claim against the Petitioners asserted by the Claimants, in all of their capacities. The Court also considered the potential liabilities and defenses of the Petitioners and the propriety and the reasonableness of the proposed settlement with respect to the interests of the minor, Victor Justin Harris, as well as the propriety and reasonableness of the fees and expenses of the Attorney Ad Litem.

The Court finds that Anita Harris, is and was the wife of Robert V. Harris, the decedent, at the time of his death as is the legal representative of Robert V. Harris Estate; that, Ignacio "Nacho" Torteya, III is the attorney, appointed as guardian ad litem by the Court, and Anita Harris is the mother and Next Friend of the decedent's minor child, Victor Justin Harris; that Anita Harris, is the proper Guardian of the Person and Estate of Victor Justin Harris, Minor, that the decedent had no other children; that the Claimants brought this action against the Petitioners claiming that the accident and injuries which led to the death of Robert V. Harris were the result, in whole or in part, of the negligence of the Petitioners and the unseaworthiness of the BROWN WATER V; and that the Petitioners have denied that it, or its vessel, were in any way responsible for the accident, injuries or death of Robert V. Harris.

Further, the Court finds that Claimant Anita Harris, individually, and in her representative capacities, has negotiated and compromised the Claimants' differences with the Petitioners with respect to the claims asserted or which could have been asserted by the Claimants against the Petitioners. The Court finds that it has proper jurisdiction of the parties and of the subject matter of this dispute; that the proposed settlement is in all things just and fair; that the proposed settlement is in the best interest of the minor, Victor Justin Harris; and that the proposed settlement is hereby, in all things APPROVED. The Court further finds that the award

of attorneys' fees and expenses to the Attorney Ad Litem as hereafter made is just, proper and reasonable under all the circumstances of this cause.

It is therefore, ORDERED, ADJUDGED and DECREED that the Petitioners, Brown Water Marine Service, Inc. and Brown Water Towing I, Inc., as well as the BROWN WATER V, shall make the payments as set forth in Exhibit "A" and the documents submitted to the Court under seal.

It is further ORDERED, ADJUDGED and DECREED that a fee and expense for the services of the Attorney Ad Litem, Ignacio "Nacho" Torteya, III, in the amount of $10,000.00 is hereby GRANTED for purposes of his negotiation, review, and approval of the above settlement. The ad litem fees will be paid by claimant Anita Harris, Individually, and considered court costs.

It is further ORDERED, ADJUDGED and DECREED that based upon the foregoing compromise settlement and the payments ordered herein, the Claimants shall have judgment against the Petitioners for the amount submitted to the Court under seal and that, when said payments are made, this judgment will be satisfied, paid, and released.

As agreed by the parties, all parties will bear their own court costs except the cost of the Attorney Ad Litem as set forth above. All relief not expressly granted herein is denied.

SIGNED this _____ day of _____, 2005 in Brownsville, Texas.

_____
THE HONORABLE HILDA TAGLE
UNITED STATES DISTRICT JUDGE

_____
Mr. Ignacio "Nacho" Torteya III
Federal I.D. No. 20917
State Bar No. 00795685
700 E Washington
Torteya Professional Building
Brownsville, Texas 78520
(956)550-8373
(956)550-8353 Facsimile
GUARDIAN AD LITEM FOR VICTOR JUSTIN HARRIS

OF COUNSEL:

TORTEYA & TORTEYA, P.L.L.C.