```
                IN THE UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF TEXAS
                        BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

OCT 0 3 2005

Michael N. Milby
Clerk of Court

```
_____ )
                                  )
BROWN WATER TOWING I INC., ET AL. )
                                  ) CIVIL ACTION NO.
VS.                               ) B-01-157
                                  )
AMERICAN COMMERCIAL BARGE LINE,   )
LLC, ET AL.                       )
                                  )
_____ )
```

                    PORTION OF STATUS CONFERENCE
              BEFORE THE HONORABLE HILDA G. TAGLE
                         AUGUST 1, 2005

APPEARANCES:

For the Plaintiffs:          MR. JACK PARTRIDGE
                             Royston Rayzor Vickery & Williams
                             606 North Carancahua, Suite 1700
                             Corpus Christi, Texas 78476

For the Claimant William Welch, Minor:
                             MS. VERONICA FARIAS
                             Attorney at Law
                             2854 Boca Chica Boulevard
                             Brownsville, Texas  78521


Transcribed by:              HEATHER HALL
                             Official Court Reporter
                             600 East Harrison, Box 16
                             Brownsville, Texas  78520
                             (956)548-2510

  Proceedings recorded by mechanical stenography, transcript produced by computer.

ORIGINAL