United States District Court
Southern District of Texas
ENTERED

OCT 1 1 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § | C. A. NO. B-01-157<br>Admiralty<br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315,VLB-9182,ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § | C. A. NO. B-02-004<br>Admiralty<br><br>and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § | C.A. NO. B-02-125<br>Admiralty |

## ORDER OF DISMISSAL

BEFORE THE COURT is the Claimants, Clarissa Hinojosa, Gaspar Hinojosa, II, Omar Hinojosa, Individually and on Behalf of the Estate of Gaspar Hinojosa, Raquel Teran Hinojosa, the Estate of Martin D. Hinojosa, Rita S. Hinojosa, and the Petitioners, Brown Water Marine Service, Inc. and Brown Water Towing I, Inc.'s (the "Brown Water Petitioners") Joint Notice of Settlement and Motion to Dismiss Clarissa Hinojosa, Gaspar Hinojosa, II, Omar Hinojosa,

Individually and on Behalf of the Estate of Gaspar Hinojosa, Raquel Teran Hinojosa, the Estate of Martin D. Hinojosa, Rita S. Hinojosa's Claims. The Claimants Clarissa Hinojosa, Gaspar Hinojosa, II, Omar Hinojosa, Individually and on Behalf of the Estate of Gaspar Hinojosa, Raquel Teran Hinojosa, the Estate of Martin D. Hinojosa, Rita S. Hinojosa and the Brown Water Petitioners announced to the Court that they had reached a settlement. Consequently, the Court dismisses with prejudice the Claimants Clarissa Hinojosa, Gaspar Hinojosa, II, Omar Hinojosa, Individually and on Behalf of the Estate of Gaspar Hinojosa, Raquel Teran Hinojosa, Rita S. Hinojosa and the Estate of Martin D. Hinojosa's Claims against the Petitioners Brown Water Marine Service, Inc. and Brown Water Towing I, Inc. All parties are to bear their own court costs with respect to Clarissa Hinojosa, Gaspar Hinojosa, II, Omar Hinojosa, Individually and on Behalf of the Estate of Gaspar Hinojosa, Raquel Teran Hinojosa, Rita S. Hinojosa and the Estate of Martin D. Hinojosa's Claims.

SIGNED on this 11 day of October, 2005.

_____
The Honorable United States District Judge