United States District Court
Southern District of Texas
FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

OCT 1 4 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION FOR BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | CIVIL ACTION NO. B-01-157 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| Consolidated with: | § § | |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC, AS OWNER and AMERICAN COMMERCIAL BARGE LINE LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § | CIVIL ACTION NO. B-02-004 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |
| Consolidated with: | § § § | |
| IN THE MATTER OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-02-125 (Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |

<u>MOTION TO COMPEL SETTLEMENT</u>

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, JACQUELINE PADDOCK, AS NEXT FRIEND OF WILLIAM BARRET WELCH, and files this her motion to compel settlement and in support thereof would respectfully show the court as follows:

I.

A settlement between all claimants, Brown Water Towing I, Inc. as Owner and Brown Water Marine Service Inc. as Bareboat Charterer of the Brown Water V, Its Engines, Tackle, etc., and Cameron County, Texas was reached on June 28, 2005. A hearing was held on June 29, 2005, wherein the parties hereinbefore mentioned announced settlement to this Honroable Court. On August 1, 2005, a friendly suit hearing was held and the settlement was approved by this Honorable Court. Even though the minor settlement was approved on August 1, 2005, no trust and/or annuity documents have been drafted and/or finalized. No monies have been deposited in an interest bearing trust and/or annuity account to the minor's detriment.

JACQUELINE PADDOCK AS NEXT FRIEND OF WILLIAM BARRETT WELCH respectfully requests that this Honorable Court intervene on the minor's behalf and order that the trust and/or annuity documents be drafted and approved and that the monies awarded to minor William Barrett Welch be deposited immediately.

WHEREFORE, PREMISES CONSIDERED, Jacqueline Paddock as Next Friend of William Barrett Welch prays that this Honorable Court set an expedited oral hearing and, upon hearing, order that the proper documentation be drafted and approved immediately in the best interest of the minor William Barrett Welch, and for such other

and further relief, at law or in equity, to which they may show themselves to be justly entitled to receive.

Respectfully submitted on this the /f́ day of October, 2005.

> WATTS LAW FIRM, L.L.P.
> 1926 E. Elizabeth
> Brownsville, Texas 78520
> (956) 544-0500
> (956) 541-0255  fax
>
> _____
> Ray R. Marchan
> State Bar No.: 12969050
> Federal ID No.: 9522
> *On behalf of all Claimant*
> *Jacqueline Paddock As next Friend*
> *Of William Barrett Welch*

## CERTIFICATE OF CONFERENCE

I hereby certify that on this the 14th day of October, 2005, a telephone call was placed to Mr. Will P. Pierson, Counsel for Brown Water Marine Service, Inc. and Brown Water Towing I, Inc., to Heather Scott, counsel for Cameron County, Texas and to Veronica Farias, ad litem counsel for William Barrett Welch.

Mr. Wil P. Pierson and Ms. Heather Scott indicated that they were unopposed.

Veronica Farias, ad litem counsel for William Barret Welch has failed to return repeated telephone calls.

> _____
> RAY R. MARCHAN

3

## CERTIFICATE OF SERVICE

On this the ____14____ day of October, 2005, a true and correct copy of the foregoing

instrument was forwarded to all counsel of record, via fax, by hand-delivery or U.S. Mail.

_____
RAY R. MARCHAN