IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | C. A. NO. B-01-157<br>Admiralty |
| | | Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C. A. NO. B-02-004<br>Admiralty |
| | | and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § § | C.A. NO. B-02-125<br>Admiralty |

**PETITIONER'S RESPONSE TO MOTION TO
COMPEL SETTLEMENT**

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW the Petitioners, Brown Water Marine Service, Inc. and Brown Water Towing I, Inc. ("Brown Water Petitioners"), and file this their Response to the Motion to Compel Settlement filed by Jacqueline Paddock, as next friend of William Barrett Welch.

I.

Jacqueline Paddock as next friend of William Welch's Motion to Compel appears to result from disputes between the Welch minor's attorney and the Guardian Ad Litem. The Petitioners seek to clarify to the Court that any delay in funding the settlement is not the result of actions or inactions of the Petitioners.

II.

On August 23, 2005, the Petitioners advised all parties that the Petitioners had received the settlement funds from their excess insurer and requested payment instructions to disburse the funds. See Exhibit "A." In response, the Petitioners were asked to hold the minor's funds in trust because the minor's attorney and guardian ad litem were working on a structured settlement for the minor such that receipt of the funds by the minor's attorney or the guardian ad litem would result in the minor having constructive possession of the funds frustrating the intent of the structured settlement. See Exhibit "B" which is correspondence between the Petitioners and the minor's attorney and/or guardian ad litem. Consequently, the Petitioners funded all other settlements and indicated to the parties that they would keep the minor's funds in trust pending receipt of funding instructions. At approximately 4:00 p.m. on October 12, 2005, the Petitioners received payment instructions from the guardian ad litem for the minor's position of the settlement. See Exhibit "C" which is the written instructions from the guardian ad litem. The settlement was funded and the settlement documents sent to the guardian ad litem and minor's attorney via overnight delivery on October 14, 2005. See Exhibit "D" which is the correspondence transmitting the settlement documents and proceeds. Any delay in funding the settlement was not the result of actions or inactions of the Petitioners.

WHEREFORE, PREMISES CONSIDERED, the Petitioners, Brown Water Marine Service, Inc. and Brown Water Towing I, Inc. ("Brown Water Petitioners"), request that the Motion to Compel Settlement be Denied as moot. The Petitioners request all of the relief to which they may be entitled at law and equity.

Respectfully submitted,

_____
Will W. Pierson
Federal I.D. No. 1931
State Bar No. 16003100
Jack C. Partridge
Federal I. D. No. 10470
State Bar No. 15534600
Keith N. Uhles
State Bar No. 20371100
Federal I. D. No. 1936
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
(361) 884-8808
(361) 884-7261 Facsimile
ATTORNEY FOR PETITIONERS,
BROWN WATER MARINE SERVICE, INC.
AND BROWN WATER TOWING I, INC.

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was forwarded to the below listed counsel via regular mail on this __18th__ day of October, 2005.

Mr. Julian Rodriguez, Jr.
Julian Rodriguez, Jr. & Associates, P.C.
10113 N. 10th Street, Suite C
McAllen, Texas 78504

Mr. John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

Mr. Raymond Thomas
Ms. Rebecca Vela
Kittleman, Thomas, Ramirez & Gonzales
4900-B North 10th Street
McAllen, Texas 78504

Mr. Thomas R. Ajamie
Mr. S. Mark Strawn, Esq.
Ajamie, L.L.P.
Pennzoil Place-South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002

Mr. Ray R. Marchan
Watts Law Firm
1926 E. Elizabeth
Brownsville, Texas 78520

Mr. Richard Leo Harrell
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 1400 (78470)
P.O. Box 480
Corpus Christi, Texas 78403-0480

Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
2009 East Harrison, Suite B
Harlingen, Texas 78550

Mr. James B. Manley, P.C.
200 William Barnett
Cleveland, Texas 77327

Mr. J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
1400 Woodlock Forest Dr., Suite 575
The Woodlands, Texas 77380

Mr. William Q. McManus
Mr. Steve Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

Les Cassidy
Cassidy & Raub
814 Leopard Street
Corpus Christi, Texas 78471

Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

Mr. Jim S. Hart
Ms. Nejd Yaziji
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

Mr. Frank Enriquez
Mr. Robert Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

| | |
|---|---|
| Mr. Glenn G. Goodier<br>Jones, Walker, Waechter, Poitevent, Carrere<br>& Denegre, L.L.P.<br>201 St. Charles Ave., 48th Floor<br>New Orleans, LA 70170-5100 | Mr. Ignacio "Nacho" Torteya III<br>700 E Washington<br>Torteya Professional Building<br>Brownsville, Texas 78520 |

_____
Of Royston, Rayzor, Vickery & Williams, L.L.P.