# ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
## ATTORNEYS AT LAW

HOUSTON, TEXAS
TELEPHONE 713-224-8380
FACSIMILE 713-225-9945

RIO GRANDE VALLEY, TEXAS
TELEPHONE 956-542-4377
FACSIMILE 956-542-4370

1700 WILSON PLAZA WEST
606 N. CARANCAHUA
CORPUS CHRISTI, TEXAS 78476
TELEPHONE 361-884-8808
FACSIMILE 361-884-7261
INTERNET WWW.ROYSTONLAW.COM

GALVESTON, TEXAS
TELEPHONE 409-763-1623
FACSIMILE 409-763-3853

Jack C. Partridge
jack.partridge@roystonlaw.com


FAXED
AUG 23 2005
# Pages _____

August 23, 2005

VIA TELEFAX (713)860-1699
Mr. Thomas R. Ajamie
Mr. S. Mark Strawn, Esq.
Ajamie, L.L.P.
Pennzoil Place-South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002

VIA TELEFAX (956)541-0255
Mr. Ray R. Marchan
Watts Law Firm
1926 E. Elizabeth
Brownsville, Texas 78520

VIA TELEFAX (956)630-5199
Mr. Raymond Thomas
Mr. Andres Gonzalez
Kittleman, Thomas, Ramirez & Gonzales
4900-B North 10th Street
McAllen, Texas 78504

VIA TELEFAX (361)698-7614
Mr. Richard Leo Harrell
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 1400 (78470)
P.O. Box 480
Corpus Christi, Texas 78403-0480

VIA TELEFAX (956)428-2495
Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
2009 East Harrison, Suite B
Harlingen, Texas 78550

VIA TELEFAX (281)593-1700
Mr. James B. Manley, P.C.
200 William Barnett
Cleveland, Texas 77327

VIA TELEFAX (956)686-3578
Mr. John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

VIA TELEFAX (281)367-3705
Mr. J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
1400 Woodlock Forest Dr., Suite 575
The Woodlands, Texas 77380

VIA TELEFAX (361)575-8454
Mr. William Q. McManus
Mr. Steve Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

VIA TELEFAX (956)287-0098
Mr. Julian Rodriguez, Jr.
Julian Rodriguez, Jr. & Associates, P.C.
10113 N. 10th Street, Suite C
McAllen, Texas 78504


EXHIBIT A

Counsel  
August 23, 2005 <span style="float:right">Page 2</span>

**VIA TELEFAX (713)643-6226**  
Mr. Jim S. Hart  
Ms. Nejd Yaziji  
Williams Bailey Law Firm, L.L.P.  
8441 Gulf Freeway, Suite 600  
Houston, Texas 77017

**VIA TELEFAX (956)618-5064**  
Mr. Frank Enriquez  
Mr. Robert Puente  
Law Offices of Frank Enriquez  
4200-B North Bicentennial  
McAllen, Texas 78504

RE: C.A. No. B-01-157;  
In Re: The Complaint and Petition of Brown Water Towing I, Inc., et al. In A Cause of Exoneration From or Limitation of Liability;  
consolidated with  
C.A. No. B-02-004;  
In Re: the Complaint and Petition of American Commercial Lines LLC , et al. In A Cause of Exoneration From or Limitation of Liability;  
and  
C.A. No. B-02-125;  
In Re: The Complaint and Petition of Deere Credit, Inc. (Formerly Senstar Finance Company), et al. In A Cause of Exoneration From or Limitation of Liability; In the United States District Court for the Southern District of Texas, Brownsville Division;  
<u>Our File: 49,477</u>

Dear Counsel:

Brown Water's excess underwriter wire transferred the remainder of the funds left in its policy to our trust account. We spoke to Ms. Delgadillo last week and advised her that we needed a breakdown indicating the gross amount each claimant is to receive in the settlement. She provided us with a spreadsheet that we understand has been sent to all claimants counsel for review. Unless advised to the contrary by the close of business tomorrow, we will assume the spreadsheet is correct and begin cutting the settlement checks accordingly. We will also begin finalizing the settlement documents to send to you with the settlement funds.

\*    To process the settlement checks, the Internal Revenue Service requires that we obtain a W-9 from each claimant's attorney who is listed on a settlement check. For your convenience, we enclose a W-9 form for your use. Please fill it out and fax it to our office as soon as possible so that we can process your settlement check.

Counsel
August 23, 2005
Page 3

The Court ordered that the settlement be funded by September 6, 2005 which is the Tuesday following the Labor Day weekend. I have been called for jury duty in Federal Court on September 1, 2005, the Thursday before Labor Day weekend. As a result, I would like to finalize all the settlement documents and mail the checks to you on or before August 31, 2005, so that we can comply with the Court's order if I get picked for a jury. As a result, your immediate attention to this matter is requested.

                                      Yours truly,

                                      ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

                    By: _____
                                  Jack C. Partridge

JCP:lju
* Enclosure(s)

49477>3037436_1.DOC

cc:    **VIA TELEFAX (956)546-2234**
       Ms. Veronica Farias
       Law Office of Veronica Farias
       2854 Boca Chica Blvd.
       Brownsville, Texas 78521

       **VIA TELEFAX (956)550-8353**
       Mr. Ignacio "Nacho" Torteya III
       700 E Washington
       Torteya Professional Building
       Brownsville, Texas 78520