# ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
### ATTORNEYS AT LAW

HOUSTON, TEXAS
TELEPHONE 713-224-8380
FACSIMILE 713-225-9945

RIO GRANDE VALLEY, TEXAS
TELEPHONE 956-542-4377
FACSIMILE 956-542-4370

*Jack C. Partridge*
jack.partridge@roystonlaw.com

1700 WILSON PLAZA WEST
606 N. CARANCAHUA
CORPUS CHRISTI, TEXAS 78476
TELEPHONE 361-884-8808
FACSIMILE 361-884-7261
INTERNET WWW.ROYSTONLAW.COM

GALVESTON, TEXAS
TELEPHONE 409-763-1623
FACSIMILE 409-763-3853



August 25, 2005

**VIA TELEFAX (713)860-1699**
Mr. Thomas R. Ajamie
Mr. S. Mark Strawn, Esq.
Ajamie, L.L.P.
Pennzoil Place-South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002

**VIA TELEFAX (956)541-0255**
Mr. Ray R. Marchan
Watts Law Firm
1926 E. Elizabeth
Brownsville, Texas 78520

**VIA TELEFAX (956)630-5199**
Mr. Raymond Thomas
Mr. Andres Gonzalez
Kittleman, Thomas, Ramirez & Gonzales
4900-B North 10th Street
McAllen, Texas 78504

**VIA TELEFAX (361)698-7614**
Mr. Richard Leo Harrell
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 1400 (78470)
P.O. Box 480
Corpus Christi, Texas 78403-0480

**VIA TELEFAX (956)428-2495**
Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
2009 East Harrison, Suite B
Harlingen, Texas 78550

**VIA TELEFAX (281)593-1700**
Mr. James B. Manley, P.C.
200 William Barnett
Cleveland, Texas 77327

**VIA TELEFAX (956)686-3578**
Mr. John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

**VIA TELEFAX (281)367-3705**
Mr. J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
1400 Woodlock Forest Dr., Suite 575
The Woodlands, Texas 77380

**VIA TELEFAX (361)575-8454**
Mr. William Q. McManus
Mr. Steve Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

**VIA TELEFAX (956)287-0098**
Mr. Julian Rodriguez, Jr.
Julian Rodriguez, Jr. & Associates, P.C.
10113 N. 10th Street, Suite C
McAllen, Texas 78504



EXHIBIT B

Counsel                                                                                   Page 2
August 25, 2005

| VIA TELEFAX (713)643-6226 | VIA TELEFAX (956)618-5064 |
|---|---|
| Mr. Jim S. Hart | Mr. Frank Enriquez |
| Ms. Nejd Yaziji | Mr. Robert Puente |
| Williams Bailey Law Firm, L.L.P. | Law Offices of Frank Enriquez |
| 8441 Gulf Freeway, Suite 600 | 4200-B North Bicentennial |
| Houston, Texas 77017 | McAllen, Texas 78504 |

RE: C.A. No. B-01-157;
In Re: The Complaint and Petition of Brown Water Towing I, Inc., et al. In A Cause of Exoneration From or Limitation of Liability;
consolidated with
C.A. No. B-02-004;
In Re: the Complaint and Petition of American Commercial Lines LLC , et al. In A Cause of Exoneration From or Limitation of Liability;
and
C.A. No. B-02-125;
In Re: The Complaint and Petition of Deere Credit, Inc. (Formerly Senstar Finance Company), et al. In A Cause of Exoneration From or Limitation of Liability; In the United States District Court for the Southern District of Texas, Brownsville Division;
Our File: 49,477

Dear Counsel:

We received the latest spreadsheet from Ms. Delgadillo but will require more detail. In addition, we contemplate disbursing the settlement checks pursuant to the gross amount of the settlement. We do not want to become involved in splitting global expenses or writing checks to law firms for global expenses. We contemplate issuing checks to the following parties in the format shown below, unless otherwise advised.

| Payee | Amount |
|---|---|
| Rene Mata and his attorney Raymond Thomas | $ |
| Frank Mata and his attorney Raymond Thomas | $ |
| Brigette Goza and her attorney Ray Marchan | $ |
| Gustavo Morales and his attorney Ray Marchan | $ |
| Bigo's International, L.L.C. and its attorney Ray Marchan | $ |
| Rolando Lee Moya and his attorney Frank Enriquez | $ |
| Alberto Leroy Moya and his attorney Frank Enriquez | $ |
| Roberto Espericueta and his attorney Frank Enriquez | $ |

| Payee | Amount |
|---|---|
| Antonio Salinas, Jr. and his attorney Frank Enriquez | $ |
| Anita Harris, Individually, and as Representative of the Estate of Robert V. Harris and as Next Friend of Victor Justin Harris, Minor and their attorney Heriberto Medrano | $ |
| Jacqueline Paddock, Individually, and as Representative of the Estate of Chealsa Louise Welch and as Representative of the Estate of Barry Rena Welch and their attorney Ray Marchan | $ |
| Jacqueline Paddock, as Next of Friend for William Barrett Welch, Minor and attorney Ray Marchan | $ |
| Dixie Welch, as Administratrix of the Estate of William Morris Welch and attorney James B. Manley | $ |
| William E. Kimbrell and his attorney Richard Leo Harrell | $ |
| Juan Antonio Mireles, Soledad Gonzalez Mireles and Juan Antonio Mireles, as Representative of the Estate of Julio Cesar Mireles and their attorney Thomas R. Ajamie | $ |
| Hector Martinez, Sr. and his attorney Jim S. Hart | $ |
| Lydia Zamora, Individually, and as Representative of the Estate of Hector Martinez, Jr. and her attorney Ray Marchan | $ |
| Clarissa Hinojosa and her attorney Julian Rodriguez, Jr. | $ |
| Gaspar Hinojosa, II and his attorney Julian Rodriguez, Jr. | $ |
| Omar Hinojosa, Individually, and as Representative of the Estate of Gaspar Hinojosa and their attorney Julian Rodriguez, Jr. | $ |
| Raquel Teran Hinojosa and her attorney Julian Rodriguez, Jr. | $ |
| Rita S. Hinojosa, Individually, and as Representative of the Estate of Martin D. Hinojosa and their attorney Julian Rodriguez, Jr. | $ |
| Carroll Leavell, Individually, and as Representative of the Estate of Robin Faye Leavell, and Ricky Leavell, Individually, and as Representative of the Estate of Robin Faye Leavell and their attorney William Q. McManus | $ |
| Esteban Rivas, Individually, and as Representative of the Estate of Stvan F. Rivas and Maria Miriam Rivas, Individually, and as Representative of the Estate of Stvan F. Rivas and their attorneys John David Franz and Chad Gauntt | $ |
| **TOTAL** | **$8,974,728.40** |

All Claimants' attorneys will be asked to hold the settlement funds in trust pending return to us of the signed and executed settlement documents. The Claimants' attorneys can pay any global expenses out of the funds that they hold in trust prior to disbursing the settlement proceeds to their clients. We ask that Ms. Delgadillo, or another counsel with authority, fill in the blanks above with the appropriate gross amounts that each party is to receive and then return the letter to us so that we can begin processing the settlement checks. Each Claimant must receive some consideration and the amounts must total $8,974,728.40. If anyone disagrees with how the payee is listed above, please send us written payment instructions immediately. With respect to the Welchs' minor child, we will hold the funds in trust while the minor's attorney and guardian ad



litem explore whether a structured settlement is warranted. In addition, with respect to the Mireles, Rivas, Martinez/Zamora, and Leavell settlement proceeds, we will hold them in trust pending the decision of Magistrate Recio.

        Yours truly,

        ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

        By: _____
          Jack C. Partridge

JCP:rer

cc: **VIA TELEFAX (956)546-2234**
   Ms. Veronica Farias
   Law Office of Veronica Farias
   2854 Boca Chica Blvd.
   Brownsville, Texas 78521

   **VIA TELEFAX (956)550-8353**
   Mr. Ignacio "Nacho" Torteya III
   700 E Washington
   Torteya Professional Building
   Brownsville, Texas 78520

49477>3038121

**Jack Partridge**
___

**From:** Jack Partridge
**Sent:** Friday, August 26, 2005 3:46 PM
**To:** 'Helen Delgadillo'
**Subject:** RE: Checks

Thanks. I will stand by to hear from you. I have everyone's W9 form so the breakdown is all I need to begin issuing checks.

-----Original Message-----
From: Helen Delgadillo [mailto:hodelgadillo@wattslawfirm.com]
Sent: Friday, August 26, 2005 3:36 PM
To: Jack Partridge
Subject: Re: Checks

I am working on the table you sent yesterday afternoon. Haven't heard from some attys but I'll send it as soon as I can a response for all of them.

On 8/26/05 2:36 PM, "Jack Partridge" <Jack.Partridge@roystonlaw.com> wrote:

> Ok with respect to the check payees; however, I will still need a
> breakdown of each claimant's share of the gross proceeds so I know how
> much to write the check for and how much to list them as receiving in
> the release.
>
> Best regards,
>
>
> Jack Partridge
> (361) 884-8808
>
>
>
> -----Original Message-----
> From: Helen Delgadillo [mailto:hodelgadillo@wattslawfirm.com]
> Sent: Friday, August 26, 2005 2:01 PM
> To: Jack Partridge
> Cc: Ray Marchan
> Subject: Checks
>
> Jack:
>
> Please write our clients' checks as follows and not as indicated in
> your letter dated August 25, 2005:
>
> Watts Law Firm as trustee for Brigette Goza;
>
> Watts Law Firm as trustee for Gustavo Morales;
>
> Watts Law Firm as trustee for Jacqueline Paddock, Individually and as
> Representative of the Estate of Chealsa Louise Welch and as
> Representative of the Estate of Barry Rena Welch;
>
>
> Instruction regarding the check for William B. Welch, minor child,
> will be forwarded later, when ad litem decides what company will be
> used for the annuity/trust.
>
> Watts Law Firm as trustee for Lydia Zamora, Individually and as
> Representative of the Estate of Hector Martinez, Jr.; (pending the
> Judge Recio's ruling)
>
> Thanks. Helen

1

# Jack Partridge

| | |
|---|---|
| **From:** | Helen Delgadillo [hodelgadillo@wattslawfirm.com] |
| **Sent:** | Monday, August 29, 2005 2:36 PM |
| **To:** | Jack Partridge; James B. Manley; Harrell, Richard; heriberto.medrano@att.net; Rebecca Vela; Frank Enriquez; SAFIREPANTHER1@aol.com |
| **Subject:** | Cway |
| **Attachments:** | Workbook2.xls |



Workbook2.xls (16 KB)

Jack and counsel:

The only numbers I can give you at this time are the ones attached. Checks can be cut to the attorneys listed in the attached spreadsheet.

I cannot give you a number for the rest, of the families until after the arbitration, including Mireles, Rivas, Leavell, Zamora/Martinez, Goza, Morales, Jackie Golterman and the minor child.

Thanks.

Helen

# ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
### ATTORNEYS AT LAW

HOUSTON, TEXAS
TELEPHONE 713-224-8380
FACSIMILE 713-225-9945

RIO GRANDE VALLEY, TEXAS
TELEPHONE 956-542-4377
FACSIMILE 956-542-4370

1700 WILSON PLAZA WEST
606 N. CARANCAHUA
CORPUS CHRISTI, TEXAS 78476
TELEPHONE 361-884-8808
FACSIMILE 361-884-7261
INTERNET WWW.ROYSTONLAW.COM

GALVESTON, TEXAS
TELEPHONE 409-763-1623
FACSIMILE 409-763-3853

*Jack C. Partridge*
jack.partridge@roystonlaw.com

FAXED
SEP 0 7 2005
# Pages _____

September 7, 2005

**VIA TELEFAX (713)860-1699**
Mr. Thomas R. Ajamie
Mr. S. Mark Strawn, Esq.
Ajamie, L.L.P.
Pennzoil Place-South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002

**VIA TELEFAX (956)541-0255**
Mr. Ray R. Marchan
Watts Law Firm
1926 E. Elizabeth
Brownsville, Texas 78520

**VIA TELEFAX (956)630-5199**
Mr. Raymond Thomas
Mr. Andres Gonzalez
Kittleman, Thomas, Ramirez & Gonzales
4900-B North 10th Street
McAllen, Texas 78504

**VIA TELEFAX (361)698-7614**
Mr. Richard Leo Harrell
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 1400 (78470)
P.O. Box 480
Corpus Christi, Texas 78403-0480

**VIA TELEFAX (956)428-2495**
Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
2009 East Harrison, Suite B
Harlingen, Texas 78550

**VIA TELEFAX (281)593-1700**
Mr. James B. Manley, P.C.
200 William Barnett
Cleveland, Texas 77327

**VIA TELEFAX (956)686-3578**
Mr. John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

**VIA TELEFAX (281)367-3705**
Mr. J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
1400 Woodlock Forest Dr., Suite 575
The Woodlands, Texas 77380

**VIA TELEFAX (361)575-8454**
Mr. William Q. McManus
Mr. Steve Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

**VIA TELEFAX (956)287-0098**
Mr. Julian Rodriguez, Jr.
Julian Rodriguez, Jr. & Associates, P.C.
10113 N. 10th Street, Suite C
McAllen, Texas 78504

Counsel  
September 7, 2005

Page 2

**VIA TELEFAX (713)643-6226**  
Mr. Jim S. Hart  
Ms. Nejd Yaziji  
Williams Bailey Law Firm, L.L.P.  
8441 Gulf Freeway, Suite 600  
Houston, Texas 77017

**VIA TELEFAX (956)618-5064**  
Mr. Frank Enriquez  
Mr. Robert Puente  
Law Offices of Frank Enriquez  
4200-B North Bicentennial  
McAllen, Texas 78504

RE:   C.A. No. B-01-157;  
In Re: The Complaint and Petition of Brown Water Towing I, Inc., et al. In A Cause of Exoneration From or Limitation of Liability;  
consolidated with  
C.A. No. B-02-004;  
In Re: the Complaint and Petition of American Commercial Lines LLC, et al. In A Cause of Exoneration From or Limitation of Liability;  
and  
C.A. No. B-02-125;  
In Re: The Complaint and Petition of Deere Credit, Inc. (Formerly Senstar Finance Company), et al. In A Cause of Exoneration From or Limitation of Liability; In the United States District Court for the Southern District of Texas, Brownsville Division;  
<u>Our File: 49,477</u>

Dear Counsel:

All the settlements were funded yesterday with the exception of the Hinojosa family and the Welch minor. The settlement checks were sent via overnight delivery and, as a result, if you did not receive your client's settlement funds, please contact us.

With respect to the Hinojosa family, we are waiting for payment instructions. Specifically, we are waiting for the amounts to write each of the following checks:

| | |
|---|---|
| Clarissa Hinojosa and her attorney Julian Rodriguez, Jr. | $ |
| Gaspar Hinojosa, II and his attorney Julian Rodriguez, Jr. | $ |
| Omar Hinojosa, Individually, and as Representative of the Estate of Gaspar Hinojosa and their attorney Julian Rodriguez, Jr. | $ |
| Raquel Teran Hinojosa and her attorneys Julian Rodriguez, Jr. and | $ |

49477>3039520_1.DOC

Counsel  Page 3
September 7, 2005

| Ramon Garcia | |
|---|---|
| Rita S. Hinojosa, Individually, and as Representative of the Estate of Martin D. Hinojosa and their attorney Julian Rodriguez, Jr. | $ |
| **TOTAL** | **$1,234,025.16** |

With respect to the Welch minor, we are also awaiting payment instructions, however, we understand that the attorneys and guardian ad litem for the minor are looking into a structured settlement for the minor. We will maintain the Welch minor's settlement funds in trust pending receipt of further instructions.



Yours truly,

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

By: _____
Jack C. Partridge

JCP:lju

cc:  **VIA TELEFAX (956)546-2234**
Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

**VIA TELEFAX (956)550-8353**
Mr. Ignacio "Nacho" Torteya III
700 E Washington
Torteya Professional Building
Brownsville, Texas 78520

49477>3039520_1.DOC

## Jack Partridge

**From:** Jack Partridge
**Sent:** Tuesday, September 27, 2005 3:48 PM
**To:** 'Helen Delgadillo'
**Subject:** RE: Minor settlement docs

Usually the structured settlement people send me the language that they must have in the release. I have not had much luck using my own language. Typically, they will email it to me so that I can cut and paste it into the Release. Once I get it, I draft the Release. Thus, I don't have a draft to send you now; however, it should not take me long once the structured settlement people send me what they need. I provided you with a copy of the proposed agreed judgment at the hearing so it is already drafted, although we may need to tweak it based on the structured settlement.

-----Original Message-----
From: Helen Delgadillo [mailto:hodelgadillo@wattslawfirm.com]
Sent: Tuesday, September 27, 2005 3:24 PM
To: Jack Partridge
Subject: Minor settlement docs

Jack:

Can you send us a draft of the minor's settlement docs so that we can review the language?

I know you have not received the information regarding the annuity/trust company, but if I have the draft, it will give us an opportunity to have it reviewed by Alex Miller.

Thanks.

Helen

1