# VERONICA FARIAS
## Attorney at Law

2854 BOCA CHICA BLVD.
BROWNSVILLE, TEXAS 78521
(956) 546-1537 phone
(956) 546-2234 fax

October 12, 2005

TO:  ROYSTON, RAYZOR, VICERY & WILLIAMS, L.L.P.
c/o Mr. Jack C. Partiridge
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas  78476

RE:  IN THE INTEREST OF WILLIAM WELSH, MINOR CHILD
SETTLEMENT

Dear Mr. Partrige,

    Please be advised that as attorney ad litem for minor child, WILLIAM WELCH, I request that the funds be transferred to my trust account as we are not desiring a structured settlement. Please forward the funds, as well as all necessary documents, including but not limited to the Release and Settlement Agreement and Judgment for my review.

    If you have any questions, do not hesitate to contact me. I look forward to hearing from you soon.

Sincerely,

Veronica Farias

Via fax & regular mail



EXHIBIT
C