## ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
### ATTORNEYS AT LAW

HOUSTON, TEXAS
TELEPHONE 713-224-8380
FACSIMILE 713-225-9945

RIO GRANDE VALLEY, TEXAS
TELEPHONE 956-542-4377
FACSIMILE 956-542-4370

1700 WILSON PLAZA WEST
606 N. CARANCAHUA
CORPUS CHRISTI, TEXAS 78476
TELEPHONE 361-884-8808
FACSIMILE 361-884-7261
INTERNET WWW.ROYSTONLAW.COM

GALVESTON, TEXAS
TELEPHONE 409-763-1623
FACSIMILE 409-763-3853

*Jack C. Partridge*
jack.partridge@roystonlaw.com

October 14, 2005

**VIA OVERNIGHT MAIL**
Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

RE:    C.A. No. B-01-157;
In Re: The Complaint and Petition of Brown Water Towing I, Inc., et al. In A Cause of Exoneration From or Limitation of Liability; consolidated with
C.A. No. B-02-004;
In Re: the Complaint and Petition of American Commercial Lines LLC , et al. In A Cause of Exoneration From or Limitation of Liability; and
C.A. No. B-02-125;
In Re: The Complaint and Petition of Deere Credit, Inc. (Formerly Senstar Finance Company), et al. In A Cause of Exoneration From or Limitation of Liability; In the United States District Court for the Southern District of Texas, Brownsville Division;
Our File: 49,477

Dear Ms. Farias:

*          In connection with the settlement of the captioned matter, enclosed please find the following:

1) A check in the amount of $1,249,282.19 payable to "Veronica Farias in trust and the Watts Law Firm, LLP, in trust";

2) General, Full and Final Release of all Claims and Indemnity Agreement; and



Law Office of Veronica Farias
October 14, 2005                                                    Page 2

3) Joint Motion for Entry of Agreed Judgment and Agreed Judgment as to Welch Claimant's Claims Against Brown Water Petitioners.

The above settlement funds are forwarded to you with the express understanding that they will be held in trust pending return to us of the enclosed properly signed and executed settlement documents. Please do not hesitate to contact us if you have any questions regarding this matter.

Yours truly,

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

By: _____
    Jack C. Partridge

JCP:rer
*   Enclosure(s)


**VIA OVERNIGHT MAIL**
Mr. Ray R. Marchan
Watts Law Firm
1926 E. Elizabeth
Brownsville, Texas 78520
(w/enclosures except check)

49477>3039268