

United States District Court
Southern District of Texas
ENTERED

OCT 19 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk D. Chumac

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C. A. NO. B-01-157<br>Admiralty<br><br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315,VLB-9182,ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | C. A. NO. B-02-004<br>Admiralty<br><br><br>and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § § | C.A. NO. B-02-125<br>Admiralty |

<u>ORDER SETTING HEARING ON CLAIMANT'S
MOTION TO COMPEL SETTLEMENT</u>

On this day, came on to be considered the Motion to Compel Settlement filed by Jacqueline Paddock as Next Friend of William Barrett Welch and the court is of the opinion that the same should be set for a hearing;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that a hearing on Jacqueline Paddock as next friend of William Barrett Welch's Motion to Compel

Settlement is hereby set for hearing on the __27th__ day of __October__, 2005, at __10:00__ o'clock __A__.m.;

Signed this the __18__ day of October, 2005.

_____
JUDGE PRESIDING