United States District Court
Southern District of Texas
FILED

OCT 2 6 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C. A. NO. B-01-157<br>Admiralty |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315,VLB-9182,ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | Consolidated with<br><br>C. A. NO. B-02-004<br>Admiralty<br><br>and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § | C.A. NO. B-02-125<br>Admiralty |

**JOINT MOTION FOR ENTRY OF AGREED JUDGMENT**

TO THE HONORABLE STATE DISTRICT JUDGE:

Claimants, Anita Harris, Individually, as Representative of the Estate of Robert V. Harris, Deceased, and as Next Friend of Victor Justin Harris, Minor and Petitioners, Brown Water Marine Service, Inc. and Brown Water Towing I, Inc. ("Brown Water Petitioners"), file this their Joint Motion for Entry of Agreed Judgment. The Claimants and Brown Water Petitioners have

resolved the Claimants' Claims against the Brown Water Petitioners in this suit and request an agreed judgment be entered in Petitioners Brown Water Marine Service, Inc. and Brown Water Towing I, Inc.'s favor on the Claimants' Claims against the Brown Water Petitioners.

WHEREFORE PREMISES CONSIDERED, Claimants, Anita Harris, Individually, as Representative of the Estate of Robert V. Harris, Deceased, and as Next Friend of Victor Justin Harris, Minor and Petitioners, Brown Water Marine Service, Inc. and Brown Water Towing I, Inc., respectfully pray this Honorable Court enter the attached Agreed Judgment. All parties agree to bear their own court costs.

                                        Respectfully submitted,

                                        Will W. Pierson
                                        Federal I.D. No. 1931
                                        State Bar No. 16003100
                                        Jack C. Partridge
                                        Federal I. D. No. 10470
                                        State Bar No. 15534600
                                        1700 Wilson Plaza West
                                        606 N. Carancahua
                                        Corpus Christi, Texas 78476
                                        (361) 884-8808
                                        (361) 884-7261 Facsimile
                                        ATTORNEY FOR PETITIONERS,
                                        BROWN WATER MARINE SERVICE, INC.
                                        AND BROWN WATER TOWING I, INC.

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

_/s/ Heriberto Medrano_ (by permission Jack Modriloe)
Mr. Heriberto Medrano
Federal I.D. No. 5952
State Bar No. 13897800
2009 East Harrison, Suite B
Harlingen, Texas 78550
(956)428-2412
(956)428-2495 Facsimile
ATTORNEY FOR CLAIMANTS,
ANITA HARRIS, INDIVIDUALLY AND AS NEXT FRIEND OF VICTOR JUSTIN HARRIS, AND AS REPRESENTATIVE OF THE ESTATE OF ROBERT V. HARRIS

OF COUNSEL:

LAW OFFICES OF HERIBERTO MEDRANO

_/s/ Ignacio Torteya_ (by permission Jack Modriloe)
Mr. Ignacio "Nacho" Torteya III
Federal I.D. No. 20917
State Bar No. 00795685
700 E Washington
Torteya Professional Building
Brownsville, Texas 78520
(956)550-8373
(956)550-8353 Facsimile
GUARDIAN AD LITEM FOR VICTOR JUSTIN HARRIS

OF COUNSEL:

TORTEYA & TORTEYA, P.L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded to the below listed counsel via regular mail on this 25th day of October, 2005.

Mr. Julian Rodriguez, Jr.
Julian Rodriguez, Jr. & Associates, P.C.
10113 N. 10th Street, Suite C
McAllen, Texas 78504

Mr. John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

Mr. Raymond Thomas
Ms. Rebecca Vela
Kittleman, Thomas, Ramirez & Gonzales
4900-B North 10th Street
McAllen, Texas 78504

Mr. Thomas R. Ajamie
Mr. S. Mark Strawn, Esq.
Ajamie, L.L.P.
Pennzoil Place-South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002

Mr. Ray R. Marchan
Watts Law Firm
1926 E. Elizabeth
Brownsville, Texas 78520

Mr. Richard Leo Harrell
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 1400 (78470)
P.O. Box 480
Corpus Christi, Texas 78403-0480

Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
2009 East Harrison, Suite B
Harlingen, Texas 78550

Mr. James B. Manley, P.C.
200 William Barnett
Cleveland, Texas 77327

Mr. J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
1400 Woodlock Forest Dr., Suite 575
The Woodlands, Texas 77380

Mr. William Q. McManus
Mr. Steve Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

Les Cassidy
Cassidy & Raub
814 Leopard Street
Corpus Christi, Texas 78471

Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

Mr. Jim S. Hart
Ms. Nejd Yaziji
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

Mr. Frank Enriquez
Mr. Robert Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

49477>3044486                                   4

| | |
|---|---|
| Mr. Glenn G. Goodier<br>Jones, Walker, Waechter, Poitevent, Carrere<br>   & Denegre, L.L.P.<br>201 St. Charles Ave., 48th Floor<br>New Orleans, LA 70170-5100 | Mr. Ignacio "Nacho" Torteya III<br>700 E Washington<br>Torteya Professional Building<br>Brownsville, Texas 78520 |

                                                                                  */s/ Will W. D_____*

                                                          Of Royston, Rayzor, Vickery & Williams, L.L.P.