United States District Court
Southern District of Texas
FILED

OCT 2 6 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC, AS BAREBOAT CHARTERER OF THE BROWN WATER V, ITS ENGINES TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * * * * * * * | C.A. NO. B-01-157 Admiralty

Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES, LLC AS OWNER, AND AMERICAN COMMERCIAL BARGE LINES, LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * * * * * * * | C.A. No. B-02-004 Admiralty


and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC.,(FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | * * * * * * * * * * * * * * * * * * | C.A. NO. B-02-125 Admiralty |

**THIRD-PARTY DEFENDANT'S MOTION FOR LEAVE TO APPEAR**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, Third-Party Defendant Cameron County in the above entitled cause of action, respectfully requesting this Court to allow Heather Scott to appear at the hearing on Claimant Jaqueline Paddock's Motion to Compel Settlement before this Honorable Court for Third Party Defendant Cameron County in place of Eileen M. Leeds , attorney for Third-Party Defendant Cameron County, and as grounds therefore would show the following:

**I.**

Ms. Eileen M. Leeds will be unable to attend the hearing scheduled for October 27, 2005. Defendants request permission for Ms. Heather Scott to appear as co-counsel. Ms. Scott is familiar with the facts of this case and is fully authorized to act in this matter and bind the client in all respects.

**II.**

For this reason, Third-Party Defendant Cameron County respectfully request that this Court enter an Order allowing Ms. Heather Scott to appear as co-counsel along with Ms. Eileen M. Leeds for all purposes in this case.

Signed on October 26, 2005.

Respectfully submitted,
WILLETTE & GUERRA, L.L.P.
1534 E. 6th Street, Suite 200
Brownsville, Texas 78520
Telephone    : (956) 541-1846
Facsimile     : (956) 541-1893
By: _____
Heather Scott
State Bar No. 24046809
USDC Adm. No. 575294
**Attorney for Third-Party Defendants**

## CERTIFICATE OF SERVICE

  I, the undersigned, hereby certify that on this 26th day of October, 2005, a true and correct copy of the foregoing **Third-Party Defendant's Motion for Leave to Appear** has been forwarded to all counsel of record via certified mail, return receipt requested, addressed as follows:

*Via U.S. Regular Mail*
Mr. Will W. Pierson
Royston, Rayzor, Vickery & Williams, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, TX 78476

*Via U.S. Regular Mail*
Mr. Ray R. Marchan
Watts Law Frim L.L.P.
1926 E. Elizabeth
Brownsville, TX 78520

*Via U.S. Regular Mail*
Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

                   _____
                   Heather Scott

## CERTIFICATE OF CONFERENCE

  The Third-Party Defendant has conferred with Helen Delgadillo, counsel for Claimant Jaqueline Paddock, and Veronica Farias, attorney ad litem for Minor William Welch, and both are unopposed to this motion. An attempt was made to confer with Will Pierson, counsel for Petitioner Brown Water, however we did not receive a response before the filing of this motion.

                   _____
                   Heather Scott