IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | * | C.A. NO. B-01-157 |
| PETITION OF BROWN WATER | * | Admiralty |
| TOWING, INC., AS OWNER, AND | * | |
| BROWN WATER MARINE SERVICE, | * | |
| INC, AS BAREBOAT CHARTERER OF | * | |
| THE BROWN WATER V, ITS ENGINES | * | |
| TACKLE, ETC., IN A CAUSE OF | * | |
| EXONERATION FROM OR | * | |
| LIMITATION OF LIABILITY | * | Consolidated with |
| | * | |
| IN RE THE COMPLAINT AND | * | C.A. No. B-02-004 |
| PETITION OF AMERICAN | * | Admiralty |
| COMMERCIAL LINES, LLC AS | * | |
| OWNER, AND AMERICAN | * | |
| COMMERCIAL BARGE LINES, LLC | * | |
| AS CHARTERER OF THE BARGES | * | |
| NM-315, VLB-9182, ACL-9933B, | * | |
| VLB-9173, IN A CAUSE OF | * | |
| EXONERATION FROM OR | * | |
| LIMITATION OF LIABILITY | * | and |
| | * | |
| IN RE THE COMPLAINT AND | * | C.A. NO. B-02-125 |
| PETITION OF DEERE CREDIT, | * | Admiralty |
| INC.,(FORMERLY SENSTAR FINANCE | * | |
| COMPANY), AS OWNER OF THE | * | |
| BARGE NM-315 AND STATE STREET | * | |
| BANK AND TRUST COMPANY OF | * | |
| CONNECTICUT, NATIONAL | * | |
| ASSOCIATION, AS OWNER TRUSTEE | * | |
| OF THE BARGE ACL-9933B AND NOT | * | |
| IN ITS INDIVIDUAL CAPACITY, AND | * | |
| GENERAL ELECTRIC CAPITAL | * | |
| CORPORATION, AS BENEFICIAL | * | |
| OWNER OF THE BARGE ACL-9933B | * | |
| PRAYING FOR EXONERATION FROM | * | |
| AND/OR LIMITATION OF LIABILITY | * | |

## ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO APPEAR

On this day came on for consideration Third-Party Defendant's Motion for Leave to Appear and it appearing to the Court that said Motion is well taken it is, therefore,

ORDERED that Heather Scott of the Law firm of Willette & Guerra, L.L.P. be allowed in place of Eileen M. Leeds, attorney in charge, for Third-Party Defendant, also of the Law Firm of Willette & Guerra, L.L.P., in any matter in this case.

ENTERED this _____ day of _____, 2005.

_____
U.S. DISTRICT JUDGE

Heather Scott, Willette & Guerra, L.L.P., 1534 E. 6th Street, Suite 200, Brownsville, Texas 78520
Will Pierson, Royston, Rayzor, Vickery & Williams, L.L.P.,1700 Wilson Plaza West , 606 N. Carancahua Corpus Christi, TX 78476
Ray R. Marchan, Watts Law Firm, 1926 E. Elizabeth, Brownsville, Texas 78520
Veronica Farias, Law Office of Veronica Farias, 2854 Boca Chica Blvd., Brownsville, Texas 78521