United States District Court
Southern District of Texas
FILED

OCT 27 2005

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | C. A. NO. B-01-157<br>Admiralty |
| | § § | Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315,VLB-9182,ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § | C. A. NO. B-02-004<br>Admiralty<br><br>and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § § § | C.A. NO. B-02-125<br>Admiralty |

**MOTION TO ALLOW HELEN O. DELGADILLO TO APPEAR
FOR CLAIMANT FOR PURPOSES OF THE HEARING ON CLAIMANT'S MOTION
TO COMPEL SETTLEMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Helen O. Delgadillo, and respectfully moves that she be allowed to appear for Claimant for purposes of the hearing regarding Claimant's Motion to Compel Settlement and as grounds thereof would respectfully show the court as follows:

I.

Ray R. Marchan is attending a hearing in Houston, Texas in Cause Number 2003-30263, Olga Rivera Torres, Individually and as Guardian of Alejandro Savedra Valdez, et al vs. Ford Motor Company, et al, In the 334th Judicial District Court in Harris County, Texas. Thus, attorney Helen O. Delgadillo respectfully requests that she be allowed to appear for claimant for purposes of the hearing regarding Claimant's Motion to Compel Settlement.

WHEREFORE PREMISES CONSIDERED, Helen O. Delgadillo prays that the Court allow her to appear for the claimants for purposes of the hearing regarding the Motion to Compel Settlement and for such other and further relief as this court may deem necessary.

Respectfully submitted on this the ___27th___ day of October, 2005.

>WATTS LAW FIRM, L.L.P.
>1926 University Blvd.
>Brownsville, Texas 78520
>(956) 544-0500 Telephone
>(956) 541-0255 Facsimile
>
>_____
>Helen O. Delgadillo
>State Bar No.: 00798141
>Federal ID No.: 21305
>*On behalf of all Claimant Jacqueline Paddock Golterman*

## CERTIFICATE OF CONFERENCE

I hereby certify that on this the ___26th___ day of October, 2005 a telephone call was placed to Mr. Will P. Pierson, Counsel for Brown Water Marine Service, Inc. and Brown Water Towing I, Inc. and Ms. Eileen Leeds to advice them of the filing of the foregoing motion. Neither Mr. Pierson or Ms. Leeds were unopposed to Helen O. Delgadillo appearing on behalf of the Claimants.

_____
Helen O. Delgadillo

## CERTIFICATE OF SERVICE

On this the ___27th___ day of October, 2005, a true and correct copy of the foregoing instrument was forwarded to all counsel of record, via fax, by hand-delivery or U.S. Mail.

_____
Helen O. Delgadillo