Case 1:01-cv-00157   Document 491   Filed in TXSD on 10/27/2005   Page 1 of 2

United States District Court
Southern District of Texas
ENTERED

OCT 27 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C. A. NO. B-01-157 Admiralty |
| | § § | Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | C. A. NO. B-02-004 Admiralty |
| | § § | and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § | C.A. NO. B-02-125 Admiralty |

<u>**ORDER GRANTING MOTION TO ALLOW HELEN O. DELGADILLO TO APPEAR FOR CLAIMANT FOR PURPOSES OF THE HEARING ON CLAIMANT'S MOTION TO COMPEL SETTLEMENT**</u>

On this day, came on to be considered the Motion of Helen O. Delgadillo to appear as counsel for Claimant for purposes of the hearing regarding Claimant's Motion to Compel Settlement and it appearing to the Court that such motion should be granted;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that said Motion be and it is hereby granted and that Helen O. Delgadillo shall be allowed to be appear for Claimant for purposes of the hearing regarding Claimant's Motion to Compel Settlement.

Signed this the 27 day of October, 2005.

_____
JUDGE PRESIDING