# Civil Courtroom Minutes

| | | |
|---|---|---|
| JUDGE | Hilda G. Tagle | |
| CASE MANAGER | Stella Cavazos | United States District Court<br>Southern District of Texas<br>FILED<br>OCT 27 2005<br>Michael N. Milby, Clerk of Cou |
| LAW CLERK | ■ Mitchell    ☐ Patterson | |
| DATE | 10 — 27 — 05 | |
| TIME | 10:08 a.m. — 10:17 a.m. | |
| CIVIL ACTION | B — 01 — 157 | |
| STYLE | IN RE: Brown Water Towing I, Inc., et al<br>*versus* | |

**DOCKET ENTRY**

(HGT)   ■ Motion Hearing                    (Court Reporter: Heather Hall)

**Appearances:**
Attorney for Petitioners: Keith Uhles
Attorney for Cameron County, Texas: Heather Scott
Attorney for Claimant, Jacqueline Paddock Goltermann: Helen Delgadillo
Attorney ad-litem for William B. Welch, minor child: Veronica Farias

**Comments:**

Case called. Parties appeared. Claimant Jacqueline Paddock, as next friend of William Barrett Welch, withdrew the pending Motion to Compel Settlement. The parties informed the Court that the motion had been addressed and the matter settled between the parties. The parties notified the Court that substantially all of the matters between the claimants in attendance at the hearing had been resolved. The parties also stated that a settlement agreement will be provided to the Court within the next week. The parties represented that the contention between the parties had involved the appropriate trust to be created for the benefit of the minor child and the appropriate amount to be deposited into that account. Also at issue was the amount to be reimbursed to the child's guardian during the pendency of this case. These issues were resolved by the parties. The Court inquired as to the status of a concern addressed to the Court, by letter, regarding the company charged with administering the trust for the benefit of the child. The parties announced that the concern had been addressed and resolved.

**Rulings:** Helen Delgadillo's motion to appear for claimant for purposes of the hearing on Claimant's Motion to Compel Settlement granted. The Court approved the settlement and ordered that the trust documents be submitted and kept under seal.

1