United States District Court
Southern District of Texas
ENTERED

OCT 28 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-01-157<br>Admiralty<br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-02-004<br>Admiralty<br><br>and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | C.A. NO. B-02-125<br>Admiralty |

## ORDER OF DISMISSAL

BEFORE THE COURT is the Claimants, Esteban Rivas, Individually, and as Representative of the Estate of Stvan F. Rivas and Maria Miriam Rivas, Individually, and as Representative of the Estate of Stvan F. Rivas', and the Petitioners', Brown Water Marine Service, Inc. and Brown Water Towing I, Inc.'s (the "Brown Water Petitioners"), Joint Notice of Settlement and Motion to Dismiss Esteban Rivas, Individually, and as Representative of the

49477>3034381

Estate of Stvan F. Rivas and Maria Miriam Rivas, Individually, and as Representative of the Estate of Stvan F. Rivas' Claims. The Claimants Esteban Rivas, Individually, and as Representative of the Estate of Stvan F. Rivas and Maria Miriam Rivas, Individually, and as Representative of the Estate of Stvan F. Rivas and the Brown Water Petitioners announced to the Court that they had reached a settlement. Consequently, the Court dismisses with prejudice the Claimants Esteban Rivas, Individually, and as Representative of the Estate of Stvan F. Rivas and Maria Miriam Rivas, Individually, and as Representative of the Estate of Stvan F. Rivas' Claims against the Petitioners Brown Water Marine Service, Inc. and Brown Water Towing I, Inc. All parties are to bear their own court costs with respect to Esteban Rivas, Individually, and as Representative of the Estate of Stvan F. Rivas and Maria Miriam Rivas, Individually, and as Representative of the Estate of Stvan F. Rivas' Claims.

SIGNED on this 28 day of October, 2005.

_____
The Honorable Hilda Tagle
United States District Judge

APPROVED AND ENTRY REQUESTED:

*Will W. P*———

Will W. Pierson
Federal I.D. No. 1931
State Bar No. 16003100
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
(361) 884-8808
(361) 884-7261 Facsimile
ATTORNEY FOR PETITIONERS,
BROWN WATER MARINE SERVICE, INC. AND BROWN WATER TOWING I, INC.


OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

49477>3034381

_[signature]_
Mr. Chad Gauntt
Federal I.D. No. 14135
State Bar No. 07765990
Gauntt & Kruppstadt, L.L.P.
1400 Woodloch Forest Dr., Ste. 575
The Woodlands, Texas 77380
(281)367-6555
(281)367-3705 Facsimile

and

Mr. John David Franz
Federal I.D. 1190
State Bar No. 07389200
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501
(956)686-3300
(956)686-3578 Facsimile

ATTORNEYS FOR CLAIMANTS,
ESTEBAN RIVAS, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE ESTATE OF STVAN F. RIVAS AND MARIA MIRIAM RIVAS, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE ESTATE OF STVAN F. RIVAS

49477>3034381