# SEALED RECORD

CASE NO. B-01-151
INSTRUMENT NO. _____

DESCRIPTION OF CONTENTS: Agreed Judgment, signed by HGT - 10-28-05

SEALED BY ORDER OF THE COURT