United States District Court
Southern District of Texas
FILED

OCT 2 8 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-01-157<br>Admiralty<br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-02-004<br>Admiralty<br><br>and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | C.A. NO. B-02-125<br>Admiralty |

CLAIMANT LYDIA ZAMORA, INDIVIDUALLY AND AS REPRESENTATIVE OF
THE ESTATE OF HECTOR MARTINEZ, JR. AND BROWN WATER PETITIONERS'
JOINT NOTICE OF SETTLEMENT AND MOTION TO DISMISS
LYDIA ZAMORA, INDIVIDUALLY AND AS REPRESENTATIVE
OF THE ESTATE OF HECTOR MARTINEZ, JR.'S CLAIMS

TO THE HONORABLE JUDGE OF THIS COURT:

COME NOW the Claimant, Lydia Zamora, Individually and as Representative of the Estate of Hector Martinez, Jr. and Brown Water Marine Service, Inc. and Brown Water Towing I, Inc. (the "Brown Water Petitioners"), pursuant to FED. R. CIV. P. 41(a) and show as follows:

The Claimant Lydia Zamora, Individually and as Representative of the Estate of Hector Martinez, Jr. and the Brown Water Petitioners have reached a settlement wherein they have agreed, subject to the Court's approval, to the dismissal with prejudice of the Claimant Lydia Zamora, Individually and as Representative of the Estate of Hector Martinez, Jr.'s Claims against the Brown Water Petitioners in the captioned matter. The parties have agreed to bear their own court costs with respect to Lydia Zamora, Individually and as Representative of the Estate of Hector Martinez, Jr.'s Claims.

WHEREFORE, PREMISES CONSIDERED, the Claimant Lydia Zamora, Individually and as Representative of the Estate of Hector Martinez, Jr. and the Brown Water Petitioners respectfully request that the Court grant their Joint Motion to Dismiss with Prejudice the Claims by the Claimant Lydia Zamora, Individually and as Representative of the Estate of Hector Martinez, Jr. in the above styled and numbered civil action. The Claimant Lydia Zamora, Individually and as Representative of the Estate of Hector Martinez, Jr. and the Brown Water Petitioners also request all other relief to which they may be entitled at law, in equity, or in admiralty.

Respectfully submitted,

_____
Will W. Pierson
Federal I.D. No. 1931
State Bar No. 16003100
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
(361) 884-8808
(361) 884-7261 Facsimile
ATTORNEY FOR PETITIONERS,
BROWN WATER MARINE SERVICE, INC.
AND BROWN WATER TOWING I, INC.

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

_____
Mr. Ray R. Marchan
Federal I.D. 9522
State Bar No. 12969050
1926 E. Elizabeth
Brownsville, Texas 78520
(956)544-0500
(956)541-0255 Facsimile
ATTORNEY FOR CLAIMANT,
LYDIA ZAMORA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF HECTOR MARTINEZ, JR.

OF COUNSEL:

WATTS LAW FIRM

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded to the below listed counsel via regular mail on this 28th day of October, 2005.

Mr. John David Franz  
The Law Offices of John David Franz  
400 N. McColl  
McAllen, Texas 78501

Mr. Raymond Thomas  
Ms. Rebecca Vela  
Kittleman, Thomas, Ramirez & Gonzales  
4900-B North 10th Street  
McAllen, Texas 78504

Mr. Thomas R. Ajamie  
Mr. S. Mark Strawn, Esq.  
Ajamie, L.L.P.  
Pennzoil Place-South Tower  
711 Louisiana Street, Suite 2150  
Houston, Texas 77002

Mr. Ray R. Marchan  
Watts Law Firm  
1926 E. Elizabeth  
Brownsville, Texas 78520

Mr. Richard Leo Harrell  
The Edwards Law Firm, L.L.P.  
802 N. Carancahua, Suite 1400 (78470)  
P.O. Box 480  
Corpus Christi, Texas 78403-0480

Mr. Heriberto Medrano  
Law Offices of Heriberto Medrano  
2009 East Harrison, Suite B  
Harlingen, Texas 78550

Mr. James B. Manley, P.C.  
200 William Barnett  
Cleveland, Texas 77327

Mr. J. Chad Gauntt  
Gauntt & Kruppstadt, L.L.P.  
1400 Woodlock Forest Dr., Suite 575  
The Woodlands, Texas 77380

Mr. William Q. McManus  
Mr. Steve Q. McManus  
McManus & Crane, L.L.P.  
209 West Juan Linn  
Post Office Box 2206  
Victoria, Texas 77902-2206

Les Cassidy  
Cassidy & Raub  
814 Leopard Street  
Corpus Christi, Texas 78471

Ms. Veronica Farias  
Law Office of Veronica Farias  
2854 Boca Chica Blvd.  
Brownsville, Texas 78521

Mr. Julian Rodriguez, Jr.  
Julian Rodriguez, Jr. & Associates, P.C.  
10113 N. 10th Street, Suite C  
McAllen, Texas 78504

Mr. Jim S. Hart  
Ms. Nejd Yaziji  
Williams Bailey Law Firm, L.L.P.  
8441 Gulf Freeway, Suite 600  
Houston, Texas 77017

Mr. Frank Enriquez  
Mr. Robert Puente  
Law Offices of Frank Enriquez  
4200-B North Bicentennial  
McAllen, Texas 78504

49477>3034402

4

Mr. Glenn G. Goodier
Jones, Walker, Waechter, Poitevent, Carrere
   & Denegre, L.L.P.
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100

Mr. Ignacio "Nacho" Torteya III
700 E Washington
Torteya Professional Building
Brownsville, Texas 78520

_____
Of Royston, Rayzor, Vickery & Williams, L.L.P.