United States District Court
Southern District of Texas
ENTERED

NOV 0 1 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § | C. A. NO. B-01-157<br>Admiralty |
| | § | Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § | C. A. NO. B-02-004<br>Admiralty<br><br>and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § | C.A. NO. B-02-125<br>Admiralty |

## ORDER OF DISMISSAL

BEFORE THE COURT is the Claimant, Brigette Goza's, and the Petitioners', Brown Water Marine Service, Inc. and Brown Water Towing I, Inc.'s (the "Brown Water Petitioners"), Joint Notice of Settlement and Motion to Dismiss Brigette Goza's Claims. The Claimant Brigette Goza and the Brown Water Petitioners announced to the Court that they had reached a settlement. Consequently, the Court dismisses with prejudice the Claimant Brigette Goza's

49477>3033725

Claims against the Petitioners Brown Water Marine Service, Inc. and Brown Water Towing I, Inc. All parties are to bear their own court costs with respect to Brigette Goza's Claims.

SIGNED on this _31_ day of _October_, 2005.

_____
The Honorable Hilda Tagle
United States District Judge

APPROVED AND ENTRY REQUESTED:

_____
Will W. Pierson
Federal I.D. No. 1931
State Bar No. 16003100
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
(361) 884-8808
(361) 884-7261 Facsimile
ATTORNEY FOR PETITIONERS,
BROWN WATER MARINE SERVICE, INC. AND BROWN WATER TOWING I, INC.


OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.


_____
Mr. Ray R. Marchan
Federal I.D. 9522
State Bar No. 12969050
1926 E. Elizabeth
Brownsville, Texas 78520
(956)544-0500
(956)541-0255 Facsimile
ATTORNEY FOR CLAIMANT, BRIGETTE GOZA


OF COUNSEL:

WATTS LAW FIRM