IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-01-157<br>Admiralty<br><br>Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-02-004<br>Admiralty<br><br>and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | C.A. NO. B-02-125<br>Admiralty |

## ORDER OF DISMISSAL

BEFORE THE COURT is the Claimants, Frank Mata and Rene Mata's, and the Petitioners', Brown Water Marine Service, Inc. and Brown Water Towing I, Inc.'s (the "Brown Water Petitioners"), Joint Notice of Settlement and Motion to Dismiss Frank Mata and Rene Mata's Claims. The Claimants Frank Mata and Rene Mata and the Brown Water Petitioners announced to the Court that they had reached a settlement. Consequently, the Court dismisses

49477>3034188

with prejudice the Claimants Frank Mata and Rene Mata's Claims against the Petitioners Brown Water Marine Service, Inc. and Brown Water Towing I, Inc. All parties are to bear their own court costs with respect to Frank Mata and Rene Mata's Claims.

 SIGNED on this _____ day of _____, 2005.

                 _____
                 The Honorable Hilda Tagle
                 United States District Judge

APPROVED AND ENTRY REQUESTED:

*[signature]*

Will W. Pierson
Federal I.D. No. 1931
State Bar No. 16003100
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
(361) 884-8808
(361) 884-7261 Facsimile
ATTORNEY FOR PETITIONERS,
BROWN WATER MARINE SERVICE, INC. AND BROWN WATER TOWING I, INC.


OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.


*[signature]*

Mr. Raymond Thomas
Federal I.D. 10715
State Bar No. 19865350
Ms. Rebecca Vela
Federal I.D. 23179
State Bar No. 24008207
4900-B North 10th Street
McAllen, Texas 78504
(956) 686-8797
(956) 630-5199 Facsimile
ATTORNEYS FOR CLAIMANT, FRANK MATA AND RENE MATA


OF COUNSEL:

KITTLEMAN, THOMAS, RAMIREZ & GONZALES

49477>3034188