IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER,, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § § | C. A. NO. B-O1-157 Admiralty  Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315,VLB-9182,ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § | C. A. NO. B-02-004 Admiralty   and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENS TAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § § § § | CA. NO. B-02-125 Admiralty |

APPLICATION TO CREATE A TRUST FOR
VICTOR JUSTIN HARRIS
UNDER SECTION 142.005 OF THE TEXAS PROPERTY CODE

TO THE HONORABLE JUDGE OF THIS COURT:

COME NOW Ignacio Torteya, III, as Guardian Ad-Litem for Victor Justin Harris, plus Anita Harris as next friend of Victor Justin Harris (collectively "Applicants") to make this Application to create a Trust for the benefit of Victor Justin Harris ("Beneficiary") under Section 142.005 of the Texas Property Code and would respectfully show the Court that:

### I.

The Beneficiary was born on October 23, 1990, and is a minor, age 15 as of the filing of the Application, and currently resides at 99 Avalon Drive, Brownsville, Texas 78521. Applicants are the Guardian Ad Litem for the Beneficiary and the mother of the Beneficiary.

### II.

Applicants believe that it would be in the best interest of the Beneficiary that the money awarded to Beneficiary in this cause of action be held in trust for the Beneficiary pursuant to Section 142. 005 of the Texas Property Code, until the Beneficiary reaches the age of 25 years. Applicants further believe that the Beneficiary will not have sufficient maturity to properly manage and invest such a large sum of money upon obtaining the majority age of 18 years old. Applicants further believe that such a large sum of money should be invested and managed by a corporate Trustee which is in the business of investing and managing large sums of money.

### III.

Applicants have asked Merrill Lynch Trust Company, FSB, a Federally Chartered Savings Bank to act as Trustee of the Trust, should the court agree to create such a Trust. Applicants understand that Merrill Lynch Trust Company FSB, a Federally Chartered Savings Bank is willing to act as Trustee. Merrill Lynch Trust Company FSB, a Federally Chartered Savings Bank is a trust company having trust powers in the State of Texas and is therefore qualified to serve as trustee of a trust established pursuant to Section 142.005 of the Texas Property Code.

WHEREFORE, PREMISES CONSIDERED, Applicants pray that this Honorable Court create a trust for the benefit of Beneficiary pursuant to the terms and provisions of Section 142.005 of the Texas Property Code, and Applicants may be justly entitled.

    Respectfully Submitted,

    **TORTEYA & TORTEYA, P.L.C.**

    By:    /S/
        Ignacio Torteya, III
        State Bar No. 00795685
        FED No. 20917
        700 E. Washington Street
        Brownsville, Texas 78520
        (956) 550-8373
        (956) 550-8353 Fax

    **Guardian Ad Litem for Victor Justin Harris**