IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | |
| PETITION OF BROWN WATER | § | C. A. NO. B-O1-157 |
| TOWING I, INC., AS OWNER, AND | § | Admiralty |
| BROWN WATER MARINE SERVICE, | § | |
| INC., AS BAREBOAT CHARTERER,, OF | § | |
| THE BROWN WATER V, ITS ENGINES, | § | |
| TACKLE, ETC. IN A CAUSE OF | § | |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |
| | § | Consolidated with |
| | § | |
| IN RE THE COMPLAINT AND | § | |
| PETITION OF AMERICAN | § | C. A. NO. B-02-004 |
| COMMERCIAL LINES LLC AS | § | Admiralty |
| OWNER, AND, and AMERICAN | § | |
| COMMERCIAL BARGE LINES, LLC, | § | |
| AS CHARTERER OF THE BARGES | § | |
| NM-315,VLB-9182,ACL-9933B, | § | |
| VLB-9173, IN A CAUSE OF | § | and |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |
| | § | |
| | § | |
| IN RE THE COMPLAINT AND PETITION | § | CA. NO. B-02-125 |
| OF DEERE CREDIT, INC., (FORMERLY | § | Admiralty |
| SENS TAR FINANCE COMPANY), AS | § | |
| OWNER OF THE BARGE NM-315 AND | § | |
| STATE STREET BANK AND TRUST | § | |
| COMPANY OF CONNECTICUT, | § | |
| NATIONAL ASSOCIATION, AS OWNER | § | |
| TRUSTEE OF THE BARGE ACL-9933B | § | |
| AND NOT IN ITS INDIVIDUAL | § | |
| CAPACITY, AND GENERAL ELECTRIC | § | |
| CAPITAL CORPORATION, AS | § | |
| BENEFICIAL OWNER OF THE BARGE | § | |
| ACL-9933B PRAYING FOR | § | |
| EXONERATION FROM AND/OR | § | |
| LIMITATION OF LIABILITY | § | |

## <u>ORDER SETTING HEARING</u>

On this day Application to Create a Trust for Victor Justin Harris under Section 142.005

of the Texas Property Code was presented to this Honorable Court, and it is the opinion and

order of the Court that said Application be set for hearing on the _____, day of

_____, 2005, at _____ o'clock ___. m., before Honorable Judge Hilda G.

Tagle.

      SIGNED this _____ day of _____, 2005.


_____
**HILDA G. TAGLE**
U.S DISTRICT JUDGE