United States District Court
Southern District of Texas
FILED

NOV 1 4 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-01-157 Admiralty |
| | Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-02-004 Admiralty and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | C.A. NO. B-02-125 Admiralty |

CLAIMANTS JUAN ANTONIO MIRELES, SOLEDAD GONZALEZ MIRELES, AND J. ANTONIO MIRELES, AS REPRESENTATIVE OF THE ESTATE OF JULIO CESAR MIRELES AND BROWN WATER PETITIONERS' JOINT NOTICE OF SETTLEMENT AND MOTION TO DISMISS JUAN ANTONIO MIRELES, SOLEDAD GONZALEZ MIRELES, AND J. ANTONIO MIRELES, AS REPRESENTATIVE OF THE ESTATE OF JULIO CESAR MIRELES' CLAIMS

TO THE HONORABLE JUDGE OF THIS COURT:

COME NOW the Claimants, Juan Antonio Mireles, Soledad Gonzalez Mireles, and J. Antonio Mireles, as Representative of The Estate of Julio Cesar Mireles, and the Petitioners,

49477>3034382

Brown Water Marine Service, Inc. and Brown Water Towing I, Inc. (the "Brown Water Petitioners"), pursuant to FED. R. CIV. P. 41(a) and show as follows:

The Claimants Juan Antonio Mireles, Soledad Gonzalez Mireles, and J. Antonio Mireles, as Representative of The Estate of Julio Cesar Mireles and the Brown Water Petitioners have reached a settlement wherein they have agreed, subject to the Court's approval, to the dismissal with prejudice of the Claimants Juan Antonio Mireles, Soledad Gonzalez Mireles, and J. Antonio Mireles, as Representative of The Estate of Julio Cesar Mireles' Claims against the Brown Water Petitioners in the captioned matter. The parties have agreed to bear their own court costs with respect to Juan Antonio Mireles, Soledad Gonzalez Mireles, and J. Antonio Mireles, as Representative of The Estate of Julio Cesar Mireles' Claims.

WHEREFORE, PREMISES CONSIDERED, the Claimants Juan Antonio Mireles, Soledad Gonzalez Mireles, and J. Antonio Mireles, as Representative of The Estate of Julio Cesar Mireles and the Brown Water Petitioners respectfully request that the Court grant their Joint Motion to Dismiss with Prejudice the Claims by the Claimants Juan Antonio Mireles, Soledad Gonzalez Mireles, and J. Antonio Mireles, as Representative of The Estate of Julio Cesar Mireles in the above styled and numbered civil action. The Claimants Juan Antonio Mireles, Soledad Gonzalez Mireles, and J. Antonio Mireles, as Representative of The Estate of Julio Cesar Mireles and the Brown Water Petitioners also request all other relief to which they may be entitled at law, in equity, or in admiralty.

Respectfully submitted,

*Will W. P[ierson]* (signature)

Will W. Pierson
Federal I.D. No. 1931
State Bar No. 16003100
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
(361) 884-8808
(361) 884-7261 Facsimile
ATTORNEY FOR PETITIONERS,
BROWN WATER MARINE SERVICE, INC.
AND BROWN WATER TOWING I, INC.

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

49477>3034382

*Thomas R. Ajamie (By Permission)*
*SMS*

Mr. Thomas R. Ajamie
Federal I.D. _____
State Bar No. 00952400
Pennzoil Place-South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002
(713)860-1600
(713)860-1699 Facsimile
ATTORNEY FOR CLAIMANTS,
JUAN ANTONIO MIRELES, SOLEDAD GONZALEZ MIRELES, AND J. ANTONIO MIRELES, AS REPRESENTATIVE OF THE ESTATE OF JULIO CESAR MIRELES

OF COUNSEL:

AJAMIE, L.L.P.

49477>3034382

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded to the below listed counsel via regular mail on this _1st_ day of _November_, 2005.

Mr. John David Franz
The Law Offices of John David Franz
400 N. McColl
McAllen, Texas 78501

Mr. Raymond Thomas
Ms. Rebecca Vela
Kittleman, Thomas, Ramirez & Gonzales
4900-B North 10th Street
McAllen, Texas 78504

Mr. Thomas R. Ajamie
Mr. S. Mark Strawn, Esq.
Ajamie, L.L.P.
Pennzoil Place-South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002

Mr. Ray R. Marchan
Watts Law Firm
1926 E. Elizabeth
Brownsville, Texas 78520

Mr. Richard Leo Harrell
The Edwards Law Firm, L.L.P.
802 N. Carancahua, Suite 1400 (78470)
P.O. Box 480
Corpus Christi, Texas 78403-0480

Mr. Heriberto Medrano
Law Offices of Heriberto Medrano
2009 East Harrison, Suite B
Harlingen, Texas 78550

Mr. James B. Manley, P.C.
200 William Barnett
Cleveland, Texas 77327

Mr. J. Chad Gauntt
Gauntt & Kruppstadt, L.L.P.
1400 Woodloch Forest Dr., Suite 575
The Woodlands, Texas 77380

Mr. William Q. McManus
Mr. Steve Q. McManus
McManus & Crane, L.L.P.
209 West Juan Linn
Post Office Box 2206
Victoria, Texas 77902-2206

Les Cassidy
Cassidy & Raub
814 Leopard Street
Corpus Christi, Texas 78471

Ms. Veronica Farias
Law Office of Veronica Farias
2854 Boca Chica Blvd.
Brownsville, Texas 78521

Mr. Julian Rodriguez, Jr.
Julian Rodriguez, Jr. & Associates, P.C.
10113 N. 10th Street, Suite C
McAllen, Texas 78504

Mr. Jim S. Hart
Ms. Nejd Yaziji
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

Mr. Frank Enriquez
Mr. Robert Puente
Law Offices of Frank Enriquez
4200-B North Bicentennial
McAllen, Texas 78504

49477>3034382