IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-01-157<br>Admiralty |
| | Consolidated with |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERCIAL BARGE LINES, LLC, AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | C. A. NO. B-02-004<br>Admiralty<br><br>and |
| IN RE THE COMPLAINT AND PETITION OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | C.A. NO. B-02-125<br>Admiralty |

## ORDER OF DISMISSAL

BEFORE THE COURT is the Claimants, Juan Antonio Mireles, Soledad Gonzalez Mireles, and J. Antonio Mireles, as Representative of The Estate of Julio Cesar Mireles', and the Petitioners', Brown Water Marine Service, Inc. and Brown Water Towing I, Inc.'s (the "Brown Water Petitioners"), Joint Notice of Settlement and Motion to Dismiss Juan Antonio Mireles, Soledad Gonzalez Mireles, and J. Antonio Mireles, as Representative of The Estate of Julio

49477>3034382

Cesar Mireles' Claims. The Claimants Juan Antonio Mireles, Soledad Gonzalez Mireles, and J. Antonio Mireles, as Representative of The Estate of Julio Cesar Mireles and the Brown Water Petitioners announced to the Court that they had reached a settlement. Consequently, the Court dismisses with prejudice the Claimants Juan Antonio Mireles, Soledad Gonzalez Mireles, and J. Antonio Mireles, as Representative of The Estate of Julio Cesar Mireles' Claims against the Petitioners Brown Water Marine Service, Inc. and Brown Water Towing I, Inc. All parties are to bear their own court costs with respect to Juan Antonio Mireles, Soledad Gonzalez Mireles, and J. Antonio Mireles, as Representative of The Estate of Julio Cesar Mireles' Claims.

SIGNED on this _____ day of _____, 2005.

_____
The Honorable Hilda Tagle
United States District Judge

49477>3034382

APPROVED AND ENTRY REQUESTED:

*Will W. Pierson*
Will W. Pierson
Federal I.D. No. 1931
State Bar No. 16003100
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
(361) 884-8808
(361) 884-7261 Facsimile
ATTORNEY FOR PETITIONERS,
BROWN WATER MARINE SERVICE, INC. AND BROWN WATER TOWING I, INC.

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

*Thomas R. Ajamie (By Permission)*
Mr. Thomas R. Ajamie
Federal I.D. _____
State Bar No. 00952400
Pennzoil Place-South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002
(713)860-1600
(713)860-1699 Facsimile
ATTORNEY FOR CLAIMANTS,
JUAN ANTONIO MIRELES, SOLEDAD GONZALEZ MIRELES, AND J. ANTONIO MIRELES, AS REPRESENTATIVE OF THE ESTATE OF JULIO CESAR MIRELES

OF COUNSEL:

AJAMIE, L.L.P.

49477>3034382