# SEALED RECORD

United States District Court
Southern District of Texas
FILED

NOV 1 6 2005

Michael N. Milby
Clerk of Court

CASE NO. B-01-cv-157

INSTRUMENT NO.

DESCRIPTION OF CONTENTS: Application to Create a Trust Fund

SEALED BY ORDER OF THE COURT