IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | |
| PETITION OF BROWN WATER | § | C. A. NO. B-O1-157 |
| TOWING I, INC., AS OWNER, AND | § | Admiralty |
| BROWN WATER MARINE SERVICE, | § | |
| INC., AS BAREBOAT CHARTERER,, OF | § | |
| THE BROWN WATER V, ITS ENGINES, | § | |
| TACKLE, ETC. IN A CAUSE OF | § | |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |
| | § | Consolidated with |
| | § | |
| IN RE THE COMPLAINT AND | § | |
| PETITION OF AMERICAN | § | C. A. NO. B-02-004 |
| COMMERCIAL LINES LLC AS | § | Admiralty |
| OWNER, AND, and AMERICAN | § | |
| COMMERCIAL BARGE LINES, LLC, | § | |
| AS CHARTERER OF THE BARGES | § | |
| NM-315,VLB-9182,ACL-9933B, | § | |
| VLB-9173, IN A CAUSE OF | § | and |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |
| | § | |
| | § | |
| IN RE THE COMPLAINT AND PETITION | § | CA. NO. B-02-125 |
| OF DEERE CREDIT, INC., (FORMERLY | § | Admiralty |
| SENS TAR FINANCE COMPANY), AS | § | |
| OWNER OF THE BARGE NM-315 AND | § | |
| STATE STREET BANK AND TRUST | § | |
| COMPANY OF CONNECTICUT, | § | |
| NATIONAL ASSOCIATION, AS OWNER | § | |
| TRUSTEE OF THE BARGE ACL-9933B | § | |
| AND NOT IN ITS INDIVIDUAL | § | |
| CAPACITY, AND GENERAL ELECTRIC | § | |
| CAPITAL CORPORATION, AS | § | |
| BENEFICIAL OWNER OF THE BARGE | § | |
| ACL-9933B PRAYING FOR | § | |
| EXONERATION FROM AND/OR | § | |
| LIMITATION OF LIABILITY | § | |

## UNOPPOSED MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, IGNACIO TORTEYA, III, as Guardian Ad-Litem for Victor Justin Harris, in the above-entitled and numbered cause, and files this his Unopposed Motion for Continuance, and for cause would show unto the Court the following:

**I.**

A hearing is currently set on an Application to Create a Trust for Victor Justin Harris under Section 142.005 of the Texas Property code for Friday, December 2, 2005, before this Honorable Court.

The undersigned counsel has spoken to the Mr. Heriberto "Eddie" Medrano, who has stated he is unopposed to the granting of this motion.

**II.**

The undersigned counsel for Defendant is currently scheduled to be out of the state from December 1, 2005 through December 5, 2005.

**III.**

This continuance is not being sought for delay, but only so justice can be served. Accordingly, Ignacio Torteya, III, Guardian Ad-Litem for Victor Justin Harris respectfully requests that the Hearing on the Application to Create a Trust for Victor Justin Harris be continued for another date convenient to this Court.

WHEREFORE, PREMISES CONSIDERED, IGNACIO TORTEYA, III, Guardian Ad-Litem for Victor Justin Harris, prays that this motion for continuance be granted and this sentencing hearing be continued in the docket as requested herein.

Respectfully submitted,

**TORTEYA & TORTEYA, P.L.L.C.**
700 E. Washington
Brownsville, Texas 78520
(956) 550-8373
(956) 550-8353 Facsimile


By: _____/S/_____
        IGNACIO TORTEYA, III
        State Bar No. 00795685
        Fed. Bar No. 20917

*Attorney for Minor*
**VICTOR JUSTIN HARRIS**

## CERTIFICATE OF CONFERENCE

I, IGNACIO TORTEYA, III, hereby certify that I have conferred with Mr. Heriberto "Eddie" Medrano and regarding the foregoing Motion and he is **UNOPPOSED** to the granting of same.

/S/
IGNACIO TORTEYA, III

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the ___21st___ day of November, 2005, a true and correct copy of the foregoing Motion for Continuance has been forwarded to the following counsels:

Heriberto "Eddie" Medrano
1101 W. Tyler Street
Harlingen, Texas 78550

Will W. Pierson
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476

/S/
IGNACIO TORTEYA, III