United States District Court
Southern District of Texas
ENTERED

NOV 3 0 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE INC., AS BAREBOAT CHARTERERS, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | CIVIL ACTION NO. B-01-157<br><br>Consolidated with |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER and AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-912, ACL-9993B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § | CIVIL ACTION NO. B-02-004<br><br><br><br>and |
| IN THE MATTER OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-02-125<br><br><br><br>admiralty |

## ORDER

BE IT REMEMBERED that on November 29, 2005, the Court received an e-mail from Jack H. Bennett, attached to this Order as Exhibit 1. In this e-mail, which was addressed to a member of the Court's staff, Mr. Bennett states that he has not received an answer to a previous question addressed to the Court, and he expresses his frustration

with the costs he has borne in connection with the litigation of this case and his inability to recoup those expenses.

The Court cannot address the issues raised by Mr. Bennett because the Court does not consider ex parte communications. Mr. Bennett should consult his lawyer and not the Court.

Therefore, the Court **ORDERS** Jack H. Bennett, in the future, to refrain from communicating directly with the Court and to comply with the Rules of Procedure, which includes providing notice to all parties of any requests he is making.

DONE at Brownsville, Texas, this 29th day of November, 2005.

Hilda G. Tagle
United States District Judge

 "Jack Bennett"
&lt;jbennett@stx.rr.com&gt;
11/25/2005 08:18 PM

To &lt;hilda_tagle@txs.uscourts.gov&gt;
cc
bcc
Subject Port Isabella Bridge Accident

Nov. 25 2005

South Texas Federal Court
Brownsville, Texas

Attention:    Ms. Longoria


Dear Ms, Longoria

This past August I wrote to Judge Tagle, regarding a point in law she used in deciding that I was cleared of all claims filed upon me due to the          Bridge accident, but not eligible for compensation of my legal fees in defending myself.

Too this date I have not rerceived a response, to my question. I realize that the Judge is busy, but I feel that I deserve an answer. I am sure that        someone on her staff could find a few moments to respond. The fact is I have spent over $40,000.00 on these lawsuits due to some attorneys       error, with no means of recuperating my loss.

I am pleading for help.

PS   My only involvment  with the Port Isabella Bridge was I had driven over it on several occasions. I had sold ag Hill Power Inc.
         and retired in 1996.


Jack H. Bennett         JHB Enterprises Inc.
112 Lakeshore Dr.
Corpus Christi, TX 78413

(361) 853-5225

The reason I am writting this is due to the insistance of my friend and Judge Tagle,s friend Mr. Parker Helms.

