CASE NO. B-01-cv-157
INSTRUMENT NO. 519

# SEALED RECORD

DESCRIPTION OF CONTENTS: Proposed Decree of Court Establishing Trust Estate

SEALED BY ORDER OF THE COURT AND MAY NOT BE OPENED UNLESS BY ORDER OF THE COURT.