# SEALED RECORD

**DESCRIPTION OF CONTENTS:** Motion Hearing held on 12-12-05

**SEALED BY ORDER OF THE COURT AND MAY NOT BE OPENED UNLESS**

United States District Court
Southern District of Texas
FILED

DEC 1 2 2005

Michael N. Milby
Clerk of Court

CASE NO. B-01-151
INSTRUMENT NO. 520