# SEALED RECORD

**DESCRIPTION OF CONTENTS:** Motion to Seal Hearing by Anita Harris

SEALED BY ORDER OF THE COURT
AND MAY NOT BE OPENED UNLESS

United States District Court
Southern District of Texas
FILED

DEC 1 5 2005

Michael N. Milby
Clerk of Court

CASE NO. B-01-157
INSTRUMENT NO. 521