# SEALED RECORD

DESCRIPTION OF CONTENTS: motion to Seal Hearing filed by Anita Harris

SEALED BY ORDER OF THE COURT AND MAY NOT BE OPENED UNLESS

United States District Court
Southern District of Texas
FILED

DEC 15 2005

Michael N. Milby
Clerk of Court

CASE NO. B-01-157
INSTRUMENT NO. 522