United States District Court
Southern District of Texas
FILED

DEC 1 2 2005

Michael N. Milby
Clerk of Court

# SEALED RECORD

DESCRIPTION OF CONTENTS: Decree of Court Establishing Trust Estate

SEALED BY ORDER OF THE COURT
AND MAY NOT BE OPENED UNLESS

CASE NO. 1b-01-157
INSTRUMENT NO. _____