# SEALED RECORD

DESCRIPTION OF CONTENTS: Order granting motion to Seal Hearing by H&R

SEALED BY ORDER OF THE COURT
AND MAY NOT BE OPENED UNLESS

United States District Court
Southern District of Texas
ENTERED
DEC 16 2005
Michael N. Milby, Clerk of Court
By Deputy Clerk

CASE NO. B-01-157
INSTRUMENT NO. 524