United States District Court
Southern District of Texas
FILED

DEC 2 2 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * * * * * * * * | C.A. NO. B-01-157<br><br><br><br><br><br>Consolidated with<br><br>C.A. NO. B-02-004<br>Admiralty |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERICAL BARGE LINES, LLC AS CHARTERER PF THE BARGES NM-315, VLB-9182, ACL-9933B VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * * * * * * * | and |
| IN RE THE COMPLAINT AND PETITION OR DEERE CREDIT, INC., (FORMERLY SENS TAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | * * * * * * * * * * * * * * * * * | |

## MOTION TO SEAL WILLIAM B. WELCH's TRUST AGREEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

This Motion to Seal William B. Welch's Trust Agreement is brought by the JACQUELINE GOLTERMAN as next friend of William B. Welch, a minor, "Beneficiary" and requests the Court to grant permission to seal the trust agreement based on confidential agreement of this case.

Respectfully submitted,

LAW OFFICES OF VERONICA
FARIAS, P.C.
2854 Boca Chica Blvd.
Brownsville, Texas 78521
(956) 546-1537 phone
(956) 546-2234 fax

By: _____
Veronica Farias
State Bar No.: 06817220
Federal Ban No.: 21286

## CERTIFICATE OF SERVICE

I, VERONICA FARIAS, hereby certify that a true and correct copy of the aforementioned document was forwarded to opposing counsel on this the 22nd day of December, 2005 by placing same in the United States post office addressed as follows:

ALL COUNSEL OF RECORD

_____
Veronica Farias