IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE INC., AS BAREBOAT CHARTERER, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * * * * * * * * * | C.A. NO. B-01-157<br><br><br><br>Consolidated with<br><br>C.A. NO. B-02-004<br>Admiralty |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC AS OWNER, AND, and AMERICAN COMMERICAL BARGE LINES, LLC AS CHARTERER PF THE BARGES NM-315, VLB-9182, ACL-9933B VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * * * * * * * | <br><br><br><br><br><br><br><br><br>and |
| IN RE THE COMPLAINT AND PETITION OR DEERE CREDIT, INC., (FORMERLY SENS TAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315 AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | * * * * * * * * * * * * * * * | |

## ORDER GRANTING
## MOTION TO SEAL WILLIAM B. WELCH's TRUST AGREEMENT

On this the _____ day of December, 2005 came before the Court Plaintiff's Motion to Seal William B. Welch's Trust Agreement and after having considered the pleadings, findings that the motion should be GRANTED and that the file and the transcript be sealed;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion to Seal William B. Welch's Trust Agreement be GRANTED.

SIGNED FOR ENTRY ON THIS the ____ day December, 2005.

_____
U.S. DISTRICT JUDGE