CASE NO. B-01-cv-157
INSTRUMENT NO. _____

United States District Court
Southern District of Texas
FILED

DEC 2 8 2005

Michael N. Milby
Clerk of Court

# SEALED RECORD

DESCRIPTION OF CONTENTS: Decree of Court Establishing Trust Estate and Trust Agreement for the Benefit of William Barrett Welch, a minor

SEALED BY ORDER OF THE COURT
AND MAY NOT BE OPENED UNLESS
BY ORDER OF THE COURT.