IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 4 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION | § | |
| OF BROWN WATER TOWING I, INC., | § | |
| AS OWNER, AND BROWN WATER | § | |
| MARINE SERVICE INC., AS BAREBOAT | § | |
| CHARTERERS, OF THE BROWN | § | CIVIL ACTION NO. B-01-157 |
| WATER V, ITS ENGINES, TACKLE, | § | |
| ETC., IN A CAUSE OF EXONERATION | § | Consolidated with |
| FROM OR LIMITATION OF LIABILITY | § | |
| | § | |
| IN THE MATTER OF AMERICAN | § | CIVIL ACTION NO. B-02-004 |
| COMMERCIAL LINES LLC AS OWNER | § | |
| and AMERICAN COMMERCIAL BARGE | § | |
| LINE LLC AS CHARTERER OF THE | § | |
| BARGES NM-315, VLB-912, ACL-9993B, | § | |
| VLB-9173, PRAYING FOR EXONERATION | § | |
| FROM AND/OR LIMITATION OF LIABILITY | § | and |
| | § | |
| IN THE MATTER OF DEERE CREDIT, | § | CIVIL ACTION NO. B-02-125 |
| INC., (FORMERLY SENSTAR FINANCE | § | |
| COMPANY), AS OWNER OF THE | § | |
| BARGE NM-315, AND STATE STREET | § | |
| BANK AND TRUST COMPANY OF | § | |
| CONNECTICUT, NATIONAL | § | |
| ASSOCIATION, AS OWNER TRUSTEE | § | admiralty |
| OF THE BARGE ACL-9933B AND NOT IN | § | |
| ITS INDIVIDUAL CAPACITY, AND | § | |
| GENERAL ELECTRIC CAPITAL | § | |
| CORPORATION, AS BENEFICIAL | § | |
| OWNER OF THE BARGE ACL-9933B | § | |
| PRAYING FOR EXONERATION | § | |
| FROM AND/OR LIMITATION OF LIABILITY | § | |

## ORDER

BE IT REMEMBERED that on January 4, 2006, the Court **ORDERED** that Plaintiff William B. Welch's Trust Agreement and accompanying order (Dkt. No. 529) be unsealed, that a copy be provided to Plaintiff's attorney, Veronica Farias, and that the trust agreement and accompanying order be re-sealed.

DONE at Brownsville, Texas, this 4th day of January, 2006.

Hilda G. Tagle
United States District Judge