# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### OFFICE OF THE CLERK
600 E. Harrison St., #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk



August 17, 2005

Mr. Charles R. Fulbruge, III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102
New Orleans, LA 70130

Re: BROWN WATER TOWING I INC.

VS.  AMERICAN COMMERCIAL BARGE, ET AL.

CA B-01-157    ~~05-21177~~

05-41177

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[ ] Certified copy of the notice of appeal and docket entries.

[ ] Certified copy of the notice of cross-appeal and docket entries.

[ ] Record of appeal consisting of ___ Volume(s) of the record; ___ Volume(s) of transcript; ___ Envelope of exhibits

[X] Supplemental record consisting of  1  transcript, including updated docket entries.

[ ] Other: _____

United States District Court
Southern District of Texas
FILED

JAN 1 8 2006

Michael N. Milby
Clerk of Court

In regard to the notice of appeal, the following information is furnished:

[ ] The Court of Appeals docket fee ___ HAS/ ___ HAS NOT been paid.

[ ] This case is proceeding in **forma pauperis**.

[ ] Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was PAID ON: _____

[ ] District Judge entering final judgment is_____

[ ] Court reporter assigned to this case is_____

[ ] This case was decided without a hearing, and, therefore, there will be no transcript.

Very Truly Yours,

MICHAEL N. MILBY, CLERK

BY: _Maricela Perez_
Maricela Perez, Deputy Clerk

AUG 1 9 2005

CC: File