# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### OFFICE OF THE CLERK

**MICHAEL N. MILBY**
**CLERK**

POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

August 8, 2005

Mr. Charles R. Fulbruge III, Clerk
U.S. Court of Appeals, Fifth Circuit
600 Camp Street, Room 102
New Orleans, LA 70130

IN RE:   Brown Water Towing vs. Amer Cmmercl Barge
1:01CV0157      USCCA 05-41177

AMENDED TRANSMITTAL MEMORANDUM

Dear Mr. Fulbruge:

In connection with this appeal, the following documents are
transmitted. Please acknowledge receipt on the enclosed copy of
this letter.

RECORD ON APPEAL
consisting of:
44 ~~45~~ VOLUMES OF ELECTRONIC RECORD

Very Truly Yours,

Michael N. Milby, Clerk

_____
Deputy Clerk

cc: all parties