ß-01-cv-157

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States District Court
Southern District of Texas
FILED

FEB 0 8 2006

Michael N. Milby
Clerk of Court

No. 05-41177

United States Court of Appeals
Fifth Circuit
**F I L E D**
January 23, 2006

Charles R. Fulbruge III
Clerk

BROWN WATER TOWING I INC; ET AL

    Plaintiffs

v.

AMERICAN COMMERCIAL BARGE LINE LLC, Etc; ET AL

    Defendants

AMERICAN COMMERCIAL BARGE LINE LLC, As owner
(herein referred to as ACL) and American Commercial
Barge Line LLC (herein referred to as ACBL) as charter
of the Barges NM-315, VLB-9182 ACL-9933B VLB-9173

    Defendant - Appellee

v.

ESTEBAN F RIVAS, Individually and as representative of the
Estate of Stvan F Rivas; MIRA MIRIAM RIVAS, Individually and
as representative of the Estate of Stvan F Rivas; GUSTAVO
MORALES; BIGO'S INTERNATIONAL LLC; LYDIA ZAMORA,
Individually and as representative of the estate of Hector
Martinez Jr; JACQUELINE PADDOCK, individually and as next
friend of William B Welch and as representative of the
Estate of Chelsea Welch; J ANTONIO MIRELES, as personal
representative of the Estate of Julio Cesar Mireles; JUAN
ANTONIO MIRELES; SOLEDAD GONZALEZ MIRELES; ROLANDO LEE MOYA;
ALBERTO MOYA; ANTONIO SALINAS, JR; ROBERTO ESPERICUETA;
RAQUEL TERAN HINOJOSA, Individually and on behalf of the
Estate of Gaspar Hinojosa deceased; CLARISSA HINOJOSA;
OMAR GARCIA HINOJOSA; GASPAR HINOJOSA, II; BRIDGETTE GOZA;
RENE MATA; FRANK MATA; ANITA HARRIS; RITA S HINOJOSA,
Individually and as heirs of the estate of Gaspar Hinojosa
deceased; HECTOR MARTINEZ, SR; WILLIAM MORRIS WELCH;
RICHARD LEAVELL, Individually and as representative of the
Estate of Robin Faye Leavell; CAROL LEAVELL, Individually and
as representative of the Estate of Robin Faye Leavell;
WILLIAM E KIMBRELL

    Claimants - Appellants

--------------------------

Appeal from the United States District Court for the

Southern District of Texas, Brownsville
-----------------------

CLERK'S OFFICE:

Under 5ᵀᴴ CIR. R. 42.3, the appeal is dismissed as of January 23, 2006, for want of prosecution. The appellant failed to timely order the transcript and to make financial arrangements with the court reporter.

>                    CHARLES R. FULBRUGE III
>                    Clerk of the United States Court
>                    of Appeals for the Fifth Circuit
>
>                    By: *Sarah L. Holmes*
>                    Sarah Holmes, Deputy Clerk
>
>                ENTERED AT THE DIRECTION OF THE COURT

DIS-2

A true copy
Test:
Clerk, U. S. Court of Appeals, Fifth Circuit
By: _____
Deputy
New Orleans, Louisiana
JAN 2 3 2006

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

January 23, 2006

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

      No. 05-41177 Brown Water Towing v. Amer Cmercl Barge
    USDC No. 1:02-CV-125
              1:02-CV-4
              1:01-CV-157

Enclosed is a certified copy of the judgment issued as the mandate.

                              Sincerely,

                              CHARLES R. FULBRUGE III, Clerk

                              By: _____
                              Sarah Holmes, Deputy Clerk
                              504-310-7689

cc: w/encl:
    Mr Byron M Buchanan
    Mr Jim Hart
    Mr Heriberto M Medrano
    Mr Alex M Miller
    Mr Raymond L Thomas
    Mr Richard David Bertram
    Mr Glenn G Goodier

MDT-1