# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

MAY - 1 2006

---

NOTICE: The clerk's office is moving permanently to 600 S. Maestri Place, New Orleans, LA 70130 in **June, 2006**. All correspondence expected to arrive at the court on or after **April 24, 2006** must be sent to this address.

---

April 27, 2006

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

    No. 05-41177   Brown Water Towing v. Amer Cmercl Barge
    USDC No.   1:02-CV-125
                   1:02-CV-4
                   1:01-CV-157

The following is returned:

Supplemental Record,   ( 1 vol. transcript )

                              Sincerely,

                              CHARLES R. FULBRUGE III, Clerk

                   By: _____
                              Claudia Farrington, Deputy Clerk
                              504-310-7706

REC-3