IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE INC., AS BAREBOAT CHARTERERS, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | CIVIL ACTION NO. B-01-157<br><br>Consolidated with<br><br>CIVIL ACTION NO. B-02-004 |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER and AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-912, ACL-9993B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § | and |
| IN THE MATTER OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-02-125<br><br><br><br><br><br>admiralty |

**CLAIMANTS' NOTICE OF PRIOR SETTLEMENT & DISMISSAL AND REQUEST FOR TERMINATION AS PARTY IN ONGOING SUIT**

TO THE HONORABLE JUDGE OF SAID COURT;

    Comes now Heriberto 'Eddie' Medrano, as one of the designated lead attorneys for injured Claimants as well as attorney for the family claimants of the Estate of Robert V. Harris, and files this Notice of Prior Settlement & Dismissal

and Request for Termination As Party In the Ongoing Suit and would state the following in support thereof:

I.

Counsel files this Notice and Motion in response to this Court's Order of September 15, 2008, requesting "parties" to provide a joint status report no later than September 29, 2008.

Claimants previously filed a "Joint Motion For Entry of Agreed Judgment" (Docket entry #488) which was also submitted by the "Brown Water Petitioners". Attached to the Motion was the "General, Full and Final Release of All Claims And Indemnity Agreement" (attached as Exhibit A) executed by Claimants, counsel and the Attorney Ad Litem For Minor.

II.

Said Agreed Judgment was granted by the Court's Order, which was sealed (Docket entry #496). All other personal injury Claimants submitted separate copies of the same Agreement along with their 'individual' executed releases. Counsel would represent to the Court that all personal injury Claimants have settled their case with the Brown Water Petitioners and have received and disbursed the settlement proceeds and executed and delivered all appropriate releases.

III.

Accordingly, Claimants would move this Court to terminate Claimants continued listing as "parties" to any matters or issues still pending in this suit.

Wherefore, premises considered, Claimants would pray this Court would terminate all personal injury Claimants being listed as active "parties" to any still pending actions in the above styled cause of action.

Respectfully submitted,

/s/ Heriberto 'Eddie' Medrano
Heriberto 'Eddie' Medrano
Federal I.D. No. 5952
State Bar No. 13897800
2009 E. Harrison, Suite B
Harlingen, Texas 78550
Tel.  (956) 428-2412
Fax  (956) 428-2495

Attorney for Claimants,
Anita Harris, Individually and as Next Friend of Victor Justin Harris, and as Representative of the Estate of Robert V. Harris

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was forwarded to the following counsel of record via facsimile on this 17th day of September, 2008.

*Via Facsimile: (956) 287-0098*
Mr. Julian Rodriguez, Jr.
Julian Rodriguez, Jr. & Associates, P.C.
10113 N. 10th Street, Suite C
McAllen, Texas 78504

*Via Facsimile: (956) 686-3578*
Mr. John David Franz
The Law Offices of John David Franz
400 N. McColl, Suite B
McAllen, Texas 78501

*Via Facsimile: (956) 630-5199*
Ms. Rebecca Vela
Kittleman, Thomas, Ramirez & Gonzales
4900-B North 10th Street
McAllen, Texas 78504

*Via Facsimile: (956)*
Mr. Mikal C. Watts
Watts Law Firm, L.L.P.
555 N. Carancahua, Suite 1400
Corpus Christi, Texas 78478

*Via Facsimile: (361) 575-8454*
Mr. Steve Q. McManus
McManus & Crane
P.O. Box 2206
Victoria, Texas 77902

*Via Facsimile: (281) 593-1700*
Mr. James Baker Manley
200 William Barnett
Cleveland, Texas 77327

*Via Facsimile:  (713) 752-2424*
Mr. Ramon Noyola
Mr. S. Mark Strawn
Noyola & Strawn, L.L.P.
1225 North Loop West, Suite 220
Houston, Texas 77008

*Via Facsimile:  (956/0 618-5064*
Mr. Francisco J. Enriquez
Enriquez & Cantu
4200-B N. Bicentennial
McAllen, Texas 78504

*Via Facsimile:  (361) 884-7261*
William W. Pierson
Royston, Rayzor, et al
802 N. Carancahua
Corpus Christi, Texas 78411

*Via Facsimile:  (504) 582-8010*
Mr. Glen G. Goodier
Jones, Walker, Waechter, Poitevant, et al
201 St. Charles Ave., 50th Floor
New Orleans, Louisiana 70170


                                            /s/ Heriberto 'Eddie' Medrano
                                            Heriberto 'Eddie' Medrano

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF BROWN WATER TOWING I, INC., AS OWNER, AND BROWN WATER MARINE SERVICE INC., AS BAREBOAT CHARTERERS, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY § § § § § § § § § | CIVIL ACTION NO. B-01-157<br><br>Consolidated with<br><br>CIVIL ACTION NO. B-02-004 |
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER and AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-912, ACL-9993B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY § § § § § § § § | and |
| IN THE MATTER OF DEERE CREDIT, INC., (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B AND NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY § § § § § § § § § § § § § § | CIVIL ACTION NO. B-02-125<br><br><br><br><br>admiralty |

## **ORDER**

On this day came, came for consideration before the Court, Claimants' Notice of Prior Settlement and Dismissal and Request for Termination as Party in Ongoing Suit and after due consideration the Court finds said motion shall be in all things GRANTED.

SIGNED on this _____ day of _____, 2008 in Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge